# Exhibit D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> *Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.* <br> 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON <br><br> MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff:  Nathan Junius

Affected Property Address:  6537 Marshall Foch Street, New Orleans, LA  70124

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

　　　(Month/Day/Year)　　　　02 / 01 / 2006

2.  When you took ownership of the Property, what was the name of the seller?

Kathleen vogt Robert & Kearny Q. Robert, III

1

3.  Name and address of the realtor?

None.

4.  Name and address of the closing agent?

C. Richard Gerage, Esq., 3021 35th Street, Metairie, LA 70001

5.  What was the price of the home when you purchased it?   $ 245,000.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes      ☐ No      ☑ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

Benjamin and Amy Chauffe

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

None

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

Jason Hernandez, Crescent Title, 7037 Canal Blvd, Suite 203, New Orleans, LA  70124

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
            $ 416,500.00

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. __03__ / __27__ /20__09__

b. __05__ / __06__ /20__16__

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)           ____/____/20 06

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Building Supply _____

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

I self-funded the remediation of this house in order to sell it.  This was the second time I had to gut it (the first was following Katrina after I purchased it) and repair the damage.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

On 11/15/15, the house went under contract for $550,000, before the defective drywall

issue was known.  The house later sold on 7/25/16 for $416,500 after the house was fixed.

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

   a. 4 Thrush Street, New Orleans, LA  70124
   b. _____
   c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

   a.  11 / 15 /20 15   to  present /_____/20_____
   b. _____/_____/20_____   to  _____/_____/20_____
   c. _____/_____/20_____   to  _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

   a. $ 5,445.00 _____
   b. $_____
   c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response:**  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response:**  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response:**  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

_____

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

_____

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

_____

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

C&J General Contractors, LLC

_____

32.  When did the remediation commencement date occur?

_01_ / _01_ /20_16_

33.  When did the remediation end date occur?

_07_ / _30_ /20_16_

34.  What was the scope of the remediation and the scope of the work carried out?

Complete remediation following the federal court's approved Chinese drywall remediation protocol.

_____

7

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$210,532.00

36.  Were any samples from the remediation retained?

☑ Yes      ☐ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes      ☐ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes      ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes      ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

\*\* The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____                    1/15/19
Signature of Plaintiff                               Date

_NATHAN  JUNIUS_
Printed Name

# Exhibit 1

Dale R. Fleishmann
5129 Belle Drive
Metairie, LA 70006
504-455-5411
Tax ID# 46-4904405

| INVOICE | 07/15/2016 | 5161084 | Loan #224954 |
|---------|------------|---------|--------------|
|         | DATE       | FILE NUMBER | CASE NUMBER |

Client:  Standard Mortgage Corporation
         701 Poydras Street, 300 Plaza
         New Orleans, LA 70139

         Attention: Ms. Tobie Young

| Item | Total |
|------|-------|
| APPRAISAL FEE FOR SERVICES RENDERED | $          450.00 |

Case Number: 224954
Borrower: Paul Benjamin and Amy Chauffe
6537 Marshall Foch Street
New Orleans, LA  70124-3921
Lots 13 and 14, Square 182, 2nd District

| | Total: | $          450.00 |
|--|--------|-------------------|

Thank you

Loan #224954

File No.   5161084



**SUMMARY APPRAISAL REPORT OF**

**THE PROPERTY LOCATED AT**

6537 Marshall Foch Street

New Orleans, LA  70124-3921

**as of**

05/16/2016

**for**

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

**by**

Dale Fleishmann Appraisal Services, LLC

5129 Belle Drive
Metairie, LA 70006

Dale Fleishmann Appraisal Services, LLC
5129 Belle Drive
Metairie, LA 70006
504-455-5411

July 15, 2016

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

| Property - | 6537 Marshall Foch Street |
| | New Orleans, LA  70124-3921 |
| Borrower - | Paul Benjamin and Amy Chauffe |
| File No. - | 5161084 |
| Case No. - | 224954 |

Dear Ms. Young:

In accordance with your request, I have prepared an appraisal of the real property located at 6537 Marshall Foch Street, New Orleans, LA.

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 05/16/2016 is :

$595,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Dale Fleishmann Appraisal Services, LLC

Michelle B. Soyez
LA License #916

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 6537 Marshall Foch Street | City New Orleans State LA Zip Code 70124-3921 |
| Borrower Paul Benjamin and Amy Chauffe | Owner of Public Record Nathan Junius County Orleans Parish |
| Legal Description Lots 13 and 14, Square 182, 2nd District | |
| Assessor's Parcel # 206404307 | Tax Year 2016 R.E. Taxes $ 8,244 |
| Neighborhood Name Lakeview | Map Reference MLS-61 Census Tract 0056.02 |

Occupant ☐ Owner ☐ Tenant ☒ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client Standard Mortgage Corporation   Address 701 Poydras Street, 300 Plaza, New Orleans, LA 70139

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of the appraisal? ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s). DOM Unk;The subject was listed on 03/20/2015 for $739,000, reduced to $679,000, reduced to $629,000 on 07/21/2015, reduced to $589,000 and was withdrawn on 01/04/2016. It went under contract on 05/05/2016 for $430,000. On 07/15/2016, lender sent an addendum dated 06/17/2016 changing the sales price to $416,500.

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. Non-arms length sale;The seller and purchaser are acquaintances and the sale is not an arms length transaction.

Contract Price $ 416,500 Date of Contract 06/17/2016 Is the property seller the owner of public record? ☒ Yes ☐ No   Data Source(s) Tax Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid: $0;;None per original contract dated 05/05/2016.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | Percent Land Use % | |
|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | PRICE | AGE | One-Unit | 90 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth ☒ Rapid ☐ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 110 Low | 0 | Multi-Family | 1 % |
| | | 1,100 High | 75 | Commercial | 3 % |
| | | 500 Pred. | 40 | Other | 1 % |

Neighborhood Boundaries The subject's neighborhood is bounded by Robert E. Lee Boulevard-north, Orleans Avenue-east, Interstate 610-south and West End Boulevard-west.

Neighborhood Description The subject is located in Lakeview approximately 7 miles northwest of the New Orleans CBD. There is a mix of new construction and renovated homes. The area is convenient to downtown New Orleans, schools, shopping and public transportation. Other land use is vacant land.

Market Conditions (including support for the above conclusions) Supply and demand are in balance, and property values are stable with no adverse conditions affecting the market. Typical exposure time is 1 to 3 months. Mortgage money is currently available at competitive rates. Conventional financing is most common, although FHA and VA loans are also available.

**SITE**

Dimensions 50Fx122LSx50Rx122RS   Area 6100 sf   Shape Rectangular   View N;Res;

Specific Zoning Classification S-LRS1   Zoning Description Suburban Lakeview Single Family Residential District

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe
The subject property is a single family home situated in a family zoning and is being utilized to its highest and best use.

| Utilities Public Other (describe) | | | Public Other (describe) | | | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley Alley | ☒ | |

FEMA Special Flood Hazard Area ☒ Yes ☐ No   FEMA Flood Zone A3   FEMA Map No# 2252030095E   FEMA Map Date 03/01/1984

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
Property has a residential view. The lot size is typical for the neighborhood. The topography is level. The property appears to have adequate drainage. No adverse conditions noted. Taxes are estimated from the Orleans Parish Assessor's Office website.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Slab/Gd | | Floors Wood/Cpt/New | |
| # of Stories 2.00 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Stucco/Siding/Gd | | Walls Sheetrock/New | |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area 0 sq. ft. | | Roof Surface Aluminum/Gd | | Trim/Finish Wood/New | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts Aluminum/Gd | | Bath Floor Tile/New | |
| Design (Style) Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Vinyl/Gd | | Bath Wainscot Tile/CM/New/Gd | |
| Year Built 2002 | | Evidence of ☐ Infestation | | Storm Sash/Insulated Insulated/Gd | | Car Storage ☐ None | |
| Effective Age (Yrs) 5 | | ☐ Dampness ☐ Settlement | | Screens Aluminum/Gd | | ☒ Driveway # of Cars 2 | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ WoodStove(s)# 0 | | Driveway Surface Concrete | |
| ☒ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☒ Fireplace(s) # 1 ☒ Fence Wood | | ☐ Garage # of Cars 0 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Patio ☐ Porch Cov'd | | ☒ Carport # of Cars 2 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☒ Other None | | ☐ Att. ☒ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 10 Rooms 4 Bedrooms 3.1 Bath(s) 3,234 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Covered porch. Covered patio. Carport in rear with access from alley. Carport has storage area and overhead garage door. 10' ceilings down. 9' ceilings up.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;The subject is currently under renovation. The sales price reflects the current condition of the home. The appraisal is subject to completion of renovation. Renovations will include: new wood flooring, tile, and carpet; tile flooring in baths; kitchen cabinets, counters, and Dacor appliances; fixtures; and re-installation of some items that were previously removed but are still on the premises. Purchaser stated that renovation cost will be $150,000.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
The appraiser did not observe any form of adverse environmental conditions that would have a negative impact on the property being appraised.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe
The subject design/appeal is typical for neighborhood.

# Uniform Residential Appraisal Report

Loan #224954
File #   5161084

| There are | 3 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | 579,000 | to $ | 645,000 | . |
|---|---|---|---|---|---|---|
| There are | 10 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 535,000 | to $ | 699,000 | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6537 Marshall Foch Street New Orleans, LA 70124-3921 | 801 Filmore Avenue New Orleans, LA 70124 | | 249 Downs Street New Orleans, LA 70124 | | 6622 Louisville Street New Orleans, LA 70124 | |
| Proximity to Subject | | 0.24 miles NW | | 0.70 miles NW | | 0.43 miles W | |
| Sale Price | $ 416,500 | $ 618,840 | | $ 585,000 | | $ 575,000 | |
| Sale Price/Gross Liv. Area | $ 128.79 sq. ft. | $ 182.33 sq. ft. | | $ 180.28 sq. ft. | | $ 183.35 sq. ft. | |
| Data Source(s) | | GSREIN #2042548;DOM 29 | | GSREIN #2019117;DOM 35 | | GSREIN #2021998;DOM 6 | |
| Verification Source(s) | | Ref #2016-14678 | | Ref #2015-39580 | | Ref #2015-39499 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Cash;0 | |
| Date of Sale/Time | | s04/16;c02/16 | | s09/15;c08/15 | | s09/15;c08/15 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6100 sf | 6000 sf | +2,500 | 6000 sf | +2,500 | 5805 sf | +7,375 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | DT2;Traditional | | DT2;Traditional | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 14 | 11 | 0 | 12 | 0 | 12 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 10    4    3.1 | 9    4    3.1 | 0 | 8    3    3.0 | +2,500 | 9    4    3.1 | 0 |
| Gross Living Area | 3,234 sq. ft. | 3,394 sq. ft. | -14,400 | 3,245 sq. ft. | 0 | 3,136 sq. ft. | +8,820 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2cp2dw | 2gd | -2,000 | 1gbi1dw | 0 | 2gd | -2,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Pool | None | None | | Inground Pool | -10,000 | None | |
| | 50 x 122 | 60 x 100 | 0 | 60 x 100 | 0 | 45 x 129 | 0 |
| Net Adjustment (Total) | | + X - | $ -13,900 | + X - | $ -5,000 | X + - | $ 14,195 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.25 % Gross Adj. 3.05 % | $ 604,940 | Net Adj. 0.85 % Gross Adj. 2.56 % | $ 580,000 | Net Adj. 2.47 % Gross Adj. 3.16 % | $ 589,195 |

| X | I | did | | did not research the sale or transfer history of the subject property and comparable sales.  If not, explain |
|---|---|---|---|---|

My research | | did | X | did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   GSREIN & Deedfax

My research | | did | X | did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.
Data Source(s)   GSREIN & Deedfax

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | 05/16/2016 | 05/16/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject has not sold in the past three years per GSREIN and Deedfax.

Summary of Sales Comparison Approach   Comparables are similar to subject in basic amenities and support the sales approach. Sites were adjusted $25 per square foot. Living area adjusted $90 per square foot. Some sales used are over 6 months old but were used due to a scarcity of more recent sales similar in size and age. Comparables were given equal consideration.The appraiser's opinion of market value is above the predominant value but is between the high and the low end of the price spectrum for homes in the subject's neighborhood and is not considered an over improvement. Please see next page for a pending sale. Approximate as is value $440,000.

Indicated Value by Sales Comparison Approach $ 595,000

Indicated Value by: Sales Comparison Approach $ 595,000     Cost Approach (if developed) $ 663,214     Income Approach (if developed) $ 0
The Sales Comparison Approach is used as the primary indicator of value.  The Cost Approach was used to support the market data adjustments.  The subject property is not a rental, therefore the Income Approach was not used.

This appraisal is made | | "as is," | X | subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, | | subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or | | subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   Appraisal is contingent upon completion of renovation.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 595,000    , as of    05/16/2016    , which is the date of inspection and the effective date of this appraisal.

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.  5161084

## ADDITIONAL COMPARABLES

| Borrower | Paul Benjamin and Amy Chauffe | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch Street | | | | | |
| City | New Orleans | County | Orleans Parish | State LA | | Zip Code 70124-3921 |
| Lender/Client | Standard Mortgage Corporation | | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6537 Marshall Foch Street New Orleans, LA 70124-3921 | 312 Lane Street New Orleans, LA 70124 | | | | | |
| Proximity to Subject | | 0.53 miles W | | | | | |
| Sale Price | $ 416,500 | $ 550,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 128.79 sq. ft. | $ 202.06 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | GSREIN #2026052;DOM 259 | | | | | |
| Verification Source(s) | | Realtor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing Concessions | | Listing SP/LP adj;22000 | -22,000 | | | | |
| Date of Sale/Time | | c02/16 | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 6100 sf | 5000 sf | +27,500 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 14 | 12 | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10  4  3.1 | 9  3  3.0 | +2,500 | | | | |
| Gross Living Area | 3,234 sq. ft. | 2,722 sq. ft. | +46,080 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | | | | |
| Functional Utility | Typical | Typical | | | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | | | |
| Energy Efficient Items | Typical | Typical | | | | | |
| Garage/Carport | 2cp2dw | 1gbi1dw | 0 | | | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | | | | |
| Pool | None | None | | | | | |
|  | 50 x 122 | 50 x 100 | 0 | | | | |
| Net Adjustment (Total) | | X + - | $ 54,080 | + - | $ | + - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 9.83 % Gross Adj. 17.83 % | $ 604,080 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | | |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | | |

Comment on Sales Comparison

## Uniform Residential Appraisal Report

Loan #224954
File #  5161084

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

6676 Marshall Foch Street, MLS#2050912, 50 x 122, sold 05/06/2016 for $255,000 or $41/sf. The LAND TO VALUE RATIO as indicated is typical of the subject area and appears to be well accepted in the market as normal.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE .................................=$ | 255,000 |
| Source of cost data  Local contractors | Dwelling  3,234 Sq. Ft. @ $ 130.00 .................=$ | 420,420 |
| Quality rating from cost data  Q3   Effective date of cost data  05/18/2016 | Sq. Ft. @ $ .................=$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Porch, Patio | 10,000 |
| Numbers for the cost approach were derived from local | Garage/Carport  376 Sq. Ft. @ $ 35.00 .................=$ | 13,160 |
| contractors.  Physical depreciation is based on the age/life | Total Estimate of Cost-New .................=$ | 443,580 |
| method.  No functional or economic obsolescence was | Less  Physical  Functional  External | |
| observed. Used for valuation support only, not intended for | Depreciation  40,366 =$( | 40,366) |
| insurance purposes. | Depreciated Cost of Improvements.................=$ | 403,214 |
| | 'As-is' Value of Site Improvements.................=$ | 5,000 |
| Estimated Remaining Economic Life (HUD and VA only)  50  Years | Indicated Value By Cost Approach.................=$ | 663,214 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ 0 Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No  Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases _____ Total number of units _____ Total number of units sold _____

Total number of units rented _____ Total number of units for sale _____ Data Source(s) _____

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File #  5161084

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File #  5161084

**Uniform  Residential  Appraisal  Report**

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *Michelle Soyez* | Signature |
| Name Michelle B. Soyez | Name |
| Company Name Dale Fleishmann Appraisal Services, LLC | Company Name |
| Company Address 5129 Belle Drive | Company Address |
| Metairie, LA 70006 | |
| Telephone Number 504-455-5411 | Telephone Number |
| Email Address reappr@bellsouth.net | Email Address |
| Date of Signature and Report 07/15/2016 | Date of Signature |
| Effective Date of Appraisal 05/16/2016 | State Certification # |
| State Certification # | or State License # |
| or State License # 916 | State |
| or Other                                State # | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License   12/31/2016 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 6537 Marshall Foch Street | Date of Inspection |
| New Orleans, LA 70124-3921 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 595,000 | Date of Inspection |
| LENDER/CLIENT | COMPARABLE SALES |
| Name No AMC | |
| Company Name Standard Mortgage Corporation | ☐ Did not inspect exterior of comparable sales from street |
| Company Address 701 Poydras Street, 300 Plaza | ☐ Did inspect exterior of comparable sales from street |
| New Orleans, LA 70139 | Date of Inspection |
| Email Address | |

Dale Fleishmann Appraisal Services, LLC

| | |
|---|---|
| File No. | 5161084 |
| Case No. | Loan #224954 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Paul Benjamin and Amy Chauffe | | | | | |
| Property Address | 6537 Marshall Foch Street | | | | | |
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code 70124-3921 |
| Lender/Client | Standard Mortgage Corporation | | Address | 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 | | |

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized conditions and quality ratings within the appraisal report.

### Condition Ratings and Definitions

**C1** - The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2** - The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finished have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3** - The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4** - The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property*

**C5** - The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6** - The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1** - Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified use. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2** - Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high quality.

**Q3** - Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4** - Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5** - Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6** - Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated** - Little or no updating or modernization. This description includes, but is not limited to, new homes.  Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated** - The area of the home has been modified to meet current market expectations.  These modifications are limited in terms of both scope and cost. An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations.  Updates do not include significant alterations to the existing structure.

**Remodeled** - Significant finish and/or structural changes that have been made that increase utility and appeal through complete replacement and/or expansion. A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:  3.2 indicates three full baths and two half baths.

Requirements - Abbreviations Used in
Data Standardization Text

File No.   5161084

Case No.   Loan #224954

| Abbreviation | Full Name | Appropriate Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concession |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| G | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfll | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| s | Settlement Date | Date of Sale/Time |
| sf | Square Feet | Area, Site, Basement |
| Short | Short Sale | Sale or Financing Concessions |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdraw Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

Dale Fleishmann Appraisal Services, LLC

Loan #224954

# Market Conditions Addendum to the Appraisal Report
File No. 5161084

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 6537 Marshall Foch Street | City | New Orleans | State | LA | ZIP Code | 70124-3921 |
|---|---|---|---|---|---|---|---|
| Borrower | Paul Benjamin and Amy Chauffe | | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 1 | 2 | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 0.33 | 0.67 | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | 4 | 5 | 4 | Declining | X Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3.43 | 15.00 | 6.00 | Declining | X Stable | Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 589,000 | 685,000 | 654,420 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 35 | 7 | 81 | Declining | X Stable | Increasing |
| Median Comparable List Price | 652,000 | 649,000 | 632,000 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | 196 | 133 | 78 | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 95.77 | 100.00 | 94.91 | Increasing | X Stable | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | Yes | X No | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   There were no concessions in any of the sales in the past 12 months.

Are foreclosure sales (REO sales) a factor in the market?   Yes   X No   If yes, explain (including the trends in listings and sales of foreclosed properties).
After a search in MLS it did not appear that foreclosure sales are prevalent in this neighborhood.

Cite data sources for above information.   Information obtained from GSREIN.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject appears to be located in a stable market. There were 7 sales in the 7-12 months prior to the date of the appraisal; 1 sale in the 4-6 months prior to the date of the appraisal and 2 sales in the 3 months prior to the date of the appraisal.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | | Project Name: | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?   Yes   No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | Signature |
|---|---|
| Appraiser Name  Michelle B. Soyez | Appraiser Name |
| Company Name  Dale Fleishmann Appraisal Services, LLC | Company Name |
| Company Address  5129 Belle Drive, Metairie, LA 70006 | Company Address |
| State License/Certification # 916   State  LA | State License/Certification #   State |
| Email Address  reappr@bellsouth.net | Email Address |

Dale Fleishmann Appraisal Services, LLC

## USPAP Compliance Addendum

Loan #224954
File No.  5161084

| | |
|---|---|
| Borrower/Client | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans | County  Orleans Parish     State  LA   Zip Code  70124-3921 |
| Lender | Standard Mortgage Corporation |

**This report was prepared under the following USPAP reporting option:**

[X]  **Appraisal Report**          This report was prepared in accordance with USPAP Standards Rule 2-2(a).

[ ]  **Restricted Appraisal Report**  This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:  **1-3 months**

**Additional Certifications**

[X]  I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of the report within the three-year period immediately preceding acceptance of this assignment.

[ ]  I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

Jennifer Schexnayder, R2612, contributed to the determination of this value by participating in inspection, research and gathering of comparable sales.

**Additional Comments**

| | | |
|---|---|---|
| Signature  *Michelle Soyez* | Signature | |
| Name  Michelle B. Soyez | Name | |
| Date of Signature  07/15/2016 | Date of Signature | |
| State Certification #  6 | State Certification # | |
| or State License #  916 | or State License # | |
| State  LA | State | |
| Expiration Date of Certification or License  12/31/2016 | Expiration Date of Certification or License | |
| Effective Date of Appraisal  05/16/2016 | Supervisory Appraiser Inspection of Subject Property: | |
| | [ ] Did Not   [ ] Exterior-only from Street | [ ] Interior and Exterior |

USPAP Compliance Addendum 2014                    AI Ready

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084



# SKETCH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans | County  Orleans Parish     State  LA     Zip Code  70124-3921 |
| Client | Standard Mortgage Corporation |

Sketch by Apex Sketch v5 Standard™

Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |
| | | | |
| | Net LIVABLE Area | (rounded) | 3234 |

## LIVING AREA BREAKDOWN

| Breakdown | Subtotals |
|---|---|
| **First Floor** | |
| 18.9  x    3.2 | 60.48 |
| 40.3  x   12.1 | 487.63 |
| 7.1   x   35.5 | 252.05 |
| 0.3   x   38.2 | 11.46 |
| 37.4  x    4.6 | 172.04 |
| 9.8   x   35.5 | 347.90 |
| 38.2  x    7.4 | 282.68 |
| 11.4  x   20.0 | 228.00 |
| 4.1   x   22.7 | 93.07 |
| 6.8   x   27.7 | 188.36 |
| **Second Floor** | |
| 0.3   x   29.5 | 8.85 |
| 3.2   x   26.1 | 83.52 |
| 12.1  x   37.8 | 457.38 |
| 27.5  x   14.5 | 398.75 |
| 4.7   x   23.4 | 109.98 |
| 9.5   x    4.5 | 42.75 |
| 0.5   x   17.5 | 8.75 |
| | |
| 17 Items        (rounded) | 3234 |

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner   Paul Benjamin and Amy Chauffe | |
| Property Address   6537 Marshall Foch Street | |
| City   New Orleans      County   Orleans Parish      State   LA      Zip Code   70124-3921 | |
| Client          Standard Mortgage Corporation | |



**FRONT VIEW OF
SUBJECT PROPERTY**



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE OF
SUBJECT PROPERTY**

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084



**PHOTOGRAPH ADDENDUM**

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans   County  Orleans Parish   State  LA   Zip Code  70124-3921 | |
| Client | Standard Mortgage Corporation |



Living Room



Dining Room



Kitchen

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | | | |
|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | |

Property Address   6537 Marshall Foch Street

| City   New Orleans | County   Orleans Parish | State   LA | Zip Code   70124-3921 |
|---|---|---|---|

Client        Standard Mortgage Corporation



Breakfast



Den



Half Bath

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Client | Standard Mortgage Corporation |



Master Bedroom



Master Bath-View 1



Master Bath-View 2

Loan #224954
File No.   5161084



## PHOTOGRAPH ADDENDUM

| | | |
|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | |
| Property Address | 6537 Marshall Foch Street | |
| City   New Orleans | County   Orleans Parish   State   LA | Zip Code   70124-3921 |
| Client | Standard Mortgage Corporation | |



Bedroom #1



Bath #1



Bath #2

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|
| Client | | Standard Mortgage Corporation | | | | | |



Sitting Room



Bedroom #2



Carport

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| | | | | | |
|---|---|---|---|---|---|
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code 70124-3921 |
| Client | Standard Mortgage Corporation | | | | |



**COMPARABLE #1**

801 Filmore Avenue
New Orleans, LA 70124

| | |
|---|---|
| Price | $618,840 |
| Price/SF | 182.33 |
| Date | s04/16;c02/16 |
| Age | 11 |
| Room Count | 9-4-3.1 |
| Living Area | 3,394 |
| | |
| Value Indication | $604,940 |



**COMPARABLE #2**

249 Downs Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $585,000 |
| Price/SF | 180.28 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 8-3-3.0 |
| Living Area | 3,245 |
| | |
| Value Indication | $580,000 |



**COMPARABLE #3**

6622 Louisville Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $575,000 |
| Price/SF | 183.35 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 9-4-3.1 |
| Living Area | 3,136 |
| | |
| Value Indication | $589,195 |

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.    5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City | New Orleans |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|

Client    Standard Mortgage Corporation



**COMPARABLE #4**

312 Lane Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $550,000 |
| Price/SF | 202.06 |
| Date | c02/16 |
| Age | 12 |
| Room Count | 9-3-3.0 |
| Living Area | 2,722 |
| Value Indication | $604,080 |

Loan #224954
File No.   5161084

| | Location Map | |
|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | |
| Property Address | 6537 Marshall Foch Street | |
| City   New Orleans | County   Orleans Parish     State   LA | Zip Code   70124-3921 |
| Client | Standard Mortgage Corporation | |



Comp 2
249 Downs Street
New Orleans, LA 70124

Comp 1
801 Filmore Avenue
New Orleans, LA 70124

Comp 3
6622 Louisville Street
New Orleans, LA 70124

Subject
6537 Marshall Foch Street
New Orleans, LA 70124-3921

Comp 4 (Pending Sale)
312 Lane Street
New Orleans, LA 70124

© 2016 Microsoft Corporation   © 2010 NAVTEQ   © AND

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## General Map 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | | | |
| Property Address | 6537 Marshall Foch Street | | | | | |
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code 70124-3921 |
| Client | | Standard Mortgage Corporation | | | | |



**Subject**
6537 Marshall Foch Street
New Orleans, LA 70124-3921

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084



**FLOOD MAP**

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation

**Subject**
6537 Marshall Foch Street
New Orleans, LA 70124-3921

### Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100- and 500-year flood plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazards
- Areas not mapped on any published FIRM

### Flood Zone Determination

**Latitude:** 30.009062
**Longitude:** -90.102926
**Community Name:**
UNINCORPORATED AREA
**Community:** 225203
**SFHA (Flood Zone):** Yes
**Within 250 ft. of multiple flood zones:** Yes
**Zone:** A3   **Map #:** 2252030095E
**Panel:** 0095E   **Panel Date:** 03/01/1984
**FIPS Code:** 22071   **Census Tract:** 0056.02

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.    5161084

916
CRA





Dale Fleishmann Appraisal Services, LLC
5129 Belle Drive
Metairie, LA 70006
504-455-5411

| **INVOICE** | 07/14/2016 | 7161321 | |
|---|---|---|---|
| | DATE | FILE NUMBER | CASE NUMBER |

Client:

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

Attention: Ms. Tobie Young

| Item | Total |
|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $ 125.00 |

Borrower: Paul Benjamin/ Amy Chauffe
6537 Marshall Foch Street
New Orleans, LA  70124-3921
Lots 13 and 14, Square 182, 2nd District

| | Total: | $ 125.00 |
|---|---|---|

**Thank you**

Dale Fleishmann Appraisal Services, LLC
5129 Belle Drive
Metairie, LA 70006
504-455-5411

| **INVOICE** | 07/14/2016 | 7161321 | |
|---|---|---|---|
| | DATE | FILE NUMBER | CASE NUMBER |

**Client:**     Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

Attention: Ms. Tobie Young

| Item | Total |
|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $          125.00 |

Borrower: Paul Benjamin/ Amy Chauffe
6537 Marshall Foch Street
New Orleans, LA  70124-3921
Lots 13 and 14, Square 182, 2nd District

| | Total: | $          125.00 |
|---|---|---|

Thank you

## Appraisal Update and/or Completion Report    File # 7161321

The purpose of this report form is to provide the lender/client with an accurate update of an appraisal and/or to report a certification of completion. The appraiser must identify the services(s) provided by selecting the appropriate report type.

| | | | |
|---|---|---|---|
| Property Address | 6537 Marshall Foch Street | | Unit # |
| City | New Orleans | State LA | Zip Code 70124-3921 |
| Legal Description | Lots 13 and 14, Square 182, 2nd District | | County Orleans Parish |
| Borrower | Paul Benjamin/ Amy Chauffe | Contract Price $ 430,000 | Date of Contract 05/05/2016 | Effective Date of Original Appraisal 05/16/2016 |
| Property Rights Appraised | X Fee Simple | Leasehold | Other (describe) | Original Appraised Value $ 595,000 |
| Original Appraiser | | Company Name |
| Original Lender/Client | Standard Mortgage Corporation | Address 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 |

### ■ SUMMARY APPRAISAL UPDATE REPORT

**INTENDED USE:** The intended use of this appraisal update is for the lender/client to evaluate the property that is the subject of this report to determine if the property has declined in value since the date of the original appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal update is the lender/client.

**SCOPE OF WORK:** The appraiser must, at a minimum: (1) concur with the original appraisal, (2) perform an exterior inspection of the subject property from at least the street, and (3) research, verify, and analyze current market data in order to determine if the property has declined in value since the effective date of the original appraisal.

**HAS THE MARKET VALUE OF THE SUBJECT PROPERTY DECLINED SINCE THE EFFECTIVE DATE OF THE ORIGINAL APPRAISAL?**   ☐ Yes   ☐ No

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal update in accordance with the scope of work requirements stated in this appraisal update report and concur with the analysis and conclusions in the original appraisal.

2. I performed this appraisal update in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal update was prepared.

3. I have updated the appraisal by incorporating the original appraisal report.

4. I have summarized my analysis and conclusions in this appraisal update report and retained all supporting data in my work file.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser that performed the appraisal update assignment, have read the appraisal update report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal update report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

### X CERTIFICATION OF COMPLETION

**INTENDED USE:** The intended use of this certification of completion is for the lender/client to confirm that the requirements or conditions stated in the appraisal report referenced above have been met.

**INTENDED USER:** The intended user of this certification of completion is the lender/client.

**HAVE THE IMPROVEMENTS BEEN COMPLETED IN ACCORDANCE WITH THE REQUIREMENTS AND CONDITIONS STATED IN THE ORIGINAL APPRAISAL REPORT?**   X Yes   ☐ No   If No, describe any impact on the opinion of market value.

All renovations are complete with the exception of construction clean up.

**APPRAISER'S CERTIFICATION:** I certify that I have performed a visual inspection of the subject property to determine if the conditions or requirements stated in the original appraisal have been satisfied.

**SUPERVISORY APPRAISER'S CERTIFICATION:** I accept full responsibility for this certification of completion.

### SIGNATURES

**ADDITIONAL CERTIFICATION:** I/we certify that if this report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this report containing a copy or representation of my signature, the report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *Michelle Soyez* | Signature |
| Name  Michelle B. Soyez | Name |
| Company Name  Dale Fleishmann Appraisal Services, LLC | Company Name |
| Company Address  5129 Belle Drive, Metairie, LA 70006 | Company Address |
| Telephone Number  504-455-5411 | Telephone Number |
| Date of Signature and Report  July 14, 2016 | Date of Signature |
| Effective Date of Appraisal Update | State Certification # |
| Date of Inspection | or State License # |
| State Certification # | State |
| or State License #  916 | Expiration Date of Certification or License |
| or Other (describe)  State # | |
| State  LA | **SUPERVISORY APPRAISER** |
| Expiration Date of Certification or License  12/31/2016 | ☐ Did not inspect subject property |
| | ☐ Did inspect exterior of subject property from street |
| **CURRENT LENDER/CLIENT** | Date of Inspection |
| Name  Ms. Tobie Young | ☐ Did inspect interior and exterior of subject property |
| Company Name  Standard Mortgage Corporation | Date of Inspection |
| Company Address  701 Poydras Street, 300 Plaza, New Orleans, LA 70139 | |

Dale Fleishmann Appraisal Services, LLC

File No.   7161321

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin/ Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans | County  Orleans Parish    State  LA    Zip Code  70124-3921 |
| Client | Standard Mortgage Corporation |



Living Room



Dining Room



Kitchen



Breakfast Room



Den



Master Bedroom

Dale Fleishmann Appraisal Services, LLC

File No. 7161321

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin/ Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans | County  Orleans Parish    State  LA    Zip Code  70124-3921 |
| Client | Standard Mortgage Corporation |



Utility Room



1/2 Bath



Bedroom



Bedroom



Master Bath



Master Bath

File No. 7161321

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin/ Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans | County  Orleans Parish   State  LA   Zip Code  70124-3921 |
| Client | Standard Mortgage Corporation |



Hall Bath



Hall Bath

Dale R. Fleishmann
5129 Belle Drive
Metairie, LA 70006
504-455-5411
Tax ID# 46-4904405

| | INVOICE | 05/20/2016 | 5161084 | Loan #224954 |
|---|---|---|---|---|
| | | DATE | FILE NUMBER | CASE NUMBER |

Client:   Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

Attention: Ms. Tobie Young

| Item | Total |
|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $         450.00 |

Case Number: 224954
Borrower: Paul Benjamin and Amy Chauffe
6537 Marshall Foch Street
New Orleans, LA  70124-3921
Lots 13 and 14, Square 182, 2nd District

| | | |
|---|---|---|
| | Total: | $         450.00 |

Thank you

Loan #224954
**File No.**   5161084

**SUMMARY APPRAISAL REPORT OF**

**THE PROPERTY LOCATED AT**

6537 Marshall Foch Street

New Orleans, LA  70124-3921

**as of**

05/16/2016

**for**

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

**by**

Dale Fleishmann Appraisal Services, LLC

5129 Belle Drive
Metairie, LA 70006

**Dale Fleishmann Appraisal Services, LLC**
5129 Belle Drive
Metairie, LA 70006
504-455-5411

May 20, 2016

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

| | |
|---|---|
| Property - | 6537 Marshall Foch Street |
| | New Orleans, LA  70124-3921 |
| Borrower - | Paul Benjamin and Amy Chauffe |
| File No. - | 5161084 |
| Case No. - | 224954 |

Dear Ms. Young:

In accordance with your request, I have prepared an appraisal of the real property located at 6537 Marshall Foch Street, New Orleans, LA.

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 05/16/2016 is :

$595,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Dale Fleishmann Appraisal Services, LLC

Michelle B. Soyez
LA License #916

# Uniform Residential Appraisal Report

Loan #224954
File # 5161084

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 6537 Marshall Foch Street | City New Orleans  State LA  Zip Code 70124-3921 |
| Borrower Paul Benjamin and Amy Chauffe  Owner of Public Record Nathan Junius | County Orleans Parish |
| Legal Description Lots 13 and 14, Square 182, 2nd District | |
| Assessor's Parcel # 206404307 | Tax Year 2016  R.E. Taxes $ 8,244 |
| Neighborhood Name Lakeview | Map Reference MLS-61  Census Tract 0056.02 |

Occupant ☐ Owner ☐ Tenant [X] Vacant  Special Assessments $ 0  ☐ PUD  HOA $ 0  ☐ per year  ☐ per month

Property Rights Appraised [X] Fee Simple  ☐ Leasehold  ☐ Other (describe)

Assignment Type ☐ Purchase Transaction  ☐ Refinance Transaction  [X] Other (describe)

Lender/Client Standard Mortgage Corporation  Address 701 Poydras Street, 300 Plaza, New Orleans, LA 70139

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  [X] Yes  ☐ No

Report data source(s) used, offering price(s), and date(s). DOM Unk;The subject was listed on 03/20/2015 for $739,000, reduced to $679,000, reduced to $629,000 on 07/21/2015, reduced to $589,000 and was withdrawn on 01/04/2016. It went under contract on 05/05/2016 for $430,000

## CONTRACT

☐ I [X] did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  Non-arms length sale;The seller and purchaser are acquaintances and the sale is not an arms length transaction.

Contract Price $ 430,000  Date of Contract 05/05/2016  Is the property seller the owner of public record?  [X] Yes  ☐ No  Data Source(s)  Tax Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  [X] No

If Yes, report the total dollar amount and describe the items to be paid:  $0;;None per contract dated 05/05/2016.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Percent Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban [X] Suburban ☐ Rural | | Property Values | [X] Increasing ☐ Stable ☐ Declining | | PRICE | AGE | One-Unit | 90 % |
| Built-Up | [X] Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage [X] In Balance ☐ Over Supply | | $(000) | (yrs) | 2-4 Unit | 5 % |
| Growth | [X] Rapid ☐ Stable ☐ Slow | | Marketing Time | [X] Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | 110 Low | Low | Multi-Family | 1 % |
| | | | | | | 1,100 High | 75 | Commercial | 3 % |
| | | | | | | 500 Pred. | 40 | Other | 1 % |

Neighborhood Boundaries  The subject's neighborhood is bounded by Robert E. Lee Boulevard-north, Orleans Avenue-east, Interstate 610-south and West End Boulevard-west.

Neighborhood Description  The subject is located in Lakeview approximately 7 miles northwest of the New Orleans CBD. There is a mix of new construction and renovated homes. The area is convenient to downtown New Orleans, schools, shopping and public transportation. Other land use is vacant land.

Market Conditions (including support for the above conclusions)  Supply and demand are in balance, and property values are stable with no adverse conditions affecting the market. Typical exposure time is 1 to 3 months. Mortgage money is currently available at competitive rates. Conventional financing is most common, although FHA and VA loans are also available.

## SITE

Dimensions 50Fx122LSx50Rx122RS  Area 6100 sf  Shape Rectangular  View N;Res;

Specific Zoning Classification S-LRS1  Zoning Description Suburban Lakeview Single Family Residential District

Zoning Compliance [X] Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  ☐ No If No, describe
The subject property is a single family home situated in a family zoning and is being utilized to its highest and best use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley Alley | [X] | |

FEMA Special Flood Hazard Area [X] Yes  ☐ No  FEMA Flood Zone A3  FEMA Map No 2252030095E  FEMA Map Date 03/01/1984

Are the utilities and off-site improvements typical for the market area?  [X] Yes  ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  [X] No If Yes, describe
Property has a residential view. The lot size is typical for the neighborhood. The topography is level. The property appears to have adequate drainage. No adverse conditions noted. Taxes are estimated from the Orleans Parish Assessor's Office website.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One ☐ One with Accessory Unit | | [X] Concrete Slab ☐ Crawl Space | | Foundation Walls Slab/Gd | | Floors Wood/Cpt/New | |
| # of Stories 2.00 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Stucco/Siding/Gd | | Walls Sheetrock/New | |
| Type [X] Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area 0 sq. ft. | | Roof Surface Aluminum/Gd | | Trim/Finish Wood/New | |
| [X] Existing ☐ Proposed ☐ Under Const. | | Basement Finish 0 % | | Gutters & Downspouts Aluminum/Gd | | Bath Floor Tile/New | |
| Design (Style) Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Vinyl/Gd | | Bath Wainscot Tile/CM/New/Gd | |
| Year Built 2002 | | Evidence of ☐ Infestation | | Storm Sash/Insulated Insulated/Gd | | Car Storage ☐ None | |
| Effective Age (Yrs) 5 | | ☐ Dampness ☐ Settlement | | Screens Aluminum/Gd | | [X] Driveway  # of Cars 2 | |
| Attic ☐ None | | Heating [X] FWA ☐ HWBB ☐ Radiant | | Amenities ☐ WoodStove(s)# 0 | | Driveway Surface Concrete | |
| [X] Drop Stair ☐ Stairs | | ☐ Other  Fuel Gas | | [X] Fireplace(s) # 1 [X] Fence Wood | | ☐ Garage  # of Cars 0 | |
| ☐ Floor ☐ Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Patio ☐ Porch Cov'd | | [X] Carport  # of Cars 2 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Other None | | ☐ Att. ☐ Det. ☐ Built-in | |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:  10 Rooms  4 Bedrooms  3.1 Bath(s)  3,234 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)  Covered porch. Covered patio. Carport in rear with access from alley. Carport has storage area and overhead garage door. 10' ceilings down. 9' ceilings up.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  C3;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;The subject is currently under renovation. The sales price reflects the current condition of the home. The appraisal is subject to completion of renovation. Renovations will include: new wood flooring, tile, and carpet; tile flooring in baths; kitchen cabinets, counters, and Dacor appliances; fixtures; and re-installation of some items that were previously removed but are still on the premises. Purchaser stated that renovation cost will be $150,000.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  [X] No If Yes, describe
The appraiser did not observe any form of adverse environmental conditions that would have a negative impact on the property being appraised.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  [X] Yes  ☐ No If No, describe
The subject design/appeal is typical for neighborhood.

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File #  5161084

There are **3** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 579,000 to $ 645,000 .

There are **10** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 535,000 to $ 699,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6537 Marshall Foch Street New Orleans, LA 70124-3921 | 801 Filmore Avenue New Orleans, LA 70124 | | 249 Downs Street New Orleans, LA 70124 | | 6622 Louisville Street New Orleans, LA 70124 | |
| Proximity to Subject | | 0.24 miles NW | | 0.70 miles NW | | 0.43 miles W | |
| Sale Price | $ 430,000 | $ 618,840 | | $ 585,000 | | $ 575,000 | |
| Sale Price/Gross Liv. Area | $ 132.96 sq. ft. | $ 182.33 sq. ft. | | $ 180.28 sq. ft. | | $ 183.35 sq. ft. | |
| Data Source(s) | | GSREIN #2042548;DOM 29 | | GSREIN #2019117;DOM 35 | | GSREIN #2021998;DOM 6 | |
| Verification Source(s) | | Ref #2016-14678 | | Ref #2015-39580 | | Ref #2015-39499 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Cash;0 | |
| Date of Sale/Time | | s04/16;c02/16 | | s09/15;c08/15 | | s09/15;c08/15 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6100 sf | 6000 sf | +2,500 | 6000 sf | +2,500 | 5805 sf | +7,375 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | DT2;Traditional | | DT2;Traditional | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 14 | 11 | 0 | 12 | 0 | 12 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |

| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 10 | 4 | 3.1 | 9 | 4 | 3.1 | 0 | 8 | 3 | 3.0 | +2,500 | 9 | 4 | 3.1 | 0 |
| Gross Living Area | 3,234 sq. ft. | | | 3,394 sq. ft. | | | -14,400 | 3,245 sq. ft. | | | 0 | 3,136 sq. ft. | | | +8,820 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2cp2dw | 2gd | -2,000 | 1gbi1dw | | 2gd | -2,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Pool | None | None | | Inground Pool | -10,000 | None | |
| | 50 x 122 | 60 x 100 | 0 | 60 x 100 | 0 | 45 x 129 | 0 |
| Net Adjustment (Total) | | + X - $ | -13,900 | + X - $ | -5,000 | X + - $ | 14,195 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.25 % Gross Adj. 3.05 % $ 604,940 | | Net Adj. 0.85 % Gross Adj. 2.56 % $ 580,000 | | Net Adj. 2.47 % Gross Adj. 3.16 % $ 589,195 | |

I **X** did  ☐ did not research the sale or transfer history of the subject property and comparable sales.  If not, explain

My research  ☐ did  **X** did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  GSREIN & Deedfax

My research  ☐ did  **X** did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.
Data Source(s)  GSREIN & Deedfax

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | 05/16/2016 | 05/16/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The subject has not sold in the past three years per GSREIN and Deedfax.

Summary of Sales Comparison Approach  Comparables are similar to subject in basic amenities and support the sales approach. Sites were adjusted $25 per square foot. Living area adjusted $90 per square foot. Some sales used are over 6 months old but were used due to a scarcity of more recent sales similar in size and age. Comparables were given equal consideration.The appraiser's opinion of market value is above the predominant value but is between the high and the low end of the price spectrum for homes in the subject's neighborhood and is not considered an over improvement. Please see next page for a pending sale. Approximate as is value $440,000.

Indicated Value by Sales Comparison Approach $ 595,000

Indicated Value by: Sales Comparison Approach $ 595,000  Cost Approach (if developed) $ 663,214  Income Approach (if developed) $ 0

The Sales Comparison Approach is used as the primary indicator of value.  The Cost Approach was used to support the market data adjustments.  The subject property is not a rental, therefore the Income Approach was not used.

This appraisal is made  ☐ "as is,"  **X** subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Appraisal is contingent upon completion of renovation.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 595,000 , as of  05/16/2016 , which is the date of inspection and the effective date of this appraisal.

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## ADDITIONAL COMPARABLES

| Borrower | Paul Benjamin and Amy Chauffe | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch Street | | | | | | |
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
| Lender/Client | Standard Mortgage Corporation | | | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6537 Marshall Foch Street<br>New Orleans, LA 70124-3921 | 312 Lane Street<br>New Orleans, LA 70124 | | | | | |
| Proximity to Subject | | 0.53 miles W | | | | | |
| Sale Price | $ 430,000 | $ 550,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 132.96 sq. ft. | $ 202.06 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | GSREIN #2026052;DOM 259 | | | | | |
| Verification Source(s) | | Realtor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing | | Listing | | | | | |
| Concessions | | SP/LP adj;22000 | -22,000 | | | | |
| Date of Sale/Time | | c02/16 | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 6100 sf | 5000 sf | +27,500 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 14 | 12 | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10 4 3.1 | 9 3 3.0 | +2,500 | | | | |
| Gross Living Area | 3,234 sq. ft. | 2,722 sq. ft. | +46,080 | sq. ft. | | sq. ft. | |
| Basement & Finished | 0sf | 0sf | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Typical | Typical | | | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | | | |
| Energy Efficient Items | Typical | Typical | | | | | |
| Garage/Carport | 2cp2dw | 1gbi1dw | 0 | | | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | | | | |
| Pool | None | None | | | | | |
| | 50 x 122 | 50 x 100 | 0 | | | | |
| Net Adjustment (Total) | | X + - | $ 54,080 | + - | $ | + - | $ |
| Adjusted Sale Price | | Net Adj. 9.83 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 17.83 % $ | 604,080 | Gross Adj. % $ | | Gross Adj. % $ | |

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | | |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | | |

Comment on Sales Comparison

## Uniform Residential Appraisal Report

Loan #224954
File #   5161084

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**ADDITIONAL COMMENTS**

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

6676 Marshall Foch Street, MLS#2050912, 50 x 122, sold 05/06/2016 for $255,000 or $41/sf. The LAND TO VALUE RATIO as indicated is typical of the subject area and appears to be well accepted in the market as normal.

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | | OPINION OF SITE VALUE | =$ | 255,000 |
| Source of cost data  Local contractors | | Dwelling  3,234 Sq. Ft. @ $  130.00 | =$ | 420,420 |
| Quality rating from cost data  Q3   Effective date of cost data  05/18/2016 | | Sq. Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | Porch, Patio | | 10,000 |
| Numbers for the cost approach were derived from local | | Garage/Carport  376 Sq. Ft. @ $  35.00 | =$ | 13,160 |
| contractors.  Physical depreciation is based on the age/life | | Total Estimate of Cost-New | =$ | 443,580 |
| method.  No functional or economic obsolescence was | | Less  Physical  Functional  External | | |
| observed. Used for valuation support only, not intended for | | Depreciation  40,366 | =$ ( | 40,366) |
| insurance purposes. | | Depreciated Cost of Improvements | =$ | 403,214 |
| | | 'As-is' Value of Site Improvements | =$ | 5,000 |
| Estimated Remaining Economic Life (HUD and VA only)  50  Years | | Indicated Value By Cost Approach | =$ | 663,214 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | 0  Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No  Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases ___  Total number of units ___  Total number of units sold ___

Total number of units rented ___  Total number of units for sale ___  Data Source(s) ___

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File #  5161084

## Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Dale Fleishmann Appraisal Services, LLC

**Uniform Residential Appraisal Report**

Loan #224954
File #  5161084

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

Loan #224954
File #  5161084

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature  *Michelle Soyez*
Name  Michelle B. Soyez
Company Name  Dale Fleishmann Appraisal Services, LLC
Company Address  5129 Belle Drive
Metairie, LA 70006
Telephone Number  504-455-5411
Email Address  reappr@bellsouth.net
Date of Signature and Report  05/20/2016
Effective Date of Appraisal  05/16/2016
State Certification #
or State License #  916
or Other                                          State #
State  LA
Expiration Date of Certification or License  12/31/2016

ADDRESS OF PROPERTY APPRAISED
6537 Marshall Foch Street
New Orleans, LA 70124-3921
APPRAISED VALUE OF SUBJECT PROPERTY $ 595,000
LENDER/CLIENT
Name  No AMC
Company Name  Standard Mortgage Corporation
Company Address  701 Poydras Street, 300 Plaza
New Orleans, LA 70139
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address
Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

Fannie Mae - Definition of Terms

| | | |
|---|---|---|
| | File No. | 5161084 |
| | Case No. | Loan #224954 |

| | |
|---|---|
| Borrower | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| | | | | | | |
|---|---|---|---|---|---|---|
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code 70124-3921 |
| Lender/Client | Standard Mortgage Corporation | | Address | 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 | | |

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized conditions and quality ratings within the appraisal report.

### Condition Ratings and Definitions

**C1** - The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2** - The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finished have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3** - The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4** - The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property*

**C5** - The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6** - The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1** - Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified use. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2** - Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high quality.

**Q3** - Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4** - Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5** - Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6** - Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated** - Little or no updating or modernization. This description includes, but is not limited to, new homes.  Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated** - The area of the home has been modified to meet current market expectations.  These modifications are limited in terms of both scope and cost. An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations.  Updates do not include significant alterations to the existing structure.

**Remodeled** - Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion. A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:  3.2 indicates three full baths and two half baths.

Dale Fleishmann Appraisal Services, LLC

Requirements - Abbreviations Used in
Data Standardization Text

File No.   5161084
Case No.   Loan #224954

| Abbreviation | Full Name | Appropriate Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concession |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| G | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HiR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfll | Landfill | Location |
| LtdSght | Limited Sight | View |
| MiR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTm | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| s | Settlement Date | Date of Sale/Time |
| sf | Square Feet | Area, Site, Basement |
| Short | Short Sale | Sale or Financing Concessions |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdraw Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

Dale Fleishmann Appraisal Services, LLC

Loan #224954

## Market Conditions Addendum to the Appraisal Report
File No. 5161084

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | |
|---|---|---|---|
| Property Address | 6537 Marshall Foch Street | City New Orleans | State LA ZIP Code 70124-3921 |
| Borrower | Paul Benjamin and Amy Chauffe | | |

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 1 | 2 | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 0.33 | 0.67 | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | 4 | 5 | 4 | Declining | X Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3.43 | 15.00 | 6.00 | Declining | X Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 589,000 | 685,000 | 654,420 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 35 | 7 | 81 | Declining | X Stable | Increasing |
| Median Comparable List Price | 652,000 | 649,000 | 632,000 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | 196 | 133 | 78 | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 95.77 | 100.00 | 94.91 | Increasing | X Stable | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | Yes | X No | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).  There were no concessions in any of the sales in the past 12 months.

Are foreclosure sales (REO sales) a factor in the market?  Yes  X No   If yes, explain (including the trends in listings and sales of foreclosed properties).
After a search in MLS it did not appear that foreclosure sales are prevalent in this neighborhood.

Cite data sources for above information.  Information obtained from GSREIN.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject appears to be located in a stable market. There were 7 sales in the 7-12 months prior to the date of the appraisal; 1 sale in the 4-6 months prior to the date of the appraisal and 2 sales in the 3 months prior to the date of the appraisal.

**If the subject is a unit in a condominium or cooperative project, complete the following:**       Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?  Yes  No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature *Michelle Soyez* | Signature |
| Appraiser Name Michelle B. Soyez | Appraiser Name |
| Company Name Dale Fleishmann Appraisal Services, LLC | Company Name |
| Company Address 5129 Belle Drive, Metairie, LA 70006 | Company Address |
| State License/Certification # 916           State LA | State License/Certification #        State |
| Email Address reappr@bellsouth.net | Email Address |

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

# SKETCH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans | County  Orleans Parish      State  LA      Zip Code  70124-3921 |
| Client | Standard Mortgage Corporation |



Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |
| | | | |
| | Net LIVABLE Area | (rounded) | 3234 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 18.9  x   3.2 | 60.48 |
| 40.3  x  12.1 | 487.63 |
| 7.1  x  35.5 | 252.05 |
| 0.3  x  38.2 | 11.46 |
| 37.4  x   4.6 | 172.04 |
| 9.8  x  35.5 | 347.90 |
| 38.2  x   7.4 | 282.68 |
| 11.4  x  20.0 | 228.00 |
| 4.1  x  22.7 | 93.07 |
| 6.8  x  27.7 | 188.36 |
| Second Floor | |
| 0.3  x  29.5 | 8.85 |
| 3.2  x  26.1 | 83.52 |
| 12.1  x  37.8 | 457.38 |
| 27.5  x  14.5 | 398.75 |
| 4.7  x  23.4 | 109.98 |
| 9.5  x   4.5 | 42.75 |
| 0.5  x  17.5 | 8.75 |
| 17 Items | (rounded)    3234 |

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | |
| Property Address | 6537 Marshall Foch Street | | | |
| City   New Orleans | County   Orleans Parish | State   LA | Zip Code   70124-3921 | |
| Client | Standard Mortgage Corporation | | | |



**FRONT VIEW OF
SUBJECT PROPERTY**



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE OF
SUBJECT PROPERTY**

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084



## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|

| Client | Standard Mortgage Corporation |
|---|---|



Living Room



Dining Room



Kitchen

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | |
| Property Address | 6537 Marshall Foch Street | | | |
| City   New Orleans | County   Orleans Parish | State   LA | | Zip Code   70124-3921 |
| Client | Standard Mortgage Corporation | | | |



Breakfast



Den



Half Bath

Loan #224954
File No.    5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner    Paul Benjamin and Amy Chauffe

Property Address    6537 Marshall Foch Street

City    New Orleans              County    Orleans Parish        State    LA              Zip Code    70124-3921

Client              Standard Mortgage Corporation



Master Bedroom



Master Bath-View 1



Master Bath-View 2

Loan #224954
File No.   5161084



## PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | |
| Property Address | 6537 Marshall Foch Street | | | |
| City   New Orleans | County   Orleans Parish | State   LA | Zip Code   70124-3921 | |
| Client | Standard Mortgage Corporation | | | |



Bedroom #1



Bath #1



Bath #2

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | |
| Property Address | 6537 Marshall Foch Street | | | |
| City   New Orleans | County   Orleans Parish | State   LA | | Zip Code   70124-3921 |
| Client | Standard Mortgage Corporation | | | |



Sitting Room



Bedroom #2



Carport

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|

| Client | Standard Mortgage Corporation |
|---|---|



### COMPARABLE #1

801 Filmore Avenue
New Orleans, LA 70124

| | |
|---|---|
| Price | $618,840 |
| Price/SF | 182.33 |
| Date | s04/16;c02/16 |
| Age | 11 |
| Room Count | 9-4-3.1 |
| Living Area | 3,394 |
| | |
| Value Indication | $604,940 |



### COMPARABLE #2

249 Downs Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $585,000 |
| Price/SF | 180.28 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 8-3-3.0 |
| Living Area | 3,245 |
| | |
| Value Indication | $580,000 |



### COMPARABLE #3

6622 Louisville Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $575,000 |
| Price/SF | 183.35 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 9-4-3.1 |
| Living Area | 3,136 |
| | |
| Value Indication | $589,195 |

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|

| Client | Standard Mortgage Corporation |
|---|---|



**COMPARABLE #4**

312 Lane Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $550,000 |
| Price/SF | 202.06 |
| Date | c02/16 |
| Age | 12 |
| Room Count | 9-3-3.0 |
| Living Area | 2,722 |
| **Value Indication** | $604,080 |

Loan #224954
File No.   5161084

## Location Map

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City   New Orleans | County   Orleans Parish   State   LA   Zip Code   70124-3921 |
| Client | Standard Mortgage Corporation |



2500 Feet

© 2016 Microsoft Corporation   © 2010 NAVTEQ   © AND

Loan #224954
File No.   5161084

| General Map 1 | |
|---|---|
| Borrower or Owner    Paul Benjamin and Amy Chauffe | |
| Property Address    6537 Marshall Foch Street | |
| City    New Orleans    County    Orleans Parish    State    LA    Zip Code   70124-3921 | |
| Client              Standard Mortgage Corporation | |



**Subject**
6537 Marshall Foch Street
New Orleans, LA 70124-3921

200 Feet

© 2016 Microsoft Corporation   © 2010 NAVTEQ   © AND

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## FLOOD MAP

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|

Client        Standard Mortgage Corporation



Subject
6537 Marshall Foch Street
New Orleans, LA 70124-3921

### Flood Zones

- ☐ Areas inundated by 500-year flooding
- ☐ Areas outside of the 100- and 500-year flood plains
- ☐ Areas inundated by 100-year flooding
- ☐ Areas inundated by 100-year flooding with velocity hazard
- ☐ Floodway areas
- ☐ Floodway areas with velocity hazard
- ☐ Areas of undetermined but possible flood hazards
- ☐ Areas not mapped on any published FIRM

### Flood Zone Determination

**Latitude:** 30.009062
**Longitude:** -90.102926
**Community Name:**
UNINCORPORATED AREA
**Community:** 225203
**SFHA (Flood Zone):** Yes
**Within 250 ft. of multiple flood zones:** Yes
**Zone:** A3                    **Map #:** 2252030095E
**Panel:** 0095E               **Panel Date:** 03/01/1984
**FIPS Code:** 22071          **Census Tract:** 0056.02

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

916
CRA





File No. JC030946  Page #1

**FROM:**
John P. Cashman, II
Cashman Appraisal, Inc
521 Topaz Street
New Orleans, LA 70124
john@cashmanappraisal.com  (WWW:cashmanappraisal.com)
Telephone Number: 504-488-4398        Fax Number: 504-617-7272

# INVOICE

| INVOICE NUMBER |
|---|
| JC030946 |
| **DATE** |
| 3/27/2009 |

**TO:**
Jennifer Jochum
Standard Mortgage Corporation
110 Veterans Blvd
Suite 430
Metairie, LA 70005
Telephone Number: (504) 828-2900        Fax Number: (504) 828-2996
Alternate Number:                        E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | JC030946 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | JC030946 |
| Other File # on form: | 166326 |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

|  |  |  |  |
|---|---|---|---|
| **Lender:** Standard Mortgage Corporation | | **Client:** Standard Mortgage Corporation | |
| **Purchaser/Borrower:** Nathan Junius | | | |
| **Property Address:** 6537 Marshall Foch St | | | |
| **City:** New Orleans | | | |
| **County:** Orleans | | **State:** LA | **Zip:** 70124-3921 |
| **Legal Description:** Sq 182 Lots 13 And 14 Marshall Foch | | | |

| FEES | AMOUNT |
|---|---|
| 1004 | 400.00 |
| | |
| **SUBTOTAL** | 400.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:        Date:        Description: | |
| Check #:        Date:        Description: | |
| Check #:        Date:        Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $      400.00 |

[File No. JC030946] Page #2]

# APPRAISAL OF REAL PROPERTY

## LOCATED AT:

6537 Marshall Foch St
Sq 182 Lots 13 And 14 Marshall Foch
New Orleans, LA 70124-3921

## FOR:

Standard Mortgage Corporation
110 Veterans Blvd
Metairie, LA  70005

## AS OF:

**March 27, 2009**

## BY:

John P. Cashman II
Cashman Appraisal, Inc.
521 Topaz St
New Orleans, LA  70124
504-488-4398
504-617-7272

Cashman Appraisal, Inc.
521 Topaz St
New Orleans, LA 70124
504-488-4398

March 27, 2009

Standard Mortgage Corporation
110 Veterans Blvd
Metairie, LA 70005

Re: Property: 6537 Marshall Foch St
New Orleans, LA 70124-3921
Borrower: Nathan Junius
File No.: JC030946

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

John P. Cashman II
Louisiana State Certified General
Real Estate Appraiser #G0146

# Uniform Residential Appraisal Report

166326
File # JC030946

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address 6537 Marshall Foch St | City New Orleans | State LA | Zip Code 70124-3921 |

Borrower Nathan Junius    Owner of Public Record Nathan Junius    County Orleans

Legal Description Sq 182 Lots 13 And 14 Marshall Foch

Assessor's Parcel # 206404307    Tax Year N/A    R.E. Taxes $ N/A

Neighborhood Name Lakeview    Map Reference MLS 61    Census Tract 0056.02

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ N/A    ☐ PUD    HOA $ N/A    ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)

Lender/Client Standard Mortgage Corporation    Address 110 Veterans Blvd, Suite 430, Metairie, LA 70005

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). MLS/Deedfax

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price $ N/A    Date of Contract N/A    Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) No seller involved

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid. N/A

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $(000) | AGE (yrs) | One-Unit 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | Low 50 | New | 2-4 Unit 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | High 560 | 85+ | Multi-Family 5 % |
| Neighborhood Boundaries The subject's neighborhood is generally bounded by: Robert E. Lee Blvd. (N), | | | | | | Pred. 220 | 50 | Commercial 10 % |
| Interstate-610 (S), City Park (E), and the Jefferson/Orleans Parish line (W). | | | | | | | | Other 5 % |

Neighborhood Description The subject property is located within a neighborhood which has recently undergone much renovations of existing improvements.  This atmosphere of older dwellings undergoing renovation has enhanced the marketability and appeal of the subject property.  This area of New Orleans, known as "Lakeview", is a popular neighborhood due to its proximity to the New Orleans Fairgrounds, City Park, Bayou St.

Market Conditions (including support for the above conclusions)    Current market conditions in the subject's neighborhood appear to be stable.  Conventional, FHA, and VA financing are readily available with rates typical purchasers consider attractive. Factors of supply and demand appear to be in balance at the present time.  Recent MLS data sources were utilized for data on marketing time and competitive properties in the neighborhood.

**SITE**

Dimensions 50x122    Area 6,100 Sq.Ft.    Shape Rectangular    View Similar Dwellings

Specific Zoning Classification LRS-1    Zoning Description Single Family Residential Development

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water ☒ | ☐ | Street Concrete | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer ☒ | ☐ | Alley None | | ☒ |

FEMA Special Flood Hazard Area ☒ Yes ☐ No    FEMA Flood Zone A3    FEMA Map # 2252030095E    FEMA Map Date 3/1/1984

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

No adverse conditions were noted upon inspection; however, a current survey was not available. *The flood zone should be verified by a flood elevation survey.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls | Concrete/Good | Floors | Cpt,CT/Good |
| # of Stories Two | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | Stucco/Good | Walls | Sr/Good |
| Type ☐ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area N/A sq.ft. | | Roof Surface | Fiberglass/Good | Trim/Finish | Wood,Crown/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish N/A % | | Gutters & Downspouts | Aluminum/Good | Bath Floor | CT/Good |
| Design (Style) Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Al,Ins/Good | Bath Wainscot Sr,Fiberglass/Good |
| Year Built 2004 | | Evidence of ☐ Infestation ☐ None Noted | | Storm Sash/Insulated | None | Car Storage | ☐ None |
| Effective Age (Yrs) 1-2 | | ☐ Dampness ☒ Settlement | | Screens | None/Yes | ☐ Driveway # of Cars |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Woodstove(s) # | Driveway Surface |
| ☐ Drop Stair ☐ Stairs | ☐ Other | Fuel Gas/Elec. | ☒ Fireplace(s) # 1 | ☒ Fence Wd,6 | ☐ Garage # of Cars |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck | ☒ Porch Cv | ☒ Carport # of Cars 2 |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | | ☐ Pool | ☒ Other Storage | ☐ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☐ Washer/Dryer ☒ Other (describe) FH

Finished area above grade contains:    9 Rooms    4 Bedrooms    3.1 Bath(s)    3,297 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Good features

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    The subject property is considered to be in above average condition and shows signs of adequate maintenance levels. The improvements are approximately 5 years old and have been extensively renovated and repaired since the passage of hurricane Katrina. The property is currently well maintained and in Good overall condition.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

None Known

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

## Uniform Residential Appraisal Report

166326
File # JC030946

| There are | 4 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 479,000 | to $ 550,000 | . |

| There are | 6 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 420,000 | to $ 525,000 | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 6537 Marshall Foch St New Orleans, LA 70124-3921 | 6965 General Haig St New Orleans, LA 70124 | 6402 General Diaz Street New Orleans, LA 70124 | 6741 General Diaz Street New Orleans, LA 70124 |
| Proximity to Subject | | 0.55 miles NE | 0.17 miles SW | 0.26 miles N |
| Sale Price | $ N/A | $ 447,000 | $ 420,000 | $ 480,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 125.92 sq.ft. | $ 135.48 sq.ft. | $ 149.11 sq.ft. |
| Data Source(s) | | MLS #745315 | MLS #750969 | MLS #665048 |
| Verification Source(s) | | Broker's Verification | Deedfax #0846674 | Deedfax #0818586 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing Concessions | | Conventional Warranty/CC -12,415 | Conventional Repair -2,000 | Conventional None Noted |
| Date of Sale/Time | | 02/09 DOM 236 | 08/08 DOM 3 | 02/08 DOM 439 |
| Location | Suburban/Gd | Suburban/Gd | Suburban/Gd | Suburban/Gd |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Site | 6,100 Sq.Ft. | 50x144 | 50x125 | 50x122 |
| View | Similar Dwellings | Residential | Residential | Residential |
| Design (Style) | Traditional | Traditional | Traditional | Traditional |
| Quality of Construction | Good/Renov | Good/Renov | Good/Renov | Good/Renov |
| Actual Age | 5 Act\Remodld | 3 Act\Remdld | 6 Act\Remodld | 3 Act\Remodld |
| Condition | Very Good | Very Good | Very Good | Very Good |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 9   4   3.1 | 10   4   3.1 | 8   4   3.1 | 9   4   3.1 |
| Gross Living Area | 3,297 sq.ft. | 3,550 sq.ft. -15,150 | 3,100 sq.ft. +9,850 | 3,219 sq.ft. +3,900 |
| Basement & Finished | N/A | None | None | None |
| Rooms Below Grade | N/A | None | None | None |
| Functional Utility | Typical | Typical | Typical | Typical |
| Heating/Cooling | Central A/H | Central A/H | Central A/H | Central A/H |
| Energy Efficient Items | Typ. Features | Typ. Features | Typ. Features | Typ. Features |
| Garage/Carport | Carport 2 | Carport 2 | CvDriveway2 | Carport 2 |
| Porch/Patio/Deck | CvPorch/Patio | CvEntry +1,500 | CvEntry +1,500 | CvPat/Prch/Bal -1,500 |
| Kitchen Equip. | BIK | BIK | BIK | BIK |
| Other amenities | Standard | Standard | Standard | Standard |
| Fireplace/Wetbar | Fireplace | None +1,000 | Fireplace | Fireplace |
| Net Adjustment (Total) | | + ☒ - $ -25,065 | ☒ + ☐ - $ 9,350 | ☒ + ☐ - $ 2,400 |
| Adjusted Sale Price of Comparables | | Net Adj. 5.6 % Gross Adj. 6.7 % $ 421,935 | Net Adj. 2.2 % Gross Adj. 3.2 % $ 429,350 | Net Adj. 0.5 % Gross Adj. 1.1 % $ 482,400 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   MLS/Deedfax

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   MLS/Deedfax\

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale within the past | No prior sale within the past | No prior sale within the past | No prior sale within the past |
| Price of Prior Sale/Transfer | 3 years has been noted in | 1 year has been noted in | 1 year has been noted in | 1 year has been noted in |
| Data Source(s) | Deedfax/MLS | Deedfax/MLS | Deedfax/MLS | Deedfax/MLS |
| Effective Date of Data Source(s) | 3/2009 | 03/2009 | 03/2009 | 03/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales     The appraiser has conducted a research of previous sales of the subject property and the comparable sales. There were no recorded transactions of this property within 3 years of this appraisal for the subject and none for the 12 month period prior to the sales date of each comparable sale.

Summary of Sales Comparison Approach     The size, condition, and style of the subject property is typical for this neighborhood.  All of the sales are situated within close proximity to the subject.  Each sale has been considered in relation to the subject with regard to condition, quality, size, and marketability.  An explanation of the adjustments can be found in the Additional Comments section of this report.  Consideration was given to all comparables to determine the final estimated value. ***See Additional Comments.***

Indicated Value by Sales Comparison Approach $  430,000

Indicated Value by: Sales Comparison Approach $  430,000   Cost Approach (if developed) $ 432,274   Income Approach (if developed) $

Most consideration was given to the Sales Comparison Approach since this method best reflects the actions of buyers and sellers in the immediate market area.  The Cost Approach was also utilized, although it was considered to be of secondary importance.

This appraisal is made ☒ "as is,"  ☐  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐  subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐  subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  The value estimate stated in this report is based on "as is" conditions present at the time of inspection. No value has been given to non-realty items or personal property.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   430,000   , as of   March 27, 2009   , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

166326
File # JC030946

**ADDITIONAL COMMENTS**

*COMPARABLE SELECTION*:  The comparables used in this report are most similar to the subject property and best represent what the subject property would bring in the market.  A weighted average based on the total dollar adjustment per each comparable was used to arrive at the value estimate assigned to the subject property. A thorough search was conducted of the subject's neighborhood and surrounding areas for comparables similar to the subject.  The comparables selected were the most similar available within 2 miles that have sold recently.

*SITE ADJUSTMENT*:  Each comparable site which varied in overall size as compared to the subject were adjusted accordingly to accurately reconcile with the subject.  Market response to width and site utility has been considered.  Adjustments, if any, for these sales were based on typical market value which is well supported on the subject's market. ☐

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     The land values in this area are generally estimated from extraction of values from existing improved homes or by way of available "tear down" activity. This method is widely recognized in older, well established areas in this older well established market.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 85,000 |
|---|---|---|---|---|---|
| Source of cost data  Marshall & Swift Residential Cost Handbook | DWELLING | 3,297 Sq.Ft. @ $ | 110.00 | =$ | 362,670 |
| Quality rating from cost service  Good     Effective date of cost data  02/2009 | | N/A Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Porch/Patio | | | =$ | 6,500 |
| Please see attached floor plan.  The subject's floor plan is typical of | Garage/Carport | 520 Sq.Ft. @ $ | 20.00 | =$ | 10,400 |
| homes in this area, and no measurable functional obsolescence will be | Total Estimate of Cost-New | | | =$ | 379,570 |
| recognized by this market.  Cost estimates shown in the Cost Approach | Depreciation | Physical | Functional | External | |
| were obtained from local construction data and the Marshall & Swift | | 6,339 | | 37,957 | =$( 44,296) |
| residential Cost Handbook. | Depreciated Cost of Improvements | | | =$ | 335,274 |
| | *As-is* Value of Site Improvements | | | =$ | 12,000 |
| Estimated Remaining Economic Life (HUD and VA only)     59 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 432,274 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $     N/A     X Gross Rent Multiplier     N/A     = $ | Indicated Value by Income Approach |
|---|---|

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases     N/A     Total number of units     N/A     Total number of units sold     N/A |
|---|
| Total number of units rented     N/A     Total number of units for sale     N/A     Data source(s)  N/A |
| Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes   ☐ No  If Yes, date of conversion.  N/A |
| Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source  N/A |
| Are the units, common elements, and recreation facilities complete?  ☐ Yes   ☐ No  If No, describe the status of completion.     N/A |
| Are the common elements leased to or by the Homeowners' Association?  ☐ Yes   ☐ No  If Yes, describe the rental terms and options. |
| Describe common elements and recreational facilities.   N/A |

Freddie Mac Form 70 March 2005                    Page 3 of 6                    Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

166326
File # JC030946

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

166326
File # JC030946

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

166326
File # JC030946

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report  was  prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   John P. Cashman II | Name |
| Company Name   Cashman Appraisal Inc. | Company Name |
| Company Address   521 Topaz street, New Orleans, LA 70124 | Company Address |
| Telephone Number   (504) 488-4398 | Telephone Number |
| Email Address   john@cashmanappraisal.com | Email Address |
| Date of Signature and Report   April 02, 2009 | Date of Signature |
| Effective Date of Appraisal   **March 27, 2009** | State Certification # |
| State Certification #   #G0146 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License   12/31/2010 | SUBJECT PROPERTY |

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection _____
☐ Did inspect interior and exterior of subject property
  Date of Inspection _____

ADDRESS OF PROPERTY APPRAISED
6537 Marshall Foch St
New Orleans, LA 70124-3921
APPRAISED VALUE OF SUBJECT PROPERTY $    _430,000_
LENDER/CLIENT
Name   Jennifer Jochum
Company Name   Standard Mortgage Corporation
Company Address   110 Veterans Blvd, Suite 430, Metairie, LA 70005
Email Address   jjochum@stanmor.com

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection _____

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. JC030946   Page #10

**AL for Windows" appraisal software by a la mode, inc.** File No. JC030946

| Lender/Client | Standard Mortgage Corporation | | | | |
|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70124-3921 |
| Borrower | Nathan Junius | | | | |

SCOPE:  A thorough search of the Multiple Listing Service (MLS), court house records (Deedfax), and the appraiser's files was conducted prior to the selection of comparables utilized in the appraisal report.  The sales selected are considered to be the most appropriate value indicators available. All current, as well as expired/withdrawn listings, and pending or closed sales were analyzed in order to establish the subject's market.  After carefully analyzing all available data, a range was established for the subject property.

Although an attempt was made to note any obvious evidence of visible termite infestation, the appraiser is not an expert in this field.  Only a licensed pest control operator can issue a certification relating to the presence of termites.  Additionally, during the physical inspection, the appraiser endeavored to not any obvious structural flaws; however, the appraiser makes no warranty, either expressed or implied, as to the structural integrity of the property.

Unless otherwise stated in this report, the appraiser has no knowledge of the existance of any hazardous materials on or in the property.  The appraiser is not, however, a qualified expert in the field of environmental contaminates.  Therefor, this value estimate is predicated on the assumption that there is no hazardous materials present on or in the property which might cause a loss in value.

**FLOOD ZONE:  The appraiser attempted to ascertain the correct Flood Zone and Hazard rating based on the Flood Insurance Rate Maps as developed by the National Flood Insurance Program and the Federal Emergency Management Agency.  While the zone and/or rating shown in the appraisal report are considered to be correct, many properties are difficult to locate on the Flood Insurance Rate Maps, and some are very close to a Flood Hazard area boundary.  Recently, adjustments to flood elevations have come in question due to the affects of hurricanes Katrina and Rita.  Therefore, the appraiser suggests that the flood zone be verified by a recognized flood hazard insurance agent or surveying engineers.**

COMMENTS ON SALES COMPARISON

**Gross Living Adjustment**: Each sale was adjusted for any difference in overall square footage as compared to the subject.  Any adjustment for other items or amenities represents market response and not necessarily the cost of the item or construction.

**SITE ADJUSTMENT:**  Each comparable site which varied in overall size as compared to the subject were adjusted accordingly to accurately reconcile with the subject.  Market response to width, depth, and site utility has been considered.  Adjustments, if any, for these sales were based on typical market value which is well supported on the subject's market.

**CONDITIONS OF APPRAISAL**

The appraiser reserves the right to re-evaluate the value estimate of this report based on the results of any building inspections that may reveal a substantially different property condition than that which was obvious to the appraiser, and based on any other information discovered which might impact value.

**FINAL RECONCILIATION:**  Most consideration was given to the Sales Comparison Approach since this method best reflects the action of buyers and sellers in the immediate  and surrounding market area.  The Cost Approach was also utilized, although it was considered to be of secondary importance.  The Income approach to value has been excluded and considered non applicable for this type property usage.

## Subject Photo Page

| Lender/Client | Standard Mortgage Corporation | | | | |
|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | |
| City | New Orleans | County  Orleans | | State  LA | Zip Code  70124-3921 |
| Borrower | Nathan Junius | | | | |



**Subject Front**

| | |
|---|---|
| 6537 Marshall Foch St | |
| Sales Price | N/A |
| Gross Living Area | 3,297 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Similar Dwellings |
| Site | 6,100 Sq.Ft. |
| Quality | Good/Renov |
| Age | 5 Act\Remodld |



**Subject Rear**



**Subject Street**

File No. Jc030946  Page #12

## Photograph Addendum

| Lender/Client | Standard Mortgage Corporation | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | | |



**Interior**



**master bath**



**Interior**



**kitchen**



**bath**



**detached carport**

File No. JC030946  Page #13

## Comparable Photo Page

| Lender/Client | Standard Mortgage Corporation | | | | |
|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | |
| City | New Orleans | County Orleans | | State LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | |



### Comparable 1

| | |
|---|---|
| 6965 General Haig St | |
| Prox. to Subject | 0.55 miles NE |
| Sales Price | 447,000 |
| Gross Living Area | 3,550 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Residential |
| Site | 50x144 |
| Quality | Good/Renov |
| Age | 3 Act\Remodld |



### Comparable 2

| | |
|---|---|
| 6402 General Diaz Street | |
| Prox. to Subject | 0.17 miles SW |
| Sales Price | 420,000 |
| Gross Living Area | 3,100 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Residential |
| Site | 50x125 |
| Quality | Good/Renov |
| Age | 6 Act\Remodld |



### Comparable 3

| | |
|---|---|
| 6741 General Diaz Street | |
| Prox. to Subject | 0.26 miles N |
| Sales Price | 480,000 |
| Gross Living Area | 3,219 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Residential |
| Site | 50x122 |
| Quality | Good/Renov |
| Age | 3 Act\Remodld |

## Building Sketch

| Lender/Client | Standard Mortgage Corporation | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 2190.66 | 2190.66 |
| GLA2 | Second Floor | 1106.73 | 1106.73 |
| P/P | Porch | 66.70 | 66.70 |
| GAR | Carport | 400.00 | 400.00 |
| OTH | Storage | 120.00 | 120.00 |
| Net LIVABLE Area | | (Rounded) | 3297 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 2.67 x 4.58 | | 12.23 |
| 20.00 x 30.83 | | 616.60 |
| 5.00 x 15.33 | | 76.65 |
| 2.67 x 18.33 | | 48.94 |
| 8.66 x 10.00 | | 86.60 |
| 12.00 x 26.00 | | 312.00 |
| 3.25 x 19.00 | | 61.75 |
| 9.82 x 13.92 | | 136.69 |
| 23.84 x 34.92 | | 832.49 |
| 2.51 x 2.67 | | 6.70 |
| Second Floor | | |
| 8.00 x 10.00 | | 80.00 |
| 15.25 x 26.00 | | 396.50 |
| 11.00 x 12.25 | | 134.75 |
| 0.08 x 27.00 | | 2.16 |
| 19.92 x 21.00 | | 418.32 |
| 5.00 x 15.00 | | 75.00 |
| 16 Items | (Rounded) | 3297 |

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Location Map

| Lender/Client | Standard Mortgage Corporation | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70124-3921 |
| Borrower | Nathan Junius | | | | | |



# Flood Map

| Lender/Client | Standard Mortgage Corporation | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70124-3921 |
| Borrower | Nathan Junius | | | | | | |



# CASHMAN APPRAISAL, INC.

## 521 Topaz Street ~ New Orleans, Louisiana 70124

## Qualifications
## John P. Cashman II
Louisiana State Certified General
Real Estate Appraiser #G0146

## EDUCATION
**University of New Orleans**, New Orleans, LA
    Bachelor of Science in Marketing      1978
**Donaldson School of Real Estate**, Metairie, LA
    Broker Licensing Course/Broker #33137      2000

## APPRAISAL INSTITUTE/APPRAISAL FOUNDATION
| | |
|---|---|
| Uniform Standards of Professional Appraisal Practice (USPAP) | 2008 |
| Uniform Standards of Professional Appraisal Practice (USPAP) | 2006 |
| License Law | 2006 |
| Professional's Guide to the Uniform Residential Appraisal Report | 2005 |
| Capitalization Theory and Techniques, Part A | 1990 |
| Real Estate Appraisal Principles | 1990 |
| Standards of Professional Practice | 1989 |
| Residential Valuation | 1988 |

## APPRAISAL INSTITUTE & LOUISIANA REAL ESTATE COMMISSION CONTINUING EDUCATION
| | |
|---|---|
| Analyzing Distressed Real Estate | 2008 |
| Quality Assurance in Residential Appraisals | 2008 |
| Residential Agreement to Purchase or Sell | 2007 |
| Cool Tools & Site to Do Business | 2005 |
| Fair Housing and Cultural Diversity | 2004 |
| Scope of Work: Expanding your range of services | 2004 |

## REAL ESTATE BUSINESS EXPERIENCE
| | |
|---|---|
| alex-cate realty, LLC  (Owner/Broker) | 2000-Present |
| Cashman Appraisal, Inc (Owner) | 1996-Present |
| Cashman-Brown, Ltd (President) | 1994-1996 |
| J.W. Lee & Associates – Associate Appraiser | 1991-1992 |
| DeMarcay & Associates – Associate Appraiser | 1987-1991 |
| Claude J. Pumilia, Inc. – Associate Appraiser | 1986-1987 |
| Landrieu Wren Co. – Licensed Commercial Real Estate Agent | 1985-1986 |
| Property One, Inc. – Licensed Commercial Real Estate Agent | 1984-1985 |

## ASSOCIATION MEMBERSHIPS
New Orleans Metropolitan Association of Realtors, Inc

## Resume - Page 2

National Association of Realtors
Appraisal Institute – Associate Member

## PROFESSIONAL EXPERIENCE

Fee Appraiser for:
> Mortgage Companies
> Banks
> Individuals
> Attorneys
> Employee Transfer Companies
> Real Estate Brokerage of Residential and Commercial Properties

## Appraiser's License

---

The attached identification card must be distributed to the named licensee

0146
APR - CGA



State of Louisiana
Certified General Appraiser License
A CERTIFIED GENERAL APPRAISER license for the period covered
January 1st 2009 through December 31st 2010 is granted to :
JOHN P CASHMAN II
Roland M. Hall
Chairman                          License Number :G 0146
Gayle H. Bourgeois
Secretary



State of Louisiana
Certified General Appraiser License
Having complied with the license requirements as set forth in in R.S.1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified General Appraiser License is hereby granted to

JOHN P CASHMAN II

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered:  January  1st 2009  Through December 31st 2010

Roland M. Hall
Chairman                          License Number: G 0146

Gayle H. Bourgeois
Secretary

# Exhibit 2

# Exhibit 3

# Property Screening Report

### *6537 Marshall Foch St., New Orleans, LA 70124*

Screening Date:
January 20, 2016

Prepared for:
Nathan Junius

HHS Inspector(s):
Shawn Macomber





# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

January 21, 2016

Nathan Junius
4 Thrush St.
New Orleans, LA 70124

RE:   Chinese Drywall Screening Report Number: Junius_6537
      Property: 6537 Marshall Foch St. New Orleans, LA 70124

Mr Junius:

   At your request, an inspection of the above property was performed on January 20, 2016. The building is a single family home.
   Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.
   Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

   At approximately 3000 sf total with 8-11foot ceilings, we estimate that there is approximately 12,600 sf of drywall in the building.
   We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

2



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
 REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008.
A positive result for this step (including both criteria) is a prerequisite to any further consideration.

### Step 2: Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

        If Step 1 is not found to be true than it is not appropriate to move on to Step 2.



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

4



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Indicia



**Figure 3:Date Stamp on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit- Damages



**Figure 7: AC coils were not easily accessible.**



**Figure 8: Coolant return line showed moderate to heavy blackening.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

6



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



**Figure 9: Coolant return line showed heavy blackening.**



**Figure 10: Copper in refrigerator showed no blackening.**



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit- Damages



**Figure 11: Outlet showing heavy blackening of exposed copper.**



**Figure 12: Exposed copper at water heater showed moderate blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



**Figure 13: Copper in breaker panel showed heavy blackening.**



**Figure 14: Heavy blackening on copper water supply under sink.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 15: XRF used to measure Sulfur deposition on AC coolant line.**



**Figure 16: Sulfur measured at 1998.10 micrograms/cm^3**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 17: Kitchen overview.**



**Figure 18: Kitchen sink with large continuos piece of granite.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

11



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 19:  Range.**



**Figure 20: Viking name plate.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

12



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 21:  Refrigerator.



Figure 22: Model and Serial number of refrigerator.

Healthy Home Solutions, LLC
• Phone:  (985) 710-3789  •
healthyhomesolutionsllc@gmail.com

13



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 23: Dishwasher.**



**Figure 24: Model and serial number of dishwasher.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

14



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 25:  Wine cooler**



**Figure 26: Ice Maker.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

15



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 27: Washer and dryer.**



**Figure 28: Tub surround in bathroom.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

16



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 29: Fireplace with tile surround.**



**Figure 30:  Arches in drywall**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

17



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 31: Jacuzzi tub bath in master bathroom.**



**Figure 32:  Custom wood shelving in master closet.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

18



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 33: Tile shower in master bath**



**Figure 34: Detail in master bath shower.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

19



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 35:  Handrail and stair treads may need to be removed to access drywall**



**Figure 36: Carpet in bedrooms on 2nd floor**

Additional Photos are found in the attached photo contact sheet.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

20



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:

**Renovator/Builder:** Owner
**Drywall Supplier:** Interior Exterior
**Year built:** N/A **Renovated:** 2006
**Square Footage:** 3000   **Ceiling Height:** Varies, 8' to 10'
**Framing Material:** wood
**Number of HVAC units:** 2
**Number of Water Heaters:** 1

### Building/Renovation/Addition History (Drywall)

Home was renovated after hurricane Katrina. Drywall on 1st floor was replaced.

### Reason for Screening

Real Estate Inspector suspected CDW during real estate transaction.

### Known issues include, but are not limited to:

Discolored copper at outlets.

### A/C age and repair history:

None reported

### Primary complaints related to the home include, but are not limited to:

None reported

### Primary complaints related to personal property within the home include, but are not limited to:

None reported.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

# Inspector's Observations:

### Odor associated with reactive drywall:

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

> *Inspector did detect an odor consistent with CDW at arrival and during the inspection.*

### Visual observations of the effects typical in homes with reactive "Chinese" drywall:

The <u>Report on Study of Electrical Component Corrosion Related to Problem Drywall</u> by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

> - *HVAC coils were not easily accessible and were not inspected.*
> - *Heavily blackened coolant line at air handler.*
> - *Exposed copper wiring at outlets/switches showed heavy blackening.*
> - *Plumbing fixtures showed evidence of pitting.*
> - *Copper plumbing supply lines showed heavy blackening.*



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

**Label Identification:**

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN label found on in walls of HVAC chase and from under stairs closet*

**X-Ray Fluorescence Instrument (XRF) Readings:**

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern.  The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured.  These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/or additional indicators of reactive drywall when readings are high.

- *XRF readings read between 350 to 1200ppm.*



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

> *No corrosion testing was performed at this location.*

## Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in ug/cm$^2$.

> - *A direct read was taken from the  blackened AC return line reading 1998.10 ug/cm$^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in ceilings and walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client.  Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

Loan #224954
File No. 5161084

# SKETCH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |

| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
|---|---|---|---|---|---|---|---|

| Client | Standard Mortgage Corporation |
|---|---|



Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |
| | | | |
| Net LIVABLE Area | (rounded) | | 3234 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| **First Floor** | |
| 18.9 x 3.2 | 60.48 |
| 40.3 x 12.1 | 487.63 |
| 7.1 x 35.5 | 252.05 |
| 0.3 x 38.2 | 11.46 |
| 37.4 x 4.6 | 172.04 |
| 9.8 x 35.5 | 347.90 |
| 38.2 x 7.4 | 282.68 |
| 11.4 x 20.0 | 228.00 |
| 4.1 x 22.7 | 93.07 |
| 6.8 x 27.7 | 188.36 |
| **Second Floor** | |
| 0.3 x 29.5 | 8.85 |
| 3.2 x 26.1 | 83.52 |
| 12.1 x 37.8 | 457.38 |
| 27.5 x 14.5 | 398.75 |
| 4.7 x 23.4 | 109.98 |
| 9.5 x 4.5 | 42.75 |
| 0.5 x 17.5 | 8.75 |
| 17 Items | (rounded)  3234 |

# 6537 MARSHALL FOCH ST. FLOORPLAN

CLOSET

MASTER
BATH

BATH

MASTER
BEDROOM

LAUNDRY

STAIRS

BREAKFAST

DEN

KITCHEN

LIVING
ROOM

DINING
ROOM

STUDY        BEDROOM

BEDROOM

BATH        BEDROOM

# Exhibit 12

# Contractor Certification

Property Address: _6537 MARSHAL FOCH SP. NOLA 70124_

Remediation Contractor: _C&J GENERAL CONTRACTORS LLC_

I certify that all possible problem drywall, including all debris and visible dust, has been removed in accordance with the Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2013 by the US Consumer Product Safety Commission and the US Department of Housing and Urban Development. Completion of removal work has been confirmed by a visual inspection of all surfaces in the work area and any adjacent areas (including but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Contractor Name: _C&J GENERAL CONTRACTORS LLC_

By:
(Signature) _____ Date: _6/1/16_

(Print Name) _NATHAN JUNIUS_

(Print Title) _PRESIDENT_

Drywall Disposal Certification

# DRYWALL DISPOSAL CERTIFICATION

I certify that, pursuant to Section 4.3.2.3 of the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047, in disposing all drywall removed from the below listed property, I have complied with all applicable waste disposal regulations of the jurisdiction in which the property is located. Attached hereto are all documents evidencing such disposal.

Property Address: _6537 MARSHALL FOCH ST. NOLA 70124_

Contractor Name: _C&J GENERAL CONTRACTORS LLP_

By:
(Signature) _[signature]_  Date _6/1/16_

(Print Name) _ANTWAN JUNIUS_

(Print Title) _PRESIDENT_

409010

Drywall Installation Certification

# DRYWALL INSTALLATION CERTIFICATION

I certify that, pursuant to the Remediation Protocol attached as Exhibit F to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047, I have completed the installation of all new drywall in the below listed Property. Attached hereto are photographs of every wall and ceiling in every room in the Property demonstrating that new drywall has been installed in the Property.

Property Address: _6537 MARSHALL FOCH St. NOLA 70124_

Contractor Name: _C&J GENERAL CONTRACTORS LLC_

By:
(Signature) _____ Date _6/1/16_

(Print Name) _NATHAN JUNIUS_

(Print Title) _PRESIDENT_

409011

Completion Certification

# COMPLETION CERTIFICATION

I hereby certify, the following:

1) The remediation of the below listed Property has been completed according to the Remediation Protocol attached as Exhibit F to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.

2) In remediating the Property, I have complied with all permitting, inspection, and certification requirements of the jurisdiction in which the Property is located. I have provided all applicable inspection certificates (including, for example, the certificate of occupancy) to the Property Owner and have attached them to this Certification.

3) All liens and/or potential liens filed in relation to the remediation work have been released or bonded off such that the Property Owner's title is clear of all liens related to the remediation work. I have provided to the Property Owner a final release of lien or liens, or such other sufficient evidence that the Property Owner's title is clear of all liens related to the remediation work and have attached such documentation to this Certification.

Property Address: _6537 MARSHALL ROCD ST AVOLA 70124_

Contractor Name: _C & J GENERAL CONTRACTORS LLC_

By:
(Signature) _[signature]_ Date _6/1/16_

(Print Name) _NATHAN JUNINS_

(Print Title) _PRESIDENT_

409009




# Driskill Environmental Consultants LLC
## INSPECTION REPORT
## Defective Drywall
## David Theard
## 6537 Marshall Foch, New Orleans, LA 70124
## November 23, 2015

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



**Office (504) 738-2779 / Fax (504) 737-1960**
**www.brent@smarttipsolutions.com**

Driskill Environmental Consultants LLC

# Contents

**INTRODUCTION** ................................................................................................................3

**INTERVIEW WITH CLIENT:** ............................................................................................3

**WORD AND PHRASE DEFINITIONS** ...............................................................................4

**PROPERTY DESCRIPTION** ...............................................................................................4

**INSPECTION RESULTS** .....................................................................................................5

**DAMAGE ASSESSMENT & SUMMARY** ..........................................................................6

**DEFECTIVE DRYWALL IDENTIFICATION** ..................................................................6

**PHOTOS; COPPER COLOR GROUND WIRING HAS BEEN BLACKENED BY CONTAMINATED DRYWALL.** 6

# Driskill Environmental Consultants LLC

## *INTRODUCTION*

Site Inspector: Brent Driskill
The following inspection was performed on November 23, 2015

The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages inflicted upon various metals and contents within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by chemical off gassing from defective drywall. The contents of this report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

The client and property owner is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C. Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise directed by the client and/or home owner. Please contact Driskill Environmental Consultants LLC for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by defective drywall, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. The client and/or home owner understands that this Inspection Report is performed and prepared for Client and/or home owner's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

## *INTERVIEW WITH CLIENT:*
An interview with the Client revealed that an inspection was requested to determine if this home contains defective Chinese drywall.

# Driskill Environmental Consultants LLC

**Word and Phrase Definitions**
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Corrosion (A.C.):** Corrosion on wiring or metal components beyond that which should be expected as compared to the normal rate of corrosion as of the date installed.

**Instrument readings, when conducted** are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

**INSPECTION INFORMATION**
On November 23, 2015, a qualified inspector conducted a visual inspection of the subject structure located at 6537 Marshall Foch, New Orleans, LA 70124, to determine the presence of defective drywall and the resulting corrosive damages to electrical and copper components and other metals inside the structure.

| PROPERTY DESCRIPTION | |
|---|---|
| **Type of Construction** | Wood Frame |
| **Use of Structure** | Single Family, Residential |
| **Age of Structure** | Built 2003, Renovated 2005-2006 |
| **Stories / Levels** | Two Levels |
| **Brand of Drywall** | |
| **Interior Walls** | Drywall |
| **Interior Ceilings** | Drywall |
| **Foundation** | Concrete Slab |
| **Number of A/C Systems** | Two Central Systems |

# Driskill Environmental Consultants LLC

SYSTEMS AND DEVICES INSPECTED

## ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES
Removal or accessing electrical components for visual inspection such as; electrical receptacles, light switches, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black corrosion on copper terminal connections.

## ELECTRICAL APPLIANCES & DEVICES
- Electrical devices, their components and electrical terminal connections (when accessible) are inspected during the  inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

## AIR CONDITIONERS & FURNACES
- Other copper and metal components shall include central air conditioning cooling coils, refrigerant lines and electrical wiring connections in the air handler or furnace system.

## DRYWALL PRODUCT IDENTIFICATION
- Included in this inspection are visual observations of the back side of drywall installed in the structure.  The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of defective drywall is the words "Made in China" or "China" stamped on the back side of the drywall. This inspection might include an internal wall cavity boroscope video recording for the purposes of determining the presence of stamped markings identifying the manufacturer.

*INSPECTION RESULTS*

| ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES | |
|---|---|
| **Main Electric Panel – Laundry Room** | **Copper Wiring – Advanced Corrosion.** |

**CONDITION OF ELECTRICAL COMPONENTS:  A.C. = Advanced Corrosion; S.C. = Serviceable Condition**

| 1st. Floor | General Location | Condition | Receptacles |
|---|---|---|---|
| **Bar** | **At Counter** | **A.C.** | 1 |
| **Breakfast** | **At Exterior Wall** | **A.C.** | 1 |
| **Laundry Room** | **Electrical Panel** | **A.C.** | 1 |
| **Living Room** | **Interior Wall** | **A.C.** | 1 |
| **2nd. Floor** | | | |
| Head of Stairs | Exterior Wall | S.C. | 1 |
| **Bedroom 1** | **Exterior Wall** | **A.C.** | 1 |
| **Bedroom 1** | **Interior Wall** | **A.C.** | 1 |
| **Front Bedroom Right** | **Interior Wall** | **A.C.** | 1 |
| Front Bedroom Right | Interior Wall | S.C. | 1 |
| Front Bedroom Left | Exterior Wall | S.C. | 1 |
| Front Bedroom Left | Interior Wall | S.C. | 1 |

## Driskill Environmental Consultants LLC

**DAMAGE ASSESSMENT & SUMMARY**

Primary damage caused by defective drywall that includes visually observed corrosion of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. An inspection of 6537 Marshall Foch, New Orleans, LA 70124, revealed that there is corrosive drywall in the home which is evident by advanced black corrosion on copper wiring in the main electrical panel located in the laundry room and in all electrical receptacles that were inspected on the downstairs level.

2. The following rooms on the upstairs level have been affected by corrosive drywall off-gassing possibly from the first floor level and flowing up to the upstairs to bedroom 1 in the exterior and interior walls and also in the upstairs, front, right bedroom in both interior walls.

*DEFECTIVE DRYWALL IDENTIFICATION*

Various amounts of damaged content throughout this report are referenced regarding the visible amount of black advanced corrosion observed primarily on copper wiring, receptacles, switches and other electrical components. Because other building materials, appliances, items or contents do not display black corrosion does not necessarily mean that they are not affected by chemical related gasses or compounds. There is a possibility of having a mixture of defective drywall installed adjacent to non defective drywall; therefore it would be reasonable to conclude that there would be an unknown mixture of defective China manufactured drywall along with non-defective drywall especially in the upstairs area.

**PHOTOS; Copper color ground wiring has been blackened by contaminated drywall.**






# Driskill Environmental Consultants LLC

Copper ground wires in the main electrical panel have been blackened by corrosion.










# Exhibit 13

## OWNER DISCLOSURE AFFIDAVIT

Owner name: _NATHAN   JUNIUS_

Affected Property address: _6537   MARSHALL   FOCH   ST.   NOLA 70124_

Purchase date and price of Affected Property: _____

List the manufacturers of all drywall found in the Affected Property: _KNAUF_

_____

_____

Move-out date: _10/15_

Move-in date: _N/A_

Storage expenses paid: _NONE_

Moving expenses paid: _NONE_

Utility expenses paid: _NONE_

Alternative living expenses paid: _NONE_

Total cost of construction paid: _$177,000_

Total claim: _$177,000_

General Contractor name and phone #: _C&J   GENERAL   CONTRACTORS 504-228-8351_

Total amount paid to general contractor: _____

Affected Property air conditioned square footage: _±3200 SF_

Was Owner aware of the defective drywall before purchasing the Affected Property: _N/A_

_____

_____

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**                    Reused          (Replaced)

Owner Initial _NJ_    Contractor Initial _NJ_

**Kitchen countertop:**                               Reused          ~~Replaced~~

If replaced indicate material:          Formica     Corion          Tile        Granite

**Kitchen Plumbing Fixtures:** (Faucets, sink)        Reused          Replaced

**Kitchen floor:**                                    Reused          Replaced

**Appliances:**                                       Reused          Replaced

If replaced, please list appliance manufacture and model: _____

_____

_____

**Bathroom cabinets:**                                Reused          Replaced

**Bathroom tops:**                                    Reused          Replaced

If replaced indicate material:  Formica     Cultured Marble    Tile        Granite

**Bathroom flooring:**                                Reused          Replaced

**Bathroom enclosures:**                              Reused          Replaced

**Bathroom lighting:**                                Reused          Replaced

**Bathroom Accessories** (towel bars, etc.):          Reused          Replaced

**Bathroom Mirrors:**                                 Reused          Replaced

**Tub:**                                              Reused          Replaced

If replaced indicate master bath tub type:      Fiberglass     Steel        Jacuzzi

**Plumbing fixtures** (toilets, sinks):               Reused          Replaced

If replaced please provide description of original manufactures:

_DELTA_____

**Plumbing faucets:**                                 Reused          Replaced

If replaced please provide description of original manufactures:

_DELTA_____

**Plumbing lines:**                                   Reused          Replaced

If replaced indicate material:          Copper       CPVC            PEX

                          Owner Initial _NJ_   Contractor Initial _NJ_

**Base boards:**                    Reused        Replaced

**Interior doors:**                 Reused        Replaced

If replaced indicate:    Hollow core 6' 8" doors    Hollow core 8' doors    Solid core 8' doors
                          *MOF*

**Window wood molding:**        N/A        Reused        Replaced

**Crown molding:**              N/A        Reused        Replaced

If replaced please indicate original locations:

_ONLY  ON  FIRST  FLOOR_

---

**Chair Rail:**            N/A        Reused        Replaced

If replaced please indicate original locations:

---

**Tile flooring:**        N/A        Reused        Replaced

If replaced please indicate locations of tile floors:

---

**Marble Flooring:**      N/A        Reused        Replaced

If replaced please indicate locations of marble floors:

---

**Wood Flooring Type:**    N/A        Wood        Pergo/float

**Wood flooring:**         N/A        Reused        Replaced

If replaced please indicate locations of wood floors:

---

**Carpet:**                        Reused        Replaced

Owner Initial ___*NT*___   Contractor Initial *NT*

If replaced please provide description of original manufactures:

UNKNOWN

If replaced please indicate locations of carpet:

SECOND RFOOR BEDS &HALL

| HVAC replacement: | Ducts | Coils | Air handler (interior) | Condenser(exterior) |
|---|---|---|---|---|

**HVAC manufacturer:** _____

| | | |
|---|---|---|
| **Insulation:** | Reused | Replaced |
| **Electrical fixtures:** | Reused | Replaced |
| **Electrical wiring:** | Reused | Replaced |
| **Electrical fans:** | | |

If replaced please indicate how many and which rooms:

| | | | |
|---|---|---|---|
| **Stair rails:** | N/A | Reused | Replaced |
| **Window sills:** | | Reused | Replaced |
| If replaced indicate original material: | Wood | Marble | Drywall |
| **Alarm system:** | N/A | Reused | Replaced |
| Fire suppression system: | N/A | Reused | Replaced |
| **Intercom:** | N/A | Reused | Replaced |
| **Surround sound:** | N/A | Reused | Replaced |
| **Wall papers:** | N/A | | Replaced |
| **Interior paint:** | | Total colors used: | 3 |

Additional construction related items replaced:

_____

_____

_____

Owner Initial _____ Contractor Initial _____

403800v2
10/17/13

Page 4 of 7

Personal items replaced:

_N/A_

Items that were upgraded and deducted from construction replacement cost:

_UNKNOWN_

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial _N/T_ Contractor Initial _N J_

403800v2
10/17/13

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____ Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: _9/7/17_

Homeowner Signature: _____

Subscribed and sworn to before me on

_Alan D. Schulz Sr._

Notary Public _509 495-7132_

My commission expires on **ALAN D. SCHULZ, SR.**
**ATTY - NP 20603**
**STATE OF LOUISIANA**
**MY COMMISSION IS FOR LIFE.**

Date: _9/7/17_

Contractor Signature: _____

STATE OF LOUISIANA
PARISH OF JEFFERSON

Subscribed and sworn to before me on _9/07/2017 ADZ_

_Alan D. Schulz Sr._

Notary Public _504 495-7132_

**ALAN D. SCHULZ, SR.**
My commission expires **ATTY - NP 20603**
**STATE OF LOUISIANA**
**MY COMMISSION IS FOR LIFE.**

Owner Initial _____ Contractor Initial _____

403800v2
10/17/13

Page 7 of 7

# Exhibit 14