**Healthy Home Solutions, LLC** — You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE: Chinese Drywall Screening Report Number: JUNIUS_6537
**Property: 6537 Marshall Foch Street, New Orleans, LA 70124**

Mr. Doyle:

At the owner's request, an inspection of the above property was performed on 12/20/16. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Healthy Home Solutions, LLC had inspected the property in 2016 prior to the property's remediation. I have evaluated the photos taken at that time and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom and hallway walls |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 3234 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Address as seen from street.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

4



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Indicia



**Figure 3: Date Stamp on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

5

Case 2:09-md-02047-EEF-MBN   Document 22574-6   Filed 02/10/20   Page 4 of 4



# SKETCH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | |
| Property Address | 6537 Marshall Foch Street | | | |
| City | New Orleans | County Orleans Parish | State LA | Zip Code 70124-3921 |
| Client | Standard Mortgage Corporation | | | |

Loan #224954
File No. 5161084

Sketch by Apex Sketch v5 Standard™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |

Net LIVABLE Area    (rounded)   3234

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 18.9 | x | 3.2 | 60.48 |
| 40.3 | x | 12.1 | 487.63 |
| 7.1 | x | 35.5 | 252.05 |
| 0.3 | x | 38.2 | 11.46 |
| 37.4 | x | 4.6 | 172.04 |
| 9.8 | x | 35.5 | 347.90 |
| 38.2 | x | 7.4 | 282.68 |
| 11.4 | x | 20.0 | 228.00 |
| 4.1 | x | 22.7 | 93.07 |
| 6.8 | x | 27.7 | 188.36 |
| Second Floor | | | |
| 0.3 | x | 29.5 | 8.85 |
| 3.2 | x | 26.1 | 83.52 |
| 12.1 | x | 37.8 | 457.38 |
| 27.5 | x | 14.5 | 398.75 |
| 4.7 | x | 23.4 | 109.98 |
| 9.5 | x | 4.5 | 42.75 |
| 0.5 | x | 17.5 | 8.75 |

17 Items   (rounded)   3234

Dale Fleishmann Appraisal Services, LLC