# Exhibit A

RECEIVED AND FILED
KERMIT HART BOURQUE
CLERK OF COURT

2010 MAR -3 PM 1:51

JEFFREY F. WILEY, SHERIFF
OF THE PARISH OF ASCENSION

TO

Bank of Louisiana

* UNITED STATES OF AMERICA
* STATE OF LOUISIANA
* PARISH OF ASCENSION
* 23RD JUDICIAL DISTRICT COURT
* NO. (03) 92573-D

## S A L E

WHEREAS, I, JEFFREY F. WILEY, Sheriff of the Parish of Ascension, by virtue of a Writ of SEIZURE AND SALE directed to me by the Honorable 23rd Judicial District Court, in and for the Parish of Ascension, State of Louisiana on the 22ND DAY OF MAY, 2009, in the matter entitled:

**BANK OF LOUISIANA**
**VS**
**BRENT GERARD THERIOT**

No. (03) 92573-D of the Docket of the 23rd Judicial District Court, aforesaid, after having fulfilled and complied with all the legal requisites, did seize the following described property to-wit:

One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, situated in Section 14, Township 8 South, Range 2 East, in the Parish of Ascension, Louisiana, and being known and designated as Lot Number One Hundred Ten (110) of Fountain Hill Subdivision, and being more fully shown on plat of survey of said subdivision prepared by Ferris Engineering & Surveying, LLC, dated January 22, 2004, recorded at File No. 566556 in the records of the Clerk of Court of Ascension Parish, Louisiana.

After having given due and legal notice to the said defendants of the said seizure in the manner pointed out by law, I advertised the said aforesaid and described property for sale, after the expiration of the legal delay from the time of said notice, to-wit the, 10 DAY OF JUNE, 2009, by advertisements composed in English, announcing the sale of said property to take place at the Courthouse of the Parish of Ascension, on the 3RD DAY OF FEBRUARY, 2010, a Wednesday, at 10:00 AM; said advertisements were inserted and published in a paper in the Parish of Ascension, to-wit, in the Ascension Citizen on the 22ND DAY OF DECEMBER, 2009, and the 26TH DAY OF JANUARY, 2010. Before the day of sale I gave notice to the parties to appoint each an appraiser to appraise said property. When on the , the Plaintiff and Defendant both failed to appoint an appraiser, I appointed AJ Nickens and Terry Edwards as appraisers. They having been sworn by me did appraise the said property under oath to be worth as follows: AJ Nickens : THREE HUNDRED EIGHTY THOUSAND AND XX / 100. Terry Edwards: THREE HUNDRED SIXTY THOUSAND AND XX / 100. The two appraisals were within averaging limits. The average appraised value is: THREE HUNDRED SEVENTY THOUSAND AND XX / 100 ($370,000.00), DOLLARS, in cash which appraisement is filed herewith with a copy of the advertisements of the sale. After having complied with and performed all the additional previous legal requisites, I did expose the same at public auction according to law at the premises described on the 3RD DAY OF FEBRUARY, 2010, at 10:00 AM  At the same time and place of sale I did announce in a loud and audible voice the terms and conditions of the sale and did read verbatim and in a loud and audible voice the certificate of the Recorder of Mortgages for the Parish of Ascension, delivered and dated the day of the sale, and by which certificate hereto annexed it appeared that there are no mortgages recorded against said property except those read by me in a loud and audible voice and subject to which this said property was herein after sold; said certificate being a part thereof as if it had been copied in extenso. No title examination was requested nor performed.

When Bank of Louisiana, c/o Robert Mathis, Metairie, La 70005, through their representative, Robert Mathis, being the last and highest bidder for the above described property for the price and sum of TWO HUNDRED FORTY-SIX THOUSAND SIX HUNDRED SIXTY-SIX AND 67 / 100 ($246,666.67) DOLLARS, the said described property was adjudicated to Bank of Louisiana, it being more than two thirds of the appraisement.

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENT, that I, the said Sheriff, in consideration of the premises and by virtue of the law of the State of Louisiana, in such cases made and provided, do sell, transfer and convey the said aforedescribed property to the said Bank of Louisiana, together with any and all the rights, title and interest which the said defendants, BRENT GERARD THERIOT, have in or to the aforesaid and described property to the said Bank of Louisiana, their heirs successors or assigns forever. From the aforesaid sum bid I have retained for cost and credited on this execution the sum of TWELVE THOUSAND EIGHT HUNDRED TWO AND 13 / 100 ($12,802.13) DOLLARS.

TO HAVE AND HOLD the above described property unto the said purchaser, their heirs, and assigns forever.

NOW, THEREFORE, in consideration of the premises, I said Sheriff, acting in my official capacity, do hereby authorize, require and direct the Clerk of Court and Ex-Officio Recorder of Mortgages to partially cancel and erase from the records of his office all the mortgage liens and encumbrances appearing upon mortgage certificate and resting against the above described property presently adjudicated and sold, EXCEPT:

> A certain notice of delinquent taxes in favor of Parish of Ascension and against Brent Theriot (new owner) recorded June 15, 2006 for the sum of $371.75 said notice recorded in MOB #639545 of the records of the Parish of Ascension, La

IN WITNESS WHEREOF, I have hereunto signed my name officially on the 3RD DAY OF FEBRUARY, 2010, at my office at GONZALES, Louisiana, in the Parish of Ascension, State of Louisiana, in the presence of the competent and undersigned witnesses, who have signed hereto with me after due reading of the whole.

WITNESSES: *(signatures)*

JEFFREY F. WILEY-SHERIFF &
EX-OFFICIO TAX COLLECTOR
ASCENSION PARISH

BY: *(signature)*
LENNY WAGGENSPACK, CAPTAIN,
CIVIL DIVISION
CIVIL PROCESS DIVISION

SCSO-CIV-214-0402

UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF ASCENSION
10 YEAR SEARCH ONLY



RECEIVED AND FILED
KERMIT HART BOURQUE
CLERK OF COURT

2010 MAR -3 PM 1: 52

BY
D.Y. CLERK & RECORDER
ASCENSION PARISH, LA.

## MORTGAGE CERTIFICATE

I, STACEY LATINO, Deputy Clerk and Recorder of the Parish of Ascension, State of Louisiana, do hereby certify that I have made a careful examination of the indices to the mortgage records of the Parish Ascension in the names of:

### BRENT GERARD THERIOT

This certificate has been run exclusively in the exact name herein above set forth and not in any variations of said names. Where no middle initials have been furnished identical names with middle initials have not been run and will not be unless specifically requested. This certificate does not cover any State, Parish of Municipal Taxes still outstanding on said property. Subject to these restrictions and exceptions, I do not find therein inscribed under said name any mortgages, judgments, liens or encumbrances, other than those hereinafter enumerated, bearing upon or affecting the property of which the following is a description, to-wit:

DESCRIPTION: LOT 110 FOUNTAIN HILL SUBDIVISION

OTHER THAN THE FOLLOWING:

FIRST: A certain mortgage granted by Brent Gerard Theriot, In favor of Bank of Louisiana, recorded March 28, 2005 for the sum of $400,000.00 Said mortgage recorded in MOB #601723 of the records of the Parish of Ascension, La.

This mortgage is corrected by act of correction, recorded April 4, 2005 in MOB #602670

This mortgage is amended by act of amendment, recorded December 7, 2007 in MOB #685448

SECOND: A certain lien in favor of Acoustical Specialties and Supply, Inc. and against Brent Theriot recorded May 15, 2006 for the sum of $22,250.42 plus cost, interest and attorney fees. Said lien recorded in MOB #636429 of the records of the Parish of Ascension, La.

THIRD: A certain notice of delinquent taxes in favor of Parish of Ascension and against Brent Theriot (new owner) recorded June 15, 2006 for the sum of $371.75 Said notice recorded in MOB #639545 of the records of the Parish of Ascension, La.

FOURTH: A certain lien in favor of Parish Enterprises, Inc. and against Brent Theriot recorded May 16, 2007 for the sum of $11,472.64 plus cost, interest and attorney fees. Said lien recorded in MOB #668006 of the records of the Parish of Ascension, La.

FIFTH: A certain lien in favor of Fountain Hill Subdivision Homeowners Association and against Brent G. Theriot recorded June 16, 2008 for the sum of $2,605.00 plus cost, interest and attorney fees. Said lien recorded in MOB #699279 of the records of the Parish of Ascension, La.

SIXTH: A certain notice of seizure titled Bank of Louisiana VS Brent Gerard Theriot (#92573), dated May 28, 2009 Said notice recorded June 29, 2009 in MOB #726778 of the records of the Parish of Ascension, La.

SEVENTH: Any taxes which may be due on said property.

This certificate only certifies the information from the Ascension Parish Clerk of Courts Office, run through the 24th day June 2009 in the mortgage records of this office

Witness my official signature and seal of office at my office at Donaldsonville, Parish of Ascension, La. this 29th day June 2009

*[signature]*
DEPUTY CLERK AND RECORDER, ASCENSION

Mortgage Certificate
Updated Through 8-17-0
A TRUE COPY
*[signature]*
Deputy Clerk & Recorder
ASCENSION PARISH

Mortgage Certificate
Updated Through 1-19-10
A TRUE COPY
*[signature]*
Deputy Clerk & Recorder
ASCENSION PARISH