# Exhibit C

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

|For Internal Use Only|
|File No. _____|

Date Received:
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall           MDL NO. 2047
Products Liability Litigation                          SECTION:  L
                                                                      JUDGE FALLON
This Document Relates to:                             MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin    , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: __Bank of Louisiana_____
                               First Name                          M.I.   Last Name                        Suffix

_____
Co-Claimant First Name (if applicable)   M.I.   Last Name                        Suffix

__Bank of Louisiana_____
Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

35211 Beverly Hills Dr.
Address 1                                    Address 2

Prairieville,   LA   70769
City                    State    Zip Code

Is the Property residential or commercial?  Residential

Name of Person Completing this Form:  Timothy           O'Brien
First Name       M.I.    Last Name      Suffix

Mailing Address (if different):

300 St. Charles Ave,
Address 1                                    Address 2

New Orleans, LA 70130
City                    State    Zip Code

Phone Number of Person Completing This Form: (504) 450 -1587

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: ___/___/_____

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ___/___/_____

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: ___/_____

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ___/___/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
            Month  Day   Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?              Foreclosure

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| | |
|---|---|
| Lender's name: | Bank of Louisiana |
| Loan Number: | 656927-21421 |
| Original Loan/Mortgage Amount: | $ |
| Date of Original Loan/Mortgage: | ___/___/___ Month/Day/Year |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | $421,898.72 |
| Date of Foreclosure or Short Sale: | 02 / 03 / 2010 Month/Day/Year |
| Short Sale Price (if applicable): | $ |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated?  No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?
_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

### Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature: *Timothy O'Brien for Bank of Louisiana*

Date signed: 4/6/18

Name: _____

Address: 300 St Charles Ave
Address 1     Address 2
New Orleans, LA 70130
City     State     Zip Code

Phone No.: (504) 592 - 0600

Email: tim.obrien@bankoflouisiana.com

# Exhibit

(See Section IV)

Documents Related to Bankruptcy, Foreclosure or Short Sale

RECEIVED AND FILED
KERMIT HART BOURQUE
CLERK OF COURT

2010 MAR -3 PM 1:51

D.Y. CLERK & RECORDER
ASCENSION PARISH, LA.

INSTRUMENT # 00743089
FILED AND RECORDED
ASCENSION CLERK OF COURT
2010 MAR 04    02:26:38 PM

DEPUTY CLERK & RECORDER
CERTIFIED TRUE COPY BY
DEPUTY CLERK

JEFFREY F. WILEY, SHERIFF

OF THE PARISH OF ASCENSION

TO

Bank of Louisiana

\*

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ASCENSION

23RD JUDICIAL DISTRICT COURT

NO. (03) 92573-D

## SALE

WHEREAS, I, JEFFREY F. WILEY, Sheriff of the Parish of Ascension, by virtue of a Writ of SEIZURE AND SALE directed to me by the Honorable 23rd Judicial District Court, in and for the Parish of Ascension, State of Louisiana on the 22ND DAY OF MAY, 2009, in the matter entitled:

**BANK OF LOUISIANA**
**VS**
**BRENT GERARD THERIOT**

No. (03) 92573-D of the Docket of the 23rd Judicial District Court, aforesaid, after having fulfilled and complied with all the legal requisites, did seize the following described property to-wit:

One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, situated in Section 14, Township 8 South, Range 2 East, in the Parish of Ascension, Louisiana, and being known and designated as Lot Number One Hundred Ten (110) of Fountain Hill Subdivision, and being more fully shown on plat of survey of said subdivision prepared by Ferris Engineering & Surveying, LLC, dated January 22, 2004, recorded at File No. 566556 in the records of the Clerk of Court of Ascension Parish, Louisiana.

After having given due and legal notice to the said defendants of the said seizure in the manner pointed out by law, I advertised the said aforesaid and described property for sale, after the expiration of the legal delay from the time of said notice, to-wit the, **10 DAY OF JUNE, 2009**, by advertisements composed in English, announcing the sale of said property to take place at the Courthouse of the Parish of Ascension, on the **3RD DAY OF FEBRUARY, 2010**, a Wednesday, at 10:00 AM; said advertisements were inserted and published in a paper in the Parish of Ascension, to-wit, in the **Ascension Citizen on the 22ND DAY OF DECEMBER, 2009, and the 26TH DAY OF JANUARY, 2010**. Before the day of sale I gave notice to the parties to appoint each an appraiser to appraise said property. When on the , the Plaintiff and Defendant both failed to appoint an appraiser, I appointed **AJ Nickens** and **Terry Edwards** as appraisers. They having been sworn by me did appraise the said property under oath to be worth as follows: AJ Nickens : **THREE HUNDRED EIGHTY THOUSAND AND XX / 100**. Terry Edwards: **THREE HUNDRED SIXTY THOUSAND AND XX / 100**. The two appraisals were within averaging limits. The average appraised value is: **THREE HUNDRED SEVENTY THOUSAND AND XX / 100 ($370,000.00)**, DOLLARS, in cash which appraisement is filed herewith with a copy of the advertisements of the sale. After having complied with and performed all the additional previous legal requisites, I did expose the same at public auction according to law at the premises described on the **3RD DAY OF FEBRUARY, 2010, at 10:00 AM** At the same time and place of sale I did announce in a loud and audible voice the terms and conditions of the sale and did read verbatim and in a loud and audible voice the certificate of the Recorder of Mortgages for the Parish of Ascension, delivered and dated the day of the sale, and by which certificate hereto annexed it appeared that there are no mortgages recorded against said property except those read by me in a loud and audible voice and subject to which this said property was herein after sold; said certificate being a part thereof as if it had been copied in extenso. No title examination was requested nor performed.

When **Bank of Louisiana**, c/o Robert Mathis, Metairie, La 70005, through their representative, Robert Mathis, being the last and highest bidder for the above described property for the price and sum of **TWO HUNDRED FORTY-SIX THOUSAND SIX HUNDRED SIXTY-SIX AND 67 / 100 ($246,666.67) DOLLARS**, the said described property was adjudicated to **Bank of Louisiana**, it being more than two thirds of the appraisement.

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENT, that I, the said Sheriff, in consideration of the premises and by virtue of the law of the State of Louisiana, in such cases made and provided, do sell, transfer and convey the said aforedescribed property to the said Bank of Louisiana, together with any and all the rights, title and interest which the said defendants, **BRENT GERARD THERIOT**, have in or to the aforesaid and described property to the said **Bank of Louisiana**, their heirs successors or assigns forever. From the aforesaid sum bid I have retained for cost and credited on this execution the sum of **TWELVE THOUSAND EIGHT HUNDRED TWO AND 13 / 100 ($12,802.13) DOLLARS**.

TO HAVE AND HOLD the above described property unto the said purchaser, their heirs, and assigns forever.

NOW, THEREFORE, in consideration of the premises, I said Sheriff, acting in my official capacity, do hereby authorize, require and direct the Clerk of Court and Ex-Officio Recorder of Mortgages to partially cancel and erase from the records of his office all the mortgage liens and encumbrances appearing upon mortgage certificate and resting against the above described property presently adjudicated and sold, EXCEPT:

**A certain notice of delinquent taxes in favor of Parish of Ascension and against Brent Theriot (new owner) recorded June 15, 2006 for the sum of $371.75 said notice recorded in MOB #639545 of the records of the Parish of Ascension, La**

IN WITNESS WHEREOF, I have hereunto signed my name officially on the **3RD DAY OF FEBRUARY, 2010,** at my office at GONZALES, Louisiana, in the Parish of Ascension, State of Louisiana, in the presence of the competent and undersigned witnesses, who have signed hereto with me after due reading of the whole.

WITNESSES:

_(signature)_ Lisa Nixons

_(signature)_ Nancy J. Lambert

JEFFREY F. WILEY-SHERIFF &
EX-OFFICIO TAX COLLECTOR
ASCENSION PARISH

BY: _(signature)_
LENNY WAGGENSPACK, CAPTAIN,
CIVIL DIVISION
CIVIL PROCESS DIVISION

RECEIVED AND FILED
KERMIT HART BOURQUE
CLERK OF COURT

2010 MAR -3 PM 1:52

BY 
D.Y. CLERK & RECORDER
ASCENSION PARISH, LA.

**UNITED STATES OF AMERICA**
**STATE OF LOUISIANA**
**PARISH OF ASCENSION**
**10 YEAR SEARCH ONLY**

## MORTGAGE CERTIFICATE

I, **STACEY LATINO**, Deputy Clerk and Recorder of the Parish of Ascension, State of Louisiana, do hereby certify that I have made a careful examination of the indices to the mortgage records of the Parish Ascension in the names of:

### BRENT GERARD THERIOT

This certificate has been run exclusively in the exact name herein above set forth and not in any variations of said names. Where no middle initials have been furnished identical names with middle initials have not been run and will not be unless specifically requested. This certificate does not cover any State, Parish of Municipal Taxes still outstanding on said property. Subject to these restrictions and exceptions, I do not find therein inscribed under said name any mortgages, judgments, liens or encumbrances, other than those hereinafter enumerated, bearing upon or affecting the property of which the following is a description, to-wit:

**DESCRIPTION: LOT 110 FOUNTAIN HILL SUBDIVISION**

**OTHER THAN THE FOLLOWING:**

**FIRST:** A certain mortgage granted by Brent Gerard Theriot, in favor of Bank of Louisiana, recorded March 28, 2005 for the sum of $400,000.00 Said mortgage recorded in MOB #601723 of the records of the Parish of Ascension, La.

This mortgage is corrected by act of correction, recorded April 4, 2005 in MOB #602670

This mortgage is amended by act of amendment, recorded December 7, 2007 in MOB #685448

**SECOND:** A certain lien in favor of Acoustical Specialties and Supply, Inc. and against Brent Theriot recorded May 15, 2006 for the sum of $22,250.42 plus cost, interest and attorney fees. Said lien recorded in MOB #636429 of the records of the Parish of Ascension, La.

**THIRD:** A certain notice of delinquent taxes in favor of Parish of Ascension and against Brent Theriot (new owner) recorded June 15, 2006 for the sum of $371.75 Said notice recorded in MOB #639545 of the records of the Parish of Ascension, La.

**FOURTH:** A certain lien in favor of Parish Enterprises, Inc. and against Brent Theriot recorded May 16, 2007 for the sum of $11,472.64 plus cost, interest and attorney fees. Said lien recorded in MOB #668006 of the records of the Parish of Ascension, La.

**FIFTH:** A certain lien in favor of Fountain Hill Subdivision Homeowners Association and against Brent G. Theriot recorded June 16, 2008 for the sum of $2,605.00 plus cost, interest and attorney fees. Said lien recorded in MOB #699279 of the records of the Parish of Ascension, La.

**SIXTH:** A certain notice of seizure titled Bank of Louisiana VS Brent Gerard Theriot (#92573), dated May 28, 2009 Said notice recorded June 29, 2009 in MOB #726778 of the records of the Parish of Ascension, La.

**SEVENTH:** Any taxes which may be due on said property.

This certificate only certifies the information from the Ascension Parish Clerk of Courts Office, run through the 24th day June 2009 in the mortgage records of this office

Witness my official signature and seal of office at my office at Donaldsonville, Parish of Ascension, La. this 29th day June 2009

*Stacey Latino*
DEPUTY CLERK AND RECORDER, ASCENSION

Mortgage Certificate
Updated Through 8-17-0
A TRUE COPY
Deputy Clerk & Recorder
ASCENSION PARISH

Mortgage Certificate
Updated Through 1-19-1C
A TRUE COPY
Deputy Clerk & Recorder
ASCENSION PARISH