# Exhibit F



**Healthy Home Solutions, LLC**

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE: Chinese Drywall Screening Report Number: BOL_35211
**Property: 35211 Beverly Hills Drive, Prairieville, LA 70769**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/24/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room & Office |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4931.06 SF to determine a Living Space area of 4146.53 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com




Master Bedroom
Fireplace
Kitchen
Stairs
Living Room
Fireplace
Toilet
Foyer/Entry (1)
under stairs closet
Master Bath
Hallway 2
Hallway 1
Shower
Linen Closet
Closet
Pantry
Foyer/Entry
Office
Hallway 3
Powder Room
Dining Room
Master Closet
Laundry Room
Garage
N
Main Level





Case 2:09-md-02047-EEF-MBN Document 22575-6 Filed 02/10/20 Page 5 of 5

Level 2