# Exhibit G

INSTRUMENT # 00591240
FILED AND RECORDED
ASCENSION CLERK OF COURT
2004 NOV 09  09:25:02 AM
COB____ MOB __✓__ OTHER ____

DEPUTY CLERK & RECORDER

CERTIFIED TRUE COPY BY

DEPUTY CLERK

## COLLATERAL MORTGAGE

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BE IT KNOWN, that on this 5th day of November, 2004,

BEFORE ME, the undersigned Notary Public duly commissioned and qualified within and for the above Parish and State, and in the presence of the undersigned competent witnesses, personally came and appeared:

Brent Gerard Theriot, single, having never been married (hereinafter referred to as "Mortgagor");

who declared and acknowledged that Mortgagor is justly and truly indebted unto any future holder or holders of the note described below, appearing herein through and represented by the undersigned, who appears solely for the purpose of accepting the described note for the use and benefit of any future holder or holders thereof, herein called Mortgagee, domiciled in Jefferson Parish, State of Louisiana, whose permanent mailing address is declared to be 605 Lapalco Boulevard, Gretna, LA 70056, in the full sum of Four Hundred Thousand And 00/100 Dollars ($400,000.00).

To represent this debt, Mortgagor has executed his promissory note dated this day to the order of "Bearer", payable on demand at Bank of Louisiana, 605 Lapalco Boulevard, Gretna, LA 70056 in the City of Gretna, Parish of Jefferson, State of Louisiana, for the sum of Four Hundred Thousand And 00/100 Dollars ($400,000.00), bearing interest at the rate of 18% per annum from date until paid.

The above described note is given and this mortgage is granted for the purpose of being used as collateral security by Mortgagor for any indebtedness due the holder or holders of the note, direct or contingent. The note may be issued and pledged by Mortgagor as his interest and convenience may require to secure loans and advances made or to be made or to secure the debt of the maker or of another. Upon the payment of said indebtedness, the note may be resumed to Mortgagor without extinguishment of the mortgage herein granted to secure the payment thereof, and may be again at any time and as many times thereafter as the interest and convenience of Mortgagor may require, be reissued or repledged by Mortgagor as a valid and existing indebtedness in favor of the holder or holders thereof as collateral security for a debt contracted by Mortgagor and this mortgage shall be and remain in full force and effect to secure the note described until that note has been canceled on its face.

The said note after having been duly paraphed "Ne Varietur" by me, Notary, for identification herewith, was delivered to Mortgagee, who acknowledges its receipt and accepts this mortgage.

Mortgagor further declared that Mortgagor does by these presents bind and obligate Mortgagor to pay and reimburse all attorney's fees, together with all such costs, charges and expenses as the holder or holders of this note shall or may incur or pay in the event of the nonpayment of this note at its maturity, or in case it should become necessary to place this note in the hands of an attorney at law for collection, suit or otherwise, said attorney's fees to be fixed at 25.00% of the amount due or in suit.

In order to secure the full and final payment of said indebtedness in principal and interest, together with all costs, including attorney's fees, Mortgagor does hereby specially mortgage unto Mortgagee and such other person or persons who may eventually be the holder or holders of said promissory note, the following property:

> One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, situated in Section 14, Township 8 South, Range 2 East, in the Parish of Ascension, Louisiana, and being known and designated as **LOT NUMBER ONE HUNDRED ELEVEN (110)** of **FOUNTAIN HILL SUBDIVISION**, and being more fully shown on plat of survey of said subdivision prepared by Ferris Engineering & Surveying, LLC, dated January 22, 2004, recorded at File No. 566556 in the records of the Clerk of Court of Ascension Parish, Louisiana.
>
> MUNICIPAL ADDRESS:    TBD, Prairieville, LA 70769

The property shall remain mortgaged until the cancellation of the note in principal and interest. It shall not be sold, alienated or encumbered to the Mortgagee's prejudice. If the note, or any part of it, is not punctually paid at its maturity, and according to its tenor, the property mortgaged may be seized and sold under executory process issued by any Court of competent jurisdiction, without appraisement, to the highest bidder, for cash. Mortgagor hereby expressly confesses judgment in favor of any holder or holders of said indebtedness for its full amount with interest, costs and attorney's fees, and all other amounts secured hereby. Mortgagor further expressly waives citation and all notices and delays, including the three-day notice provided by Article 2639 of the Code of Civil Procedure.

Mortgagor shall pay all taxes assessed and all liens asserted by governmental authorities against the property mortgaged before they become delinquent and shall keep the buildings and improvements on it, or which may be placed on it, constantly insured against loss by fire and such other hazards, as are covered by the Louisiana Standard Fire Policy and/or Louisiana Standard Insurance & Extended Form, in solvent insurance companies, in an amount equal to the unpaid balance of the note, unless otherwise noted hereon, until the note is fully satisfied. Mortgagor win deliver the policies and renewals of such insurance to the Mortgagee or any future holder or holders of the note. If Mortgagor fails to do so, any holder of the note is authorized (but not obligated) to pay the taxes or liens, and to have such insurance issued at the cost of Mortgagor. Said holder shall become subrogated to the rights and privileges of the governmental authorities to which taxes or liens were due and paid. All sums expended in paying taxes, liens, fees or insurance shall bear interest at the maximum rate of legal interest authorized by law from date of disbursement and be secured by this mortgage to the amount of 15.00% of the original amount of the indebtedness secured hereby.

If Mortgagor shall become insolvent, or apply to a bankruptcy court to be adjudged a voluntary bankrupt or proceedings be instituted to have Mortgagor adjudged an involuntary bankrupt or proceedings be taken against Mortgagor looking to the appointment of a receiver or syndic, or any proceedings be instituted for the seizure or sale of the property mortgaged by judicial process, or in case Mortgagor should fail to pay said indebtedness, or any sum secured by the mortgage, or to effect and keep in force said insurance, or to transfer and deliver said policies, then, in any of said events, all said indebtedness shall, ipso facto, and without any demand or putting in default, become immediately due and exigible.

Both the Mortgagor and Mortgagor's spouse declared that they do expressly waive and renounce in favor of the holder or holders of the note any and all homestead exemptions or claim thereto, under the Constitution and laws of the State of Louisiana, with respect to the property hereby mortgaged.

Wherever the word "Mortgagor" or the word "Mortgagee" occurs in this instrument or in said note, or is referred to, the same shall be construed as singular or plural, masculine or feminine or neuter, as the case may be, and "Mortgagee" shall include any and all future holder or holders of the said note secured hereby.

All the agreements and stipulations herein contained, and all the obligations herein assumed, shall inure to the benefit of and be binding upon the heirs, successor and assigns of the respective parties hereto. All parties signing this instrument have declared themselves to be of full legal capacity.

The production of mortgage, conveyance and/or tax certificates are dispensed with by the parties hereto.

THUS DONE AND SIGNED at my office in East Batpm Rouge Parish, Louisiana, on the date first hereinabove written, in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES:

_Kayla Denstel_

_Monica D. Moffett_

_Brent Gerard Theriot_
**Brent Gerard Theriot**

Mortgagee:

**BANK OF LOUISIANA**

By: _____
Duly Authorized Representative

_____
Notary Public

Benjamin J. Brouillette
Bar Roll No. 57181

**KERMIT HART BOURQUE**
**ASCENSION PARISH CLERK OF COURT**
**GONZALES, LOUISIANA**

Received of  Field of Dreams Court    12/7/2007
Check Number  1301    $ 85.00
✓ Recording __ Copies __ Other
_____
Deputy Clerk

granted by Mortgagor in favor of Mortgagee and any future holder or holders of such note, executed before said Notary on the same day as the date of the Mortgage Note and recorded in the mortgage records of Ascension Parish, Louisiana.

INSTRUMENT # 00685448
FILED AND RECORDED
ASCENSION CLERK OF COURT
2007 DEC 07   08:36:53 AM
COB ___ MOB ___ OTHER ___

_____
DEPUTY CLERK & RECORDER

277087-1

AUGUST 30, 2007

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

AMENDMENT OF NOTE AND
MORTGAGE
BY BRENT GERARD THERIOT
IN FAVOR OF
BANK OF LOUISIANA

BE IT KNOWN that on this 30th day of August, 2007, before me, Notary Public, duly commissioned in and for the Parish of East Baton Rouge, State of Louisiana, and qualified to act as a Notary Public in and for the State of Louisiana and the Parish of Orleans, and in the presence of the undersigned witnesses, personally came and appeared:

**BRENT GERARD THERIOT (SS# XXX-XX-3406)**, a Louisiana resident of the full age of majority (hereinafter referred to as "Mortgagor"),

AND

**BANK OF LOUISIANA**, a Louisiana company whose taxpayer identification number is XX-XXXX704 (hereinafter referred to as "Mortgagee"), having its principal office and mailing address at 3340 Severn Avenue, Metairie, Louisiana 70002, appearing herein through its duly authorized undersigned representative.

Appearers severally hereby declare and acknowledge as follows:

A. Mortgagee is now the holder and owner for value before maturity of that certain Collateral Mortgage Note (such note, as amended hereby, being hereinafter referred to as the "Mortgage Note") executed by Mortgagor, under date of March 24, 2005, in the original principal sum of $400,000.00, payable to the order of Mortgagee, bearing interest at the original rate of 18.0% per annum from the date of the Mortgage Note until paid, and paraphed "Ne Varietur" by Crystal T. Hebert, Notary Public, for identification with, and secured by, an act of mortgage (such mortgage, as amended hereby, being hereinafter referred to as the "Mortgage") against the land described therein, together with all buildings and improvements located thereon, and all other Security (as defined in the Mortgage) described therein (all such land, buildings, improvements and other Security being hereinafter collectively referred to herein as the "Mortgaged Property"), granted by Mortgagor in favor of Mortgagee and any future holder or holders of such note, executed before said Notary on the same day as the date of the Mortgage Note and recorded in the mortgage records of Ascension Parish, Louisiana.

277087-1

Prior to the execution hereof, the unpaid balance of principal due under the Mortgage Note was $362,527.90, and Mortgagor hereby acknowledges his obligation to pay (A) the balance of principal due under such Mortgage Note, (B) the interest due on such principal amount, and (C) all other amounts due thereunder in accordance with the terms of Mortgage Note, as amended hereby.

D. Mortgagor now desires the approval of Mortgagee for (1) the principal balance of the Mortgage Note to be increased from $400,000.00 to $500,000.00.

**NOW THEREFORE**, in consideration of the mutual covenants contained herein, appearers hereby agree and acknowledge as follows:

1. **Principal Balance Increase and Payment of Principal and Interest on the Mortgage Note.** The provisions in the Mortgage Note pertaining to the principal amount due under the Mortgage Note, the interest rate, the maturity date of the Mortgage Note, and the amount due to be paid on the maturity date, are hereby amended to read as follows:

> Notwithstanding any other provisions contained in this Note, (i) the undersigned promises to pay on demand to "BERAER" the sum of Five Hundred Thousand and 00/100 Dollars ($500,000.00), with interest thereon at the rate of 18% per annum from date until paid.

2. **Amendment of Mortgage and Other Loan Instruments.** Since the terms and conditions of the Mortgage Note are described in the Mortgage, to the extent that such terms and conditions have been amended herein, the Mortgage is hereby amended as set forth in Paragraphs 1 hereinabove.

3. **Limitation of Amendments.** Except as amended herein, the Mortgage Note, the Mortgage which secures said note, and the other Loan Instruments shall remain in full force and effect in accordance with all of their terms, provisions, stipulations and conditions.

Thereupon Mortgagee, through its representative, presented the Mortgage Note to me, Notary, and I did paraph the Mortgage Note "Ne Varietur" for identification herewith, and returned the Mortgage Note to Mortgagee's aforesaid representative, who hereby acknowledges receipt thereof.

277087-1

2

**THUS DONE AND PASSED** in my office in the Parish of East Baton Rouge, State of Louisiana, on the day, and in the month and year, first above written, in the presence of the undersigned competent witnesses, and me, Notary, after due reading of the whole.

WITNESSES :

*(signature)*
Printed Name: Claire Brown

*(signature)*
Printed Name: Audria L. Bodin

BRENT GERARD THERIOT

By: *(signature)*
Name: Brent Gerard Theriot

*(signature)*
NOTARY PUBLIC
CATHERINE NOEL STEFFES, LA BAR ROLL NO. 30072

**THUS DONE AND PASSED** in my office in the Parish of Jefferson, State of Louisiana, on the day, and in the month and year, first above written, in the presence of the undersigned competent witnesses, and me, Notary, after due reading of the whole.

WITNESSES :

*(signature)*
Printed Name: Betty Spencer

*(signature)*
Printed Name: Clarence Butler

BANK OF LOUISIANA

By: *(signature)*
Name: Timothy O'Brien
Duly Authorized Representative

*(signature)*
NOTARY PUBLIC
Printed Name: John H. Gniady
Notary Public Number
Attorney Bar Roll No. 6071

```
INSTRUMENT # 00602670
FILED AND RECORDED
ASCENSION CLERK OF COURT
2005 APR 04    03:13:51 PM
COB____HOR____OTHER
                  DEPUTY CLERK & RECORDER
```

## ACT OF CORRECTION

RE: ENTRY NO. 00601723

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, undersigned Notary Public, personally came and appeared:

CRYSTAL T. HEBERT, a Notary Public in and for the State of Louisiana, hereinafter referred to as "Appearer"; who, declared that she was the Notary for that certain Act of Collateral Mortgage by Brent Gerard Theriot, in favor of Any Future Holder or Holders dated March 24, 2005, which said Act is recorded at Entry No. 00601723 and which said act affects the following described property, to-wit:

> One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, situated in Section 14, Township 8 South Range 2 East, in the Parish of Ascension, Louisiana, and being known and designated as Lot Number One Hundred Eleven (110) of Fountain Hill Subdivision, and being more fully shown on plat of survey of said subdivision prepared by Ferris Engineering & Surveying, LLC, dated January 22, 2004, recorded at File No. 566556 in the records of the Clerk of Court of Ascension Parish, Louisiana.

MUNICIPAL ADDRESS:   TBD, Prairieville, LA 70769

Appearer now states that the wrong Legal Description was attached in error and hereby requests the Clerk and Recorder of Mortgages to reflect the property as being described to-wit:

> One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, situated in Section 14, Township 8 South Range 2 East, in the Parish of Ascension, Louisiana, and being known and designated as Lot Number One Hundred Ten (110) of Fountain Hill Subdivision, and being more fully shown on plat of survey of said subdivision prepared by Ferris Engineering & Surveying, LLC, dated January 22, 2004, recorded at File No. 566556 in the records of the Clerk of Court of Ascension Parish, Louisiana.

MUNICIPAL ADDRESS:   TBD, Prairieville, LA 70769

Appearer hereby requests that the Clerk and Recorder for the Parish of Livingston, Louisiana make a marginal notation at Entry Number 00601723 reflecting this Act of Correction to the Legal Description.

WITNESSES:

_____
Kristien Dove

_____
Cathi Williamson

_____
CRYSTAL T. HEBERT

SWORN TO AND SUBSCRIBED BEFORE ME, Notary, on this 4th day of April, 2005.

_____
NOTARY PUBLIC

END OF DOCUMENT-APCC

*Act Correction 4/2005*

*See Amendment to NOTE 8/30/07*

## COLLATERAL MORTGAGE NOTE

March 24, 2005
Baton Rouge, Louisiana ✓

FOR VALUE RECEIVED, the undersigned promises to pay on demand to "BEARER" the sum of Four Hundred Thousand And 00/100 Dollars ($400,000.00), with interest thereon at the rate of 18% per annum from date until paid.

Both principal and interest shall be payable in lawful money of the United States of America at Bank of Louisiana, 605 Lapalco Boulevard, Gretna, LA 70056, or at such other place as the holder of this Note may from time to time designate.

In case this Note should be placed in the hands of an attorney at law for the filing of foreclosure proceedings, to protect the rights of the holder hereof or to enforce any of the agreements contained in this Note or in the act of mortgage with which this Note is identified, the undersigned herein and hereby agrees to pay the fees of the attorney at law who may be employed for such purposes, which fees are hereby fixed at 25% of the principal amount of this Note.

The undersigned severally waives presently for payment, demand, notice of nonpayment, protest, and all pleas of division and discussion, and agrees that the payment hereof may be extended from time to time, one or more times, without notice.

No delay on the part of the holder hereof in exercising any rights hereunder shall operate as a waiver of such rights.

_____
Brent Gerard Theriot

"NE VARIETUR" for identification with an Act of Collateral Mortgage passed before me, Notary, this 24 day of March 2005, at Baton Rouge, Louisiana.

_____
Notary Public

Crystal T. Hebert
66505