UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON MAG. JUDGE WILKINSON |

## PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff Bank of Louisiana, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add Plaintiff with similar claims against the Knauf Defendants.

3. Plaintiff Bank of Louisiana owns a property in the State of Louisiana with a street address of: 35211 Beverly Hills Drive, Prairieville, LA 70769.

4. Plaintiff Bank of Louisiana took possession and ownership of the property on February 3, 2010, through a foreclosure action in accordance with the mortgage agreement struck with the original buyer with whom Bank of Louisiana lent the money to purchase the property and build the house.

1

5. Plaintiff Bank of Louisiana discovered Knauf-manufactured drywall in his home on March 21, 2015, through a self-inspection by a bank employee.

6. Plaintiff Bank of Louisiana filed his claim against the Knauf Defendants in this action on January 30, 2016.

7. The markings found by the Bank of Louisiana employee were confirmed in 2019 to be defective Knauf-manufactured drywall through an inspection performed by Healthy Home Solutions, LLC, an experienced Louisiana Chinese drywall inspection company.

8. On January 27, 2020, this Court issued an order denying certification for the *Bennett* class action against the Knauf entities.

9. The State of Louisiana has a one-year prescription period for product liability claims.

10. Louisiana recognizes a discovery rule for product liability claims under the theory *contra non valentum agree nulla currit praescriptio* that is settled law in the product liability context.

11. Louisiana recognizes Chinese drywall as a latent defect in a home.

12. Plaintiff Bank of Louisiana completed and executed a verified Plaintiff Profile Form.

13. Plaintiff Bank of Louisiana completed and executed a verified Supplemental Plaintiff Profile Form.

14. Plaintiff Bank of Louisiana completed and executed a verified Plaintiff Fact Sheet.

15. Plaintiff Bank of Louisiana were deposed by Knauf's Counsel on June 13, 2019, in New Orleans, Louisiana.

16. Plaintiff Bank of Louisiana seek all damages available under Louisiana law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory

3

attorney's fees and all compensatory and punitive damages appropriate under the Louisiana Unfair Trade Practices and Consumer Protection Law.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*