# Exhibit A

```
2012    7145
Recorded in the Above
DEED Book & Page
08-31-2012 02:23:08 PM
Mike Bowling - Judge of Probate
St. Clair County, Alabama
```

STATE OF ALABAMA            )

COUNTY OF ST. CLAIR         )

## SPECIAL WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS THAT SECRETARY OF VETERANS AFFAIRS, an Officer of the United States of America (herein, "Grantor"), whose address is 810 Vermont Avenue NW, Washington, DC 20420, for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby GRANTS, BARGAINS, SELLS AND CONVEYS to JOSHUA KELLEY (herein, "Grantee"), whose address is 252 Viaduct Drive, Harpersville, AL 35078, all of Grantor's interest in and to that real property in St. Clair County, Alabama, described as follows:

SEE EXHIBIT A ATTACHED HERETO.

Property street address:   160 Blairs Circle, Pell City, AL 35125

SOURCE OF TITLE:    Book _____, Page _____

TOGETHER WITH all and singular the rights, privileges, tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining; TO HAVE AND TO HOLD the same unto the said Grantee and Grantee's heirs and assigns, FOREVER.

THIS CONVEYANCE IS MADE SUBJECT TO restrictive covenants, easements, rights-of-way, and prior mineral reservations, if any, applicable to said property of record in the Office of the Judge of Probate of St. Clair County, Alabama.

AND, except as to the above and the taxes hereafter falling due, Grantor, for Grantor and Grantor's heirs and personal representatives, hereby covenants with the said Grantee and Grantee's heirs and assigns, that Grantor is seized of an indefeasible estate in fee simple in and to said property; that Grantor has a good and lawful right to sell and convey the same in fee simple; that said property is free and clear of all liens and encumbrances; that Grantor is in the quiet and peaceable possession of said property; and that Grantor does hereby WARRANT AND WILL FOREVER DEFEND the title to said property, and the possession thereof, unto the said Grantee and Grantee's heirs and assigns, against the lawful claims of all persons claiming by and through Grantor.

This property is not the homestead real property of Grantor.

IN WITNESS WHEREOF, the undersigned has hereunto set hand and seal on this _2nd_ day of ___August___, 20_12_.

12-40267 (hw)

```
                                            2012   7146
                                            Recorded in the Above
                                            DEED  Book & Page
                                            08-31-2012 02:23:08 PM
```

GRANTOR:

THE SECRETARY OF VETERANS AFFAIRS,
An Officer of the United States of America
By the Secretary's duly authorized property management contractor,
Bank of America, N.A., successor by merger to
BAC Home Loans, Servicing, L.P.,
FKA Countrywide Home Loans Servicing LP
Pursuant to a delegation of authority found at
38 C.F.R. 36.4345(f)

By: _____Judith Casey_____ (SEAL)
Printed Name: __Judith Casey__
Title: __Assistant Vice President__

STATE OF __TEXAS__
COUNTY OF __COLLIN__

On this date, before me personally appeared __Judith Casey__, pursuant to a delegation of authority contained in 38 C.F.R. 36.4345(f), to me known to be the person who executed the foregoing instrument on behalf of the Secretary of Veterans Affairs, and acknowledged that ~~he~~ she executed the same as the free act and deed of said Secretary.

In Witness Whereof, I have hereunto set my hand and affixed my official seal in the State of __Texas__ aforesaid, this __2nd__ day of __August__, 20__12__.

[Affix Notary Seal]
SANDRA LYN COLGROVE
My Commission Expires
October 29, 2012

SIGNATURE OF NOTARY PUBLIC
My term expires: __10-29-2012__
My county of residence: __Collin__

This instrument was prepared by:

STEVEN A. WILLIAMS, ESQ.
213 BRENTSHIRE DRIVE
BRANDON, FL 33511

When recorded, please mail to:

JOSHUA KELLEY
252 VIADUCT DRIVE
HARPERSVILLE, AL 35078

The Grantee's address is:

JOSHUA KELLEY
252 VIADUCT DRIVE
HARPERSVILLE, AL 35078

```
2012   7147
Recorded in the Above
DEED  Book & Page
08-31-2012 02:23:08 PM
```

## EXHIBIT A

LOT NUMBER 16 ACCORDING TO THE MAP OF HILLSTONE RESIDENTIAL SUBDIVISION, SECTOR ONE, AS RECORDED IN MAP BOOK 2004, PAGE 77, IN THE PROBATE OFFICE OF ST. CLAIR COUNTY, PELL CITY, ALABAMA.

```
Book/Pg: 2012/7145
Term/Cashier: N RECORD9 / SHERRYW
Tran: 6871.189194.278389
Recorded: 08-31-2012 14:23:47
CER Certification Fee            3.00
DFE Deed Tax                    61.00
PJF Special Index Fee            5.50
REC Recording Fee               14.00
Total Fees:    $ 83.50
```

*The preparer of this document has been engaged solely for the purpose of preparing this instrument, has prepared the instrument only from the information given and has not been requested to provide, nor has the preparer provided, an examination of the legal description, an opinion on title or advice on the tax, legal or non-legal consequences that may arise as a result of the conveyance, nor has such preparer verified the accuracy of the amount of consideration stated to have been paid or upon which any tax may have been calculated.*

12-40267 (hw)