UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## **PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs Joshua Kelley and Terry Hamilton, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add Plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs Joshua Kelley and Terry Hamilton owns a property in the State of Alabama with a street address of: 160 Blairs Circle, Pell City, AL 35215.

4. Plaintiffs Joshau Kelley and Terry Hamilton purchased the Affected property on August 2, 2012.

1

5. Plaintiffs Joshua Kelley and Terry Hamilton discovered Knauf-manufactured drywall in his home on May 29, 2015.

6. Plaintiffs Joshua Kelley and Terry Hamilton discovered defective Knauf-manufactured drywall through self-inspection and later retained Healthy Home Solutions to confirm the defective Knauf-manufactured drywall in the home.

7. Plaintiffs Joshau Kelley and Terry Hamilton filed his claim against the Knauf Defendants in this action on January 30, 2016.

8. Plaintiffs Joshua Kelley and Terry Hamilton completed and executed a verified Plaintiffs Profile Form.

9. Plaintiffs Joshua Kelley and Terry Hamilton completed and executed a verified Supplemental Plaintiffs Profile Form.

10. Plaintiffs Joshua Kelley and Terry Hamilton completed and executed a verified Plaintiffs Fact Sheet.

11. Plaintiffs Joshua Kelley and Terry Hamilton was deposed by Knauf's Counsel on December 5, 2019, in Birmingham, Alabama.

12. Alabama law provides a two-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

13. Alabama law recognizes a Discovery Rule to file product defect-related claims, an exception to the two-year statute of limitations.

14. Plaintiffs Joshua Kelley and Terry Hamilton seeks all damages available under Alabama law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and

enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Alabama Unfair Trade Practices Act.

                                              Respectfully submitted by:

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*