## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>***Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al***<br><br>**Case No. 14:cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Leave to Modify Dispositive Motion Deadline in Amended Case Management Order (the "Motion"),

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd's Motion is GRANTED and the dispositive motion deadline set forth in the Amended Case Management Order (Doc. 22359) is hereby extended from March 1, 2020 to April 15, 2020.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**