# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

### *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF THE KNAUF DEENDANTS' MOTION FOR LEAVE TO MODIFY DISPOSITIVE MOTION DEADLINE IN AMENDED CASE MANAGEMENT ORDER

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants") move this Court for an Order granting expedited consideration of their Motion for Leave to Modify Dispositive Motion Deadline in Amended Case Management Order (Doc. 22579). The current deadline for dispositive motions is March 1, 2020. The Knauf Defendants seek a forty-five-day extension of that deadline, until April 15, 2020. The next available submission date for motions is March 4, 2020, at which point the deadline will already have passed. There are multiple motions in this case already set for hearing on February 19, 2020, and the Knauf Defendants believe this Motion can be resolved during that hearing.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to Modify Dispositive Motion Deadline in Amended Case Management Order, and that this Court

set the Motion to Strike for submission on February 19, 2020, concurrent with other hearings set in this case. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:	504.556.5549
Facsimile:	504.310.0275
Email:	kmiller@fishmanhaygood.com
***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co., Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 12th day of February, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**