UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** | JUDGE ELDON FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| | MAGISTRATE JOSEPH WILKINSON, JR. |
| Case No. 14:cv-2722 | |

## ORDER

CONSIDERING the Motion for Expedited Consideration of the Motion for Leave to Modify Dispositive Motion Deadline in Amended Case Management Order (the "Motion") filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Motion will be submitted on February 19, 2020. Plaintiff may file an Opposition on or before February _____, 2020.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE