UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

### MOTION FOR LEAVE TO FILE OMNIBUS REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT ON THE CLAIMS ASSERTED BY TONI MACKSEY, RONALD & CATHERINE MARTINEZ, NATHAN JUNIUS, AND RONALD AND MARIA NATAL

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting them leave to file an Omnibus Reply Memorandum in support of the Motions for Summary Judgment filed against Toni Macksey (R. Doc. 22371), Ronald & Catherine Martinez (R. Doc. 22372), Nathan Junius (R. Doc. 22370), and Ronald and Maria Natal (R. Doc. 22373). The proposed omnibus reply, which is attached hereto, address arguments made by the plaintiffs in their respective Oppositions (Rec. Docs. 22570, 22572, 22574, and 22571). The Knauf Defendants submit that the Omnibus Reply will assist the Court in resolving the Motions for Summary Judgment.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File an Omnibus Reply Memorandum in Support of the Motions for Summary Judgment (Rec.

Doc. 22371, 22372, 22370, and 22373) and that the attached Omnibus Reply be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

                                                                                Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:    kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 14th day of February, 2020.

                                                      /s/ *Kerry J. Miller*
                                                        **KERRY J. MILLER**