UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| Case No. 14:cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

**ORDER**

CONSIDERING the Motion for Leave to File Omnibus Reply Memorandum in Support of Motions for Summary Judgment on the claims asserted by Bonnie and Carl Cordier (Rec. Doc. 22436), Jacques and Sarah Brousseau (Rec. Doc. 22432), Kim and Scott Armstrong (Rec. Doc. 22430), Bank of Louisiana (Rec. Doc. 22431), and Michael and Nicole Norris (Rec. Doc. 22451) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Omnibus Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE