UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO MODIFY DISPOSITIVE MOTION DEADLINE IN AMENDED CASE MANAGEMENT ORDER**

Plaintiffs oppose Defendants' motion for an extension of the dispositive motion deadline (Rec. Doc. 22580). The case management order proposed by Defendants and later adopted by this Court contains a 60-day period following the close of discovery for the filing of dispositive motions. This 60-day period is already thirty (30) days longer than FRCP Rule 56 provides. Defendants have at least eight (8) lawyers working on this case; therefore, Defendants have adequate resources to devote to drafting and filing any additional motions they desire by the current deadline that is nearly two weeks away. In addition, Plaintiffs oppose any further *ex parte* motions for extensions that may be filed by Defendants. This case was filed in 2014 and Plaintiffs have waited long enough for their day in court. It's time begin the process of setting cases for trial without further delay.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Opposition to Defendants' Motion to Modify Case Management Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of February, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC