**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**SETTLEMENT CLASS COUNSEL'S NOTICE OF FILING**
**OF AMENDED PROPOSED ORDER OF DISMISSAL**

PLEASE TAKE NOTICE that Settlement Class Counsel hereby file into the record an Amended Proposed Order of Dismissal (attached hereto as Exhibit "A") for the following reasons:

1. On December 6, 2019, Settlement Class Counsel filed a Proposed Order of Dismissal [Rec. Doc. 22392-6] in connection with their motion for entry of an Order and Judgment (1) granting final approval of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") and (2) certifying the Settlement Class pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(e). The proposed Order of Dismissal was intended to effectuate the dismissal of claims of all Class Members who did not opt out of the Settlement against Taishan and the Additional Released Parties. A list of Opt-Out Plaintiffs was attached as Exhibit "A" to the proposed Order of Dismissal.

2. On January 13, 2020, the Court entered an Order and Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, granting final approval to the Class Settlement with Taishan and certifying the Settlement Class [Rec. Doc. 22466].

1

3. On January 28, 2020, Plaintiffs Pedro and Margarita Delgado filed a motion to rescind their request to opt out of the Class Settlement [Rec. Doc. 22530].

4. On February 7, 2020, the Court granted the Delgados' motion [Rec. Doc. 22563].

5. Accordingly, Settlement Class Counsel have removed the Delgados from the List of Opt-Out Plaintiffs attached as Exhibit "A" to the Amended Proposed Order of Dismissal. The Delgados will participate in the Class Settlement, and their claims against Taishan and the Additional Released Parties will be dismissed.

6. In addition, the original proposed Order of Dismissal inadvertently included in the list of Complaints from which Class Members' claims were to be dismissed (attached as Exhibit "B"), *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.) ("*Mitchell*"). The Amended Proposed Order of Dismissal does not include *Mitchell* on Exhibit "B" since the named Plaintiff and putative class members in *Mitchell* are expressly excluded from the Class, and their claims against Taishan are not intended to be dismissed as part of the Settlement.

7. Finally, the original proposed Order of Dismissal contained a paragraph addressing the dismissal of the state court action, *Wiggins v. Bass Homes, Inc., et al*, Case No. CV-13-900145 (Ala. Circ. Ct., Escambia County) (8/19/2013). That paragraph has been deleted from the Amended Proposed Order of Dismissal since there are no pending claims against Taishan and the Additional Released Parties in that action, and therefore, a dismissal of that action is not necessary.

Respectfully submitted,

Dated:  February 19, 2020

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Charles King (Bar No.34621)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of February, 2020.

<u>/s/ Stephen J. Herman</u>
Stephen J. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
sherman@hhklawfirm.com