# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## JOINT MOTION FOR ORDER PURGING CONTEMPT

Pursuant to Section 17.12 of the Class Settlement Agreement with Taishan, Settlement Class Counsel and the undersigned Defendants hereby jointly submit a Proposed Order Purging Contempt, attached as **Exhibit A**. The parties respectfully request that the Court enter the attached proposed order.

Dated: February 19, 2020

/s/ Stephen J. Herman
Russ M. Herman (La Bar No. 6819)
Leonard A. Davis (La Bar No. 14190)
Stephen J. Herman (La. Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
sherman@hhklawfirm.com

*Plaintiffs Liaison Counsel*

Respectfully submitted,

/s/ Christina Hull Eikhoff
Bernard Taylor
Christina Hull Eikhoff
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
bernard.taylor@alston.com
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co.,
Ltd. and Tai'an Taishan
Plasterboard Co., Ltd.*

| | |
|---|---|
| Arnold Levin | /s/ L. Christopher Vejnoska |
| Sandra Duggan | L. Christopher Vejnoska |
| Fred S. Longer | ORRICK, HERRINGTON & |
| Levin, Sedran & Berman | SUTCLIFFE LLP |
| 510 Walnut Street, Suite 500 | The Orrick Building |
| Philadelphia, PA 19106 | 405 Howard Street |
| Phone: (215) 592-1500 | San Francisco, CA 94105 |
| Fax: (215) 592-4663 | Tel: 415-773-5700 |
| alevin@lfsblaw.com | cvejnoska@orrick.com |
| | |
| *Plaintiffs' Lead Counsel* | *Counsel for CNBM Group, CNBM PLC, BNBM Group, and BNBM PLC* |

## CERTIFICATE OF SERVICE

     I hereby certify that that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing on this 19th day of February, 2020, and thereafter will be uploaded to LexisNexis File & Serve and thereby served on All Counsel in accordance with Pre-Trial Order No. 6 on the 19th day of February, 2020.

                                                     */s/ Stephen J. Herman*
                                                     Stephen J. Herman, Esq.
                                                     La. Bar No. 23129
                                                     Email: sherman@hhklawfirm.com
                                                     Herman, Herman & Katz, LLC
                                                     820 O'Keefe Avenue
                                                     New Orleans, LA  70113
                                                     Phone: (504) 581-4892
                                                     Fax: (504) 561-6024

                                                     *Class Counsel*