UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| Case No. 14:cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING the Motion for Leave to File Omnibus Reply Memorandum in Support of Motions for Summary Judgment on the claims asserted by Peggy Powell (Rec. Doc. 22412) and the Estate of Catherine Baber (Rec. Doc. 22446) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Omnibus Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this   18th   day of           February          , 2020.

_____
U.S. DISTRICT COURT JUDGE