UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

### ORDER

CONSIDERING the Motion for Leave to File Omnibus Reply Memorandum in Support of Motions for Summary Judgment on the claims asserted by Toni Macksey (R. Doc. 22371), Ronald & Catherine Martinez (R. Doc. 22372), Nathan Junius (R. Doc. 22370), and Ronald and Maria Natal (R. Doc. 22373) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Omnibus Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this __18th__ day of __February__, 2020.

_____
U.S. DISTRICT COURT JUDGE