UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF LOUISIANA

IN RE: CHINESE -MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION



CASE NO: MDL 2047

GUILFORT DIEUVIL

v.                          Appellant / Plaintiff
KNAUF GIPS KG, et al.

Appellees / Defendants

SECTION: L

JUDGE: ELDON FALLON

MAGISTRATE WILKINSON

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Appellant / Plaintiff, GUILFORT DIEUVIL hereby appeals to the
U.S. Court of Appeals, this final disposition ORDER & REASONS on Plaintiff, Guilfort
Dieuvil's Objection to the Special Master's Order and Decree, herein incorporate the Settlement
Agreement Regarding Claims Against The Knauf Defendants. A conformed copy of the orders
are hereby included.

**CERTIFICATE  OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S.
Mail on this  18__day of February _, 2020__ to Defendants' counsel Kerry J. Miller
Frilot LLC 1100 Poydras Street, Suite 3700 New Orleans, Louisiana 70163 kmiller@frilot.com
and all interest parties.

Respectfully submitted

____ Fee _____
____ Process_____
_X_ Dktd_____
____ CtRmDep _____
____ Doc. No. _____

02/19/2020

Guilfort Dieuvil, Defendant / Appellant

1870 Spotted Owl Dr SW

Vero Beach, FL 32962

Email: guilf5@hotmail.com

Cell: 786-344-5497


CC:

Kerry J. Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
kmiller@frilot.com

Steven Glickstein
Gregory J. Wallance
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
sglickstein@kayescholer.com / gwallance@kayescholer.com

Candace Bankovich
General Counsel
Knauf Insulation
One Knauf Drive
Shelbyville, Indiana 46176
candace.bankovich@us.knaufinsulation.com

For Settlement Class Counsel:

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
alevin@lfsblaw.com flonger@lfsblaw.com

Russ Herman
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
Suite 100
New Orleans, Louisiana 70113
rherman@hhkc.com ldavis@hhkc.com