UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *<br>*<br>*    CIVIL ACTION<br>*<br>*    MDL NO. 2047<br>*<br>*    SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Guilfort Dieuvil* No. 13-609 | *<br>*<br>* |

### ORDER

The Court has received the attached document from Mr. Guilfort Dieuvil. Accordingly,

**IT IS ORDERED** that counsel review the document and respond to it, if a response is deemed necessary and appropriate.

New Orleans, Louisiana this 20th day of February 2020.

_____
United States District Judge