MINUTE ENTRY
FALLON, J.
FEBRUARY 19, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 14-2722 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Jimmy Doyle Esq., for Plaintiffs
Kerry Miller, Esq., Kaki Johnson, Esq., Michael Dodson, Esq., Rebekka C. Veith, Esq., William Mizell, Esq. and Daniel Dysart, Esq. for Knauf Defendants

1. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Mardechria Charles McDonald (22368)
After argument – Motion was taken under advisement

2. Motion of Knauf Defendants for Summary Judgment as to claims Asserted by Candace and David Fozard   (22369)
After argument – Motion was taken under advisement

3. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Nathan Junius (22370)
After argument – Motion was taken under advisement

4. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Toni Macksey (22371)
After argument – Motion was taken under advisement

5. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Ronald and Catherine Martinez (22372)
After argument – Motion was taken under advisement

6. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Ronald and Maria Natal (22373)
After argument – Motion was taken under advisement

7. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Peggy Powell (22412)
After argument – Motion was taken under advisement

8. Motion of Knauf Defendants for Summary Judgment as to claims asserted by the Bank of Louisiana (22431)
After argument – Motion was taken under advisement

9. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Carl and Bonnie Cordier (22436)
After argument – Motion was taken under advisement

10. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Catherine Baber and the Estate of Catherine Baber (22446)
After argument – Motion was taken under advisement

11. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Michael Norris and Nicole Norris (22451)
After argument – Motion was taken under advisement

12. Motion of Knauf Defendants, for Summary Judgment as to the claims asserted by Joshua Kelley and Terry Hamilton (22523)
After argument – Motion was taken under advisement


IT IS FURTHER ORDERED that the Knauf Defendants' Motion for Leave to Modify Dispositive Motion Deadline in Amended Case Management Order, (Rec. Doc. 22579), is set GRANTED and the Knauf Defendants are granted until April 1, to file dispositive motions as set forth in the Amended Case Management Order.

IT IS FURTHER ORDERED that the Knauf Defendants' Motion for Expedited Consideration of their Motion for Leave to Modify Dispositive Motion Deadline in Amended Case Management Order, (Rec. Doc. 22580), was DISMISSED AS MOOT.



JS10:    1:26