MINUTE ENTRY
FALLON, J.
FEBRUARY 26, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

## MINUTE ENTRY

A telephone status conference was held on this date in the Courtroom of United States District Judge Eldon E. Fallon. Jimmy Doyle, Jim Doyle Sr., and Kevin O'Bryon participated on behalf of Plaintiffs. Christy Eikhoff participated on behalf of Defendant Taishan. James Stengel participated on behalf of Defendants BNBM/CNBM. Harry Rosenberg participated on behalf of Defendants' Liaison Counsel. The parties discussed the cases involving Plaintiffs who opted out from the Taishan Settlement and procedural plans to move those cases forward.

JS10(00:12)