UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## AFFIDAVIT

State of Virginia
County of Henrico

Before me, the undersigned authority, personally appeared Jacob S. Woody ("Affiant") who being by me first duly sworn, on oath deposes and says that:

1. On behalf of BrownGreer PLC, affiant was the Claims Administrator for the Knauf Settlement Agreement and the Global, Banner, and InEx ("GBI") Settlement Agreements;

2. Claims ("Claims") to both the Knauf Settlement and GBI Settlement Agreements were filed for the property located at 4531 SW Darwin Blvd, Port St Lucie, Florida 34953 on September 26, 2013 (the "Property").

3. The claims were filed by the then owner of the Property, Andrew Williams, who was represented by the Law Firm Podhurst Orseck P.A.

4. BrownGreer PLC confirmed that the Claims were part of the Knauf and GBI settlement classes and that the Claims for the Property were timely filed under those settlements.

5. BrownGreer PLC confirmed the GBI Claims submission for the Property, and on December 12, 2014 disbursed $6,335.01 from the Banner Settlement and $4,329.99 from the Global Builder Settlement to the owner of the Property at that time.

6. BrownGreer PLC received a Remediation Claim, and a Bodily Injury Claim to the Knauf Class Settlement Agreement from the owner of the Property.

7. BrownGreer PLC sent deficiency notices to the owner of the Property on March 10, 2014 for failure to provide supporting documents in connection with the Bodily Injury claim to the Knauf Class Settlement Agreement.

8. BrownGreer PLC sent denial notices to the owner of the Property on May 29, 2014 for failure to provide supporting documents in connection with the Bodily Injury claim to the Knauf Class Settlement Agreement.

9. The owner of the Property failed to timely submit paperwork to support an Option 1, 2, or 3 Remediation Claim under the Knauf Settlement Agreement.

10. I have no knowledge of any special master appeal being filed for the denied claims associated with the Property.

11. Because the claims to the Knauf Class Settlement Agreement were denied for failure to comply with the Settlement Agreement's provisions, BrownGreer did not disburse any settlement funds from the Knauf Remediation Fund for the Property.

12. I declare under penalty of perjury that the foregoing is true and correct.

Jacob S. Woody, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 27th DAY OF February, 2020.

Notary Public

Print Name: Kendra Marie Copeland

My commission expires: 3/31/22

KENDRA MARIE COPELAND
NOTARY PUBLIC
MY COMMISSION NUMBER 7773562
COMMONWEALTH OF VIRGINIA