"Certification of Funds in the Registry"

PRINCIPAL: $ 824,669.57

Financial Deputy: MBR  Date: 2/28/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| ............................................................... | : | MAG. JUDGE WILKINSON |

### ORDER GRANTING MOTION FOR DISBURSEMENT T FROM THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $176,998.03 plus all interest earned, payable to BrownGreer PLC and mail the check to Jacob Woody, BrownGreer PLC 250 Rocketts Way, Richmond, VA, 23231.

New Orleans, Louisiana, this 2 day of March, 2020.

Eldon E. Fallon
United States District Court Judge