# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Due to a conflict with the Court's calendar,

**IT IS ORDERED** that the upcoming Monthly Status Conference, scheduled for Thursday, March 26, 2020 at 9:00 a.m. be **RESCHEDULED** for Thursday, March 26, 2020 at 9:30 a.m.

New Orleans, Louisiana this 2nd day of March, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge