UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### ORDER

The Court has received the following communication from counsel for Corinth Homes, LLC, regarding participation in the Taishan Settlement. Accordingly,

**IT IS ORDERED** that the attached document be filed into the record.

**IT IS FURTHER ORDERED** that the Settlement Administrator respond to the communication, if any response is warranted, by Friday, March 27, 2020.

New Orleans, Louisiana this 3rd day of March, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge

# KAUFMAN & CANOLES
attorneys at law

Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510

*Mailing Address*
Post Office Box 3037
Norfolk, VA 23514

T (757) 624.3000
F (757) 624.3169

kaufCAN.com

Kristan B. Burch
(757) 624.3343
kbburch@kaufcan.com

February 26, 2020

**FEDERAL EXPRESS**

The Honorable Eldon E. Fallon
United States District Judge
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re: **Chinese Drywall Four Virginia-Based Settlements**
**Allocation Plan Provisions Regarding Statutes of Limitation**

**Affected Property: 712 Stanhope Close, Chesapeake, VA 23320**
**Claimant: Corinth Homes, LLC**
**Claimant ID 114677**
**Claim ID 14027**

Dear Judge Fallon:

We serve as counsel for Corinth Homes LLC regarding the above-referenced property and claim number.

Yesterday at 3:58 p.m., counsel for Corinth Homes LLC received the enclosed notice (enclosed as **Exhibit A**) from the Chinese Drywall Settlement Administrator, denying the claim submitted by Corinth Homes LLC on February 12, 2020. The Taishan Class Settlement Denial Notice ("Denial Notice") states that the claim by Corinth Homes LLC has been denied because Corinth Homes LLC "failed to submit a properly signed and notarized Owner Affidavit."

On February 12, 2020, Corinth Homes LLC submitted 196 pages of materials in support of its claim in the Taishan Class Settlement. As part of the submission on February 12, 2020, Corinth Homes LLC submitted an Owner Affidavit, and the Owner Affidavit is signed by an authorized agent of Corinth Homes LLC. A copy of what was timely submitted by Corinth Homes LLC as the Owner Affidavit on February 12, 2020 is attached as **Exhibit B**.

---

Disclosure Required by Internal Revenue Service Circular 230: This communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written by the practitioner to be used, and it cannot be used by the taxpayer, for the purpose of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.

The Honorable Eldon E. Fallon
United States District Judge
U.S. District Court for the Eastern District of Louisiana
February 26, 2020
Page 2

With all of the materials that had to be gathered and submitted by February 12, 2020, Corinth Homes LLC missed that it needed to have a notary complete the bottom two lines of the Owner Affidavit. The two lines that apparently were to be completed by a notary appear next to two lines for the Attorney Signature (If Applicable) and the Print Name and Date for the Attorney Signature. Corinth Homes LLC chose to have an authorized agent sign the Owner Affidavit, as opposed to an Attorney Signature, so it did not complete those two lines on the Owner Affidavit for Attorney Signature.

After receipt of the Denial Notice yesterday afternoon, Corinth Homes LLC has had the notary lines completed for the original submission on February 12, 2020 by a notary familiar with the signature of the authorized agent and also has had another Owner Affidavit signed today with the notary lines completed. These two versions of the fully executed Owner Affidavit are enclosed as **Exhibit C**.

The only reason given in the Denial Notice for the denial of Corinth Homes, LLC's timely claim is that the two notary lines were not completed on the Owner Affidavit. Exhibit B shows that the Owner Affidavit was signed by an authorized agent and timely submitted on February 12, 2020.

Through this appeal, Corinth Homes LLC asks that its claim to the Taishan Class Settlement be considered, even though the two notary lines were not completed on February 12, 2020 when it made its timely submission of the Owner Affidavit along with the timely submission of the rest of its claim.

To strike Corinth Homes LLC's timely claim which consisted of 195 pages because these two lines were not completed on the Owner Affidavit would be an unduly harsh penalty for an inadvertent failure to complete these two lines on one page of the submission. Within twenty-four hours of learning of this issue, Corinth Homes LLC is submitting an Owner Affidavit with the two notary lines completed. See Exhibit C. In addition, Corinth Homes LLC is not aware of how any other claimant in the Taishan Class Settlement could be injured or prejudiced by this late submission of the completed notary lines as Corinth Homes LLC did submit a timely Owner Affidavit on February 12, 2020 that was signed by an authorized representative. In addition, the work at issue for which compensation is being sought in the Taishan Class Settlement was completed by Corinth Homes in 2011 and 2012 so an additional two weeks to submit the fully completed Owner Affidavit is insignificant compared to the overall amount of time since this remediation and the overall amount of time for the claims process.

Corinth Homes LLC requests that the Court grant its appeal and permit its timely claim to be considered as part of the Taishan Class Settlement even though the two notary lines were not completed on the Owner Affidavit when the Owner Affidavit was first submitted on February 12, 2020.

If any additional information is needed from Corinth Homes LLC, please let me know.

Very truly yours,

*Kristan B. Burch*

Kristan B. Burch

KBB:wr
Enclosures

## Burch, Kristan B.

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Tuesday, February 25, 2020 3:58 PM |
| **To:** | Spivey, W. Edgar; Burch, Kristan B. |
| **Cc:** | CDWQuestions |
| **Subject:** | Taishan Claim Determination Notice |
| **Attachments:** | Taishan Denial Notice_Corinth Homes.pdf |

This is a message from the Chinese Drywall Settlement Administrator. We have reviewed the materials you submitted in support of your Chinese Drywall claim. Our determination is attached, along with information about your options after this determination.

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com [browngreer.com]

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## TAISHAN CLASS SETTLEMENT DENIAL NOTICE
**DATE OF NOTICE: 2/25/2020**
**DEADLINE TO REQUEST APPEAL: 3/26/2020**

### I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| **Claimant Name(s)** | Corinth Homes, LLC |
| **Representative Claimant Name** | |

| **Claimant ID** | 114677 | **Affected Property ID** | 21054 | **Claim ID** | 14027 |
|---|---|---|---|---|---|

| **Affected Property Address** | Street: 712 Stanhope Close |
|---|---|
| | City: Chesapeake / State: VA / Zip Code: 23320 |

| **Law Firm** | Kaufman & Canoles, P.C. |
|---|---|

### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

#### DENIAL REASON(S)

Owner Affidavit – You failed to submit a properly signed and notarized Owner Affidavit.

### III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

| IV. How to Contact us with Questions or For Help |
|---|
| We are available to help you if you have questions or need assistance; however, we cannot assist with filing an appeal. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (804) 521-7200 or send an email to CDWQuestions@browngreer.com. |

## Owner Affidavit

*By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

CORINTH HOMES LLC

_____  _____
Claimant Signature                          Additional Claimant Signature (If Applicable)

Petro A. Kotarides, Authorized Agent  2/12/2020
_____  _____
Print Name                     Date          Print Name                     Date


_____  _____
Attorney Signature (If Applicable)          County, State


_____  _____
Print Name                     Date          Notary Public

7

Case 2:09-md-02047-EEF-MBN Document 22610 Filed 03/03/20 Page 8 of 9

Exhibit C - Owner Affidavit submitted by Corinth Homes LLC on February 12, 2020 with notary lines completed on February 26, 2020

## Owner Affidavit

*By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

CORINTH HOMES LLC
_____
Claimant Signature

_____
Additional Claimant Signature (If Applicable)

Petro A. Kotarides, Authorized Agent  2/12/2020
Print Name                                  Date

_____
Print Name                                  Date

_____
Attorney Signature (If Applicable)

_____
County, State

_____
Print Name                                  Date

_____
Notary Public

[Notary Seal: JANE RAE SHELTON, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA, MY COMMISSION NUMBER 213315]

CommoNWEALTH OF VIRGINIA
City of Virginia Beach, to wit:
Subscribed and sworn to before me this 26th day of February, 2020, by Petro A. Kotarides, Authorized Agent, on behalf of Corinth Homes LLC.

Jane R Shelton
NOTARY PUBLIC

My Commission Expires: 2/28/2022

7

# Owner Affidavit

*By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

CORINTH HOMES LLC
_____
**Claimant Signature**

**Additional Claimant Signature (If Applicable)**

Petro A. Kotarides, Authorized Agent  2/26/2020
**Print Name**           **Date**

**Print Name**           **Date**

**Attorney Signature (If Applicable)**

County, State

**Print Name**           **Date**

Notary Public

COMMONWEALTH OF VIRGINIA
CITY OF VIRGINIA BEACH, TO-WIT:

Subscribed and sworn to before me this 26th day of February, 2020, by Petro A. Kotarides, Authorized Agent, on behalf of Corinth Homes LLC.

_____
Notary Public

My Commission Expires: 2|28|2022

*[Notary seal: JANE RAE SHELTON, NOTARY PUBLIC, MY COMMISSION NUMBER 213315, COMMONWEALTH OF VIRGINIA]*

7