UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### SETTLEMENT CLASS COUNSEL'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF COSTS FOR SERVICES OF THE ALLOCATION NEUTRAL AND CLAIMS ADMINISTRATION OF THE TAISHAN SETTLEMENT

Settlement Class Counsel hereby move for entry of an Order authorizing payment of costs for services performed by the Allocation Neutral Cal Mayo and for claims administration of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan"). On January 10, 2020, the Court entered its Order and Reasons granting final approval of the Class Settlement with Taishan ("Settlement") and certifying the Settlement Class [Rec. Doc. 22460]. On January 13, 2020, the Court entered a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b) [Rec. Doc. 22466], from which no appeal was taken.

Under the terms of the Settlement, a portion of the Settlement Funds may be used to pay the costs of mailing individual Class Notice to the *Amorin* and *Brooke* Plaintiffs and other reasonable administrative expenses incurred in conjunction with services of the Allocation Neutral and the Claims Administrator. *See* Settlement Agreement [Rec.Doc. 22305-2], at Sections 4.1.1, 8.2.1 & 12.7. As set forth in the Declaration of Jacob S. Woody [Rec. Doc. 22392-17], the Claims Administrator BrownGreer mailed individual Class Notice to all *Amorin* and *Brooke* Plaintiffs on

the Master Spreadsheet, prepared estimate letters for all known Class Members, evaluated challenges to the Objective Criteria set forth on the Master Spreadsheet, and published a Revised Master Spreadsheet on the MDL docket [*see* Rec. Doc. 22355-1]. BrownGreer has also evaluated all Claim Forms submitted under the Settlement and is in the process of disseminating Determination of Allocation Amount notices to all Class Members based on the application of the Allocation Model to their Objective Allocation Criteria. BrownGreer has issued a final invoice to Class Counsel in the amount of $371,200.00 for the services of claims administration and mailing of Class Notice (attached hereto as Exhibit "A").

The Allocation Neutral Cal Mayo developed the Allocation Model approved by the Court and testified at the Fairness Hearing in support of Settlement Approval. For these services, the Allocation Neutral issued invoices to Settlement Class Counsel totaling $56,468.03 (attached hereto *in globo* as Exhibit "B").

Class Counsel request an order authorizing the disbursement of $427,668.03 from the Settlement Funds in the Court Registry to Plaintiffs' Liaison Counsel, Russ M. Herman, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, so that the Allocation Neutral and Claims Administrator may be paid.

A proposed Order authorizing disbursement is filed herewith.

Respectfully submitted,

Dated:  March 4, 2020	By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and*
*Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 4th day of March, 2020.

*/s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and*
*Settlement Class Counsel*