# Exhibit "A"



250 Rocketts Way
Richmond, VA 23231

| | |
|---|---|
| Invoice Number: | 10394 |
| Invoice Date: | 2/19/2020 |
| Client Number: | 140039 |
| Matter Number: | 50919 |

*Re: Chinese Drywall - Taishan Settlement Administration*

| | |
|---|---|
| Settlement administration fees and pass-through costs related to MDL No. 2047 - Taishan Settlement Program | $371,200.00 |
| **TOTAL BALANCE NOW DUE:** | **$371,200.00** |