# Exhibit "B"

**Mayo Mallette PLLC**
2094 Old Taylor Road Suite 200
Oxford, MS 38655
Phone: (662) 236-0055 Fax: (662) 236-0035

# INVOICE

**Date:** 07/12/2019
**Invoice #:** 19919
**Matter:** Chinese Drywall Litigation
**File #:** 16028

**Bill To:**
Chinese Drywall Litigation

**Due Date:** Due Upon Receipt

**Payments received after 07/12/2019 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/2019 | JCM | Receipt and review of Orders re expanded assignment; emails with law clerk re telcon; outline action items and needed information | 0.50 | $600.00 | $0.00 |
| 05/23/2019 | JCM | Review various orders and prepare for call with Judge Fallon; emails with law clerk re orders; telcon with Judge Fallon re status; emails with liaison counsel re telcon; email from Christy re settlement | 2.50 | $600.00 | $0.00 |
| 05/23/2019 | LD | Attn. to various Orders. | 0.20 | $150.00 | $0.00 |
| 05/24/2019 | JCM | Emails with Stephanie re settlement email and stay; receipt and review of motion to stay | 0.20 | $600.00 | $0.00 |
| 05/29/2019 | JCM | TC counsel re serving as neutral; emails with law clerk re same | 0.30 | $600.00 | $180.00 |
| 05/30/2019 | LD | Attn. to filings from Court and need to register for electronic filing. | 0.20 | $150.00 | $30.00 |
| 05/31/2019 | JCM | Emails with counsel re process for moving forward, telcon and conference with Judge | 0.40 | $600.00 | $240.00 |
| 06/03/2019 | JCM | Prepare for and participate in telcon with counsel re allocation matrix | 0.90 | $600.00 | $540.00 |
| 06/04/2019 | JCM | Emails with counsel re non-property damage claims as factor in allocation | 0.30 | $600.00 | $180.00 |
| 06/06/2019 | JCM | Emails with law clerk re telcon; prepare for and participate in telcon with court and counsel | 0.90 | $600.00 | $540.00 |

**Mayo Mallette PLLC**
2094 Old Taylor Road Suite 200
Oxford, MS 38655
Phone: (662) 236-0055 Fax: (662) 236-0035

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/2019 | JCM | Emails with counsel; review draft settlement terms; prepare outline of issues and preliminary methodology; review various materials provided by counsel | 6.50 | $600.00 | $3,900.00 |
| 06/11/2019 | JCM | Attn to factors for consideration and model for handling same; prepare for call with counsel | 1.30 | $600.00 | $780.00 |
| 06/12/2019 | JCM | Prepare for and participate in telcon with counsel re methodology for allocations | 1.10 | $600.00 | $660.00 |
| 06/13/2019 | JCM | Emails with counsel re meeting, BrownGreer and telcon; review product ID info; brief review of draft settlement agreement; call to Jake (vm); tc Christy re use of points; attn to points allocation | 1.50 | $600.00 | $900.00 |
| 06/14/2019 | JCM | Prepare for and participate in telcon with plaintiffs' counsel | 1.30 | $600.00 | $780.00 |
| 06/17/2019 | JCM | Attn to methodology and review of court filings and related information; travel to New Orleans | 6.00 | $600.00 | $3,600.00 |
| 06/18/2019 | JCM | Prepare for and meet with PSC re methodology and factors | 3.90 | $600.00 | $2,340.00 |
| 06/19/2019 | JCM | Prepare for and attend status conference; attn to drafting report and methodology; meet with defense counsel; travel to Oxford | 11.00 | $600.00 | $6,600.00 |
| 06/20/2019 | JCM | Emails and telcon with PSC; telcon with Sandra and Christy; attn to report | 1.80 | $600.00 | $1,080.00 |
| 06/21/2019 | JCM | Review additional claim specific info from Sandy; attn to Report and analysis; email to Jake re same; email to counsel re same | 4.00 | $600.00 | $2,400.00 |
| 06/24/2019 | JCM | Call from Steve re product ID issue; review info re same; receipt of email from Steve re same with additional info; emails with counsel re same | 1.00 | $600.00 | $600.00 |
| 06/25/2019 | JCM | Prepare for meeting and travel to Atlanta | 4.80 | $600.00 | $2,880.00 |
| 06/26/2019 | JCM | Prepare for and meet with counsel re model and report; make changes to report; email to Stephanie (Judge Fallon) re same; call to and emails with Jake re model; travel to airport | 4.50 | $600.00 | $2,700.00 |
| 06/27/2019 | JCM | Emails with Christy re telcon; emails with Stephanie re model and conf with Judge Fallon re same | 0.30 | $600.00 | $180.00 |
| 06/28/2019 | JCM | Prepare for and tc Christy re status; review emails and info from counsel and consider final issues to resolve | 0.60 | $600.00 | $360.00 |
| 07/01/2019 | JCM | Prepare and tc Judge Fallon re report and model; tc Jake re same and sample run; tcs Sandy re Abner plaintiffs and model testing; tc Christy re same; emails with Steve et al re index; attn to report and model; attn to Index of Documents | 1.20 | $600.00 | $720.00 |

# Mayo Mallette PLLC

2094 Old Taylor Road Suite 200
Oxford, MS 38655
Phone: (662) 236-0055 Fax: (662) 236-0035

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/2019 | JCM | Emails with Jake re testing model | 0.20 | $600.00 | $120.00 |
| 07/10/2019 | JCM | Emails with Jake and review of info re mock run with model | 0.50 | $600.00 | $300.00 |
| 07/11/2019 | JCM | Receipt and review of model report from Jake; final review and preparation of report; emails with Stephanie re same; emails with counsel re same | 1.00 | $600.00 | $600.00 |
| | | **For professional services rendered** | **58.90** | | **$33,210.00** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/2019 | JCM | Hotel and Parking | 1 | $459.54 | $459.54 |
| 06/19/2019 | JCM | Travel to/from New Orleans (6/17 - 6/19) | 690 | $0.58 | $400.20 |
| 06/25/2019 | JCM | Hotel & Meal | 1 | $446.62 | $446.62 |
| 06/25/2019 | JCM | Taxi | 1 | $40.00 | $40.00 |
| 06/25/2019 | JCM | Mileage to/from Memphis Airport (160 miles 1/2 Charge) | 80 | $0.58 | $46.40 |
| 06/25/2019 | JCM | Airfare | 1 | $321.00 | $321.00 |
| 06/25/2019 | JCM | Uber | 1 | $29.28 | $29.28 |
| 06/25/2019 | JCM | Parking | 1 | $6.00 | $6.00 |
| | | **Total additional charges** | | | **$1,749.04** |

| | |
|---|---|
| **Invoice Amount** | **$34,959.04** |
| **Balance Due** | **$34,959.04** |

**Activity Summary**

| Name | Time Spent | Amount |
|---|---|---|
| J. Cal Mayo, Jr | 58.50 | $33,180.00 |

**Mayo Mallette PLLC**
2094 Old Taylor Road Suite 200
Oxford, MS 38655
Phone: (662) 236-0055 Fax: (662) 236-0035

| | | |
|---|---|---|
| Liz Danford | 0.40 | $30.00 |

# Mayo Mallette PLLC
2094 Old Taylor Road Suite 200
Oxford, MS 38655
Phone: (662) 236-0055 Fax: (662) 236-0035

# INVOICE

**Date:** 01/14/2020
**Invoice #:** 20216
**Matter:** Chinese Drywall Litigation
**File #:** 16028

**Bill To:**
Chinese Drywall Litigation
Steve Herman
Herman Herman & Katz LLC

**Due Date:** Due Upon Receipt

**Payments received after 01/14/2020 are not reflected in this statement.**

### Professional Services

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/2019 | JCM | Emails with counsel re hearing and prep session | 0.30 | $600.00 | $180.00 |
| 09/24/2019 | JCM | Receipt and review of Order and written statement from Ramsey | 0.40 | $600.00 | $240.00 |
| 09/30/2019 | JCM | Calls from/to Katie Heckert (Tampa attorney) re question concerning model; review model and related documents in preparation for return call | 0.50 | $600.00 | $300.00 |
| 10/01/2019 | JCM | Receipt and review of letter from Keith Morgan re allocation and consider same | 0.50 | $600.00 | $300.00 |
| 10/03/2019 | JCM | Review letter from Morgan and emails with counsel re same | 0.50 | $600.00 | $300.00 |
| 10/04/2019 | JCM | Email from counsel re letter, responding to same and sending to court; consider same | 0.30 | $600.00 | $180.00 |
| 10/08/2019 | JCM | Attn to Notice of Correspondence and filing same | 0.40 | $600.00 | $240.00 |
| 10/08/2019 | LD | Work on Notice of Filing (Letter received from Keith Morgan) | 0.50 | $150.00 | $75.00 |
| 10/09/2019 | LD | Attn. to pleadings filed and save to file. | 0.30 | $150.00 | $45.00 |
| 10/14/2019 | JCM | Email from Middleton re square footage; consider handling of response; emails with counsel re responding to same | 0.50 | $600.00 | $300.00 |
| 10/21/2019 | JCM | Receipt and brief review of status report | 0.30 | $600.00 | $180.00 |

**Mayo Mallette PLLC**
2094 Old Taylor Road Suite 200
Oxford, MS 38655
Phone: (662) 236-0055 Fax: (662) 236-0035

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/2019 | JCM | Receipt of Order and review of and consider Moody letter | 0.40 | $600.00 | $240.00 |
| 11/24/2019 | JCM | Emails with counsel re telcons, objection deadline, declaration, hearing prep, and hearing logistics | 0.40 | $600.00 | $240.00 |
| 11/25/2019 | JCM | Prepare for and telcon with counsel re declaration, prep, hearing, etc; emails with counsel re relevant info and telcon; initial review of same | 0.80 | $600.00 | $480.00 |
| 11/29/2019 | JCM | Receipt and initial review of several objections filed | 0.40 | $600.00 | $240.00 |
| 11/30/2019 | JCM | Attn to review of objections from home owners; continued review of materials from counsel; attn to declaration; email to counsel re same | 3.30 | $600.00 | $1,980.00 |
| 12/01/2019 | JCM | Emails with counsel re declaration and filing of same | 0.30 | $600.00 | $180.00 |
| 12/02/2019 | LD | Receipt of Plaintiff's objections to Taishan Proposed Settlement Agreement. | 0.10 | $150.00 | $15.00 |
| 12/02/2019 | JCM | Attn to declaration; emails with counsel re same and delivery of signed version | 0.50 | $600.00 | $300.00 |
| 12/04/2019 | JCM | Emails with counsel re objections and telcon; begin review of objections; prepare for and participate in telcon; prepare for hearing | 2.40 | $600.00 | $1,440.00 |
| 12/04/2019 | LD | Attn. to all Objections and save same. | 0.30 | $150.00 | $45.00 |
| 12/06/2019 | JCM | Prepare for hearing | 1.80 | $600.00 | $1,080.00 |
| 12/09/2019 | LD | Attn. to Statement of Facts by Plaintiff. | 0.10 | $150.00 | $15.00 |
| 12/09/2019 | JCM | Prepare for hearing; travel to Jackson | 3.50 | $600.00 | $2,100.00 |
| 12/10/2019 | LD | Attn. to Motions/Briefs filed with the court. | 0.20 | $150.00 | $30.00 |
| 12/10/2019 | JCM | Prepare for hearing; travel to New Orleans; meet with counsel | 6.00 | $600.00 | $3,600.00 |
| 12/11/2019 | JCM | Prepare for hearing; attend settlement confirmation hearing; communications with counsel post-hearing | 4.30 | $600.00 | $2,580.00 |
| 12/12/2019 | JCM | Travel to Oxford | 6.00 | $600.00 | $3,600.00 |
| | | **For professional services rendered** | **35.30** | | **$20,505.00** |

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2019 | JCM | Mileage to/from New Orleans, LA | 700 | $0.58 | $406.00 |

# Mayo Mallette PLLC

2094 Old Taylor Road Suite 200
Oxford, MS 38655
Phone: (662) 236-0055 Fax: (662) 236-0035

| | | | | | |
|---|---|---|---|---|---|
| 12/12/2019 | JCM | Meals and Tips (Travel to New Orleans 12/10-12/12) | 1 | $130.00 | $130.00 |
| 12/12/2019 | JCM | Hotel | 1 | $467.99 | $467.99 |

**Total additional charges**     **$1,003.99**

**Invoice Amount**     **$21,508.99**

**Balance Due**     **$21,508.99**

**Activity Summary**

| Name | Time Spent | Amount |
|---|---|---|
| J. Cal Mayo, Jr | 33.80 | $20,280.00 |
| Liz Danford | 1.50 | $225.00 |