UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES (except** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Civil Action No. 09-4115 (E.D. La.))** | |

**[PROPOSED] ORDER AUTHORIZING PAYMENT OF COSTS FOR
SERVICES OF THE ALLOCATION NEUTRAL AND CLAIMS
ADMINISTRATION OF THE TAISHAN SETTLEMENT**

The Clerk is authorized and directed to draw a check from the funds on deposit in the registry of this Court in the principal amount of $427,668.03 (with no interest earned), payable to Plaintiffs' Liaison Counsel, Russ M. Herman, and mail or deliver the check to Russ M. Herman, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, so that the Allocation Neutral Cal Mayo can be paid $56,468.03 for his services performed in developing the Allocation Model and so that the Claims Administrator BrownGreer can be paid $371,200.00 for claims administration of the Taishan Settlement.

SO ORDERED,

This ___ day of _____, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge