**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM IN SUPPORT OF**
**SETTLEMENT CLASS COUNSEL'S MOTION TO EXTEND/CLARIFY**
**PRE-TRIAL ORDER NO. 32**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of Settlement Class Counsel in support of their Motion to Extend/Clarify Pre-Trial Order No. 32. On May 14, 2018, Pre-Trial Order No. 32 (Establishing Initial Step to Determine Allocation of Settlement Funds or Judgment Awards to Plaintiffs and Attorneys Resulting from Remanded Cases) was entered by the Court [Rec. Doc. 21328] ("PTO 32"). In order to avoid any ambiguity or confusion, this motion is submitted. A number of matters still remain active in litigation. The Court previously entered PTO 32. In connection with the Taishan Settlement, Settlement Class Counsel requests that PTO 32 be extended to any opt-out case not "remanded" and remaining in the MDL or to be filed (absent class

members) and/or be clarified to state that PTO 32 applies to ALL remand cases, which includes the Louisiana cases remaining in the MDL.

                                        Respectfully submitted,

Dated:  March 4, 2020                  By: */s/ Leonard A. Davis*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*


Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 4th day of March, 2020.

                    <u>/s/ Leonard A. Davis</u>
                    Leonard A. Davis
                    HERMAN, HERMAN & KATZ, LLC
                    820 O'Keefe Avenue
                    New Orleans, Louisiana 70113
                    Phone: (504) 581-4892
                    Fax: (504) 561-6024
                    ldavis@hhklawfirm.com