Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | For Internal Use Only |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Carl & Lynn Russell

Address of Affected Property: 5427 Creekside Lane
Hoover, AL 35244

Is this Property:* (Residential)    Commercial    Governmental

Name of Person Completing this Form: Carl Russell

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 205 )  733 - 3729

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By: James V. Doyle, Jr.

Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209

Phone: ( 205 )  533 - 9500

Case No. /Docket Info: Bennett v. Knauf, 14-cv-2722

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: (     )     -

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Carl Russell | / /07 | / / | (M)/ F | / / | Yes  (No) | Owner - Occupant |
| Lynn Russell | / /07 | / / | M /(F) | / / | Yes  (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.



DEFENDANT'S EXHIBIT 2

PENGAD 800-631-6989

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1 0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    E-Services, Inc.
    1.2. When did the inspection take place?    11 / 12 / 15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    E-Services, Inc.
    2.2. When was this determination made?    11 / 12 / 15

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China ASTM C36 | Ceiling and walls |
| | | |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,014 | | | |
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of Interior Walls | 9'+ | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | X | |
| Number of Bathrooms: | 2 | Winter | X | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Gibson & Anderson, LLC

Address:

Phone:  (        )        -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone:  (        )        -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Interior Exterior Building Supply

Address:    P.O. Box 4002

New Orleans, LA  70178

Phone:  ( 504 )   488  - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Carl R Russell_ | 11/25/15 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _Lynn C. Russell_ | 11/25/15 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



Closing Survey

★ BESSEMER
   DIVISION

STATE OF ALABAMA)
JEFFERSON COUNTY)
BESSEMER DIVISION

I, Laurence D. Weygand, a registered Engineer-Land Surveyor, or Ray Weygand, a Registered Land Surveyor, hereby certify that I have
surveyed Lot 109 Block ___ FINAL RECORD PLAT OF CREEKSIDE PHASE I ___ as recorded
in Map Volume 40 Page 30 in the Office of the Judge of Probate, Jefferson County, Alabama; that there are no electric or telephone wires
easements or joint driveways over or across said land visible on the surface except as shown; that there are no electric or telephone wires
(excluding wires which serve the premises only) or structures or supports therefor, including poles, anchors and guy wires, on or over said
premises except as shown; that I have consulted the Federal Insurance Administration "Flood Hazard Boundary Map" and found that this
property is not located in "a special flood hazard area"; that there are no encroachments on said lot except as shown and that
improvements are located as shown above. I hereby state that all parts of this survey and drawing have been completed in accordance
with the current requirements of the Standards of Practice for Surveying in the State of Alabama to the best of my knowledge, information
and belief, according to my survey of FEB 11, 2008
Survey invalid if not sealed in red.
Order No.: 02402

                                           Laurence D. Weygand, Reg. P.E.-L.S. #10373
                                           Ray Weygand, Reg. L.S. #24973
Purchaser:                                 169 Oxmoor Road, Homewood, AL   35209
Address: CREEKSIDE LANE                    Phone (205) 942-0086  Fax (205) 942-0087
Flood Zone: X  Map Number: 01073C 0628 E   Copyright 2008

Note: (a) No title search of the public records has been performed by this firm and land shown hereon was not abstracted for easements and/or rights-of-way, reserved or
unrecorded. The parcel shown hereon is subject to setbacks, easements, zoning, and restrictions that may be found in the public records of said county and/or city. (b) All
bearings and/or angles are deed/record map and actual unless otherwise noted. (c) Underground portions of foundations, footings, and/or other underground structures were
not located unless otherwise noted. We do not look for underground sewers or flip manhole covers. (d) The shown north arrow is based on deed/record map.

Jan. 23. 2006 12:29PM

Lot 109

No. 4173   P. 31



LIVING AREA = 2014sf
GARAGE = 420sf
PORCH = 174sf
TOTAL AREA = 2608sf

# D

the Dartmouth 1

# CREEKSIDE

PLANS AND SPECIFICATIONS SUBJECT TO CHANGE & MODIFICATION AT CONTRACTORS DISCRETION AND MAY NOT REPRESENT THE FINAL PRODUCT



GIBSON & ANDERSON
CONSTRUCTION INC.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

DEFENDANT'S
EXHIBIT
3

PENGAD 800-631-6989

For Internal Use Only
File No. _____

Date Received:
_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*,  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin    , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: Carl                          G        Russell
First Name                          M.I.    Last Name                          Suffix

Lynn                          C        Russell
Co-Claimant First Name (if applicable)    M.I.    Last Name                          Suffix

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

5427 Creekside Lane
Address 1                                                          Address 2: 35244

Hoover                                    AL              35244
City                                       State            Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:      Carl              G      Russell
                          First Name         M.I.   Last Name                    Suffix

Mailing Address (if different):

Address 1                                                          Address 2

City                                      State            Zip Code

Phone Number of Person Completing This Form: ( 205 ) 733 - 3729

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 1 / 23 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____ / _____ / _____

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 11 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____/_____/_____
                   Month    Day      Year

Docket No.:  _____

Present Status:  _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                Month   Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                   Month   Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

***Section V. Already Remediated Property***

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
 ☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

*Carl G Russell + Lynn C Russell*

Claimant's signature

March 24, 2018

Date signed

Name:   Carl G. Russell

Address:   5427 Creekside Lane
Address 1                                    Address 2

Hoover                          AL          35244
City                            State        Zip Code

Phone No.: ( 205  ) 733  - 3729

Email:   carlandlynn@gmail.com

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII. Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.



**E-SERVICES, Inc.** Building Inspection and Consulting Services

| Exterior Building Analysis | Expert Building Inspection & Consulting | Environmental Services | Education |

# Contaminated Drywall Report

## Submitted On:
## 11/12/2015



## Property:
## 5427 Creekside Lane
## Hoover AL 35244

## Client:
## Carl & Lynn Russell

**E-SERVICES, Inc.**   Building Inspection and Consulting Services

Exterior Building Analysis      Expert Building Inspection & Consulting      Environmental Services      Education

# Contaminated Drywall Inspection Summary
## (CDW)

Inspector: Richard J. Laframboise
      ICC Building Inspector 5136833-BI
      Inspection date: 11/12/2015
      Client: Carl & Lynn Russell

**Project Information:**
      The subject property is a single family residence located at 5427 Creekside Lane, Hoover AL 35244.  The inspection is to identify any Contaminated Drywall (CDW) installed at the subject property.

      This report is based on a visual inspection.  Observations are listed below, but not limited to:
- Corrosion consistent with CDW at electrical wiring. See photos 1,2,3
- No corrosion consistent with CDW at metal surfaces.  See photos 4,,5,6
- Odors consistent with CDW
- Labels made in china observed.  See photos 7,8,9,10,11,12,13

Conclusion:
      There is contaminated KNAUF drywall Made In China installed in the home.  See Photos.

Richard Laframboise
ICC Building Inspector 5136833-BI
Alabama Inspector 0409

This inspection company, its employees and any divisions shall not be liable for non-visual defects, unseen defects, unspecified defects or hidden damage and conditions existing on the subject property and hereby disclaims any liability or responsibility thereof.  All parties concerned agree to hold harmless and indemnify this inspection company involving any liabilities that may result including reasonable attorney fees. Failure of payment may result in reasonable attorney fees and other court costs. By execution of this Engagement Authorization, client agrees to this limitation of liability.

1

E-Services Inc.                                    Contaminated Drywall  Visual Inspection

Technician: Richard Laframboise              Date: 11/12/2015
5427 Creekside Lane
Russell C

| Visual | NEG | POS | Inconclusive |
|---|---|---|---|
| Odors: rotten egg or sulfur smell (burnt match) | ☐ | ☑ | ☐ |
| Color | ☐ | ☑ | ☐ |
| Recurring  Air Conditioning repairs; Numerous AC service calls, coils replaced, freon leaks | ☐ | ☐ | ☑ |
| Charcoal or Black Corrosion on copper AC lines Visible at AC unit | ☐ | ☑ | ☐ |
| Corrosion of other metallic surfaces faucets, spouts, shower rod, mirrors, etc. | ☐ | ☐ | ☑ |
| Failure of Electronic or Electrical Devices Lap tops, TV's, appliances, etc. | ☐ | ☐ | ☑ |
| Charcoal or Black Corrosion on Electrical Wiring Corrosion of  wires or connections | ☐ | ☑ | ☐ |
| Excessive tarnishing of Silver or Jewelry | ☐ | ☐ | ☑ |
| Drywall made in China label | ☐ | ☑ | ☐ |

1

# Photo Album

## 5427 Creekside Lane

## 35244

E-Services / Russell C



01



02



03



04

E-Services / Russell C

2



06



08



05



07

E-Services / Russell C

E-Services / Russell C

E-Services / Russell C



13

This instrument was prepared by

(Name) **William H. Halbrooks, Attorney**
        **#1 Independence Plaza - Suite 704**
(Address) <u>Birmingham, AL   35209</u>

Send Tax Notice To:   Carl G. Russell   4.50
name
5427 Creekside Lane   21
address
Birmingham, AL   35244   221.50

### CORPORATION FORM WARRANTY DEED, JOINTLY FOR LIFE WITH REMAINDER TO SURVIVOR

STATE OF ALABAMA

COUNTY OF JEFFERSON     }     KNOW ALL MEN BY THESE PRESENTS,

216,619.00
+ mtg

That in consideration of Two Hundred Eighty-Nine Thousand Six Hundred Nineteen and No/100————
————————————($289,619.00) Dollars

to the undersigned grantor,     **Gibson & Anderson Construction, Inc.**

a corporation,

(herein referred to as GRANTOR), in hand paid by the GRANTEES herein, the receipt of which is hereby acknowledged, the said GRANTOR does by these presents, grant, bargain, sell and convey unto

       **Carl G. Russell and Lynn C. Russell**

(herein referred to as GRANTEES) for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, the following described real estate, situated in     **Jefferson County, Alabama**    to-wit:

       Lot 109, according to the Final Record Plat of Creekside Phase I, as recorded in Map Book 40, Page 90, in the Probate Office of Jefferson County, Alabama, Bessemer Division.

       Subject to current taxes, easements and restrictions of record.

       $      73,000.00          of the purchase price recited above was paid from a mortgage loan closed simultaneously herewith.

TO HAVE AND TO HOLD, To the said GRANTEES for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever, together with every contingent remainder and right of reversion. And said GRANTOR does for itself, its successors and assigns, covenant with said GRANTEES, their heirs and assigns, that is lawfully seized in fee simple of said premises, that they are free from all encumbrances, that it has a good right to sell and convey the same as aforesaid, and that it will and its successors and assigns shall, warrant and defend the same to the said GRANTEES, their heirs, executors and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said GRANTOR, by its     **Vice-President**
who is authorized to execute this conveyance, has hereto set its signature and seal, this the **26th**   day of     **July, 2006**

ATTEST:

       **Gibson & Anderson Construction, Inc.**

_____     By _____

            **Edward T. Anderson, Vice-President**

Carl G. Russell and Lynn C. Russell

(herein referred to as GRANTEES) for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, the following described real estate, situated in     **Jefferson County, Alabama**    to-wit:

Lot 109, according to the Final Record Plat of Creekside Phase I, as recorded in Map Book 40, Page 90, in the Probate Office of Jefferson County, Alabama, Bessemer Division.

Subject to current taxes, easements and restrictions of record.

$      73,000.00         of the purchase price recited above was paid from a mortgage loan closed simultaneously herewith.

TO HAVE AND TO HOLD, To the said GRANTEES for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever, together with every contingent remainder and right of reversion. And said GRANTOR does for itself, its successors and assigns, covenant with said GRANTEES, their heirs and assigns, that is lawfully seized in fee simple of said premises, that they are free from all encumbrances, that it has a good right to sell and convey the same as aforesaid, and that it will and its successors and assigns shall, warrant and defend the same to the said GRANTEES, their heirs, executors and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said GRANTOR, by its      **Vice-President** who is authorized to execute this conveyance, has hereto set its signature and seal, this the 26th day of    July, 2006

ATTEST:

                           Gibson & Anderson Construction, Inc.

                           By

                               Edward T. Anderson, Vice-President

STATE OF   ALABAMA       }
COUNTY OF   JEFFERSON

I,      **William H. Halbrooks**              a Notary Public in and for said County in said State, hereby certify that      **Edward T. Anderson** whose name as    **Vice-President**   of   **Gibson & Anderson Construction, Inc.**, a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation,

Given under my hand and official seal, this the     26th    day of     July, 20

                                                 Notary Public

My Commission Expires:   4/21/08             William H. Halbrooks

16.00

Recording Requested By:
VERDUGO TRUSTEE SERVICE CORPORATION

When Recorded Return To:

CARL G RUSSELL
LYNN C RUSSELL
5427 CREEKSIDE LN
HOOVER, AL 35244-3989



2012092008103258
Bk: LR201263 Pg:21845
Jefferson County,Alabama
I certify this instrument filed on
08/29/2012 08:17:01 AM RR
Judge of Probate- Alan L. King

### RELEASE OF MORTGAGE

CITIMORTGAGE, INC. #:2003740781 "RUSSELL" Lender ID:03404/375634924  Jefferson (Bessemer Div.), Alabama
KNOW ALL MEN BY THESE PRESENTS, that CITIMORTGAGE, INC., hereinafter referred to as the Mortgagee,
DOES HEREBY CERTIFY, that a certain Mortgage made and executed by CARL G RUSSELL AND LYNN C
RUSSELL HUSBAND AND WIFE to secure payment of the principal sum of $73,000.00 plus interest, originally to
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., in the County of Jefferson (Bessemer Div.), and the
State of Alabama, Dated: 07/26/2006 Recorded: 08/07/2006 in Book/Reel/Liber: LR200664 Page/Folio: 11999 as
Instrument No.: 2006080700989780, is now Paid and Satisfied, and is therefore discharged.

Assessor's/Tax ID No. 39-32-4-0-44

In all references in this instrument to any party, the use of a particular gender or number is intended to include the
appropriate gender or number as the case may be.

IN WITNESS WHEREOF, the said Mortgagee has set his hand and has caused these presents to be signed by its
duly authorized officer(s).

CITIMORTGAGE, INC.
On September 12th, 2012

By: _____
WALTER H EICHELBERGER,
Vice-President

(SEAL)

2012092008103258       1/1
Bk: LR201263 Pg:21845
Jefferson County,Alabama
08/29/2012 08:17:01 AM RR
Fee - $16.00

Total of Fees and Taxes-$16.00
KRBESS

STATE OF Maryland
COUNTY OF Washington

On this 12th day of September 2012, before me, the undersigned officer personally appeared WALTER H
EICHELBERGER , who made acknowledgment on behalf of CITIMORTGAGE, INC., who acknowledges
himself/herself to be the Vice-President of CITIMORTGAGE, INC., a corporation, and that he/she as such
Vice-President, being authorized so to do, executed the foregoing instrument in their capacity for the purposes
therein contained, by signing the name of the corporation by himself/herself as Vice-President .

WITNESS my hand and official seal.

_____
ABIGAIL L. ROSS
Notary Expires: 08/03/2016

Abigail L. Ross
Notary Public
Washington Co., MD

(This area for notarial seal)

Prepared By:
PATRICIA DEAN,  VERDUGO TRUSTEE SERVICE CORP PO BOX 10003, HAGERSTOWN, MD  21747-0003 1-800-283-7918

*D1G*BLKCITM*08/23/2012 04:17:00 AM* CITM01CITM0000000000000007240ST* ALJEFFE* 2003740781 ALSTATE_MORT_REL *KB1*KB1CITM*

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)

*Lynn C Russell*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[✓] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)   *5427 Creekside Lane*

Requester's name and address (optional)

City, state, and ZIP code   *Hoover, AL 35244*

List account number(s) here (optional)

*Print or type. See Specific Instructions on page 2.*

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

4 2 3 - 7 2 - 0 4 3 0

**Employer identification number**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ *Lynn C. Russell*   Date ▶ *3/21/18*

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                      Form **W-9** (Rev. 8-2013)

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

### Request for Taxpayer
### Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
**Carl G and Lynn C Russell**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[✓] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)
**5427 Creekside Lane**

Requester's name and address (optional)

City, state, and ZIP code
**Hoover, AL 35244**

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| 4 | 2 | 2 | – | 7 | 2 | – | 6 | 4 | 8 | 7 |

Employer identification number

| | | – | | | | | | |

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ *Carl H Russell*   Date ▶ 3/24/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                    Form **W-9** (Rev. 8-2013)

# Photo Album

## 5427 Creekside Lane

## 35244

E-Services / Russell C

E-Services / Russell C



02



04



01



03



06



08



05



07

E-Services / Russell C

3

10



12



09



11

E-Services / Russell C

E-Services / Russell C



13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## PLAINTIFF FACT SHEET

Name of Plaintiff: _Carl G. Russell_

Affected Property Address: _5427 Creekside Lane, Hoover, AL  35244_

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)       _07_ / _26_ / _2006_

2.  When you took ownership of the Property, what was the name of the seller?

_Gibson & Anderson Construction_



DEFENDANT'S EXHIBIT<br>PENGAD 800-631-6989

1

3.  Name and address of the realtor?

RealtySouth, 4637-C Riverhills Shopping Center, Birmingham, AL

4.  Name and address of the closing agent?

William H. Halbrooks, Esq., 704 Independence Plaza, Birmingham, AL  35209

5.  What was the price of the home when you purchased it?  $ 289,778.24

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes   ☑ No   ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?

$ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. _____/_____/20_____

b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1:** Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

>  **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

>  (Month/Day/Year)        ____/____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2:** Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

>  **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF").  Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:  The drywall Supplier's name (to the best of my knowledge) is:

I don't know._____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Entire electrical system in home; air conditioning system in home; appliances in home;

jewelry in home; and, other systems and personal belongings inside home.


15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A


16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A


4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

Without knowledge of the drywall approximately three years ago, we put our house on the market and had a contract for sale in 8 days. After a thorough inspection of the home, including a specialist in Chinese drywall, the contract was withdrawn. Since then, it can't be listed.

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

> a. N/A
> b. 
> c. 

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

> a. N/A /_____/20_____ to _____/_____/20_____
> b. _____/_____/20_____ to _____/_____/20_____
> c. _____/_____/20_____ to _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

> a. $ N/A
> b. $
> c. $

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**: If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22. Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**: ☑ N/A

24. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

> **Response**: ☑ N/A

25. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**: ☑ N/A

## VI.  Potential Witnesses/Evidence

26. Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes ☑ No ☐ I don't know

27. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

Response:   ☑ N/A

32.  When did the remediation commencement date occur?

Response:   ☑ N/A

33.  When did the remediation end date occur?

Response:   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

Response:   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

Response:   ☑ N/A

36. Were any samples from the remediation retained?

    **Response:** ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

    **Response:** ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

    **Response:** ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

    **Response:** ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:** Please produce the following documentation concerning the remediation of the Property: Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

    **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:** Please produce the following documentation concerning the remediation of the Property: Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

\*\* The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

    **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:** Please produce the following documentation concerning the remediation of the Property: The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


*Carl G. Russell*   *Carl G. Russell*        January 4, 2019
Signature of Plaintiff                                      Date


Carl G. Russell
Printed Name

# Exhibit 1

# Exhibit 2

# Exhibit 3



**E-SERVICES, Inc.** Building Inspection and Consulting Services

| Exterior Building Analysis | Expert Building Inspection & Consulting | Environmental Services | Education |

# Contaminated Drywall Report

## Submitted On:
## 11/12/2015



### Property:
### 5427 Creekside Lane
### Hoover AL 35244

### Client:
### Carl & Lynn Russell

2104 Carraway Street, Birmingham AL. 35235     Phone 205.515.6380     mail@e-servicesinspections.com

# *E-SERVICES, Inc.*   Building Inspection and Consulting Services

Exterior Building Analysis    Expert Building Inspection & Consulting    Environmental Services    Education

## Contaminated Drywall Inspection Summary
### (CDW)

Inspector: Richard J. Laframboise
      ICC Building Inspector 5136833-BI
      Inspection date: 11/12/2015
      Client: Carl & Lynn Russell

**Project Information:**
      The subject property is a single family residence located at 5427 Creekside Lane, Hoover AL 35244.  The inspection is to identify any Contaminated Drywall (CDW) installed at the subject property.

      This report is based on a visual inspection.  Observations are listed below, but not limited to:

- Corrosion consistent with CDW at electrical wiring. See photos 1,2,3
- No corrosion consistent with CDW at metal surfaces.  See photos 4,,5,6
- Odors consistent with CDW
- Labels made in china observed.  See photos 7,8,9,10,11,12,13

Conclusion:
      There is contaminated KNAUF drywall Made In China installed in the home.  See Photos.

Richard Laframboise
ICC Building Inspector 5136833-BI
Alabama Inspector 0409

This inspection company, its employees and any divisions shall not be liable for non-visual defects, unseen defects, unspecified defects or hidden damage and conditions existing on the subject property and hereby disclaims any liability or responsibility thereof.  All parties concerned agree to hold harmless and indemnify this inspection company involving any liabilities that may result including reasonable attorney fees. Failure of payment may result in reasonable attorney fees and other court costs. By execution of this Engagement Authorization, client agrees to this limitation of liability.

E-Services Inc.                                    Contaminated Drywall  Visual Inspection

Technician: Richard Laframboise              Date: 11/12/2015
5427 Creekside Lane
Russell C

| Visual | NEG | POS | Inconclusive |
|---|---|---|---|
| Odors: rotten egg or sulfur smell (burnt match) | ☐ | ☑ | ☐ |
| Color | ☐ | ☑ | ☐ |
| Recurring  Air Conditioning repairs; Numerous AC service calls, coils replaced, freon leaks | ☐ | ☐ | ☑ |
| Charcoal or Black Corrosion on copper AC lines Visible at AC unit | ☐ | ☑ | ☐ |
| Corrosion of other metallic surfaces faucets, spouts, shower rod, mirrors, etc. | ☐ | ☐ | ☑ |
| Failure of Electronic or Electrical Devices Lap tops, TV's, appliances, etc. | ☐ | ☐ | ☑ |
| Charcoal or Black Corrosion on Electrical Wiring Corrosion of  wires or connections | ☐ | ☑ | ☐ |
| Excessive tarnishing of Silver or Jewelry | ☐ | ☐ | ☑ |
| Drywall made in China label | ☐ | ☑ | ☐ |

1

# Photo Album

## 5427 Creekside Lane

## 35244

E-Services / Russell C



01



02



03



04

E-Services / Russell C

3



06



08

E-Services / Russell C



05

07

10

12

09

11

E-Services / Russell C

E-Services / Russell C



13

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14