Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| For Internal Use Only |
|---|
| File Number |
| Date Received |

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.**

**The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.**

**To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.**

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Ronald & Tricia Stanfa |
| Address of Affected Property | 180 Sheffield Lane<br>Birmingham, AL 35242 |
| Is this Property:* | (Residential) Commercial Governmental |
| Name of Person Completing this Form | Ronald & Tricia Stanfa |
| Is above your primary residence? | (Yes) No |
| Mailing Address (if different) | |
| Phone: | ( 205 ) 601 - 4299 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | (Owner-Occupant) Owner Only Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC<br>2100 Southbridge Pkwy, #650<br>Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | State Farm Fire and Casualty Company |
| Policy #: | 01-G0-6866-9 |
| Agent: | Dean Pappas |
| Address: | 11350 Johns Creek Parkway<br>Duluth, GA 30098-0001 |
| Phone: | ( 205 ) 995 - 9413 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied: Move-in | Dates Occupied: Leave | Gender | Date of Birth | Are you claiming personal injuries?* (Circle One) | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Ronald Stanfa | 09/20/06 | / / | (M) / F | / / | Yes (No) | Owner - Occupant |
| Tricia Stanfa | 09/20/06 | / / | M / (F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT
2
Stanfa
PENGAD 800-631-6989

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? (Yes) No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? E-Services, Inc.

1.2. When did the inspection take place? 03/24/18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? (Yes) No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? E-Services, Inc.

2.2. When was this determination made? 03/24/18

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling & walls |
| | ASTM C36 | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 5,100 | | | |
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of Interior Walls | 9'+ | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 4.5 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | 10/21/05 | Completion Date | 09/20/06 |
| Move In Date: | 09/20/06 | Date Acquired Home | 09/20/06 |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name: Stonecrest Home Builders, LLC

Address:

Phone: ( )

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

Address:

Phone: ( ) -

**Section X. Drywall Supplier**

Drywall Supplier's Name:

Address:

Phone: ( ) -

***Section XI. Verification of Plaintiff Profile Form***

**I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.**

| | | | |
|---|---|---|---|
| Ronald Stanfa | 3/27/18 | | |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |
| Patricia Stanfa | 3/27/18 | | |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |
| | | | |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

State Farm

**State Farm Fire and Casualty Company**

*11350 Johns Creek Parkway*
*Duluth, GA 30098-0001*

H-09- 1709-FB77 H W F

000549 0001

STANFA, HELEN & RONALD
180 SHEFFIELD LN
BIRMINGHAM AL 35242-1604

ST-1
0205-1001

## RENEWAL CERTIFICATE

POLICY NUMBER 01-C0-6388-9

Homeowners Policy
SEP 29 2017 to SEP 29 2018

DATE DUE SEE BALANCE DUE NOTICE

SEP 29 2017 $2,371.0

**Coverages and Limits**

**Section I**

| | | | |
|---|---|---|---|
| A | Dwelling | | $759,800 |
| | Dwelling Extension | Up To | 75,980 |
| B | Personal Property | | 569,850 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

All Losses 1/2% 3,799

**Section II**

| | | |
|---|---|---|
| L | Personal Liability | $300,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 5,000 |

Location: Same as Mailing Address

**Loss Settlement Provisions (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Jewelry and Furs $2,500/$5,000 | OPT JF |
| Increase Dwlg up to $151,960 | OPT ID |
| Ordinance/Law 10%/ $75,980 | OPT OL |
| Back-Up Dwell/Listed Property | FE-5706.4 |
| Homeowners Policy Endorsement | FE-3413 |
| Amendatory Endorsement | FE-2358 |

| | | |
|---|---|---|
| **Annual Premium** | | $2,371. |
| Sewer & Drain | 15.00 | (Include |
| **Amount Due** | | $2,371. |

**Premium Reductions**

| | |
|---|---|
| Utility Rating Credit | 178. |
| Home Alert Discount | 225. |
| Home/Auto Discount | 1,334. |
| Claim Record Discount | 939. |

Inflation Coverage Index: 230.1

Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

138-3076l.8 10-11-2010 (o113089c)

*Thanks for letting us serve you. We appreciate our long term customers.*

1634 2011 1
E H7,A8,DR,NP,8I,DJ,R7
314

Agent DEAN PAPPAS
**Telephone** (205) 995-9413

*Moving? See your State Farm agent.*
*See reverse for important information.*

REB

Prepared AUG 07 2017



'CLOSING SURVEY'

STATE OF ALABAMA)
SHELBY COUNTY)

I, Laurence D. Weygand, a registered Engineer-Land Surveyor, or Ray Weygand, a Registered Land Surveyor, hereby certify that I have surveyed Lot 2235 Block HIGHLAND LAKES 22ND SECTOR PHASE I * as recorded in Map Volume 33, Page 79A&B in the Office of the Judge of Probate, Shelby County, Alabama; that there are no rights-of-way, easements or joint driveways over or across said land visible on the surface except as shown; that there are no electric or telephone wires (excluding wires which serve the premises only) or structures or supports therefor, including poles, anchors and guy wires, on or over said premises except as shown; that there are no encroachments on said lot except as shown and that improvements are located as shown above. That I have consulted the Federal Insurance Administration "Flood Hazard Boundary Map" and found that this property is not located in "a special flood hazard area";I hereby state that all parts of this survey and drawing have been completed in accordance with the current requirements of the Standards of Practice for Surveying in the State of Alabama to the best of my knowledge, information and belief; according to my survey of JUNE 7, 2011
Survey invalid if not sealed in red.

Laurence D. Weygand, Reg. P.E.-L.S. #10373

NOOK
FAMILY ROO
KITCHEN
COVERED PORCH
DINING
UTILITY
PANTRY
BEDROOM No. 3
BATH No. 3
PULL DN STAIR
2 CAR GARAGE
Changes being made

lot# 2235
hall closet off master
move toilet
MASTER SUITE
MASTER BATH
BEDROOM No. 2
BATH No. 2
MAIN LEVEL FLOOR PLAN
SC: 1/4" = 1'-0"
2855 Sq. Ft.
NOTES:
1. LOCATE FURNACE IN ATTIC. LOCATE PER BUILDER.
2. STUB FOR BATH ON SECOND LEVEL. LOCATE PER BUILDER.
CLEM BURCH HOME DESIGN
991-5588



STANFA HOME ADDITION
180 SHEFFIELD LANE
11/12/2008
NEW CONCRETE PATIO WITH TILE
EXISTING SCREEN PORCH
MASTER BEDROOM
NEW LEISURE ROOM
EXISTING BREAKFAST NOOK
MASTER BATHROOM
EXISTING KITCHEN
MASTER CLOSET
NEW LAUNDRY CABINETS
BEDROOM ADDITION
EXISTING BATHROOM
EXISTING GARAGE
GARAGE ADDITION
DETAIL NOTES:
22'-0"
18'-3 1/2"
11'-9 7/8"
17'-3 3/8"
17'-8 3/4"
19'-2 1/8"
7'-7 5/16"
14'-11 1/8"
6'-0"





frusterio
FIRST PRELIMINARY DESIGN FOR
RON AND TRICIA STANFA
© Copyright
Frusterio 2013

FOR REVIEW AND COMMENT ONLY
frusterio
FIRST PRELIMINARY DESIGN FOR
RON AND TRICIA STANFA
© Copyright
Frusterio 2013

7/10/14

**For Internal Use Only**
**File No.** ____________

**Date Received:** ____________

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall Products Liability Litigation

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

This Document Relates to:

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

***Section I. Claimant and Property Information***

Name of Claimant: Ronald L Stanfa
First Name / M.I. / Last Name / Suffix

Patricia Stanfa
Co-Claimant First Name (if applicable) / M.I. / Last Name / Suffix

____________
Business/Entity Name (if applicable)



Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

180 Sheffield Lane
Address 1 | Address 2

Birmingham | AL
City | State | Zip Code

Is the Property residential or commercial? Residential

Name of Person Completing this Form: Ronald | L | Stanfa
First Name | M.I. | Last Name | Suffix

Mailing Address (if different):

Address 1 | Address 2

City | State | Zip Code

Phone Number of Person Completing This Form: (205) 960 - 9660

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 9 / 20 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: ____ / ____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 3 / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages? ☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ____ / ____ / ____

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages

---

***Section III. Product Identification and Evidence Retention***

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

***Section IV. Bankruptcy, Foreclosure or Short Sale***

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: ______________________

Date of filing: ______/______/______
Month Day Year

Docket No.: ______________________

Present Status: ______________________

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? ______________________

Lender's name: ______________________________

Loan Number: ______________________________

Original Loan/Mortgage Amount: $______________________________

Date of Original Loan/Mortgage: ______/______/______ (Month / Day / Year)

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $______________________________

Date of Foreclosure or Short Sale: ______/______/______ (Month / Day / Year)

Short Sale Price (if applicable): $______________________________

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

---

***Section V. Already Remediated Property***

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

______________________________

Please identify who performed the work to remediate the property (for example self name of contractor name of remediation service): ______________________________

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$______________________________

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _______/___________

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_______________________________________________________________

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_______________________________________________________________

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph? ☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

---

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: ______________________________

Amount of payments received: $ ______________________

Source: ______________________

Amount of payments received: $ ______________________

Source: ______________________

Amount of payments received: $ ______________________

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: ____________%

Attach documents reflecting the total amount you received from the source(s).

---

***Section VII. Other Damages***

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$______________________

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$______________________

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

***Section VIII. "Under Air" Square Footage***

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☑ Yes ☐ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: 11/22/08

Change: Addition - Master BR, Bath, Closet, Garage (added approx. 2,000 sq.ft.)

Date: 7/12/14

Change: Addition - enlarged kitchen and living room (added approx. 600 sq.ft.)

Date: ______________________________

Change: ______________________________

***Section IX. Verification of Supplemental Plaintiff Profile Form***

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Ronald L. Stanfe
Claimant's signature

3/27/18
Date signed

Name: RONALD L. STANFD

Address: 180 SHEFFIELD LANE
Address 1 / Address 2

BIRMINGHAM AL. 35242
City / State / Zip Code

Phone No.: (205) 960 - 9660

Email: RONSTANFA@GMAIL.COM

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII. Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and
consistent with past verdicts in the Chinese drywall litigation, based on the number
of years I and my family have owned and/or lived in the home containing defective
Chinese-manufactured sheetrock produced by the Knauf Defendants.



E-SERVICES, Inc.
Building Inspection and Consulting Services
Exterior Building Analysis
Expert Building Inspection & Consulting
Environmental Services
Education

# Contaminated Drywall Analysis

## 180 Sheffield Lane

## Birmingham AL 35242

**Submitted To:**

**Ronald & Tricia Stanfa**

**3/24/2018**

2104 Carraway Street, Birmingham AL. 35235 Phone 205.515-6380 mail@e-servicesinspections.com



Building Inspection and Consulting Services

Exterior Building Analysis | Expert Building Inspection & Consulting | Environmental Services | Education

# Contaminated Drywall Inspection Summary

(CDW)

Inspector: Richard J. Laframboise
ICC Building Inspector 5136833-BI
Inspection date: 3/24/2018
Client: Ronald & Tricia Stanfa

**Project Information:**

The subject property is a single-family residence located at 180 Sheffield Lane, Birmingham AL 35242. The inspection is to identify any Contaminated Drywall (CDW) installed at the subject property.

. Observations are listed below, but not limited to:

- Corrosion consistent with CDW at electrical wiring. See photos 1,2,3,4,5,12-20
- Corrosion consistent with CDW at metal surfaces. See photos 6,7,8,9,10,11
- Odors consistent with CDW.
- Labels made in china observed. See photos 21-31
- XRF Analyzer was used to identify any high readings of Strontium a chemical marker for Contaminated Drywall. There were high readings.

Conclusion:

It is my opinion that there is contaminated drywall installed in the home. The brand name is KNAULF made in CHINA. It is my opinion based on evidence that there is Contaminated Drywall Installed in the Home.

Richard Laframboise
For E-Services
ICC Building Inspector 5136833-BI
Alabama Inspector 0409

This inspection company, its employees and any divisions shall not be liable for non-visual defects, unseen defects, unspecified defects or hidden damage and conditions existing on the subject property and hereby disclaims any liability or responsibility thereof. All parties concerned agree to hold harmless and indemnify this inspection company involving any liabilities that may result including reasonable attorney fees. Failure of payment may result in reasonable attorney fees and other court costs. By execution of this Engagement Authorization, client agrees to this limitation of liability.

# Photo Album

180 Sheffield Lane

Birmingham AL 35242

E-Services / Stanfa R&T

1



01

02

03

04

E-Services / Stanfa R&T

2



05

06

07

08

E-Services / Stanfa R&T

3



09

10

11

12

E-Services / Stanfa R&T

4



13

14

15

16

E-Services / Stanfa R&T

5



17

18

19

20

E-Services / Stanfa R&T

6



CHI

21

CHIN

22

C36

23

24

E-Services / Stanfa R&T

7

25

26

27

28

E-Services / Stanfa R&T

8





29

30

31

E-Services / Stanfa R&T

9

20061026000529310 1/3 $27.00
Shelby Cnty Judge of Probate, AL
10/26/2006 01:41:59PM FILED/CERT

This instrument was prepared by:
William B. Lloyd, Esq.
3800 Colonnade Parkway, Suite 340
Birmingham, Al 35243

SEND TAX NOTICE TO:
Joseph and Helen Stanfa
180 Sheffield Lane
Birmingham, AL 35242

**WARRANTY DEED** $10,000 VALUE

**STATE OF ALABAMA**

**COUNTY OF SHELBY**

**KNOW ALL MEN BY THESE PRESENTS,** that in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration in hand paid to the undersigned JOSEPH STANFA and wife, HELEN STANFA (hereinafter referred to as Grantors) by the grantee herein, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto RONALD L. STANFA (herein referred to as Grantee); specifically reserving unto the Grantors a life estate in the subject property; the following described real estate situated in Shelby County, Alabama, to-wit:

> Lot 2235, according to the Map of Highland Lakes, 22nd Sector, Phase 1, an Eddleman Community, as recorded in Map Book 33, Page 79, in the Probate Office of Shelby County, Alabama; being situated in Shelby County, Alabama.

Together with a nonexclusive easement to use the private roadways, common Area all as more particularly described in the Declaration of Easements and Master Protective Covenants for Highland Lakes, a Residential Subdivision recorded as Instrument #1994-07111 and amended in Inst. #1996-17543 and further amended in Inst. #1999-31095 in the Probate Office of Shelby County, Alabama, and the Declaration of Covenants, Conditions and Restrictions for Highland Lakes, a Residential Subdivision, 22nd Sector, Phase 1, recorded as Instrument No. 20040823000471390 in the Probate Office of Shelby County, Alabama (which, together with all amendments thereto, is collectively referred to as, the "Declaration").

Subject to:
Ad valorem taxes.
Existing covenants and restrictions, easements, building lines and limitations of record.

Shelby County, AL 10/26/2006
State of Alabama

Deed Tax:$10.00

Form **W-9** (Rev. August 2013) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type — See Specific Instructions on page 2.

Name (as shown on your income tax return)
RONALD L. STANFA

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☒ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ______

☐ Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any) ______
Exemption from FATCA reporting code (if any) ______

Address (number, street, and apt. or suite no.)
180 SHEFFIELD LANE

City, state, and ZIP code
BIRMINGHAM ALABAMA 35242

Requester's name and address (optional)

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: 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

Employer identification number: __ - _______

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ Ronald L. Stanfa Date ▶ MARCH 27, 2018

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and
4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

# Photo Album

180 Sheffield Lane

Birmingham AL 35242

E-Services / Stanfa R&T

1



01

02

03

04

E-Services / Stanfa R&T

2



05

06

07

08

E-Services / Stanfa R&T

3



09

10

11

12

E-Services / Stanfa R&T

4



13

14

15

16



17

18

19

20

E-Services / Stanfa R&T

6



21

CHIN

22

23

24

E-Services / Stanfa R&T

7



25

26

27

28

E-Services / Stanfa R&T

8



29

30

31

E-Services / Stanfa R&T

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Ronald Stanfa

Affected Property Address: 180 Sheffield Lane, Birmingham, AL 35242

## I. Purchase, Sale and/or Transfer of Ownership of Property

1. On what date did you purchase the Property?

**Response:** Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF"). Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year) 10 / 26 / 2006

2. When you took ownership of the Property, what was the name of the seller?

Joseph Stanfa & Helen Stanfa

3. Name and address of the realtor?

Beverly Griffith Ledore, 2700 Highway 280, Suite 425, Birmingham, AL 35223

4. Name and address of the closing agent?

Clayton Sweeney, 2700 Highway 280, Suite 160, Birmingham, AL 35223

5. What was the price of the home when you purchased it? $ 1,027,243.00

6. Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought. This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible. Without waiving said objection, plaintiff responds as follows:

☐ Yes ☐ No ☑ I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?

$ N/A

## II. Appraisal of the Home

11. Date of each appraisal:

a. ______/______/20________

b. ______/______/20________

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III. Discovery of Drywall

12. Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**: Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF"). Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

(Month/Day/Year) ____/____/20 06

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV. Manufacturer/Seller of Drywall

13. Who sold or distributed the drywall in the house?

**Response**: Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to Section X of the PPF. Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows: The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3:** Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V. Damages

14. Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response:** Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper. Other damages include, but are not limited to:

See attached.

15. If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16. If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

**Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

**Response:** An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. N/A
b. ______
c. ______

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. ____/____/20____ to ____/____/20____
b. ____/____/20____ to ____/____/20____
c. ____/____/20____ to ____/____/20____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A
b. $______
c. $______

**PFS REQUEST FOR DOCUMENT PRODUCTION #5:** If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

**Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22. Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

23. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

**Response:** ☑ N/A

24. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

**Response:** ☑ N/A

25. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

**Response:** ☑ N/A

## VI. Potential Witnesses/Evidence

26. Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes ☑ No ☐ I don't know

27. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII. Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

**Response:** ☑ N/A

32. When did the remediation commencement date occur?

**Response:** ☑ N/A

33. When did the remediation end date occur?

**Response:** ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

**Response:** ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:** ☑ N/A

36. Were any samples from the remediation retained?

**Response:** [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

**Response:** [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

**Response:** [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

**Response:** [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:** Please produce the following documentation concerning the remediation of the Property: Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

**Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:** Please produce the following documentation concerning the remediation of the Property: Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

**Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:** Please produce the following documentation concerning the remediation of the Property: The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**: Please produce the following documentation concerning the remediation of the Property: An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**: Please produce the following documentation concerning the remediation of the Property: Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**: Please produce the following documentation concerning the remediation of the Property: A floor plan of the Affected Property with dimensions.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**: Please produce the following documentation concerning the remediation of the Property: An Environmental Certificate.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**: Please produce the following documentation concerning the remediation of the Property: An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following: The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

Ronald Stanfa
Signature of Plaintiff

JAN. 23, 2019
Date

RONALD STANFA
Printed Name

# Exhibit 1

# Exhibit 2

# Exhibit 3



E-SERVICES, Inc.
Building Inspection and Consulting Services

Exterior Building Analysis    Expert Building Inspection & Consulting    Environmental Services    Education

# Contaminated Drywall Analysis

## 180 Sheffield Lane

## Birmingham AL 35242

**Submitted To:**

**Ronald & Tricia Stanfa**

**3/24/2018**

2104 Carraway Street, Birmingham AL. 35235    Phone 205.515-6380    mail@e-servicesinspections.com



E-SERVICES, Inc.

Building Inspection and Consulting Services

Exterior Building Analysis    Expert Building Inspection & Consulting    Environmental Services    Education

# Contaminated Drywall Inspection Summary

(CDW)

Inspector: Richard J. Laframboise
ICC Building Inspector 5136833-BI
Inspection date: 3/24/2018
Client: Ronald & Tricia Stanfa

**Project Information:**

The subject property is a single-family residence located at 180 Sheffield Lane, Birmingham AL 35242. The inspection is to identify any Contaminated Drywall (CDW) installed at the subject property.

. Observations are listed below, but not limited to:

- Corrosion consistent with CDW at electrical wiring. See photos 1,2,3,4,5,12-20
- Corrosion consistent with CDW at metal surfaces. See photos 6,7,8,9,10,11
- Odors consistent with CDW.
- Labels made in china observed. See photos 21-31
- XRF Analyzer was used to identify any high readings of Strontium a chemical marker for Contaminated Drywall. There were high readings.

Conclusion:

It is my opinion that there is contaminated drywall installed in the home. The brand name is KNAULF made in CHINA. It is my opinion based on evidence that there is Contaminated Drywall Installed in the Home.

Richard Laframboise
For E-Services
ICC Building Inspector 5136833-BI
Alabama Inspector 0409

This inspection company, its employees and any divisions shall not be liable for non-visual defects, unseen defects, unspecified defects or hidden damage and conditions existing on the subject property and hereby disclaims any liability or responsibility thereof. All parties concerned agree to hold harmless and indemnify this inspection company involving any liabilities that may result including reasonable attorney fees. Failure of payment may result in reasonable attorney fees and other court costs. By execution of this Engagement Authorization, client agrees to this limitation of liability.

# Photo Album

180 Sheffield Lane

Birmingham AL 35242

E-Services / Stanfa R&T

1



01



02



03



04



05

06

07

08

E-Services / Stanfa R&T

3



09

10

11

12

E-Services / Stanfa R&T 4



13

14

15

16

E-Services / Stanfa R&T

5

17

18

19

20

E-Services / Stanfa R&T

6



21

CHIN

22

C36

23

24

E-Services / Stanfa R&T

7



25

26

27

28

30



29



31

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: Ronald & Tricia Stanfa

Property Address: 180 Sheffield Lane, Birmingham, AL 35242

**Question #18 Itemization (Personal Property Damage)**

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Evaporator Coil for a/c | 2,341 |
| 2 | 80 gallon hot water heater | 3,400 |
| 3 | Rock Ola Juke Box | 9,000 |
| 4 | Rolls Royce repairs | 20,000 |
| 5 | Subzero refrigerator (under counter) | 2,600 |
| 6 | Wolf Bread Warmer Drawer | 2,158 |
| 7 | Wolf Deep Fryer | 1,839 |
| 8 | Garland | 8,841 |
| 9 | Traulsen | 10,713 |
| 10 | Samsung 40" Smart TV | 700 |
| 11 | Vino Temp Wine Cooler | 2,800 |
| 12 | Samsung 60" TV | 1,400 |
| 13 | Samsung 31" TV | 500 |
| 14 | Samsung 50" TV | 900 |
| 15 | Pioneer Elite 60" Plasma | 4,000 |
| 16 | 21" Apple Mac | 1,800 |

| | | |
|---|---|---|
| 17 | Pewter Countertop | 7,042 |
| 18 | Kitchen Hood & Blower Parts | 2,817 |
| 19 | Master Bath Chandelier | 2,800 |
| 20 | Living Room Chandelier | 8,000 |
| 21 | Dining Room Chandelier | 1,200 |
| 22 | Powder Room Chandelier | 750 |
| 23 | Office Bath Room Chandelier | 2,300 |
| 24 | Rewire Phuliss Morris Cabinet | 1,500 |
| 25 | Rewire Pedestals (5) @ $250 each | 1,250 |
| 26 | Ceiling Fans (7) – rewire and replace | 4,900 |
| 27 | Lamps | 30,000 |
| 28 | Bianco Art Lighting | 21,742 |
| 29 | Ulla Darva Sconces | 5,270 |
| 30 | Kitchen Chanelier – Luna Bella | 7,000 |
| 31 | Kitchen Chandelier – Crystal | 2,200 |
| 32 | Fine China (gold plated) | 35,000 |
| 33 | Baccarat Urns (pair) | 14,000 |
| 34 | Baby Grand Piano | 40,000 |
| 35 | Murano China and Bowl | 20,000 |
| 36 | Silver Flat Ware | 12,000 |
| 37 | President Gerald Ford Personal Chandelier | 15,000 |
| 38 | Copper Ware and Pots | 2,500 |

| | | |
|---|---|---|
| 39 | Ormolu Mounted Hand Painted Porcelain (Pair) | 7,500 |
| 40 | Pearl White Cast Bronze with Gold Plating | 11,400 |
| 41 | Frederick Hart, Bronze, The Source | 95,000 |
| 42 | Monaco Bronze Erte | 8,500 |
| 43 | Loet Vanderveen Bronze Kudu | 9,400 |
| 44 | Federick Hart, Bronze Sacrifice & Liberty | 32,600 |
| 45 | Clyde Ross Morgan Off the Wall, Male | 4,500 |

Total: $ 589,213.00