IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: ) | |
| CHINESE-MANUFACTURED ) | |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| ) | |
| VS. ) | CASE NO.14-cv-2722 |
| ) | |
| This document relates to: ) | |
| ) | |
| Elizabeth Bennett, et al ) | |
| vs. Gebr. Knauf ) | DEPOSITION OF: |
| Verwaltungsgesellschaft, ) | CARL RUSSELL |
| KG, et al, ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

CARL RUSSELL,

may be taken before LaKeysha T. Satterfield, Commissioner and Notary Public, State at Large, at the offices of Bain & Associates, 505 20th Street North, Suite 1250, Birmingham, Alabama 35203, on the 5th day of December, 2019, commencing at approximately 12:00 p.m.

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

1  units and all that.
2  Q.          Now, prior to E-Services coming into your home
3  in November of 2015, have you ever heard of Chinese drywall?
4  A.          Yes.  Gibson & Anderson who built our home had
5  sent out a letter, and I called them and talked with their
6  secretary.  And I said, well, I didn't understand what they
7  were meaning on how I was to find out whether or not I had
8  any of that stuff, the drywall, from the -- that contained
9  Chinese chemicals and so -- she told me, Well, you can find
10 it on the -- it will be labeled on the edge of your drywall,
11 and you can probably just go and look in your attic and see
12 whether or not it says Knauf and she mentioned some of the
13 others.
14          Well, there was very little visible or
15 assessable to me in my attic.  But I went up there, and then
16 I called her back.  I said, Well, I can't see a whole lot.
17 She said, Well, I know that you probably were not bothered
18 by it.  And I don't remember -- that was before E-Services,
19 but I don't remember exactly when I got that letter from
20 Gibson & Anderson, but they did notify us and asked and I
21 just -- that's it.  I didn't know anything.  I didn't
22 know -- their letter mentioned Chinese drywall.  That didn't
23 even -- it didn't register -- nothing registered with me.  I
24 didn't look it up to see what it was even talking about or
25 what the symptoms or what it did.  I know nothing.

```
 1   Q.          Now, Gibson & Anderson is the outfit that sent
 2   you this letter about Chinese drywall?
 3   A.          Uh-huh.
 4   Q.          And Gibson & Anderson was the contractor who
 5   built the home that you moved into in 2006?
 6   A.          Yes.
 7   Q.          Do you recall when -- I just want to make sure
 8   we're clear for the record when Gibson & Anderson would have
 9   sent you a letter putting you on notice for Chinese drywall?
10   A.          That's what I'm saying.  I really, really don't
11   know.  I assume they would have a file on it, but I didn't
12   keep the letter of it because I didn't see this being
13   significant or relevant.
14   Q.          So you didn't keep the letter from Gibson &
15   Anderson?
16   A.          No.
17   Q.          And in response to the letter, you had how many
18   phone calls with Gibson & Anderson's reps?
19   A.          Two.
20   Q.          Two.  And describe those phone calls for me
21   again.
22   A.          I did not know how to identify whether or not I
23   had it, so I spoke with the lady in their office.
24   Q.          Do you remember her name?
25   A.          No.  I think she's still there but very sweet
```