```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED            MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                             SECTION "L"
_____

This document relates to:              JUDGE ELDON FALLON
ELIZABETH BENNETT, et al.,             MAGISTRATE JOSEPH
                                          WILKINSON, JR.

        Plaintiffs,
VS.                                    CASE NUMBER
                                       14-CV-2722-EEF-JCW

GEBR. KNAUF
VERWALTUNGSGESELLSCHAFT,                DEPOSITION OF:
KG, et al.,
                                       RONALD STANFA
        Defendants.


            S T I P U L A T I O N S
         IT IS STIPULATED AND AGREED, by and between
the parties through their respective counsel, that
the deposition of:
                   RONALD STANFA
may be taken before Nancy S. Holland, Commissioner
and Notary Public, State at Large, at the offices
of Bain & Associates Court Reporting Service, 505
North 20th Street, Suite 1250, Birmingham, Alabama,
on the 4th day of December, 2019, commencing at
approximately 3:25 p.m.
```

```
 1   Q.           Okay.  And what led you to get an
 2   inspection of your home by E-Services on March 24th
 3   of 2018?
 4   A.           During some of the prior construction
 5   work, one of the workers -- I think that it was an
 6   electrician -- told us that he thought that we
 7   might have Chinese drywall because he saw some
 8   markings that were consistent with what he
 9   described to us as Chinese drywall.  And we kind of
10   sloughed it off and then we started looking at
11   stuff a little more closely and decided that there
12   might be something there, and so we engaged
13   E-Services to come in, and that's when they took
14   the sections out and we looked in and they
15   determined that there was Chinese drywall.  That
16   was the official notification.
17   Q.           And this electrician who provided
18   information to you, he would have done work in
19   connection with the '08 addition or the '14
20   renovation?
21   A.           The '14 renovation.
22   Q.           Okay.  And the markings that he
23   indicated that he saw, were those electrical
24   markings or markings on the back of the drywall
25   boards?
```

1  Q.          Next you talked I think just sort of
2  temporally about the conversation that you had with
3  the electrician at Superior in 2014.
4  A.          Yes, sir.
5  Q.          Any other conversations with
6  construction workers, subcontractors, anybody
7  involved in construction about Chinese drywall that
8  you can think of, people in real estate?
9  A.          I do remember I think from probably
10 around the 2014 addition that we may have talked
11 with the supervisor of the construction company
12 that did the work in 2008.  It was a woman,
13 Beverly.  They called her Beverly the Builder, and
14 she may have mentioned something about Chinese
15 drywall at that time.  And I think that it was
16 related because she walked in and it was kind of
17 like she sniffed and said has anybody talked to you
18 about Chinese drywall?  I said no.  And that was
19 kind of about the time then that this other
20 electrician guy started, so it was kind of around
21 that time was when it came up.
22 Q.          Any followup from Beverly's comment
23 about Chinese drywall in 2014?
24 A.          No, sir.
25 Q.          Was she at the home because she was

```
 1   putting in a bid to do the work in 2014?
 2   A.          I think that was the reason why, yeah.
 3   Q.          And do you recall what might have
 4   caused her to mention Chinese drywall when she was
 5   in the home in 2014?
 6   A.          I think that it was -- I think that
 7   there was an aroma that she identified as that.
 8   Now, maybe her experience was such that she was
 9   able to make that call, but I don't know that.
10   Q.          And do you recall with any more
11   specificity what she might have said to the best of
12   your recollection?
13   A.          To the best of my recollection, I
14   don't recall, sir.
15   Q.          Okay.  Anything else from the building
16   or real estate trade, any other piece of
17   information?
18   A.          No, sir.
19   Q.          And then the last thing I think that
20   you identified was -- when we were looking at the
21   maps, you mentioned this area sort of off toward
22   the right, Dunnavant Place area, that at some point
23   you found out that a number of those homes had
24   experienced Chinese drywall.  Do you recall where
25   you got that information?
```