```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED            MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                             SECTION "L"
_____

This document relates to:              JUDGE ELDON FALLON
ELIZABETH BENNETT, et al.,             MAGISTRATE JOSEPH
                                          WILKINSON, JR.

        Plaintiffs,
VS.                                    CASE NUMBER
                                       14-CV-2722-EEF-JCW

GEBR. KNAUF
VERWALTUNGSGESELLSCHAFT,                DEPOSITION OF:
KG, et al.,
                                       PATRICIA STANFA
        Defendants.


             S T I P U L A T I O N S
        IT IS STIPULATED AND AGREED, by and between
the parties through their respective counsel, that
the deposition of:
               PATRICIA STANFA
may be taken before Nancy S. Holland, Commissioner
and Notary Public, State at Large, at the offices
of Bain & Associates Court Reporting Service, 505
North 20th Street, Suite 1250, Birmingham, Alabama,
on the 4th day of December, 2019, commencing at
approximately 4:45 p.m.
```

```
 1          IT IS FURTHER STIPULATED AND AGREED that
 2   the signature to and reading of the deposition by
 3   the witness is waived, the deposition to have the
 4   same force and effect as if full compliance had
 5   been had with all laws and rules of Court relating
 6   to the taking of depositions.
 7
 8          IT IS FURTHER STIPULATED AND AGREED that it
 9   shall not be necessary for any objections to be
10   made by counsel to any questions, except as to form
11   or leading questions, and that counsel for the
12   parties may make objections and assign grounds at
13   the time of the trial, or at the time said
14   deposition is offered in evidence, or prior
15   thereto.
16                          ***
17
18
19
20
21
22
23
24
25
```

```
 1                A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFFS:
 4            JAMES V. DOYLE
 5            Attorney at Law
 6            Doyle Law Firm, P.C.
 7            2100 SouthBridge Parkway
 8            Suite 650
 9            Birmingham, Alabama  35209
10            (205) 533-9500
11            jim.doyle@doylefirm.com
12
13   ON BEHALF OF THE DEFENDANTS:
14            KERRY J. MILLER
15            Attorney at Law
16            Fishman Haygood LLP
17            201 St. Charles Avenue
18            Suite 4600
19            New Orleans, Louisiana  70170
20            (504) 586-5252
21            kmiller@fishmanhaygood.com
22
23   ALSO PRESENT:  Ronald Stanfa
24
25
```

```
 1                    EXAMINATION INDEX
 2
     PATRICIA STANFA
 3      BY MR. MILLER                                  5
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              I, Nancy S. Holland, a Court Reporter
 2    of Birmingham, Alabama, and a Notary Public for the
 3    State of Alabama at Large, acting as Commissioner,
 4    certify that on this date, pursuant to the Federal
 5    Rules of Civil Procedure and the foregoing
 6    stipulation of counsel, there came before me on the
 7    4th day of December, 2019, at the offices of Bain &
 8    Associates Court Reporting Service, 505 North 20th
 9    Street, Suite 1250, Birmingham, Alabama, commencing
10    at approximately 4:45 p.m, PATRICIA STANFA, witness
11    in the above cause, for oral examination, whereupon
12    the following proceedings were had:
13                       PATRICIA STANFA,
14    being first duly sworn, was examined and testified
15    as follows:
16                         EXAMINATION
17    BY MR. MILLER:
18    Q.          Good afternoon.
19    A.          Hello.
20    Q.          Please state your name for the record.
21    A.          Patricia Martin Stanfa.
22    Q.          Ms. Stanfa, thanks for taking some
23    time with us this afternoon.
24    A.          You're welcome.
25    Q.          So you sat at the table while your
```

```
 1   husband gave his testimony and answered my
 2   questions, correct?
 3   A.         Yes.
 4   Q.         Is there any answer that your husband
 5   gave to any of the questions that I asked him that
 6   you would like to elaborate on or contradict or
 7   modify in any way?
 8   A.         I don't think so.  I am a talker and I
 9   am someone that if you ask what time it is, I'll
10   tell you how they made the clock, so I don't want
11   to keep us here all night.
12              For the most part, there are a few
13   things that -- He did address his illness, when we
14   were made aware by the one electrician.  He was --
15   The electrician, bless his heart, was persistent
16   with me when I was doing the decorating to when
17   stuff would come in, he would say I really think
18   that you need to check on this Chinese drywall.
19   And with my husband's health issues, his heart, we
20   had some other issues to take care of, and my
21   husband addressed it.
22              So I'm comfortable with everything and
23   I -- that was my biggest concern to make sure
24   that -- I didn't know anything about Chinese
25   drywall.  So no.  I'm comfortable with everything.
```

```
 1   Q.            You said the electrician.  That's the
 2   electrician from Superior --
 3   A.            Yes.
 4   Q.            -- that worked in the home during the
 5   2014 repair?
 6   A.            I don't remember it being '14, but
 7   then I'm not good with dates and I don't -- If
 8   that's when we did the -- Of course, we documented.
 9   The attorney has all the papers because we have
10   receipts for everything.
11   Q.            He said July of '14.
12   A.            Yeah.  It would be -- Corey Knowles is
13   the electrician that we used.  It's his name with
14   Superior.
15   Q.            And --
16   A.            And he's the one that said you really
17   need to Google Chinese drywall.  And I don't watch
18   a lot of TV.  I don't watch a lot of news.  I don't
19   -- I'm not really very social in our neighborhood,
20   so it's not like I would interact with a lot of
21   folks on it, but he's the one that -- When he heard
22   that Ron had the surgery, he came back to check on
23   him.  Excuse me.  I'm sorry.  And he's the one that
24   said you really need to have that Chinese drywall
25   thing checked out.  And that's when I called -- I
```

```
 1    Googled it and saw what it was and spoke to the
 2    attorney, and that's why we're here.
 3    Q.          Okay.  Is that what you mean by Corey
 4    Knowles being persistent?  You used "persistent" in
 5    your initial answer and you then came back and
 6    talked about this followup.  I just want to
 7    understand what you meant by the use of the term
 8    "persistent."
 9    A.          I don't usually call people and when I
10    was -- when the chandelier came back from the --
11    they'd already done the last add-on that we did and
12    when he came back to change a transformer or
13    something, he said -- When I use the word,
14    "persistent," I mean -- I'm grateful that he was
15    checking with me to see did you ever find out if
16    that's what you have?  Because he's the one -- When
17    he was doing the electrical work, he would see the
18    black wires and I said that I didn't know what it
19    was and he said well, you need to Google it.  And
20    when I say "persistent," he asked me again did you
21    ever have that checked out and that's when I said
22    no, that I didn't, but I'm going to.
23    Q.          So you've identified two conversations
24    with Corey Knowles.  Were there more conversations
25    than those two that you just identified to the best
```

1  of your recollection?
2  A.          He's been -- We've had conversations,
3  meaning I need an electrical plug moved -- and that
4  was way back when -- or I was changing the
5  chandelier out because after we lost -- after we
6  lost Mom, I made some changes in the house, and --
7  So he's the one that I call because he's just like
8  the age of one of our kids and I kind of think of
9  him as one of our boys.  Just a nice young man.
10 And we'd never had anybody else that did any work
11 for us that ever made mention of it.
12 Q.          But I'm asking specifically as it
13 relates to Chinese drywall.  Can you only recall
14 two conversations?
15 A.          Yeah.  The two, one when he originally
16 -- when they were finishing and the second one, he
17 came back to the house because the chandelier that
18 I had been waiting on from the last build-out that
19 he came back and asked did I ever do anything?
20 That was the second conversation.
21 Q.          Okay.  Is there anything else in your
22 husband's testimony that you'd like to change or
23 modify or elaborate on?
24 A.          No.  I'm trying to think so that I --
25 Q.          Take your time.  I'm not here to rush

```
 1  you.
 2  A.          Because I don't want to -- No.  I
 3  think that's it.  I think that's it.
 4  Q.          So you'd otherwise agree with your
 5  husband's testimony?
 6  A.          I would, yeah.
 7              MR. MILLER:  Okay.  I think that's it.
 8              MR. DOYLE:  Thank you.  Waive the
 9  reading and we're not going to order at this time.
10              (Deposition concluded at 4:52 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2
 3    STATE OF ALABAMA )
 4    JEFFERSON COUNTY )
 5
 6              I hereby certify that the above and
 7    foregoing deposition was taken down by me in
 8    stenotype, and the questions and answers thereto
 9    were reduced to computer print under my
10    supervision, and that the foregoing represents a
11    true and correct transcript of the deposition given
12    by said witness upon said hearing.
13
14              I further certify that I am neither of
15    counsel nor of kin to the parties to the action,
16    nor am I in anywise interested in the result of
17    said cause.
18
19
20                      _____
                        Nancy S. Holland, Commissioner
21                      RPR, #185
                        REGISTRATION NUMBER 223
22
23
24
25
```