UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on the Claims Asserted by Carl and Lynn Russell and Ronald and Patricia Stanfa:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047. R. Doc. 18181.

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in the Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full

1

and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. Carl and Lynn Russell completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury. *See* Exhibit A.

7. Ronald and Patricia Stanfa completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury. *See* Exhibit B.

8. Carl and Lynn Russell are plaintiffs listed in the Second Amended Complaint, filed January 31, 2016, and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese-manufactured drywall installed in the property located at 5427 Creekside Lane, Hoover, Alabama 35244 (the "Russell Property"). R. Doc. 20020-2.

9. The Russells moved into the Russel Property in July 2006 but did not file a claim until January 31, 2016. *See Id.;* Exhibit C, Deposition of Carl Russell at 5:8-10.

10. Following the purchase of the Russell Property in 2006, the Russells received a letter from the contractor that built the Russell Property—Gibson & Anderson Construction, Inc.—regarding Chinese drywall in the Russell Property. *See* Exhibit C, Deposition of Carl Russell at 12: 4-25, 13: 1-4.

11. Gibson & Anderson Construction, Inc. was involved in both the InEx and Global Builder settlements so the letter would have been sent pursuant to the InEx settlement notice program in 2012. R. Doc. 8268-4 p. 10 of 18; R. Doc. 14404-3 p. 11 of 119.

12. Carl Russel was deposed on December 5, 2019. *See* Exhibit C, Deposition of Carl Russell.

13. Lynn Russell was deposed on December 5, 2019 and adopted Carl Russell's testimony as her own. *See* Exhibit D, Deposition of Lynn Russell.

14. Ronald and Patricia Stanfa are plaintiffs listed in Plaintiffs' First Motion to Intervene, filed September 10, 2018, and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese-manufactured drywall installed in the property located at 180 Sheffield Lane, Birmingham, Alabama 35242 (the "Stanfa Property"). R. Doc. 21770.

15. The Stanfas purchased the Stanfa Property in October 2006 but did not file a claim until September 10, 2018. *See Id.*; Exhibit B, Stanfa PFS p. 1.

16. During a renovation of the Stanfa Property in 2014, an electrician informed Ronald Stanfa that he saw some markings in the Stanfa Property that were consistent with defective Chinese drywall. *See* Exhibit E, Deposition of Ronald Stanfa at 14:4-21.

17. The electrician also "persisted" with Patricia Stanfa that he really thought they should check their property for Chinese drywall. Yet, the Stanfas chose to "slough[] it off." *See* Exhibit F, Deposition of Patricia Stanfa at 6:12-21; 14:4-21.

18. Further, around the time of the 2014 renovation, a construction supervisor for the company that renovated the Stanfa Property in 2008 was providing a bid for the 2014 renovation and recommended that the Stanfas have their Property inspected because it smelled of Chinese drywall. *See Id.* at 70:9-25, 71:1-14.

19. Ronald Stanfa was deposed on December 4, 2019. *See* Exhibit E, Deposition of Ronald Stanfa.

20. Patricia Stanfa was deposed on December 4, 2019 and adopted Ronald Stanfa's testimony as her own. *See* Exhibit F, Deposition of Patricia Stanfa.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
PAUL C. THIBODEAUX (#29446)
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:     504.556.5549
Facsimile:      504.310.0275
Email:             kmiller@fishmanhaygood.com
***Counsel for Defendants,
Knauf Gips KG and
Knauf Plasterboard (Tianjin) Co. Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 4th day of March, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**