UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# ORDER

The Court has received the following communication from Roxzana Moore, regarding participation in the Taishan Settlement. Accordingly,

**IT IS ORDERED** that the attached document be filed into the record.

**IT IS FURTHER ORDERED** that Lenny Davis, on behalf of the Plaintiff's Liaison Counsel, take appropriate action, if any action is warranted, by Friday, March 27, 2020.

New Orleans, Louisiana this 4th day of March, 2020.

Eldon E. Fallon
U.S. District Court Judge

Date: March 1, 2020
To: Court of Appeal
From: Roxzana Moore, 9008 Yazoo Street, Bay Saint Louis, Mississippi 39520

I was unwilling removed from the Chinese Drywall Class Action suits by both Lucky & Mullins and Brown Green PLC (on February 25, 2020) law firms, even though Chinese Drywall was installed in my home after Katrina in 2007.

There were numerous fly-by-night companies selling Chinese drywall to Home Depot (where my drywall was purchased) due to the shortage of supply after Katrina. After a thorough Internet search, I was unable to locate the business named "Harrod" that was stamped on the back side of the drywall panels. Many small businesses closed after Chinese Drywall became publicly known.

I had all the indications Chinese Drywall with corrosion of a newly installed air conditioning unit, failed light switches, thermostats, and clocks on the wall, and other electrical problems. I had five (5) air conditioner services call for the first two years after installation with adding Freon, changing corroded parts, and thermostats. Finally, about the third (3rd) or fourth (4th) year the entire units had to be replaced due to corrosion.

I received a notice that I might have Chinese Drywall in my home, so I filed a lawsuit claim through Lucky & Mullins in 2010. BrightClaim conducted an inspection and took pictures of corroded coils in my air conditioning coil and refrigerator systems. A sample was later collected for a streit lab test of strontium content by Unified Engineering, Inc. in January 2010.

A year later in January 2011, another drywall sample was collected to test for sulfur content. The lab results reported that the 5.0 LOQ mg/Kg was inconclusive and further testing may be warranted. However, my case was dropped from the lawsuit by Lucky & Mullin that same year.

I received letter form the Taishan Class Action Settlement, so I filed another claim in 2019. I was sequentially dropped from that settlement due to insufficient evidences by the BrownGreer PLC law firm on February 25, 2020.

Some clients that have Chinese Drywall just "fell through the cracks" when chemical testing replaced inspections and clear evidences. Unfortunately, this resulted in rejection by law firms hired to represent them in court. I hereby requested that you consider the evidence and render fair judgement for compensation for the Chinese Drywall installed in my home. My home is 1456 square feet.

Sincerely,

Roxzana Moore

*Roxzana Moore* (signature)

9008 Yazoo Street
Bay Saint Louis, MS 39520
985-707-2298
roxzana@bellsouth.net