UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

The Court has received the following communication from Nathan Ross, Jr., regarding participation in the Taishan Settlement. Accordingly,

**IT IS ORDERED** that the attached document be filed into the record.

**IT IS FURTHER ORDERED** that Lenny Davis, on behalf of the Plaintiff's Liaison Counsel, take appropriate action, if any action is warranted, by Friday, March 27, 2020.

New Orleans, Louisiana this 6th day of March, 2020.

Eldon E. Fallon
U.S. District Court Judge

March 2, 2020                                    Page 1

<u>To The Appeal Court:</u>

I am accountable for the original statement I put on the original forms were incorrect when I filed in October, of year 2013.

I tried to recall from memory the information I original used on the forms presented to <u>Brow/Greer PLO</u>,

I recall that my family and I found it <u>very</u> difficult carry on normal life in our new addition part of the house where this new construction was done.

When the Company use the Sheetrocks, we became seriously ill. The sanding and debris particals linger for quite some time. Our <u>lungs</u> were filled with dust particles from the sanding of the sheetrocks for at five or more months.

Until this date, I and my family is being treated for lungs ailment illness.

This complaint is being appealed to this Court for the following reasons:

Under, the rule of law for the state of Alabama, where I live, my complaint was denied because it <u>was</u> <u>not</u> timely filed in order to meet the deadline date for my name to be place on the <u>Spreadsheet</u>.

Here, the original <u>case date</u> was October of 2013, when I file my case with <u>BrownGreer PLC</u>

This in my opinion, is not applicable because this is several years from the original

date when I filed this appeal.

Another reason is the proper room addition and footage use was listed incorrectly.

In Conclusion:

I am filing or making my appeal to this Court for an <u>Allocation</u> $$ <u>Amount</u> for the suffering my wife and I experienced.

I have not presented or submitted any new evidence and I am relying on the information I gave when I file this Claim.

The information for my Claim was a large room addition, one restroom, a large utility room with washer and dryer, and a large walk-in closet for clothes, and a back door to enter to the new addition to our home. The square footage is 60 square feet by 52 square feet.

Filed: Court Appeal
By: Nathan Ross, Jr.