UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**ORDER PURGING CONTEMPT**

On July 17, 2014, this Court entered an order ("Contempt Order") holding Defendants Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively "Taishan") in contempt of court, "both civilly and criminally" for Taishan's failure to appear at a judgment debtor hearing that day. (Rec. Doc. No. 17869). Taishan reappeared in the litigation on February 17, 2015, and, shortly thereafter, paid the $40,000 fine and $15,000 attorneys' fees requirement imposed by the Contempt Order.

Having complied with the Contempt Order, and through its continued participation in this litigation, Taishan is hereby PURGED of criminal and civil contempt.  Neither Taishan nor any of its "affiliates or subsidiaries" shall face any further prosecution or penalty under the Contempt Order.

SO ORDERED,

New Orleans, Louisiana, this  9th  day of    March   , 2020.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge