UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**ORDER**

The Court has received the following communication from Annie McDonald, regarding participation in the Taishan Settlement. Accordingly,

**IT IS ORDERED** that the attached document be filed into the record.

**IT IS FURTHER ORDERED** that Lenny Davis, on behalf of the Plaintiff's Liaison Counsel, take appropriate action, if any action is warranted, by Friday, March 27, 2020.

New Orleans, Louisiana this 9th day of March, 2020.

Eldon E. Fallon
U.S. District Court Judge

3-6-20

Dear Sir,

I Disagree + want to File a Appeal Please, Please go over everything. I Marked a Paper that had Footes on it. I don't Really Know What that Means, I thank I should get Payed some Money, Cause My home has the wood in it + I was sick all the time. it Smells like Rootton eggs, in Molds every where on Walls + unit Ballfins my Plants want grow, My gold fish died and I hatter to buy all Kinds of Bleach + House spray to try to make it smell better, + I dont have any Money to get a Better home are Place to Live thats why I was trying to get Payed So I Could have a better Place to Live and I Could Breath Better + have my Plants + fish, if I Could get Payed even if I Could get enough to Replace Walls that would help.

Please help me I'm on a small income Once Monthly. and I needs your help thats why ask you for appeal

Thank you Kindly Sir
Annie N. McDonald

Claimant ID / 115438 / affected Property ID / 22834 / Claim ID / 14074
affected Property address: 4 Bilbrew Rd, Laurel, MS 39443
Law Firm: Pro se
Chinese Drywall Settlement,

Annie N. McDonald
4 Bilbrew Rd
Laurel, MS 39443