UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## MOTION TO SUBSTITUTE PROPER PARTY

**COMES NOW**, Gerald Levin, Personal Representative of the Estate of Adelaide Levin, Plaintiff herein, to file this Motion to Substitute Proper Party and show the Court:

1. Adelaide Levin, Plaintiff herein, died on August 19, 2019.

2. Gerald Levin was appointed Executor of the Estate of Adelaide Levin in Jefferson Parish, Louisiana, with full powers to administer the estate.

3. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, notice of Plaintiff Adelaide Levin's passing was provided to this Court via a Suggestion of Death on December 9, 2019.

4. Gerald Levin requests an order approving him to serve on behalf of the Estate of Adelaide Levin as the proper party in this lawsuit.

**WHEREFORE**, Gerald Levin, through the undersigned counsel, requests an order from this Honorable Court approving him as the proper party in this lawsuit in his capacity as Personal Representative of the Estate of Adelaide Levin and for such further relief to which she may be justly entitled.

DATED: March 9, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Proper Party has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of March, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC