# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## ORDER

Upon consideration of the pending Motion To Substitute Proper Party, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The Clerk of Court is hereby directed to substitute Gerald Levin on behalf of the Estate of Adelaide Levin, for Plaintiff Adelaide Levin in this Court's record.

New Orleans, Louisiana, this _____ day of March, 2020.

_____
Eldon E. Fallon
United States District Court Judge