"Certification of Funds in the Registry"

PRINCIPAL: $248,000,000.00

Financial Deputy: MBR  Date: 3/10/2020

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### ORDER AUTHORIZING PAYMENT OF COSTS FOR SERVICES OF THE ALLOCATION NEUTRAL AND CLAIMS ADMINISTRATION OF THE TAISHAN SETTLEMENT

The Clerk is authorized and directed to draw a check from the funds on deposit in the registry of this Court in the principal amount of $427,668.03 (with no interest earned), payable to Plaintiffs' Liaison Counsel, Russ M. Herman, and mail or deliver the check to Russ M. Herman, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, so that the Allocation Neutral Cal Mayo can be paid $56,468.03 for his services performed in developing the Allocation Model and so that the Claims Administrator BrownGreer can be paid $371,200.00 for claims administration of the Taishan Settlement.

SO ORDERED,

This 9th day of March, 2020.

Eldon E. Fallon
U.S. District Court Judge