UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**SETTLEMENT CLASS COUNSEL'S MOTION FOR ENTRY
OF AN ORDER AUTHORIZING DISBURSEMENT OF
<u>SETTLEMENT FUNDS IN THE COURT REGISTRY</u>**

Settlement Class Counsel hereby move for entry of an Order authorizing disbursement of Settlement Funds in the Court Registry pursuant to and to effectuate the Class Settlement Agreement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") ("Class Settlement Agreement") [Rec. Doc. 22305-2], and in support of the motion assert the following:

1. Capitalized terms used in this Order shall have the same meaning as those defined in the Class Settlement Agreement.

2. On January 10, 2020, the Court entered its Order and Reasons granting final approval of the Class Settlement Agreement [Rec. Doc. 22460]. On January 13, 2020, the Court entered a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b) [Rec. Doc. 22466], from which no appeal was taken.

3. As of the date of the filing of this motion, Taishan has deposited the Initial Payment, Second Payment, and Final Payment due under the Class Settlement Agreement into the Court Registry.

4. Under the terms of the Class Settlement Agreement, on or about March 6, 2020, the Claims Administrator BrownGreer disseminated Determination of Allocation Amount notices to all Class Members on the Revised Master Spreadsheet based on the application of the Allocation Model to their Objective Allocation Criteria.

5. Class Counsel request an order authorizing the disbursement of the funds on deposit in the Registry of this Court received from Taishan in connection with the Class Settlement Agreement to date ($248,000,000.00), plus all interest earned thereon ("Settlement Funds"), minus any prior Court-approved disbursements to date, less the assessment fee for the administration of funds, so that BrownGreer can establish a Qualified Settlement Fund at Huntington National Bank from which to distribute Incentive Awards and/or Allocation Amounts to Eligible Class Members in accordance with the terms of the Class Settlement Agreement and Orders of this Court.

A proposed Order authorizing the disbursement of Settlement Funds in the Court Registry is filed herewith.

Respectfully submitted,

Dated: March 11, 2020			By: */s/ Stephen J. Herman*
			Russ M. Herman (Bar No. 6819)
			Leonard A. Davis (Bar No. 14190)
			Stephen J. Herman (Bar No. 23129)
			Herman, Herman & Katz, LLC
			820 O'Keefe Avenue
			New Orleans, LA 70113
			Phone: (504) 581-4892
			Fax: (504) 561-6024
			SHerman@hhklawfim.com
			*Plaintiffs' Liaison Counsel MDL 2047 and*
			*Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Phone: (305) 476-7400
Fax: (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 11th day of March, 2020.

*/s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and*
*Settlement Class Counsel*