UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION   SECTION "L"

This document relates to:
   JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
   MAGISTRATE:
Case No. 14-cv-2722   JOSEPH WILKINSON, JR.

     Deposition of MICHAEL GINART, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on Friday, June 14, 2019.

REPORTED BY:

   KIM A. PRESCOTT,
   Certified Court Reporter

1    Q    How many?
2    A    Two.
3    Q    What are their ages?
4    A    My son is twenty-six and my
5    daughter is seventeen.
6    Q    What is your highest level of
7    education?
8    A    Juris doctorate.
9    Q    Where did you go to college?
10   A    Northwestern University in
11   Natchitoches.
12   Q    Where did you go to high school?
13   A    Chalmette.
14   Q    What is your current profession?
15   A    Attorney.
16   Q    How long have you been in this
17   profession?
18   A    Since 1988.
19   Q    What kind of law do you practice?
20   A    Mostly -- it's a general practice;
21   but mostly personal, medical malpractice, and
22   criminal defense.
23   Q    Mr. Ginart, how do you receive your
24   news?
25   A    The newspaper and the TV.

1    A    -- to build the home. That's the
2    amount that I borrowed in order to build it.
3    Q    Do you recall how much the property
4    itself was purchased for?
5    A    I want to say the property itself
6    was purchased for around $140,000. Maybe
7    145.
8    Q    And from who did you purchase the
9    property?
10   A    The de Bouchel family.
11   Q    If you could flip to the tab that
12   says "Cash Sale" in your binder, which we
13   will mark as Exhibit 4.
14   A    (Witness complies.)
15   Q    Do you recognize this document?
16   A    I believe that's when I purchased
17   the vacant land. Actually, it was a little
18   bit longer. So 1997 is when we purchased the
19   land, according to this document. I believe
20   that would be correct.
21   Q    Is this exhibit a copy of the Cash
22   Sale through which you purchased the property
23   at issue?
24   A    Yes. It appears so.
25   Q    And the property was purchased on

1  May 15th, 1997; is that correct?  I think
2  that's on the first page.
3      A    Yes, ma'am.  15th day of May, yes.
4      Q    And the property was purchased from
5  Mona Ann Lee and Donald de Bouchel, Sr.
6      A    de Bouchel, yes, ma'am.
7      Q    And the property was purchased by
8  Alice Johnson and Michael Ginart, Jr.; is
9  that correct?
10     A    Yes.
11     Q    Is Johnson Alice's maiden name?
12     A    It is.  Are you-all related?
13     Q    Probably.  A lot of Johnsons out
14 there.
15          All right.  Looking at the second
16 page, the property was purchased for
17 $140,000; is that correct?
18     A    Yes, ma'am.
19     Q    And you said you purchased the
20 property in cash?
21     A    You know, I think I borrowed some
22 money and then paid that off.  I'm not sure
23 if there was a mortgage on the property or it
24 was just a personal loan; but I don't
25 remember paying cash, because I think we were

Page 29

1    Q    Okay. Let's see. It says in here
2  on Page 4 that they use the appreciated
3  pre-storm appraisal amount from the March
4  21st, 2002, appraisal?
5    A    I'm not sure what they're talking
6  about. March 21st, 2002, was the Fidelity
7  one.
8    Q    Yeah. That was the construction
9  loan.
10   A    So they put down 873,810.
11   Q    And, ultimately, you said you
12  received an award of $150,000; is that
13  correct?
14   A    That's correct.
15   Q    Are there any other appraisals that
16  you can think of?
17   A    No, ma'am.
18   Q    All right. How did you discover
19  that the property contained Chinese drywall?
20   A    Well, the first time I knew is
21  after we did the inspection. At some point
22  -- and I can't remember when we received a
23  letter in the mail that had an invoice
24  attached that said we had 300 sheets of
25  possibly contaminated drywall delivered to

Page 30

1  the house.
2       Q    And do you know when you received
3  this letter?
4       A    I do not.  2012, 2013, right in
5  that area there, I would imagine; but I don't
6  know for sure.
7       Q    But you didn't discover that the
8  property contained Chinese drywall until a
9  later date?
10      A    Well, yeah.  They sent me that; and
11 I called some people and they referred me to
12 Colonial testing to have them come see
13 whether or not I did, in fact, have drywall
14 because the letter didn't say I did.  It just
15 said they had delivered some and it could
16 have included -- I'm paraphrasing here -- it
17 basically could have included drywall that
18 was from China or with sulfur.
19      Q    And did you notice signs of Chinese
20 drywall prior to receiving this letter?
21      A    I didn't know of -- I did not know
22 of any signs of Chinese drywall prior to
23 that.  After we were told, then you start
24 thinking about things that have gone on and
25 you kind of put it altogether, but -- but

1  yesterday, they opened up much bigger areas
2  of walls and they had the same markings.
3     Q    All right.  When did you first hear
4  of issues with Chinese drywall?
5     A    I can't tell you specifically what
6  years, but I had people come in to see me at
7  my law office talking about it.
8     Q    Would you say this was within five
9  years of Hurricane Katrina?
10    A    I would think so.
11    Q    And when did you first become aware
12 of lawsuits concerning Chinese drywall?
13    A    I would imagine around that same
14 time.  Like I said, I would refer these
15 people to Mr. Herman's office.  I didn't
16 handle them.
17    Q    When you say "Mr. Herman," you
18 believe Mr. Russell Herman?
19    A    I believe so.
20    Q    At Herman, Herman & Katz?
21    A    Yes, ma'am.
22    Q    Were you aware of the Chinese
23 drywall lawsuit filed by Sean Payton?
24    A    No.
25    Q    No?

1       A    No.  It's not something that I
2    advertise.
3       Q    And if you could take a look at the
4    tab that should be marked -- or, actually,
5    before that, if you could take a look at
6    Exhibit 3 and then turn to Exhibit 2 to
7    Exhibit 3, and it's tabbed with a yellow
8    tab.
9       A    (Witness complies.)
10      Q    And do you recognize the subsequent
11   two pages?
12      A    I believe that is the things that
13   were attached to that letter I had received
14   at some point.  Dennis Dobson was the
15   contractor who I was using to renovate my
16   home.  He was the contractor the first time I
17   built it; but I was trying to rebuild my
18   practice, so I couldn't do both.
19      Q    So Dobson Homes, Inc., was your
20   contractor for renovations post-Katrina?
21      A    Yes.
22      Q    And this is your address on the
23   shipped to?
24      A    Yes.  The 2104 Olivia Street, yes,
25   ma'am.