Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED      MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                        SECTION "L"

This document relates to:
                                  JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                  MAGISTRATE:
Case No. 14-cv-2722      JOSEPH WILKINSON, JR.


     Deposition of ALICE GINART, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on Friday, June 14, 2019.


REPORTED BY:

    KIM A. PRESCOTT,
    Certified Court Reporter

```
 1   APPEARANCES:

 2        Representing the Plaintiffs:

 3             DOYLE LAW FIRM
          BY:  JAMES DOYLE, JR., ESQUIRE
 4             2100 Southbridge Parkway
               Suite 650
 5             Birmingham, Alabama   35209

 6


 7        Representing the Knauf Defendants, Knauf
          Gips KG and Gebr. Knauf (Tianjin) Co.,
 8        Ltd.:

 9             FISHMAN HAYWOOD, LLP
          BY:  KAKI JOHNSON, ESQUIRE
10             201 Place St. Charles
               46th Floor
11             New Orleans, Louisiana   70170

12


13


14

15   ALSO PRESENT:
          MICHAEL GINART
16


17

18   REPORTED BY:

19        KIM A. PRESCOTT,
          CERTIFIED COURT REPORTER
20

21

22

23

24

25
```

1  I N D E X

2

3                                    PAGE

4  CAPTION                            1

5  APPEARANCES                        2

6  AGREEMENT OF COUNSEL               4

7  EXAMINATION BY:

8       MS. JOHNSON, ESQUIRE          5

9  REPORTER'S CERTIFICATE             9

10

            E X H I B I T S
11
    (no exhibits marked.)
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  S T I P U L A T I O N
 2
 3              It is stipulated and agreed by
 4    and between counsel for the parties that the
 5    deposition of MICHAEL GINART, is hereby being
 6    taken under Rule 30 (b) (2), pursuant to
 7    Federal Rules of Civil Procedure, in
 8    accordance with law, pursuant to notice;
 9
10              That the formalities, such as
11    reading, signing, sealing, certification and
12    filing are specifically waived;
13
14              That all objections, save those as
15    to the form of the questions, are hereby
16    reserved until such time as this deposition,
17    or any part thereof, may be used or sought
18    to be used in evidence.
19
20                    *    *    *
21
22         KIM A. PRESCOTT, Certified Court
23    Reporter, in and for the State of Louisiana,
24    officiated in administering the oath to the
25    above-named witness.
```

```
 1                  ALICE GINART,
 2    2104 Olivia Street, Meraux, Louisiana 70075,
 3    who, after having been first duly sworn by
 4    the Court Reporter, was examined and
 5    testified on her oath as follows:
 6                  EXAMINATION
 7    BY MS. JOHNSON:
 8         Q    Could you please state your name
 9    for the record?
10         A    Alice Johnson Ginart.
11         Q    And, Mrs. Ginart, you previously
12    sat through the deposition of your husband;
13    is that correct?
14         A    Yes.
15         Q    And you were here and paying
16    attention throughout all of it?
17         A    Yes.
18         Q    You heard me give him the ground
19    rules; correct?
20         A    Yes.
21         Q    You can agree to all of them?
22         A    Yes.
23         Q    Your husband previously answered a
24    series of questions that I asked him.  And
25    I'm of the understanding you want to adopt
```

```
 1   most, if not close to all, of those?
 2       A    Yes.
 3       Q    And you had one thing that you
 4   wanted to change?
 5       A    Yes.  We moved into the house
 6   December of 2003, not 2004.
 7       Q    And was there anything else that
 8   you wanted to --
 9       A    -- add?
10       Q    No.  We also reviewed a series of
11   exhibits, eight total.  Are you okay with
12   adopting those eight exhibits in your
13   deposition?
14       A    Yes.
15            MR. DOYLE, JR.:
16                 And I have no opposition to
17            that.
18            MS. JOHNSON:
19                 And I will also adopt my
20            standard formal language that I
21            concluded at the last deposition
22            with.
23            MR. DOYLE:
24                 Same response.
25            MS. JOHNSON:
```

1          All right.  And we're good.
2                *    *    *

```
 1                    REPORTER'S PAGE
 2
 3            I, KIM A. PRESCOTT, Certified Court
 4    Reporter, in and for the State of Louisiana,
 5    the officer, as defined in Rule 28 of the
 6    Federal Rules of Civil Procedure and/or
 7    Article 1434 (B) of the Louisiana Code
 8    of Civil Procedure, before whom this sworn
 9    testimony was taken, do hereby state on the
10    Record;
11            That due to the interaction and
12    the spontaneous discourse of this proceeding,
13    dashes (--) have been used to indicate
14    pauses, changes in thought, and/or talkovers;
15    that same is the proper method for a Court
16    Reporter's transcription of proceeding, and
17    that the dashes (--) do not indicate that
18    words or phrases have been left out of this
19    transcript; that any words and/or names which
20    could not be verified through reference
21    material have been denoted with the phrase
22    "spelled phonetically."
23
24
25
```

1                REPORTER'S CERTIFICATE
2
         This certification is valid only for
3    a transcript accompanied by my original
     signature and original required seal on this
4    page.
         I, KIM A. PRESCOTT, Certified Court
5    Reporter in and for the State of Louisiana,
     as the officer before whom this testimony
6    was taken on 6/14/19 do hereby certify that
     ALICE GINART to whom oath as administered,
7    after having been duly sworn by me upon
     authority of R.S. 37:2554, did testify as
8    hereinbefore set forth in the foregoing 8
     pages;
9        That this testimony was reported
     by me in the stenotype reporting method, was
10   prepared and transcribed by me or under my
     personal direction and supervision, and is
11   a true and correct transcript to the best
     of my ability and understand; that the
12   transcript format guidelines required by
     statute or by rules of the board;
13       That the transcript has been prepared in
     compliance with transcript format guidelines
14   required by statute or by rules of the Board
     and that I am informed about the complete
15   arrangement, financial or otherwise, with the
     person or entity making arrangements for
16   deposition services;
         That I have acted in compliance with the
17   prohibition on contractual relationships, as
     defined by Code of Civil Procedure Article
18   1434 and in rules and advisory opinions of
     the Board;
19       That I have no actual knowledge of any
     prohibited employment or contractual
20   relationship, direct or indirect, between a
     court reporting firm and any party litigant
21   in this matter.  I am not related to counsel
     or to the parties herein, nor am I otherwise
22   interested in the outcome of this matter.
23
24                    _____
                          KIM A. PRESCOTT,
25                    Certified Court Reporter


                VINCENT P. BORRELLO, JR. & ASSOCIATES
                          (504) 391-9878