UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

   **NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment on the Claims Asserted by Michael Ginart and Alice Ginart:

   1.   The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047. R. Doc. 18181.

   2.   The Complaint was amended multiple times to amend the parties and claims.

   3.   Following the Complaint, certain plaintiffs intervened.

   4.   The Fifth Amended Complaint is the operative complaint in this matter.

   5.   In conducting discovery in this MDL and in the Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full

1

and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. Michael and Alice Ginart completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.[1]

7. Michael Ginart is a plaintiff listed in the Bennett Complaint, filed November 13, 2014,[2] and Alice Ginart is listed as a plaintiff in Plaintiff's Second Motion to Intervene, filed October 7, 2019.[3] The Ginarts have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese-manufactured drywall installed in the property located at 2104 Olivia Street, Meraux, LA 70075 (the "Property").

8. Dobson Homes, Inc. was the contractor that the Ginarts used to construct and later renovate the Property.[4]

9. Dobson Homes, Inc. was a party to the InEx settlement (as an additional releasee), and the Property address is listed as a recipient of the notice that was sent pursuant to the InEx settlement notice program in 2012.[5]

10. Actual notice of the Chinese drywall was directly sent to the Ginarts at their home as part of the InEx settlement notice program in 2012.

11. The actual notice date can be pinpointed to have occurred before the final fairness hearing, which occurred on November 13, 2012.

---

[1] *See* Exhibit A.
[2] R. Doc. 14-02204.
[3] R. Doc. 22334.
[4] Exhibit B, Deposition of Michael Ginart at 104:12-21.
[5] R. Doc. 8268-4 at 8 of 18; R. Doc. 14404-3 at 11.

12. Michael Ginart confirmed that the Ginarts received this notice because he testified that sometime in 2012, they received a letter with invoices attached that indicated that they had 300 sheets of possibly contaminated drywall delivered to the Property.[6]

13. Michael Ginart is an attorney who admitted he was aware of Chinese drywall before 2010 and had clients that spoke with him regarding Chinese drywall.[7]

14. Michael Ginart was deposed on June 14, 2019. Alice Ginart was deposed on June 14, 2019 and adopted Michael Ginart's testimony as her own.[8]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:     504.556.5549
Facsimile:     504.310.0275
Email:         kmiller@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

---

[6] Exhibit B, Deposition of Michael Ginart at 29:20-25; 30:1-6.
[7] *Id.* at 14:15-22, 39:3-21.
[8] Exhibit C, Deposition of Alice Ginart.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of March, 2020.

                                                        /s/ *Kerry J. Miller*
                                                        **KERRY J. MILLER**