# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Due to ongoing concerns regarding the outbreak of COVID-19,

**IT IS ORDERED** that the upcoming Monthly Status Conference, scheduled for Thursday, March 26, 2020 at 9:30 a.m. will take place exclusively via telephone. The Court will circulate dial-in information to counsel at a later date.

New Orleans, Louisiana this 12th day of March, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge