UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

OMNIBUS MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who file this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the claims asserted against them by Jason Arnold ("Arnold"), Mardechria Charles ("Charles"), Feng Hu and Simin Liu ("Hu/Liu"), Mathew and Susan Issman ("Issman"), Karen and Kerry McCann ("McCann"), Nicole and Michael Norris ("Norris"), Mark and Kimberlie Perez ("Perez"), Wayne and Kristal Province ("Province"), Estate of Veronica Rosenaur ("Rosenaur"), Chien Van Pham and Bich Nguyen ("Van Pham/Nguyen"), Xiaochun Xi and Jinjiang Wang ("Xi/Wang") (collectively "Plaintiffs") in Plaintiffs' Fifth Amended Class Action Complaint. Plaintiffs all purchased property after the alleged defective drywall was installed and did not receive an express assignment of the personal right to sue for damages. Therefore, the claims are barred under

Louisiana's subsequent purchaser doctrine. Therefore, as set forth more fully in the attached Memorandum in Support, the Motion for Summary Judgment should be granted.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.556.5549
Facsimile: 504.310.0279
Email: kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 13th day of March, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**