SHERIFF'S ACT OF SALE OF IMMOVABLES
21ST JUDICIAL DISTRICT COURT
PARISH OF LIVINGSTON          STATE OF LOUISIANA

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2006-QS9
VERSUS NO.      148612
LUCIANA BADO, THE LUCIANA BADO REVOCABLE TRUST, THE LYMAN
FAMILY TRUST AND FACUNDO MALBRAN
FACUNDO MALBRAN

WHEREAS I, Jason Ard, Sheriff & Tax Collector in and for the
Parish of Livingston, by virtue of the Writ of SEIZURE AND SALE
issued to me directed by the Honorable the Twenty-First Judicial
District Court for the Parish of Livingston.  In the above
entitled and numbered cause, ordering the sale of the property
belonging to
LUCIANA BADO
THE LUCIANA BADO REVOCABLE TRUST
THE LYMAN FAMILY TRUST
FACUNDO MALBRAN
to-wit:

One (1) certain lot or parcel of ground, together with all
the buildings and improvements thereon, and all of the
rights, ways, privileges, servitudes, appurtenances, and
advantages thereunto belonging or in anyway appertaining,
situated in the Parish of Livingston, State of Louisiana,
in that subdivision known as WESTMINISTER ESTATES, and
designated on a plat of Survey made and prepared by Lester
A. McLin, Jr., Professional Land Surveyor, dated September
15, 2004 recorded at Plat Book 52, page 132, Entry No.
561,287 of the official records of the Clerk and Recorder
for the Parish of Livingston, as LOT NUMBER 52, inclusive,
said subdivision, said lots having The size and dimensions
as shown on the plat referenced above and being subject to
such restrictions, servitudes, easements and rights of
way on file And of record with the Clerk of Court for the
Parish of Livingston.

After having given due notice to the interested parties herein
I advertised the property for sale, composed in English,
announcing the Sale to take place at Livingston, Louisiana on
WEDNESDAY, THE 16TH DAY OF SEPTEMBER, 2015 at 10:00 o'clock a.m.,
which advertisements were inserted and published in the City of
Denham Springs, to-wit: "The Denham Springs News", on
AUGUST 16, 2015 AND SEPTEMBER 13, 2015

After having further complied with all the additional
requirements I did expose the above described property for sale
according to law

WHEREUPON: JASON ARNOLD
on behalf of JASON ARNOLD,
bid the price and sum (        $137,101.32 ) DOLLARS,

JASON ARNOLD
12262 PENDARVIS LANE
WALKER, LA  70785
being the last and highest bidder for cash
the above described property was adjudicated to the said
JASON ARNOLD
12262 PENDARVIS LANE
WALKER, LA  70785
for the price and sum of (        $137,101.32)

The costs and charges amounting to        $6,156.07
as set forth in the following itemized list were paid to me by
JASON ARNOLD
and disbursed as follows, to-wit:

JASON ARD, SHERIFF------------------------------        $4,508.04
CLERK OF COURT-----------------------------------         $910.00
ADVERTISING--------------------------------------         $400.00



EXHIBIT
Arnold B

WALKER, LA 70785
for the price and sum of (          $137,101.32)

The costs and charges amounting to          $6,156.07
as set forth in the following itemized list were paid to me by
JASON ARNOLD
and disbursed as follows, to-wit:

```
JASON ARD, SHERIFF-----------------------------    $4,508.04
CLERK OF COURT----------------------------------      $910.00
ADVERTISING-------------------------------------      $400.00
APPRAISER---------------------------------------      $125.00
East Baton Rouge SHERIFF -----------------------       $30.08
OTHER COSTS-------------------------------------      $182.95
```

Which amounts were paid to the proper parties.  The balance or
the sum of          $130,945.25, I paid to
LAWRENCE R. ANDERSON JR , Attorney for the Plaintiff.

The Clerk of Court is hereby ordered to cancel and erase from the
records of his office all mortgages, liens and judgments
insofar as they affect the property described herein AND NO
MORE.  The bid was not sufficient to cover the amount of the
Writ and I hereby close this "PROCESS VERBAL", credit this writ
with          $137,101.32,  make this my return and return this writ
UNSATISFIED on this day of 17TH DAY OF SEPTEMBER, 2015.


Jason Ard, Sheriff                    DEPUTY SHERIFF
Parish of Livingston
State of Louisiana

SHERIFF'S RETURN
TWENTY-FIRST JUDICIAL DISTRICT COURT OF LOUISIANA
PARISH OF LIVINGSTON        STATE OF LOUISIANA

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2006-QS9
VERSUS NO.      148612
LUCIANA BADO, THE LUCIANA BADO REVOCABLE TRUST, THE LYMAN
FAMILY TRUST AND FACUNDO MALBRAN
FACUNDO MALBRAN

BE IT KNOWN AND REMEMBERED, That I, Jason Ard, Sheriff & Tax
Collector in and for the Parish of Livingston, State of
Louisiana, under and by virtue of the Writ of SEIZURE AND SALE
issued out of the Twenty-First Judicial District Court, Parish of
Livingston, State of Louisiana, bearing date of JUNE 25, 2015
commanding me to seize and sell certain IMMOVABLE property
belonging to:
LUCIANA BADO
THE LUCIANA BADO REVOCABLE TRUST
THE LYMAN FAMILY TRUST
FACUNDO MALBRAN

I did on JULY 28, 2015 , seize and take into my official
custody the property described herein and did advertise the same
in the "DENHAM SPRINGS NEWS", The official Journal, a newspaper
published in the City of Denham Springs, said Parish and State
for a period of  30 days.  Published AUGUST 16, 2015
AND SEPTEMBER 13, 2015 according to law to sell on

WEDNESDAY, THE 16TH DAY OF SEPTEMBER, 2015

at 10:00 o'clock a.m.,

One (1) certain lot or parcel of ground, together with all
the buildings and improvements thereon, and all of the
rights, ways, privileges, servitudes, appurtenances, and
advantages thereunto belonging or in anyway appertaining,
situated in the Parish of Livingston, State of Louisiana,
in that subdivision known as WESTMINISTER ESTATES, and
designated on a plat of Survey made and prepared by Lester
A. McLin, Jr., Professional Land Surveyor, dated September
15, 2004 recorded at Plat Book 52, page 132, Entry No.
561,287 of the official records of the Clerk and Recorder
for the Parish of Livingston, as LOT NUMBER 52, inclusive,
said subdivision, said lots having The size and dimensions
as shown on the plat referenced above and being subject to
such restrictions, servitudes, easements and rights of
way on file And of record with the Clerk of Court for the
Parish of Livingston.

After having given due notice to the interested parties, I
advertised the property for sale by advertisement composed in
English, announcing the Sale to take place at Livingston,
Louisiana.  At the hour of 10:00 o'clock a.m., At which time I
repaired to the principal front door of the Courthouse and after
complying with all the requisites of the law, by first reading
the Writ of SEIZURE AND SALE, the Advertisement in the
newspaper, the appraisement of the property, and the
Certificate of Mortgage, I then exposed the above described
property for sale.

After crying the same for some length of time,
JASON ARNOLD
on behalf of JASON ARNOLD,
bid the price and sum (        $137,101.32 ) DOLLARS,

JASON ARNOLD
12262 PENDARVIS LANE
WALKER, LA  70785
being the last and highest bidder for cash
the above described property was adjudicated to the said
JASON ARNOLD
12262 PENDARVIS LANE

```
APPRAISER----------------------------------------        $125.00
East Baton Rouge SHERIFF -----------------------         $30.08
OTHER COSTS-------------------------------------         $182.95
```

Which amounts were paid to the proper parties.  The balance or
the sum of        $130,945.25, I paid to
LAWRENCE R. ANDERSON JR , Attorney for the Plaintiff.

The Clerk of Court is hereby ordered to cancel and erase from the
records of his office all mortgages, liens and judgments
insofar as they affect the property described herein AND NO MORE.
NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That I, the said
Sheriff in consideration of the premises and by virtue of the
laws of the State of Louisiana, in such cases made and provided
do sell and transfer the above described property to the said:

JASON ARNOLD
including all the rights and title which the said:
LUCIANA BADO
THE LUCIANA BADO REVOCABLE TRUST
THE LYMAN FAMILY TRUST
FACUNDO MALBRAN
has in and to the said property to have and to hold the same to
the said:

JASON ARNOLD
it heirs and assigns forever.

IN WITNESS WHEREOF, I have hereto signed my name at Livingston,
Louisiana on SEPTEMBER 17, 2015.

_____
Jason Ard, Sheriff
Parish of Livingston
State of Louisiana