STATE OF LOUISIANA                                            # 14470
PARISH OF ST. JOHN THE BAPTIST

### *ACT OF CASH SALE*

BE IT KNOWN, that on **June 18th, 2007** before me, SHEILA BONNETTE, Notary Public, duly commissioned and qualified, and in the presence of the undersigned witnesses, personally came and appeared:

**ROY A MADERE, JR., Tax Identification Number XXX-XX-1278, and REGINA ANN MORALES MADERE, Tax Identification Number XXX-XX-3019,** both persons of the full age of majority who declared unto me, Notary, that the said Roy A Madere, Jr. has been married twice; first to Sandra Quinn from whom he divorced in 1993, in the Parish of Jefferson, State of Louisiana, and secondly to Regina Ann Morales Madere with whom he is presently living and residing; the said Regina Ann Morales Madere is represented herein by Roy A. Madere, Jr. as her duly appointed and constituted Mandate, duly authorized by virtue of a Mandate an original of which is annexed hereto and made a part hereof, and here the said Agent declared unto me, Notary that his Principal is alive and said procuration has not been revoked, and further declared that she has been married twice first to Lynn Roy Brehem from whom she divorced in 1995, in the Parish of Jefferson, State of Louisiana, and secondly to Roy A. Madere, Jr., with whom she is presently living and residing; whose present mailing address is **716 WILLIAMS BLVD, KENNER, LA 70062** hereafter referred to as **"SELLER"**;

who declared that for the price of **One Hundred Eighty-Seven Thousand and 00/100, ($187,000.00) DOLLARS** cash, receipt of which is acknowledged, SELLER hereby sells and delivers with full warranty of title and subrogation to all rights and actions of warranty SELLER may have, unto:

**MARDECHRIA LEE CHARLES, Tax Identification Number XXX-XX-7321,** a person of the full age of majority who declared unto me, Notary, that she is single and has never been married; whose present mailing address is **116 DUFRESNE DRIVE, WALLACE, LA 70049** hereafter referred to as **"PURCHASER"**;

the following described property, with all its component parts, including all rights, ways, privileges, servitudes and appurtenances thereto belonging, the possession of which PURCHASER acknowledges:

One certain parcel of ground, situated in Wallace, Parish of St. John the Baptist, Louisiana, T-12-S, R-18-E, Sections 27 and 53, being further identified as Lot A 9 of Sugar Lane Estates, Phase 1, as shown on plan of resubdivision prepared by Riverlands Surveying Company, dated September 29, 2005, approved by St. John Parish Council as per Ordinance Number 05-58, dated October 13, 2005, recorded at Entry 26040, Map Number 695, said subdivision being a portion of that property formerly identified as a portion of Lots I, O, and P of Lower Lacaze Plantation, identified on plan of survey prepared by S.K. Landry, dated November 6, 1969.

Said Lot A 9 is further identified as having a frontage of 80.00 feet along Dufresne Drive, by a depth along the sideline of Lot A 11 of 123.38 feet, a depth along the sideline of Lot A 8 of 123.97 feet, and a width in the rear of 80.00 feet.

**Municipal address of the above described property is 116 DUFRESNE DRIVE, WALLACE, LA 70049**

This sale is made subject to and except the following:

1. Extant and subsisting subsurface mineral rights, if any, of whatever nature.
2. Taxes for the year 2007 and all subsequent years not yet due and payable.
3. Any and all restrictive covenants, reservations, easements, conditions, rights and servitudes contained in the public records.
4. Any lien, or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.
5. Roads, ways, streams, or easements, or claims of easements, if any, not shown by the public records, riparian rights and the title to any filled-in lands.
6. Loss or damage arising from failure to produce a certified copy of a valid divorce decree between parties and any community interest in the property in the event the parties are not validly divorced.
7. Taxes or special assessments which are not shown as existing liens by the public records.
8. Any minerals or mineral rights leased, granted or retained by current or prior owners.
9. Oil, Gas, and Mineral Lease in favor of Basin Properties, Inc., dated November 23, 2004, recorded at Entry 252157, records of St. John the Baptist Parish.
10. Agreement by and between Sugar Lane Estates and Entergy Louisiana, Inc., recorded at Entry 259843, records of St. John the Baptist Parish.
11. Rules and Regulations imposed by Sugar Lane Estates Homeowner's Association, duly recorded in the records of St. John the Baptist Parish, and its By-Laws.
12. Rules and Regulations imposed by Declaration of Covenants, Conditions, & Restrictions for Sugar Lane Estates, L.L.C., which are duly recorded at Entry 26040, records of St. John the Baptist Parish.
13. Conditions and stipulations imposed by that certain Act of Predial Servitude by Sugar Lane Estates, L.L.C., and William Patrick Roger, Ralph Roger, Elizabeth Roger, Marie Roger Foreman, and Patricia Roger Zeringue, granting predial servitude on, over, and across a 35 foot strip of land formerly identified as "The Farm Road", which is recorded at Entry 259510, records of St. John the Baptist Parish.
14. All servitudes shown on plan of resubdivision referenced herein, to include, but not limited to, a 12 foot utility servitude along the front of each property, a 25 foot minimum setback line along the front of each property, and various other setbacks and utility servitudes as imposed by St. John the Baptist Parish and resubdivision plan referenced herein.

. . . but omitting any covenants or restrictions, if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

The parties hereto declare that they do not hereby intend, by the execution of these presents, to interrupt, or suspend, the running of any prescription or preemption which has run or may run in connection with the foregoing, nor do the parties



EXHIBIT Charles B

EXHIBIT 4

intend to revive, establish or initiate any one or more of the foregoing which may not now or hereafter be binding upon the property and/or the parties hereto.

The Certificate of Mortgage as required by Article 3364 of the Revised Civil Code of Louisiana is hereby dispensed with by the consent of the parties hereto, and I, Notary, am relieved and released from any and all liability and responsibility in connection therewith.

Purchaser herein assumes all responsibility and liability in connection with reading and reviewing any and all Declarations, Restrictions, and/or Covenants of record before this transfer and do waive and release me, Notary, from any and all liability and responsibility in connection therewith.

All parties to this transaction have waived the production of any environmental studies and assessments, wetlands determinations, and a current survey which would show actual dimensions, servitudes, rights of way, encroachments, and other adverse matters which may affect title, and do hereby release the undersigned Notary Public, and Choice Title, Inc., from any responsibility or liability incurred from the non-production thereof.

Taxes for the current year will be assumed by Purchaser. The tax bill should be mailed to the Purchaser at 116 DUFRESNE DRIVE, WALLACE, LA 70049.

Purchaser hereby acknowledges and confirms the existence of that certain Act of Predial Servitude by Sugar Lane Estates, L.L.C., and William Patrick Roger, Ralph Roger, Elizabeth Roger, Marie Roger Foreman, and Patricia Roger Zeringue, granting predial servitude on, over, and across a 35 foot strip of land formerly identified as "The Farm Road", which is recorded at Entry 259510, records of St. John the Baptist Parish and does hereby relieve and release Choice Title and undersigned Notary from any and all responsibility with regard to production of a current survey and specific location of said servitude.

All parties signing the within instrument have declared themselves to be of full legal capacity and have declared that the name, marital status, domicile and address of each is correct as set forth above.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER, PURCHASER's heirs and assigns shall have and hold the described property in full ownership forever.

In accordance with La. R.S. 37:1469, as amended, all parties are hereby notified, and all acknowledge, that there is a statewide data base available to them listing those individuals required to register under La. R.S. 15:540 (certain sex offenders) and providing their locations and other information. The telephone number of this database is 1-800-858-0551 and its internet address is www.lasocpr.lsp.org/socpr.

THUS DONE AND PASSED at LaPlace, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

_[signature]_
_[signature]_ E.F. Ruby

_[signature]_ Shantell Narcisse

REGINA ANN MORALES MADERE
_[signature]_
BY: ROY A MADERE, JR., INDIVIDUALLY
& AS AGENT & ATTORNEY IN FACT

_[signature]_
MARDECHRIA LEE CHARLES

_[signature]_
SHEILA BONNETTE, *NOTARY PUBLIC*
*IDENTIFICATION # 47546*

SHEILA BONNETTE
1703 CHANTILLY DRIVE
LAPLACE, LA 70068
NOTARY # 47546
COMMISSIONED FOR LIFE
ST. JOHN THE BAPTIST PARISH