AJ TITLE COMPANY, INC.
111 N. Causeway Boulevard, Suite 201
Mandeville, Louisiana 70448
(985) 624-9111
File Number: 060667M
Current Assessment Number: 104-002-4414 (BULK)

# CASH SALE

SALE OF PROPERTY

BY
SCOTT DESIGNER HOMES, INC.

TO
MATTHEW L. ISSMAN and
SUSAN A. ISSMAN

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BE IT KNOWN THAT on 08/15/06

Before me, **JUDY ANN ST. ROMAIN** Notary Public in and for St. Tammany Parish, Louisiana, duly qualified, and in the presence of witnesses hereinafter named and undersigned,

## PERSONALLY CAME AND APPEARED

**Scott Designer Homes, Inc.**, a Louisiana corporation duly formed under the laws of the State of Louisiana, authorized to do and doing business in the State of Louisiana, represented herein by **Scott T. Fanning, its President**, duly authorized by virtue of a Resolution of its Board of Directors, an original of which is filed for registry in the official records of the office of the Clerk of Court for the Parish of St. Tammany, State of Louisiana.

**Tax Identification Number: XX-XXX0220**
**Mailing Address: 67070 DOLAN STREET, MANDEVILLE, LOUISIANA 70471**

("Vendor")

Who declare that Vendor does by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver with full warranty of title and all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which Vendor has or may have against all preceding owners and vendors, unto

**MATTHEW L. ISSMAN and SUSAN A. ISSMAN**, husband and wife, both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that Matthew L. Issman has been married twice; first to Debbie Schrumps from whom he was divorced and second to Susan A. Issman, with whom he is presently living and residing; Susan A. Issman, declared that she has been married but once and then to Matthew L. Issman, with whom she is presently living and resding.
**Social Security Numbers: HIS: XXX-XX-4469 <> HER: XXX-XX-4936**
**Mailing Address: 669 TIMBERWOOD LOOP, MADISONVILLE, LOUISIANA 70447**

("Purchaser")

herein present, accepting and purchasing for their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to wit:

**EXHIBIT Issman B**

St. Tammany Parish 1814
Instrmnt #: 1570695
Registry #: 1638985 EEM
8/16/2006 10:44:00 AM
MB   CB X MI    UCC

ONE CERTAIN LOT OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining situated in the State of Louisiana, Parish of St. Tammany, in that area known as TIMBERLANE SUBDIVISION, PHASE II; and in accordance with the Plan of Subdivision by Kelly J. McHugh & Associates, Inc., filed for record as Map File No. 4026 in the official records of the Clerk of Court for the Parish of St. Tammany, Louisiana. Said lot is designated as LOT NO. 105, and has the same location and dimensions as shown therein, and is more fully described as follows, to-wit:

LOT 105, TIMBERLANE SUBDIVISION, PHASE II, ST. TAMMANY PARISH, LOUISIANA.

All as more fully shown on the survey by Wilson-Pope, Inc., dated October 17, 2005, as Job No. 11351.

The improvements thereon bear the municipal number: **669 Timberwood Loop, Madisonville, Louisiana 70447.**

Being the same property acquired by Scott Designer Homes Inc., from Tchefuncta Trace South, L.L.C. in an act dated October 19, 2005, and filed for registry in the official records of the office of the Clerk of Court for the Parish of St. Tammany, Louisiana as Conveyance Instrument Number: 1519698.

THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:

Restrictions, servitudes, reservations as may appear in the chain of title.

Restrictive covenants, servitudes, setbacks as reflected on the Plan of Subdivision.

Deed restrictions and covenants established by an act dated September 21, 2005, registered in CIN: 1515730.

Right of way in favor of Entergy of Louisiana, Inc. for 10 feet across the front of said lot dated February 11, 2005, registered in CIN: 1480421.

To have and to hold the above described property unto the said Purchasers, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **THREE HUNDRED FORTY-TWO THOUSAND DOLLARS AND NO/100THS**** ($342,000.00),** which the said Purchaser has well and truly paid, in ready and current money to the said Vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefore.

All State and city taxes up to and including the tax due and eligible in 2005 are paid as per tax research certificates. Taxes for the year 2006 and all subsequent years are the responsibility of the purchaser(s) after pro-ration.

The parties to this act hereby voluntarily waive the production and attachment of any and all research certificates required by law, statute or customarily obtained, including, Conveyance, Mortgage, Tax Research, Tax Sale, and Local Improvement Lien certificates. Pursuant to this waiver, the parties hereby indemnify and hold harmless the undersigned Notary Public, from any penalty, liability or responsibility whatsoever in connection with or resulting form this waiver of certificates.

Vendor represented and warrants that no other sale or grant of interest in said property has been, or will be made by Vendor, and that said property is not, and will not, become subject to any lien or encumbrance by act of omission by Vendor, or claim against Vendor.

**Thus Done and Passed** in duplicate original, in the aforesaid state and parish on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names together with the said appearers, and me, Notary, after due reading of the whole.

_____ -Witness
Laura Basey
(Printed Name of Witness)

_____ -Witness
Gabriel Cassagne
(Printed Name of Witness)

SCOTT DESIGNER HOMES, INC.   -Vendor
By: Scott Fanning — President

MATTHEW L. ISSMAN   - Purchaser

SUSAN A. ISSMAN   - Purchaser

JUDY ANN ST. ROMAIN   Notary Public
Notary Identification Number: 42211
My commission expires: With Life