
*certify*

**CASH SALE**

Sale of Property

by:

Shadowland Home Builders, L.L.C.

to:

Karen Bouanchaud McCann and Kerry L. McCann

*United States of America*
*State of Louisiana*
*Parish of St. Tammany*

BE IT KNOWN, That on this 2nd day of August, 2006,

BEFORE ME, Kenneth S. Moran a notary public, duly commissioned and qualified, in and for the Parish of St. Tammany and in the presence of the witnesses hereinafter named and undersigned:

*Personally Came and Appeared.*

Shadowland Home Builders, L.L.C. (S.S. # XXX-XX-9729), a limited liability company organized under the laws of the State of Louisiana, whose Articles of Organization are recorded in the office of the Louisiana Secretary of State, said company being domiciled in St. Tammany Parish, Louisiana, herein appearing by and through its duly authorized member(s), authorized by virtue of that certificate of authority, dated August 2, 2006, original of which is annexed hereto and made a part hereof.

MAILING ADDRESS: P. O. Box 1193, Mandeville, Louisiana 70470

Who declare that they do by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto,

Karen Bouanchaud McCann (S.S.# XXX-XX-6657) and husband Kerry L. McCann (S.S.# XXX-XX-1293), both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that they have been married but once and then to each other and that they are presently living and residing together.

MAILING ADDRESS: 73244 Penn Mill Road, Covington, Louisiana 70435

here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

"Description of Property"

A CERTAIN PIECE OR PORTION OF GROUND, together with al the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto

Stewart Title of Louisiana
Mandeville Office
543 N. Causeway Blvd.
Mandeville, Louisiana 70471
985-727-2700
www.stewartla.com
file no. 20061709
not'l sec: Nancy Donaldson
(rev'd 12/10/03-jd)

St. Tammany Parish 1540
Instrmnt #: 1569242
Registry #: 1636580 LCM
08/08/2006 10:11:00 AM
MB   CB X MI   UCC


EXHIBIT McCann B

STATE OF LOUISIANA PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and
correct copy of the original as recorded at
instrument # 1569242 of the original
records. Given under my hand and seal of office
this the 8 day of August, 2006

Robin C. Lockbee
Dy. Clerk and Ex-Officio Recorder

belonging or in anywise appertaining, situated in the Parish of St. Tammany, State of Louisiana, being located in SECTION 25, TOWNSHIP 6 SOUTH, RANGE 10 EAST, ST. TAMMANY PARISH, LOUISIANA, as per survey by John E. Bonneau & Associates, inc. dated November 8, 1991 and more particularly described as follows, to-wit:

Commencing at a point described as being North 89 degrees 53 minutes 37 seconds West, a distance of 205.95 feet; thence South 30 degrees 31 minutes 58 seconds West 785.08 feet from the Northeast corner of Section 25, Township 6 South, Range 10East, being the POINT OF BEGINNING.

From the POINT OF BEGINNING, thence South 30 degrees 31 minutes 58 seconds West, 300 feet; thence North 59 degrees 29 minutes 04 seconds West 100 feet; thence North 30 degrees 31 minutes 58 seconds East 300 feet; thence South 59 degrees 29 minutes 04 seconds East, a distance of 100.0 feet to the POINT OF BEGINNING. Said tract contains .6887 acres more or less. All as more fully shown on a survey by Wilson-Pope, Inc. dated July 8, 2005.

Being the same property acquired from Linda Morgan Brown by act before Paul J. Mayronne, Notary Public dated July 28, 2005 and registered in INST. 1508994 of the records of St. Tammany Parish.

PURCHASER(s) herein declared that all future notices of ad valorem tax bills and special assessments for the above-described property presently for the tax year of 2005 bearing Tax Assessment No. 1071408698 are to be forwarded to:
Karen Bouanchaud McCann
Kerry L. McCann

MAILING ADDRESS: 73244 Penn Mill Road, Covington, and Louisiana 70435

THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:

Any and all rights of access in favor of the public to that part of caption that comprises Penn Mill Road.

Any and all restrictions, servitudes, easements, rights of way, mineral reservations and/or mineral leases as per the chain of title.

THE PARTIES HERETO TAKE COGNIZANCE THAT NO SURVEY ON THE HEREIN DESCRIBED PROPERTY IN CONNECTION WITH THE ACT OF SALE HAS BEEN MADE NOR HAS ONE BEEN PRODUCED OR ATTACHED AND THE PARTIES DO HEREBY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY, RESPONSIBILITY OR DAMAGE INCLUDING COURT COSTS AND ATTORNEYS' FEES IN CONNECTION HEREWITH.

To have and to hold the above described property unto the said purchaser(s) themselves heirs and assigns forever.

Stewart Title of Louisiana
Mandeville Office
543 N. Causeway Blvd.
Mandeville, Louisiana 70471
985-727-2700
www.stewartla.com
file no. 20061709
not'l sec: Nancy Donaldson
(rev'd 12/10/03-jd)

## CERTIFICATE OF AUTHORITY
## OF
## Shadowland Home Builders, L.L.C.

At a meeting of the Members of Shadowland Home Builders, L.L.C., held this 1st day of August, 2006 at its domicile, after due notice, with all members present and voting, the following authorizations were adopted unanimously:

**BE IT RESOLVED**, that **Gregg Brauwn**, be and he is hereby authorized and empowered for and on behalf of this Limited Liability Company to purchase and/or sell real estate on terms and conditions as she deems beneficial to the Limited Liability Company, and further he is hereby authorized and empowered for and on behalf of this Limited Liability Company to borrow any sums of money from any person, firm or Limited Liability Company willing to lend same, and/or arrange for the extension or renewal of any indebtedness due by this Limited Liability Company, and/or utilize the assets of this Limited Liability Company as security to induce any creditor of this Limited Liability Company not to call any demand notes of this Limited Liability Company. In order to accomplish such purposes and for any other purposes, the said agent is hereby authorized and empowered to enter into agreements to purchase, agreements to sell, acts of sale, including but not limited to cash sales, credit sales, sales with mortgages, and further authorized to execute and endorse on behalf of the Limited Liability Company any note or notes payable at such time and bearing such interest, and containing such terms and conditions and provisions, as in his absolute discretion may deem necessary and advisable, and to execute building contracts, condominium declarations, together with any necessary accompanying documents, partial releases, affidavits of completion, and any and all other necessary documents requisite to the construction of buildings of any nature as in his absolute discretion he may deem necessary and advisable.

**BE IT FURTHER RESOLVED**, that in order to secure the note or notes referred to hereinabove, the said agent is hereby authorized and empowered to appear before any Notary Public and execute an act of mortgage, or an act of collateral mortgage in such form and containing such terms and conditions as he in his absolute discretion may deem necessary and advisable, including without limitation of a waiver of appraisement, pact de non alienando, confession of judgment and the usual Louisiana security clauses, bearing against any properties standing of record in the name of the Limited Liability Company located in the Parish of Jefferson, State of Louisiana, and elsewhere.

BE IT FURTHER RESOLVED, that the said, **Gregg Brauwn**, be and they are hereby further authorized and empowered to execute any and all notes, documents or other instruments in writing, and to pledge, pawn and hypothecate such note or notes or any notes secured by mortgage or collateral mortgage to secure any other note executed for and on behalf of this Limited Liability Company to obtain such loans, to pledge, pawn, and hypothecate, any and all other securities belonging to this Limited Liability Company as in his absolute discretion may be deemed necessary and advisable and which may be required by any person, firm or Limited Liability Company as security for any indebtedness so created by said agent in accordance herewith, or prior existing indebtedness of this Limited Liability Company.

**BE IT FURTHER RESOLVED**, that said agent be and he is hereby authorized and empowered for and on behalf of this Limited Liability Company to sell any property standing in the name of this Limited Liability Company for such sums, whether cash or credit, which the said agent is his absolute discretion shall deem necessary or advisable. Said agent is further authorized and empowered to appear before any Notary Public and execute any acts of sale conveying with full warranty the Limited Liability Company's interest in and to any property owned by the Limited Liability Company, or to enter into any act of correction of any act of sale, mortgage, option, agreement, or any other document on behalf of this Limited Liability Company.

**BE IT FURTHER RESOLVED**, that **Gregg Brauwn** be and he is hereby authorized and empowered to execute on behalf of the Limited Liability Company construction loan agreements providing for interim financing for the purchase of property and /or construction of houses and/or other improvements, containing such terms and conditions as said agent, in his absolute discretion deems necessary and advisable.

**BE IT FURTHER RESOLVED**, that **Gregg Brauwn** be and he is hereby authorized and empowered to execute on behalf of this Limited Liability Company any and all other instruments and/or documents necessary in order to carry out the purposes of this authorization as in his absolute discretion he may deem necessary and advisable.

### CERTIFICATE

I/WE, the undersigned Member(s) of this Limited Liability Company, do hereby certify that the above and foregoing authorization is true and correct copy of the authorization of the **Shadowland Home Builders, L.L.C.**, its domicile, all board members voting unanimously in favor thereof, which is in full force and effect, and has not been revoked or rescinded, so certified the same date as the meeting, this _____ day of August, 2006

_Gregg Brauwn LLC_
Gregg Brauwn, Manager

This sale is made and accepted for and in consideration of the price and sum of **One Hundred Eighty Nine Thousand dollars and Zero cents ($189,000.00)** which the said purchaser(s) have well and truly paid, in ready and current money to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefore.

All State and City taxes up to and including the taxes due and exigible for the current tax year are paid as per a research of the tax rolls for the year 2005.

By reference to the research of the Registrar of Conveyances and Recorder of Mortgages records in and for the Parish of St. Tammany, it does not appear that said property has been heretofore alienated by the Vendor or that it is subject to any encumbrances whatever, except: NONE

The parties to this act take cognizance of the fact that no mortgage, conveyance, paving, sewerage and water lien ordinance research or tax sale certificates in connection with this act of sale have been made, nor were any produced or attached and the parties do hereby relieve and release me, Notary, from any and all liability, responsibility or damage including court costs and attorneys' fees in connection therewith.

*Thus Done and Passed,* in my office in St. Tammany Parish, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

WITNESSES:

_____
(witness signature)

Robyn Melville
(type/print name of witness)

_____
(witness signature)

Gayle Betz
(type/print name of witness)

SELLER(S):

_____ LLC
Shadowland Home Builders, L.L.C.,
By Gregg Brauwn, Manager

PURCHASER(S):

_____
Karen Bouanchaud McCann

_____
Kerry L. McCann

_____
Kenneth S. Moran
NOTARY PUBLIC
Bar/Notary No.: 25801

Stewart Title of Louisiana
Mandeville Office
543 N. Causeway Blvd.
Mandeville, Louisiana 70471
985-727-2700
www.stewartla.com
file no. 20061709
not'l sec: Nancy Donaldson
(rev'd 12/10/03-jd)