| | |
|---|---|
| UNITED STATES OF AMERICA | STATE OF LOUISIANA |
| CASH SALE | PARISH OF ST. TAMMANY |

BE IT KNOWN, That on **December 28, 2006**, before me, the undersigned Notary Public in and for the Parish and State aforesaid, and in the presence of the undersigned competent witnesses, PERSONALLY CAME AND APPEARED:

**SUNRISE CONSTRUCTION AND DEVELOPMENT L.L.C.**, a Louisiana Limited Liability Company organized under the laws of the State of Louisiana, successor in interest to Sunrise Construction and Development Corporation by merger effective December 31, 2003, represented herein by PATRICK J. BERRIGAN, OR MELISSA MARTINEZ, AGENTS, duly authorized by virtue of a Certificate of Authority dated October 3, 2006, recorded October 23, 2006 at Instrument No. 1585703 in the office of the Clerk of Court for St. Tammany Parish, Louisiana; its mailing address is declared to be 62250 West End Boulevard, Slidell, Louisiana, 70461; its Tax Id No. is 72-1257264,

who declared that it does by these presents, grant, bargain, sell, assign, convey, transfer, set-over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all rights and actions of warranty which seller has or may have against all preceding owners and vendors unto

**MARK VICTOR PEREZ AND KIMBERLIE HARRINGTON PEREZ**, husband and wife, both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, under oath that they have been married but once and then to each other, with whom they are presently living and residing.

**Mailing address: 3036 Whitty Drive, Slidell, Louisiana 70461**
**Social Security Numbers:   His XXX-XX-0357 Hers XXX-XX-9871**

here present, accepting and purchasing for himself, his heirs and assigns, and acknowledging delivery and possession thereof, the following described property, to-wit:

THAT CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, means, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Tammany, State of Louisiana, in that development known as **RIVER OAKS SUBDIVISION, ADDITION 10-B2**, and more fully described as follows, to wit:

**LOT 33, SQUARE A, RIVER OAKS SUBDIVISION, ADDITION 10-B2, ST. TAMMANY PARISH, LOUISIANA.**

Improvements thereon bear the Municipal No. **3036 Whitty Drive, Slidell, Louisiana 70461.**

Being a portion of the property acquired by Sunrise Construction and Development Corporation from Pearl Development Corporation by act before D. Rex English, Notary Public, dated October 10, 2001, and recorded October 15, 2001 at CIN 1269855 in the official records of St. Tammany Parish, Louisiana.

Further acquired by Merger of Sunrise Construction and Development Corporation into Sunrise Construction and Development, L.L.C., dated effective December 31, 2003, recorded January 16, 2004, at CIN 1412106.

THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:

Servitudes of drainage and passage granted by O. M. Pollard, Jr. et al, in favor of Clover Construction Corporation, dated April 18, 1978, recorded at COB 870, folio 629.

Act of Dedication of Survey Lane from Pearl Development Corporation to the Parish of St. Tammany, Louisiana, dated May 5, 1999, recorded at CIN 1154519.

Any and all matters set forth on Plan of Subdivision, Map File No. 2769, and Affidavit of Correction thereto dated March 3, 2003, recorded at CIN 1351922.

EXHIBIT Perez B