East Baton Rouge Parish Clerk of Court Orig/Bndl 477/11924   Page 1 of 1



ORIG 477   BNDL 11924

## CASH SALE

File # 07-0156

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BE IT KNOWN, that on this 15th day of February, 2007;

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified within and for the above Parish and State, and in the presence of the undersigned competent witnesses, personally came and appeared as Seller:

HOLLOWAY HOMES, L.L.C., a Louisiana limited liability company, represented herein by Brett Holloway, its Manager, duly authorized pursuant to Authorization of record in Original 626, Bundle 11607, official records of East Baton Rouge Parish, Louisiana; whose permanent mailing address is declared to be P.O. Box 582, Madisonville, LA 70447;

who declared that for the price of **THREE HUNDRED EIGHTY-SIX THOUSAND NINE HUNDRED AND 00/100 ($386,900.00) DOLLARS**, cash in hand paid, receipt of which is hereby acknowledged, Seller does hereby sell and deliver, with full warranty of title and subrogation to all rights and actions of warranty Seller may have unto Buyers:

CHIEN PHAM and BICH NGUYEN, both residents of lawful age of majority of East Baton Rouge Parish, Louisiana, who declared that they are married to and living with each other in said Parish and State; whose permanent mailing address is declared to be 9549 Homestead Drive, Baton Rouge, LA 70817;

who acknowledge delivery and possession of the following described property:

One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of East Baton Rouge, State of Louisiana, in that subdivision known as **THE HOMESTEAD AT OLD JEFFERSON**, and designated on the official plan thereof, on file and of record in the office of the Clerk and Recorder of the Parish of East Baton Rouge, State of Louisiana, as **LOT NUMBER FORTY-SIX (46)**, said subdivision, said lot having such measurements and dimensions and being subject to such servitudes and restrictions as are more particularly shown on said map.

The said property is sold, conveyed and accepted subject to any and all valid restrictions, servitudes, mineral conveyances and/or reservations of record affecting same, if any.

To have and to hold said property unto Buyers, Buyers' heirs, successors and assigns, forever.

All parties signing the within instrument, either as parties or as witnesses, have declared themselves to be of full legal capacity.

All agreements and stipulations, and all of the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties.

The production of mortgage, conveyance and/or tax certificates are dispensed with by the parties hereto. All taxes assessed against the property herein conveyed have been prorated as of the date of sale.

THUS DONE AND SIGNED at my office in the City of Baton Rouge, State of Louisiana, on the date first hereinabove written, in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES:

Printed Name: CAROLYN B JONES

Printed Name: Stacy Clegg

HOLLOWAY HOMES, L.L.C.
By: Brett Holloway, Manager

Chien Pham

Bich Nguyen

Notary Public

AMY ORTIS MARTINEZ
BAR ROLL #24857
NOTARY ID #55285
COMMISSIONED FOR LIFE

ORIG 477   BNDL 11924
FILED AND RECORDED
EAST BATON ROUGE PARISH, LA.
2007 FEB 16   PM 03:49:04
FTL BK   FOLIO
DOUG WELBORN
CLERK OF COURT & RECORDER
CERTIFIED TRUE COPY
BY _____
DEPUTY CLERK & RECORDER

EXHIBIT
Nguyen B