Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Elizabeth Bennett, et al versus Gebr. Knauf, et al | JUDGE ELDON FALLON<br><br>MAGISTRATE: JOSEPH WILKINSON, JR. |

Case No. 14-cv-2722

      Deposition of Wayne Province, 82428 Elvis Taylor Road, Bush, Louisiana, 70431, taken in the offices of FISHMAN HAYGOOD, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, 70170, on Monday, December 23, 2019.

REPORTED BY:

        EVE S. KAZIK
        REGISTERED MERIT REPORTER
        CERTIFIED COURT REPORTER
        CERTIFIED REPORTING INSTRUCTOR

EXHIBIT Province B

1      Q.   How much did you pay for the property?

2      A.   171,000.

3      Q.   And you had purchased this property from a
4  builder?

5      A.   Correct.

6      Q.   Is it Bruhl?

7      A.   Bruhl Road Builders.  Yes, sir.

8      Q.   And when you purchased this property, was
9  it just vacant land or was the house already built?

10     A.   The house was there.

11     Q.   When you purchased the property, did you do
12 any renovation to it at that particular time?

13     A.   No, sir.

14     Q.   So the drywall that was alleged to be
15 installed in the property that was defective, that
16 was already in the property when you purchased it in
17 2007?

18     A.   That's correct.

19     Q.   When you purchased the property from Bruhl,
20 did you obtain any personal assignments from them?

21     A.   I don't understand what you're asking me.

22     Q.   Other than the Act of Sale, was there any
23 other side agreements with Bruhl in regards to
24 assignment?

25     A.   Negative.  Negative.