# Livingston Parish Recording Page

Thomas L. Sullivan Jr.
Clerk of Court
PO Box 1150
Livingston, LA 70754-1150
(225) 686-2216

**Received From :**
COMMERCE TITLE - SHERWOOD
2051 SILVERSIDE DRIVE
SUITE 160
BATON ROUGE, LA 70808

**First VENDOR**

CANARY ISLAND DEVELOPMENT COMPANY LLC

**First VENDEE**

GRIFFITH, VERONICA FAYE

**Index Type :** Conveyances

**File Number :** 609967

**Type of Document :** Cash Sale Or Cash Deed

**Book :** 937 **Page :** 103

**Recording Pages :** 3

**Recorded Information**

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Livingston Parish, Louisiana

On (Recorded Date) : 06/27/2006

At (Recorded Time) : 9:04:48AM

Deputy Clerk

Doc ID - 006292110003

**Return To :**

Do not Detach this Recording Page from Original Document

EXHIBIT
Rosenaur B



# ACT OF CASH SALE

**BE IT KNOWN**, that on June 23, 2006, before me, the undersigned, Notary Public, duly commissioned and qualified, in and for the Parish of East Baton Rouge, State of Louisiana, and in the presence of the undersigned witnesses, personally came and appeared:

> **CANARY ISLAND DEVELOPMENT COMPANY, L.L.C.**, a Louisiana Limited liability company, represented herein by its member, duly authorized by virtue of a certificate of authority on file and of record with the Clerk and Recorder;

whose permanent mailing address is declared to be P. O. DRAWER 218, DEQUINCY, Louisiana 70633-0218 hereafter referred to as "SELLER(S)", who declared that for the price of **Three Hundred Sixty Nine Thousand dollars and Zero cents ( $369,000.00 ) DOLLARS** cash, receipt of which is acknowledged, SELLER(S) hereby sell and deliver with full warranty of title and subrogation to all rights and actions of warranty SELLER(S) may have, unto:

> **VERONICA FAYE GRIFFITH,** a resident of the full age of majority of the Parish of Livingston, State of Louisiana, who declared that she is single;

whose permanent mailing address is declared to be 13891 CALLE SEVARIO DRIVE, PORT VINCENT, LA 70726, hereafter referred to as "PURCHASER(S)", the following described property, with all its component parts, including all rights, ways, privileges, servitudes and appurtenances thereto belonging, the possession of which PURCHASER(S) acknowledge:

> ONE (1) CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, situated in that subdivision of the Parish of **Livingston**, State of Louisiana, known as **CANARY ISLAND SUBDIVISION, A PRIVATE RESIDENTIAL GATED COMMUNITY**, and being designated on the official subdivision map, on file and of record in the office of the Clerk and Recorder for said parish and state, as **LOT 6**, said subdivision; said lot having such measurements and dimensions as shown on said map.

Except as expressly provided in any separate writing, no title examination or title opinion has been requested or performed on behalf of the purchaser by the undersigned notary public, attorney, title company or settlement agent and the purchaser expressly rejects the necessity of the same and agrees to release and relieve the notary public, attorney, title company and settlement agent from any responsibility and liability in connection therewith.

Property is sold, conveyed and accepted subject to any and all servitudes, easements, restrictions, covenants, conditions, and any lease, grant, exception or reservation of mineral or mineral rights, if any, appearing in the public records of said parish and state.

All parties signing the within instrument declared themselves to be of full legal capacity.

All taxes assessed against the property herein conveyed have been paid. Taxes for the current year will be prorated and paid by the PURCHASER(s) with Notice to be mailed to PURCHASER(s) address herein.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER(S), PURCHASER(S)' heirs and assigns shall have and hold the described property in full ownership forever.



**THUS DONE AND PASSED** at Baton Rouge, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

X [signature]
Signature

Potong Tom Bhramayana

(Printed name of Witness #1)

X Lynn Knight
Signature

LYNN KNIGHT
(Printed name of Witness #2)

CANARY ISLAND DEVELOPMENT COMPANY, L.L.C.
TIN#: XX-XXX

BY: [signature]

[signature]
VERONICA FAYE GRIFFITH
SS#: XXX-XX-8179

[signature]
NOTARY PUBLIC

Michael A. Grace, Jr.
LSBA Roll No. 6195