UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defedants"), who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

5. The Complaint was amended multiple times to amend the parties and claims.

1

6. The Fifth Amended Complaint was filed on May 14, 2018 (Rec. Doc. 21334)

7. The Fifth Amended Complaint is the operative complaint in this matter.

8. Plaintiffs are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence defective Chinese drywall installed in their respective properties.

9. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

10. Plaintiffs completed and submitted a PPF, SPPF, PFS, and an Owner Disclosure Affidavit. The documents were completed under penalty of perjury.

11. Jason Arnold purchased 26057 Coronation Avenue, Denham Springs, LA 70726 (the "Arnold Property") on September 17, 2015. (Exhibit Arnold A: SPPF). The alleged Chinese drywall was installed in the Arnold Property before Arnold purchased the Property. (Exhibit Arnold A: SPPF). Arnold did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Arnold B: Act of Sale).

12. Mardechria Charles purchased 116 Dufresne Drive, Vacherie, LA 70090 (the "Charles Property") on June 18, 2007. (Exhibit Charles A: SPPF). The alleged Chinese drywall was installed in the Charles Property before Charles purchased the Property. (Exhibit Charles A: SPPF). Charles did not acquire and was not assigned

or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Charles B: Act of Sale).

13. Feng Hu and Simin Liu purchased 3016 Taft Park, Metairie, LA 70002 (the "Hu/Liu Property") on July 15, 2013. (Exhibit Hu/Liu A: SPPF). The alleged Chinese drywall was installed in the Hu/Liu Property before Hu/Liu purchased the Property. (Exhibit Hu/Liu A: SPPF). Hu/Liu did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Hu/Liu B: Act of Sale).

14. Mathew and Susan Issman purchased 669 Timberwood Loop, Madisonville, LA 70447 (the "Issman Property") on August 15, 2006. (Exhibit Issman A: SPPF). The alleged Chinese drywall was installed in the Issman Property before Issman purchased the Property. (Exhibit Issman A: SPPF). Issman did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action.

15. Karen and Kerry McCann purchased 73244 Penn Mill Road, Covington, LA 70435 (the "McCann Property") on August 2, 2006. (Exhibit McCann A: SPPF). The alleged Chinese drywall was installed in the McCann Property before McCann purchased the Property. (Exhibit McCann A: SPPF). McCann did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit McCann B: Act of Sale).

16. Nicole and Michael Norris purchased 700 Artic Fox Run (the "Norris Property") on August 10, 2006. (Exhibit Norris A: SPPF). The alleged Chinese drywall was installed in the Norris Property before Norris purchased the Property. (Exhibit Norris A: SPPF). Norris did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Norris B: Act of Sale).

17. Mark and Kimberlie Perez purchased 3036 Whitty Drive, Slidell, LA (the "Perez Property") on December 28, 2006. (Exhibit Perez A: SPPF). The alleged Chinese drywall was installed in the Perez Property before Perez purchased the Property. (Exhibit Perez A: SPPF). Perez did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Perez B: Act of Sale).

18. Wayne and Kristal Province purchased 86048 Highway 450, Franklinton, LA 74038 (the "Province Property") on February 20, 2007. (Exhibit Province A: SPPF). The alleged Chinese drywall was installed in the Province Property before Province purchased the Property. (Exhibit Province A: SPPF; Exhibit Province C: Transcript of W. Province at p. 17). Province did not acquire and was assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action.

19. Estate of Veronica Rosenaur purchased 13891 Calle Sevario, Prairieville, LA 70769 (the "Rosenaur Property") on April 10, 2006. (Exhibit Rosenaur A: SPPF). The alleged Chinese drywall was installed in the Rosenaur Property before Rosenaur purchased the Property. (Exhibit Rosenaur A: SPPF). Rosenaur did not

acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Rosenaur B: Act of Sale).

20. Chien Van Pham and Bich Nguyen purchased 9549 Homestead Drive, Baton Rouge, LA 70817 (the "Van Pham/Nguyen Property") on February 15, 2007. (Exhibit Van Pham/Nguyen A: SPPF). The alleged Chinese drywall was installed in the Van Pham/Nguyen Property in 2006 and before Van Pham/Nguyen purchased the Property. (Exhibit Van Pham/Nguyen A: SPPF). Van Pham/Nguyen did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Van Pham/Nguyen B: Act of Sale).

21. Xiaochun Xi and Jinjiang Wang purchased 4220 Vincennes Place, New Orleans, LA 70125 (the "Xi/Wang Property") on July 23, 2007. (Exhibit Xi/Wang A: SPPF). The alleged Chinese drywall was installed in the Xi/Wang Property before Xi/Wang purchased the Property. (Exhibit Xi/Wang A: SPPF). Xi/Wang did not acquire and was not assigned or subrogated from the prior owner(s) to the personal right to sue for damages that would allow these plaintiffs to recover in the instant action. (Exhibit Xi/Wang B: Act of Sale).

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**


*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.556.5549
Facsimile: 504.310.0279
Email: kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*


**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 13th day of March, 2020.


*/s/ Kerry J. Miller*
**KERRY J. MILLER**