UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  **SECTION "L"** |
| **This document relates to:**  *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*  Case No. 14:cv-2722 | **JUDGE ELDON FALLON**  **MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the claims filed by Jason Arnold ("Arnold"), Mardechria Charles ("Charles"), Feng Hu and Simin Liu ("Hu/Liu"), Mathew and Susan Issman ("Issman"), Karen and Kerry McCann ("McCann"), Nicole and Michael Norris ("Norris"), Mark and Kimberlie Perez ("Perez"), Wayne and Kristal Province ("Province"), Estate of Veronica Rosenaur ("Rosenaur"), Chien Van Pham and Bich Nguyen ("Van Pham/Nguyen"), Xiaochun Xi and Jinjiang Wang ("Xi/Wang");

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 is GRANTED and the claims of Jason Arnold ("Arnold"), Kim and Scott Armstrong ("Armstrong"), Mardechria Charles ("Charles"), Feng Hu and Simin Liu ("Hu/Liu"), Mathew and Susan Issman ("Issman"), Karen and Kerry McCann ("McCann"), Nicole and Michael Norris ("Norris"), Mark and Kimberlie Perez ("Perez"), Wayne and Kristal Province ("Province"), Estate of Veronica Rosenaur ("Rosenaur"), Chien Van Pham and Bich Nguyen

("Van Pham/Nguyen"), Xiaochun Xi and Jinjiang Wang ("Xi/Wang") are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

                                                                                                                          _____
                                                                                                                           **Honorable Eldon E. Fallon**
                                                                                                                           **United States District Judge**