**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## PLAINTIFF FACT SHEET

Name of Plaintiff: _Frank & Suzan Grande_

Affected Property Address: _7 Nevin Court, Conroe, TX  77301_

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        _10_ / _08_ / _2010_

2.  When you took ownership of the Property, what was the name of the seller?

Rene Pena, Jr. & Justine Padilla



EXHIBIT
C

3. Name and address of the realtor?

N/A

4. Name and address of the closing agent?

Barrett, Daffin, Frapper, Turner & Engel, LLP, 15000 Surveyor Blvd, Suite 100, Addison, TX 75001

5. What was the price of the home when you purchased it?  $ 156,000.00

6. Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes    [ ] No    [ ] I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?
    $ N/A

## II.  Appraisal of the Home

11. Date of each appraisal:

    a. _____/_____/20_____
    b. _____/_____/20_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #1:** Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2:** Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Significant expense absorbed because house could not be rented with defective

Chinese sheetrock in it.


15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A


16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. N/A

b. _____

c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. _____/_____/20_____ to _____/_____/20_____

b. _____/_____/20_____ to _____/_____/20_____

c. _____/_____/20_____ to _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A

b. $ _____

c. $ _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☑ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A
_____

_____

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

    **Response**:   ☑ N/A

32. When did the remediation commencement date occur?

    **Response**:   ☑ N/A

33. When did the remediation end date occur?

    **Response**:   ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

    **Response**:   ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

    **Response**:   ☑ N/A

36. Were any samples from the remediation retained?

    **Response:**  ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

    **Response:**  ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

    **Response:**  ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

    **Response:**  ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**: Please produce the following documentation concerning the remediation of the Property: An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**: Please produce the following documentation concerning the remediation of the Property: Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**: Please produce the following documentation concerning the remediation of the Property: A floor plan of the Affected Property with dimensions.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**: Please produce the following documentation concerning the remediation of the Property: An Environmental Certificate.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**: Please produce the following documentation concerning the remediation of the Property: An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following: The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____     _____
Signature of Plaintiff  Frank Grande     Date  1/23/18


_____
Printed Name  Suzan Grande   1/23/18

# Exhibit 1

# Exhibit 2

# Exhibit 3



# Town & Country Home Inspection
## Chinese Drywall
### Threshold Inspection Report

**Report Created for: Rene Pena**
**Date of inspection: December 17, 2015**



### Subject Property

| | |
|---|---|
| Address: | 7 Nevin Ct |
| Subdivision: | stewarts Forest |
| Builder: | Supreme Builders |
| Year Built: | 2006 |
| Square Footage: | 2655 |
| Drywall replaced/added 2001-2009: | Yes |
| "Rotten egg" odor detected in home: | Yes |

The purpose of this inspection is to perform a visual, non-invasive inspection of accessible components of the home to determine if conditions exist which may indicate the presence of Defective Chinese Drywall. It is understood that many of these conditions may be the result of causes other than Chinese Drywall and this Threshold Inspection should be considered only as a preliminary test which will likely require additional testing with invasive procedures. Additionally, the absence of findings which indicate Chinese Drywall does not guarantee that no Chinese Drywall exists in the home.

## Drywall Inspection

Manufacturers labels are generally concealed, but may be found in garage and attic spaces, plumbing accesses, or other locations.  Chinese Drywall gypsum frequently has a grayish tinge.

**Location**
Attic

**Manufacturer**
USG

**CDW?**
No



**Comments**: Observed American made drywall from above manufacturer.

**Location**
Living Room under stairs

**Manufacturer**
Knauf Tianjin

**CDW?**
Yes



**Comments**: 1. Observed known tainted Chinese drywall manufacturers label or identification marks

**Location**
Master Bedroom

**Manufacturer**
Knauf Tianjin

**CDW?**
Yes



**Comments**: 2. Observed "Made in China" label on drywall

## Plumbing Fixtures

Shiny chrome or brass fixtures may be pitted or corroded when Chinese Drywall is present.

**Location:**
Master Bath



**Location:**
Upstiars Bathroom



**Comments:** 3. Observed deteriorating reflective material on back of mirrors.

**Comments:** Observed deteriorating reflective material on back of mirrors.

**Location:**
Master Bedroom



**Location:**
Upstairs Bathroom



**Comments:** 4. Observed pitting or corrosion on fixtures.

**Comments:** Observed pitting or corrosion on fixtures.

## Electrical Panels

Exposed copper wiring in panel boxes may have a black soot-like corrosion.

**Location:**
  In the garage

**Manufacturer**
  General Electric

**Size**
  125 Amp

  

**Comments:**
The cover was removed from the electrical panel to permit examination of wiring and connections.

**Location:**
  Garage



Comments: 5. Observed corrosion on exposed wiring at connections

## Electrical Wiring/Connections

Chinese Drywall may cause a black soot-like corrosion on copper wiring in outlet/switch boxes.

Covers were removed from several outlets and wall switches throughout the home to permit visual examination of exposed wiring.

**Location:**
  Dining Room



**Comments:** 6. Observed corrosion on exposed wiring at connections

**Location:**
  Living Room



**Comments:** Observed corrosion on exposed wiring at connections

**Location:**
Master Bedroom



**Comments:** Observed corrosion on exposed wiring at connections

**Location:**
Upstairs Game Room



**Comments:** Observed corrosion on exposed wiring at connections

**Location:**
Upstairs Rear Bedroom



**Comments:** Observed corrosion on exposed wiring at connections

**Location:**
Upstairs Front Left Bedroom



**Comments:** Observed corrosion on exposed wiring at connections

**Location:**
Upstairs Front Right Bedroom



**Comments:** Observed corrosion on exposed wiring at connections

## Heating / Ventilation / Air Conditioning

Corrosion may be observed on copper tubing or connections.  Affected components may require replacement within 18 - 24 months.

Interior of evaporator housing was examined for signs of pitting or corrosion on evaporator coils.

**Location:**
Evaporator Coils



**Comments:** 7. Observed corrosion on copper tubing in evaporator coil.

**Location:**
Evaporator Coils



**Comments:** 8. Observed corrosion on exposed copper tubing and/or wiring.

**Summary and Conclusion**

A Chinese Drywall Threshold Inspection was performed on the home at 7 Nevin Ct on December 17, 2015 by Chris Guido. The following items were examined. The check-boxes show whether conditions were observed which may indicate the presence of Chinese Drywall:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Drywall Labels | ☑ | ☐ | Appliances | ☐ | ☑ |
| Color of Gypsum | ☑ | ☐ | HVAC Equipment | ☑ | ☐ |
| Plumbing Fixtures | ☑ | ☐ | "Rotten Egg" Odor | ☑ | ☐ |
| Plumbing Pipes/Connections | ☐ | ☑ | Home Built 2001 – 2009 | ☑ | ☐ |
| Electrical Fixtures | ☑ | ☐ | CDW in Neighborhood | ☑ | ☐ |
| Electrical Outlets/Switches | ☑ | ☐ | CDW Builder | ☑ | ☐ |
| Electrical Panels | ☑ | ☐ | Other | ☐ | ☐ |

As indicated at the beginning of this report, other conditions may cause similar results, so the presence of one or more conditions does not necessarily indicate the presence of Chinese Drywall. Where possible, if other contributing conditions exist, they have been described in the text of this report. Additionally, it is possible for Chinese Drywall to be present in the home without creating any visible indications.

Based on the findings in this report, the inspector's opinion is that by HUD protocols:
**This home does appear to have Chinese Drywall.**

*Except where indicated within the text of the report, this inspection was limited to items that were visible and accessible without the use of tools or invasive procedures.*

*More invasive and detailed tests can be performed by an Indoor Air Quality specialist/lab.*

**Inspector**: Chris Guido
**Email**: Chris@tandchomeinspection.com

**Town and Country Home Inspection**
936-697-2533
http://TandCHomeInspection.com

**Chinese Drywall**, also known as Defective Imported Drywall, is found in homes primarily in the Gulf Coast area that were constructed or remodeled between 2001 and 2009. Apparently as a result of substandard production techniques this drywall emits sulfurous gases which may result in corrosion on certain metallic surfaces as well as possible health and safety concerns.

**Threshold Inspection** – An initial visual examination of various components of the home to determine if conditions exist which may indicate the presence of Chinese Drywall. A Threshold Inspection is considered a prerequisite to any further consideration or action. If such conditions are found, it is important to obtain additional corroborating evidence of problem drywall. Collecting this corroborating evidence will generally require professional assessors and/or testing by analytical laboratories. Due to the limited nature of a Threshold Inspection, it is possible that Chinese Drywall may be present and not be detected. Core samples, air samples and laboratory testing may be required in some cases.

---

If Chinese Drywall is found in your home, The US Consumer Product Safety Commission recommends the following actions:

- Report the problem drywall to CPSC at www.SaferProducts.gov .

- If your home has been confirmed to contain problem drywall, as outlined in CPSC's identification guidance (pdf), it can be remediated. CPSC and U.S. Department of Housing and Urban Development's (HUD) remediation guidance (pdf) calls for replacement of all: problem drywall; smoke and carbon monoxide (CO) alarms; electrical distribution components, including receptacles, switches and circuit breakers, but not necessarily wiring; and fusible-type fire sprinkler heads.

http://www.cpsc.gov/info/drywall/IDguidance031811.pdf

- Consider contacting your homebuilder and insurance company for assistance.

- Consider contacting the IRS for possible tax relief

- Consider contacting your local property taxing authority for possible tax relief.

- Check with your lender. Federal Housing Administration-approved mortgage lenders may offer forbearance for borrowers confronted with the sudden effects of damaging drywall in their homes.

http://www.hud.gov/offices/cpd/communitydevelopment/programs/neighborhoodspg/pdf/drywall122209.pdf

- Some homeowners have pursued relief through private lawsuits.

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: _Frank + Suzan Grande (CJ Properties)_

Property Address: _7 Nevin Ct. Conroe TX 77301_

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | HVAC | 12,400 |
| 2 | Refrigerator | 1,550 |
| 3 | Range | 750 |
| 4 | Microwave | 350 |
| 5 | Dishwasher | 450 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|----|----|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ __15,500.—__

\* clearly this does not include plumbing,
electrical, sheetrock, flooring etc.