UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED    : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY      :
LITIGATION                      : Section:  L
                                :
Elizabeth Bennett, et al.,      :
V.                              : 2:14-cv-02722-EEF-JCW
Knauff Gips, KG, et al.         :


*****************************************
ORAL DEPOSITION OF
SUZAN GRANDE
NOVEMBER 26, 2019
*****************************************

ORAL DEPOSITION OF SUZAN GRANDE, produced as a witness at the instance of the Knauf Defendants, and duly sworn, was taken in the above-styled and numbered cause on November 26, 2019, from 10:11 a.m. to 11:32 a.m., before PHYLLIS WALTZ, RMR, CRR, CRC, Texas CSR, TCRR, Louisiana CCR, in and for the State of Texas, recorded by machine shorthand, at the offices of Worldwide Court Reporters, Inc., 3000 Weslayan, Suite 235, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto; signature having not been reserved.

EXHIBIT E

```
 1                    SUZAN GRANDE,
 2   having been first duly sworn, testified as follows:
 3                   E X A M I N A T I O N
 4   BY MR. DODSON:
 5        Q.   State your name for the record, please.
 6        A.   Suzan Grande.
 7        Q.   Ms. Grande, were you in the room today
 8   throughout the dep- -- the testimony by your husband?
 9        A.   Yes.
10        Q.   And did you understand all of his responses?
11        A.   Yes.
12        Q.   As I believe I mentioned to you during the
13   break, generally what I do is allow the spouse who's
14   been in the room during the duration of the deposition
15   of his or her spouse the opportunity to adopt the
16   testimony of that spouse to the extent they wish to do
17   so.  So with that in mind, I'm going to extend to you
18   the same offer.  Would you like to adopt in full your
19   husband's testimony?  Would you like to adopt in part
20   your husband's testimony?  Or would you like to start,
21   and we can run through all the questions again?
22        A.   I adopt it in full.
23        Q.   And I should have said this before.  Have you
24   given a deposition before?
25        A.   Yes.
```