Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Karen Beth Baldwin & David Neil Baldwin
Address of Affected Property: 909 High Ridge Drive
Friendswood, TX 77546

Is this Property:* (Residential) Commercial Governmental
Name of Person Completing this Form: Karen Baldwin
Is above your primary residence? (Yes) No
Mailing Address (if different): 1807 North Mission Circle
Friendswood, TX 77546
Phone: ( 281 ) 787-7900

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) Owner Only Renter-Occupant
Represented By: James V. Doyle, Jr.
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No./Docket Info: Bennett v. Knauf - 14-cv-2722

### Section II. Insurance Information

Homeowner/Renter Insurer: State Farm Insurance
Policy #: 53-BN-K859-2
Agent: Jim Thompson
Address: 8900 Amberglen Blvd.
Austin, TX
78729-1110
Phone: ( 281 ) 482 - 4433

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| David Neil Baldwin | 11/20/09 | / / | (M)/F | 04/24/63 | Yes (No) | Owner - Occupant |
| Karen Beth Baldwin | 02/01/10 | / / | M/(F) | 09/29/65 | Yes (No) | Owner - Occupant |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.





EXHIBIT F

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? (Yes) No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Karen & David Baldwin

   1.2. When did the inspection take place? 8/3/16

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? (Yes) No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Karen & David Baldwin

   2.2. When was this determination made? 8/3/16

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China ASTM C36 | Walls & Ceiling |

### Section VI. Home Information

| | | | |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 4,163 | Yes | No |
| Estimated Sq. Ft. of Drywall | --- | Occupied | X |
| Height of Interior Walls | 9' | Year-round | X |
| Number of Bedrooms: | 5 | Summer | X |
| Number of Bathrooms: | 3.5 | Winter | X |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

K. Hovnanian Of Houston, II, LP

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: Houston, TX

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____   10/2/16   _____   _____
Claimant's Signature      Date Signed   Claimant's Signature   Date Signed

_____   10/2/16   _____   _____
Claimant's Signature      Date Signed   Claimant's Signature   Date Signed

_____   _____   _____   _____
Claimant's Signature      Date Signed   Claimant's Signature   Date Signed



State Farm Lloyds
8900 Amberglen Boulevard
Austin, TX 78729-1110

AT2   W-25- 3585-FB31   H W F
001024  0001
BALDWIN, DAVID & KAREN
909 HIGH RIDGE DR
FRIENDSWOOD TX   77546-3679

**RENEWAL CERTIFICATE**
POLICY NUMBER   53-BN-K859-2
Homeowners Policy
NOV 13 2014 to NOV 13 2015

SEE BALANCE DUE FOR RENEWAL OFFER
TO BE PAID BY MORTGAGEE

**Coverages and Limits**
Section I
| | | | |
|---|---|---|---:|
| A | Dwelling | | $345,200 |
| | Dwelling Extension | Up To | 34,520 |
| B | Personal Property | | 258,900 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**
Other Losses 1.00%   3,452
Wind or Hail 3.00%   10,356

Location: Same as Mailing Address

**Section II**
| | | |
|---|---|---:|
| L | Personal Liability | $300,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 5,000 |

**Loss Settlement Provisions (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
| | |
|---|---|
| Homeowners Policy | FP-7955.TX |
| Increase Dwlg up to $69,040 | OPT ID |
| Ordinance/Law 10%/ $34,520 | OPT OL |
| Jewelry and Furs $1,500/$2,500 | OPT JF |
| Fungus (Including Mold) Excl | FE-5398 |
| Homeowners Policy Endorsement | FE-3533 |
| Amendatory Endorsement | * FE-2363 |
| Water Damage Endorsement | * FE-5369.2 |
| Dwelling Foundation | * FE-5368.2 |

*Effective: NOV 13 2014

| | |
|---|---:|
| **Annual Premium** | $3,344.00 |
| Dwelling Foundation | 100.00 |
| Water Damage | 232.00 |
| **Total Amount** | **$3,676.00** |

**Premium Reductions**
| | |
|---|---:|
| Utility Rating Credit | 1,094.00 |
| Renewal Discount | 662.00 |
| Home/Auto Discount | 2,142.00 |
| Building Code Discount | 126.00 |

Inflation Coverage Index:   221.9

NOTICE: Information concerning changes in your coverage is included. Please call your agent if you have any questions.

Your premium has increased more than 10%. Please see the enclosed insert for additional information.

Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

*Thanks for letting us serve you. We appreciate our long term customers.*
6403   2018
C,CB,I,NP,6G,9M,G,D,S
**Agent** JIM THOMPSON
**Telephone** (281) 482-4433

REP

Moving? See your State Farm agent.
See reverse for important information.
Prepared SEP 26 2014

www.milanappraisals.com

Page #6

**Summary Appraisal Report**

# Uniform Residential Appraisal Report

4356858
File # 2013-1324

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 909 High Ridge Dr |
| City | Friendswood |
| State | TX |
| Zip Code | 77546 |
| Borrower | Dave Baldwin |
| Owner of Public Record | Dave Baldwin |
| County | Harris |
| Legal Description | Lot 1 Lakes of Falcon Ridge, Section 2 |
| Assessor's Parcel # | 4503-00-01-0002-000 |
| Tax Year | 2012 |
| R.E. Taxes $ | 5,000 |
| Neighborhood Name | Lakes of Falcon Ridge/Friendswood |
| Map Reference | 26420 |
| Census Tract | 7204.00 |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant |
| Special Assessments $ | 0 |
| PUD | ☒ |
| HOA $ | 420 ☒ per year ☐ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe) |
| Lender/Client | JP Morgan Chase Bank, N.A. |
| Address | 3403 Richmond Avenue, 6th Floor, Houston, TX 77046 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).  HARMLS/CAD

## CONTRACT

☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____ Date of Contract _____ Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s) _____

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 88 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 65 Low 0 | | 2-4 Unit | 1 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 700 High 60 | | Multi-Family | 1 % |
| | | | | | | 175 Pred. 30 | | Commercial | 10 % |
| | | | | | | | | Other | % |

Neighborhood Boundaries   The neighborhood boundaries consist of Beamer Rd to the North, FM 518 to the south, W Bay Area Blvd to the east and Dixie Farm rd to the west.

Neighborhood Description   The subject property is located in a mostly detached single family residential Market Area. The area has average access to all supporting facilities (employment, school, shopping) and traffic arteries. The subject subdivision has received average market acceptance in the recent past with this trend anticipated to continue into the foreseeable future. See Att.

Market Conditions (including support for the above conclusions)   The supply and demand as well as the exposure time indicators above are considered to be typical for the area. The subject development is average in comparison to other comparable developments in the market area.  Financing is readily available for most types of properties in the area.   *** See Additional Comments. ***

## SITE

| Field | Value |
|---|---|
| Dimensions | None-Size Per CAD |
| Area | 11700 sf |
| Shape | Rectangular |
| View | N;Res;Res |
| Specific Zoning Classification | Deed Restrictions |
| Zoning Description | No Zoning |
| Zoning Compliance | ☐ Legal ☐ Legal Nonconforming (Grandfathered Use) ☒ No Zoning ☐ Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Concrete | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 4854680005E   FEMA Map Date 09/22/1999

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

The characteristics of the subject site conform to the area and there were no known adverse influences or encroachments. The site is assumed to be traversed by typical utility easements. See Att.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description  materials/condition | | Interior  materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | Poured Conc/Avg | Floors | Ct/Hw/Cpt/Good |
| # of Stories 2 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | BV/HP/Avg | Walls | Drywall/Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area | 0 sq.ft. | Roof Surface | Composition/Avg | Trim/Finish | Wood/Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish | 0 % | Gutters & Downspouts | Metal/Average | Bath Floor | Ct/Good |
| Design (Style) Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | Aluminum/Avg | Bath Wainscot | X/Avg |
| Year Built 2006 | | Evidence of ☐ Infestation | | Storm Sash/Insulated | None | Car Storage | ☐ None |
| Effective Age (Yrs) 4 | | ☐ Dampness ☐ Settlement | | Screens | Yes/Avg | ☒ Driveway  # of Cars 4 |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | Woodstove(s) # 0 | Driveway Surface | Concrete |
| ☒ Drop Stair ☐ Stairs | | ☐ Other  Fuel Gas | | ☒ Fireplace(s) # 1 ☒ Fence 1 | | ☒ Garage  # of Cars 3 |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Conc ☒ Porch 1 | | ☐ Carport  # of Cars 0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Pool 1 | Other None | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   13 Rooms   6 Bedrooms   3.1 Bath(s)   4,163 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)   The subject features were felt to be typical for the area and maintenance is adequate.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  C3;No updates in the prior 15 years;The subject was functionally designed and suffers from no unusual elements of depreciation.  The subject was in good condition.  The overall depreciation affecting the subject has been calculated utilizing the modified age;life concept.  The subject's effective age was based on its actual age and the appraisers observation of its present condition and its maintenance, and updating.  The subject is occupied and all utilities are on and functional.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe