Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: **Dave**                                    **Baldwin**
First Name                          M.I.   Last Name                          Suffix

**Karen**                                    **Baldwin**
Co-Claimant First Name (if applicable)   M.I.   Last Name                          Suffix

_____
Business/Entity Name (if applicable)

EXHIBIT
G

EXHIBIT
2

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

909 High Ridge Drive
_____
Address 1                                                      Address 2
Friendswood                              TX          77546
_____
City                                     State       Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Karen                      Baldwin
_____
First Name              M.I.   Last Name            Suffix

Mailing Address (if different):

1807 N Mission Circle
_____
Address 1                                                      Address 2
Friendswood                              TX          77546
_____
City                                     State       Zip Code

Phone Number of Person Completing This Form: ( 281  ) 787  - 7900

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 11  / 13  / 2009

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 7  / 2017   Aug 2016

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                Month    Day      Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: ____/____/____
Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: ____/____/____
Month   Day   Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

*Section V. Already Remediated Property*

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI.  Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 186,386.72

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          4/6/2018
Claimant's signature                                  _____
                                                      Date signed

Name:       Karen Baldwin
            _____

Address:    1807 N Mission Circle
            _____
            Address 1                    Address 2
            Friendswood          TX       77546
            _____
            City                 State    Zip Code

Phone No.: ( 281  ) 787  - 7900
           _____

Email:      kbkane@sbcglobal.net
            _____

7

# Exhibit F

(See Section VII)

Documents Related to Other Damages

| Date | Service | Service Provider | Cost | |
|---|---|---|---|---|
| 10/15/2010 | Dishwasher replaced | Farley Appliance | $ | 634.72 |
| 10/20/2011 | Sink and thermostat | Home Matters | $ | 150.00 |
| 12/5/2012 | Microwave replaced | Farley Appliance | $ | 234.00 |
| 6/23/2010 | AC repair | Eagle Air Conditioning | $ | 238.00 |
| 8/29/2011 | AC repair | Eagle Air Conditioning | $ | 286.00 |
| 9/13/2011 | AC repair | Eagle Air Conditioning | $ | 291.00 |
| 9/15/2011 | AC repair | Eagle Air Conditioning | $ | 750.00 |
| 8/24/2012 | AC repair | Eagle Air Conditioning | $ | 614.00 |
| 8/28/2012 | AC Repair | Eagle Air Conditioning | $ | 765.00 |
| 5/30/2014 | AC replaced | Sam Korkmas | $ | 3,685.00 |
| 4/20/2015 | AC repair | Weeks Service Company | $ | 588.00 |
| | | Total CDW related maintenance | $ | 8,235.72 |

Applianced replaced before their expected lifetime due to CDW (no receipts)

| | | | | |
|---|---|---|---|---|
| | Replaced dishwasher 2nd time | Farley Appliance | $   650.00 | estimate |
| | Replaced refrigerator | Fry's Electronics | $   900.00 | estimate |
| | Replace W/D | Sears | $ 1,600.00 | estimate |
| | | Undocumented | $ 3,150.00 | |

| | | | |
|---|---|---|---|
| | $25,000 formula from Doyle | 7 years in house | $ 175,000.00 |

| | |
|---|---|
| Grand Total | $ 186,385.72 |

*Check Our*
*Prices*
*Before you buy!*

Farley Ap
Your Applian
All Major
281-332

814 W. Main Street
League City, Texas 77573
Fax: 281-332-8045

Jesse Fa
Built-in Sp

Sale

XXXXXXXXXXXX7103
VISA
Total.                    $      659.72
10/15/10                          11:37:16
Tar E                             Aprv Code: 115170

Entry Method: Swiped

=10-15-10

very/
up date:

7-18-10

Special Prices
good for 30 Days

Wic
?

KAREN BALDWIN

909 HIGH RIDGE DR.

FRIENDSWOOD, TX. 77546      281-77

| QTY | ITEM | DESCRIPTION | TOTAL |
|-----|------|-------------|-------|
| 1 ea | MDB 8557 ABB | MAYTAG DISHWASHER | $509.00 |
| | | Del & install, Haul old | $85.00 |
| | | unit away | |
| | | | |
| | | | |
| | | *Thanks Farley* | |
| | | *Gene* | |

**SHIP TO ADDRESS:**

**SPECIAL INSTRUCTIONS**

*Thank You!*

20% Restocking Fee
On Returned Items
No Return on Special Orders

Payment:   Amount:   Balance:

CC #

EXPIRED

APPROVAL

SIGNATURE:

| | |
|---|---|
| Sub Total | $594.00 |
| Tax | 40.72 |
| Total | $634.72 |

**Home Matters**
3607 Pine Valley Dr.
Pearland Tx. 77581

**Estimate**

Work Performed For

Dave / Karen Baldwin

Worked Performed At

909 High Ridge Drive
Friendswood Tx. 77546

| | Job Description | | Cost |
|---|---|---|---|
| 1 | Add support for kitchen island shelf | Labor / Matl. | |
| 2 | Cut and install tile trim pieces | Labor / Matl. | |
| 3 | Install door weather stripping kit / door sweep | Labor / Matl. | |
| 4 | Install door bell | Labor | |
| 5 | Re route television cable / patch holes | Labor / Matl. | |
| 6 | Patch sheetrock / paint bath | Labor / Matl. | |
| 7 | Install new faucet and sink drain kit | Labor | |
| 8 | Install new mirror / light fixture and bath wall accesseries | Labor | |
| 9 | Secure shower drain cover / unplug sink drain | Labor | |
| 10 | Install new dryer vent cover | Labor / Matl. | |
| 11 | Change out thermostat | Labor | |
| 12 | Change out / relocate thermostat | Labor | |
| 13 | Paint back door | Labor / paint | |

Matl. purchased :
        Door weatherstrip kit
        Door sewwp
        1x2 for shelf
        Tile adhesive
        Joint compound
        Texture
        Vent cover
        Paint for back door
        Paint for bath wall

*Edward G Wheeler*

Total Matl./Labor     $575.00

Edward A Wheeler

≈ $50 related to CDW

Check Our
Prices
Before you buy!

# Farley Appliance
## Your Appliance Solution
## All Major Brands
## 281-332-8000

814 W. Main Street
League City, Texas 77573
Fax: 281-332-8045

### Jesse Farley
#### Built-in Specialist

Date: 12-04-12

Delivery/
Pick up date:

12-05-12

KAREN BALDWIN

909 HIGH RIDGE DR.

FRIENDSWOOD TX. 77546    Hm.: 281-992-3239

Quoted Prices
Good for 30 Days

Wk.

| QTY | ITEM | DESCRIPTION | TOTAL |
|---|---|---|---|
| 1 ea. | GT4175SRB | W/P MICROWAVE | $175 00 |
| | Del & install | | $45 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SHIP TO ADDRESS :

SPECIAL INSTRUCTONS

Thank You!

20% Restocking Fee
On Returned Items
No Return on Special Orders

| Payment : | Amount: | Balance: |
|---|---|---|
| CC# | | |
| EXPIRED | COD | APPROVAL |

SIGNATURE:

| Sub Total | $ 220 00 |
|---|---|
| Tax | 14 00 |
| Total | $234 00 |

# EAGLE
## AIR CONDITIONING SERVICES
*Always there for every repair!*   **281-996-1271  www.eaglea-c.com**

SERVING FRIENDSWOOD SINCE 1991

AFFILIATED WITH CHURCH SERVICES — *Always there for every repair!*

PO BOX 79589
HOUSTON, TX 77279-9589
TACLA 013422E

## SERVICE REPORT  Page ___ of ___   TICKET NO. 234995

DATE 6/23/10
NAME KAREN BALDWIN
PURCHASE ORDER NO.
HVAC / PLUMBING
JOB NO.
STREET 909 HIGH RIDGE DR.
CITY FRIENDSWOOD  ZIP 77546  KM# 657T  ATTN

INVENTORY NO. | ☐ RESIDENTIAL | ☐ COMMERCIAL | ☐ PARTS ON ORDER | ☒ COMPLETE | ☐ INCOMPLETE | ☐ RESCHEDULE | ☐ INSTALL

| CD | ID | DESCRIPTION | QTY. | PRICE |
|----|----|-------------|------|-------|
|  | 01 | SPRING CHECK | 2 |  |
|  | 01 | AGREEMENT | 2 | $238.00 |

**PROBLEM REPORTED:** SPRING CHECK 1/2

**SERVICE PERFORMED:** UPON ARRIVAL PERFORMED A/C CHECK ON 2 SYSTEMS OPERATIONS O.K. AT THIS TIME. NO FLOAT SWITCH ON BOTH UNITS. NOISE IS COMING FROM CONDENSER FAN MOTOR AND FAN BLADE SHAFT IS LOOSE NEED TO REPLACE WILL CHECK IF UNDER WARRANTY. PART UNDER WARRANTY WILL HAVE TO PAY FOR LABOR

**RECOMMENDATIONS:** INSTALL FLOAT SWITCH $186.00 EA

**ADDITIONAL INFORMATION:** OK $97.00 FOR 2

| HRS | RATE | TOTAL | |
|-----|------|-------|---|
|  |  |  | TOTAL MATERIAL |
|  |  |  | TOTAL LABOR |

NAME OF HELPERS

START 1/20/10.10  COMPLETE  |  FLAT RATE PRICE
START  COMPLETE  |  RENTAL: EQUIP.

SP  HP  SH  CA    FA  SD  RD  TD  BA
SP  HP  SH  CA  CV  FA  SD  RD  TD  BA  BS

SERVICE TECHNICIAN - NAME & TRUCK #  MICHAEL EIBY

☐ CHECK  1021
☐ CASH
☐
☐ VISA  ☐ M.C.  ☐ DISCOVER  ☐ AMEX

TAX
FREIGHT, OTHER
TOTAL AMOUNT  $238.00

**CUSTOMER SIGNATURE** ✗ _____

**AGREEMENT:** The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

| I | D | MAKE |
| CAP. | | MODEL |
| SERIAL NUMBER | | |
| LOCATION | | |
| VOLT. | | CUSTOMER ID |

WHITE: FILE    YELLOW: OFFICE    PINK: CUSTOMER

Texas State Plumbing Examiners 929 East 41st St. Austin, TX 78751 (512) 458-2145

*Thank Yu*

# CHURCH SERVICES

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

Always there for every repair! **713-722-5000**

PO BOX 79589, HOUSTON, TX 77279-9589

MAIN: (713) 722-5000
TACLA013422E
MPL 19566
TECL 17976
TPCL 12430 PT

## SERVICE REPORT   Page____ of ____   TICKET NO. ____

DATE *8-29-11*   NAME *Karen Baldwin*
PURCHASE ORDER NO.
STREET *909 High Ridge*
CITY *Friendswood*   ZIP *77546*   KM # *657J*   TECH #

☐ RESIDENTIAL   ☐ COMMERCIAL   ☐ PARTS ON ORDER   ☐ COMPLETE   ☐ INCOMPLETE   ☐ RESCHEDULE   ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE | DESCRIPTION OF WORK PERFORMED | | STANDARD RATE | PARTNER RATE |
|---|---|---|---|---|---|---|---|
| | *Service fee* | | *69* | **PROBLEM REPORTED:** *no cool* | | | |
| | *R-22* | *6* | *217* | TASK # | | | |
| | | | | | | | |
| | *Check # 1321* | | | *3 lbs on each system* | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| EQUIPMENT BRAND | MODEL | SERIAL # | TYPE/FUEL | AGE | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

**RECOMMENDATIONS:**
**ADDITIONAL INFORMATION:**

NAME OF HELPERS

| | TOTAL MATERIAL | |
|---|---|---|
| START | TOTAL LABOR | |
| START   COMPLETE | FLAT RATE PRICE | |
| START   COMPLETE | RENTAL: EQUIP. | |
| SERVICE TECHNICIAN - NAME & TRUCK # | COUPON | |
| ☐ CHECK # *1321* | SUBTOTAL | |
| ☐ CASH | TAX | |
| ☐ CARD # | EXP. DATE ☐☐ ☐☐  CVS CODE ☐☐☐ | |
| ☐ VISA   ☐ M.C.   ☐ DISCOVER   ☐ AMEX | | |

CUSTOMER SIGNATURE
✗

**AGREEMENT:** The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the **LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.**

WHITE: FILE   YELLOW: OFFICE   PINK: CUSTOMER   I decline to have the recommended work performed a...e. SIGNATURE _____ DATE____

*Thank You*

**CHURCH SERVICES**

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

*Always there for every repair!* **713-722-5000**

PO BOX 79589, HOUSTON, TX 77279-9589

MAIN: (713) 722-5000
TACLA013422E
MPL 19566
TECL 17976
TPCL 12430 PT

**SERVICE REPORT** Page ____ of ____    TICKET NO. 522881

DATE 9/13/11

NAME KAREN BALDWIN

PURCHASE/ORDER NO. HVAC

STREET 404 HighRIDGE Dr.

CITY FRIENDSWOOD   ZIP 77546   KM # 857 J   TECH # 109

INVENTORY NO.  ☑ RESIDENTIAL  ☐ COMMERCIAL  ☐ PARTS ON ORDER  ☐ COMPLETE  ☐ INCOMPLETE  ☐ RESCHEDULE  ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE | DESCRIPTION OF WORK PERFORMED |
|---|---|---|---|---|
| | LEAK SEARCH | | $291.00 | PROBLEM REPORTED: U/S Not Cooling |
| | | | | TASK # |
| | | | | CHECKED the upstairs |
| | | | | system and found it was |
| | | | | very low on freon. Leak |
| | | | | searched the box coil and |
| | | | | found a leak in the back |
| | | | | of the coil. Going to check |
| | | | | to see if coil is under |
| | | | | warranty and if not have |
| | | | | a rep call to give a price |
| | | | | on a new coil. |

STANDARD RATE | PARTNER RATE

| EQUIPMENT BRAND | MODEL | SERIAL # | TYPE/FUEL | AGE |
|---|---|---|---|---|
| | | | | |
| | | | | |

RECOMMENDATIONS:
ADDITIONAL INFORMATION:

TOTAL MATERIAL

TOTAL LABOR

NAME OF HELPERS

START ___ COMPLETE    FLAT RATE PRICE

START ___ COMPLETE    RENTAL: EQUIP.

SERVICE TECHNICIAN - NAME & TRUCK # 109    COUPON

☑ CHECK # 1334    SUBTOTAL

☐ CASH    TAX

☐ CARD #    EXP. DATE    CVS CODE

☐ VISA  ☐ M.C.  ☐ DISCOVER  ☐ AMEX    $291.00

CUSTOMER SIGNATURE

AGREEMENT: The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

WHITE: FILE   YELLOW: OFFICE   PINK: CUSTOMER   I decline to have the recommended work performed at ___ SIGNATURE _____   DATE _____   *Thank You*

# CHURCH SERVICES

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

*Always there for every repair!* **713-722-5000**

PO BOX 79589, HOUSTON, TX 77279-9589

MAIN: (713) 722-5000
TACLA013422E
MPL 19566
TECL 17976
TPCL 12430 PT

## SERVICE REPORT   Page_____ of _____   TICKET NO. 222281

DATE 9/15/10
PURCHASE ORDER NO.

NAME KAREN BALDWIN
STREET 904 HighRIDGE Dr.
CITY FRIENDSWOOD   ZIP 7546   KM 657J   TECH # 104

INVENTORY NO.  ☑ RESIDENTIAL   ☐ COMMERCIAL   ☐ PARTS ON ORDER   ☐ COMPLETE   ☐ INCOMPLETE   ☐ RESCHEDULE   ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE | DESCRIPTION OF WORK PERFORMED | | STANDARD RATE | PARTNER RATE |
|---|---|---|---|---|---|---|---|
| | WRRANTY Coil | | | PROBLEM REPORTED: Warranty Coil | | | |
| | And LABOR | | $750.00 | TASK # | Installed A Warranty Coil and A New liquid line drier. Added 2 lbs to the system too leds to the system. Low And added to the drier charge | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| EQUIPMENT BRAND | MODEL | SERIAL # | TYPE/FUEL | AGE |
|---|---|---|---|---|
| | | | | |
| | | | | |

RECOMMENDATIONS:
ADDITIONAL INFORMATION:

NAME OF HELPERS  MIKE F.

START 2:45   COMPLETE

START   COMPLETE

SERVICE TECHNICIAN - NAME & TRUCK # 104

☑ CHECK # 1536

☐ CASH
☐ CARD #
☐ VISA   ☐ M.C.   ☐ DISCOVER   ☐ AMEX

| | |
|---|---|
| TOTAL MATERIAL | |
| TOTAL LABOR | |
| FLAT RATE PRICE | |
| RENTAL: EQUIP. | 230  85  18  10  96 |
| COUPON | |
| SUBTOTAL | |
| TAX | |
| EXP. DATE / CVS CODE | |

CUSTOMER SIGNATURE
✗ _____

**AGREEMENT:** The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the **LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.**

A/HANA
CHPF3642D6
110851262.09

WHITE: FILE   YELLOW: OFFICE   PINK: CUSTOMER   I decline to have the recommended work performed a  ... SIGNATURE _____   DATE _____

*Thank You*

**CHURCH SERVICES**
PLUMBING / ELECTRICAL / PEST CONTROL / FOUNDATION REPAIR / AIR CONDITIONING & HEATING
www.churchservices.com
*Always there for every repair!* **713-722-5000**
MAIN: (713) 722-5000
TACLA013422E
MPL 19566 Ken Faust-MP
TECL 17976
TPCL 12430 PT
PO BOX 79589, HOUSTON, TX 77279-9589

**SERVICE REPORT**  Page ___ of ___  TICKET NO. 331025

DATE 8-24-12   NAME Karen Baldwin
PURCHASE ORDER NO.
STREET 909 High Ridge
CITY Friendswood  ZIP 77546  WO#

INVENTORY NO. ☑RESIDENTIAL ☐COMMERCIAL ☐PARTS ON ORDER ☐COMPLETE ☐INCOMPLETE ☐RESCHEDULE ☐INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE |
|---|---|---|---|
| | Renew P1 (24yr) | | 238. |
| | leak search | | 180. |
| | R-22 | 4 | 238. |
| | discount P1 10% | | -42. |

PROBLEM REPORTED: Spring Check 1 of 2
TASK #

DESCRIPTION OF WORK PERFORMED:
Found leak on O/S evap coil, need to replace evap coil. Going to check warranty on coil. Per cust. Added 4 lbs of R-22. Advise cust. Freon will leak out. If evap coil in warranty. Quoted for labor 850.

O/S Evap coil Goodman
M/N CHTF3642D6AA
S/N 0710240870

EQUIPMENT BRAND  MODEL  SERIAL #  TYPE/FUEL  AGE
Goodman  GSC130361CA  0608195309
Goodman  GSC130421AA  0608129975
413

RECOMMENDATIONS / ADDITIONAL INFORMATION: O/S

NAME OF HELPERS

| | | | |
|---|---|---|---|
| TOTAL MATERIAL | O/S | | |
| TOTAL LABOR | 195 75 25 | 78 76 65 | 1.0 |

START 8-24 /5:00  COMPLETE
FLAT RATE PRICE  413 196 75 215 60  76 70 10.2  BAP  TSP

SERVICE TECHNICIAN NAME & TRUCK Joe C 7651 1273
CHECK # 1516

☐CASH ☐CARD # ☐VISA ☐M.C. ☐DISCOVER ☐AMEX

RENTAL: EQUIP.
COUPON
SUBTOTAL
TAX
EXP. DATE
CVS CODE  614.

CUSTOMER SIGNATURE

**STOP** *Have you been offered a P-1 Discount?*

PRIORITY MAINTENANCE PACKAGE: ACCEPT ☑ DENY ☐  CUSTOMER INITIALS

WHITE: OFFICE  YELLOW: CUSTOMER
I decline to have the recommended work performed at this time. SIGNATURE _____ DATE _____  *Thank You*

**CHURCH SERVICES**
*Always there for every repair!*

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

MAIN: (713) 722-5000
**713-722-5000**  TACLA013422E
MPL 19566 Ken Faust-MP
TECL 17976
TPCL 12430 PT

PO BOX 79589, HOUSTON, TX 77279-9589

**SERVICE REPORT**  Page___ of ___   TICKET NO. 331025

DATE 8-28-12   NAME Karen Baldwin

PURCHASE ORDER NO.

STREET 909 Highridge

CITY Friendswood   ZIP 77546   KM # 1575   TECH #

INVENTORY NO. ☑ RESIDENTIAL  ☐ COMMERCIAL  ☐ PARTS ON ORDER  ☐ COMPLETE  ☐ INCOMPLETE  ☐ RESCHEDULE  ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE | DESCRIPTION OF WORK PERFORMED | STANDARD RATE | PARTNER RATE |
|---|---|---|---|---|---|---|
| PoH | Evap coil | 1 | Warranty | PROBLEM REPORTED: D/3 Evap coil | | |
| | Labor for coil | | 850.00 | TASK # | | |
| 3210 | Filter drier 318 | 1 | — | Recover R-22, Remove filter drier behind | | |
| 1000 | R-22 | 11 | | King valves, Install new drier, Remove | | |
| | discount P1 10% | | -85.00 | old evap coil, Install new evap coil. | | |
| | | | | Pressure test system, Vacuum system, | | |
| | | | | Charged system. | | |
| | | | | A.C working at this time | | |

EQUIPMENT BRAND  MODEL  SERIAL #  TYPE/FUEL  AGE
Goodman  CSC1303G1CA  0608195311  33

RECOMMENDATIONS:
ADDITIONAL INFORMATION:

| | |
|---|---|
| NAME OF HELPERS | TOTAL MATERIAL |
| | TOTAL LABOR |
| START 8:00 / 8:45  COMPLETE | FLAT RATE PRICE |
| START  COMPLETE | RENTAL: EQUIP. |
| SERVICE TECHNICIAN - NAME & TRUCK # 273  Joe R-165/9273 | COUPON |
| CHECK # 1520 | SUBTOTAL |
| ☐ CASH | TAX |
| ☐ CARD # | EXP. DATE  CVS CODE |
| ☐ VISA  ☐ M.C.  ☐ DISCOVER  ☐ AMEX | 765.00 |

HP  SD  SH  SP  OT  IT  TC  CAP  BAP  FAF  TSP

CUSTOMER SIGNATURE ✗

AGREEMENT: The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

**STOP** *Have you been offered a P-1 Discount?*

PRIORITY MAINTENANCE PACKAGE:  ACCEPT: ☐  DENY: ☐   CUSTOMER INITIALS:_____

WHITE: OFFICE   YELLOW: CUSTOMER   I decline to have the recommended work performed at th___ e. SIGNATURE _____ DATE _____  *Thank You*



**Sam Korkmas**
248 Oak Manor Dr.
Alvin, Texas 77511
832-283-2665

# INVOICE

**TACLB15676E**

INVOICE DATE: 5-30-14

SOLD TO: Baldwin
909 High Ridge
Friendswood Tx

SHIPPED TO:

281 992 3239

| DATE SHIPPED | SHIPPED VIA: | YOUR ORDER NO. | TERMS |
|---|---|---|---|
| | | | |

| QTY. ORDERED | DESCRIPTION: | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Install New Bryant 16 Seer Condenser + evaporator coil Retrofit to existing duct work Install filter dryer Pull Vaccum + Charge with R 410 A Flush line set | | |

**C60H210P166**

**CBH6021P16          7113F07248**

☺ Thank You For Your Business

Job Total
Includes tax                    3685 00

2014E33628    SERIAL# / NUMERO DE SERIE . #DE SERIE
116BNA042000BAAA MFG CODE/CODE DE FAB/CODIGO DE MFG

☐ TAXABLE: _____ %
☐ TAX EXEMPT - EXEMPTION CERT. ATTACHED
☐ TAX EXEMPT FORM ON FILE:

SUBTOTAL
SALES TAX
SHIPPING CHARGES

PLEASE PAY THIS TOTAL ☞  3685. 00

INTEREST WILL BE CHARGED MONTHLY AT THE MAXIMUM LEGAL RATE OF INTEREST PERMITTED IN THE STATE OF TEXAS ON ALL OVERDUE ACCOUNTS AND ADDED TO ACCOUNT UNTIL CUMULATIVE BALANCE IS PAID IN FULL. PURCHASER AGREES TO PAY ALL COLLECTION FEES, REASONABLE ATTORNEY FEES AND ALL OTHER COSTS INCURRED FOR COLLECTION. ALL INVOICES ARE DUE AND PAYABLE AT THE ADDRESS ABOVE.



**SERVICE WEEKS COMPANY**
Since 1872

TACL A9976C   TECL 17036

1306 So. Hwy. 3
League City, TX 77573

# PROPOSAL

Page No. ___1___ of ___1___ Pages

(281) 332-9555  (800) 443-3992
Fax (281) 332-9558

JOB NAME / NO.

To: Dave Baldwin
909 High Ridge Drive
Freindswood, Tx. 77546

LOCATION

PHONE 281-777-7900   DATE 4-20-15

We hereby submit specifications and estimates for:

Water is getting into panel and causing the arc fault breakers
to trip. Needs some sealant in the mounting holes where
the water is coming in at. Need to change out (2) Q.O.
single 20 amp arc fault breakers and (1) 15 amp Q.O.
arc fault breaker.

$492.00
+ $ 96.00 service fee
$588.00

Regulated By Texas Department of Licensing & Regulation   P.O. Box 12157, Austin, TX 78711   Phone # 800-803-9202   www.license.state.tx.us

**WE PROPOSE** hereby to furnish material and labor – complete in accordance with these specifications, for the sum of 588.00
_____ dollars ($ _____ ).

Payable as follows:

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alterations or deviation from above specifications involving extra cost will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized
Signature _____

NOTE: This proposal may be withdrawn 30
by us if not accepted within _____ days.

**ACCEPTANCE OF PROPOSAL** – The prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____ Date _____   Signature _____ Date _____

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
DAVE BALDWIN

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[X] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any)  3

Exemption from FATCA reporting
code (if any)

Address (number, street, and apt. or suite no.)
1807 N MISSION CIRCLE

City, state, and ZIP code
FRIENDSWOOD, TX 77546

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type. See Specific Instructions on page 2.*

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

Social security number
8 7 3 - 5 6 - 2 6 7 1

Employer identification number

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 3.

Sign
Here

Signature of
U.S. person ▶ *Dave Baldwin*   Date ▶ 4/12/2018

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information
about Form W-9, at *www.irs.gov/w9*. Information about any future developments
affecting Form W-9 (such as legislation enacted after we release it) will be posted
on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your
correct taxpayer identification number (TIN) to report, for example, income paid to
you, payments made to you in settlement of payment card and third party network
transactions, real estate transactions, mortgage interest you paid, acquisition or
abandonment of secured property, cancellation of debt, or contributions you made
to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to
provide your correct TIN to the person requesting it (the requester) and, when
applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number
to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If
applicable, you are also certifying that as a U.S. person, your allocable share of
any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are
exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form
W-9 to request your TIN, you must use the requester's form if it is substantially
similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S.
person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the
United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in
the United States are generally required to pay a withholding tax under section
1446 on any foreign partners' share of effectively connected taxable income from
such business. Further, in certain cases where a Form W-9 has not been received,
the rules under section 1446 require a partnership to presume that a partner is a
foreign person, and pay the section 1446 withholding tax. Therefore, if you are a
U.S. person that is a partner in a partnership conducting a trade or business in the
United States, provide Form W-9 to the partnership to establish your U.S. status
and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X     Form **W-9** (Rev. 8-2013)

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give Form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)
*KAREN BALDWIN*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☒ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) *3*

Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
*1807 N MISSION CIRCLE*

City, state, and ZIP code
*FRIENDSWOOD, TX 77546*

List account number(s) here (optional)

Requester's name and address (optional)

**Part I**  **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: *460 - 53 - 7591*

Employer identification number

**Part II**  **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶  Date ▶ *4/2/18*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X  Form **W-9** (Rev. 8-2013)

GAC 2006067581 3 pgs

FILED BY
ALAMO TITLE COMPANY
40501640

## GENERAL WARRANTY DEED WITH VENDOR'S LIEN

THE STATE OF TEXAS

COUNTY OF **GALVESTON**

KNOW ALL MEN BY THESE PRESENTS

*Builder*
*713-817-2201*

THAT **K. HOVNANIAN OF HOUSTON II, L.P., A TEXAS LIMITED PARTNERSHIP,** hereinafter referred to as GRANTOR (whether one or more), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to GRANTOR in hand paid by **MICAH LOUIS SCHOTT, A MARRIED PERSON,** hereinafter referred to as GRANTEE (whether one or more), the receipt and sufficiency of which are hereby acknowledged, and for the further consideration of the execution and delivery by said GRANTEE of one certain promissory note of even date herewith, in the original principal sum of **TWO HUNDRED SIXTY-ONE THOUSAND SEVEN HUNDRED FIFTY AND NO/100 DOLLARS ($261,750.00),** payable to the order of **K. HOVNANIAN AMERICAN MORTGAGE, LLC,** (hereinafter called BENEFICIARY), in installments as in said note provided, bearing interest at the rate therein provided, said Note containing an attorney's fee clause and various acceleration of maturity clauses in case of default, and being secured by Vendor's Lien and Superior Title retained herein in favor of said GRANTOR, and being additionally secured by a deed of trust of even date with said note, from GRANTEE to **CALVIN C. MANN, JR., TRUSTEE,** reference to which deed of trust is hereby made for all purposes, the said BENEFICIARY at the special instance and request of the GRANTEE herein having advanced the sum of said note as part purchase price for the property herein conveyed, the receipt of which is hereby acknowledged, the GRANTOR hereby transfers, sets over, assigns and conveys, without recourse, unto BENEFICIARY, and its successors and assigns, the Vendor's Lien and Superior Title retained and reserved herein against the property, subrogating said BENEFICIARY to all rights and remedies of GRANTOR in the premises by virtue of said liens,

and GRANTOR has GRANTED, SOLD and CONVEYED and by these presents does GRANT, SELL, and CONVEY unto GRANTEE, the following described property, to-wit

> **LOT TWO (20), IN BLOCK ONE (1) FINAL PLAT LAKES OF FALCON RIDGE, SECTION TWO (2), A SUBDIVISION IN GALVESTON COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 2005A, PAGE 179 OF THE MAP RECORDS OF GALVESTON COUNTY, TEXAS.**

TO HAVE AND TO HOLD the above described premises, together with, all and singular, the rights and appurtenances thereto in anywise belonging unto GRANTEE and GRANTEE'S heirs and assigns forever   GRANTOR does hereby bind GRANTOR and GRANTOR'S heirs, executors, and administrators to warrant and forever defend, all and singular, the said premises unto GRANTEE and GRANTEE'S heirs and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof

This Deed is executed, delivered and accepted subject to all and singular any liens described herein, ad valorem taxes for the current and all subsequent years, subsequent assessments for prior years due to changes in land usage or ownership, zoning ordinances, utility district assessments and standby fees, if any, applicable to and enforceable against the above described property, and all valid utility easements

Page 1 of 2 Pages

created by the dedication deed or plat of the subdivision in which said real property is located, covenants, restrictions common to the platted subdivision in which said real property is located, mineral reservations, maintenance assessment liens, if any, applicable to and enforceable against the above described property as shown by the records of the County Clerk of the County in which said real property is located, and any statutory water rights, or the rights or interests of the State of Texas or the public generally in any waters, tidelands, beaches and streams being situated in proximity to the property described herein

But it is expressly agreed and stipulated that the Vendor's Lien and Superior Title are retained against the above described property, premises, and improvements, until the above described note and all accrued interest thereon are fully paid according to the face, tenor, effect, and reading thereof, when this deed shall become absolute

The contract between GRANTOR, as seller, and GRANTEE, as buyer, may contain limitations as to warranties, to the extent said contract provides for such limitations to survive this conveyance they shall be deemed incorporated herein by reference.  The warranty of title contained in this deed is hereby expressly excluded from the limitations referenced in this paragraph

When this Deed is executed by more than one person, or when the GRANTEE is more than one person, the instrument shall read as though pertinent verbs and pronouns were changed correspondingly, and when executed by or to a legal entity other than a natural person, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns."  Reference to any gender shall include either gender and, in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be

DATED the **25TH** day of **SEPTEMBER, 2006**

> **K. HOVNANIAN OF HOUSTON II, L.P., A**
> **TEXAS LIMITED PARTNERSHIP**
>
> **By:  K. HOVNANIAN**
> **DEVELOPMENTS OF TEXAS,**
> **INC., ITS GENERAL PARTNER**
>
> By: _(signature)_
> Name: MONA FREDERICK
> Title: OPERATIONS MANAGER

STATE OF TEXAS HARRIS   §
COUNTY OF _HARRIS_   §

This instrument was acknowledged before me on the 25 day of September, 2006 by _Mona Frederick_, operations manager of K. Hovnanian Developments of Texas, Inc., A Texas Corporation, on behalf of said corporation in its capacity as general partner of K. HOVNANIAN OF HOUSTON II, L.P., A TEXAS LIMITED PARTNERSHIP, on behalf of said limited partnership.

_____
Notary Public, State of Texas

My commission expires

_____

AFTER RECORDING RETURN TO GRANTEE
AT GRANTEE'S MAILING ADDRESS
**MICAH LOUIS SCHOTT**
**909 HIGH RIDGE DRIVE**
**FRIENDSWOOD, TEXAS 77546**

Notary's Name (printed)

RENEE LYNN MARTINEZ
Notary Public  State of Texas
My Commission Expires 03/08/2009

Page 2 of 2 Pages

Taxes for the current year have been prorated and their payment is assumed by Grantee

This conveyance is made subject to any and all valid and subsisting restrictions, easements, rights of way, reservations, maintenance charges together with any lien securing said maintenance charges, zoning laws, ordinances of municipal and/or other governmental authorities, conditions and covenants, if any, applicable to and enforceable against the above-described property as shown by the records of the County Clerk of said County

The use of any pronoun herein to refer to Grantor or Grantee shall be deemed a proper reference even though Grantor and/or Grantee may be an individual (either male or female), a corporation, a partnership or a group of two or more individuals, corporations and/or partnerships, and when this Deed is executed by or to a corporation, or trustee, the words "heirs, executors and administrators" or "heirs and assigns" shall, with respect to such corporation or trustee, be construed to mean "successors and assigns"

It is expressly agreed that the Vendor's Lien is retained in favor of the payee of said Note against the above-described property, premises and improvements, until said Note and all interest thereon shall have been fully paid according to the terms thereof, when this Deed shall become absolute

EXECUTED this 9TH day of NOVEMBER, 2009

_____
**MICAH LOUIS SCHOTT**

_____
SHERRI R. SCHOTT

STATE OF _____, COUNTY OF _____, ss:

This instrument was acknowledged before me on this 12 day of _____, 20 09, by MICAH LOUIS SCHOTT. AND SPOUSE SHERRI R. SCHOTT

_____
NOTARY PUBLIC

**GRANTEE'S ADDRESS**
**909 HIGH RIDGE DRIVE**
**FRIENDSWOOD, TEXAS 77546**

TRINA K CAMERON
Notary Public, State of Texas
My Commission Expires 08-24-2010

Page 2 of 2 pages
GV4000-2

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Mary Ann Daigle*

2009063686

November 16, 2009  02:33:22 PM

FEE  $20.00

Mary Ann Daigle, County Clerk

Galveston County,  TEXAS

BALDWIN
Loan Number 745-9101900
MIN 100056374591019005

## WARRANTY DEED WITH VENDOR'S LIEN

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU
MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION
FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY
BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL
SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

THE STATE OF TEXAS            X
                             X      KNOW ALL MEN BY THESE PRESENTS
COUNTY OF GALVESTON           X

                                        *

THAT  MICAH LOUIS SCHOTT A MARRIED PERSON, hereinafter called "Grantor" (whether one or
more), for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable
consideration to Grantor paid by DAVID N. BALDWIN AND KAREN B. KANE , HUSBAND AND WIFE,
hereinafter called "Grantee" (whether one or more), the receipt of which is hereby acknowledged and
confessed, and the further consideration of the execution and delivery by said Grantee of one certain
Promissory Note in the principal sum of $240,000.00, of even date herewith, payable to the order of
NETWORK FUNDING, L.P. , hereinafter called "Mortgagee", bearing interest at the rate therein provided;
said Note containing the usual reasonable attorney's fee clause and various acceleration of maturity clauses
in case of default, and being secured by Vendor's Lien and superior title retained herein in favor of said
Mortgagee, and being also secured by a Deed of Trust of even date herewith from Grantee to SCOTT R.
VALBY , Trustee, and

WHEREAS, Mortgagee has, at the special instance and request of Grantee, paid to Grantor a portion of
the purchase price of the property hereinafter described, as included in the above-described Note, said
Vendor's Lien against said property securing the payment of said Note is hereby assigned, transferred and
delivered to Mortgagee, Grantor hereby conveying to said Mortgagee the said superior title to said property,
subrogating said Mortgagee to all the rights and remedies of Grantor in the premises by virtue of said liens;
and

Grantor has GRANTED, SOLD and CONVEYED, and by these presents does GRANT, SELL and
CONVEY unto said Grantee, the following described property, to-wit

LOT TWO (2), IN BLOCK ONE (1), OF FINAL PLAT LAKES OF FALCON RIDGE, SECTION
TWO (2), A SUBDIVISION OUT OF THE SARAH MCKISSICK SURVEY, ABSTRACT 151
IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED
IN VOLUME 2005A, PAGE 179, IN THE OFFICE OF THE COUNTY CLERK OF GALVESTON
COUNTY, TEXAS.

* joined proforma by his spouse, Sherri R. Schott

TO HAVE AND TO HOLD the above-described premises, together with all and singular, the rights and
appurtenances thereunto in anywise belonging unto said Grantee, his heirs and assigns, forever And
Grantor does hereby bind himself, his heirs, executors and administrators, to warrant and forever defend all
and singular the said premises unto said Grantee, his heirs and assigns, against every person whomsoever
lawfully claiming or to claim the same or any part thereof.

STEWART TITLE HOUSTON DIVISION
Page 1 of 2 pages    51/09200780/TC
GV4000-1

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS OF REAL PROPERTY

*Mary Ann Daigle*

2006 OCT 04  09:00 AM 2006067581
NEAL_S $20.00
Mary Ann Daigle ,COUNTY CLERK
GALVESTON, TEXAS