```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED     : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY       :
LITIGATION                       : Section:  L
                                 :
Elizabeth Bennett, et al.,       :
V.                               : 2:14-cv-02722-EEF-JCW
Knauff Gips, KG, et al.          :



        *****************************************
                    ORAL DEPOSITION OF
                    KAREN BETH BALDWIN
                    NOVEMBER 25, 2019
        *****************************************
```

ORAL DEPOSITION OF KAREN BETH BALDWIN, produced as a witness at the instance of the Knauf Defendants, and duly sworn, was taken in the above-styled and numbered cause on November 25, 2019, from 12:33 p.m. to 1:54 p.m., before PHYLLIS WALTZ, RMR, CRR, CRC, Texas CSR, TCRR, Louisiana CCR, in and for the State of Texas, recorded by machine shorthand, at the offices of Worldwide Court Reporters, Inc., 3000 Weslayan, Suite 235, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto; signature having not been reserved.

EXHIBIT
I

```
 1   Do you see "ATTACHMENT 'A' RULE 30(b)(2) RULE 34
 2   REQUESTS FOR PRODUCTION"?
 3       A.   Uh-huh.
 4       Q.   And there is 12 different Requests for
 5   Production on Pages 3 and 4.
 6       A.   All right.
 7       Q.   Have you reviewed those before today?
 8       A.   We looked at them.  We didn't have a lot of
 9   time to gather that before today.
10       Q.   So I'm going to read through each of these 12,
11   and what I'm asking is -- we just spent some time
12   looking through this binder.  If there is any documents
13   that you're aware of that are responsive to these
14   requests, I'd like to know about them, to the extent
15   they're not in that binder, okay?
16       A.   Okay.
17       Q.   All right.  So No. 1 asks that you "Please
18   produce all documents relating to any pre-purchase
19   inspection of the property that is the subject of this
20   litigation, including but not limited to property
21   inspections and Chinese-drywall inspections."  We're
22   here today about a property on High Ridge Drive,
23   correct?
24       A.   Yes.
25       Q.   And when did you buy that property?
```

```
 1         A.   We bought it in November of 2009.
 2         Q.   Before you bought it in November of 2009, did
 3    you get any kind of inspection done?
 4         A.   Yes.
 5         Q.   Who inspected the property?
 6         A.   We'd have to look that up.  I believe --
 7         Q.   Do you have a report from them?
 8         A.   I have not submitted it yet, but I -- I
 9    believe I might be able to get a copy and turn that in.
10         Q.   Okay.  We'd ask for that.
11              Did you get an appraisal done?
12         A.   We didn't hire one, but it was done as a part
13    of funding the mortgage.  So, yes, one was done.
14         Q.   All right.  If you'll flip to exhibit -- it's
15    Exhibit 3.  Or, yeah, Exhibit 3 behind Tab 5.
16              And if you'll flip all the way past the
17    signature pages, there is a set -- before that.  It's
18    Exhibit 1 to Exhibit 3.  It's right there, actually.
19    That appears to be a settlement statement, is that
20    right, for the house on High Ridge Drive, when you
21    bought the house from Micah Schott; is that correct?
22         A.   Yes.
23         Q.   All right.  If you'll flip to the next page.
24              The next two pages of mine are an out of --
25         A.   An appraisal, uh-huh.
```

```
 1         Q.    I'm going to ask him questions shortly.  He
 2   can --
 3         A.    Correct me if I'm wrong?
 4         Q.    Correct.
 5         A.    Okay.  I be- --
 6               MR. DOYLE:  Just to clarify, Mr. Dodson is
 7   asking you in this deposition what you know.
 8               THE WITNESS:  Okay.
 9               MR. DOYLE:  So tell him what you know.
10               THE WITNESS:  Okay.
11         A.    I believe it was $2,000.
12         Q.    (BY MR. DOYLE)  One other question.  If we
13   look at Exhibit 3, on Page 1, I just want to make sure
14   that I've got this right.  Exhibit 3, behind Tab 5.
15   There you go, on Page 1.  Do you see the first question
16   that says, "On what date did you first purchase the
17   Property?"
18         A.    Uh-huh.
19         Q.    And down below it says October 4, 2006.  Is
20   that correct?
21         A.    When we purchased it?
22         Q.    Correct.
23         A.    No, it is not.
24         Q.    Okay.  I want to make sure I've got that
25   right.
```

```
 1        A.    That is wrong.
 2        Q.    The settlement statement that's attached to
 3   the Plaintiff Fact Sheet says November 12th, 2009.
 4        A.    Yes.
 5        Q.    Does that sound more accurate?
 6        A.    Yes.
 7              MR. DOYLE:  You should also have a copy of
 8   the warranty deed somewhere.
 9              MR. DODSON:  Uh-huh.
10        Q.    (BY MR. DODSON)  Do you know why October 4th,
11   2006 would have been included on that?
12        A.    I'm not sure, no.
13        Q.    Did you ever remodel the 909 High Ridge Drive
14   home?
15        A.    No.
16        Q.    Did you ever remodel any part of the home?
17        A.    No.  The only thing we did was replace the
18   flooring.
19        Q.    When did you replace the flooring?
20        A.    2016.
21        Q.    Is the 909 High Ridge Drive property in a
22   subdivision?
23        A.    Yes.
24        Q.    Is there a homeowners association for the
25   subdivision?
```

```
 1   Chinese drywall in the walls?
 2        A.   The inspectors that came on July 1st made ten
 3   cuts in the house and I asked them if they found it and
 4   they said that they found it on both floors.
 5        Q.   Are you aware of whether there is any other
 6   manufacturer of -- or any other manufacturer's drywall
 7   in the house?
 8        A.   I don't know.
 9        Q.   Down on the bottom right corner it says
10   "Drywall Supplier" on "Section X."  It says "Interior
11   Exterior Building Supply."  Do you see that?
12        A.   Yes.
13        Q.   How do you know Interior Exterior Building
14   Supply was the supplier of the drywall on the home?
15        A.   I don't.  I believe my lawyer provided that
16   information, but I don't even really remember where it
17   came from.
18        Q.   If you look at Exhibit 2 on Page 2, Section II
19   says when was -- are you looking at it?  Is that the
20   right page?
21        A.   Uh-huh.
22        Q.   Okay.  "When was Chinese Drywall installed on
23   the property (to the best of your knowledge)?"  It says
24   "2006."
25        A.   Uh-huh.
```

```
         1        Q.   What information do you have that the drywall
         2   was installed in 2006?
         3        A.   I believe that's the year that the house was
         4   built.
01:22    5        Q.   All right.  If you look at Page 6 of
         6   Exhibit 2.  Under "Section VII.  Other Damages" it says,
         7   "If you experienced any loss of use and/or loss of
         8   enjoyment of the Property as a result of Chinese
         9   Drywall, identify the total amount of such loss."  And
01:23   10   you've written in "$186,386.72."
        11             Then if we flip a few pages later, past the
        12   verification, there is a cover sheet that says
        13   Exhibit F, and then there is an itemization and then --
        14   an itemization of different air conditioner repairs as
01:23   15   well as a dishwasher, sink, and microwave and
        16   thermostat.  Then we have appliances, three appliances.
        17   And then we have a "$25,000 formula from Doyle."  Grand
        18   total, "186,385.72."  Do you see that?
        19        A.   Yes.
01:24   20        Q.   And I know that you mentioned earlier that you
        21   have -- you're claiming additional moving costs and
        22   closing costs.  As to the 186,385.72, is this the
        23   entirety of the support you have for the $186,385.72 in
        24   loss of use, loss of enjoyment?
01:24   25        A.   I don't understand what you're asking.
```