UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  CHINESE-MANUFACTURED          : MDL NO. 2047

DRYWALL PRODUCTS LIABILITY            :

LITIGATION                            : Section:  L

                                      :

Elizabeth Bennett, et al.,            :

V.                                    : 2:14-cv-02722-EEF-JCW

Knauff Gips, KG, et al.               :


*****************************************

ORAL DEPOSITION OF

DAVE NEIL BALDWIN

NOVEMBER 25, 2019

*****************************************


        ORAL DEPOSITION OF DAVE NEIL BALDWIN, produced
as a witness at the instance of the Knauf Defendants,
and duly sworn, was taken in the above-styled and
numbered cause on November 25, 2019, from 11:55 p.m. to
1:59 p.m., before PHYLLIS WALTZ, RMR, CRR, CRC, Texas
CSR, TCRR, Louisiana CCR, in and for the State of Texas,
recorded by machine shorthand, at the offices of
Worldwide Court Reporters, Inc., 3000 Weslayan,
Suite 235, Houston, Texas, pursuant to the Federal Rules
of Civil Procedure and the provisions stated on the
record or attached hereto; signature having not been
reserved.

EXHIBIT
J

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1                    DAVE NEIL BALDWIN,
 2   having been first duly sworn, testified as follows:
 3                E X A M I N A T I O N
 4   BY MR. DODSON:
 5        Q.   State your name for the record, please.
 6        A.   Dave Baldwin.
 7        Q.   Mr. Baldwin, you've been in the room all day
 8   today during your wife's deposition; is that correct?
 9        A.   Yes.
10        Q.   And you've heard all of her responses?
11        A.   Yes.
12        Q.   And did you understand my questions and her
13   responses?
14        A.   Yes.
15        Q.   And at this point I'm going to give you the
16   opportunity to either adopt in full, adopt in part and
17   clarify, or to we can just restart the entire
18   deposition.  Do you have a preference?
19        A.   I think I can adopt in full.
20        Q.   All right.  Are there any changes or
21   alterations you'd like to make to the responses that
22   your wife gave?
23        A.   No.
24        Q.   All right.  I believe your wife testified that
25   you're a computer consultant; is that --
```

01:55 (lines 5, 10, 15, 20, 25)