UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on the claims asserted by Frank Grande, Suzan Grande, CJ Properties, Karen Beth Baldwin, and David Neil Baldwin:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things.

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence.

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence.

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

6. The Fifth Amended Complaint was filed on May 14, 2018.

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

8. The Fifth Amended Complaint is the operative complaint in this matter.

9. Plaintiffs Frank Grande, Suzan Grande, and CJ Properties are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 7 Nevin Court, Conroe, TX 77301 (the "Grande Property").

10. Plaintiffs Karen Beth Baldwin and David Neil Baldwin are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 909 High Ridge Drive, Friendswood, TX 77546.

11. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

12. Frank Grande, Suzan Grande, CJ Properties, Karen Beth Baldwin, and David Neil Baldwin completed and submitted a PPF, SPPF, and PFS.

13. The documents were completed under penalty of perjury. See Exhibits A (Grande PPF), B (Grande SPPF), C (Grande PFS), F (Baldwin PPF), G (Baldwin SPPF), and H (Baldwin PFS).

14. CJ Properties bought the Grande Property in January 2016. *See* Exhibit D, Deposition of Frank Grande [hereinafter Frank Grande Depo.] at 15:4-16:5.[1]

15. CJ Properties is a "d/b/a" under which Frank and Suzan Grande operate a real-estate investment business. *See id.* at 6:23-7:15.

16. CJ Properties purchased the Grande Property from a foreclosure sale with the intent to flip the property for a profit. *See id.* at 20:1-8, 29:9-30:1.

17. The sale of the Grande Property to CJ Properties was an "as is" sale "without any expressed or implied warranties, except as to warranties of title," and the Grande Property was "convey[ed] . . . to [CJ Properties] at [CJ Properties'] own risk, pursuant to the terms of Texas Property Code §§ 51.002 and 51.009." *See* Exhibit B at 11 (Substitute Trustee's Deed).

18. The Chinese Drywall in the Grande Property was installed before CJ Properties purchased the Grande Property. *See* Exhibit D, Frank Grande Depo., at 48:8-19; *see also id.* at 22:24-23:5 (testifying that the previous owners performed a Chinese Drywall inspection).

19. The Baldwins purchased the Baldwin Property in November of 2009. *See* Exhibit I, Deposition of Karen Baldwin [hereinafter Karen Baldwin Depo.] at 11:17-12:1, 24:12-25:6.[2]

20. The Chinese Drywall in the Baldwin Property was installed before David and Karen Baldwin purchased the Baldwin Property. *See id.* at 33:22-34:4.

---

[1] Suzan Grande adopted in full the answers of Frank Grande. *See* Exhibit E, Deposition of Suzan Grande, at 4:12-22.
[2] David Baldwin adopted in full Karen Baldwin's testimony. *See* Exhibit J, Deposition of David Baldwin, at 4:7-23.

21. Further, the Baldwins provided two deeds: (1) a 2006 General Warranty Deed with Vendor's Lien from the builder of the property to the Baldwins' predecessors-in-interest and (2) the 2009 Warranty Deed with Vendor's Lien pursuant to which the Baldwins acquired title to the Baldwin Property. *See* Exhibit G at 26-31.

22. The pages of the Deeds were out of order when produced; however, because the year 2009 is included on each page, it is clear that the 2009 Warranty Deed with Vendor's Lien is included as pages 28 through 30 of the Supplemental Plaintiff Profile Form attached as Exhibit G.

23. The 2009 Deed provides that the Baldwin Property was conveyed to the Baldwins "to have and to hold . . ., together with all and singular, the rights and appurtenances thereunto in anywise belonging." *See id.* at 30.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0279
Email:        kmiller@fishmanhaygood.com

*Counsel for Defendant,*
*The Knauf Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 13th day of March, 2020.

                                      */s/ Kerry J. Miller*
                                      **KERRY J. MILLER**