Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Toshonia & Martin Armstrong
Address of Affected Property: 418 Sandstone Creek Lane
Dickinson, TX 77539

Is this Property:* (Residential)  Commercial  Governmental
Name of Person Completing this Form: Toshonia Armstrong
Is above your primary residence? (Yes) No
Mailing Address (if different):

Phone: (713) 725 - 9200

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant
Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: (205) 533 - 9500
Case No./Docket Info: Bennett v Knauf, 14-cv-2722

### Section II. Insurance Information

Homeowner/ Renter Insurer: Farmers Insurance
Policy #: 95948-59-35
Agent: Charles T. Bergvall
Address: P.O. Box 149044
Austin, TX 78714
Phone: (409) 948 - 3426

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Martin Armstrong | 05/01/06 | / / | (M)/F | 01/18/71 | Yes (No) | Owner - Occupant |
| Toshonia Armstrong | 05/01/06 | / / | M/(F) | 02/09/70 | Yes (No) | Owner - Occupant |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.





EXHIBIT A

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Martin Armstrong

   1.2. When did the inspection take place?  01 / 10 / 14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Martin Armstrong

   2.2. When was this determination made?  01 / 10 / 14

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C36 | ceiling and walls |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,777 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (    )    -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (    )    -

### Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature: *[signed] Jackson Armstrong* | Date Signed: 3/10/2015 | Claimant's Signature: | Date Signed: |
| Claimant's Signature: *[signed] Marla D. Armstrong* | Date Signed: 3/10/15 | Claimant's Signature: | Date Signed: |
| Claimant's Signature: | Date Signed: | Claimant's Signature: | Date Signed: |



FARMERS NEXT GENERATION HOMEOWNERS POLICY
TEXAS FARMERS INSURANCE COMPANY, AUSTIN, TEXAS
A Reciprocal Company

**DECLARATIONS**
HOMEOWNERS
Replaces all prior Declarations, if any

**TRANSACTION TYPE:** OFFER OF RENEWAL
The Policy Period is effective as shown below and after the time for which applied.

| POLICY NUMBER | POLICY PERIOD FROM: | TO: | STANDARD TIME | POLICY EDITION |
|---|---|---|---|---|
| 95984-59-35 | 07-30-2014 | 07-30-2015 | 12:01 A.M. | 01 |

ISSUING OFFICE:
P.O. BOX 149044
AUSTIN, TX 78714

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the renewal premium for each successive policy period as required by our rates, rules, forms and premium plans then in effect.

**NAMED INSURED AND MAILING ADDRESS:**
TOSHONIA JACKSON

418 SANDSTONE CR LN
LEAGUE CITY TX  77539-5499

**LOCATION OR DESCRIPTION OF RESIDENCE PREMISES:**
(Same as mailing address unless otherwise stated.)

**COVERAGES** - We insure you for the coverages and limits indicated as covered by a specific limit or other notation. Those Section I - Extensions of Coverage and Section II - Liability Extensions of Coverage that are not shown below apply as described in the policy.

| SECTION I - PROPERTY | | | | SECTION II - LIABILITY | |
|---|---|---|---|---|---|
| A - DWELLING | B - SEPARATE STRUCTURES | C - PERSONAL PROPERTY | D - LOSS OF USE | E - PERSONAL LIABILITY Each Occurrence | F - MEDICAL PAYMENTS TO OTHERS Each Person |
| $263,000 | $26,300 | $197,250 | $105,200 | $300,000 | $5,000 |

| SECTION I - EXTENSIONS OF COVERAGE | | | | SECTION II - LIABILITY EXTENSIONS OF COVERAGE | | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| EXTENDED REPLACEMENT COST - COVERAGE A | CONTENTS REPLACEMENT COST - COVERAGE C | BUILDING ORDINANCE OR LAW | IDENTITY FRAUD COVERAGE | PERSONAL INJURY | LOSS ASSESSMENT | |
| $65,750 | COVERED | 10% | $30,000 | NOT COVERED | NOT COVERED | $812.77 |

**ENDORSEMENTS**

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| J6260 | 2ED | RESIDENCE GLASS - WAIVER OF DEDUCTIBLE ENDORSEMENT |
| J6676 | 1ED | UNSCHEDULED PERSONAL ARTICLES ENDORSEMENT |
| J6898 | 1ED | ENDORSEMENT AMENDING GENERAL CONDITIONS |
| TX160 | 1ED | WINDSTORM, TROPICAL CYCLONE AND HAIL EXCLUSION |
| TX191A | 1ED | AMENDATORY ENDORSEMENT - DEDUCTIBLES |

**DISCOUNTS**

NON SMOKER, CLAIM FREE, AND NEW HOME DISCOUNTS HAVE BEEN APPLIED TO YOUR POLICY.

**DEDUCTIBLES**

| | |
|---|---|
| Deductible Clause 1 - Windstorm or Hailstorm | N/A |
| Deductible Clause 2 - Tropical Cyclone | N/A |
| Deductible Clause 3 - All Other Covered Loss or Damage | $2,000 |

**POLICY ACTIVITY** Do not pay - invoice sent separately

| $ | Previous Balance |
| 812.77 | Premium |
| | Fees* |
| | Payments or Credits |
| $ | Total* |
| | INSURED PAYS |

ANY "TOTAL" BALANCE OR CREDIT $7.00 OR LESS WILL BE APPLIED TO YOUR NEXT BILLING. BALANCES OVER $7.00 ARE DUE UPON RECEIPT.

* SEE ADDITIONAL FEE INFORMATION BELOW

This Declarations page is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

Countersignature

*[signature]*

Authorized Representative

**AGENT:** CHARLES T. BERGVALL
**AGENT PHONE:** (409) 948-3426  **AGENT NUMBER:** 19 82 330

56-5564  3RD EDITION  10-11     95984-59-35       (Continued on the Reverse Side)       06-06-2014      C5564311

FLOORPLAN

| | |
|---|---|
| Borrower: Toshonia Jackson | File No.: 2964A |
| Property Address: 418 Sandstone Creek Lane | Case No.: |
| City: League City | State: TX  Zip: 77539-3909 |
| Lender: Home American Mortgage Corp. | |



### SKETCH CALCULATIONS         Perimeter     Area

**Living Area**
  **First Floor**
    A1 : 40.1 x 43.9 =                                   1760.4
    A2 : 18.6 x 7.5 =                                     139.5
    A3 : 13.5 x 1.5 =                                      20.3
                                                         1920.2
  **Second Floor**
    A4 : 13.7 x 6.0 =                                      82.2
    A5 : 17.7 x 1.4 =                                      24.8
    A6 : 14.0 x 8.3 =                                     116.2
    A7 : 14.0 x 17.5 =                                    245.0
    A8 : 40.4 x 4.0 =                                     161.6
    A9 : 21.4 x 10.6 =                                    226.8
                                                          856.6

                    Total Living Area                    2776.8

**Garage Area**
  **Attached Garage**
    A10 : 21.5 x 20.7 =                                   445.0
                                                          445.0

                    Total Garage Area                     445.0

