# SUBSTITUTE TRUSTEE'S DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

C&M No. 44-19-1501/Conventional/auction.com
Shellpoint Mortgage Servicing

**Date of Security Instrument:** May 01, 2006

**Grantor(s):** Toshonia Jackson, an unmarried woman

**Original Trustee:** Bellinger & Associates

**Original Mortgagee:** Mortgage Electronic Registration Systems, Inc. as Nominee for HomeAmerican Mortgage Corporation, its successors and assigns

**Recording Information:** in Clerk's File No. 2006034530 in the Official Public Records of Galveston County, Texas

**Current Mortgagee:** New Residential Mortgage, LLC

**Mortgage Servicer:** Shellpoint Mortgage Servicing whose address is 75 Beattie Place, Suite 300, Greenville, SC 29601. Pursuant to a Servicing Agreement between the Mortgage Servicer and Mortgagee, the Mortgage Servicer is authorized to represent the Mortgagee. Pursuant to the Servicing Agreement and Section 51.0025 of the Texas Property Code, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the referenced property.

**Date of Sale:** **January 07, 2020**

**Amount of Sale:** **$190,100.00**

**Grantee/Buyer:** Federal National Mortgage Association (Fannie Mae), a corporation organized and existing under the laws of the United States
P.O. Box 650043, Dallas, Texas 75265-0043

**Legal Description:** LOT TWELVE (12), BLOCK ONE (1), BAY COLONY POINTE, SECTION 6, A SUBDIVISION IN GALVESTON COUNTY, TEXAS, ACCORDING TO MAP OR PLAT THEREOF RECORDED IN PLAT RECORDS 2003A, MAPS 118 AND 119, OF THE MAP RECORDS OF GALVESTON COUNTY, TEXAS.

**Place of Sale of Property:** In the area designated by the Galveston County Commissioners Court pursuant to Section 51.002 of the Texas Property Code as the place where the foreclosure sales are to take place, or if no place is designated by the Commissioners Court, the place where the Notice of Trustee's Sale was posted.

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Mortgagee, through the Mortgage Servicer, has appointed the Substitute Trustee and requested the Substitute Trustee to enforce the trust.

EXHIBIT E

Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required by law. The Substitute Trustee sold the property to Buyer, who was the highest bidder for cash at the public auction, for the amount of the sale in the manner prescribed by law. The sale was conducted no earlier than **10:00 AM**, as set forth in the Notice of Trustee's Sale and was concluded within three hours of such time. All matters, duties and obligations of the Mortgagee were legally performed.

Substitute Trustee, subject to any matters of record, and for the amount of sale paid by Buyer as consideration, grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor, Substitute Trustee hereby sell the above referenced property AS IS without any express or implied warranties, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant to the terms of Texas Property Code §51.002 and §51.009.

*Affidavit of Posting/Filing Notice of Sale is attached hereto marked as Exhibit "1" and Affidavit is attached hereto marked as Exhibit "2" is by this reference incorporated herein for all purposes.*

EXECUTED this __10th__ day of __January__, 2020.

_____
Traci Yeaman
Substitute Trustee

**STATE OF TEXAS**

**COUNTY OF** __Fort Bend__

Before me, the undersigned Notary Public, on this day personally appeared **Traci Yeaman** as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that (s)he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __10th__ day of __January__, 2020.

_____
Notary Public, State of Texas

BETTY L. TRIBBLE
Notary Public, State of Texas
Commission Expires 09-22-2020
Notary ID 10625353

**RETURN TO:**
**CODILIS & MOODY, PC**
**400 North Sam Houston Parkway East, Suite 900A**
**Houston, Texas 77060**

Exhibit "1"

## AFFIDAVIT OF POSTING/FILING NOTICE OF SALE

The undersigned, having knowledge of the matters hereinafter set forth, after being duly sworn, deposes and states under oath, as follows:

"On behalf of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust/Security Instrument, dated May 01, 2006 executed by **Toshonia Jackson, an unmarried woman** to Bellinger & Associates, Trustee(s) and recorded in the office of County Clerk in Clerk's File No. 2006034530 of Galveston County, Texas; at least twenty-one (21) days preceding the sale on the 7th day of January, 2020;

(i) Written notice of the proposed sale designating the County in which the property securing the above Deed of Trust/Security Instrument will be sold, was posted ("Notice of Sale") at the courthouse door of each County in which the property securing the above Deed of Trust/Security Instrument is located, or as otherwise designated by the County Commissioners; and

(ii) A copy of said Notice of Sale was filed in the office of the County Clerk of the County in which the sale was made."

_____
Steve Leva, Substitute Trustee

STATE OF TEXAS
COUNTY OF _HARRIS_

BEFORE ME, the undersigned authority on this day personally appeared Steve Leva known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed same in the capacity herein stated and for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _9TH_ day of _JANUARY_, 2020.

Sandra L. Dasigenis
My Commission Expires
08/27/2021
ID No. 7690377

_____
NOTARY PUBLIC

**C&M No. 44-19-1501**

C&M No. 44-19-1501/ FILE NOS

# NOTICE OF TRUSTEE'S SALE AND APPOINTMENT OF SUBSTITUTE TRUSTEE

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately. Sender is: Codilis & Moody, P.C., 400 North Sam Houston Parkway East, Suite 900A, Houston, Texas 77060**

### INSTRUMENT BEING FORECLOSED AND MORTGAGE SERVICER INFORMATION

Deed of Trust dated May 01, 2006 and recorded under Clerk's File No. 2006034530, in the real property records of GALVESTON County Texas, with Toshonia Jackson, an unmarried woman as Grantor(s) and Mortgage Electronic Registration Systems, Inc. as Nominee for HomeAmerican Mortgage Corporation, its successors and assigns as Original Mortgagee.

Deed of Trust executed by Toshonia Jackson, an unmarried woman securing payment of the indebtedness in the original principal amount of $203,228.00 and obligation therein described including but not limited to the promissory note and all modifications, renewal and extensions of the promissory note (the "Note") executed by Toshonia Jackson. Ditech Financial LLC is the current mortgagee (the "Mortgagee") of the Note and Deed of Trust or Contract Lien.

The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. Pursuant to the Servicing Agreement and Texas Property Code 51.0025, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the property securing the above referenced loan. Ditech Financial LLC is acting as the Mortgage Servicer for the Mortgagee. Ditech Financial LLC, is representing the Mortgagee, whose address is: PO Box 12740, Tempe, AZ 85284-0046.

**Legal Description:**
LOT TWELVE (12), BLOCK ONE (1), BAY COLONY POINTE, SECTION 6, A SUBDIVISION IN GALVESTON COUNTY, TEXAS, ACCORDING TO MAP OR PLAT THEREOF RECORDED IN PLAT RECORDS 2003A, MAPS 118 AND 119, OF THE MAP RECORDS OF GALVESTON COUNTY, TEXAS.

### SALE INFORMATION

**Date of Sale:** 01/07/2020      **Earliest Time Sale Will Begin:** 10:00 AM

**Location of Sale:**      The place of the sale shall be: GALVESTON County Courthouse, Texas at the following location: The first floor lobby of the Galveston County Courthouse, 722 Moody, Galveston, Texas, or if the preceding area is no longer the designated area, at the area most recently designated by the County Commissioner's Court

### TERMS OF SALE

A default has occurred in the payment of said herein referenced indebtedness, and the same is now wholly due, and the Mortgagee and/or Mortgage Servicer has requested the hereinafter appointed Substitute Trustee to sell said property to the highest bidder for cash and to distribute or apply the proceeds of said sale in accordance with the terms of said Deed of Trust.

The Sale will be conducted as a public auction to the highest bidder for cash, except that Mortgagee's bid may be by credit against the indebtedness secured by the lien of the Deed of Trust. Pursuant to the Deed of Trust, the mortgagee has the right to direct the Trustee to sell the property in one or more parcels and/or to sell all or only part of the property. Pursuant to Section 51.009 of the Texas Property Code, the Property will be sold in "AS IS," "WHERE IS" condition, without any express or implied warranties, except as to the warranties of title, if any, provided for under the Deed of Trust.

44-19-1501
GALVESTON

4711092

The sale will begin at the earliest time stated above, or within three (3) hours after that time. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the funds paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

**THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.**

**WHEREAS**, in my capacity as attorney for the Mortgagee and/or Its Mortgage Servicer, and pursuant to Section 51.0076 of the Texas Property Code, I **HEREBY APPOINT AND DESIGNATE Steve Leva, John Sisk, Israel Curtis, Stephen Mayers, Colette Mayers, Traci Yeaman, Kelly McDaniel, Ross Bandy, Jason Spence, Sandy Dasigenis, Patricia Poston, Lillian Poelker, David Poston, Jeff Leva, Carl Meyers, Evan Press, Amy Bowman, Reid Ruple, Kristie Alvarez, Renee Thomas, Julian Perrine, Kinney Lester, Wes Wheat, Thomas Delaney, Danya Gladney, Aaron Demuth, Codilis & Moody, P.C., or Auction.com, as Substitute Trustee.**

The address for the Substitute Trustee for purposes of Section 51.0075(e) of the Texas Property Code is:
Codilis & Moody, P.C.
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060
(281) 925-5200

Executed on this the 14th day of November, 2019.

/s/ Lisa Collins SBOT No. 24115338, Attorney at Law
Codilis & Moody, P.C.
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060
(281) 925-5200

Posted and filed by: _____

Printed Name: STEVE LEVA

C&M No. 44-19-1501

Exhibit "2"

# AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant who, after being duly sworn, deposes and states under oath as follows:

"I am above the age of eighteen (18) years and am competent to make this affidavit and knowledgeable of the statements made in this affidavit.

At the instructions of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust/Security Instrument, dated May 01, 2006 executed by Toshonia Jackson, an unmarried woman to Bellinger & Associates, Trustee(s) and recorded in the office of County Clerk in 2006034530 of GALVESTON County, Texas; and based upon the information provided by or on behalf of such servicer and/or holder and/or owner of the indebtedness, our office sent out the written notice of the proposed sale of the real property encumbered by said Deed of Trust/Security Instrument scheduled for January 07, 2020 was mailed to each debtor who, according to the records of such servicer and/or holder and/or owner is obligated to pay the debt. Service of the written notice was completed on November 21, 2019. On that date, the notice was deposited in the United States mail, postage prepaid and addressed to the debtor at the debtor's last known address. November 21, 2019, the date service of the notice was completed, was a date at least twenty-one (21) days preceding the date of the scheduled sale.

To the best of the my knowledge and belief, the obligor(s) had not filed any bankruptcy proceeding pending at the time of the foreclosure sale, was/were alive at the time of the foreclosure sale, and based upon information obtained from the U.S. Defense Manpower internet military website, it is my belief that such obligor(s) is/are not in the armed services of the United States of America twelve months prior hereto or on the date of the foreclosure sale and as of the date of this Affidavit.

Signed on this 8th day of January, 2020.

Codilis & Moody, P.C.

_____
Thomas Delaney

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority on this day personally appeared Thomas Delaney known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed same in the capacity herein stated and for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 8th day of January, 2020.

_____
NOTARY PUBLIC in and for
THE STATE OF TEXAS

C&M No. 44-19-1501

IRINA JARAMILLO
Notary Public, State of Texas
Comm. Expires 08-21-2021
Notary ID 131252507

## FILED AND RECORDED

Instrument Number:   *2020003328*

Recording Fee: 46.00

Number Of Pages:7

Filing and Recording Date: 01/17/2020 1:59PM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.



*Dwight D. Sullivan*, County Clerk
Galveston County, Texas

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*