# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED ) | | |
| DRYWALL PRODUCTS ) | MDL NO. 2047 | |
| LIABILITY LITIGATION ) | | |
| ) | | |
| _____ ) | | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L | |
| ) | | |
| Victor and Loumertistene Howell's ) | JUDGE FALLON | |
| *Claim filed on Omni Complaint* ) | | |
| Wiltz, et al. v. Beijing New Building ) | MAG. JUDGE WILKINSON | |
| Materials Public Limited co., et al., ) | | |
| Civil Action No. 2:10-cv-361, (E.D. La.) ) | | |
| _____ ) | | |

## OBJECTION OF ALLOCATION AMOUNT

Plaintiffs Victor Howell[1] and Loumertistene Howell, hereby files an objection of the Settlement Administrator's Allocation Amount dated March 6, 2020. In support of this objection Plaintiffs state the following:

1. The square footage (9,245) that was applied to the Allocation Model is incorrect.

2. Plaintiffs' heated/cooled square footage is 14,358.

3. Plaintiffs supplied sufficient documentation to prove their square footage and the documentation was uploaded to the Brown Greer website on the following dates:

| Date Uploaded to BG Portal | Doc ID | Description of Document Uploaded |
|---|---|---|
| 01/27/11 | 64385 | Plaintiff Profile Form with floorplan attached |
| 10/25/11 | 71250 | Plaintiff Profile Form with floorplan attached |
| 10/28/11 | 78781 | Builder's floorplan drawings |
| 08/23/13 | 103333 | Builder's floorplan drawings |
| 09/17/13 | 119398 | Appraisal and builder floorplan drawings |
| 01/17/14 | 211343 | Appraisal and builder floorplan drawings |
| 09/13/19 | 371517 | Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for |

---

[1] Mr. Victor Howell is deceased

|  |  | Remediation Damages (dated May 4, 2017) |
|---|---|---|
| 09/13/19 | 371518 | Tax assessor and builder drawings |

4. Plaintiffs have also submitted this square footage information as requested by the Plaintiffs Steering Committee ("PSC") many times throughout this litigation.

5. Plaintiffs are not aware of any competent evidence to dispute that Plaintiffs' heated/cooled square footage is 14,358.

Plaintiffs respectfully request that the correct square footage (14,358) be applied to the Allocation Model and that they receive the correct Allocation Amount for their property.

Respectfully submitted, this the 16th day of March, 2020.

              **WHITFIELD BRYSON & MASON LLP**

           BY: /s/ *Daniel K. Bryson*
                Daniel K. Bryson
                N.C. Bar No.: 15781
                900 W. Morgan Street
                Raleigh, North Carolina 27603
                Telephone: (919) 600-500
                Facsimile: (919) 600-5035
                dan@wbmllp.com

                *Counsel for Loumertistene Howell*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically served all parties authorized to receive service via CM/ECF.

WHITFIELD BRYSON & MASON, LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No.: 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Counsel for Loumertistene Howell*