Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Chien Van Pham & Bich Nguyen

Address of Affected Property: 9549 Homestead Drive
Baton Rouge, LA 70817

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Chien Van Pham & Bich Nguyen

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 225 ) 288 - 0286

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By: Jimmy Doyle

Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209

Phone: ( 205 ) 533 - 9500

Case No. /Docket Info: Bennett, et al. v Gebruede Knauf, et al., 14-cv-2722

**Section II. Insurance Information**

Homeowner/ Renter Insurer: State Farm Fire & Casualty Insurance

Policy #:

Agent:

Address:

Phone: ( ) -

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Chien Van Pham | 02 /15/ 07 | / / | (M) / F | 10 /23/ 53 | Yes (No) | Owner - Occupant |
| Bich Nguyen | 02 /15/ 07 | / / | M / (F) | 01 /24/ 54 | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT**

1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    Yes    No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Nathan Nguyen
1.2. When did the inspection take place?    12/16/14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    (Yes)    No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Nathan Nguyen
2.2. When was this determination made?    12/16/14

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | Ceiling & walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,812 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9'+ | Year-round | X | |
| Number of Bedrooms: | 5 | Summer | | |
| Number of Bathrooms: | 4 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | /   / | Completion Date | /   / |
|---|---|---|---|
| Move In Date: | /   / | Date Acquired Home | 02/15/07 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | /   / | Completion Date | /   / |
|---|---|---|---|
| Move In Date: | /   / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone:    (      )      -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone:    (      )      -

### Section X. Drywall Supplier

Drywall Supplier's Name:    Interior Exterior Building Supply

Address:    P.O. Box 4002
New Orleans, LA  70178

Phone:    ( 504 )    488  - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | |
|---|---|
| Claimant's Signature | Date Signed |
| 12/29/14 | |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



2812 SF
713 Accessory SF

B-2005 17304 SDS Noted TL

15' Drainage Servitude

LOT 46

15' public Sewer Servitude

DRIVEWAY CANNOT EXTEND OVER DRAINAGE LINES OR MANHOLE

43'-1" +/-

PORCH

10'-2"

55'-5 1/2"

45'-6" +/-

74'-0"

PORCH

45' MIN

20' MIN

13'-0"

16' CONC DRIVE

12' Utility Servitude

N 89° 46' 14" E
10.00'

9549 HOMESTEAD DR.

RECEIVED

CITY PARISH DEPT. OF PUBLIC WORKS
BATON ROUGE, LOUISIANA

THE SETBACKS AND RESTRICTIONS
SHOWN ON THIS PLOT PLAN ARE
LIMITED TO THOSE SET FORTH IN
THE DESCRIPTION FURNISHED TO US.
DESIGNTECH RECOMMENDS THAT
SETBACKS AND LOT DIMENSIONS BE
CONFIRMED BY PROFESSIONAL LAND
SURVEYOR AND. OWNER BEFORE
LOCATION OF BUILDING IS
ESTABLISHED.

| | |
|---|---|
| FRONT | 20' |
| SIDES | - |
| REAR | - |
| SIDE STREET | 45' |

PA.B.b 45.02-2 R/D

| SHEET | PLANS FOR: | | | | |
|---|---|---|---|---|---|
| ⊖ | HOLLOWAY HOMES LLC | | **DesignTech** | | |
| | LOT 46 THE HOMESTEAD AT OLD JEFFERSON | | Residential Planners, Inc. | | |
| | EAST BATON ROUGE PARISH | | St.Tammany Parish, LA | | |

| DATE | PLOT PLAN | CODE | LIVING | AREA U.B. | INDEX |
|---|---|---|---|---|---|
| 6-13-05 | SCALE 1" = 20'-0" | A4 | 2812 | 3525 | 7258 |





Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Chinese Manufactured Drywall<br>Products Liability Litigation<br><br>This Document Relates to: | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin    , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: <u>Chien                          V     Pham</u>
First Name                         M.I.     Last Name                                      Suffix

<u>Bich                                     Nguyen</u>
Co-Claimant First Name (if applicable)   M.I.   Last Name                          Suffix

<u>                                                                    </u>
Business/Entity Name (if applicable)

1

EXHIBIT
2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

9549 Homestead Drive
_____
Address 1                                                      Address 2

Baton Rouge                                    LA          70817
_____
City                                           State       Zip Code

Is the Property residential or commercial?   Residential
_____

Name of Person
Completing this Form:    Chien               V      Pham
                        _____
                        First Name          M.I.   Last Name                    Suffix

Mailing Address (if different):

_____
Address 1                                                      Address 2

_____
City                                           State       Zip Code

Phone Number of Person Completing This Form: ( 225 ) 288 - 0286

_____

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: _2_ / _15_ / _2007_

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____ / _____ / _2006_

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: _12_ / _2014_

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?
_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
             Month      Day      Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                                Month     Day     Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                              Month     Day     Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?  ☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____     _3/25/18_____
Claimant's signature                                           Date signed

Name: _____Chien V. Pham_____

Address: ____9549 Homestead Dr._____
         Address 1               Address 2
     ____Baton Rouge_____LA___70817___
     City               State     Zip Code

Phone No.: (225) 288 - 0286_____

Email: ____nathann70810 @ yahoo.com___

7

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

<u>Section VII.  Loss of Use / Loss of Enjoyment</u>

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants:



East Baton Rouge Parish Clerk of Court Orig/Bndl 477/11924

Page 1 of 1



ORIG 477   BNDL 11924

<u>CASH SALE</u>

File # 07-0156

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BE IT KNOWN, that on this 15th day of February, 2007;

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified within and for the above Parish and State, and in the presence of the undersigned competent witnesses, personally came and appeared as Seller:

HOLLOWAY HOMES, L.L.C., a Louisiana limited liability company, represented herein by Brett Holloway, its Manager, duly authorized pursuant to Authorization of record in Original 626, Bundle 11607, official records of East Baton Rouge Parish. Louisiana; whose permanent mailing address is declared to be P.O. Box 582, Madisonville, LA 70447;

who declared that for the price of THREE HUNDRED EIGHTY-SIX THOUSAND NINE HUNDRED AND 00/100 ($386,900.00) DOLLARS, cash in hand paid, receipt of which is hereby acknowledged, Seller does hereby sell and deliver, with full warranty of title and subrogation to all rights and actions of warranty Seller may have unto Buyers:

CHIEN PHAM and BICH NGUYEN, both residents of lawful age of majority of East Baton Rouge Parish, Louisiana, who declared that they are married to and living with each other in said Parish and State; whose permanent mailing address is declared to be 9549 Homestead Drive, Baton Rouge, LA 70817;

who acknowledge delivery and possession of the following described property:

One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of East Baton Rouge, State of Louisiana, in that subdivision known as THE HOMESTEAD AT OLD JEFFERSON, and designated on the official plan thereof, on file and of record in the office of the Clerk and Recorder of the Parish of East Baton Rouge, State of Louisiana, as LOT NUMBER FORTY-SIX (46), said subdivision, said lot having such measurements and dimensions and being subject to such servitudes and restrictions as are more particularly shown on said map.

The said property is sold, conveyed and accepted subject to any and all valid restrictions, servitudes, mineral conveyances and/or reservations of record affecting same, if any.

To have and to hold said property unto Buyers, Buyers' heirs, successors and assigns, forever.

All parties signing the within instrument, either as parties or as witnesses, have declared themselves to be of full legal capacity.

All agreements and stipulations, and all of the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties.

The production of mortgage, conveyance and/or tax certificates are dispensed with by the parties hereto. All taxes assessed against the property herein conveyed have been prorated as of the date of sale.

THUS DONE AND SIGNED at my office in the City of Baton Rouge, State of Louisiana, on the date first hereinabove written, in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES:

Printed Name: CAROLYN B JONES

Printed Name: Stacy Clegg

Notary Public

HOLLOWAY HOMES, L.L.C.

By: _____
Brett Holloway, Manager

Chien Pham

Bich Nguyen

ORIG 477   BNDL 11924

FILED AND RECORDED
EAST BATON ROUGE PARISH, LA.
2007 FEB 16   PM 03:49:04
FTL BK     FOLIO
DOUG WELBORN
CLERK OF COURT & RECORDER

CERTIFIED TRUE COPY
BY
_____
DEPUTY CLERK & RECORDER

AMY ORTIS MARTINEZ
BAR ROLL #24857
NOTARY ID #55285
COMMISSIONED FOR LIFE

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return) *Chien V. Pham*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[x] Individual/sole proprietor  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.) *9549 Homestead Dr.*

City, state, and ZIP code *Baton Rouge LA 70817*

Requester's name and address (optional)

List account number(s) here (optional)

Print or type
See **Specific Instructions** on page 2.

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

Social security number

| 5 | 8 | 6 | – | 4 | 4 | – | 3 | 1 | 1 | 8 |

Employer identification number

| | | – | | | | | |

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 3.

**Sign
Here**

Signature of
U.S. person ▶ *Chien Pham*

Date ▶ *3/25/18*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information
about Form W-9, at *www.irs.gov/w9*. Information about any future developments
affecting Form W-9 (such as legislation enacted after we release it) will be posted
on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your
correct taxpayer identification number (TIN) to report, for example, income paid to
you, payments made to you in settlement of payment card and third party network
transactions, real estate transactions, mortgage interest you paid, acquisition or
abandonment of secured property, cancellation of debt, or contributions you made
to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to
provide your correct TIN to the person requesting it (the requester) and, when
applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number
to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If
applicable, you are also certifying that as a U.S. person, your allocable share of
any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are
exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form
W-9 to request your TIN, you must use the requester's form if it is substantially
similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S.
person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the
United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in
the United States are generally required to pay a withholding tax under section
1446 on any foreign partners' share of effectively connected taxable income from
such business. Further, in certain cases where a Form W-9 has not been received,
the rules under section 1446 require a partnership to presume that a partner is a
foreign person, and pay the section 1446 withholding tax. Therefore, if you are a
U.S. person that is a partner in a partnership conducting a trade or business in the
United States, provide Form W-9 to the partnership to establish your U.S. status
and avoid section 1446 withholding tax on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Chien Van Pham & Bich Nguyen

Affected Property Address: 9549 Homestead Drive, Baton Rouge, LA 70817

## I.  Purchase, Sale and/or Transfer of Ownership of Property

**1.  On what date did you purchase the Property?**

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        02 / 15 / 2007

**2.  When you took ownership of the Property, what was the name of the seller?**

Holloway Homes, LLC



EXHIBIT

3

tabbies®

1

3.   Name and address of the realtor?

Keller Williams Realty, Baton Rouge, LA

4.   Name and address of the closing agent?

Amy Ortis Martinez, Baton Rouge Title Co., 10500 Coursey Blvd., Suite 100, Baton Rouge, LA 70816

5.   What was the price of the home when you purchased it?   $ 386,900.00

6.   Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes   ☐ No   ☐ I'm not sure.

7.   If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.   If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.   If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
            $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

        a. _____/_____/20_____
        b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          _____/_____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:  The drywall Supplier's name (to the best of my knowledge) is:

I don't know._____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

**14.**  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response:**  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.   Other damages include, but are not limited to:

Financial harm: constantly repairing a/c, appliances and other items in home such as

computers and televisions.

**15.**  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**16.**  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4:** If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

>   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

>   **Response:**  An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

>   a. N/A _____
>   b. _____
>   c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

>   a. _____/_____/20_____   to   _____/_____/20_____
>   b. _____/_____/20_____   to   _____/_____/20_____
>   c. _____/_____/20_____   to   _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

>   a. $ N/A _____
>   b. $_____
>   c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5:**  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response:**  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response:**  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response:**  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes ☑ No ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

_____

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

_____

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

_____

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

    **Response:**   ☑ N/A

32.  When did the remediation commencement date occur?

    **Response:**   ☑ N/A

33.  When did the remediation end date occur?

    **Response:**   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

    **Response:**   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

    **Response:**   ☑ N/A

36. Were any samples from the remediation retained?

   Response:   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   Response:   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   Response:   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   Response:   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

8

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property: An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

9

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____                    _____
Signature of Plaintiff                                            Date


_____
Printed Name

# Exhibit 1

# Exhibit 2

# Exhibit 3

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: _Bich Nguyen ° Chien Pham_

Property Address: _9549 Homestead Dr._
_Baton Rouge, LA 70817_

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Washer (Kenwood) | 950 – |
| 2 | Dryer (Kenwood) | 1150 – |
| 3 | Microwave – (Wirlpool) (replace 2010) | 400 |
| 4 | Microwave – (Whirlpool) (replace) 2012) | 475 |
| 5 | A/C unit | 4500 |
| 6 | 2 Door Freezer | 1100 |
| 7 | 65 Samsung TV | 2000 |
| 8 | 55 Samsung TV | 1200 |
| 9 | 55 Samsung TV | 1200 |
| 10 | Gas Stove Top Damage to repair | 400 |
| 11 | Replace 3 bathroom faucets | 600 |
| 12 | Replace 3 bathroom Shower faucets | 600 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| | | |
|---|---|---|
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ *14,575.00*

A. **Settlement Statement**

B. Type of Loan

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265 (expires 9/30/2006)

| 1. ☐FHA   2. ☐FmHA   3. ☒Conv. Unins.   4. ☐VA   5. ☐Conv. Ins. | 6. File Number 07-0156 | 7. Loan Number 0896504968 | 8. Mortgage Insurance Case Number |
|---|---|---|---|

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 02/15/2007 at 15:29 JS

D. NAME OF BORROWER:   Chien Pham and Bich Nguyen
ADDRESS:   9549 Homestead Drive, Baton Rouge, LA 70817

E. NAME OF SELLER:   Holloway Homes, L.L.C.
ADDRESS:   P.O. Box 582, Madisonville, LA 70447

F. NAME OF LENDER:   Regions Bank dba Regions Mortgage
ADDRESS:   601 S. Court Street, Montgomery, AL 36104

G. PROPERTY ADDRESS:   9549 Homestead Drive, Baton Rouge, LA 70817
Lot 46, The Homestead at Old Jefferson
☐ Principal Residence        ☐ Other Real Estate

H. SETTLEMENT AGENT:   Baton Rouge Title Company, Inc., Telephone: 225-291-1111 Fax: 225-291-1451
PLACE OF SETTLEMENT:   10500 Coursey Blvd., Suite 100, Baton Rouge, LA 70816

I. SETTLEMENT DATE:   02/15/2007

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101.   Contract sales price | 386,900.00 | 401.   Contract sales price | 386,900.00 |
| 102.   Personal Property | | 402.   Personal Property | |
| 103.   Settlement charges to borrower (line 1400) | 1,819.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 388,719.00 | 420. GROSS AMOUNT DUE TO SELLER | 386,900.00 |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201.   Deposit or earnest money | 1,000.00 | 501.   Excess Deposit (see instructions) | |
| 202.   Principal amount of new loans | 246,900.00 | 502.   Settlement charges to seller (line 1400) | 20,510.00 |
| 203.   Existing loan(s) taken subject to | | 503.   Existing loan(s) taken subject to | |
| 204. | | 504.   Payoff/380212 | 293,654.00 |
| 205. | | AmSouth Bank | |
| 206. | | 505. | |
| 207. | | 506. | |
| 208. | | 507. | |
| 209. | | 508. | |
| | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 211.   County taxes   01/01/07 to 02/15/07 | 429.90 | 511.   County taxes   01/01/07 to 02/15/07 | 429.90 |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 248,329.90 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 314,593.90 |
| 300. CASH AT SETTLEMENT FROM/OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301.   Gross amount due from borrower (line 120) | 388,719.00 | 601.   Gross amount due to seller (line 420) | 386,900.00 |
| 302.   Less amounts paid by/for borrower (line 220) | 248,329.90 | 602.   Less reduction amount due seller (line 520) | 314,593.90 |
| 303. CASH FROM BORROWER | 140,389.10 | 603. CASH TO SELLER | 72,306.10 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement. All tax prorations are based on best estimates and I agree to adjust the proration when taxes are finally determined.

Chien Pham
586443118

Bich Nguyen
586444392

Holloway Homes, L.L.C.

By: Brett Holloway, Manager

The HUD-1 Settlement Statement which I have prepared is a true and
accurate account of this transaction. I have caused or will cause the
funds to be disbursed in accordance with this statement.

Baton Rouge Title Company, Inc.

SETTLEMENT AGENT        DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE
UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION
CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18:
U.S. CODE SECTION 1001 AND SECTION 1010.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT     File Number: 07-0156

**SETTLEMENT STATEMENT**     TitleExpress Settlement System  Printed 02/15/2007 at 09:46 JS    PAGE 2

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $386,900.00 @ 5.000 = 19,345.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $   9,672.50   to Keller Williams Redstick Partners  less $2000 = $7,672.50 | | | |
| 702. $   9,672.50   to Prime Realty Group  less $2000 = $7,672.50 | | | |
| 703. Commission paid at Settlement | | | |
| 704. Costs paid for Buyer by Broker | | | 19,345.00 |
| | | | -4,000.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee     % | | | |
| 802. Loan Discount     % | | | |
| 803. Appraisal Fee   to Gregg Garrett | | | *   375.00 |
| 804. Credit Report   to Equifax Mtg. Svc. | | | *   15.00 |
| 805. Flood Determination   to 1stm American Flood Data | | | *   3.00 |
| 806. Flood Life of Loan   to 1st American Flood Data | | | *   4.50 |
| 807. Tax Service Fee   to 1st American Tax Service | | | *   74.00 |
| 808. Doc. Prep   to Regions Bank dba Regions Mortgage | | | *   150.00 |
| 809. Underwriting   to Regions Bank dba Regions Mortgage | | | *   250.00 |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From   02/15/2007 to 03/01/2007   @$   43.9700 /day    14 Days | | | *   615.58 |
| 902. Mortgage Insurance Premium for | | | |
| 903. Hazard Insurance Premium for   to Insurance Network of LA | | | *   1,604.00 |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance   3 mo. @ $   133.67 /mo | | 401.01 | |
| 1002. Mortgage Insurance   mo. @ $    /mo | | | |
| 1003. City Property Taxes   mo. @ $    /mo | | | |
| 1004. County Property Taxes   5 mo. @ $   290.59 /mo | | 1,452.95 | |
| 1005. Annual Assessments   mo. @ $    /mo | | | |
| 1009. Aggregate Analysis Adjustment   to Regions Bank dba Regions Mortgage | | -581.29 | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | | | |
| 1102. Abstract or title search   to Baton Rouge Title Company, Inc. | | | *   90.00 |
| 1103. Title examination   to Baton Rouge Title Company, Inc. | | | *   275.00 |
| 1104. Title insurance binder   to Baton Rouge Title Company, Inc. | | | * |
| 1105. Document Preparation   to Baton Rouge Title Company, Inc. | | | *   100.00 |
| 1106. Notary Fees   to Baton Rouge Title Company, Inc. | | | |
| 1107. Attorney's fees | | | |
| (includes above items No:       ) | | | |
| 1108. Title Insurance   to Baton Rouge Title Company, Inc. | | 91.33 | *   1,443.92 |
| (includes above items No:       ) | | | |
| 1109. Lender's Coverage $   246,900.00 - 736.25 | | | |
| 1110. Owner's Coverage $   386,900.00 - 799.00 | | | |
| 1111. Alta 8.1 Endorsement   to Baton Rouge Title Company, Inc. | | 50.00 | |
| 1112. Closing Protection Coverage   to Baton Rouge Title Company, Inc. | | 25.00 | |
| 1113. *COSTS PAID FOR BUYER | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $    ; Mortgage $    ; Release $ | | | |
| 1202. City/County tax/stamps   Deed $    ; Mortgage $ | | | |
| 1203. State Tax/stamps   Deed $    ; Mortgage $ | | | |
| 1204. Tax Research   to Baton Rouge Title Company, Inc. | | | 25.00 |
| 1205. Cancel Mortgage & Record   to Baton Rouge Title Company, Inc. | | | 120.00 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. Courier Fee   to Baton Rouge Title Company, Inc. | | 25.00 | |
| 1304. Overnight Delivery Charge   to Baton Rouge Title Company, Inc. | | | 20.00 |
| 1305. Recording Services   to Baton Rouge Title Company, Inc. | | 355.00 | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES    (enter on lines 103, Section J and 502, Section K) | | 1,819.00 | 20,510.00 |

The parties acknowledge and agree that the settlement agent can receive benefits including, but not limited to, interest and reduced bank charges on the funds held in settlement agent's escrow account on their behalf, and relieve settlement agent for any accounting therefrom. The recording services and overnight delivery charge/courier fee include the actual outside vendor charges as well as fees and costs to Baton Rouge Title Company, Inc. for preparation, delivery, copying, tracking and management.

SUBSTITUTE FORM 1099 SELLER STATEMENT:  The information contained herein is important tax information and is being furnished to the Internal Revenue Service.  If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.  The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS:  If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide the settlement agent (Fed. Tax ID No: 72-0857279) with your correct taxpayer identification number.  If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.  Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____ / _____     SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____

BORROWER(S) _____ / _____ / _____



6/11/2019                    9341 Lake Forest Drive, Baton Rouge, LA to 9549 Homestead Dr, Baton Rouge, LA 70817 - Google Maps

 Maps    9341 Lake Forest Drive, Baton Rouge, LA to 9549        Drive 0.9 mile, 3 min
                             Homestead Dr, Baton Rouge, LA 70817



Imagery ©2019 Google, Map data ©2019    200 ft

🚗  **via Highland Club Ave and LA-73 N**        **3 min**
    Fastest route                                   0.9 mile
    ⚠ This route has restricted usage or private
    roads.

🚶  **via Highland Club Ave and LA-73 N**        **19 min**
    ⚠ This route has restricted usage or private    0.9 mile
    roads.