```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


  * * * * * * * * * * * * * * * * * * * * * * *

  IN RE:   CHINESE-MANUFACTURED              MDL 2047
           DRYWALL PRODUCTS LIABILITY        SECTION L
           LITIGATION                        JUDGE FALLON
                                             MAG WILKINSON

  * * * * * * * * * * * * * * * * * * * * * * *




              DEPOSITION OF CHIEN VAN PHAM, taken on

         Thursday, August 29, 2019, at the law

         offices of Fishman Haygood, 100 North

         Street, Suite 800, Baton Rouge,

         Louisiana


      REPORTED BY:   TAMRA K. KENT   C.C.R.
  * * * * * * * * * * * * * * * * * * * * * * *
              Court Reporters of Louisiana, LLC
               9522 Brookline Avenue, Suite 217
               Baton Rouge, Louisiana 70809
               (225)201-9650 Office * (225)201-9651 Fax
```

```
 1      A.  The interpret -- since the interpreter
 2  interpreting it to Vietnamese, then I can
 3  understand.  But if the question posed in English
 4  without interpretation, then I cannot.
 5      Q.  You understood the questions as translated
 6  by the interpreter?
 7      A.  Yeah.
 8          (Discussion off the record.)
 9      Q.  Having heard all of the questions as
10  interpreted by the interpreter, and the responses
11  as provided by your wife, is there anything that
12  you wish to alter or change or clarify that your
13  wife said?
14      A.  No, there isn't anything I need to change,
15  whatever my wife -- all the things my wife said was
16  accurate.
17      Q.  So with that said, I'm going to give you
18  the option to adopt in full what she said and only
19  ask you a few additional questions.
20          Do you wish to adopt in full what your wife
21  responded?
22      A.  Yes.
23      Q.  Apart from your house, when did you first
24  hear about Chinese drywall as a separate issue or
25  not necessarily -- let me rephrase that so we can
```

1   get a good translation.
2          Not necessarily just with respect to your
3   house, when was the first time you heard about
4   Chinese drywall as a general issue?
5       A.  It was when my child received a notice and
6   my child told me that our house was trouble.
7       Q.  And what child was that?
8       A.  The child I meant referring to the -- her
9   husband.
10      Q.  Nathan?
11      A.  Yes, Nhat, N-H-A-T, Nguyen.
12      Q.  Is that the same person as Nathan?
13      A.  Yes, they are my -- he's my son-in-law.
14      Q.  Thank you.  So to be clear, before Nathan
15  received that notice, you never heard of Chinese
16  drywall?
17      A.  No, that's right.  I did not know anything
18  about it.
19      Q.  Do you know whether Nathan has ever worked
20  in the construction field?
21      A.  No, he has never worked in the construction
22  field.
23      Q.  Have you ever worked in construction?
24      A.  No.
25      Q.  Were you present when Nathan performed the

```
 1   inspection in December of 2014?
 2        A.  He took pictures and when he -- he took
 3   pictures, and when he received the notice, when he
 4   received the notice and he took pictures of
 5   Sheetrock and then he could tell me that the
 6   Sheetrock -- he would tell me the Sheetrock in our
 7   house was trouble.  That's all I knew.
 8        Q.  Your wife and I spoke today about an
 9   inspection performed by Nathan in December of 2014.
10            Do you know about that inspection?
11        A.  I don't understand what you said to me.
12        Q.  The documents in this case and your wife's
13   testimony discuss an inspection by Nathan Nguyen on
14   December 16, 2014, at which time Chinese drywall
15   was allegedly discovered in your home.
16            And your wife testified that, on that day
17   in December of 2014, the inspection began in the
18   garage of the house.
19            Do you know about that inspection in
20   December of 2014?
21        A.  Yes, I do.  I myself was aware of it and
22   also my wife, too.
23        Q.  Did you accompany Nathan during that
24   investigation?
25        A.  When he took the pictures of the Sheetrock
```