```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

 IN RE:   CHINESE-MANUFACTURED              MDL 2047
          DRYWALL PRODUCTS LIABILITY         SECTION L
          LITIGATION                      JUDGE FALLON
                                         MAG WILKINSON

 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *




          DEPOSITION OF BICH NGUYEN, taken on

          Thursday, August 29, 2019, at the law

          offices of Fishman Haygood, 100 North

          Street, Suite 800, Baton Rouge,

          Louisiana


     REPORTED BY:  TAMRA K. KENT   C.C.R.
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
          Court Reporters of Louisiana, LLC
           9522 Brookline Avenue, Suite 217
           Baton Rouge, Louisiana 70809
           (225)201-9650 Office * (225)201-9651 Fax
```

```
 1   profession.  I mean, it's his profession.  How am I
 2   supposed to know?
 3        Q.  Have any of your siblings -- or excuse
 4   me -- have any children or their spouses to the
 5   best of your knowledge had a job in the
 6   construction field?
 7        A.  My son used to do it, but not anymore.
 8            Why you asking so many questions?  I don't
 9   know the answers to that.
10        Q.  When did your son have a construction job?
11        A.  I can't recall.
12        Q.  Does your son live in Baton Rouge?
13        A.  No, now he's living somewhere else.
14        Q.  Did he live in Baton Rouge in 2014?
15        A.  I'm not -- I can't recall now that you put
16   it that way.  I can't recall the date.
17        Q.  Where does he live now?
18        A.  I don't know what he does.  He doesn't keep
19   in touch.
20        Q.  Were you present during the inspection by
21   Nathan on December 16, 2014?
22        A.  I was at home.  I was at home.  Whatever he
23   did, I mean, in that house, that's my house, yeah,
24   and he lived with us, yeah.
25        Q.  Did you walk around with him during the
```

1  inspection?
2     A.  Yeah, he would tell me which part of it was
3  damaged.  This was damaged.  This was damaged.  But
4  I already knew that so I knew which parts were
5  damaged.
6     Q.  How did you already know that?
7     A.  It's because, I mean -- it's because of the
8  properties of the things, the items get damaged and
9  turning blackish.
10        And then also they were made of copper and,
11 all of a sudden, they were coppers, and all of a
12 sudden they turned blackish.
13    Q.  When did you first notice that the copper
14 was turning black?
15    A.  I can't recall.
16    Q.  Was it far in advance of the December 2014
17 inspection?
18    A.  I cannot recall it.  But all I knew is that
19 I knew they were damaged.  My items, my things got
20 damaged.  That's all I knew.  But I just can't
21 recall the date.
22    Q.  And what things did you know were damaged?
23    A.  Many, many things would get damaged, were
24 damaged.  Many things.  I make so many repairs.
25    Q.  Can you list them, please.