UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on the Claims Asserted by Chien Van Pham and Bich Nguyen:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.[1]

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in the Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure

---

[1] R. Doc. 18181.

1

      Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. Bich Nguyen and Chien Van Pham completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.[2]

7. Chien Van Pham was first listed as a plaintiff in the Second Amended Complaint, filed January 31, 2016.[3] Bich Nguyen was first listed as a plaintiff in Plaintiffs' Second Motion to Intervene, filed October 7, 2019.[4] They are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 9549 Homestead Drive, Baton Rouge, LA 70817 (the "Property").

8. Chien Van Pham and Bich Nguyen were deposed on August 29, 2019. Chien Van Pham adopted Bich Nguyen's testimony as his own.[5]

9. Plaintiffs first became aware that the Property contained Chinese drywall in December 2014.[6]

10. Plaintiffs represent that Chinese drywall inspection was conducted for the Property on December 14, 2014.[7]

---

[2] *See* Exhibit A.
[3] See R. Doc. 20020-2.
[4] See R. Doc. 22334.
[5] See Exhibit B, Deposition of Chien Van Pham at 8:9-22.
[6] See Exhibit A, PPF at 2.
[7] See Exhibit A, PPF at 2.

11. At some point prior to 2014, Nhat Nguyen, Chien Van Pham's son-in-law, received a notice regarding Chinese drywall. Nhat Nguyen ultimately inspected the Property on December 16, 2014, and then informed Chien Van Pham and his wife, Bich Nguyen, that the drywall in the Property was "trouble."[8]

12. Chien Van Pham and his wife, Bich Nguyen, were aware of the inspection by Nhat Nguyen in 2014.[9]

13. Bich Nguyen was present at the 2014 inspection by Nhat Nguyen and knew of the damage before the inspection.[10]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:     504.556.5549
Facsimile:      504.310.0275
Email:             kmiller@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co. Ltd.*

---

[8] See *Id.*
[9] See *Id.* at 10:19-22.
[10] See Exhibit C, Deposition of Bich Nguyen at 51:20-25; 52:1-21.

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 16th day of March, 2020.

                                          /s/ *Kerry J. Miller*
                                          **KERRY J. MILLER**