UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED     MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                      SECTION "L"

This document relates to:
                                JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                MAGISTRATE:
Case No. 14-cv-2722     JOSEPH WILKINSON, JR.



        Deposition of BERNICE PENDELTON, taken

at FISHMAN HAYGOOD, LLP, Attorneys at Law,

201 St. Charles Avenue, 46th Floor, New

Orleans, Louisiana 70170, taken on June 12,

2019.



REPORTED BY:

     KIM A. PRESCOTT,
     Certified Court Reporter

Page 10

1    previously submitted documents in support of

2    your claims; is that correct?

3          A    Yes sit.

4          Q    I'm going to go ahead and hand you

5    some of those.

6                MR. DOYLE, JR.:

7                     Let's go off the record for

8                just a second.

9                (WHEREUPON:  A brief discussion was

10               held off the record.)

11               MS. JOHNSON:

12                    We can go back on the record.

13   BY MS. JOHNSON:

14         Q    This is for you (indicating).

15         A    Okay.

16         Q    All right.  Mrs. Pendelton, if you

17   could just turn to the first tab.

18         A    (Witness complies.)

19         Q    This is the Plaintiff Profile Form

20   that was completed on December 13th, 2013.

21   Do you recognize this document?

22         A    Yes, I do.

23         Q    Did you prepare this document?

24         A    Yes, I did.

25         Q    And I notice that your signature is

1   not actually on this document; however, you

2   are saying that you additionally helped

3   complete it?

4        A    Oh, my husband signed it.  I'm

5   thinking -- I'm not sure -- but I had had --

6   it was either rotator cuff surgery or hand

7   surgery, so I may not have been able to sign

8   because I had both surgeries on both of

9   them.  So if I didn't sign a document and

10  he's the only one who signed -- you don't see

11  both of our signatures -- it's probably

12  because I had had one of these surgeries on

13  my right side.

14       Q    But the information contained

15  within this document is accurate, to the best

16  of your knowledge?

17       A    Yes, it is.

18       Q    Okay.  We'll be coming back to that

19  later.

20       A    All right.

21       Q    If you could go ahead and flip to

22  Tab 2 -- and I should have mentioned that

23  first one is Exhibit 1.

24            We're going to go ahead and mark

25  Tab 2, the Supplemental Plaintiff Profile

1     A     Yes, it is.  Yes, it does.

2     Q     Is this exhibit a copy of the Cash

3   Sale for which you acquired ownership of the

4   property at issue?

5     A     Yes, it is.

6     Q     All right.  Looking at the first

7   page, the property was purchased on March

8   21st, 1995, as you said; is that correct?

9     A     Correct.

10     Q     The property was purchased from

11   Lorraine Winningkoff?

12     A     Yes, it is.

13     Q     The property was purchased by you,

14   Bernice Feels, and Ronald Pendelton; is that

15   correct?

16     A     Correct.

17     Q     Is Fells your maiden name?

18     A     It is.

19     Q     When did you change your last name?

20     A     The day I got married.

21     Q     And that was before this; correct?

22     A     Correct.

23     Q     Is there a reason you used your

24   maiden name on this document?

25     A     I don't think so.  I don't know why

1    they did the papers like that.  I didn't even

2    notice that it said Bernice Fells, wife

3    of/and Ronald Pendelton.

4        Q    But that is you; correct?

5        A    That is me.

6        Q    Perfect.

7             In looking at the second page of

8    this document, the property was purchased for

9    $68,500; correct?

10       A    Right.

11       Q    Did you purchase this property in

12   cash?

13       A    We purchased -- we purchased it

14   through the VA.

15       Q    So you received a mortgage for the

16   purchase of this property?

17       A    Yes, I have.

18       Q    Do you have any documents

19   evidencing this mortgage?

20       A    Do I have any documents regarding

21   this particular mortgage?

22       Q    Regarding the mortgage.

23       A    Yes.  Not with me.

24       Q    Do you have them in your

25   possession?

1      A     At home?

2      Q     Yes.

3      A     Not the original papers because

4   they were destroyed in Katrina.

5      Q     Do you have any copies of them?

6      A     No.  I have copies of the refinance

7   that we did a few years ago.  I have those

8   copies, but none of these at all.

9      Q     And when was the home refinanced?

10     A     It was refinanced maybe five years

11  ago.  I'm not sure, but I think it's about

12  five years ago.  We refinanced it when the

13  interest rates were reduced.

14     Q     When you refinanced the home, was

15  any additional money taken out?

16     A     No.

17     Q     Do you know who your mortgage is

18  currently with or held by, I should say?

19     A     It was held by ditech, but ditech

20  has -- they filed bankruptcy so I don't know

21  who's going to hold the mortgage now.  I

22  still send my payments to ditech.

23     Q     And how much is still outstanding

24  on that debt?

25     A     About 66,000.

1      Q     Were there any other agreements

2  made prior to the Cash Sale we're looking at

3  now?

4      A     None.

5      Q     Did you enter into a residential

6  agreement to buy or sell prior to the sale?

7      A     None.

8      Q     Did you have an inspection

9  completed on the property prior to purchase?

10     A     Yes.

11     Q     Do you have a copy of the

12 inspection?

13     A     Everything was gone.

14     Q     Do you recall what inspection

15 company conducted the inspection?

16     A     No, I can't.

17     Q     Okay.  At the time of purchase, was

18 there anything constructed on the property?

19     A     Constructed?  Adding on a room or

20 something like that you're talking about?

21     Q     Was a home on the property, or was

22 it a lot when you purchased it?

23     A     There was a home on the lot.  A

24 house was there already.

25     Q     Do you know when this structure was

Page 24

1    completed?

2         A    No, I don't.

3         Q    Is this the structure that is still

4    present on the property?

5         A    Yes, it is.

6         Q    And this is the home that contains

7    Chinese drywall?

8         A    Yes, it is.

9         Q    To the best of your knowledge, when

10   was the Chinese drywall installed?

11        A    To the best of my knowledge, it was

12   installed in, I think it was, 2016 -- no.  I

13   don't know.  I can't remember.

14        Q    Was the home renovated after

15   Hurricane Katrina?

16        A    Yes, it was.

17        Q    Is that when the drywall was

18   installed?

19        A    Yes, it is.

20        Q    Do you still own the property?

21        A    Yes, I do.

22        Q    And you still live there?

23        A    Yes, we do.

24        Q    How long have you lived on the

25   property?

Page 28

1    doesn't have drywall in it.  That's primarily

2    what he said.

3         Q    And you said there was a written

4    report from this inspection?

5         A    Yes.

6         Q    Do you still have a copy of it?

7         A    I may have a copy at home.  I have

8    to look for it.

9         Q    Do you think you could find the

10   name of the individual that conducted the

11   inspection?

12        A    If it's on the papers, his name

13   should be on there.  So I'll look for it; and

14   I'll make sure Mr. Doyle has it, a copy of

15   it, because that's what you need -- if that's

16   what you need.

17        Q    Okay.  And you mentioned you had

18   the inspection done after learning there was

19   Chinese drywall.  How did you discover that

20   the property contained Chinese drywall?

21        A    We received a letter from Lowe's

22   where the drywall was purchased.  And,

23   apparently, they sent everyone on the list

24   of people that purchased -- that their

25   contractors had purchased the drywall, that

Page 29

1    they had drywall in their homes.  And then

2    an attorney from New Orleans -- and I don't

3    know what their name was -- they contacted us

4    regarding the list, and our name was on it.

5    And that's where everything started from

6    them.

7        Q    And when did you receive this

8    letter?

9        A    I can't recall what month and

10   year.  It had to be maybe -- we were in the

11   house for about a year when we were notified

12   that there was something wrong with our

13   house.

14       Q    You say when you were in the house

15   for a year?

16       A    Approximately, a year before we

17   found out that there was something wrong with

18   our house.  We had been at home living in the

19   house finished with the renovation part of

20   it.

21       Q    Okay.  So a year since the

22   renovations from Hurricane Katrina?

23       A    Yes.

24       Q    Not a year since 1995?

25       A    Oh, no.  Since Hurricane Katrina.

Page 31

1    humidifier, a room humidifier, because there

2    was always dust in the air.  And we couldn't

3    figure it out.  It just had like -- like an

4    egg smell.

5        Q    And this would have been in 2006,

6    2007?

7        A    Yes.

8        Q    And when did you start having the

9    medical complications?

10       A    I started having the medical

11   complications, like, almost immediate.  I

12   started having asthma attacks and started

13   breaking out with the blisters.  Like, maybe

14   a year -- after a year, I started getting

15   these blisters on my back and arms and

16   everything, but --

17       Q    So, again, 2007?

18       A    In that area, yes.

19       Q    Okay.  And when did you say you

20   received the letter from Lowe's again?

21       A    It was -- I'm thinking Lowe's

22   letter came within the year of us moving back

23   in.  It was within a year.

24       Q    Okay.  And you said an attorney

25   from New Orleans contacted you?

1        A        Yes, ma'am.

2        Q        Was that after the letter from

3   Lowe's?

4        A        Yes.

5        Q        What was the contact about?  Was

6   it a representation, or no?

7        A        They were informing us that our

8   house had potentially been renovated using

9   Chinese drywall because our name appeared

10  on the list.  They apparently had gotten

11  Frilot, and they wanted to let us know they

12  were going to have an attorney available for

13  us.  And from there, they just took over the

14  whole inspection and having everything

15  checked and all to make sure we were the

16  right family on that list of names.

17       Q        Did you sign a representation

18  agreement with the attorney?

19       A        I don't remember.  I don't know.

20  Because I don't remember the name.  I still

21  can't remember that.  That's been a while.

22       Q        And how did you come into contact

23  with Mr. Doyle?

24       A        Mr. Doyle got our name from the

25  Louisiana attorney.  He sent our name to

1   filling out this form?

2        A    I had been working with him -- I'm

3   not even going to guess because I have no

4   idea.

5        Q    And have you noticed any blackening

6   or corrosion on the plumbing system in your

7   home?

8        A    Yes.

9        Q    Where have you noticed this?

10       A    Oh, God.  The bathroom around the

11  toilet, the shower -- all of the shower knobs

12  and stuff, in my kitchen.  I've had to have

13  my -- my faucets changed in my kitchen

14  because of the corrosion.  My -- I'm trying

15  to think where else.  That's just the water

16  aspect of it.  I had electrical corrosion,

17  but you didn't ask that, though.

18       Q    We'll get there.  And when did you

19  notice this?

20       A    With the bathroom?

21       Q    Uh-huh.

22       A    Oh, God.  The bathroom started

23  corroding like nine months after we moved

24  in.  The plumbing area started corroding.

25  Then the pipe that goes into the toilet, it

Page 37

1   just started turning rusty and black.

2        Q     And what about with the shower?

3   When did you notice that?

4        A     About -- around about the same

5   time.

6        Q     And with the faucets in the

7   kitchen?

8        A     That happened about three years

9   ago.  The faucets corroded to the point where

10  the actual on-and-off nozzle broke off so we

11  had to have all of that replaced.

12       Q     Is there anything else you can

13  think of with the plumbing system?

14       A     No.

15       Q     And were repairs made to the

16  plumbing system?

17       A     Yes.

18       Q     And other than to the faucets, what

19  else has been repaired?

20       A     My wires in the room where you --

21  the switch, the electrical switches, because

22  they were corroding, those had to be

23  changed.  We've had problems with the

24  chandelier lights.  They've had to be

25  replaced because they just don't stay lit.

Page 39

1      Q     Did you prepare this document?

2      A     Yes, I did.

3      Q     According to Page 2, Line 10, this

4   document was filed on October 29th, 2014, on

5   your behalf; is that correct?

6      A     Correct.

7      Q     Okay.  According to Page 1, Item 5,

8   as of the date of filing, you resided on the

9   property from March 21st, 1995, to October

10   29th, 2014?

11      A     Yes.  We're still there.

12      Q     And, according to this document,

13   Item 6, you became aware of Chinese drywall

14   on October 24th, 2013; is that correct?

15      A     Yes.  That's correct.

16      Q     Okay.  If we could just compare

17   this with Exhibit 1, the Plaintiff Profile

18   Form.

19           MR. DOYLE, JR.:

20               This (indicating).

21           THE WITNESS:

22               Okay.  Thank you.

23   BY MS. JOHNSON:

24      Q     If you look at Page 2 of this

25   document, this states that the drywall was

Page 41

```
 1        Q    Oh, I know.  I got very confused,
 2   too.
 3        A    Yeah.
 4        Q    That's why I'm asking.
 5        A    I may have put this August 1st,
 6   '07, date there; but I don't know why I put
 7   that there.  No idea.
 8        Q    How long were you out of your home
 9   after Hurricane Katrina?
10        A    I'm trying to think.  Two years.
11        Q    Well, August 1st, 2007, would be
12   about two years later, so --
13        A    Okay.
14        Q    I'm not saying that's the right
15   answer, but --
16        A    No.  We were living in a trailer,
17   so -- you know, just trying to put those
18   pieces together.
19        Q    Where did you live when the home
20   was being renovated?  Do you have an address
21   for the trailer?
22        A    We lived on my son's driveway, 518
23   Fielding, F-I-E-L-D-I-N-G.  518 or 508.  I'm
24   not sure of that either, but it's a 5.
25        Q    That's the only other place you've
```

Page 48

```
 1        Q    Did you ever see Sean Payton's
 2   commercial regarding Chinese drywall?
 3        A    Oh, the football coach.  I only saw
 4   when he said that he moved out, renovated his
 5   house, and moved back in.  His whole story, I
 6   don't know.
 7        Q    I should have asked if you knew who
 8   Sean Payton was, but I thought it was a given
 9   here.
10        A    Yeah.
11        Q    I did ask my Saints question.  So
12   some knowledge there.
13             And did you know anyone by the name
14   of Danielle Patton?
15        A    No.
16        Q    If you could go to -- this is going
17   to be Tab 3, the Plaintiff Fact Sheet, which
18   is also Exhibit 3.  I've tabbed it for you in
19   yellow so you can flip to it quickly.
20        A    Okay.
21        Q    I'll flip to it myself.  This is
22   pictures of the Knauf Tianjin drywall in your
23   property; correct?
24        A    I guess.  I didn't see these.
25        Q    So you did not take these photos?
```

```
 1      A    No.  I think the inspector took
 2   them that came to my house.
 3      Q    Do you have any idea when this
 4   photo was taken?
 5      A    No, ma'am.
 6      Q    Do you know where this photo was
 7   taken?
 8      A    No, I don't.
 9      Q    Do you know where this board was
10   located?
11      A    No, I don't.
12      Q    Do you have any other photos of
13   Chinese drywall?
14      A    No, I don't.
15      Q    You've also mentioned the
16   blackening and corrosion of the plumbing
17   system?
18      A    Yes.
19      Q    Do you have any photos of this?
20      A    No.  I didn't take pictures at all.
21      Q    And with the blackening and
22   corrosion of the electrical system, do you
23   have any photos of this?
24      A    No.  I didn't take pictures at all.
25      Q    Okay.  So you're alleging you
```

Page 95

1    take a look at the tab that I have.  It says

2    Exhibit -- or wait -- Exhibit 2, Section IV.

3    So this is the exhibit to Section IV in

4    Exhibit 2.  Is this a copy of the discharge

5    that was entered in your bankruptcy case?

6         A    Yes, it is.

7         Q    This shows that the bankruptcy was

8    discharged on December 4th, 2014; is that

9    correct?

10        A    Yes.

11        Q    You didn't file another bankruptcy

12   after this; correct?

13        A    No.

14        Q    Why does this say, "Discharged on

15   December 4th, 2014," and this one says, "Date

16   of Filing April 23, 2015"?  I don't know.

17   That's why I'm asking.  Looking at this,

18   would you say that the entry on Page 3 of the

19   Supplemental Plaintiff Profile Form is

20   incorrect?

21        A    Yeah, I would.

22        Q    And that your bankruptcy was, in

23   fact, filed in 2014?

24        A    Yes.  Yes.

25        Q    And at this time on December 4th,

Page 96

1    2014, you are aware that Chinese drywall was

2    in your home; correct?

3         A    Yes.

4         Q    What's your understanding of how

5    this bankruptcy filing will affect a possible

6    recovery in this case?

7         A    I beg your pardon?

8         Q    What's your understanding of how

9    this bankruptcy filing will affect a possible

10   recovery of damages or money in this case?

11        A    I don't have any understanding of

12   it.  I don't know how it would affect it.

13        Q    And will you use the recovery in

14   this case to pay your creditors from your

15   bankruptcy case?

16        A    Hopefully, yes.

17        Q    If you can look at the very last

18   tab that says "bankruptcy" on it, and that is

19   going to be Exhibit Number 9.  If you could

20   look at Page 5 -- well, first, do you

21   recognize this document?

22        A    No.

23        Q    If you want to go ahead and take a

24   few minutes to flip through here.

25        A    I'm fine.  It's okay.

Page 99

 1      A     Yes.

 2      Q     And do you think that this Section

 3   Number 4 would cover a lawsuit based on

 4   Chinese drywall?

 5      A     I don't know.  I don't know how

 6   they would feel about that.

 7      Q     What do you think Section Number 4

 8   refers to?

 9      A     I -- I have no idea what it's

10   referring to, but I don't think the fact that

11   we live in the house that's contaminated we

12   would be penalized under the bankruptcy case

13   to have our house fixed.

14      Q     Did you, at any time, disclose to

15   your bankruptcy attorney you were involved in

16   a lawsuit related to Chinese drywall?

17      A     No.  Because the bankrupt -- the

18   Chinese drywall lawsuit was, like, sleeping

19   for a while.  It wasn't doing anything, so we

20   didn't know what was happening with it for a

21   long time.

22      Q     And if you could look at Page 34.

23      A     (Witness complies.)

24      Q     Okay.  And this is a Declaration

25   Under Penalty Of Perjury by Individual

Page 100

1    Debtor.  Did you sign off to this on August

2    28th, 2014?

3         A    Yes.

4         Q    And can you read the declaration

5    there?

6         A    "I declare under penalty of perjury

7    that I have read the answers contained in the

8    foregoing statement of financial affairs and

9    any attachment thereof and they are true and

10   correct."

11        Q    And did you understand what this

12   meant when you signed it?

13        A    Yeah.

14             (WHEREUPON:  A break was taken due

15             to an incoming call for the

16             witness.)

17             MS. JOHNSON:

18                  We can go back on the record.

19   BY MS. JOHNSON:

20        Q    If you could turn to Page 36 for

21   me.  Okay.  This says, "Disclosure of

22   Compensation of Attorney for Debtors."  It

23   looks like on this page Jack Jernigan signed

24   off.  Is that your bankruptcy attorney?

25        A    Yes.

Page 101

1      Q    And did you ever have Mr. Doyle

2  complete one of these forms?

3      A    What forms?

4      Q    Disclosure of Compensation of

5  Attorney.

6      A    No.

7      Q    Was your retainer of Mr. Doyle

8  disclosed to the bankruptcy court?

9      A    I don't know.  I don't know how he

10  filed it.

11      Q    Did you ever tell your bankruptcy

12  attorney that you had also retained Mr. Doyle

13  as your attorney?

14      A    I don't know if I told Mr. Doyle

15  that. I didn't think they were connected at

16  all.

17      Q    So you don't believe you told Mr.

18  Jernigan that you were also working with

19  Mr. Doyle?

20      A    I don't think so.

21      Q    If you could turn to Page 38,

22  please.

23      A    (Witness complies.)

24      Q    If you could read the first

25  sentence of Number 3, "Bankruptcy Crimes and

Page 102

 1    Availability of Bankruptcy Papers to Law

 2    Enforcement Officials."

 3         A    "A person who knowingly and

 4    fraudulently conceals assets or makes a false

 5    oath or statement under penalty of perjury,

 6    either orally or in writing, in connection

 7    with a bankruptcy case is subject to a fine,

 8    imprisonment, or both.  All information

 9    supplied by .  .  ."

10         Q    That's okay.  You can stop.

11         A    Oh.

12         Q    If you can flip to the third page,

13    Page 39.

14         A    (Witness complies.)

15         Q    Can you, again, confirm that you

16    signed on August 28th, 2014, to that -- that

17    statement?

18         A    Yes, I did.

19              MS. JOHNSON:

20                   I just want to state for the

21              record, to the extent other

22              documents were identified in the

23              course of this deposition that were

24              not produced but are in the

25              possession, custody, and control