Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Ronald & Bernice Pendelton |
| Address of Affected Property | 5224 Pasteur Blvd. |
| | New Orleans, LA 70122 |

Is this Property:* (Residential)  Commercial  Governmental

Name of Person Completing this Form: Ronald Pendelton

Is above your primary residence? (Yes) No

Mailing Address (if different): _____

Phone: ( 504 ) 717 - 3414

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant

| | |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

### Section II. Insurance Information

Homeowner/ Renter Insurer: _____

Policy #: _____

Agent: _____

Address: _____

Phone: ( ) -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Ronald Pendelton | 08/01/07 | / / | (M)/ F | 08/20/ 47 | Yes (No) | Owner - Occupant |
| Bernice Pendelton | 08/01/07 | / / | M /(F) | 08/11/ 49 | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.



EXHIBIT
1
Pendelton
PENGAD 800-631-6989

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Ronald Pendelton
      1.2. When did the inspection take place?   11 / 14 / 13

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Ronald Pendelton
      2.2. When was this determination made?   11 / 14 / 13

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,456 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | | |
| Number of Bathrooms: | 1 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | / / | |
| Move In Date: | / / | Date Acquired Home | / / | |

**Date Range for Renovations: (Month/Day/Year)**

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | 08 / 01 / 07 | |
| Move In Date: | 08 / 01 / 07 | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | X | | |
| Second Floor: Any drywall replaced | | | X |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
_____

Address:
_____
_____

Phone: ( ___ ) ___ - ___

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
_____

Address:
_____
_____

Phone: ( ___ ) ___ - ___

## Section X. Drywall Supplier

Drywall Supplier's Name:
Interior Exterior Building Supply

Address:
P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Ronald M Pendleton | 12/13/13 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



## Orleans Parish
## Assessor's Office

| Return to Main Search Page | | Orleans Home |
|---|---|---|

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | PENDELTON RONALD M<br>PENDELTON BERNICE F | **Today's Date** | April 23, 2018 |
| **Mailing Address** | 5224 PASTEUR BD<br>NEW ORLEANS, LA 70122 | **Municipal District** | 3 |
| **Location Address** | 5224 PASTEUR BL | **Tax Bill Number** | 37W511916 |
| **Property Class** | Residential | **Special Tax District** | |
| **Subdivision Name** | PONTCHART | **Land Area (sq ft)** | 6000 |
| **Zoning District** | Show Viewer (41105955) | **Building Area (sq ft)** | 1456 |
| **Square** | 19 | **Revised Bldg Area (sqft)** | |
| **Book** | 05 | **Lot / Folio** | 24 / 069 |
| **Line** | 013 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. PONTCHARTRAIN SUB DIV SQ 19<br>2. LOTS 24 25 PASTEUR 50X120<br>3. BR SGLE 7/RMS C/PORT GAR A/R | **Assessment Area** | PONTCHARTRAIN<br>Show Assessment Area Map |

### Value Information

Estimate Taxes  Tax Information

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Special Assessment Treatment | | | |
| **Year** | **Land Value** | **Building Value** | **Total Value** | **Assessed Land Value** | **Assessed Building Value** | **Total Assessed Value** | **Homestead Exemption Value** | **Taxable Assessment** | **Age Freeze** | **Disability Freeze** | **Assmnt Change** | **Tax Contract** |
| 2018 | $ 21,000 | $ 110,800 | $ 131,800 | $ 2,100 | $ 11,080 | $ 13,180 | $ 7,500 | $ 5,680 | | | | |
| 2017 | $ 21,000 | $ 110,800 | $ 131,800 | $ 2,100 | $ 11,080 | $ 13,180 | $ 7,500 | $ 5,680 | | | | |
| 2016 | $ 21,000 | $ 110,800 | $ 131,800 | $ 2,100 | $ 11,080 | $ 13,180 | $ 7,500 | $ 5,680 | | | | |

Capped Values

### Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 12-02-2013 | $ 0 | PENDELTON RONALD M | PENDELTON RONALD M | 201345391 | 545609 |
| 03-21-1995 | $ 68,500 | | | 95-12604 | 000103238 |
| 06-10-1994 | $ 0 | | | 10051994 | 000089171 |
| 03-08-1993 | $ 17,236 | | | 05251994 | 000084587 |
| 08-25-1987 | $ 0 | | | 08091993 | 000000000 |

| Building Sketch 1 | Building Photos Enlarge/Show All |
|---|---|
| |  |



The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: April 21, 2018

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net