Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| File No. _____ |
| |
| **Date Received:** |
| _____ |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin       , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Ronald       M       Pendelton
                  First Name          M.I.   Last Name                    Suffix

                  Bernice       A       Pendelton
                  Co-Claimant First Name (if applicable)   M.I.   Last Name          Suffix

                  Business/Entity Name (if applicable)

1

EXHIBIT
2
Pendleton
PENGAD 800-631-6989

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

5224 Pasteur Blvd
_Address 1_                                                                    _Address 2_
New Orleans                                              LA            70122
_City_                                                          _State_         _Zip Code_

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:      Bernice            A      Pendelton
                          _First Name_        _M.I._  _Last Name_                    _Suffix_

Mailing Address (if different):

_Address 1_                                                                    _Address 2_

_City_                                                          _State_         _Zip Code_

Phone Number of Person Completing This Form: ( 504   ) 717  - 3415

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year:  3    / 21    / 1995

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 11    / 2013

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☑ Yes  ☐ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  Easter District of Louisiana

Date of filing:  4      / 23    / 2015
  Month     Day      Year

Docket No.:  USBC No. 14-12285 "A"

Present Status:  Discharged

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                                 Month     Day     Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                                 Month     Day     Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ /_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____                    3/23/2008
Claimant's signature                                                     Date signed

Name: _Ronald Pendelton_

Address: _5224 Pasteur Blvd._
              Address 1                          Address 2

_New Orleans    La    70122_
City                State        Zip Code

Phone No.: _504) 284-7073_

Email: _ronpendelton1@gmail.com_

7

# **Exhibit**

(See Section IV)

Documents Related to Bankruptcy, Foreclosure or Short Sale

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Louisiana

Case No. <u>14–12285</u>

Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald Matthews Pendelton Sr.                     Bernice Ann Pendelton
5224 Pasteur Blvd                                 5224 Pasteur Blvd
New Orleans, LA 70122                             New Orleans, LA 70122

Social Security / Individual Taxpayer ID No.:
xxx–xx–3378                                        xxx–xx–4654

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>12/4/14</u>                              <u>Elizabeth W. Magner</u>
                                                  United States Bankruptcy Judge

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

019338                                    83906019357018

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

<u>Section VII.  Loss of Use / Loss of Enjoyment</u>

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.  This figure also includes damaged personal property and home repair directly attributable to the gasses produced by the defective sheetrock.



### CITY OF NEW ORLEANS
#### DEPARTMENT OF SAFETY AND PERMITS
##### MECHANICAL DIVISION

## PERMIT APPLICATION

QUALITY        REPAIRS        REMODEL        SERVICE

# *Sal's* **Plumbing & Heating, Inc.**

### 619 Saint Roch Avenue   New Orleans, La. 7011
### DAY TIME # 944-7417        FAX# 944-7418        CELL# 430-1094

**L. FLEURY**        **MASTER GAS FITTER**        LICENSED MASTER
                        03LGA-10795                PLUMBER    2801

Mr. Ron Pendelton                            9/21/2007
5224 Pasteur Blvd.
New Orleans, La. 70122

RE:5224 Pasteur Blvd.
PHONE#                CELL#  717-3414            FAX#

This letter is to confirm our conversation with respect to testing gas lines
at the price of $220.00 flat, which includes cost of filing job with the
City Of New Orleans Gas Department, fees, testing and inspection.

The rate of $75.00 per hour, plus material, will be charged for locating and
repairing gas leaks, if any are found. The total cost of this job is not known.
Total cost of this job can not be determine until the job is completed.

Please indicate your understanding of the work to be performed by signing
the original of this letter in the space provided below and returning it to us.
A copy has been provided for your records.

|  |  |
|---|---|
| FEES | $220.00 |
| DOWN PAYMENT TOWARD LABOR & MATERIAL | 600.00 |
| FEES & DOWN PAYMENT | $820.00 |
| TOTAL COST OF JOB UNKNOWN | |

Sincerely,
Leonard Fleury,


ACCEPTED BY: _____

DATE: _____
                " LET US PROTECT THE HEALTH OF YOUR FAMILY"

# hhgregg
appliances | electronics | furniture

**Regular Sale**     On-Line
**Invoice V136-011024**

Date: 04/20/2015 13:34

8851 VETERANS MEMORIAL BLVD
METAIRIE, LA, 70003 (504) 667-4138

Cashier #: 5L79
5O46 - Terrence Evans

0311
BERNICE PENDELTON
5224 PASTEUR
NEW ORLEANS, LA     70122
Home: (504) 717-3415

Deliver To

BERNICE PENDELTON
5224 PASTEUR
NEW ORLEANS, LA     70122
Home: (504) 717-3415

Special Instructions

| Sls# | Qty | Model No. | Description | DelDate | Serial Number | Loc | Code | Itm | Via | Price | Total |
|------|-----|-----------|-------------|---------|---------------|-----|------|-----|-----|-------|-------|
| 0001 | 1 | UN40H5203 | *** T TAKE ITEMS ***<br>LED,SAM,40",SMART,1080P,CMR120 | 04/20/15 | | 0311 | | T | AT | 449.99 | 449.99 |
| | | | All television returns or exchanges must be accompanied by the original box, packaging materials, manuals, and accessories. Customer Initials _____ | | | | | | | | |
| 0002 | 1 | FPWT3-2 | 2YR FLAT PANEL TV PSP | 04/20/15 | | 0311 | | T | AT | 99.99 | 99.99 |

Thank you. Terrence Evans

Credit Used     $249.99
Original Invoice 0042016991
MasterCard     $348.11    *****-****4878 Exp **** App 321959
I agree to comply with the cardholder agreement

| | |
|---|---|
| Subtotal | $549.98 |
| Tax | $48.12 |
| Invoice Total | $598.10 |
| Amount Due | $598.10 |
| Amount Received | $598.10 |
| Change Due | $0.00 |

*[signature: Bernice Pen]*

## CUSTOMER COPY

The merchandise described above has been inspected and received in good condition unless otherwise notated on the invoice.

Delivery has been completed and no damage has occured to our personal property.

X _____
Merchandise Received By     Date

X _____
Merchandise Delivered By     Date
Retain this invoice for future service or returns.

Rev. BS3.94.0 D-4412

V136011024



PLEASE SAVE THIS INVOICE. ALL CLAIMS, RETURNS OR SERVICE REQUESTS MUST BE ACCOMPANIED BY THIS SALES INVOICE. ALL RETURNS MUST BE WITHIN 30 DAYS AND HAVE THE ORIGINAL PACKING MATERIAL, ACCESSORIES AND ALL INSTRUCTION MANUALS.

0816

# OLIVER'S A / C and HEATING

4869 Montegut Drive
New Orleans, Louisiana 70126
504-723-9947

00071 9937

# E X P L A N A T I O N   O F   P A Y M E N T

| | | |
|---|---|---|
| PROPERTY | : 5224 PASTEUR BLVD NEW ORLEAN LA 70122 | |
| CLIENT | : 92238256  - AMERICAN RESIDENTIAL WARR | CHECK NUMBER    : 820602585 |
| AGREEMENT | : 11858513  - PENDLETON RONALD/ BERN | CLAIM NUMBER    : 51535877-02 |
| EFF DATE | : 8/31/2017    SEQUENCE : 00000046 | BREAKDOWN DATE  : 8/31/2017 |
| | | INVOICE NUMBER  : |

COMPONENT DESCRIPTION

|  | *** AMOUNT *** | |
|---|---|---|
|  | REQUEST | PAID |
| PARTS: ........................ | | |
| REFRIGERATOR CASHOUT ........... | .00 | .00 |
| PARTS TOTAL: ......... | .00 | .00 * |
| | | |
| LABOR: ........................ | | |
| REFRIGERATOR CASHOUT ........... | 310.00 | 310.00 |
| LABOR TOTAL: ......... | 310.00 | 310.00 * |
| | | |
| SERVICE CALL.......... | 90.00 | .00 | ADJUSTED LABOR COST |
| SERVICE CALL.......... | .00 | .00 | ADJUSTED LABOR COST |
| TAX ................. | .00 | .00 | ADJUSTED LABOR COST |
| | | |
| REIMBURSEMENT SUB TOTAL ...... | 400.00 | 310.00 * |
| LESS: DEDUCTIBLE........... | 55.00 | .00 | DEDUCTIBLE MET |
| PARTS AND LABOR TOTALS: ....... | 345.00 | 310.00 * |

**STRAIGHT UP ELECTRIC**

52-27th Street, Kenner, LA
p. 504-469-4474 f. 504-469-4472
www.straightupllc.com

**Electrical Problems?**
**We Have The Solution!**

INVOICE #:

DATE: [  8   2   0   7 ]   DS #: [          ]

CUSTOMER NAME (Financially Responsible Party)    CALLER NAME          JOB CONTACT NAME
Ken Pendelton

JOB ADDRESS                      CITY          STATE    ZIP
5224 Pastor Blvd  Vacarian LA

BILLING ADDRESS (If Different)               PH1          PH2
Same

E-MAIL ADDRESS

SERVICE AGREEMENT CUSTOMER?  ☐ Yes ☑ No

ORIGINAL REASON FOR THE CALL: Problems in house outlets lights will not
work some  want for sure breaker's tripping

SUMMARY:

☐ See Summary of Findings sheet for additional information

**WORK AUTHORIZATION:** I, the undersigned, am owner/authorized representative/tenant of the premises at which the work above is being done. I hereby authorize you to perform the above recommendation, and to use such labor and materials as you deem advisable. Unless prior-authorization for billing, payment for all work done is due upon completion (C.O.D.). A $10.00 BILLING CHARGE is due thereafter. An office billing charge and/or finance charge of 1.75% per month (21% per annum) will be added after 10 days past due. I agree to pay reasonable attorney's fees, court costs and collection fees in the event of legal action. I have read this contract, including the terms and conditions on the reverse side hereof and agree to be bound by all the terms contained herein. All old parts will be removed from premises and discarded, unless otherwise specified herein. I HEREBY AUTHORIZE YOU TO PROCEED WITH THE ABOVE WORK AT THE UPFRONT FEE OF $ _____   Signature: _____  Print Name: Kenneth Pendelton

For your peace of mind, should the repair amount exceed 25% of your system's replacement value, our technician is required to inform you of your options for both repairing and replacing the equipment.

| Qty | Task# | Description | Rate |
|---|---|---|---|
| | | Trip Charge | |
| 2 | Tro Sho | Trouble Shoot problems in most of house lights will not reconnect some will not open | 1105.86 |
| 1 | Dis 1010 | Change Disconnect to 60 amp Fusible | 187.90 |
| | -- | (Ground wire needs to be fastened correctly) (loose) | |

DISCOUNT

SUBTOTAL   1293.76

TAX

TOTAL COST   1293.76

☐ Pre-Approved Financing Terms: _____   ☐ Please pay from this invoice - Work performed C.O.D.

**PAYMENT 1**  ☐ Cash ☐ Check ☐ Check #: _____
MC ☐  Visa ☐  Disc ☐  AmEx ☐   Auth #: _____
Card #: _____                          Exp: [    ]

**PAYMENT 2**  ☐ Cash ☐ Check ☐ Check #: _____
MC ☐  Visa ☐  Disc ☐  AmEx ☐   Auth #: _____
Card #: _____                          Exp: [    ]

**WANT TO PAY LESS?**
My Service Technician presented me with a Service Agreement Program and explained the benefits

I want to save money and become a Service Agreement Customer   Initial ONE
OR
At this time I decline the offer

**SERVICE AGREEMENT SAVINGS**
$ _____

**ACCEPTANCE OF WORK PERFORMED:** I acknowledge satisfactory completion of the above described work and that the premises has been left in satisfactory condition. I understand that if my check does not clear, I am liable for the check and any charges from the bank. I agree to pay 1.75% per month for past due contracts (minimum charge $15). In the event that collection efforts are initiated against me, I shall pay for all associated fees at the posted rates as well as all cost of collection fees and reasonable attorney fees. I agree that the amount set forth in the space marked "TOTAL COST" is the total flat price I have agreed to.

SIGNATURE Kenneth Pendelton

**SERVICE TECHNICIAN ACKNOWLEDGEMENT**
Prior to the customer entering into the contract, I have discussed the nature of the service and cost and I have given a copy of the contract to the customer. All work I have done has been in compliance with company standards in a workmanship manner, to building codes when applicable.

SIGNATURE _____

**CUSTOMER SERVICE IS OUR #1 FOCUS**
If you are not completely satisfied for any reason, please call and ask to speak with the Customer Service Manager. Your feedback is very important to us.

**THANK YOU FOR CHOOSING US FOR YOUR SERVICE NEEDS!**

© Copyright 2004 Nexstar™. All Rights Reserved.

...line to have the recommended work performed at this time.   SIGNATURE _____   DATE _____



Cross Country Home Services, Inc.
HomeSure Companies
P.O. Box 551540
Fort Lauderdale FL 33355-1540



1017

000 0011098 00000000 001 001 10488 INS: 0 0

Bernice F Pendleton
5224 PASTEUR BLVD
NEW ORLEANS LA 70122

Page 1 of 1

| INVOICE NO. | INVOICE DATE | DESCRIPTION | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 60530289 | 09/24/14 | RANGE | 0.00 | 699.00 |

| CHECK NUMBER | DATE | VENDOR NO. | NAME | TOTAL AMOUNT |
|---|---|---|---|---|
| 0004652297 | 09/25/14 | 1753804 | Bernice F Pendleton | $699.00 |

CHG111 v.01 3.1.2011

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - DO NOT CASH IF THE WORD VOID IS VISIBLE



Cross Country Home Services, Inc.
HomeSure Companies
P.O. Box 551540
Fort Lauderdale FL 33355-1540

CHECK NO.
0004652297

5-13/110 MA

DATE OF CHECK
09/25/14

PAY:  SIX HUNDRED NINETY NINE AND 00/100 DOLLARS

CHECK AMOUNT
$699.00

TO THE ORDER OF    Bernice F Pendleton
5224 PASTEUR BLVD
NEW ORLEANS LA 70122

Authorized Signature

BANK OF AMERICA, N.A.

DOCUMENT CONTAINS A TRUE WATERMARK DO NOT CASH IF THE WATERMARK IS NOT VISIBLE - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

⑈0004652297⑈ ⑆011000138⑆460228678⑈

```
SALES#: S2470CP1 995666  SALE   TRANS#: S151624 12-01-17
                                                      89.97
  3157R EPP MAJ APPL 8700-999
REC869 LFSSC2612TF                             899.00
  FR 25.5-CU FT LFSSC2612TF(
  999.00    DISCOUNT EACH            -100.03
               (DELIVERY)
INVOICE 80137 SUBTOTAL:               988.97
               SUBTOTAL:              988.97
  LA - STATE TAX:                      49.45
LA - ORLEANS COUNTY TAX:               43.45
               TOTAL TAX:              99.90
              BALANCE DUE:          1,087.87
                    CASH :            300.00
                   DEBIT:             187.87

TOTAL DISCOUNT:    100.00
SWIPED DEBIT  XXXXXXXXXXXXXX2886  XXXXXXX
SWIPED REFID:24700520038R 12 01 17 12:03:41
                 TRACE:00230006R
  PURCHASE   CASH BACK   TOTAL DEBIT
   187.87       0.00       187.87
2470 05 12 01 17 12:09:04   REF#: 343
   CUSTOMER SERVICE TRANSITION
YOU HAVE PURCHASED THE FOLLOWING PLAN:
EEF ACTIVATION #8137-735111-032500
  3157  3YR EPP MAJ APPL 8700-999.99
TO COVER THE FOLLOWING ITEMS:
REC869  FR 25.5-CU FT LFSSC2612TF(498-103
```

2525-175-6937

5060

Net Parts                              $   38.36
Tax on Parts                           $  226.61
Total Parts                            $   22.66
                                       $  249.27

Original Estimate:                     $   75.00
Grand Total:                           $  556.17

Pre-Paid Amount:                       -$    0.00
Customer Amount Due:                   $   75.00

Total Amount Collected Today: $   75.00
          Master Card Payment $   75.00
Account # XXXXXXXXXXXXX5637

Cardholder acknowledges receipt of
goods and/or services described above
in the amount of the Total shown hereon
and agrees to be bound by the terms of
the Cardholder's Account Agreement
with the Issuer identified hereon.

If your warranty claim is denied by the
warranty provider, you will be
responsible for payment up to $  556.17,
less any amounts you may have already
paid for this repair.

Customer Signature to approve repair:

_____

Welcome, Shop Your Way Reward Member!

Rewards Card #:        7081187612279234

Your Rewards Points total is        595

Don't forget to regularly check
shopyourwayrewards.com for the latest
news.

Thank you for using
SEARS HOME SERVICES

Warranty Claims/Part History Statement
District #: 0008066          Tech #: 0641191
SO #: 41575096               Call Code: 50
Arrv: 15:08
Model #:                    Depart: 16:00
Serial #:                     10657034602
Deductible                    5U2031876
Deductible Tax               $   75.00
34111G PT Adaptive Defrost   $    0.00
4G 106 4388932 Qty 1         $  126.00
4G 106 WPH10225581 Qty 1     $  188.25
          Master Card Payment $   21.87
Account # XXXXXXXXXXXXX5637  $   75.00

NOW HIRING!
Appliance Repair Technician in your area
Apply at
http://jobs.sears.com/career-areas/
home-services

SEARS HOME SERVICES

FLORIDA ALABAMA GULF COAST
7001 SEARS BOULEVARD
PENSACOLA, FL 32514
(800) 4MY-HOME

Sears #: 0008066                    Oct 07, 2016

Technician ID: 0641191
Service Order Number:              41575096

BERNICE PENDLETON
5224 PASTEUR BLVD
NEW ORLEANS, LA 70122
(504) 284-7073

MODEL:                          REFRIGERATOR
Brand Name:                          KENMORE
Model Number:                     10657034602
Serial Number:                     5U2031876

Service Requested: NEEDING REPAIR: THE UNIT IS NOT WORKIN
G
ATDED $75.00   APV $300.00

Technician Comments:
Notes: replaced bimetal and adap defrost
timer...all checks ok

Deductible                          $   75.00
Deductible Tax                      $    0.00

Labor Performed -(Third Party)
Diagnostic Fee                      $  100.00
Adaptive Defrost                    $   26.00
Tax on Labor                        $   27.90
Total Labor                         $  306.90

Parts Required -(Third Party)
SUB SUB TIMER-DEF
4G 106 4388932 Qty 1                $  188.25
SUB BIMETL-DEF
4G 106 WPH10225581 Qty 1            $   38.36
Net Parts                           $  226.61
Tax on Parts                        $   22.66
Total Parts                         $  249.27

Original Estimate:                  $   75.00
Grand Total:                        $  556.17

Pre-Paid Amount:                    -$    0.00
Customer Amount Due:                $   75.00

Total Amount Collected Today: $   75.00
          Master Card Payment $   75.00
Account # XXXXXXXXXXXXX5637

Cardholder acknowledges receipt of
goods and/or services described above
in the amount of the Total shown hereon



**Appliance Parts Depot**
www.APDepot.com

**SHIPPING PAPER**

Appliance Parts Depot
2615 Edenborn Ave. Ste A
Metairie, LA 70002
Local Ph: (504) 313-3000

**Headquarters**
Local       (214) 631-4343
Toll Free   (800) 527-2343
Acct / Warranty (214) 951-7748

SHIPPING NUMBER
14064380-0001-14

SHIPPING NUMBER
14064380-0001-14

BILL TO: SEA333
SEARS HOME SERVICES
3333 BEVERLY RD A4-260B
HOFFMAN EST, IL 60179
847-286-3463

SHIP TO: (8066) SEARS HOME SERVICES
7801 SEARS BLVD
PENSACOLA, FL 32514

| SHIP STR/INVOICE NO | SLMAN | ORDER DATE | TAKEN | CUSTOMER P.O. NUMBER | DATE |
|---|---|---|---|---|---|
| 14064380-0001-14 | 1499 | 9/27/2016 | 1407 | 41575096 / 544122 | 9/27/2016 |

| INSTRUCTIONS | | ROUTE | PKT | PAGE NO |
|---|---|---|---|---|
| WILLCALL-NOLA | DUC | 1 | B | 1 |

| QUANTITY | | | UOM | DISP | BIN | LN | ITEM CODE AND DESCRIPTION | UNIT PRICE | LIST PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ORD | B/O | SHIP | | | | | | | | |
| | | | | | | | NOW AUTHORIZED DISTRIBUTOR OUT OF WARRANTY FOR SAMSUNG PARTS | | | |
| 1 | | 1 | EA | | 2104FC | 2 | **WHI 4388932** | 0.00 | 189.66 | 0.00 |
| | | | | | | | TIMER-DEF | | | |
| | | | | | | | 14-2104FC | | | |
| | | | | | | | BIN: 2104FC QTY: 3.00 | | | |
| 1 | | 1 | EA | | 5604AE | 1 | **WHI WP2323198** | 0.00 | 51.93 | 0.00 |
| | | | | | | | HEATER | | | |
| | | | | | | | 14-5604AE | | | |
| | | | | | | | BIN: 5604AE QTY: 6.00 | | | |

CODE EXPLANATION
- STATE TAX APPLICABLE
# - FED/OTHER TAX APPLICABLE
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
* - FACTORY MINIMUM
: - RETURNED CYL.

**SHIP ORDER****SHIP ORDER****
*** ORDER COMPLETED ***

| FREIGHT IN | FREIGHT OUT |
|---|---|
| | |

| | |
|---|---|
| SUB TOTAL | 0.00 |
| MISC. CHARGE | 0.00 |
| FREIGHT TOTAL | 0.00 |
| STATE TAX | 0.00 |
| PAYMENT REC'D | 0.00 |
| TOTAL AMOUNT DUE | 0.00 |

Payment Terms are Net 30
From Invoice Date

All differences in items shipped and items ordered have been backordered and will be shipped as soon as possible. All claims for freight damage, or shortage must be made within 5 days from receipt of goods. Parts that have not been installed or connected are returnable within the guidelin written return policy. 1 ½% per month interest charged on past due accounts. F.O.B. - Shipping location.

# A-1 SERVICE EXPRESS

## COMFORT Air
### AIR CONDITIONING

(504) 585-1395   (985) 288-4521   (504) 348-0588
New Orleans   North Shore   West Bank
www.Comfort-AC.com

COMPLETED ☑

INVOICE #

WORK ORDER #

VENDOR #

**METHOD OF PAYMENT**
☐ CASH   ☐ CHECK
☐ VISA   ☒ MC   ☐ AMEX   ☐ IHB

APPROVAL CODE _____

SEND CHECK TO:
COMFORT AIR
2961 CAMELLIA DRIVE
SLIDELL, LA 70458

| | UNIT | ☐ Indoor ☐ Outdoor | UNIT | ☐ Indoor ☐ Outdoor |
|---|---|---|---|---|
| MAKE | | | | |
| MODEL | | | | |
| SERIAL NUMBER | | | | |

| | UNIT | ☐ Indoor ☐ Outdoor | UNIT | ☐ Indoor ☐ Outdoor |
|---|---|---|---|---|
| MAKE | | | | |
| MODEL | | | | |
| SERIAL NUMBER | | | | |

| QTY | MATERIALS/SERVICES | Unit Price | AMOUNT |
|---|---|---|---|
| | Refrigerant  R-    LBS | | |
| | Filters     x     x | | |
| | | | |
| | | | |

TOTAL MATERIALS

| HRS | LABOR | NON-COVERED CHARGE | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |

TOTAL LABOR

☐ RETAIL   ☒ HOME WARRANTY   ☐ CHARGE

THANK YOU

**NON-COVERED CHARGE**
Referral:
☐ Recovery
☐ Float Switch
☐ Secondary Drain Pan
☐ Transition
☐ Hard Casting
☐ Copper Modifications
☐ PVC Modifications
☐ Condenser Slab
☐ Chemical AC Wash
☐ Whip

**FURNACE**
☐ Flue Vent
☐ Base Metal
☐ Gas Shut Off
☐ Gas Flex Lines
☐ Platform
☐ Permits
☐ Accessibility

Noncovered Charges:

**VENDOR #**
☐ yp.com
☐ Yellow Pages
☐ Google
☐ Sunshine Pages

☐ Disposal

**TOTAL SUMMARY**

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| DIAGNOSTIC / SERVICE FEE | |
| TAX | |
| DEDUCTIBLE | |
| COUPONS | |
| **TOTAL** | |

NAME:
STREET:
CITY:             STATE: LA   ZIP:
PHONE (HOME):        PHONE (WORK):
TECHNICIAN:
EMAIL:
WORK TO BE PERFORMED:

ARRIVAL DATE:
ARRIVAL TIME:
COMPLETION DATE:
COMPLETION TIME:

**DESCRIPTION OF WORK**

**RECOMMENDATIONS**

**TERMS:**
$40 for NSF check.  $30 per day for non-payment.

I have authority to order work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense and/or impose a 7% finance charge on the entire amount contained in the Seller/Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller.

LIMITED WARRANTY:- All material, parts, and equipment are warranted by the manufacturers or suppliers' written warranty only. All labor performed by Comfort Air is warranted for 30 days or as otherwise indicated in writing. Comfort Air makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of Comfort Air.

CUSTOMER SIGNATURE                    DATE

**DISPATCH DATE**

**SERVICE DATE**

**APPLIANCE**

**WARRANTY CO**

**CUSTOMER NAME**

**ADDRESS**

**CITY STATE ZIP**

**PHONE**

**SERVICE REQUESTED**

**ESTIMATE OF REPAIRS NEEDED**

# VERY GOOD
Appliance Repair

# 504 655 8432
## NEW ORLEANS, LOUISIANA

**MODEL #**

**SERIAL #**

**ADDITIONAL INFO**

**TOTAL ESTIMATED JOB COST**

THIS IS AN ESTIMATE, NOT A CONTRACT FOR SERVICES. THIS ESTIMATE IS FOR COMPLETING THE JOB AS DESCRIBED ABOVE. IT IS BASED ON OUR EVALUATION AND DOES NOT INCLUDE MATERIAL PRICE INCREASES OR ADDITIONAL LABOR AND MATERIALS WHICH MAY BE REQUIRED SHOULD UNFORESEEN PROBLEMS ARISE AFTER THE WORK HAS STARTED.

**SERVICE DESCRIPTION**

| | JOB COST | |
| --- | --- | --- |
| | SALES TAX | |
| | TOTAL | |
| | PAID | |
| | CASH/CHECK | |

**★ ASK ME FOR YOUR FREE MAGNET ★**

oussard Appliance Service

5003 River Road
New Orleans, LA 70123
504-736-9545
504-736-9569-Fax   Northshore: 985-624-4911   Houma: 985-851-6655

**www.ToGetItDone.com**

| | |
|---|---|
| | 504-284-7073 |

CALL TAKER: XB
INVOICE # **149277**
Jermaine F.

**SERVICE ADDRESS:**
PENDELTON, BERNICE
5224 PASTEUR BLVD
NEW ORLEANS, LA 70122

12/16/17 10:06 am

12/20 WED 12-5

Date Completed 17

**BILL TO:**
FRIGIDAIRE          Dsptch# SLOKCK3XW4-1

REFRIGERATOR

FRIGIDAIRE

| Model Number | Serial Number | Dealer | Purchase Date |
|---|---|---|---|
| **LFSS2612TF** | 4A14513335 | | 12/01/17 |

**Complaint**
door is hard to pull open and ice maker is not
making ice.

**Requests**
Please cnfrm Mdl LFSS2612TF, PrchsDt 12/01/2017 Dispatched under ProgramName = Warranty MfrRef # 1-8K8CV1X
Troubleshooting Steps..n/a

| QTY | PART NUMBER | PART DESCRIPTION | INVOICE | UNIT | EXTENDED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**WORK PERFORMED:**   Reinstalled inlet
water line

**WARRANTY**

| | |
|---|---|
| MASPG | |
| TAX | |
| S&H | |
| FUEL | |
| TOTAL | |

CUSTOMER SIGNATURE

| TECH/DATE | TECH/DATE | TECH/DATE | TECH/DATE |
|---|---|---|---|
| TECH/DATE | TECH/DATE | TECH/DATE | TECH/DATE |





RBV. 4/24/95

WTC 95 0268T

CONVEYANCE OFFICE
GASPER J. SCHIRO                    Date 4-21-95

CASH SALE OF PROPERTY

BY:  LORRAINE A. WINNINGKOFF,
     WIFE OF ARTHUR H. STOCK, JR.

TO:  BERNICE FELLS, WIFE OF/AND
     RONALD MATTHEWS PENDELTON

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

BE IT KNOWN, That on this 21ST day of MARCH, in the year of our Lord one thousand nine hundred ninety-five

BEFORE ME, MICHAEL E. WITTENS, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, City of New Orleans, State of Louisiana, therein residing, and in the presence of the witnessed hereinafter named and undersigned

PERSONALLY CAME AND APPEARED:

LORRAINE A. WINNINGKOFF, WIFE OF ARTHUR H. STOCK, JR., a person of the full age of majority and resident of the Parish of St. Tammany, who declared unto me that she has been married but once and then to Arthur H. Stock, Jr., with whom she is presently living and residing, her social security number is 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, her mailing address is 3006 S. Palm Drive, Slidell, Louisiana 70458,

who declared that she by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties and with full subsitution and subrogation in and to all the rights and actions of warranty which she has or may have against all preceding owners and vendors unto:

BERNICE FELLS, WIFE OF/AND RONALD MATTHEWS PENDELTON, both persons of the full age of majority and residents of the Parish of Orleans, who declared unto me that they each have been married but once and then to each other, her social security number is 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, his social security number is 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, their mailing address is 5224 Pasteur Boulevard, New Orleans, Louisiana 70122;

here present accepting and purchasing for their heirs and assigns, and acknowledging due delivery and possession thereof; all and singular the following described property, to-wit:

SALE 920130   00.00

TWO CERTAIN LOTS OF GROUND, situated in the THIRD
DISTRICT of the City of New Orleans, in SQUARE NO. 19 of
PONTCHARTRAIN BOULEVARD SUBDIVISION, designated as LOTS
24 and 25, on a survey of F.G. Stewart, Surveyors, dated
March 3, 1951, related August 2, 1951, and according to
which survey Square No. 19 is bounded by PASTEUR and
CAMERON BOULEVARDS, FILMORE AVENUE and the line of
GENTILLY LANDS, said lots being designated as LOTS 24 and
25, which said lots measure together fifty feet (50')
front on Pasteur Boulevard, the same width in the rear
by a depth between equal and parallel lines of one
hundred twenty feet (120') lot 24 being the lot lying
nearest to and commencing at a distance of one hundred
fifty feet (150') from the corner of Filmore Avenue and
Pasteur Boulevard.  The said Lots 24 and 25 are also
delineated on a survey of W.J. & G. Seghers, D.C.S.,
dated December 30, 1926, attached to an act of Azzo J.
Plough, Notary Public, dated September 14, 1943, and also
a survey of Gilbert & Kelly, Surveyors dated June 22,
1945, annexed to an act passed before Michael Munson,
Notary, dated April 28, 1947.

All in accordance with a survey made by Mandle Surveying,
Inc., dated March 14, 1995.

The improvements on said lots bear Municipal No. 5224 Pasteur
Boulevard.

Being the same property acquired by Vendor herein by act dated
6/24/94, recorded in CIN 89171.

SEE "AS IS" CLAUSE ANNEXED HERETO AND MADE A PART HEREOF.


To have and to hold the above described property unto the said

purchasers, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the

sum of SIXTY EIGHT THOUSAND FIVE HUNDRED AND NO/100 ($68,500.00)

DOLLARS which the said purchasers have well and truly paid in ready

and current money to the said vendor who hereby acknowledges the

receipt thereof and grants full acquittance and discharge

therefore.

All State and/or City and/or Parish taxes up to and including

the taxes due and exigible in 1995 are paid as per tax research.

By reference to the certificate of the Registrar of

Conveyances and Recorder of Mortgages in and for the Parish of

Orleans, annexed hereto it does not appear that said property has

been heretofore alienated by the vendors or that it is subject to

any encumbrances whatever.



SQUARE 19
PONTCHARTRAIN BOULEVARD SUBD.
THIRD DISTRICT - NEW ORLEANS
ORLEANS PARISH, LA.

THIS IS TO CERTIFY THAT I HAVE CONSULTED THE F.I.A. FLOOD HAZARD BOUNDARY MAP AND FOUND
THAT THE ABOVE DESCRIBED PROPERTY IS LOCATED IN A SPECIAL FLOOD HAZARD AREA. THIS
PROPERTY IS LOCATED IN FLOOD ZONE A7. Community No. 225203, Panel No. 95,
Suffix E, Date 3/1/84, Base Flood Elev. = -1.0'

I CERTIFY THAT THIS PLAT REPRESENTS AN ACTUAL GROUND SURVEY AND THAT NO
ENCROACHMENTS EXIST ACROSS ANY OF THE PROPERTY LINES EXCEPT AS SHOWN.

THE SERVITUDES AND RESTRICTIONS SHOWN ON THIS SURVEY ARE LIMITED TO THOSE SET
FORTH IN THE DESCRIPTION FURNISHED US AND THERE IS NO REPRESENTATION THAT ALL
APPLICABLE SERVITUDES AND RESTRICTIONS ARE SHOWN HEREIN. THE SURVEYOR HAS MADE
NO TITLE SEARCH OR PUBLIC RECORD SEARCH IN COMPILING THE DATA FOR THIS SURVEY.

March 14, 1995
SURVEY CERTIFIED CORRECT TO Winters Title Agency, Inc., Deep South Mortgage,
Bernice Falls, Wife of/and Ronald Matthews Pendleton, Sr., File 950268 T

(Class C Survey)  Scale 1" = 20'

**MANDLE SURVEYING, INC.**

BY _____          LAND SURVEYORS METAIRIE, LA.
All Angles Are 90°

AS IS CLAUSE

Prior to the execution of this agreement buyer(s) or (his/her) representatives have fully
examined and inspected the entire building(s) which comprise the premises.' Buyer(s) know
and (is/are) satisfied with the physical condition of the premises in all respects, includ-
ing but not limited to any visible or hidden termite infestation and resultant damage
therefrom, and that same is acceptable to Buyer(s) "AS IS" and that buyer(s) agree(s) that
no representation, statements or warranties have at any time been made by Seller(s), or
its agents, as to the physical condition or state of repair of the premises in any respect,
and that the purchase price takes into consideration the condition of the premises. There-
fore Purchaser(s) declare the condition of the property satisfactory and the undersigned
parties agree that the Purchase Agreement is made "AS IS" and that the following statement
will be made a part of the Act of Sale.

PROPERTY CONDITION: PURCHASER accepts the property and all the improvements thereon
in whatever condition it exists as of the date herein without any warranty other than
as to the validity of the title.  SELLER makes no warranties of any sort whatsoever
and PURCHASER expressly waives any rights of redhibition pursuant to Louisiana Civil
Code Articles 2520, et seq., or for quanti minoris (diminution of purchase price)
pursuant to Louisiana Civil Code Articles 2541, et seq.  SELLER makes no represen-
tation nor warranties whatsoever relating to the use and occupancy of said premises
the square footage of the dwelling and/or the fitness of the property and its improve-
ments for any particular purpose.  PURCHASER acknowledges that a diligent inspection
of the premises has been made and PURCHASER has taken all deficiencies and defects,
if any, into consideration in the purchase price.  PURCHASER accepts the property in
its existing "AS IS" condition, and PURCHASER agrees that SELLER shall have no respon-
sibility or liability whatsoever for any repairs after Act of Sale and these stipula-
tions shall be made a part of the Act of Sale and survive the delivery of the title
at the closing.

The parties to this Act are aware of the fact that the mortgage, conveyance and Paving Ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from any responsibility and liability in connection therewith.

THUS DONE AND PASSED in my office in New Orleans, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

WITNESSES:                              APPEARERS:

_Gloria Menge_                          _Lorraine A. Winningkoff Stock_
                                        LORRAINE A. WINNINGKOFF STOCK

_Otto Schuster_                         _Ronald Matthews Pendelton_
                                        RONALD MATTHEWS PENDELTON

                                        _Bernice Fells Pendelton_
                                        BERNICE FELLS PENDELTON

                              _Michael E. Winters_
                              MICHAEL E. WINTERS
                              NOTARY PUBLIC

                    INSTR No. _103238_
                    CONVEYANCE OFFICE
                    PARISH OF ORLEANS
                    4-17-95
                    _B M Schamann_

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

Name (as shown on your income tax return)

*Bernice F Pendelton*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☑ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

*5224 Pasteur Blvd.*

City, state, and ZIP code

*New Orleans, Louisiana 70122*

Requester's name and address (optional)

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

4 3 6 - 8 2 - 4 6 5 4

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign<br>Here | Signature of<br>U.S. person ▶ *Bernice F. Pendelton* | Date ▶ *3/29/2018* |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                                                 Form **W-9** (Rev. 8-2013)

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

### Request for Taxpayer
### Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Name (as shown on your income tax return)
*Ronald + Bernice Pendelton*

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[✓] Individual/sole proprietor   [ ] C Corporation   [ ] S Corporation   [ ] Partnership   [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
*5224 Pasteur Blvd*

City, state, and ZIP code
*New Orleans, Louisiana 70122*

Requester's name and address (optional)

List account number(s) here (optional)

Print or type
See Specific Instructions on page 2.

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
4 3 6 - 6 8 - 3 3 7 8

Employer identification number

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here   Signature of U.S. person ▶ *Ronald Pendelton*   Date ▶ *3/23/2018*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X     Form **W-9** (Rev. 8-2013)