UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL 2047

SECTION "L"

This document relates to:

JUDGE FALLON

Elizabeth Bennett, et al versus Gebr. Knauf, et al

MAGISTRATE: JOSEPH WILKINSON, JR.

Case No. 14-cv-2722

Deposition of RONALD PENDELTON, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on June 12, 2019.

REPORTED BY:

KIM A. PRESCOTT,
Certified Court Reporter

**Q And if you could go ahead and flip to what's tabbed as the Cash Sale marked as Exhibit 4 in this deposition.**

A Yes.

**Q Your wife previously provided testimony as to this document as well. Would you like to adopt that testimony?**

A Yes.

**Q We're flying through this.**

**And do you recall if there were any other documents executed prior to this sale?**

A No. No. No.

**Q Was there a Residential Agreement to buy and sell executed?**

A No.

**Q Was there an inspection completed on the property prior to purchase?**

A Yes.

**Q Do you know who performed that inspection?**

A I do not.

**Q Do you still have a copy of the inspection?**

A No.

**Q And the structure that is present**

**on the property now is the structure that was on the property when you purchased it; correct?**

A Yes.

**Q And this is the home that now contains --**

A Yes.

**Q -- Chinese drywall; correct?**

A Yes.

**Q If you could just wait until I finish, even though you know what I'm going to say.**

A Okay.

MR. DOYLE, JR.:

It's hard for her to take down if you answer midway.

THE WITNESS:

I'm sorry.

BY MS. JOHNSON:

**Q I'm very predictable, so it's hard not to interrupt me; and we all want to leave, too.**

**To the best of your knowledge, when was the Chinese drywall installed?**

A 2007.

**Q And can you --**

A Wait. Wait. Wait. I'm sorry. We moved there in 2007. Yeah. It was in 2007. Yes.

**Q Can you tell me more about the installation?**

A Such as what are you asking?

**Q The context of it.**

A What do you mean "the context of it" still?

**Q Was it installed post-Katrina?**

A Yes. Yes. Yes. Post-Katrina.

**Q And why was it installed?**

A Because of Katrina.

**Q What damage did you sustain in Hurricane Katrina?**

A Water damage about five feet.

**Q Did you receive any insurance money for the damage from Katrina?**

A We received FEMA funding, Road Home.

**Q So you only received FEMA funding post-Katrina?**

A Yes.

MRS. PENDELTON:

Uh-uh (negative response).

BY MS. JOHNSON:

**Q And how long have you lived on the property?**

A Since 1995.

**Q And with regard to the answer in -- it's Exhibit 1 that states that you have resided on the property since 2007. Could you provide more information on why that date was used?**

A That's when we moved back in after completion of the renovation.

**Q And how long were you out of the home?**

A Nearly two years. It was two years, really.

**Q On the properties that your wife mentioned previously?**

A Pardon me?

**Q The two properties that your wife mentioned previously; is that correct?**

A Yes.

**Q Have you ever had an appraisal completed on the property?**

A Yes.

**Q Why did you have this inspection done?**

A Because of Chinese drywall.

**Q And how did you learn there was Chinese drywall in your home?**

A Through a letter from Lowe's.

**Q And would you like to adopt your wife's previous testimony concerning the Lowe's letter and the letter from the attorney?**

A Yes. Only one thing about that, it wasn't an attorney from the city here. I think it was from a neighboring parish.

**Q Okay. Do you remember anything else about those letters that your wife hasn't already recalled?**

A No.

**Q Do you remember anything about the inspection that your wife hasn't already recalled?**

A No.

**Q And other than the letter from Lowe's and the letter from the attorney, did you notice other problems with the home?**

A No.

Q Okay. And looking back now at what is Exhibit 14 to Exhibit 3, the itemization form on the Plaintiff Fact Sheet, your wife previously provided testimony as to all of these items. Are there any that you have a differing opinion as to?

A No.

Q Would you like to adopt her testimony as to these items?

A Yes.

Q And then if you could also look at what we've now marked as Exhibit 8, the amended itemization form. Do you have a difference of opinion as to your wife with respect to any of these items?

A No.

Q Would you like to adopt her testimony?

A Yes.

Q Okay. And, finally, your wife testified concerning your bankruptcy that was discharged in December 4th, 2014. Is there anything additional you would like to add to her testimony regarding this bankruptcy?

A No.

**Q And if you could just flip to what's tabbed as "Bankruptcy," Exhibit 9.**

A (Witness complies.)

**Q And do you recognize this document?**

A When you say "9," is it 9 of 49?

**Q No. The whole document is Exhibit 9. Do you recognize the document?**

A Yes.

**Q And is this from your bankruptcy filing?**

A Yes.

**Q Do you remember completing this form?**

A I do not remember.

**Q Can you confirm that you did indeed sign this form?**

A Yes. Yes.

**Q Is there anything today that you would like to add that your wife hasn't already mentioned in her deposition?**

A No, there isn't.

**Q No?**

A Not that I can think of.

MS. JOHNSON:

I would like to -- I would