UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIMS
ASSERTED BY RONALD PENDLETON AND BERNICE PENDLETON**

Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things.

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence.

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence.

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

1

6. The Fifth Amended Complaint was filed on May 14, 2018.

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

8. The Fifth Amended Complaint is the operative complaint in this matter.

9. Plaintiffs, Ronald Pendleton and Bernice Pendleton ("the Pendletons"), were listed in the original complaint, which was amended multiple times.

10. The Pendletons are plaintiffs in the operative Fifth Amended Complaint and have made claims against the Knauf Defendants regarding the alleged presence of defective Chinese drywall installed in their property located at 5524 Pasteur Boulevard, New Orleans, Louisiana 70122 (the "Property").

11. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, an Owner Disclosure Affidavit, and a Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

12. The Pendletons completed and signed the Plaintiff Profile Form ("PPF") on December 13, 2013, under penalty of perjury. (Deposition of Bernice Pendleton ("B. Pendleton Depo.") at 10:19-25, 11:1-17; Ex. A, PPF, Exhibit 1 to B. Pendleton Depo.).

13. The Pendletons completed and signed the Supplemental Plaintiff Profile form ("SPPF") on March 23, 2018, under penalty of perjury. (Ex. B, SPPF, Exhibit 2 to B. Pendleton Depo.).

14. The Pendletons completed and signed the Plaintiff Fact Sheet ("PFS") on January 8, 2019, under penalty of perjury. (Ex. C, PFS, Exhibit 3 to B. Pendleton Depo.).

15. The Pendletons were deposed on June 12, 2019. (*See* B. Pendleton Depo.; Deposition of Ronald Pendleton ("R. Pendleton Depo.")).

16. The Pendletons purchased the Property on March 21, 1995. (B. Pendleton Depo. at 20:2-9; R. Pendleton Depo. at 11:1-8; Ex. D, Cash Sale, Exhibit 4 to B. Pendleton Depo.).

17. The Property was damaged by Hurricane Katrina in 2005 and renovated thereafter. (B. Pendleton Depo. at 24:14-16).

18. The Pendletons believe that Chinese drywall was installed in their Property during the renovations that occurred post-Hurricane Katrina. (B. Pendleton Depo. at 24:17-19; R. Pendleton Depo. at 12:23-25, 13:1-14).

19. The Pendletons estimated that they were out of the Property for approximately two (2) years prior to returning to it post-renovation. (B. Pendleton Depo. at 41:8-10; R. Pendleton Depo. at 14:3-16).

20. The Pendletons discovered that the Property contained Chinese drywall based on a letter received from Lowe's, where the drywall was purchased. (B. Pendleton Depo. at 28:19-25, 29:1; R. Pendleton Depo. at 17:1-17).

21. Mrs. Pendleton stated that the letter from Lowe's was sent to everyone who purchased or whose contractors purchased potentially contaminated drywall from Lowe's for their homes. (B. Pendleton Depo. at 28:22-25, 29:1).

22. Mrs. Pendleton estimated that she received the letter from Lowe's within a year of returning to the Property after post-Hurricane Katrina renovations, at a date no later than in 2009. (B. Pendleton at 29:7-13, 21-23, 31:19-23).

23. Mrs. Pendleton stated that, shortly after she received the letter from Lowe's, she was contacted by an attorney from New Orleans and was informed "that there was something wrong with [the] house" and that it "had potentially been renovated using Chinese drywall because [the Pendletons' names] appeared on the list." (B. Pendleton Depo. at 29:1-13, 31:24-25, 32:1-10).

24. Mrs. Pendleton testified that she had other problems with the Property within the two years after completing renovations post-Hurricane Katrina—including an odor/egg smell in the Property and personal medical complications. (B. Pendleton Depo. at 31:2-18).

25. Mrs. Pendleton testified that she started noticing blackening and corrosion of the plumbing system within nine months of returning to the Property after the renovation post-Hurricane Katrina. (B. Pendleton Depo. at 36:5-25, 37:1-5).

26. Mrs. Pendleton testified that the presence of Chinese drywall was confirmed to her on October 24, 2013. (B. Pendleton Depo. at 39:12-15; Ex. E, Eligibility Form, Exhibit 5 to B. Pendleton Depo.).

27. Mrs. Pendleton testified that she had never seen the two photos of drywall submitted in support of her claims, therefore she could not provide any information as to those photos. (B. Pendleton Depo. at 48:16-25, 49:1-11).

28. Mr. Pendleton likewise testified that he had never seen the photos of drywall submitted in support of his claims. (R. Pendleton Depo. at 24:15-22).

29. Mrs. Pendleton testified that she did not possess any additional photos of Chinese drywall, nor does she have any photos of blackening and/or corrosion of the plumbing system and/or electrical system. (B. Pendleton Depo. at 49:12-24).

30. The Pendletons filed a Chapter 7 Voluntary Petition for Bankruptcy in August of 2014. (*See In re Pendletons*, No. 14-12285 (Bankr. E.D. La. filed Aug. 27, 2014); Ex. F, Bankruptcy, Exhibit 9 to B. Pendleton Depo.; B. Pendleton Depo. at 95:22-24).

31. The Pendletons' bankruptcy was discharged on December 4, 2014. (Ex. B, Attachment to SPPF; B. Pendleton Depo. at 95:7-10).

32. At the time of filing for bankruptcy (August 2014), and at the time of discharge (December 2014), the Pendletons had already completed the PPF (December 2013), and believed the Property contained Chinese drywall. (Ex. A; B. Pendleton Depo. at 95:22-25, 96:1-3; R. Pendleton Depo. at 36:20-25, 37-1-23).

33. The instant action was filed during the pendency of the bankruptcy, but the Pendletons never disclosed the lawsuit in their bankruptcy proceedings as personal property in the category of contingent and unliquidated claims, or otherwise. (Ex. F; B. Pendleton Depo. at 99:14-21; R. Pendleton Depo. at 36:20-25, 37-1-23).

34. The Pendletons' bankruptcy schedules, which failed to disclose any possible recovery from the instant lawsuit as future assets of the bankruptcy estate, was submitted under penalty of perjury with an acknowledgement that concealment of assets could result in a fine, imprisonment, or both. (Ex. F; B. Pendleton Depo. at 99:22-25, 100:1-13, 101:21-25, 102:1-18; R. Pendleton Depo. at 36:20-25, 37-1-23).

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served via electronic mail on all counsel of record this 16th day of March, 2020.

>　　　　　　　　　　　　　*/s/ Kerry J. Miller*
>　　　　　　　　　　　　　**KERRY J. MILLER**