UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2047 |
| THIS DOUCUMENT RELATES TO: | ) ) | SECTION: L |
| Alphonso and Nora Walker's *Claim filed on Omni Complaint* Wiltz, et al. v. Beijing New Building Materials Public Limited, co., et al. | ) ) ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## **OBJECTION OF ALLOCATION MODEL**

Plaintiffs Alphonso and Nora Walker, hereby files and objection of the Settlement Administrator's Allocation Amount dated March 6, 2020. In support of this objection Plaintiffs state the following:

1. The square footage (2,145) that was applied to the Allocation Model is incorrect.

2. Plaintiff's heated/cooled square footage is 2,622

3. Plaintiffs supplied sufficient documentation to prove square footage and the documentation was uploaded to the Brown Greer website on the following dates:

| Date Uploaded to Brown Greer Portal | Doc ID | Description of Document Uploaded. |
|---|---|---|
| 02/21/2014 | 241613 | Corrected floor plan with measurements of exterior |

4. Plaintiffs further submit the Orleans Parish Assessor's Office's Assessment Notice for the present year that lists the property's square footage as 2,622 (Attached as Exhibit A).

5. Plaintiffs have also submitted this square footage information as requested by the Plaintiffs Steering Committee ("PSC") many times throughout this litigation.

6.  Plaintiffs are not aware of any competent evidence to dispute that Plaintiffs heated/cooled square footage of (2,622)

Plaintiffs respectfully request that the correct square footage (2,622) be applied to the Allocation Model and that the receive the correct Allocation Amount for their property.

Respectfully submitted, this 17th day of March, 2020.

Respectfully submitted,

/s/ Lawrence J. Centola, III

**MARTZELL, BICKFORD & CENTOLA**
**SCOTT R. BICKFORD T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402**
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635
usdcedla@mbfirm.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

/s/ Lawrence J. Centola, III