# Orleans Parish Assessor's Office

| Return to Main Search Page | | Orleans Home |
|---|---|---|

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | WALKER ALPHONSO SR | **Today's Date** | March 17, 2020 |
| **Mailing Address** | 4973 CHANTILLY DR<br>NEW ORLEANS, LA 70126 | **Municipal District** | 3 |
| **Location Address** | 4973 CHANTILLY DR | **Tax Bill Number** | 39W962604 |
| **Property Class** | Residential | **Special Tax District** | |
| **Subdivision Name** | ACADEMY PK | **Land Area (sq ft)** | 7603 |
| **Zoning District** | Show Viewer (41091177) | **Building Area (sq ft)** | 2622 |
| **Square** | 8 | **Revised Bldg Area (sqft)** | |
| **Book** | 12 | **Lot / Folio** | 21 / 007 |
| **Line** | 001 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. SQ 8 ACADEMY PARK LOT 21<br>2. CHANTILLY DR AND DWYER RD<br>3. 67 OVER 70X111<br>4. BR SGLE 11/RM A/R | **Assessment Area** | ACADEMY PARK<br>Show Assessment Area Map |

### Assessment Notice: 2020

#### Value Information    Estimate Taxes   Tax Information

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | $ 22,800 | $ 136,400 | $ 159,200 | $ 2,280 | $ 13,640 | $ 15,920 | $ 7,500 | $ 8,420 | Y | | | |
| 2019 | $ 22,800 | $ 136,400 | $ 159,200 | $ 2,280 | $ 13,640 | $ 15,920 | $ 0 | $ 15,920 | | | | |
| 2018 | $ 22,800 | $ 136,400 | $ 159,200 | $ 2,280 | $ 13,640 | $ 15,920 | $ 0 | $ 15,920 | | | | |

Certified Values

### Change Order Information

| Year | Date Approved | Reason | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment |
|---|---|---|---|---|---|---|---|
| 2019 | 04/10/2019 | Homestead Exemption - Taxpayer application. Acq./Occ. Dates: PRIOR TO 1995 | $ 2,280 | $ 13,640 | $ 15,920 | $ 7,500 | $ 8,420 |

### Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| No sales information associated with this parcel. | | | | | |

### Building Sketch 1

### Building Photos  Enlarge/Show All





PLAINTIFF'S EXHIBIT A

http://qpublic9.qpublic.net/la_orleans_display.php?KEY=4973-...



**Return to Main Search Page** | **Orleans Home**

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: March 17, 2020

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net