Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Bill Foreman
Address of Affected Property: 7514 Pinehurst Court
Diamondhead, MS 39525

Is this Property: (Residential) Commercial Governmental

Name of Person Completing this Form: Bill Foreman

Is above your primary residence? Yes (No)

Mailing Address (if different): 27316 NE 143rd Court
Duvall, WA 98019

Phone: ( 206 ) 818 - 1126

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) Owner Only Renter-Occupant

Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: Bennett v. Knauf

### Section II. Insurance Information

Homeowner/ Renter Insurer: Great Lakes UK Home Insurance Company
Policy #: Q48001914M
Agent: Mattina Insurance Agency of Biloxi
Address: 1829 Pass Road
Biloxi, MS 39531
Phone: ( 228 ) 388 - 2614

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Bill Foreman | 08/26/10 | / / | (M)/ F | 11/23/55 | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT 1

EXHIBIT 3
Witness: W. Foreman
Date: 9/18/2019
Mayleen Ahmed
RMR, CRR, CRC, CCR #3402
Esquire Deposition Solutions

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Healthy Home Solutions, LLC
   1.2. When did the inspection take place? 09/15/14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Healthy Home Solutions, LLC
   2.2. When was this determination made? 09/15/14

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,884 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9'+ | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 4 | Winter | | |

**Plumbing System**

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | | Completion Date | / / |
|---|---|---|---|---|
| Move In Date: | / / | | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | | Completion Date | / / |
|---|---|---|---|---|
| Move In Date: | / / | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _[signature]_ | 5/6/15 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



**DwelPak**

Great Lakes Reinsurance (UK) PLC
c/o
AmFed Companies, LLC
PO Box 1380
Ridgeland, MS 39158-1380

Common Policy Declarations
Company Code: DWELPK
C/holder#: 3168

Policy Number: Q48001914M

**Insured & Mailing Address:**
William Foreman
27316 NE 143rd Court
Duvall WA 98019

**Agent Name & Address:**
Mattina Ins Agency of Biloxi
P O Box 4563
Biloxi MS 39535

**Location of property:**
7514 Pinehurst Court
Diamondhead MS 39525
Hancock

**Policy Period:** 05-21-2014 - 05-21-2015 12:01 A.M. Standard Time at the address of the Named Insured.

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance coverages described below:

| Limit | Description of Coverage | | Premium |
|---|---|---|---|
| 234,000 | Coverage A: Dwelling | | $1,540.00 |
| 23,400 | Coverage B: Other Structures | | Included |
| 10,000 | Coverage C: Personal Property | | $51.00 |
| 23,400 | Coverage D: Fair Rental Value<br>Coverage E: Additional Living Expenses | | Included |
| 300,000 | Coverage L: Personal Liability | | $39.00 |
| | Coverage M: Medical Payments | | $0.00 |
| | Personal Theft Coverage: | On Premises N/A | |
| | | Off Premises N/A | |
| | | **Total Policy Premium:** | $1,630.00 |
| | | **Policy Fee:** | $100.00 |
| | | **Stamping Fee:** | $4.33 |
| | | **State Tax:** | $69.20 |
| | | **MEGRA Fee[1]:** | $51.90 |
| | | **Other Fees:** | $0.00 |
| | | **Grand Total:** | $1,855.43 |

**Deductible:** $ 2500 applicable to losses covered under coverages A, B, C.
**Forms:** GLUKDec(09/11), DP0002(07/88), GLUKJAKT, GLUKDP3006(09/11), GLUK0202(09/11), GLUK0203(09/11), DL2401(07/88), DL2402(07/88), DL2416(07/88), GLUK0437(09/11), DL2411(07/88)

| Class Code | Construction Code | Protection Class | Year Built | Territory |
|---|---|---|---|---|
| 21252 | Masonry | 6 | 2009 | 5 |

**Loss Payable:**

Note: This insurance policy is issued pursuant to Mississippi law coverage surplus lines insurance. The company issuing the policy is not licensed by the State of Mississippi but is authorized to do business in Mississippi as a non-admitted company. The policy is not protected by the Mississippi Insurance Guaranty Association in the event of the insurer's insolvency.

[1] Mississippi Economic Growth & Recovery Act (MEGRA) § 83-34-33 Effective January 1, 2008, nonadmitted insurers shall collect from the insured and remit to the Mississippi Windstorm Underwriting Association a nonadmitted policy fee on all premiums collected for all insurance written in this state.

Countersigned at: Ridgeland Ms     Date: 04-16-2014     Authorized Representative: *Michael G. Richardson*
** Payments are to be made to AmFed Companies, LLC and mailed to P. O. Box 1380, Ridgeland, MS 39158-1380**

Great Lakes UK Home Insurance Company
c/o
AmFed Companies, LLC
PO Box 1380
Ridgeland, MS 39158-1380

# FOREMAN WILLIAM L

**Parcel Number:** 067M-2-35-021.000
**Owner Name:** FOREMAN WILLIAM L
**Owner Address:** 27316 NE 143RD CT
**Owner City, State ZIP:** DUVALL WA 98019
**Physical Address:** 7514 PINEHURST COURT
**Improvement Type:** RES
**Year Built:** 2006
**Base Area:** 1594
**Adjusted Area:** 2884
**Improvement Value:** 241161
**Land Value:** 60000
**Total Value:** 301161
**Estimated Tax:** 5987.36
**Homestead Exemption:** No
**Deed Book:** 2010
**Deed Page:** 15089
**Legal Description 1:** GLEN EAGLE PHASE 1 LOT 158
**Legal Description 2:**
**Legal Description 3:**
**Legal Description 4:**
**Legal Description 5:**
**Legal Description 6:**
**Longitude:** -89.36934954086404
**Latitude:** 30.39384948762058
**Square Footage:** 6450.7110411157555

## Sketches

| Sketch | Sketch Name |
|---|---|
|  | 067M-2-35-021_00001-Model.gif |





Supplemental Plaintiff Profile Form – Residential and Commercial Properties

For Internal Use Only
File No. _____

Date Received:
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

**Section I. Claimant and Property Information**

Name of Claimant: William          L      Foreman              II
                  First Name      M.I.   Last Name            Suffix

Co-Claimant First Name (if applicable)  M.I.  Last Name       Suffix

Business/Entity Name (if applicable)

1

EXHIBIT 4
Witness: W. Foreman
Date: 9/18/2019

Mayleen Ahmed
RMR, CRR, CRC, CCR #3402
Esquire Deposition Solutions