Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION:  L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: William     L     Foreman     II

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

Co-Claimant First Name (if applicable)   M.I.   Last Name   Suffix

Business/Entity Name (if applicable)

1

EXHIBIT

2

EXHIBIT   4
Witness:   W. Foreman
Date:        9/18/2019

Mayleen Ahmed
RMR, CRR, CRC, CCR #3402
Esquire Deposition Solutions

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

7514 Pinehurst Ct.
Address 1                                                                    Address 2

Diamondhead                                          MS          39525
City                                                State        Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:   William          L    Foreman          II
                        First Name      M.I.   Last Name        Suffix

Mailing Address (if different):

27316 NE 143rd CT
Address 1                                                                    Address 2

Duvall                                              WA          98019
City                                                State        Zip Code

Phone Number of Person Completing This Form: ( 206 ) 818 - 1126

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 7  / 20  / 2010

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: ____/____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☑ Yes   ☐ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 9  / 2014

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages? ☑ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ____/____ / ____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

___

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

___

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
              Month    Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: N/A

Loan Number: N/A

Original Loan/Mortgage Amount: $

Date of Original Loan/Mortgage: ___/___/___
Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $

Date of Foreclosure or Short Sale: ___/___/___
Month    Day    Year

Short Sale Price (if applicable): $

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? Partially remediated

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): Scott Colson Contracting

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

All of the upstairs walls have been remediated. The majority of downstairs as well with the exception of areas in the master bathroom and possibly near main staircase. Those areas still have the toxic drywall in place. The sulfer smell is still present and I continue to have appliance and plumbing failures.

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$ 36,149.20

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☑ Yes   ☐ No

If you have preserved samples, where are the samples located?

Still in the walls near downstairs bathroom

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☑ Yes   ☐ No

If you have preserved samples, where are the samples located?

Still inside the interior walls from original install

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☑ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☑ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☑ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI.  Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____ %

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 250,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          03/28/2018
Claimant's signature                                  Date signed

Name:        William L Foreman II

Address:     27316 NE 143rd CT
             Address 1
             Duvall                    WA        98019
             City                      State     Zip Code

Phone No.: (206  ) 818  - 1126

Email:       bill.foreman@frontier.com

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$250,000.00 in loss of use / loss of enjoyment damages is appropriate and
consistent with past verdicts in the Chinese drywall litigation, based on the number
of years I and my family have owned and/or lived in the home containing defective
Chinese-manufactured sheetrock produced by the Knauf Defendants.  This figure
also includes damaged personal property and home repair directly attributable to
the gasses produced by the defective sheetrock.

# Property Screening Report

### *7514 Pinehurst Ct., Diamondhead, MS 39525*

Screening Date:
September 15, 2014

Prepared for:
Bill Foreman

HHS Inspector(s):
Shawn Macomber



Healthy Home Solutions, LLC



# Healthy Home Solutions, LLC

*You deserve a*
*Healthy Home*

May 2, 2015

Bill Foreman
27316 NE 143rd CT
Duvall, WA 98019

RE:   Chinese Drywall Screening Report Number: Foreman_11260
       Property: 7514 Pinehurst Ct., Diamondhead, MS 39525

Mr Foreman:

At your request, several inspections of the above property were performed. The building is a single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|---------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

At approximately 2642 sf total with various ceilings, we estimate that there is approximately 11,000 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008.
A positive result for this step (including both criteria) is a prerequisite to any further consideration.

### Step 2: Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

If Step 1 is not found to be true than it is not appropriate to move on to Step 2.



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Markings on drywall removed from under stairway.



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

## Photo Exhibit-Indicia



**Figure 3:Date Stamp on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit- Damages



Figure 7:Coolant return line showed moderate to heavy blackening.



Figure 8: AC coils were made from corrosion resistant material.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



**Figure 9: Copper at air handler showed heavy blackening.**



**Figure 10: Copper in refrigerator showed heavy blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit- Damages



Figure 11: Outlet showing moderate to heavy blackening of exposed copper.



Figure 12: Exposed copper at switch showed heavy blackening.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



Figure 13: Copper in breaker panel showed heavy blackening.



Figure 14: Heavy blackening on copper water supply under sink.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 15:  Heavy pitting on faucet



Figure 16: Heavy pitting on shower faucet.



# Healthy Home Solutions, LLC

Photo Exhibit-Finishes

You deserve a
Healthy Home



Figure 17: Kitchen overview.



Figure 18: Kitchen sink with large continuos piece of granite.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 19: Cooktop



Figure 20: Hood



**Healthy Home Solutions, LLC**

You deserve a
Healthy Home

## Photo Exhibit-Finishes



Figure 21: Refrigerator.



Figure 22: Oven



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 23: Built in microwave.



Figure 24: Garbage Disposal

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

14



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 25:  Pitting was observed on the bath hardware



Figure 26: Ceramic tile in kitchen and bathroom.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 27:  Pitting observed on faucet and bathroom mirror.



BED 1 BATH

Figure 28: Wood shelves



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

## Photo Exhibit-Finishes



Figure 29: Marble surround at shower and tub.



Figure 30:  Overview of bathroom.

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 31: 5 1/4" baseboard.



Figure 32:  3 1/4" casing



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 33: Cased windows.



Figure 34: Tall tray ceiling.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 35:  Wood flooring.



Figure 36: Heavy blackening on hanging light fixture.

Additional Photos are found in the attached photo contact sheet.

**Healthy Home Solutions, LLC**
• Phone: **(985) 710-3789** •
healthyhomesolutionsllc@gmail.com

20



**Healthy Home Solutions, LLC**

*You deserve a
Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:

**Renovator/Builder:** Scott Colson (remediator)
**Drywall Supplier:** unknown
**Year built:** N/A **Renovated:** 2006-2007 **Remediated (supposedly): 2012**
**Square Footage:** 2642 **Ceiling Height:** varies throughout house
**Framing Material:** wood
**Number of HVAC units:** 2
**Number of Water Heaters: 21**

### Building/Renovation/Addition History (Drywall)

Home was renovated after hurricane Katrina. All drywall was replaced. KNAUF TIANJIN drywall was discovered and a contractor was hired to remediate the property. After the remediation was complete, additional KPT drywall was discovered under the stairs. Scott Colson accessed the house and removed the KPT without permission from owner. Additional KPT was identified in the walls behind the bathroom marble. No third party was used to inspect and confirm a thorough remediation job. Evidence indicates that the CDW remediator was not diligent or thorough in his remediation.

### Reason for Screening

Documentation of KPT for litigation.

### Known issues include, but are not limited to:

Sulfur odor. Known to have had KPT drywall.

### A/C age and repair history:

None reported since coil was replaced with corrosion resistant coil.

### Primary complaints related to the home include, but are not limited to:

Home was supposedly remediated, but additional drywall was discovered and appliances have continued to fail.

### Primary complaints related to personal property within the home include, but are not limited to:

Appliances have continued to fail, even after the supposed "professional remediation."



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Inspector's Observations:

**Odor associated with reactive drywall:**

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

*Inspector did detect an odor consistent with CDW at arrival and during the inspection.*

**Visual observations of the effects typical in homes with reactive "Chinese" drywall:**

The Report on Study of Electrical Component Corrosion Related to Problem Drywall by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

- *HVAC coils were made from corrosion resistant material.*
- *Heavily blackened coolant line at air handler.*
- *Exposed copper wiring at outlets/switches showed heavy blackening.*
- *Plumbing fixtures showed evidence of pitting.*
- *Copper plumbing supply lines showed heavy blackening.*
- *Mirrors showed haloing and blackening at edges.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

**Label Identification:**

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN label found on in walls under stairs and then later behind the marble in the front downstairs bathroom from the closet.*

**X-Ray Fluorescence Instrument (XRF) Readings:**

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern. The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured. These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/or additional indicators of reactive drywall when readings are high.

- *XRF readings read between 350 to 1200ppm.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

### Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

> *No corrosion testing was performed at this location.*

### Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010": (b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

> • *A direct read was taken from the  blackened AC return line reading 1878.22 $ug/cm^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is still present in small amounts in the walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client. Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.

2010    15091
Received on the above
Deed   Book & Page
11-10-2010  001 09:27
Heath, n Butler
Hancock County

Prepared by:
JP Morgan Chase Bank, NA
375 Glensprings Drive., Ste. 310
Cincinnati, OH 45246
513-671-5100
File # 102675MS

Return to:
Resource Title Agency Inc. (Gulf States Division)
375 Glensprings Drive Suite 310
Cincinnati, OH 45246

Indexing Instructions:  Lot 158, Glen Eagle at Diamondhead, Phase 1, Hancock County,
                        Mississippi

| Grantors Address: | Grantee's Address: |
|---|---|
| JPMorgan Chase Bank, NA | William L. Foreman |
| 270 Park Ave | 27316 NE 143rd Ct |
| New York, NY 10017 | Duvall, WA 98019 |

Prv Deed Ref: 2009 3383

STATE OF California
COUNTY OF Orange

## SPECIAL WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid and other good and valuable considerations, the receipt and sufficiency of all of which are hereby acknowledged, **JPMorgan Chase Bank, NA**, Does hereby sell, convey and warrant specially unto **William L. Foreman** the following described property situated in <u>Hancock</u> County, Mississippi, being more particularly described herein, to-wit:

Lot 158, Glen Eagle at Diamondhead, Phase 1, a subdivision according to the map or plat thereof on file and of record in the office of the Chancery Clerk of Hancock County, Mississippi.

Indexing Instructions: Lot 158, Glen Eagle at Diamondhead, Phase 1, Hancock County, Mississippi

MORE COMMONLY KNOWN AS: <u>7514 Pinehurst Court, Diamondhead, MS 39525</u>

THIS CONVEYANCE and the warranty hereof are made subject to all building restrictions, restrictive covenants, easements, rights of way, and mineral reservations of record, if any, pertaining to the above described property.

IT IS AGREED AND UNDERSTOOD that the ad valorem taxes for the current year have been prorated as of this date on an estimated basis or actual taxes from the previous year and that the prorations are final and any difference will not be adjusted by the Seller after closing.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any wise belonging, unto the said GRANTEE, its heirs or assigns forever, subject to, and excepting, current taxes and other assessments reservations in patents, and all easements, right-of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as duly appear of record. GRANTOR does hereby bind itself and its successors and assigns to warrant and forever defend all and singular the said premises unto the said GRANTEE, its heirs and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof, by, through, or under GRANTOR, but not otherwise.

WITNESS MY SIGNATURE this the 26 day of _____ August _____, 2010

Seller Name: JP Morgan Chase Bank, NA

BY: _____

Name & Title: _____ **Janet Gyore**
                          **Asst. Vice President**

STATE OF _____ CA _____
COUNTY OF _____ ORANGE _____

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the said county and state, on this the _____ 26 _____ day of _____ August _____, 2010 the within named _____ **Janet Gyor** _____, who acknowledged to me that he/she is the _____ **Asst. Vice Presid...** _____ of J.P.M. Chase Bank and that for and on behalf of said company, and as its act and deed he/she executed the above and foregoing instrument, after first having been duly authorized by said company so to do.

_____
Notary Public

My Commission Expires:

8/10/12 _____



BRENDA FUENTES
Commission # 1809076
Notary Public - California
Orange County
My Comm. Expires Aug 10, 2012



# W-9

## Request for Taxpayer
## Identification Number and Certification

Give form to the
requester. Do not
send to the IRS

William L Foreman II

27316 NE 143rd Ct

Duvall WA 98019

## Part I   Taxpayer Identification Number (TIN)

Social security number

421   39   5705

Or

Employer identification number

## Part II   Certification

**Certification instructions.**

Sign
Here   Signature of
U.S. person ▶                                    Date ▶

# General Instructions

# Purpose of Form

**Note.**

Definition of a U.S. person.

**Special rules for partnerships.**

W-9