```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2
     ------------------------------------x
 3    In Re: Chinese-Manufactured         :   MDL 2047
      Drywall Products Liability          :
 4    Litigation,                         :
     ------------------------------------x
 5    This document relates to:           :   Case No.
                                          :   14-CV-2722
 6    ELIZABETH BENNETT, et al.,          :
                                          :
 7                    Plaintiffs,         :
              vs.                         :
 8                                        :
      GEBR. KNAUF                         :
 9    VERWALTUNGSGESELLSCHAFT, KG,        :
      et al.,                             :
10                    Defendants.         :
     ------------------------------------x
11

12        DEPOSITION OF WILLIAM LAWRENCE FOREMAN, II

13

14                   September 18, 2019

15                       9:30 a.m.

16

17              701 5th Avenue - Suite 4200

18              Seattle, Washington 98104

19

20

21

22

23
     Reported Stenographically By:
24   Mayleen Ahmed, RMR, CRR, CRC
     WA CCR No. 3402
25   Job No.: J4443421
```

EXHIBIT 4



1    Q.   And were you going to rent it for the
2  next five years after you purchased it?
3    A.   That's right.  I figured I rent it for
4  a few years and then move into it.
5         MR. DOYLE:  Can we take a quick break?
6         MS. VEITH:  Sure.
7         (Recess taken from 9:56 a.m. to
8    10:07 a.m.)
9  BY MS. VEITH:
10   Q.   So you were talking about how you
11 figured you would rent the property for the next
12 few years when you purchased it, and then you
13 would ultimately move into it; right?
14   A.   That's correct.
15   Q.   Okay.  And did you make any efforts to
16 rent the property?
17   A.   I did.
18   Q.   And what happened?
19   A.   It was a disaster at first.  The first
20 tenants moved in.  And then, about a month later,
21 they said that it's got this toxic drywall, their
22 little girls are getting sick and they're going
23 to sue me.  And so I paid them all their money
24 back and gave them some extra money and let them
25 break the lease, and they moved out.



1           And they said, "Well, you know, we
2  like the fridge and, you know, you got to get us
3  something else.  If you're going to wait for
4  repairs."  The repairs was going to take three
5  weeks.  I had to rent them a fridge.  And then
6  they asked for, you know, a month's free rent as
7  a result of the inconvenience, and so I gave them
8  that.
9           So I've been losing quite a bit of
10 money on it with this last tenant, but it is
11 occupied at the moment.
12      Q.   Okay.  So let's go back.
13           The first tenants, you said, they
14 moved in, it was about a month, and they said
15 that there was this toxic drywall and their kid
16 was getting sick; right?
17      A.   Yeah.
18      Q.   When was that?
19      A.   I don't remember exactly.  What do you
20 mean when was it?
21      Q.   So was it like a year after you bought
22 it?
23      A.   Yeah, it was probably about a year
24 after I bought it.
25      Q.   So about 2011?



```
 1        Q.   Okay.  So you just said a minute ago,
 2   when you were referencing the second attempt at a
 3   tenant that never panned out, that at that time,
 4   which was a little after the first tenant, which
 5   was maybe in 2011-ish, that you were still
 6   learning about Chinese drywall.
 7             When you had the first tenants who
 8   moved in and said they were moving out because of
 9   the drywall, what did you learn about Chinese
10   drywall at that time?
11        A.   Well, at that time, I thought it was
12   still just an odor thing.  Like this thing is
13   off-gassing here.  You know, I can't -- at some
14   point, it became apparent that it was really bad,
15   you know.  It was destroying the plumbing and
16   everything.  So then I contacted a contractor to
17   have him rip it all out, but then that didn't go
18   well at all because they didn't rip it all out.
19             Anyway, I don't recall exactly the
20   timelines of, you know, when I started to
21   discover more and more about the drywall.  But
22   each time some event would happen, it became more
23   and more apparent that this was destroying the
24   house.  You know, for example, I replaced an air
25   conditioning unit.  Okay.
```



1  refrigerator.
2          But you got to weigh, you know, do I
3  throw out a $10,000 fridge and try to buy a
4  replacement fridge for three grand that may or
5  may not work, you know, as a result of the
6  drywall.  Anyway, I ran with it.
7       Q.   Okay.  That's fine.  Let's look at
8  tab 4, Exhibit 4.  If you will turn to the second
9  page.
10      A.   Oh, tab 4.  I'm sorry.
11           MR. DOYLE:  Which page?
12           MS. VEITH:  The second page.
13      Q.   So Section II of this page says:
14 "Section II.  Purchase, Sale and/or Transfer of
15 Ownership of a Property and Assignments of
16 Claims."  And the first question asks:  "When did
17 you acquire the Property?"
18           And you said:  July 20, 2010.  And is
19 that just a mistake?  Because it was actually
20 August 26, 2010.
21      A.   Oh, okay.  Yes, that was a mistake.
22 This is probably when I made the offer or
23 something.
24      Q.   Okay.  And then I'll come back to the
25 second question.  Actually, so let's look at the



1  third question.
2             It says: "When you acquired the
3  Property, were you aware that it contained
4  Chinese drywall?"  And you checked "Yes?"
5             So did you know when you purchased the
6  property from the bank that it had Chinese
7  drywall in it?
8        A.   I didn't -- I'm not sure exactly
9  what -- I wasn't sure exactly at the time what
10 the issue was.  You know what I mean?  With
11 the -- so I didn't know when I first acquired it
12 except that they may have given me a paper that
13 said that it had Chinese drywall in it.  And I
14 knew that there was something going on because of
15 the sulfur smell.
16       Q.   And that was in 2010 when you acquired
17 it?
18       A.   Yes.
19       Q.   You don't still have that paper, do
20 you?
21       A.   No.  It's not something you think of
22 keeping, you know.  I didn't think I'd have to
23 keep any.  If I had known that we were going to
24 be sitting here today, I would probably have a
25 shoebox full of receipts and that sort of thing.



1    Q.   And then the next question is:  "If
2  you were not aware, at the time you acquired the
3  Property, that the Property contained Chinese
4  drywall, when did you first become aware that the
5  Property contained Chinese drywall?"
6         And you said September 2014.  But that
7  is not quite correct, right?  Because you --
8    A.   But this is where it really started to
9  resonate with me, you know, that I've got some
10 serious issues here.  But, yeah, that's not
11 exactly.  Because I knew that there was drywall
12 before 2014.
13   Q.   So I said I would come back to that
14 second question, which was:  "When was Chinese
15 drywall installed in the Property (to the best of
16 your knowledge)?"
17        And you said 2006.  Do you know that
18 that's when the house was constructed?
19   A.   I think that's when it was
20 constructed, but I'm not entirely positive.
21   Q.   So that's kind of just a guess?
22   A.   It is a guess.
23   Q.   So you said that you first noticed a
24 sulfur smell when you purchased the property;
25 right?



```
 1   actually, renovated doesn't really -- there was
 2   no renovation.
 3        Q.   You think 2006-2007 should be when it
 4   was built?
 5        A.   Yes.
 6        Q.   Okay.  And then it says remediated
 7   supposedly in 2012.  Is that when Scott Colson
 8   did his work?
 9        A.   I'm guessing yes.
10        Q.   Okay.  And then under the "building/
11   renovation/addition history drywall," it says:
12   "Home was renovated after Hurricane Katrina.
13             Do you think that's correct?  Or do
14   you think it was built after Hurricane Katrina?
15        A.   I think it was built.
16        Q.   Okay.
17        A.   Nobody lived in this house.  This was
18   a new house.
19        Q.   Then it says all:
20        A.   "Renovation" -- "renovation" is a bad
21   term in this case.
22        Q.   So it's just this narrative maybe is
23   incorrect.  Because then it says "all drywall was
24   replaced."
25        A.   It was supposed to be replaced by
```

