UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

   **NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on Claims Asserted by William Foreman:

   1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

   2. The Complaint was amended multiple times to amend the parties and claims.

   3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

   4. The Fifth Amended Complaint is the operative complaint in this matter.

   5. William Foreman is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of

1

defective Chinese drywall installed in his property located at 7514 Pinehurst Court, Diamondhead, Mississippi 39525 (the "Property").

6. William Foreman first asserted his claims in this lawsuit on January 31, 2016.[1]

7. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

8. William Foreman completed the Court approved documents and submitted the support for his claims. The documents were completed under penalty of perjury. *See* Exhibits 1, 2, and 3.

9. William Foreman was deposed on September 19, 2019.

10. Mr. Foreman utilized the Property in Mississippi as a rental property.[2]

11. His first tenants moved in about a year after Mr. Foreman purchased the Property in 2010.[3] Within a month, according to Mr. Foreman, those tenants informed him that the Property had "this toxic drywall, their little girls are getting sick and they're going to sue me."[4]

12. It soon became "apparent" to Mr. Foreman that the drywall was "really bad"; "[i]t was destroying the plumbing and everything."[5]

13. By 2012, Mr. Foreman had engaged a contractor to perform remediation work.[6]

---

[1] Doc. 20020-2.
[2] Ex. 4, Depo. Tr., at 28:10-17.
[3] Ex. 4, Depo Tr., at 30:12-31:1
[4] Ex. 4, Depo Tr. at 28:15-25.
[5] Ex. 4, Depo Tr. at 33:1-18.
[6] Ex. 4, Depo. Tr. at 56:6-9; *see also* Property Screening Report, Ex. 1 to Ex. 2, SPPF, at p. 21.

14. Mr. Foreman's Supplemental Plaintiff Profile Form states that he was aware of Chinese drywall at the time of purchase.[7]

15. Mr. Foreman explained that he "may" have received a paper from the bank from which he purchased the home that "said that it had Chinese drywall in it," but he did not keep that document.[8]

16. At the time of Mr. Foreman's purchase of the Property, he "knew that there was something going on because of the sulfur smell."[9]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0279
Email:    kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

---

[7] Ex. 2.
[8] Ex. 4, Depo Tr., at p. 35:24-36:25.
[9] Ex. 4, Depo Tr., at p. 36:5-15.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 17th day of March, 2020.

                                    */s/ Kerry J. Miller*
                                    **KERRY J. MILLER**