**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| *Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.* | JUDGE ELDON FALLON |
| 2:14-cv-02722-EEF-JCW | MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Dung Nguyen

Affected Property Address: 3 Laudeac Court, Long Beach, MS 39571

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

  (Month/Day/Year)    08 / 09 / 2006

2.  When you took ownership of the Property, what was the name of the seller?

Planette Custom Homes, LLC



EXHIBIT
3

1

3.  Name and address of the realtor?

Planette Custom Homes, LLC - 110 Spanish Court, Suite C, Slidell, LA  70458

4.  Name and address of the closing agent?

Julien K. Byne, III, 311 East Second Street, Pass Christian, MS  39571

5.  What was the price of the home when you purchased it?  $ 125,000.00

6.  Was it an "as-is" sale?

**Response:**  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes   ☑ No   ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
           $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

           a. _____/_____/20_____
           b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1:** Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)         ____/____/20_06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2:** Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know. _____

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response:** Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Financial - lost sale of the house due to Chinese drywall.  Cannot live in it and cannot rent

it to offset the monthly note.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. N/A _____

b. _____

c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. _____/_____/20_____  to  _____/_____/20_____

b. _____/_____/20_____  to  _____/_____/20_____

c. _____/_____/20_____  to  _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A _____

b. $_____

c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5:** If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22. Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response:** ☑ N/A

24. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

> **Response:** ☑ N/A

25. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response:** ☑ N/A

## VI. Potential Witnesses/Evidence

26. Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes ☐ No ☑ I don't know

27. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A
_____

_____

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A
_____

_____

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A
_____

_____

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

**Response:**   [✓] N/A

32.  When did the remediation commencement date occur?

**Response:**   [✓] N/A

33.  When did the remediation end date occur?

**Response:**   [✓] N/A

34.  What was the scope of the remediation and the scope of the work carried out?

**Response:**   [✓] N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:**   [✓] N/A

7

36. Were any samples from the remediation retained?

      **Response:**   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

      **Response:**   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

      **Response:**   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

      **Response:**   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

    **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

    **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____
Signature of Plaintiff

02/11/2019
Date

_____
Printed Name   Dung Nguyen

# Exhibit 1




| Tax Assessor |
| Contact Us |
| Appeals |
| Calendar |
| County Tax Rolls |
| Downloads |
| Homestead |
| Links |
| Millage Rates |
| Mobile Home |
| Online Mapping |
| Personal Property |
| Values and Taxes |

HOME > ELECTED > TAXASSESSOR > LANDROLL > TAXROLLS

## Property Information Search Results

Use the print link below this record to print a borderless copy of this record

| 2017 Official Landroll Information |
|---|

**LE JIMMY & HANG**
3 LAUDEAC CT  PASS CHRISTIAN, MS 39571

**Physical Street Address:**
3 LAUDEAC CT

| Parcel #: | PPIN | Tax District | Homestead Exp. | Judicial Dist. |
|---|---|---|---|---|
| 0412N-01-043.003 | 120255 | 3P | | 1 |

| Supervisor District: | Subdivision: |
|---|---|
| 3 | ST MARTIN SOUND REPLAT OF LOTS 58 TO 65 LANG'S SUBD |

**Exemption Code**
Non-Exempt

| Section | Township | Range |
|---|---|---|
| 19 | 08 | 12 |

**Instrument Number(s)**
2016-0000810-D-J1, 2006-0007329-D-J1, 2006-0000961-D-J1, 2005-0016942-D-J1, 2004-0003732-D-J1, 1466/0408, 1382/0618

| Acres | Land Value | Improvements | Total Value | Assessed Value |
|---|---|---|---|---|
| 0 | 17250 | 77378 | 94628 | 14194 |

**Legal Description**
LOT 3 ST MARTIN SOUND PH I REPLAT OF LOTS 58 TO 65 LANG'S SUBD SEC 19-8-12

There are **2** building description records attached to this parcel.

| Improvement 1 (Primary) |
|---|
| **Year Built:** 0 |
| **Base Square Feet:** 1402 |
| **Second Floor Area:** 0 |

| Improvement 2 |
|---|
| **Year Built:** 0 |
| **Base Square Feet:** 60 |
| **Second Floor Area:** 0 |

Please be advised that map data and imagery provided is data from 2014 and NOT year specific..

Click Here To View Map Data of This Parcel!

Click Here To Print This Page | Previous Page

---

**Search Harrison County Online!**

[        ] Search


County Address and Phone Directory

**Harrison County Judicial 1**
1801 23rd Ave
Gulfport, MS 39501

**Harrison County Judicial 2**
730 Dr. Martin Luther King, Jr. Blvd
Biloxi, MS 39530


Follow us On 

Currently, there are 104 people online
Harrison County Board of Supervisors
© 2002 - 2018

Judicial District 1 - 1801 23rd Ave Gulfport, MS 39501
Judicial District 2 - 730 Dr. Martin Luther King, Jr. Blvd Biloxi, MS 39530

**A. Settlement Statement**

U.S. Department of Housing
and Urban Development

OMB No. 2502-0265



**B. Type of Loan**

1. ☐ FHA   2. ☐ RHS   3. ☒ Conv. Unins.   6. File Number: 06-16218   7. Loan Number: 1331199   8. Mortgage Insurance Case Number
4. ☐ VA   5. ☐ Conv. Ins.

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Cung Nguyen<br>Hang Nguyen<br>22146 Derrick Road<br>Pass Christian, MS 39571 | Planeta Custom Homes, L.L.C.<br>110 Spanish Court, Ste C<br>Slidell, LA 70458 | Hancock Bank<br>P.O. Box 1360<br>Gulfport, MS 39502 |

| G. Property Location | H. Settlement Agent |
|---|---|
| #3 Laudaeo Court<br>Pass Christian, MS 39571 | Julian K. Pryme III |

| | Place of Settlement | I. Settlement Date |
|---|---|---|
| | 311 East Second Street<br>P.O. Box 179<br>Pass Christian, Mississippi 39571 | 08/09/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 125,000.00 | 401. Contract sales price | 125,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 4,216.28 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes            to | | 406. City/town taxes            to | |
| 107. County taxes            to | | 407. County taxes            to | |
| 108. Assessments            to | | 408. Assessments            to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 129,216.28 | **420. GROSS AMOUNT DUE TO SELLER** | 125,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 85,000.00 | 502. Settlement charges to seller (line 1400) | 5,850.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 77,387.80 |
| | | Whitney Bank | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes            to | | 510. City/town taxes            to | |
| 211. County taxes     01/01  to 08/09 | 327.64 | 511. County taxes     01/01  to 08/09 | 327.64 |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 86,327.64 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 83,351.9 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 129,216.28 | 601. Gross amount due to seller (line 420) | 125,000. |
| 302. Less amounts paid by/for borrower (line 220) | 86,327.64 | 602. Less reduction amount due to seller (line 520) | 83,351.9 |
| **303. CASH        FROM        BORROWER** | 42,888.64 | **603. CASH        TO        SELLER** | 41,648.1 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: This information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS: To determine if you have to report the sale or exchange of your primary residence on your tax return, see the 1 (check) 6 (Form 1040) Instructions. If the real estate was not your primary residence, complete 1 applicable parts of Form 4797, Form 6252, and/or Schedule D (Form 1040).

You are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide the settlement agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

08-09-2006 at  :09 PM

RESPA, HB 4305.2 - REV. HUD1(3/86)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT   SETTLEMENT STATEMENT   PAGE 2

| L. SETTLEMENT CHARGES: | File Number: 06-16216 | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 125,000.00 @ 4.50 = 5,625.00 | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ 2,812.50 to Coldwell Banker Alfonso Realty | | | | |
| 702. $ 2,812.50 to Keller Williams Realty | | | | |
| 703. Commission paid at Settlement | | | | 5,625.00 |
| 704. | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | P.O.C. | | |
| 801. Loan Origination Fee % Hancock Bank | | | 850.00 | |
| 802. Loan Discount % | | | | |
| 803. Appraisal Fee to Rivera Appraisal | | | 325.00 | |
| 804. Credit Report to | | | | |
| 805. Lender's Inspection Fee to Rivera Appraisal | | | 75.00 | |
| 806. Mtg. Ins. Application Fee to | | | | |
| 807. Assumption Fee to | | | | |
| 808. Flood Search Service Federal Flood Certification Corp. | | | 13.50 | |
| 809. Application Fee Hancock Bank | | | 60.00 | |
| 810. Document Preparation Fee Hancock Bank | | | 125.00 | |
| 811. Administration Fee Hancock Bank | | | 300.00 | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest from 08/09/06 to 09/01/06 @$ 16.01 /day 23 day(s) | | | 368.24 | |
| 902. Mortgage Insurance Premium to | | | | |
| 903. Hazard Insurance Premium 1 yrs. to State Farm Insurance | | | 1434.00B | |
| 904. Flood Insurance State Farm Insurance | | | 371.00B | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | |
| 1001. Hazard Insurance 4 mo. @$ 119.50 /mo. | | | 478.00 | |
| 1002. Mortgage Insurance mo. @$ /mo. | | | | |
| 1003. City property taxes mo. @$ /mo. | | | | |
| 1004. County property taxes 11 mo. @$ 45.08 /mo. | | | 495.93 | |
| 1005. Annual Assessments mo. @$ /mo. | | | | |
| 1006. Flood Insurance 4 mo. @$ 30.92 /mo. | | | 123.68 | |
| 1007. mo. @$ /mo. | | | | |
| 1008. Aggregate adjustment | | | -315.83 | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement or closing fee to | | | | |
| 1102. Abstract or title search to Patty Wood | | | 125.00 | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to Commonwealth | | | 100.00 | |
| 1105. Document preparation to Julien K. Byrne, III | | | 125.00 | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to Julien K. Byrne, III | | | 400.00 | |
| (includes above item No: | | | | |
| 1108. Title insurance to Commonwealth | | | 537.50 | |
| (includes above item No: | | | | |
| 1109. Lender's coverage 55,000.00 — 80.00 | | | | |
| 1110. Owner's coverage 125,000.00 — 487.50 | | | | |
| 1111. FedEx fee for Payoff Julien K. Byrne, III | | | | 20.00 |
| 1112. | | | | |
| 1113. | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording fees Deed $ 12.00 ; Mortgage $ 18.00 ; Releases $ 11.50 | | | 30.00 | 11.50 |
| 1202. City/county tax/stamps Deed $ ; Mortgage $ | | | | |
| 1203. State tax/stamps Deed $ ; Mortgage $ | | | | |
| 1204. Deed $ ; Mortgage $ | | | | |
| 1205. | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey to | | | | |
| 1302. Pest Inspection to | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | 4,216.26 | 5,656.5 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Dung Nguyen                    Hang Nguyen                    Vickie M. Dorr or Nguyen

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Julien K. Byrne III          08/09/06
Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

# Exhibit 2

# Exhibit 3

# Property Screening Report

### *3 Laudeac Ct., Long Beach, MS 39571*

Screening Date:
June 7, 2017

Prepared for:
Dung Nguyen

HHS Inspector(s):
Shawn Macomber





## Healthy Home Solutions, LLC

*You deserve a*
*Healthy Home*

June 8, 2017

Dung Nguyen
131 Destiny Oaks Dr.
Long Beach, MS 39560

RE:   Chinese Drywall Screening Report Number: Nguyen_3
      Property: 3 Laudeac Ct., Long Beach, MS 39571

Mr Nguyen:

At your request, an inspection of the above property was performed on June 7, 2017. The building is a single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|---------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

At approximately 1345 sf total with 8, 9 and 11-foot ceilings, we estimate that there is approximately 5000 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008. A positive result for this step (including both criteria) is a prerequisite to any further consideration.

### Step 2: Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

If Step 1 is not found to be true than it is not appropriate to move on to Step 2.

 **Healthy Home Solutions, LLC** *You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

4



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Indicia



**Figure 3: KPT drywall immediately after being removed from closet wall.**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



# Healthy Home Solutions, LLC

*You deserve a*
*Healthy Home*

## Photo Exhibit- Damages



Figure 7: AC coils have a protective coating.



Figure 8: Coolant return line showed very light blackening.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



Figure 9: Copper at breaker panel showed light to moderate blackening.



Figure 10:   Some copper in breaker panel showed heavy blackening.



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit- Damages



Figure 11: Outlet showing heavy blackening of exposed copper.



Figure 12: Exposed copper at water heater showed heavy blackening.



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Damages



Figure 13: Copper at thermostat showed light blackening.



Figure 14:  Plumbing supply lines in house were found to be PEX.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 15:  XRF used to measure Sulfur deposition on discolored hinge.**



**Figure 16: Sulfur measured at 368.07 micrograms/cm^3**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 17: Kitchen overview.**



**Figure 18: Kitchen sink.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

11



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 19:  Range.**



**Figure 20: Model and serial number for range.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

12



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 21:  Refrigerator.**



**Figure 22: Model and Serial number of refrigerator.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 23:  Range hood.**



**Figure 24: No refrigerator at time of inspection.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

14



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 25:  Multiple wire shelves in pantry.



Figure 26: Glossy wood floor in living room and tile in dining room.

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

15



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 27: Wire shelf in laundry room.**



**Figure 28: Some light pitting on shower fixtures.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 29: Fireplace with custom mantle and tile surround.



Figure 30:  Sloped tray ceiling in master bedroom



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 31: Tile surround at bath in master bathroom.



Figure 32:  Wire shelving in master closet.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 33:  Glossy wood in master bedroom**



**Figure 34:  Wood flooring and pink paint in bedroom.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

19



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 35:  Wood floor and green paint in bedroom.**



**Figure 36: Brass hinges showed some light pitting.**

Additional Photos are found in the attached photo contact sheet.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

20



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Renovator/Builder:** unknown
**Drywall Supplier:** Unknown
**Year built:** N/A **Renovated:** 2006-2007
**Square Footage:** 1345 **Ceiling Height:** 8' in bedrooms, 11' cathedral in living room
**Framing Material:** wood
**Number of HVAC units:** 1
**Number of Water Heaters:** 1

### Building/Renovation/Addition History (Drywall)
Home was renovated after hurricane Katrina. All drywall was replaced.

### Reason for Screening
Documentation of KPT for litigation.

### Known issues include, but are not limited to:
Blackened copper wires in some locations

### A/C age and repair history:
Several service calls. Coil replaced at least once.

### Primary complaints related to the home include, but are not limited to:
Blackened copper and occasional odor.

### Primary complaints related to personal property within the home include, but are not limited to:
None reported.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Inspector's Observations:

**Odor associated with reactive drywall:**

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

> *Inspector did detect an odor consistent with CDW at arrival and in certain areas during the inspection.*

**Visual observations of the effects typical in homes with reactive "Chinese" drywall:**

The <u>Report on Study of Electrical Component Corrosion Related to Problem Drywall</u> by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

> - *HVAC coils were coated to prevent corrosion.*
> - *Lightly blackened coolant line at air handler.*
> - *Some exposed copper wiring at outlets/switches showed heavy blackening.*
> - *Some plumbing fixtures showed evidence of pitting.*



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN label found on in walls from pantry.*

## X-Ray Fluorescence Instrument (XRF) Readings:

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern. The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured. These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/or additional indicators of reactive drywall when readings are high.

- *XRF readings read between Non detect to 1200ppm.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

*No corrosion testing was performed at this location.*

## Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

- *A direct read was taken from the blackened hinge reading 368.07 $ug/cm^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in ceilings and walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client.  Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

June 8, 2017

Dung Nguyen
131 Destiny Oaks Dr.
Long Beach, MS 39560

RE:   Square Footage

Mr. Nguyen:

As a licensed general contractor, I regularly calculate the square footage of homes to provide estimates and invoices. As per your request, I have conducted a visual inspection of your home at 3 Laudeac Ct. in Long Beach, MS., and have taken various measurements in order to create a floorpan in Xactimate estimating software. The software has determined that the under air square footage is 1345.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Shawn Macomber, CDDC
For Healthy Home Solutions, LLC



**Healthy Home Solutions, LLC**

Client: Dung Nguyen
Property: 3 Laudeac Ct
Pass Christian, MS 39571

Operator: HEALTHYH

Type of Estimate: <NONE>
Date Entered: 6/8/2017          Date Assigned:

Price List: LANO8X_MAY17
Labor Efficiency: Restoration/Service/Remodel
Estimate: PASS_CHRISTIAN

## Grand Total Areas:

| | | |
|---|---|---|
| 4,102.81 SF Walls | 956.36 SF Ceiling | 5,059.18 SF Walls and Ceiling |
| 1,230.17 SF Floor | 136.69 SY Flooring | 488.05 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 510.05 LF Ceil. Perimeter |
| | | |
| 1,230.17 Floor Area | 1,345.40 Total Area | 4,102.81 Interior Wall Area |
| 1,547.67 Exterior Wall Area | 169.83 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |





**IMG_3509.JPG**

June 7, 2017 at 3:25:38 PM

KPT ,CDW Inspection,Mississippi



**IMG_3510.JPG**

June 7, 2017 at 3:25:45 PM

KPT ,CDW Inspection,Mississippi



**IMG_3511.JPG**

June 7, 2017 at 3:26:32 PM

KPT ,CDW Inspection,Mississippi



**IMG_3512.JPG**

June 7, 2017 at 3:47:20 PM

KPT ,CDW Inspection,Mississippi



**IMG_3513.JPG**

June 7, 2017 at 3:47:37 PM

KPT ,CDW Inspection,Mississippi



**IMG_3514.JPG**

June 7, 2017 at 3:47:44 PM

KPT ,CDW Inspection,Mississippi



**IMG_3515.JPG**

June 7, 2017 at 3:48:11 PM

KPT ,CDW Inspection,Mississippi



**IMG_3516.JPG**

June 7, 2017 at 3:49:32 PM

KPT ,CDW Inspection,Mississippi



**IMG_3517.JPG**

June 7, 2017 at 3:49:37 PM

KPT ,CDW Inspection,Mississippi



**IMG_3518.JPG**

June 7, 2017 at 3:49:43 PM

KPT ,CDW Inspection,Mississippi



**IMG_3519.JPG**

June 7, 2017 at 3:54:19 PM

KPT ,CDW Inspection,Mississippi



**IMG_3520.JPG**

June 7, 2017 at 3:54:29 PM

KPT ,CDW Inspection,Mississippi



**IMG_3521.JPG**

June 7, 2017 at 3:54:49 PM

,CDW Inspection,Mississippi



**IMG_3522.JPG**

June 7, 2017 at 3:54:57 PM

KPT ,CDW Inspection,Mississippi



**IMG_3523.JPG**

June 7, 2017 at 3:55:09 PM

KPT ,CDW Inspection,Mississippi



**IMG_3524.JPG**

June 7, 2017 at 3:55:15 PM

KPT ,CDW Inspection,Mississippi



**IMG_3525.JPG**

June 7, 2017 at 3:55:31 PM

KPT ,CDW Inspection,Mississippi



**IMG_3526.JPG**

June 7, 2017 at 3:55:53 PM

KPT ,CDW Inspection,Mississippi



**IMG_3527.JPG**

June 7, 2017 at 3:56:03 PM

KPT ,CDW Inspection,Mississippi



**IMG_3528.JPG**

June 7, 2017 at 3:56:43 PM

KPT ,CDW Inspection,Mississippi



**IMG_3529.JPG**

June 7, 2017 at 4:00:24 PM

KPT ,CDW Inspection,Mississippi



**IMG_3530.JPG**

June 7, 2017 at 4:00:30 PM

,CDW Inspection,Mississippi



**IMG_3531.JPG**

June 7, 2017 at 4:00:36 PM

KPT ,CDW Inspection,Mississippi



**IMG_3532.JPG**

June 7, 2017 at 4:00:43 PM

KPT ,CDW Inspection,Mississippi



**IMG_3533.JPG**

June 7, 2017 at 4:00:52 PM

KPT ,CDW Inspection,Mississippi



**IMG_3534.JPG**

June 7, 2017 at 4:02:34 PM

KPT ,CDW Inspection,Mississippi



**IMG_3535.JPG**

June 7, 2017 at 4:02:39 PM

KPT ,CDW Inspection,Mississippi



**IMG_3536.JPG**

June 7, 2017 at 4:02:44 PM

KPT ,CDW Inspection,Mississippi



**IMG_3537.JPG**

June 7, 2017 at 4:02:50 PM

KPT ,CDW Inspection,Mississippi



**IMG_3538.JPG**

June 7, 2017 at 4:02:54 PM

KPT ,CDW Inspection,Mississippi



**IMG_3539.JPG**

June 7, 2017 at 4:03:11 PM

,CDW Inspection,Mississippi



**IMG_3540.JPG**

June 7, 2017 at 4:03:20 PM

KPT ,CDW Inspection,Mississippi



**IMG_3541.JPG**

June 7, 2017 at 4:03:29 PM

KPT ,CDW Inspection,Mississippi



**IMG_3542.JPG**

June 7, 2017 at 4:03:46 PM

KPT ,CDW Inspection,Mississippi



**IMG_3543.JPG**

June 7, 2017 at 4:03:52 PM

KPT ,CDW Inspection,Mississippi



**IMG_3544.JPG**

June 7, 2017 at 4:05:19 PM

KPT ,CDW Inspection,Mississippi



**IMG_3545.JPG**

June 7, 2017 at 4:12:55 PM

KPT ,CDW Inspection,Mississippi



**IMG_3546.JPG**

June 7, 2017 at 4:15:01 PM

KPT ,CDW Inspection,Mississippi



**IMG_3547.JPG**

June 7, 2017 at 4:21:13 PM

KPT ,CDW Inspection,Mississippi



**IMG_3548.JPG**

June 7, 2017 at 4:21:20 PM

,CDW Inspection,Mississippi



**IMG_3549.JPG**

June 7, 2017 at 4:21:30 PM

KPT ,CDW Inspection,Mississippi



**IMG_3550.JPG**

June 7, 2017 at 4:21:38 PM

KPT ,CDW Inspection,Mississippi



**IMG_3551.JPG**

June 7, 2017 at 4:21:56 PM

KPT ,CDW Inspection,Mississippi



**IMG_3552.JPG**

June 7, 2017 at 4:22:03 PM

KPT ,CDW Inspection,Mississippi



**IMG_3553.JPG**

June 7, 2017 at 4:26:04 PM

KPT ,CDW Inspection,Mississippi



**IMG_3554.JPG**

June 7, 2017 at 4:45:23 PM

KPT ,CDW Inspection,Mississippi



**IMG_3555.JPG**

June 7, 2017 at 4:45:30 PM

KPT ,CDW Inspection,Mississippi



**IMG_3556.JPG**

June 7, 2017 at 4:47:00 PM

KPT ,CDW Inspection,Mississippi



**IMG_3557.JPG**

June 7, 2017 at 4:58:26 PM

,CDW Inspection,Mississippi



**IMG_3558.JPG**

June 7, 2017 at 4:58:32 PM

KPT ,CDW Inspection,Mississippi



**IMG_3559.JPG**

June 7, 2017 at 4:58:52 PM

KPT ,CDW Inspection,Mississippi



**IMG_3560.JPG**

June 7, 2017 at 4:59:00 PM

KPT ,CDW Inspection,Mississippi



**IMG_3561.JPG**

June 7, 2017 at 4:59:11 PM

KPT ,CDW Inspection,Mississippi



**IMG_3562.JPG**

June 7, 2017 at 5:01:38 PM

KPT ,CDW Inspection,Mississippi



**IMG_3563.JPG**

June 7, 2017 at 5:01:44 PM

KPT ,CDW Inspection,Mississippi



**IMG_3564.JPG**

June 7, 2017 at 5:01:48 PM

KPT ,CDW Inspection,Mississippi



**IMG_3565.JPG**

June 7, 2017 at 5:01:55 PM

KPT ,CDW Inspection,Mississippi



**IMG_3566.JPG**

June 7, 2017 at 5:02:04 PM

,CDW Inspection,Mississippi



**IMG_3567.JPG**

June 7, 2017 at 5:02:12 PM

KPT ,CDW Inspection,Mississippi



**IMG_3568.JPG**

June 7, 2017 at 5:02:37 PM

KPT ,CDW Inspection,Mississippi



**IMG_0065.JPG**

June 7, 2017 at 5:04:27 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0066.JPG**

June 7, 2017 at 5:04:34 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0067.JPG**

June 7, 2017 at 5:04:39 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0068.JPG**

June 7, 2017 at 5:04:52 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0069.JPG**

June 7, 2017 at 5:04:59 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0070.JPG**

June 7, 2017 at 5:05:06 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0071.JPG**

June 7, 2017 at 5:05:18 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0072.JPG**

June 7, 2017 at 5:05:48 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0073.JPG**

June 7, 2017 at 5:05:59 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0074.JPG**

June 7, 2017 at 5:06:07 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0075.JPG**

June 7, 2017 at 5:06:11 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0076.JPG**

June 7, 2017 at 5:06:16 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0077.JPG**

June 7, 2017 at 5:06:24 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0078.JPG**

June 7, 2017 at 5:06:31 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0079.JPG**

June 7, 2017 at 5:06:39 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0080.JPG**

June 7, 2017 at 5:07:00 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0081.JPG**

June 7, 2017 at 5:07:12 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0082.JPG**

June 7, 2017 at 5:07:32 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0083.JPG**

June 7, 2017 at 5:07:39 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0084.JPG**

June 7, 2017 at 5:07:49 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0085.JPG**

June 7, 2017 at 5:08:26 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0086.JPG**

June 7, 2017 at 5:08:33 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0087.JPG**

June 7, 2017 at 5:08:41 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0088.JPG**

June 7, 2017 at 5:08:57 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0089.JPG**

June 7, 2017 at 5:09:23 PM

V,KPT ,Initial Inspection,Inspection



**IMG_0090.JPG**

June 7, 2017 at 5:09:29 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0091.JPG**

June 7, 2017 at 5:09:36 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0092.JPG**

June 7, 2017 at 5:09:43 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0093.JPG**

June 7, 2017 at 5:09:50 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0094.JPG**

June 7, 2017 at 5:09:55 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0095.JPG**

June 7, 2017 at 5:10:00 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0096.JPG**

June 7, 2017 at 5:10:07 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0097.JPG**

June 7, 2017 at 5:10:14 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0098.JPG**

June 7, 2017 at 5:11:35 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0099.JPG**

June 7, 2017 at 5:11:40 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0100.JPG**

June 7, 2017 at 5:11:44 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0101.JPG**

June 7, 2017 at 5:11:49 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0102.JPG**

June 7, 2017 at 5:11:54 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0103.JPG**

June 7, 2017 at 5:12:03 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0104.JPG**

June 7, 2017 at 5:12:10 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0105.JPG**

June 7, 2017 at 5:12:25 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0106.JPG**

June 7, 2017 at 5:12:32 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0107.JPG**

June 7, 2017 at 5:12:38 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0108.JPG**

June 7, 2017 at 5:12:43 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0109.JPG**

June 7, 2017 at 5:12:46 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0110.JPG**

June 7, 2017 at 5:12:51 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0111.JPG**

June 7, 2017 at 5:12:59 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0112.JPG**

June 7, 2017 at 5:13:05 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0113.JPG**

June 7, 2017 at 5:13:14 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0114.JPG**

June 7, 2017 at 5:13:19 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0115.JPG**

June 7, 2017 at 5:13:51 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0116.JPG**

June 7, 2017 at 5:13:57 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0117.JPG**

June 7, 2017 at 5:14:01 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0118.JPG**

June 7, 2017 at 5:14:05 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0119.JPG**

June 7, 2017 at 5:14:10 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0120.JPG**

June 7, 2017 at 5:14:14 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0121.JPG**

June 7, 2017 at 5:14:19 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0122.JPG**

June 7, 2017 at 5:14:26 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0123.JPG**

June 7, 2017 at 5:14:30 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0124.JPG**

June 7, 2017 at 5:14:33 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0125.JPG**

June 7, 2017 at 5:14:37 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0126.JPG**

June 7, 2017 at 5:14:42 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0127.JPG**

June 7, 2017 at 5:15:07 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0128.JPG**

June 7, 2017 at 5:15:14 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0129.JPG**

June 7, 2017 at 5:15:22 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0130.JPG**

June 7, 2017 at 5:15:29 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0131.JPG**

June 7, 2017 at 5:15:36 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0132.JPG**

June 7, 2017 at 5:15:45 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0133.JPG**

June 7, 2017 at 5:15:48 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0134.JPG**

June 7, 2017 at 5:15:53 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0135.JPG**

June 7, 2017 at 5:16:00 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0136.JPG**

June 7, 2017 at 5:16:21 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0137.JPG**

June 7, 2017 at 5:16:26 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0138.JPG**

June 7, 2017 at 5:16:31 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0139.JPG**

June 7, 2017 at 5:16:37 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0140.JPG**

June 7, 2017 at 5:16:45 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0141.JPG**

June 7, 2017 at 5:16:50 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0142.JPG**

June 7, 2017 at 5:16:54 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0143.JPG**

June 7, 2017 at 5:16:59 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0144.JPG**

June 7, 2017 at 5:17:06 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0145.JPG**

June 7, 2017 at 5:17:11 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0146.JPG**

June 7, 2017 at 5:17:36 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0147.JPG**

June 7, 2017 at 5:17:42 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0148.JPG**

June 7, 2017 at 5:17:48 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0149.JPG**

June 7, 2017 at 5:17:53 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0150.JPG**

June 7, 2017 at 5:20:21 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0151.JPG**

June 7, 2017 at 5:20:33 PM

CDW,KPT ,Initial Inspection,Inspection



**IMG_0152.JPG**

June 7, 2017 at 5:44:37 PM

CDW,KPT ,Initial Inspection,Inspection

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff:    Dung Nguyen

Property Address:   3 Laudeac Court, Long Beach, MS  39571

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Laptop Computer | 1,800 |
| 2 | a/c coil replacment (3) | 9,000 |
| 3 | Refrigerator | 3,800 |
| 4 | Stove | 1,500 |
| 5 | Hood | 400 |
| 6 | Television | 1,000 |
| 7 | Washing Machine - Samsung | 1,500 |
| 8 | Dryer - Samsung | 1,500 |
| 9 | a/c handler – complete replacement | 6,500 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|---|---|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 27,000.00