K

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED      MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                       SECTION "L"

This document relates to:
                                 JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                 MAGISTRATE:
Case No. 14-cv-2722    JOSEPH WILKINSON, JR.

     Deposition of DUNG NGUYEN, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on November 27, 2019.

REPORTED BY:

    KIM A. PRESCOTT,
    Certified Court Reporter

**EXHIBIT 4**

1     Q    Let's see if we can get the exact
2  date.  So if you will turn to Tab 5 and flip
3  to the exhibits to that Plaintiff Fact Sheet
4  behind the page that says "Exhibit 1."  So
5  keep flipping behind that fact sheet.
6  Remember, they are the pages that say
7  "Exhibit."  And turn to that HUD settlement
8  statement we looked at.
9     A    (Witness complies.)
10    Q    If you turn to the second page of
11 this and look down at the bottom, this is
12 dated August 9th, 2006; right?
13    A    Yes, ma'am.
14    Q    And this document represents a loan
15 you got in order to purchase this property;
16 is that correct?
17    A    Yes, ma'am.
18    Q    So does this refresh your
19 recollection of when you purchased the house?
20    A    Say it again, ma'am.
21    Q    Does this remind you --
22    A    Yes.
23    Q    -- of when you purchased the house?
24    A    Yes, ma'am.
25    Q    Would you agree it was on or around

1   August 9th, 2006?
2        A    Yes, ma'am.
3        Q    If you look back to the first page
4   toward the top but not all the way at the
5   top, it says, "Contract sales price of
6   $125,000." And is that how much you
7   purchased the home for?
8        A    They asked for this. I was paying
9   this price, but I put in like almost 9,000
10  -- about 8,000, 9,000 to do upgrade on my
11  appliance and wood floors.
12       Q    After you purchased it, you put
13  money to upgrade the house?
14       A    No. No. I'm paying them. Like if
15  it was carpet, I paid them to swap out paying
16  the difference in hardwood.
17       Q    Okay. You paid --
18       A    The contractor?
19       Q    -- the sellers?
20       A    Yeah. Paid the seller.
21       Q    Do you have any documentation of
22  that?
23       A    Not as far as I know.
24       Q    And you got a mortgage to cover
25  that 125,000 purchase price; right?

```
 1                You talking about the date
 2           that I purchased the property;
 3           right?
 4  BY MS. VEITH:
 5       Q    Correct.
 6       A    Yes, ma'am.
 7       Q    You didn't ask the inspector?
 8       A    I didn't ask.
 9       Q    So you sort of got into this
10  earlier.  Actually, hold on.
11           You don't still live at this
12  property; correct?
13       A    No, I don't live at that property
14  right now.
15       Q    Was it ever your primary residence?
16       A    Yeah.  I lived there four years.
17       Q    Which four years was that?
18       A    Right after the date I bought it.
19       Q    From 2006 to about 2010?
20       A    Yes, ma'am.
21       Q    At that point, did you sell it?
22       A    At that point, I try to rent it
23  out.
24       Q    Okay.  How long did you rent it out
25  for?
```

1    A    I rent it out for like almost a
2    year. And one of the tenant, you know, have
3    a feeling the air coil of the air-condition
4    keep breaking down, and she tell me. I don't
5    believe what she telling me. It might have
6    Chinese Sheetrock.
7    Q    So that was in about 2011 because
8    you rented it for about a year?
9    A    Yes, ma'am.
10   Q    In 2011, you had a tenant that told
11   you that there might be Chinese Sheetrock.
12   You didn't believe her so you didn't
13   investigate that there was Chinese Sheetrock
14   in the home at that time?
15   A    Yes, ma'am.
16   Q    What I said is correct?
17   A    Can you repeat the question?
18   Q    So is it true that in 2011 you had
19   a tenant who told you you might have Chinese
20   Sheetrock in the house. Because you didn't
21   believe her, you didn't investigate whether
22   there was Chinese Sheetrock in the house?
23   A    Yes.
24   Q    Okay. So you had that tenant for
25   about a year. Then what happened?

1   A   And she moved out, and there was a
2   couple -- Jimmy and Hang Le were trying to
3   buy the house from me. So I sell it to them.
4   Q   **When did you sell it to Jimmy and**
5   **Hang Le?**
6   A   Don't remember exactly what date,
7   ma'am.
8   Q   **Would it have been around 2011 or**
9   **2012?**
10  A   I'm not sure exactly the number but
11  somewhere around that year.
12  Q   **So then Jimmy and Hang Le lived in**
13  **there for how long?**
14  A   I think -- I'm not for sure, but I
15  guess around a year or a little bit more than
16  a year.
17  Q   **So they lived in it for a little**
18  **more than a year. And you told me earlier**
19  **they discovered there was Chinese Sheetrock?**
20  A   Yes.
21  Q   **Do you remember about when that**
22  **was?**
23  A   After they lived in there a year
24  and they discovered, that's when they told
25  me. They told me Chinese Sheetrock, so I

```
 1   order inspection; and that's how I got the
 2   report.  And that's when I found out a
 3   hundred percent sure.
 4        Q    So if you turn to Tab 4, which is
 5   Exhibit 4, turn to exhibits -- to that
 6   exhibit.
 7        A    (Witness complies.)
 8        Q    Remember, we looked at a Deed in
 9   Lieu of Foreclosure?
10        A    Yes, ma'am.
11        Q    This document says Jimmy and Hang
12   Le are conveying this property at Laudeac
13   Court to you and your wife; correct?
14        A    Yes, ma'am.
15        Q    This is on -- if you turn to the
16   second page --
17        A    (Witness complies.)
18        Q    -- February 17th, 2017; correct?
19        A    Yes, ma'am.
20        Q    Okay.  So that is when you
21   explained to me earlier, after Jimmy and Hang
22   Le discovered Chinese drywall in the
23   property, they wanted to give it back to you?
24        A    Yes, ma'am.
25        Q    How soon before or how long before
```

```
 1    this deed was entered did they discover the
 2    drywall and tell you they wanted to sell the
 3    house back to you?
 4         A    I don't even remember exactly.
 5         Q    You don't remember.
 6              Was it a long time, like more than
 7    a year?
 8         A    Probably, but I don't know exactly.
 9         Q    Okay.  And this document says that
10    you and your wife paid $10 and other good and
11    valuable consideration to Jimmy and Hang Le
12    for the house?  Up at the top.
13         A    Can you repeat the question again?
14         Q    At the top, this says that this
15    deed is for and in consideration of the sum
16    of $10 cash in hand paid and other good and
17    valuable consideration paid; correct?
18         A    I don't even -- this is why.  The
19    guy -- the judge ordered to do the closing
20    for me and him.  After that, we had to take
21    this couple out same place.  And I told my
22    lawyer, the closing lawyer, that, you know,
23    they don't want the house no more because
24    it's Chinese Sheetrock.  So that's how we
25    came up with the contract between me and
```

1    Jimmy.
2        Q    So this contract, you didn't pay
3    them any money for this house; right?
4        A    Pay who?
5        Q    Jimmy and Hang Le.
6        A    No.  It was owner financing to
7    Jimmy and Hang Le.  They found out Chinese
8    Sheetrock.  They just, you know -- they want
9    to foreclose.  They just want to give the
10   house back to me.
11       Q    Okay.
12       A    So that's how we got this contract
13   here to make it clearly that, you know, right
14   now it belongs to me, not Jimmy no more.
15       Q    I gotcha.
16            If you turn to the second page.
17       A    (Witness complies.)
18       Q    The second paragraph there says,
19   "The grantors further acknowledge that the
20   execution and delivery of this deed to the
21   grantees does not cancel the underlying
22   promissory notes or any guaranty agreement
23   in favor of Dung H. Nguyen and wife, Hang
24   Nguyen's, which all survive the delivery and
25   recordation of this instrument."