UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | **JUDGE ELDON FALLON** **MAGISTRATE JOSEPH WILKINSON, JR.** |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment on Claims Asserted by Dung Nguyen:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. Dung Nguyen is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective

1

Chinese drywall installed in his property located at 3 Laudeac Court, Long Beach, Mississippi 39571 (the "Property").

6. Dung Nguyen first asserted his claims in this lawsuit on March 6, 2018.[1]

7. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

8. Dung Nguyen completed the Court approved documents and submitted the support for his claims. The documents were completed under penalty of perjury. *See* Exhibits 1, 2, and 3

9. Dung Nguyen was deposed on November 27, 2019.

10. Mr. Nguyen and his wife purchased the Property in 2006.[2]

11. The Nguyens lived in the Property from 2006 until about 2010, at which point they decided to rent it.[3]

12. The Property was rented for "almost a year," and then in 2011, one of the tenants told Mr. Nguyen that she had "a feeling that the air coil of the air condition kept breaking down," and that the Property "might have Chinese sheetrock."[4]

13. Mr. Nguyen did not investigate for Chinese drywall at the time because he did not believe this tenant.[5]

---

[1] Doc. 21234.
[2] Ex. 4, Depo. Tr., at 22:1-23:2.
[3] Ex. 4, Depo. Tr., at 27:15-23.
[4] Ex. 4, Depo. Tr., at 27:24-28:9.
[5] Ex. 4, Depo. Tr., at 28:10-23.

14. After the tenant moved out, Mr. Nguyen sold the Property to Jimmy and Hang Le, at some time in 2011 or 2012.[6]

15. Jimmy and Hang Le lived in the Property for "a year or a little bit more," and then informed Mr. Nguyen that there was Chinese sheetrock in the Property.[7]

16. Ultimately, the Property was deeded back to Mr. Nguyen because the Les "want[ed] to give the house back" due to the presence of Chinese-manufactured drywall.[8]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:    504.310.0279
Email:          kmiller@fishmanhaygood.com

***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 17th day of March, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

---

[6] Ex. 4, Depo. Tr., at 28:24-29:11.
[7] Ex. 4, Depo. Tr., at 29:17-30:3.
[8] Ex. 4, Depo. Tr., at 31:9-32:14; *see also* Ex. 2 to Ex. 2, Deed in Lieu of Foreclosure.