# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## <u>ORDER</u>

Due to ongoing concerns regarding the outbreak of COVID-19,

**IT IS ORDERED** that the upcoming Monthly Status Conference, scheduled for Thursday, March 26, 2020 at 9:00 a.m. be and hereby is **CANCELLED**. The next Monthly Status Conference will take place as scheduled on Tuesday, April 21, 2020 at 1:30 p.m.

New Orleans, Louisiana this 17th day of March, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge