**Plaintiff Profile Form - Residential Properties**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES  

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON  

**For Internal Use Only**
File Number: _____
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

- **Name Property Owner:** Nic Cornelison obo
- **Address of Affected Property:** R&S Properties, LLC  
  9810 Bay Road North  
  Foley, AL 36535
- **Is this Property:** **Residential** / Commercial / Governmental
- **Name of Person Completing this Form:** Nic Cornelison
- **Is above your primary residence?** Yes / **No**
- **Mailing Address (if different):** 2500 East 18th Street  
  Chattanooga, TN 37404
- **Phone:** (423) 493 - 0051

*If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

- **Circle one:** **Owner-Occupant** / Owner Only / Renter-Occupant
- **Represented By:** Jimmy Doyle
- **Address:** DOYLE LAW FIRM, PC  
  2100 Southbridge Pkwy, #650  
  Birmingham, AL 35209
- **Phone:** (205) 533 - 9500
- **Case No. /Docket Info:** Bennett v. Knauf

### Section II. Insurance Information

- **Homeowner/ Renter Insurer:** Underwriters at Lloyds of London
- **Policy #:** SA700-29712-2017-N
- **Agent:** First Baldwin Insurance
- **Address:** 8154 Highway 59, Suite 201  
  Foley, AL 36535
- **Phone:** (251) 943 - 6677

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* (Circle One) | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Nic Cornelison | 08/24/09 | / / | **M** / F | 08/24/80 | Yes **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal Injuries include claims for mental anguish and medical monitoring.



DEFENDANT'S EXHIBIT 3 — Cornelison

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  **Yes**  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  HomeSouth Inspections, Inc.

1.2. When did the inspection take place?  07/26/18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  **Yes**  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  HomeSouth Inspections, Inc.

2.2. When was this determination made?  07/26/18

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
|  | ASTM C 36 |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,236 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | | X |
| Number of Bedrooms: | 3 | Summer | X | |
| Number of Bathrooms: | 2 | Winter | | X |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: (   )   -

Plaintiff Profile Form - Residential Properties

### Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| [signature] | 7/30/18 | | |
| | | | |
| | | | |



# Lloyd's Certificate

**This Insurance** is effected with certain Underwriters at Lloyd's, London.

**This Certificate** is issued in accordance with the limited authorization granted to the Correspondent by certain Underwriters at Lloyd's, London whose syndicate numbers and the proportions underwritten by them can be ascertained from the office of the said Correspondent (such Underwriters being hereinafter called "Underwriters") and in consideration of the premium specified herein, Underwriters hereby bind themselves severally and not jointly, each for his own part and not one for another, their Executors and Administrators.

**The Assured** is requested to read this Certificate, and if it is not correct, return it immediately to the Correspondent for appropriate alteration.

All inquiries regarding this Certificate should be addressed to the following Correspondent:

**Southern Alabama Insurance, LLC**
PO Box 3768
Gulf Shores, AL 36547
EMail: admin@southernalabamainsurance.com

---

SLC-3 (USA) NMA2868 Amended (24/08/2000)    POLICY NO: SA700-29712

## CERTIFICATE PROVISIONS

1. Signature Required. This Certificate shall not be valid unless signed by the Correspondent on the attached Declaration Page.

2. Correspondent Not Insurer. The Correspondent is not an Insurer hereunder and neither is nor shall be liable for any loss or claim whatsoever. The Insurers hereunder are those Underwriters at Lloyd's, London whose syndicate numbers can be ascertained as hereinbefore set forth. As used in this Certificate "Underwriters" shall be deemed to include incorporated as well as unincorporated persons or entities that are Underwriters at Lloyd's, London.

3. Cancellation. If this Certificate provides for cancellation and this Certificate is cancelled after the inception date, earned premium must be paid for the time the insurance has been in force.

4. Service of Suit. This Service of Suit Clause will not be read to conflict with or override the obligations of the parties to arbitrate their disputes as provided for in any Arbitration provision within this Policy. This Clause is intended as an aid to compelling arbitration or enforcing such arbitration or arbitral award, not as an alternative to such Arbitration provision for resolving disputes arising out of this contract of insurance (or reinsurance). It is agreed that in the event of the failure of the Underwriters hereon to pay any amount claimed to be due hereunder, the Underwriters hereon, at the request of the Insured (or Reinsured), will submit to the jurisdiction of a Court of competent jurisdiction within the United States. Nothing in this Clause constitutes or should be understood to constitute a waiver of Underwriters' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

It is further agreed that service of process in such suit may be made upon Messrs. Mendes and Mount, 750 Seventh Avenue, New York, New York 10019-6829, U.S.A., and that in any suit instituted against any one of them upon this contract, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Insured (or Reinsured) to give a written undertaking to the Insured (or Reinsured) that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefore, Underwriters hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or Reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named person as the person to whom the said officer is authorized to mail such process or a true copy thereof.

5. Assignment. This Certificate shall not be assigned either in whole or in part without the written consent of the Correspondent endorsed hereon.

6. Attached Conditions Incorporated. This Certificate is made and accepted subject to all the provisions, conditions and warranties set forth herein, attached or endorsed, all of which are to be considered as incorporated herein.

7. ☐It is hereby understood and agreed that wherever this document is referred to by the word "Policy" herein it shall be deemed to read "Certificate". It is further understood and agreed that wherever the term "Company" or "we" appears herein it shall be deemed to mean "Underwriters". It is further understood and agreed that wherever the term "Insured" appears herein it shall be deemed to mean "Assured".

8. Short Rate Cancellation. If the attached provisions provide for cancellation, the table below will be used to calculate the short rate proportion of the premium when applicable under the terms of cancellation.

## Short Rate Cancellation Table for Term of One Year

| Days In Force | % One Year Premium | Days In Force | % One Year Premium | Days In Force | % One Year Premium |
|---|---|---|---|---|---|
| 0 - 54 Days | 0.25 | 55 - 58 Days | 0.26 | 59 - 62 Days | 0.27 |
| 63 - 65 Days | 0.28 | 66 - 69 Days | 0.29 | 70 - 73 Days | 0.3 |
| 74 - 76 Days | 0.31 | 77 - 80 Days | 0.32 | 81 - 83 Days | 0.33 |
| 84 - 87 Days | 0.34 | 88 - 91 Days | 0.35 | 92 - 94 Days | 0.36 |
| 95 - 98 Days | 0.37 | 99 - 102 Days | 0.38 | 103 - 105 Days | 0.39 |
| 106 - 109 Days | 0.4 | 110 - 113 Days | 0.41 | 114 - 116 Days | 0.42 |
| 117 - 120 Days | 0.43 | 121 - 124 Days | 0.44 | 125 - 127 Days | 0.45 |
| 128 - 131 Days | 0.46 | 132 - 135 Days | 0.47 | 136 - 138 Days | 0.48 |
| 139 - 142 Days | 0.49 | 143 - 146 Days | 0.5 | 147 - 149 Days | 0.51 |
| 150 - 153 Days | 0.52 | 154 - 156 Days | 0.53 | 157 - 160 Days | 0.54 |
| 161 - 164 Days | 0.55 | 165 - 167 Days | 0.56 | 168 - 171 Days | 0.57 |
| 172 - 175 Days | 0.58 | 176 - 178 Days | 0.59 | 179 - 182 Days | 0.6 |
| 183 - 187 Days | 0.61 | 188 - 191 Days | 0.62 | 192 - 196 Days | 0.63 |
| 197 - 200 Days | 0.64 | 201 - 205 Days | 0.65 | 206 - 209 Days | 0.66 |
| 210 - 214 Days | 0.67 | 215 - 218 Days | 0.68 | 219 - 223 Days | 0.69 |
| 224 - 228 Days | 0.7 | 229 - 232 Days | 0.71 | 233 - 237 Days | 0.72 |
| 238 - 241 Days | 0.73 | 242 - 246 Days | 0.74 | 247 - 250 Days | 0.75 |
| 251 - 255 Days | 0.76 | 256 - 260 Days | 0.77 | 261 - 264 Days | 0.78 |
| 265 - 269 Days | 0.79 | 270 - 273 Days | 0.8 | 274 - 278 Days | 0.81 |
| 279 - 282 Days | 0.82 | 283 - 287 Days | 0.83 | 288 - 291 Days | 0.84 |
| 292 - 296 Days | 0.85 | 297 - 301 Days | 0.86 | 302 - 305 Days | 0.87 |
| 306 - 310 Days | 0.88 | 311 - 314 Days | 0.89 | 315 - 319 Days | 0.9 |
| 320 - 323 Days | 0.91 | 324 - 328 Days | 0.92 | 329 - 332 Days | 0.93 |
| 333 - 337 Days | 0.94 | 338 - 342 Days | 0.95 | 343 - 346 Days | 0.96 |
| 347 - 351 Days | 0.97 | 352 - 355 Days | 0.98 | 356 - 360 Days | 0.99 |
| 361 - 365 Days | 1 | | | | |

Rates applicable to insurance with terms less than or greater than one year:

A. If insurance has been in force for one year or less, apply the short rate table for annual insurance to the full annual premium determined as for insurance written for a term of one year.

B. If insurance has been in force for more than one year:

1. Determine full annual premium as for insurance written for a term of one year.

2. Deduct such premium from the full insurance premium, and on the remainder calculate the pro-rata earned premium on the basis of the ratio of the length of time beyond one year the insurance has been in force to the length of time beyond one year for which the policy was originally written.

3. Add premium produced in accordance with terms (1) and (2) to obtain earned premium during full period insurance has been in force.

*PRODUCER: Southern Alabama Insurance, LLC*

## DP-3 DWELLING DECLARATION PAGE

INSURER: CERTAIN UNDERWRITERS AT LLOYDS OF LONDON

**POLICY PERIOD:** 10/13/2017 TO 10/13/2018 Both days at 12:01 CST  **POLICY NO:** SA700-29712-2017-N

**NAME AND ADDRESS OF INSURED:**
R&S PROPERTIES
2500 EAST 18TH ST
CHATTANOOGA TN 37404

**AGENT NAME AND ADDRESS:**
FIRST BALDWIN INSURANCE
8154 HWY 59 SUITE 201
FOLEY AL 36535
PHONE: (251) 943-6677
E-MAIL: mthomas@firstbaldwininsurance.com

**ADDITIONAL NAMED INSURED:**
NIC CORNELISON

**LOCATION OF INSURED PROPERTY:**
9810 NORTH BAY RD MAGNOLIA SPRINGS AL 36555

**COVERAGES PROVIDED:** Insurance at the Described Premises applies only for Coverages for which a Limit of Insurance or Premium is shown.

| SECTION I: | | LIMIT OF INSURANCE | | PREMIUM |
|---|---|---|---|---|
| A. | Dwelling | $300,000.00 | | $2,723.00 |
| B. | Other Structures | Not Covered | Liability: | $0.00 |
| C. | Personal Property | $30,000.00 | Med Pay: | $0.00 |
| D.,E. | Fair Rental Value/Additional Living Expense | $20,000.00 | | |

| SECTION II: | | | Sub-Total: | $2,723.00 |
|---|---|---|---|---|
| L. | Personal Liability | $300,000.00 | | |
| M. | Medical Payments | $1,000.00 | Policy Fee: | $150.00 |

**DEDUCTIBLES:**
All Other Perils: $1,000.00
Wind/Hail: 5% ($15,000.00)

| | |
|---|---|
| AL Surplus Lines Tax: | $172.38 |
| Total Premium: | $3,045.38 |

**FORMS APPLICABLE:** SEE ATTACHED

\*FLOOD COVERAGE NOT INCLUDED\*
\*STRUCTURES OVER WATER NOT COVERED\*

**Remarks:**

\*\*In the event of a claim under this Certificate, please notify the following: FIRST BALDWIN INSURANCE \*\*

This contract is registered && delivered as surplus line coverage under Alabama Surplus Line Insurance Law (Acts 1963, No. 521, p. 1112 && 9; Acts 1971 No. 407 p. 707 && 197) License #0057864. SERVICE OF SUIT MAY BE MADE UPON: MENDES & MOUNT OF NEW YORK, NEW YORK

Lloyd's UMR: B0750RNAFB17

Date Printed: 10/18/2017

SIGNATURE: *William Sessions*

William H. Sessions, Jr., Coverholder

## FORMS AND CLAUSE AND ENDORSEMENT AS FOLLOWS:

DP 00 03 07 88 (Dwelling Property 3)
DP 04 73 07 88 (Limited Theft Coverage)
SA001 12 (Exterior Insulation and Finish System Exclusion)
NMA 1191 (Radioactive Contamination Exclusion Clause)
LSW 1001 (Insurance Several Liability Notice)
NMA 2342 (Seepage and/or Pollution and/or Contamination Exclusion)
NMA 2343 (Debris Removal Endorsement)
SA006 12 (Additional Liability Exclusions (2004))
SA012R 12 (Trampoline Exclusion)
SA013R 12 (Firearm Exclusion)
MJ/LT/2.6.2009R (Communicable Disease Exclusion)
NMA 2962 (Biological or Chemical Materials Exclusion)
NMA 2802 (Electronic Date Recognition Exclusions (E. D. R. E.)
NMA 2915 (Electronic Data Endorsement B)
LMA 5018 (2791MAP00001) (Micro-Organism Exclusion (Absolute)
618BMS00035 (Asbestos Exclusion)
NMA 2920 (Terrorism Exclusion Endorsement)
NMA 1257 (Nuclear Incident Exclusion Clause)
SA010 12 (Total Loss Earned Premium Clause)
LMA 5021 (Applicable Law (USA))
NMA 464 (War and Civil War Exclusion Clause)
LSW 1135B (Lloyd's Privacy Policy Statement)
NMA 1331 (Cancellation Clause)
LMA 5062 (Fraudulent Claim Clause)
IL P 001 01 04 (US Treasury Department's Office of Foreign Assets Control)
Policyholder Complaint Form

## ADDITIONAL ENDORSEMENTS:

DL 24 11 07 88 (Premises Liability)
DL 24 01 07 88 (Personal Liability)
SA009 16 (Minimum Earned Premium Clause)
RR001 05 17 (Roof Restriction Endorsement)
LMA 9022 (Alabama Surplus Lines Notice)
LMA 9023 (Alabama Written Disclosure Statement)
LMA 9024 (Alabama Coverage Checklist)

CHOICE OF LAW AND JURISDICTION:
Any disputes between the Assured and Underwriters concerning the interpretation of this policy shall be governed by the Laws of: ALABAMA State, and in respect of Jurisdiction the provisions LMA 5020 shall apply.

It is understood and agreed that Underwriters agree to the automatic inclusion of Mortgagees.

SA700 DP-3                                                      Policy No:   SA700-29712-2017-N

## ALABAMA COVERAGE CHECKLIST
### RESIDENTIAL PROPERTY INSURANCE
### OUTLINE OF COVERAGE AND COMPREHENSIVE POLICY CHECKLIST
### [POLICIES ISSUED UNDER ALABAMA SURPLUS LINE INSURANCE LAW]

The following is an outline of coverage and comprehensive policy checklist of your insurance policy and is for informational purposes only. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits is not included in this checklist, unless otherwise indicated.

**This checklist does not change any provisions of the insurance contract which is the subject of this checklist. The checklist does not operate to expand coverage beyond the coverage provided in the policy. If there is a contradiction between the checklist and the policy, the terms of the policy govern.**

Policyholders should read their policy thoroughly. Policyholders should review their insurance policy annually with their surplus lines broker to ensure they are adequately covered.

If you have questions regarding your policy, please contact your surplus lines broker or the insurance company. Consumer assistance is also available from the Department of Insurance, Consumer Services Division, 334-241-4141 or ConsumerServices@insurance.alabama.gov.

### OUTLINE OF COVERAGE

| Covered Property | Limits of Insurance | Covered Property (ACV or RCV)* |
|---|---|---|
| Dwelling: | $300,000.00 | RCV |
| Other Structure: | NOT COVERED (Detached from Dwelling) | RCV |
| Personal Property (Contents): | $30,000.00 | ACV |
| Roof Repair/ Replacement Settlement Basis | | RCV or ACV |
| Deductible Amount ($): | All Other Perils: $1,000.00 | |
| | Wind/Hail: 5% ≈ $15,000 | |

*RCV = Replacement Cost Value, or the cost to repair or replace your home, other structures or contents with like kind and quality. This is not the Market Value or Mortgage Value of your home.

*ACV = Actual Cash Value, or RCV at the time of loss minus depreciation. This is not the Market Value or Mortgage Value of your home.

### PERILS COVERED BY YOUR POLICY

Items marked with a Y (Yes) indicate coverage IS included in your policy; those perils marked with an N (No) indicate coverage is NOT included. Special limits and loss settlement exceptions may apply to certain limits. Refer to your policy for details. If there is a contradiction between this checklist and your policy, the terms of your policy govern.

| Peril | Dwelling Coverage | Other Structures Coverage | Contents Coverage |
|---|---|---|---|
| Fire | Y | Y | Y |
| Lightning | Y | Y | Y |
| Explosion | Y | Y | Y |
| Wind and Hail | Y | Y | Y |
| Flood | N | N | N |
| Earthquake | N | N | N |
| Collapse | Y | Y | Y |
| Mold | N | N | N |
| Theft | Y | Y | Y |

Special limits and loss settlement exceptions may apply. Refer to your policy for details.

**If there is a contradiction between this Checklist and your policy, the terms of your policy govern.**

| Coverage | Yes or No | Limit of Insurance | Time Limit (if applicable) |
|---|---|---|---|
| Debris Removal | Y | | |
| Loss Assessment | N | | |
| Additional Living Expense | Y | **SEE POLICY FOR TERMS, CONDITIONS AND LIMITATIONS*** | |
| Medical Payments Coverage | Y | | |
| Personal Liability Coverage | Y | | |
| Building Ordinance or Law Coverage | Y | | |

### SOME EXCLUSIONS, LIMITATIONS, AND/OR REDUCTIONS IN COVERAGE

(Other Exclusions, Limitations and/or Reductions in coverage may apply)
**SEE POLICY FOR TERMS, CONDITIONS AND LIMITATIONS***

- Removal of fallen trees is excluded unless they damage your house or outbuilding or block access to your property.
- At the time of loss, Roof claim settlement may be subject to depreciation (ACV Basis) when roof covering has reached or exceeded life expectancy as established by manufacturer.
- Limitations exist on coverage amounts for jewelry, guns, silverware, cash, coins, certain types of collections, art, and computers/equipment.
- Property and Liability Coverage for Automobiles, Watercraft, Aircraft is limited or excluded.
- RCV Property claims are settled on an ACV basis until you repair or replace the property.
- Losses to insured property intentionally caused by an insured are excluded.
- Losses due to neglect are excluded.
- Flood Coverage is Excluded.

### SOME DISCOUNTS AVAILABLE TO REDUCE YOUR POLICY PREMIUM

Y (Yes) or N (No) indicates whether you currently receive these discounts. Ask your surplus line broker or insurance company about other discounts for which you may qualify.

| | Yes or No | |
|---|---|---|
| Multiple qualifying policies with the same insurer | NO | NOT AVAILABLE |
| Fire/Smoke/Burglar Alarm | NO | NOT AVAILABLE |
| Wind Mitigation Features | NO | |

| | | | |
|---|---|---|---|
| **Surplus Line Insurer:** | CERTAIN UNDERWRITERS AT LLOYDS OF LONDON | | |
| **Policy Number:** | SA700-29712-2017-N | | Form: DP-3 DWELLING |
| **Effective Date:** | 10/13/2017 | **Issue Date:** 10/18/2017 | |
| **Insured:** | R&S PROPERTIES, | | |
| **Surplus Line Broker:** | Southern Alabama Insurance | | |
| **Alabama Broker License:** | 0057864 | | |
| **Date:** | 10/18/2017 | | |

POLICY NO: SA70029712                                            LMA9024, 01 September 2013

## ALABAMA WRITTEN DISCLOSURE STATEMENT

## STATEMENT OF INSURED(S) ON POLICIES ISSUED UNDER THE ALABAMA SURPLUS LINES INSURANCE LAW

Insured(s):        R&S PROPERTIES
Policy No:         SA700-29712-2017-N
Effective Date:    10/13/2017
Policy Issue Date: 10/18/2017

The undersigned insured(s) understand that the insurance coverage provided by the above described policy is written by an insurer that is not authorized (licensed) by the Alabama Department of Insurance and that the Department of Insurance does not have any authority over the policy forms used or the premiums charged by this insurance company. The undersigned insured(s) further understand that no Alabama insurance guaranty fund protection exists in the event this insurance company becomes insolvent and that, in the event of insolvency, there is no guarantee a claim will be fully covered.

With these understandings, the undersigned insured(s) consent that the coverage be placed through an

unauthorized insurer.

*Insured Signature On File*

LMA9023
01 September 2013