Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| File No. _____ |
| |
| Date Received: |
| _____ |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Nic                                    Cornelison
                 First Name          M.I.   Last Name                        Suffix

R&S Properties, LLC
Co-Claimant First Name (if applicable)   M.I.   Last Name                    Suffix

Business/Entity Name (if applicable)

1

DEFENDANT'S
EXHIBIT
4

Cornelison

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

9810 Bay Road North
Address 1                                          Address 2

Foley                                AL        36535
City                                State    Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:   Nic                    Cornelison
                       First Name        M.I.  Last Name                Suffix

Mailing Address (if different):

2500 East 18th Street
Address 1                                          Address 2

Chattanooga                          TN        37404
City                                State    Zip Code

Phone Number of Person Completing This Form: ( 423 ) 493 - 0051

---

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year:  8  /  24  /  2009

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ /  2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year:  7  /  2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                Month      Day        Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?   _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:




Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 250,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____            07/30/18
Claimant's signature                            _____
                                                Date signed

Name:       Nic Cornelison  o.b.o R&S Properties, LLC
            _____

Address:    2500 East 18th Street
            _____
            Address 1                    Address 2
            Chattanooga          TN          37404
            _____
            City                 State       Zip Code

Phone No.: ( 423  )  493   -  0051
           _____

Email:      Nic@pc-const.com
            _____

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

<u>Section VII.  Loss of Use / Loss of Enjoyment</u>

$250,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years we have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

 

**HomeSouth**
**INSPECTIONS, INC.**
**SERVING SOUTH AL & NORTHWEST FL**

Tommy Van Pelt
Owner | AL-HI-0685
**251.981.9412**
homesouth@gulftel.com
www.HomeSouthInspections.com

July 26, 2018

Re:  9810 Bay Rd N. Foley, AL 36535

To: William Mott

This summary is for the drywall inspection at the above property and the findings of that inspections.  The pictures show Knauf-China Gypsum boards and listed below are the effects caused.

Areas Inspected/Damages:

1. Knaup-China Gypsum board panels found in the house.
2. Signs of corrosive drywall noted on the copper line sets to the HVAC systems
3. Corrosion noted on the copper lines to the water heater
4. Corrosion noted in all of the exposed electrical throughout the house.



If you need any further assistance in the matter, don't hesitate to call.

Sincerely,
*Tommy Van Pelt*

**3775 HIDEAWAY ST., ORANGE BEACH, AL 36561   251.981.9412 www.homesouthinspections.com**

# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**.  If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

# 1. CLAIMANT INFORMATION

| 1. | **Name:** | Last/ Business Name<br>R&S Properties, LLC | First | M.I. |
|---|---|---|---|---|

**Taxpayer Information: (check the appropriate Taxpayer )**

☐ **Social Security Number**

☐ **Individual Taxpayer Identification Number**

☒ **Employer Identification Number**     | 6 | 2 | 1 | 7 | 4 | 1 | 2 | 9 | 3 |
(Enter numbers only)

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number.  SSNs are assigned to individuals.  If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number** (ITIN):
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity.  Only businesses have an EIN.

| 3. | **Mailing Address:** | Street<br>2500 East 18th Street | | | |
|---|---|---|---|---|---|
| | | City<br>Chattanooga | State<br>Tennessee | Zip Code<br>37404 | Parish/County |
| | **Email Address:** | Nic@pc-const.com | | | |
| 5. | **Telephone Numbers:** | Home/Business<br>( 4 2 3 ) 4 9 3 - 0 0 5 1 | Cell<br>( ) - | | |

| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative.  If you are registering as an individual and not as a business, skip to Section 2. | DBA Name | |
|---|---|---|---|
| | | Authorized Representative Last Name<br>Cornelison | Authorized Representative First Name<br>Nic |
| | | Title | |

To Register online visit https://chinesedrywallclass.com/

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim.  Attach additional copies of this page to register additional properties.

<table>
<tr><td rowspan="4">Affected Property Address:</td><td colspan="4">☐   Check here if this is a Rental or Commercial property.</td></tr>
<tr><td colspan="4">Street<br>9810 Bay Road North</td></tr>
<tr><td>City</td><td>State</td><td>Zip Code</td><td>Parish/County</td></tr>
<tr><td>Foley</td><td>Alabama</td><td>36535</td><td>Baldwin</td></tr>
</table>

<table>
<tr><td rowspan="8">8.   Attorney Information:</td><td colspan="3">☐   Check here if you are not represented by an attorney, and skip to Question 9.  If you are represented by an attorney, complete this section.</td></tr>
<tr><td colspan="3">Firm Name<br>Doyle Law Firm, PC</td></tr>
<tr><td colspan="2">Attorney Last Name</td><td>Attorney First Name</td></tr>
<tr><td colspan="2">Doyle</td><td>Jimmy</td></tr>
<tr><td colspan="3">Street<br>2100 Southbridge Parkway, Suite 650</td></tr>
<tr><td>City</td><td>State</td><td>Zip Code</td></tr>
<tr><td>Birmingham</td><td>Alabama</td><td>35209</td></tr>
<tr><td>Email<br>jimmy@doylefirm.com</td><td colspan="2">Phone Number<br>(205) 533-9500</td></tr>
</table>

**9.   Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒   **Remediation.**   Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property.  If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐   **Already Remediated Property.**   You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒   **Other Losses.**  The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses.   If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐   **Tenant Losses.**   Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property.  If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐   **Bodily Injury.**   Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall.  **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim**.

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents ___ched to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | Date: | 10/25/2018 (Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | First | Last | M.I. |

Reg-Form v.2

To Register online visit https://chinesedrywallclass.com/

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer**
**Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

R&S Properties, LLC

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ - - - - - - - -

☐ Exempt payee

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)

2500 East 18th Street

Requester's name and address (optional)

City, state, and ZIP code

Chattanooga, TN 37404

List account number(s) here (optional)

**Part I**  **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line
to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a
resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other
entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a
TIN* on page 3.

Social security number

| | | | | | | | |
|---|---|---|---|---|---|---|---|

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose
number to enter.

Employer identification number

| 6 | 2 | | 1 | 7 | 4 | 1 | 2 | 9 | 3 |

**Part II**  **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue
Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am
no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding
because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage
interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and
generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the
instructions on page 4.

**Sign
Here**

Signature of
U.S. person ▶

Date ▶ 7/30/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise
noted.

## Purpose of Form

A person who is required to file an information return with the IRS must
obtain your correct taxpayer identification number (TIN) to report, for
example, income paid to you, real estate transactions, mortgage interest
you paid, acquisition or abandonment of secured property, cancellation
of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident
alien), to provide your correct TIN to the person requesting it (the
requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a
number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt
payee. If applicable, you are also certifying that as a U.S. person, your
allocable share of any partnership income from a U.S. trade or business
is not subject to the withholding tax on foreign partners' share of
effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request
your TIN, you must use the requester's form if it is substantially similar
to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are
considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or
organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or
business in the United States are generally required to pay a withholding
tax on any foreign partners' share of income from such business.
Further, in certain cases where a Form W-9 has not been received, a
partnership is required to presume that a partner is a foreign person,
and pay the withholding tax. Therefore, if you are a U.S. person that is a
partner in a partnership conducting a trade or business in the United
States, provide Form W-9 to the partnership to establish your U.S.
status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

095696 AL                mW

This instrument was prepared by
In Rem REO Services, INC.
by its Attorneys
Boiko and Osimani, P.C.
3435-41 N. Lincoln Ave.
Chicago, IL 60657
Ph# 773-549-1000

(and after recording return to):
Resource Title Agency of Tennessee

BALDWIN COUNTY, ALABAMA
JUDGE ADRIAN T. JOHNS
Filed/cert. 9/4/2009 12:39 PM
DEED TAX      $   174.00
TOTAL         $   193.00
3 Pages

1195407

RESOURCE TITLE AGENCY, INC.
2630 Elm Hill Pike, Suite 360
Nashville TN 37214

## SPECIAL WARRANTY DEED

Source:  Instrument# 1177181

| ADDRESS NEW OWNER(S) AS FOLLOWS<br>R & S PROPERTIES, LLC<br><br>(name) | SEND TAX BILL TO:<br>R & S PROPERTIES, LLC<br><br>(name) | MAP-PARCEL NUMBER:<br>59-01-05-0-002-048 |
|---|---|---|
| 9810  BAY ROAD NORTH<br>(address) | 3500 East 18th St.<br>(address) | |
| FOLEY       AL      36535<br>(city)      (state)      (ZIP) | Chattanooga TN 37404<br>(city)      (state)      (ZIP) | |

FOR AND IN CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID, AND
OTHER GOOD AND VALUABLE CONSIDERATIONS, THE RECEIPT AND SUFFICIENCY OF WHICH
IS HEREBY ACKNOWLEDGED BY THE GRANTOR, **DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING
AND SERVICING AGREEMENT DATED AUGUST 1, 2007** SAID GRANTOR DOES HEREBY
GRANT, BARGAIN, SELL AND CONVEY UNTO THE GRANTEE **R & S PROPERTIES, LLC,**
AND HIS HEIRS OR ASSIGNS, SUBJECT TO COVENANTS AND RESTRICTIONS OF RECORD AND
MATTERS AN ACCURATE SURVEY WOULD REVEAL, THAT CERTAIN TRACT OR PARCEL OF
LAND IN BALDWIN COUNTY, STATE OF ALABAMA, DESCRIBED AS FOLLOWS, TO-WIT:
**SEE ATTACHED LEGAL DESCRIPTION**

THIS CONVEYANCE IS SUBJECT TO:  1) Current years taxes which have been prorated and assumed by the
Grantee(s); 2) All restrictions of record; 3) All easements of record; 4) All visible easements; 5) All matters
appearing on the plan of record; 6) All applicable government and zoning regulations; 7) Mineral reservations of
record, if any.

Unimproved

This is Improved ☐

Property, known as:  9810  BAY ROAD NORTH, FOLEY, ALABAMA  36535

TO HAVE AND THE HOLD said tract or parcel of land, together with the appurtenances, estate, title and interest
thereto belonging, unto said the Grantee and its heirs or assigns, forever.

Said DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC
MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST
1, 2007, warrants the title to said property against the claims of all persons claiming, or to claim the same or any
part thereof, by, through or under the said Grantor, but not otherwise.

THE ACTUAL CONSIDERATION FOR THIS TRANSFER IS: $ 174,000.00

IN WITNESS WHEREOF, the said DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007, BY ITS ATTORNEY IN FACT ONEWEST BANK, FSB, *
has executed this deed this ___24___ day of ___August___ 2009.

*Power of Attorney of record in
#1181940, Baldwin County, AL

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE OF INDYMAC IMSC
MORTGAGE LOAN TRUST 2007-F3,
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-F3 UNDER THE POOLING AND
SERVICING AGREEMENT DATED AUGUST 1,
2007, BY ITS ATTORNEY IN FACT ONEWEST
BANK, FSB

_____
Terri Hunter
Vice President
HLS-REO

STATE OF ___Texas___

COUNTY OF ___Travis___

I, ___Josie Salazar___, a ___Notary Public___ in and for said County, in said State hereby certify that ___Terri Hunter___ whose name as ___VP___ of ONEWEST BANK, FSB AS ATTORNEY IN FACT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007, a corporation, is signed to the foregoing Special Warranty Deed  and who is known to me, acknowledged before me on this day, that being informed of the contents of said Special Warranty Deed, he as such officer, and with full authority, executed the same voluntarily for and as the act of said corporation, acting in its capacity Attorney in Fact for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007 as aforesaid.

Given under my hand this the ___24___ day of ___August___, 2009.

My Commission expires: ___8 24 10___            _____
                                                 Notarial Public

Escrow File No.: 095696AL

## EXHIBIT "A"

Lot 28, First Addition to Sunset Shores, according to plat thereof recorded in Map Book 4, Page 267, in the Office of the Judge of Probate of Baldwin County, Alabama.

Less and except such oil, gas and other mineral interest, and all rights in connection therewith, as may have been reserved or conveyed by prior owners, if any.

Being the same property conveyed to Cecil Gregory and Kimberly Gregory, husband and wife, by Warranty Deed from Jeff Spahn, a married man, dated May 11, 2007 and recorded on July 23, 2007 in Instrument No. 1063634, Probate Office for Baldwin County, Alabama.

Said property being further conveyed to Deutsche Bank National Trust Company, as trustee of Indymac IMSC Mortgage Loan Trust 2007-F3, Mortgage Pass-Through Certificates, Series 2007-F3 under the Pooling and Servicing Agreement dated August 1, 2007 by Foreclosure Deed from Jessica Stieven, Auctioneer and Attorney-in-Fact, dated April 27, 2009 and recorded on May 12, 2009 in Instrument No. 117181, said Probate Office.