UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE- | ) | MDL 2047 |
| MANUFACTURED DRYWALL | ) | JUDGE ELDON FALLON |
| PRODUCTS LIABILITY | ) | MAGISTRATE JOSEPH |
| LITIGATION | ) | WILKINSON, JR. |

This document relates to:)
Elizabeth Bennett, et al )      DEPOSITION OF:
V. Gebr. Knauf           )   ROYCE HENRY CORNELISON
Verwaltungsgesellschaft  )
KG, et al                )
                         )
Case No. 14-cv-2772      )

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

ROYCE HENRY CORNELISON,

may be taken before LeAnn Maroney, Notary Public, State at Large, at the offices of Bain & Associates, 1250 Financial Center, Birmingham, Alabama, 35203, on December 3, 2019, commencing at

```
 1                (Defendant's Exhibit Number 5
 2            was marked for identification.)
 3   Q.         Mr. Cornelison, can you just state for
 4   the record the address of the property that you're
 5   alleging in this litigation is contaminated by
 6   Chinese drywall?
 7   A.         9810 Bay Road North, Foley, Alabama.
 8   Q.         And we looked at a warranty deed earlier
 9   that showed that the property was purchased on
10   August 24, 2009, right?
11   A.         That sounds right.
12   Q.         What do you, Mr. Cornelison, know about
13   the purchase of the property?
14   A.         As far as what?
15   Q.         Just what is your knowledge of why the
16   property was purchased?
17   A.         We wanted a retreat home to go to two or
18   three times a year.
19   Q.         And when you say "we," you mean yourself
20   and your son?
21   A.         And his family, and my other son and his
22   family, who married after that.  Just a family
23   retreat.
24   Q.         So are you and your son Nic and then
25   your other son the only remembers of R&S Properties,
```

```
 1   LLC?
 2   A.         That is correct.
 3   Q.         When did you form the LLC?
 4   A.         1997, I do believe.
 5   Q.         And when you formed it in 1997, what was
 6   the purpose for which you formed it?
 7   A.         For owning properties.  We have a
 8   commercial building in Chattanooga, and owned it in
 9   that entity.
10   Q.         Any other property besides the
11   commercial building and the home in Foley?
12   A.         Yes.
13   Q.         What else?
14   A.         We own a house in Stevenson, Alabama.
15   We owned another commercial building which we sold.
16   And then we own some hunting land in Cave Spring,
17   Georgia.
18   Q.         Where was the other commercial building?
19   A.         In Chattanooga.
20   Q.         Are you in real estate as a profession?
21   A.         I have a broker's license.  I have only
22   sold one property.
23   Q.         And that's the commercial building?
24   A.         No.  That was for an individual.
25   Q.         It was a home?
```

```
 1   A.         It was land.
 2   Q.         So you have a broker's license.  But it
 3   sounds like that's not your day-to-day profession,
 4   right?
 5   A.         Correct.
 6   Q.         What is your day-to-day profession?
 7   A.         A licensed general contractor.
 8   Q.         And as a licensed general contractor, do
 9   you mostly build homes or commercial buildings?
10   A.         Commercial, industrial.
11   Q.         And are you licensed in Alabama?
12   A.         Yes.
13   Q.         Any other states?
14   A.         Yes.
15   Q.         What states are those?
16   A.         Tennessee, Georgia, North Carolina,
17   South Carolina, Virginia, West Virginia, Florida,
18   Georgia, if I didn't say that, Arkansas, Louisiana,
19   Mississippi.
20   Q.         What about your sons?  Are they in the
21   real estate profession?
22   A.         No.  They work for me, with me.
23   Q.         So they are also in the contracting
24   business?
25   A.         That is correct.
```

```
 1   Q.          In your business as a general
 2   contractor, when did you first learn about homes
 3   having problems with Chinese drywall?
 4   A.          Pretty much after we bought ours.
 5   Q.          So after 2009?
 6   A.          Sometime after that, yes.
 7   Q.          Can you be any more specific about the
 8   sometime?
 9   A.          Well, I'll throw this out, if I may.
10   Maybe a couple years after we bought the house,
11   every time we went down to the property, we had to
12   replace something with one of our heating and air
13   units.  And the heating and air tech said we
14   probably had Chinese drywall.  That's the first I
15   had ever heard of that.  And I just figured it was
16   him talking.
17   Q.          So you said a couple years.  So probably
18   like 2011?
19   A.          I'm guessing '11, '12, somewhere
20   thereabouts, yes.
21   Q.          So you hadn't learned about it through
22   your work as a contractor?
23   A.          No.  We don't use inferior products in
24   what we do.  We're very particular.
25   Q.          I'm not implying that you used a
```