UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on Claims Asserted by R&S Properties, LLC:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. R&S Properties, LLC is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence

1

of defective Chinese drywall installed in its property located at 9810 Bay Road North, Foley, Alabama 36535 (the "Property").

6. R&S Properties first asserted its claims in this lawsuit on September 10, 2018.[1]

7. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

8. A member of R&S Properties, LLC completed the Court approved documents and submitted the support for his claims. The documents were completed under penalty of perjury. *See* Exhibits 1, 2, and 3.

9. Another member of R&S Properties, LLC was deposed on December 3, 2019.

10. R&S Properties was formed by Royce Cornelison and his two sons, who are all in the general contractor business, for the purpose of purchasing real estate.[2]

11. R&S Properties purchased the Property in foreclosure in 2009 to function as a "retreat home" for the Cornelison family.[3]

12. A couple of years after R&S Properties purchased the Property, in 2011 or 2012, Royce Cornelison became aware that every time he went down to the Property, something had to be replaced with one of the heating or air conditioning units.[4]

---

[1] Doc. 21770-2.
[2] Ex. 4, Depo. Tr. at 16:5-19; 17:2-25.
[3] Ex. 4, Depo. Tr., at 15:15-23.
[4] Ex. 4, Depo. Tr. at 18:1-16.

13. A heating and air tech who came out during this time "said [they] probably had Chinese drywall."[5]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.
PAUL C. THIBODEAUX (#29446)
DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.310.0279
Email:       kmiller@fishmanhaygood.com

*Counsel for Defendants,
Knauf Gips KG and
Knauf Plasterboard (Tianjin) Co, Ltd.*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 18th day of March, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

---

[5] Ex. 4, Depo. Tr. at 18:1-16.