Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Sherwood R. Bailey, Jr. & Jody Nelson Bailey |
| Address of Affected Property | o.b.o. Carlisle Place, LLC |
| | 829 East Scenic Drive |
| | Pass Christian, MS 39571 |
| Is this Property:* | ⊙Residential   Commercial   Governmental |
| Name of Person Completing this Form | Sherwood R. Bailey, Jr. |
| Is above your primary residence? | Yes  (No) |
| Mailing Address (if different) | P.O. Box 6039 |
| | Gulfport, MS 39506 |
| Phone: | ( 228 )  313  -  1953 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | Owner-Occupant   (Owner Only)   Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 )  533  -  9500 |
| Case No. /Docket Info: | Bennett v Knauf |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | Lexington Insurance Company |
| Policy #: | 60597571 |
| Agent: | Gumtree Wholesale Insurance Brokers |
| Address: | 2616 Lakeward Drive |
| | Jackson, MS 39216 |
| Phone: | ( 228 )  236  -  4433 |

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Sherwood R. Bailey, Jr. | / / | / / | (M)/ F | / / | Yes (No) | Owner Only |
| Jody Nelson Bailey | / / | / / | (M)/ F | / / | Yes (No) | Owner Only |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?**  (Yes)  No

    **1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?**    Home Inspection Building Specialists - Rickey Authement

    **1.2. When did the inspection take place?**    08 / 03 / 18

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?**  (Yes)  No

    **2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?**    Home Inspection Building Specialists - Rickey Authement

    **2.2. When was this determination made?**    08 / 03 / 18

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
| | ASTM C 36 | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 5,144 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9'-14' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 3.5 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | / /05 | Completion Date | / /06 |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | X | | |
| Second Floor: Any drywall replaced | X | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

     Shivers Homes

Address:    P.O. Box 81368

     Lafayette, LA  70598

Phone:    ( 337 )  981 - 0999

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: _____

Address: _____

_____

_____

Phone:    (    )    - 

### Section X. Drywall Supplier

Drywall Supplier's Name:

     Interior Exterior Building Supply

Address:    12111 Intraplex Parkway

     Gulfport, MS  39503

Phone:    ( 228 )  822 - 9440

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

Carlisle Place, LLC
By: _____ Manager

| | | | |
|---|---|---|---|
| Claimant's Signature | 2/6/18 Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



Insured

# LEXINGTON INSURANCE COMPANY
## HO3 Homeowner Declaration Page

**NOTE: This insurance policy is issued pursuant to Mississippi law covering surplus lines insurance. The company issuing the policy is not licensed by the State of Mississippi, but is authorized to do business in Mississippi as a nonadmitted company. The policy is not protected by the Mississippi Insurance Guaranty Association in the event of the insurer's insolvency.**

**Angela Carraway**
Procuring Agent's Name:

| Policy Number: 60597571 | Renewal of Policy Number: New |
|---|---|

| Name of Insured and Mailing Address: | Broker Name and Address: |
|---|---|
| Carlisle Place LLC | Gumtree Wholesale Insurance Brokers |
| | 2616 Lakeward Drive |
| 829 E SCENIC DR | Jackson, MS 39216 |
| PASS CHRISTIAN, MS 39571-4624 | 228-236-4433 |

| Policy Term: 01/03/2018 | Expiration: 01/03/2019 | 12:01 AM Standard Time at the Insured's residence premises. |
|---|---|---|

The residence premises covered by this policy is located at the above address, unless otherwise stated.

Insurance is provided only with respect to those special limits of liability applicable thereto:

**Coverage Part 1 – Homeowners**

| | | |
|---|---|---|
| - Coverage A: Dwelling | $1,250,000 | |
| - Coverage B: Other Structures | $100,000 | |
| - Coverage C: Contents | $600,000 | |
| - Coverage D: Loss of Use | $167,961 | |
| - Loss Assessment: | $1,000 | |
| - Ordinance or Law: | 10% | |
| - Coverage E: Personal Liability | $300,000 | |
| - Coverage F: Medical Payments to Others | $5,000 | |

**Coverage Part 2 – Personal Umbrella**

| | |
|---|---|
| - Umbrella Limit | $0 |
| - Self Insured Retention | $0 |

**Coverage Part 3 – Excess Flood**

| | |
|---|---|
| - Building | $0 |
| - Contents | $0 |

**Coverage Part 4 – Scheduled Property**

| | |
|---|---|
| - Total Scheduled Property | $0 |

| Annual Premium: | | |
|---|---|---|
| | Policy Premium: | $13,630.00 |

| **Homeowner Deductibles** | | | |
|---|---|---|---|
| All Other Perils: | $5,000 | Policy Premium: | $13,630.00 |
| Wind Hail: | 5% | Inspection Fee: | $350.00 |
| Earthquake: | Excluded | SL Broker Fee: | $0.00 |
| | | Surplus Lines Taxes: | $559.20 |
| Special: None | $N/A | Stamping Fee: | $34.95 |
| Special: None | $N/A | Non-Admitted Fee: | $419.40 |
| | | | |
| | | Total Due: | $14,993.55 |

| Minimum Earned Premium: $0 | Sub Broker Information | |
|---|---|---|
| **Homeowners Rating Information** | Name: | BancorpSouth Insurance - Gulfport, MS |
| Territory: 06 | Protection Class: 6 | Addr 1: | 2909 13th Street |
| County: HARRISON-MS | EQ Zone: NA | Addr 2: | |
| Construction: Veneer Masonry | Yr Built: 1850 | City, State, Zip: | Gulfport, MS 39501 |

Forms and Endorsements made part of this policy at time of issuance:

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

| Countersignature Date: 01/03/2018 | Countersignature: |
|---|---|
| *LexElite 11/00* | Authorized Representative: |

**Policy Number:** 60597571
**Insured:** Carlisle Place LLC

# 829 E. Scenic Drive, Carlisle Place
# Pass Christian, MS

Main Home: Approximate Living Area: 5144 SF, Approximate Total Area: 6150 SF
Guest Home: Approximate Living Area: 1282 SF + Porch Area: 820 SF
Measurements approximate, not guaranteed. Drawing not to scale.

## Main House

### Lower Level



### Upper Level



## Guest House



Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> For Internal Use Only
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: _____

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |
|---|---|---|---|

Carlisle Place, LLC

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

829 East Scenic Drive
_____
Address 1                                                    Address 2

Pass Christian                                  MS        39571
_____
City                                              State        Zip Code

Is the Property residential or commercial?   Residential
_____

Name of Person
Completing this Form:    Sherwood          R      Bailey                        Jr.
_____
First Name              M.I.   Last Name                      Suffix

Mailing Address (if different):

P.O. Box 6039
_____
Address 1                                                    Address 2

Gulfport                                        MS        39506
_____
City                                              State        Zip Code

Phone Number of Person Completing This Form: ( 228 ) 313  - 1953

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year:  6  / 3  / 2003

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____/ 2006

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year:  8  / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Home inspection performed on 8/3/18.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____/_____/_____
                     Month      Day          Year

Docket No.:  _____

Present Status:  _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                     Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                       Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?   No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____               08/06/18
Claimant's signature                                               Date signed

Name:      Sherwood R. Bailey, Jr.
_____

Address:   P.O. Box 6039
_____
           Address 1                              Address 2
           Gulfport                  MS        39506
           _____
           City                     State     Zip Code

Phone No.: ( 228   ) 313  - 1953
_____

Email:     sherwoodbaileyjr@gmail.com
_____

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years we have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

### PLAINTIFF FACT SHEET

Name of Plaintiff:   Carlisle Place, LLC

Affected Property Address:   829 East Scenic Drive, Pass Christian, MS  39571

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        06 / 03 / 2003

2.  When you took ownership of the Property, what was the name of the seller?

Sherwood R. Bailey, Jr. & Jody Nelson Bailey, as Trustees of the Audry S. Bailey Personal
Residence Trust

1

3.   Name and address of the realtor?

N/A

4.   Name and address of the closing agent?

N/A

5.   What was the price of the home when you purchased it?  $ 10.00

6.   Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes   ☐ No   ☐ I'm not sure.

7.   If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.   If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.   If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.   If you sold or transferred ownership of the Property, what was the price paid for home?
                     $ N/A

## II.  Appraisal of the Home

11.   Date of each appraisal:

         a.   06  /  01  /20  15

         b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.   Discovery of Drywall

12.   Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          _____/_____/20__06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.   Manufacturer/Seller of Drywall

13.   Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Building Supply _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Discovery of Chinese drywall during pre-purchase inspection prevented a sale of this house for $2M.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

$2M contract price had to be reduced by $700k (with an assignment of all legal claims) in
order to reach the deal.
_____
_____
_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. N/A _____
b. _____
c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a. N/A /_____/20_____  to  _____/_____/20_____
b. _____/_____/20_____  to  _____/_____/20_____
c. _____/_____/20_____  to  _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A _____
b. $ _____
c. $ _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☑ Yes   ☐ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

See inspection reports attached as Exhibit 3 to this fact sheet.  Reports from Inspection
Building Specialist and Healthy Home Solutions, LLC are provided.

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

See Exhibit 3.

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

Doyle Law Firm, PC - the complete inspection reports are attached hereto as Exhibit 3.

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

The date of each inspection report is noted in Exhibit 3.

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

**Response:**   ☑ N/A

32.  When did the remediation commencement date occur?

**Response:**   ☑ N/A

33.  When did the remediation end date occur?

**Response:**   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

**Response:**   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:**   ☑ N/A

36. Were any samples from the remediation retained?

   **Response:**   [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   **Response:**   [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   **Response:**   [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   **Response:**   [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

**CARLISLE PLACE, LLC**

BY: _____          Date: ____1/23/19_____

    **Sherwood R. Bailey, Jr.,**
    **It's Manager**

# Exhibit 1

# Residential Appraisal Report

### Of

## Single Family Residence at

**829 Scenic Drive**

**Pass Christian, MS 39571**

### For

**Louis Hamric**

**5100 Poplar Avenue-Suite 2700**

**Memphis, TN 38137**

### As of

**06/01/2015**

**EXHIBIT**

**"B"**

JDS APPRAISAL, P.A.

File No.   T15-059
Case No.  N/A

06/16/2015

Louis Hamric
5100 Poplar Avenue-Suite 2700
Memphis, TN 38137

File Number:   T15-059

Dear Client

In accordance with your request, I have personally inspected and appraised the real property at:

829 Scenic Drive
Pass Christian, MS 39571

The purpose of this appraisal is to estimate the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the estimated market value of the property as of _____ 06/01/2015 _____ is:

$ _____ 3,800,000 _____

Three Million, Eight Hundred Thousand Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final estimate of value, descriptive photographs, limiting conditions and appropriate certifications.

Respectfully submitted,

Signature: _____

Timothy Shaw
JDS APPRAISAL, P.A.
LA-1075

JDS APPRAISAL, P.A.

File No.  T15-059
Case No.  N/A

## Residential Appraisal Report

The purpose of this appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | |
|---|---|---|
| Property Address 829 Scenic Drive | City Pass Christian | State MS Zip Code 39571 |

Owner Carlisle Place, LLC  Intended User Steven B. Masterson/L.D. Hamric  County Harrison

Legal Description Lengthy--See attached description

Assessor's Parcel # 0413C-02-001.000 and 0412N-02-005.000  Tax Year 2014  R.E. Taxes $ 20,520.00

Neighborhood Name Scenic Drive  Map Reference MLS 06  Census Tract 0029.00

Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $ N/A  [ ] PUD  HOA $ N/A  [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe) N/A

Intended Use Provide an opinion of market value for possible cash purchase

Client Louis Hamric  Address 5100 Poplar Avenue-Suite 2700, Memphis, TN 38137

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). The subject was listed in MGCMLS on 08/07/2013 for $5,600,000. It was reduced to $4,800,000 on 12/30/2013 then to $3,800,000 on 06/25/2014. MGCMLS # 267154. There are no other known listings of the subject in past year.

**CONTRACT**

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The subject property is under an option agreement at this time with some contingencies. A copy of the option agreement was provided to the appraisers and is attached hereto.

Contract Price $ Not specified  Date of Contract Option  Is the property seller the owner of public record? [X] Yes [ ] No  Data Source(s) County Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the purchaser? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid. Option does not specify.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [X] Urban | [ ] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit 75 % |
| Built-Up [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 50 Low | New | 2-4 Unit % |
| Growth [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 5,000+ High | 175+ | Commercial % |
| | | | | | | | 500 Pred. | 100 | Other Vacant 25 % |

Multi-Family % (note: row layout)

Neighborhood Boundaries The subject property is bordered by 2nd Street to the north, Davis Avenue to the west, by Espy Avenue the east, and by MS Sound to the south.

Neighborhood Description The subject is located on Scenic Drive in the city of Pass Christian, in Harrison County, MS. The subject is conveniently located to schools, shopping, places of worship and employment. Access to ammenities is average. Factors include moderated supply and demand due to the effects of the recent economic downturn nationwide.

Market Conditions (including support for the above conclusions) The local real estate market is presently stable. Supply and demand are mostly in balance. Interest rates have been fluctuating but remain relatively lower now than in the past several years. This is having some effect on mortgage applications. Dockside gaming in Harrison and nearby Hancock Counties has contributed to a healthy real estate market for the past several years.

**SITE**

Dimensions See attached plat maps  Area +-8.7 Ac  Shape Irregular  View MS Sound/Beach

Specific Zoning Classification T-3E and T-3R  Zoning Description Smart Code

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) N/A

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. Highest and Best use as improved is it's present use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No  FEMA Flood Zone VE and X  FEMA Map # 28047C0353G  FEMA Map Date 06/16/2009

Are the utilities and/or off-site improvements typical for the market area? [ ] Yes [X] No  If No, describe. N/A

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

All easements and encroachments of public record were considered and there were none noted that would adversely affect the marketability of the subject property. The subject appears to be located inside the 100 year flood plain in zones VE and X. Map #28047C0353G Dated 06/16/09. However, due to poor map labeling and recent flooding in the area, this should be confirmed by a survey.

**IMPROVEMENTS**

| General Description | | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls Conc/Good | | Floors | Marble/Wood/Crpt/Good |
| # of Stories 2 Story | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | Brick/Wood/Other/Good | Walls | Drywall/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area N/A sq. ft. | | Roof Surface | Shingles/Good | Trim/Finish | Ext. Crown/Dental/Good |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish N/A % | | Gutters & Downspouts | Copper/Good | Bath Floor | Marble/Good |
| Design (Style) Colonial | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | Wood/Good | Bath Wainscot | Marble/Good |
| Year Built 1855 | | Evidence of [ ] Infestation N/A | | Storm Sash/Insulated Yes/Avg | | Car Storage | None |
| Effective Age (Yrs) 10 | | [ ] Dampness [ ] Settlement | | Screens | Yes/Avg | [X] Driveway # of Cars Multi. |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | | Driveway Surface Asphalt |
| [X] Drop Stair [ ] Stairs | | [ ] Other N/A Fuel Gas | | [X] Fireplace(s) # 1 [X] Fence Gated | | [ ] Garage # of Cars |
| [ ] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [ ] Patio/Deck [X] Porch Front/Balc. | [X] Carport # of Cars 2 |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool [X] Other Guest House | [ ] Att. [X] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [X] Other (describe) Compactor

Finished area above grade contains: 11 Rooms  4 Bedrooms  3-1 Bath(s)  5,229 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) Heating and air conditioning are adequate, to the best of our knowledge.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject property appears to have been constructed in 1855, according to tax records. The subject is in excellent condition for its age and was reportedly restored in 2007. All work appears to have been done in a professional manner and was done so in a manner that kept the original charm but added modern conveniences. See attached photos and comments.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe

None Noted. However, the appraisers are not experts in the engineering nor the environmental fields. We strongly recommend that the client hire an expert in these fields if so desired. The appraisers assume no liability for such conditions, if they are found exist.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe. The subject property is compatible with the immediate neighborhood.

NL - Residential 5/2007  This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

JDS APPRAISAL, P.A.

File No.   T15-059
Case No.   N/A

# Residential Appraisal Report

| | | | | |
|---|---|---|---|---|
| There are | N/A | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | N/A to $ N/A | |
| There are | N/A | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | N/A to $ N/A | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 829 Scenic Drive | 613 E. Scenic Drive | 715 E. Scenic Drive | 2028 Tuilleries Cove |
| | Pass Christian, MS 39571 | Pass Christian, MS 39571 | Pass Christian, MS 39571 | Biloxi, MS 39531 |
| Proximity to Subject | | 0.64 miles W | 0.37 miles SW | 16.89 miles E |
| Sale Price | $ Not specified | $ 2,100,000 | $ 1,925,000 | $ 1,500,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 563.46 sq. ft. | $ 330.76 sq. ft. | $ 274.88 sq. ft. |
| Data Source(s) | | MGCMLS # S270526C | MGCMLS # S262200C | MGCMLS # S262652C |
| Verification Source(s) | | Broker/Agent | Broker/Agent | Broker/Agent |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION  +(-) $ Adjustment | DESCRIPTION  +(-) $ Adjustment | DESCRIPTION  +(-) $ Adjustment |
| Sale or Financing | | Cash | Cash | Cash |
| Concessions | | None | None | None |
| Date of Sale/Time | | 01/24/2014 | 09/20/2013 | 09/30/2013 |
| Location | Urban | Similar | Similar | Similar |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Site | +-8.7 Ac | +-4.36 Ac  +1,481,500 | 1.8 Ac  +2,092,500 | 30118 sf  +2,762,500 |
| View | MS Sound/Beach | Similar | Similar | Bay/Inf  +25,000 |
| Design (Style) | Colonial | Contemp/Sim | Similar | Similar |
| Quality of Construction | Average | Similar | Similar | Similar |
| Actual Age | A-160/Eff 10 Years | A-155/Eff 10 Years | A-165/Eff 5 Years  -60,400 | A-11/Eff 3 Years  -120,000 |
| Condition | Excellent | Similar | Similar | Similar |
| Above Grade | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths | Total  Bdrms  Baths |
| Room Count | 11   4   3-1 | 10   4   3-1 | 12   4   3-2  -2,000 | 12   5   5-1  -8,000 |
| Gross Living Area | 5,229 sq. ft. | 3,727 sq. ft.  +82,610 | 5,820 sq. ft.  -32,505 | 5,457 sq. ft.  -12,540 |
| Basement & Finished | None | N/A | N/A | N/A |
| Rooms Below Grade | None | N/A | N/A | N/A |
| Functional Utility | Average | Similar | Similar | Similar |
| Heating/Cooling | FWA/Central | FWA/Central | FWA/Central | FWA/Central |
| Energy Efficient Items | Average/Typical | Similar | Similar | Similar |
| Garage/Carport | Dbl Carport | Trpl Garage  -5,000 | None  +2,500 | Trpl Garage  -5,000 |
| Porch/Patio/Deck | Porch/Balcony | Porch, Patio  +2,500 | Large Porches  -2,500 | Porches, Patios  -2,500 |
| Fireplaces | Fireplace | Fireplace | Fireplace | Fireplace |
| Fence | Fence/Gated | Similar | Similar | None  +2,500 |
| Pool, Etc. | Gst House, Storage | Gst House, Storage | Gst House, Otdr Kit  -5,000 | Pool, BtHs, Pier  -20,000 |
| Net Adjustment (Total) | | X + -  $ 1,561,610 | X + -  $ 1,992,595 | X + -  $ 2,621,960 |
| Adjusted Sale Price | | Net Adj: 74% | Net Adj: 104% | Net Adj: 175% |
| of Comparables | | Gross Adj: 75%  $ 3,661,610 | Gross Adj: 114%  $ 3,917,595 | Gross Adj: 197%  $ 4,121,960 |

I  X did     did not research the sale or transfer history of the subject property and comparable sales. If not, explain    Sales history for subject and all comparables was researched through MLS and/or public records.

My research     did  X  did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  MLS/County Records
My research     did  X  did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  MLS/County Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MGCMLS/County Records | MGCMLS/County Records | MGCMLS/County Records | MCGMLS/County Records |
| Effective Date of Data Source(s) | 06/01/2015 | 06/01/2015 | 06/01/2015 | 06/01/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The subject was not under contract for sale at the time of this appraisal but there is a pending option agreement with some contingencies. There are no known sales or transfers of the subject in the past three years. There no other known sales of the comparables in the year prior to the date of sale as utilized herein.

Summary of Sales Comparison Approach   Analysis of the market data indicates a value range from $700.25 to $788.28 per square foot or from $3,661,610 to $4,121,960. Certain emphasis was applied to each of the comparables in the manner in which they each represent the subject property, thus indicating a rounded market value of $3,800,000. Market value per square foot is $726.72. The subject is compatible with the neighborhood. Certain emphasis was applied to each of the comparables based on the manner in which they each represent the subject property with most emphasis being applied to sales one and two as they are located on the same stree  as the subject and are both also historic homes like the subject. Following an extensive search of all available sales in the MLS, we are of the opinion that the sales utilized herein are the best indicators of the subject's market value. Due to the large site size and high site value of the subject property, the only available comparables required extensive adjustments for site value. This was necessary and unavoidable given the lack of more similar comparables.

Indicated Value by Sales Comparison Approach $   3,800,000
Indicated Value by: Sales Comparison Approach $   3,800,000   Cost Approach (if developed) $   N/A   Income Approach (if developed) $   N/A
The income approach to value was considered but not used due to the lack of sufficient data to formulate a reliable GMRM. All emphasis was applied to the sales comparison approach. Due to age of the subject, the cost approach is deemed not applicable to this assignment.

This appraisal is made  X  "as is,"     subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,     subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or     subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   Value stated herein is based on the "as is" condition of the subject property.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   3,800,000  , as of   06/01/2015

NL - Residential 5/2007

JDS APPRAISAL, P.A.

File No.   T15-059
Case No.   N/A

## Residential Appraisal Report

**ADDITIONAL COMMENTS**

N/A

### COST APPROACH TO VALUE (if applicable)

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Site value is based on information derived from the market (such as vacant land sales) and based on site-to-value-ratios. Due to the level of deferred maintenance and accrued depreciation, we have determined that the cost approach is not applicable.

**COST APPROACH**

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data  RS MEANS 2015/Local Builders | Dwelling     5,229   Sq. Ft. @ $ | | =$ |
| Quality rating from cost service    Luxury    Effective date of cost data  06/01/2015 | Sq. Ft. @ $ | | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | |
| See attached sketch. All measurements are approximate and are | Garage/Carport     Sq. Ft. @ $ | | =$ |
| believed to be accurate. | Total Estimate of Cost-new | | =$ |
| | Less    Physical  17 Functional      External | | |
| | Depreciation    0 | | =$ ( |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)    50    Years | Indicated Value By Cost Approach | | =$ |

### INCOME APPROACH TO VALUE (if applicable)

**INCOME**

Estimated Monthly Market Rent $    N/A    X Gross Multiplier    N/A    =$    N/A    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   Due to the lack of sufficient data to perform a reliable GMRM the income approach was considered but it was not performed.

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project  N/A

| Total number of phases    N/A    Total number of units    N/A    Total number of units sold    N/A |
|---|
| Total number of units rented    N/A    Total number of units for sale    N/A    Data source(s)  N/A |
| Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.  N/A |
| Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data source.  N/A |
| Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.  N/A |

Are the common elements leased to or by the Homeowner's Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options.  N/A

Describe common elements and recreational facilities.  N/A

JDS APPRAISAL, P.A.

File No.  T15-059
Case No.  N/A

This appraisal report is subject to the scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. The Appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The Appraiser must, at a minimum: (1) perform a complete visual inspection of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**DEFINITION OF MARKET VALUE:** As per Fannie Mae the definition of market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event.

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

JDS APPRAISAL, P.A.                              File No.  T15-059
                                                Case No.  N/A

21. I am aware that any disclosure or distribution of this appraisal report by me or the client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

22. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

## SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Timothy Shaw | Name   J. Daniel Schroeder |
| Company Name JDS APPRAISAL, P.A. | Company Name  JDS Appraisal, P.A. |
| Company Address  124-B Rue Magnolia | Company Address 129 Rue Magnolia |
| Biloxi, MS 39532 | Biloxi, MS 39530 |
| Telephone Number 228-435-2772 | Telephone Number  228-435-2772 |
| Email Address tshawappraiser@hotmail.com | Email Address  jdanapp@aol.com |
| Date of Signature and Report 06/16/2015 | Date of Signature    06/16/2015 |
| Effective Date of Appraisal 06/01/2015 | State Certification # GA-150 |
| State Certification # | or State License # |
| or State License #   LA-1075 | State MS |
| or Other (describe)                        State # | Expiration Date of Certification or License  12/31/2015 |
| State      MS | |
| Expiration Date of Certification or License 05/31/2017 | |
| | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | |
| 829 Scenic Drive | ☐ Did not inspect subject property |
| Pass Christian, MS 39571 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $     3,800,000 | ☒ Did inspect interior and exterior of subject property |
| CLIENT | Date of Inspection  06/01/2015 |
| Name | |
| Company Name Louis Hamric | COMPARABLE SALES |
| Company Address 5100 Poplar Avenue-Suite 2700 | ☒ Did not inspect exterior of comparable sales from street |
| Memphis, TN 38137 | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

NL - General Certification 5/2007          This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software 800-622-8727                    Page    6   of   27

JDS APPRAISAL, P.A.
**COMMENT ADDENDUM**

File No.   T15-059
Case No.   N/A

Borrower   None
Property Address   829 Scenic Drive
City   Pass Christian          County          Harrison          State          MS          Zip Code          39571
Lender/Client   Louis Hamric                    Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137

In response to the appraiser's client, the appraiser has conducted the required investigation, gathered the necessary data, and made certain analysis enabling him to form an opinion of the market value of the referenced subject property subject to any environmental conditions and/or wetlands conditions, known or unknown to the appraiser. The source for the definition of the Market Value, as used in this report, is Advisory Opinion 30 of the 2010-2011 edition of USPAP.

Prior to accepting or entering into an agreement to perform any assignment, an appraiser must properly identify the problem to be addressed and have the knowledge and experience to complete the assignment competently. One of the appraisers signing this report, Tim Shaw, is a licensed appraiser with more than sixteen years experience. The co-appraiser signing this report, J. Daniel Schroeder, is a State Certified General Appraiser and is qualified in every respect to appraise the subject property. Our efforts have made possible the findings and conclusions in this report and my acceptance of this assignment is a representation of competence. There were no conditions discovered during the course of the appraisal assignment causing the appraiser to believe he lacked the required knowledge or experience to complete the assignment competently.

The intended use of this appraisal as indicated herein is decision making by the client in regards to possibly purchasing the subject for cash with no lender involved in the transaction

The intended user is defined as the client as stated. This appraisal is not intended for any other use or users.

Based on the theory of "Highest and Best Use", the subject was considered as vacant and as improved. As vacant it is the appraiser's opinion that the Highest and Best Use would be as improved. Also, the appraiser selected and analyzed vacant comparable to derive the value of the subject's site which is illustrated in the cost approach. As improved the Highest and Best Use of the subject property is it's present use as a single family dwelling.

The subject's improvements consist of a single family dwelling, with a total of approxiamtely 5,229 square feet of gross living area. The subject property appears to have been constructed in 1855, according to tax records. The subject is in excellent condition for its age and has reportedly restored in 2007. All work appears to have been done in a professional manner and was done so in a manner that kept the original charm but added modern conveniences. See attached photos and comments.

To the appraiser's knowledge the comparable sales are the most recent and best available. All comparables were obtained from Gulf Coast MLS. All comparables are similar in location, size, and condition. If other comparables had been used the adjustments would likely have been higher.

The appraiser gave much consideration in the final reconciliation to the economic characteristics of the subject's land. The economic characteristics of land are the factors that influence its value as an investment. Area preference, an economic characteristic sometimes called situs, does not refer to a geographical location, but rather to a people's choices and preferences for a given area. It is the unique quality of people's preferences that results in different valuations being attributed to similar units. Area preference is the most important economic characteristic of land.

Unless otherwise stated in this report, the existence of termites or other insects which may or may not be present, was not observed by the appraiser. The appraiser has no knowledge of the existence of termites or other insect invasion. The value estimate is predicated on the assumption that there are no termites or other insects on the property or the improvements that could potentially cause a loss in value. No responsibility is assumed by the appraiser for such conditions or for any expertise to discover them. The client is strongly urged to retain an expert in this field if so desired.

If the subject is not clearly seen on the flood map due to lack of street labeling, the appraiser cannot say with certainty the flood zone determination and recommends that a flood certification be done as a precaution and back-up to the appraiser's findings.

If subject improvements utilize a septic tank sewage system, the appraiser cannot verify its condition due to its location under the ground. The appraiser also cannot verify that a proper septic tank sewage system has been installed according to local codes or guidelines, or even exists. When an owner states that a septic tank sewage system is being utilized, the appraiser is assuming that it is in proper working condition. The comparable photos were obtained from the MLS. All comparables were visually inspected by the appraiser. The digital photos used in this report have not been altered in any way. All comparables were visually inspected and photographed but some of the photos utilized herein may have been obtained from the MLS in order to accurately refect their appearance at the time of sale/listing.

The subject is located approximately 20-25 miles from the appraisers' office and we have performed numerous appraisals in the subject's marketing area over the past year. All comparables were obtained from MS Gulf Coast MLS. These two appraisers have not previously provided any professional services in regards to the subject property in the three years prior to this appraisal.

The appraisers estimate the subject's exposure time at approximately 12-36 months.

The subject was measured by the standard for measuring residential properties, up to four (4) family buildings, as promulgated by the America National Standards Institute.

In addition to the comparables utilized herein, we have also made contact with real estate professionals in the nearby areas of Slidell/Mandeville, LA and Mobile, AL. They have provided us with several other sales of large, historic, waterfront homes. After considering their information, we feel that they support this opinion of value but are not any more ideal nor similar to the subject property. There are several active listings of other historic homes along Scenic Drive that also support this opinion of value. They range in list price from $1,995,000 to $12,500,000 depending on size and site size/value. The subject is comprised of two separate tax parcels and the tax amount as well as site size herein is for both parcels combined. Total site size is subject to survey. The site value of the subject and comparables and the subsequent adjustments were made based on market data research which included the sales of numerous vacant land sites along Scenic Drive and not based on site size alone.

JDS APPRAISAL, P.A.
## SKETCH ADDENDUM

File No.   T15-059
Case No.   N/A

Borrower    None
Property Address    829 Scenic Drive
City   Pass Christian          County          Harrison          State          MS          Zip Code          39571
Lender/Client    Louis Hamric                    Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137



JDS APPRAISAL, P.A.
**SKETCH ADDENDUM**

File No.  T15-059
Case No.  N/A

Borrower    None
Property Address    829 Scenic Drive
City  Pass Christian          County          Harrison          State          MS          Zip Code          39571
Lender/Client    Louis Hamric          Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137



| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| **Misc. Area** | | |
| Guest Cottage 1 | | 1274.5 |
| Storage | | 29.6 |
| Carport | | 676.0 |
| Shed | | 589.8 |
| **Total Misc. Area** | | **2569.9** |
| **Living Area** | | |
| First Floor | | 2648.7 |
| Second Floor | | 2580.4 |
| **Total Living Area** | | **5229.1** |
| **Porch Area** | | |
| Porch | | 503.0 |
| Balcony | | 503.0 |
| Guest Porch | | 818.1 |
| **Total Porch Area** | | **1824.1** |

IDS APPRAISALS
**SUBJECT PHOTO ADDENDUM**

File No.   T15-059
Case No.   N/A

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | None | | | | | |
| Property Address | 829 Scenic Drive | | | | | |
| City   Pass Christian | | County | Harrison | State | MS | Zip Code   39571 |
| Lender/Client   Louis Hamric | | | Address | 5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | |



**FRONT OF
SUBJECT PROPERTY**
829 Scenic Drive
Pass Christian, MS 39571



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

**SUBJECT PHOTO ADDENDUM**

IDS APPRAISALS

File No.   T15-059
Case No.   N/A

| Borrower | None | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 829 Scenic Drive | | | | | | |
| City  Pass Christian | | County | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client  Louis Hamric | | | Address  5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



Additional Street View

Case 2:09-md-02047-EEF-MBN   Document 22545-3   Filed 03/18/20   Page 39 of 148

| Borrower | None | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 829 Scenic Drive | | | | | | |
| City   Pass Christian | | County | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client   Louis Hamric | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



**SUBJECT PHOTO ADDENDUM**

File No.   T15-059
Case No.   N/A

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | None | | | | | |
| Property Address | 829 Scenic Drive | | | | | |
| City  Pass Christian | | County | Harrison | State | MS | Zip Code   39571 |
| Lender/Client  Louis Hamric | | | Address  5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 |



IDS APPRAISAL-7645-3

**SUBJECT PHOTO ADDENDUM**

File No.   T15-059
Case No.   N/A

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | None | | | | | |
| Property Address | 829 Scenic Drive | | | | | |
| City   Pass Christian | | County | Harrison | State | MS | Zip Code   39571 |
| Lender/Client   Louis Hamric | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | |



IDS APPRAISALS, INC.

**SUBJECT PHOTO ADDENDUM**

File No.   T15-059
Case No.   N/A

| Borrower | None | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 829 Scenic Drive | | | | | | | |
| City  Pass Christian | | County | | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client   Louis Hamric | | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



**SUBJECT PHOTO ADDENDUM**

File No.   T15-069
Case No.   N/A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | None | | | | | | |
| Property Address | 829 Scenic Drive | | | | | | |
| City | Pass Christian | County | | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client | Louis Hamric | | | Address | 5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | |



**SUBJECT PHOTO ADDENDUM**

File No.   T15-059
Case No.   N/A

| Borrower | None | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 829 Scenic Drive | | | | | | |
| City   Pass Christian | | County | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client   Louis Hamric | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



**SUBJECT PHOTO ADDENDUM**

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | None | | | | File No. | T15-069 |
| Property Address | 829 Scenic Drive | | | | Case No. | N/A |
| City | Pass Christian | County | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client | Louis Hamric | | | Address | 5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | |



IDS APPRAISAL SALS
COMPARABLES 1-23

File No.  T15-059
Case No.  N/A

Borrower      None
Property Address      829 Scenic Drive
City  Pass Christian      County      Harrison      State      MS      Zip Code      39571
Lender/Client   Louis Hamric      Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137



**COMPARABLE #   1**
613 E. Scenic Drive
Pass Christian, MS 39571



**COMPARABLE #   2**
715 E. Scenic Drive
Pass Christian, MS 39571



**COMPARABLE #   3**
2028 Tuilleries Cove
Biloxi, MS 39531

JDS APPRAISAL, P.A.

## LOCATION MAP ADDENDUM

File No.   T15-059
Case No.   N/A

| Borrower | None | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 829 Scenic Drive | | | | | | |
| City  Pass Christian | | County | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client   Louis Hamric | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



JDS APPRAISAL, P.A.
**PLAT MAP**

File No.   T15-059
Case No.   N/A

| Borrower | None | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 829 Scenic Drive | | | | | | |
| City   Pass Christian | | County | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client   Louis Hamric | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



829 Scenic Drive

HARRISON COUNTY, MISSISSIPPI

JDS APPRAISAL, P.A.
**PLAT MAP**

File No.   T15-059
Case No.   N/A

| Borrower | None | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 829 Scenic Drive | | | | | | |
| City   Pass Christian | | County | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client   Louis Hamric | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



JDS APPRAISAL, P.A.
## FLOOD MAP ADDENDUM

File No.   T15-059
Case No.   N/A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower   None | | | | | | | |
| Property Address   829 Scenic Drive | | | | | | | |
| City   Pass Christian | County | | Harrison | State | MS | Zip Code | 39571 |
| Lender/Client   Louis Hamric | | | Address   5100 Poplar Avenue-Suite 2700, Memphis, TN 38137 | | | | |



JDS APPRAISAL, P.A.

# ENVIRONMENTAL ADDENDUM

File No. T15-059
Case No. N/A

Borrower None
Property Address 829 Scenic Drive
City Pass Christian     County     Harrison     State     MS     Zip Code     39571
Lender Louis Hamric          Address 5100 Poplar Avenue-Suite 2700, Memphis, TN 38137

APPARENT* HAZARDOUS SUBSTANCES AND/OR DETRIMENTAL ENVIRONMENTAL CONDITIONS
* APPARENT is defined as that which is visible, obvious, evident or manifest to the appraiser.

This universal Environmental Addendum is for use with any real estate appraisal. Only the
statements which have been checked by the appraiser apply to the property being appraised.

This addendum reports the results of the appraiser's routine inspection of and inquiries about the subject property and
its surrounding area. It also states what assumptions were made about the existence (or nonexistence) of any hazardous
substances and/or detrimental environmental conditions. THE APPRAISER IS NOT AN ENVIRONMENTAL INSPECTOR
and therefor might be unaware of existing hazardous substances and/or detrimental environmental conditions which may
have a negative effect on the safety and value of the property. It is possible that tests and inspections made by a qualified
environmental inspector would reveal the existence of hazardous materials and/or detrimental environmental conditions
on or around the property that would negatively affect its safety and value.

## DRINKING WATER

[ X ]   Drinking Water is supplied to the subject from a municipal water supply which is considered safe. However the only
        way to be absolutely certain that the water meets published standards is to have it tested at all discharge points.
[   ]   Drinking Water is supplied by a well or other non-municipal source. It is recommended that tests be made to be
        certain that the property is supplied with adequate pure water.
[   ]   Lead can get into drinking water from its source, the pipes, at all discharge points, plumbing fixtures and/or
        appliances. The only way to be certain that water does not contain an unacceptable lead level is to have it tested
        at all discharge points.
[ X ]   The value estimated in this appraisal is based on the assumption that there is an adequate supply of safe,
        lead-free Drinking Water.
Comments _____

## SANITARY WASTE DISPOSAL

[ X ]   Sanitary Waste is removed from the property by a municipal sewer system.
[   ]   Sanitary Waste is disposed of by a septic system or other sanitary on-site waste disposal system. The only way
        to determine that the disposal system is adequate and in good working condition is to have it inspected by a
        qualified inspector.
[ X ]   The value estimated in this appraisal is based on the assumption that the Sanitary Waste is disposed of by a
        municipal sewer or an adequate properly permitted alternate treatment system in good condition.
Comments _____

## SOIL CONTAMINANTS

[ X ]   There are no apparent signs of Soil Contaminants on or near the the subject property (except as reported in
        Comments below). It is possible that research, inspection and testing by a qualified environmental inspector would
        reveal existing and/or potential hazardous substances and/or detrimental environmental conditions on or
        around the property that would negatively affect its safety and value.
[ X ]   The value estimated in this appraisal is based on the assumption that the subject property is free of Soil
        Contaminants.
Comments _____

## ASBESTOS

[ X ]   All or part of the improvements were constructed before 1979 when Asbestos was a common building material.
        The only way to be certain that the property is free of friable and non-friable Asbestos is to have it inspected
        and tested by a qualified asbestos inspector.
[   ]   The improvements were constructed after 1979. No apparent friable Asbestos was observed (except as
        reported in Comments below).
[ X ]   The value estimated in this appraisal is based on the assumption that there in no uncontained friable Asbestos
        or other hazardous Asbestos material on the property.
Comments _____

## PCBs (POLYCHLORINATED BIPHENYLS)

[ X ]   There were no apparent leaking fluorescent light ballasts, capacitors or transformers anywhere on or nearby
        the property (except as reported in Comments below).
[ X ]   There was no apparent visible or documented evidence known to the appraiser of soil or groundwater contamination
        from PCBs anywhere on the property (except as reported in Comments below).
[ X ]   The value estimated in this appraisal is based on the assumption that there are no uncontained PCBs on or
        nearby the property.
Comments _____

## RADON

[ X ]   The appraiser is not aware of any Radon tests made on the subject property within the past 12 months (except
        as reported in Comments below).
[ X ]   The appraiser is not aware of any indication that the local water supplies have been found to have elevated
        levels of Radon or Radium.
[ X ]   The appraiser is not aware of any nearby properties (except as reported in Comments below) that were or
        currently are used for uranium, thorium or radium extraction or phosphate processing.
[ X ]   The value estimated in this appraisal is based on the assumption that the Radon level is at or below EPA
        recommended levels
Comments _____

File No.   T15-059
Case No.   N/A

## USTs (UNDERGROUND STORAGE TANKS)

- [X] There is no apparent visible or documented evidence known to the appraiser of any USTs on the property nor any know historical use of the property that would likely have had USTs.
- [X] There are no apparent petroleum storage and/or delivery facilities (including gasoline stations or chemical manufacturing plants) located on adjacent properties (except as reported in Comments below).
- [ ] There are apparent signs of USTs existing now or in the past on the subject property. It is recommended that an inspection by a qualified UST inspector be obtained to determine the location of any USTs together with their condition an proper registration if they are active, and if they are inactive, to determine whether they were deactivated in accordance with sound industry practices.
- [X] The value estimated in this appraisal is based on the assumption that any functioning USTs are not leaking and are property registered and that any abandoned USTs are free from contamination and were property drained, filled and sealed.

Comments _____

## NEARBY HAZARDOUS WASTE SITES

- [X] There are no apparent Hazardous Waste Sites on the subject property or nearby the subject property (except as reported in Comments below). Hazardous Waste Site search by a trained environmental engineer may determine that there is one or more Hazardous Waste Sites on or in the area of the subject property.
- [X] The value estimated in this appraisal is based on the assumption there are no Hazardous Waste Sites on or nearby the subject property that negatively affect the value or safety of the property.

Comments _____

## UREA FORMALDEHYDE (UFFI) INSULATION

- [X] All or part of the improvements were constructed before 1982 when UREA foam insulation was a common building material. The only way to be certain that the property is free of UREA formaldehyde is to have it inspected by a qualified UREA formaldehyde inspector.
- [ ] The improvements were constructed after 1982. No apparent UREA formaldehyde materials were observed (except as reported in Comments below).
- [X] The value estimated in this appraisal is based on the assumption there there is no significant UFFI insulation or other UREA formaldehyde material on the property.

Comments _____

## LEAD PAINT

- [X] All or part of of the improvements were constructed before 1980 when Lead Paint was a common building material. There is no apparent visible or known documented evidence of peeling or flaking Lead Paint on the floors, walls or ceilings (except as reported in Comments below). The only way to be certain that the property is free of surface or subsurface Lead Paint is to have it inspected by a qualified inspector.
- [ ] The improvements were constructed after 1980. No apparent Lead Paint was observed (except as reported in Comments below).
- [X] The value estimated in this appraisal is based on the assumption that there is no flaking or peeling Lead Paint on the property.

Comments _____

## AIR POLLUTION

- [X] There are no apparent signs of Air Pollution at the time of the inspection nor were any reported (except as reported in Comments below). The only way to be certain that the air is free of pollution is to have it tested.
- [X] The value estimated in this appraisal is based on the assumption that the property is free of Air Pollution.

Comments _____

## WETLANDS/FLOOD PLAINS

- [X] The site does not contain any apparent Wetlands/Flood Plains (except as reported in Comments below). The only way to be certain that the site is free of Wetlands/Flood Plains is to have it inspected by a qualified environmental professional.
- [X] The value estimated in this appraisal is based on the assumption that there are no Wetlands/Flood Plains on the property (except as report in Comments below).

Comments _____

## MISCELLANEOUS ENVIRONMENTAL HAZARDS

- [X] There are no other apparent miscellaneous hazardous substances and/or detrimental environmental conditions on or in the area of the site except as indicated below.
  - [ ] Excess Noise _____
  - [ ] Radiation/Electromagnetic Radiation _____
  - [ ] Light Pollution _____
  - [ ] Waste Heat _____
  - [ ] Acid Mine Drainage _____
  - [ ] Agricultural Pollution _____
  - [ ] Geological Hazards _____
  - [ ] Nearby Hazardous Property _____
  - [ ] Infectious Medical Wastes _____
  - [ ] Pesticides _____
  - [ ] Others (Chemical Storage/Storage Drums, Pipelines, etc.) _____

- [X] The value estimated in this appraisal is based on the assumption that there are no Miscellaneous environmental Hazards (except those reported above) that would negatively affect the value of the property.

*When any of the environmental assumptions made in this addendum*
*are not correct, the estimate value in this appraisal may not be valid.*

Borrower None
Property Address 829 Scenic Drive
City Pass Christian    County              Harrison      State MS    Zip Code    39571
Lender/Client Louis Hamric              Address 5100 Poplar Avenue-Suite 2700, Memphis, TN 38137



SCHROEDER, J DANIEL
129 MAGNOLIA ST
BILOXI, MS 39530

Borrower None
Property Address 829 Scenic Drive
City Pass Christian    County    Harrison    State MS    Zip Code    39571
Lender/Client Louis Hamric    Address 5100 Poplar Avenue-Suite 2700, Memphis, TN 38137



STATE OF MISSISSIPPI
MISSISSIPPI REAL ESTATE APPRAISER
LICENSE AND CERTIFIED APPRAISER BOARD
LICENSE No.
This is to certify that    LA-1075
TIMOTHY SHAW
HAS BEEN GRANTED A LICENSE AS A
REAL ESTATE APPRAISER
FOR THE PERIOD 05/31/2015-05/31/2017

VOID UNLESS SIGNED BY LICENSEE



# 829 SCENIC DR, PASS CHRISTIAN, MS 39571

**Inspection Date:**
08/03/2018

**Prepared For:**
Michael Christovich

**Prepared By:**
**Home Inspection Building Specialist, Inc**
P.O. Box 273
Ocean Springs, MS, 39566-0273
(228) 875-3699
(228) 875-9889 Fax
homeinspecspec@aol.com

**Report Number:**
8215951

**Inspector:**
Tony Uram MHIB0350 Exp. 05/2018

© 2018 Home Inspection Building Specialist Inc

**EXHIBIT**

"C"

# REPORT OVERVIEW

## THE HOUSE IN PERSPECTIVE

## CONVENTIONS USED IN THIS REPORT

**SATISFACTORY** - Indicates the component is functionally consistent with its original purpose but may show signs of normal wear and tear and deterioration.

**MARGINAL** - Indicates the component will probably require repair or replacement anytime within five years.

**POOR** - Indicates the component will need repair or replacement now or in the very near future.

**MAJOR CONCERNS** - A system or component that is considered significantly deficient or is unsafe.

**SAFETY HAZARD** - Denotes a condition that is unsafe and in need of prompt attention.

## THE SCOPE OF THE INSPECTION

All components designated for inspection in the ASHI® Standards of Practice are inspected, except as may be noted in the "Limitations of Inspection" sections within this report.

It is the goal of the inspection to put a home buyer in a better position to make a buying decision. Not all improvements will be identified during this inspection. Unexpected repairs should still be anticipated. The inspection should not be considered a guarantee or warranty of any kind.

Please refer to the pre-inspection contract for a full explanation of the scope of the inspection.

## BUILDING DATA

| | |
|---|---|
| Approximate Age: | Older |
| Style: | Single Family |
| Main Entrance Faces: | South |
| State of Occupancy: | Unoccupied but furnished |
| Weather Conditions: | Clear |
| Recent Rain: | No |
| Ground cover: | Dry |
| Temperature: | 81°F |

# RECEIPT / INVOICE

Home Inspection Building Specialist, Inc
P.O. Box 273
Ocean Springs, MS, 39566-0273
(228) 875-3699
(228) 875-9889 Fax
homeinspecspec@aol.com

Date: 08/03/2018                    Inspection Number: 8215951

Name:  Michael Christovich

| | |
|---|---|
| Inspection: | 925.00 |
| Lab Fees w Fed Ex | 380.00 |
| Total: | 1,305.00 |

☐ Check #:
☐ Cash
☑ **Credit Card (Online)**

**     ☐ Pool / Hot Tub     ☑ Lab Fees and Shipping          ☐ Well & Septic

Inspected By: Tony Uram
License/Certification #: MHIB0350 Exp 05/2018

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

## GROUNDS

| | | | | | |
|---|---|---|---|---|---|
| **Material:** | ☑ Concrete | ☐ Flagstone | ☐ Gravel | ☐ Brick | ☐ Fill cracks and seal |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Trip Hazard* | ☐ Typical cracks |
| | ☐ *Pitched towards home* | | ☐ *Settling cracks* | | |

| | | | | | |
|---|---|---|---|---|---|
| **Material:** | ☐ Concrete | ☑ Asphalt | ☐ Gravel/Dirt | ☐ Brick | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Settling Cracks* | ☑ Typical cracks |
| | ☐ *Pitched towards home* | | ☐ *Trip hazard* | ☑ Fill cracks and seal | |

| | | | | |
|---|---|---|---|---|
| **Support Pier:** | ☑ Concrete | ☑ Wood | ☐ Not visible | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Railing/Balusters recommended* |
| **Floor:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* |

| | | | | |
|---|---|---|---|---|
| **Material:** | ☑ Concrete | ☐ Wood | ☐ *Railing/Balusters recommended* | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* |

| | | | | | |
|---|---|---|---|---|---|
| **Material:** | ☐ Concrete | ☐ Flagstone | ☐ Kool-Deck® | ☑ Brick | ☑ Fill cracks and seal |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Settling Cracks* | ☐ *Trip hazard* |
| | ☐ *Pitched towards home* | | ☐ Drainage provided | | ☐ Typical cracks |

| | | | | | |
|---|---|---|---|---|---|
| **Negative Grade:** | ☐ East | ☐ West | ☐ North | ☐ South | ☑ Satisfactory |
| ☐ *Recommend additional backfill* | ☐ *Recommend window wells/covers* | ☑ *Trim back trees/shrubberies* | | | |
| ☐ *Wood in contact with/improper clearance to soil* | | | | | |

| | | | | |
|---|---|---|---|---|
| | ☐ None | ☑ No anti-siphon valve | | ☑ **Recommend Anti-siphon valve** |
| **Operable:** | ☑ Yes | ☐ No | ☐ Not tested | ☐ Not on |

### GROUNDS / LANDSCAPING:

1. Driveway had some typical cracks in the asphalt, but usable, repair as needed.  Recommend sealing the cracks avoid further damage to the driveway.  Water infiltration in the crack can cause additional compaction of soils below the concrete causing the concrete to become uneven and / or concaved.
2. Sealing the gap between the outer bricks and the bricks at the front porch to will help prevent soil settlement below the concrete from water intrusion and prevent sunken and/or broken concrete.



This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

3. Trees and bushes need to be trimmed away from the house. Trimming and/or removal of vegetation from against the house would be helpful. (Vegetation is overgrown in many areas around the home limiting view of exterior)



4. High soil conditions present. This condition is when the soil and / or landscaping are in contact and / or too close to the siding. Recommend correction to avoid termite issues.

5. 2nd floor patio had some cracking, recommend sealing the cracks avoid further damage to the patio.



6. **Balusters to the 2nd floor patio are spaced wider than today's standard. This may not have been required at time of inspection and would be considered non-conforming, pre-existing. Today's standards are spacing of the balusters no wider than 4" apart. Recommend adding additional fall protection if necessary for small children etc.**



**EXCLUSIONS TO THIS REPORT:**
➢ Unattached structures / out buildings (except cottage) are outside the scope of this inspection, therefore not evaluated.
➢ Yard drains are outside the scope of the home inspection, therefore not inspected.

**ROOF**

| **ROOF VISIBILITY:** | ☑ All | ☐ Partial | ☐ None | ☑ Limited by: Elevation and Pitch |

| **INSPECTED FROM:** | ☐ Roof | ☐ Ladder at eaves ☑ Ground (*Inspection Limited*) ☐ With Binoculars |

**EXTERIOR ROOF:**

**Type:** ☐ Gable ☑ Hip ☐ Mansard ☐ Shed ☐ Flat
**Pitch:** ☐ Low ☐ Medium ☑ Steep ☐ Flat
**Roof #1** Type: Dimensional Asphalt Shingle    Layers: Undetermined   **Approx. age: 10-15 Yrs.**
**Roof #2** Type: Asphalt (rolled roofing)    Layers: Undetermined   **Approx. age: 10-15 Yrs.**
**Roof #3** Type: Copper    Layers: 1 Layer   **Approx. age: Unknown**

| **VENTILATION:** | **Type:** ☐ Soffit ☐ Ridge ☐ Gable ☐ Roof ☐ Turbine ☐ Powered |
**Ventilation Present:** ☐ Yes ☑ No    **(See Interior remarks)**

**FLASHING:**
**Material:** ☐ Galv/Alum ☐ Asphalt ☐ Copper ☐ Foam ☐ Rubber ☐ Lead ☐ Other
**Condition:** ☑ Not visible ☐ Satisfactory ☐ Marginal ☐ Poor ☐ *Rusted* ☐ **Missing**

**ROOF CONDITION AND COVERINGS:**

| | **Roof #1:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | (Dimensional Asphalt Shingle) |
| | **Roof #2:** | ☐ Satisfactory | ☐ Marginal | ☑ Poor | (Asphalt - Rolled Roofing) |
| | **Roof #3:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | (Copper) |
| **Condition:** | ☐ Curling | ☐ Cracking | ☐ Ponding | ☐ Burn Spots | ☐ Broken/Loose Tiles/Shingles |
| | ☐ Nail popping | ☑ Granules missing | ☐ Alligatoring | ☐ Blistering | ☐ Missing Tabs/Shingles/Tiles |
| | ☐ Moss buildup | ☐ Exposed felt | ☐ Cupping | ☐ Incomplete/Improper Nailing | |

☑ *Recommend roofer evaluate*   (Asphalt - Rolled Roofing)

| **GUTTERS/DOWNSPOUTS:** | ☐ Not Visible ☑ Yes ☐ No ☑ Satisfactory ☐ Marginal ☐ Poor |
*Conditions reported above reflect <u>visible</u> portion only. See additional Comments*

**GENERAL COMMENTS:**

**ROOF:**
1. At the time of the inspection, roll roofing covering the roof at the front of the home exhibited general severe deterioration and will need to be replaced soon. The Inspector recommends that before the expiration of your Inspection Objection Deadline, you consult with a qualified roofing contractor to discuss options and costs for replacement.

829 Scenic Drive, Pass Christian, MS 39571   Page 7 of 38

## EXTERIOR

### CHIMNEY(S)
Location(s): Right side

| | | | | |
|---|---|---|---|---|
| **Viewed From:** | ☑ Roof | ☐ Ladder at eaves | ☐ Ground *(Inspection Limited)* | ☐ With Binoculars |
| **Rain Cap/Spark Arrestor:** | ☐ Yes | ☐ No | ☐ *Recommended* | |
| **Chase:** | ☑ Brick | ☐ Stone | ☐ Metal | ☐ Blocks   ☐ Framed |
| **Evidence of:** | ☐ Holes in metal | ☐ Cracked chimney cap | ☐ Loose mortar joints   ☐ Flaking   ☐ Loose Brick   ☐ Rust |
| **Flue:** | ☐ Tile | ☐ Metal | ☐ *Unlined* | ☑ Not visible |
| **Evidence of:** | ☐ Scaling | ☐ Cracks | ☐ Creosote | ☐ *Not evaluated* |
| | ☐ *Have flue(s) cleaned and re-evaluated* | | ☐ *Recommend Cricket/Saddle/Flashing* | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Recommend Repair* |

### GUTTERS/SCUPPERS/EAVESTROUGH
☐ None   ☑ *Needs to be cleaned*   ☐ *Downspouts needed*

| | | | |
|---|---|---|---|
| **Material:** | ☑ Copper | ☐ Vinyl/Plastic | ☐ Galvanized/Aluminum |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor   ☐ *Rusting* |
| **Leaking:** | ☐ Corners | ☐ Joints | ☐ *Hole in main run* |
| **Attachment:** | ☐ *Loose* | ☐ *Missing spikes* | ☐ *Improperly sloped* |
| **Extension needed:** | ☐ North  ☐ South  ☐ East  ☐ West | ☐ *Recommend repair/replacement of damaged sections* | |

### SIDING

| | | | | | |
|---|---|---|---|---|---|
| **Material:** | ☐ Stone   ☐ Slate | ☑ Brick | ☐ Fiberboard | ☐ Fiber-cement | ☐ Stucco |
| | ☐ EIFS* Not Inspected | ☐ Asphalt | ☑ Wood | ☐ Metal/Vinyl | ☐ Block |
| | ☐ Typical cracks | ☐ Peeling paint | ☐ *Monitor* | ☑ *Wood rot* | ☐ *Loose/Missing/Holes* |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☑ *Recommend repair/painting* | |

### TRIM, SOFFIT & FASCIA, FLASHING

| | | | |
|---|---|---|---|
| **Material:** | ☑ Wood | ☐ Fiberboard | ☐ Aluminum/Steel   ☐ Other |
| | ☐ *Recommend repair/painting* | | ☐ *Damaged wood* |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |

### CAULKING

| | | | |
|---|---|---|---|
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
| | ☑ *Recommend around windows/doors/masonry ledges/corners/utility penetrations* | | |

### WINDOWS & SCREENS
☐ *Failed/fogged insulated glass*

| | | | | |
|---|---|---|---|---|
| **Material:** | ☑ Wood | ☐ Metal | ☐ Vinyl | ☐ Aluminum/Vinyl Clad |
| **Screens:** | ☐ Torn | ☐ Bent | ☐ Not installed | ☐ Glazing Compound/Caulk needed |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor   ☐ *Wood rot* | ☐ *Recommend repair/painting* |

### STORM WINDOWS
☐ None  ☐ Not installed  ☐ Wood  ☐ Clad comb.  ☐ Wood/metal comb.  ☑ Metal

| | | | |
|---|---|---|---|
| **Putty:** | ☑ Satisfactory | ☐ *Needed* | ☐ N/A |
| **Condition:** | ☑ Satisfactory | ☐ *Broken/cracked* | ☐ *Wood rot*   ☐ *Recommend repair/painting* |

### SLAB-ON-GRADE FOUNDATION

| | | | | |
|---|---|---|---|---|
| **Foundation Wall:** | ☐ Concrete block | ☑ Poured concrete | ☐ Not visible | ☐ |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Monitor | ☐ Have Evaluated |
| **Concrete Slab:** | ☑ Satisfactory | ☐ Marginal | ☐ Monitor | ☐ Have Evaluated |

**Condition reported above reflect <u>visible</u> portion only.**

### GENERAL COMMENTS

**GUTTER AND DOWNSPOUTS:**
1.  Insides of gutters are full of debris and need to be cleaned out.
2.  Gutters may not be adequately sized for the amount of water shed from this particular roof. Recommend monitoring and make corrections as necessary.

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

**EXTERIOR:**

1. Cricket not installed on uphill side of chimney. A cricket is a small roof designed to keep runoff from pooling on the uphill side of the chimney. If the chimney is wider than 30 inches in the direction parallel to the ridge, it should have a cricket installed on the uphill side. Recommend installing cricket if problems arise.



2. Loose peeling paint conditions are in need of maintenance, due to the age of the home lead-based paint may be present. Recommend using the appropriate safety precautions when sanding and scraping and recoating the areas with this condition.
3. House shows visible algae in scattered areas. Recommend pressure washing the exterior of the house at this time.
4. Caulking is needed where the older caulking is cracking and separating. Recommend removing the old caulking and re caulk.
5. **Appears to be no spark arrestor on the chimney flue. Recommend installing a spark arrestor of the chimney flue.**
6. Cracks were observed in the brick veneer in several locations on the exterior wall. Cracks appear as a result of settlement. Cracks have no apparent displacement in any direction, and are not likely to be signs of serious failure unless they are active. Seal cracks in mortar joints by means of tuck pointing with additional mortar and monitored.



7. **Damaged wood frieze at the right-side front of the chimney chase. Recommend replacing the damaged wood.**



829 Scenic Drive, Pass Christian, MS 39571   Page 9 of 38

## EXTERIOR

**SERVICE ENTRY:** ☑ Underground   ☐ Overhead
**Exterior receptacles:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**GFCI present:** ☐ Yes   ☐ No   **Operable:** ☐ Yes   ☐ No   ☐ *Safety Hazard*
☐ **Reverse polarity**   ☑ *Open ground(s)*   ☑ Recommend GFCI Receptacles
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor

### BUILDING(S) EXTERIOR WALL CONSTRUCTION
**Type:** ☐ Not visible   ☑ Framed   ☐ Masonry
**Condition:** ☑ Not visible   ☐ Satisfactory   ☐ Marginal   ☐ Poor

### EXTERIOR DOORS   1.) ENTRANCE  2.) PATIO  3.)STORM
**Weatherstripping:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Missing   ☐ Replace
**Door Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor

### EXTERIOR A/C - HEAT PUMP
**UNIT #1:** ☐ N/A   **Location:** Left side Rear
Brand: Trane   Model #: 2A7A3048A1000AA   **Approximate age: 2006 = 12 yrs.**
**Outside Disconnect:** ☑ Yes   ☐ No   Maximum fuse/breaker rating: 40 Amp   Fuses/breakers installed: 50 Amp
**Level:** ☑ Yes   ☐ No   ☐ *Cabinet/housing rusted*   ☑ *Improperly sized fuses/breakers*
**Condenser Fins:** ☐ *Damaged*   ☐ Need cleaning   ☐ *Damaged base/pad*
☐ *Damaged Refrigerant Line*   Insulation: ☑ Yes   ☐ No   ☐ Replace
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   Improper Clearance (air flow) ☐ Yes   ☑ No

### EXTERIOR A/C - HEAT PUMP
**UNIT #2:** ☐ N/A   **Location:** Left side Front
Brand: Trane   Model #: TTB024C100A2   **Approximate age: 2005 = 13 yrs.**
**Outside Disconnect:** ☑ Yes   ☐ No   Maximum fuse/breaker rating: 25 Amp   Fuses/breakers installed: 40 Amp
**Level:** ☑ Yes   ☐ No   ☐ *Cabinet/housing rusted*   ☑ *Improperly sized fuses/breakers*
**Condenser Fins:** ☐ *Damaged*   ☐ Need cleaning   ☐ *Damaged base/pad*
☐ *Damaged Refrigerant Line*   Insulation: ☑ Yes   ☐ No   ☐ Replace
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   Improper Clearance (air flow) ☐ Yes   ☑ No

### EXTERIOR A/C - HEAT PUMP
**UNIT #3:** ☐ N/A   **Location:** Right side Rear
Brand: Rheem   Model #: RA1424AJ1NA   **Approximate age: 2015 = 3 yrs.**
**Outside Disconnect:** ☑ Yes   ☐ No   Maximum fuse/breaker rating: 25 Amp   Fuses/breakers installed: 30 Amp
**Level:** ☑ Yes   ☐ No   ☐ *Cabinet/housing rusted*   ☐ *Improperly sized fuses/breakers*
**Condenser Fins:** ☐ *Damaged*   ☐ Need cleaning   ☐ *Damaged base/pad*
☐ *Damaged Refrigerant Line*   Insulation: ☑ Yes   ☐ No   ☐ Replace
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   Improper Clearance (air flow) ☐ Yes   ☑ No

### EXTERIOR A/C - HEAT PUMP
**UNIT #4:** ☐ N/A   **Location:** Right side Front
Brand: Rheem   Model #: RA1448AJ1NA   **Approximate age: 2017 = 1 yrs.**
**Outside Disconnect:** ☑ Yes   ☐ No   Maximum fuse/breaker rating: 45 Amp   Fuses/breakers installed: 60 Amp
**Level:** ☑ Yes   ☐ No   ☐ *Cabinet/housing rusted*   ☑ *Improperly sized fuses/breakers*
**Condenser Fins:** ☐ *Damaged*   ☐ Need cleaning   ☐ *Damaged base/pad*
☐ *Damaged Refrigerant Line*   Insulation: ☑ Yes   ☐ No   ☐ Replace
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor   Improper Clearance (air flow) ☐ Yes   ☑ No

### GENERAL COMMENTS

**A-C CONDENSER/HEAT PUMP:**
1. Condenser unit is rated for a maximum disconnect of 40/25/45 amps.  The breaker in service to condenser is a 50/4060 amp breaker.  Recommend consulting with an HVAC professional to determine if the breaker should be reduced to a 40/25/50 amp breaker.

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

**EXTERIOR ELECTRICAL:**

1.  Exterior electrical outlets are not ground fault protected.  Recommend upgrading the exterior electrical outlets to ground fault protected devices.

2.  **Electrical outlets on the front porch show open ground and have interior covers, recommend correcting the open ground and installing weather tight covers.**



3.  **Electrical outlet in the back yard has a damaged weather tight cover, recommend replacing the damaged weather tight cover.**



4.  **Light fixture on the tree in the back yard is hanging by the wires, recommend repairs to the light fixture.**



829 Scenic Drive, Pass Christian, MS 39571   Page 11 of 38

## KITCHEN

**COUNTERTOPS:**  ☑ Satisfactory   ☐ Marginal   ☐ *Recommend repair/caulking*

**CABINET(S):**  ☑ Satisfactory   ☐ Marginal   ☐ *Recommend repair/adjustment*

### PLUMBING COMMENTS

| | | | | | |
|---|---|---|---|---|---|
| **Faucet Leaks:** | ☐ Yes | ☑ No | **Pipes leak/corroded:** ☐ Yes | | ☑ No |
| **Sink/Faucet:** | ☑ Satisfactory | ☐ Corroded | ☐ Chipped | ☐ Cracked | ☐ *Recommend repair* |
| **Functional Drainage:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor **Functional Flow:** ☑ Satisfactory | ☐ Marginal | ☐ Poor |

### WALLS / CEILING

**Condition:**  ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Typical cracks   ☐ *Moisture stains*

### HEATING / COOLING SOURCE   ☑ Yes   ☐ No

**FLOOR**   **Condition:**   ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Sloping   ☐ Squeaks

### APPLIANCES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☑ Disposal | *Operable*: | ☑ Yes | ☐ No | ☑ Trash compactor | | *Operable*: | ☑ Yes | ☐ No |
| ☑ Oven | *Operable*: | ☑ Yes | ☐ No | ☑ Exhaust fan | | *Operable*: | ☑ Yes | ☐ No |
| ☑ Range | *Operable*: | ☑ Yes | ☐ No | ☑ Refrigerator | | *Operable*: | ☑ Yes | ☐ No |
| ☑ Dishwasher | *Operable*: | ☑ Yes | ☐ No | ☑ Microwave | | *Operable*: | ☑ Yes | ☐ No |
| ☑ Ice Maker | *Operable*: | ☐ Yes | ☑ No | ☐ Beverage Refrigerator | *Operable*: | | ☐ Yes | ☐ No |

**Dishwasher Airgap:**   ☐ Yes   ☑ No and/or **Dishwasher Drain Line Looped:** ☑ Yes ☐ No

**Receptacles Present:**   ☑ Yes   ☐ No   Operable:   ☑ Yes   ☐ No

**GFCI:**   ☐ Yes   ☑ No   Operable:   ☐ Yes   ☐ No ☑ Recommend GFCI Receptacles

**Open ground/Reverse polarity:**   ☐ Yes   ☑ No   ☐ *Potential safety hazard(s)*

### GENERAL COMMENTS

1. Today's standard requires all outlets in the kitchen with countertop access to be ground fault protected. Recommend upgrading the kitchen outlets.
2. Range is missing one or more of the burner cups. Recommend replacing missing components of the cook top.

**BAR**
1.   Outlets at the bar are not GFCI protected, recommend installing GFCI protected outlets at the bar.
2.   **Drain pipe under the bar sink is leaking, recommend repairs to the drain pipe.**



3.   **Ice maker at the bar shows p1 error when turned on, recommend having the ice maker serviced by a qualified appliance technician.**
4.   **Ice maker at the 2nd floor bar did not function; recommend having the ice maker serviced by a qualified appliance technician.**
5.   Bar sink drains slowly compared to other drains in the house.  Recommend checking the p-trap for hair clogs prior to contracting a qualified plumber.

*FYI: Sink at the 2nd floor bar has cold water only.

829 Scenic Drive, Pass Christian, MS 39571  **Page 13 of 38**

## LAUNDRY ROOM

### LAUNDRY

| Laundry sink: | ☐ N/A | | Faucet leaks: | | ☐ Yes | ☑ No | Pipes leak: | ☐ Yes | ☑ No |
| Cross connections: | ☐ Yes | ☑ No | Heat source present: | | ☑ Yes | ☐ No | Room vented: | ☐ Yes | ☑ No |
| Dryer vented: | ☐ N/A | ☑ Wall | | ☐ Ceiling | | ☐ Floor | | ☐ Not vented | |

☐ *Plastic Dryer Vent not recommended*  ☐ *Not vented to Exterior*  ☐ *Recommend repair*  ☐ **Safety hazard**

| Electrical: | Open ground/reverse polarity within 6' of water: | | | ☐ Yes | ☑ No | ☐ **Safety hazard** |
| GFCI present: | ☑ Yes | ☐ No | **Operable:** | ☑ Yes | ☐ No | ☐ Recommend GFCI Receptacles |
| Appliances: | ☑ Washer | | ☑ Dryer | ☑ Water heater | | ☐ Furnace/Boiler |
| Washer hook-up lines/valves: | | ☐ Leaking | ☐ Corroded | | ☑ Not visible | |
| Gas Shut-off Valve: | ☐ N/A | ☑ Yes | ☐ No | ☐ Cap Needed | ☐ **Safety hazard** | ☐ Not visible |

## GENERAL COMMENTS

**EXCLUSIONS FROM THIS REPORT:**

➢ Washing machines and clothes dryers are not fixed components of the home; therefore no inspections were performed to these particular components.

829 Scenic Drive, Pass Christian, MS 39571   Page 14 of 38

## BATHROOM(S)

### BATH (HALL)

| | | | | |
|---|---|---|---|---|
| **Sinks:** | **Faucet leaks:** | ☐ Yes  ☑ No | **Pipes leak:** ☐ Yes | ☑ No |
| **Toilet:** | **Bowl Loose:** | ☐ Yes  ☑ No | **Operable:** ☑ Yes | ☐ No  ☐ Cracked bowl  ☐ Toilet leaks |

**Drainage:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Water flow:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Moisture stains present:** ☐ Yes  ☑ No  ☐ Walls  ☐ Ceilings  ☐ Cabinets
**Window/doors:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Receptacles Present:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**GFCI:** ☐ Yes  ☐ No  **Operable:** ☐ Yes  ☐ No
**Open ground/Reverse polarity:** ☐ Yes  ☐ No ☐ ▓▓▓▓▓▓▓▓▓▓▓
**Heat source present:** ☑ Yes  ☐ No
**Exhaust fan:** ☑ Yes  ☐ No  **Operable:** ☐ Yes  ☐ No  ☐ Noisy

### GENERAL COMMENTS



### BATHROOM 2 (MASTER)

| | | | | |
|---|---|---|---|---|
| **Sinks:** | **Faucet leaks:** | ☐ Yes  ☑ No | **Pipes leak:** ☐ Yes | ☑ No |
| **Showers:** | **Faucet leaks:** | ☐ Yes  ☑ No | **Pipes leak:** ☐ Yes | ☑ No  ☐ N/A |
| **Toilet:** | **Bowl loose:** | ☐ Yes  ☑ No | **Operable:** ☑ Yes | ☐ No  ☐ Cracked bowl  ☐ Toilet leaks |

**Shower/Tub area:** ☑ Ceramic/Plastic  ☐ Fiberglass  ☐ Masonite  ☑ Other
  **Condition:** ☑ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Rotted floors
  **Caulk/Grouting Needed:** ☑ Yes  ☐ No
**Drainage:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Water flow:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Moisture stains present:** ☐ Yes  ☑ No  ☐ Walls  ☐ Ceilings  ☐ Cabinets
**Window/doors:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Receptacles Present:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**GFCI:** ☐ Yes  ☑ No  **Operable:** ☐ Yes  ☐ No
**Open ground/Reverse polarity:** ☐ Yes  ☑ No ☐ ▓▓▓▓▓▓▓▓▓▓▓
**Heat source present:** ☑ Yes  ☐ No
**Exhaust fan:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No  ☐ Noisy

### GENERAL COMMENTS

1. Outlet in the hall bathroom is not GFCI protected. Recommend upgrading bathroom outlets with counter top access to GFCI protected outlets.
2. Grout is missing between the tiles in the shower surround in areas. This is normal wear and will require grouting at this time. Recommend removing any loose / brittle grout and grout where needed. This is important to the performance of the surround avoiding water damage to the wall.



3. Drain stopper located in the hall bathroom sink does not function properly. Repair and / or replace as necessary.

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

## BATHROOM(S)

### BATHROOM FLOOR (SHARED BATH)

| | | | | |
|---|---|---|---|---|
| Sinks: | Faucet leaks: | ☐ Yes  ☑ No | Pipes leak: ☐ Yes | ☑ No |
| Tubs: | Faucet leaks: | ☐ Yes  ☑ No | Pipes leak: ☐ Yes | ☑ No   ☐ N/A |
| Showers: | Faucet leaks: | ☐ Yes  ☑ No | Pipes leak: ☐ Yes | ☑ No   ☐ N/A |
| Toilet: | Bowl Loose: | ☐ Yes  ☑ No | Operable: ☑ Yes | ☐ No  ☐ Cracked bowl  ☐ Toilet leaks |
| Whirlpool: | ☐ Yes  ☑ No | Operable: ☐ Yes | ☐ No  ☐ Not tested  ☐ No access door | |

**Shower/Tub area:** ☐ Ceramic/Plastic  ☐ Fiberglass  ☐ Masonite  ☑ Other
  Condition: ☑ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Rotted floors
  Caulk/Grouting Needed: ☐ Yes  ☑ No

| | | | |
|---|---|---|---|
| **Drainage:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
| **Water flow:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |

**Moisture stains present:** ☐ Yes  ☑ No  ☐ Walls ☐ Ceilings  ☐ Cabinets
**Window/doors:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Receptacles Present:** ☑ Yes  ☐ No       **Operable:** ☑ Yes  ☐ No
**GFCI:**       ☐ Yes  ☑ No  **Operable:**  ☐ Yes  ☐ No
**Open ground/Reverse polarity:**  ☐ Yes  ☑ No ☐ Potential Safety Hazard(s)
**Heat source present:**  ☑ Yes  ☐ No
**Exhaust fan:**  ☑ Yes  ☐ No       **Operable:** ☑ Yes  ☐ No  ☐ Noisy

### GENERAL COMMENTS

1. Outlet in the shared bathroom is not GFCI protected. Recommend upgrading bathroom outlets with counter top access to GFCI protected outlets.
2. Floor in the shared bathroom slopes.

### BATH (MASTER BATH)

| | | | | |
|---|---|---|---|---|
| Sinks: | Faucet leaks: | ☐ Yes  ☑ No | Pipes leak: ☐ Yes | ☑ No |
| Tubs: | Faucet leaks: | ☐ Yes  ☑ No | Pipes leak: ☐ Yes | ☑ No   ☐ N/A |
| Toilet: | Bowl loose: | ☐ Yes  ☑ No | Operable: ☑ Yes | ☐ No  ☐ Cracked bowl  ☐ Toilet leaks |
| Whirlpool: | ☐ Yes  ☑ No | Operable: ☐ Yes | ☐ No  ☐ Not tested  ☐ No access door | |

**Shower/Tub area:** ☑ Ceramic/Plastic  ☐ Fiberglass  ☐ Masonite  ☐
  Condition: ☑ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Rotted floors
  Caulk/Grouting Needed: ☐ Yes  ☑ No

| | | | |
|---|---|---|---|
| **Drainage:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
| **Water flow:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |

**Moisture stains present:** ☐ Yes  ☑ No  ☐ Walls ☐ Ceilings  ☐ Cabinets
**Window/doors:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Receptacles Present:** ☑ Yes  ☐ No       **Operable:** ☑ Yes  ☐ No
**GFCI:**       ☐ Yes  ☑ No  **Operable:**  ☐ Yes  ☐ No
**Open ground/Reverse polarity:**  ☐ Yes  ☑ No ☐ Potential Safety Hazard(s)
**Heat source present:**  ☑ Yes  ☐ No
**Exhaust fan:**  ☑ Yes  ☐ No       **Operable:** ☑ Yes  ☐ No  ☐ Noisy

### GENERAL COMMENTS

1. Drain stopper located in the master bathroom tub does not function. Repair and / or replace as necessary.

**ROOMS**

### LOCATION: BREAKFAST AREA/DINING ROOM

| | | | |
|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☑ Cracks  ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks  ☐ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor |
| **Electrical:  Switches:** ☑ Yes | ☐ No | **Receptacles:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No | |
| **Open ground/Reverse polarity:** ☐ Yes | ☑ No | ☐ Safety hazard | ☐ Cover plates missing |
| **Heating Source Present:** ☑ Yes | ☐ Not visible | **Holes:** ☐ Doors  ☐ Walls | ☐ Ceilings |
| **Egress Restricted:** ☑ N/A | ☐ Yes  ☐ No | | |
| **Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor | ☐ Cracked glass | | |
| ☐ Evidence of leaking insulated glass | ☐ Broken/Missing hardware | | |

### GENERAL COMMENTS

1. Floor in the breakfast area has settled, appears the left side of the breakfast area appears to have been an addition. Recommend consulting a qualified contractor for repair options.



### LOCATION: LEFT FRONT CORNER  DINING ROOM

| | | | |
|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks  ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks  ☐ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor |
| **Electrical:  Switches:** ☑ Yes | ☐ No | **Receptacles:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No | |
| **Open ground/Reverse polarity:** ☐ Yes | ☑ No | ☐ Safety hazard | ☐ Cover plates missing |
| **Heating Source Present:** ☑ Yes | ☐ Not visible | **Holes:** ☐ Doors  ☐ Walls | ☐ Ceilings |
| **Egress Restricted:** ☑ N/A | ☐ Yes  ☐ No | | |
| **Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor | ☑ Cracked glass | | |
| ☐ Evidence of leaking insulated glass | ☐ Broken/Missing hardware | | |

### GENERAL COMMENTS

1. Window in the dining room has cracked glass, recommend replacing the cracked glass.

**ROOMS**

**LOCATION:**

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:   Switches:** ☑ Yes  ☐ No   **Receptacles:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Open ground/Reverse polarity:** ☐ Yes  ☑ No  ☐ ▓▓▓▓▓  ☐ Cover plates missing
**Heating Source Present:** ☑ Yes  ☐ Not visible   **Holes:** ☐ Doors  ☐ Walls   ☐ Ceilings
**Egress Restricted:** ☑ N/A  ☐ Yes  ☐ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ Cracked glass
☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

**GENERAL CONDITION:**

---

**LOCATION:**

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:   Switches:** ☑ Yes  ☐ No   **Receptacles:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Open ground/Reverse polarity:** ☐ Yes  ☑ No  ☐ ▓▓▓▓▓  ☐ Cover plates missing
**Heating Source Present:** ☑ Yes  ☐ Not visible   **Holes:** ☐ Doors  ☐ Walls   ☐ Ceilings
**Egress Restricted:** ☑ N/A  ☐ Yes  ☐ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor   ☑ Cracked glass
☐ Evidence of leaking insulated glass   ☑ Broken/Missing hardware

**GENERAL CONDITION:**

1.  Window in the living room has chipped glass, recommend replacing the chipped glass.

---

**LOCATION:**

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:   Switches:** ☑ Yes  ☐ No   **Receptacles:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Open ground/Reverse polarity:** ☐ Yes  ☑ No  ☐ ▓▓▓▓▓  ☐ Cover plates missing
**Heating Source Present:** ☑ Yes  ☐ Not visible   **Holes:** ☐ Doors  ☐ Walls   ☐ Ceilings
**Egress Restricted:** ☐ N/A  ☐ Yes  ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ Cracked glass
☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

**GENERAL CONDITION:**

829 Scenic Drive, Pass Christian, MS 39571 Page 18 of 38

ROOMS

**LOCATION:**

| | | | | | |
|---|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage | |
| **Moisture stains:** ☐ Yes | ☑ No | | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes | |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | | |
| **Electrical: Switches:** ☑ Yes | ☐ No | **Receptacles:** ☑ Yes | ☐ No | **Operable:** ☑ Yes | ☐ No |
| **Open ground/Reverse polarity:** ☐ Yes | ☑ No | ☐ ▇▇▇▇ | ☐ Cover plates missing | | |
| **Heating Source Present:** ☑ Yes | ☐ Not visible | **Holes:** | ☐ Doors | ☐ Walls | ☐ Ceilings |
| **Egress Restricted:** ☐ N/A | ☐ Yes | ☑ No | | | |
| **Doors & Windows:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Cracked glass | | |
| ☐ Evidence of leaking insulated glass | ☐ Broken/Missing hardware | | | | |

GENERAL COMMENTS

**LOCATION:**

| | | | | | |
|---|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage | |
| **Moisture stains:** ☐ Yes | ☑ No | | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☑ Slopes | |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | | |
| **Electrical: Switches:** ☑ Yes | ☐ No | **Receptacles:** ☑ Yes | ☐ No | **Operable:** ☑ Yes | ☐ No |
| **Open ground/Reverse polarity:** ☐ Yes | ☑ No | ☐ ▇▇▇▇ | ☐ Cover plates missing | | |
| **Heating Source Present:** ☑ Yes | ☐ Not visible | **Holes:** | ☐ Doors | ☐ Walls | ☐ Ceilings |
| **Egress Restricted:** ☐ N/A | ☐ Yes | ☑ No | | | |
| **Doors & Windows:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Cracked glass | | |
| ☐ Evidence of leaking insulated glass | ☐ Broken/Missing hardware | | | | |

GENERAL COMMENTS

1. Floor board at the entrance to the bedroom is split with the floor joist exposed. Recommend consulting a qualified contractor for repairs.



This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

**ROOMS**

**LOCATION: (FRONT SIDE) MIDDLE LEFT BEDROOM**

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☑ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:  Switches:** ☑ Yes  ☐ No  **Receptacles:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Open ground/Reverse polarity:** ☐ Yes  ☑ No  ☐ ▓▓▓▓▓  ☐ Cover plates missing
**Heating Source Present:** ☐ Yes  ☑ Not visible  **Holes:** ☐ Doors  ☐ Walls  ☐ Ceilings
**Egress Restricted:** ☑ N/A  ☐ Yes  ☐ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor  ☐ Cracked glass
  ☐ Evidence of leaking insulated glass  ☐ Broken/Missing hardware

**GENERAL COMMENTS:**

1. Door to the bedroom no longer latches when shut. Recommend making the needed repairs and / or adjustments for the door to latch properly.

**LOCATION: (FRONT SIDE) RIGHT SIDE MASTER BEDROOM**

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:  Switches:** ☑ Yes  ☐ No  **Receptacles:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Open ground/Reverse polarity:** ☑ Yes  ☐ No  ☐ ▓▓▓▓▓  ☐ Cover plates missing
**Heating Source Present:** ☑ Yes  ☐ Not visible  **Holes:** ☐ Doors  ☐ Walls  ☐ Ceilings
**Egress Restricted:** ☐ N/A  ☐ Yes  ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor  ☐ Cracked glass
  ☐ Evidence of leaking insulated glass  ☐ Broken/Missing hardware

**GENERAL COMMENTS:**

1. One or more outlets in the master bedroom show open ground, recommend correcting the open ground.
2. Door to the bedroom no longer latches when shut. Recommend making the needed repairs and / or adjustments for the door to latch properly.

**CLOSET ELECTRICAL:**
1. **Light fixtures in the closet are incandescent lighting with no protective cover. Items stored on the upper shelve(s) need to be a considerable distance from the light bulb. Alternatively the light fixture can be replaced with a lens protected fixture.**

**SUSPECT (DEFECTIVE DRYWALL):**
The following observations were noted during the course of my visual inspection:

1. Exposed copper in the mechanical closet(s) showed pitting or tarnishing.
2. Wiring in electrical outlets and / or switches in portions of the first level rooms showed pitting or tarnishing. *Photo only represents condition as there were other areas showing same condition.*



3. Suspect odor connected with the presence of Chinese Drywall.

**\*Due to suspect defective drywall, a piece of the drywall was removed in the most upper corner of the mechanical closet in the 1ˢᵗ level (left side) finding the end tape resembling the same as KNAUF. The sample was forwarded to an accredited laboratory for analysis by the client.**



**RECOMMENDATION(S):**
The subject dwelling appears to have signs of Chinese Drywall based on a visual inspection. Copper and / or other metals containing contents (e.g. HVAC copper lines, electrical wiring, etc...) within the dwelling showed signs of tarnishing or pitting attributed to the effects of Chinese Drywall. Recommend a certified Chinese Drywall Professional further evaluate.

The visual inspection looking for such characteristics and / unusual conditions is not an absolute that Chinese drywall does exist. This process is a means of lessening the risk for such and can assist in making decisions.

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

829 Scenic Drive, Pass Christian, MS 39571   **Page 21 of 38**


**INTERIOR**

**INTERIOR WINDOWS / DOORS**

| | |
|---|---|
| **Condition:** | ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Needs repair* |
| | ☑ Representative number of windows operated ☐ Painted shut |

☐ Glazing compound needed   ☐ Cracked glass   ☐ Hardware missing   ☐ *Broken counter-balance mechanism*
**Evidence of Leaking Insulated Glass:**   ☐ Yes ☑ No ☐ N/A

**FIREPLACE**   Location(s): Living room / Master bedroom

**Type:** ☑ Gas   ☑ Wood   ☐ *Woodburner stove*   ☐ Electric   ☐ Ventless *(See remarks)*
**Material:** ☑ Masonry   ☐ Metal (pre-fabricated)   ☐ Metal insert
**Miscellaneous:**   ☐ Blower built-in   **Operable:**   ☐ Yes ☐ No   *Damper operable:* ☑ Yes ☐ No
☐ *Open joints or cracks in firebrick/panels should be sealed*   ☐ *Fireplace doors need repair*
**Hearth Extension Adequate:** ☑ Yes ☐ No   **Mantel:**   ☐ N/A   ☑ Secure   ☐ Loose
**Physical Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Recommend having flue cleaned and re-examined*

**STAIRS**

**Handrail:**   ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ *Not present*
  ☐ **Hand Rail/Railing/Balusters Recommended**
**Risers/Treads:**   ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ *Risers/Treads uneven*

**SMOKE AND CARBON MONOXIDE DETECTORS**

| | | | |
|---|---|---|---|
| **Present:** | ☑ Smoke Detector: ☐ Yes ☐ No | **Operable:** | ☐ Yes ☐ No ☑ Not tested |
| | ☐ CO Detector: ☐ Yes ☐ No | **Operable:** | ☐ Yes ☐ No ☐ Not tested |

**ATTIC SPACE / VENTILATION / INSULATION**

**Access:** ☐ Stairs ☑ Pull down ☐ Scuttle hole/Hatch   ☐ *No access*   ☐ N/A
**Inspected From:** ☐ Access panel   ☑ In the attic
**Location:** ☑ Bedroom   ☐ Bedroom closet   ☐ Garage
**Flooring:** ☐ Complete   ☑ Partial   ☐ None
**Insulation:** ☑ Fiber glass   ☑ Batts   ☑ Loose   ☐ Cellulose ☐ Foam
  ☐ Vermiculite   ☐ Rockwoll   Depth: 12"+   ☐ *Recommend Baffles @ Eaves*
  ☐ *Damaged*   ☐ *Displaced*   ☐ *Missing*   ☐ *Compressed*
**Installed In:** ☐ Rafters   ☐ Walls   ☑ Between ceiling joists   ☐ Underside of Roof Deck   ☐ Not visible
  ☐ *Recommend additional insulation (See comments)*
**Vapor Barriers:** ☑ Kraft/foil faced   ☐ Plastic   ☐ Not visible   ☐ *Improperly Installed*
**Ventilation:** ☐ *Ventilation appears adequate*   ☑ *Recommend additional ventilation*
**Fans Exhausted To: Attic:** ☐ Yes ☐ No   **Outside:** ☐ Yes   ☐ No   ☑ Not visible
**HVAC Duct:** ☐N/A ☑Satisfactory ☐*Damaged* ☐*Split* ☐*Disconnected* ☐*Leaking* ☐*Repair/Replace* ☐*Recommend Insulation*
**Chimney Chase:** ☐ N/A   ☐ *Satisfactory*   ☐ *Needs repair* ☑ Not visible
**Structural Problems Observed:** ☐ Yes ☑ No   ☐ *Recommend repair*   ☐ *Recommend Structural Engineer*
**Roof Structure:** ☑ Rafters   ☐ Trusses   ☑ Wood   ☐ Metal
  ☐ Collar Ties ☐ Purlins   ☐ Knee Wall   ☐ Not Visible
**Ceiling Joists:** ☑ Wood   ☐ Metal   ☐ Not visible
**Sheathing:** ☐ Plywood   ☐ OSB   ☑ Planking   ☐ *Rotted*   ☐ *Stained*   ☐ *Delaminated*
**Evidence of Condensation/Moisture Leaking:**   ☐ Yes   ☑ No
**Electrical:**   ☐ *Open junction box(es)*   ☑ *Handyman wiring*   ☐ *Visible knob-and-tube*

**GENERAL COMMENTS**

**SMOKE DETECTOR:**
1.  Smoke detectors are not installed in all required areas of the home.  Today's standards require a smoke detector in
    each bedroom, bedroom hall and the garage. Recommend for safety to install additional smoke detectors.
    *Remember - Change batteries in smoke detectors every spring.

**CARBON MONOXIDE DETECTOR:**
1.  Carbon Monoxide detector not visible in the house. Due to use of gas within the home, a carbon monoxide detector is
    needed.

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

**ATTIC:**
1. **Ventilation was insufficient and should be improved.  Recommend adding additional ventilation in the attic.**
2. **Improper wire splice(s) are present in the attic.  Wire splices require isolation in a junction box with cover.**



3. Recess cans visible in the attic appear to be of the type not to be in contact with insulation.  Recommend pulling the insulation away from the recess cans where this condition exists.



4. **Improper wire terminations(s) are present in the attic.  Wire terminations require isolation in a junction box with cover.**



5. Light fixture(s) in the attic are in a location where they can be bumped with the head and / or other body parts.  Recommend installing fixtures with closed globes to avoid breaking the bulb resulting in accidental shock.

6.   **Rafters and ceiling joists appear to have old termite damage and water damage, recommend consulting a qualified contractor for replacement of the damaged wood.**



829 Scenic Drive, Pass Christian, MS 39571   **Page 24 of 38**

## PLUMBING

**WATER SERVICE**   **Main Shut-off Location:** Not Located

**Water Entry Piping:** ☑ Not visible ☐ Copper/Galv. ☐ **Plastic\*** (PVC, CPVC, Polybutylene, PEX) ☐ Lead
**Lead Other Than Solder Joints:** ☐ Yes ☐ No ☑ Unknown ☐ Service entry
**Visible Water Distribution Piping:** ☑ Copper ☐ Galvanized ☐ **Plastic\*** (PVC, CPVC, Polybutylene, PEX)
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Functional Flow:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Water pressure over 80 psi*
**Pipes, Supply/Drain:** ☐ *Corroded* ☐ *Leaking* ☐ *Valves broken/missing*
☐ *Dissimilar metal* **Cross connection:** ☐ Yes ☑ No
**Drain/Waste/Vent Pipe:** ☐ Copper ☐ Cast iron ☐ Galvanized ☑ PVC ☐ ABS
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Traps Proper P-Type:** ☑ Yes ☐ No ☐ *P-traps recommended*
**Functional Drainage:** ☑ Satisfactory ☐ Marginal ☐ Poor

**GAS LINE AND LOCATION**   Main shut off at gas meter

**Gas Line:** ☐ N/A ☐ Copper ☐ Brass ☑ Black iron ☑ Stainless steel ☐ CSST ☐ Not visible
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Recommend plumber evaluate*

**WATER HEATER**   Location: In the Laundry room

**Brand name:** Bradford / White **Serial #:** CE7826566
**Type:** ☑ Gas ☐ Electric ☐ Oil
**Capacity:** 75 gal. **Approx. age: 2005 = 13 yr(s)** **Combustion Air Venting Present:** ☑ Yes ☐ No
**Relief Valve:** ☑ Yes ☐ No **Extension proper:** ☑ Yes ☐ No ☐ *Missing* ☐ *Recommend repair*
**Vent Pipe:** ☐ N/A ☑ Satisfactory ☐ Pitch proper ☐ *Improper* ☐ *Rusted* ☐ *Recommend repair*
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor

**GENERAL COMMENTS**

**WATER HEATER:**
1. **Water heater has no drain pan. Water heaters located in areas of the home than can damage interior components of the home require a drain pan. Recommend having a qualified plumber evaluate the location of the water heater to determine if there is access for installing and draining the pan.**

829 Scenic Drive, Pass Christian, MS 39571  **Page 25 of 38**

## HEATING SYSTEM

**HEATING SYSTEM 1st FLOOR LEFT**     Location: Mechanical closet

| | | |
|---|---|---|
| **Brand Name:** | American Standard | **Approximate age: 2005 = 13 year(s)** |
| | Model #: AUDC100A9481AA | Serial #: 5485UA416 |

**HEATING SYSTEM 1st FLOOR RIGHT**     Location: Mechanical closet

| | | |
|---|---|---|
| **Brand Name:** | American Standard | **Approximate age: 2005 = 13 year(s)** |
| | Model #: AUD040C924K4 | Serial #: 5195KJA10 |

**HEATING SYSTEM 2nd FLOOR LEFT**     Location: Attic  Left side

| | | |
|---|---|---|
| **Brand Name:** | American Standard | **Approximate age: 2006 = 12 year(s)** |
| | Model #: 2TEC3F24A1000AA | Serial #: 6035KBA2V |

**HEATING SYSTEM 2nd FLOOR RIGHT**     Location: Attic Right side

| | | |
|---|---|---|
| **Brand Name:** | Rheem | **Approximate age: 2015 = 3 year(s)** |
| | Model #: RHIT4821STANJA | Serial #: W151837631 |

| | | | | |
|---|---|---|---|---|
| **Energy Source:** | ☒ Gas | ☐ LP | ☐ Oil | ☐ Electric ☐ Solid Fuel |
| **Warm Air System:** | ☐ Belt drive | ☒ Direct drive | ☐ Gravity | ☒ Central system ☐ Floor/Wall unit |
| **Heat Exchanger:** | ☒ N/A (sealed) | ☐ Visual w/mirror | ☐ *Flame distortion* ☐ *Rusted* | ☐ *Carbon/soot buildup* |
| **Carbon Monoxide:** | ☐ N/A | ☐ Detected at Plenum/Register | ☒ Not tested | |

**CO Test:** Tester: **Combustion Air Venting Present:** ☐ N/A ☒ Yes ☐ No
**Controls:** Disconnect: ☒ Yes ☐ No ☒ Normal operating and safety controls observed
**Distribution:** ☒ Metal duct ☐ Insulated flex duct ☐ Cold air returns ☒ Duct board ☐ *Asbestos-like wrap*
**Flue Piping:** ☐ N/A ☒ Satisfactory ☐ Rusted ☐ Improper slope ☐ Satisfactory
**Filter:** ☒ Standard ☐ Electrostatic ☒ Satisfactory ☐ Needs cleaning/replacement ☐ Missing
**When Turned On By Thermostat:** ☒ Fired ☐ Did not fire  Proper Operation: ☒ Yes ☐ No ☐ Not tested
**Heat Pump:** ☒ N/A ☐ Aux. electric ☐ Aux. gas

| | | | |
|---|---|---|---|
| **#1 – System Condition:** | ☒ Satisfactory | ☐ Marginal ☐ Poor | ☐ Recommended HVAC Technician Examine |
| **#2 – System Condition:** | ☒ Satisfactory | ☐ Marginal ☐ Poor | ☐ Recommended HVAC Technician Examine |
| **#3 – System Condition:** | ☒ Satisfactory | ☐ Marginal ☐ Poor | ☐ Recommended HVAC Technician Examine |
| **#4 – System Condition:** | ☒ Satisfactory | ☐ Marginal ☐ Poor | ☐ Recommended HVAC Technician Examine |

**System Not Operated Due To:** ☐ Exterior temperature

## GENERAL COMMENTS

**MECHANICAL CLOSET:**
1. Flue pipes for the heaters are in contact with flammable material, double walled flue pipes require 1" of clearance from flammable material. Recommend trimming around the flue pipe.

2. Furnaces do not have a rubber grommet where the gas line enters the units. The rubber grommet is to prevent the two metals from rubbing.



3. **Outlets in the mechanical closets are missing the covers, recommend replacing the missing covers.**



829 Scenic Drive, Pass Christian, MS 39571

## ELECTRIC/COOLING SYSTEM

| | Location: Exterior wall | **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |

**Adequate Clearance To Panel:** ☑ Yes ☐ No   Amperage: 400 Volts: 120/240   ☑ Breakers ☐ Fuses

**Appears Grounded:** ☑ Yes ☐ No ☐ Not visible

**MAIN WIRE:** ☑ Copper ☐ Aluminum ☐ Not visible ☐ *Double tapping of the main wire*

**Condition:** ☑ Satisfactory ☐ Poor ☐ *Federal Pacific Panel Stab Lok® (See remarks)\**

**BRANCH WIRE:** ☑ Copper ☐ **Aluminum\*** ☐ Not visible

**Condition:** ☑ Satisfactory ☐ Poor ☐ *Recommend electrician evaluate/repair\**

☑ Romex ☐ BX cable ☐ Conduit ☐ *Knob & tube\*\**

☐ *Double tapping* ☐ *Wires undersized/oversized breaker/fuse*

Location 1: Laundry room

**Branch Wire:** ☑ Copper ☐ Aluminum ☑ Breakers ☐ Fuses

**GFCI Breaker:** ☐ Yes ☑ No   **Operable:** ☐ Yes ☐ No

**AFCI Breaker:** ☐ Yes ☑ No   **Operable:** ☐ Yes ☐ No

Neutral/ground separated: ☑ Yes ☐ No   Neutral isolated: ☑ Yes ☐ No ☐

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Recommend separating/isolating neutrals*

A representative number of installed lighting fixtures, switches, and receptacles located inside the house, garage, and exterior walls were tested and found to be:

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☑ Open grounds ☐ Reverse polarity

☐ GFCIs not operating ☐ *Solid conductor aluminum branch wiring circuits\**

☐ Ungrounded 3-prong receptacles

☐ *Recommend electrician evaluate/repair\**

**MAIN ELECTRICAL PANEL:**

1. Recommend capping the terminated wires in the main panel.

**SUB ELECTRICAL PANEL (LAUNDRY ROOM):**

1. One or more of the romex wires entering the electric sub-panel are missing romex connectors. Install plastic inserts where missing.

| | | | | | |
|---|---|---|---|---|---|
| **Energy Source:** | ☑ Electric | ☐ Gas | | | |
| **Unit Type:** | ☑ Air cooled | ☐ Water cooled | ☐ Geothermal | ☐ Heat pump | |
| **Evaporator Coil:** | ☐ Satisfactory | ☑ Not visible | ☐ Needs cleaning | ☐ Damaged | |
| **Refrigerant lines:** | ☐ Leak | ☐ Damage | ☐ Insulation missing | | ☑ Satisfactory |
| **Condensate Line/Drain:** | ☐ To exterior | ☐ To pump | ☐ Floor drain | | |

**Operation:**    1st Floor left:  **Differential: 22 °F** (Supply: 48 °F / Return: 70 °F)

1st Floor right: **Differential: 19 °F** (Supply: 51 °F / Return: 70 °F)

2nd Floor left:  **Differential: 4 °F** (Supply: 74 °F / Return: 78 °F)

2nd Floor right: **Differential: 18 °F** (Supply: 55 °F / Return: 73 °F)

**Difference in temperature (split) should be 14-22° Fahrenheit**

**Condition:**    ☑ Satisfactory    ☐ Marginal  ☐ Poor  ☑ *Recommend HVAC technician examine/clean/service*

1.  **2nd floor left side A/C is operating outside the proper temperature differential; the temperature drop measured across the evaporator coil is lower than considered typical.**

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc



# ITEMS NOT OPERATING

1. Ice maker at the bar shows p1 error when turned on, recommend having the ice maker serviced by a qualified appliance technician.
2. Ice maker at the 2nd floor bar did not function; recommend having the ice maker serviced by a qualified appliance technician.

# MAJOR CONCERNS

*Item(s) that have failed or have potential of failing soon.*

1. At the time of the inspection, roll roofing covering the roof at the front of the home exhibited general severe deterioration and will need to be replaced soon. The Inspector recommends that before the expiration of your Inspection Objection Deadline, you consult with a qualified roofing contractor to discuss options and costs for replacement.
2. Damaged wood frieze at the right side front of the chimney chase. Recommend replacing the damaged wood.
3. Drain pipe under the bar sink is leaking, recommend repairs to the drain pipe.
4. Ventilation was insufficient in the attic and should be improved. Recommend adding additional ventilation in the attic.
5. Rafters and ceiling joists appear to have old termite damage and water damage, recommend consulting a qualified contractor for replacement of the damaged wood.
6. Water heater has no drain pan. Water heaters located in areas of the home than can damage interior components of the home require a drain pan. Recommend having a qualified plumber evaluate the location of the water heater to determine if there is access for installing and draining the pan.
7. 2nd floor left side A/C is operating outside the proper temperature differential; the temperature drop measured across the evaporator coil is lower than considered typical.
8. The subject dwelling appears to have signs of Chinese Drywall based on a visual inspection. Copper and / or other metals containing contents (e.g. HVAC copper lines, electrical wiring, etc...) within the dwelling showed signs of tarnishing or pitting attributed to the effects of Chinese Drywall. Recommend a certified Chinese Drywall Professional further evaluate. *Due to suspect defective drywall, a piece of the drywall was removed in the most upper corner of the mechanical closet in the 1st level (left side) finding the end tape resembling the same as KNAUF. The sample was forwarded to an accredited laboratory for analysis by the client.

# POTENTIAL SAFETY HAZARDS

1. Electrical outlets on the front porch show open ground and have interior covers, recommend correcting the open ground and installing weather tight covers.
2. Electrical outlet in the back yard has a damaged weather tight cover, recommend replacing the damaged weather tight cover.
3. Light fixture on the tree in the back yard is hanging by the wires, recommend repairs to the light fixture.
4. Balusters to the 2nd floor patio are spaced wider than today's standard. This may not have been required at time of inspection and would be considered non-conforming, pre-existing. Today's standards are spacing of the balusters no wider than 4" apart. Recommend adding additional fall protection if necessary for small children etc.
5. Window in the dining room has cracked glass, recommend replacing the cracked glass.
6. Light fixtures in the closet are incandescent lighting with no protective cover. Items stored on the upper shelve(s) need to be a considerable distance from the light bulb. Alternatively the light fixture can be replaced with a lens protected fixture.
7. Smoke detectors are not installed in all required areas of the home. Today's standards require a smoke detector in each bedroom, bedroom hall and the garage. Recommend for safety to install additional smoke detectors. *Remember - Change batteries in smoke detectors every spring.
8. Carbon Monoxide detector not visible in the house. Due to use of gas within the home, a carbon monoxide detector is needed.
9. Improper wire splice(s) are present in the attic. Wire splices require isolation in a junction box with cover.
10. Improper wire terminations(s) are present in the attic. Wire terminations require isolation in a junction box with cover.
11. Flue pipes for the heaters are in contact with flammable material, double walled flue pipes require 1" of clearance from flammable material. Recommend trimming around the flue pipe.
12. Outlets in the mechanical closets are missing the covers, recommend replacing the missing covers.
13. One or more of the romex wires entering the electric sub-panel are missing romex connectors. Install plastic inserts where missing.

*Items listed in this report may inadvertently have been left off the Summary Sheet. Customer should read the entire report, including the Remarks.*

AMERICAN SOCIETY OF HOME INSPECTORS®

# Standards of Practice

| | |
|---|---|
| 1. | Introduction |
| 2. | Purpose & Scope |
| 3. | Structural System |
| 4. | Exterior |
| 5. | Roofing System |
| 6. | Plumbing System |
| 7. | Electrical System |
| 8. | Heating System |
| 9. | Air Conditioning System |
| 10. | Interior |
| 11. | Insulation & Ventilation |
| 12. | Fireplaces & Solid Fuel Burning Appliances |
| 13. | General Limitations & Exclusions |
| | Glossary |

Effective 1 January 2000
© 2000 American Society of Home Inspectors®

## 1. INTRODUCTION

**1.1** The American Society of Home Inspectors®, Inc. (ASHI®) is a not-for-profit professional society established in 1976. Membership in ASHI is voluntary and its members include private, fee-paid home *inspectors*. ASHI®'s objectives include promotion of excellence within the profession and continual improvement of its members' inspection services to the public.

## 2. PURPOSE AND SCOPE

**2.1** The purpose of these Standards of Practice is to establish a minimum and uniform standard for private, fee-paid home *inspectors* who are members of the American Society of Home Inspectors. *Home inspections* performed to these Standards of Practice are intended to provide the client with information regarding the condition of the *systems* and *components* of the home as *inspected* at the time of the *Home Inspection*.

**2.2 The *inspector* shall:**
    A. *inspect*:
        1. *readily accessible systems* and *components* of homes listed in these Standards of Practice.
        2. *installed systems* and *components* of homes listed in these Standards of Practice.
    B. *report*:
        1. on those *systems* and *components inspected* which, in the professional opinion of the *inspector*, are *significantly deficient* or are near the end of their service lives.
        2. A reason why, if not self-evident, the system or component is *significantly deficient* or near the end of its service life.
        3. the *inspector's* recommendations to correct or monitor the *reported* deficiency.
        4. on any *systems* and *components* designated for inspection in these Standards of Practice which were present at the time of the *Home Inspection* but were not *inspected* and the reason they were not *inspected*.

**2.3 These Standards of Practice are not intended to limit *inspectors* from:**
    A. including other inspection services, *systems* or *components* in addition to those required by these Standards of Practice.
    B. specifying repairs, provided the *inspector* is appropriately qualified and willing to do so.
    C. excluding *systems* and *components* from the inspection if requested by the client.

## 3. STRUCTURAL *SYSTEM*

**3.1**     **The *inspector* shall:**

A. *inspect*:
1. the *structural components* including foundation and framing.
2. by probing a *representative number* of *structural components* where deterioration is suspected or where clear indications of possible deterioration exist. Probing is NOT required when probing would damage any finished surface or where no deterioration is visible.

B. *describe*:
1. the foundation and *report* the methods used to *inspect* the *under-floor crawl space*.
2. the floor structure.
3. the wall structure.
4. the ceiling structure.
5. the roof structure and *report* the methods used to *inspect* the attic.

**3.2 The *inspector* is NOT required to:**

A. provide any *engineering service* or *architectural service*.
B. offer an opinion as to the adequacy of any *structural system* or *component*.

## 4. EXTERIOR

**4.1 The *inspector* shall:**

A. *inspect*:
1. the exterior wall covering, flashing and trim.
2. all exterior doors.
3. attached decks, balconies, stoops, steps, porches, and their associated railings.
4. the eaves, soffits, and fascias where accessible from the ground level.
5. the vegetation, grading, surface drainage, and retaining walls on the property when any of these are likely to adversely affect the building.
6. walkways, patios, and driveways leading to dwelling entrances.

B. *describe* the exterior wall covering.

**4.2 The *inspector* is NOT required to:**

A. *inspect*:
1. screening, shutters, awnings, and similar seasonal accessories.
2. fences.
3. geological, geotechnical, or hydrological conditions.
4. *recreational facilities*.
5. outbuildings.
6. seawalls, break-walls, and docks.
7. erosion control and earth stabilization measures.

## 5. ROOF *SYSTEM*

**5.1 The *inspector* shall:**

A. *inspect*:
1. the roof covering.
2. the *roof drainage systems*.
3. the flashings.
4. the skylights, chimneys, and roof penetrations.

B. *describe* the roof covering and *report* the methods used to *inspect* the roof.

**5.2 The *inspector* is NOT required to:**

A. *inspect*:
1. antennae.
2. interiors of flues or chimneys which are not *readily accessible*.
3. other installed accessories.

## 6. PLUMBING *SYSTEM*

**6.1 The *inspector* shall:**

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

A. *inspect*:
1.   the interior water supply and distribution *systems* including all fixtures and faucets.
2.   the drain, waste and vent *systems* including all fixtures.
3.   the water heating equipment
4.   the vent *systems*, flues, and chimneys.
5.   the fuel storage and fuel distribution *systems*.
6.   the drainage sumps, sump pumps, and related piping.

B. *describe*:
1.   the water supply, drain, waste, and vent piping materials.
2.   the water heating equipment including the energy source.
3.   the location of main water and main fuel shut-off valves.

### 6.2 The *inspector* is NOT required to:
A. *inspect*:
1.   the clothes washing machine connections.
2.   the interiors of flues or chimneys which are not *readily accessible*.
3.   wells, well pumps, or water storage related equipment.
4.   water conditioning *systems*.
5.   solar water heating *systems*.
6.   fire and lawn sprinkler *systems*.
7.   private waste disposal *systems*.

B. determine:
1.   whether water supply and waste disposal *systems* are public or private.
2.   the quantity or quality of the water supply.
3.   operate safety valves or shut off valves.

## 7. ELECTRICAL SYSTEM

### 7.1 The *inspector* shall:
A. *inspect*:
1.   the service drop.
2.   the service entrance conductors, cables, and raceways.
3.   the service equipment and main disconnects.
4.   the service grounding.
5.   the interior *components* of service panels and sub panels.
6.   the conductors.
7.   the overcurrent protection devices.
8.   a *representative number* of *installed* lighting fixtures, switches, and receptacles.
9.   the ground fault circuit interrupters.

B. *describe*:
1.   the amperage and voltage rating of the service
2.   the location of main disconnect(s) and sub panels
3.   the *wiring methods*

C. *report*:
1.   on the presence of solid conductor aluminum branch circuit wiring
2.   on the absence of smoke detectors

### 7.2 The *inspector* is NOT required to:
A. *inspect*:
1.   the remote control devices unless the device is the only control device.
2.   the *alarm systems* and *components*.
3.   the low voltage wiring, *systems* and *components*.
4.   the ancillary wiring, *systems* and *components* not a part of the primary electrical power distribution *system*.

B. measure amperage, voltage, or impedance.

## 8. HEATING *SYSTEM*

### 8.1 The *inspector* shall:

A. *inspect*:
1.   the *installed* heating equipment.
2.   the vent *systems*, flues, and chimneys.
B. *describe*
1.   the energy source.
2.   the heating method by its distinguishing characteristics.

### 8.2 The *inspector* is NOT required to:
A. *inspect*:
1.   the interiors of flues or chimneys which are not *readily accessible*.
2.   the heat exchanger.
3.   the humidifier or dehumidifier.
4.   the electronic air filter.
5.   the solar space heating system.
B. determine heat supply adequacy or distribution balance.

## 9. AIR CONDITIONING *SYSTEMS*

### 9.1 The *inspector* shall:
A. *inspect* the *installed* central and through-wall cooling equipment.
B. *describe*:
1.   the energy source.
2.   the cooling method by its distinguishing characteristics.
### 9.2 The *inspector* is NOT required to:
A. *inspect* electronic air filters.
B. determine cooling supply adequacy or distribution balance.

## 10. INTERIOR

### 10.1 The *inspector* shall:
A. *inspect*:
1.   the walls, ceilings, and floors.
2.   the steps, stairways, and railings.
3.   the countertops and a *representative number* of *installed* cabinets.
4.   a *representative number* of doors and windows.
5.   garage doors and garage door operators.
### 10.2 The *inspector* is NOT required to:
A. *inspect*:
1.   the paint, wallpaper, and other finish treatments.
2.   the carpeting.
3.   the window treatments.
4.   the central vacuum *systems*.
5.   the *household appliances*.
6.   *recreational facilities*.

## 11. INSULATION & VENTILATION

### 11.1 The *inspector* shall:
A. *inspect*:
1.   the insulation and vapor retarders in unfinished spaces.
2.   the ventilation of attics and foundation areas.
3.   the mechanical ventilation *systems*.
B. *describe*:
1.   the insulation and vapor retarders in unfinished spaces.
2.   the absence of insulation in unfinished spaces at conditioned surfaces.

### 11.2 The *inspector* is NOT required to:
A. disturb insulation or vapor retarders.
B. determine indoor air quality.

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

## 12. FIREPLACES AND SOLID FUEL BURNING APPLIANCES

**12.1 The *inspector* shall:**
    A. *inspect* :
        1.  the system *components*.
        2.  the vent *systems*, flues, and chimneys.
    B. *describe*:
        1.  the fireplaces and solid fuel burning appliances.
        2.  the chimneys.

**12.2    The *inspector* is NOT required to:**
    A. *inspect*:
        1.  the interiors of flues or chimneys.
        2.  the firescreens and doors.
        3.  the seals and gaskets.
        4.  the automatic fuel feed devices.
        5.  the mantles and fireplace surrounds.
        6.  the combustion make-up air devices.
        7.  the heat distribution assists whether gravity controlled or fan assisted.
    B. ignite or extinguish fires.
    C. determine draft characteristics.
    D. move fireplace inserts or stoves or firebox contents.

## 13. GENERAL LIMITATIONS AND EXCLUSIONS

**13.1    General limitations:**
    A. Inspections performed in accordance with these Standards of Practice
        1.  are not *technically exhaustive*.
        2.  will not identify concealed conditions or latent defects
    B. These Standards of Practice are applicable to buildings with four or fewer dwelling units and their garages or carports.

**13.2    General exclusions:**
    A. The *inspector* is not required to perform any action or make any determination unless specifically stated in these Standards of Practice, except as may be required by lawful authority.
    B. *Inspectors* are NOT required to determine:
        1.  the condition of *systems* or *components* which are not *readily accessible*.
        2.  the remaining life of any system or component.
        3.  the strength, adequacy, effectiveness, or efficiency of any system or component.
        4.  the causes of any condition or deficiency.
        5.  the methods, materials, or costs of corrections.
        6.  future conditions including, but not limited to, failure of *systems* and *components*.
        7.  the suitability of the property for any specialized use.
        8.  compliance with regulatory requirements (codes, regulations, laws, ordinances, etc.).
        9.  the market value of the property or its marketability.
      10.  the advisability of the purchase of the property.
      11.  the presence of potentially hazardous plants or animals including, but not limited to wood destroying organisms or diseases harmful to humans.
      12.  the presence of any environmental hazards including, but not limited to toxins, carcinogens, noise, and contaminants in soil, water, and air.
      13.  the effectiveness of any system *installed* or methods utilized to control or remove suspected hazardous substances.
      14.  the operating costs of *systems* or *components*.
      15.  the acoustical properties of any system or component.
    C. *Inspectors* are NOT required to offer:
        1.  or perform any act or service contrary to law.
        2.  or perform *engineering services*.
        3.  or perform work in any trade or any professional service other than *home inspection*.

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

    4.  warranties or guarantees of any kind.

D. *Inspectors* are NOT required to operate:
1. any system or component which is shut down or otherwise inoperable.
2. any system or component which does not respond to *normal operating controls*.
3. shut-off valves.

E. *Inspectors* are NOT required to enter:
1. any area which will, in the opinion of the *inspector*, likely be dangerous to the *inspector* or other persons or damage the property or its *systems* or *components*.
2. the *under-floor crawl spaces* or attics which do not conform to recognized standards for clearance.

F. *Inspectors* are NOT required to *inspect*:
1. underground items including, but not limited to underground storage tanks or other underground indications of their presence, whether abandoned or active.
2. *systems* or *components* which are not *installed*.
3. *decorative items*.
4. *systems* or *components* located in areas which are not entered in accordance with these Standards of Practice.
5. detached structures other than garages and carports.
6. common elements or common areas in multi-unit housing, such as condominium properties or cooperative housing.

G. *Inspectors* are NOT required to:
1. perform any procedure or operation which will, in the opinion of the *inspector*, likely be dangerous to the *inspector* or other persons or damage the property or its *systems* or *components*.
2. move suspended ceiling tiles, personal property, furniture, equipment, plants, soil, snow, ice, or debris.
3. *dismantle* any *system* or *component*, except as explicitly required by these Standards of Practice.

## GLOSSARY OF ITALICIZED WORDS

### Alarm Systems
Warning devices, *installed* or free-standing, including but not limited to; carbon monoxide detectors, flue gas and other spillage detectors, security equipment, ejector pumps and smoke alarms

### Architectural Service
Any practice involving the art and science of building design for construction of any structure or grouping of structures and the use of space within and surrounding the structures or the design for construction, including but not specifically limited to, schematic design, design development, preparation of construction contract documents, and administration of the construction contract

### Automatic Safety Controls
Devices designed and installed to protect systems and components from unsafe conditions

### Component
A part of a *system*

### Decorative
Ornamental; not required for the proper operation of the essential *systems* and *components* of a home

### Describe
To report a *system* or *component* by its type or other observed, significant characteristics to distinguish it from other *systems* or *components*

### Dismantle
To take apart or remove any *component*, device or piece of equipment that would not be taken apart or removed by a homeowner in the course of normal and routine home owner maintenance

### Engineering Service

Any professional service or creative work requiring engineering education, training, and experience and the application of special knowledge of the mathematical, physical and engineering sciences to such professional service or creative work as consultation, investigation, *evaluation*, planning, design and supervision of construction for the purpose of assuring compliance with the specifications and design, in conjunction with structures, buildings, machines, equipment, works or processes

### Further Evaluation
Examination and analysis by a qualified professional, tradesman or service technician beyond that provided by the *home inspection*

### Home Inspection
The process by which an inspector visually examines the *readily accessible systems* and *components* of a home and which describes those *systems* and *components* in accordance with these Standards of Practice

### Household Appliances
Kitchen, laundry, and similar appliances, whether *installed* or free-standing

### Inspect
To examine readily accessible *systems* and *components* of a building in accordance with these Standards of Practice, using *normal operating controls* and opening *readily openable access panels*

### Inspector
A person hired to examine any *system* or *component* of a building in accordance with these Standards of Practice

### Installed
Attached such that removal requires tools

### Normal Operating Controls
Devices such as thermostats, switches or valves intended to be operated by the homeowner

### Readily Accessible
Available for visual inspection without requiring moving of personal property, *dismantling*, destructive measures, or any action which will likely involve risk to persons or property

### Readily Openable Access Panel
A panel provided for homeowner inspection and maintenance that is within normal reach, can be removed by one person, and is not sealed in place

### Recreational Facilities
Spas, saunas, steam baths, swimming pools, exercise, entertainment, athletic, playground or other similar equipment and associated accessories

### Report
To communicate in writing

### Representative Number
One *component* per room for multiple similar interior *components* such as windows and electric outlets; one *component* on each side of the building for multiple similar exterior *components*

### Roof Drainage Systems
*Components* used to carry water off a roof and away from a building

### Significantly Deficient
*Unsafe* or not functioning

### Shut Down
A state in which a *system* or *component* cannot be operated by *normal operating controls*

### Solid Fuel Burning Appliances

This confidential report is prepared exclusively for Michael Christovich
© 2018 Home Inspection Building Specialist Inc

A hearth and fire chamber or similar prepared place in which a fire may be built and which is built in conjunction with a chimney; or a listed assembly of a fire chamber, its chimney and related factory-made parts designed for unit assembly without requiring field construction

### Structural Component
A *component* which supports non-variable forces or weights (dead loads) and variable forces or weights (live loads)

### System
A combination of interacting or interdependent *components*, assembled to carry out one or more functions

### Technically Exhaustive
An investigation that involves *dismantling*, the extensive use of advanced techniques, measurements, instruments, testing, calculations, or other means

### Under-Floor Crawl Space
The area within the confines of the foundation and between the ground and the underside of the floor

### Unsafe
A condition in a readily accessible, *installed component* or *system* which is judged to be a significant risk of personal injury during normal, day-to-day use. The risk may be due to damage, deterioration, improper installation or a change in accepted residential construction standards

### Wiring Methods
Identification of electrical conductors or wires by their general type, such as "non-metallic sheathed cable" ("Romex"), "armored cable" ("bx") or "knob and tube," etc.

# Exhibit 2

# Exhibit 3



**PRO-LAB®**

The
Professional's Choice
for Environmental Testing"
1675 N. Commerce Parkway, Weston, FL    33326
Tel: (954) 384-4446    Fax: (954) 384-4838

HOME INSPECTION & BUILDING SPECIALISTS
PO BOX 273
OCEAN SPRINGS, MS 39566

**Report Number:    1155195**

# Certificate of Drywall Analysis

| | |
|---|---|
| Prepared for: | HOME INSPECTION & BUILDING SPECIALISTS |
| Phone Number: | 228-875-3699 |
| Email Address: | homeinspecspec@aol.com |
| Test Address: | CHRISTOVICH<br>829 SCENIC DRIVE<br>PASS CHRISTIAN, MS 39520 |
| Collection Location | MECHANICAL CLOSET (1ST FLOOR) |
| Date Collected: | AUGUST 03, 2018 |
| Receive Date: | AUGUST 06, 2018 |
| Report Date: | AUGUST 09, 2018 |

Carlos Ochoa, Quality Control Manager

Analytical results and reports are generated by PRO-LAB/SSPTM, Inc. for and at the request of its client(s) named on this report, and for their exclusive use. PRO-LAB/SSPTM, Inc. does not release original, copies or verbal results to any third party without prior written approval from the named client(s). This report applies only to the sample(s) tested. This report may not be reproduced, except in full, without approval from PRO-LAB/SSPTM, Inc. The client(s) is solely responsible for the use and interpretation of this report. PRO-LAB/SSPTM, Inc. makes no express or implied warranties as to health of a property from only the samples sent to their laboratory for analysis. The Client is hereby notified that all samples of gypsum board are sent to Columbia Analytical Services. After the testing, samples are and are retained for a 7 day period, after which they are discarded in a manner consistent with local and federal guidelines.

All tests are subject to false positives and false negatives and the analyses and interpretation(s) made herein may not be regarded as a basis for taking any action regarding health or remediation of the tested materials.

**For more information please contact PRO-LAB at 954-384-4446**

EXHIBIT

tabbies

"D"

Page 1 of 2



**PRO-LAB®**

The
**Professional's Choice**
for**Environmental Testing**℠

Client:  HOME INSPECTION & BUILDING SPECIALISTS        **Report Number:  1155195**
Sample Submitted:  MECHANICAL CLOSET – 1ST FLOOR

                                           Analysis Date:     08/07/2018
                                           Report Date:       08/09/2018

## Case Narrative

Approximately 1 gram of gypsum board was prepared and analyzed using a GC ECD (Gas Chromatograph Electron Capture Detector) method. This analysis technique is used to determine the amount of Elemental Sulfur (orthorhombic sulfur, cyclooctasulfur, S8) in your sample. The Consumer Product Safety Commission (CPSC) has determined that Elemental Sulfur analysis of suspected contaminated drywall is the most accurate way to test (SUMMARY OF REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010). Gypsum in drywall samples from homes containing greater than 10 mg/kg is believed to contribute to sulfur gasses emitted from corrosive drywall.
(http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html)

## Results

Elemental Sulfur was **DETECTED** above a level (>10 kg/mg) the CPSC has determined as being a marker for problem drywall gypsum product (http://www.cpsc.gov/info/drywall/guidance0827.pdf).

## Conclusion (POSITIVE FOR CONTAMINATED DRYWALL)

The testing shows this sample is consistent with problem drywall product known to cause corrosive conditions demonstrated by the formation of copper sulfide (blackening) on any or all of the electronic components, copper grounding wires, copper air conditioning coils, and corrosive for copper pipes; specifically air conditioning condenser coils. The positive results of the GC ECD testing indicate the presence of high levels of Elemental Sulfur that the CPSC uses to distinguish between problematic and non-problematic drywall product.

**This is only an analytical report. The interpretation and application of results are left to the user.**

**Drywall Analysis Results**     **Elemental Sulfur\***   **24 mg/kg**

*(LOQ = 5 mg/kg, See attached Laboratory data)

Copper wiring and AC condensor coils, copper wiring, and other electronic components are likely to show blackening due to gasses produced from your sample of drywall. The State of Florida has an excellent self-assessment guide for evaluating homes affected by drywall from China. (http://www.doh.state.fl.us/environment/community/indoor-air/inspections.html).

## END OF REPORT

# ALS ENVIRONMENTAL

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** PRO-LAB, Inc.
**Client Project ID:** Drywall Investigation

ALS Project ID: P1804028

## Orthorhombic Cyclooctasulfur

**Test Code:** ASTM C471M-14
**Instrument ID:** HP6890+/GC23/ECD
**Analyst:** Zheng Wang
**Sample Type:** Wallboard
**Test Notes:**

Date Received: 8/7/18
Date Extracted: 8/7/18
Date Analyzed: 8/7/18

| Client Sample ID | ALS Sample ID | Sample Amount Gram(s) | Extract Volume ml(s) | Dilution Factor | Result mg/Kg | LOQ mg/Kg |
|---|---|---|---|---|---|---|
| 1155196-1 829 Scenic Drive Pass Christian, MS, 39520 | P1804028-001 | 1.00 | 5.0 | 1.00 | 24 | 5.0 |
| Negative Control Sample | P180807-NCS | 1.00 | 5.0 | 1.00 | ND | 5.0 |

ND = Compound was analyzed for, but not detected above the limit of quantitation.

LOQ = Limit of Quantitation.

According to the Florida Department of Health (http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html, 1/5/2?
a positive result above 10 mg/kg is indicative of corrosive drywall.

A positive result between 5-10 mg/kg is inconclusive; further testing may be warranted.

## LABORATORY CONTROL SAMPLE / DUPLICATE LABORATORY CONTROL SAMPLE SUMMARY

| Client Sample ID | ALS Sample ID | Spike Amount LCS / DLCS mg/Kg | Result LCS mg/Kg | DLCS mg/Kg | % Recovery LCS | DLCS | ALS Acceptance Limits | RPD | RPD Limit |
|---|---|---|---|---|---|---|---|---|---|
| Dup Lab Control Sample | P180807-DLCS | 118 | 113 | 112 | 96 | 95 | 75-117 | 1 | 11 |

# Property Screening Report

### *829 E. Scenic Dr., Pass Christian, MS 39571*

Screening Date:
August 9, 2018

Prepared for:
Carlisle Place, LLC

HHS Inspector(s):
Shawn Macomber





# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

August 9, 2018

Woody Bailey
Carlisle Place, LLC
829 E. Scenic Dr.
Pass Christian, MS 39571

RE:   Chinese Drywall Screening Report Number: Carlisle_PL_829
      Property: 829 E. Scenic Dr. Pass Christian, MS 39571


Mr Bailey:

At your request, an inspection of the above property was performed on August 9, 2018. The building is a single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---|---|---|---|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

At approximately 4818 sf total with ceilings, we estimate that there is 19,945 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

2



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
 REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008. A positive result for this step (including both criteria) is a prerequisite to any further consideration.

### Step 2: Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

If Step 1 is not found to be true than it is not appropriate to move on to Step 2.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Indicia



**Figure 3:Date Stamp on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit- Damages



**Figure 5: AC coils #1 showed heavy blackening.**



**Figure 6: Coolant AC #1 return line showed moderate to heavy blackening.**

Healthy Home Solutions, LLC
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

6



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit- Damages



Figure 7: AC coils #2 showed light blackening.



Figure 8: Coolant AC #2 return line showed moderate to heavy blackening.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



**Figure 9: AC coils #3 showed light blackening.**



**Figure 10: Coolant AC #3 return line showed light to moderate blackening.**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



**Figure 11: AC coils #4 appeared to be coated or made with corrosion resistant material**



**Figure 12: Coolant AC #4 return line showed moderate to heavy blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



**Figure 13: Copper water supply at water heater showed moderate blackening.**



**Figure 14: Copper water supply at water heater showed moderate blackening.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

10



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit- Damages



**Figure 15: Copper at breaker panel showed light to moderate blackening.**



**Figure 16: Copper at breaker panel showed light to moderate blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit- Damages



**Figure 17: Outlet showing heavy blackening of exposed copper.**



**Figure 18: Exposed copper at water heater showed light blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



**Figure 19: Copper at water supply showed heavy blackening.**



**Figure 20:  Heavy blackening on copper water supply under sink.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Damages



**Figure 21:  XRF used to measure Sulfur deposition on water supply line.**



**Figure 22: Sulfur measured at 4057.64 micrograms/cm^3**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

14



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Finishes



Figure 23: Kitchen overview.



Figure 24: Kitchen sink with large continuos piece of granite.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

15



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 25:  Oven microwave combo.**



**Figure 26: Model and serial number for oven.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 27: Refrigerator.**



**Figure 28: Model and Serial number of refrigerator.**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 29:  Dishwasher.**



**Figure 30: Model and serial number of dishwasher.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

18



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 31:  Garbage Disposal**



**Figure 32: Instant water heater under sink**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

19



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 33:  Trash Compactor.**



**Figure 34: Model and serial number of trash compactor**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

20



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Finishes



**Figure 35: Dirty kitchen.**



**Figure 36: Jenn Air drop in range**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 37:  Dirty kitchen with backsplash and window blinds.**



**Figure 38: Built in pantry cabinets in 2nd kitchen**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 39:  Double freezers.**



**Figure 40: Window stool and apron detail over tile back splash**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 41:  Wet bar**



**Figure 42: Ice maker at wet bar.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

24



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 43: Wall paper in entry hall**



**Figure 44:  Cat tail stair way with drywall on underside.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

25



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 45: Dining room has extensive trim details and custom wall paper.



Figure 46:  Detail of wall paper in dining room.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 47:  Entry door lockset.**



**Figure 48: Crown molding and door casing detail.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

27



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 49: Brass vanity faucet**



**Figure 50: Brass vanity faucet.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 51:  Tile shower pan.**



**Figure 52: Bathroom vanity and tile.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

29



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 53: Wood flooring**



**Figure 54: Built in cabinets.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

30



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 55:  Wood paneling in study.**



**Figure 56: Built in cabinets in study.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 57:  Cedar walls in closet**



**Figure 58: Marble and wall paper in upstairs bathroom**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

32



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Additional Photos are found in the attached photo contact sheet.

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Renovator/Builder:** Shivers Homes
**Drywall Supplier:** Interior Exterior
**Year built:** N/A **Renovated:** 2006-2007
**Square Footage:** 5000   **Ceiling Height:** varies from 8'6" to 13'
**Framing Material:** wood
**Number of HVAC units:** 4
**Number of Water Heaters:** 1

### Building/Renovation/Addition History (Drywall)
Home was renovated after hurricane Katrina. Some drywall on lower floor was replaced and some of ceiling on 2nd floor was replaced

### Reason for Screening
Documentation of KPT for litigation.

### Known issues include, but are not limited to:
Sulfur odor. Strongest in HVAC closet and breakfast nook.

### A/C age and repair history:
Several service calls. Air handler has been changed and 2 compressors have been changed.

### Primary complaints related to the home include, but are not limited to:
Blackened copper and occasional odor.

### Primary complaints related to personal property within the home include, but are not limited to:
None reported.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Inspector's Observations:

### Odor associated with reactive drywall:

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

> *Inspector did detect an odor consistent with CDW at arrival and during the inspection.*

### Visual observations of the effects typical in homes with reactive "Chinese" drywall:

The <u>Report on Study of Electrical Component Corrosion Related to Problem Drywall</u> by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

> - *HVAC coils were blackened and showed symptoms of CDW.*
> - *Heavily blackened coolant line at air handler.*
> - *Exposed copper wiring at outlets/switches showed heavy blackening.*
> - *Copper plumbing supply lines at water heater showed blackening.*



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN label found on in walls from HVAC closet.*

### X-Ray Fluorescence Instrument (XRF) Readings:

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern.  The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured.  These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/or additional indicators of reactive drywall when readings are high.

- *XRF readings read between ND to 1300ppm.*



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

## Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

> *No corrosion testing was performed at this location.*

## Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

> - *A direct read was taken from the blackened AC return line reading 4057.64 $ug/cm^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in ceilings and walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client. Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.

 **Healthy Home Solutions, LLC**

|        |                        |
|--------|------------------------|
| Client: | Carlisle Place, LLC |
| Property: | 829 E Scenic Dr. |
|        | Pass Christian, MS 39571 |

| | |
|--|--|
| Operator: | HEALTHYH |

| | | | |
|--|--|--|--|
| Type of Estimate: | <NONE> | | |
| Date Entered: | 8/15/2018 | Date Assigned: | |

| | |
|--|--|
| Price List: | MSGU8X_JAN18 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | CARLISLEPLACE |

## Grand Total Areas:

| | | | | | |
|--|--|--|--|--|--|
| 15,396.51 | SF Walls | 4,548.44 | SF Ceiling | 19,944.95 | SF Walls and Ceiling |
| 4,582.30 | SF Floor | 509.14 | SY Flooring | 1,451.59 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,467.52 | LF Ceil. Perimeter |
| | | | | | |
| 4,582.30 | Floor Area | 4,818.66 | Total Area | 15,323.85 | Interior Wall Area |
| 4,546.63 | Exterior Wall Area | 398.62 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



Breakfast Area/Room
Laundry Room
Hallway
Powder Room
Closet
Study
Kitchen
Closet
Wet bar
Room1
Room2
Dirty Kitchen
Living Room
Dining Room
Entry/Foyer
Stairs



N

Main Level



Sitting Room

Closet

Bathroom

Closet shower

Room6

Room4

Room1

Bedroom

Room3

Room2

Hallway

Bathroom

Closet

Hallway Linen Closet chase Closet

Closet

Master Bedroom

Bedroom 1



Level 2

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14