UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| Case No. 14-cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

### RULE 30 SECOND RE-NOTICE OF DEPOSITION OF PLAINTIFFS, SHERWOOD R. BAILEY, JR., JODY NELSON BAILEY, CARLISLE PLACE LLC, & MICHAEL CHRISTOVICH

TO:   Plaintiffs, Sherwood R. Bailey, Jr., Jody Nelson Bailey, Carlisle Place LLC & Michael Christovich, Through their counsel of record:
James V. Doyle, Jr.
**Doyle Law Firm**
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209

**Court Reporter**
**World Wide Court Reporters**

Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiffs, Sherwood R. Bailey, Jr., Jody Nelson Bailey, Carlisle Place LLC & Michael Christovich, on December 17, 2019, beginning at 2:00 p.m. before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

Pursuant to FRCP Rule 30(b)(2), plaintiffs shall produce for inspection copies of any and all documents, electronically stored information, and tangible things for inspection and other



Exhibit 1
Michael Christovich
In RE:
Chinese-Manufactured
Drywall Product Liability
Litigation
12/17/2019

purposes as set forth in the attached Rule 34 Requests for Production.

The deposition will be conducted at the offices of:

Brooks Court Reporting
1520 29th Avenue
Gulfport, MS 39501

You are invited to attend and participate as you deem fit and proper.  The depositions may

be videotaped.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:      (504) 556-5549
Facsimile:      (504) 310-0275
Email:          kmiller@fishmanhaygood.com
Email:          pthibodeaux@fishmanhaygood.com
Email:          ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30 - Second Re-Notice of Deposition was served via electronic mail on all counsel of record this 13th day of December, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| Case No. 14-cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

ATTACHMENT "A"

RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

PLEASE TAKE NOTICE that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiffs, Sherwood R. Bailey, Jr., Jody Nelson Bailey, Carlisle Place LLC & Michael Christovich, who have claims pending in MDL 2047 against Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. Plaintiffs shall provide responses to these Requests for Production to the attention of Kathryn "Kaki" Johnson, **Fishman Haygood, LLP**, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170:

1.   Please produce all documents relating to any pre-purchase inspection of the property that is the subject of this litigation, including but not limited to property inspections and Chinese-Drywall inspections.

2.   Please produce your entire loan file for the property that is the subject of this litigation, including but not limited to all documents and correspondence with or concerning the State of Mississippi.

3.   Please produce all documents relating to any purchase of the property that is the

subject of this litigation, including but not limited to closing statements, bills of sale, agreements to purchase, advertisements, disclosures, etc.

4.     Please produce all documents relating to any contemplated or completed sales or transfers of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, agreements to purchase, bills of sale, disclosures, etc.

5.     Please produce any and all lease agreements that have been active on the property that is the subject of this litigation during your ownership of the subject property.

6.     Please produce all inspection reports generated by the inspections identified in your response to Section IV of the Plaintiff Profile Form.

7.     Please produce any other post-purchase inspections performed on the property that is subject of this litigation that have not been previously produced, including but not limited to Chinese Drywall inspections.

8.     Please produce all appraisals performed on the property that is subject of this litigation.

9.     Please produce all documents evidencing and/or supporting property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any other covered expenses, remediation expenses, or expected remediation expenses.

10.    Please produce any and all copies of statements or reports prepared in connection with any interview conducted by plaintiffs or on your behalf concerning the circumstances of the claims asserted in the petition.

11.    Please produce any and all copies of notes, logs, blogs, memoranda, or diaries maintained in connection with any of your activities that concern or are in any way related to the claims asserted in the petition.

12.    Please produce any and all evidence not previously produced, including but not limited to photographs and/or inspection reports, of corrosion or blackening or other evidence that the KPT Chinese Drywall was reactive.

13.    Please produce any and all documentation evidencing or supporting your claims for damages in this matter, including but not limited to all receipt, invoices, photos, reports, and accountings.

14.    Please produce any and all documentation supporting or evidencing any and all alleged personal property damage, including but not limited to legible receipts and invoices.

15.    Please produce any and all documentation and/or physical items evidencing or supporting your claims and/or alleged damages in this matter that have not been previously uploaded to Brown Greer's web portal or are otherwise illegible.

16.    Please produce any and all photographs and/or video images of all drywall removed from the Property during remediation. For those Owners with claims pending in *In re: Chinese Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), where available, such submission shall be in the form required by MDL Pretrial Order 1B. For those Owners with claims pending in state court, the submission shall comply with the state court's rules regarding the preservation of evidence.

17.    Please produce any and all photos or videos of actual demolition.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


MDL 2047
SECTION "L"
JUDGE ELDON FALLON
MAGISTRATE JOSEPH WILKINSON, JR.


IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

This document relates to:
Elizabeth Bennett, et al v. Gebr, Knauf
Verwaltungsgesellschaft, KG, et al

Case No. 14-cv-2722


\* \* \* \* \* \* \*

STATEMENT OF NON-APPEARANCE
OF
CARLISLE PLACE AND/OR SHERWOOD BAILEY

taken at Brooks Court Reporting,
1520 29th Avenue,
Gulfport, Mississippi
on Tuesday, December 17, 2019,
beginning at approximately 3:20 p.m.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Angela Dawn Dillard, CCR
Certified Court Reporter, #1763

```
 1                    A P P E A R A N C E S
 2
 3        FOR THE PLAINTIFFS:
 4               James Victor Doyle, Esquire
                 Doyle Law Firm, PC
 5               2100 Southbridge Parkway
                 Suite 650
 6               Birmingham, Alabama 35209
                 205.533.9500
 7               jim.doyle@doylefirm.com
 8
          FOR THE DEFENDANTS:
 9
                 Daniel J. Dysart, Esquire
10               Fishman Haygood
                 201 St. Charles Avenue
11               Suite 4600
                 New Orleans, Louisiana 70170
12               504.586.5252
                 ddysart@fishmanhaygood.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TABLE OF CONTENTS

                                                PAGE

Title Page. . . . . . . . . . . . . . . .1

Appearance Page . . . . . . . . . . . . .2

Table of Contents . . . . . . . . . . . .3

Certificate of Reporter . . . . . . . . .5

                  EXHIBIT INDEX


1     Notice of Deposition                 4

1          **MR. DYSART:**   It's December 17, the
2     time is now approximately 3:20.  We're here for
3     the deposition of Carlisle Place, LLC, and
4     Mr. Sherwood Bailey.  We have spoke with
5     plaintiff's counsel and had scheduled either
6     Mr. Bailey or a representative of Carlisle
7     Place to be present for today's deposition.
8     Mr. Bailey has indicated to plaintiff's counsel
9     that he is not going to be present today and
10    has canceled the deposition.  I have marked the
11    time and place of the deposition and notice as
12    Deposition Exhibit 1.
13          Defendants will reserve all rights to
14    take the deposition at a later time and
15    transfer costs with respect to the taking of
16    the deposition.
17          **MR. DOYLE:**   Thank you.
18        (Exhibit 1 marked for the record.)
19        (Statement concluded at 3:33 p.m.)
20
21
22
23
24
25

```
 1                    REPORTER'S CERTIFICATE
 2            I, Dawn Dillard, CSR Number 1763,
 3    Certified Reporter, certify:
 4            That the foregoing proceedings were
 5    taken before me at the time and place therein set
 6    forth;
 7            That the testimony by the witness, the
 8    questions propounded, and all objections and
 9    statements made at the time of the examination
10    were recorded stenographically by me and were
11    thereafter transcribed;
12            That the foregoing is a true and correct
13    transcript of my shorthand notes so taken.
14            I further certify that I am not a
15    relative or employee of any attorney of the
16    parties, nor financially interested in the
17    action.
18            I declare under penalty of perjury under
19    the laws of Mississippi that the foregoing is
20    true and correct.
21            Dated this the 2nd day of January, 2020.
22                         _____
23                         DAWN DILLARD, CSR 1763
24
25
```

**A**

action 5:17
al 1:10,10
Alabama 2:6
AND/OR 1:16
Angela 1:23
Appearance 3:4
approximately
   1:19 4:2
attorney 5:15
Avenue 1:18
   2:10

**B**

Bailey 1:16 4:4,6
   4:8
beginning 1:19
Bennett 1:10
Birmingham 2:6
Brooks 1:17

**C**

C 2:1
canceled 4:10
Carlisle 1:16 4:3
   4:6
Case 1:11
CCR 1:23
Certificate 3:6
   5:1
Certified 1:23
   5:3
certify 5:3,14
Charles 2:10
CHINESE 1:6
concluded 4:19
Contents 3:1,5
correct 5:12,20
costs 4:15
counsel 4:5,8
Court 1:1,17,23
CSR 5:2,23

**D**

Daniel 2:9
Dated 5:21
Dawn 1:23 5:2

5:23
day 5:21
ddysart@fish...
   2:12
December 1:19
   4:1
declare 5:18
Defendants 2:8
   4:13
deposition 3:8
   4:3,7,10,11,12
   4:14,16
Dillard 1:23 5:2
   5:23
DISTRICT 1:1
   1:1
document 1:9
Doyle 2:4,4 4:17
DRYWALL 1:7
Dysart 2:9 4:1

**E**

E 2:1,1
EASTERN 1:1
either 4:5
ELDON 1:4
Elizabeth 1:10
employee 5:15
Esquire 2:4,9
et 1:10,10
examination 5:9
Exhibit 3:7 4:12
   4:18

**F**

FALLON 1:4
financially 5:16
Firm 2:4
Fishman 2:10
foregoing 5:4,12
   5:19
forth 5:6
further 5:14

**G**

Gebr 1:10
going 4:9

Gulfport 1:18

**H**

Haygood 2:10

**I**

INDEX 3:7
indicated 4:8
interested 5:16

**J**

J 2:9
James 2:4
January 5:21
jim.doyle@do...
   2:7
JOSEPH 1:4
JR 1:4
JUDGE 1:4

**K**

KG 1:10
Knauf 1:10

**L**

L 1:3
Law 2:4
laws 5:19
LIABILITY 1:7
LITIGATION
   1:7
LLC 4:3
Louisiana 1:1
   2:11

**M**

MAGISTRATE
   1:4
MANUFACT...
   1:6
marked 4:10,18
MDL 1:3
Mississippi 1:18
   5:19

**N**

N 2:1
New 2:11

NON-APPEA...
   1:15
notes 5:13
notice 3:8 4:11
Number 5:2

**O**

objections 5:8
Orleans 2:11

**P**

P 2:1,1
p.m 1:19 4:19
Page 3:2,3,4
Parkway 2:5
parties 5:16
PC 2:4
penalty 5:18
perjury 5:18
place 1:16 4:3,7
   4:11 5:5
plaintiff's 4:5,8
PLAINTIFFS
   2:3
present 4:7,9
proceedings 5:4
PRODUCTS
   1:7
propounded 5:8

**Q**

questions 5:8

**R**

R 2:1
record 4:18
recorded 5:10
relates 1:9
relative 5:15
Reporter 1:23
   3:6 5:3
REPORTER'S
   5:1
Reporting 1:17
representative
   4:6
reserve 4:13

respect 4:15
rights 4:13

**S**

S 2:1
scheduled 4:5
SECTION 1:3
set 5:5
Sherwood 1:16
   4:4
shorthand 5:13
Southbridge 2:5
spoke 4:4
St 2:10
Statement 1:15
   4:19
statements 5:9
STATES 1:1
stenographica...
   5:10
Suite 2:5,11

**T**

Table 3:1,5
take 4:14
taken 1:17 5:5
   5:13
testimony 5:7
Thank 4:17
time 4:2,11,14
   5:5,9
Title 3:3
today 4:9
today's 4:7
transcribed 5:11
transcript 5:13
transfer 4:15
true 5:12,20
Tuesday 1:19

**U**

UNITED 1:1

**V**

v 1:10
Verwaltungsg...
   1:10

| | |
|---|---|
| **Victor** 2:4 | 2:12 |

| | |
|---|---|
| **W** | **6** |
| **We're** 4:2 | **650** 2:5 |
| **WILKINSON** 1:4 | |
| **witness** 5:7 | **7** |
| | **70170** 2:11 |

**X**

**Y**

**Z**

**0**

**1**
**1** 3:3,8 4:12,18
**14-cv-2722** 1:11
**1520** 1:18
**17** 1:19 4:1
**1763** 1:23 5:2,23

**2**
**2** 3:4
**201** 2:10
**2019** 1:19
**2020** 5:21
**2047** 1:3
**205.533.9500** 2:6
**2100** 2:5
**29th** 1:18
**2nd** 5:21

**3**
**3** 3:5
**3:20** 1:19 4:2
**3:33** 4:19
**35209** 2:6

**4**
**4** 3:8
**4600** 2:11

**5**
**5** 3:6
**504.586.5252**