**F0108**            **2019269493**

**Fee:** $



Business ID: 865646
Filed: 09/17/2019 11:42 AM
C. Delbert Hosemann, Jr.
Secretary of State

DELBERT HOSEMANN
*Secretary of State*

P.O. BOX 136
JACKSON, MS 39205-0136

TELEPHONE: (601) 359-1633

## 2019 LLC Annual Report

### Business Information

*Business ID:* 865646
*State of Incorporation:* MS
*Phone:* (***)***-****
*FEIN:* **-*******

*Business Name:* Carlisle Place, LLC
*Business Email:* woodybailey@baileylumber.com

*Principal Address:* 813 E. PASS ROAD
GULFPORT, MS 39506

### Registered Agent

*Name:* Bailey, Sherwood R, Jr
*Address:* 813 East Pass Road (39507);P O Box 6056
Gulfport, MS 39502

### Managers and Members

#### Managers

*Name:*
Sherwood Bailey
*Manager, Member*

*Address:*
813 E. PASS RD.
GULFPORT, MS 39507

#### Members

*Name:*
Sherwood Bailey
*Manager, Member*

*Address:*
813 E. PASS RD.
GULFPORT, MS 39507

## Officers

| *Title/Name:* | *Address:* | *Director:* |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑  This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

   531110 - Lessors of Residential Buildings and Dwellings
   531110 - Lessors of Residential Buildings and Dwellings
   531110 - Lessors of Residential Buildings and Dwellings

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *09/17/2019*.

| *Name:* | *Address:* |
|---|---|
| Sherwood Bailey | 813 E. Pass Rd. |
| *Manager* | Gulfport, MS 39506 |

## Officers List

*Name:* *Address:*

Sherwood Bailey                     813 E. PASS RD.
*Manager, Member*                   GULFPORT, MS 39507


John H Rice                         1310 25Th AvenuePost Office Box 130
*Other*                             Gulfport, MS 39502