(./)

# About Us

Home (./)  ›  About Us

## A Brief History About Bailey Lumber & Supply Co.

Bailey Lumber has been proudly serving Mississipi for over 70 years. Its roots date back to Jackson, founded in 1947, and continues to serve Mississippians today.

Bailey Lumber & Supply Co. had its beginnings in Jackson, Mississippi in 1947. Four brothers, H.C. Bailey, Sr., George C. Bailey, Woodrow W. Bailey and Sherwood R. Bailey, Sr., founded the business and soon opened a location on the Gulf Coast with Sherwood R. Bailey, Sr., moving to Gulfport, Mississippi in 1951. Today Gulfport is the home office of the company with branches in Ocean Springs MS, Bay St. Louis MS, Jackson MS, Brandon MS & Meridian MS.

With our staff of over 250 employees, Bailey Lumber is positioned to provide excellent service to our customers. We have an extensive group of dedicated sales people to take care of the professional contractor and home builder. We have a large fleet of trucks and the latest equipment to provide efficient, prompt service at all our locations.

Our product lines cover all your lumber and building material needs. Our purchasing department seeks out the highest quality materials at competitive prices. We offer truss manufacturing, an in house door shop and a fine custom millwork department.

We look forward to being your one stop source for all you building supply needs. Please contact us at any of our convenient locations for professional, courteous service.

(MISSION.PHP)
VIEW OUR MISSION







# Our History

| 1947 | Founded in Jackson, MS in 1947. |
| 1951 | S.R. Bailey expanded our doors in Hansboro/Mississippi City/Gulfport in 1951 |
| 1959 | Bailey Lumber celebrates its 8 year anniversary on the coast |
| 1969 | Hurricane Camille affects the entire Gulf Coast area. Bailey Lumber propels to be the #1 Independent Building Materials Supplier in Mississippi. |
| 1979 | Woody Bailey becomes a member of the administrative team |
| 1993 | Bailey Lumber acquires multiple Wickes Lumber properties throughout the state |
| 1995 | Bailey Lumber purchases Freirson Corporation and welcomes them to our family. |
| 1998 | Bailey Lumber purchases Spartan Hardware in |



(./)

Bailey Lumber purchases Spartan Hardware in Meridian and welcomes them to our family. Jim McLauren joins the company.

1999        Frierson-Bailey builds and opens our Brandon-Reservoir store, completing the current Central division.

2003        Baileylumber.com becomes available for customers to manage their accounts online.

2011        Woody Bailey achieves "Hall of Fame" Status with Home Builders Association of Mississippi

2017        Bailey celebrates over 50 awards over the past decade.

## Management Team



### Woody Bailey

President

(./)

Woody grew up in the lumber world. He started
servicing lumber customers as a teenager. He has
since became a name locals choose to respect
and admire for his hard work and contributions
back to the community.



## Richard Kostal

COO

Richard has been with Bailey for over 30 years.
Initially hired as the CFO of the company he has
since broadened his base to include every facet
of the companies ongoings.





## Steve Braun

Sales Manager - Coast

Steve has been with Bailey since 1984. He has worked his way up since working in the yard with Bailey. Since then he has moved through all facets of our sales, from Inside Sales to Contract Sales to earning his mantle as the Sales Manager. Steve truly knows customer service from end-to-end.



## Jim McLaurin

Sales Manager - Central

Jim has been working as a contract salesperson since 1972. In 1983 he moved to Spartan which would later become Bailey Lumber's Meridian

location in 1998. Being a Store Manager of both
our Meridian & Reservoir locations, he has since
then been the driving force behind our Central
Mississippi sales.

## Contact Information

### Bay St Louis, MS

📍 1075 Hwy 90, Bay St. Louis, MS 39520 USA

📞 1-228-467-3073 (callto:228-467-3073)

✉️ bsl@baileylumber.com (mailto:bsl@baileylumber.com)

### Frierson - Brandon, MS - Reservoir

📍 2150 Hwy 471, Brandon, MS 39047 USA

📞 1-601-829-9277 (callto:601-829-9227)

✉️ reservoir@baileylumber.com (mailto:reservoir@baileylumber.com)

### Meridian, MS

📍 2641 A Street, Meridian, MS 39301 USA

📞 1-601-693-5000 (callto:601-693-5000)

✉️ meridian@baileylumber.com (mailto:meridian@baileylumber.com)

### Frierson - Jackson, MS

📍 4525 Lynch Street Exd, Jackson, MS 39209, USA

📞 1-601-922-1321 (callto:601-922-1321)

✉️ jackson@baileylumber.com (mailto:jackson@baileylumber.com)

### Ocean Springs, MS



2904-B Bienville Blvd, Ocean Springs, MS 39564, USA

1-228-872-3397 (callto:228-872-3397)

os@baileylumber.com (mailto:os@baileylumber.com)

### Bailey Millworks

2904 Bienville Blvd, Ocean Springs, MS 39564, USA

1-228-875-0280 (callto:228-875-0280)

millworks@baileylumber.com (mailto:ds@baileylumber.com)

## Useful Links

> About Us (about-us.php)    > Accounts

> Contractors
(contractor.php)    > Careers (careers.php)

> Contacts (contacts.php)    > Services (installed.php)

## Tags

| Building | Supplies | News | Services | Bailey |

| Frierson |

## Newsletter Subscription

Subscribe to our newsletter to receive updates on our company's products, news, and special offers.

| Enter your e-mail | **SUBSCRIBE** |

(index.php)

© 2020 All Rights Reserved Terms of Use (terms-of-use.php) and Privacy Policy (https://uslbm.com/privacy)Do Not Sell My Info (https://privacyportal-cdn.onetrust.com/dsarwebform/baedd94a-3807-4a5b-b901-6df57446462c/ac9163b1-6ccd-4e00-98d6-67fc961915c8.html)

**F0008**
**Fee: $ 25**


**Michael Watson**
SECRETARY OF STATE

**2020041167**

Business ID: 645295
Filed: 02/04/2020 11:34 AM
Michael Watson
Secretary of State

## 2020  Corporate Annual Report

### Business Information

*Business ID:*  645295

*Business Name:*  BAILEY LUMBER & SUPPLY CO.

*State of Incorporation:*  MS

*Business Email:*  rkostal.baileylumber@gmail.com

*Phone:* (***)***-****

*FEIN:* **-*******

*Principal Address:*  813 E PASS RD
GULFPORT, MS 39507

### Registered Agent

*Name:*  Richard  W Wise

*Address:*  1022 Highland Colony Parkway, Suite 300
Ridgeland , MS 39157

### Officers

| *Title/Name:* | *Address:* | *Director:* |
|---|---|---|
| **President:**  H. C. Bailey Jr. | 1022 Highland Colony ParkwaySuite 300 Ridgeland, MS 39157 | ☑ |
| **Vice President:**  William C Bailey, Jr | 813 E Pass Road, P O Box 6056 Gulfport, MS 39506-6056 | ☑ |
| **Secretary:** | | ☐ |
| **Treasurer:**  Richard Kostal | 813 E Pass Rd Gulfport, MS 39507 | ☑ |

### Stocks

| *Class:* | *Authorized:* | *Series:* | *Issued:* |
|---|---|---|---|
| Common | 1000000 | | 300000 |

**P.O. BOX 136**
**JACKSON, MS 39205-0136**

**TELEPHONE: (601) 359-1633**

## NAICS Code/Nature of Business

444110 - Home Centers

444110 - Home Centers

444110 - Home Centers

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *02/04/2020*.

*Name:*

H C Bailey Jr

*Director*

*Address:*

1022 Highland Colony Parkway, Suite 300

Ridgeland, MS 39157

## Officers List

| *Name:* | *Address:* |
| --- | --- |
| H. C. Bailey Jr.<br>*Director, President* | 1022 Highland Colony ParkwaySuite 300<br>Ridgeland, MS 39157 |
| William C Bailey, Jr<br>*Director, Vice President* | 813 E Pass Road, P O Box 6056<br>Gulfport, MS 39506-6056 |
| Richard Kostal<br>*Director, Treasurer* | 813 E Pass Rd<br>Gulfport, MS 39507 |
| W C Bailey<br>*Director* | |