American Land Title Association

ALTA Settlement Statement - Cash
Adopted 05-01-2015

**Schwartz, Orgler, & Jordan, PLLC**
2355 Pass Road
Biloxi, MS  39531
(228) 388-7441

| | |
|---|---|
| **File No./Escrow No.:** | B190038 |
| **Print Date & Time:** | January 30, 2019 at 6:49 AM |
| **Officer/Escrow Officer:** | Robert T. Schwartz |
| **Settlement Location:** | Schwartz, Orgler, & Jordan, PLLC |
| | 2355 Pass Road, Biloxi, MS 39531 |
| **Property Address:** | 829 E. Scenic Drive, Pass Christian, MS 39571 |
| | 3.1 acres in Sec Blk 114 City of Pass Christian, Harrison County, MS |
| **Borrower:** | Michael Mossy Christovich |
| **Seller:** | Carlisle Place, LLC |
| **Settlement Date:** | January 30, 2019 |
| **Disbursement Date:** | January 30, 2019 |

| Seller Debit | Seller Credit | Description | | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| | | **Financial** | | | |
| | 1,300,000.00 | Sale Price of Property | | 1,300,000.00 | |
| | | Deposit including earnest money | | | 20,000.00 |
| | | **Prorations/Adjustments** | | | |
| 1,483.35 | | County Taxes from 01/01/19 to 01/30/19 | | | 1,483.35 |
| | | **Other Loan Charges** | | | |
| | | recording/misc fees | SOJ, PLLC | 50.00 | |
| 25.00 | | wire fee | SOJ, PLLC | | |
| | | **Title Charges** | | | |
| | | Owner's Title Insurance | FATIC c/o SOJ, Agent | 4,600.00 | |
| | | Title Abstract/Title Exam | SOJ, PLLC | 833.00 | |
| | | Title Admin/Courier/Copy/Wire etc | SOJ, PLLC | 125.00 | |
| | | Title Final Title Update Fee | SOJ, PLLC | 200.00 | |
| | | Title Settlement or closing fee | SOJ, PLLC | 1,500.00 | |
| | | **Commission** | | | |
| 58,500.00 | | Real Estate Commission | Coldwell Banker Alfonso Realty, Inc. | | |
| | | **Payoff(s)** | | | |
| 96,123.87 | | Payoff of First Mortgage Loan | U. S. Small Business Administration | | |
| | | as of 01/30/19 | | | |
| | | Principal Balance $96,123.87 | | | |
| | | **Other Charges** | | | |
| 2,885.60 | | 2018 taxes #0412N-02-005.000 | Harrison County Tax Collector | | |
| 18,047.41 | | 2018 taxes #0413C-02-001.000 | Harrison County Tax Collector | | |
| 533.40 | | 2018 taxes #0413C-03-001.000 | Harrison County Tax Collector | | |

| Seller Debit | Seller Credit | | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| 177,598.63 | 1,300,000.00 | Subtotals | 1,307,308.00 | 21,483.35 |
| | | Due From Borrower | | 1,285,824.65 |
| 1,122,401.37 | | Due To Seller | | |
| 1,300,000.00 | 1,300,000.00 | TOTALS | 1,307,308.00 | 1,307,308.00 |

Exhibit 7

**Michael Christovich**
In RE:
Chinese-Manufactured
Drywall Product Liability
Litigation

**12/17/2019**

Copyright 2015 American Land Title Association
All rights reserved.

Page 1

File #: B190038
Printed on 01/30/2019 at 6:49 AM

## SEE ATTACHED ADDENDUM FOR SIGNATURES

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price or "Sale Price of Property" described above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS: To determine if you have to report the sale or exchange of your primary residence on your tax return, see the Schedule D (Form 1040) instructions. If the real estate was not your primary residence, complete the applicable parts of Form 4797, Form 6252, and /or Schedule D (Form 1040).

You are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number provided to the settlement agent is my correct taxpayer identification number

Copyright 2015 American Land Title Association
All rights reserved.

File #: B190038
Printed on 01/30/2019 at 6:49 AM

# ADDENDUM TO CLOSING/SETTLEMENT STATEMENT

I have carefully reviewed the closing/settlement statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the closing/settlement statement.

Seller:                                                      Buyer:

Carlisle Place, LLC

_____            _____
By: Sherwood R. Bailey, Jr., Manager            Michael Mossy Christovich

By:

_____            _____

The closing/settlement statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Schwartz, Orgler & Jordan, PLLC, Settlement Agent

_____            Date: January 30, 2019

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

Our File: B190038

Prepared by & return to:
Robert T. Schwartz, Esq.
Schwartz, Orgler & Jordan, PLLC
P. .O Box 4682
Biloxi, MS 39535
228-388-7441
MSB # 10482
robert@sojlaw.net

INDEX: Part of Lot 34, of the Plan of Partition of the Henderson, Shipman and Hughes Partition of the B. Pellerin Claim and comprising Lots 95, 96 and 97 of the White & Calvert Survey, City Section Block 114, lying South of Second Street, City of Pass Christian, MS.

STATE OF MISSISSIPPI
COUNTY OF HARRISON

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other

good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, the

undersigned,

CARLISLE PLACE, LLC, A MISSISSIPPI LIMITED LIABILITY COMPANY

P. O. Box 6039, Gulfport, MS 39506, (228) 313-1953,

does hereby sell, convey and warrant unto

MICHAEL MOSSY CHRISTOVICH,

208 Gray Oak Drive, Picayune, MS 39466, (504) 491-1018,

the following described land and property being located in the First Judicial District of Harrison County,

Mississippi, being more particularly described as follows, to-wit:

Parcel 1:

A parcel of land situated and being located in a Part of Lot 34, lying South of Second Street of the Plan of Partition of the Henderson-Shipman-Hewes Partition and comprising Part of Lots 95, 96 & 97 of the White and Calvert Survey, City Section Block 114, City of Pass Christian, First Judicial District of Harrison County, Mississippi and being more particularly described as follows, to-wit:

Commencing at an iron rod found at the intersection of the easterly margin of Lang Avenue and the northerly margin of Scenic Drive; thence run North 64 degrees 47 minutes 52 seconds East along the northerly margin of Scenic Drive a distance of 213.60 feet to an iron rod found; thence run North 73 degrees 50 minutes 24 seconds East along the northerly margin of Scenic Drive a distance of 112.30 feet to an iron rod found at the Point of Beginning; thence run North 00 degrees 12 minutes 00 seconds West

This is Certified Copy
The original

a distance of 456.85 feet to an iron rod set; thence North 89 degrees 48 minutes 00 seconds East a distance of 329.66 feet to a iron rod set; thence South 00 degrees 19 minutes 32 seconds East a distance of 362.60 feet to an iron rod found at the northerly margin of Scenic Drive; thence run South 73 degrees 52 minutes 52 seconds West a distance of 343.63 along the northerly margin of Scenic Drive to the Point of Beginning. Said parcel contains 3.10 acres, more or less, North of Scenic Drive.

Described as Parcel #2 on that certain Notation of Re-subdivision of Lots, recorded as Instrument # 2018 8432 D-J1.

And for the same consideration, the Grantors do further hereby sell, convey, and quitclaim to the Grantee:

Parcel 2:

All property located South of the South boundary of Parcel 1 to the water's edge of the Mississippi Sound or Gulf of Mexico, together with all riparian, littoral and beach rights thereunto belonging or pertaining, and all artesian water rights and any and all other rights and privileges thereunto belonging.

Said parcels being a portion of that property acquired by Carlisle Place, LLC, in Instrument # 2005 11385 D-J1.

THIS CONVEYANCE is subject to:

1. Ad valorem taxes for year 2019, which are not yet due and payable;

2. Declaration of Covenants Running with the Land from Hurricane Katrina, recorded as Instrument # 2008 5377 D-J1.

3. Any and all prior recorded reservations, conveyances and leases of oil, gas and minerals by previous owners.

4. The right of way and easements for Scenic Drive a/k/a Old Front Street, U.S. Highway 90 a/k/a Beach Boulevard, seawall and road protection, telephone and electric power lines, gas and water mains, and subject to any right claim or title of the State of Mississippi (including the Secretary of State) to that portion of the property which constitutes sand beach, and which falls below the mean high tide mark on the date that Mississippi was accepted to the Union. (Parcel 2)

TAXES for the current year have been pro-rated as of this date and are hereby assumed by the Grantee herein.

IN WITNESS WHEREOF, Carlisle Place, LLC, a Mississippi Limited Liability Company, has caused this conveyance to be executed by its duly authorized officer, after having first been duly authorized to do so, on this the 30th day of January, 2019.

Carlisle Place, LLC, a Mississippi Limited Liability Company

BY: _____
Sherwood R. Bailey, Jr., Manager

STATE OF MISSISSIPPI

COUNTY OF HARRISON

THIS DAY PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Sherwood R. Bailey, Jr., who acknowledged that he is the Manager of Carlisle Place, LLC, a Mississippi Limited Liability Company and as its act and deed, he signed, sealed and delivered, the above and foregoing instrument of writing on the day and in the year therein mentioned, for and on behalf of said entity after having been first duly authorized to do so.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, this the 30th day of January, 2019.

NOTARY PUBLIC

My Commission Expires: