UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by Michael Christovich and Carlisle Place, LLC:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things. R. Doc. 2.

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence. R. Doc. 337.

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence. R. Doc. 12257.

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047. R. Doc. 18181.

1

5. The Complaint was amended multiple times to amend the parties and claims.

6. Following the Fifth Amended Complaint, certain plaintiffs intervened.

7. The Fifth Amended Complaint is the operative complaint in this matter.

8. Carlisle Place, LLC was first listed as a plaintiff in Plaintiffs' First Motion to Intervene, filed September 10, 2018. R. Doc. 21770.

9. Michael Christovich was first listed as a plaintiff in Plaintiff's Second Motion to Intervene, filed October 7, 2019. R. Doc. 22334.

10. Michael Christovich and Carlisle Place, LLC are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 829 East Scenic Drive, Pass Christian, Mississippi (the "Property").

11. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

12. Michael Christovich and Carlisle Place, LLC, each completed and submitted a PPF, SPPF, PFS.  The documents were completed under penalty of perjury. See Exhibit A (Christovich PPF, SPPF, and PFS); Exhibit B, (Carlisle Place, LLC PPF, SPPF, and PFS).

13. After being re-noticed twice for deposition, Michael Christovich was deposed on December 17, 2019 and had twenty-one (21) days to supplement documents.

14. After a second re-notice of deposition, Carlisle Place, LLC, ultimately failed to appear for its deposition. See Exhibit C, Second Re-Notice of Deposition and Statement of Non-Appearance.

15. Christovich purchased the Property from Carlisle Place, LLC, on January 30, 2019, with knowledge that the Property contained Chinese drywall, and with an agreement purporting to assign Carlisle Place, LLC's rights related to the Chinese drywall in the Property. See Exhibit A, Christovich SPPF at 2;[1] See Exhibit D, Deposition of Christovich at 31:1-15.

16. Christovich testified that the Plaintiffs agreed that Carlisle Place, LLC would be entitled to up to $700,000 of any amount that might be recovered in relation to Chinese drywall in the Property, and that Christovich would be entitled to any remaining amount. *Id.*

17. Sherwood R. Bailey, Jr., is the manager of Carlisle Place, LLC. See Exhibit E, 2019 LLC Annual Report.

18. Sherwood R. Bailey, Jr., is also the President for Bailey Lumber & Supply Co. See Exhibit F, available at https://www.baileylumber.com/about-us.php#.

19. Bailey Lumber & Supply Co. was a settlement distributer in class settlements. R. Doc. 8268-4 p. 3 of 18.

---

[1] *See* Exhibit A, Christovich SPPF at p. 2 (Although the SPPF indicates that Christovich acquired the Property on January 30, 2018, the closing documents indicate that this is incorrect and the Property was sold on January 30, 2019); *See* Exhibit G, Closing Statement and Warranty Deed. (Although the form indicates that Christovich acquired the Property on January 30, 2018, the closing documents indicate that this is a typo and the Property was sold on January 30, 2019).

20. Sherwood R. Bailey, Jr. knew of the presence of Chinese drywall in the Property before April 2011 because he held an executive position at a company that was involved as a settlement distributer in class settlements as late as April 2011.

21. In part, Plaintiffs asserted claims in their submissions for costs associated with remediation and loss of use. See Exhibit D, Deposition of Christovich at 37:1-22.

22. Plaintiffs failed to provide documents and competent evidence to support their claims for costs of remediation and loss of use.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:     504.310.0279
Email:           kmiller@fishmanhaygood.com

***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co, Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 18th day of March, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**