Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES  JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: 1329 Gum, Jackson Land Trust
Address of Affected Property: 1329 Gum Street
Ocean Springs, MS 39564

Is this Property:* (Residential)  Commercial  Governmental
Name of Person Completing this Form: J.B. Wright, Jr., Trustee
Is above your primary residence? Yes (No)
Mailing Address (if different): P.O. Box 1021
Ocean Springs, MS 39566
Phone: ( 228 ) 424 - 2786

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: Owner-Occupant  (Owner Only)  Renter-Occupant
Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: Bennett v. Knauf

### Section II. Insurance Information

Homeowner/ Renter Insurer: Accord Insurance
Policy #: LBW605988
Agent: SouthGroup Insurance Services
Address: 2505 Pass Road
Biloxi, MS 39531
Phone: ( 228 ) 385 - 1177

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Daniel Triplett | 06/01/07 | / / | (M)/ F | / / | Yes (No) | Owner Only |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.



DEFENDANT'S EXHIBIT 1 Triplett

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Daniel Triplett

   1.2. When did the inspection take place?   07/23/18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Danile Triplett

   2.2. When was this determination made?   07/23/18

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
|  | ASTM C 36 |  |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,135 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: (   )   -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____,          _____,          _____,          _____
Claimant's Signature                    Date Signed                Claimant's Signature              Date Signed

*[signed]* Trustee                       08/31/18
_____,          _____,          _____,          _____
Claimant's Signature                    Date Signed                Claimant's Signature              Date Signed

_____,          _____,          _____,          _____
Claimant's Signature                    Date Signed                Claimant's Signature              Date Signed

**ACORD**

## PROPERTY SECTION

AGENCY CUSTOMER ID: DANTINV-01   BJONES
DATE (MM/DD/YYYY): 05/17/2018

| AGENCY NAME | CARRIER | NAIC CODE |
|---|---|---|
| SouthGroup Insurance Services | Lloyd's of London | 85202 |

| POLICY NUMBER | EFFECTIVE DATE | NAMED INSURED(S) |
|---|---|---|
| LBW605988 | 06/18/2018 | Dantam Investments, LLC |

### BLANKET SUMMARY

| BLKT # | AMOUNT | TYPE | BLKT # | AMOUNT | TYPE |
|---|---|---|---|---|---|
| | | | | | |

### PREMISES INFORMATION

PREMISES #: 5   BUILDING #: 1
STREET ADDRESS: 1329 Gum St, Ocean Springs, MS 39564
BLDG DESCRIPTION: Single Family Dwelling - LRO

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DED | DED TYPE | BLKT # | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|---|---|
| Building | 100,000 | 80 | | SPECI | | 1,000 | | | Wind and Hail Included with 5% Deductible |
| Business Interruption | 12,000 | 80 | | SPECI | | 1,000 | | | 1/3 monthly limitation |

ADDITIONAL INFORMATION
BUSINESS INCOME / EXTRA EXPENSE - Attach ACORD 810
VALUE REPORTING INFORMATION - Attach ACORD 811

### ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION

SPOILAGE COVERAGE (Y / N): 
DESCRIPTION OF PROPERTY COVERED:
LIMIT: $
DEDUCTIBLE: $
REFRIG MAINT AGREEMENT (Y / N):
OPTIONS: BREAKDOWN OR CONTAMINATION, POWER OUTAGE, SELLING PRICE

SINKHOLE COVERAGE (Required in Florida) — ACCEPT COVERAGE / REJECT COVERAGE   LIMIT: $
MINE SUBSIDENCE COVERAGE (Required in IL, IN, KY and WV) — ACCEPT COVERAGE / REJECT COVERAGE   LIMIT: $
PROPERTY HAS BEEN DESIGNATED AN HISTORICAL LANDMARK
# OF OPEN SIDES ON STRUCTURE: ___

| CONSTRUCTION TYPE | DISTANCE TO HYDRANT | DISTANCE TO FIRE STAT | FIRE DISTRICT | CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|---|---|---|
| Joisted Masonry | 500 FT | 2 MI | Ocean Springs F | | 5 | 1 | 0 | 2006 | 1,100 |

BUILDING IMPROVEMENTS
WIRING, YR:    PLUMBING, YR:
ROOFING, YR:   HEATING, YR:
OTHER:         YR:

BLDG CODE GRADE:   TAX CODE:   ROOF TYPE:
WIND CLASS: SEMI-RESISTIVE / RESISTIVE
OTHER OCCUPANCIES:
HEATING SOURCE INCL WOODBURNING STOVE OR FIREPLACE INSERT MANUFACTURER:
DATE INSTALLED: ___

PRIMARY HEAT: BOILER / SOLID FUEL
IF BOILER, IS INSURANCE PLACED ELSEWHERE? Y/N

SECONDARY HEAT: BOILER / SOLID FUEL
IF BOILER, IS INSURANCE PLACED ELSEWHERE? Y/N

RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | FRONT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE

BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | CENTRAL STATION / LOCAL GONG / WITH KEYS
BURGLAR ALARM INSTALLED AND SERVICED BY | EXTENT | GRADE | # GUARDS / WATCHMEN | CLOCK HOURLY
PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO2 / Chemical Systems) | % SPRNK | FIRE ALARM MANUFACTURER | CENTRAL STATION / LOCAL GONG

### ADDITIONAL INTEREST

ACORD 45 attached for additional names

| INTEREST | NAME AND ADDRESS   RANK: | EVIDENCE | CERTIFICATE | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|
| LOSS PAYEE / MORTGAGEE (X) | Wells Fargo NA #708<br>ISAOA PO BOX 5708<br>Springfield, OH 45501-5708 | | | LOCATION: 5  BUILDING: 1<br>ITEM CLASS: B  ITEM: 1<br>ITEM DESCRIPTION: 1329 Gum St, Ocean Springs, MS 39564 |

REFERENCE / LOAN #: 0186042974

ACORD 140 (2014/12)   Attach to ACORD 125   © 1985-2014 ACORD CORPORATION. All rights reserved.