Supplemental Plaintiff Profile Form – Residential and Commercial Properties



**DEFENDANT'S EXHIBIT**
2
*Triplett*

For Internal Use Only
File No. _____

Date Received: _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: _____

First Name                          M.I.    Last Name                                  Suffix

_____

Co-Claimant First Name (if applicable)   M.I.   Last Name                      Suffix

1329 Gum, Jackson Land Trust

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

1329 Gum Street
Address 1                                                                    Address 2

Ocean Springs                          MS              39564
City                                              State           Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:     J.                    B.    Wright                    Jr.
First Name              M.I.  Last Name                  Suffix

Mailing Address (if different):

P.O. Box 1021
Address 1                                                                    Address 2

Ocean Springs                          MS              39566
City                                              State           Zip Code

Phone Number of Person Completing This Form: (_____) _____ - _____

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year:  6  /  1  /  2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____ /  2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year:  7  /  2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:   _____

Date of filing:   _____/_____/_____
                      Month       Day            Year

Docket No.:   _____

Present Status:   _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?                _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                  Month    Day      Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                     Month    Day      Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____  Trustee                    08/31/18_____
Claimant's signature                                 Date signed

Name:      J.B. Wright, Jr._____

Address:   P.O. Box 1021_____
           Address 1                    Address 2
           Ocean Springs         MS      39566
           City                  State   Zip Code

Phone No.: (_____)_____-_____

Email:     _____

7

Prepared by/ Return To:
1329 Gum, Jackson Land Trust
P.O. Box 1021
Ocean Springs, MS 39566

# WARRANTY DEED

**STATE OF MISSISSIPPI**
**COUNTY OF JACKSON**

**THIS WARRANTY DEED** is made this **1**st day of **June 2007**, by and between **Bryan Keith Gospodinovich & Karen Gospodinovich** (hereinafter referred to as "Grantors"), and **1329 Gum, Jackson Land Trust, J. B. Wright Jr., as Trustee**, a Land Trust (an executory trust); (hereinafter referred to as "Grantee"), shall have full Trustee powers and authority as described in the attached **Affidavit of Land Trust – Exhibit "A"**, made a part hereof by reference.

## WITNESSETH:

The Grantor, for and in consideration of the sum of **TEN Dollars ($10.00)** and other valuable consideration, receipt of which is hereby acknowledged, hereby grants, bargains, sells, remises, releases, transfers and conveys to the Grantee, all that certain land situate in **Jackson County, State of Mississippi**, to wit:

### As per attached Legal Description, Exhibit "B", made a part hereof by reference,

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining, to have and to hold in fee simple forever.

The Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; has good, right and lawful authority to sell and convey said land, hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2007, conditions, restrictions, easements, limitations and zoning ordinances of record, if any, and the following described mortgages, which Grantee herein takes subject to and agrees to pay:

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____ (SEAL)
Grantor: Bryan Keith Gospodinovich

_____ (SEAL)
Grantor: Karen Gospodinovich

**STATE OF MISSISSIPPI**
**COUNTY OF JACKSON**

PERSONNALY APPEARED BEFORE ME, the undersigned authority in and for the said County and State, within my jurisdiction, the within named Bryan Keith Gospodinovich and Karen Gospodinovich who acknowledged that they signed, executed and delivered the above and foregoing instrument on the day and year therein mentioned.

WITNESS MY SIGNATURE AND OFFICIAL SEAL OF OFFICE, this the 1st day of June, 2007.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: *Nov 6, 2009*

OFFICIAL RECORDS JACKSON COUNTY
Terry Miller
CHANCERY CLERK
RECORDING FEE:                    $12.00
#200720682 BK:1493 PG:182-185
06/20/2007 02:11 PM 4 PGS
KDELANEY,DC Rcpt#011365

Grantor: Bryan Keith Gospodinovich
P.O. Box 1021
Ocean Springs, MS 39566
228-831-5552

Grantee: Gum Land trust
P.O. Box 1021
Ocean Springs, MS 39566
228-875-2304

© 1992-2007 Trust Associates – 4426-B Hugh Howell Road, Suite 200, Tucker, GA  30084 Phone: 770-939-8283 Fax: 770-939-3177 www.LouisBrown.com (Rev. 01/07) – Form LT-STP – Auto

# AFFIDAVIT OF LAND TRUST – EXHIBIT "A"

**STATE OF MISSISSIPPI**
**COUNTY OF JACKSON**

BEFORE ME, the undersigned authority, on this day personally appeared J. B. Wright Jr., as Trustee, who being first duly sworn, deposes and says that:

1.  The following Trust is the subject of this Affidavit:

    **1329 Gum, Jackson Land Trust, dated the 1st day of June 2007**

2.  The names of the currently acting Trustee is:

    **J. B. Wright Jr., as Trustee**

3.  The legal description of the real estate held by the Trust is:

    **LOT 614, WEST OCEAN BEACH ESTATES SUBDIVISION, FIRST ADDITION, as per map or plat of recorded in the Office of the Chancery Clerk of Jackson County, Mississippi, in Plat Book 6, at Page 6.**

4.  The Trust mailing address is:

    **P.O. Box 1021**
    **Ocean Springs, MS 39566**

5.  The Trust is currently in full force and effect.

6.  The Trust's powers, duties and responsibilities are as per the Declaration of Trust and Land Trust Agreement dated the 1st day of June 2007, and the subsequent public records deed filing which shows the Trustee(s) name(s).

7.  The signatory hereof is currently the acting Trustee of the Trust named herein.

8.  The signatories hereof have been granted full power and authority under the Trust provisions to take the following action(s), to wit: To purchase, improve, subdivide, manage and protect said real estate or any part thereof: to dedicate parks, streets, highways or alleys and to vacate any subdivision or part thereof and to re-subdivide said real estate as often as desired: to contract: to: renovate, to repair, to sell: to grant options to purchase, to sell on any terms; to take back, foreclose and release mortgages; to convey either with or without consideration, to carry back financing: to convey said real estate or any part thereof to a successor or successors in trust, all of the title, estate, powers and authorities vested in said Trustee: to donate, dedicate, mortgage, pledge as collateral or otherwise encumber said real estate, or any part thereof, from time to time to contract to lease, or if required, to hire management for said real estate, or any part thereof, in possession or reversion, by leases to commence in praesenti or in futuro, and upon any terms and for any period or periods of time, not exceeding in the case of any single demise the term of 99 years, and to renew or extend leases upon terms and for any period or periods of time and to amend, change or modify leases and the terms and provisions thereof at any time or times hereafter: and to grant options to lease, options to renew leases, options to purchase the whole or any part of the reversion and to contract respecting the manner of fixing the amount of present and future rentals: to exchange said property, or any part thereof, for other real or personal property, to grant easements or charges of any kind; to release, convey or assign any right, title use or interest in or to said real estate or any part thereof; and to deal with said property and every part thereof in all other ways and for other considerations as it would be lawful for any person owning the same to deal with the same, whether similar to or different from the ways above specified, at any time or times hereafter, including filing lawsuits and hiring counsel.

9.  In no case shall any party dealing with Trustee in relation to said real estate or to whom said real estate or any part thereof shall be conveyed, contracted to be sold, leased or mortgaged by Trustee, be obliged to see to the application of any purchase money, rent, or money borrowed or advanced on said premises, or be obliged to see that the terms of said Trust have been complied with, or be obliged to inquire into the necessity or expediency of any act of Trustee, or be obliged or privileged to inquire into any of the terms of said Trust Agreement; and every deed, trust deed, mortgage, lease, management agreement or other instrument executed by Trustee in relation to said real estate shall be conclusive evidence in favor of every person relying upon or claiming under any such conveyance, lease or other instrument (a) that at the time of the delivery thereof the trust created by said Trust Agreement was in full force and effect, (b) that such conveyance or other instrument was executed in accordance with the trusts, conditions and limitations contained in said Declaration of Trust and Land Trust Agreement and binding upon all beneficiaries thereunder, (c) that Trustee is duly authorized and empowered to execute and deliver every such deed, trust deed, lease, mortgage, management agreement or other instrument, (d) if the conveyance is made to a successor or successors in trust, that such successor or successors in trust have been properly appointed and are fully vested with all the title, estate, rights, powers, duties and obligations of the said predecessor in trust, and (e) Trustee is prohibited under the terms of the aforesaid Trust Agreement to reveal the terms and conditions of said Trust Agreement or the records of the Trust without express written authorization from the holder(s) of the power of direction of the Trust.

10. Any contract, obligation or indebtedness incurred or entered into by the Trustee in connection with said real estate may be entered into by the Trustee in the name of the then beneficiaries under said Trust Agreement, as their attorney in fact, hereby irrevocably appointed for such purpose, or, at the election of Trustee, in its own name as Trustee of an express trust and not individually and the Trustee has no obligation whatsoever with respect to any such contract, obligation or indebtedness except only so far as the trust property and funds in the actual possession of this Trustee shall be applicable for the payment and discharge thereof, and all persons and corporations whomsoever shall be charged with notice of this condition from the date of the filing for record of this affidavit. Any litigation arising in connection with the Trust document shall be adjudicated under the laws of the State of Mississippi. In the event any portion of the said Trust Agreement shall be found to be not supportable under Mississippi Statutes, the remaining provisions shall continue to be valid and subject to enforcement in the courts without exception. In like manner, any obligations of either party, which may become law, shall be binding on both parties as if included herein.

11. The interest of each and every beneficiary under the Declaration of Trust and Land Trust Agreement hereinbefore referred to and of all persons claiming under them or any of them shall be only in the earnings, avails and proceeds arising from the sale or other disposition of said real estate and such interest is hereby declared to be personal property, and no beneficiary has any title or interest, legal or equitable, in or to said real estate as such but only an interest in the earnings, avails and proceeds thereof as aforesaid.

© 1992-2007 Trust Associates – 4426-B Hugh Howell Road, Suite 200, Tucker, GA  30084 Phone: 770-939-8283 Fax: 770-939-3177 www.LonisBrown.com (Rev. 01/07) – Form LT-STP – Auto

12.   The following individual(s) are duly appointed as the Successor Trustee(s) with the same powers as stated herein:

D. A. Triplett, as Successor Trustee

13.   The signatory hereof declare that the foregoing statements are true and correct, under penalty of perjury.

**FURTHER AFFIANT SAYETH NOT.**

_____ (Seal)

AFFIANT: J. B. Wright Jr., as Trustee

STATE OF MISSISSIPPI
COUNTY OF JACKSON

PERSONNALY APPEARED BEFORE ME, the undersigned authority in and for the said County and State, within my jurisdiction, the within named J. B. Wright Jr., who acknowledged that he signed, executed and delivered the above and foregoing instrument on the day and year therein mentioned.

WITNESS MY SIGNATURE AND OFFICIAL SEAL OF OFFICE, this the 1st day of June, 2007.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: Nov. 6, 2009

# EXHIBIT "B"
# LEGAL DESCRIPTION

**This Exhibit is part of that Warranty Deed** dated the **1**st day of **June 2007**, by and between **Bryan Keith Gospodinovich and Karen Gospodinovich**, (hereinafter referred to as "Grantors"), and **1329 Gum, Jackson Land Trust, J. B. Wright Jr., as Trustee**, a Land Trust (an executory trust): (hereinafter referred to as "Grantee").

### Legal Description of Property

LOT 614, WEST OCEAN BEACH ESTATES SUBDIVISION, FIRST ADDITION, as per map or plat of recorded in the Office of the Chancery Clerk of Jackson County, Mississippi, in Plat Book 6, at Page 6.



# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**.  If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

# 1. CLAIMANT INFORMATION

| 1. | **Name:** | Last/ Business Name<br>1329 Gum Jackson Land Trust | First | M.I. |
|---|---|---|---|---|

**Taxpayer Information: (check the appropriate Taxpayer e)**

☐ **Social Security Number**

☐ **Individual Taxpayer Identification Number**

☒ **Employer Identification Number**

| 4 | 2 | 6 | 4 | 7 | 2 | 5 | 0 | 7 |
|---|---|---|---|---|---|---|---|---|

(Enter numbers only)

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number.  SSNs are assigned to individuals.  If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number** (ITIN):
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity.  Only businesses have an EIN.

| 3. | **Mailing Address:** | Street<br>P.O. Box 1021 | | | |
|---|---|---|---|---|---|
| | | City<br>Ocean Springs | State<br>Mississippi | Zip Code<br>39566 | Parish/County<br>Jackson |

| | **Email Address:** | |
|---|---|---|

| 5. | **Telephone Numbers:** | Home/Business<br>(    )    -    | Cell<br>(    )    -    |
|---|---|---|---|

| 6. | **If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative.  If you are registering as an individual and not as a business, skip to Section 2.** | DBA Name |  |
|---|---|---|---|
| | | Authorized Representative Last Name<br>Wright | Authorized Representative First Name<br>J.B. |
| | | Title |  |

2

# 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim.  Attach additional copies of this page to register additional properties.

| Affected Property Address: | ☐   Check here if this is a Rental or Commercial property. | | | |
|---|---|---|---|---|
| | Street 1329 Gum Street | | | |
| | City Ocean Springs | State Mississippi | Zip Code 39564 | Parish/County Jackson |

**8.   Attorney Information:**

☐   Check here if you are not represented by an attorney, and skip to Question 9.  If you are represented by an attorney, complete this section.

| Firm Name Doyle Law Firm, PC | |
|---|---|
| Attorney Last Name Doyle | Attorney First Name Jimmy |
| Street 2100 Southbridge Parkway, Suite 650 | |
| City Birmingham | State Alabama · Zip Code 35209 |
| Email jimmy@doylefirm.com | Phone Number (205) 533-9500 |

**9.  Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒   **Remediation.**   Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property.  If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐   **Already Remediated Property.**   You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒   **Other Losses.**   The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses.  If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐   **Tenant Losses.**   Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property.  If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐   **Bodily Injury.**   Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall.  **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents ached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | Date: | 10/08/2018 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First | Last | M.I. |

