DEFENDANT'S
EXHIBIT
3
Triplett
PENGAD 800-631-6989

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| *Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.* 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON |
| | MAG. JUDGE WILKINSON |

**PLAINTIFF FACT SHEET**

Name of Plaintiff: 1329 Gum, Jackson Land Trust - J.B. Wright, Jr. as Trustee

Affected Property Address: 1329 Gum Street, Ocean Springs, MS 39564

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1. On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        06 / 01 / 2007

2. When you took ownership of the Property, what was the name of the seller?

Bryan Keith Gospodinovich & Karen Gospodinovich

1

3.  Name and address of the realtor?

I don't recall.

4.  Name and address of the closing agent?

1329 Gum, Jackson Land Trust, P.O. Box 1021, Ocean Springs, MS 39566

5.  What was the price of the home when you purchased it?  $ 68,808.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes    [ ] No    [ ] I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
                    $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. _____/_____/20_____

b. _____/_____/20_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.   Discovery of Drywall

12.   Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          _____/_____/20_06-07_

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.   Manufacturer/Seller of Drywall

13.   Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**: Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Financial: additional interest payments, loss of use, loss of value, and additional damage to a/c, appliances and fixtures in the home.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

The property is worthless in its current condition - with the defective Knauf Chinese-made

drywall in it. To repair the home would amount to more than the equity I have in it right

now.

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. N/A
b. N/A
c. N/A

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. N/A /_____/20_____   to   _____/_____/20_____
b. N/A /_____/20_____   to   _____/_____/20_____
c. N/A /_____/20_____   to   _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A
b. $ N/A
c. $ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #5:**  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response:**  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response:**  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response:**  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

Response:   ☑ N/A

32.  When did the remediation commencement date occur?

Response:   ☑ N/A

33.  When did the remediation end date occur?

Response:   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

Response:   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

Response:   ☑ N/A

7

36. Were any samples from the remediation retained?

     Response:   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

     Response:   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

     Response:   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

     Response:   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

     **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

     **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property: A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          _____
Signature of Plaintiff                                    Date

2-6-19


J.B. Wright, Jr., Trustee of 1329 Gum, Jackson Land Trust
Printed Name

# Exhibit 1

# Exhibit 2



# 1329 GUM STREET, OCEAN SPRINGS, MISSISSIPPI 39564

**Inspection Date:**
7/11/2018

**Prepared For:**
Jami Block

**Prepared By:**
**H**ome **I**nspection **B**uilding **S**pecialist, **Inc**
PO Box 273
Ocean Springs, Mississippi 39566-0273
228-875-3699
228-875-9889 Fax
homeinspecspec@aol.com

**Report Number:**
8192857

**Inspector:**
Justin Chewning MHIB0656 Exp. 09/2019

© 2018 Home Inspection Building Specialist, Inc

# REPORT OVERVIEW

## THE HOUSE IN PERSPECTIVE

## CONVENTIONS USED IN THIS REPORT

**SATISFACTORY** - Indicates the component is functionally consistent with its original purpose but may show signs of normal wear and tear and deterioration.

**MARGINAL** - Indicates the component will probably require repair or replacement anytime within five years.

**POOR** - Indicates the component will need repair or replacement now or in the very near future.

**MAJOR CONCERNS** - A system or component that is considered significantly deficient or is unsafe.

**SAFETY HAZARD** - Denotes a condition that is unsafe and in need of prompt attention.

## THE SCOPE OF THE INSPECTION

All components designated for inspection in the ASHI® Standards of Practice are inspected, except as may be noted in the "Limitations of Inspection" sections within this report.

It is the goal of the inspection to put a home buyer in a better position to make a buying decision. Not all improvements will be identified during this inspection. Unexpected repairs should still be anticipated. The inspection should not be considered a guarantee or warranty of any kind.

Please refer to the pre-inspection contract for a full explanation of the scope of the inspection.

## BUILDING DATA

| | |
|---|---|
| Approximate Age: | 18 Years |
| Style: | Single Family |
| Main Entrance Faces: | Northeast |
| State of Occupancy: | Vacant |
| Weather Conditions: | Rain |
| Recent Rain: | Yes |
| Ground cover: | Wet |
| Temperature: | 80°F |

© 2018 Home Inspection Building Specialist, Inc

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 3 of 39

# RECEIPT / INVOICE

**Home Inspection Building Specialist, Inc**
**PO Box 273**
**Ocean Springs, Mississippi 39566-0273**
**228-875-3699**

Date: 7/11/2018                    Inspection Number: 8192857

Name:  Jami Block

| | |
|---|---|
| Inspection: | 275.00 |
| PAID** | -275.00 |
| Total: | 275.00 |

**   ☐ Mold
        ☐ Pool / Hot Tub
        ☐ CDWI
        ☐ Other:_____

        ☑ Check #:  **1196**
        ☐ Cash
        ☐ Credit Card:

Inspected By: Justin Chewning
License/Certification #: MHIB0656 Exp. 09/2019

This confidential report is prepared exclusively for Jami Block
© 2018 Home Inspection Building Specialist, Inc

## GROUNDS

### SERVICE WALKS

| | | | | |
|---|---|---|---|---|
| **Material:** | ☑ Concrete | ☐ Flagstone | ☐ Gravel | ☐ Brick |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | *Trip Hazard* | ☑ Typical cracks |
| | ☐ *Pitched towards home* | ☐ *Settling cracks* | | ☐ *Public sidewalk needs repair* |

### DRIVEWAY/PARKING

| | | | | |
|---|---|---|---|---|
| **Material:** | ☑ Concrete | ☐ Asphalt | ☐ Gravel/Dirt | ☐ Brick |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | *Settling Cracks* | ☑ Typical cracks |
| | ☐ *Pitched towards home* | | ☐ *Trip hazard* | ☑ Fill cracks and seal |

### PORCH *(covered entrance)*

| | | | | |
|---|---|---|---|---|
| **Support Pier:** | ☐ Concrete | ☑ Wood | ☐ Not visible | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Railing/Balusters recommended* |
| **Floor:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* |

### STOOPS/STEPS

| | | | | |
|---|---|---|---|---|
| **Material:** | ☑ Concrete | ☐ Wood | ☐ *Railing/Balusters recommended* | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Safety Hazard* |
| | ☐ *Uneven risers* | ☐ *Rotted/Damaged* | ☐ *Cracked* | ☐ *Settled* |

### PATIO

| | | | | |
|---|---|---|---|---|
| **Material:** | ☐ Concrete | ☑ Flagstone | ☐ Kool-Deck® | ☐ Brick |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ *Settling Cracks* | ☐ *Trip hazard* |
| | ☐ *Pitched towards home* | | ☐ Drainage provided | ☐ Typical cracks |

### FENCE/WALL

| | | | | | |
|---|---|---|---|---|---|
| **Type:** | ☐ Brick/Block | ☑ Wood | ☐ Metal | ☐ Chain Link | ☐ *Rusted* | ☐ Vinyl |
| **Condition:** | ☐ Satisfactory | ☑ Marginal | ☐ Poor | ☐ Not evaluated | |
| **Gate:** | ☐ N/A | ☐ Satisfactory | ☑ Marginal | ☐ Poor | ☐ *Planks missing/damaged* |

### LANDSCAPING AFFECTING FOUNDATION

| | | | | |
|---|---|---|---|---|
| **Negative Grade:** | ☐ East | ☐ West | ☐ North | ☐ South | ☑ Satisfactory |

☐ *Recommend additional backfill*   ☐ *Recommend window wells/covers*   ☑ Trim back trees/shrubberies
☐ *Wood in contact with/improper clearance to soil*   ☐ Yard drains present – not inspected

### HOSE BIBS

| | | | | |
|---|---|---|---|---|
| | ☐ None | ☑ No anti-siphon valve | | ☑ **Recommend Anti-siphon valve** |
| **Operable:** | ☑ Yes | ☐ No | ☐ Not tested | ☐ Not on |

### GENERAL COMMENTS

**GROUNDS / LANDSCAPING:**

1. Driveway and / or sidewalk(s) had some cracking considered to be typical, but usable, repair as needed. Recommend sealing the cracks with a self-leveling concrete crack filler to avoid further damage to the driveway. Water infiltration in the crack can cause additional compaction of soils below the concrete causing the concrete to become uneven and / or concaved.

2. House numbers not installed on house and / or mail box. House numbers are important to first responders in the event of an emergency. Recommend installing numbers that are visible from the street.

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 5 of 39

3.  Shrubberies are somewhat overgrown against the house.  Recommend trimming shrubberies away from the house.
4.  High soil conditions present. This condition is when the soil and / or landscaping are in contact and / or too close to the siding. Recommend correction to avoid termite issues.



5.  Tree roots are close to the home and can cause damage to the foundation and plumbing. Recommend consulting with a tree arborist about what options are available for corrections.



6.  Erosion was observed in several areas around the exterior of the home where gutters were omitted. Recommend consulting with a company that installs gutters to determine the scope of work needed.

7.  Low areas next to the foundation need some correction.  Low areas against the foundation tend to collect water and are not good for the homes foundation. While the inspector found no conditions suggesting structural concern, recommend filling low areas.



**EXCLUSIONS TO THIS REPORT:**

➢ *Fencing is not part of a home inspection. We did observe needed repairs to the gate. Repair as necessary.*

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 7 of 39

## ROOF

| ROOF VISIBILITY | ☑ All | ☐ Partial | ☐ None | ☐ Limited by: |
|---|---|---|---|---|

| INSPECTED FROM | ☑ Roof | ☐ Ladder at eaves | ☐ Ground (*Inspection Limited*) | ☐ With Binoculars |
|---|---|---|---|---|

### STYLE OF ROOF

**Type:**  ☑ Gable  ☐ Hip  ☐ Mansard  ☐ Shed  ☐ Flat
**Pitch:**  ☐ Low  ☑ Medium  ☐ Steep  ☐ Flat
Type: Asphalt 3-tab   Layers: 1+ Layers   **Approx. age: 15-20+Yrs.**

**VENTILATION SYSTEM**   **Type:** ☑ Soffit  ☐ Ridge  ☑ Gable  ☐ Roof  ☐ Turbine  ☑ Powered
**Ventilation Present:** ☑ Yes  ☐ No   **(See Interior remarks)**

### FLASHING   ☑ Not visible

**Material:**  ☐ Galv/Alum  ☐ Asphalt  ☐ Copper  ☐ Foam  ☐ Rubber  ☐ Lead  ☐ Other
**Condition:**  ☑ Not visible  ☐ Satisfactory  ☐ Marginal  ☐ Poor  ☐ *Rusted*  ☐ **Missing**
☐ *Separated from chimney/roof*  ☐ *Recommend Sealing*

### VALLEYS   ☐ N/A

**Material:**  ☑ Not Visible  ☐ Galv/Alum  ☐ Asphalt  ☐ Lead  ☐ Copper  ☐ Other
**Condition:**  ☑ Not visible  ☐ Satisfactory  ☐ Marginal  ☐ Poor
☐ *Holes*  ☐ **Rusted**  ☐ *Recommend Sealing*

### CONDITION OF ROOF COVERINGS   ☐ Satisfactory  ☑ **Marginal**  ☐ Poor

**Condition:**  ☑ Curling  ☑ Cracking  ☐ Ponding  ☐ Burn Spots  ☑ Broken/Loose Tiles/Shingles
☐ Nail popping  ☑ Granules missing  ☐ Alligatoring  ☐ Blistering  ☑ Missing Tabs/Shingles/Tiles
☐ Moss buildup  ☐ Exposed felt  ☐ Cupping  ☐ Incomplete/Improper Nailing
☐ *Recommend roofer evaluate*  ☐ *Evidence of Leakage*  ☑ Exposed nails – Ridge / flashing(s)

### PLUMBING VENTS   ☐ Not Visible  ☑ Yes  ☐ No  ☐ Satisfactory  ☐ Marginal  ☑ Poor

**Material:**  ☐ Galv/Alum  ☐ Copper  ☑ Plastic / Neoprene  ☐ Lead  ☐ Other
*Conditions reported above reflect <u>visible</u> portion only. See additional Comments*

### GENERAL COMMENTS

1. **The roof was covered with 3-tab fiberglass composition asphalt shingles. Composition shingles are composed of a fiberglass matt embedded in asphalt and covered with ceramic-coated mineral granule. Asphalt composition shingles covering the roof of this home appeared to be at or near the end of their long-term service life. (Shingles curling, damaged shingles, weak brittle shingles, areas of exposed fiberglass, and lifting shingles.) The Inspector recommends that before the expiration of your Inspection Objection Deadline, you consult with a qualified roofing contractor to discuss options and costs for replacement.**

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 8 of 39



2.  Satellite dish penetrations are potential leaks. Recommend monitoring for leaks.
3.  Exposed roof nails on the ridge cap and / or flashings.  Recommend sealing the exposed nail heads.
4.  **Plumbing vent flashings are damaged deteriorated. Recommend replacing damaged plumbing vent flashings.**

  

5.  Visible repairs have been made to the roof covering in scattered areas of the roof.  The shingles are not stuck where disturbed to retro fit a new shingle. Recommend placing three one-inch dabs of roofing cement/tar under each shingle tab that is loose.  This will minimize the risk of wind damage to the roof cover.



1329 Gum Street, Ocean Springs, Mississippi 39564   Page 9 of 39

6.  Fascia terminations do not appear to be flashed and / or sealed to the roof line.  Recommend consulting a qualified roofer to further evaluate and make the needed corrections.

 

7.  Tree limbs are in contact with the roof causing damages to the roof shingles by wearing, removing the granules. Shingles with little to no granules will wear faster as the granules are the protective covering. Recommend trimming back the tree limbs and evaluating the effected shingles for replacement.



8.  Tree debris is piled up in areas of the roof.  Tree debris collected in areas of the roof hold moisture resulting in damages to the roof covering.



*Shingles along the bottom of the roof (first course) are not adequately secured. Manufacturers offer a special starter strip. This condition makes the shingles prone to damage during high winds. Since the special starter shingle was not placed under the first course of shingles, alternatively three one-inch dabs of roofing cement/tar can be placed under each shingle tab.

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 10 of 39

## EXTERIOR

### GUTTERS/SCUPPERS/EAVESTROUGH        ☐ None

| | | | |
|---|---|---|---|
| **Material:** | ☐ Copper | ☑ Vinyl/Plastic | ☐ Galvanized/Aluminum |
| **Condition:** | ☐ Satisfactory | ☑ Marginal | ☐ Poor        ☐ *Rusting* |
| **Leaking:** | ☐ Corners | ☐ Joints | ☐ *Hole in main run*        ☐ *Needs to be cleaned* |
| **Attachment:** | ☐ *Loose* | ☐ *Missing spikes* | ☐ *Improperly sloped*        ☐ *Downspouts needed* |
| **Extension needed:** | ☐ North  ☐ South  ☐ East  ☐ West | ☑ *Recommend repair/replacement of damaged sections* | |

### SIDING

| | | | | | | |
|---|---|---|---|---|---|---|
| **Material:** | ☐ Stone    ☐ Slate | ☑ Brick | ☐ Fiberboard | ☐ Fiber-cement | ☐ Stucco | |
| | ☐ EIFS* Not Inspected | ☐ Asphalt | ☐ Wood | ☑ Metal/Vinyl | ☐ Block | |
| | ☐ Typical cracks | ☑ Peeling paint | ☐ *Monitor* | ☐ *Wood rot* | ☑ *Loose/Missing/Holes* | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☑ *Recommend repair/painting* | | |

### 1.)TRIM  2.)SOFFIT  3.)FASCIA  4.)FLASHING

| | | | |
|---|---|---|---|
| **Material:** | ☑ Wood | ☐ Fiberboard | ☐ Aluminum/Steel        ☑ Other |
| | ☐ *Recommend repair/painting* | ☑ *Damaged wood* | |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |

### CAULKING

| | | | |
|---|---|---|---|
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
| | ☑ *Recommend around windows/doors/masonry ledges/corners/utility penetrations* | | |

### WINDOWS & SCREENS        ☐ *Failed/fogged insulated glass*

| | | | |
|---|---|---|---|
| **Material:** | ☐ Wood | ☐ Metal | ☑ Vinyl        ☐ Aluminum/Vinyl Clad |
| **Screens:** | ☐ Torn | ☐ Bent | ☑ Not installed        ☐ Glazing Compound/Caulk needed |
| **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor   ☐ *Wood rot*   ☐ *Recommend repair/painting* |

### GENERAL COMMENTS

**GUTTERS AND DOWNSPOUTS:**
1.  Vinyl gutters can become very brittle - Be careful not to crack the gutters.
2.  Gutter downspout was no longer connected at the front of the home. Recommend repair and / or replace as needed.



3.  **Gutters were leaking at the seams in areas. Recommend repair and / or replace.**

**EXTERIOR:**

1. Interfaces not sealed. Interfaces on this particular house are the vertical abutments / transitions in two different exterior finishes. Recommend installing a caulk bead along the vertical abutment of the vinyl siding and the brick veneer.



2. Siding had some damage at the lowest lap due to lawn equipment and was in need of repair. Replace and / or seal the impact damaged locations.



3. House shows visible mildew in scattered areas. Recommend pressure washing the exterior of the house at this time.
4. Doors casings at the exterior door(s) show evidence of peeling paint. Scrape loose paint and recoat with primer and finish coat.
5. Window screens not installed and / or damaged at the time of the inspection. Sizes and number were not verified. Recommend replacing damaged / missing window screens.
6. **Roof / wall abutment flashings are terminated behind the siding in areas of the home, upon further investigation beams and substrate appear to have damaged wood. Recommend a qualified contractor remove and replace all damaged wood when making corrections to the flashings.**

  

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 12 of 39

 

7.  Vinyl siding at the front of the home is warped, appears to be from grilling to close to siding. Recommend replace as needed.



8.  Front light fixture is missing a globe. Recommend replace.
9.  Front right soffit has some damaged wood. Recommend remove and replace all damaged wood.



**10. Siding terminates on the concrete at the front of the garage, this abutment was sealed with sealants which have since cracked / split. Water appears to be migrating into the garage from the base of the wall. Recommend a qualified contractor make the needed corrections.**

 

11. Fiber-cement butt joints were not sealed. Recommend sealing to preserve the life of the materials.

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 13 of 39

## EXTERIOR

### SERVICE ENTRY

| | | | |
|---|---|---|---|
| **SERVICE ENTRY** | ☑ Underground | ☐ Overhead | ☐ *Weather head/mast needs repair* |
| **Exterior receptacles:** ☐ Yes ☑ No | **Operable:** ☐ Yes ☐ No | | ☐ *Overhead wires too low* |
| **GFCI present:** ☐ Yes ☑ No | **Operable:** ☐ Yes ☐ No | | ☐ *Safety Hazard* |
| ☐ **Reverse polarity** | ☐ *Open ground(s)* | | ☐ Recommend GFCI Receptacles |
| **Condition:** ☑ Satisfactory ☐ Marginal | ☐ Poor | | |

### BUILDING(S) EXTERIOR WALL CONSTRUCTION

| | | | | |
|---|---|---|---|---|
| **Type:** | ☑ Not visible | ☐ Framed | ☐ Masonry | |
| **Condition:** | ☑ Not visible | ☐ Satisfactory | ☐ Marginal | ☐ Poor |

### EXTERIOR DOORS          1.) ENTRANCE   2.) PATIO   3.)STORM

| | | | | |
|---|---|---|---|---|
| **Weatherstripping:** | ☐ Satisfactory | ☑ Marginal | ☐ Poor | ☐ Missing          ☐ Replace |
| **Door Condition:** | ☐ Satisfactory | ☑ Marginal | ☐ Poor | |

### EXTERIOR A/C - HEAT PUMP

**Location:** Rear

Brand: Payne          Model #: PA13NR030-H          **Approximate age: 9 yrs.**

| | | | |
|---|---|---|---|
| Outside Disconnect: ☑ Yes ☐ No | Maximum fuse/breaker rating: 20 Amp | | Fuses/breakers installed: 30 Amp |
| **Level:** ☐ Yes ☑ No | ☑ *Cabinet/housing rusted* | | ☑ *Improperly sized fuses/breakers* |
| **Condenser Fins:** ☐ *Damaged* | ☐ Need cleaning | | ☐ *Damaged base/pad* |
| ☐ *Damaged Refrigerant Line* | | | **Insulation:** ☑ Yes ☐ No ☑ Replace |
| **Condition:** ☐ Satisfactory | ☐ Marginal | ☑ Poor | Proper Clearance (air flow) ☑ Yes ☐ No |

### GENERAL COMMENTS

**EXTERIOR DOOR(S):**
1. Exterior doors (one or more) do not properly seal to the doors casings. Recommend installing additional weather stripping if needed.
2. Rear exterior door shows evidence of wood rot at the base of the doors casing and / or trim.  Replace damaged wood.



3. Rear exterior door does not latch when closed. Recommend adjusting door to close properly.
4. One or more exterior door is missing screws in one or more hinges.  The missing screws appear to be the three-inch screws used to secure the hinge to the walls framing. Recommend installing a 3-inch screw where missing to prevent the door from dragging over time.

1329 Gum Street, Ocean Springs, Mississippi 39564  Page 14 of 39

**A-C CONDENSER:**

1. Condenser unit is rated for a maximum disconnect of 20 amps.  The breaker in service to condenser is a 30-amp breaker. Recommend consulting with an HVAC professional to determine if the breaker should be reduced to a 20-amp breaker.
2. Condensing unit not level.  Compressors which are out of level may fail to function properly and need adjustment. Tipping and moving compressors can also cause leaks in refrigerant lines, leading to service calls to evacuate and recharge the system after repairing the refrigerant leak. Recommend leveling compressor / condenser.



3. Pipe insulation is damaged and / or missing from the suction side of the refrigeration lines.  Recommend replacing the pipe insulation.
4. AC condensers suction line was observed frozen at the time of the inspection. Recommend a qualified HVAC technician service the units. *See Cooling page for additional comments.*



1329 Gum Street, Ocean Springs, Mississippi 39564   Page 15 of 39

## GARAGE/CARPORT

| TYPE | ☑ Garage | ☐ Carport | | | |
|------|----------|-----------|---|---|---|
| ☑ Attached | ☐ Detached | ☑ 1-car | ☐ 2-car | ☐ 3-car | ☐ 4-car |

**AUTOMATIC OPENER**   ☐ Yes ☑ No   ☐ Operable   ☐ Inoperable   ☐ *Remotes not available*

**SAFETY REVERSE**   Operable: ☐ Yes  ☐ No  ☐ *Need(s) adjusting*  ☐ *Safety hazard*

**FLOOR**
Material:   ☑ Concrete   ☐ Gravel   ☐ Asphalt   ☐ Dirt
Condition:   ☑ Satisfactory  ☑ Typical cracks   ☐ *Large settling cracks*   ☐ *Recommend evaluation/repair*
Burners less than 18" above garage floor:   ☑ N/A   ☐ Yes   ☐ No   ☐ *Safety hazard*

**SILL PLATES**   ☐ Not visible   ☐ Floor level   ☑ Elevated   ☐ *Rotted/Damaged*   ☐ *Recommend repair*

**OVERHEAD DOOR(S)**   ☐ N/A
Material:   ☐ Wood   ☐ Fiberglass   ☐ Masonite   ☑ Metal   ☐ *Recommend repair*
Condition:   ☑ Satisfactory   ☐ Marginal   ☐ Poor   ☐ *Overhead door hardware loose*
*Recommend Priming/Painting Inside & Edges*: ☐ Yes ☐ No  ☐ *Safety Cable Recommended*  ☐ *Weatherstripping missing/damaged*

**ELECTRICAL RECEPTICALS  PRESENT**   ☑ Yes   ☐ No   ☐ Not visible
Reverse polarity: ☑ Yes ☐ No   **Open ground:** ☐ Yes ☑ No   ☐ *Safety hazard*
GFCI Present: ☐ Yes ☑ No   Operable: ☐ Yes ☐ No   ☐ *Handyman/extension cord wiring*
☑ **Recommend GFCI Receptacles**

**GENERAL COMMENTS**

1. Cracks in the garage floor appear to be shrinkage cracks in the foundation. Usually shrinkage cracks are due to conditions at original construction: pour mix, rapid curing, and possibly other conditions.  Shrinkage cracks are less likely to require structural monitoring and repair in poured concrete as they would be expected to continue after initial curing.  Concrete does shrink as it cures. Very often there are minor shrinkage cracks which are hairline, random, intermittent, multiple and meandering in the concrete.  Shrinkage cracks appear more frequently and larger if the mix was improper and especially where control joints were omitted. Recommend sealing cracks 1/8" wide or larger.
2. Electrical outlets in the garage do not appear to be GFCI protected. Electrical outlets in the garage require GFCI protection with the exception of one for the use of a major appliance (freezer, refrigerator, etc…). Recommend installing GFCI protection to garage outlets.
3. **Electrical outlets in the garage (4+/-) tested reverse polarity. Recommend a qualified electrician make the needed repairs.**
4. Moisture stains were observed along the base of the wall in areas, appears to be from water migration from the exterior of the wall. Recommend repairs. *See exterior page for additional comments.*



5. Door casing has pet damage in the garage. Recommend repairs.

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 16 of 39

## KITCHEN

| COUNTERTOPS | ☑ Satisfactory | ☐ Marginal | ☑ *Recommend repair/caulking* |
|---|---|---|---|

| CABINETS | ☑ Satisfactory | ☐ Marginal | ☐ *Recommend repair/adjustment* |
|---|---|---|---|

### PLUMBING COMMENTS

| Faucet Leaks: | ☐ Yes | ☑ No | Pipes leak/corroded: ☐ Yes | ☑ No |
|---|---|---|---|---|
| Sink/Faucet: | ☑ Satisfactory | ☐ Corroded ☐ Chipped | ☐ Cracked | ☐ *Recommend repair* |
| Functional Drainage: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | Functional Flow: ☑ Satisfactory ☐ Marginal ☐ Poor |

### WALLS & CEILING

| Condition: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ *Moisture stains* |
|---|---|---|---|---|---|

### HEATING / COOLING SOURCE        ☑ Yes   ☐ No

| FLOOR | Condition: | ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Sloping | ☐ Squeaks |
|---|---|---|---|---|---|---|

### APPLIANCES

| ☐ Disposal | *Operable*: | ☐ Yes | ☐ No | ☐ Trash compactor | *Operable*: | ☐ Yes | ☐ No |
|---|---|---|---|---|---|---|---|
| ☑ Oven | *Operable*: | ☑ Yes | ☐ No | ☑ Exhaust fan | *Operable*: | ☑ Yes | ☐ No |
| ☑ Range | *Operable*: | ☑ Yes | ☐ No | ☑ Refrigerator | *Not a fixed appliance. Not tested.* | | |
| ☑ Dishwasher | *Operable*: | ☑ Yes | ☐ No | ☑ Microwave | *Operable*: | ☑ Yes | ☐ No |
| ☐ Ice Maker | *Operable*: | ☐ Yes | ☐ No | ☐ Beverage Refrigerator | *Operable*: | ☐ Yes | ☐ No |

| Dishwasher Airgap: | ☐ Yes | ☑ No and/or **Dishwasher Drain Line Looped:** ☐ Yes ☑ No |
|---|---|---|
| Receptacles Present: | ☑ Yes ☐ No | Operable: ☑ Yes ☐ No |
| GFCI: | ☑ Yes ☐ No | Operable: ☑ Yes ☐ No ☐ Recommend GFCI Receptacles |
| Open ground/Reverse polarity: | ☐ Yes ☑ No ☐ *Potential safety hazard(s)* | |

### GENERAL COMMENTS

1.  Countertops are loose. Recommend securing countertops.



2.  Flooring in the kitchen has visible crack(s). The cracks show no evidence of structural failure and appear to be following a typical crack in the foundation.
3.  **Anti-tip bracket not installed on the stove.  Anti-tip brackets are metal devices designed to prevent freestanding ranges from tipping. They are normally attached to a rear leg of the range or screwed into the wall behind the range, and are included in all installation kits. A falling range can crush, scald, or burn anyone caught beneath. Recommend installing the safety device provided by the manufacture.**

4.  Dishwasher discharge drain does not appear to be properly looped allowing water from the sink to drain back into the dishwasher.  Corrections needed to the drain line.



5.  Kitchen sink is not sealed to the countertop. Recommend repairs as needed.

LAUNDRY ROOM

## LAUNDRY

| | | | | | |
|---|---|---|---|---|---|
| **Cross connections:** | ☐ Yes | ☑ No | **Heat source present:** ☐ Yes ☑ No | **Room vented:** ☐ Yes ☑ No | |
| **Dryer vented:** | ☐ N/A | ☑ Wall | ☐ Ceiling | ☐ Floor | ☐ Not vented |
| ☐ *Plastic Dryer Vent not recommended* | ☐ *Not vented to Exterior* | | ☐ *Recommend repair* | ☐ *Safety hazard* | |
| **Electrical:** | Open ground/reverse polarity within 6' of water: | | | ☐ Yes ☑ No | ☐ *Safety hazard* |
| **GFCI present:** | ☐ Yes | ☑ No | **Operable:** ☐ Yes ☐ No | ☑ Recommend GFCI Receptacles | |
| **Appliances:** | ☐ Washer | | ☐ Dryer | ☐ Water heater | ☐ Furnace/Boiler |
| **Washer hook-up lines/valves:** | | | ☐ Leaking | ☐ Corroded | ☐ Not visible |
| **Gas Shut-off Valve:** | ☑ N/A | ☐ Yes | ☐ No | ☐ Cap Needed | ☐ *Safety hazard* ☐ Not visible |

## GENERAL COMMENTS

1. Light fixture in the laundry room is missing a globe. Recommend replace.


**EXCLUSIONS FROM THIS REPORT:**
➤ Washing machines and cloths dryers are not fixed components of the home, therefore no inspections were performed to these particular components.

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 19 of 39

## BATHROOM(S)

### HALL

| | | | | | | |
|---|---|---|---|---|---|---|
| **Sinks:** | **Faucet leaks:** | ☐ Yes | ☑ No | **Pipes leak:** ☐ Yes | ☑ No | |
| **Tubs:** | **Faucet leaks:** | ☐ Yes | ☑ No | **Pipes leak:** ☐ Yes | ☑ No | ☐ Not visible |
| **Showers:** | **Faucet leaks:** | ☐ Yes | ☑ No | **Pipes leak:** ☐ Yes | ☑ No | ☐ Not visible |
| **Toilet:** | **Bowl Loose:** | ☑ Yes | ☐ No | **Operable:** ☑ Yes | ☐ No | ☐ Cracked bowl ☐ Toilet leaks |

**Shower/Tub area:** ☐ Ceramic/Plastic  ☑ Fiberglass  ☐ Masonite  ☐ Other
Condition:  ☑ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Rotted floors
Caulk/Grouting Needed:  ☐ Yes  ☑ No

**Drainage:**  ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Water flow:**  ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Moisture stains present:** ☐ Yes  ☑ No  ☐ Walls ☐ Ceilings  ☐ Cabinetry
**Window/doors:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Receptacles Present:**  ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**GFCI:**  ☑ Yes  ☐ No  **Operable:**  ☑ Yes  ☐ No
**Open ground/Reverse polarity:**  ☐ Yes  ☑ No ☐ *Potential Safety Hazard(s)*
**Heat source present:**  ☑ Yes  ☐ No
**Exhaust fan:**  ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No  ☐ Noisy  ☐ Operable window

### GENERAL COMMENTS

1. Cracks are present in the floors tile.  Cracks appear to be typical. No evidence of structural failure.
2. Tub drain stopper is no longer attached to the drain.  Recommend to repair and / or replace.
3. **Toilet bowl is loose to the floor in the hall bathroom. Toilet needs to be secured to floor to avoid wear to the wax ring.**
4. Door casing is damaged in the bathroom. Recommend replace.

1329 Gum Street, Ocean Springs, Mississippi 39564  Page 20 of 39



## BATHROOM(S)

**MASTER**

| | | | | | |
|---|---|---|---|---|---|
| **Sinks:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☑ No | | |
| **Tubs:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☑ No | ☐ Not visible | |
| **Showers:** | **Faucet leaks:** | ☐ Yes ☑ No | **Pipes leak:** ☐ Yes ☑ No | ☐ Not visible | |
| **Toilet:** | **Bowl Loose:** | ☐ Yes ☑ No | **Operable:** ☑ Yes ☐ No | ☐ Cracked bowl ☐ Toilet leaks | |

**Shower/Tub area:** ☐ Ceramic/Plastic  ☑ Fiberglass  ☐ Masonite  ☐ Other
Condition:  ☑ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Rotted floors
Caulk/Grouting Needed:  ☐ Yes  ☑ No
**Drainage:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Water flow:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Moisture stains present:** ☐ Yes  ☑ No  ☐ Walls ☐ Ceilings  ☐ Cabinetry
**Window/doors:** ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Receptacles Present:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**GFCI:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Open ground/Reverse polarity:** ☐ Yes  ☑ No  ☐ *Potential Safety Hazard(s)*
**Heat source present:** ☑ Yes  ☐ No
**Exhaust fan:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No  ☐ Noisy  ☑ Operable window

**GENERAL COMMENTS**

1. Pet damage was observed to the door casing. Recommend replace.
2. Cabinet handle was missing in the bathroom. Recommend replace.
3. Microbial growth was observed on the wall in the bathroom. Recommend cleaning.
4. Tub / shower water spigot does not fit firmly to the shower surround, nor appears to be properly sealed. To avoid water infiltration behind the wall, recommend sealing the spigot to the surround.



**FYI:** The electrical outlet(s) located in this particular bathroom appear to be normal ordinary outlets, however have been identified as being GFCI protected. Reset is located in the hall bathroom.

This confidential report is prepared exclusively for Jami Block
© 2018 Home Inspection Building Specialist, Inc



**ROOMS**

### LIVING ROOM

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes |
| **Ceiling Fan:** ☐ N/A | ☑ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:   Switches:** ☑ Yes   ☐ No   **Receptacles:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Open ground/Reverse polarity:** ☐ Yes   ☑ No   ☐ Safety Hazard   ☐ Cover plates missing
**Heating Source Present:** ☑ Yes   ☐ Not visible   **Holes:** ☐ Doors   ☐ Walls   ☐ Ceilings
**Egress Restricted:** ☑ N/A   ☐ Yes   ☐ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ Cracked glass
☑ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

#### GENERAL COMMENTS

1. **Outlet covers were missing / damaged in the living room. Recommend replacing missing outlet covers.**
2. Window appears to have leaking insulated glass. This is a condition where moisture is trapped between the seal and / or has a foggy appearance. Recommend budgeting to replace windows with this condition.

### BEDROOM HALL

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes |
| **Ceiling Fan:** ☑ N/A | ☐ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:   Switches:** ☑ Yes   ☐ No   **Receptacles:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Open ground/Reverse polarity:** ☐ Yes   ☑ No   ☐ Safety Hazard   ☐ Cover plates missing
**Heating Source Present:** ☑ Yes   ☐ Not visible   **Holes:** ☐ Doors   ☐ Walls   ☐ Ceilings
**Egress Restricted:** ☑ N/A   ☐ Yes   ☐ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ Cracked glass
☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

#### GENERAL COMMENTS

1. **Smoke detector does not function when manually tested in the bedroom hall.  Recommend replacing battery and retest.**

### FRONT LEFT BEDROOM

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |
| **Moisture stains:** ☐ Yes | ☑ No | | | |
| **Floor:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Squeaks | ☐ Slopes |
| **Ceiling Fan:** ☐ N/A | ☑ Satisfactory | ☐ Marginal | ☐ Poor | |

**Electrical:   Switches:** ☑ Yes   ☐ No   **Receptacles:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Open ground/Reverse polarity:** ☐ Yes   ☑ No   ☐ Safety Hazard   ☐ Cover plates missing
**Heating Source Present:** ☑ Yes   ☐ Not visible   **Holes:** ☐ Doors   ☐ Walls   ☐ Ceilings
**Egress Restricted:** ☐ N/A   ☐ Yes   ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor   ☐ Cracked glass
☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

#### GENERAL COMMENTS

1. One or more outlet(s) in this particular room are loose to the wall box.  Repairs needed to these particular outlet(s).
2. Ceiling fan is wobbling, recommend balancing blades and retest

## ROOMS

### REAR LEFT BEDROOM

| | | | | |
|---|---|---|---|---|
| **Walls & Ceiling:** ☑ Satisfactory | ☐ Marginal | ☐ Poor | ☐ Typical cracks | ☐ Damage |

**Moisture stains:** ☐ Yes    ☑ No
**Floor:** ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☐ Squeaks    ☐ Slopes
**Ceiling Fan:** ☐ N/A    ☑ Satisfactory    ☐ Marginal    ☐ Poor
**Electrical:    Switches:** ☑ Yes    ☐ No    **Receptacles:** ☑ Yes    ☐ No    **Operable:** ☑ Yes    ☐ No
**Open ground/Reverse polarity:** ☐ Yes    ☑ No    ☐ **Safety Hazard**    ☐ Cover plates missing
**Heating Source Present:** ☑ Yes    ☐ Not visible    **Holes:** ☐ Doors    ☐ Walls    ☐ Ceilings
**Egress Restricted:** ☐ N/A    ☐ Yes    ☑ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor    ☐ Cracked glass
☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

### GENERAL COMMENTS

1. Outlet cover was cracked. Recommend replace.
2. Door(s) do not latch in the bedroom. Recommend adjusting door to close properly.

### DINING AREA

**Walls & Ceiling:** ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☐ Typical cracks    ☐ Damage
**Moisture stains:** ☐ Yes    ☑ No
**Floor:** ☑ Satisfactory    ☐ Marginal    ☐ Poor    ☐ Squeaks    ☐ Slopes
**Ceiling Fan:** ☑ N/A    ☐ Satisfactory    ☐ Marginal    ☐ Poor
**Electrical:    Switches:** ☑ Yes    ☐ No    **Receptacles:** ☑ Yes    ☐ No    **Operable:** ☑ Yes    ☐ No
**Open ground/Reverse polarity:** ☐ Yes    ☑ No    ☐ **Safety Hazard**    ☐ Cover plates missing
**Heating Source Present:** ☑ Yes    ☐ Not visible    **Holes:** ☐ Doors    ☐ Walls    ☐ Ceilings
**Egress Restricted:** ☑ N/A    ☐ Yes    ☐ No
**Doors & Windows:** ☑ Satisfactory ☐ Marginal ☐ Poor    ☐ Cracked glass
☐ Evidence of leaking insulated glass   ☐ Broken/Missing hardware

### GENERAL COMMENTS

## INTERIOR

### INTERIOR WINDOWS / GLASS
**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor *Needs repair*
☑ Representative number of windows operated ☐ Painted shut
☐ Glazing compound needed ☐ Cracked glass ☐ Hardware missing *Broken counter-balance mechanism*
**Evidence of Leaking Insulated Glass:** ☑ Yes ☐ No ☐ N/A

### SMOKE / CARBON MONOXIDE DETECTORS
**Present:** Smoke Detector: ☑ Yes ☐ No **Operable:** ☐ Yes ☑ No ☐ Not tested
CO Detector: ☐ Yes ☑ No **Operable:** ☐ Yes ☐ No ☐ Not tested

### ATTIC/STRUCTURE/FRAMING/INSULATION
**Access:** ☐ Stairs ☑ Pulldown ☐ Scuttlehole/Hatch *No access* ☐ N/A
**Inspected From:** ☐ Access panel ☑ In the attic
**Location:** ☐ Bedroom hall ☐ Bedroom closet ☑ Garage
**Flooring:** ☐ Complete ☑ Partial ☐ None
**Insulation:** ☑ Fiber glass ☑ Batts ☑ Loose ☐ Cellulose ☐ Foam
☐ Vermiculite ☐ Rockwoll Depth: 9-12" *Recommend Baffles @ Eaves*
*Damaged* *Displaced* *Missing* ☑ *Compressed*
**Installed In:** ☐ Rafters ☑ Walls ☑ Between ceiling joists ☐ Underside of Roof Deck ☐ Not visible
*Recommend additional insulation (See comments)*
**Vapor Barriers:** ☐ Kraft/foil faced ☐ Plastic ☑ Not visible *Improperly Installed*
**Ventilation:** *Ventilation appears adequate* ☑ *Recommend additional ventilation*
**Fans Exhausted To: Attic:** ☑ Yes ☐ No **Outside:** ☐ Yes ☐ No ☑ Not visible
**HVAC Duct:** ☐N/A ☑Satisfactory ☐*Damaged* ☐*Split* ☐*Disconnected* ☐*Leaking* ☐*Repair/Replace* ☐*Recommend Insulation*
**Chimney Chase:** ☑ N/A ☐ Satisfactory *Needs repair* ☐ Not visible
**Structural Problems Observed:** ☐ Yes ☑ No *Recommend repair* *Recommend Structural Engineer*
**Roof Structure:** ☑ Rafters ☐ Trusses ☑ Wood ☐ Metal
☑ Collar Ties ☑ Purlins ☐ Knee Wall ☐ Not Visible
**Ceiling Joists:** ☑ Wood ☐ Metal ☐ Not visible
**Sheathing:** ☐ Plywood ☑ OSB ☐ Planking *Rotted* *Stained* *Delaminated*
**Evidence of Condensation/Moisture Leaking:** ☑ Yes ☐ No
**Electrical:** ☑ *Open junction box(es)* *Handyman wiring* *Visible knob-and-tube*

### GENERAL COMMENTS
**SMOKE DETECTOR:**
1. **Smoke detectors are not installed in all required locations of the home. Today's standards require a smoke detector in each bedroom and bedroom hall. Recommend for safety to install additional smoke detectors.**

**ATTIC:**
1. Light fixture(s) in the attic are in a location where they can be bumped with the head and / or other body parts. Recommend installing fixtures with closed globes to avoid breaking the bulb resulting in accidental shock.
2. **Junction boxes open, missing covers need to be covered. Recommend installing covers where needed.**



3.  **Pull down attic ladder did not appear to be installed according to manufacturers' specifications.  Screws missing in the metal corner brackets closest to the piano hinge and the side metal pivot brackets.  Install fasteners in the drilled openings of the bracket.**

 

4.  **Attic vent fan was inoperable in the attic at the time of the inspection. Recommend repair and / or replace to restore proper ventilation.**



**ADDITIONAL INTERIOR:**

1.  ==Conditions observed around the interior of the home were similar to those observed with Chinese drywall (corrosion of copper wires in sub-panel and outlets / switches.) Recommend having the home further evaluated / remediated by a company that specializes in Chinese drywall.==

  

1329 Gum Street, Ocean Springs, Mississippi 39564   Page 25 of 39

  



1329 Gum Street, Ocean Springs, Mississippi 39564 Page 26 of 39

## PLUMBING

### WATER SERVICE          Main Shut-off Location: Curbside

**Water Entry Piping:** ☑ Not visible  ☐ Copper/Galv.  ☐ **Plastic*** (PVC, CPVC, **Polybutylene**, PEX)  ☐ Lead
**Lead Other Than Solder Joints:** ☐ Yes  ☐ No          ☑ Unknown  ☐ Service entry
**Visible Water Distribution Piping:** ☑ Copper  ☐ Galvanized  ☑ **Plastic*** (PVC, CPVC, **Polybutylene**, PEX)
**Condition:**          ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Functional Flow:**          ☑ Satisfactory  ☐ Marginal  ☐ Poor          ☐ *Water pressure over 80 psi*
**Pipes, Supply/Drain:**  ☐ *Corroded*  ☐ *Leaking*  ☐ *Valves broken/missing*
          ☐ *Dissimilar metal*          **Cross connection:**          ☐ Yes          ☑ No
**Drain/Waste/Vent Pipe:** ☐ Copper  ☐ Cast iron  ☐ Galvanized  ☑ PVC  ☐ ABS
**Condition:**          ☑ Satisfactory  ☐ Marginal  ☐ Poor
**Traps Proper P-Type:** ☑ Yes  ☐ No          ☐ *P-traps recommended*
**Functional Drainage:** ☑ Satisfactory  ☐ Marginal  ☐ Poor

### SANITARY / GRINDER PUMP          Operable: ☑ Yes ☐ No

**Sealed Crock:**  ☑ Yes  ☐ No  *Note: Sealed are not opened by the inspector!
**Check Valve:**  ☐ Yes  ☐ No  ☑ Not visible          Vented:          ☑ Yes  ☐ No

### WATER HEATER          Location: Attic

**Brand name:**  Whirlpool          **Serial #:** 0002128254
**Type:**          ☐ Gas          ☑ Electric          ☐ Oil
**Capacity:**          50 gallons          **Approx. age: 18 year(s)**
**Relief Valve:**  ☑ Yes  ☐ No  **Extension proper:** ☐ Yes ☑ No  ☐ *Missing*  ☑ *Recommend repair*
**Condition:**          ☐ Satisfactory          ☑ **Marginal**  ☐ Poor

### GENERAL COMMENTS

**WATER HEATER:**

1.  **Wiring to the water heater is improper. Wire is not properly installed to the water heater with a Romex connector and the junction box cover not properly installed. Recommend correcting the wiring to the water heater.**



2.  **Water heater T&P extension pipe terminates in the drain pan. Recommend extending to the exterior.**



**3.   Water heater drain pan piping is reduced. Recommend a qualified plumber make the needed corrections.**



4.   Bottom of the water heater is rusted. Recommend monitoring for performance.

## HEATING SYSTEM

| HEATING SYSTEM | Location: Attic |
|---|---|
| **Brand Name:** | Rheem |
| | Model #: RBHA-17J14SFDAI    Serial #: T M1100 04501 |

| | | | | |
|---|---|---|---|---|
| ***Energy Source:*** | ☐ Gas | ☐ LP | ☐ Oil | ☑ Electric ☐ Solid Fuel |
| ***Warm Air System:*** | ☐ Belt drive | ☑ Direct drive | ☐ Gravity | ☑ Central system ☐ Floor/Wall unit |
| ***Heat Exchanger***: | ☑ N/A (sealed) | ☐ Visual w/mirror | ☐ *Flame distortion* ☐ **Rusted** | ☐ **Carbon/soot buildup** |
| ***Controls:*** | Disconnect: ☑ Yes ☐ No | ☑ Normal operating and safety controls observed | | |
| ***Distribution:*** | ☑ Metal duct ☐ Insulated flex duct | ☐ Cold air returns ☑ Duct board | ☐ **Asbestos-like wrap** | |
| ***Filter:*** | ☑ Standard | ☐ Electrostatic | ☐ Satisfactory | ☑ Needs cleaning/replacement ☐ Missing |
| ***Proper Operation:*** | ☑ Yes | ☐ No | ☐ Not tested | |
| ***Heat Pump:*** | ☑ N/A ☐ Aux. electric ☐ Aux. gas | | | |
| ***System Condition:*** | ☐ Satisfactory | ☑ **Marginal** ☐ Poor | ☐ Recommended HVAC Technician Examine | |
| ***System Not Operated Due To:*** | ☑ Interior temperature | | | |

### GENERAL COMMENTS

1. **Condensate drain pipe (3/4" pipe) has visible mildew and appears to be condensing on the exterior of the pipe due to location dripping on the floor decking and / or ceiling below.  Recommend wrapping condensate drain with pipe insulation.**



2. **Secondary drain pan was in use at the time of the inspection. Recommend having the unit serviced by an HVAC technician.**



*Heat was unable to be tested due to the temperature inside the home at the time of the inspection.

1329 Gum Street, Ocean Springs, Mississippi 39564  Page 29 of 39

## ELECTRIC/COOLING SYSTEM

| **MAIN PANEL** | Location: Exterior wall | **Condition:** | ☑ Satisfactory | ☐ Marginal | ☐ Poor |
|---|---|---|---|---|---|

**Adequate Clearance To Panel:** ☑ Yes ☐ No  Amperage: 200 Volts: 120/240  ☑ Breakers ☐ Fuses

**Appears Grounded:** ☑ Yes ☐ No ☐ Not visible

**MAIN WIRE:** ☐ Copper ☐ Aluminum ☑ Not visible ☐ *Double tapping of the main wire*

**Condition:** ☑ Satisfactory ☐ Poor ☐ *Federal Pacific Panel Stab Lok® (See remarks)\**

**BRANCH WIRE:** ☑ Copper ☐ **Aluminum\*** ☐ Not visible

**Condition:** ☑ Satisfactory ☐ Poor ☐ *Recommend electrician evaluate/repair\**

☑ Romex ☐ BX cable ☐ Conduit ☐ *Knob & tube\*\**

☐ *Double tapping* ☐ *Wires undersized/oversized breaker/fuse*

☐ Panel not accessible ☐ Not evaluated **Reason:**

---

**SUB PANEL(S)** ☐ None apparent

Location 1: Kitchen

☐ Panel not accessible ☐ Not evaluated **Reason:**

**Branch Wire:** ☑ Copper ☐ Aluminum ☑ Breakers ☐ Fuses

**GFCI Breaker:** ☐ Yes ☑ No  **Operable:** ☐ Yes ☐ No

**AFCI Breaker:** ☐ Yes ☑ No  **Operable:** ☐ Yes ☐ No

Neutral/ground separated: ☑ Yes ☐ No  Neutral isolated: ☑ Yes ☐ No  ☐ *Safety hazard*

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ *Recommend separating/isolating neutrals*

---

### ELECTRICAL FIXTURES

A representative number of installed lighting fixtures, switches, and receptacles located inside the house, garage, and exterior walls were tested and found to be:

**Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor ☐ Open grounds ☐ Reverse polarity

☐ GFCIs not operating ☑ *Solid conductor aluminum branch wiring circuits\**

☐ Ungrounded 3-prong receptacles

☐ *Recommend electrician evaluate/repair\**

---

### GENERAL COMMENTS

**ELECTRICAL MAIN PANEL:**

1. Main electric panel is not labeled. Breakers should be labeled to find circuits when needed.
2. **Main-panel cover / dead front was missing some screws. Recommend replacing missing screws.**
3. **Breakers are double tapped in the main-panel. Recommend consulting with a qualified electrician to properly distribute the circuits.**



**ELECTRICAL SUB-PANEL (KITCHEN):**

1. One or more of the Romex wires entering the electric sub-panel are missing Romex connectors.  Install plastic inserts where missing.



| **AC UNIT** | | | | |
| --- | --- | --- | --- | --- |
| **Energy Source:** | ☑ Electric | ☐ Gas | | |
| **Unit Type:** | ☑ Air cooled | ☐ Water cooled | ☐ Geothermal | ☐ Heat pump |
| ***Evaporator Coil:*** | ☐ Satisfactory | ☑ Not visible | ☐ Needs cleaning | ☐ Damaged |
| **Refrigerant lines:** | ☐ *Leak* | ☑ *Damage* | ☐ *Insulation missing* | ☑ Satisfactory |
| **Condensate Line/Drain:** | ☐ To exterior | ☐ To pump | ☐ Floor drain | ☑ Waste drain |
| **Operation:** | **Differential: -- °F** (Supply: -- °F / Return: -- °F) | | | |
| | **Difference in temperature (split) should be 14-22° Fahrenheit** | | | |
| **Condition:** | ☐ Satisfactory   ☐ Marginal   ☐ Poor   ☑ *Recommend HVAC technician examine/clean/service* | | | |
| | ☐ *Not operated due to exterior temperature (Outside temperature must be above 65°F for 24 hours prior to inspection)* | | | |

**GENERAL COMMENTS**

1. Cooling system was not operating properly at the time of the inspection. Unit was frozen at the time of the inspection. Recommend having the unit serviced by an HVAC technician.



1329 Gum Street, Ocean Springs, Mississippi 39564  Page 31 of 39



*SUMMARY*

## ITEMS NOT OPERATING

1.  Attic vent fan was inoperable in the attic at the time of the inspection. Recommend repair and / or replace to restore proper ventilation.

## MAJOR CONCERNS

*Item(s) that have failed or have potential of failing soon.*

1.  The roof was covered with 3-tab fiberglass composition asphalt shingles. Composition shingles are composed of a fiberglass matt embedded in asphalt and covered with ceramic-coated mineral granule. Asphalt composition shingles covering the roof of this home appeared to be at or near the end of their long-term service life. (Shingles curling, damaged shingles, weak brittle shingles, areas of exposed fiberglass, and lifting shingles.) The Inspector recommends that before the expiration of your Inspection Objection Deadline, you consult with a qualified roofing contractor to discuss options and costs for replacement.
2.  Plumbing vent flashings are damaged deteriorated. Recommend replacing damaged plumbing vent flashings.
3.  Gutters were leaking at the seams in areas. Recommend repair and / or replace.
4.  Roof / wall abutment flashings are terminated behind the siding in areas of the home, upon further investigation beams and substrate appear to have damaged wood. Recommend a qualified contractor remove and replace all damaged wood when making corrections to the flashings.
5.  Siding terminates on the concrete at the front of the garage, this abutment was sealed with sealants which have since cracked / split. Water appears to be migrating into the garage from the base of the wall. Recommend a qualified contractor make the needed corrections.
6.  Toilet bowl is loose to the floor in the hall bathroom. Toilet needs to be secured to floor to avoid wear to the wax ring.
7.  Conditions observed around the interior of the home were similar to those observed with Chinese drywall (corrosion of copper wires in sub-panel and outlets / switches.) Recommend having the home further evaluated / remediated by a company that specializes in Chinese drywall.
8.  Water heater T&P extension pipe terminates in the drain pan. Recommend extending to the exterior.
9.  Water heater drain pan piping is reduced. Recommend a qualified plumber make the needed corrections.
10. Condensate drain pipe (3/4" pipe) has visible mildew and appears to be condensing on the exterior of the pipe due to location dripping on the floor decking and / or ceiling below.  Recommend wrapping condensate drain with pipe insulation.
11. Secondary drain pan was in use at the time of the inspection. Recommend having the unit serviced by an HVAC technician.
12. Cooling system was not operating properly at the time of the inspection. Unit was frozen at the time of the inspection. Recommend having the unit serviced by an HVAC technician.

## POTENTIAL SAFETY HAZARDS

1.  Electrical outlets in the garage (4+/-) tested reverse polarity. Recommend a qualified electrician make the needed repairs.
2.  Anti-tip bracket not installed on the stove.  Recommend installing the safety device provided by the manufacture.
3.  Outlet covers were missing / damaged in the living room. Recommend replacing missing outlet covers.
4.  Smoke detectors are not installed in all required locations of the home.  Today's standards require a smoke detector in each bedroom and bedroom hall.  Recommend for safety to install additional smoke detectors.
5.  Smoke detector does not function when manually tested in the bedroom hall.  Recommend replacing battery and retest.
6.  Junction boxes open, missing covers need to be covered. Recommend installing covers where needed.
7.  Pull down attic ladder did not appear to be installed according to manufacturers' specifications.  Screws missing in the metal corner brackets closest to the piano hinge and the side metal pivot brackets.  Install fasteners in the drilled openings of the bracket.
8.  Wiring to the water heater is improper.  Wire is not properly installed to the water heater with a Romex connector and the junction box cover not properly installed.  Recommend correcting the wiring to the water heater.
9.  Main-panel cover / dead front was missing some screws. Recommend replacing missing screws.
10. Breakers are double tapped in the main-panel.  Recommend consulting with a qualified electrician to properly distribute the circuits.
11. One or more of the Romex wires entering the electric sub-panel are missing Romex connectors.  Install plastic inserts where missing.

*  *Items listed in this report may inadvertently have been left off the Summary Sheet.  Customer should read the entire report, including the Remarks.*

AMERICAN SOCIETY OF HOME INSPECTORS®

# Standards of Practice

1.    Introduction
2.    Purpose & Scope
3.    Structural System
4.    Exterior
5.    Roofing System
6.    Plumbing System
7.    Electrical System
8.    Heating System
9.    Air Conditioning System
10.   Interior
11.   Insulation & Ventilation
12.   Fireplaces & Solid Fuel Burning Appliances
13.   General Limitations & Exclusions
      Glossary

Effective 1 January 2000
© 2000 American Society of Home Inspectors®

## 1. INTRODUCTION

**1.1** The American Society of Home Inspectors®, Inc. (ASHI®) is a not-for-profit professional society established in 1976. Membership in ASHI is voluntary and its members include private, fee-paid home *inspectors*. ASHI®'s objectives include promotion of excellence within the profession and continual improvement of its members' inspection services to the public.

## 2. PURPOSE AND SCOPE

**2.1** The purpose of these Standards of Practice is to establish a minimum and uniform standard for private, fee-paid home *inspectors* who are members of the American Society of Home Inspectors. *Home inspections* performed to these Standards of Practice are intended to provide the client with information regarding the condition of the *systems* and *components* of the home as *inspected* at the time of the *Home Inspection*.

**2.2 The *inspector* shall:**
  A. *inspect*:
    1.  *readily accessible systems* and *components* of homes listed in these Standards of Practice.
    2.  *installed systems* and *components* of homes listed in these Standards of Practice.
  B. *report*:
    1.  on those *systems* and *components inspected* which, in the professional opinion of the *inspector*, are *significantly deficient* or are near the end of their service lives.
    2.  A reason why, if not self-evident, the system or component is *significantly deficient* or near the end of its service life.
    3.  the *inspector's* recommendations to correct or monitor the *reported* deficiency.
    4.  on any *systems* and *components* designated for inspection in these Standards of Practice which were present at the time of the *Home Inspection* but were not *inspected* and the reason they were not *inspected*.

**2.3 These Standards of Practice are not intended to limit *inspectors* from:**
  A. including other inspection services, *systems* or *components* in addition to those required by these Standards of Practice.
  B. specifying repairs, provided the *inspector* is appropriately qualified and willing to do so.
  C. excluding *systems* and *components* from the inspection if requested by the client.

## 3. STRUCTURAL *SYSTEM*

3.1    The *inspector* shall:
    A. *inspect*:
        1.    the *structural components* including foundation and framing.
        2.    by probing a *representative number* of *structural components* where deterioration is
            suspected or where clear indications of possible deterioration exist. Probing is NOT required
            when probing would damage any finished surface or where no deterioration is visible.
    B. *describe*:
        1.    the foundation and *report* the methods used to *inspect* the *under-floor crawl space*.
        2.    the floor structure.
        3.    the wall structure.
        4.    the ceiling structure.
        5.    the roof structure and *report* the methods used to *inspect* the attic.

**3.2 The *inspector* is NOT required to:**
    A. provide any *engineering service* or *architectural service*.
    B. offer an opinion as to the adequacy of any *structural system* or *component*.

## 4. EXTERIOR

**4.1 The *inspector* shall:**
    A. *inspect*:
        1.    the exterior wall covering, flashing and trim.
        2.    all exterior doors.
        3.    attached decks, balconies, stoops, steps, porches, and their associated railings.
        4.    the eaves, soffits, and fascias where accessible from the ground level.
        5.    the vegetation, grading, surface drainage, and retaining walls on the property when any of
            these are likely to adversely affect the building.
        6.    walkways, patios, and driveways leading to dwelling entrances.
    B. *describe* the exterior wall covering.

**4.2 The *inspector* is NOT required to:**
    A. *inspect*:
        1.    screening, shutters, awnings, and similar seasonal accessories.
        2.    fences.
        3.    geological, geotechnical, or hydrological conditions.
        4.    *recreational facilities*.
        5.    outbuildings.
        6.    seawalls, break-walls, and docks.
        7.    erosion control and earth stabilization measures.

## 5. ROOF *SYSTEM*

**5.1 The *inspector* shall:**
    A. *inspect*:
        1.    the roof covering.
        2.    the *roof drainage systems*.
        3.    the flashings.
        4.    the skylights, chimneys, and roof penetrations.
    B. *describe* the roof covering and *report* the methods used to *inspect* the roof.

**5.2 The *inspector* is NOT required to:**
    A. *inspect*:
        1.    antennae.
        2.    interiors of flues or chimneys which are not *readily accessible*.
        3.    other installed accessories.

## 6. PLUMBING *SYSTEM*

**6.1 The *inspector* shall:**

A. *inspect*:
1. the interior water supply and distribution *systems* including all fixtures and faucets.
2. the drain, waste and vent *systems* including all fixtures.
3. the water heating equipment
4. the vent *systems*, flues, and chimneys.
5. the fuel storage and fuel distribution *systems*.
6. the drainage sumps, sump pumps, and related piping.

B. *describe*:
1. the water supply, drain, waste, and vent piping materials.
2. the water heating equipment including the energy source.
3. the location of main water and main fuel shut-off valves.

**6.2 The *inspector* is NOT required to:**

A. *inspect*:
1. the clothes washing machine connections.
2. the interiors of flues or chimneys which are not *readily accessible*.
3. wells, well pumps, or water storage related equipment.
4. water conditioning *systems*.
5. solar water heating *systems*.
6. fire and lawn sprinkler *systems*.
7. private waste disposal *systems*.

B. determine:
1. whether water supply and waste disposal *systems* are public or private.
2. the quantity or quality of the water supply.
3. operate safety valves or shut off valves.

## 7. ELECTRICAL SYSTEM

**7.1 The *inspector* shall:**

A. *inspect*:
1. the service drop.
2. the service entrance conductors, cables, and raceways.
3. the service equipment and main disconnects.
4. the service grounding.
5. the interior *components* of service panels and sub panels.
6. the conductors.
7. the overcurrent protection devices.
8. a *representative number* of *installed* lighting fixtures, switches, and receptacles.
9. the ground fault circuit interrupters.

B. *describe*:
1. the amperage and voltage rating of the service
2. the location of main disconnect(s) and sub panels
3. the *wiring methods*

C. *report*:
1. on the presence of solid conductor aluminum branch circuit wiring
2. on the absence of smoke detectors

**7.2 The *inspector* is NOT required to:**

A. *inspect*:
1. the remote control devices unless the device is the only control device.
2. the *alarm systems* and *components*.
3. the low voltage wiring, *systems* and *components*.
4. the ancillary wiring, *systems* and *components* not a part of the primary electrical power distribution *system*.

B. measure amperage, voltage, or impedance.

## 8. HEATING *SYSTEM*

**8.1 The *inspector* shall:**
    A. *inspect*:
        1.   the *installed* heating equipment.
        2.   the vent *systems*, flues, and chimneys.
    B. *describe*
        1.   the energy source.
        2.   the heating method by its distinguishing characteristics.

**8.2 The *inspector* is NOT required to:**
    A. *inspect*:
        1.   the interiors of flues or chimneys which are not *readily accessible*.
        2.   the heat exchanger.
        3.   the humidifier or dehumidifier.
        4.   the electronic air filter.
        5.   the solar space heating system.
    B. determine heat supply adequacy or distribution balance.

## 9. AIR CONDITIONING *SYSTEMS*

**9.1 The *inspector* shall:**
    A. *inspect* the *installed* central and through-wall cooling equipment.
    B. *describe*:
        1.   the energy source.
        2.   the cooling method by its distinguishing characteristics.
**9.2 The *inspector* is NOT required to:**
    A. *inspect* electronic air filters.
    B. determine cooling supply adequacy or distribution balance.

## 10. INTERIOR

**10.1 The *inspector* shall:**
    A. *inspect*:
        1.   the walls, ceilings, and floors.
        2.   the steps, stairways, and railings.
        3.   the countertops and a *representative number* of *installed* cabinets.
        4.   a *representative number* of doors and windows.
        5.   garage doors and garage door operators.
**10.2 The *inspector* is NOT required to:**
    A. *inspect*:
        1.   the paint, wallpaper, and other finish treatments.
        2.   the carpeting.
        3.   the window treatments.
        4.   the central vacuum *systems*.
        5.   the *household appliances*.
        6.   *recreational facilities*.

## 11. INSULATION & VENTILATION

**11.1 The *inspector* shall:**
    A. *inspect*:
        1.   the insulation and vapor retarders in unfinished spaces.
        2.   the ventilation of attics and foundation areas.
        3.   the mechanical ventilation *systems*.
    B. *describe*:
        1.   the insulation and vapor retarders in unfinished spaces.
        2.   the absence of insulation in unfinished spaces at conditioned surfaces.

**11.2 The *inspector* is NOT required to:**
    A. disturb insulation or vapor retarders.

B. determine indoor air quality.

## 12. FIREPLACES AND SOLID FUEL BURNING APPLIANCES

**12.1 The *inspector* shall:**
A. *inspect* :
    1.  the system *components*.
    2.  the vent *systems*, flues, and chimneys.
B. *describe*:
    1.  the fireplaces and solid fuel burning appliances.
    2.  the chimneys.

**12.2    The *inspector* is NOT required to:**
A. *inspect*:
    1.  the interiors of flues or chimneys.
    2.  the firescreens and doors.
    3.  the seals and gaskets.
    4.  the automatic fuel feed devices.
    5.  the mantles and fireplace surrounds.
    6.  the combustion make-up air devices.
    7.  the heat distribution assists whether gravity controlled or fan assisted.
B. ignite or extinguish fires.
C. determine draft characteristics.
D. move fireplace inserts or stoves or firebox contents.

## 13. GENERAL LIMITATIONS AND EXCLUSIONS

**13.1    General limitations:**
A. Inspections performed in accordance with these Standards of Practice
    1.  are not *technically exhaustive*.
    2.  will not identify concealed conditions or latent defects
B. These Standards of Practice are applicable to buildings with four or fewer dwelling units and their garages or carports.

**13.2    General exclusions:**
A. The *inspector* is not required to perform any action or make any determination unless specifically stated in these Standards of Practice, except as may be required by lawful authority.
B. *Inspectors* are NOT required to determine:
    1.  the condition of *systems* or *components* which are not *readily accessible*.
    2.  the remaining life of any system or component.
    3.  the strength, adequacy, effectiveness, or efficiency of any system or component.
    4.  the causes of any condition or deficiency.
    5.  the methods, materials, or costs of corrections.
    6.  future conditions including, but not limited to, failure of *systems* and *components*.
    7.  the suitability of the property for any specialized use.
    8.  compliance with regulatory requirements (codes, regulations, laws, ordinances, etc.).
    9.  the market value of the property or its marketability.
    10.  the advisability of the purchase of the property.
    11.  the presence of potentially hazardous plants or animals including, but not limited to wood destroying organisms or diseases harmful to humans.
    12.  the presence of any environmental hazards including, but not limited to toxins, carcinogens, noise, and contaminants in soil, water, and air.
    13.  the effectiveness of any system *installed* or methods utilized to control or remove suspected hazardous substances.
    14.  the operating costs of *systems* or *components*.
    15.  the acoustical properties of any system or component.
C. *Inspectors* are NOT required to offer:
    1.  or perform any act or service contrary to law.
    2.  or perform *engineering services*.

3.  or perform work in any trade or any professional service other than *home inspection*.
4.  warranties or guarantees of any kind.

D.  *Inspectors* are NOT required to operate:
1.  any system or component which is shut down or otherwise inoperable.
2.  any system or component which does not respond to *normal operating controls*.
3.  shut-off valves.

E.  *Inspectors* are NOT required to enter:
1.  any area which will, in the opinion of the *inspector*, likely be dangerous to the *inspector* or other persons or damage the property or its *systems* or *components*.
2.  the *under-floor crawl spaces* or attics which do not conform to recognized standards for clearance.

F.  *Inspectors* are NOT required to *inspect*:
1.  underground items including, but not limited to underground storage tanks or other underground indications of their presence, whether abandoned or active.
2.  *systems* or *components* which are not *installed*.
3.  *decorative items*.
4.  *systems* or *components* located in areas which are not entered in accordance with these Standards of Practice.
5.  detached structures other than garages and carports.
6.  common elements or common areas in multi-unit housing, such as condominium properties or cooperative housing.

G.  *Inspectors* are NOT required to:
1.  perform any procedure or operation which will, in the opinion of the *inspector*, likely be dangerous to the *inspector* or other persons or damage the property or its *systems* or *components*.
2.  move suspended ceiling tiles, personal property, furniture, equipment, plants, soil, snow, ice, or debris.
3.  *dismantle* any *system* or *component*, except as explicitly required by these Standards of Practice.

## GLOSSARY OF ITALICIZED WORDS

### Alarm Systems
Warning devices, *installed* or free-standing, including but not limited to; carbon monoxide detectors, flue gas and other spillage detectors, security equipment, ejector pumps and smoke alarms

### Architectural Service
Any practice involving the art and science of building design for construction of any structure or grouping of structures and the use of space within and surrounding the structures or the design for construction, including but not specifically limited to, schematic design, design development, preparation of construction contract documents, and administration of the construction contract

### Automatic Safety Controls
Devices designed and installed to protect systems and components from unsafe conditions

### Component
A part of a *system*

### Decorative
Ornamental; not required for the proper operation of the essential *systems* and *components* of a home

### Describe
To report a *system* or *component* by its type or other observed, significant characteristics to distinguish it from other *systems* or *components*

### Dismantle
To take apart or remove any *component*, device or piece of equipment that would not be taken apart or removed by a homeowner in the course of normal and routine home owner maintenance

**Engineering Service**
Any professional service or creative work requiring engineering education, training, and experience and the application of special knowledge of the mathematical, physical and engineering sciences to such professional service or creative work as consultation, investigation, *evaluation*, planning, design and supervision of construction for the purpose of assuring compliance with the specifications and design, in conjunction with structures, buildings, machines, equipment, works or processes

**Further Evaluation**
Examination and analysis by a qualified professional, tradesman or service technician beyond that provided by the *home inspection*

**Home Inspection**
The process by which an inspector visually examines the *readily accessible systems* and *components* of a home and which describes those *systems* and *components* in accordance with these Standards of Practice

**Household Appliances**
Kitchen, laundry, and similar appliances, whether *installed* or free-standing

**Inspect**
To examine readily accessible *systems* and *components* of a building in accordance with these Standards of Practice, using *normal operating controls* and opening *readily openable access panels*

**Inspector**
A person hired to examine any *system* or *component* of a building in accordance with these Standards of Practice

**Installed**
Attached such that removal requires tools

**Normal Operating Controls**
Devices such as thermostats, switches or valves intended to be operated by the homeowner

**Readily Accessible**
Available for visual inspection without requiring moving of personal property, *dismantling*, destructive measures, or any action which will likely involve risk to persons or property

**Readily Openable Access Panel**
A panel provided for homeowner inspection and maintenance that is within normal reach, can be removed by one person, and is not sealed in place

**Recreational Facilities**
Spas, saunas, steam baths, swimming pools, exercise, entertainment, athletic, playground or other similar equipment and associated accessories

**Report**
To communicate in writing

**Representative Number**
One *component* per room for multiple similar interior *components* such as windows and electric outlets; one *component* on each side of the building for multiple similar exterior *components*

**Roof Drainage Systems**
*Components* used to carry water off a roof and away from a building

**Significantly Deficient**
*Unsafe* or not functioning

**Shut Down**
A state in which a *system* or *component* cannot be operated by *normal operating controls*

This confidential report is prepared exclusively for Jami Block
© 2018 Home Inspection Building Specialist, Inc

### Solid Fuel Burning Appliances
A hearth and fire chamber or similar prepared place in which a fire may be built and which is built in conjunction with a chimney; or a listed assembly of a fire chamber, its chimney and related factory-made parts designed for unit assembly without requiring field construction

### Structural Component
A *component* which supports non-variable forces or weights (dead loads) and variable forces or weights (live loads)

### System
A combination of interacting or interdependent *components*, assembled to carry out one or more functions

### Technically Exhaustive
An investigation that involves *dismantling*, the extensive use of advanced techniques, measurements, instruments, testing, calculations, or other means

### Under-Floor Crawl Space
The area within the confines of the foundation and between the ground and the underside of the floor

### Unsafe
A condition in a readily accessible, *installed component* or *system* which is judged to be a significant risk of personal injury during normal, day-to-day use. The risk may be due to damage, deterioration, improper installation or a change in accepted residential construction standards

### Wiring Methods
Identification of electrical conductors or wires by their general type, such as "non-metallic sheathed cable" ("Romex"), "armored cable" ("bx") or "knob and tube," etc.

# Exhibit 3

