UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIMS
<u>ASSERTED BY 1329 GUM, JACKSON LAND TRUST</u>**

Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things. (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence. (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence. (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

6. The Fifth Amended Complaint was filed on May 14, 2018.

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

1

8. Plaintiff, 1329 Gum, Jackson Land Trust, first appeared in the Complaint on September 26, 2018, after moving to intervene as a claimant on September 10, 2018. (Rec. Docs. 21770, 21796-97).

9. The Fifth Amended Complaint is the operative complaint in this matter.

10. 1329 Gum, Jackson Land Trust ("Plaintiff" or "1329 Gum") is a plaintiff in the operative Fifth Amended Complaint and has made claims against the Knauf Defendants regarding the alleged presence of defective Chinese drywall installed in its former property located at 1329 Gum Street, Ocean Springs, Mississippi 39564 (the "Property").

11. Daniel Adrian Triplett ("Triplett") is the Trustee of 1329 Gum, as well as the Beneficiary of 1329 Gum. (Deposition of Daniel Adrian Triplett ("Triplett Depo.") at 9:19-25, 10:1-18).

12. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, an Owner Disclosure Affidavit, and a Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

13. Triplett, on behalf of 1329 Gum, completed the Plaintiff Profile Form ("PPF") on August 31, 2018, and it was signed by the former trustee under penalty of perjury. (Triplett Depo. at 10:19-25, 11:1-25, 12:1-17; Ex. A, PPF, Exhibit 1 to Triplett Depo.).

14. Triplett, on behalf of 1329 Gum, completed the Supplemental Plaintiff Profile form ("SPPF") on August 31, 2018, and it was signed by the former trustee under penalty of perjury. (Triplett Depo. at 13:8-25, 14:1-18; Ex. B, SPPF, Exhibit 2 to Triplett Depo.).

15. Triplett, on behalf of 1329 Gum, completed the Plaintiff Fact Sheet ("PFS") on February 6, 2019, and it was signed by the former trustee under penalty of perjury. (Triplett Depo. at 14:19-25, 15:1-18; Ex. C, PFS, Exhibit 3 to Triplett Depo.).

16. Triplett was deposed on behalf of 1329 Gum on December 9, 2019. (*See* Triplett Depo.).

17. 1329 Gum purchased the Property on June 1, 2007. (Triplett Depo. at 16:15-25, 17:1-4; Ex. C (Warranty Deed, Attachment to SPPF)).

18. The Property was damaged by Hurricane Katrina in 2005 and renovated thereafter. (Triplett Depo. at 26:20-25, 27:1-12).

19. Triplett believes that Chinese drywall was installed in the Property owned by 1329 Gum sometime after Hurricane Katrina. (Triplett Depo. at 26:20-25, 27:1-12).

20. Triplett has never lived on the Property and it was occupied by tenants for approximately twelve years, until approximately March or April of 2018. (Triplett Depo. at 27:17-25, 30:1-24, 41:25, 42:1).

21. Triplett stated that the Property went through foreclosure and was purchased from foreclosure in January of 2019; it was occupied by tenants of the new owner as of September of 2019. (Triplett Depo. at 23:9-25, 24:1-25, 25:1-6).

22. 1329 Gum no longer holds an ownership interest in the Property due to the foreclosure and subsequent sale. (Triplett Depo. at 48:24-25, 49:1-14).

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:     (504) 556-5549
Facsimile:     (504) 310-0275
Email:          kmiller@fishmanhaygood.com
Email:          pthibodeaux@fishmanhaygood.com
Email:          ddysart@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 18th day of March, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**