**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>***Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al***<br><br>**Case No. 14:cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## 28 U.S.C. § 1746 DECLARATION UNDER PENALTY OF PERJURY

I, JACOB S. WOODY, declare:

1.      I am a person of the full age of majority.  I make this Declaration based upon my personal knowledge.

2.      I am an attorney at BrownGreer, PLC, the claims administrator for the Knauf Settlement Agreement, the Global Banner and InEx (GBI) Settlement Agreement.

3.      On May 17, 2013, Joshua C. Kelley ("Mr. Kelley") submitted an online registration form to the BrownGreer portal for the property located at 160 Blair Circle, Pell City, AL 35125.[1]

4.      Joshua Kelley's claim is the only claim that BrownGreer has on file for the property located at 160 Blair Circle, Pell City, AL 35125.

---

[1] *See* attached Exhibit A.

5.      In other words, no other claimant submitted a claim on behalf of 160 Blair Circle, Pell City, AL 35125.

6.      Joshua Kelley's claim involved significant activity on the part of BrownGreer, which is summarized below.

7.      On September 26, 2013, Joshua Kelley followed up and submitted a Chinese Drywall Settlement Program Miscellaneous Claim Form on behalf of the property located at 160 Blair Circle, Pell City, AL 35125.[2] This claim form was filed timely to receive settlement benefits.

8.      Specifically, this Chinese Drywall Settlement Program claim form was submitted for both the Knauf and the InEx settlements:



---

[2] *See* attached Exhibit B.

9.     This claim form was signed by Joshua Kelley in which Mr. Kelley certified and declared "under penalty of perjury pursuant to U.S.C. § 1746 that the information provided in this claim form is true and accurate."

| CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM | | |
|---|---|---|
| **C. SIGNATURE** | | |
| I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.<br><br>By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form. | | |
| Signature of Claimant/Attorney: | Joshua Kelley | **Date:** 09/ 26/ 2013 (Month/Day/Year) |
| Printed Name: | First                         Last | M.I. |

10.     On March 10 and 11, 2014, BrownGreer had email correspondence with Mr. Joshua Kelley as well as his mother, Annie Kelley, concerning the status of the settlement program claim that had been submitted in September of 2013.[3]

11.     On March 30, 2015, BrownGreer issued Joshua Kelley an incompleteness notice[4] noting that Mr. Kelley had failed to adequately describe his claim and attach evidence of CDW in the home and expenses associated with CDW.

12.     On May 4, 2015, BrownGreer submitted to Joshua Kelley a follow up incompleteness notice for his Chinese Drywall Settlement Program claim form[5] noting the deficiencies as set forth in the paragraph above.

---

[3] *See* attached Exhibit C.
[4] *See* attached Exhibit D.
[5] *See* attached Exhibit E.

13.     On May 8, 2015, Joshua Kelley uploaded to the BrownGreer Portal receipts for alleged damage sustained to his house at 160 Blair Circle, Pell City, AL 35125.  This receipt is in the form of a December 13, 2015 invoice from Terry Hamilton, contractor to Joshua Kelley.[6] This partially cured deficiencies in the claim noted above.

14.     On May 11, 2015, Joshua Kelley uploaded photographs of his home to the BrownGreer Portal.[7] This partially cured deficiencies in the claim noted above.

15.     On May 20, 2015, BrownGreer submitted to Joshua Kelley an incompleteness denial notice form[8] noting the remaining deficiencies.

16.     On May 22, 2015, Joshua Kelley uploaded photographs indicating proof of corrosion at his home located at 160 Blair Circle, Pell City, AL 32125.[9] This partially cured deficiencies in the claim noted above.

17.     Also on May 22, 2015, Joshua Kelley uploaded photographs showing proof of KPT drywall.[10] This partially cured deficiencies in the claim noted above.

18.     On July 1, 2015, BrownGreer submitted to Mr. Kelley an incompleteness notice form[11] because additional information was still needed to pay Mr. Kelley's claims.

19.     On August 3, 2015, BrownGreer submitted a follow up incompleteness notice form.[12]

---

[6] *See* attached Exhibit F.
[7] *See* attached Exhibit G.
[8] *See* attached Exhibit H.
[9] *See* attached Exhibit I.
[10] *See* attached Exhibit J.
[11] *See* attached Exhibit K.
[12] *See* attached Exhibit L.

18.    On July 1, 2015, BrownGreer submitted to Mr. Kelley an incompleteness notice form[11] because additional information was still needed to pay Mr. Kelley's claims.

19.    On August 3, 2015, BrownGreer submitted a follow up incompleteness notice form.[12]

20.    On November 4, 2015, BrownGreer submitted to Mr. Kelley an incompleteness denial notice form[13] because Mr. Kelley never cured all of the deficiencies noted with his claims submission.

21.    On November 9, 2015, Mr. Kelley submitted to BrownGreer a claimant request to change representation status.

22.    Because the claims to the Knauf Class Action Settlement were denied for failure to comply with the settlement agreement's provisions, BrownGreer did not disperse any settlement funds from the Knauf Remediation Fund for the property.

23.    BrownGreer handled dozens of other Chinese Drywall settlement claims similar to Joshua Kelley insofar as the claimant submitted a valid and timely claim, but the claim was not paid because the Claimant failed to submit required back-up documentation.

I declare under penalty of perjury that the foregoing is true and correct.

_____

**JACOB S. WOODY**

_____

[11] *See* attached Exhibit K.
[12] *See* attached Exhibit L.
[13] *See* attached Exhibit M.

## 1. CLAIMANT INFORMATION

**1. Name:**

Last/Business Name: Kelley

First: Joshua

M.I.: C

**2. Taxpayer Information: (check the appropriate Taxpayer Type)**

- [x] **Social Security Number**
- [ ] **Individual Taxpayer Identification Number**
- [ ] **Employer Identification Number**

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

8 7 4 9

ers only)

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

**3. Mailing Address:**

Street: 160 Blairs Circle

City: Pell City

State: Al

Zip Code: 35125

Parish/County: St. Clair

**4. Email Address:** Kel Kelley 21 @ yahoo. Com

**5. Telephone Numbers:**

Home/Business: (205) 821-4314

Cell: (205) 540-3997

**6. If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2.**

DBA Name:

Authorized Representative Last Name:

Authorized Representative First Name:

Title:

## CHINESE DRYWALL SETTLEMENT PROGRAM
## REGISTRATION FORM

### INSTRUCTIONS

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before May 25, 2013**. If you do not register on or before May 25, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown. Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along. Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com. If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

# CHINESE DRYWALL SETTLEMENT PROGRAM
# MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement.  Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents.  Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessary entitle you to compensation.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name<br>Kelley | | First Name<br>Joshua | M.I.<br>C |
| | Co-Owner Last Name/Business Name<br>Kelley | | Co-Owner First<br>Cherry | M.I.<br>A |
| | DBA or Fictitious Name (if applicable) | | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | -8749 | **3. Business Claimant's Employer Identification Number (EIN):** | |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br><br>☐ No |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name: <br><br>SSN: |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | | |
|---|---|---|
| | ☒ Check here if you are not represented by an attorney and skip to Question 5.  If you are represented by an attorney, complete this section. | |

**6.   Attorney Information:**

Firm Name

| Attorney Last Name | Attorney First Name |
|---|---|

Street

| City | State | Zip |
|---|---|---|

| Email | Phone Number<br>() - |
|---|---|

**7.   Affected Property Address:**

Street
160 Blairs Circle

| City<br>Pell City | State<br>AL | Zip<br>35125 | County/Parish<br>St. Clair |
|---|---|---|---|

**8.   Settlement Agreement under which you are submitting this claim (check all that apply):**

☒ Knauf.
☐ Knauf.
☒ InEx.
☐ Global.

Participating Supplier Name:  <u>Unknown</u>
Participating Builder Name:  <u>Unknown</u>
Participating Installer Name:  <u>Unknown</u>

☐ L&W.
☐ Unknown.

Additional Comments (attached additional pages if necessary):

I do not a computer at home, I am putting hard copied documents in the mail today to meet the dead line.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | | |
|---|---|---|
| **9.** | **Lawsuit:** | Jurisdiction:<br>Case/Docket Number:<br>Date Filed: _/ /_<br>　　　(Month/Day/Year) |
| **10.** | **Drywall Manufacturer:** | ☐ Knauf<br>　☐ I am a member of the Knauf Settlement Class<br>　☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☒ Unknown |
| **11.** | **Tell us your relationship to the Affected Property (check the boxes that best describe your relationship):** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other: |
| **12.** | **Select the option that best describes how you used the Affected Property:** | ☐ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other |

# CHINESE DRYWALL SETTLEMENT PROGRAM
# MISCELLANEOUS CLAIM FORM

## B. CLAIM INFORMATION

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, upload all documents that you believe support your claim by using the Document Upload feature located below. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it. You may attach pages with any additional comments regarding your claim.

Kelley, Joshua

101165

4

# CHINESE DRYWALL SETTLEMENT PROGRAM
# MISCELLANEOUS CLAIM FORM

## C.  SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | Joshua Kelley | Date: | 09/ 26/ 2013 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First | Last | M.I. |

Kelley, Joshua

101165

**Clementin, Maria**

| | |
|---|---|
| **From:** | CDWQuestions |
| **Sent:** | Tuesday, March 11, 2014 3:44 PM |
| **To:** | 'Annie Kelley' |
| **Subject:** | RE: My claim |

Ms. Kelley,

We received a call from your son, Joshua Kelley, who confirmed that you may communicate with us directly regarding the claim under his name. His Miscellaneous claim is awaiting review. Our records indicate that a Portal account was created under kelkelley21@yahoo.com. Once the review is complete, we will issue a Notice on the Portal. We will also send an email notification to check the Portal.

Please let us know if you have any questions.

**From:** CDWQuestions
**Sent:** Tuesday, March 11, 2014 2:13 PM
**To:** 'Annie Kelley'
**Subject:** RE: My claim

Ms. Kelley,

Thank you for your email. Currently, we do not have authorization to discuss the claim with anyone other than Joshua Kelley, and the email address on file does not match your email address. Please provide authorization from the claimant or other clarification that would allow us to communicate with you directly.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

-----Original Message-----
From: Annie Kelley [mailto:annie.kelley@icloud.com]
Sent: Monday, March 10, 2014 11:35 PM
To: CDWQuestions
Subject: My claim

I summited a claim last year and have not heard back. Can you tell me the status of my claim.

Joshua kelley
160  Blair's circle pell city al. 35125
205-470-0664

Sent from my iPad

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### INCOMPLETENESS NOTICE
### DATE OF NOTICE: 3/30/15
### DEADLINE FOR RESPONSE: 4/24/15

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Kelley | First<br>Joshua | Middle<br>C |
|---|---|---|---|
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101165 | **Claim ID** | 7435 |
| **Claim Type** | Miscellaneous | **Affected Property ID** | 1947 |
| **Affected Property Address** | Street<br>160 Blairs Circle | | Unit |
| | City<br>Pell City | State<br>AL | Zip code<br>35125 |

### II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I.  We reviewed your claim and cannot continue processing it because it is missing required documents or information.  This Notice explains what your claim is missing.  Submit the documents and/or information listed below no later than the Deadline for Response listed at the top of this Notice.  If you do not submit the materials listed below on or before the deadline, we will have to deny your claim.  If you already have sent in these materials, let us know, for they may have come in after we did our last review.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| **1.** | Failure to State Claim | You have filed a Miscellaneous Claim Form but failed to describe the basis of your claim, or provided a description that was unclear. |
| **2.** | Proof of Expenses for Miscellaneous Claim | Evidence of incurred expenses associated with the claimed injury. |
| **3.** | Proof of Chinese Drywall | Documents demonstrating the presence of corrosive, reactive Chinese Drywall in the property |
| **4.** | Supply Chain Evidence | Evidence of Settlement Eligibility, such as (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier. OR (b) a Document demonstrating that a participating builder built the Affected Property. OR (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer |

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

**www3.browngreer.com/Drywall**

Claimant ID: 101165
Claim ID: 7435



We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

| IV. HOW TO RESPOND TO THIS NOTICE | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail** <br> (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br> P.O. Box 25401 <br> Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br> (Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator <br> 250 Rocketts Way <br> Richmond, Virginia 23231 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101165

Claim ID: 7435

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### FOLLOW-UP INCOMPLETENESS NOTICE
#### DATE OF NOTICE: 5/4/15
#### DEADLINE FOR RESPONSE: 5/9/15

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Kelley | First<br>Joshua | Middle<br>C |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101165 | **Claim ID** | 7435 |
| **Claim Type** | Miscellaneous | **Affected Property ID** | 1947 |
| **Affected Property Address** | Street<br>160 Blairs Circle | | Unit |
| | City<br>Pell City | State<br>AL | Zip code<br>35125 |
| **Law Firm** | | | |

## II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and cannot continue processing it because it is missing required documents or information. This Notice explains what your claim is missing. Submit the documents and/or information listed below no later than the Deadline for Response listed at the top of this Notice. If you do not submit the materials listed below on or before the deadline, we will have to deny your claim. If you already have sent in these materials, let us know, for they may have come in after we did our last review.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| **1.** | Failure to State Claim | You have filed a Miscellaneous Claim Form but failed to describe the basis of your claim, or provided a description that was unclear. |
| **2.** | Proof of Expenses for Miscellaneous Claim | Evidence of incurred expenses associated with the claimed injury. |
| **3.** | Proof of Chinese Drywall | Documents demonstrating the presence of corrosive, reactive Chinese Drywall in the property |
| **4.** | Supply Chain Evidence | Evidence of Settlement Eligibility, such as (a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier. OR (b) a Document demonstrating that a participating builder built the Affected Property. OR (c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer |



## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

## IV. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101165

Claim ID: 7435



# TERRY HAMILTON

**Brick Masonry, Concrete & Bobcat Work**

205-215-7888
205-470-0664



JOB INVOICE NO.

## 1253

☐ DAY WORK
☐ CONTRACT
☐ EXTRA

| PHONE | | DATE |
|---|---|---|
| 205-215-7888 | | 12-5-2013 |

BILL TO Joshua Kelley

ADDRESS 252 Viaduct Dr

CITY, STATE, ZIP Harpersville, Al 35078

JOB NAME AND LOCATION Kelley Home repairs - 160 Blairs Circle Pell City Al

DESCRIPTION OF WORK Replace Appliances, fixtures, wiring, Walls, floors

| QUANTITY | DESCRIPTION OF MATERIAL USED | PRICE | AMOUNT |
|---|---|---|---|
| | Sheet Rock | | 7,788 00 |
| | Nails | | 225 00 |
| | Washer & Dryer | | 2275 00 |
| | Refridgerator | | 3,500 00 |
| | Dish Washer | | 1200 00 |
| | Sinks | | 2500 00 |
| | Fixtures | | 3000 00 |
| | Showers | | 2000 00 |
| | TV | | 3500 00 |
| | Hot water Heater | | 1200 00 |
| | Ac Unit | | 6000 00 |
| | Wire | | 8000 00 |
| | Paint | | 3500 00 |
| | | | |
| | Labor | | 30,000 00 |
| | | | |
| | Total | | 74,738 00 |

**KEEP THIS SLIP FOR REFERENCE**



# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## FOLLOW-UP INCOMPLETENESS NOTICE
### DATE OF NOTICE: 8/3/15
### DEADLINE FOR RESPONSE: 8/8/15

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Kelley | First<br>Joshua | Middle<br>C |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101165 | **Claim ID** | 7435 |
| **Claim Type** | Miscellaneous | **Affected Property ID** | 1947 |
| **Affected Property Address** | Street<br>160 Blairs Circle | | Unit |
| | City<br>Pell City | State<br>AL | Zip code<br>35125 |
| **Law Firm** | | | |

## II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I.  We reviewed your claim and cannot continue processing it because it is missing required documents or information.  This Notice explains what your claim is missing.  Submit the documents and/or information listed below no later than the Deadline for Response listed at the top of this Notice.  If you do not submit the materials listed below on or before the deadline, we will have to deny your claim.  If you already have sent in these materials, let us know, for they may have come in after we did our last review.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| **1.** | Settlement Eligibility | Proof that the Chinese Drywall in the Affected Property was supplied by participating supplier, or that the property was built by participating builder or that that Chinese Drywall in the Affected Property was installed by participating installer. If you are submitting a claim in the Knauf Settlement, documentation proving that you filed a lawsuit related to Chinese Drywall on or before December 9, 2011. |

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have any questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.



## IV. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101165

Claim ID: 7435

Case 1:24-cv-01947-XXX-XXX   Document XXX-X   Filed 01/15/25   Page 23 of 34









# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

## INCOMPLETENESS NOTICE
### DATE OF NOTICE: 7/1/15
### DEADLINE FOR RESPONSE: 7/26/15

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Kelley | First<br>Joshua | Middle<br>C |
|---|---|---|---|
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101165 | **Claim ID** | 7435 |
| **Claim Type** | Miscellaneous | **Affected Property ID** | 1947 |
| **Affected Property Address** | Street<br>160 Blairs Circle | | Unit |
| | City<br>Pell City | State<br>AL | Zip code<br>35125 |

### II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I.  We reviewed your claim and cannot continue processing it because it is missing required documents or information.  This Notice explains what your claim is missing.  Submit the documents and/or information listed below no later than the Deadline for Response listed at the top of this Notice.  If you do not submit the materials listed below on or before the deadline, we will have to deny your claim.  If you already have sent in these materials, let us know, for they may have come in after we did our last review.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| **1.** | Settlement Eligibility | Proof that the Chinese Drywall in the Affected Property was supplied by participating supplier, or that the property was built by participating builder or that Chinese Drywall in the Affected Property was installed by participating installer. If you are submitting a claim in the Knauf Settlement, documentation proving that you filed a lawsuit related to Chinese Drywall on or before December 9, 2011. |

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

### IV. HOW TO RESPOND TO THIS NOTICE



| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101165

Claim ID: 7435

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## FOLLOW-UP INCOMPLETENESS NOTICE
### DATE OF NOTICE: 8/3/15
### DEADLINE FOR RESPONSE: 8/8/15

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Kelley | First<br>Joshua | Middle<br>C |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101165 | **Claim ID** | 7435 |
| **Claim Type** | Miscellaneous | **Affected Property ID** | 1947 |
| **Affected Property Address** | Street<br>160 Blairs Circle | | Unit |
| | City<br>Pell City | State<br>AL | Zip code<br>35125 |
| **Law Firm** | | | |

## II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I.  We reviewed your claim and cannot continue processing it because it is missing required documents or information.  This Notice explains what your claim is missing.  Submit the documents and/or information listed below no later than the Deadline for Response listed at the top of this Notice.  If you do not submit the materials listed below on or before the deadline, we will have to deny your claim.  If you already have sent in these materials, let us know, for they may have come in after we did our last review.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| **1.** | Settlement Eligibility | Proof that the Chinese Drywall in the Affected Property was supplied by participating supplier, or that the property was built by participating builder or that that Chinese Drywall in the Affected Property was installed by participating installer. If you are submitting a claim in the Knauf Settlement, documentation proving that you filed a lawsuit related to Chinese Drywall on or before December 9, 2011. |

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have any questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.



Claimant ID: 101165

Claim ID: 7435

## IV. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101165

Claim ID: 7435

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

## INCOMPLETENESS DENIAL NOTICE
### DATE OF NOTICE: 11/4/15
### DEADLINE TO REQUEST APPEAL: 12/4/15

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Kelley | | First<br>Joshua | Middle<br>C |
|---|---|---|---|---|
| **Representative Claimant Name** | Last | | First | Middle |
| **Claimant ID** | 101165 | **Claim ID** | | 7435 |
| **Claim Type** | Miscellaneous | **Affected Property ID** | | 1947 |
| **Affected Property Address** | Street<br>160 Blairs Circle | | | Unit |
| | City<br>Pell City | State<br>AL | | Zip code<br>35125 |

## II. INCOMPLETENESS DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I. We previously sent you a Follow-Up Incompleteness Notice requesting additional information that we need to process this claim and you either failed to respond timely or your claim is still missing the documents and/or information listed below. Because this information is required, your claim is denied for the following reason(s):

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| **1.** | Settlement Eligibility | Proof that the Chinese Drywall in the Affected Property was supplied by participating supplier, or that the property was built by participating builder or that that Chinese Drywall in the Affected Property was installed by participating installer. If you are submitting a claim in the Knauf Settlement, documentation proving that you filed a lawsuit related to Chinese Drywall on or before December 9, 2011. |

## III. YOUR OPTIONS AFTER THIS NOTICE

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. You may file an Appeal to the Special Master if you disagree with the denial of your claim. If you wish to file an appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP



We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**.

| V. HOW TO RESPOND TO THIS NOTICE | |
|---|---|
| **By Online Portal**<br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101165

Claim ID: 7435

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## NOTICE OF APPEAL

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Kelley | First<br>Joshua | Middle<br>C |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101165 | **Claim ID** | 7435 |
| **Claim Type** | Miscellaneous | **Affected Property ID** | 1947 |
| **Affected Property Address** | Street<br>160 Blairs Circle | | Unit |
| | City<br>Pell City | State<br>AL | Zip code<br>35125 |

### II. BASIS OF APPEAL

Use the space below to provide information regarding the basis of your Appeal. If necessary, this information will be transmitted to the Special Master, along with all documents related to your claim. The Special Master will review your Appeal and will notify you once a determination has been made. You must attach all documents that support your Appeal if you have not already submitted them. You may attach additional sheets as necessary.

### III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP



We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com.**

| IV. HOW TO SUBMIT THIS NOTICE | |
|---|---|
| **By Online Portal**<br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |



Claimant ID: 101165

Claim ID: 7435