Chinese Drywall Litigation - Fee Applicants Hours, Held Costs, and Assessments

| # | Firm | Total Hours Approved by PG | L190 Hours Removed | FAC Additional Hours | FAC Rejected Hours | Net total Hours | % of Net Total Hours | Net Lodestar Amount | % of Net Lodestar | Held Costs Accepted (2015 - 2019) | FAC Additional Held Costs | Net Total Held Costs | % of Held Costs Accepted | Assessments Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Allison Grant, PA | 1,833.90 | (55.60) | 55.60 | (67.75) | 1,766.15 | 1.54% | $ 794,767.50 | 1.01% | $ 6,672.87 | | $ 6,672.87 | 0.5335% | $ - |
| 2 | Baron & Budd | - | - | 273.50 | | 273.50 | 0.24% | $ 95,725.00 | 0.12% | $ - | | $ - | 0.0000% | $ - |
| 3 | Barrios, Kingsdorf & Casteix | 10,396.60 | (682.60) | 249.50 | (310.65) | 9,652.85 | 8.41% | $ 4,252,650.00 | 5.43% | $ 22,850.55 | | $ 22,850.55 | 1.8270% | $ 54,718.00 |
| 4 | Becnel Law Firm, LLC | 548.25 | (14.75) | | | 533.50 | 0.46% | $ 252,747.50 | 0.32% | $ - | $ 1,038.36 | $ 1,038.36 | 0.0830% | $ - |
| 5 | Colson Hicks Edison, PA | 2,826.20 | - | 3,329.90 | | 6,156.10 | 5.36% | $ 2,919,383.75 | 3.73% | $ 82,141.87 | $ 1,085.65 | $ 83,227.52 | 6.6544% | $ 80,000.00 |
| 6 | Gainsburgh, Benjamin, et al. | 5,108.25 | (1,021.70) | | (52.70) | 4,033.85 | 3.52% | $ 1,447,431.25 | 1.85% | $ 24,281.77 | | $ 24,281.77 | 1.9414% | $ 54,340.00 |
| 7 | Hausfeld, LLP | 3,182.00 | (232.00) | 144.50 | (34.00) | 3,060.50 | 2.67% | $ 1,738,057.95 | 2.22% | $ 37,449.02 | | $ 37,449.02 | 2.9942% | $ 33,104.00 |
| 8 | HHK | 27,182.50 | (1,497.00) | | (1,716.23) | 23,969.27 | 20.89% | $ 13,549,223.75 | 17.29% | $ 25,625.58 | | $ 25,625.58 | 2.0489% | $ 608,133.00 |
| 9 | Irpino Law Firm | 8,321.76 | (202.00) | 515.80 | | 8,635.56 | 7.53% | $ 3,221,005.50 | 4.11% | $ 54,109.21 | $ 1,000.32 | $ 55,109.53 | 4.4062% | $ 72,039.00 |
| 10 | Levin, Sedran & Berman | 49,245.50 | (9,839.00) | 243.25 | (1,010.00) | 38,639.75 | 33.67% | $ 41,998,933.75 | 53.61% | $ 759,837.15 | | $ 759,837.15 | 60.7521% | $ 608,133.01 |
| 11a | Lieff/Cunningham - Cunningham Bounds | - | - | 191.95 | - | 191.95 | 0.17% | $ 116,422.50 | 0.15% | $ - | | $ - | 0.0000% | $ - |
| 11b | Lieff/Cunningham - Lieff Cabraser Heimann & Bernstein | 133.90 | (3.50) | 133.20 | (130.40) | 133.20 | 0.12% | $65,680.50 | 0.08% | $ - | | $ - | 0.0000% | $ - |
| 12 | Martzell Bickford | 137.00 | (12.00) | | (76.60) | 48.40 | 0.04% | $ 5,898.75 | 0.01% | $ - | | $ - | 0.0000% | $ - |
| 13 | Morgan & Morgan | 3,825.10 | (5.50) | | | 3,819.60 | 3.33% | $ 1,828,461.25 | 2.33% | $ 35,679.76 | $ 1,371.38 | $ 37,051.14 | 2.9624% | $ 18,477.00 |
| 14 | Richard J. Serpe, P.C. | 8,495.85 | (644.00) | 337.50 | (368.75) | 7,820.60 | 6.82% | $ 3,134,629.75 | 4.00% | $ 39,511.76 | $ 24,451.65 | $ 63,963.41 | 5.1141% | $ 70,236.00 |
| 15 | Seeger Weiss, LLP | 4,255.00 | (310.25) | 13.00 | (188.00) | 3,769.75 | 3.29% | $ 1,771,066.25 | 2.26% | $ 78,009.43 | | $ 78,009.43 | 6.2372% | $ 44,482.00 |
| 16 | The Lambert Firm | 1,187.02 | (3.80) | 7.50 | | 1,190.72 | 1.04% | $ 446,376.25 | 0.57% | $ 7,341.85 | | $ 7,341.85 | 0.5870% | $ 7,753.00 |
| 17 | The Steckler Law Firm | 951.75 | (15.75) | | | 936.00 | 0.82% | $ 675,318.75 | 0.86% | $ 41,036.91 | | $ 41,036.91 | 3.2811% | $ 15,768.00 |
| 18 | Thornhill Law Firm | 16.50 | - | 28.00 | | 44.50 | 0.04% | $ 17,800.00 | 0.02% | $ - | $ 907.87 | $ 907.87 | 0.0726% | $ - |
| 19 | Torres Law | 71.25 | - | | | 71.25 | 0.06% | $ 15,581.25 | 0.02% | $ - | | $ - | 0.0000% | $ - |
| | The firms below either submitted no hours or failed to submit a fee application, but they have held costs and/or assessments invested. | | | | | | | | | | | | | |
| | Lemmon Law Firm | | | | | | | | | $ 65.43 | | $ 65.43 | 0.0052% | $ - |
| | Pendley Baudin & Coffin | | | | | | | | | $ 229.95 | | $ 229.95 | 0.0184% | $ - |
| | Reeves & Mestayer | | | | | | | | | $ 6,020.12 | | $ 6,020.12 | 0.4813% | $ 12,641.00 |
| | | 127,718.33 | (14,539.45) | | | 114,747.00 | 100.00% | $ 78,347,161.20 | 100.00% | $ 1,220,863.23 | $ 29,855.23 | $ 1,250,718.46 | 100.00% | $ 1,679,824.01 |

**EXHIBIT "A"**