# In Re: Chinese Drywall, MDL No. 2047
# Fee Allocation Committee
# Allocation Recommendations

| Firm | Allocation Recommendation | Held Costs | Assessments |
|---|---:|---:|---:|
| Levin, Sedran & Berman | $ 9,800,000.00 | $ 759,837.15 | $ 608,133.01 |
| Herman Herman & Katz | $ 4,850,000.00 | $ 25,625.58 | $ 608,133.00 |
| Richard J. Serpe, P.C. | $ 2,000,000.00 | $ 63,963.41 | $ 70,236.00 |
| Colson Hicks Edison, PA | $ 2,000,000.00 | $ 83,227.52 | $ 80,000.00 |
| Barrios, Kingsdorf & Casteix | $ 1,925,000.00 | $ 22,850.55 | $ 54,718.00 |
| Irpino Law Firm | $ 1,925,000.00 | $ 55,109.53 | $ 72,039.00 |
| Gainsburgh, Benjamin, et al. | $ 1,200,000.00 | $ 24,281.77 | $ 54,340.00 |
| Seeger Weiss, LLP | $ 1,000,000.00 | $ 78,009.43 | $ 44,482.00 |
| Morgan & Morgan | $ 900,000.00 | $ 37,051.14 | $ 18,477.00 |
| Hausfeld, LLP | $ 800,000.00 | $ 37,449.02 | $ 33,104.00 |
| The Lambert Firm | $ 689,000.00 | $ 7,341.85 | $ 7,753.00 |
| Allison Grant, PA | $ 675,000.00 | $ 6,672.87 | $ - |
| The Steckler Law Firm | $ 675,000.00 | $ 41,036.91 | $ 15,768.00 |
| Becnel Law Firm, LLC | $ 125,000.00 | $ 1,038.36 | $ - |
| Baron & Budd | $ 50,000.00 | $ - | $ - |
| Lieff Cabraser / Cunningham Bounds | $ 25,250.00 | $ - | $ - |
| Martzell Bickford | $ 7,627.45 | $ - | $ - |
| Thornhill Law Firm | $ 2,500.00 | $ 907.87 | $ - |
| Torres Law | $ 2,500.00 | $ - | $ - |
| Lemmon Law Firm | $ - | $ 65.43 | $ - |
| Pendley Baudin & Coffin | $ - | $ 229.95 | $ - |
| Reeves & Mestayer | $ - | $ 6,020.12 | $ 12,641.00 |
| | $ 28,651,877.45 | $ 1,250,718.46 | $ 1,679,824.01 |

# EXHIBIT "B"