UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**ORDER ALLOCATING COMMON BENEFIT FEES AWARDED BY THE COURT**

Upon consideration of the Fee Allocation Committee's proposed allocation of common benefits fees awarded by the Court among fee applicants and the Court's analysis of the common benefit contributions of these firms, **IT IS ORDERED** that the common benefit funds from the Taishan Settlement and the Allen Settlement shall be allocated to the following firms in the following amounts, plus any interest accumulated over this amount:

| Firm | Allocation |
|---|---:|
| Levin, Sedran & Berman | $9,800,000.00 |
| Herman Herman & Katz | $4,850,000.00 |
| Richard J. Serpe, P.C. | $2,000,000.00 |
| Colson Hicks Edison, PA | $2,000,000.00 |
| Barrios, Kingsdorf & Casteix | $1,925,000.00 |
| Irpino Law Firm | $1,925,000.00 |
| Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | $1,200,000.00 |
| Seeger Weiss, LLP | $1,000,000.00 |
| Morgan & Morgan | $900,000.00 |
| Hausfeld, LLP | $800,000.00 |
| The Lambert Firm | $689,000.00 |
| Allison Grant, PA | $675,000.00 |
| The Steckler Law Firm | $675,000.00 |
| Becnel Law Firm, LLC | $125,000.00 |
| Baron & Budd | $50,000.00 |
| Lieff Cabraser Heimann & Bernstein, LLP and Cunningham Bounds, LLC | $25,250.00 |

2

| Firm | Allocation |
|---|---:|
| Martzell Bickford & Centola | $7,627.45 |
| Thornhill Law Group | $2,500.00 |
| Law Offices of Sidney D. Torres, III, A.P.L.C. | $2,500.00 |

This \_\_\_\_ day of _____, 2020, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge