UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL           PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047   SECTION: L |
| This Document Relates to All Cases **(except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF FILING

The Claims Administrator for the Taishan Settlement, respectfully notifies the Court that it has reviewed all Claim Forms timely submitted and added accepted claims to the attached Updated Revised Master Spreadsheet (Exhibit "A" hereto). In addition, the Claims Administrator performed the calculations necessary to determine the net payment to each eligible claimant in the Taishan Chinese Drywall Settlement and on March 6, 2020, issued Allocation Amount Determinations to all Eligible Class Members.

To determine the net payment to each claimant, the Settlement Administrator subtracted from the Settlement Fund the amounts awarded by the Court for attorneys' fees and cost reimbursements, administrative costs, and a holdback necessary to ensure that funds are available for successful appeals, and used the remaining amount to determine each claimant's share of the remaining Settlement Funds based on the application of the Allocation Model to their Objective Criteria.  The Claims Administrator sent an Eligibility Notice by first class mail to each claimant that set forth the net claim payment and the factors used to calculate each claim payment.  The Claims Administrator also sent a list of claimant payments to each law firm with eligible claimants.

1

Respectfully submitted,

  /s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com
*Claims Administrator for the Taishan Settlement*