Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner  G. Robbert Green o.b.o

Address of Affected Property  Arrowhead Investments, LLC

19 Money Hill Lane

Poplarville, MS  39470

Is this Property:* (Residential)  Commercial  Governmental

Name of Person Completing this Form  G. Robbert Green

Is above your primary residence?  (Yes)  No

Mailing Address (if different)  450 Julia Street, Apt. 3D

New Orleans, LA  70130

Phone:  ( 504 )  584 - 1298

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)  Owner Only  Renter-Occupant

Represented By:  Jimmy Doyle

Address:  DOYLE LAW FIRM, PC

2100 Southbridge Pkwy, #650

Birmingham, AL  35209

Phone:  ( 205 )  533 - 9500

Case No. /Docket Info:  Bennett v. Knauf

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Lexington Insurance Company

Policy #:  64154478

Agent:  Stone Insurance

Address:  111 Veterans Blvd., Suite 1420

Metairie, LA  70005

Phone:  ( 504 )  832 - 5161

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| G. Robbert Green | 04/26/05 | / / | (M) / F | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT**

2

PENGAD 800-631-6989

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   G. Robbert Green

     1.2. When did the inspection take place?   08 / 17/ 18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   G. Robbert Green

     2.2. When was this determination made?   08 / 17/ 18

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
|  | ASTM C 36 |  |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 1,786 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ----------- | Occupied | X | |
| Height of Interior Walls | 9'+ | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 4 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | | / / |
|---|---|---|---|---|
| Move In Date: | | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

   Jimmy Alsobrooks

Address:   23570 Mitchell Road

   Picayune, MS  39466

Phone:   ( 601 )   749  -  9756

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

   Seals Drywall

Address:   Picayune, MS

Phone:   (      )      -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone:   (      )      -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |


**LexElite**
PERSONAL LINES INSURANCE
Insured

# LEXINGTON INSURANCE COMPANY
## HO3 Homeowner Declaration Page

**NOTE: This insurance policy is issued pursuant to Mississippi law covering surplus lines insurance. The company issuing the policy is not licensed by the State of Mississippi, but is authorized to do business in Mississippi as a nonadmitted company. The policy is not protected by the Mississippi Insurance Guaranty Association in the event of the insurer's insolvency.**

This policy contains a **flood exclusion.** Flood coverage may be purchased separately from the National Flood Insurance Program, if available in your Area.

**STONE INSURANCE INC**
**Procuring Agent's Name:**

| Policy Number: 64154478 - 04 | Renewal of Policy Number: 64154478 -03 |
|---|---|

| Name of Insured and Mailing Address: | | Broker Name and Address: | |
|---|---|---|---|
| Arrowhead Investments, LLC | Flat Cancellation Not Permitted | Hull & Company LLC of Louisiana 3850 N Causeway, Ste 850 | Minimum Earned Premium Applies |
| 639 Loyola Ave, Ste 2775 JOHNSON RICE & CO LLC C/O Bobby Green | | Metairie, LA 70002 | |
| New Orleans , LA 70113 | | 866-900-4855 | |

| Policy Term: 03/12/2018 | Expiration: 03/12/2019 | 12:01 AM Standard Time at the Insured's residence premises. |
|---|---|---|

The residence premises covered by this policy is located at the above address, unless otherwise stated.
19 MONEY HILL LN, POPLARVILLE MS 39470

Insurance is provided only with respect to those special limits of liability applicable thereto:

| Coverage Part 1 - Homeowners | | Coverage Part 2 – Personal Umbrella | |
|---|---|---|---|
| - Coverage A: Dwelling | $855,000 | - Umbrella Limit | $0 |
| - Coverage B: Other Structures | $0 | - Self Insured Retention | $0 |
| - Coverage C: Contents | $50,000 | **Coverage Part 3 – Excess Flood** | |
| - Coverage D: Loss of Use | $0 | - Building | $0 |
| - Loss Assessment: | $1,000 | - Contents | $0 |
| - Ordinance or Law: | 10% | **Coverage Part 4 – Scheduled Property** | |
| - Coverage E: Personal Liability | $500,000 | - Total Scheduled Property | $0 |
| - Coverage F: Medical Payments to Others | $0 | | |

| | | Annual Premium: | $5,814.00 |
|---|---|---|---|
| **Homeowner Deductibles** | | Policy Premium: | $5,814.00 |
| All Other Perils: | $10,000 | Inspection Fee: | $0.00 |
| **Wind Hail:** | Excluded | SL Broker Fee: | $200.00 |
| **Earthquake:** | Excluded | Surplus Lines Taxes: | $240.56 |
| | | Stamping Fee: | $15.04 |
| **Special:** None | $N/A | Non-Admitted Fee | $180.42 |
| **Special:** None | $N/A | | |
| | | **Total Due:** | $6,450.02 |

| Minimum Earned Premium:  $0 | Sub Broker Information | |
|---|---|---|
| **Homeowners Rating Information** | Name: | STONE INSURANCE INC |
| Territory: 05          Protection Class: 10 | Addr 1: | 111 Veterans Blvd |
| County: PEARL RIVER-MS          EQ Zone: NA | Addr 2: | Suite 1420 |
| Construction:Frame          Yr Built: 2014 | City, State, Zip: | Metairie, LA 70005 |

**Forms and Endorsements made part of this policy at time of issuance:**

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

| Countersignature Date: 03/09/2018 | Countersignature: |
|---|---|
| **LexElite 11/00** | Authorized Representative: |



Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> For Internal Use Only
> File No. _____
>
> Date Received:
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION:  L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: _____

    First Name          M.I.    Last Name              Suffix

_____

    Co-Claimant First Name (if applicable)  M.I.    Last Name           Suffix

Arrowhead Investments, LLC
_____
Business/Entity Name (if applicable)

1

PENGAD 800-631-6989

EXHIBIT
4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

19 Money Hill Lane
Address 1 _____ Address 2 _____
Poplarville                    MS            39470
City                           State         Zip Code

Is the Property residential or commercial?  Residential _____

Name of Person
Completing this Form:   G. Robbert            Green
                       First Name        M.I.   Last Name              Suffix

Mailing Address (if different):

450 Julia Street                              Apt. 3D
Address 1 _____ Address 2 _____
New Orleans                    LA            70130
City                           State         Zip Code

Phone Number of Person Completing This Form: ( 504 ) 584 - 1298

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year:  4 / 26 / 2005

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 8 / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall? _____

Home inspection by a prospective buyer.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:   _____

Date of filing:   _____/_____/_____
                  Month    Day      Year

Docket No.:   _____

Present Status:   _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?   _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                 Month    Day      Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                   Month    Day      Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? __No_____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          08/22/18
Claimant's signature                                      Date signed

Name:        G. Robbert Green

Address:     450 Julia Street                      Apt. 3D
             Address 1                             Address 2
             New Orleans              LA        70130
             City                     State      Zip Code

Phone No.: ( 504  )  584  -  1298

Email:       bobbyg@jrco.com

7

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send it to the IRS.

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above
Arrowhead Investments, LLC

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ - - - - - - - - - - - -

☐ Exempt payee

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)
450 Julia Street, Apt. 3D

City, state, and ZIP code
New Orleans, LA  70130

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
4 3 7 - 7 2 - 2 5 2 0

Employer identification number
7 1 1 - 0 9 8 1 2 3 4

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶

Date ▶ 8-21-2018

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

BOOK   575 PAGE   258

Index in NW1/4 of NE1/4, N1/2 of SE1/4 & N1/2 of SW1/4, Section 4, Township 4 South, Range 14 West, & S1/2 of SE1/4, of Section 33, Township 3 South, Range 14 West, Pearl River County, Mississippi.

STATE OF MISSISSIPPI                    )

COUNTY OF PEARL RIVER                   )

<u>WARRANTY DEED</u>

For and in consideration of the sum of TEN DOLLARS ($10.00), cash in hand paid and

and other good and valuable consideration, the receipt and sufficiency of all of which is

hereby acknowledged, We, **CHARLIE HICKMAN** and wife, **MELINDA HICKMAN,** do

hereby sell, convey and warrant unto **ARROWHEAD INVESTMENTS, L.L.C.,** a Louisiana

Limited Liability Company, all of the following described property, situated in Pearl River

County, State of Mississippi, and more particularly described as follows, to-wit:

**Commence at the Southeast corner of the Northeast 1/4 of Section 32, Township 3 South, Range 14 West, Pearl River County, Mississippi; thence East 668.62 feet; thence South 3,539.32 feet to the Point of Beginning (POB); thence North 68 degrees 11 minutes 24 seconds East 1,447.88 feet; thence North 64 degrees 45 minutes 35 seconds East 2,252.55 feet; thence South 3,327.34 feet to a point on the centerline of Gravel Road #3 (a non-public road); thence South 89 degrees 30 minutes 07 seconds West and along said centerline 70.54 feet; thence continue along said centerline South 56 degrees 43 minutes 57 seconds West 163.01 feet; thence continue along said centerline South 44 degrees 59 minutes 51 seconds West 357.09 feet; thence continue along said centerline South 72 degrees 09 minutes 29 seconds West 154.72 feet; thence continue along said centerline North 83 degrees 26 minutes 08 seconds West 348.20 feet; thence continue along said centerline South 75 degrees 20 minutes 48 seconds West 240.67 feet; thence continue along said centerline South 82 degrees 35 minutes 13 seconds West 128.98 feet; thence continue along said centerline North 85 degrees 10 minutes 16 seconds West 281.36 feet; thence continue along said centerline South 86 degrees 55 minutes 28 seconds West 325.08 feet; thence continue along said centerline South 79 degrees 49 minutes 38 seconds West 439.95 feet to a point on the East right-of-way line of Restertown Road (a public road); thence North 32 degrees 31 minutes 22 seconds West and along said east right-of-way line 121.30 feet; thence continue along said East right-or-way line North 39 degrees 07 minutes 00 seconds West 346.39 feet; thence continue long said East right-of-way line North 55 degrees 09 minutes 25 seconds West 249.15; thence continue along said East right-of-way line North 67 degrees 48 minutes 40 seconds West 434.86 feet; thence continue along said East right-of-way line North 60 degrees 13 minutes 51 seconds West 216.18 feet; thence continue along said East right-of-way North 51 degrees 25 minutes 18 seconds West 216.28 feet; thence continue along said East right-of-way line North 43 degrees 24 minutes 26 seconds West 334.05 feet; thence continue along said East right-of-way line North 31 degrees 45 minutes 57 seconds West 288.45 feet; thence continue along said East right-of-way North 24 degrees 45 minutes 24 seconds West 155.29 feet; thence East 663.59 feet; thence North 00 degrees 00 minutes 04 seconds West 779.26 feet to the Point of Beginning (POB); said parcel of land is located in the Northwest 1/4**

BOOK 075 PAGE 259

of the Northeast 1/4 and the North 1/2 of the Southeast 1/4 and the North 1/2 of the Southwest 1/4, all in Section 4, Township 4 South, also in the South 1/2 of the Southeast 1/4 of Section 33, Township 3 South, Range 14 West, Pearl River County, Mississippi and contains 225.00 acres more or less.

This conveyance is made subject to such valid mineral reservations and/or conveyances, if any, as may have been heretofore made on the above-described property, or shown by the Land Deed Records on file in the office of the Chancery Clerk of Pearl River County, Mississippi.

This conveyance is also made subject to the reservation of a perpetual, non-exclusive right-of-way and easement as set forth in that certain Warranty Deed from V & A Land Developers, LLC, a Mississippi Limited Liability Company, to Charlie Hickman and wife, Melinda Hickman, dated May 12, 2003, and filed for record in Book 818 on Pages 625-628, of the Land Deed Records of Pearl River County, Mississippi.

This conveyance is further made subject to any and all public road rights-of-way and/or easements, located on, over and across the above-described property, or shown by the Land Deed Records on file in the office of the Chancery Clerk of Pearl River County, Mississippi.  All rights of reversion to all such rights-of-way and/or easements, if any, are hereby conveyed to the Grantee herein named.

This conveyance is also made subject to any and all rights-of-way and/or easements for public utilities in, on and under the above-described property.

WITNESS our signatures on this, the 28th day of April, A.D., 2005.

_____
CHARLIE HICKMAN

_____
MELINDA HICKMAN

2

STATE OF MISSISSIPPI                              )

COUNTY OF PEARL RIVER                      )

PERSONALLY appeared before me, the undersigned authority in and for the said

County and State, on this the 28th day of April, 2005, within my jurisdiction, the within

named CHARLIE HICKMAN and wife, MELINDA HICKMAN, who acknowledged that they

executed the above and foregoing instrument.

_____
NOTARY PUBLIC

My Commission Expires:

_____

MY COMMISSION EXPIRES:
May 18, 2008

GRANTORS:                                          GRANTEE:
Mr. & Mrs. Charlie Hickman            Arrowhead Investments, L.L.C., a
1452 Magazine Street                       Louisiana Limited Liability
New Orleans, LA  70130                   226 Esquinance Street
504/232-2420                                     Mandeville, LA  70448
                                                          985/624-9135


PREPARED BY:          WILLIAMS, WILLIAMS & MONTGOMERY, P. A.
                              P. O. BOX 113
                              POPLARVILLE, MS 39470
                              (601)795-4572

3



# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**.  If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

Reg-Form v.2

# 1. CLAIMANT INFORMATION

| 1. | Name: | Last/ Business Name<br>Arrowhead Investments, LLC | First | M.I. |
|----|-------|-----|-------|------|

**Taxpayer Information: (check the appropriate Taxpayer ~~e)~~**

☐ **Social Security Number**

☐ **Individual Taxpayer Identification Number**

☒ **Employer Identification Number**

| 7 | 1 | 0 | 9 | 8 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|

(Enter numbers only)

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

| 3. | Mailing Address: | Street<br>450 Julia Street, Apt. 3D | | | |
|----|------|------|------|------|------|
| | | City<br>New Orleans | State<br>Louisiana | Zip Code<br>70130 | Parish/County<br>Orleans |

| | Email Address: | bobbyg@jrco.com |
|----|------|------|

| 5. | Telephone Numbers: | Home/Business<br>( 5   0   4 )   5   8   4  -  1   2   9   8 | Cell<br>(    |   ) |   -   |    |
|----|------|------|------|

| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2. | DBA Name |  |
|----|------|------|------|
| | | Authorized Representative Last Name<br>Green | Authorized Representative First Name<br>Robbert |
| | | Title<br>Member | |

# 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim.  Attach additional copies of this page to register additional properties.

| | |
|---|---|
| **Affected Property Address:** | ☐   Check here if this is a Rental or Commercial property. |
| | Street |
| | 19 Money Hill Lane |

| City | State | Zip Code | Parish/County |
|---|---|---|---|
| Poplarville | Mississippi | 39470 | Pearl River |

| | |
|---|---|
| **8.  Attorney Information:** | ☐   Check here if you are not represented by an attorney, and skip to Question 9.  If you are represented by an attorney, complete this section. |
| | Firm Name |
| | Doyle Law Firm, PC |

| Attorney Last Name | Attorney First Name |
|---|---|
| Doyle | Jimmy |

Street
2100 Southbridge Parkway, Suite 650

| City | State | Zip Code |
|---|---|---|
| Birmingham | Alabama | 35209 |

| Email | Phone Number |
|---|---|
| jimmy@doylefirm.com | (205) 533-9500 |

**9.  Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒   **Remediation.**   Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property.  If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐   **Already Remediated Property.**   You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒   **Other Losses.**  The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses.   If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐   **Tenant Losses.**   Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property.  If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐   **Bodily Injury.**   Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall.  **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim**.

Reg-Form v.2

To Register online visit https://chinesedrywallclass.com/

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents ached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | Date: | 10/25/2018 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First | Last | M.I. |

Reg-Form v.2

4

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## PLAINTIFF FACT SHEET

Name of Plaintiff: ___Arrowhead Lodge, LLC___

Affected Property Address: ___19 Money Hill Lane, Poplarville, MS  39470___

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows:  Plaintiff purchased the property:

(Month/Day/Year) ___09___ / ___21___ / ___2018___

2.  When you took ownership of the Property, what was the name of the seller?

___Arrowhead Investments, LLC___

3. Name and address of the realtor?

Landmax Properties, 1271 Antique Lane, Brookhaven, MS  39601

4. Name and address of the closing agent?

G. Gerald Cruthird, PA, 121 4th Street, Picayune, MS  39466

5. What was the price of the home when you purchased it?  $ 1,800,000.00

6. Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes    ☐ No    ☑ I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?
$ N/A

## II.  Appraisal of the Home

11. Date of each appraisal:

a. __09__ / __13__ /20_18_____

b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.   Discovery of Drywall

12.   Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20__06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.   Manufacturer/Seller of Drywall

13.   Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Financial:  cost of remediation.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. 450 Julia Street, Apt. 3D, New Orleans, LA  70130 _____

b. _____

c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. _04_ / _14_ /20 _17_  to  _09_ / _21_ /20 _18_

b. ____/____/20____  to  ____/____/20____

c. ____/____/20____  to  ____/____/20____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ _25,000.00_____

b. $_____

c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:   If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes   ☑ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

JLH Construction

32.  When did the remediation commencement date occur?

_____09__ / __21___ /20_18__

33.  When did the remediation end date occur?

___12___ / ___27___ /20_18__

34.  What was the scope of the remediation and the scope of the work carried out?

Complete remediation in accordance with the court approved remediation protocol and preservation of evidence orders.

7

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$55,894.00

36.  Were any samples from the remediation retained?

☑ Yes     ☐ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes     ☐ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes     ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes     ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          _____
Signature of Plaintiff                                      Date   1/7/2019


_____
Printed Name   CHRIS J. PAYTON

# Exhibit 1

File #

# Uniform Agricultural Appraisal Report

Southern AgCredit, ACA

Arrowhead Lodge
343 Acres Pearl River County
$1,800,000
$5,248 / Acre



## Prepared For:
Southern AgCredit. ACA

Office:
Gulfport

## Intended User:
Southern AgCredit, ACA

## Prepared By:
Ken D. Hobart
2625 Hwy 1 South, Greenville, MS 38701
License - MS GA-538 / Louisiana G-3006 / AR CG-3516
Walt Power LA-1896

## Date Prepared:
9/13/2018

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

# Table of Contents

| Page Title | Page # |
|---|---|
| Summary | 1 |
| Property Description | 2 |
| Cost Approach | 3 |
| SAC Pine Plantation Study | 4 |
| Marshall and Swift | 5 |
| Improvement Analysis | 6 |
| Sales Comparison Approach | 7 |
| Sales Comparison Comments | 8 |
| Sales Comparison Comments | 9 |
| Sales Adjustment 1 | 10 |
| Sales Adjustment 2 | 11 |
| Sales Adjustment 3 | 12 |
| Sales Adjustment 4 | 13 |
| Sales Adjustment 5 | 14 |
| Income Approach Comments | 15 |
| General Comments | 16 |
| Reconciliation | 17 |
| Certification | 18 |
| Aerial Map | 19 |
| Soils Map | 20 |
| Topography Map | 21 |
| Flood Map | 22 |
| Subject Photographs | 23 |
| Subject Photographs | 24 |
| Subject Photographs | 25 |
| Subject Photographs | 26 |
| Subject Photographs | 27 |
| Subject Photographs | 28 |
| Subject Photographs | 29 |
| Subject Photographs | 30 |
| Subject Photographs | 31 |
| Subject Photographs | 32 |
| Subject/Sales Locator Map | 33 |
| Sale # 1 | 34 |
| Sale # 2 | 36 |
| Sale # 3 | 38 |
| Sale # 4 | 40 |
| Sale # 5 | 42 |
| Legal Description | 44 |
| Tax Map | 48 |
| Deed Plotter | 49 |
| Contract | 52 |
| Qualifications of Ken D. Hobart | 58 |
| Qualifications of Walter F. Power | 60 |
| Qualifications of Walter F. Power | 61 |

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

**UAAR®**                                                                File #

# Table of Contents Continued

| Page Title | Page # |
|---|---|
| Qualifications of Walter F. Power | 62 |
| Environmental | 63 |
| Additional Certifications | 64 |

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                          File #

| Borrower: | Arrowhead Lodge | Client: Southern AgCredit, ACA |
|---|---|---|
| Intended Use: | Underwriting and potential financing purposes | Intended User: Southern AgCredit, ACA |
| Loan Number: | TBD | Branch: Gulfport |
| Appraisal ID: | Arrowhead Lodge - 343 | Total Acres: 343.00      Number of Tracts: 1 |
| State(s): | Mississippi | County(s)/Parish(s): Pearl River |
| Collateral Class: | 1 | |

## SUMMARY OF SALIENT FACTS AND CONCLUSIONS:

The purpose of the appraisal is to estimate the "as is", market value for the subject.

The property rights appraised are Fee Simple.

Values are subject to the following requirements: 1.)That all environmental and flood zone requirements be considered by the loan officer working this transaction in such a manner as to meet all the lending requirements of Southern AgCredit, ACA and all requirements of governmental entities and agencies involved with these manners.

Legal Description: The subject is being appraised as 343 acres based on the provided legal description and included maps.

This report includes the following supplemental information:   Property description, aerial photograph, subject and sales location map(s), and photographs of the subject.

## PROPERTY EVALUATION SUMMARY:

| Land Use | Deeded Acres |
|---|---|
| Cropland | |
| Pasture | 18.00 |
| Woodland | 69.00 |
| Hardwoods | |
| Pine Plantation | 220.00 |
| Cutover | |
| CRP | |
| Site | 2.50 |
| Roads/Ditches/Waste | 22.50 |
| Lake / Ponds | 11.00 |
| **Total Deeded Acres** | 343.00 |
| **Acres Not Valued** | |
| **Net Acres Valued** | 343 |

Effective Date: 9/6/2018          **Opinion of Value:**      $1,800,000

Value Allocation:

| Component | Total | Per Acre |
|---|---|---|
| Land Value | $627,300 | $1,829 |
| Improvement Contributory Value | $974,700 | $2,842 |
| Timber Value | $198,000 | $577 |
| | | $0 |

## ACCEPTABILITY AND REQUIREMENTS:

This property is satisfactory security for a loan term not to exceed   30   years.

If improved, FEMA Flood Panel No.:  See Attached FEMA Map 4

Any shortage in the acreage of this property may be developed upon examination of the title and verification of the plat which does not exceed 2.00 percent of the total acreage shown in this report and which is not caused by the exclusion of a specified part of the property will not affect my estimates of total land value and appraised value.

**Definition of Value:**

Market value is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined. The current economic definition agreed upon by agencies that regulate federal institutions in the United States of America can be found in the FCA Rules and Regulations, Subpart F - Collateral Evaluation Requirements 614.4240 Collateral definitions (l). It is as follows:

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.buyer and seller are typically motivated;

2.both parties are well informed or well advised, and acting in what they consider their best interests;

3.a reasonable time is allowed for exposure in the open market;

4.payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and

5.the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Southern AgCredit, ACA

UAAR®                                                                                              File #

## PROPERTY DESCRIPTION

### OWNERSHIP HISTORY:

The subject [X] is [ ] is not   currently listed for sale.    Listing Price:    $1,950,000
The subject [X] is [ ] is not   currently under contract.   Contract Price: $1,800,000
The subject [ ] has [X] has not  sold in the past 3 years.   Sale Price:    N/A

The subject property is currently listed for sale for $1,950,000. The subject is under contract for sale for $1,800,000 and from the appraisers research appears to have been on the market for 55 days. The subject has not previously sold in the past three years.

### MINERALS:

Mineral ownership considered in this valuation:  are the minimum acceptable to Southern AgCredit, ACA to support the value assigned and do not necessarily represent the actual interest, or the value of any existing or proposed production if any. Currently there is no actual or proposed mineral extraction that has been disclosed to the appraiser which would indicate any specific contributory value of the minerals to the subject.

### AREA/NEIGHBORHOOD DESCRIPTION:

| | | | |
|---|---|---|---|
| Community Location: | Average | Community Quality: | Average |
| Value Trend: | Stable | Non-Agricultural Influence: | New Orleans Metro Area |
| Property Supply and Demand: | Balance | | |
| Marketing Time: | 3 - 6 months | Exposure Time: | 3 - 6 months |

### PROPERTY DESCRIPTION:

The subject property is located    11    mile(s)    Southeast    from Poplarville, MS
Latitude: 30.726783        Longitude: -89.401934
General Desirability and Saleability:  Average
General Condition of Property:  Average
If this property is in an irrigation, drainage levee or reclamation district, name of Irrigation District:   None known
Livestock/Wildlife/Recreation water sources(s):  Lakes, ponds, creeks and ditches
Utilities:    Electricity:    Yes                                    Sewer:  Private
              LP/Nat. Gas   Liquid Propane                          Water:  Public
                                                          :

See "General Comments" for a description of the Market Area.

Describe Easements, Restrictions, Hazards, or Detriments:  None other than normal utility, transportation and drainage considered.

| Land Use | Deeded Acres | Land Description |
|---|---|---|
| Cropland | | The subject is a high fence timber / recreational tract that is comprised of approximately 18 acres of |
| Pasture | 18.00 | pasture / food plots, 69 acres of woodlands with species native to the area, 220 acres of pine plantation, |
| Woodland | 69.00 | 2.5 acres of site, 11 acres of lakes / ponds, and 22.5 acres of roads, ditches and waste. The property has |
| Hardwoods | | road frontage on Restertown Rd. and Money Hill Ln. which is an abandoned county road. The subject is |
| Pine Plantation | 220.00 | completely fenced on all sides with the timber being managed and the property is mostly being managed |
| Cutover | | for wildlife. The property has a 6,402 sq ft lodge that is comprised of a main house that is 4,162 sq ft and |
| CRP | | connected by a covered drive leading to the bunk house which is 2,240 sq ft. There is also a shop, a |
| Site | 2.50 | storage shed, skinning shed, and entertainment shed located near the skeet range. The sale is including two |
| Roads/Ditches/Waste | 22.50 | small tractors and several other pieces of personal property which is common of higher value tracts in the |
| Lake / Ponds | 11.00 | market area. This personal property is being given no contributory value. |
| **Total Deeded Acres** | **343.00** | - Acres Not Valued    = Net Acres Valued    343.00 |

### HIGHEST AND BEST USE:

Current Use:   Agricultural: Timber / Recreational
As Vacant:    Agricultural: Timber / Recreational
As Improved:  Agricultural: Timber / Recreational

Highest and best use is defined as "that use which will yield the greatest net return in the foreseeable future or the use that supports the highest present value as of the effective date of the appraisal." The property's use must meet the following tests: 1) legally permissible, 2) physically possible, 3) financially feasible, and 4) maximally productive. The four tests are applied in order. The concept of highest and best use represents the premise upon which value is based. The determination of highest and best use results from the appraiser's best judgment and analytical skills. Consideration must be given to alternative uses, as well as the existing use, the type of markets in the area, and the surrounding use types. The highest and best is agricultural/timber/recreational as stated above and meets all the tests as shown above.

©1998-2017 AgWare, Inc. All Rights Reserved.                                    Page   2   of 66

Southern AgCredit, ACA

UAAR®                                                                                          File #

## COST APPROACH

**COMPARABLE SALES RANGE (BARELAND) ANALYSIS:** *The comparable sales cited were compared to the subject land component considering current market factors to provide a supportable land value estimate.*

| Sale Number | Sale Date | Grantor | Grantee | Deeded Acres | Overall $/Acre | Bareland $/Acre | County | Location |
|---|---|---|---|---|---|---|---|---|
| 17.109.014 | 04/03/17 | Byron J. Hatrel | John J. Brignac | 90 | 2072 | 1830 | Pearl River | |
| 15.109.029 | 05/06/15 | Bryon Hatrel | John Brignac | 97 | 2125 | 1851 | Pearl River | 4 mi SE of Savannah |
| 18.109.007 | 05/18/18 | Samuel T. Smith Jr. | Dwayne P. Ayo | 151.07 | 2317 | 2317 | Pearl River | |
| 16.109.001 | 03/11/16 | First National Bank of Picayune | H&R Farms, LLC | 171.113 | 2513 | 2195 | Pearl River | 5 mi. W of McNeil, MS |
| 15.157.004 | 12/29/15 | Johnston | Frazer | 189 | 5820 | 3000 | Wilkinson | 15 miles North of Woodville off |
| 14.127.007 | 08/15/14 | Whitetail Lodge, Inc. | McClain Ranch, LLC | 459.52 | 3700 | 1839 | Simpson | 7 mi. W of Braxton |
| 16.157.006 | 10/03/16 | Whoa Nellie Mississippi, llc | Daryl Roden & Susan Roden | 545 | 5367 | 2854 | Wilkinson | 2 Miles North of Woodville, MS |
| 16.089.017 | 09/21/16 | Turkey Lake, LLC | Carrol Tree Farm, LLC | 812 | 6404 | 4277 | Madison | 6 mi NW of Canton |
| 17.005.006 | 06/21/17 | Renee B. Priest, J. Alan Priest | SherryJoe, LLC | 884.35 | 4127 | 2601 | Amite | 2.88 Miles Southwest of Gloster |
| 17.043.008 | 05/01/17 | Delta Fowl & Trophy Game, LLC | Clarence Strider | 888.1 | 3200 | 2138 | Grenada | 12 miles W of Grenada |

**SUMMARY STATISTICS:**

| | Count | Mean | Median | Std Dev/Mean % | Minimum | Maximum |
|---|---|---|---|---|---|---|
| Deeded Acres | 10.00 | 428.72 | 324.26 | 77.97 | 90.00 | 888.10 |
| Overall $/Acre | 10.00 | $3,764.47 | $3,449.76 | 42.86 | $2,072.11 | $6,403.94 |
| Bareland $/Acre | 10.00 | $2,490.18 | $2,255.93 | 30.25 | $1,830.44 | $4,277.06 |

Source:  My Local Sales - My Sales\Riser\New Folder

The above unadjusted bare land sales are all comparable to the subject and similar in highest and best use. The above sales represent bare land values only and have no adjustments for any unique features. The above unadjusted bare land sales range in value from $1,830 per acre to $4,277 per acre. Based on these sales, the subject has been valued at $2,317 per acre which is fully supported by the range indicated above. The subject is considered most comparable to sales 18.109.007, 14.127.007, and 17.005.006; however, consideration has been given to all sales.

| | Net Acres | | Value Per Acre | | Land Value |
|---|---|---|---|---|---|
| Land Value Conclusion | 343.00 | x | $2,317.00 | = | $794,731 |

**IMPROVEMENT ANALYSIS:** *Replacement costs were estimated from local contractors and/or Marshall and Swift valuation service. Improvement values are estimated using depreciation abstracted from sales of improved properties and the improvements condition and utility.*

| Building | Size | Unit | RCN/ Unit | Total RCN | Total Life | Eff. Age | R.E.L. | Physical % | Func./Ext. % | Overall % | Indicated $/Unit | Indicated Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lodge | 6,402 | sq ft | $172.15 | $1,102,107 | 60 | 3 | 57 | 5.00 | 15.00 | 19.25 | 139.01 | $889,951 |
| Shop | 1,200 | sq ft | $15.00 | $18,000 | 45 | 10 | 35 | 22.22 | | 22.22 | 11.67 | $14,000 |
| Lean-To | 800 | sq ft | $12.00 | $9,600 | 45 | 10 | 35 | 22.22 | | 22.22 | 9.33 | $7,467 |
| Storage Shed | 900 | sq ft | $6.00 | $5,400 | 30 | 10 | 20 | 33.33 | 10.00 | 40.00 | 3.60 | $3,240 |
| Skinning Shed | 240 | sq ft | $6.00 | $1,440 | 30 | 10 | 20 | 33.33 | | 33.33 | 4.00 | $960 |
| Skeet Shed | 150 | sq ft | $6.00 | $900 | 30 | 10 | 20 | 33.33 | | 33.33 | 4.00 | $600 |
| Game Fence | 17,435 | lin ft | $5.50 | $95,893 | 50 | 10 | 40 | 20.00 | 25.00 | 40.00 | 3.30 | $57,536 |
| Pier | 312 | sq ft | $6.00 | $1,872 | 30 | 10 | 20 | 33.33 | | 33.33 | 4.00 | $1,248 |
| Timber | 220 | acres | $900.00 | $198,000 | | | | | | | 900.00 | $198,000 |

| Total | | | | $1,433,212 | | | | | | | | $975,002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| ☐ The values represent my final opinion of value and allocation. | Land Value | | $794,731 |
| ☒ The values represent the cost approach indication of value. | Improvement Value | | $975,002 |
| | Timber Value | | $198,000 |
| | **Total** | | **$1,967,733** |

Replacement costs were estimated from local contractors and/or Marshall and Swift Valuation service.  Improvement values are estimated using depreciation abstracted from sales of improved properties and the evaluators judgement of condition and utility. ANSI standard of measuring was used to determine GLA if applicable.

Refer to "General Comments" page for timber information.

---

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

SAC Pine Plantation Study

| Exhibit "A" | | | | | |
|---|---|---|---|---|---|
| **Pine Plantation Sales** | | | | | |
| County | Date | Acres | Age | Value of PPL | Sale # |
| Copiah | 9/30/16 | 179 | 1 | $100 | 16.029.012 |
| Copiah | 9/30/16 | 57 | 3 | $200 | 16.029.012 |
| Amite | 6/21/17 | 116 | 3 | $212 | 17.005.006 |
| Amite | 6/17/17 | 88 | 5 | $300 | 17.005.006 |
| Copiah | 7/21/16 | 95 | 5 | $300 | 16.029.007 |
| Copiah | 6/27/16 | 17 | 8 | $400 | 16.029.005 |
| Bossier La. | 12/8/16 | 80 | 8 | $418 | 16.015.020 |
| Simpson | 5/11/17 | 110.6 | 8 | $475 | 17.060.001 |
| Copiah | 7/21/16 | 25 | 9 | $400 | 16.029.007 |
| Madison | 12/4/17 | 7 | 10 | $450 | 17.089.005 |
| Stone | 9/26/16 | 40 | 12 | $575 | 14.041.008 |
| Hancock | 9/28/16 | 30 | 12 | $589 | 14.045.007 |
| Amite | 11/17/16 | 39 | 12 | $825 | 16.005.012 |
| Greene | 8/8/16 | 39 | 13 | $700 | 16.041.003 |
| Yazoo | 9/6/16 | 94 | 13 | $850 | 16.163.012 |
| Copiah | 7/21/16 | 385 | 13 | $700 | 16.029.007 |
| Copiah | 7/21/16 | 20 | 14 | $750 | 16.029.007 |
| Copiah | 7/21/16 | 155 | 15 | $800 | 16.029.007 |
| Holmes | 5/2/17 | 55 | 15 | $500 | 17.051.017 |
| Madison | 5/12/17 | 25 | 15 | $680 | 17.089.015 |
| Amite | 6/21/16 | 82 | 15 | $850 | 17.005.006 |
| Claiborne | 6/15/17 | 60 | 16 | $583 | 17.027.008 |
| Smith | 12/19/16 | 79 | 16 | $1,197 | 16.129.003 |
| Amite | 11/17/16 | 79 | 17 | $1,200 | 16.005.012 |
| Madison | 3/14/17 | 58 | 17 | $900 | 17.089.006 |
| Amite | 6/21/17 | 182 | 19 | $900 | 17.005.006 |
| Simpson | 5/11/17 | 62 | 19 | $1,200 | 17.060.001 |
| Union La. | 1/6/17 | 40 | 19 | $923 | 17.111.001 |
| Copiah | 7/21/16 | 85 | 19 | $900 | 16.029.007 |
| Bossier La. | 3/10/17 | 100 | 20 | $850 | 17.015.008 |
| Madison | 12/4/17 | 56 | 22 | $900 | 17.089.005 |

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                   File #

Marshall and Swift

9/13/2018                                  CoreLogic | ResidentialEstimator - Report

## CoreLogic - SwiftEstimator
## Residential Estimator - Depreciation Report

| | | | | |
|---|---|---|---|---|
| Single-family Residence | | Floor Area | | 6402 Square Feet |
| Effective Age | | Quality | | 6 Excellent |
| Cost as of | 09/2018 | Condition | | 5.5 Very Good / Excellent |
| Style | 1 1/2 Story Finished | | | |
| Exterior Wall | Frame, Siding, Wood 30% | | | |
| | Rustic Log 50% | | | |
| | Veneer, Stone 20% | | | |
| Plumbing Fixtures | 14 | | | |

## Cost Data

| Description | Units | Unit Cost | Cost New | Depr | Depreciated Cost |
|---|---|---|---|---|---|
| Base Cost | 6,402 | $101.16 | $647,626 | (32,381) | $615,245 |
| Plumbing Fixtures | 14 | $3,307.50 | $46,305 | (2,315) | $43,990 |
| Metal, Preformed | 6,402 | $6.61 | $42,317 | (2,116) | $40,201 |
| Slab on Grade | 640 | $7.61 | $4,870 | (244) | $4,626 |
| Raised Subfloor | 5,762 | $12.96 | $74,676 | (3,734) | $70,942 |
| Carpet and Pad | 384 | $9.32 | $3,579 | (179) | $3,400 |
| Hardwood | 5,378 | $20.88 | $112,293 | (5,615) | $106,678 |
| Flagstone, Random Local Stone | 640 | $22.95 | $14,688 | (734) | $13,954 |
| Forced Air Furnace | 6,402 | $4.43 | $28,361 | (1,418) | $26,943 |
| Plumbing Rough-ins | 1 | $828.00 | $828 | (41) | $787 |
| Single 1-Story Fireplace | 3 | $8,235.00 | $24,705 | (1,235) | $23,470 |
| Garbage Disposal | 1 | $316.80 | $317 | (16) | $301 |
| Microwave Oven | 1 | $972.00 | $972 | (49) | $923 |
| Refrigerator | 1 | $2,565.00 | $2,565 | (128) | $2,437 |
| Clothes Dryer, | 1 | $832.50 | $833 | (42) | $791 |
| Clothes Washer, | 1 | $1,035.00 | $1,035 | (52) | $983 |
| Dishwasher, Deluxe | 1 | $2,272.50 | $2,273 | (114) | $2,159 |
| Exhaust Fan & Hood, Custom, Stainless Steel or Cop | 1 | $7,695.00 | $7,695 | (385) | $7,310 |
| Ice Machines, Residential | 1 | $927.00 | $927 | (46) | $881 |
| Oven, Custom Double Wall | 1 | $9,000.00 | $9,000 | (450) | $8,550 |
| Range Top, Induction | 1 | $2,142.00 | $2,142 | (107) | $2,035 |
| Refrigerator, Deluxe, Built-In | 1 | $7,245.00 | $7,245 | (362) | $6,883 |
| Refrigerator, Deluxe, Built-In | 1 | $7,245.00 | $7,245 | (362) | $6,883 |
| Basic Structure Total Cost | 6,402 | $162.84 | $1,042,497 | (52,125) | $990,372 |
| Open Slab Porch | 720 | $8.34 | $6,005 | (300) | $5,705 |
| Wood Deck | 136 | $27.59 | $3,752 | (188) | $3,564 |
| Raised Enclosed Porch, Screened Walls | 320 | $61.63 | $19,722 | (986) | $18,736 |
| Slab Breezeway with Roof | 840 | $35.87 | $30,131 | (1,507) | $28,624 |
| Subtotal Extras | | | $59,610 | (2,981) | $56,629 |
| Replacement Cost New | 6,402 | $172.15 | $1,102,107 | | |
| Physical Depreciation 5.0% | | | | (55,106) | $1,047,001 |
| Functional Depreciation 15.0% | | | | (157,050) | $889,951 |
| Total Depreciated Cost | | | | (212,156) | $889,951 |
| Total | | | $1,102,107 | (212,156) | $889,951 |

Cost data by CoreLogic, Inc.

***Except for items and costs listed under "Addition Details," this SwiftEstimator report has been produced utilizing current cost data and is in compliance with the Marshall & Swift Licensed User Certificate. This report authenticates the user as a current Marshall & Swift user.***

https://www.swiftestimator.com/Main/RE/default.asp                                    1/2

©1998-2017 AgWare, Inc. All Rights Reserved.                          Page   5   of   66

Southern AgCredit, ACA

**UAAR®** File #

## Improvement Analysis

Source: My Local Sales - My Sales\Riser\New Folder

### Summary

| Type | Condition | Count | Per Unit | | | Total Contribution | | |
|---|---|---|---|---|---|---|---|---|
| | | | Low | Average | High | Low | Average | High |
| ⊞ Dwelling | | 3 | 144.78 | 154.21 | 160.00 | 366,240.00 | 610,436.67 | 809,170.00 |
| ⊞ Game Fence | | 2 | 2.50 | 3.17 | 3.84 | 62,000.00 | 93,500.00 | 125,000.00 |
| ⊞ Game Fence | Good | 1 | 3.26 | 3.26 | 3.26 | 75,000.00 | 75,000.00 | 75,000.00 |
| ⊞ Hunting Cabin | Excellent | 1 | 178.71 | 178.71 | 178.71 | 475,000.00 | 475,000.00 | 475,000.00 |
| ⊞ Pole barn | | 1 | 10.53 | 10.53 | 10.53 | 61,600.00 | 61,600.00 | 61,600.00 |
| ⊞ Pole Sheds | Good | 1 | 4.24 | 4.24 | 4.24 | 10,000.00 | 10,000.00 | 10,000.00 |
| ⊞ Shed | | 1 | 15.00 | 15.00 | 15.00 | 36,000.00 | 36,000.00 | 36,000.00 |
| ⊞ Skinning Shed | | 1 | 22.50 | 22.50 | 22.50 | 11,250.00 | 11,250.00 | 11,250.00 |

☑ ((Type = Dwelling) or (Type = Game Fence) or (Type = Hunting Cabin) or (Type = Pole barn) or (Type = Pole Sheds) or (Type = Shed) or (Type = Skinning Sh...

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                    File #

# Sales Comparison Approach (1-5)

| | Sale Data | Subject | Sale #1      1 | Sale #2      2 | Sale #3      3 | Sale #4      4 | Sale #5      5 |
|---|---|---|---|---|---|---|---|
| Sale Data | Grantor (Seller) | | First National Bank of Picayune | Whitetail Lodge, Inc. | Whoa Nellie Mississippi, llc | Renee B. Priest, J. Alan Pr... | Delta Fowl & Trophy Gam... LLC |
| | Grantee (Buyer) | | H&R Farms, LLC | McClain Ranch, LLC | Daryl Roden & Susan Roden | SherryJoe, LLC | Clarence Strider |
| | Source | | Buyer | Buyer | Buyer | Buyer | Seller |
| | Date | Eff        09/18 | 03/16 | 08/14 | 10/16 | 06/17 | 05/17 |
| | Eff Unit Size/Unit | 343.00    / | 171.11 | 459.52 | 545.00 | 884.35 | 888.10 |
| | Sale Price | | 430,000 | 1,700,000 | 2,925,000 | 3,650,000 | 2,841,920 |
| | Finance Adjusted | | SOUTHERN AGCREDIT | SOUTHERN AGCREDIT | SOUTHERN AGCREDIT | | Unknown |
| | CEV Price | | 430,000 | 1,700,000 | 2,925,000 | 3,650,000 | 2,841,920 |
| | Multiplier | | | | | | |
| | Expense Ratio | | 24.29 | 17.78 | 21.09 | | |

The Appraiser has cited sales of similar property to the subject and considered these in the market analysis. The description below includes a dollar adjustment reflecting market reaction to those items of significant variation between the subject and the sales documented. When significant items are superior to the property appraised, a negative adjustment is applied. If the item is inferior, a positive adjustment is applied. Thus, each sale is adjusted for the measurable dissimilarities and each sale producing a separate value indication. The indications from each sale are then reconciled into one indication of value for this approach.

| | Subject | Sale #1 | Sale #2 | Sale #3 | Sale #4 | Sale #5 |
|---|---|---|---|---|---|---|
| CEV Price/ | | 2,512.96 | 3,699.51 | 5,366.97 | 4,127.33 | 3,200.00 |

## LAND AND IMPROVEMENT ADJUSTMENTS

| | Subject | Sale #1 | Sale #2 | Sale #3 | Sale #4 | Sale #5 |
|---|---|---|---|---|---|---|
| Land Adjustment | | 129.64 | -41.87 | 22.12 | -12.75 | -1,399.25 |
| Impvt. Adjustment | | 3,101.03 | 1,558.48 | 906.25 | 1,892.41 | 2,356.68 |
| Adjusted Price | | 5,743.63 | 5,216.12 | 6,295.34 | 6,006.99 | 4,157.43 |

## TIME ADJUSTMENTS

| | | | | Sale #1 | Sale #2 | Sale #3 | Sale #4 | Sale #5 |
|---|---|---|---|---|---|---|---|---|
| X | Yr | | Mo | Periods | | | | |
| X | Smpl | | Cmp | Rate | | | | |
| | Auto | X | Man | Time Adjustment | | | | |
| | | | | Time Adj. Price | | | | |

## OTHER ADJUSTMENTS

| | | Sale #1 | Sale #2 | Sale #3 | Sale #4 | Sale #5 |
|---|---|---|---|---|---|---|
| Size | 343 Acres | Inferior | Comparable | Superior | Superior | Superior |
| | Adjustment | -500.00 | 50.00 | 75.00 | 150.00 | 150.00 |
| Location | Pearl River | Comparable | Comparable | Superior | Superior | Superior |
| | Adjustment | 0.00 | 0.00 | 250.00 | 250.00 | 500.00 |
| | Adjustment | | | | | |
| | Adjustment | | | | | |
| | Adjustment | | | | | |
| Net Adjustments | | 2,731 | 1,567 | 1,253 | 2,280 | 1,607 |
| **ADJUSTED PRICE** | | 5,244 | 5,267 | 6,620 | 6,407 | 4,807 |

**Analysis/Comments:**  *(Discuss positive and negative aspects of each sale as they affect value)*
Land adjustments are made on the following pages. The sales used in this appraisal are considered to be the most comparable sales available as of the date of this report. The sales have been adjusted for financial and physical characteristics indicated by current market conditions. The appraiser has attempted to utilize paired sales when adequate data is available to provide reasonable support. The limited number of available acreage sales in the subject area preclude, supporting all of the adjustments based upon paired sales analysis. Interviews with real estate brokers, property owners and investors indicated that the factors adjusted for do have a bearing on market value. The adjustments have been made based on these conversations and knowledgeable opinions, as well as paired sales analysis.

**Sales Comparison Approach Summary:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Basis (Value Range): | | $ | 4,807.00 | to | $ | 6,620.00 | | Sales Comparison Indication: |
| Unit Basis: | $   5,250.00 | / | X    343.00 | = | $ | 1,800,750.00 | $ | 1,800,750 |
| Multiplier Basis: | $ | X | (multiple) | = | $ | | | |

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

# Sales Comparison Comments

Adjustments:

Land Adjustments - A quantitative land adjustment has been calculated for the sales when compared to the subject. This quantitative land adjustment accounts for the land mix on the sale as compared to the subject. This land adjustment accounts for differences in land mixes and types. These calculations can be see on pages: Sales Adjustment 1, Sales Adjustment 2, Sales Adjustment 3, Sales Adjustment 4, and Sales Adjustment 5. These calculations are made based on the following premise. All sales were analyzed in order to determine the value of each land use based on the sales data obtained on each sale. By applying the land values from each land use from the sales to the corresponding land uses of the subject, a total value was obtained for the subject. The total value of the subject, based on the sale's corresponding land use values, was divided by the subject's total acreage to obtain a per acre value of the subject. This per acre value of the subject was subtracted from the per acre sale price of the sale in order to obtain a per acre land adjustment. Land adjustments, which are made to the sales, can be positive or negative depending on attributes of the sale as compared to the subject.

Units of Comparison

Units of comparison considered include adjustments required for differences between the subject and the sales for the property rights conveyed, financing/terms, sales conditions, the land classes including appeal. As well as adjustments for physical characteristics including location, size, access, shape/topography, minerals and amenities. Adjustments were determined by the paired comparison approach, when available, and upon conversations with buyers/sellers active in the market, as well as our experience with similar properties.

Property Rights Conveyed

All the comparable sales presented represent arm's length transactions involving the conveyance of the fee simple interest.

Financing/Terms

Due to the variety of financing options available in today's market and their varying favor ability to the buyer, sales must be adjusted for financing. The procedure is to convert sale terms to a "cash equivalent" value that would result if the seller received cash for the property. In this case, all of the sales terms were in the form of cash to the seller or had financing terms that were considered at market rates.

Sales Conditions

Conditions of sale adjustments are generally made when a particular need or motivation is recognized that may have influence on the value of a transaction. No Sales Conditions were noted.

Land/Appeal

This adjustment considers the differences in the make-up of the subject and sales for varying amounts and degrees of the various land classes that are predominate in the market.

Time

Demand for a property typically varies over time as a result of factors both internal and external to the subject neighborhood. If properties within the market have appreciated or depreciated over the period represented by the sales data, each sale must be adjusted by the appreciation or depreciation factor to show what the property would sell for, given the current demand for that property type. No quantifiable Time adjustments were noted.

Location

This adjustment considers the differences recognized in the market for differences in location. The adjustment takes into account the physical location of the property in regards to political and physical boundaries such as counties, school districts, urban influence, etc. Location adjustments were made to sales 3,4, & 5 and these adjustments ranged from $250 per acre to $500 per acre.

Southern AgCredit, ACA

UAAR®                                                                                           File #

# Sales Comparison Comments

Size

Typically smaller tracts will demand a higher price per acre that similar but larger tracts. This is due to the limited number of buyers who can afford the larger property sale price. Size adjustments were made to all five sales and these adjustments ranged from ($500) per acre to $150 per acre.

Access

Access from the property to major travel arteries is an important aspect of value in most areas. Access by way of a poorly maintained verse paved road or frontage on a public road verses access via an easement are considered in this adjustment. No adjustments for Access were indicated.

Improvements

This adjustment is the net difference between the value of the improvements on the subject property and the contributory value of the improvements for each sale.

Conclusion

The above sales are all comparable to the subject and similar in highest and best use. The above sales indicate an adjusted value range of $4,807 per acre to $6,620 per acre. The appraised value of $5,250 per acre is in the lower portion of the indicated range and fully supported. The subject is considered most comparable to sales 1 & 2; however, consideration has been given to all the sales.

Southern AgCredit, ACA

UAAR®                                                                                          File #

## Sales Comparison Approach - Land Adjustment for Sale# 1

Adjust each sale to the subject's land mix (land adjustment) using unimproved sales. This page allows for a "quantitative land adjustment" only.

| Sales Comparison - Sale #1 | | 1 | | Land Adjustment Amt. $ | | 129.64 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Land Use | Sale Acres | $/Acre | Sale Unit Type | Sale Units | $/Unit | Subj. Acres | $/Acre | Subj. Unit | $/Unit | Total |
| Cropland | | | | | | | | | | |
| Pasture | | 2,750.00 | | | | 18.00 | 2,750.00 | | | 49,500 |
| Woodland | 49.00 | 2,195.04 | Acres | 49.00 | 2,195.04 | 69.00 | 2,195.04 | | 2,195.04 | 151,458 |
| Hardwoods | | | | | | | | | | |
| Pine Plantation | 110.00 | 2,195.04 | Acres | 110.00 | 2,195.04 | 220.00 | 2,195.04 | | 2,195.04 | 482,909 |
| Cutover | | | | | | | | | | |
| CRP | | | | | | | | | | |
| Site | | 4,750.00 | | | | 2.50 | 4,750.00 | | | 11,875 |
| Roads/Ditches/Waste | 12.11 | 2,195.04 | Acres | 12.11 | 2,195.04 | 22.50 | 2,195.04 | | 2,195.04 | 49,388 |
| Lake / Ponds | | 4,750.00 | | | | 11.00 | 4,750.00 | | | 52,250 |
| Sale Land Contrib. | 375,600.00 | / Eff. Unit Size | 171.11 | = | 2,195.08 | Total | 797,380 | / Eff. Unit Size | 343.00 | = 2,324.72 |

## Sales Comparison Approach - Improvement Adjustment for Sale# 1

Compare each set of sale improvements to the subject improvements making judgments regarding utility and condition. Then arrive at an improvement adjustment for each sale on a per acre or per unit basis. These adjustments are shown on the Sales Comparison Grid.
Note: Appraiser must manually enter the $/Unit for the Subject Improvements -- either individually or as a lump sum.

| Sales Comparison - Sale #1 | | 1 | | | Improvement Adjustment Amt. $: | | 3,101.03 | | / | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sale Impt. | Utl/Cond. | Size X | $/Unit | Contrib. Value | Subject Impt. | Utl/Cond. | Size X | $/Unit | | Contrib. Value |
| Timber | Good / Good | 110 X $ | 494.55 =$ | 54,400 | Lodge | / | 6,402 X $ | 139.02 | =$ | 890,000 |
| | / | X $ | =$ | | Shop | / | 1,200 X $ | 11.67 | =$ | 14,000 |
| | / | X $ | =$ | | Lean-To | / | 800 X $ | 8.75 | =$ | 7,000 |
| | / | X $ | =$ | | Storage Shed | / | 900 X $ | 3.33 | =$ | 3,000 |
| | / | X $ | =$ | | Skinning Shed | / | 240 X $ | 4.17 | =$ | 1,000 |
| | / | X $ | =$ | | Skeet Shed | / | 150 X $ | 3.33 | =$ | 500 |
| | / | X $ | =$ | | Game Fence | / | 17,435 X $ | 3.33 | =$ | 58,000 |
| | / | X $ | =$ | | Pier | / | 312 X $ | 3.85 | =$ | 1,200 |
| | / | X $ | =$ | | Timber | / | 220 X $ | 900.00 | =$ | 198,000 |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| | / | X $ | =$ | | | / | X $ | | =$ | |
| Sale Effective Unit Size: | | 171.11 | $ | 54,400 | Subject Effective Unit Size: | | 343.00 | | $ | 1,172,700 |
| Total Improvement Value = $ | | 317.92 | / Acres | | Total Improvement Value = $ | | 3,418.95 | | / | |

Southern AgCredit, ACA

UAAR®                                                                                       File #

# Sales Comparison Approach - Land Adjustment for Sale# 2

Adjust each sale to the subject's land mix (land adjustment) using unimproved sales. This page allows for a "quantitative land adjustment" only.

| Sales Comparison - Sale #2 | | | 2 | Land Adjustment Amt. $ | | -41.87 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Land Use | Sale Acres | $/Acre | Sale Unit Type | Sale Units | $/Unit | Subj. Acres | $/Acre | Subj. Units | $/Unit | Total |
| Cropland | | | | | | | | | | |
| Pasture | 80.00 | 2,400.00 | | | | 18.00 | 2,400.00 | | | 43,200 |
| Woodland | 360.00 | 1,700.00 | | | | 69.00 | 1,700.00 | | | 117,300 |
| Hardwoods | | | | | | | | | | |
| Pine Plantation | | 1,700.00 | | | | 220.00 | 1,700.00 | | | 374,000 |
| Cutover | | | | | | | | | | |
| CRP | | | | | | | | | | |
| Site | | 3,000.00 | | | | 2.50 | 3,000.00 | | | 7,500 |
| Roads/Ditches/Waste | 19.52 | 1,838.88 | | | | 22.50 | 1,838.88 | | | 41,375 |
| Lake / Ponds | | 3,000.00 | | | | 11.00 | 3,000.00 | | | 33,000 |
| Sale Land Contrib. | 845,000.00 | / Eff. Unit Size | 459.52 | = | 1,838.88 | Total | 616,375 | / Eff. Unit Size | 343.00 = | 1,797.01 |

# Sales Comparison Approach - Improvement Adjustment for Sale# 2

Compare each set of sale improvements to the subject improvements making judgments regarding utility and condition. Then arrive at an improvement adjustment for each sale on a per acre or per unit basis. These adjustments are shown on the Sales Comparison Grid.
Note: Appraiser must manually enter the $/Unit for the Subject Improvements -- either individually or as a lump sum.

| Sales Comparison - Sale #2 | | | 2 | | | Improvement Adjustment Amt. $: | | 1,558.48 | / | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sale Impt. | Utl/Cond. | Size X | $/Unit | | Contrib. Value | Subject Impt. | Utl/Cond. | Size X | | $/Unit | | Contrib. Value |
| Timber | Good / Good | 360 | X $ 750.00 | =$ | 270,000 | Lodge | / | 6,402 | X $ | 139.02 | =$ | 890,000 |
| Lodge | Good / Good | 5,126 | X $ 68.28 | =$ | 350,000 | Shop | / | 1,200 | X $ | 11.67 | =$ | 14,000 |
| Cabin | Good / Good | 1,429 | X $ 54.58 | =$ | 78,000 | Lean-To | / | 800 | X $ | 8.75 | =$ | 7,000 |
| Master Suite Bunkhouse | Good / Good | 648 | X $ 67.90 | =$ | 44,000 | Storage Shed | / | 900 | X $ | 3.33 | =$ | 3,000 |
| Pool House | Good / Good | 1,792 | X $ 13.39 | =$ | 24,000 | Skinning Shed | / | 240 | X $ | 4.17 | =$ | 1,000 |
| Gazebo | Good / Good | 252 | X $ 7.94 | =$ | 2,000 | Skeet Shed | / | 150 | X $ | 3.33 | =$ | 500 |
| Condo Deer Stand | Good / Good | 240 | X $ 8.33 | =$ | 2,000 | Game Fence | / | 17,435 | X $ | 3.33 | =$ | 58,050 |
| Pole Sheds | Good / Good | 2,356 | X $ 4.24 | =$ | 10,000 | Pier | / | 312 | X $ | 3.85 | =$ | 1,200 |
| Game Fence | Good / Good | 23,000 | X $ 3.26 | =$ | 75,000 | Timber | / | 220 | X $ | 900.00 | =$ | 198,000 |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| | / | | X $ | =$ | | | / | | X $ | | =$ | |
| Sale Effective Unit Size: | | 459.52 | | $ | 855,000 | Subject Effective Unit Size: | | 343.00 | | | $ | 1,172,759 |
| Total Improvement Value = $ | | 1,860.64 | / Acres | | | Total Improvement Value = $ | | 3,419.12 | / | | | |

Southern AgCredit, ACA

UAAR®                                                                                                    File #

## Sales Comparison Approach - Land Adjustment for Sale# 3

Adjust each sale to the subject's land mix (land adjustment) using unimproved sales. This page allows for a "quantitative land adjustment" only.

| Sales Comparison - Sale #3 | | | 3 | | Land Adjustment Amt. $ | | 22.12 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Land Use | Sale Acres | $/Acre | Sale Unit Type | Sale Units | $/Unit | Subj. Acres | $/Acre | Subj. Units | $/Unit | Total |
| Cropland | | | | | | | | | | |
| Pasture | | 3,000.00 | | | | 18.00 | 3,000.00 | | | 54,000 |
| Woodland | 500.00 | 2,931.16 | Acres | 500.00 | 2,931.16 | 69.00 | 2,931.16 | | 2,931.16 | 202,250 |
| Hardwoods | | | | | | | | | | |
| Pine Plantation | | 2,931.16 | | | | 220.00 | 2,931.16 | | | 644,855 |
| Cutover | | | | | | | | | | |
| CRP | | | | | | | | | | |
| Site | | 3,000.00 | | | | 2.50 | 3,000.00 | | | 7,500 |
| Roads/Ditches/Waste | 45.00 | 2,000.00 | Acres | 45.00 | 2,000.00 | 22.50 | 2,000.00 | | 2,000.00 | 45,000 |
| Lake / Ponds | | 3,000.00 | | | | 11.00 | 3,000.00 | | | 33,000 |
| Sale Land Contrib. 1,555,580.00 / Eff Unit Size | | | | 545.00 | = 2,854.28 | Total | 986,605 | / Eff. Unit Size | 343.00 | = 2,876.40 |

## Sales Comparison Approach - Improvement Adjustment for Sale# 3

Compare each set of sale improvements to the subject improvements making judgments regarding utility and condition. Then arrive at an improvement adjustment for each sale on a per acre or per unit basis. These adjustments are shown on the Sales Comparison Grid.
Note: Appraiser must manually enter the $/Unit for the Subject Improvements -- either individually or as a lump sum.

| Sales Comparison - Sale #3 | | 3 | | | Improvement Adjustment Amt. $: | | 906.25 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sale Impt. | Utl/Cond. Size X | | $/Unit | Contrib. Value | Subject Impt. | Utl/Cond. Size X | | $/Unit | | Contrib. Value |
| Dwelling | / | 5,589 | X $ 144.78 | =$ 809,170 | Lodge | / | 6,402 | X $ 139.02 | =$ | 890,000 |
| Skinning Shed | / 500 | | X $ 22.50 | =$ 11,250 | Shop | / | 1,200 | X $ 11.67 | =$ | 14,000 |
| Shed | / | 2,400 | X $ 15.00 | =$ 36,000 | Lean-To | / | 800 | X $ 8.75 | =$ | 7,000 |
| Boat Dock/ Pier | / | 1,650 | X $ 30.00 | =$ 49,500 | Storage Shed | / | 900 | X $ 3.33 | =$ | 3,000 |
| Timber | / 500 | | X $ 927.00 | =$ 463,500 | Skinning Shed | / | 240 | X $ 4.17 | =$ | 1,000 |
| | / | | X $ | =$ | Skeet Shed | / | 150 | X $ 3.33 | =$ | 500 |
| | / | | X $ | =$ | Game Fence | / | 17,435 | X $ 3.33 | =$ | 58,000 |
| | / | | X $ | =$ | Pier | / | 312 | X $ 3.85 | =$ | 1,200 |
| | / | | X $ | =$ | Timber | / | 220 | X $ 900.00 | =$ | 198,000 |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| | / | | X $ | =$ | | / | | X $ | =$ | |
| Sale Effective Unit Size: | | 545.00 | $ | 1,369,420 | Subject Effective Unit Size: | | 343.00 | $ | | 1,172,700 |
| Total Improvement Value = $ | | 2,512.70 | / Acres | | Total Improvement Value = $ | | 3,418.95 | / | | |

Southern AgCredit, ACA

UAAR®     File #

# Sales Comparison Approach - Land Adjustment for Sale# 4

Adjust each sale to the subject's land mix (land adjustment) using unimproved sales. This page allows for a "quantitative land adjustment" only.

| Sales Comparison - Sale #4 | | | 4 | Land Adjustment Amt. $ | | -12.75 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Land Use | Sale Acres | $/Acre | Sale Unit Type | Sale Units | $/Unit | Subj. Acres | $/Acre | Subj. Units | $/Unit | Total |
| Cropland | | | | | | | | | | |
| Pasture | 20.00 | 2,800.00 | Acres | 20.00 | 2,800.00 | 18.00 | 2,800.00 | | 2,800.00 | 50,400 |
| Woodland | 40.00 | 2,250.00 | Acres | 40.00 | 2,250.00 | 69.00 | 2,250.00 | | 2,250.00 | 155,250 |
| Hardwoods | 180.00 | 2,400.00 | Acres | 180.00 | 2,400.01 | | 2,400.00 | | 2,400.01 | |
| Pine Plantation | 602.00 | 2,685.99 | Acres | 602.00 | 2,685.98 | 220.00 | 2,685.99 | | 2,685.98 | 590,918 |
| Cutover | | | | | | | | | | |
| CRP | | | | | | | | | | |
| Site | | 3,000.00 | | | | 2.50 | 3,000.00 | | | 7,500 |
| Roads/Ditches/Waste | 29.35 | 2,250.00 | Acres | 29.35 | 2,250.00 | 22.50 | 2,250.00 | | 2,250.00 | 50,625 |
| Lake / Ponds | 13.00 | 3,000.00 | Acres | 13.00 | 3,000.00 | 11.00 | 3,000.00 | | 3,000.00 | 33,000 |
| Sale Land Contrib. 2,300,000.00 / Eff. Unit Size | | | 884.35 = | | 2,600.78 | Total | 887,693 | / Eff. Unit Size | 343.00 = | 2,588.03 |

# Sales Comparison Approach - Improvement Adjustment for Sale# 4

Compare each set of sale improvements to the subject improvements making judgments regarding utility and condition. Then arrive at an improvement adjustment for each sale on a per acre or per unit basis. These adjustments are shown on the Sales Comparison Grid. Note: Appraiser must manually enter the $/Unit for the Subject Improvements -- either individually or as a lump sum.

| Sales Comparison - Sale #4 | | 4 | | Improvement Adjustment Amt. $: | | 1,892.41 | / | | |
|---|---|---|---|---|---|---|---|---|---|
| Sale Impt. | Utl/Cond. | Size X | $/Unit | Contrib. Value | Subject Impt. | Utl/Cond. | Size X | $/Unit | Contrib. Value |
| Hunting Cabin | Good /Excellent | 2,658 X $ | 178.71 =$ | 475,000 | Lodge | / | 6,402 X $ | 139.02 =$ | 890,000 |
| Game Fence | / | 32,520 X $ | 3.84 =$ | 125,000 | Shop | / | 1,200 X $ | 11.67 =$ | 14,000 |
| Timber | / 884 | X $ | 848.42 =$ | 750,000 | Lean-To | / | 800 X $ | 8.75 =$ | 7,000 |
| | / | X $ | =$ | | Storage Shed | / | 900 X $ | 3.33 =$ | 3,000 |
| | / | X $ | =$ | | Skinning Shed | / | 240 X $ | 4.17 =$ | 1,000 |
| | / | X $ | =$ | | Skeet Shed | / | 150 X $ | 3.33 =$ | 500 |
| | / | X $ | =$ | | Game Fence | / | 17,435 X $ | 3.33 =$ | 58,000 |
| | / | X $ | =$ | | Pier | / | 312 X $ | 3.85 =$ | 1,200 |
| | / | X $ | =$ | | Timber | / | 220 X $ | 900.00 =$ | 198,000 |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| | / | X $ | =$ | | | / | X $ | =$ | |
| Sale Effective Unit Size: | | 884.35 | $ | 1,350,000 | Subject Effective Unit Size: | | 343.00 | $ | 1,172,700 |
| Total Improvement Value = $ | | 1,526.54 | / Acres | | Total Improvement Value = $ | | 3,418.95 | / | |

Southern AgCredit, ACA

UAAR®                                                                                   File #

## Sales Comparison Approach - Land Adjustment for Sale# 5

Adjust each sale to the subject's land mix (land adjustment) using unimproved sales. This page allows for a "quantitative land adjustment" only

| Sales Comparison - Sale #5 | | 5 | Land Adjustment Amt. $ | | | -1,399.25 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Land Use | Sale Acres | $/Acre | Sale Unit Type | Sale Units | $/Unit | Subj. Acres | $/Acre | Subj. Units | $/Unit | Total |
| Cropland | | | | | | | | | | |
| Pasture | | 2,300.00 | | | | 18.00 | 2,300.00 | | | 41,400 |
| Woodland | 80.00 | 2,137.73 | acres | 80.00 | 2,137.73 | 69.00 | 2,137.73 | | 2,137.73 | 147,503 |
| Hardwoods | 798.10 | 2,137.73 | acres | 798.10 | 2,137.73 | | 2,137.73 | | 2,137.73 | |
| Pine Plantation | | | | | | 220.00 | | | | |
| Cutover | | | | | | | | | | |
| CRP | | | | | | | | | | |
| Site | 10.00 | 2,137.73 | acres | 10.00 | 2,137.73 | 2.50 | 2,137.73 | | 2,137.73 | 5,344 |
| Roads/Ditches/Waste | | 1,500.00 | | | | 22.50 | 1,500.00 | | | 33,750 |
| Lake / Ponds | | 2,300.00 | | | | 11.00 | 2,300.00 | | | 25,300 |
| Sale Land Contrib. 1,898,517.00 / Eff. Unit Size | | | | 888.10 | = 2,137.73 | Total | 253,297 | / Eff. Unit Size | 343.00 = | 738.48 |

## Sales Comparison Approach - Improvement Adjustment for Sale# 5

Compare each set of sale improvements to the subject improvements making judgments regarding utility and condition. Then arrive at an improvement adjustment for each sale on a per acre or per unit basis. These adjustments are shown on the Sales Comparison Grid. Note: Appraiser must manually enter the $/Unit for the Subject Improvements -- either individually or as a lump sum.

| Sales Comparison - Sale #5 | | 5 | | Improvement Adjustment Amt. $: | | 2,356.68 | | / | |
|---|---|---|---|---|---|---|---|---|---|
| Sale Impt. | Utl/Cond. Size X | $/Unit | Contrib. Value | Subject Impt. | Utl/Cond. Size X | | $/Unit | | Contrib. Value |
| Timber | / 878 X $ 800.00 | =$ | 702,400 | Lodge | / 6,402 | X $ | 139.02 | =$ | 890,000 |
| Game Fence | / 24,800 X $ 2.50 | =$ | 62,000 | Shop | / 1,200 | X $ | 11.67 | =$ | 14,000 |
| Cabins | / X $ | =$ | 179,000 | Lean-To | / 800 | X $ | 8.75 | =$ | 7,000 |
| | / X $ | =$ | | Storage Shed | / 900 | X $ | 3.33 | =$ | 3,000 |
| | / X $ | =$ | | Skinning Shed | / 240 | X $ | 4.17 | =$ | 1,000 |
| | / X $ | =$ | | Skeet Shed | / 150 | X $ | 3.33 | =$ | 500 |
| | / X $ | =$ | | Game Fence | / 17,435 | X $ | 3.33 | =$ | 58,000 |
| | / X $ | =$ | | Pier | / 312 | X $ | 3.85 | =$ | 1,200 |
| | / X $ | =$ | | Timber | / 220 | X $ | 900.00 | =$ | 198,000 |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| | / X $ | =$ | | | / | X $ | | =$ | |
| Sale Effective Unit Size: | 888.10 | $ | 943,403 | Subject Effective Unit Size: | | 343.00 | | $ | 1,172,700 |
| Total Improvement Value = $ | 1,062.27 | / Acres | | Total Improvement Value = $ | | 3,418.95 | | / | |

Southern AgCredit, ACA

File #

# Income Approach Comments

Recreational tracts can have wide variations of Cap rates depending upon the types, ages & quality of the timber and soil. In addition, these properties will be strongly influenced by the quality of hunting & other recreational opportunities as well as the potential for conversion into other uses. These properties will vary widely in production/income capacity which usually has little to do with the value of the property for its hunting, fishing or many other recreational uses. Basically, the better the recreational use, the higher the value, regardless of the income production capacity. In many cases the owners/buyers utilize other income sources to provide for living expenses, taxes and debt service; therefore, the value of the property has little to do with its production capacity. Much of the value is based upon its desirability for residential/rural dwelling locations, conveniences available, recreational opportunities, access to good roads, etc. For these reasons the Income Capitalization Approach is not a reliable indicator of value on many properties of this type and is not considered relevant for this appraisal. This property has the ability through hunting leases (@ $12 / Acre) to create approximately $4,116 of gross agricultural income.

Southern AgCredit, ACA

UAAR®

File #

# Additional Comments

69 acres of the subject are woodland acreage which consists of natural timber regeneration and includes mixed species of trees native to this area. This woodland is not being managed and no cruise data is available for analysis. The sales used in the Sales Comparison Approach grid are similar in nature to the subject in this regard, and similar in regard to their stated Highest and Best Use. The Highest and Best Use of the property is not for the production of timber but for other purposes as stated in the Highest and Best Use section of this report.

No value is being placed on the timber located on the referenced acreage, although it is recognized that some merchantable or pre-merchantable timber exists. Although it is unlikely we realize that the timber on this acreage could be sold at a later date. If the timber is sold in the future, the security as a whole, its value, and its Highest and Best Use would require reevaluation based on its condition and potential use after the effects of the timber release.

The SAC Pine Plantation Study which is analyzed annually was utilized to value the Pine Plantation. The pine timber on the subject appears to be around 22 to 25 years in age based on mapping and conversations with the seller. The pine timber; however, appears to have an effective age of that similar to 18-19 year old pines. With these factors considered, the pine timber is being valued @ $900 per acre which per the SAC Pine Plantation Study the pricing for 17,19, and 22 year old Pine Plantation.

Sales Information:
The market area was expanded to find recreational / timber tracts with high-fences similar to the subject property. Sale 2 is an older sale, but is considered a good comparable due to the improvements as well as it being a high-fence recreational tract similar to the subject. Sale 1 is an unimproved sale and is not a high-fence property, but is considered a good representative of the land value for recreational / timber tracts in the subject area. Sales 3,4, & 5 are all high-fence improved properties that are similar to the subject, and have recreation that is somewhat comparable to the subject if not superior recreation.

Market Area:
As of the 2010 census Pearl River County had a population of 55,834. As of the census of 2000, there were 48,621 people, 18,078 households, and 13,576 families residing in the county. The population density was 60 people per square mile. There were 20,610 housing units at an average density of 25 per square mile. There were 18,078 households out of which 34.80% had children under the age of 18 living with them, 58.30% were married couples living together, 12.50% had a female householder with no husband present, and 24.90% were non-families. 21.70% of all households were made up of individuals and 9.00% had someone living alone who was 65 years of age or older. The average household size was 2.65 and the average family size was 3.08.The median income for a household in the county was $30,912, and the median income for a family was $35,924. Males had a median income of $30,370 versus $21,519 for females. The per capita income for the county was $15,160.

The subject is located in the Southeastern portion of the County approximately 11 miles Southeast of Poplarville. This area is comprised of timber tracts, recreational tracts, part-time farms, smaller pasture units, and is interspersed with rural residences. This area of the County has good access to Interstate 59 which provides easy access to the Hattiesburg Metropolitan Area and the New Orleans Metro Area. This area of the County has topography that is gently rolling to rolling and soils that are conducive to continued timber production.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                          File #

| RECONCILIATION & FINAL OPINION OF VALUE |
| --- |

Date of Inspection: 9/6/2018     Effective Date of Appraisal: 9/6/2018     Date of Report: 9/10/2018

| Summary of Approaches: | | |
| --- | --- | --- |
| | Cost Approach | $1,967,733 |
| | Sales Comparison Approach | $1,800,750 |
| | Income Approach | N/A |

Correlation of Values: *(describe briefly strengths and weaknesses of each approach presented and rationale for final value conclusion)*
The value indicated from the Cost Approach supports the Market Value. The Cost Approach indication of value is $1,967,733.

The Sales Comparison Approach to Value is considered to be the most reliable Approach to Value for the subject property. The Sales Comparison Approach to Value indicates a value of $1,800,750. The Market Value of the subject is $1,800,000. The difference between the Sales Comparison Approach to Value and the Market Value is rounding.

The Income Approach was considered, but not utilized due to its results being considered unreliable.

The Sales Comparison Approach is considered to be the most reliable in estimating the value of this property due to the fact that there are a sufficient number of sales in the market area to estimate the value of the subject. More detailed data is on file and available in the offices of Southern AgCredit, ACA.

Type of Value Conclusion: Market Value               Opinion of Value:        $1,800,000

Note: This appraisal is subject to the Extraordinary Assumptions and/or Hypothetical Conditions  ☐ Yes  ☒ No
along with the Standard Assumptions and Limiting Conditions included previously in this appraisal. The use of the Extraordinary Assumptions and/or Hypothetical Conditions may alter the final opinion of value.

| Allocations: | | |
| --- | --- | --- |
| | Land Value | $627,300 |
| | Improvement Contributory Value | $974,700 |
| | Timber Value | $198,000 |

Note: Allocations are a contribution to the total value and should not be considered a conclusion of value.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                    File #

# Certification

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial and unbiased professional analysis, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon developing or reporting predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformance with the UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE.
- I have made a personal inspection of the property that is the subject of this report.
- Authorized members of the staff of Southern AgCredit, ACA   provided significant real property appraisal assistance to the person signing this certificate. Staff members have collected, verified, and recorded the market data used in this report. They have also assisted in the verification of the legal description of the subject property.
- I have not provided any services regarding the subject property within the prior three years immediately preceding the acceptance of the assignment, as an appraiser, reviewer or in any other capacity.
- I am a staff appraiser for Southern AgCredit, ACA.
- This assignment was made subject to regulations of the Real Estate and Appraisal Board. The undersigned state licensed appraiser has met the requirements of the Board that allow this report to be regarded as a "certified appraisal."

Effective Date of Appraisal: 09/06/18                    Opinion of Value:   $        1,800,000

**Appraiser:**

Signature:

Name: Ken Hobart
License #: MS State Certified General Appraiser GA-538
Certification #:

Date Signed: 09/10/18

**Appraiser:**

Signature:

Name: Walter F. Power
License #: MS State Licensed Appraiser LA-1896
Certification #:

Date Signed: 09/10/18

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

Aerial Map

## Aerial Map



map center: 30.732528, -89.400745

**4-4S-14W**
**Pearl River County**
**Mississippi**

9/12/2018

©1998-2017 AgWare, Inc. All Rights Reserved.                                                      Page    19   of    66

Southern AgCredit, ACA

UAAR®                                                                    File #

Soils Map

## Soils Map





| | |
|---|---|
| State: | **Mississippi** |
| County: | **Pearl River** |
| Location: | **4-4S-14W** |
| Township: | District 3 |
| Acres: | **343** |
| Date: | **9/12/2018** |



 

Soils data provided by USDA and NRCS.                                    ©2018 AgriData, Inc.

**Area Symbol: MS109, Soil Area Version: 15**

| Code | Soil Description | Acres | Percent of field | Non-Irr Class Legend | Non-Irr Class *c | Irr Class *c | Bahiagrass | Common bermudagrass | Corn | Cotton lint | Grain sorghum | Grass hay | Improved bermudagrass | Soybeans | Tall fescue | Wheat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MS | McLaurin-Smithdale association, rolling | 323.07 | 94.2% | | IIIe | | 7 | | 70 | | | | 8.5 | 28 | | |
| ST | Smithton association frequently flooded | 16.42 | 4.8% | | Vw | | | | | | | | | | | |
| RuB | Ruston fine sandy loam, 2 to 5 percent slopes | 3.51 | 1.0% | | IIe | IIe | 9.4 | 5.5 | 73 | 640.3 | 60 | 3 | 11 | 30 | 7.9 | 37 |
| | **Weighted Average** | | | | | | 6.7 | 0.1 | 66.7 | 6.6 | 0.6 | *- | 8.1 | 23.9 | 0.1 | 0 |

*c:  Using Capabilities Class Dominant Condition Aggregation Method

Soils data provided by USDA and NRCS.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                          File #

Topography Map

## Topography Map



Southern AgCredit, ACA

UAAR®                                                                                                    File #

Flood Map

**Aerial Map**



map center: 30.732528, -89.400745

4-4S-14W
Pearl River County
Mississippi

9/12/2018

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                    File #

Subject Photographs



Money Hill Ln facing South



Money Hill Ln facing North. The road is an old abandoned county road starting at the gate.



Restertown rd facing South



Restertown rd facing North



Front view of shop



Interior view of shop

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

Subject Photographs



South side of shop



Rear view of shop



Storage shed



Skinning Shed



Skeet shed



View of lodge from North side of lake

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

Subject Photographs



View of front of lodge



View of West side of lodge rear view



West end of lodge front view



View of exterior of screened porch



View of East end of lodge front view



View of East end of lodge rear view

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

Subject Photographs



View of patio with fire pit



Front view of screened porch



Typical view of South end of lodge / bunk house



South end of lodge / bunk house



Entrance into lodge rear from breezeway



Entrance into lodge / bunk house from breezeway

Southern AgCredit, ACA

Subject Photographs



Living room of lodge / bunk house



Living room of lodge / bunk house



Typical bedroom in lodge / bunk house



Typical bathroom of lodge / bunk house



Laundry room of lodge / bunk house



Dining area in main lodge

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

Subject Photographs



Living room area of main lodge



Kitchen area of main lodge



Pantry of main lodge



Hunting room in main lodge



Gun rack in hunting room



Entrance hall of main lodge

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                              File #

Subject Photographs



Half bath in main lodge



Storage room in main lodge



Hallway to master bedroom



Master bedroom



Master bathroom



Laundry room in main lodge

Southern AgCredit, ACA

Subject Photographs



Hallway to guest bedroom of main lodge



Guest bathroom of main lodge



Guest bedroom



View of loft from dining area



View of loft in main lodge



View of screened porch of main lodge

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

Subject Photographs



Entrance into subject



Interior roads and pine timber



Typical view of pine timber



View along driveway to lodge



Typical pine view



Typical pine view

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

Subject Photographs



View along fence



View of woodland



View of food plot with irrigation



Typical pine view



Interior road view



Typical food plot view

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                     File #

## Subject/Sales Locator Map



Southern AgCredit, ACA

UAAR®                                                                                      File #

| Index # | 16.109.001 | Database # | 124 | Sale # | 1 | | Improved Sale |
|---------|-----------|------------|-----|--------|---|---|---------------|

## Sale Analysis

| | | | | | |
|---|---|---|---|---|---|
| Grantor | First National Bank of Picayune | Sales Price | 430,000 | Property Type | Ag/Rec |
| Grantee | H&R Farms, LLC | Other Contrib. | | Primary Land Use | Rec, Timber |
| Deeded Acres | 171.11 | Net Sale Price | 430,000 | Property Rights | Fee Simple |
| Sale Date/DOM | 03/11/16 / | $/Deeded Acre | 2,512.96 | Minerals | Unknown |
| Prior Sale Date | | Financing | SOUTHERN AGCREDIT | Recreation Water | Pond |
| Prior CEV Price | | % Fin. Adj. | | Fencing | |
| Analysis Code | abean | CEV Price | 430,000 | | |
| Source | Buyer | SCA Unit Type | Acres | | |
| Motivation | Typical | Eff. Unit Size | 171.11 | | |
| Highest & Best Use | Rec and Timber | SCA $/Unit | 2,512.96 | | |
| Address | 225 Harry Sones Road | Multiplier Unit | | SAC Loan # | 935948 |
| City | Carriere | Multiplier No. | | Benchmark | Lawrence |
| County | Pearl River | Legal Access | Public | Avg Well Output | |
| State/Zip | MS / 39426 | Physical Access | Paved | Tax/CAD MV | |
| Region/Area/Zone | / / | View | N/A | Tax ID/Recording | |
| Location | 5 mi. W of McNeil, MS | Utilities | E/W | Sec/Twp/Rge | 21,22 / 4S / 17W |

Legal Description: See attachments.

## Land-Mix Analysis

| Land Use | Ratios | | Acres | | $/Acre | Unit Size | Unit Type | | $/Unit | | Total Unit Value |
|----------|--------|---|-------|---|--------|-----------|-----------|---|--------|---|------------------|
| Cropland | | % | | Ac. | | | | X | $ | = $ | |
| Pasture | | % | | Ac. | | | | X | $ | = $ | |
| Woodland | 100 | % | 49.00 | Ac. | 2,195.04 | 49.00 | Acres | X | $ 2,195.04 | = $ | 107,557 |
| Timberlands | | % | | Ac. | | | | X | $ | = $ | |
| Pine Plantation | 100 | % | 110.00 | Ac. | 2,195.04 | 110.00 | Acres | X | $ 2,195.04 | = $ | 241,454 |
| Cutover | | % | | Ac. | | | | X | $ | = $ | |
| CRP | | % | | Ac. | | | | X | $ | = $ | |
| Site | | % | | Ac. | | | | X | $ | = $ | |
| Roads/Ditches/Waste | 100 | % | 12.11 | Ac. | 2,195.04 | 12.11 | Acres | X | $ 2,195.04 | = $ | 26,589 |
| Other | | % | | Ac. | | | | X | $ | = $ | |
| **Totals** | | | 171.11 | Ac. | 2,195.04 | 171.11 | | X | $ 2,195.04 | = $ | 375,600 |
| **CEV Price $** | 430,000 | | - Land Contribution $ | | 375,600 | = Improvement Contribution $ | | | | | 54,400 |

## Income Analysis

Income Estimate Basis:  [X] Cash     [ ] Share     [ ] Owner/Operator

| Income Source | | Units | Unit Measure | Stabilized Yield | Total Production | | Cash/Share/Owner Income | |
|---------------|---|-------|--------------|------------------|------------------|---|-------------------------|---|
| [ ] Actual [X] Estimated | | | | | Stabilized $/Unit | Gross Income | Share % | Income $ |
| Timber increment | | 110.00 | Acres | | 35.65 | 3,922 | | 3,922 |
| Hunting Lease | | 171.11 | Acres | | 9.99 | 1,710 | | 1,710 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Improvements [ ] Improvements Included in Land Rent                /mo                /yr

Stabilized Gross Income = $   5,632

| Expense Items: | | Expenses (cont.): | | Expenses (cont.): | |
|----------------|---|-------------------|---|-------------------|---|
| Real Estate Tax | $ | Taxes & Mgmt Fees $ | 1,368 | $ | |
| Insurance | $ | $ | | $ | |
| Maintenance | $ | $ | | $ | |
| Management | $ | $ | | $ | |
| Total Expenses | 1,368 | / Stabilized G.I. | 5,632 | = Expense Ratio | 24.29 % | Total Expenses = $ | 1,368 |
| Net Income | 4,264 | / CEV Price | 430,000 | = Cap Rate | 0.99 % | Net Income = $ | 4,264 |

©1998-2017 AgWare, Inc. All Rights Reserved.                              Page   34   of   66

Southern AgCredit, ACA

UAAR®                                                                                          File #

| Index # | 16.109.001 | Database # | 124 | Sale # | 1 |

## Improvement Analysis

Replacement Cost

| Item: | Impt. #1 | Impt. #2 | Impt. #3 | Impt. #4 | Impt. #5 | Impt. #6 | Impt. #7 | Impt. #8 | Impt. #9 | Impt #10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Timber | | | | | | | | | |
| Size | 110 | | | | | | | | | |
| Unit | Acres | | | | | | | | | |
| Utility | Good | | | | | | | | | |
| Condition | Good | | | | | | | | | |
| Age | | | | | | | | | | |
| Remaining Life | | | | | | | | | | |
| RCN/Unit | 494.55 | | | | | | | | | |
| RCN | 54,400 | | | | | | | | | |
| % Physical Depreciation | | | | | | | | | | |
| RCN Remainder After Phys. Depr. | 54,400 | | | | | | | | | |
| % Functional Obsolescence | | | | | | | | | | |
| RCN Rem. After Phys./Funct. Depr. | 54,400 | | | | | | | | | |
| % External Obsolescence | | | | | | | | | | |
| Total Impt. Contribution | 54,400 | | | | | | | | | |
| Contribution $/Unit | 494.55 | | | | | | | | | |

Physical Depreciation _____% Functional Obsolescence _____% External Obsolescence _____% Total Depreciation _____%
Total RCN $ ____54,400____ Total Improvement Contribution: $ ____54,400____ Improvement As % of Price ____13____%

This is a 171.113 acre timber/recreational tract located outside McNeil, MS on county paved road off of US Hwy 11.  This tract has ponds, food plots, and interior trails.  Timber consists mainly of maturing pine plantation.  SAC Loan # 935948.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                      File #

| Index # | 14.127.007 | Database # | 128 | Sale # | 2 | | Improved Sale |
|---|---|---|---|---|---|---|---|

©1998-2017 AgWare, Inc. All Rights Reserved.

## Sale Analysis

| | | | |
|---|---|---|---|
| Grantor | Whitetail Lodge, Inc. | Sales Price | 1,700,000 |
| Grantee | McClain Ranch, LLC | Other Contrib. | |
| Deeded Acres | 459.52 | Net Sale Price | 1,700,000 |
| Sale Date/DOM | 08/15/14   / | $/Deeded Acre | 3,699.51 |
| Prior Sale Date | | Financing | SOUTHERN AGCREDIT |
| Prior CEV Price | | % Fin. Adj. | |
| Analysis Code | abean | CEV Price | 1,700,000 |
| Source | Buyer | SCA Unit Type | Acres |
| Motivation | Typical | Eff. Unit Size | 459.52 |
| Highest & Best Use | Rec and Timber | SCA $/Unit | 3,699.51 |
| Address | 113 Rice Road | Multiplier Unit | |
| City | Florence | Multiplier No. | |
| County | Simpson | Legal Access | Public |
| State/Zip | MS  /  39073 | Physical Access | Gravel |
| Region/Area/Zone | /  / | View | N/A |
| Location | 7 mi. W of Braxton | Utilities | E/W/G/S |

| Property Type | Ag/Rec |
|---|---|
| Primary Land Use | Rec, Timber |
| Property Rights | Fee Simple |
| Minerals | Unknown |
| Recreation Water | |
| Fencing | Average |
| | |
| | |
| | |
| SAC Loan # | 921330 |
| Benchmark | Lawrence |
| Avg Well Output | |
| Tax/CAD MV | |
| Tax ID/Recording | |
| Sec/Twp/Rge | 21,22,23,27 /  2N  /  2E |

Legal Description:   See attachments.

## Land-Mix Analysis

| Land Use | Ratios | Acres | | $/Acre | Unit Size | Unit Type | | $/Unit | | Total Unit Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cropland | % | | Ac. | | | | X $ | | = $ | |
| Pasture | % | 80.00 | Ac. | 1,838.88 | | | X $ | | = $ | 147,110 |
| Woodland | % | 360.00 | Ac. | 1,838.88 | | | X $ | | = $ | 661,998 |
| | % | | Ac. | | | | X $ | | = $ | |
| | % | | Ac. | | | | X $ | | = $ | 147,110 |
| | % | | Ac. | | | | X $ | | = $ | 35,895 |
| CRP | % | | Ac. | | | | X $ | | = $ | |
| | % | | Ac. | | | | X $ | | = $ | |
| Roads/Ditches/Waste | % | 19.52 | Ac. | 1,838.88 | | | X $ | | = $ | 35,895 |
| Other | % | | Ac. | | | | X $ | | = $ | |
| **Totals** | | 459.52 | Ac. | 1,838.88 | | | X $ | | = $ | 845,000 |
| **CEV Price $** | 1,700,000 | - Land Contribution $ | | 845,000 | = Improvement Contribution $ | | | | | 855,000 |

## Income Analysis

Income Estimate Basis:   [X] Cash      [ ] Share      [ ] Owner/Operator

[ ] Actual  [X] Estimated

| Income Source | Units | Unit Measure | Stabilized Yield | Total Production | | Cash/Share/Owner Income | |
|---|---|---|---|---|---|---|---|
| | | | | Stabilized $/Unit | Gross Income | Share % | Income $ |
| Timber increment | 360.00 | Acres | | 38.11 | 13,719 | | 13,719 |
| Hunting Lease | 459.52 | Acres | | 14.93 | 6,860 | | 6,860 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Improvements  [ ]  Improvements Included in Land Rent          /mo          /yr

Stabilized Gross Income = $   20,579

| Expense Items: | | Expenses (cont.): | | Expenses (cont.): | |
|---|---|---|---|---|---|
| Real Estate Tax | $ | Taxes & Mgt Fees $ | 3,658 | | $ |
| Insurance | $ | | $ | | $ |
| Maintenance | $ | | $ | | $ |
| Management | $ | | $ | | $ |

| Total Expenses | 3,658 | / Stabilized G.I. | 20,579 | = Expense Ratio | 17.78 | % | Total Expenses = $ | 3,658 |
|---|---|---|---|---|---|---|---|---|
| Net Income | 16,921 | / CEV Price | 1,700,000 | = Cap Rate | 1.00 | % | Net Income = $ | 16,921 |

Southern AgCredit, ACA

UAAR®                                                                                                    File #

| Index #   14.127.007 | Database #   128 | Sale #   2 |

## Improvement Analysis

Replacement Cost

| Item: | Impt. #1 | Impt. #2 | Impt. #3 | Impt. #4 | Impt. #5 | Impt. #6 | Impt. #7 | Impt. #8 | Impt. #9 | Impt. #10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Timber | Lodge | Cabin | Master Suite Bunkhouse | Pool House | Gazebo | Condo Deer Stand | Pole Sheds | Game Fence | |
| Size | 360 | 5,126 | 1,429 | 648 | 1,792 | 252 | 240 | 2,356 | 23,000 | |
| Unit | Acres | Sq. Ft. | Sq. Ft. | Sq. Ft. | Sq. Ft. | Sq. Ft. | Sq. Ft. | Sq. Ft. | Sq. Ft. | |
| Utility | Good | Good | Good | Good | Good | Good | Good | Good | Good | |
| Condition | Good | Good | Good | Good | Good | Good | Good | Good | Good | |
| Age | | | | | | | | | | |
| Remaining Life | | | | | | | | | | |
| RCN/Unit | 750.00 | 100.00 | 85.00 | 90.00 | 50.00 | 15.00 | 15.00 | 10.00 | 5.00 | |
| RCN | 270,000 | 512,600 | 121,465 | 58,320 | 89,600 | 3,780 | 3,600 | 23,560 | 115,000 | |
| % Physical Depreciation | | 20 | 20 | 20 | 33 | 25 | 33 | 33 | 33 | |
| RCN Remainder After Phys. Depr. | 270,000 | 410,080 | 97,172 | 46,656 | 59,733 | 2,835 | 2,400 | 15,707 | 76,667 | |
| % Functional Obsolescence | | 15 | 20 | 6 | 60 | 29 | 17 | 36 | 2 | |
| RCN Rem. After Phys./Funct. Depr. | 270,000 | 350,000 | 78,000 | 44,000 | 24,000 | 2,000 | 2,000 | 10,000 | 75,000 | |
| % External Obsolescence | | | | | | | | | | |
| Total Impt. Contribution | 270,000 | 350,000 | 78,000 | 44,000 | 24,000 | 2,000 | 2,000 | 10,000 | 75,000 | |
| Contribution $/Unit | 750.00 | 68.28 | 54.58 | 67.90 | 13.39 | 7.94 | 8.33 | 4.24 | 3.26 | |

Physical Depreciation ___18___ % Functional Obsolescence ___13___ % External Obsolescence _____ % Total Depreciation ___29___ %

Total RCN $ ___1,197,925___     Total Improvement Contribution: $ ___855,000___     Improvement As % of Price ___50___ %

459.52 acre recreational/timber tract located 7 miles west of Braxton, MS at 113 Rice Road, Florence, MS 39073. Property has an 8' game fence around the perimeter. Highly improved with lodge, cabins, and bunkhouses. Timber consists of 360 acres of natural pine/hardwoods. SAC loan #921330.

©1998-2017 AgWare, Inc. All Rights Reserved.

Page   37   of   66

Southern AgCredit, ACA

UAAR®                                                                                      File #

| Index # | 16.157.006 | Database # | 118 | Sale # | 3 | Improved Resale |
|---|---|---|---|---|---|---|

## Sale Analysis

| | | | | | |
|---|---|---|---|---|---|
| Grantor | Whoa Nellie Mississippi, llc | Sales Price | 2,925,000 | Property Type | Ag/Rec |
| Grantee | Daryl Roden & Susan Roden | Other Contrib. | | Primary Land Use | Rec. Timber |
| Deeded Acres | 545.00 | Net Sale Price | 2,925,000 | Property Rights | Fee Simple |
| Sale Date/DOM | 10/03/16 / | $/Deeded Acre | 5,366.97 | Minerals | No |
| Prior Sale Date | | Financing | SOUTHERN AGCREDIT | Recreation Water | Lake |
| Prior CEV Price | | % Fin. Adj. | | Fencing | |
| Analysis Code | ntaylor | CEV Price | 2,925,000 | | |
| Source | Buyer | SCA Unit Type | Acres | | |
| Motivation | Typical | Eff. Unit Size | 545.00 | | |
| Highest & Best Use | Rec and Timber | SCA $/Unit | 5,366.97 | | |
| Address | 1000 Doloroso Loop Road | Multiplier Unit | | SAC Loan # | 941484 |
| City | Woodville | Multiplier No. | | Benchmark | Lawrence |
| County | Wilkinson | Legal Access | Public | Avg Well Output | |
| State/Zip | MS / 39669 | Physical Access | Paved | Tax/CAD MV | |
| Region/Area/Zone | / | View | N/A | Tax ID/Recording | |
| Location | 12 Miles North of Woodville, MS | Utilities | E/W/G/S | Sec/Twp/Rge | 1,2,12,8,9,10,30,53,54,3N 4N / 3W, 2W |

Legal Description: See attachments.

## Land-Mix Analysis

| Land Use | Ratios | | Acres | | $/Acre | Unit Size | Unit Type | | $/Unit | | Total Unit Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cropland | | % | | Ac. | | | | X $ | | = $ | |
| Pasture | | % | | Ac. | | | | X $ | | = $ | |
| Woodland | 100 | % | 500.00 | Ac. | 2,931.16 | 500.00 | Acres | X $ | 2,931.16 | = $ | 1,465,580 |
| Timberlands | | % | | Ac. | | | | X $ | | = $ | |
| Pine Plantation | | % | | Ac. | | | | X $ | | = $ | |
| Cutover | | % | | Ac. | | | | X $ | | = $ | |
| CRP | | % | | Ac. | | | | X $ | | = $ | |
| Site | | % | | Ac. | | | | X $ | | = $ | |
| Roads/Ditches/Waste | 100 | % | 45.00 | Ac. | 2,000.00 | 45.00 | Acres | X $ | 2,000.00 | = $ | 90,000 |
| Other | | % | | Ac. | | | | X $ | | = $ | |
| **Totals** | | | 545.00 | Ac. | 2,854.28 | 545.00 | | X $ | 2,854.28 | = $ | 1,555,580 |
| **CEV Price $** | 2,925,000 | | - Land Contribution $ | | 1,555,580 | | = Improvement Contribution $ | | | | 1,369,420 |

## Income Analysis

Income Estimate Basis:   [X] Cash      [ ] Share      [ ] Owner/Operator

| Income Source | | Units | Unit Measure | Stabilized Yield | Total Production | | Cash/Share/Owner Income | |
|---|---|---|---|---|---|---|---|---|
| [ ] Actual [X] Estimated | | | | | Stabilized $/Unit | Gross Income | Share % | Income $ |
| Hunting Lease | | 545.00 | Acres | | 15.00 | 8,175 | | 8,175 |
| Timber increment | | 500.00 | Acres | | 25.00 | 12,500 | | 12,500 |

Improvements [ ]   Improvements Included in Land Rent            /mo            /yr

Stabilized Gross Income = $   20,675

| Expense Items: | | Expenses (cont.): | | Expenses (cont.): | |
|---|---|---|---|---|---|
| Real Estate Tax | $ | mgt fees and taxes $ | 4,360 | $ | |
| Insurance | $ | | $ | | |
| Maintenance | $ | | $ | | |
| Management | $ | | $ | | |
| Total Expenses | 4,360 | / Stabilized G.I. | 20,675 | = Expense Ratio | 21.09 % | Total Expenses = $ | 4,360 |
| Net Income | 16,315 | / CEV Price | 2,925,000 | = Cap Rate | 0.56 % | Net Income = $ | 16,315 |

©1998-2017 AgWare, Inc. All Rights Reserved.                              Page   38   of   66

Southern AgCredit, ACA

UAAR®                                                                                      File #

| Index # | 16.157.006 | | Database # | | 118 | | | Sale # | 3 |

## Improvement Analysis

| Item: | Impt. #1 | Impt. #2 | Impt. #3 | Impt. #4 | Impt. #5 | Impt. #6 | Impt. #7 | Impt. #8 | Impt. #9 | Impt. #10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Dwelling | Skinning Shed | Shed | Boat Dock/ Pier | Timber | | | | | |
| Size | 5,589 | 500 | 2,400 | 1,650 | 500 | | | | | |
| Unit | Sq. Ft. | Sq. Ft. | Sq. Ft. | Sq. Ft. | Acres | | | | | |
| Utility | | | | | | | | | | |
| Condition | | | | | | | | | | |
| Age | | | | | | | | | | |
| Remaining Life | | | | | | | | | | |
| RCN/Unit | 200.00 | 30.00 | 20.00 | 40.00 | 927.00 | | | | | |
| RCN | 1,117,800 | 15,000 | 48,000 | 66,000 | 463,500 | | | | | |
| % Physical Depreciation | 20 | 25 | 25 | 25 | | | | | | |
| RCN Remainder After Phys. Depr. | 894,240 | 11,250 | 36,000 | 49,500 | 463,500 | | | | | |
| % Functional Obsolescence | 10 | | | | | | | | | |
| RCN Rem. After Phys./Funct. Depr. | 809,170 | 11,250 | 36,000 | 49,500 | 463,500 | | | | | |
| % External Obsolescence | | | | | | | | | | |
| Total Impt. Contribution | 809,170 | 11,250 | 36,000 | 49,500 | 463,500 | | | | | |
| Contribution $/Unit | 144.78 | 22.50 | 15.00 | 30.00 | 927.00 | | | | | |

Physical Depreciation ___15___ % Functional Obsolescence ___6___ % External Obsolescence _____ % Total Depreciation ___20___ %

Total RCN $ ___1,710,300___     Total Improvement Contribution $ ___1,369,420___     Improvement As % of Price ___47___ %

545 acres of timberland and lodge in Wilkinson County, MS. Property contains a 15 acre stocked lake with pier, 8,000 sq. ft. lodge, a skinning shed, and a storage building. This property also has a gated entrance and blacktop driveway. Timber consists mainly of mature hardwoods with approximately 50 acres of 20 yr old pine. SAC Loan #941484.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                        File #

| Index # | 17.005.006 | Database # | 122 | Sale # | 4 | | Improved Sale |
|---|---|---|---|---|---|---|---|

**Sale Analysis**

| | |
|---|---|
| Grantor | Renee B. Priest, J. Alan Priest |
| Grantee | SherryJoe, LLC |
| Deeded Acres | 884.35 |
| Sale Date/DOM | 06/21/17   / |
| Prior Sale Date | |
| Prior CEV Price | 3,650,000 |
| Analysis Code | N/A |
| Source | Buyer |
| Motivation | Typical |
| Highest & Best Use | Rec and Timber |
| Address | |
| City | Gloster |
| County | Amite |
| State/Zip | MS   / |
| Region/Area/Zone | /          / |
| Location | 2.88 Miles Southwest of Gloster |
| Legal Description: | |

| | |
|---|---|
| Sales Price | 3,650,000 |
| Other Contrib. | |
| Net Sale Price | 3,650,000 |
| $/Deeded Acre | 4,127.33 |
| Financing | |
| % Fin. Adj. | |
| CEV Price | 3,650,000 |
| SCA Unit Type | Acres |
| Eff. Unit Size | 884.35 |
| SCA $/Unit | 4,127.33 |
| Multiplier Unit | |
| Multiplier No. | |
| Legal Access | Public |
| Physical Access | US/State Highway |
| View | Average |
| Utilities | E/W/G/S |

| | |
|---|---|
| Property Type | Recreational |
| Primary Land Use | Rec. Timber |
| Property Rights | Fee Simple |
| Minerals | Unknown |
| Recreation Water | Lake |
| Fencing | Above Average |
| | |
| | |
| | |
| | |
| Benchmark | Lawrence |
| | |
| | |
| | |
| Tax ID/Recording | |
| Sec/Twp/Rge | 8.22.23 /   2N   /   2E |

## Land-Mix Analysis

| Land Use | Ratios | | Acres | | $/Acre | Unit Size | Unit Type | | $/Unit | | Total Unit Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cropland | | % | | Ac. | | | | X $ | | = $ | |
| Pasture | 100 | % | 20.00 | Ac. | 2,800.00 | 20.00 | Acres | X $ | 2,800.00 | = $ | 56,000 |
| Woodland | 100 | % | 40.00 | Ac. | 2,250.00 | 40.00 | Acres | X $ | 2,250.00 | = $ | 90,000 |
| Timberlands | 100 | % | 180.00 | Ac. | 2,400.00 | 180.00 | Acres | X $ | 2,400.01 | = $ | 432,002 |
| Pine Plantation | 100 | % | 602.00 | Ac. | 2,685.99 | 602.00 | Acres | X $ | 2,685.98 | = $ | 1,616,960 |
| Cutover | | % | | Ac. | | | | X $ | | = $ | |
| CRP | | % | | Ac. | | | | X $ | | = $ | |
| Site | | % | | Ac. | | | | X $ | | = $ | |
| Roads/Ditches/Waste | 100 | % | 29.35 | Ac. | 2,250.00 | 29.35 | Acres | X $ | 2,250.00 | = $ | 66,038 |
| Other | 100 | % | 13.00 | Ac. | 3,000.00 | 13.00 | Acres | X $ | 3,000.00 | = $ | 39,000 |
| **Totals** | | | 884.35 | Ac. | 2,600.78 | 884.35 | | X $ | 2,600.78 | = $ | 2,300,000 |
| **CEV Price $** | 3,650,000 | | - Land Contribution $ | | 2,300,000 | | = Improvement Contribution $ | | | | 1,350,000 |

## Income Analysis

Income Estimate Basis:     ☐ Cash     ☐ Share     ☐ Owner/Operator

| Income Source | | Units | Unit Measure | Stabilized Yield | Total Production | | Cash/Share/Owner Income | |
|---|---|---|---|---|---|---|---|---|
| ☐ Actual | ☐ Estimated | | | | Stabilized $/Unit | Gross Income | Share % | Income $ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Improvements ☐ Improvements Included in Land Rent                    /mo                /yr

Stabilized Gross Income = $

| Expense Items: | | Expenses (cont.): | | Expenses (cont.): | |
|---|---|---|---|---|---|
| Real Estate Tax | $ | | $ | | $ |
| Insurance | $ | | $ | | $ |
| Maintenance | $ | | $ | | $ |
| Management | $ | | $ | | $ |
| Total Expenses | / Stabilized G.I. | | = Expense Ratio | % | Total Expenses = $ |
| Net Income | / CEV Price | 3,650,000 | = Cap Rate | % | Net Income = $ |

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit. ACA

UAAR®

File #

| Index # | 17.005.006 | | Database # | | 122 | | Sale # | | | | 1 |

## Improvement Analysis

| Item: | Impt. #1 | Impt. #2 | Impt. #3 | Impt. #4 | Impt. #5 | Impt. #6 | Impt. #7 | Impt. #8 | Impt. #9 | Impt. #10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Hunting Cabin | Game Fence | Timber | | | | | | | |
| Size | 2,658 | 32,520 | 884 | | | | | | | |
| Unit | Sq. Ft. | Sq. Ft. | | | | | | | | |
| Utility | Good | | | | | | | | | |
| Condition | Excellent | | | | | | | | | |
| Age | 8 | | | | | | | | | |
| Remaining Life | 57 | | | | | | | | | |
| RCN/Unit | 214.10 | 5.50 | 848.08 | | | | | | | |
| RCN | 569,078 | 178,860 | 750,000 | | | | | | | |
| % Physical Depreciation | 13 | 30 | | | | | | | | |
| RCN Remainder After Phys. Depr. | 493,201 | 125,000 | 750,000 | | | | | | | |
| % Functional Obsolescence | 4 | | | | | | | | | |
| RCN Rem. After Phys./Funct. Depr. | 475,000 | 125,000 | 750,000 | | | | | | | |
| % External Obsolescence | | | | | | | | | | |
| Total Impt. Contribution | 475,000 | 125,000 | 750,000 | | | | | | | |
| Contribution $/Unit | 178.71 | 3.84 | 848.08 | | | | | | | |

Physical Depreciation ___9___ % Functional Obsolescence ___1___ % External Obsolescence _____ % Total Depreciation __10__ %.
Total RCN $ ___1,497,938___ Total Improvement Contribution: $ ___1,350,000___ Improvement As % of Price ___37___ %

The subject property is a nice high fenced recreational tract located in Wilkinson and Amite Counties that has been highly managed for whitetail deer. There is a gated entrance on a paved driveway leading to the lodge. The timber on the property has been highly managed for timber production and for wildlife. There is a nice 5 acre lake that lies directly in front of the lodge and approximately 6 acres of another lake on the south side of the property. A good internal road system is in place allowing access to all areas of the property. Food plots are scattered throughout offering good areas for recreational hunting of deer, turkey and hogs. The fence is currently on three sides of the subject, as it is a portion of a larger tract that was completely fenced. The completion of the fourth side of the fence is to be completed after closing.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                          File #

| Index # | 17.043.008 | Database # | 119 | Sale # | 5 | | Improved Sale |
|---|---|---|---|---|---|---|---|

©1998-2017 AgWare, Inc. All Rights Reserved.

## Sale Analysis

| | | | |
|---|---|---|---|
| Grantor | Delta Fowl & Trophy Game, LLC | Sales Price | 2,841,920 |
| Grantee | Clarence Strider | Other Contrib. | |
| Deeded Acres | 888.10 | Net Sale Price | 2,841,920 |
| Sale Date/DOM | 05/01/17    / | $/Deeded Acre | 3,200.00 |
| Prior Sale Date | | Financing | Unknown |
| Prior CEV Price | | % Fin. Adj. | |
| Analysis Code | SAC | CEV Price | 2,841,920 |
| Source | Seller | SCA Unit Type | Acres |
| Motivation | Typical | Eff. Unit Size | 888.10 |
| Highest & Best Use | Rec and Timber | SCA $/Unit | 3,200.00 |
| Address | | Multiplier Unit | |
| City | Grenada | Multiplier No. | |
| County | Grenada | Legal Access | Public |
| State/Zip | MS   / | Physical Access | Gravel |
| Region/Area/Zone | /    / | View | Average |
| Location | 12 miles W of Grenada | Utilities | E/W/G/S |

Property Type — Recreational
Primary Land Use — Rec, Timber
Property Rights
Minerals
Recreation Water
Fencing

Benchmark

Tax ID/Recording
Sec/Twp/Rge     28   /  22N  /  2E

Legal Description:

## Land-Mix Analysis

| Land Use | Ratios | | Acres | $/Acre | Unit Size | Unit Type | $/Unit | | Total Unit Value |
|---|---|---|---|---|---|---|---|---|---|
| Cropland | | % | Ac. | | | | X $ | = $ | |
| Pasture | | % | Ac. | | | | X $ | = $ | |
| Woodland | 100 | % | 80.00 Ac. | 2,137.73 | 80.00 | acres | X $ 2,137.73 | = $ | 171,018 |
| Timberlands | 100 | % | 798.10 Ac. | 2,137.73 | 798.10 | acres | X $ 2,137.73 | = $ | 1,706,122 |
| Pine Plantation | | % | Ac. | | | | X $ | = $ | |
| Cutover | | % | Ac. | | | | X $ | = $ | |
| CRP | | % | Ac. | | | | X $ | = $ | |
| Site | 100 | % | 10.00 Ac. | 2,137.73 | 10.00 | acres | X $ 2,137.73 | = $ | 21,377 |
| Roads/Ditches/Waste | | % | Ac. | | | | X $ | = $ | |
| Other | | % | Ac. | | | | X $ | = $ | |
| **Totals** | | | 888.10 Ac. | 2,137.73 | 888.10 | | X $ 2,137.73 | = $ | 1,898,517 |
| **CEV Price $** | 2,841,920 | | - Land Contribution $ | 1,898,517 | | = Improvement Contribution $ | | | 943,403 |

## Income Analysis

| Income Estimate Basis: | | Cash | | Share | | Owner/Operator | |
|---|---|---|---|---|---|---|---|

| Income Source | | | Unit | Stabilized | Total Production | | Cash/Share/Owner Income | |
|---|---|---|---|---|---|---|---|---|
| Actual | Estimated | Units | Measure | Yield | Stabilized $/Unit | Gross Income | Share % | Income $ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Improvements | Improvements Included in Land Rent                     /mo                  /yr

Stabilized Gross Income = $

| Expense Items: | Expenses (cont.): | Expenses (cont.): |
|---|---|---|
| Real Estate Tax $ | $ | $ |
| Insurance $ | $ | $ |
| Maintenance $ | $ | $ |
| Management $ | $ | $ |

| Total Expenses | / Stabilized G.I. | = Expense Ratio | % | Total Expenses = $ |
|---|---|---|---|---|
| Net Income | / CEV Price | 2,841,920 | = Cap Rate | % | Net Income = $ |

Southern AgCredit, ACA

UAAR®                                                                                      File #

| Index # | 17.043.008 | | Database # | 119 | | Sale # | | 5 |

## Improvement Analysis

| Item: | Impt. #1 | Impt. #2 | Impt. #3 | Impt. #4 | Impt. #5 | Impt. #6 | Impt. #7 | Impt. #8 | Impt. #9 | Impt. #10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Timber | Game Fence | Cabins | | | | | | | |
| Size | 878 | 24,800 | | | | | | | | |
| Unit | Acres | Linear Foot | | | | | | | | |
| Utility | | | | | | | | | | |
| Condition | | | | | | | | | | |
| Age | | | | | | | | | | |
| Remaining Life | | | | | | | | | | |
| RCN/Unit | 800.00 | 2.50 | | | | | | | | |
| RCN | 702,400 | 62,000 | 179,000 | | | | | | | |
| % Physical Depreciation | | | | | | | | | | |
| RCN Remainder After Phys. Depr. | 702,400 | 62,000 | 179,000 | | | | | | | |
| % Functional Obsolescence | | | | | | | | | | |
| RCN Rem. After Phys./Funct. Depr. | 702,400 | 62,000 | 179,000 | | | | | | | |
| % External Obsolescence | | | | | | | | | | |
| Total Impt. Contribution | 702,400 | 62,000 | 179,000 | | | | | | | |
| Contribution $/Unit | 800.00 | 2.50 | | | | | | | | |

Physical Depreciation _____ % Functional Obsolescence _____ % External Obsolescence _____ % Total Depreciation _____ %
Total RCN $ ____943,400____ Total Improvement Contribution: $ ____943,400____ Improvement As % of Price ____33____ %

This is an 888.1 acre rec/timber tract. Subject has frontage on Wolf Lake Rd. There are 9 cabins, a meat processing room, and a few sheds for a total value of $179,000. 612 acres of this tract is under high fence, 10 acres is site where the improvements sit. There are two 40 acre blocks that were once enrolled in CRP that sit south of the subject and do not touch the main block.

Southern AgCredit, ACA

File #

Legal Description

EXHIBIT "A"

Parcel 1:

Commence as the Southeast corner of the Northeast Quarter of Section 32, Township 3
South, Range 14 West, Pearl River County, Mississippi; thence East 668.62 feet; thence
South 3,539.32 feet to the Point of Beginning (POB); thence North 68 degrees 11 minutes 24
seconds East 1,447.88 feet; thence North 64 degrees 45 minutes 35 seconds East 2,252.55
feet; thence South 3,327.34 feet to a point on the centerline of Gravel Road #3 (a non-public
road); thence South 89 degrees 30 minutes 07 seconds West and along said centerline 70.54
feet; thence continue along said centerline South 56 degrees 43 minutes 57 seconds West
163.01 feet; thence continue along said centerline South 44 degrees 59 minutes 51 seconds
West 357.09 feet; thence continue along said centerline South 72 degrees 09 minutes 29
seconds West 154.72 feet; thence continue along said centerline North 83 degrees 26
minutes 08 seconds West 348.20 feet; thence continue along said centerline South 75
degrees 20 minutes 48 seconds West 240.67 feet; thence continue along said centerline
South 82 degrees 35 minutes 13 seconds West 128.98 feet; thence continue along said
centerline North 85 degrees 10 minutes 16 seconds West 281.36 feet; thence continue along
said centerline South 86 degrees 55 minutes 28 seconds West 325.08 feet; thence continue
along said centerline South 79 degrees 49 minutes 38 seconds West 439.95 feet to a point on
the East right of way line of Restertown Road (a public road); thence North 32 degrees 31
minutes 22 seconds West and along said East right of way line North 39 degrees 07 minutes
22 seconds West and along said East right of way line North 39 degrees 07 minutes 00 seconds West 346.39 feet;
thence continue along said East right of way line North 55 degrees 09 minutes 25 seconds
West 249.15 feet; thence continue along said East right of way line North 67 degrees 48
minutes 40 seconds West 434.86 feet; thence continue along said East right of way line
North 60 degrees 13 minutes 51 seconds West 216.18 feet; thence continue along said East
right of way North 51 degrees 25 minutes 18 seconds West 216.28 feet; thence continue
along said East right of way line North 43 degrees 24 minutes 26 seconds West 334.05 feet;
thence continue along said East right of way line North 31 degrees 48 minutes 57 seconds
West 288.45 feet; thence continue along said East right of way North 24 degrees 45 minutes
24 seconds West 155.29 feet; thence East 663.59 feet; thence North 00 degrees 00 minutes
04 seconds West 779.26 feet to the Point of Beginning (POB); said parcel of land is located
in the Northwest Quarter of the Northeast Quarter and the North One Half of the
Southeast Quarter and the North One Half of the Southwest Quarter, all in Section 4,
Township 4 South, also in the South One Half of the Southeast Quarter of Section 33,
Township 3 South, Range 14 West, Pearl River County, Mississippi and contains 225.00
acres more or less.

PARCEL 2:

A part of the East One Half of the Northeast Quarter and a part of the Northeast Quarter
of the Southeast Quarter of Section 4, Township 4 South, Range 14 West, a part of the
West One Half of the Northwest Quarter of Section 3, Township 4 South, Range 14 West, a
part of the Southwest Quarter of the Southwest Quarter of Section 34, Township 3 South,
Range 14 West, and a part of the Southeast Quarter of the Southeast Quarter of Section 33,
Township 3 South, Range 14 West, Pearl River County, Mississippi, and being more
particularly described as follows: Commence at a lighter wood stake marking the
Southwest corner of the Northwest Quarter of said Section 33, Township 3 South, Range 14
West; thence East 5,272.98 feet; thence South 2,076.44 feet to an iron rod, the Point of
Beginning; thence South 10 degrees 46 minutes 49 seconds West 3,799.13 feet to an iron rod
in the center of an existing 60 foot right of way; thence along said right of way the following
courses: South 58 degrees 43 minutes 47 seconds East 190.71 feet; thence South 71 degrees
32 minutes 56 seconds East 170.41 feet; thence South 79 degrees 04 minutes 13 seconds East
167.47 feet; thence North 21 degrees 17 minutes 56 seconds East 61.05 feet; thence North 39
degrees 00 minutes 16 seconds West 174.02 feet; thence North 10 degrees 43 minutes 52
seconds West 136.14 feet; thence North 13 degrees 02 minutes 06 seconds East 201.99 feet;
thence North 28 degrees 28 minutes 56 seconds East 132.25 feet; thence North 44 degrees
09 minutes 30 seconds East 169.15 feet; thence North 58 degrees 02 minutes 58 seconds
East 180.03 feet; thence North 68 degrees 16 minutes 09 seconds East 177.36 feet; thence
North 78 degrees 54 minutes 45 seconds East 17.95 feet; thence leaving said right of way
North 14 degrees 25 minutes 22 seconds West 52.10 feet to an iron rod; thence North 14

Southern AgCredit, ACA

UAAR®                                                                                                    File #

Legal Description

degrees 25 minutes 22 seconds West 1,102.46 feet to an iron rod; thence North 07 degrees
41 minutes 14 seconds East 881.70 feet to an iron rod; thence North 25 degrees 17 minutes
19 seconds West 218.92 feet to an iron rod; thence North 19 degrees 21 minutes 46 seconds
East 430.44 feet to an iron rod; thence South 83 degrees 20 minutes 02 seconds East 199.77
feet to an iron rod; thence North 08 degrees 01 minutes 10 seconds West 433.00 feet to an
iron rod; thence West 241.64 feet to the Point of Beginning, containing 33.25 acres, more or
less, in the above said Sections, Townships, and Range.

And also: A right of way and easement thirty (30) feet in width over and across the
following described property, to-wit:



Commence at the Southeast corner of the Northeast Quarter of Section 32, Township 3
South, Range 14 West, Pearl River County, Mississippi; thence East 1,672.48 feet; thence
South 5,872.11 feet to the intersection of the centerline of Restertown Road (a public road)
and the centerline of gravel road #3 (a non-public road), said point also known as the Point
of Beginning, said point also being the centerline of a sixty (60) foot right of way being
thirty (30) feet left (North) and thirty (30) feet right (South) of the following described
centerline; thence North seventy-nine (79) degrees forty nine (49) minutes thirty eight (38)
seconds East and along the said centerline of gravel road #3, 466.98 feet; thence continue
along said centerline North eighty six (86) degrees fifty five (55) minutes twenty eight (28)
seconds East 325.08 feet; thence continue along said centerline South eighty five (85)
degrees ten (10) minutes sixteen (16) seconds East 281.36 feet; thence continue along said
centerline North eighty two (82) degrees thirty five (35) minutes thirteen (13) seconds East
128.98 feet; thence continue along said centerline North seventy five (75) degrees twenty
(20) minutes forty eight (48) seconds East 240.67 feet; thence continue along said centerline
South eighty three (83) degrees twenty six (26) minutes eight (08) seconds East 348.20 feet;
thence continue along said centerline North seventy two (72) degrees nine (09) minutes
twenty nine (29) seconds East 154.72 feet; thence continue along said centerline North forty
four (44) degrees fifty nine (59) minutes fifty one (51) seconds East 357.09 feet; thence
continue along said centerline North fifty Six (56) degrees forty three (43) minutes fifty
seven (57) seconds East 163.01 feet; thence continue along said centerline North eighty nine
(89) degrees thirty (30) minutes seven (07) seconds East 118.63 feet; thence continue along
said centerline South sixty one (61) degrees twenty two (22) minutes forty two (42) seconds
East 166.04 feet; thence continue along said centerline South forty one (41) degrees twenty
two (22) minutes thirty seven (37) seconds East 481.35 feet; thence continue along said
centerline South fifty eight (58) degrees forty three (43) minutes forty seven (47) seconds
East 190.71 feet; thence continue along said centerline South seventy one (71) degrees thirty
two (32) minutes fifty six (56) seconds East 170.41 feet; thence continue along said
centerline South seventy nine (79) degrees four (04) minutes thirteen (13) seconds East
167.47 feet; thence continue along said centerline North twenty one (21) degrees seventeen
(17) minutes fifty six (56) seconds East 61.05 feet; thence continue along said centerline
North thirty nine (39) degrees zero (00) minutes sixteen (16) seconds West 174.02 feet;
thence continue along said centerline North ten (10) degrees forty three (43) minutes fifty
two (52) seconds West 136.14 feet; thence continue along said centerline North thirteen (13)
degrees two (02) minutes six (06) seconds East 201.99 feet; thence continue along said
centerline North twenty eight (28) degrees twenty eight (28) minutes fifty six (56) seconds
East 132.25 feet; thence continue along said centerline North forty four (44) degrees nine
(09) minutes thirty (30) seconds East 169.15 feet; thence continue along said centerline
North fifty eight (58) degrees two (02) minutes fifty eight (58) seconds East 180.03 feet;
thence continue along said centerline North sixty eight (68) degrees sixteen (16) minutes
nine (09) seconds East 177.36 feet; thence continue along said centerline North seventy
eight (78) degrees fifty four (54) minutes forty five (45) seconds East 183.68 feet; thence
continue along said centerline South eighty one (81) degrees three (03) minutes fifty nine
(59) seconds East 193.49 feet; thence continue along said centerline South sixty nine (69)
degrees six (06) minutes fifteen (15) seconds East 411.39 feet; thence continue along said
centerline South seventy nine (79) degrees fifty one (51) minutes twenty three (23) seconds
East 107.82 feet; thence continue along said centerline North seventy three (73) degrees
forty seven (47) minutes three (03) seconds East 108.15 feet; thence continue along said
centerline North fifty one (51) degrees twenty four (24) minutes fifty two (52) seconds East
160.37 feet; thence continue along said centerline North thirty (30) degrees fifty eight (58)
minutes eighteen (18) seconds East 768.93 feet; thence continue along said centerline North
thirty eight (38) degrees fifteen (15) minutes thirty eight (38) seconds East 83.85 feet; said

Southern AgCredit, ACA

UAAR®                                                                                                          File #

## Legal Description

sixty (60) foot right of way being thirty (30) feet left (North) and thirty (30) feet right (South) is located in the Northwest Quarter of Section 3, the Northeast Quarter, the Southeast Quarter and the Southwest Quarter of Section 4, all in Township 4 South, Range 14 West, Pearl River County, Mississippi.

PARCEL 3:

Commence at the Northwest corner of the Southeast Quarter of the Northeast Quarter of Section 5, Township 4 South, Range 14 West, Pearl River County, Mississippi; thence South 89 degrees 25 minutes 47 seconds East and along the North line of the said Southeast Quarter of the Northeast Quarter 1,320.80 feet; thence South 9.78 feet to the point on the East right of way line of Restertown Road (a public road), said point also known as the Point of Beginning; thence South 88 degrees 42 minutes 18 seconds East 108.45 feet; thence South 88 degrees 20 minutes 45 seconds East 367.26 feet; thence North 87 degrees 08 minutes 09 seconds East 302.14 feet to a point on the North line of the Southwest Quarter of the Northwest Quarter of Section 4, Township 4 South, Range 14 West, Pearl River County, Mississippi; thence South 309.57 feet; thence West 663.59 feet to a point on the said East right of way line of Restertown Road (a public road); thence North 24 degrees 43 minutes 24 seconds West and along said East right of way line 69.48 feet; thence continue along said East right of way line North 19 degrees 05 minutes 39 seconds West 258.66 feet to the Point of Beginning (POB), said parcel of land is located in the Southeast Quarter of the Northeast Quarter of Section 5 and the Southwest Quarter of the Northwest Quarter of Section 4, all in Township 4 South, Range 14 West, Pearl River County, Mississippi and contains 5.00 acres. more or less.

PARCEL 4:

A part of the Southwest Quarter of the Southwest Quarter of Section 34, and part of the Southeast Quarter of the Southeast Quarter of Section 33, Township 3 South, Range 14 West, and a part of the East One Half of the Northeast Quarter and part of the Northeast Quarter of the Southeast Quarter of Section 4, Township 4 South, Range 14 West, Pearl River County, Mississippi, and being more particularly described as follows:  Commence at a lighter knot marking the Southwest corner of the Northwest Quarter of said Section 33, Township 3 South, Range 14 West; thence East 5,272.98 feet; thence South 2,076.44 feet to an iron rod, the Point of Beginning; thence East 241.64 feet to an iron rod; thence North 16 degrees 49 minutes 42 seconds West 310.41 feet to an iron rod; thence North 35 degrees 33 minutes 25 seconds West 208.33 feet to an iron rod; thence South 71 degrees 01 minutes 14 seconds West 1,325.30 feet to an iron rod; thence South 3,327.34 feet to an iron rod in the center of an existing 60 foot right of way; thence along said center the following courses: North 89 degrees 30 minutes 07 seconds East 48.09 feet; thence South 61 degrees 22 minutes 42 seconds East 166.04 feet; thence South 41 degrees 22 minutes 37 seconds East 481.35 feet to an iron rod; thence leaving said right of way North 10 degrees 46 minutes 49 seconds East 3,799.13 feet to the Point of Beginning, containing 79.75 acres, more or less, in the above said Section, Township and Range.

ARROWHEAD INVESTMENTS, L.L.C.
A Louisiana Limited Liability Company

BY: G. ROBBERT GREEN, Member

BY: MELISSA M. GREEN, Member

G. ROBBERT GREEN

MELISSA M. GREEN

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                           File #

## Legal Description

INDEXING INSTRUCTIONS:  NW ¼ of NE ¼, N ½ of SE ¼, & N ½ of SW ¼, Section 4, Township 4 South, Range 14 West; & S ½ of SE ¼, Section 33, Township 3 South, Range 14 West, Pearl River County, Mississippi.  ALSO: E ½ of NE ¼, NE ¼ of SE ¼, Section 4; W ½ of NW ¼, Section 3, Township 4 South, Range 14 West; SW ¼ of SW ¼ & NW ¼, Section 34; SE ¼ of SE ¼, Section 33, all in Township 3 South, Range 14 West, Pearl River County, Mississippi.  ALSO:  SE ¼ of NE ¼, Section 5; SW ¼ of NW ¼, Section 4, Township 4 South, Range 14 West, Pearl River County, Mississippi.  ALSO:  SW ¼ of SW ¼, Section 34, SE ¼ of SE ¼, Section 33, Township 3 South, Range 14 West, & E ½ of NE ¼ & NE ¼ of SE ¼, Section 4, Township 4 South, Range 14 West, Pearl River County, Mississippi.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

Tax Map



Arrowhead Sub. Pearl River Co

Southern AgCredit, ACA

UAAR®                                                                                          File #

Deed Plotter



N

Scale: 1 inch = 1320 feet    File: Arrowhead.ndp

6/23/2009

Tract 1: 79.7544 Acres, Closure: s50.3007e 0.01 ft. (1/596969), Perimeter=9005 ft.
Tract 2: 5.0065 Acres (218085 Sq. Feet), Closure: s01.1735w 2.30 ft. (1/904), Perimeter=2079 ft.
Tract 3: 224.9898 Acres, Closure: n89.0416e 0.02 ft. (1/806369), Perimeter=13542 ft.
Tract 4: 33.9504 Acres, Closure: n00.0000e 0.00 ft. (1/299999), Perimeter=9126 ft.
Tract 5: 6.0612 Acres (264028 Sq. Feet), Closure: s74.7357w 3563.64 ft. (1/1), Perimeter=7010 ft.

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                                File #

# Deed Plotter

## Tract Data and Deed Calls: File= Arrowhead.ndp

Tract 01: 79.7544 Acres, Closure: s50.3007e 0.01 ft. (1/999999), Perimeter=9908 ft.
Tract 02: 5.0065 Acres (218085 Sq. Feet), Closure: s01.1738w 2.30 ft. (1/904), Perimeter=2079 ft.
Tract 03: 224.5998 Acres, Closure: n89.0414e 0.02 ft. (1/893069), Perimeter=13342 ft.
Tract 04: 33.2504 Acres, Closure: n00.0000e 0.00 ft. (1/999999), Perimeter=9138 ft.
Tract 05: 6.0612 Acres (264029 Sq. Feet), Closure: s74.2357w 5563.84 ft. (1/1), Perimeter=7020 ft.
Tract 05: 6.0612 Acres (264028 Sq. Feet), Closure: s74.2357w 5563.84 ft. (1/1), Perimeter=7020 ft.

1: /sw,nw,33,3s,14w
2: /n80e 5272.98
3: /s0w 2976.44
4: n90e 241.64
5: n16.4942w 310.41
6: n35.3325w 206.33
7: s71.0114w 1325.30
8: s0w 3327.34
9: n89.3007e 48.09
10: s31.2342e 186.04
11: s41.2237e 481.35
12: n10.4840a 3789.13
13: @0
14: /nw,se,ne,3,4s,14w
15: /s86.2547e 1220.80
16: /s0w 9.78
17: s68.4218e 103.45
18: s86.4218e 367.26
19: n67.0809e 302.14
20: s0w 309.57
21: n90w 563.59
22: n24.4524w 69.48
23: n19.0539w 256.86
24: @0
25: /se.ne,32,3s,14w
26: /n80e 608.52
27: /s0w 3539.32
28: n68.1124e 1447.88
29: n64.4535e 2252.55
30: s0w 3327.34
31: s89.3007w 70.54
32: s56.4357w 163.01
33: s44.5951w 357.09
34: s72.0925w 154.72
35: n83.2806w 348.20
36: s75.2045w 240.67
37: s82.3913w 123.96
38: n85.1016w 281.36
39: s68.5528w 325.08
40: s79.4928w 439.95
41: n32.3122w 121.30
42: n39.0700w 346.39
43: n55.0925w 249.15
44: n07.4840w 434.86
45: n50.1351w 216.18
46: n51.2516w 210.28
47: n43.2420w 334.05
48: n31.4551w 288.45
49: n24.4524w 155.29
50: n90e 563.59
51: n00.0004w 779.25
52: @0
53: /sw,nw,33,3s,14w
54: /n90e 5272.98
55: /s0e 2976.44

©1998-2017 AgWare, Inc. All Rights Reserved.                    Page    50   of    66

Southern AgCredit, ACA

UAAR®                                                                                    File #

Deed Plotter

Tract Data and Deed Calls: File= Arrowhead.ndp

56: s10.4640w 3799.13
57: s58.4347e 190.71
58: s71.3259e 170.41
59: s79.0413e 167.47
60: n21.1756e 61.05
61: n39.0016w 174.02
62: n10.4352w 136.14
63: n13.0206e 201.99
64: n29.2856e 132.25
65: n44.0930e 169.15
66: n58.0258e 100.03
67: n68.1809e 177.36
68: n78.5445e 17.95
69: n14.2523w 52.10
70: n14.2522w 1102.46
71: n07.4114e 851.70
72: n29.1719w 218.92
73: n19.2146e 420.44
74: s83.2002e 199.77
75: n08.0110w 433
76: n90w 241.84
77: @0
78: /se,ne,32,3s,14w
79: /n90e 1672.43
80: /s9e 5872.11
81: n79.4938e 469.58
82: n85.5528e 325.08
83: s85.1016e 281.36
84: n82.3513e 138.99
85: n75.2048e 240.67
86: s83.2608e 348.20
87: n72.0929e 184.72
88: n44.9951e 297.60
89: n56.4357e 163.01
90: n80.2007e 116.83
91: s61.2242e 166.04
92: s41.2237e 481.35
93: s58.4347e 190.71
94: s71.3255e 170.41
95: s79.0413e 167.47
96: n21.1756e 61.05
97: n39.0016w 174.02
98: n10.4352w 136.14
99: n13.0206e 201.99
100: n29.2856e 132.25
101: n44.0930e 169.15
102: n58.0258e 180.03
103: n66.1609e 177.36
104: n78.5445e 163.68
105: s61.0048e 193.46
106: s99.0815e 411.30
107: s79.5123e 107.82
108: n73.4703e 108.15
109: n51.2452e 160.37
110: n30.5818e 768.93
111: n38.1538e 83.85

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

File #

Contract

DocuSign Envelope ID: 46270B7B-4469-4DC9-8986-8EBB9G3B745A

MISSISSIPPI
REALTORS

**CONTRACT FOR THE SALE AND PURCHASE OF REAL ESTATE**

This form is provided as a courtesy to the parties only. It is not required to be used in this transaction and may not fit the needs, goals and purposes of the parties. The Mississippi Association of REALTORS® makes no statement or warranty as to this form, its contents or use, and the parties, by their use of this form, acknowledge said facts and agree that neither the Mississippi Association of REALTORS® nor any member thereof shall be liable to any party or person for its contents or use. If any party to this transaction does not fully understand it, or has any questions, the party should seek advice from a competent legal professional before signing.

1.   **1. PARTIES.** Buyer _____ Chris Payton _____
2.   Seller _____ G. Robbert Green _____, Arrow Head Investments _____
3.   Buyer agrees to buy and Seller agrees to sell the herein described property on the terms and conditions set forth herein.
4.   **2. PROPERTY.** Description: Arrowhead Farm in Pearl River County Mississippi _____
5.   343+/-ac with lodge _____
6.   _____ 19 Money Hill Ln _____, __ Poplarville __, _ 39470 _ in __ Pearl River __ County, MS.
7.   (street address, if available)          (city)        (zip code)        (county)
8.   The Property is further described as tax parcel # _____
9.   together with any of the following presently located therein: all built-in appliances, ceiling fans, all plumbing and heating and air
10.  conditioning equipment including any window units, stationary laundry tubs, water heaters, doors, windows, storm doors and
11.  windows, window treatments (e.g., shutters, blinds, shades) and associated hardware, awnings, carpet, bathroom fixtures and
12.  mirrors, lighting fixtures and their shades, gas logs, fireplace doors and screens, security system components, smoke detectors,
13.  garage door openers, antennae and satellite dishes (including rotor equipment but excluding proprietary components), central
14.  vacuum systems/attachments, landscaping, fences, permanently installed pet fences and equipment (including collars), gates, outdoor
15.  lighting, swimming pools and equipment, mailboxes, mail pump(s) and pressure tanks, permanently installed playgroup equipment,
16.  and permanently installed cooking grills, and keys to all doors with keyed locks or deadbolts.
17.  **3. PURCHASE PRICE.** Buyer agrees to pay a purchase price of $1,800,000 plus Closing Costs   ("Purchase Price")
18.  by Federal Reserve wire transfer, Cashier's Check issued by a financial institution and 12 CFR § 229.2(f), or such form as
19.  is approved in writing by Seller.
20.  **4. EARNEST MONEY.** A sum of $ 15,000.00 _____ (cash ☐ check ☒ ) is to be deposited with
21.  _____ Landmas Properties LLC Escrow Account _____ [Broker/Trustee], who shall hold it in trust, presuming clearance
22.  of check. Upon acceptance of the Contract, earnest money deposit and down payment received by above named Broker/Trustee
23.  shall be deposited in a federally insured escrow account and shall remain in that account until the transaction has been consummated
24.  or terminated. In any event of failure to close, Broker/Trustee has authority to provide the earnest money to the rightfully entitled
25.  party based upon the terms of the Contract. In the event the Broker/Trustee cannot determine by the terms of the Contract which
26.  party is rightfully entitled to the earnest money, the Broker/Trustee shall interplead the funds. In the event interpleader is required,
27.  Buyer and Seller consent to the filing of same; jurisdiction in the matter being where the property, or any part of it, lies; entry of an order
28.  discharging Broker/Trustee or the interpleading party upon deposit of the funds into court; and deduction against the money
29.  interplead of all costs necessitated by the filing of the interpleader action, including filing and attorney's fees.
30.  **5. CONTINGENCIES.**
31.  **(A) Loan.** ☐ Applicable ☐ Not Applicable (Check One):
32.  ☐ New Loan (check appropriate boxes): ☐ FHA   ☐ VA   ☐ CONV   ☐ USDA Direct   ☐ USDA Guaranteed
33.  ☐ Other: _____
34.  ☒ To Be Determined
35.  If applicable, Contract is contingent upon Buyer being approved for a new loan sufficient to close, provided that Buyer makes timely
36.  application and good faith efforts to secure loan prior to Closing. Within five (5) business days after the Effective Date of the
37.  Contract, Buyer will make application in proper form for the loan(s), shall cooperate with parties to obtain approval(s), diligently
38.  and timely pursue the same in good faith, execute all documents and furnish all information and documents required, and make
39.  timely payment of any costs of obtaining such loan approval. Failure of the Buyer to make timely application for loan and exercise
40.  good faith efforts to facilitate its approval shall entitle the Seller at its option to (A) excuse the failure and proceed with the
41.  transaction on such terms as the parties may agree to in writing in the form of an amendment to the Contract; OR (B) declare the
42.  Contract void and refund to Buyer the earnest money deposit; OR (C) treat the failure as a Breach by Buyer under paragraph 10
43.  hereof. Buyer may apply for a loan with different terms and conditions and also close the transaction with a different type of loan
44.  provided all other terms and conditions of this Agreement are fulfilled and Seller's costs are not increased.
45.  **(B) No Waste.** The Contract is conditioned upon delivery of the Property and any and all improvements in their present condition,
46.  reasonable wear and tear excepted. Seller shall preserve the Property in its present general condition, normal wear and tear excepted,
47.  and shall not permit the Property to suffer waste avoidable by the reasonable exercise of due care. Any material change to the
48.  Property shall be disclosed in accordance with the Real Estate Brokers License Law of 1954, as amended, allowing for termination
49.  of the offer as prescribed by law (see Miss. Code Ann., Sec. 89-1-503).

Page 1 of 6

Copyright ©2018 by Mississippi Association of REALTORS®
**P1 - Contract for the Sale and Purchase of Real Estate**                         Rev. Date 06/2018
Landmas Properties LLC, 190 Fast Lincoln Rd Brookhaven MS 39601                 Phone: (601)835-5050    Fax: (601)851-3123    Arrowhead Farm
Brandon Pennebruey             Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Southern AgCredit, ACA

UAAR®

File #

## Contract

DocuSign Envelope ID: 46270B7B-4469-4DC9-8986-0EBB9C3B746A



50. **(C) Appraisal.** ☒ Applicable ☐ Not Applicable (Check One):
51. If applicable, Property must appraise at or above Purchase Price or Buyer shall not be obligated to complete the purchase of the
52. Property and all Earnest Money shall be refunded to Buyer, except when Buyer has failed to secure a timely appraisal in good faith.
53. Failure of Buyer to make good faith efforts to secure a timely appraisal shall constitute a Breach of this Contract.
54. **(D) Warranty And Inspections. (Select One):**
55. ☐ **Sale Without Warranty; No Home Inspection.** Buyer has inspected the Property and finds same to be in satisfactory condition
56. and DOES NOT wish to secure a home inspection. Buyer accepts the Property in its condition as of the Effective Date of this
57. Contract, and acknowledges that neither Seller nor Listing Broker nor Selling Broker or salespersons associated with this transaction
58. have made any warranty, express, implied, or otherwise, as to the Property, except such express warranties as the parties agree to in
59. writing attached hereto, which shall survive Closing.
60. **OR**
61. ☒ **Inspections.** Contract is contingent upon satisfactory inspections to be conducted by Buyer, at Buyer's expense. Buyer shall
62. have ten (10) business days from the Effective Date to conduct inspections using Mississippi licensed and bonded inspectors.
63. Buyer's inspector(s) shall have the right to enter the Property at reasonable hours with twenty-four (24) hour prior notice. On
64. designated inspection date(s), Seller shall provide unlimited access to the Property, and shall see that all utilities are on. Should
65. Seller fail to have utilities on, Seller shall be responsible to Buyer for foreseeable loss or expense resulting from failed inspections.
66. Within said ten (10) business day inspection period, Buyer shall submit a list of repairs to Seller accompanied by relevant portions of
67. any inspection report(s) from a Mississippi licensed and bonded inspector or waive this inspection contingency and proceed to
68. Closing. If Buyer timely submits a list of repairs accompanied by relevant portions of any inspection report(s), Buyer and Seller
69. shall have _____30_____ business days to resolve how listed items shall be handled or this Contract shall terminate and Buyer's
70. earnest money shall be returned.
71. **(E) Final Walk-Through Inspection.** Irrespective of the election made above, Buyer retains the right to perform a final walk-
72. through Inspection of the Property prior to Closing to verify the terms of the Contract have been fulfilled.
73. **(F) Wood Destroying Insect Report; Release.** (Check One): ☒ Buyer ☐ Seller shall, at their expense, furnish within thirty
74. (30) calendar days before Closing approved FHA/VA Wood Destroying Insect Report ("WDIR") from a licensed, bonded termite
75. company indicating that Property shows no evidence of termite or other wood-destroying insect infestation. If infestation or damage
76. is discovered, Seller shall amend the Property Condition Disclosure Statement as appropriate and, per 89-1-503 of the Mississippi
77. Code of 1972, Buyer shall have three (3) days after delivery in person or five (5) days after delivery by deposit in the mail, of any
78. amendment to PCDS to terminate his or her offer by delivery of a written notice of termination to the transferor (seller) or the
79. transferor's agent (listing broker or salesperson), and have their earnest money refunded. Irrespective of whether a WDIR is
80. received or not, Buyer and Seller acknowledge that Listing and Selling Broker make no representations concerning wood destroying
81. insects or the condition of the Property, and any damage found, either before or after Closing or after termination of this Contract
82. shall not be the responsibility of said Broker(s). By signing this Contract, Buyer and Seller acknowledge receipt of this notice
83. and agree to hold the brokerages, their agents and the designated title company or closing attorney harmless from all claims
84. arising out of or relating to wood destroying insects or the WDIR.
85. **(G) Pre-Closing Loss.** In the event of damage to the Property or improvements before Closing by virtue of causes beyond the
86. parties' control, such as fire, flood, war, acts of God or other causes, Seller(s) shall, within three (3) calendar days of a loss or as soon
87. thereafter as reasonably possible, notify Buyer(s) in writing of said damage, at which time Buyer(s) may, at Buyer's option:
88. **(1)** cancel this contract and be entitled to the return of earnest money deposits; OR
89. **(2)** waive any objection and proceed to Closing on the terms set forth in this Contract; OR
90. **(3)** seek to reach suitable agreement with Seller(s) as to repair(s), extension of the Closing date and/or other adjustments to the
91. Contract as may be agreed upon by the parties. Failure of the parties to reach a suitable agreement within five (5) calendar days after
92. election by Buyer(s) to proceed under this option (3) shall automatically and without further notice cancel this Contract and entitle
93. Buyer(s) to the return of earnest money deposits.
94. **6. CLOSING.**
95. **(A) Deadline to Close.** Closing (evidenced by delivery of deed and payment of Purchase Price) shall take place no later than 11:59
96. p.m. (CST) on the __21st__ day of ___September___, 2018 (the "Closing Date") or on such earlier date as agreed to by the
97. parties in writing.
98. **(B) Title And Conveyance.** At Closing, Seller shall deliver to Buyer a(n): ☒ General Warranty Deed ☐ Special Warranty Deed
99. ☐ Assignment of Lease ☐ Quitclaim Deed vesting title to the Property in (write names clearly):
100. _____ ;
101. Seller shall, prior to or at Closing, satisfy and pay all outstanding mortgages, deeds of trust, special liens, taxes or special
102. assessments, escrow amount of Property Owner's Association or Condominium fees affecting the subject property which are not
103. specifically assumed by Buyer herein. Title shall be good, marketable and insurable, subject only to the following items recorded in
104. the Chancery Clerk's Office of said county: easements without encroachments, applicable zoning ordinances, protective covenants
105. and prior mineral reservations; otherwise Buyer, at its option, may either (A) if defects cannot be cured by designated Closing Date,
106. cancel this Contract, in which case any earnest money deposit shall be refunded to Buyer; (B) accept title as is and proceed to

Page 2 of 6

Copyright ©2018 by Mississippi Association of REALTORS®
F1 – Contract for the Sale and Purchase of Real Estate
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Rev. Date 06/2018

Arrowhead Farm

Southern AgCredit, ACA

UAAR®                                                                                                                    File #

---

Contract

DocuSign Envelope ID: 4627087B-4469-4DC9-8986-8EBB9C3B745A

107. Closing; or (C) if the defects are of such character that they can be remedied by legal action within a reasonable time, permit Seller
108. such reasonable time to perform this curative work at Seller's expense. In the event curative work is performed by Seller, the time
109. specified herein for Closing shall be extended for a reasonable period necessary for such cure, said period not to exceed thirty (30)
110. calendar days unless agreed to in writing by the parties.
111. (C) Proration. All taxes, rents, utility and other assessments and appropriate condominium or Property Owner's Association fees
112. are to be prorated as of the Closing Date for the year of the sale.
113. (D) Costs of Sale. At Closing, Seller agrees to pay up to $ _____ toward total costs of sale not including home
114. warranty, wood destroying insect report (WDIR), inspection cost, compensation to Brokers, Seller's repair costs (if any), cure of title
115. defects under paragraph 6(B), or prorated items under paragraph 6(C) (subject to applicable law).
116. (E) Possession. Possession shall be delivered to Buyer (Check One):
117.      ☒ Upon completion of Closing and full funding
118.      ☐ By separate *Possession Addendum* attached and made a part of this Contract
119. 7.  DISCLOSURES.
120. (A) Multiple Listing Service ("MLS"). The Selling Broker is a participant of the _____ Southwest MS MLS _____
121. Multiple Listing Service and the sales information will be provided to the MLS to be published and disseminated to its Participants.
122. (B) Property Condition Disclosure. Buyer acknowledges receipt of the Informational Statement for Mississippi Property
123. Condition Disclosure Statement AND (Select One):
124. ☐ A fully completed Property Condition Disclosure Statement is not required in accordance with Sections 89-1-501 et seq. of the
125. Mississippi Code of 1972 and a Seller's Statement of Exclusion From Completing the Property Condition Disclosure Statement
126. (PCDS) has been completed and delivered to Buyer, and Buyer acknowledges receipt thereof.
127. *OR*
128. ☒ Buyer acknowledges receipt of a Property Condition Disclosure Statement.
129. *OR*
130. ☐ The Property Condition Disclosure Statement is to be delivered after the Buyer has made an offer. Per 89-1-503 of the
131. Mississippi Code of 1972, Buyer shall have three (3) days after delivery in person or five (5) days after delivery by deposit in the
132. mail, to terminate his or her offer by delivery of a written notice of termination to the transferor (seller) or the transferor's agent
133. (listing broker or salesperson), and have their earnest money refunded.
134. **NOTE:** Per 89-1-503 of the Mississippi Code of 1972, if any disclosure, or any material amendment of any disclosure, required to
135. be made by Section 89-1-501 through 89-1-523, is delivered after the execution of an offer to purchase, the transferee (buyer) shall
136. have three (3) days after delivery in person or five (5) days after delivery by deposit in the mail, to terminate his or her offer by
137. delivery of a written notice of termination to the transferee (seller) or the transferor's agent (listing broker or salesperson).
138. (C) Equal Housing Opportunity. In accordance with the federal Fair Housing Act, it is illegal to block bust or to discriminate
139. against any person because of race, color, religion, sex, handicap, familial status or national origin in the sale or rental of housing or
140. residential lots, in advertising the sale or rental of housing, in the financing of housing or in the providing of real estate brokerage
141. services.
142. (D) Lead-Based Paint Disclosure. Every Buyer of any interest in residential property on which a residential dwelling was built
143. prior to 1978 is notified that such subject property may present exposure to lead from lead-based paint that may place young children
144. at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including
145. learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a
146. particular risk to pregnant women. The Seller of any interest in residential real property is required to provide the Buyer with any
147. information on lead-based paint hazards from risk assessments or inspections in the Seller's possession and notify the Buyer of any
148. unknown lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to
149. purchase.
150. (E) Wire Fraud Warning; Release. Buyers and Sellers of real property are targets in scams regarding electronic transfers of
151. money (i.e., wire transfers, direct deposits, electronic checks, etc.). NEVER transfer funds associated with this transaction based
152. upon electronic communications (such as email) that have not been verbally confirmed by you to be valid (from a person you know
153. and trust) and accurate. Email scammers can disguise emails, text messages and social media messages to appear to be from your
154. real estate agent, title companies, your bank or other parties. Do not trust any communication you receive concerning transfer of
155. funds without taking steps to verify that these funds are, in fact, going to the proper recipient. Do not use telephone numbers or
156. email addresses in electronic communications you receive; they may be fraudulent and part of a scam. VERIFY telephone numbers,
157. contact people and wiring instructions BEFORE you respond. Fraudulent communications or acts should be reported immediately to
158. the FBI and law enforcement authorities, and should be done so immediately if funds are lost. By signing this Contract, you
159. acknowledge receipt of this notice and agree to hold the brokerages, their agents and the designated title company or closing
160. attorney harmless from all claims arising out of inaccurate transfer instructions, fraudulent taking of such funds, and any
161. and all other damages relating to conduct of third parties influencing implementation of wire transfers.

Page 3 of 6

Ⓡ  Copyright ©2018 by Mississippi Association of REALTORS®
F1 – Contract for the Sale and Purchase of Real Estate
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

Rev. Date 06/2018

Arrowhead Farm

Southern AgCredit, ACA

UAAR®

File #

## Contract

DocuSign Envelope ID: 46270B78-4469-4DC9-8986-8EBB9C3B745A

162. **8. BROKERS AND SALESPERSONS.**
163. (A) The Brokers and Salespersons involved in the transaction associated with this Contract are as follows:
164. Selling Brokerage: LandMax Properties LLC       Selling Agent: Brett Rushing
165. Selling Brokerage Address: P.O. Box 865, Brookhaven, MS  39602
166. Selling Broker License No.: B-20947       Selling Agent License No.: S-50254
167. Business Phone: (601) 835-5050       Business Phone:
168. Email: brett@landmaxproperties.com       Facsimile: (601) 833-1522

169. Listing Brokerage: LandMax Properties LLC       Listing Agent: Brett Rushing
170. Listing Brokerage Address: PO Box 865, Brookhaven, MS  39602-0865
171. Listing Broker License No.: B-20947       Listing Agent License No.: S-50254
172. Business Phone: (601) 835-5050       Business Phone:
173. Email: brett@landmaxproperties.com       Facsimile: (601) 833-1522
174. **(B) Agency Relationship.** (Check One):
175. ☐ The Listing Firm, the Selling Firm, and their salespersons represent the Seller as their Client. The Buyer is the customer.
176. ☐ The Listing Firm and its salespersons represent the Seller. The Selling Firm and its salespersons represent the Buyer(s).
177. ☒ The Listing Firm and its salespersons represent both Seller and the Buyer as dual agents by mutual agreement and all parties
178. have signed and understand the Dual Agency Confirmation form provided to them by the Listing Firm.
179. ☐ The Selling Firm and its salespersons represent the Buyer. The Seller is not represented and is a customer.
180. **(C) Compensation.** The parties under this Contract or through any other negotiated agreement agree to pay as per listing agreement
181. or prior offer of cooperation and compensation. If Broker collects this compensation or any part thereof through legal action, the
182. defaulting party agrees to pay court costs, including reasonable attorney fees. Compensation due hereunder is deemed earned, due
183. and payable upon presentation of a buyer ready, willing and able to purchase on terms acceptable to Seller, though Broker agrees to
184. accept payment at Closing as an accomodation to the parties.
185. **(D) No Reliance; Release.** Seller and Buyer acknowledge that neither them, nor their agents, have relied upon any statement,
186. representation or omission made or documentation provided by the Broker, salesperson(s), or their representatives, relating to any
187. aspect of this transaction, the Property or otherwise including, but not limited to, terms or conditions of sale, tax or legal
188. considerations, liability, size, square footage or condition of the Property, presence or lack thereof of urea formaldehyde foam
189. insulation (UFFI), presence or lack thereof of exterior insulation finish systems (EIFS), previous or present flooding, flood zones,
190. flood insurance, history of title or use, effect of or location within Mississippi State Tidelands or Federal wetlands, presence or
191. absence of mold or other toxic substances, presence or lack of expansive soils, presence or absence or enforceability of acceleration
192. clauses or tax or balloon notes, names or recommendations concerning vendors of any sort whatsoever or validity or accuracy of any
193. reports rendered thereby. **By signing this Contract, Buyer and Seller acknowledge receipt of this disclosure and agree to hold**
194. **the brokerage, their agents and the designated title company or closing attorney harmless from all claims arising out of or**
195. **pertaining in any way to any representations in this section.**
196. **(E) Liability.** Broker's liability to Buyer and Seller in this transaction shall not exceed the amount it has received as compensation.
197. **9. GENERAL.**
198. **(A) Agreement Complete.** This Contract incorporates all prior agreements between the parties, contains the entire and final
199. agreement of the parties and cannot be changed except by their written mutual consent. Neither party shall be bound by any terms,
200. conditions, oral statements, warranties or representations not herein contained.
201. **(B) Read and Understood.** Each party acknowledges and hereby affirms that it has read and understands this Contract.
202. **(C) Assignment.** This Contract shall not be assignable by either party without consent of the other party.
203. **(D) Effective Date.** For purposes of this Contract the Effective Date is the date the last necessary party signs.
204. **(E) Notices.** Any notices required or permitted to be given under this Contract shall be delivered by hand or mailed by certified or
205. registered mail, return receipt requested, in a postage prepaid envelope or by nationally recognized overnight carrier service; by
206. facsimile with receipt acknowledgment (if the fax number is listed below); or by email (if the email address is listed below), at
207. Sender's option, and is addressed as follows:
208. If to Seller:
209. Address: 450 Julia Street Apt 3D, New Orleans, LA  70130
210. Facsimile: (504) 528-9110
211. Email: bobbyg@jrco.com

212. If to Buyer:
213. Address:
214. Facsimile:
215. Email:

**Page 4 of 6**

Copyright ©2018 by Mississippi Association of REALTORS®
FI - Contract for the Sale and Purchase of Real Estate
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

Rev. Date 06/2018
Arrowhead Farm

Southern AgCredit, ACA

UAAR®                                                                                                    File #

Contract

DocuSign Envelope ID: 46270B7B-4469-4DC9-8986-8EBB9C3B745A

216. **(F) Survival Of Contract.** All express representations, warranties and covenants shall survive termination of the Contract or
217. Closing unless specified to the contrary. All other contractual obligations shall terminate at Closing.
218. **(G) Time Is Of The Essence.** Time is of the essence as to all time periods and deadlines stated in this Contract, and delay in
219. performance is not excused unless expressly excused in writing signed by all parties. The foregoing or any other provision in this
220. Contract notwithstanding, any unavoidable delay necessitated by applicable law or regulations shall extend any affected deadline by
221. no more than the actual number of days of delay necessitated by such law or regulation.
222. **10. BREACH.** In the event of a default by either party under this Contract, the non-breaching party shall have the right to receive
223. from Broker/Trustee the Earnest Money paid under Section 4 of this Contract, to be a credit against any other damages, in addition
224. to such other remedies as it may have under applicable law including, but not limited to, specific performance.
225. **11. SPECIAL PROVISIONS. (If None, Write "NONE" Below):**
226. 1. Offer contingent on property appraising for offer price. 2. Includes a generator, 2
227. tractors & all tractor implements. 3. In the small camp all furnishings sell with the
228. exception of the rosewood chairs, a club chair, artwork & sentimental items. 4. In the
229. main camp the dining room table & chairs will be left, sofas and recliners will be left,
230. and the existing bed frames will be replaced with different bed frames. 5. Any singular
231. repairs needed over $1000.00 to be paid for by seller. Item 5 is subject to a 3rd party
232. inspection on behalf of the seller. Should expenses over $1000.00 need to be repaired and
233. the seller is unwilling to repair, the contract will be considered VOID and all earnest
234. money will be refunded to the buyer. 6. Seller agrees to pay closing costs.

235. **12. EXPIRATION OF OFFER.** This offer expires at ___**5:00**___ o'clock ☐ AM ☒ PM, Central Standard Time (CST) on
236. ____**July 28, 2018**____ [date] if not accepted, countered or rejected by Seller by that time.
237. **13. ATTACHMENTS. (Check All That Apply):**
238. __**X**__ Dual Agency Confirmation          __**X**__ Lead-Based Paint Disclosure
239. ____ Pre-Closing Repair/Improvement Addendum    ____ Option Agreement
240. ____ First Right of Refusal Addendum         ____ Back-Up Agreement Contingency
241. ____ Pre-Closing Possession Addendum         ____ VA/FHA Disclosures (as required)
242. ____ Post-Closing Possession Addendum        ____ Other _____

243. **14. HEADINGS; SINGULAR AND PLURAL SAME:** Headings are inserted for the convenience of the Parties only and are not
244. to be considered when interpreting this document. Words in the singular mean and include the plural and vice versa. Words in the
245. masculine gender include the feminine gender and vice versa. Words in the neutral gender include the masculine gender and the
246. feminine gender and vice versa.

247. **15. SIGNATURE BLOCKS.**

248. Signed this the **27th** day of _____**July**_____, 2018, at ___**4:00**___ ☐ a.m. ☒ p.m., and a copy hereof received:
249. BUYER _____          BUYER _____
      Chris Payton
250. Phone: **337-356-7699**                Phone: **337-781-0288**

251. The foregoing offer is accepted this the ____ day of _____, _____, at _____ ☐ a.m. ☐ p.m.,
     7/28/2018 3:24:12 PM PDT
252. and a copy hereof received: _____
253. SELLER _____          SELLER _____
254. Phone: _____          Phone: _____

Page 5 of 6

Copyright ©2018 by Mississippi Association of REALTORS®
F1 - Contract for the Sale and Purchase of Real Estate                                    Rev. Date 06/2018
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com           Arrowhead Farm

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                    File #

## Contract

DocuSign Envelope ID: 4627087B-4469-4DC9-8986-8EBB9C3B745A

255.   The Seller has **countered** this offer subject to the terms of the attached Counter Offer No. _____ this the _____
256.   day of _____, _____, at _____ ☐ a.m. ☐ p.m., and a copy hereof received:
257.   SELLER _____   SELLER _____

258.   The Seller has received a copy of this offer and **rejected** same and make no counter offer this the _____ day of
259.   _____, _____, at _____ ☐ a.m. ☐ p.m.,  and a copy of this rejection has been delivered
260.   to Buyer.
261.   SELLER _____   SELLER _____

Copyright ©2018 by Mississippi Association of REALTORS®
F1 - Contract for the Sale and Purchase of Real Estate
Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

Rev. Date 06/2018
Arrowhead Farm

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                          File #

Qualifications of Ken D. Hobart

## Qualifications of Ken D. Hobart

Ken Hobart is a 1985 graduate of Mississippi State University with a Bachelor of Science Degree in Agriculture Economics.

Mr. Hobart has been employed by the Farm Credit System since May 1985, serving in numerous capacities. He has been licensed as a General Real Estate Appraiser since March 17, 1998. He has served as Chief Appraiser of Southern AgCredit, ACA since April 1, 2009. In this roll, Mr. Hobart has had extensive experience in rural real estate appraisals with concentration in row crop, poultry, rural recreational and timber tracts and pasture.

In addition to his formal education, Mr. Hobart is a member of the American Society of Farm Managers and Rural Appraisers and has attended several courses and seminars provided by various professional appraisal organizations, and include the following: Fundamentals of Appraisal A-10, Principals of Rural Appraisal A-20, Principals of Appraisal, Practice of Appraisal, Professional Standards of Practice, Writing the Narrative Appraisal, Farm and Land Appraisal, Expert Witness Appraiser, Residential Building Inspection, Financial Analysis of Income Properties, Testing Highest and Best Use, Valuation of Immature Timber Stands, Appraisal Strategies, Fannie Mae Appraisal Guidelines, Environmental Issues Affecting Real Property Appraisals, Appraising Mississippi Forestland and Timberland, Appraising Foreclosure Properties, 1031 Like Kind Exchange, Easements Profits and Licenses in Land, Administrative Review of Appraisals, Valuing Real Estate in a Changing Market.

### State of Mississippi
#### MISSISSIPPI REAL ESTATE APPRAISER
#### LICENSING AND CERTIFICATION BOARD
LICENSE #: GA-538                                STATUS:  ACTIVE

KEN  D HOBART

HAS BEEN GRANTED A LICENSE AS A

**STATE CERTIFIED GENERAL APPRAISER**

Effective Date                                          Expiration Date:
04/01/2018                                              03/31/2020

SIGNATURE OF LICENSEE
Robert E. Praytor, Administrator

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

Qualifications of Ken D. Hobart

# State of Mississippi

## Mississippi Real Estate Appraiser Licensing
## and Certification Board

This is to certify that    KEN D HOBART

Whose place of business    2625 HWY 1 SOUTH
is located at                GREENVILLE, MS  38701

License Number    GA-538

ORIGINALLY LICENSED
03/17/1998

is duly licensed as a **State Certified General Real Estate Appraiser** in the State of Mississippi from the date of issuance. The license will remain in force when properly supported by a current pocket identification card. In witness thereof, the MISSISSIPPI REAL ESTATE APPRAISER LICENSING AND CERTIFICATION BOARD has caused this license to be issued by virtue of the authority vested in it by Section 73-74 of the Mississippi Code of 1972 annotated.

In witness thereof, we have caused the Official Seal to be affixed,
this the 16th day of March, 2017.

Mississippi Real Estate Appraisal Board

ADMINISTRATOR

Southern AgCredit, ACA

Qualifications of Walter F. Power

Qualifications of Walter F. Power / MS Licensed Appraiser MS LA-1896

**Areas of Experience and Expertise**

Walt Power is a 2001 Graduate of Mississippi State University with a Bachelor of Business Administration. Mr. Power has been employed in the Agricultural Industry since graduating in 2001 and employed by the Farm Credit System since August 2015 in which he has served in evaluations and appraisal work. Appraisal experience includes Agricultural Complex and Agricultural Non-Complex, Row crop, Timberland, Full-time Farms, Part-time Farms, Recreational Properties and Highly Improved Rural Properties in Mississippi.

**License (Current)**

Licensed Appraiser – MS Licensed Appraiser – License Number MS LA -1896

**License / Certifications (Previously Held and Upgraded)**

Appraiser Intern – Mississippi Appraiser Intern - License Number AI-658 (5/18/2017 – 8/23/2018)

**Educational Background**

Mississippi State University – Bachelor of Business Administration, May 2001

**Qualifying Education**

Residential Report Writing and Case Studies- 15 Hours (5/28/2018)

Residential Appraiser Site Valuation and Cost Approach- 15 Hours (4/14/2018)

Residential Sales Comparison and Income Approaches- 30 Hours (3/18/2018)

Residential Market Analysis and Highest and Best Use- 15 Hours (11/1/2017)

2017-2018 15-Hour National Uniform Standards of Professional Appraisal- 15 Hours (4/6/2017)

Supervisory Appraisal & Appraiser Intern Training Course- 4 Hours (1/30/2017)

Basic Appraisal Principals- 30 Hours (1/10/2017)

Basic Appraisal Procedures- 30 Hours (7/14/2016)

**Continuing Education**

Agricultural Chattel Valuation ASFMRA-16 Hours (3/14/2018)

2017 Appraisal Roundtable Rural Land Markets, Rural Appraisal & Technology Seminar ASFMRA-9 Hours (9/13/2017)

Timber Property Valuation ASFMRA- 8 Hours (3/8/2017)

2016 Appraisal Roundtable, Rural Land Markets, Appraisal Regulation & Technology ASFMRA- 11 Hours (9/21/2016)

Agware Back to Basics ASFMRA- 7 Hours (9/22/2016)

2015 Appraisal Roundtable Appraisal Rural Land Markets, Appraisal Regulation & Technology Seminar ASFMRA-11 Hours (9/16/2014)

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

Qualifications of Walter F. Power

Qualifications of Walter F. Power / MS Licensed Appraiser MS LA-1896

## State of Mississippi

**MISSISSIPPI REAL ESTATE APPRAISER**
**LICENSING AND CERTIFICATION BOARD**

LICENSE # : LA-1896                              STATUS:  ACTIVE

**WALT FRANK POWER**
**HAS BEEN GRANTED A LICENSE AS A**
**LICENSED APPRAISER**

| Effective Date: 08/23/2018 | | Expiration Date: 08/31/2020 |

**SIGNATURE OF LICENSEE**
Robert E. Praytor, Administrator

Southern AgCredit, ACA

UAAR®                                                                File #

Qualifications of Walter F. Power



# State of Mississippi

## Mississippi Real Estate Appraiser Licensing and Certification Board

*This is to certify that*   WALT FRANK POWER

*Whose place of business*   402 WEST PARKWAY PLACE
*is located at*   RIDGELAND, MS 39157

*License Number*   LA-1896

ORIGINALLY LICENSED
08/23/2018

*is duly licensed as a State Licensed Real Estate Appraiser in the State of Mississippi from the date of issuance. The license will remain in force when properly supported by a current pocket identification card. In witness thereof, the MISSISSIPPI REAL ESTATE APPRAISER LICENSING AND CERTIFICATION BOARD has caused this license to be issued by virtue of the authority vested in it by Section 73-74 of the Mississippi Code of 1972 annotated.*

*In witness thereof, we have caused the Official Seal to be affixed.*
*this the 23rd day of August, 2018.*

Mississippi Real Estate Appraisal Board

ADMINISTRATOR

©1998-2017 AgWare, Inc. All Rights Reserved.

Southern AgCredit, ACA

UAAR®                                                                                    File #

Environmental



SOUTHERN AGCREDIT

**APPRAISERS ENVIRONMENTAL RISK ANALYSIS REPORT (LIMITED SCOPE)**

Borrower: Arrowhead Lodge                    Loan Number(s): TBD

Date of Inspection:    September 6, 2018
Acreage:               343.00
Description of Property: No. Tracts: 1        County/Parish: Pearl River  State: Mississippi

1.  EPA Records Reviewed:

    ☒  Website                              ☒  EPA RCRA List
    ☒  Aerial Photography                   ☒  EPA NPL
    ☒  EPA CERCLIS List                     ☐  Leaking Underground Storage Tank
    ☐  Other _____

2.  Document apparent absence or existence of hazards, hazardous facilities or pollution.      Attach
    additional sheets as needed.
    None Noted

3.  Corrective action to be taken before property is considered an acceptable Environmental  Risk
    Classification (if none, so state):
    None

4.  The following information must be furnished by applicant for further evaluation (if none, so state):
    None

5.  Considering all factors, this security is considered a:

    ☒  Low Environmental Risk Hazard
    ☐  Medium Environmental Risk Hazard
    ☐  High Environmental Risk Hazard
    ☐  Insufficient Information Available to Rate

6.  The following action is approved:

    ☒  Proceed with processing loan application, servicing request or foreclosure.
    ☐  Corrective action as shown in Item #3 to be completed.
    ☐  Environmental audit of security (Subject to prior approval by Association CEO or Chief Credit Officer)
    ☐  Application or servicing request declined

The appraiser shall not be relied upon as an environmental hazards expert nor shall this inspection be
considered an environmental audit.

I certify, to the best of my knowledge and belief, that the information presented is true and correct.

Signature of Appraiser: _____          Code: _____

Date: September 6, 2018

Southern AgCredit, ACA

UAAR®                                                                                          File #

## Additional Certifications

Southern AgCredit, ACA denies any and all liability for any loss or damage resulting from the use of and/or the reliance upon this appraisal by any party. The Association hereby expressly represents that it is making no warranties of any kind as to accuracy of the information herein contained and expressly states that this appraisal was prepared solely for its own use for consideration of granting or servicing loans made by the Association. This report is not intended for any other use. The evaluator's estimate and conclusions set forth in this report cannot be understood unless the reader has knowledge of the valuation requirements of Southern AgCredit, ACA. This report should not be used by anyone other than Southern AgCredit, ACA unless specifically named that are familiar with these requirements. Use of this appraisal by others is not intended by the appraiser. Any party receiving a copy of this appraisal in order to satisfy disclosure requirements does not become an intended user of this appraisal unless the appraiser specifically identifies such party as an intended user in this report.

### Assumptions, Hypothetical Conditions and Limiting Conditions:

This appraisal was prepared for use by Southern AgCredit, ACA for estimating value as collateral for a loan on the property described in this report.

This value is exclusively for the purpose stated and as of the date stated in the report. The appraisal cannot be used for any other purpose.

Information describing the property is based on information sources available to the appraiser. The property owner may have been a source.

Value conclusions are made based on comparable property sales within a similar area over an appropriate time period and the appraiser's knowledge of the market in the area. The sales included in the report are a representation of comparable sales for this property. This appraisal is subject to the following assumptions and contingent and limiting conditions:

1.     The title to the subject property is assumed to be owned fee simple, and, therefore, any existing liens or encumbrances have been disregarded.

2.     No formal survey of the subject property has been made by Southern AgCredit, ACA and; therefore, acreages and any sketches furnished are based on information supplied or obtained from sources believed to be reliable. Any plats or sketches furnished with this report are not intended to be an accurate scale and are supplied for assistance in visualizing the property.

3.     Any values allocated to the various portions of the subject property are their contributory values to the total property and should not be used separately in conjunction with any other properties. Likewise, the contributory value of a portion may not be the value of the portion if severed from the total property.

4.     The minerals considered in this appraisal are the minimum acceptable to Southern AgCredit, ACA to support the value assigned and do not necessarily represent the actual interest, or the value of any existing or proposed production.

5.     Southern AgCredit, ACA and it's employees are not required to give testimony or appear in court by reason of this appraisal, with reference to this property or information contained within or used as the basis for valuation.

6.     Neither all nor part of the contents of this appraisal (especially any conclusion as to the value or the identity of the appraisers) shall be disseminated to the public through advertising media, public relations media, sales media, or any other public means of communication. This report will only be released under conditions required by the Farm Credit Act or as required by due process of law.

7.     The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation

Southern AgCredit, ACA

Additional Certifications

the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property.

Southern AgCredit, ACA will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

## APPRAISAL PROCESS:

The value is stated as an opinion after correlation of values obtained from the three approaches unless otherwise stated. These are the cost, sales comparison, and income approaches. All approaches apply data that are derived from the market.

### Cost Approach:
The cost approach to value represents a summation of the contributory value of all improvements and individual land components. It is based on the premise that an informed purchaser would pay no more than the cost of reproducing a substitute property with the same utility. The value of a property is estimated by the Replacement Cost New (RCN) of the improvement less the amount of all forms of depreciation (physical, functional, and external) plus the market value of the land.

Replacement Cost New (RCN) is derived from Marshall & Swift building cost guides and/or local builders. The remaining economic life is the appraiser's estimate based on condition of the buildings. The rates of depreciation are estimated from the sales of improved properties. Land value is estimated based on market research and general knowledge with the assumption that it can be put to its highest and best use.

### Sales Comparison Approach:
The sales comparison approach represents comparisons between the subject and comparable property sales as well as the appraiser's general knowledge of the market in the area. The sales included in the report are a representation of the comparables for this property and have a similar highest and best use to the subject. Adjustments for differences between the subject and each comparable sale are made and a value for the subject is indicated based on each comparable sale.

### Income Capitalization Approach:
The Income Capitalization Approach measures the present value of the anticipated net income using capitalization rates that are derived from sales of similar properties. The basic formula for this approach is NET INCOME/RATE = VALUE.

### Final Reconciliation:
The final step in the evaluation process is reconciling the value indications from the approaches used into a final value or value range. The appraiser considers the relative dependability and applicability of each of the approaches to value.

## SCOPE OF WORK:
The appraiser has identified the appraisal problem, and determined and performed the scope of work necessary to develop credible assignment results in context to the intended use. The scope of work is disclosed in this section as well as other appropriate sections within this report. The appraiser completing this assignment is a staff appraiser for Southern AgCredit, ACA. Sales market data is used in this report is stored in a computer database designated by county unless otherwise noted in the report. Southern AgCredit, ACA (Association) staff collect and confirm real estate

Southern AgCredit, ACA

Additional Certifications

sales.   An on-site inspection of the subject property, neighborhood and comparable data was completed by the appraiser, unless otherwise noted in the report.  A search for comparable sales and cost data was conducted. Information on the individual sales is on file at the Southern AgCredit, ACA office. Although the client may not require Cost Approach to Value and the Income Approach to Value to be fully developed in the report, the information to complete these approaches to value (if applicable) is available in the master data base of market data retained by Southern AgCredit, ACA. This information has been considered in the preparation of this report if that consideration was applicable.  This report is being prepared for the intended use of making and/or servicing of new or existing loans by qualified personel of Southern AgCredit, ACA who have access to the information in the sales market database. Therefore, under certain risk parameters the appraiser is not required to make adjustments to the individual sales or complete certain sections of the report.  Specific authority has been granted to the appraiser to prepare such reports by the Southern AgCredit, ACA based on the individual's experience and proven performance.

The information regarding the comparable data was obtained from sources considered to be reliable and was verified by the appraiser or a qualified individual. This information has been verified by either the buyer, seller, courthouse records, real estate agent, or other knowledgeable persons. Factual information regarding the comparable sales and the subject property has been gathered from, but not limited to, the property owner, tenant, Natural Resource and Conservation Office, Farm Service Agency, and qualified employees of Southern AgCredit, ACA.

As per the Uniform Standards of Professional Appraisal Practice (USPAP) promulgated by the Appraisal Foundation, a complete appraisal has been developed and is presented in a restricted use report format.  Cognizance is given to market demands such as location, physical land features and used, availability of utilites, access, road frontage, and other features that might effect production or desirability of the property being appraised relative to the sales being used as a basis for the estimated value.

The appraiser acknowledges that the Client is very familiar with the subject market area and property type and as such has reported sufficient summary information and analysis for the complexity of the appraisal problem.

The Appraiser is competent to perform this appraisal, having valued similar properties within the subject's region.

**Remarks:**

ADVERSE ENVIRONMENTAL CONDITIONS  "The appraiser has made no special effort to discover any adverse environmental conditions and accepts no responsibility for such discovery.  No readily apparent adverse environmental conditions were observed during the normal course of the property inspection and it is assumed none exist.  If any adverse conditions are discovered, the appraiser should be notified, as the value estimate will likely require modification.

OTHER RELATED DISCLAIMERS  "Unless otherwise noted, standard utility and right-of-way easements are insignificant to value.  However a current locational or boundary survey, which was unavailable to the appraiser, may reveal encroachments, easements, zoning violations or other matters of interest that could warrant modification of the appraised value.

# Exhibit 2

# Exhibit 3



## Inspection Report For:
19 Money Hill Lane
Poplarville, MS 39470

## Inspection Date:
08/09/18

## Prepared For:
Christopher Payton

## Prepared By:
Bienvenue Home Inspections LLC
P.O. Box 826
Poplarville, MS 39470

## Phone Number:
Office:  (601) 403-8958
Cell:  (601) 365-9077

## Website:
www.bienvenuehomeinspections.com

## Email:
George@bienvenuehomeinspections.com

## Report Number:
MS698860818

## Inspector:
George Hallaron

© 2018 Bienvenue Home Inspections LLC



# TABLE OF CONTENTS

INTRODUCTION ......................................................................................................................... 3

REPORT OVERVIEW .................................................................................................................. 4

RECIEPT/INVOICE ..................................................................................................................... 5

GROUNDS ................................................................................................................................... 6

ROOFING ..................................................................................................................................... 8

EXTERIOR .................................................................................................................................... 9

CARPORT ................................................................................................................................... 11

KITCHEN ..................................................................................................................................... 12

LAUNDRY ROOM ...................................................................................................................... 13

BATHROOM ............................................................................................................................... 15

ROOMS ....................................................................................................................................... 19

INTERIOR .................................................................................................................................... 24

CRAWLSPACE ........................................................................................................................... 28

PLUMBING .................................................................................................................................. 29

HEATING/COOLING ................................................................................................................... 33

ELECTRICAL .............................................................................................................................. 39

OUTBUILDING ............................................................................................................................ 42

SUMMARY .................................................................................................................................. 46

**19 Money Hill Lane, Poplarville, MS 39470** **Page 3 of 46**



August 12, 2018

Christopher Payton
313 PrincetonWoods
Lafayette, LA 70508

Re:     Inspection Address:  19 Money Hill Lane, Poplarville, MS 39470
Report No.:  MS698860818

Dear Mr. Payton,

Per your request, an inspection of the above property was performed on August 9, 2018.  Bienvenue Home Inspections LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible components of the home at the time of the inspection. This report is not an exhaustive technical evaluation.

Please understand that there are limitations to this inspection.  Many components of the home are not visible during the inspection and very little historical information is provided in advance of the inspection.  While we can reduce your risk of purchasing a home, we cannot eliminate it, nor can we assume it.  Even the most comprehensive inspection cannot be expected to reveal every condition you may consider significant to ownership. In addition to those improvements recommended in our report, we recommend that you budget for unexpected repairs.

Your attention is directed to your copy of the Inspection Agreement. It more specifically explains the scope of the inspection and the limit of our liability in performing this inspection. The Standards of Practice prohibits us from making any repairs or referring any contractors. We are not associated with any other party to the transaction of this property, except as may be disclosed to you.

The information provided in this report is solely for your use.  Bienvenue Home Inspections LLC will not release a copy of this report without your written consent.

Thank you for selecting our company.  We appreciate the opportunity to be of service.  Should you have any questions about the general condition of the house in the future, we would be happy to answer these.  There is no fee for this telephone consulting.  Our fees are based on a single visit to the property.  If additional visits are required for any reason, additional fees may be assessed.

Sincerely,

George Hallaron
Licensed Home Inspector
M.H.I.B. #0557

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                    **Page 4 of 46**



# REPORT OVERVIEW

## THE HOUSE IN PERSPECTIVE

This 6,000 square foot house located in unincorporated Pearl River County, outside of Poplarville, MS, was constructed using standard building materials, employing traditional construction methods.  This inspection includes a detached outbuilding.



## CONVENTIONS USED IN THIS REPORT

**SATISFACTORY** - Indicates the component is functionally consistent with its original purpose but may show signs of normal wear and tear and deterioration.

**MARGINAL** - Indicates the component will probably require repair or replacement anytime within five years.

**POOR** - Indicates the component will need repair or replacement now or in the very near future.

**MAJOR CONCERNS** - A system or component that is considered significantly deficient or is unsafe.

**SAFETY HAZARD** - Denotes a condition that is unsafe and in need of prompt attention.

## THE SCOPE OF THE INSPECTION

All components designated for inspection in the ASHI® Standards of Practice are inspected, except as may be noted on line item #13 of the inspection agreement.

It is the goal of the inspection to put a home buyer in a better position to make a buying decision.  Not all improvements will be identified during this inspection.  Unexpected repairs should still be anticipated.  The inspection should not be considered a guarantee or warranty of any kind.

Please refer to the inspection agreement for a full explanation of the scope of the inspection.

## BUILDING/INSPECTION DATA

| | | | |
|---|---|---|---|
| Approximate Age: | **5 yrs. (main house)** | Buyer Present: | **Yes** |
| | **11 yrs. (bunkhouse)** | | |
| Style: | **Single family** | Owner Present: | **No** |
| Number of Stories: | **1.5** | Realtor Present: | **No** |
| State of Occupancy: | **Unoccupied/fully furnished** | Weather Conditions: | **Cloudy/rain** |
| Main Entrance Faces: | **Primarily south** | Recent Rain: | **Yes** |
| Number of Bed/Bath: | **6 bed/6.5 bath** | Ground Cover: | **Wet** |
| Inspection Time: | **9:00 a.m.** | Temperature: | **85º F** |

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                           **Page 5 of 46**



---

**Bienvenue Home Inspections LLC**
**P.O. Box 826**
**Poplarville, MS 39470**
**(601) 403-8958**


Date:   08/09/18                          Inspection Number: MS698860818

Name:  Christopher Payton


| | | |
|---|---|---|
| Home inspection: | $500.00 | |
| Crawlspace navigation: | $ 50.00 | |
| Additional HVAC systems (x3): | $ 50.00 | |
| Additional water heaters (x4): | $100.00 | |
| Outbuilding inspection: | $100.00 | |
| Total: | $800.00 | Paid-In-Full |

**Paid with:**
☐ Cash
☒ Check #6241
☐ Credit Card


Inspected By: George Hallaron
License/Certification: M.H.I.B. #0557


Inspector's Signature: _George Hallaron_


**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                                      **Page 6 of 46**

# GROUNDS

## SERVICE WALKS
**Material:** ☐ Concrete  ☑ Flagstone  ☑ Pebble aggregate  ☐ Brick
**Condition:** ☑ **Satisfactory**  ☐ Marginal  ☐ Poor

## DRIVEWAY/PARKING
**Material:** ☐ Concrete  ☐ Asphalt  ☑ Gravel/Dirt  ☐ Brick
**Condition:** ☑ **Satisfactory**  ☐ Marginal  ☐ Poor

## PORCH (covered screened-in entrance)
**Support Pier:** ☑ Concrete block  ☐ Wood  ☐ Steel
**Floor Material:** ☐ Concrete  ☐ Wood  ☑ Flagstone  ☐ Pebble aggregate  ☐ Brick
**Condition:** ☑ **Satisfactory**  ☐ Marginal  ☐ Poor

## PORCH COVER
**Condition:** ☑ **Satisfactory**  ☐ Marginal  ☐ Poor

## PATIO
**Material:** ☐ Concrete  ☑ Flagstone  ☐ Pebble aggregate
**Condition:** ☑ **Satisfactory**  ☐ Marginal  ☐ Poor

## DECK
**Material:** ☑ Wood  ☐ Metal  ☐ Composite
**Finish:** ☑ Treated  ☐ Painted/stained
**Condition:** ☐ Satisfactory  ☐ Marginal  ☑ **Poor**
☑ Loose/damaged deck planks (see Photos 6:1 & 6:2)  ☑ Trip hazard  ☑ Repair recommended
☑ Missing railings
☑ Railings/balusters recommended (at all areas where walking surface is 30" or greater above the ground)


Photo 6:1


Photo 6:2

## STOOPS/STEPS
**Material:** ☑ Concrete  ☑ Wood  ☐ Metal
**Condition:** ☑ **Satisfactory**  ☐ Marginal  ☐ Poor
☑ Missing handrails
☑ Handrails/balusters recommended (at all steps with 4 or more risers)

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 7 of 46**

# GROUNDS

## LANDSCAPING AFFECTING FOUNDATION
**Negative Grade:** ☐ North   ☑ South   ☐ East   ☐ West
☑ Yard slopes toward house (at main house laundry room entrance)

## RETAINING WALL
**Material:**   ☑ Wood   ☑ Concrete block   ☑ Flagstone
**Condition:**   ☑ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor

## HOSE BIBS
**Present:**   ☑ Yes   ☐ No
**Operable:**   ☑ Yes   ☐ No
**Anti-Siphon Valve Present:** ☐ Yes   ☑ No      ☑ Anti-siphon valve recommended

**19 Money Hill Lane, Poplarville, MS 39470**                    **Page 8 of 46**

# ROOFING

| ROOF VISIBILITY | ☐ All  ☑ Partial  ☐ None  ☑ Limited by: **Geometry of roof** |
| --- | --- |

| INSPECTED FROM | ☐ Roof  ☑ Ground  ☐ Ladder at eaves  ☑ With binoculars (inspection limited) |
| --- | --- |

### STYLE OF ROOF

| | |
| --- | --- |
| Material: | **Metal** |
| Type: | **Gable** |
| Pitch: | **Medium/Steep** |
| Layers: | **1 layer** |
| Approximate Age: | **4 to 6 years** |

### ROOF COVERING

Condition:   ☑ **Satisfactory**     ☐ Marginal     ☐ Poor

### VENTILATION SYSTEM

Present:   ☑ Yes  ☐ No
Type:   ☑ Soffit     ☑ Ridge     ☐ Gable     ☐ Roof     ☐ Turbine     ☐ Powered

### FLASHING

Material:   ☑ Galv/Alum     ☐ Asphalt     ☐ Lead     ☐ Copper     ☐ Felt
Condition:   ☐ Satisfactory     ☐ Marginal     ☑ **Poor**
☑ Kick-out flashing not installed (see Photos 8:1 & 8:2)
☑ Kick-out flashing recommended (at all roof-to-wall intersections)


Photo 8:1


Photo 8:2

### VALLEYS

Material:   ☑ Galv/Alum     ☐ Asphalt     ☐ Lead     ☐ Copper     ☐ Felt
Condition:   ☑ **Satisfactory**     ☐ Marginal     ☐ Poor

### PLUMBING VENTS/ROOF PENETRATIONS

Present:   ☑ Yes  ☐ No
Condition:   ☑ **Satisfactory**     ☐ Marginal     ☐ Poor

**(Conditions reported above reflect visible portions only.)**

In order to prevent physical damage to the roof or bodily injury to the inspector, Bienvenue Home Inspections LLC may not be able to access all or part of the roof structure at the time of the inspection. While every effort is made to determine the condition of the roofing system from the ground or ladder at eaves, unique roof designs and/or specific environmental conditions may prohibit a thorough visual evaluation. If the client has concerns about conditions of the roof in these instances, it is recommended that a roofing contractor be consulted prior to closing.

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                                      **Page 9 of 46**

# EXTERIOR

---

### CHIMNEY #1

| | |
|---|---|
| **Location:** | <u>Near roof ridge over screened-in porch</u> |
| **Viewed From:** | ☐ Roof      ☐ Ladder at eaves      ☑ Ground (inspection limited)      ☑ With binoculars |
| **Rain Cap/Spark Arrestor Present:** | ☑ Yes   ☐ No |
| **Chase Material:** | ☐ Brick      ☑ Stone veneer      ☐ Metal |
| **Flue Lining:** | ☐ Tile      ☑ Metal      ☐ Unlined |
| | ☑ Not evaluated      ☐ Have flue cleaned and evaluated |
| **Condition:** | ☑ <u>**Satisfactory**</u>      ☐ Marginal      ☐ Poor |

---

### CHIMNEY #2

| | |
|---|---|
| **Location:** | <u>At exterior wall of bunkhouse</u> |
| **Viewed From:** | ☐ Roof      ☐ Ladder at eaves      ☑ Ground (inspection limited)      ☑ With binoculars |
| **Rain Cap/Spark Arrestor Present:** | ☑ Yes (rain cap)      ☑ No (spark arrestor)      ☑ Spark arrestor recommended |
| **Chase Material:** | ☐ Brick      ☑ Stone veneer      ☐ Metal |
| **Flue Lining:** | ☑ Tile      ☐ Metal      ☐ Unlined |
| | ☑ Not evaluated      ☐ Have flue cleaned and evaluated |
| **Condition:** | ☑ <u>**Satisfactory**</u>      ☐ Marginal      ☐ Poor |

- There is audible evidence of wildlife (birds) inside the chimney flue.

---

### CHIMNEY #3

| | |
|---|---|
| **Location:** | <u>At roof ridge over living room</u> |
| **Viewed From:** | ☐ Roof      ☐ Ladder at eaves      ☑ Ground (inspection limited)      ☑ With binoculars |
| **Rain Cap/Spark Arrestor Present:** | ☑ Yes (rain cap)      ☐ No      ☑ Unknown (spark arrestor) |
| **Chase Material:** | ☐ Brick      ☑ Stone veneer      ☐ Metal |
| **Flue Lining:** | ☑ Tile      ☐ Metal      ☐ Unlined |
| | ☑ Not evaluated      ☐ Have flue cleaned and evaluated |
| **Condition:** | ☑ <u>**Satisfactory**</u>      ☐ Marginal      ☐ Poor |

---

### GUTTERS

| | |
|---|---|
| **Material:** | ☑ Galv/Alum      ☐ Copper      ☐ Vinyl/plastic |
| **Condition:** | ☑ <u>**Satisfactory**</u>      ☐ Marginal      ☐ Poor |
| | ☑ Dirty      ☑ Cleaning recommended |

---

### BUILDING EXTERIOR WALL CONSTRUCTION

| | |
|---|---|
| **Material:** | ☑ Framed      ☐ Masonry |
| **Condition:** | ☑ Framing not visible |

---

### ELECTRICAL

**Exterior Outlet Receptacles Present:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**GFCI Present:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Open Ground/Reverse Polarity:** ☐ Yes   ☑ No

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 10 of 46**

# EXTERIOR

## SIDING

**Material:**   ☐ Brick     ☑ Wood     ☐ Vinyl     ☑ Stone veneer     ☐ Alum/Steel
**Condition:**  ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

## 1) TRIM  2) SOFFIT  3) FASCIA  4) FLASHING

**Material:**   ☐ Brick     ☑ Wood (1, 2, 3)     ☐ Vinyl     ☐ Stucco     ☑ Alum/Steel (4)
**Condition:**  ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

## WINDOWS

**Material:**   ☑ Wood     ☑ Metal     ☐ Vinyl     ☐ Aluminum/vinyl clad
**Condition:**  ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Screens:**    ☑ Not installed

## EXTERIOR DOORS

**Door Condition:**    ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Weather Stripping:** ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

## CAULKING

**Condition:**  ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
☑ Recommend periodically re-sealing around windows/doors/masonry ledges/corners/utility penetrations

## FOUNDATION

**Type:**       ☐ Slab-On-Grade   ☑ Foundation walls (concrete block)   ☐ Pillar/post
**Condition:**  ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

**(Conditions reported above reflect visible portions only.)**

19 Money Hill Lane, Poplarville, MS 39470                    Page 11 of 46

# CARPORT

## TYPE
**Structure:** ☑ Attached    ☐ Detached
**Capacity:** ☐ 1 Car    ☑ 2 Car    ☐ 3 Car    ☐ 4 Car

## ROOFING
☑ Same as house (under same roof)

## FLOOR
**Material:** ☑ Concrete    ☐ Gravel/dirt    ☐ Asphalt
**Condition:** ☑ **Satisfactory**    ☐ Marginal    ☐ Poor

## ELECTRICAL
**Receptacles Present:** ☑ Yes    ☐ No    **Operable:** ☑ Yes    ☐ No    ☑ Missing cover plate
**GFCI Present:** ☑ Yes    ☐ No    **Operable:** ☑ Yes    ☐ No
**Open Ground/Reverse Polarity:** ☐ Yes    ☑ No
**Ceiling Fans:** ☐ Satisfactory    ☐ Marginal    ☑ **Poor**
                ☑ Did not respond to normal operating controls

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 12 of 46**

# KITCHEN

| COUNTERTOPS |
| --- |

**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

| CABINETS |
| --- |

**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

| PLUMBING COMMENTS |
| --- |

**Faucet Leaks:**   ☐ Yes   ☑ No
**Pipes Leak:**   ☐ Yes   ☑ No
**Sink/Faucet:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Functional Flow:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Functional Drainage:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

| WALLS & CEILING |
| --- |

**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

| FLOOR |
| --- |

**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

| HEATING/COOLING SOURCE |
| --- |

**Present:**   ☑ Yes   ☐ No
**Location:**   ☐ Ceiling   ☑ Wall   ☐ Floor

| APPLIANCES PRESENT |
| --- |

**Ovens:**   ☑ Yes   ☐ No        **Operable:** ☑ Yes   ☐ No
**Range:**   ☑ Yes   ☐ No        **Operable:** ☑ Yes   ☐ No
**Built-In Microwave:**   ☑ Yes   ☐ No
**Exhaust Fan:**   ☑ Yes   ☐ No        **Operable:** ☑ Yes   ☐ No        ☑ Noisy
**Refrigerator:**   ☑ Yes   ☐ No        **Operable:** ☑ Yes   ☐ No
**Sink Waste Grinder:**   ☑ Yes   ☐ No        **Operable:** ☑ Yes   ☐ No
**Trash Compactor:**   ☐ Yes   ☑ No
**Dishwasher:**   ☑ Yes   ☐ No        **Operable:** ☑ Yes   ☐ No
**Dishwasher Drain Line Looped/Air Gapped:** ☑ Yes   ☐ No

| ELECTRICAL |
| --- |

**Switches Present:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Receptacles Present:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**GFCI Protected:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Open Ground/Reverse Polarity:**   ☐ Yes   ☑ No

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                                  **Page 13 of 46**

# LAUNDRY ROOM

| LOCATION: | ☑ Main house |

## WALLS & CEILING
**Condition:** ☑ **Satisfactory**    ☐ Marginal    ☐ Poor

## FLOOR
**Condition:** ☑ **Satisfactory**    ☐ Marginal    ☐ Poor

## PLUMBING COMMENTS
**Laundry Sink Present:** ☐ Yes  ☑ No

## HEATING/COOLING/VENTILATION
**Heating/Cooling Source Present:** ☑ Yes  ☐ No
**Room Vented:** ☐ Yes  ☑ No
**Dryer Vented To:** ☑ Wall    ☐ Floor    ☐ Ceiling
**Vent Material:** ☑ Metal    ☐ Plastic

## ELECTRICAL
**Switches Present:** ☑ Yes  ☐ No    **Operable:** ☑ Yes  ☐ No
**Receptacles Present:** ☑ Yes  ☐ No    **Operable:** ☑ Yes  ☐ No
☑ Loose junction box (see Photo 13:1)    ☑ Repair recommended
**GFCI Protected:** ☐ Yes  ☑ No
**Open Ground/Reverse Polarity:** ☐ Yes  ☑ No



Photo 13:1

## APPLIANCES
**Present:** ☑ Washer    ☑ Dryer

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 14 of 46**

# LAUNDRY ROOM

---

**LOCATION:**   ☑ Bunkhouse

---

**WALLS & CEILING**

**Condition:**   ☐ Satisfactory   ☐ Marginal   ☑ **Poor**
  ☑ Evidence consistent with toxic drywall manufactured in China
  ☑ Recommend environmental specialist evaluate

---

**FLOOR**

**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

---

**PLUMBING COMMENTS**

**Laundry Sink Present:**   ☐ Yes   ☑ No

---

**HEATING/COOLING/VENTILATION**

**Heating/Cooling Source Present:** ☐ Yes   ☑ No
**Room Vented:**   ☐ Yes   ☑ No
**Dryer Vented To:**   ☑ Wall   ☐ Floor   ☐ Ceiling
**Vent Material:**   ☑ Metal   ☐ Plastic

---

**ELECTRICAL**

**Switches Present:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Receptacles Present:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**GFCI Protected:**   ☐ Yes   ☑ No
**Open Ground/Reverse Polarity:**   ☐ Yes   ☑ No

---

**APPLIANCES**

**Present:**   ☑ Washer   ☑ Dryer

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 15 of 46**



# BATHROOM

**MASTER BATHROOM**

**Toilet:**    **Bowl Loose:** ☐ Yes ☑ No    **Operable:** ☑ Yes ☐ No
**Sinks:**    **Faucet Leaks:** ☐ Yes ☑ No    **Pipes Leak:** ☐ Yes ☑ No
**Shower:**    **Faucet Leaks:** ☐ Yes ☑ No    **Pipes Leak:** ☐ Yes ☑ No
     ☑ Overhead shower nozzle leaks (see Photo 15:1)
**Tub:**    **Faucet Leaks:** ☐ Yes ☑ No    **Pipes Leak:** ☐ Yes ☑ No
**Shower/Tub Areas:** ☑ Ceramic   ☐ Fiberglass   ☐ Plastic   ☐ Masonite
     **Condition:** ☑ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
     **Caulk/Grouting Needed:** ☐ Yes ☑ No
**Water Flow:** ☑ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Drainage:** ☑ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Moisture Stains Present** ☐ Yes ☑ No
**Window/Doors:** ☑ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Electrical:**    **Switches:** ☑ Yes ☐ No    **Operable:** ☑ Yes ☐ No
     **Receptacles:** ☑ Yes ☐ No    **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☑ Yes ☐ No    **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Exhaust Fan Present:** ☑ Yes ☐ No      **Operable:** ☑ Yes ☐ No



Photo 15:1

19 Money Hill Lane, Poplarville, MS 39470                                      Page 16 of 46

# 🏠 BATHROOM

## HALL BATHROOM (near guest bedroom in main house)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Toilet:** | **Bowl Loose:** | ☐ Yes ☑ No | **Operable:** | ☑ Yes ☐ No | | |
| **Sink:** | **Faucet Leaks:** | ☐ Yes ☑ No | **Pipes Leak:** | ☐ Yes ☑ No | | |
| **Shower:** | **Faucet Leaks:** | ☐ Yes ☑ No | **Pipes Leak:** | ☐ Yes ☑ No | | |

**Shower Area:** ☑ Ceramic ☐ Fiberglass ☐ Plastic ☐ Masonite
**Condition:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Caulk/Grouting Needed:** ☐ Yes ☑ No
**Water Flow:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Drainage:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Moisture Stains Present:** ☐ Yes ☑ No
**Window/Doors:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
   **Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Exhaust Fan Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No

## NORTHEAST ON-SUITE BATHROOM (bunkhouse)

| | | | | | |
|---|---|---|---|---|---|
| **Toilet:** | **Bowl Loose:** | ☐ Yes ☑ No | **Operable:** | ☑ Yes ☐ No |
| **Sink:** | **Faucet Leaks:** | ☐ Yes ☑ No | **Pipes Leak:** | ☐ Yes ☑ No |
| **Shower:** | **Faucet Leaks:** | ☐ Yes ☑ No | **Pipes Leak:** | ☐ Yes ☑ No |

**Shower Area:** ☐ Ceramic ☑ Fiberglass ☐ Plastic ☐ Masonite
**Condition:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Caulk/Grouting Needed:** ☐ Yes ☑ No
**Water Flow:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Drainage:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Moisture Stains Present:** ☐ Yes ☑ No
**Window/Doors:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
   **Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Exhaust Fan Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No

**19 Money Hill Lane, Poplarville, MS 39470**  Page 17 of 46

# BATHROOM

## NORTHWEST ON-SUITE BATHROOM (bunkhouse)

| | | | |
|---|---|---|---|
| **Toilet:** | **Bowl Loose:** ☐ Yes ☑ No | **Operable:** ☑ Yes ☐ No | |
| **Sink:** | **Faucet Leaks:** ☐ Yes ☑ No | **Pipes Leak:** ☐ Yes ☑ No | |
| **Shower:** | **Faucet Leaks:** ☐ Yes ☑ No | **Pipes Leak:** ☐ Yes ☑ No | |
| **Shower Area:** | ☐ Ceramic ☑ Fiberglass ☐ Plastic ☐ Masonite | | |
| | **Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor | | |
| | **Caulk/Grouting Needed:** ☐ Yes ☑ No | | |

**Water Flow:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Drainage:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Moisture Stains Present:** ☐ Yes ☑ No
**Window/Doors:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Exhaust Fan Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No

## SOUTHEAST ON-SUITE BATHROOM (bunkhouse)

| | | | |
|---|---|---|---|
| **Toilet:** | **Bowl Loose:** ☐ Yes ☑ No | **Operable:** ☑ Yes ☐ No | |
| **Sink:** | **Faucet Leaks:** ☐ Yes ☑ No | **Pipes Leak:** ☐ Yes ☑ No | |
| **Shower:** | **Faucet Leaks:** ☐ Yes ☑ No | **Pipes Leak:** ☐ Yes ☑ No | |
| **Shower Area:** | ☐ Ceramic ☑ Fiberglass ☐ Plastic ☐ Masonite | | |
| | **Condition:** ☑ Satisfactory ☐ Marginal ☐ Poor | | |
| | **Caulk/Grouting Needed:** ☐ Yes ☑ No | | |

**Water Flow:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Drainage:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Moisture Stains Present:** ☐ Yes ☑ No
**Window/Doors:** ☑ Satisfactory ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Exhaust Fan Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No

# BATHROOM

---

| **SOUTHWEST ON-SUITE BATHROOM (bunkhouse)** |
|---|

**Toilet:** **Bowl Loose:** ☐ Yes ☑ No **Operable:** ☑ Yes ☐ No
**Sink:** **Faucet Leaks:** ☐ Yes ☑ No **Pipes Leak:** ☐ Yes ☑ No
**Shower:** **Faucet Leaks:** ☐ Yes ☑ No **Pipes Leak:** ☐ Yes ☑ No
**Shower Area:** ☐ Ceramic ☑ Fiberglass ☐ Plastic ☐ Masonite
**Condition:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Caulk/Grouting Needed:** ☐ Yes ☑ No
**Water Flow:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Drainage:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Moisture Stains Present:** ☐ Yes ☑ No
**Window/Doors:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Exhaust Fan Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No

| **HALF BATHROOM (main house)** |
|---|

**Toilet:** **Bowl Loose:** ☐ Yes ☑ No **Operable:** ☑ Yes ☐ No
**Sink:** **Faucet Leaks:** ☐ Yes ☑ No **Pipes Leak:** ☐ Yes ☑ No
**Water Flow:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Drainage:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Moisture Stains Present:** ☐ Yes ☑ No
**Doors:** ☑ <u>Satisfactory</u> ☐ Marginal ☐ Poor
**Electrical:** **Switches:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Receptacles:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No
**Open ground/Reverse polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Exhaust Fan Present:** ☑ Yes ☐ No **Operable:** ☑ Yes ☐ No

**19 Money Hill Lane, Poplarville, MS 39470**                             **Page 19 of 46**

# ROOMS

**LIVING ROOM**

| | | |
|---|---|---|
| Walls & Ceiling: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |
| Moisture Stains: | ☐ Yes ☒ No | | |
| Floor: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |
| Ceiling Fans: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |

Electrical:  **Switches:**  ☒ Yes ☐ No  **Operable:** ☒ Yes ☐ No
**Receptacles:**  ☒ Yes ☐ No  **Operable:** ☒ Yes ☐ No
**Open Ground/Reverse Polarity:**  ☐ Yes ☒ No
**Heating/Cooling Source Present:** ☒ Yes ☐ No
**Windows & Doors:** ☒ **Satisfactory** ☐ Marginal ☐ Poor

**DINING/BREAKFAST ROOM**

| | | |
|---|---|---|
| Walls & Ceiling: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |
| Moisture Stains: | ☐ Yes ☒ No | | |
| Floor: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |
| Ceiling Fans: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |

Electrical:  **Switches:**  ☒ Yes ☐ No  **Operable:** ☒ Yes ☐ No
**Receptacles:**  ☒ Yes ☐ No  **Operable:** ☒ Yes ☐ No
**Open Ground/Reverse Polarity:**  ☐ Yes ☒ No
**Heating/Cooling Source Present:** ☒ Yes ☐ No
**Windows:** ☒ **Satisfactory** ☐ Marginal ☐ Poor

**STORAGE ROOM** (armory in main house)

| | | |
|---|---|---|
| Walls & Ceiling: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |
| Moisture Stains: | ☐ Yes ☒ No | | |
| Floor: | ☒ **Satisfactory** | ☐ Marginal | ☐ Poor |

Electrical:  **Switches:**  ☒ Yes ☐ No  **Operable:** ☒ Yes ☐ No
**Receptacles:**  ☒ Yes ☐ No  **Operable:** ☒ Yes ☐ No
**Open Ground/Reverse Polarity:**  ☐ Yes ☒ No
**Heating/Cooling Source Present:** ☒ Yes ☐ No
**Doors:** ☒ **Satisfactory** ☐ Marginal ☐ Poor

19 Money Hill Lane, Poplarville, MS 39470                                         Page 20 of 46

ROOMS

| **FAMILY ROOM/DEN** (bunkhouse) | | | |

**Walls & Ceiling:** ☐ Satisfactory   ☐ Marginal   ☒ **Poor**
    ☒ Evidence of past repair (see Photo 20:1)
    ☒ Evidence consistent with toxic drywall manufactured in China
    ☒ Recommend environmental specialist evaluate

**Moisture Stains:** ☐ Yes   ☒ No
**Floor:** ☒ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Ceiling Fan:** ☒ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Electrical:**  **Switches:** ☒ Yes ☐ No   **Operable:** ☒ Yes ☐ No
        **Receptacles:** ☒ Yes ☐ No   **Operable:** ☒ Yes ☐ No
**Open Ground/Reverse Polarity:** ☐ Yes   ☒ No
**Heating/Cooling Source Present:** ☒ Yes   ☐ No
**Windows & Doors:** ☒ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor

- There is evidence of toxic drywall consistent with sulfuric off-gassing within the bunkhouse.  All poor ratings for walls and ceilings within the bunkhouse rooms are a result of this issue.



Photo 20:1

| **MASTER BEDROOM** | | | |

**Walls & Ceiling:** ☒ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Moisture Stains:** ☐ Yes   ☒ No
**Floor:** ☒ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Ceiling Fan:** ☒ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor
**Electrical:**  **Switches:** ☒ Yes ☐ No   **Operable:** ☒ Yes ☐ No
        **Receptacles:** ☒ Yes ☐ No   **Operable:** ☒ Yes ☐ No
**Open Ground/Reverse Polarity:** ☐ Yes   ☒ No
**Heating/Cooling Source Present:** ☒ Yes   ☐ No
**Egress Restricted:** ☐ Yes   ☒ No
**Windows & Doors:** ☒ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor

# ROOMS

## GUEST BEDROOM (main house)

**Walls & Ceiling:** ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Moisture Stains:** ☐ Yes ☑ No
**Floor:** ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Ceiling Fan:** ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Electrical:**   **Switches:** ☑ Yes ☐ No   **Operable:** ☑ Yes ☐ No
              **Receptacles:** ☑ Yes ☐ No   **Operable:** ☑ Yes ☐ No
**Open Ground/Reverse Polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Egress Restricted:** ☐ Yes ☑ No
**Windows & Doors:** ☐ Satisfactory ☑ **Marginal** (windows)   ☐ Poor
              ☑ Damaged window seals (see Photo 21:1)



Photo 21:1

This issue is representative of multiple windows in this room.

## NORTHWEST BEDROOM (bunkhouse)

**Walls & Ceiling:** ☐ Satisfactory   ☐ Marginal   ☑ **Poor** (sheetrock)
**Moisture Stains:** ☐ Yes ☑ No
**Floor:** ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Ceiling Fan:** ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Electrical:**   **Switches:** ☑ Yes ☐ No   **Operable:** ☑ Yes ☐ No
              **Receptacles:** ☑ Yes ☐ No   **Operable:** ☑ Yes ☐ No
**Open Ground/Reverse Polarity:** ☐ Yes ☑ No
**Heating/Cooling Source Present:** ☑ Yes ☐ No
**Egress Restricted:** ☐ Yes ☑ No
**Windows & Doors:** ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

**19 Money Hill Lane, Poplarville, MS 39470**                    Page 22 of 46

ROOMS

## NORTHEAST BEDROOM (bunkhouse)

| Walls & Ceiling: | ☐ Satisfactory | ☐ Marginal | ☑ **Poor** (sheetrock) |

**Walls & Ceiling:**       ☐ Satisfactory    ☐ Marginal    ☑ **Poor** (sheetrock)
**Moisture Stains:**       ☐ Yes  ☑ No
**Floor:**                 ☑ <u>Satisfactory</u>    ☐ Marginal    ☐ Poor
**Ceiling Fan:**           ☑ <u>Satisfactory</u>    ☐ Marginal    ☐ Poor
**Electrical:**    Switches:    ☑ Yes  ☐ No    **Operable:** ☑ Yes  ☐ No
                   Receptacles:  ☐ Yes  ☐ No    **Operable:** ☐ Yes  ☑ No (at north wall – see Photo 22:1)
                   ☑ Repair/replacement recommended
**Open Ground/Reverse Polarity:**  ☐ Yes  ☑ No
**Heating/Cooling Source Present:**  ☑ Yes  ☐ No
**Egress Restricted:**     ☐ Yes  ☑ No
**Windows & Doors:**       ☑ <u>Satisfactory</u>    ☐ Marginal    ☐ Poor



Photo 22:1

## SOUTHEAST BEDROOM (bunkhouse)

**Walls & Ceiling:**       ☐ Satisfactory    ☐ Marginal    ☑ **Poor** (sheetrock)
**Moisture Stains:**       ☐ Yes  ☑ No
**Floor:**                 ☑ <u>Satisfactory</u>    ☐ Marginal    ☐ Poor
**Ceiling Fan:**           ☑ <u>Satisfactory</u>    ☐ Marginal    ☐ Poor
**Electrical:**    Switches:    ☑ Yes  ☐ No    **Operable:** ☑ Yes  ☐ No
                   Receptacles:  ☑ Yes  ☐ No    **Operable:** ☑ Yes  ☐ No
**Open Ground/Reverse Polarity:**  ☐ Yes  ☑ No
**Heating/Cooling Source Present:**  ☑ Yes  ☐ No
**Egress Restricted:**     ☐ Yes  ☑ No
**Windows & Doors:**       ☑ <u>Satisfactory</u>    ☐ Marginal    ☐ Poor

**19 Money Hill Lane, Poplarville, MS 39470**                                      Page 23 of 46



---

| SOUTHWEST BEDROOM (bunkhouse) |
|---|

**Walls & Ceiling:**      ☐ Satisfactory      ☐ Marginal      ☑ **Poor** (sheetrock)
**Moisture Stain/Damage:** ☑ Yes  ☐ No      **Where:** **Ceiling near HVAC supply register**  (See Photo 23:1)
**Floor:**               ☑ **Satisfactory**      ☐ Marginal      ☐ Poor
**Ceiling Fan:**         ☑ **Satisfactory**      ☐ Marginal      ☐ Poor
**Electrical:**     **Switches:**     ☑ Yes  ☐ No      **Operable:** ☑ Yes  ☐ No
                  **Receptacles:** ☑ Yes  ☐ No      **Operable:** ☑ Yes  ☐ No
**Open Ground/Reverse Polarity:** ☐ Yes  ☑ No
**Heating/Cooling Source Present:** ☑ Yes  ☐ No
**Egress Restricted:**   ☐ Yes  ☑ No
**Windows & Doors:**     ☑ **Satisfactory**      ☐ Marginal      ☐ Poor



Photo 23:1

**19 Money Hill Lane, Poplarville, MS 39470**                              **Page 24 of 46**



**INTERIOR**

---

### INTERIOR WINDOWS/GLASS

**Representative Number of Windows Operated:** ☑ Yes  ☐ No
**Evidence of Leaking Insulated Glass:** ☑ Yes  ☐ No
**Safety Glazing Present:** ☐ Yes  ☑ No

---

### FIREPLACE #1

**Location:**  <u>Screened-in porch</u>
**Type:** ☐ Gas  ☑ Wood  ☐ Ventless
**Material:** ☑ Masonry  ☐ Metal (prefabricated)  ☐ Wood burning stove  ☐ Metal insert
**Firebox:** ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor
**Blower Built-In:** ☐ Yes  ☑ No
**Damper Present:** ☐ Yes  ☑ No
**Hearth Extension Adequate:** ☐ Yes  ☐ No
**Mantle:** ☑ Not present
**Physical Condition:** ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor

---

### FIREPLACE #2

**Location:**  <u>Family room in bunkhouse</u>
**Type:** ☐ Gas  ☑ Wood  ☐ Ventless
**Material:** ☑ Masonry  ☐ Metal (prefabricated)  ☐ Wood burning stove  ☐ Metal insert
**Firebox:** ☑ Dirty  ☑ Have cleaned and re-evaluate
**Blower Built-In:** ☐ Yes  ☑ No
**Damper Present:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Hearth Extension Adequate:** ☑ Yes  ☐ No
**Mantle:** ☑ Secure  ☐ Loose  ☐ Not present
**Physical Condition:** ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor

---

### FIREPLACE #3

**Location:**  <u>Living room in main house</u>
**Type:** ☐ Gas  ☑ Wood  ☐ Ventless
**Material:** ☑ Masonry  ☐ Metal (prefabricated)  ☐ Wood burning stove  ☐ Metal insert
**Firebox:** ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor
**Blower Built-In:** ☐ Yes  ☑ No
**Damper Present:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
**Hearth Extension Adequate:** ☑ Yes  ☐ No
**Mantle:** ☑ Secure  ☐ Loose  ☐ Not present
**Physical Condition:** ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor

---

### STAIRS/STEPS/BALCONY

**Risers/Treads:** ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor
**Handrail/Balusters:** ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor

**19 Money Hill Lane, Poplarville, MS 39470**                          **Page 25 of 46**



---

| SMOKE/CARBON MONOXIDE (CO) DETECTORS |

**Smoke Detector Present:** ☑ Yes  ☐ No   **Operable:** ☑ Yes  ☐ No
☑ Additional smoke detectors recommended
**CO Detector Present:**   ☐ Yes  ☑ No   ☑ CO detector recommended

**General Information:**

- It is recommended by the NFPA (National Fire Protection Association) that smoke detectors should be installed in every bedroom, outside of all sleeping areas, and on every level of the home.

- It is recommended by the NFPA that carbon monoxide detectors should be installed in every room that employs a gas/solid fuel burning appliance and outside of all sleeping areas and on every level of the home.

- It is recommended by the NFPA that batteries in home smoke/carbon monoxide detectors be tested monthly.  Additionally, the batteries in smoke/CO detectors should be replaced every six months.

**19 Money Hill Lane, Poplarville, MS 39470**                              **Page 26 of 46**

# INTERIOR

| **ATTIC: INSULATION/VENTILATION/STRUCTURE/ELECTRICAL** |
|---|

**Location (Main House):**   ☑ Closet   ☑ Laundry room   ☑ Hall bathroom   ☑ Loft
**Access:**   ☐ Pull down   ☑ Scuttle hole/hatch   ☐ Door   ☐ Stairs
**Inspected From:**   ☑ Access panel   ☑ In the attic (partially)
**Access Limited By:**   **Lack of flooring and headroom**
**Flooring:**   ☐ Complete   ☑ Partial   ☐ None
**Insulation Type:**   ☐ Fiberglass   ☐ Cellulose   ☑ Foam
**Insulation Application:**   ☐ Batts   ☐ Loose   ☑ Sprayed on   ☐ Rigid board
**Installed In:**   ☐ Between ceiling joists   ☑ Walls   ☑ Rafters   ☐ Underside of roof deck
**Vapor Barrier:**   ☐ Kraft/foil faced   ☐ Un-faced   ☑ Integrated
**Insulation Depth:**   **4" to 6"**
**Ventilation:**   ☑ Unvented
**Fans Exhausted To:  Attic:**   ☑ Yes   ☐ No
                      **Outside:**   ☐ Yes   ☑ No
**HVAC Duct:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Chimney Chase:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor
**Roof Structure:**   ☑ Wood   ☐ Metal   ☑ Rafters   ☐ Trusses
                      ☑ Collar Ties   ☑ Purlins   ☐ Knee wall   ☑ Struts
**Ceiling Joists:**   ☑ Wood   ☐ Metal
**Sheathing:**   ☐ Plywood   ☐ OSB (oriented strand board)   ☑ Not visible
**Structural Problems Observed:**   ☐ Yes   ☑ No
**Evidence of Condensation/Moisture Stains/Leaks:**   ☐ Yes   ☑ No
**Electrical:**   ☐ Satisfactory   ☑ **Marginal**   ☐ Poor
                  ☑ Open junction boxes
                  **Switches:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
                  **Receptacles:**   ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Open Ground/Reverse Polarity:**   ☐ Yes   ☑ No

In order to prevent physical damage within the attic space or bodily injury to the inspector, Bienvenue Home Inspections LLC may not be able to access all or part of the attic space at the time of the inspection.  While every effort is made to determine the condition of the attic space from the accessible areas, unique conditions may prohibit a thorough visual examination of portions of the attic space.  If the client has concerns about conditions of these areas, it is recommended that a contractor be consulted prior to closing.

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                     **Page 27 of 46**

INTERIOR

| ATTIC: INSULATION/VENTILATION/STRUCTURE/ELECTRICAL |
|---|

**Location (Bunkhouse):** ☐ Laundry room  ☑ Bedroom hallway  ☐ Carport  ☐ Exterior
**Access:** ☑ Pull down  ☐ Scuttle hole/hatch  ☐ Door  ☐ Stairs
**Inspected From:** ☐ Access panel  ☑ In the attic (partially)
**Access Limited By:** **Lack of flooring**
**Flooring:** ☐ Complete  ☑ Partial  ☐ None
**Insulation Type:** ☑ Fiberglass  ☐ Cellulose  ☐ Foam
**Insulation Application:** ☑ Batts  ☐ Loose  ☐ Sprayed on  ☐ Rigid board
**Installed In:** ☑ Between ceiling joists  ☑ Walls  ☐ Rafters  ☐ Underside of roof deck
**Vapor Barrier:** ☑ Kraft/foil faced  ☐ Un-faced  ☐ Not visible
**Insulation Depth:** **5" to 7"**
**Ventilation:** ☑ Additional ventilation recommended  ☑ Baffles at eaves recommended
**Fans Exhausted To:   Attic:** ☑ Yes  ☐ No
                        **Outside:** ☐ Yes  ☑ No
**HVAC Duct:** ☑ **Satisfactory**  ☐ Marginal  ☐ Poor
**Roof Structure:** ☑ Wood  ☐ Metal  ☑ Rafters  ☐ Trusses
                    ☑ Collar Ties  ☑ Purlins  ☐ Knee wall  ☑ Struts
**Ceiling Joists:** ☑ Wood  ☐ Metal
**Sheathing:** ☑ Plywood  ☐ OSB (oriented strand board)
**Structural Problems Observed:** ☐ Yes  ☑ No
**Evidence of Condensation/Moisture Stains/Leaks:** ☐ Yes  ☑ No
**Electrical:** ☑ **Satisfactory** (visible portions only)  ☐ Marginal  ☐ Poor
               **Switches:** ☑ Yes  ☐ No  **Operable:** ☑ Yes  ☐ No
               **Receptacles:** ☐ Yes  ☑ No

In order to prevent physical damage within the attic space or bodily injury to the inspector, Bienvenue Home Inspections LLC may not be able to access all or part of the attic space at the time of the inspection.  While every effort is made to determine the condition of the attic space from the accessible areas, unique conditions may prohibit a thorough visual examination of portions of the attic space.  If the client has concerns about conditions of these areas, it is recommended that a contractor be consulted prior to closing.

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 28 of 46**

# CRAWLSPACE

## CRAWLSPACE
**Type:** ☑ Full crawlspace          ☐ Combination crawlspace/slab
**Conditioned (heated/cooled):** ☐ Yes ☑ No

## ACCESS
☑ Exterior
**Inspected From:** ☑ In the crawlspace          ☐ Access panel
**Access Limited By:** ☑ Vegetative overgrowth (at crawlspace perimeter of bunkhouse)

## CRAWLSPACE WALL/SKIRTING
**Material:** ☐ Concrete          ☐ Wood          ☑ Block (main house) ☐ Vinyl ☑ Lattice (bunkhouse)
**Condition:** ☑ **Satisfactory**          ☐ Marginal          ☐ Poor

## FLOOR
**Type:** ☐ Concrete          ☐ Gravel          ☑ Dirt
**Vapor Barrier Installed:**          ☐ Yes ☑ No

## SEISMIC BOLTS
**Present:** ☑ Not visible

## DRAINAGE
**Type:** ☑ Gravity fed          ☐ Sump pump
**Standing Water:**          ☐ Yes ☑ No
**Evidence of Standing Water:**          ☐ Yes ☑ No

## VENTILATION
**Present:** ☑ Yes ☐ No

## 1) GIRDERS  2) BEAMS  3) COLUMNS
**Material:** ☐ Steel          ☑ Wood (1, 2) ☑ Concrete block (3)          ☐ Brick
**Condition:** ☑ **Satisfactory**          ☐ Marginal          ☐ Poor

## JOISTS
**Material:** ☐ Steel          ☑ Wood
          ☐ 2x6          ☐ 2x8          ☐ 2x10          ☑ 2x12 (truss)
**Condition:** ☑ **Satisfactory**          ☐ Marginal          ☐ Poor

## SUBFLOOR
**Material:** ☐ Plywood          ☑ OSB (oriented strand board)          ☐ Tongue & groove lumber
**Condition:** ☑ **Satisfactory**          ☐ Marginal          ☐ Poor

## INSULATION
**Present:** ☑ Yes ☐ No

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 29 of 46**



## WATER SERVICE

**Main Shut-Off Location:** <u>At well</u>
**Water Entry Piping:** ☐ Galvanized   ☐ Copper   ☑ Plastic (PVC, CPVC)
**Lead Other Than Solder Joints:** ☐ Yes   ☑ No
**Visible Water Distribution Piping:** ☑ Copper   ☐ Galvanized   ☑ Plastic (PVC, CPVC)
**Functional Flow:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor
**Functional Drainage:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor
**Pipe Condition:** ☐ Satisfactory   ☑ <u>**Marginal**</u>   ☐ Poor

**Supply/Drain Pipes:** ☑ Corroded (supply pipes in bunkhouse)
**Insulation Present:** ☐ Yes   ☑ No   ☑ Insulation recommended on all uninsulated pipes outside conditioned space
**Cross Connection:** ☐ Yes   ☑ No
**Traps Proper P-Type:** ☑ Yes   ☐ No

**Drain/Waste/Vent Pipe:** ☐ Copper   ☐ Cast iron   ☐ Galvanized   ☑ PVC   ☐ ABS
**D/W/V Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor
**Support Present:** ☑ Yes   ☐ No   **Type:** ☑ Metal

- The copper water pipes in the attic of the bunkhouse are black in color. (See Photos 29:1 and 29:2)  These corroded pipes, in conjunction with an odor consistent with sulfuric off-gassing throughout the bunkhouse, and the year of construction of the bunkhouse, suggest the presence of toxic drywall manufactured in China.  It is recommended that an environmental specialist evaluate.

Photo 29:1

Photo 29:2

## MAIN FUEL SERVICE

**Main Fuel Shut-Off Location:** <u>At tank</u>
**Service Source:** ☑ Private   ☐ Community
**Fuel Type:** ☐ Natural gas   ☑ Propane   ☐ Oil
**Gauge Present:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Gas Line Material:** ☑ Copper   ☐ Black iron   ☐ Brass   ☑ CSST   ☐ Stainless steel
**Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor

## WATER WELL

**Location:** ☐ Well shed   ☐ Well pit   ☑ Open field (near outbuilding)   ☐ Shared well
**Type:** ☑ Submersible   ☐ Above ground
**Pressure Gauge Operable:** ☑ Yes   ☐ No
**Well Pressure:** <u>40 psi</u>
**Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor

**19 Money Hill Lane, Poplarville, MS 39470**                    **Page 30 of 46**



---

| **WATER HEATER #1** |
|---|

**Unit Location:** __Master bedroom closet__
**Brand Name:** __Rheem__
**Serial Number:** __RH A441301681__
**Type:** ☐ Gas  ☑ Electric  ☐ Tankless
**Capacity:** __50 gal.__
**Approx. Age:** __5 yrs.__
**Seismic Restraints Needed:** ☐ Yes  ☑ No
**Relief Valve Present:** ☑ Yes  ☐ No
**Extension Proper:** ☑ Yes  ☐ No
**Emergency Catch Pan Installed:** ☑ Yes  ☐ No
    ☑ Catch pan improperly plumbed to crawlspace
    ☑ Proper plumbing to exterior of crawlspace recommended
**Condition:** ☑ __Satisfactory__  ☐ Marginal  ☐ Poor

---

| **WATER HEATER #2** |
|---|

**Unit Location:** __Foyer closet (main house)__
**Brand Name:** __Rheem__
**Serial Number:** __RH A441301680__
**Type:** ☐ Gas  ☑ Electric  ☐ Tankless
**Capacity:** __50 gal.__
**Approx. Age:** __5 yrs.__
**Seismic Restraints Needed:** ☐ Yes  ☑ No
**Relief Valve Present:** ☑ Yes  ☐ No
**Extension Proper:** ☐ Yes  ☑ No  ☑ Missing (see Photo 30:1)  ☑ Proper extension recommended
**Emergency Catch Pan Installed:** ☑ Yes  ☐ No  ☑ Catch pan not plumbed
    ☑ Proper plumbing recommended
**Condition:** ☐ Satisfactory  ☑ __Marginal__  ☐ Poor



Photo 30:1

19 Money Hill Lane, Poplarville, MS 39470                                    Page 31 of 46



## WATER HEATER #3

**Unit Location:** <u>Attic (main house)</u>
**Brand Name:** <u>Rheem</u>
**Serial Number:** <u>RH A441301677</u>
**Type:** ☐ Gas   ☑ Electric   ☐ Tankless
**Capacity:** <u>50 gal.</u>
**Approx. Age:** <u>5 yrs.</u>
**Seismic Restraints Needed:** ☐ Yes ☑ No
**Relief Valve Present:** ☑ Yes ☐ No
**Extension Proper:** ☑ Yes ☐ No
**Emergency Catch Pan Installed:** ☑ Yes ☐ No
**Condition:** ☑ <u>Satisfactory</u>   ☐ Marginal   ☐ Poor

## WATER HEATER #4

**Unit Location:** <u>Attic (bunkhouse)</u>
**Brand Name:** <u>John Wood</u>
**Serial Number:** <u>S0601 504338</u>
**Type:** ☐ Gas   ☑ Electric   ☐ Tankless
**Capacity:** <u>50 gal.</u>
**Approx. Age:** <u>12 yrs.</u>
**Seismic Restraints Needed:** ☐ Yes ☑ No
**Relief Valve Present:** ☑ Yes ☐ No
**Extension Proper:** ☐ Yes ☑ No ☑ Missing (see Photo 31:1) ☑ Proper extension recommended
**Emergency Catch Pan Installed:** ☑ Yes ☐ No
**Condition:** ☐ Satisfactory ☑ <u>Marginal</u> ☐ Poor



Photo 31:1



Photo 31:2

## WATER HEATER #5

**Unit Location:** <u>Attic (bunkhouse)</u>
**Brand Name:** <u>John Wood</u>
**Serial Number:** <u>S0601 504331</u>
**Type:** ☐ Gas   ☑ Electric   ☐ Tankless
**Capacity:** <u>50 gal.</u>
**Approx. Age:** <u>12 yrs.</u>
**Seismic Restraints Needed:** ☐ Yes ☑ No
**Relief Valve Present:** ☑ Yes ☐ No
**Extension Proper:** ☐ Yes ☑ No ☑ Missing (see Photo 31:2 above) ☑ Proper extension recommended
**Emergency Catch Pan Installed:** ☑ Yes ☐ No
**Condition:** ☐ Satisfactory ☑ <u>Marginal</u> ☐ Poor

This report is prepared exclusively for:  Christopher Payton
©2018 Bienvenue Home Inspections LLC

**19 Money Hill Lane, Poplarville, MS 39470**                                      **Page 32 of 46**



| **WATER HEATER #6** |
|---|

**Unit Location:**      <u>**Outbuilding**</u>
**Brand Name:**      <u>**Whirlpool (American Water Heat Co.)**</u>
**Serial Number:**   <u>**0707610950**</u>
**Type:**                 ☐ Gas        ☒ Electric        ☐ Tankless
**Capacity:**           <u>**1.6 gal.**</u>
**Approx. Age:**      <u>**11 yrs.**</u>
**Seismic Restraints Needed:**        ☐ Yes   ☒ No
**Relief Valve Present:**        ☒ Yes   ☐ No
**Extension Proper:**        ☐ Yes   ☒ No   ☒ Missing        ☒ Proper extension recommended
**Emergency Catch Pan Installed:**   ☐ Yes   ☒ No
**Condition:**        ☐ Satisfactory   ☒ <u>**Marginal**</u>   ☐ Poor



## HEATING SYSTEM #1

**Location:** __Bunkhouse attic__
**Brand:** __Goodman__
**Model #:** __ARUF61D14AA__
**Serial #:** __1507329748__
**Approx. Age:** __3 yrs.__

**Energy Source:** ☑ Electric   ☐ Gas   ☐ LP   ☐ Oil
**Warm Air System:** ☑ Belt drive   ☐ Direct drive   ☐ Gravity   ☑ Central system   ☐ Wall/floor unit
**Disconnect Controls Present:** ☑ Yes   ☐ No
**Normal Operating Safety Controls Present:** ☑ Yes   ☐ No
**Distribution:** ☐ Metal duct   ☑ Insulated flex duct   ☐ Cold air returns   ☐ Duct board
**Filter:** ☑ Satisfactory   ☐ Dirty   ☐ Replace
**When Turned on by Thermostat:** ☑ Fired   ☐ Did not fire
**Heat Pump:** ☑ Auxiliary electric   ☐ Auxiliary gas
**Proper Operation:** ☑ Yes   ☐ No
**System Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor

## EVAPORATOR/AIR HANDLER #1

**Location:** __Attic of bunkhouse__
**System Type:** ☑ Air cooled   ☐ Water cooled   ☐ Geothermal   ☑ Heat pump
**Energy Source:** ☑ Electric   ☐ Gas
**Evaporator Coil:** ☑ Satisfactory   ☐ Dirty   ☐ Cleaning recommended
**Refrigerant Lines:** ☑ Satisfactory   ☐ Marginal   ☐ Poor
**Condensate Line/Drain:** ☑ Satisfactory   ☐ To floor drain   ☑ To drain line   ☐ To exterior
**Operation Differential:** __14° F__ (Difference in temperature split should be 14° - 22° Fahrenheit)
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor

## EXTERIOR A/C – CONDENSER/HEAT PUMP #1

**Unit Location:** __West exterior wall of bunkhouse__
**Brand:** __Goodman__
**Model #:** __GSZ140481KA__
**Serial #:** __1508176368__
**Approx. Age:** __3 yrs.__

**Outside Disconnect:** ☑ Yes   ☐ No
**Maximum Fuse/Breaker Rating:** __40 amp__
**Level:** ☑ Yes   ☐ No
**Insulation Present:** ☑ Yes   ☐ No
**Improper Clearance (airflow):** ☐ Yes   ☑ No
**Condition:** ☑ Satisfactory   ☐ Marginal   ☐ Poor

- **General Information:** This unit has approximately 4 tons of cooling capacity.



# HEATING/COOLING

---

## HEATING SYSTEM #2

**Location:**          <u>Attic over living room</u>
**Brand:**             <u>Goodman</u>
**Model #:**           <u>ASPT60D14AB</u>
**Serial #:**          <u>1303347158</u>
**Approx. Age:**       <u>5 yrs.</u>

**Energy Source:**     ☑ Electric      ☐ Gas       ☐ LP       ☐ Oil
**Warm Air System:**         ☐ Belt drive    ☑ Direct drive   ☐ Gravity     ☑ Central system      ☐ Wall/floor unit
**Disconnect Controls Present:**  ☑ Yes    ☐ No
**Normal Operating Safety Controls Present:** ☑ Yes   ☐ No
**Distribution:**      ☑ Metal duct    ☑ Insulated flex duct    ☐ Cold air returns      ☐ Duct board
**Filter:**            ☑ <u>Satisfactory</u>    ☐ Dirty       ☐ Replace
**When Turned on by Thermostat:** ☑ Fired      ☐ Did not fire
**Heat Pump:**         ☑ Auxiliary electric     ☐ Auxiliary gas
**Proper Operation:**  ☑ Yes    ☐ No
**System Condition:**  ☑ <u>Satisfactory</u>    ☐ Marginal     ☐ Poor

---

## EVAPORATOR/AIR HANDLER #2

**Location:**          <u>Attic over living room</u>
**System Type:**       ☑ Air cooled     ☐ Water cooled     ☐ Geothermal      ☑ Heat pump
**Energy Source:**     ☑ Electric      ☐ Gas
**Evaporator Coil:**        ☐ Not visible
**Refrigerant Lines:**      ☑ <u>Satisfactory</u>    ☐ Marginal      ☐ Poor
**Condensate Line/Drain:** ☑ <u>Satisfactory</u>    ☐ To floor drain    ☑ To drain line      ☐ To exterior
**Operation Differential:**   <u>14° F</u> (Difference in temperature split should be 14° - 22° Fahrenheit)
**Condition:**         ☐ Satisfactory    ☑ <u>Marginal</u>     ☐ Poor
                       ☑ Standing water in emergency catch pan (see Photo 34:1)
                       ☑ Recommend HVAC tech. examine/clean/service



Photo 34:1



---

| **EXTERIOR A/C – CONDENSER/HEAT PUMP #2** |

**Unit Location:** __Exterior wall of house__
**Brand:** __Goodman__
**Model #:** __SSZ140601AG__
**Serial #:** __1302176586__
**Approx. Age:** __5 yrs.__

**Outside Disconnect:**          ☑ Yes   ☐ No
**Maximum Fuse/Breaker Rating:** __60 amp__
**Level:**                       ☑ Yes   ☐ No
**Insulation Present:**          ☑ Yes   ☐ No
**Improper Clearance (airflow):** ☐ Yes   ☑ No
**Condition:**                   ☑ __Satisfactory__   ☐ Marginal   ☐ Poor

- **General Information:** This unit has approximately 5 tons of cooling capacity.

**19 Money Hill Lane, Poplarville, MS 39470**                                     **Page 36 of 46**



# HEATING/COOLING

## HEATING SYSTEM #3

**Location:**      Attic over kitchen
**Brand:**       Goodman
**Model #:**      ASPT60D14AB
**Serial #:**      1303347160
**Approx. Age:**   5 yrs.

**Energy Source:**       ☑ Electric   ☐ Gas   ☐ LP   ☐ Oil
**Warm Air System:**     ☐ Belt drive   ☑ Direct drive   ☐ Gravity   ☑ Central system   ☐ Wall/floor unit
**Disconnect Controls Present:**   ☑ Yes   ☐ No
**Normal Operating Safety Controls Present:** ☑ Yes   ☐ No
**Distribution:**       ☑ Metal duct   ☑ Insulated flex duct   ☐ Cold air returns   ☐ Duct board
**Filter:**          ☑ Satisfactory   ☐ Dirty   ☐ Replace
**When Turned on by Thermostat:** ☑ Fired   ☐ Did not fire
**Heat Pump:**        ☑ Auxiliary electric   ☐ Auxiliary gas
**Proper Operation:**     ☑ Yes   ☐ No
**System Condition:**     ☑ Satisfactory   ☐ Marginal   ☐ Poor

## EVAPORATOR/AIR HANDLER #3

**Location:**      Attic over kitchen
**System Type:**     ☑ Air cooled   ☐ Water cooled   ☐ Geothermal   ☑ Heat pump
**Energy Source:**    ☑ Electric   ☐ Gas
**Evaporator Coil:**      ☑ Not visible
**Refrigerant Lines:**    ☑ Satisfactory   ☐ Marginal   ☐ Poor
**Condensate Line/Drain:** ☑ Satisfactory   ☐ To floor drain   ☑ To drain line   ☐ To exterior
**Operation Differential:**  14° F (Difference in temperature split should be 14° - 22° Fahrenheit)
**Condition:**       ☐ Satisfactory   ☑ Marginal   ☐ Poor
            ☑ Standing water in emergency catch pan (see Photo 36:1)
            ☑ Recommend HVAC tech. examine/clean/service



Photo 36:1

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

19 Money Hill Lane, Poplarville, MS 39470         Page 37 of 46



**EXTERIOR A/C – CONDENSER/HEAT PUMP #3**

| | |
|---|---|
| Unit Location: | **Exterior wall of main house** |
| Brand: | **Goodman** |
| Model #: | **SSZ140601AG** |
| Serial #: | **1301566399** |
| Approx. Age: | **5 yrs.** |

**Outside Disconnect:** ☑ Yes ☐ No
**Maximum Fuse/Breaker Rating:** **60 amp**
**Level:** ☑ Yes ☐ No
**Insulation Present:** ☑ Yes ☐ No
**Improper Clearance (airflow):** ☐ Yes ☑ No
**Condition:** ☑ **Satisfactory** ☐ Marginal ☐ Poor

- **General Information:** This unit has approximately 5 tons of cooling capacity.

19 Money Hill Lane, Poplarville, MS 39470                                    Page 38 of 46

# HEATING/COOLING

## HEATING SYSTEM #4

**Location:**        **Attic above loft**
**Brand:**           **Fujitzu**
**Model #:**         **Unknown** (data tag inaccessible)
**Serial #:**        **Unknown** (data tag inaccessible)
**Approx. Age:**     **Unknown** (data tag inaccessible)

**Energy Source:**              ☑ Electric        ☐ Gas        ☐ LP        ☐ Oil
**Warm Air System:**            ☐ Belt drive     ☑ Direct drive     ☐ Gravity     ☑ Central system     ☐ Wall/floor unit
**Disconnect Controls Present:** ☑ Unknown
**Normal Operating Safety Controls Present:** ☐ Yes   ☑ No
**Distribution:**               ☑ Ductless
**Filter:**                     ☑ **Satisfactory**     ☐ Dirty        ☐ Replace
**When Turned on by Thermostat:** ☐ Fired        ☑ Did not fire
**Heat Pump:**                  ☑ Auxiliary electric      ☐ Auxiliary gas
**Proper Operation:**           ☐ Yes   ☑ No
**System Condition:**           ☐ Satisfactory   ☐ Marginal   ☑ **Poor**
                                ☑ Recommend HVAC tech. examine/clean/service

## EVAPORATOR/AIR HANDLER #4

**Location:**           **Attic over loft**
**System Type:**        ☑ Air cooled     ☐ Water cooled     ☐ Geothermal     ☑ Heat pump
**Energy Source:**      ☑ Electric     ☐ Gas
**Evaporator Coil:**    ☑ Not inspected
**Refrigerant Lines:**  ☑ Not visible
**Condensate Line/Drain:** ☑ Not visible
**Operation Differential:** **0° F** (Difference in temperature split should be 14° - 22° Fahrenheit)
**Condition:**          ☐ Satisfactory   ☐ Marginal   ☑ **Poor**
                        ☑ Recommend HVAC tech. examine/clean/service

## EXTERIOR A/C – CONDENSER/HEAT PUMP #4

**Unit Location:**   **Exterior wall of main house**
**Brand:**           **Fujitzu**
**Model #:**         **A0U24RLX**
**Serial #:**        **CTN 006077**
**Approx. Age:**     **5 yrs.**

**Outside Disconnect:**           ☑ Yes   ☐ No
**Maximum Fuse/Breaker Rating:**  **20 amp**
**Level:**                        ☑ Yes   ☐ No
**Insulation Present:**           ☑ Yes   ☐ No   ☐ Damaged
**Improper Clearance (airflow):** ☐ Yes   ☑ No
**Condition:**                    ☐ Satisfactory   ☐ Marginal   ☑ **Poor**
                                  ☑ Recommend HVAC tech. examine/clean/service

- **General Information:** This unit has approximately 2 tons of cooling capacity.

# ELECTRICAL

## SERVICE ENTRY #1

| | |
|---|---|
| **Location:** | <u>Exterior wall of bunkhouse</u> |
| **Type:** | ☐ Overhead  ☑ Underground |
| **Appears Grounded:** | ☑ Yes  ☐ No |
| **Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |

## SERVICE ENTRY #2

| | |
|---|---|
| **Location:** | <u>Exterior wall of outbuilding</u> |
| **Type:** | ☐ Overhead  ☑ Underground |
| **Appears Grounded:** | ☑ Yes  ☐ No |
| **Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |

## MAIN PANEL #1

| | |
|---|---|
| **Location:** | <u>Exterior wall of bunkhouse</u> |
| **Disconnect Type:** | ☑ Breaker  ☐ Fuses |
| **Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |
| **Adequate Clearance to Panel:** | ☑ Yes  ☐ No |
| **Amperage:** | <u>400 amps</u> |
| **Volts:** | <u>120/240V</u> |
| **Appears Grounded:** | ☑ Yes  ☐ No |
| **GFCI Present:** | ☐ Yes  ☑ No |
| **AFCI Present:** | ☐ Yes  ☑ No |
| **Main Wire:** | ☑ Copper  ☐ Aluminum |
| **Main Wire Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |
| **Branch Wire:** | ☑ Copper  ☐ Aluminum  ☑ Romex |
| | ☑ BX cable  ☐ Conduit |
| **Branch Wire Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |

## MAIN PANEL #2

| | |
|---|---|
| **Location:** | <u>Exterior wall of outbuilding</u> |
| **Disconnect Type:** | ☑ Breaker  ☐ Fuses |
| **Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |
| **Adequate Clearance to Panel:** | ☑ Yes  ☐ No |
| **Amperage:** | <u>200 amps</u> |
| **Volts:** | <u>120/240V</u> |
| **Appears Grounded:** | ☑ Yes  ☐ No |
| **GFCI Present:** | ☐ Yes  ☑ No |
| **AFCI Present:** | ☐ Yes  ☑ No |
| **Main Wire:** | ☑ Copper  ☐ Aluminum |
| **Main Wire Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |
| **Branch Wire:** | ☑ Copper  ☐ Aluminum  ☑ Romex |
| | ☑ BX cable  ☐ Conduit |
| **Branch Wire Condition:** | ☑ <u>Satisfactory</u>  ☐ Marginal  ☐ Poor |

**19 Money Hill Lane, Poplarville, MS 39470**                                  **Page 40 of 46**

# ELECTRICAL

| **SUBPANEL #1** | |
|---|---|
| **Location:** | **East exterior wall of bunkhouse** |
| **Branch Wire:** | ☑ Copper ☐ Aluminum |
| **GFCI Present:** | ☐ Yes ☑ No |
| **AFCI Present:** | ☐ Yes ☑ No |
| **Neutral/Ground Separated:** | ☐ Yes ☑ Yes ☐ No |
| **Neutral Isolated:** | ☑ Yes ☐ No |
| **Condition:** | ☑ **Satisfactory** ☐ Marginal ☐ Poor |

| **SUBPANEL #2** | |
|---|---|
| **Location:** | **Interior wall of outbuilding** |
| **Branch Wire:** | ☑ Copper ☐ Aluminum |
| **GFCI Present:** | ☐ Yes ☑ No |
| **AFCI Present:** | ☐ Yes ☑ No |
| **Neutral/Ground Separated:** | ☐ Yes ☑ No ☑ Recommend separating neutral and ground wires |
| **Neutral Isolated:** | ☐ Yes ☑ No ☐ Recommend isolating neutral wires from panel and ground wires |
| **Condition:** | ☑ **Satisfactory** ☐ Marginal ☐ Poor |

| **SUBPANEL #3** | |
|---|---|
| **Location:** | **Exterior wall of main house (labeled "A")** |
| **Branch Wire:** | ☑ Copper ☐ Aluminum |
| **GFCI Present:** | ☐ Yes ☑ No |
| **AFCI Present:** | ☐ Yes ☑ No |
| **Neutral/Ground Separated:** | ☑ Yes ☐ No |
| **Neutral Isolated:** | ☑ Yes ☐ No |
| **Condition:** | ☑ **Satisfactory** ☐ Marginal ☐ Poor |

| **SUBPANEL #4** | |
|---|---|
| **Location:** | **Exterior wall of main house (labeled "B")** |
| **Branch Wire:** | ☑ Copper ☐ Aluminum |
| **GFCI Present:** | ☐ Yes ☑ No |
| **AFCI Present:** | ☐ Yes ☑ No |
| **Neutral/Ground Separated:** | ☑ Yes ☐ No |
| **Neutral Isolated:** | ☑ Yes ☐ No |
| **Condition:** | ☑ **Satisfactory** ☐ Marginal ☐ Poor |

| **SUBPANEL #5** | |
|---|---|
| **Location:** | **Closet in foyer of main house** |
| **Branch Wire:** | ☑ Copper ☐ Aluminum |
| **GFCI Present:** | ☐ Yes ☑ No |
| **AFCI Present:** | ☑ Yes ☐ No   **Operable?** ☑ Yes ☐ No |
| **Neutral/Ground Separated:** | ☑ Yes ☐ No |
| **Neutral Isolated:** | ☑ Yes ☐ No |
| **Condition:** | ☑ **Satisfactory** ☐ Marginal ☐ Poor |

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 41 of 46**

# ELECTRICAL

---

| **SUBPANEL #6** |
|---|

**Location:** <u>**Master bedroom closet**</u>
**Branch Wire:** ☑ Copper   ☐ Aluminum
**GFCI Present:** ☐ Yes   ☑ No
**AFCI Present:** ☑ Yes   ☐ No   **Operable:** ☑ Yes   ☐ No
**Neutral/Ground Separated:** ☑ Yes   ☐ No
**Neutral Isolated:** ☑ Yes   ☐ No
**Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor

---

| **SUBPANEL #7** |
|---|

**Location:** <u>**Kitchen pantry**</u>
**Branch Wire:** ☑ Copper   ☐ Aluminum
**GFCI Present:** ☐ Yes   ☑ No
**AFCI Present:** ☐ Yes   ☑ No
**Neutral/Ground Separated:** ☑ Yes   ☐ No
**Neutral Isolated:** ☑ Yes   ☐ No
**Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor

---

| **SUBPANEL #8** |
|---|

**Location:** <u>**Laundry room in bunkhouse**</u>
**Branch Wire:** ☑ Copper   ☐ Aluminum
**GFCI Present:** ☐ Yes   ☑ No
**AFCI Present:** ☐ Yes   ☑ No
**Neutral/Ground Separated:** ☑ Yes   ☐ No
**Neutral Isolated:** ☑ Yes   ☐ No
**Condition:** ☐ Satisfactory   ☐ Marginal   ☑ <u>**Poor**</u>
☑ Corroded wire  (consistent with exposure to sulfuric off-gassing)
☑ Recommend electrician evaluate/repair

---

| **ELECTRICAL FIXTURES** | A representative number of installed lighting fixtures, switches, and receptacles located inside the house, bunkhouse, exterior walls, and outbuilding were tested and found to be: |
|---|---|

**Condition:** ☐ Satisfactory   ☐ Marginal   ☑ <u>**Poor**</u>
☑ Corroded copper wires at electrical outlet receptacles (in bunkhouse)
☑ Recommend electrician evaluate/repair

**19 Money Hill Lane, Poplarville, MS 39470**                     **Page 42 of 46**


# OUTBUILDING



| TYPE/FUNCTION |
|---|

**Structure:** ☐ Attached   ☑ Detached
**Primary Use:** ☐ Barn   ☑ Storage   ☑ Workshop   ☐ Alternative occupancy

| LANDSCAPING AFFECTING FOUNDATION |
|---|

**Negative Grade:** ☐ North   ☑ South   ☑ East   ☐ West
☑ Yard slopes toward building (see Photo 42:1)



Photo 42:1

| ROOF VISIBILITY |
|---|

☑ All   ☐ Partial   ☐ None   ☐ Limited by:

| INSPECTED FROM |
|---|

☑ Roof   ☐ Ground   ☐ Ladder at eaves   ☐ With binoculars

| STYLE OF ROOF |
|---|

| Material: | **Metal** |
|---|---|
| Type: | **Gable** |
| Pitch: | **Low** |
| Layers: | **1 layer** |
| Approximate Age: | **9 to 11 years** |

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                    **Page 43 of 46**

# OUTBUILDING

---

## ROOF COVERING

**Condition:**   ☐ Satisfactory   ☑ **Marginal**   ☐ Poor
☑ Screws overtightened (see Photos 43:1 & 43:2)   ☑ Evidence of past repair (see Photo 43:3)
☑ Recommend roofer evaluate



Photo 43:1



Photo 43:2



Photo 43:3

---

## GUTTERS

**Material:**   ☑ Galv/Alum   ☐ Copper   ☐ Vinyl/plastic
**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

## VENTILATION SYSTEM

**Present:**   ☑ Yes   ☐ No
**Type:**   ☑ Soffit   ☑ Ridge   ☐ Gable   ☐ Roof   ☐ Turbine   ☐ Powered

## FLASHING

**Material:**   ☑ Galv/Alum   ☐ Asphalt   ☐ Lead   ☐ Copper   ☐ Felt
**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

## BUILDING EXTERIOR WALL CONSTRUCTION

**Material:**   ☑ Framed   ☐ Masonry   ☑ Pole type construction
**Condition:**   ☑ **Satisfactory**   ☐ Marginal   ☐ Poor

**19 Money Hill Lane, Poplarville, MS 39470**                                    **Page 44 of 46**

# OUTBUILDING

## SIDING / TRIM
**Siding Material:** ☐ Brick ☐ Wood ☐ Vinyl ☐ Stucco ☑ Alum/Steel
**Trim Material:** ☐ Brick ☐ Wood ☐ Vinyl ☐ Stucco ☑ Alum/Steel
**Condition:** ☑ **<u>Satisfactory</u>** ☐ Marginal ☐ Poor

## CAULKING
**Condition:** ☑ **<u>Satisfactory</u>** ☐ Marginal ☐ Poor
☑ Recommend periodically re-sealing around windows/doors/masonry ledges/corners/utility penetrations

## FLOOR
**Material:** ☑ Concrete ☐ Gravel/dirt ☐ Asphalt
**Condition:** ☑ **<u>Satisfactory</u>** ☐ Marginal ☐ Poor

## SILL PLATES
**Location:** ☑ None present

## EXTERIOR SERVICE DOOR
**Door Condition:** ☑ **<u>Satisfactory</u>** ☐ Marginal ☐ Poor
**Weather Stripping:** ☑ **<u>Satisfactory</u>** ☐ Marginal ☐ Poor

## ELECTRICAL
**Exterior Outlet Receptacles Present:** ☑ Yes ☐ No   **Operable:** ☑ Yes ☐ No
**GFCI Present:** ☐ Yes ☑ No ☑ Potential safety hazard   ☑ GFCI recommended
**Open Ground/Reverse Polarity:** ☐ Yes ☑ No

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

**19 Money Hill Lane, Poplarville, MS 39470**                          **Page 45 of 46**



# OUTBUILDING

| CLEANING STATION |
|---|

**Roof Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor
**Structural Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor
**Foundation Condition:** ☑ <u>**Satisfactory**</u>   ☐ Marginal   ☐ Poor
**Electrical:**   Switches:   ☑ Yes  ☐ No   **Operable:** ☐ Yes  ☑ No   ☑ Repair recommended
                 Receptacles:   ☑ Yes  ☐ No   **Operable:** ☑ Yes  ☐ No
**GFCI Present:** ☑ Yes  ☐ No   **Operable:** ☑ Yes  ☐ No
**Open ground/Reverse polarity:**   ☐ Yes  ☑ No
**Winch Present:** ☑ Yes  ☐ No   **Operable:** ☑ Yes  ☐ No
**Sink Present:** ☑ Yes  ☐ No
              Faucet Leaks:   ☐ Yes  ☑ No
              Pipes Leak:   ☐ Yes  ☑ No

- The power supply cord is connected to an extension cord which is not rated for exterior use. (See Photos 45:1 and 45:2)  It is recommended that the winch be connected directly to a GFCI protected electrical outlet receptacle.


Photo 45:1


Photo 45:2

This report is prepared exclusively for:  Christopher Payton
©2018 Bienvenue Home Inspections LLC

**19 Money Hill Lane, Poplarville, MS 39470**                    **Page 46 of 46**



# SUMMARY

## ITEMS NOT OPERATING

- Ceiling fans at carport.
- Electrical outlet receptacle in northeast bedroom of bunkhouse.
- Electrical switch at cleaning station.

## GENERAL FINDINGS

*Item(s) listed in the report that are not necessarily considered major concerns.*

- Kick-out flashing not installed at all roof-to-wall intersections.
- Loose electrical junction box in laundry room of main house.
- Leak at showerhead in master bathroom.
- Damaged window seals in guest bedroom of main house.
- Damage/moisture stains on ceiling in northwest bedroom of bunkhouse.
- Catch pan not plumbed at water heater #2.
- Missing relief valve extension pipes at water heaters #2, #4, #5 and #6.
- Overtightened screws on roof of outbuilding.

## MAJOR CONCERNS

*Item(s) that have failed or have potential of failing soon.*

- Evidence consistent with the presence of toxic Chinese drywall within the bunkhouse.
- Standing water in emergency catch pan of HVAC system #2 and HVAC system #3.
- HVAC system #4 not heating/cooling as intended.
- Corrosion of copper wires and copper pipes in bunkhouse.

## POTENTIAL SAFETY HAZARDS

- Loose deck planks.
- Missing railings at decks.
- Missing handrails at steps.
- Winch at cleaning station connected to an extension cord not rated for exterior use.

\*  Items listed in this report may inadvertently have been left off of the Summary Sheet.  Client should read the entire report, including the comments.

**This report is prepared exclusively for:  Christopher Payton**
**©2018 Bienvenue Home Inspections LLC**

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7











Case 2:09-md-02047-EEF-MBN   Document 22680-7   Filed 03/24/20   Page 168 of 243



















































# Exhibit 8

*Attachment 1*

# ESTIMATE

**Chris Payton**
Rester Town Road
Poplarville, MS

**Jlhconstruction**

1234 Kapalama Lane
Diamondhead, Ms 39525

Phone: (228) 254-0644
Email: jlhconstruction@bellsouth.net
Web: jlhconstructionllc.com

| | |
|---|---|
| Estimate # | 000088 |
| Date | 08/31/2018 |
| Business / Tax # | State of La. commercial construction license #62519.  State of Ms. residential and Light commercial license#R15812. Mississippi State University MAR evaluation and Remediation license number SE162SEMD10102-1 |

| Description | Total |
|---|---|
| Agreement Of Services/protocol/schedule | $55,894.00 |

| | |
|---|---|
| **Subtotal** | $55,894.00 |
| **Total** | **$55,894.00** |

**Notes:**

PROTOCOL

- Perform an interior demolition of all drywall within the Log Cabin home. Approximately 1000 square feet interior space.

- provide for the delivery of 1 30 yard trash container. Provide for the delivery of one 30-foot enclosed storage container.

- perform the installation of visqueen plastic around the immediate entrance of the property to include stairs, driveway and walkway to 30 yard trash container.

- remove all loose organic items within the residence and store in the 30 foot enclosed storage container

- install visqueen plastic along all wooden log wall areas to protect areas from affected drywall dust. Install visqueen plastic on floor of entire residence.

- install two heavy duty air scrubber units with 8 inch high filtration blocks and pre filters. Air scrubbers will be installed in line from hallway two front door with flex duct leading out of the structure and remain in place during the entire demolition process. Once the demolition is completed  the air scrubbers will be removed from the property and affected filtration filters will be discarded in airtight bags and placed in dumpster, photographs will be supplied of this process.

- perform hand removal of all defective drywall and insulation.  Removal and chain of custody will be the responsibility of the contractor. Removal, labeling and samples will all be documented and photographed according to the protocol provided by the fifth district Court. Contractor will be removing all high humidity drywall in the bathrooms and not affected the drywall in the ceilings as well. Please note the contractor have to detach and reset all bath fixtures including showers and tubs in order to remove and replace the affected copper in all areas.

Contractor is also recommending that all attic insulation all ductwork and the indoor air handler be removed from the property and replaced accordingly with new material. This will include air registers in each room.

In the interest of following the protocol jlh is recommending that all Romex be removed from the property including that any interior electrical panel be rebuilt with new.

Contractor will be removing all bathroom hardware including shower kits they will be stored and then reattached where possible. Contractor is recommending that all fixtures in bathrooms including sink fixtures shower fixtures light fixtures be removed from the property and replaced accordingly. All toilets and sinks will be salvaged where possible any corrosion discovered post demolition will be noted and brought to the owner's attention at that time.

Contractor is also recommending that all light fixtures in rooms be removed and cleaned and inspected by the homeowner for replacement post demolition. An interior inspection of a components can take place of these units at that time.

Contractor is recommending that all soft organic items such as bedding blankets curtains be discarded and replaced accordingly this contract estimate does not include the cost of replacing these items. Contractor that this take place as the Odor Control in these items may not be successful. Contractor be removing and discarding all mattresses and box springs and replacing

them with like. This estimate includes replacement of such mattresses and they shall be purchased from Sam's Wholesale Outlet. Please see allowance below.

Contractor will remove Chinese drywall from storage area on the outside of the living area including its insulation and replace with new materials post fine cleaning and odorox process.

- affected drywall will be removed by hand with minimal mechanical cutting.  All custom heart Pine trim andcdoors will be removed and properly cleaned and stored in an outside storage container. Please note that contractor cannot guarantee that these items will not be cracked or damaged during the detach phase however great care will be taken to keep all units in clean and undamaged state.

Affected areas will be HEPA vacuumed while the demolition is in process all Fasteners screws or Nails will be removed and discarded as well. Entire affected areas will be hand cleaned wet scrubbed with odor killing microbial cleaning agent. Wet vacuuming will take place during this process as well.

- all post demolition inspection guidelines will be followed according to the provided protocol. Please note attached paperwork lists a dedicated environmental hygienist to perform testing.

- post demolition, all installed visqueen plastic on floors and walls will be tactfully rolled and removed carefully from property. Once this process has taken place a thorough micro cleaning with high filtration HEPA filtered vacuums will take place in the entire affected area. Air scrubbers filters will be replaced during this time so that all of the secondary fine cleaning takes place with clean filtered units. New visqueen plastic will be reinstalled on the floor area as to protect the floor from any damage during the Reconstruction process.

- once fine cleaning and wet scrubbing has taken place, contractor will install to commercial dehumidifiers to quickly dry all wet materials. In addition contractor install and utilize commercial air fogger was commercial order controlling solution. This process will take approximately 72 hours and may remain in place a additional 24 to 48 hour. Contractor will inspect once the first 72 hours is complete.

- contractor will perform the reconstruction of the electrical panel and all its 110 runs and junctions to the original state. This includes replacing all electrical outlets and their plate covers. Contractor will perform the reconstruction of all damaged Plumbing apparatus to its original state.  All local code office inspections will be provided.

- contractor will perform the installation of the new air handler and ductwork including air registers. Jlh construction will perform the installation of new insulation and drywall.  will reinstall all existing doors and trim please note there maybe change orders during this phase jlh construction will notify homeowner as this occurs in the instance that items are cracked or broke. Contractor will perform the application of all finishes to walls homeowner to provide color palette.

(This estimate includes all labor materials, testing fees, permit fees and insurance fees. Jlh Construction is a state licensed and insured contractor fully experience in the removal and Remediation of Chinese drywall affected properties.)

$55.84 Sq ft
PROJECT TOTAL
$55,894.00

1ST DRAW 10/18/18
Detach, decontamination and storage of all salvageable items. Storage container rental

dumpster rental, permit fee, removing of defective materials rough cutting and fine cleaning of all interior areas.  Rough-in for electrical and plumbing.

$18894.00

---

Remaining balance after first draw

$37,099.94
37,000

---

2cnd. Draw 11/16/18

Materials for insulation and drywall. Hanging all insulation hanging all drywall taping and floating.  Rental cost containers dumpsters porta potty

$7500.00

---

Balance after draw #2  11/16/18

$29,599.94
29,500

---

Draw #3    12/3/18

$25, 450.00

---

Balance after draw #3 .  12/3/18

$4,194.94   4,050

Change orders as of 12/3/2018

Water pump service $125.00
Roof patch  $45.00
Painting exterior doors $

Credits as of 12/3/2018



Chris Payton

## Financing options are available

We offer financing through industry leading partners. Loans range from $1,000 to $100,000 with APR's as low as 6.16%. Check your rate in minutes without affecting your credit score. In proud partnership with:

 

## We accept credit cards

   

NC2817 • NC3817-50 • 3866

*carbonless job invoice*

**Broome's A/C & Heating**
20128-B Lovers Ln.
Long Beach, MS 39560
228-341-7902

**Job Invoice**

DATE ORDERED: 12-5-18
ORDER TAKEN BY: John

SOLD TO: JLH Construction
1234 Kapalama Lane
Diamondhead Mississippi

PHONE NO.: 228-254-0644
CUSTOMER ORDER #:
JOB LOCATION: Restertown Rd (Pearl River County)
JOB PHONE:
STARTING DATE:
TERMS:

| QTY. | MATERIAL | UNIT | AMOUNT |
|------|----------|------|--------|
| | Installed New 5-ton 410-A Goodman Air Handler due to chinese drywall in guest house of Lodge. Installed all new ductwork Plenums + Trunk Lines with new supply Lines. 20 Kw Heat strip for emergency heat. Taped + sealed all joints of Ductwork plus mastic paint as well. Strapped all flex lines up np level also. | | |
| | 5-ton Air Handler | | |
| M# | ASPT61D14 | | |
| S# | 1811004317 | | |

**DESCRIPTION OF WORK**

Change-out plus Ductwork

**MISCELLANEOUS CHARGES**

TOTAL MISCELLANEOUS

| LABOR | HRS. | RATE | AMOUNT |
|-------|------|------|--------|

TOTAL MATERIALS

TOTAL LABOR

WORK ORDERED
DATE ORDERED: 12-5-18
DATE COMPLETED: 1-22-19

**Broome's A/C & Heating**
20128-B Lovers Ln.
Long Beach, MS 39560
228-341

CUSTOMER APPROVAL SIGNATURE

AUTHORIZED SIGNATURE: N/A

A-2817-3817-T-3866

(Still Owed $7,19.95) Total

TOTAL LABOR
TOTAL MATERIALS
TOTAL MISCELLANEOUS
SUBTOTAL
TAX
GRAND TOTAL $3,719.50

ACORD® **CERTIFICATE OF LIABILITY INSURANCE**

| DATE (MM/DD/YYYY) |
|---|
| 07/23/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Lisa Jarrard | | |
|---|---|---|---|
| JARRARD INSURANCE INC. | PHONE (A/C, No, Ext): (228) 864-4007 | | FAX (A/C, No): (228) 868-8719 |
| 1600 PASS ROAD | E-MAIL ADDRESS: jarrardinsurance@cableone.net | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| GULFPORT             MS 39501 | INSURER A : Axis Surplus | | 0 |
| INSURED | INSURER B : | | |
| Jimenez I, LLC (Just Like Home Renovations, llc) | INSURER C : | | |
| 56137 diamondhead dr e | INSURER D : | | |
| | INSURER E : | | |
| Diamondhead          MS 39525 | INSURER F : | | |

**COVERAGES        CERTIFICATE NUMBER:                    REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | ☒ COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | X | | GAGLN10171AX | 04/13/2018 | 04/13/2019 | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | ☐ OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY     Y / N | | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)        The ACORD name and logo are registered marks of ACORD

# State of Mississippi

## BOARD OF CONTRACTORS

**ACTIVE**

JUST LIKE HOME RENOVATIONS LLC
1234 KAPALAMA LANE
DIAMONDHEAD, MS 39525

### is duly registered and entitled to perform

RESIDENTIAL BUILDER

Insured by **AXIS SURPLUS** Policy#: **MSGLN01438AX**

*We have hereunto set our hand and caused the Seal of the Mississippi Board of Contractors to be affixed this 8 day of Sep., 2017*



**RESIDENTIAL BUILDERS LICENSE**
### No. R15812
Expires Sep. 8, 2018

CHAIRMAN OF THE BOARD

# CERTIFICATE OF COMPLETION

## Center for Continuing Education

# Jason Jimenez

XXX-MS-8412

has attended and satisfactorily completed course exam with a passing score of 70% or better

Mold Assessment and Remediation in Buildings



**MISSISSIPPI STATE**
U N I V E R S I T Y™

**EXTENSION**

SE162SEMD10102-1
CERTIFICATE NUMBER

N/A
EXPIRATION DATE

*Delina Patton Lloyd*
COURSE INSTRUCTOR

September 14, 2016
EXAMINATION DATE

*[signature]*
PROGRAM DIRECTOR

September 12-14, 2016
COURSE DATE(S)

MDEQ Accredited Training Provider

P.O. Box 5247 ▪ Mississippi State, MS 39762-5247 ▪ 662.325.5002 ▪ FAX 662.325.8666

M1903

# Exhibit 9

# Exhibit 10

```
 2/13/19      Deposit Inquiry                                       DD8500
12:41:01                                                            SFLHC


Account number:      95997035    - Arrowhead Lodge, LLC


        Date       Deposits       Withdrawals  Check Num   T/C        Balance
     ---------------------------------------------------------------------------
  _    9/24/18     55,894.00                                620      55,894.00
  _   10/31/18                     18,894.00                625      37,000.00
  _   11/16/18                      7,500.00                625      29,500.00
  _   12/05/18                     25,450.00                625       4,050.00
  _    1/28/19                      4,050.00                625
```

```
5=Display
F3=Exit, F12=Cancel, F14=Find services, F16=Perform find, F17=Top, F18=Bottom
```

90004267

Check Date: 1/28/19

Check Number: 90004267
Check Amount: 4,050.00

| Account # | Description | Principal | Interest | Other | Total |
|-----------|-------------|-----------|----------|-------|-------|
| 95997035 | FH Withdrawal | 4,050.00- | .00 | .00 | 4,050.00- |

90004267

Check made payable to: JLH Construction
Remarks: S71-106   95997035   ARROWHEAD LODGE, LLC

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

SOUTHERN AGCREDIT, FLCA
402 W. PARKWAY PLACE
RIDGELAND, MS 39157

JPMORGAN CHASE BANK, N.A.          90004267

56-1544/441

1/28/19

PAY     Four thousand fifty and 00/100 dollars

TO THE ORDER OF              JLH Construction                    ******4,050.00

JLH Construction
1234 Kapalama Drive
Diamondhead, MS 39525

S71-106   95997035   ARROWHEAD LODGE, LLC



⑈090004267⑈ ⑆044115443⑆   675514624⑈



## SOUTHERN AGCREDIT

### APPLICATION FOR DISBURSEMENT

**Borrower:** Arrowhead Lodge, LLC

**Loan Number(s):** 959970

| 30* | | 32 | | 33 | | 35 ✓ | | 40 |

This is to certify that I/we authorize and direct Southern AgCredit to make disbursements of loan proceeds, funds held or advance conditional payments from/to my/our credit line with Southern AgCredit identified by the Loan and Note Number (the "Loan"), (including any adjustments for entries made in error). This authorization applies only to disbursements to the Bank and the Account specified below. All disbursements under this Agreement are also subject to Southern AgCredit policies and procedures and the general terms and conditions of the Loan. If applicable, I/we expressly acknowledge the security procedures offered by Southern AgCredit in connection with all disbursements and hereby accept and agree to be bound by these security procedures.

I/We hereby make a request for disbursement of $ 4,050.00 on the above-captioned loan number/funds held. I/We further agree that all disbursements requested will be for the business or agricultural purposes described in my/our loan application and loan agreement.

If funds held, the undersigned borrower(s) do hereby attest than any funds withdrawn are to be used for the following purpose:
Drywall repairs

I/We, jointly and severally, accept responsibility for all disbursements made pursuant to this Agreement. If applicable, I/we agree to pay the charges associated with the electronic funds transfers, which are described by Southern AgCredit and authorize Southern AgCredit to add the charges to the principal balance outstanding on my/our Loan. I/We further understand that these fees may change from time to time and that Southern AgCredit will make available a revised fee schedule to reflect the changes in the fees.

**Type of Authorized Disbursement:** ACH [ ]  Wire [ ]  Check [✓]

Payable To: JLH Construction

[ ] Electronic Funds Transfer Form 1250 Completed    If EFT, please complete the information below:

Bank Name: _____

Bank ABA/Transit Routing Number: _____    Bank Account Number: _____

If Wire, in addition to the information provided above, we may also need the wiring instructions for any intermediary bank your depository bank utilizes in order to process a wire. Please request this information from your depository bank and attach to this Form.

Disbursements to third party must be made payable to the borrower and the third party. See wire transfer and ACH procedures for Wire/ACH to third party.

*By signing below, I/we certify the above information is true and correct. I/We represent and warrant that I/we are authorized to make this request, that there exists no event of default under the loan documents and that no Federal Tax Lien has been filed of record, that is unreleased, against the mortgagors. I/We hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested by or related to our designees. If I/we have also selected verbal/phone as a format for which wire requests can be made, I/we hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested verbally or by phone.*

Borrower Christopher J. Payton    Date 1/25/2019

Borrower Christine B. Payton    Date 1/25/2019

[ ] Verified by PIN

[ ] Verified by other. Please explain: _____

*CEO (Funds Held 30 approval required if disbursed directly to borrower.)

| Office/Loan Administrator | Date | Loan Officer Approval | Date |

Form 1254 Rev. Sept. 2017

Page 1 of 1

1/28/19      Deposit Inquiry                                              DD8500
12:07:51     Southern AgCredit, ACA (FLCA)          U59796PV             SF01D

Arrowhead Lodge, LLC                     Account number:      95997035 S
313 Princeton Woods Loop                 F35 Funds Held - Special
Lafayette LA 70508                       SC:


Available balance:        4,050.00        Date opened:      9/24/18
Current balance:          4,050.00        Last statement:   1/14/19
Pending Trans.:               .00         Last active:      12/05/18
Average this year:        4,050.00
                                          Last deposit:     9/24/18
Last deposit:            55,894.00        Last interest:
Interest accrued:                         Interest rate:      .0000
Interest this year:                       YTD NSF/OD:        0 /    0

F14=Related accounts

F4=Display customer  F5=Messages  F6=Account relationships  F7=History
F8=Maintenance  F10=Additional information  F13=Holds          F24=More

# INVOICE

**Chris Payton**
Arrowhead Farms
Poplarville, Ms.

### Jlhconstruction

1234 Kapalama Lane
Diamondhead, Ms 39525

Phone: (228) 254-0644
Email: jlhconstruction@bellsouth.net
Web: jlhconstructionllc.com

| | |
|---|---|
| Payment Terms | Due upon receipt |
| Invoice # | 000080 |
| Date | 01/28/2019 |
| Business / Tax # | State of La. commercial construction license #62519. State of Ms. residential and Light commercial license#R15812. Mississippi State University MAR evaluation and Remediation license number SE162SEMD10102-1 |

| Description | Total |
|---|---|
| Chris Payton /Final Draw | $4,050.00 |
| Final Draw. Chris Payton | |

| | |
|---|---|
| **Subtotal** | $4,050.00 |
| **Total** | **$4,050.00** |

Jlhconstruction                    Chris Payton

**Pam Vitteck**

| | |
|---|---|
| **From:** | Jlhconstruction <delivery@email.joistapp.com> |
| **Sent:** | Monday, January 28, 2019 9:33 AM |
| **To:** | Pam Vitteck |
| **Subject:** | [External Email]Your invoice #80 from Jlhconstruction |

**Invoice #80
from
Jlhconstruction**

### Attn: Chris Payton

Thanks for your business!

please email when check will be ready for pickup thanks again

We now take payment online in order to save us both some time and hassle, and provide you with a digital receipt for your records.

Please click below to view and pay your Invoice online (only takes a second!).

View and Pay Invoice Online


We accept:

Payments are safe and secure



1

**Pam Vitteck**

| | |
|---|---|
| **From:** | Jason Jimenez <jlhconstruction@bellsouth.net> |
| **Sent:** | Monday, January 28, 2019 9:59 AM |
| **To:** | Pam Vitteck |
| **Subject:** | [External Email]RE: [External Email]Your invoice #80 from Jlhconstruction |

Please call 228 254 0644. Jason

Thank you

On Mon, 1/28/19, Pam Vitteck <Pam.Vitteck@SouthernAgCredit.com> wrote:

Subject: RE: [External Email]Your invoice #80 from Jlhconstruction
To: "'jlhconstruction@bellsouth.net'" <jlhconstruction@bellsouth.net>
Date: Monday, January 28, 2019, 9:37 AM

#yiv8250847573
P.yiv8250847573b966366b-dbfa-4eee-b2d5-e9911e987d47 { MARGIN:0cm 0cm 0pt;)
#yiv8250847573
LI.yiv8250847573b966366b-dbfa-4eee-b2d5-e9911e987d47 { MARGIN:0cm 0cm 0pt;}
#yiv8250847573
DIV.yiv8250847573b966366b-dbfa-4eee-b2d5-e9911e987d47 { MARGIN:0cm 0cm 0pt;}
#yiv8250847573
TABLE.yiv8250847573b966366b-dbfa-4eee-b2d5-e9911e987d47Table
{
MARGIN:0cm 0cm 0pt;}
#yiv8250847573 DIV.yiv8250847573Section1 { }

I
will call to let you know when the check is ready (sometime this afternoon most likely).

Thank
you!

1

 

Check Date: 12/05/18

Check Number: 90004266
Check Amount: 25,450.00

| Account # | Description | Principal | Interest | Other | Total |
|-----------|-------------|-----------|----------|-------|-------|
| 95997035 | FH Withdrawal | 25,450.00- | .00 | .00 | 25,450.00- |

90004266

Check made payable to: JLH Construction
Remarks: S71-106   95997035   ARROWHEAD LODGE, LLC

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

SOUTHERN AGCREDIT, FLCA
402 W. PARKWAY PLACE
RIDGELAND, MS 39157

JPMORGAN CHASE BANK, N.A.      90004266
56-1544/441

12/05/18

PAY      Twenty-five thousand four hundred fifty and 00/100 dollars

TO THE ORDER OF            JLH Construction                                    *****25,450.00

JLH Construction
1234 Kapalama Drive
Diamondhead, MS 39525

S71-106   95997035   ARROWHEAD LODGE, LLC          BY  Pamela M. Vitteck

⑈090004266⑈ ⑆044115443⑆     6755146 24⑈



## SOUTHERN AGCREDIT

### APPLICATION FOR DISBURSEMENT

**Borrower:** Arrowhead Lodge, LLC

**Loan Number(s):** 959970

| 30* | 32 | 33 | ✓ 35 | 40 |

This is to certify that I/we authorize and direct Southern AgCredit to make disbursements of loan proceeds, funds held or advance conditional payments from/to my/our credit line with Southern AgCredit identified by the Loan and Note Number (the "Loan"), (including any adjustments for entries made in error). This authorization applies only to disbursements to the Bank and the Account specified below. All disbursements under this Agreement are also subject to Southern AgCredit policies and procedures and the general terms and conditions of the Loan. If applicable, I/we expressly acknowledge the security procedures offered by Southern AgCredit in connection with all disbursements and hereby accept and agree to be bound by these security procedures.

I/We hereby make a request for disbursement of $ 25,450.00 on the above-captioned loan number/funds held. I/We further agree that all disbursements requested will be for the business or agricultural purposes described in my/our loan application and loan agreement.

If funds held, the undersigned borrower(s) do hereby attest than any funds withdrawn are to be used for the following purpose:
Drywall repairs

I/We, jointly and severally, accept responsibility for all disbursements made pursuant to this Agreement. If applicable, I/we agree to pay the charges associated with the electronic funds transfers, which are described by Southern AgCredit and authorize Southern AgCredit to add the charges to the principal balance outstanding on my/our Loan. I/We further understand that these fees may change from time to time and that Southern AgCredit will make available a revised fee schedule to reflect the changes in the fees.

**Type of Authorized Disbursement: ACH** ☐ **Wire** ☐ **Check** ✓

Payable To: JLH Construction

☐ Electronic Funds Transfer Form 1250 Completed     If EFT, please complete the information below:

Bank Name: _____

Bank ABA/Transit Routing Number: _____     Bank Account Number: _____

If Wire, in addition to the information provided above, we may also need the wiring instructions for any intermediary bank your depository bank utilizes in order to process a wire. Please request this information from your depository bank and attach to this Form.

Disbursements to third party must be made payable to the borrower and the third party. See wire transfer and ACH procedures for Wire/ACH to third party.

*By signing below, I/we certify the above information is true and correct. I/We represent and warrant that I/we are authorized to make this request, that there exists no event of default under the loan documents and that no Federal Tax Lien has been filed of record, that is unreleased, against the mortgagors. I/We hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested by or related to our designees. If I/we have also selected verbal/phone as a format for which wire requests can be made, I/we hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested verbally or by phone.*

Borrower Christopher J. Payton     Date 12-5-2018     Borrower Christine B. Payton     Date 12-5-2018

☐ Verified by PIN     ☐ Verified by other. Please explain: _____

*CEO (Funds Held 30 approval required if disbursed directly to borrower.)

Office/Loan Administrator     Date 12/5/18     Loan Officer Approval     Date 12/5/18

Form 1254 Rev. Sept. 2017

```
12/05/18     Deposit Inquiry                              ©              DD8500
08:15:29     Southern AgCredit, ACA (FLCA)            U59796PV          SF01D


Arrowhead Lodge, LLC                    Account number:      95997035 S
313 Princeton Woods Loop                F35 Funds Held - Special
Lafayette LA 70508                      SC:




Available balance:      29,500.00           Date opened:      9/24/18
Current balance:        29,500.00           Last statement:  11/13/18
Pending Trans.:              .00            Last active:     11/16/18
Average this year:      44,730.25
                                            Last deposit:     9/24/18
Last deposit:           55,894.00           Last interest:
Interest accrued:                           Interest rate:      .0000
Interest this year:                         YTD NSF/OD:         0 /   0


F14=Related accounts

F4=Display customer  F5=Messages  F6=Account relationships  F7=History
F8=Maintenance  F10=Additional information  F13=Holds            F24=More
```

Ck # 900042dd

# INVOICE

**Chris Payton**
Rester Town Road
Poplarville, MS

**Jlhconstruction**

1234 Kapalama Lane
Diamondhead, Ms 39525

Phone: (228) 254-0644
Email: jlhconstruction@bellsouth.net
Web: jlhconstructionllc.com

| | |
|---|---|
| Payment Terms | Due upon receipt |
| Invoice # | 000077 |
| Date | 12/04/2018 |
| Business / Tax # | State of La. commercial construction license #62519.  State of Ms. residential and Light commercial license#R15812. Mississippi State University MAR evaluation and Remediation license number SE162SEMD10102-1 |

| Description | Total |
|---|---|
| Chinese Drywall Remediation | $25,450.00 |

| | |
|---|---|
| **Subtotal** | $25,450.00 |
| **Total** | **$25,450.00** |

**Notes:**

3rd DRAW 12/3/18

Trim out completion minus hold back. HVAC fees, dumpster container fees. Material cost, profit overhead.

$25,450.00

Check Date: 11/16/18

Check Number: 90004265
Check Amount:      7,500.00
Check Total

| Account # | Description | Principal | Interest | Other | Total |
|-----------|-------------|-----------|----------|-------|-------|
| 95997035 | FH Withdrawal | 7,500.00- | .00 | .00 | 7,500.00- |

90004265

Check made payable to: JLH Construction
Remarks: S71-106   95997035   ARROWHEAD LODGE, LLC

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

SOUTHERN AGCREDIT, FLCA
402 W. PARKWAY PLACE
RIDGELAND, MS 39157

JPMORGAN CHASE BANK, N.A.

56-1544/441

90004265

11/16/18

PAY        Seven thousand five hundred and 00/100 dollars

TO THE ORDER OF              JLH Construction

JLH Construction
1234 Kapalama Drive
Diamondhead, MS 39525

S71-106   95997035   ARROWHEAD LODGE, LLC

******7,500.00

BY

⑈090004265⑈ ⑈044115443⑈        675514624⑈



## SOUTHERN AGCREDIT

### APPLICATION FOR DISBURSEMENT

**Borrower:** Arrowhead Lodge, LLC

**Loan Number(s):** 959970

| 30* | 32 | 33 ✓ | 35 | 40 |

This is to certify that I/we authorize and direct Southern AgCredit to make disbursements of loan proceeds, funds held or advance conditional payments from/to my/our credit line with Southern AgCredit identified by the Loan and Note Number (the "Loan"), (including any adjustments for entries made in error). This authorization applies only to disbursements to the Bank and the Account specified below. All disbursements under this Agreement are also subject to Southern AgCredit policies and procedures and the general terms and conditions of the Loan. If applicable, I/we expressly acknowledge the security procedures offered by Southern AgCredit in connection with all disbursements and hereby accept and agree to be bound by these security procedures.

I/We hereby make a request for disbursement of $ 7,500.00 on the above-captioned loan number/funds held. I/We further agree that all disbursements requested will be for the business or agricultural purposes described in my/our loan application and loan agreement.

If funds held, the undersigned borrower(s) do hereby attest than any funds withdrawn are to be used for the following purpose:
Drywall repairs

I/We, jointly and severally, accept responsibility for all disbursements made pursuant to this Agreement. If applicable, I/we agree to pay the charges associated with the electronic funds transfers, which are described by Southern AgCredit and authorize Southern AgCredit to add the charges to the principal balance outstanding on my/our Loan. I/We further understand that these fees may change from time to time and that Southern AgCredit will make available a revised fee schedule to reflect the changes in the fees.

**Type of Authorized Disbursement: ACH ☐   Wire ☐   Check ✓**

Payable To: JLH Construction

☐ Electronic Funds Transfer Form 1250 Completed      If EFT, please complete the information below:

Bank Name: _____

Bank ABA/Transit Routing Number: _____      Bank Account Number: _____

If Wire, in addition to the information provided above, we may also need the wiring instructions for any intermediary bank your depository bank utilizes in order to process a wire. Please request this information from your depository bank and attach to this Form.

Disbursements to third party must be made payable to the borrower and the third party. See wire transfer and ACH procedures for Wire/ACH to third party.

*By signing below, I/we certify the above information is true and correct. I/We represent and warrant that I/we are authorized to make this request, that there exists no event of default under the loan documents and that no Federal Tax Lien has been filed of record, that is unreleased, against the mortgagors. I/We hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested by or related to our designees. If I/we have also selected verbal/phone as a format for which wire requests can be made, I/we hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested verbally or by phone.*

_____ 11/15/2018      _____ 11/15/2018
Borrower Christopher J. Payton   Date      Borrower Christine B. Payton   Date

☐ Verified by PIN      ☒ Verified by other. Please explain: Email

N/A

*CEO (Funds Held 30 approval required if disbursed directly to borrower.)

_____ 11/16/18      _____ 11/16/18
Office/Loan Administrator   Date      Loan Officer Approval   Date

Form 1254 Rev. Sept. 2017

Page 1 of 1

**Pam Vitteck**

| | |
|---|---|
| **From:** | Chris Payton <cpayton@lendtheway.com> |
| **Sent:** | Friday, November 16, 2018 8:02 AM |
| **To:** | Pam Vitteck |
| **Subject:** | [External Email]FW: Approval for Draw Request for JLH Construction |
| **Attachments:** | SKMBT_C552D18111520410.pdf |

Good Morning.

Please see attached as requested, Pam.

Thankyou.

From:
Sent:
To:
Subject:
Att

**Assurance**

FINANCIAL

*Home Loan Experts*

**CHRIS PAYTON**
FOUNDING PARTNER –NMLS#76721
1215 CAMELLIA BLVD.
LAFAYETTE, LOUISIANA 70508
D: 337.456.8744
F: 877.633.3448
**www.lendtheway.com**

EQUAL HOUSING OPPORTUNITY
This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

**From:** Scanner <scanner@lendtheway.com>
**Sent:** Thursday, November 15, 2018 7:43 PM
**To:** Chris Payton <cpayton@lendtheway.com>
**Subject:** Message from KMBT_C552DS

1

**Pam Vitteck**

| | |
|---|---|
| **From:** | Pam Vitteck |
| **Sent:** | Thursday, November 15, 2018 1:32 PM |
| **To:** | 'Chris Payton' |
| **Cc:** | Alex Riser |
| **Subject:** | Draw Request for JLH |
| **Attachments:** | Arrowhead Lodge Appl for Disbursement (1254) Form.pdf; JLH Invoice.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Chris Payton' | |
| | Alex Riser | Read: 11/15/2018 1:46 PM |

Good afternoon Chris,
JLH dropped off an invoice for $7,500 for some of the drywall repairs. I have attached a draw request for your approval and signatures.
Let me know if you have any questions. Thank you!



**PAMELA VITTECK**

*Senior Loan Administrator*

**Southern AgCredit, ACA**

p: 228.832.5582  f: 228.832.7908
a: 12196 Highway 49 | Gulfport, MS 39503
   PO Box 2303 | Gulfport, MS 39505
w: southernagcredit.com

**Begin. Grow. Improve. Hunt. Unwind.**

*Ashky @JLH*
*228.342.6641*

1

```
11/16/18        Deposit Inquiry                                    DD8500
08:19:57        Southern AgCredit, ACA (FLCA)          U59796PV     SF01D
```

```
Arrowhead Lodge, LLC                    Account number:     95997035 S
313 Princeton Woods Loop                F35 Funds Held - Special
Lafayette LA 70508                      SC:
```

```
Available balance:       37,000.00              Date opened:     9/24/18
Current balance:         37,000.00              Last statement: 11/13/18
Pending Trans.:                .00              Last active:    10/31/18
Average this year:       50,190.15
                                                Last deposit:    9/24/18
Last deposit:            55,894.00              Last interest:
Interest accrued:                               Interest rate:     .0000
Interest this year:                             YTD NSF/OD:       0 /    0
```

```
F14=Related accounts
```

```
F4=Display customer  F5=Messages  F6=Account relationships  F7=History
F8=Maintenance  F10=Additional information  F13=Holds          F24=More
```

# ESTIMATE

**Chris Payton**
Rester Town Road
Poplarville, MS

## Jlhconstruction

1234 Kapalama Lane
Diamondhead, Ms 39525

Phone: (228) 254-0644
Email: jlhconstruction@bellsouth.net
Web: jlhconstructionllc.com

| | |
|---|---|
| Estimate # | 000088 |
| Date | 08/26/2018 |
| Business / Tax # | State of La. commercial construction license #62519. State of Ms. residential and Light commercial license#R15812. Mississippi State University MAR evaluation and Remediation license number SE162SEMD10102-1 |

| Description | Total |
|---|---|
| Chinese Drywall Remediation | $7,500.00 |

| | |
|---|---|
| **Subtotal** | $7,500.00 |
| **Total** | **$7,500.00** |

Pd. 11/16/18
ck. # 900042265

**Notes:**

- Perform an interior demolition of all drywall within the Log Cabin home. Approximately 1000 square feet interior space.

- provide for the delivery of 1 30 yard trash container. Provide for the delivery of one 30-foot enclosed storage container.

- perform the installation of visqueen plastic around the immediate entrance of the property to include stairs, driveway and walkway to 30 yard trash container.

- remove all loose organic items within the residence and store in the 30 foot enclosed storage container

- install visqueen plastic along all wooden log wall areas to protect areas from affected drywall dust. Install visqueen plastic on floor of entire residence.

- install two heavy duty air scrubber units with 8 inch high filtration blocks and pre filters. Air scrubbers will be installed in line from hallway two front door with flex duct leading out of the structure and remain in place during the entire demolition process. Once the demolition is completed the air scrubbers will be removed from the property and affected filtration filters will be discarded in airtight bags and placed in dumpster, photographs will be supplied of this process.

- perform hand removal of all defective drywall and insulation. Removal and chain of custody will be the responsibility of the contractor. Removal, labeling and samples will all be documented and photographed according to the protocol provided by the fifth district Court. Contractor will be removing all high humidity drywall in the bathrooms and not affected the drywall in the ceilings as well. Please note the contractor have to detach and reset all bath fixtures including showers and tubs in order to remove and replace the affected copper in all areas.

Contractor is also recommending that all attic insulation all ductwork and the indoor air handler be removed from the property and replaced accordingly with new material. This will include air registers in each room.

In the interest of following the protocol jlh is recommending that all Romex be removed from the property including that any interior electrical panel be rebuilt with new.

Contractor will be removing all bathroom hardware including shower kits they will be stored and then reattached where possible. Contractor is recommending that all fixtures in bathrooms including sink fixtures shower fixtures light fixtures be removed from the property and replaced accordingly. All toilets and sinks will be salvaged where possible any corrosion discovered post demolition will be noted and brought to the owner's attention at that time.

Contractor is also recommending that all light fixtures in rooms be removed and cleaned and inspected by the homeowner for replacement post demolition. An interior inspection of a components can take place of these units at that time.

Contractor is recommending that all soft organic items such as bedding blankets curtains be discarded and replaced accordingly this contract estimate does not include the cost of replacing these items. Contractor that this take place as the Odor Control in these items may not be successful. Contractor be removing and discarding all mattresses and box springs and replacing

them with like. This estimate includes replacement of such mattresses and they shall be purchased from Sam's Wholesale Outlet. Please see allowance below.

Contractor will remove Chinese drywall from storage area on the outside of the living area including its insulation and replace with new materials post fine cleaning and odorox process.

- affected drywall will be removed by hand with minimal mechanical cutting. All custom heart Pine trim andcdoors will be removed and properly cleaned and stored in an outside storage container. Please note that contractor cannot guarantee that these items will not be cracked or damaged during the detach phase however great care will be taken to keep all units in clean and undamaged state.

Affected areas will be HEPA vacuumed while the demolition is in process all Fasteners screws or Nails will be removed and discarded as well. Entire affected areas will be hand cleaned wet scrubbed with odor killing microbial cleaning agent. Wet vacuuming will take place during this process as well.

- all post demolition inspection guidelines will be followed according to the provided protocol. Please note attached paperwork lists a dedicated environmental hygienist to perform testing.

- post demolition, all installed visqueen plastic on floors and walls will be tactfully rolled and removed carefully from property. Once this process has taken place a thorough micro cleaning with high filtration HEPA filtered vacuums will take place in the entire affected area. Air scrubbers filters will be replaced during this time so that all of the secondary fine cleaning takes place with clean filtered units. New visqueen plastic will be reinstalled on the floor area as to protect the floor from any damage during the Reconstruction process.

- once fine cleaning and wet scrubbing has taken place, contractor will install to commercial dehumidifiers to quickly dry all wet materials. In addition contractor install and utilize commercial air fogger was commercial order controlling solution. This process will take approximately 72 hours and may remain in place a additional 24 to 48 hour. Contractor will inspect once the first 72 hours is complete.

- contractor will perform the reconstruction of the electrical panel and all its 110 runs and junctions to the original state. This includes replacing all electrical outlets and their plate covers. Contractor will perform the reconstruction of all damaged Plumbing apparatus to its original state. All local code office inspections will be provided.

- contractor will perform the installation of the new air handler and ductwork including air registers. Jlh construction will perform the installation of new insulation and drywall. will reinstall all existing doors and trim please note there maybe change orders during this phase jlh construction will notify homeowner as this occurs in the instance that items are cracked or broke. Contractor will perform the application of all finishes to walls homeowner to provide color palette.

(This estimate includes all labor materials, testing fees, permit fees and insurance fees. Jlh Construction is a state licensed and insured contractor fully experience in the removal and Remediation of Chinese drywall affected properties.)

$55.84 Sq ft
PROJECT TOTAL
$55,894.00

---

1ST DRAW 10/18/18
Detach, decontamination and storage of all salvageable items. Storage container rental

dumpster rental, permit fee, removing of defective materials rough cutting and fine cleaning of all interior areas.  Rough-in for electrical and plumbing.

$18894.00

---

Remaining balance after first draw

$37,099.94     $31,000.~

---

2cnd. Draw 11/16/18

Materials for insulation and drywall. Hanging all insulation hanging all drywall taping and floating.  Rental cost containers dumpsters porta potty

$7500.00

---

Balance after draw #2  11/16/18

$29,598.94
$29,500

90004264

Check Date: 10/31/18

Check Number: 90004264
Check Amount: 18,894.00

| Account # | Description | Principal | Interest | Other | Total |
|---|---|---|---|---|---|
| - 95997035 | FH Withdrawal | 18,894.00- | .00 | .00 | 18,894.00- |

90004264

Check made payable to: JLH Construction
Remarks: S71-106   95997035   ARROWHEAD LODGE, LLC

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

SOUTHERN AGCREDIT, FLCA
402 W. PARKWAY PLACE
RIDGELAND, MS 39157

JPMORGAN CHASE BANK, N.A.       90004264

56-1544/441

10/31/18

PAY     Eighteen thousand eight hundred ninety-four and 00/100 dollars

TO THE ORDER OF            JLH Construction                                          *****18,894.00

JLH Construction
1234 Kapalama Drive
Diamondhead, MS 39525

S71-106   95997035   ARROWHEAD LODGE, LLC

BY 

⑈090004264⑈ ⑆044115443⑆      675516624⑈



## SOUTHERN AGCREDIT

### APPLICATION FOR DISBURSEMENT

**Borrower:** Arrowhead Lodge, LLC          **Loan Number(s):** 959970

☐ 30*   ☐ 32   ☐ 33   ☑ 35   ☐ 40

This is to certify that I/we authorize and direct Southern AgCredit to make disbursements of loan proceeds, funds held or advance conditional payments from/to my/our credit line with Southern AgCredit identified by the Loan and Note Number (the "Loan"), (including any adjustments for entries made in error). This authorization applies only to disbursements to the Bank and the Account specified below. All disbursements under this Agreement are also subject to Southern AgCredit policies and procedures and the general terms and conditions of the Loan. If applicable, I/we expressly acknowledge the security procedures offered by Southern AgCredit in connection with all disbursements and hereby accept and agree to be bound by these security procedures.

I/We hereby make a request for disbursement of $ __18,894.00__ on the above-captioned loan number/funds held. I/We further agree that all disbursements requested will be for the business or agricultural purposes described in my/our loan application and loan agreement.

If funds held, the undersigned borrower(s) do hereby attest than any funds withdrawn are to be used for the following purpose:
Drywall repairs

I/We, jointly and severally, accept responsibility for all disbursements made pursuant to this Agreement. If applicable, I/we agree to pay the charges associated with the electronic funds transfers, which are described by Southern AgCredit and authorize Southern AgCredit to add the charges to the principal balance outstanding on my/our Loan. I/We further understand that these fees may change from time to time and that Southern AgCredit will make available a revised fee schedule to reflect the changes in the fees.

**Type of Authorized Disbursement: ACH** ☐   **Wire** ☐   **Check** ☑

Payable To: JLH Construction

☐ Electronic Funds Transfer Form 1250 Completed          If EFT, please complete the information below:

Bank Name: _____

Bank ABA/Transit Routing Number: _____          Bank Account Number: _____

If Wire, in addition to the information provided above, we may also need the wiring instructions for any intermediary bank your depository bank utilizes in order to process a wire. Please request this information from your depository bank and attach to this Form.

Disbursements to third party must be made payable to the borrower and the third party. See wire transfer and ACH procedures for Wire/ACH to third party.

*By signing below, I/we certify the above information is true and correct. I/We represent and warrant that I/we are authorized to make this request, that there exists no event of default under the loan documents and that no Federal Tax Lien has been filed of record, that is unreleased, against the mortgagors. I/We hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested by or related to our designees. If I/we have also selected verbal/phone as a format for which wire requests can be made, I/we hereby indemnify Southern AgCredit and its employees of any fault or responsibility for any fraud or misappropriate funding requested verbally or by phone.*

Borrower Christopher J. Payton   Date 10/30/2018          Borrower Christine B. Payton   Date 16/30/18

☐ Verified by PIN          ☐ Verified by other. Please explain: _____

N/A

*CEO (Funds Held 30 approval required if disbursed directly to borrower.)

Office/Loan Administrator   Date 10/31/18          Loan Officer Approval   Date 10/31/18

Form 1254 Rev. Sept. 2017

Page 1 of 1

10/31/18      Deposit Inquiry                                              DD8500
11:19:19      Southern AgCredit, ACA (FLCA)                  U59796PV      SF01D

Arrowhead Lodge, LLC                        Account number:      95997035 S
313 Princeton Woods Loop                    F35 Funds Held - Special
Lafayette LA 70508                          SC:


Available balance:      55,894.00              Date opened:       9/24/18
Current balance:        55,894.00              Last statement:   10/12/18
Pending Trans.:               .00              Last active:       9/24/18
Average this year:      55,894.00
                                               Last deposit:      9/24/18
Last deposit:           55,894.00              Last interest:
Interest accrued:                              Interest rate:       .0000
Interest this year:                            YTD NSF/OD:        0 /    0

F14=Related accounts

F4=Display customer  F5=Messages  F6=Account relationships  F7=History
F8=Maintenance  F10=Additional information  F13=Holds              F24=More

🛡 Secure 256 bit encryption

## Invoice                                                                           •••

INVOICE

Chris Payton
Rester Town Road
Poplarville, MS

Jhconstruction
1234 Kapalama Lane
Diamondhead, Ms 39525

| | |
|---|---|
| Payment Terms | Due upon receipt |

Phone: (228) 254-0644
Email: jhconstruction@bellsouth.net
Web: jhconstructionllc.com

| | |
|---|---|
| Invoice # | 000073 |
| Date | 10/26/2018 |
| Business / Tax # | State of La. commercial construction license #62519. State of Ms. residential and Light commercial license#R15812. Mississippi State University MAR evaluation and Remediation license number SE1625EMD10102-1 |

| Description | Total |
|---|---|
| Chinese Drywall Remediation | $18,894.00 |

| | |
|---|---|
| Subtotal | $18,894.00 |
| Total | $18,894.00 |

Page 1 of 5

**Pam Vitteck**

| | |
|---|---|
| **From:** | Chris Payton <cpayton@lendtheway.com> |
| **Sent:** | Tuesday, October 30, 2018 9:14 PM |
| **To:** | Pam Vitteck |
| **Subject:** | [External Email]FW: Disbursement Letter for JLH Construction |
| **Attachments:** | SKMBT_C552D18103019341.pdf |

Hi Pam.

As requested.

Thank you.



**CHRIS PAYTON**
FOUNDING PARTNER –NMLS#76721
1215 CAMELLIA BLVD.
LAFAYETTE, LOUISIANA 70508
D: 337.456.8744
F: 877.633.3448
**www.lendtheway.com**

EQUAL HOUSING OPPORTUNITY
This communication may contain privileged and/or confidential information. It is intended solely for the use of the addressee. If you are not the intended recipient you are strictly prohibited from disclosing, copying, distributing or using any of this information. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

**From:** Scanner
**Sent:** Tuesday, October 30, 2018 7:36 PM
**To:** Chris Payton <cpayton@lendtheway.com>
**Subject:** Message from KMBT_C552DS

Ashley Lightell
228.342
228. 223.4300

Make payment below to
## Jlhconstruction

Amount Due
## $18,894.00   Make Partial Payment

Select Payment Method

⦿ Credit / Debit Card

◯ E-Check

VISA   DISCOVER   DEBIT

**Name on card**

John Smith

**Card number**

1234 1234 1234 1234

**Expiration date**

mm / yy

**CVV code** ?

123

**Country**

United States   ⌄

**Zip/Postal code**

Zip/Postal code

**Email for your receipt**

email@example.com

🔒 Make Payment

Powered by CHASE ◌ wepay   (https://go.wepay.com/)

Notes:

- Perform an interior demolition of all drywall within the Log Cabin home. Approximately 1000 square feet interior space.

- provide for the delivery of 1 30 yard trash container. Provide for the delivery of one 30-foot enclosed storage container.

- perform the installation of visqueen plastic around the immediate entrance of the property to include stairs, driveway and walkway to 30 yard trash container.

- remove all loose organic items within the residence and store in the 30 foot enclosed storage container

- install visqueen plastic along all wooden log wall areas to protect areas from affected drywall dust. install visqueen plastic on floor of entire residence.

- install two heavy duty air scrubber units with 8 inch high filtration blocks and pre filters. Air scrubbers will be installed in line from hallway two front door with flex duct leading out of the structure and remain in place during the entire demolition process. Once the demolition is completed the air scrubbers will be removed from the property and affected filtration filters will be discarded in airtight bags and placed in dumpster, photographs will be supplied of this process.

- perform hand removal of all defective drywall and insulation. Removal and chain of custody will be the responsibility of the contractor. Removal, labeling and samples will all be documented and photographed according to the protocol provided by the fifth district Court. Contractor will be removing all high humidity drywall in the bathrooms and not affected the drywall in the ceilings as well. Please note the contractor have to detach and reset all bath fixtures including showers and tubs in order to remove and replace the affected copper in all areas.

Contractor is also recommending that all attic insulation all ductwork and the indoor air handler be removed from the property and replaced accordingly with new material. This will include air registers in each room.

in the interest of following the protocol jph is recommending that all Romex be removed from the property including that any interior electrical panel be rebuilt with new.

Contractor will be removing all bathroom hardware including shower kits they will be stored and then reattached where possible. Contractor is recommending that all fixtures in bathrooms including sink fixtures, shower fixtures light fixtures be removed from the property and replaced accordingly. All toilets and tanks will be salvaged where possible any corrosion discovered post demolition will be noted and brought to the owner's attention at that time.

Contractor is also recommending that all light fixtures in rooms be removed and cleaned and inspected by the homeowner for replacement post demolition. An interior inspection of a components can take place of these units at that time.

Contractor is recommending that all soft organic items such as bedding blankets curtains be discarded and replaced accordingly. this contract estimate does not include the cost of replacing these items. Contractor that this take place as the Odor Control in these items may not be successful. Contractor be removing and discarding all mattresses and box springs and replacing

Page 2 of 5

them with like. This estimate includes replacement of such mattresses and they shall be purchased from Sam's Wholesale Outlet. Please see allowance below.

Contractor will remove Chinese drywall from storage area on the outside of the living area including its insulation and replace with new materials post fine cleaning and odorox process.

- affected drywall will be removed by hand with minimal mechanical cutting. All custom heart Pine trim and doors will be removed and properly cleaned and stored in an outside storage container. Please note that contractor cannot guarantee that these items will not be cracked or damaged during the detach phase however great care will be taken to keep all units in clean and undamaged state.

Affected areas will be HEPA vacuumed while the demolition is in process all Fasteners screws or Nails will be removed and discarded as well. Entire affected areas will be hand cleaned wet scrubbed with odor killing microbial cleaning agent. Wet vacuuming will take place during this process as well.

- all post demolition inspection guidelines will be followed according to the provided protocol. Please note attached paperwork lists a dedicated environmental hygienist to perform testing.

- post demolition. all installed visqueen plastic on floors and walls will be tactfully rolled and removed carefully from property. Once this process has taken place a thorough micro cleaning with high filtration HEPA filtered vacuums will take place in the entire affected area. Air scrubbers filters will be replaced during this time so that all of the secondary fine cleaning takes place with clean filtered units. New visqueen plastic will be reinstalled on the floor area as to protect the floor from any damage during the Reconstruction process.

- once fine cleaning and wet scrubbing has taken place. contractor will install to commercial dehumidifiers to quickly dry all wet materials. In addition contractor install and utilize commercial air fogger was commercial order controlling solution. This process will take approximately 72 hours and may remain in place a additional 24 to 48 hour. Contractor will inspect once the first 72 hours is complete.

- contractor will perform the reconstruction of the electrical panel and all its 110 runs and junctions to the original state. This includes replacing all electrical outlets and their plate covers. Contractor will perform the reconstruction of all damaged Plumbing apparatus to its original state. All local code office inspections will be provided.

- contractor will perform the installation of the new air handler and ductwork including air registers. jph construction will perform the installation of new insulation and drywall. will reinstall all existing doors and trim please note there maybe change orders during this phase jph construction will notify homeowner as this occurs in the instance that items are cracked or broke. Contractor will perform the application of all finishes to walls homeowner to provide color palette.

[This estimate includes all labor materials, testing fees, permit fees and insurance fees. jph Construction is a state licensed and insured contractor fully experience in the removal and Remediation of Chinese drywall affected properties.]

$55.84 Sq ft.
PROJECT TOTAL
$55,894.00

1ST DRAW 10/18/18
Detach, decontamination and storage of all salvageable items. Storage container rental

Page 3 of 5

dumpster rental, permit fee, removing of defective materials rough cutting and fine cleaning of all interior areas. Rough-in for electrical and plumbing.

$18894.00

Remaining balance after first draw

$37,099.94

Page 4 of 5



↑ Close

12196 Highway 49
Gulfport, MS 39503-2739

Receipt date:   9/24/18

Effective date: 9/21/18

Receipt Number:   S71-106-019879

Remitter:   ARROWHEAD LODGE, LLC

Arrowhead Lodge, LLC

.00

19 Money Hill Lane
Poplarville MS 39470

Total Receipt Amount:   .00

| Account # / Name | Description | Principal | Interest | Other | Total |
|---|---|---|---|---|---|
| 959970 | Disburse-Stock Issue | 1,000.00 | .00 | .00 | 1,000.00 |
| 95997050 | Issue Stock | .00 | .00 | 1,000.00 | 1,000.00 |
| 959970 | Disb: Draft/Assn Closing Fee | 1,500.00 | .00 | .00 | 1,500.00 |
| 521050-106 |  | 1,500.00- | .00 | .00 | 1,500.00- |
| 521050-106 | Disb: Recording/Assn Proc Fee | 275.00 | .00 | .00 | 275.00 |
| 521990-106 |  | 275.00- | .00 | .00 | 275.00- |
| 521990-106 | Disburse Loan Proceeds | 1,381,331.00 | .00 | .00 | 1,381,331.00 |
| 150000-106 |  | 1,381,331.00- | .00 | .00 | 1,381,331.00- |
| 150000-106 | Disburse-Applied to Loan | 55,894.00 | .00 | .00 | 55,894.00 |
| 95997035 | FH Deposit | 55,894.00 | .00 | .00 | 55,894.00 |

Representative: _____

Comment:

Remittances other than cash are accepted for collection only. If for any reason collection is not effected on the
item tendered, it does not constitute payment on indebtedness, and all receipts issued therefore are null and void.

advice

Farm Credit Bank

Outgoing Wire - Advice of Debit

---

Date   09/21/2018


Account #       : 300000071
Amount          : $1,381,331.00
GFX Reference   : 20182640012500
Beneficiary Bank: BANKPLUS
Beneficiary: 2011247
G GERALD CRUTHIRD PA ATTORNEY
121 FOURTH STREET

PICAYUNE MS 39466

Beneficiary Info (OBI):
FOR FURTHER CREDIT TO:

ARROWHEAD LODGE, LLC

LOAN #959970

Bank to Bank Info (BBI):


Reference for Beneficiary (RFB):


Fed Reference Number (IMAD):
20180921L1LFB95C000040


CONFIDENTIALITY/DISCLAIMER NOTE
This message is for the sole use of the intended recipient,
and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by phone or fax and destroy all copies of the original message.

# Exhibit 11



C. Payton   1,645 Sq. Ft.

# Exhibit 12

## CONTRACTOR CERTIFICATION

I certify that all drywall, including all debris and visible dust, electrical wiring, fire safety and home security equipment, and copper gas lines have been removed in accordance with the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. Completion of removal work has been confirmed by a visual inspection of all surfaces in the work area and any adjacent areas (including but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. Evaluation for odor was performed at first entry to the property after it had been vacant and with all windows and doors closed for a period of at least 8 hours.

Contractor Name: _____ LH Construction DBA Just Like Home Renov. LLC

By:
(Signature) _____ Date 1/22/19

(Print Name) _____ Jason D Jimenez

(Print Title) _____ Owner

## PROPERY OWNER RELEASE OF CONTRACTOR

Name: Chris Payton

Day Telephone: 337-356-7699   Night Telephone: 337-356-7699

Address: 19 Money Hill Lane

Poplarville, MS 39470

I/We, Chris Payton , certify that I/We am/are the owner(s) of the above listed property.

In consideration of the Substantial Completion of the Repair Work by the Contractor, I/We agree as follows:

1.  All defined terms in this Release will have the same meaning as those terms are defined in the Work Authorization I/We previously executed.

2.  Except for latent defects (hidden defects that cannot be discovered by reasonable inspection), warranty claims pursuant to the Work Authorization, claims arising from any and all liens related to the Repair Work, Punch List work listed on the attached Punch List, and/or claims for consequential damages as described in Paragraph 3 below, I/We hereby release the Contractor and its subcontractors, employees and agents of and from any and all claims or causes of action which arise out of, or relate in any way, to the Repair Work or the Work Authorization. This release covers all rights and causes of action of every kind, nature and description, which the undersigned ever had, now has/have and, but for this release, may have against the Contractor. This release binds the undersigned and his/her/their heirs, representatives and assignees.

3.  Notwithstanding any other provision of this Release, I/We do not waive claims against the Contractor for bodily injury or property damage caused by the Work Authorization and/or the Repair Work, except I/We waive all claims for such injury and/or damage that seek recovery of emotional distress (except for such emotional distress related to a bodily injury claims), loss of profits, loss of use, and/or diminution of property value damages. "Loss of Use" does not include loss of use during the Construction Duration as defined in the Work Authorization.

4.  Except for items noted on the Punch List, the Repair Work has been performed to my/our satisfaction and in accordance with the Schedule of Work.

SIGNATURE: _____   DATE: 12/27/2018

PRINTED NAME: Chris J. Payton

SIGNATURE: _____   DATE: _____

PRINTED NAME: _____

# Exhibit 13

# Exhibit 14