UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on the Claims Asserted by Arrowhead Investments, LLC and Dr. Peter Walimire:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047. R. Doc. 18181.

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in the Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full

1

and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. Arrowhead Investments, LLC completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury. *See* Exhibit A.

7. Dr. Peter Walimire completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury. *See* Exhibit B.

8. Arrowhead Investments, LLC is listed as a plaintiff in Plaintiffs' First Motion to Intervene, filed September 10, 2018, and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese-manufactured drywall installed in the property located at 19 Money Hill Lane, Poplarville, MS 39470 (the "Arrowhead Property"). R. Doc. 21770.

9. Arrowhead Investments, LLC released and assigned its claims for Chinese drywall at the Arrowhead Property to Mr. Christopher Payton. *See* Exhibit C, Green Deposition at 34-40 and Exhibit 3, Assignment of Claims Agreement, attached thereto.

10. The Assignment of Claims Agreement for the Arrowhead Property specified in part that Arrowhead Investments LLC "assigns and transfers to Buyer ***all*** claims that may be possessed, both filed and unfiled, related to the Chinese-manufactured drywall identified on this property which is contained within the structure." *See Id.* at Exhibit 3 p. 3 (emphasis added).

11. Dr. Peter Walimire is listed as a plaintiff in Plaintiffs' Fifth Amended Complaint, filed May 14, 2018, and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese-manufactured drywall installed in the property located at 3589 Malagrotta Circle, Cape Coral, Florida 33909 (the "Walimire Property"). R. Doc. 21334.

12. Payment for Chinese drywall remediation for the Walimire Property was provided in 2012, and the prior owner authorized the remediation and provided a release. *See* Exhibit D, Remediation Invoice, Wire Confirmation, Chinese Drywall Work Authorization Agreement for the Walimire Property, and General Release.

13. Despite production of settlement and release documents with respect to the Walimire Property, Plaintiff insisted on conducting the deposition in Fort Myers, FL only to cancel the deposition on the scheduled date when the prior settlement and release was brought to the attention of Plaintiff's counsel and orally stated Walimire would be dismissed.

14. To date, the Walimire claim has not yet been dismissed.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:           kmiller@fishmanhaygood.com
***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co. Ltd.***

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 24th day of March, 2020.

                        /s/ *Kerry J. Miller*
                        **KERRY J. MILLER**