UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO CERTAIN PENDING MOTIONS

Defendants have filed a number of motions currently set for consideration and oral argument on this Court's Motion Days of April 1, 2020, and April 15, 2020. As provided in LR 7.8, Plaintiffs may request up to a 21-day extension of time to respond to any pending motion. Plaintiffs request a continuance of all pending dispositive motions filed by the defendants until April 29, 2020, consolidated on the next available motion day, with responses due in accordance with FRCP Rule 56. Specifically, Plaintiffs request a continuance for the following motions: R. Docs. 22613, 22628, 22630, 22631, 22632, 22633, 22636, 22637, 22640, 22641, 22644, 22645, 22646, and 22650. The undersigned counsel hereby certifies that there has been no previous extension of time requested to respond to these motions. And, as LR 7.8 requires, the undersigned counsel also certifies that no opposition to an extension is in the record at this time.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion For Extension of Time to Respond to Certain Pending Motions has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of March, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC