UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### ORDER

Upon consideration of Plaintiffs' Ex Parte Motion For Extension of Time to Respond to Certain Pending Motions, an extension is hereby **GRANTED**. The hearing for Defendants' pending motions (R. Docs. 22613, 22628, 22630, 22631, 22632, 22633, 22636, 22637, 22640, 22641, 22644, 22645, 22646, and 22650) will now be consolidated and scheduled for April 29, 2020 at 9:00 am in the Courtroom of the Honorable Eldon E. Fallon, Room C-456, 500 Poydras Street, New Orleans, LA 70130. All deadlines for filing responses shall be adjusted accordingly.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge