# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## TAISHAN CLASS SETTLEMENT DENIAL NOTICE

**DATE OF NOTICE: 2/25/2020**

**DEADLINE TO REQUEST APPEAL: 3/26/2020**

### I. Claimant and Claim Information

| | |
|---|---|
| **Claimant Name(s)** | RAYMOND P FARLEY; Amelia Farley |
| **Representative Claimant Name** | |

| | | | | | |
|---|---|---|---|---|---|
| **Claimant ID** | 101204 | **Affected Property ID** | 1950 | **Claim ID** | 14040 |

| **Affected Property Address** | Street: 3756 Summerwind Circle |
|---|---|
| | City: Bradenton    State: FL    Zip Code: 34209 |

| **Law Firm** | Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P.A. |
|---|---|

### II. Denial Explanation

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

#### DENIAL REASON(S)

Assignment – Your claim has been assigned to a third party; therefore, you do not have rights to this claim.

### III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice.  If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP |
|---|
| We are available to help you if you have questions or need assistance; however, we cannot assist with filing an appeal. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (804) 521-7200 or send an email to <CDWQuestions@browngreer.com>. |