# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### TAISHAN CLASS SETTLEMENT DENIAL NOTICE
### DATE OF NOTICE: 2/25/2020
### DEADLINE TO REQUEST APPEAL: 3/26/2020

## I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| **Claimant Name(s)** | Justin J Kelley; Melissa L Kelley |
| **Representative Claimant Name** | |

| | | | | | |
|---|---|---|---|---|---|
| **Claimant ID** | 115446 | **Affected Property ID** | 22843 | **Claim ID** | 14064 |

| | |
|---|---|
| **Affected Property Address** | Street: 3319 12th Street North <br> City: St. Petersburg  State: FL  Zip Code: 33704 |
| **Law Firm** | Pro Se |

## II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

### DENIAL REASON(S)

Product ID – Failure to submit sufficient evidence of covered Chinese Drywall product.

Owner Affidavit – You failed to submit a properly signed and notarized Owner Affidavit.

## III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

| IV. How to Contact us with Questions or For Help |
|---|
| We are available to help you if you have questions or need assistance; however, we cannot assist with filing an appeal. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (804) 521-7200 or send an email to CDWQuestions@browngreer.com. |

*By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_/s/ M. Kelly_     2-12-20

Claimant Signature                                              Additional Claimant Signature (If Applicable)

Date

Attorney Signature (If Applicable)     Martin County, State Florida

Print Name Margaret L Tierney     Notary Public _[signature]_
Notarize Justin Kelly

MARGARET L. TIERNEY
Notary Public, State of Florida
Commission# GG 140124
My comm. expires Sept. 16, 2021

Exhibit B

6                                                                 Property ID: 22843

Exhibit C

# CHINESE DRYWALL PRODUCT I.D. INSPECTION REPORT
# JUSTIN AND MELISSA KELLEY
# 10/20/11

The following inspection was conducted on 10/20/11

JUSTIN AND MELISSA KELLEY
3319 12 ST NORTH
ST. PETERSBURGH, FLORIDA

We traveled to KELLEY and conducted a product identification search. MADE IN CHINA MEETS OR EXCEEDS ASTM C1396-04 drywall was documented in the following locations of the house:

**MADE IN CHINA**

1. MASETR BEDROOM- EAST WALL
2. MASTER BEDROOM CLOSET – WEST WALL
3. WEST BEDROOM- CLOSET – SOUTH WALL
4. EAST BEDROOM- SOUTH WALL
5. KITCHEN HALL- NORTH WALL

9297 JUSTIN & MELISSA KELLEY PRODUCT ID 102011
**JAVIER YANES**
**LICENSED PRIVATE INVESTIGATOR**
**LICENSE # A85-00426**
**305-461-5200**