UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * | |

## ORDER

Considering Defendants' pending Motions for Summary Judgment, R. Doc. 22447, 22523, 22613, 22628, 22630, 22631, 22632, 22633, 22636, 22637, 22640, 22641, R. Doc. 2644, R. Doc. 22645, R. Doc. 22646, and 22650, and Plaintiff's Motion for Extension of Time to Respond, R. Doc. 22651,

**IT IS ORDERED** that the parties participate in a telephone status conference with the Court on Thursday, April 2, 2020 at 10:00 a.m. Parties are instructed to use the following dial-in information to participate and are expected to be on the call **five minutes before** the scheduled start time.

**Dial-in #:**   (877) 336-1839

**Access Code:**  4227405

New Orleans, Louisiana this 26th day of March, 2020.

_____
Eldon E. Fallon
United States District Judge

1