**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**



CFN 2017R0532846
OR BK 30691 Ps 2612 (1Pss)
RECORDED 09/22/2017 11:12:29
DEED DOC TAX $1,044.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

METROPOLITAN LIFE INSURANCE COMPANY
Plaintiff(s) / Petitioner(s)
VS.
WESSIN, NAIN, et al.
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION
Case No:     2017-000201-CA-01
Section:     (Section, CA 06)
Doc Stamps:  $1,044.60
Surtax:      $0.00
Consideration: $174,100.00

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on August 21, 2017, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Miami-Dade County, Florida:

> LOT 18 BLOCK 1, EMILOS PLACE OASIS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 165, PAGE 3, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.
>
> Property Address: 3310 NE 3RD DR, HOMESTEAD, FLORIDA 33033

was sold to:
HOME AND LAND, INC
7755 sw 87 ave
130
miami, FL, 33173

WITNESS my hand and the seal of this court on September 05, 2017.

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida

**FILED**
SEP -5 2017
CLERK CIRCUIT COURT