Case 2:09-md-02047-EEF-MBN Document 22658-5 Filed 03/26/20 Page 1 of 2

18.50 rec
4.00 index
1764.00 doc

**Prepared By and Return To:**
DEBORAH S. GREENE #149
J. Steven Gribble
14260 Tamiami Trail
North Port, FL 34287

**File No.** DN13-067

**Property Appraiser's Parcel I.D. (folio) Number(s)**
1140-16-0411

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2013106494 2 PGS
2013 JUL 31 11:27 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
THAYES  Receipt#1649139
Doc Stamp-Deed:    1,764.00



2013106494

# WARRANTY DEED

THIS WARRANTY DEED dated July 30, 2013, by WILLIAM L. ROGERS, IND. AND AS TRUSTEE and LYNDA L. ROGERS, IND. AND AS TRUSTEE OF THE ROGERS FAMILY REVOCABLE TRUST U/A DATED JULY 21, 2011, whose post office address is 2230 PADRE ISLAND DRIVE, PUNTA GORDA, FL 33950, hereinafter called the grantor, to EDWARD K. BALL and MARGOT J. GRAVEL, AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP AND NOT AS TENANTS IN COMMON, whose post office address is 656 SOUTHERN HILLS DRIVE, EUREKA, MO 63025, hereinafter called the grantee:

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $252,000.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Sarasota County, Florida, to wit:

> LOT 11, BLOCK D, BOBCAT TRAIL, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 39, PAGE 21, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

Subject to easements, restrictions, reservations and limitations of record, if any.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2012

# WARRANTY DEED

(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_Kelly A Cahoo_ _____
(Witness Signature)

_Kelly A Cahoo_

_____
(Witness Signature)

_Deborah S. Greene_

_William L Rogers_ TTEE
WILLIAM L. ROGERS, IND. AND AS TRUSTEE

_Lynda L Rogers_ ITEE
LYNDA L. ROGERS, IND. AND AS TRUSTEE

2230 PADRE ISLAND DRIVE _____
(Address)

PUNTA GORDA, FL 33950 _____
(Address)

STATE OF Florida

COUNTY OF Sarasota

I, a Notary Public of the County and State first above written, do hereby certify that WILLIAM L. ROGERS and LYNDA L. ROGERS personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 30 day of July, 2013.

_____
Notary Public

My Commission Expires:

(SEAL)

DEBORAH S. GREENE
Notary Public - State of Florida
My Comm. Expires Oct 21, 2016
Commission # EE 211876
Bonded Through National Notary Assn.