

```
CFN  2011R0701394
OR Bk 27863 Pg 2707; (1ps)
RECORDED 10/19/2011 08:33:48
DEED DOC TAX 390.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Prepared by and return to:

John P. Maas, Attorney at Law
44 N.E. 16th Street
Homestead, FL 33030
305-247-7132
File Number: **2661-11**
Will Call No.:

Parcel Identification No. **10-7915-002-1090**

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 30th day of **September, 2011** between **Mark Lann and Kerri Lann f/k/a Kerri West, his wife** whose post office address is **107 SE 22 Terrace, Homestead, FL 33033** of the County of **Miami-Dade**, State of **Florida**, grantor*, and **Consuelo Burgos, a married woman** whose post office address is **384 NE 34 Terrace, Homestead, FL 33033** of the County of **Miami-Dade**, State of **Florida**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida**, to-wit:

> Lot 8, Block 3, EMILIO'S PLACE AT OASIS, according to the Plat thereof, recorded in Plat Book 165, Page 3, of the Public Records of Miami-Dade County, Florida.
>
> Subject to taxes for 2011 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: _John P. Maas_

Witness Name: _CECILIA P. MAC PHERSON_

_____(Seal)
Mark Lann

_____(Seal)
Kerri Lann

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 30th day of September, 2011 by Mark Lann and Kerri Lann f/k/a Kerri West, his wife, who [X] are personally known or [_] have produced a driver's license as identification.

[Notary Seal]

Notary Public
Printed Name: _John P. Maas_

My Commission Expires: _____

```
JOHN P. MAAS
MY COMMISSION # DD 813884
EXPIRES: October 17, 2012
Bonded Thru Notary Public Underwriters
```

DoubleTime®