Prepared by and return to:
Alicia Rinehamer
**Oak Ridge Title, Inc.**
**350 Jim Moran Blvd. Suite 100**
**Deerfield Beach, FL 33442**
954-531-0728
File Number: A121XV4 25409

_____[Space Above This Line For Recording Data]_____

# Special Warranty Deed

**This Special Warranty Deed** made this 21st day of February, 2014 between **Fannie Mae a/k/a Federal National Mortgage Association** whose post office address is **P.O. Box 650043, Dallas, TX 75265-0043**, grantor, and **CDO Investments LLC** whose post office address is **3497 Ulman Avenue , North Port, FL 34286**, grantee:

(Whenever used herein the terms grantor and grantee include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Charlotte County, Florida**, to-wit:

> Lot 8, Block 323, Punta Gorda Isles Section 16, according to the map or plat thereof as recorded in Plat Book 8, Page 27A-27O, Public Records of Charlotte County, Florida.
>
> Parcel Identification Number: 422329457006
>
> Subject to: Restrictions, limitations, conditions, reservations, covenants and easements or record, if any; all applicable zoning ordinances; and taxes subsequent to 2014.
>
> Grantee herein shall be prohibited from conveying captioned property for a sales price of greater than $112,200.00 for a period of 3 month(s) from the date of the recording of this deed. Grantee shall also be prohibited from encumbering subject property with a security interest in the principal amount of greater than $112,200.00 for a period of 3 month(s) from the date of the recording of this deed. These restrictions shall run with the land and are not personal to grantee. This restriction shall terminate immediately upon conveyance at any foreclosure sale related to a mortgage or deed of trust.
>
> This Deed is being signed per the authority granted in that certain Limited Power of Attorney to Execute Documents from Fannie Mae to Elizabeth R. Wellborn, P.A. filed of record in Book 3821, Page 1426, of the Public Records of Charlotte County, Florida.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under grantors.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written. Signed, sealed and delivered in our presence:

Witness Name: _Alicia Rinehamer_

Witness Name: _Tracy A Kania_

Federal National Mortgage Association

By: _Loni Perry_
Loni Perry, as Authorized Signer on behalf of Elizabeth R. Wellborn, P.A., as Attorney in Fact for Federal National Mortgage Association a/k/a Fannie Mae

State of New York
County of Erie

The foregoing instrument was acknowledged before me this 21st day of February, 2014 by Loni Perry, Authorized Signer, on behalf of Elizabeth R. Wellborn, P.A., as Attorney in Fact for Federal National Mortgage Association a/k/a Fannie Mae, on behalf of the corporation. She is [X] personally known to me or has produced a driver's license as identification.

[Notary Seal]

Notary Public _Tracy A Kania_

Printed Name: _Tracy A. Kania_

My Commission Expires: _Aug 9, 2017_

TRACY A. KANIA
Notary Public, State of New York
Qualified in Erie County
Commission Expires August 9, 20_17_