EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
FILE # 3005939 02/06/2007 at 10:27 AM
Doc Tax: $1453.20

06-40178

THIS INSTRUMENT PREPARED BY AND RETURN TO:
**MARIANNE TERRIZZI**
SUN TITLE & ABSTRACT CO.
1402 ROYAL PALM BEACH BLVD. SUITE 300-D
ROYAL PALM BEACH, FL 33411
Property Appraisers Parcel Identification (Folio) Numbers: **3420-510-0806-000/5**

_____ Space Above This Line For Recording Data _____

**THIS WARRANTY DEED,** made the **31st** day of **January, 2007** by **MAJESTIC LAND HOLDINGS, A FLORIDA CORPORATION**, whose post office address is **4061 ROYAL PALM BEACH BLVD, ROYAL PALM BEACH, FL 33411** herein called the grantor, to **MERCEDES GASPARD**, whose post office address is **1402 SE ODONNELL LANE, PORT SAINT LUCIE, FL**, hereinafter called the Grantee:
*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

W I T N E S S E T H: That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in ST. LUCIE County, State of Florida, viz.:

**LOT 6, BLOCK 416, OF PORT ST. LUCIE, SECTION THREE, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 12, PAGE 13, 13A - 13I, OF THE PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA.**

**Subject to easements, restrictions and reservations of record and taxes for the year 2007 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2006.

**IN WITNESS WHEREOF,** the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

M. Terrizzi
Witness #1 Printed Name

_____
Witness #2 Signature

Jonica Baylus
Witness #2 Printed Name

MAJESTIC LAND HOLDINGS, INC

BY: JOHN P. GEORGE, PRESIDENT

_____

**STATE OF FLORIDA**
**COUNTY OF ST. LUCIE**

The foregoing instrument was acknowledged before me this 31st day of January, 2007 by JOHN P. GEORGE, PRESIDENT OF MAJESTIC LAND HOLDINGS who is personally known to me or has produced _____ as identification.

**SEAL**

_____
Notary Public

_____
Printed Notary Name

My Commission Expires:



Marianne Terrizzi
MY COMMISSION # DD237996 EXPIRES
September 20, 2007
BONDED THRU TROY FAIN INSURANCE, INC

File No: **0640178A**