Supplemental Plaintiff Profile Form – Residential and Commercial Properties

<div style="border:1px solid black;">

**For Internal Use Only**
File No. _____

**Date Received:**
_____

</div>

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Cesar          A     Jaramillo
<br>First Name          M.I.   Last Name                    Suffix

Ines                        Jaramillo
<br>Co-Claimant First Name (if applicable)   M.I.   Last Name         Suffix

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

5301 Nicklaus Drive
Address 1                                                    Address 2
Winter Haven                              FL        33884
City                                      State     Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:   Cesar            A    Jaramillo
                        First Name       M.I.  Last Name            Suffix

Mailing Address (if different):

3286 Arcana Way                                      Apt. 409
Address 1                                            Address 2
Lake Worth                                FL        33467
City                                      State     Zip Code

Phone Number of Person Completing This Form: ( 561 ) 714 - 6605

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 12 / 7 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 3 / 1 / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 6 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☑ Yes   ☐ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:   Southern District of Florida

Date of filing:   2 / 3 / 2017
                  Month   Day   Year

Docket No.:   17-11413-EPK

Present Status: pending

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☑ Yes   ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?                    Foreclosure

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: **Fidelity Bank**

Loan Number:

Original Loan/Mortgage Amount: $ 214,000.00

Date of Original Loan/Mortgage:   12   /  7  /  2006
                                 Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage:   $ 157,999.14

Date of Foreclosure or Short Sale:   1   /  25  /  2016
                                    Month   Day   Year

Short Sale Price (if applicable):   $

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?   No

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 59,415.00 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 250,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____    4-5-18
Claimant's signature                                 Date signed

Name:  _Inis Jaramillo_ , _Cesar ; Ines Jaramillo_   4-5-18

Address:  _3286 Arcara Way # 409_
          Address 1              Address 2

          _Lake Worth_        _FL_    _33467_
          City                State   Zip Code

Phone No.: (_561_) _557 - 5342_ _____

Email:  _Cjarami1936 @ yahoo.com_ _____

7

# **Exhibit C**

(See Section IV)

Documents Related to Bankruptcy, Foreclosure or Short Sale

## Information to identify the case:

| | |
|---|---|
| Debtor 1 | **Cesar A. Jaramillo** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Ines Jaramillo** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   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

EIN   _ _ - _ _ _ _ _ _ _

Social Security number or ITIN   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

EIN   _ _ - _ _ _ _ _ _ _

United States Bankruptcy Court   **Southern District of Florida**

Date case filed for chapter  7  **2/3/17**

Case number:   **17-11413-EPK**

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

WARNING TO DEBTOR: WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE-BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's Full Name | Cesar A. Jaramillo | Ines Jaramillo |
| 2. | All Other Names Used in the Last 8 Years | aka Cesar A Jaramillo, aka Cesar Augusto Jaramillo | |
| 3. | Address | 3286 Arcara Way Apt. 409 Lake Worth, FL 33467 | 3286 Arcara Way Apt. 409 Lake Worth, FL 33467 |
| 4. | Debtor's Attorney (or Pro Se Debtor) Name and Address | Andrew J Manie 150 North Orange Avenue Suite 303 Orlando, FL 32801 | Contact Phone 407-513-1900 |
| 5. | Bankruptcy Trustee Name and Address | Margaret J. Smith 1400 Centrepark Blvd., Suite 860 West Palm Beach, FL 33401 | Contact Phone 561-721-0312 |
| 6. | Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered | Flagler Waterview Bldg 1515 N Flagler Dr #801 West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m. Contact Phone (561) 514-4100 |

Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll-free at (866) 222-8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.)

**Note:** The clerk's office is closed on all legal holidays.

Clerk of Court:  **Joseph Falzone**
Dated: **2/6/17**

Local Form 309A USBC SDFL (Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline (**/**/2017)   page 1

029873

1 3 8 0 8 0 2 9 9 0 2 0 1 7

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

FIDELITY BANK

CASE NO. 2015CA-004005-0000-00

Plaintiff,

Division No.

vs.

CESAR JARAMILLO; INES JARAMILLO; AND
LAKE ASHTON II HOMEOWNERS
ASSOCIATION, INC. F/K/A ASHTON WEST
HOMEOWNERS ASSOCIATION, INC.;

Defendants/

## FINAL JUDGMENT OF FORECLOSURE

**THIS ACTION** was heard before the Court 1/25/2016. On the evidence presented

**IT IS ADJUDGED** that: The Plaintiff's Motion for Summary Judgment is GRANTED. Service of process
has been duly and regularly obtained over CESAR JARAMILLO; INES JARAMILLO; AND LAKE ASHTON II
HOMEOWNERS ASSOCIATION, INC. F/K/A ASHTON WEST HOMEOWNERS ASSOCIATION, INC.;,
defendants.

1.    **Amounts Due and Owing.**    Plaintiff, FIDELITY BANK,100 EAST ENGLISH WICHITA, KS 67202 is
due:

| | |
|---|---|
| Principal due on the note secured by the mortgage foreclosed: | $145,132.51 |
| Accrued Interest from 05/01/15 to 12/23/15 | $4,358.45 |
| Additional Interest from 12/24/15 to 01/25/16 Interest Per Diem at $18.39 | $588.48 |
| Late Charges | $76.46 |
| Tax Disbursements | $4,986.81 |

**Attorneys' Fees**

Attorneys' Flat Rate Total: 3,175.00                                                                                     $3,175.00

*(The requested attorney's fee is a flat rate fee that the firm's client has agreed to pay in this matter. Given the
amount of the fee requested and the labor expended, the Court finds that the lodestar analysis is not necessary and
that the flat fee is reasonable)

**Court Costs, Now Taxed:**

| | |
|---|---|
| Filing Fee | $988.00 |
| Service of Process | $495.00 |
| **Subtotal** | **$159,800.71** |

**Additional Costs**

| | |
|---|---|
| Property Inspections/Preservation | $90.00 |
| Title | $125.00 |
| Skip | $160.50 |
| **Subtotal** | **$375.50** |
| Escrow Balance | - $2,177.07 |

**Total Due**                                                                         **$157,999.14**

That shall bear interest at a rate of 4.75% per year.

2.      **Lien on Property.**      Plaintiff holds a lien for the total sum superior to all claims or estates of defendant(s), on the following described property in Polk County, Florida:

### LOT 159, LAKE ASHTON WEST PHASE I, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 138, PAGE 11, PUBLIC RECORDS OF POLK COUNTY, FLORIDA.

#### Property Address: 5301 Nicklaus Drive, Winter Haven, Florida 33884

3.      **Sale of Property.**      If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the Clerk of this court shall sell the property at public sale on **MAR 1 0 2016**            at 10:00 AM, to the highest bidder for cash, except as prescribed in paragraph 4, at the courthouse located at 255 N Broadway Avenue,  in Polk County in Bartow, Florida, in accordance with Section 45.031, Florida Statutes (2013), using the following method:

**By electronic sale beginning at 10:00 AM on the prescribed date at www.polk.realforeclose.com, the Clerk's website for on-line auctions**

4.      **Costs.**      Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title.  If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. **Distribution of Proceeds.** On filing the Certificate of Title the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs; second, documentary stamps affixed to the Certificate; third, plaintiff's attorney's fees; fourth, the total sum due to the plaintiff, less the items paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. **Right of Possession.** On filing of the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and defendant's right of redemption as prescribed by section 45.0315, Florida Statutes (2013) shall be terminated, except as to claims or rights under Chapter 718 or Chapter 720, Florida Statutes, if any. Upon the filing of the Certificate of Title, the person named on the certificate of title shall be let into possession of the property.

7. **Attorneys' Fees** The requested attorneys' fees are a flat rate fee that the firm's client has agreed to pay in this matter. Given the amount of the fee requested and the labor expended, the court finds that a lodestar analysis is not necessary and that the flat fee is reasonable.

8. The Plaintiff may assign the judgment, cause of action and credit bid to any third party by the filing of an Assignment without further order of the court.

9. **Jurisdiction.** Jurisdiction of this action is retained to enter further orders, as are proper, including, without limitation, writs of possession and deficiency judgments. In addition, this court retains jurisdiction to enter any required supplemental complaint(s) such as a reforeclosure to add a necessary and/or omitted party without the necessity of filing a separate action.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60) DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CONTACT THE CLERK OF THE COURT, 255 N BROADWAY AVENUE, BARTOW, FL (TELEPHONE: (863) 534-4000) WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT FLORIDA RURAL LEGAL SERVICES, 963 E. MEMORIAL BLVD., LAKELAND, FL, (863) 688-7673 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF

**THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT FLORIDA RURAL LEGAL SERVICES, 963 E. MEMORIAL BLVD., LAKELAND, FL, (863) 688-7673, FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

DONE AND ORDERED at Polk County, Florida, this _____ day of JAN 2 5 2016 _____, 2016.

/s/ Randall G. McDonald

HONORABLE PRESIDING JUDGE
CIRCUIT COURT JUDGE

Copies furnished:

GILBERT GARCIA GROUP, P.A.
2005 PAN AM CIRCLE, SUITE 110
TAMPA, FL 33607
EMAILSERVICE@GILBERTGROUPLAW.COM

CESAR JARAMILLO
3286 ARCARA WAY, APT. 409
LAKE WORTH, FL 33468

LAKE ASHTON II HOMEOWNERS ASSOCIATION, INC. F/K/A ASHTON WEST HOMEOWNERS
ASSOCIATION, INC.
C/O REGISTERED AGENT, BENJAMIN DE FALK
500 SOUTH FLORIDA AVENUE, SUITE 700,
LAKELAND, FL 33801

INES JARAMILLO
3286 ARCARA WAY, APT 409
LAKE WORTH, FL 33468

310812.015908/KKC

INSTR # 2016051496
BK 9776 Pg 2001 PG(s)1
RECORDED 03/23/2016 03:09:10 PM
STACY M. BUTTERFIELD,
CLERK OF COURT POLK COUNTY
DEED DOC $595.70
RECORDING FEES $0.00
RECORDED BY tonyscar

IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT IN
AND FOR POLK COUNTY, FLORIDA

CASE NUMBER: 2015CA-004005-0000-00

FIDELITY BANK

     Plaintiff,

vs.

CESAR JARAMILLO, ET AL
     Defendant,

## CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he or she executed and filed a
Certificate of Sale in the action on MARCH 10, 2016, for the property described herein and
that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Polk County, Florida:

**LOT 159, LAKE ASHTON WEST PHASE I, ACCORDING TO THE MAP OR PLAT THEREOF AS
RECORDED IN PLAT BOOK 138, PAGE 11, PUBLIC RECORDS OF POLK COUNTY, FLORIDA.**

**Property Address: 5301 Nicklaus Drive, Winter Haven, Florida 33884**

was sold to: FIDELITY BANK, 100 EAST ENGLISH, WICHITA, KS 67202

Witness my hand and the seal of the court on 23rd day of March, 2016.



STACY M. BUTTERFIELD, CPA
Clerk of the Circuit Court

By _Carolyn Mack_
     Deputy Clerk

Property was sold at judicial sale for $85,100.00

R-Civil Law Department

INSTR # 2015203699 OR BK 09673 PG 0498 11/10/2015 01:41 PM
STACY M. BUTTERFIELD Clerk of County Court Polk County Recorded By Court

Filing # 34279364 E-Filed 11/10/2015 01:04:47 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

FIDELITY BANK
    Plaintiff,

CASE NO.

vs.

Division No.

CESAR JARAMILLO; INES JARAMILLO; LAKE
ASHTON II HOMEOWNERS ASSOCIATION, INC.
F/K/A ASHTON WEST HOMEOWNERS
ASSOCIATION, INC.; UNKNOWN SPOUSE OF INES
JARAMILLO; UNKNOWN SPOUSE OF CESAR
JARAMILLO; UNKNOWN TENANT #1; UNKNOWN
TENANT #2
          Defendants/

**NOTICE OF LIS PENDENS**

TO: THE DEFENDANTS NAMED ABOVE AND ALL OTHERS TO WHOM IT MAY
CONCERN:

NOTICE IS HEREBY GIVEN that a suit has been instituted in the above Court by the
above named Plaintiff(s) and against you seeking to foreclose the Note and Mortgage
encumbering the described property and the decreeing of a sale of the property under the
direction of the Court in default of the payment of the amount found to be due the Plaintiff(s)
under the Note and Mortgage, and for other, further and general relief set forth in the Complaint.

The property involved is that certain parcel(s), lot(s) or unit(s) situate, lying and being in
POLK County, Florida, as set forth in the Mortgage recorded on October 25, 2013, in Official
Records Book 9097, at Page 25 more particularly described as follows:

LOT 159, LAKE ASHTON WEST PHASE I, ACCORDING TO THE MAP OR PLAT
THEREOF AS RECORDED IN PLAT BOOK 138, PAGE 11, PUBLIC RECORDS OF POLK
COUNTY, FLORIDA.

Dated this _9th_ day of _November_, 2015

By: _____

    Laura L. Walker, Esq.
    Florida Bar No. 509434
    GILBERT GARCIA GROUP, P.A.
    Attorney for Plaintiff
    2005 Pan Am Circle, Suite 110
    Tampa, Florida 33607
    Telephone: (813) 443-5087
    Fax: (813) 443-5089
    emailservice@gilbertgrouplaw.com

310812.015908/

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

CASE NO. 2015CA-004005-0000-00

FIDELITY BANK
     Plaintiff,

VS.

CESAR JARAMILLO , ET AL
     Defendant.

## CERTIFICATE OF SALE

The undersigned Clerk of the Court certifies that notice of public sale of the property described

in the order or final judgment was published in a newspaper circulated in Polk County, Florida, in the

manner shown by the proof of publication attached, and on 10TH day of MARCH, 2016, the property was

offered for public sale to the highest and best bidder for cash. The highest and best bid received for the

property in the amount of $85,100.00 was submitted by FIDELITY BANK, to whom the property was

sold. The proceeds of the sale are retained for distribution in accordance with the order or final judgment

or law.

**WITNESS** my hand the seal of this Court on this 10th day of March, 2016.



STACY M. BUTTERFIELD, CPA, Clerk of the Circuit Court

By: _____
           As Deputy Clerk

## CLERK'S CERTIFICATE OF MAILING

STATE OF FLORIDA
COUNTY OF POLK

I, STACY M. BUTTERFIELD, CPA, Clerk of the Circuit Court in and for Polk County, Florida
do hereby certify that on the 10th day of March, 2016, I sent by United States mail, postage prepaid one
copy of the Certificate of Sale, in the above entitled cause to the following named parties:

See Attached

WITNESS my hand and official seal of the office this 10th day of March, 2016.

STACY M. BUTTERFIELD, CPA, Clerk of the Circuit Court

By: _____
           As Deputy Clerk

INSTR # 2007000575
BK 07117 PGS 1006~1014 PG(s)9
RECORDED 01/02/2007 11:17:55 AM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
MTG DOC 749.00
INTANG TAX 428.00
RECORDING FEES 78.00
RECORDED BY K Price

**RECORDATION REQUESTED BY:**
CenterState Bank of Florida, N.A.
Lake Ashton Office
3550 Ashton Club Drive
Lake Wales, FL 33859

**WHEN RECORDED MAIL TO:**
CenterState Bank of Florida, N.A.
300 West Central Avenue
Lake Wales, FL 33853

**SEND TAX NOTICES TO:**
CESAR A. JARAMILLO
INES JARAMILLO
10218 ALLEGRO DRIVE
BOCA RATON, FL 33428

This Mortgage prepared by:

Lake Morton Title, LLC
500 S. Florida Avenue, Ste. 420
Lakeland, FL 33801

Name: **BRENDA HOLDER, LOAN PROCESSOR**
Company: CenterState Bank of Florida, N.A.
Address: 3550 Ashton Club Drive, Lake Wales, FL 33859

## MORTGAGE

**MAXIMUM LIEN.** The total amount of indebtedness secured by this Mortgage may decrease or increase from time to time, but the maximum amount of principal indebtedness which may be outstanding at any one time shall not exceed $428,000.00, plus interest, and amounts expended or advanced by Lender for the payment of taxes, levies or insurance on the Property, and interest on such amounts.

THIS MORTGAGE dated December 7, 2006, is made and executed between CESAR JARAMILLO and INES JARAMILLO, HUSBAND AND WIFE, whose address is 10218 ALLEGRO DRIVE, BOCA RATON, FL 33428 (referred to below as "Grantor") and CenterState Bank of Florida, N.A., whose address is 3550 Ashton Club Drive, Lake Wales, FL 33859 (referred to below as "Lender").

**GRANT OF MORTGAGE.** For valuable consideration, Grantor mortgages to Lender all of Grantor's right, title, and interest in and to the following described real property, together with all existing or subsequently erected or affixed buildings, improvements and fixtures; all easements, rights of way, and appurtenances; all water, water rights, watercourses and ditch rights (including stock in utilities with ditch or irrigation rights); and all other rights, royalties, and profits relating to the real property, including without limitation all minerals, oil, gas, geothermal and similar matters, (the "Real Property") located in POLK County, State of Florida:

Lot 159, LAKE ASHTON WEST PHASE I, according to the map or plat thereof as recorded in Plat Book 138, Page 11, Public Records of Polk County, Florida

The Real Property or its address is commonly known as 5301 NICKLAUS DRIVE, WINTER HAVEN, FL 33884. The Real Property tax identification number is 262924690596001590.

Grantor presently assigns to Lender all of Grantor's right, title, and interest in and to all present and future leases of the Property and all Rents from the Property. In addition, Grantor grants to Lender a Uniform Commercial Code security interest in the Personal Property and Rents.

THIS MORTGAGE, INCLUDING THE ASSIGNMENT OF RENTS AND THE SECURITY INTEREST IN THE RENTS AND PERSONAL PROPERTY, IS GIVEN TO SECURE (A) PAYMENT OF THE INDEBTEDNESS AND (B) PERFORMANCE OF ANY AND ALL OBLIGATIONS UNDER THE NOTE IN THE ORIGINAL PRINCIPAL AMOUNT OF $214,000.00. THE RELATED DOCUMENTS, AND THIS MORTGAGE. THIS MORTGAGE IS GIVEN AND ACCEPTED ON THE FOLLOWING TERMS:

**PAYMENT AND PERFORMANCE.** Except as otherwise provided in this Mortgage, Grantor shall pay to Lender all amounts secured by this Mortgage as they become due and shall strictly perform all of Grantor's obligations under this Mortgage.

**POSSESSION AND MAINTENANCE OF THE PROPERTY.** Grantor agrees that Grantor's possession and use of the Property shall be governed by the following provisions:

Possession and Use. Until the occurrence of an Event of Default, Grantor may (1) remain in possession and control of the Property; (2) use, operate or manage the Property; and (3) collect the Rents from the Property.

Duty to Maintain. Grantor shall maintain the Property in good condition and promptly perform all repairs, replacements, and maintenance necessary to preserve its value.

Compliance With Environmental Laws. Grantor represents and warrants to Lender that: (1) During the period of Grantor's ownership of the Property, there has been no use, generation, manufacture, storage, treatment, disposal, release or threatened release of any

Hazardous Substance by any person on, under, about or from the Property; (2) Grantor has no knowledge of, or reason to believe that there has been, except as previously disclosed to and acknowledged by Lender in writing, (a) any breach or violation of any Environmental Laws, (b) any use, generation, manufacture, storage, treatment, disposal, release or threatened release of any Hazardous Substance on, under, about or from the Property by any prior owners or occupants of the Property, or (c) any actual or threatened litigation or claims of any kind by any person relating to such matters; and (3) Except as previously disclosed to and acknowledged by Lender in writing, (a) neither Grantor nor any tenant, contractor, agent or other authorized user of the Property shall use, generate, manufacture, store, treat, dispose of or release any Hazardous Substance on, under, about or from the Property; and (b) any such activity shall be conducted in compliance with all applicable federal, state, and local laws, regulations and ordinances, including without limitation all Environmental Laws. Grantor authorizes Lender and its agents to enter upon the Property to make such inspections and tests, at Grantor's expense, as Lender may deem appropriate to determine compliance of the Property with this section of the Mortgage. Any inspections or tests made by Lender shall be for Lender's purposes only and shall not be construed to create any responsibility or liability on the part of Lender to Grantor or to any other person. The representations and warranties contained herein are based on Grantor's due diligence in investigating the Property for Hazardous Substances. Grantor hereby (1) releases and waives any future claims against Lender for indemnity or contribution in the event Grantor becomes liable for cleanup or other costs under any such laws; and (2) agrees to indemnify, defend, and hold harmless Lender against any and all claims, losses, liabilities, damages, penalties, and expenses which Lender may directly or indirectly sustain or suffer resulting from a breach of this section of the Mortgage or as a consequence of any use, generation, manufacture, storage, disposal, release or threatened release occurring prior to Grantor's ownership or interest in the Property, whether or not the same was or should have been known to Grantor. The provisions of this section of the Mortgage, including the obligation to indemnify and defend, shall survive the payment of the Indebtedness and the satisfaction and reconveyance of the lien of this Mortgage and shall not be affected by Lender's acquisition of any interest in the Property, whether by foreclosure or otherwise.

**Nuisance, Waste.** Grantor shall not cause, conduct or permit any nuisance nor commit, permit, or suffer any stripping of or waste on or to the Property or any portion of the Property. Without limiting the generality of the foregoing, Grantor will not remove, or grant to any other party the right to remove, any timber, minerals (including oil and gas), coal, clay, scoria, soil, gravel or rock products without Lender's prior written consent.

**Removal of Improvements.** Grantor shall not demolish or remove any improvements from the Real Property without Lender's prior written consent. As a condition to the removal of any improvements, Lender may require Grantor to make arrangements satisfactory to Lender to replace such improvements with improvements of at least equal value.

**Lender's Right to Enter.** Lender and Lender's agents and representatives may enter upon the Real Property at all reasonable times to attend to Lender's interests and to inspect the Real Property for purposes of Grantor's compliance with the terms and conditions of this Mortgage.

**Subsequent Liens.** Grantor shall not allow any subsequent liens or mortgages on all or any portion of the Property without the prior written consent of Lender.

**Compliance with Governmental Requirements.** Grantor shall promptly comply with all laws, ordinances, and regulations, now or hereafter in effect, of all governmental authorities applicable to the use or occupancy of the Property. Grantor may contest in good faith any such law, ordinance, or regulation and withhold compliance during any proceeding, including appropriate appeals, so long as Grantor has notified Lender in writing prior to doing so and so long as, in Lender's sole opinion, Lender's interests in the Property are not jeopardized. Lender may require Grantor to post adequate security or a surety bond, reasonably satisfactory to Lender, to protect Lender's interest.

**Duty to Protect.** Grantor agrees neither to abandon or leave unattended the Property. Grantor shall do all other acts, in addition to those acts set forth above in this section, which from the character and use of the Property are reasonably necessary to protect and preserve the Property.

**DUE ON SALE - CONSENT BY LENDER.** Lender may, at Lender's option, declare immediately due and payable all sums secured by this Mortgage upon the sale or transfer, without Lender's prior written consent, of all or any part of the Real Property, or any interest in the Real Property. A "sale or transfer" means the conveyance of Real Property or any right, title or interest in the Real Property; whether legal, beneficial or equitable; whether voluntary or involuntary; whether by outright sale, deed, installment sale contract, land contract, contract for deed, leasehold interest with a term greater than three (3) years, lease-option contract, or by sale, assignment, or transfer of any beneficial interest in or to any land trust holding title to the Real Property, or by any other method of conveyance of an interest in the Real Property. However, this option shall not be exercised by Lender if such exercise is prohibited by federal law or by Florida law.

**TAXES AND LIENS.** The following provisions relating to the taxes and liens on the Property are part of this Mortgage:

**Payment.** Grantor shall pay when due (and in all events prior to delinquency) all taxes, payroll taxes, special taxes, assessments, water charges and sewer service charges levied against or on account of the Property, and shall pay when due all claims for work done on or for services rendered or material furnished to the Property. Grantor shall maintain the Property free of any lien having priority over or equal to the interest of Lender under this Mortgage, except for those liens specifically agreed to in writing by Lender, and except for the lien of taxes and assessments not due as further specified in the Right to Contest paragraph.

**Right to Contest.** Grantor may withhold payment of any tax, assessment, or claim in connection with a good faith dispute over the obligation to pay, so long as Lender's interest in the Property is not jeopardized. If a lien arises or is filed as a result of nonpayment, Grantor shall within fifteen (15) days after the lien arises or, if a lien is filed, within fifteen (15) days after Grantor has notice of the filing, secure the discharge of the lien, or if requested by Lender, deposit with Lender cash or a sufficient corporate surety bond or other security satisfactory to Lender in an amount sufficient to discharge the lien plus any costs and reasonable attorneys' fees, or other charges that could accrue as a result of a foreclosure or sale under the lien. In any contest, Grantor shall defend itself and Lender and shall satisfy any adverse judgment before enforcement against the Property. Grantor shall name Lender as an additional

**MORTGAGE**

**(Continued)**

obligee under any surety bond furnished in the contest proceedings.

**Evidence of Payment.** Grantor shall upon demand furnish to Lender satisfactory evidence of payment of the taxes or assessments and shall authorize the appropriate governmental official to deliver to Lender at any time a written statement of the taxes and assessments against the Property.

**Notice of Construction.** Grantor shall notify Lender at least fifteen (15) days before any work is commenced, any services are furnished, or any materials are supplied to the Property, if any mechanic's lien, materialmen's lien, or other lien could be asserted on account of the work, services, or materials and the cost exceeds $1000.. Grantor will upon request of Lender furnish to Lender advance assurances satisfactory to Lender that Grantor can and will pay the cost of such improvements.

**PROPERTY DAMAGE INSURANCE.** The following provisions relating to insuring the Property are a part of this Mortgage:

**Maintenance of Insurance.** Grantor shall procure and maintain policies of fire insurance with standard extended coverage endorsements on a replacement basis for the full insurable value covering all Improvements on the Real Property in an amount sufficient to avoid application of any coinsurance clause, and with a standard mortgagee clause in favor of Lender. Policies shall be written by such insurance companies and in such form as may be reasonably acceptable to Lender. Grantor shall deliver to Lender certificates of coverage from each insurer containing a stipulation that coverage will not be cancelled or diminished without a minimum of ten (10) days' prior written notice to Lender and not containing any disclaimer of the insurer's liability for failure to give such notice. Each insurance policy also shall include an endorsement providing that coverage in favor of Lender will not be impaired in any way by any act, omission or default of Grantor or any other person. Should the Real Property be located in an area designated by the Director of the Federal Emergency Management Agency as a special flood hazard area, Grantor agrees to obtain and maintain Federal Flood Insurance, if available, for the full unpaid principal balance of the loan and any prior liens on the property securing the loan, up to the maximum policy limits set under the National Flood Insurance Program, or as otherwise required by Lender, and to maintain such insurance for the term of the loan.

**Application of Proceeds.** Grantor shall promptly notify Lender of any loss or damage to the Property if the estimated cost of repair or replacement exceeds $1000.. Lender may make proof of loss if Grantor fails to do so within fifteen (15) days of the casualty. Whether or not Lender's security is impaired, Lender may, at Lender's election, receive and retain the proceeds of any insurance and apply the proceeds to the reduction of the Indebtedness, payment of any lien affecting the Property, or the restoration and repair of the Property. If Lender elects to apply the proceeds to restoration and repair, Grantor shall repair or replace the damaged or destroyed Improvements in a manner satisfactory to Lender. Lender shall, upon satisfactory proof of such expenditure, pay or reimburse Grantor from the proceeds for the reasonable cost of repair or restoration if Grantor is not in default under this Mortgage. Any proceeds which have not been disbursed within 180 days after their receipt and which Lender has not committed to the repair or restoration of the Property shall be used first to pay any amount owing to Lender under this Mortgage, then to pay accrued interest, and the remainder, if any, shall be applied to the principal balance of the Indebtedness. If Lender holds any proceeds after payment in full of the Indebtedness, such proceeds shall be paid to Grantor as Grantor's interests may appear.

**LENDER'S EXPENDITURES.** If Grantor fails (A) to keep the Property free of all taxes, liens, security interests, encumbrances, and other claims, (B) to provide any required insurance on the Property, or (C) to make repairs to the Property then Lender may do so. If any action or proceeding is commenced that would materially affect Lender's interests in the Property, then Lender on Grantor's behalf may, but is not required to, take any action that Lender believes to be appropriate to protect Lender's interests. All expenses incurred or paid by Lender for such purposes will then bear interest at the rate charged under the Note from the date incurred or paid by Lender to the date of repayment by Grantor. All such expenses will become a part of the Indebtedness and, at Lender's option, will (A) be payable on demand; (B) be added to the balance of the Note and be apportioned among and be payable with any installment payments to become due during either (1) the term of any applicable insurance policy; or (2) the remaining term of the Note; or (C) be treated as a balloon payment which will be due and payable at the Note's maturity. The Mortgage also will secure payment of these amounts. The rights provided for in this paragraph shall be in addition to any other rights or any remedies to which Lender may be entitled on account of any default. Any such action by Lender shall not be construed as curing the default so as to bar Lender from any remedy that it otherwise would have had.

**WARRANTY; DEFENSE OF TITLE.** The following provisions relating to ownership of the Property are a part of this Mortgage:

**Title.** Grantor warrants that: (a) Grantor holds good and marketable title of record to the Property in fee simple, free and clear of all liens and encumbrances other than those set forth in the Real Property description or in any title insurance policy, title report, or final title opinion issued in favor of, and accepted by, Lender in connection with this Mortgage, and (b) Grantor has the full right, power, and authority to execute and deliver this Mortgage to Lender.

**Defense of Title.** Subject to the exception in the paragraph above, Grantor warrants and will forever defend the title to the Property against the lawful claims of all persons. In the event any action or proceeding is commenced that questions Grantor's title or the interest of Lender under this Mortgage, Grantor shall defend the action at Grantor's expense. Grantor may be the nominal party in such proceeding, but Lender shall be entitled to participate in the proceeding and to be represented in the proceeding by counsel of Lender's own choice, and Grantor will deliver, or cause to be delivered, to Lender such instruments as Lender may request from time to time to permit such participation.

**Compliance With Laws.** Grantor warrants that the Property and Grantor's use of the Property complies with all existing applicable laws, ordinances, and regulations of governmental authorities.

**Survival of Promises.** All promises, agreements, and statements Grantor has made in this Mortgage shall survive the execution and delivery of this Mortgage, shall be continuing in nature and shall remain in full force and effect until such time as Grantor's Indebtedness is paid in full.

**CONDEMNATION.** The following provisions relating to condemnation proceedings are a part of this Mortgage:

**Proceedings.** If any proceeding in condemnation is filed, Grantor shall promptly notify Lender in writing, and Grantor shall promptly take such steps as may be necessary to defend the action and obtain the award. Grantor may be the nominal party in such proceeding, but Lender shall be entitled to participate in the proceeding and to be represented in the proceeding by counsel of its own choice, and Grantor will deliver or cause to be delivered to Lender such instruments and documentation as may be requested by Lender from time to time to permit such participation.

**Application of Net Proceeds.** If all or any part of the Property is condemned by eminent domain proceedings or by any proceeding or purchase in lieu of condemnation, Lender may at its election require that all or any portion of the net proceeds of the award be applied to the Indebtedness or the repair or restoration of the Property. The net proceeds of the award shall mean the award after payment of all reasonable costs, expenses, and attorneys' fees incurred by Lender in connection with the condemnation.

**IMPOSITION OF TAXES, FEES AND CHARGES BY GOVERNMENTAL AUTHORITIES.** The following provisions relating to governmental taxes, fees and charges are a part of this Mortgage:

**Current Taxes, Fees and Charges.** Upon request by Lender, Grantor shall execute such documents in addition to this Mortgage and take whatever other action is requested by Lender to perfect and continue Lender's lien on the Real Property. Grantor shall reimburse Lender for all taxes, as described below, together with all expenses incurred in recording, perfecting or continuing this Mortgage, including without limitation all intangible personal property taxes, documentary stamp taxes, fees, and other charges for recording or registering this Mortgage.

**Taxes.** The following shall constitute taxes to which this section applies: (1) a specific tax, including without limitation an intangible personal property tax, upon this type of Mortgage or upon all or any part of the Indebtedness secured by this Mortgage; (2) a specific tax on Grantor which Grantor is authorized or required to deduct from payments on the Indebtedness secured by this type of Mortgage; (3) a tax on this type of Mortgage chargeable against the Lender or the holder of the Note; and (4) a specific tax on all or any portion of the Indebtedness or on payments of principal and interest made by Grantor.

**Subsequent Taxes.** If any tax to which this section applies is enacted subsequent to the date of this Mortgage, this event shall have the same effect as an Event of Default, and Lender may exercise any or all of its available remedies for an Event of Default as provided below unless Grantor either (1) pays the tax before it becomes delinquent, or (2) contests the tax as provided above in the Taxes and Liens section and deposits with Lender cash or a sufficient corporate surety bond or other security satisfactory to Lender.

**SECURITY AGREEMENT; FINANCING STATEMENTS.** The following provisions relating to this Mortgage as a security agreement are a part of this Mortgage:

**Security Agreement.** This instrument shall constitute a Security Agreement to the extent any of the Property constitutes fixtures, and Lender shall have all of the rights of a secured party under the Uniform Commercial Code as amended from time to time.

**Security Interest.** Upon request by Lender, Grantor shall take whatever action is requested by Lender to perfect and continue Lender's security interest in the Personal Property. In addition to recording this Mortgage in the real property records, Lender may, at any time and without further authorization from Grantor, file executed counterparts, copies or reproductions of this Mortgage as a financing statement. Grantor shall reimburse Lender for all expenses incurred in perfecting or continuing this security interest. Upon default, Grantor shall not remove, sever or detach the Personal Property from the Property. Upon default, Grantor shall assemble any Personal Property not affixed to the Property in a manner and at a place reasonably convenient to Grantor and Lender and make it available to Lender within three (3) days after receipt of written demand from Lender to the extent permitted by applicable law.

**Addresses.** The mailing addresses of Grantor (debtor) and Lender (secured party) from which information concerning the security interest granted by this Mortgage may be obtained (each as required by the Uniform Commercial Code) are as stated on the first page of this Mortgage.

**FURTHER ASSURANCES; ATTORNEY-IN-FACT.** The following provisions relating to further assurances and attorney-in-fact are a part of this Mortgage:

**Further Assurances.** At any time, and from time to time, upon request of Lender, Grantor will make, execute and deliver, or will cause to be made, executed or delivered, to Lender or to Lender's designee, and when requested by Lender, cause to be filed, recorded, refiled, or rerecorded, as the case may be, at such times and in such offices and places as Lender may deem appropriate, any and all such mortgages, deeds of trust, security deeds, security agreements, financing statements, continuation statements, instruments of further assurance, certificates, and other documents as may, in the sole opinion of Lender, be necessary or desirable in order to effectuate, complete, perfect, continue, or preserve (1) Grantor's obligations under the Note, this Mortgage, and the Related Documents, and (2) the liens and security interests created by this Mortgage as first and prior liens on the Property, whether now owned or hereafter acquired by Grantor. Unless prohibited by law or Lender agrees to the contrary in writing, Grantor shall reimburse Lender for all costs and expenses incurred in connection with the matters referred to in this paragraph.

**Attorney-in-Fact.** If Grantor fails to do any of the things referred to in the preceding paragraph, Lender may do so for and in the name of Grantor and at Grantor's expense. For such purposes, Grantor hereby irrevocably appoints Lender as Grantor's attorney-in-fact for the purpose of making, executing, delivering, filing, recording, and doing all other things as may be necessary or desirable, in Lender's sole opinion, to accomplish the matters referred to in the preceding paragraph.

**FULL PERFORMANCE.** If Grantor pays all the Indebtedness when due, and otherwise performs all the obligations imposed upon Grantor under this Mortgage, Lender shall execute and deliver to Grantor a suitable satisfaction of this Mortgage and suitable statements of termination of any financing statement on file evidencing Lender's security interest in the Rents and the Personal Property. Grantor will pay, if permitted by applicable law, any reasonable termination fee as determined by Lender from time to time.

**EVENTS OF DEFAULT.** At Lender's option, Grantor will be in default under this Mortgage if any of the following happen:

**MORTGAGE**
**(Continued)**

Payment Default. Grantor fails to make any payment when due under the Indebtedness.

Default on Other Payments. Failure of Grantor within the time required by this Mortgage to make any payment for taxes or insurance, or any other payment necessary to prevent filing of or to effect discharge of any lien.

Break Other Promises. Grantor breaks any promise made to Lender or fails to perform promptly at the time and strictly in the manner provided in this Mortgage or in any agreement related to this Mortgage.

Default in Favor of Third Parties. Should Grantor default under any loan, extension of credit, security agreement, purchase or sales agreement, or any other agreement, in favor of any other creditor or person that may materially affect any of Grantor's property or Grantor's ability to repay the Indebtedness or Grantor's ability to perform Grantor's obligations under this Mortgage or any related document.

False Statements. Any representation or statement made or furnished to Lender by Grantor or on Grantor's behalf under this Mortgage or the Related Documents is false or misleading in any material respect, either now or at the time made or furnished.

Defective Collateralization. This Mortgage or any of the Related Documents ceases to be in full force and effect (including failure of any collateral document to create a valid and perfected security interest or lien) at any time and for any reason.

Death or Insolvency. The death of Grantor, the insolvency of Grantor, the appointment of a receiver for any part of Grantor's property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Grantor.

Taking of the Property. Any creditor or governmental agency tries to take any of the Property or any other of Grantor's property in which Lender has a lien. This includes taking of, garnishing of or levying on Grantor's accounts with Lender. However, if Grantor disputes in good faith whether the claim on which the taking of the Property is based is valid or reasonable, and if Grantor gives Lender written notice of the claim and furnishes Lender with monies or a surety bond satisfactory to Lender to satisfy the claim, then this default provision will not apply.

Breach of Other Agreement. Any breach by Grantor under the terms of any other agreement between Grantor and Lender that is not remedied within any grace period provided therein, including without limitation any agreement concerning any indebtedness or other obligation of Grantor to Lender, whether existing now or later.

Events Affecting Guarantor. Any of the preceding events occurs with respect to any guarantor, endorser, surety, or accommodation party of any of the Indebtedness or any guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any Guaranty of the Indebtedness. In the event of a death, Lender, at its option, may, but shall not be required to, permit the guarantor's estate to assume unconditionally the obligations arising under the guaranty in a manner satisfactory to Lender, and, in doing so, cure any Event of Default.

Insecurity. Lender in good faith believes itself insecure.

Right to Cure. If any default, other than a default in payment is curable and if Grantor has not been given a notice of a breach of the same provision of this Mortgage within the preceding twelve (12) months, it may be cured if Grantor, after receiving written notice from Lender demanding cure of such default: (1) cures the default within ten (10) days; or (2) if the cure requires more than ten (10) days, immediately initiates steps which Lender deems in Lender's sole discretion to be sufficient to cure the default and thereafter continues and completes all reasonable and necessary steps sufficient to produce compliance as soon as reasonably practical.

RIGHTS AND REMEDIES ON DEFAULT. Upon the occurrence of an Event of Default and at any time thereafter, Lender, at Lender's option, may exercise any one or more of the following rights and remedies, in addition to any other rights or remedies provided by law:

Accelerate Indebtedness. Lender shall have the right at its option without notice to Grantor to declare the entire Indebtedness immediately due and payable, including any prepayment penalty which Grantor would be required to pay.

UCC Remedies. With respect to all or any part of the Personal Property, Lender shall have all the rights and remedies of a secured party under the Uniform Commercial Code.

Collect Rents. Lender personally, or by Lender's agents or attorneys, may enter into and upon all or any part of the Property, and may exclude Grantor, Grantor's agents and servants wholly from the Property. Lender may use, operate, manage and control the Property. Lender shall be entitled to collect and receive all earnings, revenues, rents, issues, profits and income of the Property and every part thereof, all of which shall for all purposes constitute property of Grantor. After deducting the expenses of conducting the business thereof, and of all maintenance, repairs, renewals, replacements, alterations, additions, betterments and improvements and amounts necessary to pay for taxes, assessments, insurance and prior or other property charges upon the Property or any part thereof, as well as just and reasonable compensation for the services of Lender, Lender shall apply such monies first to the payment of the principal of the Note, and the interest thereon, when and as the same shall become payable and second to the payment of any other sums required to be paid by Grantor under this Mortgage.

Appoint Receiver. In the event of a suit being instituted to foreclose this Mortgage, Lender shall be entitled to apply at any time pending such foreclosure suit to the court having jurisdiction thereof for the appointment of a receiver of any or all of the Property, and of all rents, incomes, profits, issues and revenues thereof, from whatsoever source. The parties agree that the court shall forthwith appoint such receiver with the usual powers and duties of receivers in like cases. Such appointment shall be made by the court as a matter of strict right to Lender and without notice to Grantor, and without reference to the adequacy or inadequacy of the value of the Property, or to Grantor's solvency or any other party defendant to such suit. Grantor hereby specifically waives the right to object to the appointment of a receiver and agrees that such appointment shall be made as an admitted equity and as a matter of absolute right to Lender, and consents to the appointment of any officer or employee of Lender as receiver. Lender shall have the

right to have a receiver appointed to take possession of all or any part of the Property, with the power to protect and preserve the Property, to operate the Property preceding foreclosure or sale, and to collect the Rents from the Property and apply the proceeds, over and above the cost of the receivership, against the Indebtedness. The receiver may serve without bond if permitted by law. Lender's right to the appointment of a receiver shall exist whether or not the apparent value of the Property exceeds the Indebtedness by a substantial amount. Employment by Lender shall not disqualify a person from serving as a receiver.

**Judicial Foreclosure.** Lender may obtain a judicial decree foreclosing Grantor's interest in all or any part of the Property.

**Deficiency Judgment.** If permitted by applicable law, Lender may obtain a judgment for any deficiency remaining in the Indebtedness due to Lender after application of all amounts received from the exercise of the rights provided in this section.

**Tenancy at Sufferance.** If Grantor remains in possession of the Property after the Property is sold as provided above or Lender otherwise becomes entitled to possession of the Property upon default of Grantor, Grantor shall become a tenant at sufferance of Lender or the purchaser of the Property and shall, at Lender's option, either (1) pay a reasonable rental for the use of the Property, or (2) vacate the Property immediately upon the demand of Lender.

**Other Remedies.** Lender shall have all other rights and remedies provided in this Mortgage or the Note or available at law or in equity.

**Sale of the Property.** To the extent permitted by applicable law, Grantor hereby waives any and all right to have the Property marshalled. In exercising its rights and remedies, Lender shall be free to sell all or any part of the Property together or separately, in one sale or by separate sales. Lender shall be entitled to bid at any public sale on all or any portion of the Property.

**Notice of Sale.** Lender will give Grantor reasonable notice of the time and place of any public sale of the Personal Property or of the time after which any private sale or other intended disposition of the Personal Property is to be made. Reasonable notice shall mean notice given at least ten (10) days before the time of the sale or disposition. Any sale of the Personal Property may be made in conjunction with any sale of the Real Property.

**Election of Remedies.** All of Lender's rights and remedies will be cumulative and may be exercised alone or together. An election by Lender to choose any one remedy will not bar Lender from using any other remedy. If Lender decides to spend money or to perform any of Grantor's obligations under this Mortgage, after Grantor's failure to do so, that decision by Lender will not affect Lender's right to declare Grantor in default and to exercise Lender's remedies.

**Attorneys' Fees; Expenses.** If Lender institutes any suit or action to enforce any of the terms of this Mortgage, Lender shall be entitled to recover such sum as the court may adjudge reasonable as attorneys' fees at trial and upon any appeal. Whether or not any court action is involved, and to the extent not prohibited by law, all reasonable expenses Lender incurs that in Lender's opinion are necessary at any time for the protection of its interest or the enforcement of its rights shall become a part of the Indebtedness payable on demand and shall bear interest at the Note rate from the date of the expenditure until repaid. Expenses covered by this paragraph include, without limitation, however subject to any limits under applicable law, Lender's reasonable attorneys' fees and Lender's legal expenses, whether or not there is a lawsuit, including reasonable attorneys' fees and expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), appeals, and any anticipated post-judgment collection services, the cost of searching records, obtaining title reports (including foreclosure reports), surveyors' reports, and appraisal fees and title insurance, to the extent permitted by applicable law. Grantor also will pay any court costs, in addition to all other sums provided by law.

**NOTICES.** Any notice required to be given under this Mortgage, including without limitation any notice of default and any notice of sale shall be given in writing, and shall be effective when actually delivered, when actually received by telefacsimile (unless otherwise required by law), when deposited with a nationally recognized overnight courier, or, if mailed, when deposited in the United States mail, as first class, certified or registered mail postage prepaid, directed to the addresses shown near the beginning of this Mortgage. Any person may change his or her address for notices under this Mortgage by giving written notice to the other person or persons, specifying that the purpose of the notice is to change the person's address. For notice purposes, Grantor agrees to keep Lender informed at all times of Grantor's current address. Unless otherwise provided or required by law, if there is more than one Grantor, any notice given by Lender to any Grantor is deemed to be notice given to all Grantors. It will be Grantor's responsibility to tell the others of the notice from Lender.

**ASSOCIATION OF UNIT OWNERS.** The following provisions apply if the Real Property has been submitted to unit ownership law or similar law for the establishment of condominiums or cooperative ownership of the Real Property:

**Power of Attorney.** Grantor grants an irrevocable power of attorney to Lender to vote in Lender's discretion on any matter that may come before the association of unit owners. Lender will have the right to exercise this power of attorney only after Grantor's default; however, Lender may decline to exercise this power as Lender sees fit.

**Insurance.** The insurance as required above may be carried by the association of unit owners on Grantor's behalf, and the proceeds of such insurance may be paid to the association of unit owners for the purpose of repairing or reconstructing the Property. If not so used by the association, such proceeds shall be paid to Lender.

**Default.** Grantor's failure to perform any of the obligations imposed on Grantor by the declaration submitting the Real Property to unit ownership, by the bylaws of the association of unit owners, or by any rules or regulations thereunder, shall be an event of default under this Mortgage. If Grantor's interest in the Real Property is a leasehold interest and such property has been submitted to unit ownership, any failure by Grantor to perform any of the obligations imposed on Grantor by the lease of the Real Property from its owner, any default under such lease which might result in termination of the lease as it pertains to the Real Property, or any failure of Grantor as a member of an association of unit owners to take any reasonable action within Grantor's power to prevent a default under such lease by the association of unit owners or by any member of the association shall be an Event of Default under this Mortgage.

**MISCELLANEOUS PROVISIONS.** The following miscellaneous provisions are a part of this Mortgage:

**Amendments.** What is written in this Mortgage and in the Related Documents is Grantor's entire agreement with Lender concerning

**MORTGAGE**

**(Continued)**

the matters covered by this Mortgage. To be effective, any change or amendment to this Mortgage must be in writing and must be signed by whoever will be bound or obligated by the change or amendment.

**Caption Headings.** Caption headings in this Mortgage are for convenience purposes only and are not to be used to interpret or define the provisions of this Mortgage.

**Governing Law.** This Mortgage will be governed by federal law applicable to Lender and, to the extent not preempted by federal law, the laws of the State of Florida without regard to its conflicts of law provisions. This Mortgage has been accepted by Lender in the State of Florida.

**Choice of Venue.** If there is a lawsuit, Grantor agrees upon Lender's request to submit to the jurisdiction of the courts of Polk County, State of Florida.

**Joint and Several Liability.** All obligations of Grantor under this Mortgage shall be joint and several, and all references to Grantor shall mean each and every Grantor. This means that each Grantor signing below is responsible for all obligations in this Mortgage.

**No Waiver by Lender.** Grantor understands Lender will not give up any of Lender's rights under this Mortgage unless Lender does so in writing. The fact that Lender delays or omits to exercise any right will not mean that Lender has given up that right. If Lender does agree in writing to give up one of Lender's rights, that does not mean Grantor will not have to comply with the other provisions of this Mortgage. Grantor also understands that if Lender does consent to a request, that does not mean that Grantor will not have to get Lender's consent again if the situation happens again. Grantor further understands that just because Lender consents to one or more of Grantor's requests, that does not mean Lender will be required to consent to any of Grantor's future requests. Grantor waives presentment, demand for payment, protest, and notice of dishonor.

**Severability.** If a court finds that any provision of this Mortgage is not valid or should not be enforced, that fact by itself will not mean that the rest of this Mortgage will not be valid or enforced. Therefore, a court will enforce the rest of the provisions of this Mortgage even if a provision of this Mortgage may be found to be invalid or unenforceable.

**Merger.** There shall be no merger of the interest or estate created by this Mortgage with any other interest or estate in the Property at any time held by or for the benefit of Lender in any capacity, without the written consent of Lender.

**Successors and Assigns.** Subject to any limitations stated in this Mortgage on transfer of Grantor's interest, this Mortgage shall be binding upon and inure to the benefit of the parties, their successors and assigns. If ownership of the Property becomes vested in a person other than Grantor, Lender, without notice to Grantor, may deal with Grantor's successors with reference to this Mortgage and the Indebtedness by way of forbearance or extension without releasing Grantor from the obligations of this Mortgage or liability under the Indebtedness.

**Time is of the Essence.** Time is of the essence in the performance of this Mortgage.

**Waive Jury.** All parties to this Mortgage hereby waive the right to any jury trial in any action, proceeding, or counterclaim brought by any party against any other party.

**DEFINITIONS.** The following words shall have the following meanings when used in this Mortgage:

**Borrower.** The word "Borrower" means CESAR A. JARAMILLO and INES JARAMILLO and includes all co-signers and co-makers signing the Note and all their successors and assigns.

**Environmental Laws.** The words "Environmental Laws" mean any and all state, federal and local statutes, regulations and ordinances relating to the protection of human health or the environment, including without limitation the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended, 42 U.S.C. Section 9601, et seq. ("CERCLA"), the Superfund Amendments and Reauthorization Act of 1986, Pub. L. No. 99-499 ("SARA"), the Hazardous Materials Transportation Act, 49 U.S.C. Section 1801, et seq., the Resource Conservation and Recovery Act, 42 U.S.C. Section 6901, et seq., or other applicable state or federal laws, rules, or regulations adopted pursuant thereto.

**Event of Default.** The words "Event of Default" mean any of the events of default set forth in this Mortgage in the events of default section of this Mortgage.

**Grantor.** The word "Grantor" means CESAR A. JARAMILLO and INES JARAMILLO.

**Guaranty.** The word "Guaranty" means the guaranty from guarantor, endorser, surety, or accommodation party to Lender, including without limitation a guaranty of all or part of the Note.

**Hazardous Substances.** The words "Hazardous Substances" mean materials that, because of their quantity, concentration or physical, chemical or infectious characteristics, may cause or pose a present or potential hazard to human health or the environment when improperly used, treated, stored, disposed of, generated, manufactured, transported or otherwise handled. The words "Hazardous Substances" are used in their very broadest sense and include without limitation any and all hazardous or toxic substances, materials or waste as defined by or listed under the Environmental Laws. The term "Hazardous Substances" also includes, without limitation, petroleum and petroleum by-products or any fraction thereof and asbestos.

**Improvements.** The word "Improvements" means all existing and future improvements, buildings, structures, mobile homes affixed on the Real Property, facilities, additions, replacements and other construction on the Real Property.

**Indebtedness.** The word "Indebtedness" means all principal, interest, and other amounts, costs and expenses payable under the Note or Related Documents, together with all renewals of, extensions of, modifications of, consolidations of and substitutions for the Note or Related Documents and any amounts expended or advanced by Lender to discharge Grantor's obligations or expenses incurred by Lender to enforce Grantor's obligations under this Mortgage, together with interest on such amounts as provided in this Mortgage.

**MORTGAGE**

Loan No: 401012700

**(Continued)**

Page 8

---

Lender. The word "Lender" means CenterState Bank of Florida, N.A., its successors and assigns. The words "successors or assigns" mean any person or company that acquires any interest in the Note.

Mortgage. The word "Mortgage" means this Mortgage between Grantor and Lender.

Note. The word "Note" means the promissory note dated December 7, 2006, **in the original principal amount of** $214,000.00 from Grantor to Lender, together with all renewals of, extensions of, modifications of, refinancings of, consolidations of, and substitutions for the promissory note or agreement. The final maturity date of the Note is December 19, 2036. **NOTICE TO GRANTOR: THE NOTE CONTAINS A VARIABLE INTEREST RATE.**

Personal Property. The words "Personal Property" mean all equipment, fixtures, and other articles of personal property now or hereafter owned by Grantor, and now or hereafter attached or affixed to the Real Property; together with all accessions, parts, and additions to, all replacements of, and all substitutions for, any of such property; and together with all proceeds (including without limitation all insurance proceeds and refunds of premiums) from any sale or other disposition of the Property.

Property. The word "Property" means collectively the Real Property and the Personal Property.

Real Property. The words "Real Property" mean the real property, interests and rights, as further described in this Mortgage.

Related Documents. The words "Related Documents" mean all promissory notes, credit agreements, loan agreements, environmental agreements, guaranties, security agreements, mortgages, deeds of trust, security deeds, collateral mortgages, and all other instruments, agreements and documents, whether now or hereafter existing, executed in connection with the Indebtedness.

Rents. The word "Rents" means all present and future rents, revenues, income, issues, royalties, profits, and other benefits derived from the Property.

EACH GRANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS MORTGAGE, AND EACH GRANTOR AGREES TO ITS TERMS.

GRANTOR:

X _____
CESAR A. JARAMILLO

X _____
INES JARAMILLO

WITNESSES:

X _____   Jennifer Y. Meyers

X _____

**MORTGAGE**
**(Continued)**

Loan No: 401012700

Page 9

---

## INDIVIDUAL ACKNOWLEDGMENT

STATE OF _Florida_                                    )
                                                       ) SS
COUNTY OF _Polk_                                       )

The foregoing instrument was acknowledged before me this ___7th___ day of ___December___, 20 0 6
by **CESAR A. JARAMILLO and INES JARAMILLO**, who are personally known to me or who have produced ___drivers license___
as identification and did / did not take an oath.

_(signature)_
(Signature of Person Taking Acknowledgment)

_Gina L. Ogburn_
(Name of Acknowledger Typed, Printed or Stamped)

Gina L. Ogburn
Commission # DD564216
Expires July 22, 2010
Bonded Troy Fain Insurance Inc. 800-385-7019

_____
(Title or Rank)

_____
(Serial Number, if any)

LASER PRO Lending, Ver. 5.33.00.004 Copr. Harland Financial Solutions, Inc. 1997, 2006. All Rights Reserved. - FL C:\CFI\WIN\CFI\LPL\G02.LG IR-3446 PR-67

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

<u>Section VII.  Alternative Living Expenses</u>

Attached are documents to support the alternative living expenses incurred to date ($59,415.00).  We reserve the right to amend this amount as additional expenses are incurred.

<u>Section VII.  Loss of Use / Loss of Enjoyment</u>

$250,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.  This figure also includes damaged personal property and home repair directly attributable to the gasses produced by the defective sheetrock.

# FATHER & SON 561-820-0129

### Maritza Jaramillo

Thu 4/5/2018 11:31 AM

To:Maritza Jaramillo <mzajarami@hotmail.com>;

**From:** info@fathersonmovingandstorage.com <info@fathersonmovingandstorage.com>
**Sent:** Thursday, July 30, 2015 11:53 AM
**To:** Maritza Jaramillo
**Subject:** FATHER & SON 561-820-0129

--
Hi Ms Jaramillo

Our rate for the move you are explaining would be
1995.00  this would include 2 men 1 truck load
You also need some storage
The storage rate is 65.00 per month for a 250 c/f vault
You would need at least 2 vaults
We will require a 50% dep
Any questions please call me
561-820-0129

Thank you
Michael

Father & Son Moving and Storage
"Local and Long Distance Moving"

Ask For Our Monthly Specials...!

Broward County: 954.762.9000
Miami Dade County: 305.634.4200
Palm Beach County: 561.561.820.0129

Website: http://www.fathersonmovingandstorage.com
Email: info@fathersonmovingandstorage.com

--

## LEASE EXTENTION AGREEMENT

This lease extension agreement was created on **May 30/2017** between **Maria C Jimenez**, landlord, and **Cesar e Ines Jaramillo**, tenant, for the property located at **3286 Arcara way 409, Lake Worth, FL, 33467.**

This document certifies that the parties agree to extend the previous lease agreement for a period of 12 months, starting on August 01/2017 and ending on July 30/2018

This lease will be extended at a rate of $ 1050.00 US per month, with an increment of $ 50 US to last month and security deposit to be deposited on the escrow account.

This document binds the landlord and tenant to the terms and conditions of the original lease. This lease extension agreement, along with the attached original lease, is the entire agreement between both parties.

**Landlord:**

Maria C Jimenez

Signature

**Tenant:**

Cesar Jaramillo/Ines Jaramillo

Signature

# DORCHESTER CONDOMINIUM
## 3286 ARCARA WAY
C/O PMS CORP., 5430 10TH Ave North, Suite B, Greenacres, Fl 33463
561-641-0960

## INFORMATION SHEET
(MUST BE COMPLETED)
_____SALE____LEASE_XX___

Today's date___7/20/2015_____

Unit Address___3268 Arcara Way_____UNIT#_409_

Name___Jaramillo_____Cesar_____A._____
(last)                             (first)                         (middle)

Spouse__Jaramillo_____Ines_____
(last)                             (first)                         (middle)

Present Address: Street__5301 Nicklaus Dr._____

City__Winter Haven_____State_FL_____Zip Code_33884_____

Present Home Telephone#__863-325-8262_____

Date of Birth__6/12/1936_____Spouse Date of Birth__12/24/1945_____

Social Security #_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_____Spouse Social Security #_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_

Number of Children_____Ages_____

Total Number of People to Occupy Premises:__2____

Pets_____NO PETS ALLOWED_____

Vehicle Identification___Toyota Rav 4 - Silver_____Tag #_K12ONU FL_

Vehicle Identification_____Tag #_____

IN CASE OF EMERGENCY NOTIFY:___David Jaramillo_____

Telephone Numbers___561-703-6860_____

Signature_____Date___7/20/2015_____

Signature_____Date___7/20/2015_____

# DORCHESTER CONDOMINIUM
## 3286 ARCARA WAY
C/O PMS CORP., 5430 10th Ave North, Suite B, Greenacres, Fl 33463

### APPLICATION FOR LEASE

-The proposed lessee must complete this application and return to PMS Corp.
-Include a processing fee of $150.00 per person with this application (payable to Guardian Properties).
-Please attach a copy of valid driver's license and of the proposed lease to this application.
-No unit may be leased for a period of less than 3 months.
-Lessees must be members of one family, or a single person.
-Processing of this application will begin after all of the required application have been completed, signed and in the management's office.
-All applicants must be interviewed prior to final approval.
-Occupancy prior to approval is prohibited.

* Please print or type *

Today's date___7/20/2015___

Lease Term from ___Aug 1, 2015___ to ___July 31, 2016___

Owner's Name___Maria C. Jimenez___ Unit #___409___

Name of Real Estate Company___Century 21 Tenace Realty___
Name of Associate Handling Lease___Eduardo Arriagada___
Telephone #__561-740-2100___ email___

**Name of Proposed Lessee (as will appear on Lease)**

A.___Cesar A. Jaramillo___ Age___79___

**Any additional Occupants of Apartment**

___Ines Jaramillo___ Age___69___ Relationship___Wife___

___ Age___ Relationship___

1. I hereby agree for myself and on behalf of all persons who may use the apartment that I seek to lease:
   a. I will abide by all the restrictions contained in the by-laws, rules and regulations, and restrictions that are or may in the future be imposed by the Dorchester.

PAGE 1 OF 3

DORCHESTER LEASE APPLICATION CONTINUED

- b. I understand that sub-leasing or occupancy of this apartment in my absence is not permitted.
- c. I shall be present when guests, visitors, relatives, or children who are not permanent residents occupy the apartment.
- d. I understand that any violations of the terms, provisions, conditions and covenants of the Association Documents provide cause for immediate action as therein provided or termination of the leasehold under appropriate circumstances.

2. I understand that the acceptance for lease of a unit at the Dorchester is conditioned upon the truth and accuracy of this application and upon the approval of the Board of Directors. Occupancy prior to approval is prohibited.

3. I understand that the Board of Directors of the Dorchester may cause to be instituted such an investigation of my background as the Board may deem necessary. Accordingly, I specifically authorize the Board or their agents to make such an investigation and agree that the information contained in this and the attached application may be used in said investigation, and that the Board of Directors and Officers of the Dorchester itself shall be held harmless from any actions or claim by me in connection with the use of the information contained herein or any investigation conducted by the Board.

4. I acknowledge that the Dorchester Condominium is qualified as an Adult Community.

   X 5. I agree that I will not bring a pet nor allow any guest or visitor to bring a pet into the Dorchester nor acquire one either temporarily or permanently after occupancy. **INITIAL LINE #5**

   X 6. I agree that I will not park a commercial vehicle nor pick up truck overnight **INITIAL LINE #6**

APPLICANT _____ Date 7/20/2015

APPLICANT _____ Date 7/20/2015

PAGE 2 OF 3

Cesar & Ines Expenses due to Chinese Drywall

Medical Costs due to suffering effects of the Chinese Drywall
Hospital, Doctor Visits, oxygen, ambulance Co-payments

|  | 17,050.00 Plus |
| --- | --- |
| Loss of use and/or enjoyment of the home for 10 years | 250,000.00 |
| A/C replacement | 5,000.00 |
| A/C replacement | 8,000.00 |
| Purification additon to the a/c | 500.00 |
| Moving Truck delivery | 1995.00 |
| Moving Materials | 500.00 |
| Miles & Gas | 250.00 |
| FPL Deposit | 220.00 |
| Deposit for Apartment | 1000.00 |
| Lease of Apartment for 2016-2017 | 12,000.00 |
| Lease of Apartment for 2017-2018 | 12,600.00 |
| Lease Application | 300.00 |

309,415.00



**Polk County BOCC-EMS**
PO Box 917734
ORLANDO, FL, 32891

**Account #**
**11585911**

## Itemized Statement

| Patient | Trip |
|---|---|
| Jaramillo, Cesar<br>5301 Nicklaus Dr<br>WINTER HAVEN FL  33884 | Date of Service: 07-17-2012<br>Dispatch ID Number: ES040382<br>Pickup: 199 Avenue B NW<br>Destination: WINTER HAVEN HOSPITAL |

### Itemized Charges

| Description | Unit Cost | Units | Amount |
|---|---|---|---|
| ALS1 Emergency Base Rate | 600.00 | 1 | 600.00 |
| ALS Emergency Mileage | 9.00 | 0.4 | 3.60 |

### Account Detail

| Transaction | Scan # | Post Date | Amount |
|---|---|---|---|
| Payment to EMS - Primary Insurance | p71005079422 | 10-05-2012 | 259.14 |
| Adjustment/Assignment - Primary Insurance | p71005079422 | 10-05-2012 | 194.46 |
| Payment to EMS - Check / Money Order | i1429688189006 | 05-04-2015 | 40.00 |
| Payment to EMS - Check / Money Order | i1431589667491 | 05-26-2015 | 50.00 |

### Account Summary

| Total Charges | Total Payments | Assign/Adjust | Balance Due |
|---|---|---|---|
| $603.60 | $349.14 | $194.46 | $60.00 |



**Polk County BOCC-EMS**
PO Box 917734
ORLANDO, FL, 32891

**Account #**
**19939894**

## Itemized Statement

| Patient | Trip |
|---|---|
| Jaramillo, Cesar<br>5301 Nicklaus Dr<br>WINTER HAVEN FL 33884 | Date of Service: 06-02-2014 —<br>Dispatch ID Number: 034224<br>Pickup: 5301 Nicklaus Dr<br>Destination: WINTER HAVEN HOSPITAL |

### Itemized Charges

| Description | Unit Cost | Units | Amount |
|---|---|---|---|
| ALS1 Emergency Base Rate | 600.00 | 1 | 600.00 |
| ALS Emergency Mileage | 9.00 | 8 | 72.00 |

### Account Detail

| Transaction | Scan # | Post Date | Amount |
|---|---|---|---|
| Payment to EMS - Primary Insurance | p210010635462 | 08-14-2014 | 313.38 |
| Adjustment/Assignment - Primary Insurance | p210010635462 | 08-14-2014 | 208.62 |
| Payment to EMS - Check / Money Order | i1420791245075 | 03-17-2015 | 50.00 |
| Payment to EMS - Check / Money Order | i1424170930688 | 03-17-2015 | 50.00 |

### Account Summary

| Total Charges | Total Payments | Assign/Adjust | Balance Due |
|---|---|---|---|
| $672.00 | $413.38 | $208.62 | $50.00 |

THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

TRANSWORLD SYSTEMS INC.
COLLECTION AGENCY
507 PRUDENTIAL RD.
HORSHAM, PA 19044
877-420-4789
OFFICE HOURS: 8AM - 5PM ET MON - FRI

BOND CLINIC PA
ACCT #:    977N8-0000002833
CLIENT REF: 85430

CURRENT BALANCE DUE:    $744.23

# TRANSMITTAL

08/13/15

INES JARAMILLO
5301 NICKLAUS DR
WINTER HAVEN FL 33884-3593

$100—$50 — (5-2-15)

There can be possible consequences connected with nonpayment of a legitimate debt.

Unless timely payment is made, we may recommend to our client that this account be transferred to our team of professional telephone collectors.

Send correspondence, other than payment, to this collection agency at P.O. BOX 17221, WILMINGTON, DE 19850.

Please send payment to:
BOND CLINIC PA
500 EAST CENTRAL AVENUE
WINTER HAVEN FL 33880

Our Client's Phone:
863-293-1191 X 3356

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector. Calls to or from this company may be monitored or recorded for quality assurance.

**Notice: See Reverse Side for Important Information.**
We are required under some states' laws to notify consumers of certain rights as detailed in the list on the back of this notice. Consumers have rights under state and federal law that are not described in this letter or in the list on the back of this notice.

WINTER HAVEN FL 33880

5    $744.23

INES JARAMILLO

977N8-0000002833

977N8 0000002833 85430 000074423

**A.R.M., Inc.**
PO Box 277690
Miramar Fl 33027-7690



| PLEASE CHECK CARD USED FOR PAYMENT | | | | |
|---|---|---|---|---|
| ☐ Master Card ☐ MASTERCARD | ☐ DISCOVER DISCOVER | | ☐ AMEX | ☐ VISA VISA |
| CARD NUMBER | | | | CVV2 |
| SIGNATURE | | | | EXP. DATE |
| STATEMENT DATE 11/13/2015 | DUE DATE | | CURRENT AMOUNT DUE $750.00 | |
| ACCOUNT NUMBER 1416900452 | | | $ AMOUNT ENCLOSED | |

0000000787

ɪlɪlɪɪlɪɪlɪlɪlɪlɪɪlɪɪ·ɪɪlɪɪlllɪlɪɪ·ɪɪllllɪllɪlɪɪllɪɪlɪɪlɪ

JARAMILLO CESAR AUGUSTO
5301 NICKLAUS DR
WINTER HAVEN, FL 33884-3593

**A.R.M., Inc.**
PO Box 277690
Miramar Fl 33027-7690

lɪllɪɪllɪɪɪllɪllllɪɪɪlɪlɪlɪllɪɪɪlɪllɪɪllɪɪɪllɪɪlɪlɪlɪl

☐ Please check box if above address is incorrect or if insurance
information has changed and indicate change(s) on reverse side.

DETACH UPPER PORTION AND RETURN WITH PAYMENT                1010A

| Date(s) of Service | Reference Number | Creditor | Amount Due |
|---|---|---|---|
| 07/11/2014 | 1416900452 | Winter Haven Hospital | $750.00 |

## Please Read Carefully…

| Account Number | Account Name | Reference Number | Date(s) of Service | Total |
|---|---|---|---|---|
| 5669879-1 | JARAMILLO CESAR AUGUSTO | 1416900452 | 07/11/2014 | $750.00 |

**Date of Service:    07/11/2014**                                                        **Total:    $750.00**

Dear Jaramillo Cesar Augusto:

Please be advised that your account has been assigned to Accounts Receivable Management, Inc., a collection agency.

You are directed to address all future correspondence and payments concerning this account to the address above.

Sincerely,

Ms. Jackson ext 107
888-548-8829

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED  SHALL BE USED FOR THAT PURPOSE.



A.R.M., Inc.
PO Box 277690
Miramar Fl 33027-7690

PAYING BY CREDIT CARD? FILL IN BELOW. CHECK CARD USED FOR PAYMENT

| | | | | |
|---|---|---|---|---|
| MASTERCARD | DISCOVER | DISCOVER | AMEX | VISA |

CARD NUMBER

| | CVV2 |

SIGNATURE                                          EXP. DATE

| STATEMENT DATE | DUE DATE | CURRENT AMOUNT DUE |
|---|---|---|
| 11/4/2015 | | $65 00 |
| ACCOUNT NUMBER | | $ AMOUNT ENCLOSED |
| 1420900358 | | |

000000370

վիլիսկոսիսիրնիկիստիիսիսիորսկիիիիլիանիկիստ

JARAMILLO CESAR AUGUSTO
5301 NICKLAUS DR
WINTER HAVEN, FL 33884-3593

A.R.M., Inc.
PO Box 277690
Miramar Fl 33027-7690

12-2-15

հանհունեներնեսիսիրեներիդեսիրորդիսիլ

☐ Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse side.

DETACH UPPER PORTION AND RETURN WITH PAYMENT

1010A

| Date(s) of Service | Reference Number | Creditor | Amount Due |
|---|---|---|---|
| 07/28/2014 | 1420900358 | Winter Haven Hospital | $65.00 |

## Please Read Carefully...

| Account Number | Account Name | Reference Number | Date(s) of Service | | Total |
|---|---|---|---|---|---|
| 5663689-1 | JARAMILLO CESAR AUGUSTO | 1420900358 | 07/28/2014 | | $65.00 |

Date of Service:    07/28/2014                                    **Total:**    **$65.00**

**Dear Jaramillo Cesar Augusto:**

**Please be advised that your account has been assigned to Accounts Receivable Management, Inc., a collection agency.**

**You are directed to address all future correspondence and payments concerning this account to the address above.**

Sincerely,

Mr. Grant
888-548-8829

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED SHALL BE USED FOR THAT PURPOSE.

1010A



A.R.M., Inc.
PO Box 277690
Miramar Fl 33027-7690

PAYING BY CREDIT CARD, FILL OUT BELOW, CHECK APPROPRIATE BOX FOR PAYMENT

| MASTERCARD DISCOVER | DISCOVER | AMEX | VISA |

CARD NUMBER · CVV2

SIGNATURE · EXP. DATE

| STATEMENT DATE | DUE DATE | CURRENT AMOUNT DUE |
| 1/21/2016 | | $450.00 |

| ACCOUNT NUMBER | $ AMOUNT ENCLOSED |
| 1424700319 | |

0000000835

ɥltɹllᵗlᵗ·lᵗll·lᵗⁱⁿᵗlᵗlⁱⁿⁿ·lᵗⁿⁱⁿlᵗ

JARAMILLO INES
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

2-2-

A.R.M., Inc.
PO Box 277690
Miramar Fl 33027-7690

lᵗllⁿᵗllⁿⁿlᵗllⁿⁿᵗllⁿlᵗlⁿⁿllⁿⁿlᵗlllⁿᵗlᵗllⁿᵗlⁿlⁿl

☐ Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse side.

DETACH UPPER PORTION AND RETURN WITH PAYMENT                1010A

| Date(s) of Service | Reference Number | Creditor | Amount Due |
|---|---|---|---|
| 09/16/2014 | 1424700319 | Winter Haven Hospital | $450.00 |

## Please Read Carefully...

| Account Number | Account Name | Reference Number | Date(s) of Service | Total |
|---|---|---|---|---|
| 5736243-1 | JARAMILLO INES | 1424700319 | 09/16/2014 | $450.00 |

**Date of Service:   09/16/2014**                                **Total   $450.00**

Dear Jaramillo Ines:

Please be advised that your account has been assigned to Accounts Receivable Management, Inc., a collection agency.

You are directed to address all future correspondence and payments concerning this account to the address above.

Sincerely,

Mr. Grant
888-548-8829

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED SHALL BE USED FOR THAT PURPOSE.



# Winter Haven Hospital
*Caring for our Community*
P.O. BOX 3127
WINTER HAVEN, FL 33885-3127

30371

**TEMP-RETURN SERVICE REQUESTED**

002379
0101

| | | | | |
|---|---|---|---|---|
| MASTERCARD | DISCOVER | VISA | | AMERICAN EXPRESS |

| CARD NUMBER | | AMOUNT |
|---|---|---|
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | ACCOUNT NO. | PATIENT NAME |
|---|---|---|
| 09/01/15 | 1507000414 | INES JARAMILLO |

| PLEASE PAY THIS AMOUNT: | ENTER AMOUNT PAID: |
|---|---|
| $860.00 | |

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

652590D (PC1

INES JARAMILLO
3286 ARCARA WAY
APT 409
LAKE WORTH, FL 33467-1917

WINTER HAVEN HOSPITAL
P.O. BOX 277173
ATLANTA, GA 30384-7173

30371*TFQ0H747700021 3

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

IF THE ABOVE ADDRESS IS INCORRECT OR YOUR INSURANCE INFORMATION HAS CHANGED, PLEASE CALL OUR BUSINESS OFFICE AT (863) 280-6090

## STATEMENT OF ACCOUNT
**STATEMENT DATE:** 09/01/15

PLEASE DO NOT SEND WRITTEN CORRESPONDENCE TO THE ABOVE ADDRESS. SEND WRITTEN CORRESPONDENCE TO WINTER HAVEN HOSPITAL P.O. BOX 3127, WINTER HAVEN, FL 33885-3127

| PATIENT NAME | ACCOUNT NUMBER | SERVICE START | SERVICE END | PAGE # |
|---|---|---|---|---|
| INES JARAMILLO | 1507000414 | 03/11/15 | 04/08/15 | 1 of 1 |

| TRANSACTION DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17/15 | Previously Billed Balance | 1,323.49 |
| 08/31/15 | CRA-Medicare HMO | 321.93 |
| 08/31/15 | Adj - Mcare HMO Sequestration | 785.42CR |
| | Account Balance | 860.00 |
| | Estimated Insurance Liability | 0.00 |
| | Patient Responsibility | 860.00 |

| MESSAGES | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,323.49 |
| Thank you for choosing Winter Haven Hospital. We have received payment or other/no response from your insurance company. The balance is your responsibility and payment in full is now due. If you are unable to pay in full, a monthly payment plan may be available through MedMax Finance. You may also be eligible for Financial Assistance. Please see the reverse side of this statement for a summary of our Financial Assistance Policy and contact information. | TOTAL INSURANCE PAYMENTS | $0.00 |
| | TOTAL ADJUSTMENTS | $463.49CR |
| | TOTAL PATIENT PAYMENTS | $0.00 |
| | PLEASE PAY THIS AMOUNT | $860.00 |
| | BILLING QUESTIONS | |
| | Phone: (863) 280-6090 Monday - Friday, 9:00am - 4:00pm | |

**Payments received after the statement date will be reflected on the next statement.**

30371*TFQ0H7477000213



**Polk County BOCC-EMS**
PO Box 917734
ORLANDO, FL, 32891

**Account #**
**26178935**

### Itemized Statement

| Patient | Trip |
|---|---|
| Jaramillo, Cesar | Date of Service: 07-21-2015 |
| 3286 Arcara Way Apt 409 | Dispatch ID Number: 047733 |
| LAKE WORTH FL 33467 | Pickup: 5301 Niklaus Dr |
| | Destination: WINTER HAVEN HOSPITAL |

### Itemized Charges

| Description | Unit Cost | Units | Amount |
|---|---|---|---|
| ALS1 Emergency Base Rate | 600.00 | 1 | 600.00 |
| ALS Emergency Mileage | 9.00 | 2.6 | 23.40 |

### Account Detail

| Transaction | Scan # | Post Date | Amount |
|---|---|---|---|
| Payment to EMS - Primary Insurance | i1442404781035 | 09-18-2015 | 182.66 |
| Adjustment/Assignment - Primary Insurance | i1442404781035 | 09-18-2015 | 185.86 |
| Adjustment/Assignment - Primary Insurance | i1442404781035 | 09-18-2015 | 4.88 |

### Account Summary

| Total Charges | Total Payments | Assign/Adjust | Balance Due |
|---|---|---|---|
| $623.40 | $182.66 | $190.74 | $250.00 |



**Polk County BOCC-EMS**
PO Box 917734
ORLANDO, FL, 32891

**Account #**
**20702732**

## Itemized Statement

| Patient | Trip |
|---|---|
| Jaramillo, Cesar | Date of Service: 07-28-2014 |
| 5301 Nicklaus Dr | Dispatch ID Number: 046396 |
| WINTER HAVEN FL 33884 | Pickup: 5301 Nicklaus Dr |
| | Destination: WINTER HAVEN HOSPITAL |

### Itemized Charges

| Description | Unit Cost | Units | Amount | |
|---|---|---|---|---|
| ALS1 Emergency Base Rate | 600.00 | 1 | 600 | 00 |
| ALS Emergency Mileage | 9.00 | 9 | 81 | 00 |

### Account Detail

| Transaction | Scan # | Post Date | Amount | |
|---|---|---|---|---|
| Payment to EMS - Primary Insurance | p010011191511 | 09-25-2014 | 320 | 40 |
| Adjustment/Assignment - Primary Insurance | p010011191511 | 09-25-2014 | 210 | 60 |

### Account Summary

| Total Charges | Total Payments | Assign/Adjust | Balance Due |
|---|---|---|---|
| $681.00 | $320.40 | $210.60 | $150.00 |

# Winter Haven Hospital
BayCare Health System

| FECHA DE ESTADO | NÚMERO DE CUENTA | FECHA DE SERVICIO |
|---|---|---|
| 10/24/2015 | 12109245 | 07/23/2015 - 07/28/2015 |

**NOMBRE DEL PACIENTE**
CEASAR A. JARAMILLO

**FECHA DE VENCIMIENTO**
Al Recibido

## RESUMEN DE LA POLÍTICA DE AYUDA FINANCIERA

Winter Haven Hospital se compromete a cumplir con las necesidades de atención médica de las comunidades en las que opera. A todas las personas se les ofrece atención médica de emergencia, sin importar la capacidad de pago o la carencia de seguro.

Sabemos que pagar las cuentas médicas puede ser difícil. Si usted no puede pagar las suyas, solicite ayuda financiera completando la solicitud con toda la información requerida. Obtenga una solicitud y la política de Ayuda financiera completa, en inglés o español, en Winter Haven Hospital 863-280-6091, www.baycare.org o llamando al (855) 233-1555. Podemos utilizar su solicitud para identificar seguros médicos disponibles, incluidos Medicaid, de discapacidad, para víctimas de delitos, de la Ley Ómnibus Consolidada de Reconciliación Presupuestaria (Consolidated Omnibus Budget Act, COBRA), etc. Es importante que el hospital y el paciente trabajen juntos para resolver los problemas de pago.

Una vez que revisemos su solicitud de ayuda financiera completa, sus obligaciones hacia nosotros finalizan si el ingreso anual de su grupo familiar es inferior al 250 % del nivel federal de pobreza actual y no se esperan pagos adicionales de seguro. Esto no incluye paquetes con tarifas fijas ni intervenciones estéticas. Si califica para la ayuda financiera, se detendrán los procesos de cobro.

Para obtener más información, póngase en contacto con el equipo de ayuda financiera: (855) 233-1555.

**SEGURO 1:MCR Careplus HMO**

**TIPO DE PACIENTE**
Inpatient

**RAZÓN PARA VISITAS**  Los siguientes elementos son de MEDICINE realizado en Winter Haven Hospital en 07/23/2015.

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Cargos Totales | $39,064.20 |
| | (Véase el Resumen de los Cargos en la Parte Atrás) | |
| 07/31/2015 | Adjustment | -$31,193.12 |
| 08/26/2015 | Adjustment | -$138.96 |
| 08/26/2015 | Payment | -$6,808.88 |
| 10/23/2015 | Adjustment | $1.76 |
| | **Total por Pagar** | **$925.00** |

Pregunta de Pagos:

Servicio al Cliente:
863-280-6091

Horas de Oficina:
9:00 a.m. - 4:00 p.m. Lunes a Viernes
Servicio automático de 24 horas

Para pagar por Internet: baycare.org/pay-my-bill

PAP-1729-A-0

*Esta cuenta contiene cargos de servicios hospitalarios.*
*Los cargos de los médicos de los servicios relacionados con su cuidado se facturará por separado.*
\* HOSPITAL SIN FIN DE LUCRO LICENCIADO POR EL ESTADO DE LA FLORIDA

**Por Favor page esta Cantidad** | **$925.00**

### Mensaje Importante con respecto a su cuenta

El saldo de la cuenta es su responsabilidad. Para pagar en línea: baycare.org/pay-my-bill. Si tiene preguntas con respecto a su cuenta, llame al: Servicio al Cliente: 863-280-6091. Horario de atención de la oficina: de 9:00 a. m. a 4:00 p. m., de lunes a viernes. Servicio automatizado las 24 horas.

**Por favor haga su cheque a la orden de: WINTER HAVEN HOSPITAL**

Por favor devuelva la parte inferior en el sobre suministrado cualquier cambio en la direccion, seguro, etc. se debería notar al dorso del cupón abajo.



# Winter Haven Hospital
BayCare Health System

PROCESAMIENTO CENTRAL
PO Box 23848
Tampa FL 33623-3848

Sólo podemos procesar cuentas múltiples del hospital o diferentes ubicaciones si incluye el cupón correspondiente.

Por favor haga su cheque a la orden de: WINTER HAVEN HOSPITAL



| IF PAYING BY CREDIT CARD, CHECK BOX & FILL OUT BELOW | | | |
|---|---|---|---|
| ☐ VISA | ☐ | ☐ DISCOVER | ☐ |

Card Number _____

Print Name _____ Amount Paid _____

Signature _____ Exp. Date _____

| Fecha de Vencimiento | Total por Pagar | Número de Cuenta |
|---|---|---|
| Al Recibido | $925.00 | 12109245 |



CEASAR A. JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH FL 33467-1917

WINTER HAVEN HOSPITAL
PROCESAMIENTO CENTRAL
PO Box 23848
Tampa FL 33623-3848

00000001210924500009250007231S3   Al1

## STATEMENT

Astoria Health and Rehabilitation Center
701 Overlook Drive
Winter Haven, FL 33884-1671
(863) 318-5000

**Resident:** Jaramillo, Ines (52279)
**Location:** 1st Floor 811 - B
**Statement Date:** 8/1/2015

### ALL TRANSACTIONS PROCESSED AFTER Jul 31, 2015
### WILL APPEAR ON YOUR NEXT STATEMENT

Mrs. Ines Jaramillo
5301 Nicklaus Dr
Winter Haven, FL 33884

Amount Due $1,233.17

PLEASE DETACH AND RETURN WITH YOUR PAYMENT          Amount Enclosed $ _____

Astoria Health and Rehabilitation Center
701 Overlook Drive
Winter Haven, FL 33884-1671
(863) 318-5000

**Resident:** Jaramillo, Ines (52279)
**Location:** 1st Floor 811 - B
**Statement Date:** 8/1/2015

| **Effective Date** | **Description** | **Units** | **Unit Amount** | **Amount** |
|---|---|---|---|---|
| | **BALANCE FORWARD** | | | $1,521.85 |
| 6/22/2015 | Resident Liability Due Jun 22-30 2015 | | | $167.87 |
| 6/22/2015 | Resident Liability Due Jun 22-30 2015 | | | ($247.35) |
| 7/1/2015 | Resident Liability Due Jul 1-31 2015 | | | ($824.50) |
| 7/1/2015 | Resident Liability Due Jul 1-31 2015 | | | $532.90 |
| 8/1/2015 | Resident Liability Due Aug 1-31 2015 | | | $532.90 |
| 4/30/2015 | MCR Adv with mcd for co | | | ($450.00) |
| | **BALANCE DUE** | | | $1,233.17 |

# 700 27

Cesar Jaramillo
3286 Arcara Way
Green Acres FL 33467



**Palm Beach County Fire Rescue**
Phone: 888-987-0594

# Emergency Medical Services Bill

**Statement Date:** 12/19/2016

Date of Service: 09/27/2016
Account Number: 40136886
Incident No. PBC16100538

We have previously contacted you requesting payment as a result of ambulance service provided on 09/27/2016. Your account is past due and needs attention. Coventry Advantra has paid their portion of this claim. If you have supplemental insurance, please complete and sign the back of this form and return it to us. Please make sure your name is exactly as it appears on your insurance card. To update your insurance information online, go to www.intermedix.com/billpay. Otherwise, the remaining balance is your responsibility. Please see below to make a payment. For information or assistance on this account, please call 888-987-0594.

To pay this account with your Visa, MasterCard or Discover online, go to www.intermedix.com/billpay or make check payable to :
Palm Beach County Fire Rescue, Po Box 862036, Orlando, FL 32886

**Primary Insurance:** Coventry Advantra

## Statement of Account

| | |
|---|---|
| Emergency Medical Services | $645.00 |
| Payment to EMS - Primary Insurance | ($240.56) |
| Adjustment/Assignment - Primary Insurance | ($204.44) |

**Amount Due:** $200.00

**DETACH LOWER PORTIONS AND RETURN STUB WITH YOUR PAYMENT, THANK YOU**

Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886



| INCIDENT NO. | STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|---|
| PBC16100538 | 12/19/2016 | $200.00 | 40136886 |

Make checks payable to: Palm Beach County Fire Rescue

**To make a payment or view your account online, go to**
www.intermedix.com/billpay

07/12/10 09:30 3  00G1029 2016121 19 LLG9L101 20R-L TLD 1 rn GGM LL60L10000* 169100-LD



CESAR JARAMILLO
3286 ARCARA WAY
LAKE WORTH FL  33467-1919

Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886





**NPAS, Inc.**
P.O. BOX 99400
LOUISVILLE, KY 40269

404772-635523505-SP




| Services Provided by: |  Palms West HOSPITAL  Children's Hospital at Palms West |
|---|---|
| Patient Name: | Cesar Jaramillo |
| Account Number: | 11502161 |
| Service Date(s): | 09/27/2016 - 10/08/2016 |
| Statement Date: | 12/21/2016 |
| Placement Date: | 12/20/2016 |

Responsible Party

**CESAR JARAMILLO**
**3286 ARCARA WAY APT 409**
**LAKE WORTH, FL 33467-1917**

Contact Us
NPAS, Inc.
Toll Free 1-800-377-2013 Espanol: 1-800-681-9692
MON-FRI 8AM-9PM SAT 9AM-1PM CT

Please be prepared to provide the patient/responsible party full name, date of birth and mailing address. All calls may be recorded.

## PAYMENT REQUEST

| Total Payments | Current Balance | Payment Due By | Amount You Owe |
|---|---|---|---|
| $ 9,268.57 | $ 1,170.00 | 01/05/17 | $ 1,170.00 |

The insurance company was billed, leaving an unpaid balance in the amount shown above. Our records indicate that the balance is your responsibility. Please send payment in full at this time. If paying by check or money order, please indicate the account number and make payable to Palms West Hospital. In the event you are unable to pay the balance in full, please contact us at 1-800-377-2013 to discuss options for resolving your account.

### Insurance Information

If the insurance information on file is incorrect, please contact us at 1-800-377-2013.

*Primary:* COVENTRY SUMMITT MCR

### Payment Options

PAY ONLINE at your provider's website:
www.palmswesthospital.com/billpay

PAY BY PHONE at no additional cost through our automated system during or after normal business hours. Toll Free 1-800-377-2013.

MAIL PAYMENT: make payment out to the provider below and send with the attached coupon to the payment address specified below.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Please Detach and Return This Portion With Your Payment

☐ If your address changes, check this box and complete form on back.

Statement Date   12/21/2016

**CESAR JARAMILLO**
**3286 ARCARA WAY APT 409**
LAKE WORTH, FL 33467-1917

| Account Number | 11502161 |
|---|---|
| Payment Due Date | 01/05/17 |
| Balance Due | $ 1,170.00 |
| Payment Amount Enclosed | |

Please do not send cash. If paying by check or money order, please indicate account number and make payable to:
PALMS WEST HOSPITAL.

PLEASE DETACH THIS COUPON AND RETURN WITH
PAYMENT TO ADDRESS BELOW:

**PALMS WEST HOSPITAL**
P.O. BOX 740771
CINCINNATI, OH 45274-0771

| Credit Card Authorization (please check one) |
|---|
| ☐    ☐ VISA   ☐    ☐ AMEX |

Credit Card Number

Exp. Date

$ _____

Cardmember's Signature   Amount

JARAMILLO CE 0000115021610047700000117000 5

**LINCARE**
A Linde company

**BILLING INQUIRIES:** (800)444-5674
**SERVICE INQUIRIES:** (800)888-0401

**ACCOUNT NAME:** CESAR JARAMILLO
**CUSTOMER ID:** 1041-1336
**INVOICE DATE:** 10/26/2016
**INVOICE NUMBER:** BB784Q5G

| SERVICE DATE | SERVICE CODE | DESCRIPTION | QTY | AMOUNT BILLED | INSURANCE ALLOWED AMOUNT | INSURANCE AMOUNT DUE | TAX INCLUDED IN CUSTOMER DUE AMOUNT | CUSTOMER AMOUNT DUE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | CUSTOMER BEGINNING BALANCE | | | | | | $0.00 | |
| 10/04/2016 | E0431 | GASEOUS PORTABLE | 1 | 52.88 | 16.95 | 13.56 | 0.00 | 3.39 | |
| 10/04/2016 | E1390 | CONCENTRATOR | 1 | 312.00 | 100.00 | 80.00 | 0.00 | 20.00 | |

YOUR INSURANCE (IF APPLICABLE) IS IN THE PROCESS OF BEING BILLED. IF WE DO NOT RECEIVE PAYMENT, YOU MAY BE RESPONSIBLE FOR PAYMENT OF THE OUTSTANDING CHARGES.

| | TOTAL | $23.39 |
|---|---|---|

| TOTAL INSURANCE PENDING | | CURRENT BALANCE | PAST DUE BALANCE | TOTAL AMOUNT DUE UPON RECEIPT |
|---|---|---|---|---|
| $93.56 | | $23.39 | $0.00 | $23.39 |

**PRIMARY INSURANCE:** COVENTRY HC FL-MCR
**SECONDARY INSURANCE:** CUSTOMER PAY
**TERTIARY/COURTESY:**

FEDERAL ID: 59-2852900

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARD ACTS AS AMENDED AND OF REGULATIONS AND ORDERS OF THE U.S DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

656835 (PC4)

---

RETURN THE BELOW STUB WITH YOUR PAYMENT. PLEASE INDICATE ACCOUNT NUMBER ON CHECK.

4092-LINCSTMT-5599-0402035-P; 38670-1-1738; 37838704-1; 1

**LINCARE**
A Linde company

PO BOX 5087
CLEARWATER, FL 33758-5087

CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

001383
0101

☐ Check box  if address or insurance information has changed
Please indicate changes on the reverse side

Name: CESAR JARAMILLO  90-04-29-12

| INVOICE DATE | INVOICE NUMBER | CUSTOMER ID | AMOUNT DUE UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 10/26/2016 | BB784Q5G | 1041-1336 | $23.39 | |

FOR CREDIT CARD PAYMENT CHECK ONE: 

Card Number: _____  CCV Code *:

Card Holder Signature: _____  Exp. Date:

**MAKE CHECKS PAYABLE TO LINCARE INC**
PAY BY PHONE AT (800)444-5674
PAY ON-LINE AT www.Lincare.com

LINCARE INC
P.O. Box 105750
Atlanta, GA 30348-5750

BB784Q5G00000000104113360000023391b1026900429128

**LINCARE**
A Linde company

**BILLING INQUIRIES:** (800)444-5674
**SERVICE INQUIRIES:** (800)888-0401

**ACCOUNT NAME:** CESAR JARAMILLO
**CUSTOMER ID:** 1041-1336
**INVOICE DATE:** 11/05/2016
**INVOICE NUMBER:** BB7999NM

| SERVICE DATE | SERVICE CODE | DESCRIPTION | QTY | AMOUNT BILLED | INSURANCE ALLOWED AMOUNT | INSURANCE AMOUNT DUE | TAX INCLUDED IN CUSTOMER DUE AMOUNT | CUSTOMER AMOUNT DUE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | CUSTOMER BEGINNING BALANCE | | | | | | $23.39 | |
| 11/04/2016 | E0431 | GASEOUS PORTABLE | 1 | 52.88 | 16.95 | 13.56 | 0.00 | 3.39 | |
| 11/04/2016 | E1390 | CONCENTRATOR | 1 | 312.00 | 100.00 | 80.00 | 0.00 | 20.00 | |

YOUR INSURANCE (IF APPLICABLE) IS IN THE PROCESS OF BEING BILLED. IF WE DO NOT RECEIVE PAYMENT,
YOU MAY BE RESPONSIBLE FOR PAYMENT OF THE OUTSTANDING CHARGES.

| | | | | TOTAL | $46.78 |
|---|---|---|---|---|---|

| TOTAL INSURANCE PENDING | CURRENT BALANCE | PAST DUE BALANCE | TOTAL AMOUNT DUE UPON RECEIPT |
|---|---|---|---|
| $187.12 | $23.39 | $23.39 | $46.78 |

**PRIMARY INSURANCE:** COVENTRY HC FL-MCR
**SECONDARY INSURANCE:** CUSTOMER PAY
**TERTIARY/COURTESY:**

FEDERAL ID: 59-2652920

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARD ACTS AS AMENDED AND OF REGULATIONS AND ORDERS OF THE U.S DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

856835 (PC4)

0000015S-A

---

RETURN THE BELOW STUB WITH YOUR PAYMENT. PLEASE INDICATE ACCOUNT NUMBER ON CHECK.

4092-LINCSTMT-5776-5553291-P; 38154-1-387; 37869564-1; 1

**LINCARE**
A Linde company

PO BOX 5087
CLEARWATER, FL 33758-5087

CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

003451
0101

| INVOICE DATE | INVOICE NUMBER | CUSTOMER ID | AMOUNT DUE UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 11/05/2016 | BB7999NM | 1041-1336 | $46.78 | |

FOR CREDIT CARD PAYMENT CHECK ONE: ☐ ☐ ☐

Card Number: _____ CCV Code _____

Card Holder Signature: _____ Exp. Date: _____
MAKE CHECKS PAYABLE TO LINCARE INC
PAY BY PHONE AT (800)444-5674
PAY ON-LINE AT www.Lincare.com

☐ Check box if address or insurance information has changed
Please indicate changes on the reverse side

Name: CESAR JARAMILLO  90-04-29-12

LINCARE INC
P.O. Box 105750
Atlanta, GA 30348-5750

BB7999NM0000000010411336000004678161105900429120

Invoice Statement

Date Sent: 1/12/2017

| Insurance Information | Due Now | Pay Online or by Phone www.unitedhealthsystems.net |
|---|---|---|
| On file at office. | $25.00 | (954) 382-0001 |
| Where applicable, insurance has been filed and paid. | This amount is your responsibility. | Reference info below: Account #: 34165 Invoice #: 133107 |

Para mas informacion en Español sobre su factura llame 954-382-0001 y pregunte hablar con alguien en Español.

---

PATIENT NAME: CESAR A JARAMILLO

ADDITIONAL BALANCE (NEW OR PAST DUE CHARGES) ........ $0.00

| 11/08/2016 | 133107 | 94660 - CPAP INITIATION/MANAGEMENT | $25.00 |
| | | TOTAL NEW CHARGES | $25.00 |
| | | TOTAL DUE | $25.00 |

## IMPORTANT MESSAGES

* Payments made within 10 days prior to this invoice may not be reflected in the account balance.
* A service fee will be added to any invoice not paid within 30 days.
* Office Hours: 9am - 5:30pm M-F ET
* Para mas informacion en Español sobre su factura llame 954-382-0001 y pregunte hablar con alguien en Español.
* **Contact Us:** Phone: (954) 382-0001 • Website: www.unitedhealthsystems.net

---

 PLACE HERE AND A STURN COTTON RECEIPT WITH YOUR PAYMENT

UNITED HEALTH SYSTEMS
No Payments or Packages
6900 COLLEGE BLVD. SUITE 550
OVERLAND PARK, KS 66211

Please advise in addition of the upcoming information within this paragraph and complete payment info.

|    VISA DISC. VISA | cvv code |
|---|---|
| card number | exp date |
| cardholder name    cardholder signature | account number 34165 |
| invoice number 133107 | |
| late fee | amount due (includes any late fees) amount paid $25.00 |
| | Date Sent: 1/12/2017 |

 CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

United Health Systems
10220 State Road 84
Suite 5
DAVIE, FL 33324

Palm Beach County Fire Rescue
7900 NW 154th St
Suite 201
Miami Lakes FL 33016

## STATEMENT - PAST DUE

(i) For help with billing questions, please call:
888-987-0594. To update insurance information,
go to: www.intermedix.com/billpay.

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 40702086 | Upon Receipt | $788.75 | $ |

**Addressee**   Page 1 of 1   **Please make checks payable and remit to:**

6826432 - 6612

Ines Jaramillo
3286 Arcara Way Apt 409
Lake Worth FL 33467-1917

Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886

☐ Check if address/insurance changes are on back

Please detach and return top portion with payment.

| Account Number | Account Name | Statement Date | Due Date |
|---|---|---|---|
| 40702086 | Ines Jaramillo | 02/24/2017 | Upon Receipt |

| Date | Service Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/10/2016 | PATIENT: INES JARAMILLO INCIDENT #: PBC16116970 Emergency Medical Services | $788.75 | | |
| | **TOTAL BALANCE** | | | $788.75 |

We have previously contacted you requesting payment as a
result of ambulance service provided on 11/10/2016. Your
account is past due and needs attention. Our records show
that this claim was related to an auto accident so please
complete and sign the back of this form, paying particular
attention to the accident sections. Please make sure your
name is exactly as it appears on your insurance card.  If you
do not have insurance, this payment is your responsibility.

## MESSAGES

In order to process your claim, please provide your insurance information
on the back of this bill and mail the form to Palm Beach County Fire
Rescue, 7900 NW 154th St, Suite 201, Miami Lakes FL 33016 or fax it to
305-428-5385. To update insurance, go to www.intermedix.com/billpay.

## INSURANCE INFORMATION

Primary: ................................Careplus Health Plans, Inc.
Ines Jaramillo.............................................372542379A
Secondary:................................Humana - Claims Mcaid
Ines Jaramillo ................................................7886182693

**AMOUNT DUE:**     **$788.75**

Palm Beach County Fire Rescue
7900 NW 154th St
Suite 201
Miami Lakes FL 33016

## STATEMENT - PAST DUE

(i) For help with billing questions, please call:
888-987-0594.  To update insurance information,
go to: www.intermedix.com/billpay

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 40702088 | Upon Receipt | $788.75 | $ |

Addressee     Page 1 of 1     Please make checks payable and remit to:

CESAR JARAMILLO
3286 Arcara Way Apt 409
Lake Worth FL 33467-1917

Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886

☐ Check if address/insurance changes are on back

Please detach and return top portion with payment.

| Account Number | Account Name | Statement Date | Due Date |
|---|---|---|---|
| 40702088 | CESAR JARAMILLO | 02/24/2017 | Upon Receipt |

| Date | Service Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/10/2016 | PATIENT: CESAR JARAMILLO INCIDENT #: PBC16116970 Emergency Medical Services | $788.75 | | |
| | TOTAL BALANCE | | | $788.75 |

We have previously contacted you requesting payment as a result of ambulance service provided on 11/10/2016. Your account is past due and needs attention. Our records show that this claim was related to an auto accident so please complete and sign the back of this form, paying particular attention to the accident sections. Please make sure your name is exactly as it appears on your insurance card.  If you do not have insurance, this payment is your responsibility.

## MESSAGES

In order to process your claim, please provide your insurance information on the back of this bill and mail the form to Palm Beach County Fire Rescue, 7900 NW 154th St, Suite 201, Miami Lakes FL 33016 or fax it to 305-428-5385.  To update insurance, go to www.intermedix.com/billpay.

### INSURANCE INFORMATION
Primary: Aetna
CESAR JARAMILLO 112384214A

AMOUNT DUE: $788.75

**LINCARE**
*A Linde company*

**BILLING INQUIRIES:** (800)444-5674
**SERVICE INQUIRIES:** (800)888-0401

**ACCOUNT NAME:** CESAR JARAMILLO
**CUSTOMER ID:** 1041-1336
**INVOICE DATE:** 12/05/2016
**INVOICE NUMBER:** BB7F73RL

| SERVICE DATE | SERVICE CODE | DESCRIPTION | QTY | AMOUNT BILLED | INSURANCE ALLOWED AMOUNT | INSURANCE AMOUNT DUE | TAX INCLUDED IN CUSTOMER DUE AMOUNT | CUSTOMER AMOUNT DUE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | CUSTOMER BEGINNING BALANCE | | | | | | $46.78 | |
| 12/04/2016 | E0431 | GASEOUS PORTABLE | 1 | 52.88 | 16.95 | 13.56 | 0.00 | 3.39 | |
| 12/04/2016 | E1390 | CONCENTRATOR | 1 | 312.00 | 100.00 | 80.00 | 0.00 | 20.00 | |

YOUR INSURANCE (IF APPLICABLE) IS IN THE PROCESS OF BEING BILLED. IF WE DO NOT RECEIVE PAYMENT, YOU MAY BE RESPONSIBLE FOR PAYMENT OF THE OUTSTANDING CHARGES.

| | **TOTAL** | **$70.17** |
|---|---|---|

| TOTAL INSURANCE PENDING | CURRENT BALANCE | PAST DUE BALANCE | TOTAL AMOUNT DUE UPON RECEIPT |
|---|---|---|---|
| $246.78 | $23.39 | $46.78 | $70.17 |

**PRIMARY INSURANCE:** COVENTRY HC FL-MCR
**SECONDARY INSURANCE:** CUSTOMER PAY
**TERTIARY/COURTESY:**

FEDERAL ID: 59-2852900
656835 (PC4)

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6,7 AND 12 OF THE FAIR LABOR STANDARD ACTS AS AMENDED AND OF REGULATIONS AND ORDERS OF THE U.S DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

00000120S-A

---

RETURN THE BELOW STUB WITH YOUR PAYMENT. PLEASE INDICATE ACCOUNT NUMBER ON CHECK.

4092-LINCSTMT-5282-917712A-P; 40425-1-380; 37948593-1; 1

**LINCARE**
*A Linde company*
PO BOX 5087
CLEARWATER, FL 33758-5087

CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

D03516
0101

☐ Check box if address or insurance information has changed
Please indicate changes on the reverse side

Name: CESAR JARAMILLO  90-04-29-12

| INVOICE DATE | INVOICE NUMBER | CUSTOMER ID | AMOUNT DUE UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 12/05/2016 | BB7F73RL | 1041-1336 | $70.17 | |

FOR CREDIT CARD PAYMENT CHECK ONE: 

Card Number: _____ CCV Code *: _____

Card Holder Signature: _____ Exp. Date: _____

**MAKE CHECKS PAYABLE TO LINCARE INC**
**PAY BY PHONE AT (800)444-5674**
**PAY ON-LINE AT www.Lincare.com**

LINCARE INC
P.O. Box 105750
Atlanta, GA 30348-5750

BB7F73RL0000000010411336000007017161205900429129



P.O. BOX 740771
CINCINNATI OH 45274-0771
BUSINESS OFFICE



## We appreciate the opportunity to serve you!

Thank you for trusting us with your healthcare needs. We hope our care exceeded your expectations. Please contact us if we can be of further assistance.

SSC.08945 571 170 332606218
**CESAR JARAMILLO**
**3286 ARCARA WAY APT 409**
**LAKE WORTH, FL 33467-1917**

### Pay online at:
### www.jfkmc.com/billpay

| Statement Date: | Account Number: | Page 1 of 1 |
|---|---|---|
| 1/3/2017 | 72782051 | |

### ACCOUNT ACTIVITY

| Account Number | 72782051 |
|---|---|
| Date of Service | 12/14/2016 |
| Charges to Date | $ 32,087.80 |
| COVENTRY SUMMIT Payments | - 5,661.51 |
| COVENTRY SUMMIT Discounts | - 26,231.29 |
| Payments/Discounts to Date | - $ 31,892.80 |
| Remaining Account Balance | $ 195.00 |
| Amount Expected From Insurance | $ 0.00 |
| *AMOUNT YOU OWE | $ 195.00 |

### A MESSAGE FOR YOU...

Get a new health plan that fits your needs and budget at getcoveredhca.com. Visiting discloses to Enroll America you have been a patient of this hospital.

This is the hospital bill for inpatient services from December 14, 2016 through December 15, 2016.

Your current responsibility is $ 195.00

*The amount you owe may include copay, deductibles or non-covered charges.

BALANCE DUE IN FULL. PAY IMMEDIATELY.

### PAYMENT OPTIONS

 Pay online at www.jfkmc.com/billpay
Available 24/7

Pay with your smart phone by scanning this QR code 

Pay-by-phone or call Customer Service at:
561-548-3620 Available Mon-Fri 8AM - 6PM ET

Please note that professional services provided by physicians and other healthcare providers who do not work for the hospital are not part of the hospital bill. These other providers may bill separately for their services.

 Mail in a check or credit card information with the section below.

Disponible asistencia para el idioma español.

---

*DETACH HERE AND RETURN BOTTOM PORTION WITH PAYMENT*

| Patient | Account No. | Date Due | Amount Now Due | Amount Paid |
|---|---|---|---|---|
| CESAR JARAMILLO | 72782051 | Upon Receipt | $ 195.00 | $ |

☐ Check here if your address or insurance information has changed. Please indicate changes on the back of this page.

Please do not send cash.
Make checks payable to: JFK MEDICAL CENTER

☐ VISA    ☐    ☐ DISC_VISA    ☐ AMEX

**JFK MEDICAL CENTER**
**02873**
P.O. BOX 740771
CINCINNATI OH 45274-0771

Account No. |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

Expiration Date _____

Authorized Signature _____

JARAMILLO CE 0000727820510287300000195003

AIN



**JFK MEDICAL CENTER**

P.O. BOX 740771
CINCINNATI OH 45274-0771
BUSINESS OFFICE

We appreciate the opportunity to serve you!

Thank you for trusting us with your healthcare needs. We hope our care exceeded your expectations. Please contact us if we can be of further assistance.

SSC08945 610924 353021513
002421

**CESAR JARAMILLO**
**3286 ARCARA WAY APT 409**
**LAKE WORTH, FL 33467-1917**

Pay online at:
www.jfkmc.com/billpay

| Statement Date: | Account Number: | Page 1 of 1 |
|---|---|---|
| 3/1/2017 | 72925838 | |

## ACCOUNT ACTIVITY

| Account Number | 72925838 |
|---|---|
| Date of Service | 1/16/2017 |
| Total Amount For Hospital Services** | $ 7,396.54 |
| Insurance Payments to Date | $ 6,466.54 |
| Due From Insurance | $ 0.00 |
| Patient Payments to Date | $ 0.00 |
| Payments to Date | $ 6,466.54 |
| **Remaining Account Balance** | **$ 930.00** |
| **AMOUNT YOU OWE** | **$ 930.00** |

*The amount you owe may include copay, deductibles or non-covered charges.
**Total Amount For Hospital Services is the total amount the hospital expects to receive for services after all discounts have been applied.

Please note that professional services provided by physicians and other healthcare providers who do not work for the hospital are not part of the hospital bill. These other providers may bill separately for their services.

## A MESSAGE FOR YOU...

Get a new health plan that fits your needs and budget at getcoveredhca.com. Visiting discloses to Enroll America you have been a patient of this hospital.

This is the hospital bill for Inpatient services from January 16, 2017 through January 22, 2017.

## PAYMENT OPTIONS

 Pay online at www.jfkmc.com/billpay
Available 24/7

Pay with your smart phone by scanning this QR code

 Pay-by-phone or call Customer Service at:
561-548-3620 Available Mon-Fri 8AM - 6PM ET

Mail in a check or credit card information with the section below.

Disponible asistencia para el idioma español.



DETACH HERE AND RETURN BOTTOM PORTION WITH PAYMENT....

| Patient | Account No. | Date Due | Amount Now Due | Amount Paid |
|---|---|---|---|---|
| CESAR JARAMILLO | 72925838 | Upon Receipt | $ 930.00 | $ |

Check here if your address or insurance information has changed. Please indicate changes on the back of this page.

Please do not send cash.
Make checks payable to: JFK MEDICAL CENTER

[ ] VISA    [ ]    [ ] DISC MSR    [ ] AMEX

Account No. | | | | | | | | | | | | | | |

**JFK MEDICAL CENTER**
**02873**
**P.O. BOX 740771**
**CINCINNATI OH 45274-0771**

Expiration Date

Authorized Signature

JARAMILLO CE 00007292583802873000000930004

**LINCARE**
A Linde company

BILLING INQUIRIES:     (800)444-5674
SERVICE INQUIRIES:     (800)888-0401

ACCOUNT NAME:   CESAR JARAMILLO
CUSTOMER ID:      1041-1336
INVOICE DATE:      01/05/2017
INVOICE NUMBER:  BB7K8GDX

| SERVICE DATE | SERVICE CODE | DESCRIPTION | QTY | AMOUNT BILLED | INSURANCE ALLOWED AMOUNT | INSURANCE AMOUNT DUE | TAX INCLUDED IN CUSTOMER DUE AMOUNT | CUSTOMER AMOUNT DUE | REMARK CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | CUSTOMER BEGINNING BALANCE | | | | | | $70.17 | |
| 01/04/2017 | E0431 | GASEOUS PORTABLE | 1 | 52.88 | 16.95 | 13.56 | 0.00 | 3.39 | |
| 01/04/2017 | E1390 | CONCENTRATOR | 1 | 312.00 | 100.00 | 80.00 | 0.00 | 20.00 | |

YOUR INSURANCE (IF APPLICABLE) IS IN THE PROCESS OF BEING BILLED. IF WE DO NOT RECEIVE PAYMENT, YOU MAY BE RESPONSIBLE FOR PAYMENT OF THE OUTSTANDING CHARGES.

| | TOTAL | $93.56 |
|---|---|---|

| TOTAL INSURANCE PENDING | CURRENT BALANCE | PAST DUE BALANCE | TOTAL AMOUNT DUE UPON RECEIPT |
|---|---|---|---|
| $323.39 | $23.39 | $70.17 | $93.56 |

PRIMARY INSURANCE:        COVENTRY HC FL-MCR
SECONDARY INSURANCE:   CUSTOMER PAY
TERTIARY/COURTESY:

FEDERAL ID: 59-2852900

656835 (PC4)

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6.7 AND 12 OF THE FAIR LABOR STANDARD ACTS AS AMENDED AND OF REGULATIONS AND ORDERS OF THE U.S DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

---

RETURN THE BELOW STUB WITH YOUR PAYMENT. PLEASE INDICATE ACCOUNT NUMBER ON CHECK.



4002-LINC6TMT-6857-9769057-P; 41692-1-1804; 38034371-1: 1

**LINCARE**
A Linde company
PO BOX 5087
CLEARWATER, FL 33758-5087

CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

001499
0101

| INVOICE DATE | INVOICE NUMBER | CUSTOMER ID | AMOUNT DUE UPON RECEIPT | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 01/05/2017 | BB7K8GDX | 1041-1336 | $93.56 | |



FOR CREDIT CARD PAYMENT CHECK ONE:

Card Number: _____   CCV Code *:

Card Holder Signature: _____   Exp. Date:

MAKE CHECKS PAYABLE TO LINCARE INC
PAY BY PHONE AT (800)444-5674
PAY ON-LINE AT www.Lincare.com

☐ Check box if address or insurance information has changed
Please indicate changes on the reverse side

Name: CESAR JARAMILLO  90-04-29-12

LINCARE INC
P.O. Box 105750
Atlanta, GA 30348-5750

BB7K8GDX000000010411336000009356170105900429124

CESAR JARAMILLO
3286 ARCARA WAY APT 409
Lake Worth FL 33467



**Palm Beach County Fire Rescue**
Phone: 888-987-0594

# Emergency Medical Services Bill

Statement Date: 01/31/2017

Date of Service: 01/16/2017
Account Number: 41557814
Incident No. PBC17006199

This notice is in regards to the ambulance service provided to you on 01/16/2017. We have filed a claim to Aetna. If this is not your insurance, please complete and sign the back of this form with your correct insurance and return to us. Please make sure your name is exactly as it appears on your insurance card. To update your insurance information online, go to www.intermedix.com/billpay. If this is your correct insurance, please contact them immediately to resolve the account balance or pay the balance in full. Please see below to make a payment. For information or assistance on this account, please call 888-987-0594.

To pay this account with your Visa, MasterCard or Discover online, go to www.intermedix.com/billpay or make check payable to :
Palm Beach County Fire Rescue, Po Box 862036, Orlando, FL 32886

Primary Insurance: Aetna

| Statement of Account | |
|---|---|
| Emergency Medical Services | $733.20 |
| | |
| | **Amount Due:** $733.20 |

**DETACH LOWER PORTIONS AND RETURN STUB WITH YOUR PAYMENT, THANK YOU**

Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886



| INCIDENT NO. | STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|---|
| PBC17006199 | 01/31/2017 | $733.20 | 41557814 |

Make checks payable to: Palm Beach County Fire Rescue

07/12/16 09:30 3 000350G 35170362 H80VU161 ZIR-LTLD 1 oc DOM M6ZVU10000^1E5688 LD

CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH FL 33467-1917

**To make a payment or view your account online, go to**
**www.intermedix.com/billpay**
Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886





Palm Beach County Fire Rescue
7900 NW 154th St
Suite 201
Miami Lakes FL 33016

|||||||||||||||||||||||||||||||||||||||||||||

## STATEMENT - PAST DUE

(i) For help with billing questions, please call:
888-987-0594. To update insurance information,
go to: www.intermedix.com/billpay

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 41557814 | Upon Receipt | $733.20 | $ |

**Addressee** — Page 1 of 1 — **Please make checks payable and remit to:**

Cesar Jaramillo
3286 Arcara Way Apt 409
Lake Worth FL 33467-1917

Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886

☐ Check if address/insurance changes are on back

Please detach and return top portion with payment.

| Account Number | Account Name | Statement Date | Due Date |
|---|---|---|---|
| 41557814 | Cesar Jaramillo | 02/06/2017 | Upon Receipt |

| Date | Service Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| 01/16/2017 | PATIENT: CESAR JARAMILLO<br>INCIDENT #: PBC17006199<br>Emergency Medical Services | $733.20 | | |
| | TOTAL BALANCE | | | $733.20 |

We have previously contacted you requesting payment as a
result of ambulance service provided on 01/16/2017. Your
account is past due and needs attention. We already have
filed a claim to Coventry Healthcare, but more than 45 days
have passed and we have not received a response. If this is
not your insurance, please complete and sign the back of this
form with your correct insurance and return to us. Please
make sure your name is exactly as it appears on your
insurance card. To update your insurance information online,
go to www.intermedix.com/billpay. If this is your correct
insurance, please contact them immediately to resolve the
account balance or pay the balance in full. Please see below
to make a payment. For information or assistance on this
account, please call 888-987-0594.

## MESSAGES

In order to process your claim, please provide your insurance information
on the back of this bill and mail the form to Palm Beach County Fire
Rescue, 7900 NW 154th St, Suite 201, Miami Lakes FL 33016 or fax it to
305-428-5385. To update insurance, go to www.intermedix.com/billpay.

## INSURANCE INFORMATION

Primary: ........................................... Coventry Healthcare
Cesar Jaramillo ........................................... 80436875701

**AMOUNT DUE:** $733.20

APRIA HEALTHCARE

Your insurance has been billed. This is the amount you owe. Please pay by 03/08/17

$186.78

Page 1 of 2

## Statement Summary for CESAR JARAMILLO

| Description | Detail |
|---|---|
| Account Number | 0563BDK406 |
| Current Balance | $186.78 |
| Past Due | $0.00 |
| Please pay this amount | $186.78 |

Thank-you for your prompt payment. A detailed summary is on the back of this page.

### Why am I getting this bill?
Apria was chosen by a physician to provide your medical services.

### Has my insurance been billed? No
Apria currently does not have insurance on file for you.

### Additional Questions
For educational videos and FAQ, go to: apria.com/resource-center

Billing questions: 866-505-6365
Equipment/Supplies:888-492-7742

### Easy Pay Options

Manage your account at epay.apria.com

- Sign-up for email statements
- Pay online with a credit card
- Enroll in automatic payments

Account #: 0563BDK406
Reference Code: E98021415123



ApriaDirect.com

**Check out our recently expanded CPAP product offerings...**

Masks, tubing, accessories and much more!



To ensure proper credit to your account, detach this section and return with your payment.  Please keep above portion for your records.

Please do not send mail to address below:
Return Mail Processing
PO Box 3475
Toledo, OH 43607-0475

| | Patient Name | Statement Date | |
|---|---|---|---|
| | CESAR JARAMILLO | 02/15/17 | Amount Due |
| We accept: | Account # | Due Date | $186.78 |
| | 0563BDK406 | 03/08/17 | |

| Amount Enclosed | |
|---|---|
| card number | exp. date |
| signature | |

☐ I authorize payment of charges as specified
☐ I authorize payment of all future charges not covered by insurance to any credit card noted here.



CESAR JARAMILLO
3286 ARCARA WAY APT C
LAKE WORTH, FL 33467-1919

050139
0701

## Mail Payments Only To:

APRIA HEALTHCARE
PO BOX 536841
ATLANTA, GA 30353-6841

D00002493.A

## MEDICAL SPECIALISTS OF THE PALM B

Guarantor Name      Cesar Jaramillo
Patient Account #      1152780A11933
Statement Date      03/09/2018

## Your Account Status

Your health insurance has been billed correctly and the remaining balance is your responsibility. Please contact our office.

**Payment Due**

# $74.56
**Due Upon Receipt**

## Choose a Payment Method



**Pay Online**
*Recommended*

Make a secure online payment: www.quickpayportal.com
QuickPay Code: 57K1-3NGY-Z491-G8S

Mail your payment with the coupon below.
Make checks payable to: MEDICAL SPECIALISTS OF THE PALM BEACHES.
Please include your account # on the check.

**Questions?**    Have a question about your balance? Call 561-968-7968

**Thank you for choosing MEDICAL SPECIALISTS OF THE PALM BEACHES**

Your account may go to collections; please make payment arrangements now.
To pay your bill online with a credit card,
visitwww.MSPB.MD and click on the blue button

**Enjoy the ease and security of paperless statements.**
**Sign up today on the Patient Portal:**
https://11933-6.portal.athenahealth.com/

*detailed summary* ▶

Detach this coupon and return with your payment



MEDICAL SPECIALISTS OF THE PALM B
PO BOX 14099
BELFAST ME 04915

Pay Online At QuickPay
www.quickpayportal.com | QuickPay Code: 57K1-3NGY-Z491-G8S

| Due Date | Patient Account # |
|---|---|
| Upon Receipt | 1152780A11933 |
| Amount Due | Amount Enclosed |
| $74.56 | |

Make checks payable: MEDICAL SPECIALISTS OF THE PALM BEA. Please include your account # on the check and use the return envelope provided for faster processing.



CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH FL 33467-1917

MEDICAL SPECIALISTS OF THE PALM BEA
ATTN # 16157C
PO BOX 14000
BELFAST ME 04915-4033



☐ Check box if insurance or patient information has changed.
Please indicate change on reverse side.

**MEDICAL SPECIALISTS OF THE PALM B**

Guarantor Name: Cesar Jaramillo
Patient Account #: 1152780A11933
Statement Date: 2/29/2017

## Your Account Status

Your insurance has been billed correctly and the remaining balance is your responsibility.

| | |
|---|---|
| Charges | $503.00 |
| Previous Payments & Credits | -$428.44 |
| **Payment Due Upon Receipt** | **$74.56** |

### PROFESSIONAL FEES

Charges for services rendered by a provider, such as an examination or explanation of results.

Patient Name: Cesar Jaramillo
Provider Name: Joshua Gottsegen, MD
Service Location: JFK MEDICAL CENTER

| Date | Description | Charge Status | Charges | Payments/ Credits | Patient Balance |
|---|---|---|---|---|---|
| 01/19/2017 | SUBSQNT HOSPITAL CARE, PER DAY, FOR EVAL & MGMT OF PAT., WHICH REQUIRES @ L | | $151.00 | | |
| 02/17/2017 | Insurance Adjustment: Preferred Care Partners | Processed | | -$76.44 | |
| | Patient Balance - Misc. | | | | $74.56 |

Patient Name: Cesar Jaramillo
Provider Name: Carlos Sanchez, MD
Service Location: PULMONARY ATLANTIS

| Date | Description | Charge Status | Charges | Payments/ Credits | Patient Balance |
|---|---|---|---|---|---|
| 04/21/2017 | OFFICE OR OTHR OUTPATIENT VISIT FOR EVAL & MGMT OF ESTABLISHED PAT., WHICH | | $225.00 | | |
| 05/19/2017 | Insurance Payment: Preferred Care Partners | Processed | | -$90.68 | |
| 05/19/2017 | Insurance Adjustment: Preferred Care Partners | Processed | | -$114.32 | |
| 12/28/2017 | Credit: Patient Payment | | | -$20.00 | |
| | Patient Balance | | | | $0.00 |
| 04/21/2017 | BRONCHODILATION RESPONSIVENESS, SPIROMETRY AS IN 94010, PRE- AND POST-BRONC | | $127.00 | | |
| 05/19/2017 | Insurance Payment: Preferred Care Partners | Processed | | -$37.59 | |
| 05/19/2017 | Insurance Adjustment: Preferred Care Partners | Processed | | -$64.41 | |
| 12/28/2017 | Credit: Patient Payment | | | -$25.00 | |
| | Patient Balance | | | | $0.00 |

**TOTAL PATIENT BALANCE** — **$74.56**

44.56
3-6-18

Any dispute regarding this statement or any amounts due must be submitted in writing to:
P.O. Box 19000, Belfast, ME 04915-4085

Submitting payment in an amount less than the total on this statement shall not constitute an offer to settle any dispute, regardless of any accompanying communication.

**MEDICAL SPECIALISTS OF THE PALM B**

Guarantor Name: Cesar Jaramillo
Patient Account #: 115278DA11933
Statement Date: 03/09/2018

## Your Account Status

Your health insurance has been billed correctly and the remaining balance is your responsibility. Please contact our office.

| Charges | $151.00 |
|---|---|
| Previous Payments & Credits | -$76.44 |
| **Payment Due Upon Receipt** | **$74.56** |

### PROFESSIONAL FEES
Charges for services rendered by a provider, such as an examination or explanation of results.

| Patient Name | Provider Name | Service Location |
|---|---|---|
| Cesar Jaramillo | Joshua Gottsegen, MD | JFK MEDICAL CENTER |

| Date | Description | Charge Status | Charges | Payments/ Credits | Patient Balance |
|---|---|---|---|---|---|
| 01/19/2017 | SUBSQNT HOSPITAL CARE, PER DAY, FOR EVAL & MGMT OF PAT., WHICH REQUIRES @ L | | $151.00 | | |
| 02/17/2017 | Insurance Adjustment: Preferred Care Partners Patient Balance - Misc. | Processed | | -$76.44 | $74.56 |

**TOTAL PATIENT BALANCE** — **$74.56**

Any dispute regarding this statement or any amounts due must be submitted in writing to:
P.O. Box 19000, Belfast, ME 04915-4085
Submitting payment in an amount less than the total on this statement shall not constitute an offer to settle any dispute, regardless of any accompanying communication.

c/o Intermedix
7900 NW 154th St. Suite 201
Miami Lakes FL 33016

**IMPORTANT NOTICE**

(i) For help with billing questions, please call:
888-987-0594. To update insurance information,
go to: www.intermedix.com/billpay

Make a one-time payment | **QUICK PAY**

Fast | Simple | Secure

 Pay Online: www.intermedix.com/billpay

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 45512159 | Upon Receipt | $250.00 | $ |

Addressee    Page 1 of 1

Please make checks payable and remit to:

Cesar Jaramillo
3286 Arcara Way Apt 409
Lake Worth FL 33467-1917

Palm Beach County Fire Rescue
PO Box 862036
Orlando FL 32886

$3-6-18

☐ Check if address/insurance changes are on back

Please detach and return top portion with payment.

| Account Number | Account Name | Statement Date | Due Date |
|---|---|---|---|
| 45512159 | Cesar Jaramillo | 02/19/2018 | Upon Receipt |

| Date | Service Description | Charges | Payments/ Adjustments | Patient Balance |
|---|---|---|---|---|
| 11/03/2017 | PATIENT: CESAR JARAMILLO<br>INCIDENT #: PBC17118538<br>Emergency Medical Services<br>Payment to EMS - Primary Insurance<br>Adjustment/Assignment - Primary Insurance | $733.20 | -$229.12<br>-$254.08 | |
| | **TOTAL BALANCE** | | | **$250.00** |
| | We have previously contacted you requesting payment as a result of ambulance service provided on 11/03/2017. Your account is past due and needs attention. Wellcare Mcare HMO has paid their portion of this claim. If you have supplemental insurance, please complete and sign the back of this form and return it to us. Please make sure your name is exactly as it appears on your insurance card. Otherwise, the remaining balance is your responsibility. | | | |

## MESSAGES

In order to process your claim, please provide your insurance information on the back of this bill and mail the form to Palm Beach County Fire Rescue, c/o Intermedix, 7900 NW 154th St. Suite 201, Miami Lakes FL 33016 or fax in to 305-428-5385. To update insurance, go to www.intermedix.com/billpay. To pay this account with your Visa, MasterCard or Discover online, go to www.intermedix.com/billpay or make check payable to : Palm Beach County Fire Rescue, Po Box 862036, Orlando, FL 32886.

### INSURANCE INFORMATION

Primary:.........................................Wellcare Mcare HMO
Cesar Jaramillo .................................................14303681

AMOUNT DUE:    **$250.00**



**NPAS, Inc.**
P.O. BOX 99400
LOUISVILLE, KY 40269



428732-804532850-A3

Services
Provided by:



| Patient Name: | Cesar Jaramillo |
|---|---|
| Account Number: | 73983329 |
| Service Date(s): | 09/20/2017 - 09/27/2017 |
| Statement Date: | 03/17/2018 |
| Placement Date: | 02/14/2018 |

Responsible Party

**CESAR JARAMILLO**
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

Contact Us
NPAS, Inc.
Toll Free 1-800-377-2013 Espanol: 1-800-681-9692
MON-FRI 8AM-9PM SAT 9AM-1PM CT

Please be prepared to provide the patient/responsible party full name, date of birth and mailing address. All calls may be recorded.

## PAYMENT REQUEST

| Total Payments | Current Balance | Payment Due By | Amount You Owe |
|---|---|---|---|
| $ 9,861.22 | $ 405.00 | 04/01/18 | $ 405.00 |

Our records reflect that you were previously contacted regarding the unpaid balance of the account. We urge you to send payment in full today. In the event you are unable to pay the balance in full, please contact us at 1-800-377-2013 to discuss options for resolving your account.

### Insurance Information

If the insurance information on file is incorrect, please contact us at 1-800-377-2013.

*Primary:* WELLCARE

### Payment Options

 **PAY ONLINE** at your provider's website: www.jfkmc.com/billpay

 **PAY BY PHONE** at no additional cost through our automated system during or after normal business hours. Toll Free 1-800-377-2013.

 **MAIL PAYMENT: make payment out to the provider below** and send with the attached coupon to the payment address specified below.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Please Detach and Return This Portion With Your Payment

| | Statement Date | 03/17/2018 |
|---|---|---|

If your address changed, check this box and complete form on back. ☐

CESAR JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

| Account Number | 73983329 |
|---|---|
| Payment Due Date | 04/01/18 |
| Balance Due | $ 405.00 |
| Payment Amount Enclosed | |

Please do not send cash. If paying by check or money order, please indicate account number and make payable to: JFK MEDICAL CENTER.

PLEASE DETACH THIS COUPON AND RETURN WITH
PAYMENT TO ADDRESS BELOW:

JFK MEDICAL CENTER
P.O. BOX 740771
CINCINNATI, OH 45274-0771

|  Credit Card Authorization (please check one) | | | |
|---|---|---|---|
| ☐ | ☐ VISA | ☐ | ☐ AMEX |

Credit Card Number     Exp. Date

Cardmember's Signature     $ Amount

JARAMILLO CE 000073983329028730000004005004

2

| TOTALES<br>por reclamos médicos y hospitalarios | Cantidad<br>que los<br>proveedores<br>facturaron<br>al plan | Costo total<br>(Cantidad<br>aprobada por<br>el plan) | Parte que paga<br>el plan | Su parte |
|---|---|---|---|---|
| **Totales de este mes** | $2,863.19 | $1,593.81 | $1,287.33 | $280.24 |
| (por reclamos procesados desde el 1 de Julio<br>hasta el 31 de Julio de 2017) | | | | |
| **Totales del 2017** | $92,270.21 | $15,110.55 | $13,110.94 | $1,886.67 |
| (todos los reclamos procesados hasta el 31 de<br>Julio de 2017) | | | | |

EOB ID  00000011856598822-H 1045-037



**Preferred Care Partners**

# Su Explicación de Beneficios

## Reclamos médicos y hospitalarios procesados en Julio de 2017

Para CESAR A JARAMILLO

Fecha: 09 de Agosto de 2017

ID del miembro: 82426538G

Plan: Preferred Choice Palm Beach (HMO)

### Esto no es una factura:

- Este reporte mensual de reclamos que hemos procesado detalla el cuidado que usted recibió, lo que el plan pagó y cuánto pagó usted de su bolsillo (o puede prever que le facturen). Se llama Explicación de Beneficios.

- Si usted debe algo, sus médicos y otros proveedores de cuidado de la salud le enviarán una factura.

- Este reporte cubre únicamente el cuidado médico y hospitalario. Enviamos un reporte aparte sobre los medicamentos con receta de la Parte D.

---

## El Servicio al Cliente de su plan

Llámenos si tiene preguntas o dudas sobre:

- Reclamos o beneficios
- Cómo encontrar proveedores cercanos a usted
- Facturación o reclamos sospechosos
- Información en este documento
- Cualquier asunto relacionado con su plan

Llamada gratuita: 1-866-231-7201
TTY: 711

Estamos disponibles de 8 a.m. a 8 p.m. hora local, los 7 días de la semana www.myPreferredCare.com

Además de llamar al Servicio al Cliente, puede denunciar facturación sospechosa o deshonesta a Medicare al 1-800-633-4227, las 24 horas del día, los 7 días de la semana. (Los usuarios de TTY deben llamar al 1-877-486-2048)

---

WellCare Liberty (HMO SNP) es operado por
WellCare Health Plans
PO Box 31392
Tampa, FL 33631-3392



Beyond Healthcare. A Better You.

\*\*\*AUTO\*\*ALL FOR AADC 334
T3888 P1 764926 (260) 093650917179



CESAR A JARAMILLO
3286 ARCARA WAY APT 409
LAKE WORTH, FL 33467-1917

03/05/2018
Sus números de miembro son:
ID de Miembro: 14303681
Rx PCN: MEDDADV

# Su Resumen Mensual de Medicamentos Recetados
## De *febrero, 2018*

Este resumen es su "Explicación de Beneficios" (EOB) de su cobertura de medicamentos recetados de Medicare (Parte D). Revise este resumen y guárdelo en sus archivos. (Esta *no* es una factura.)

Las siguientes son las secciones en este resumen:

SECCIÓN 1. Sus medicamentos recetados durante el pasado mes

SECCIÓN 2. Sus "gastos de bolsillo" y "gastos totales de medicamentos" (montos y definiciones)

SECCIÓN 3. Actualizaciones en la Lista de Medicamentos del plan que afectarán los medicamentos que usted toma

SECCIÓN 4. Si usted ve algún error en este resumen o en caso de preguntas, ¿qué debe hacer?

SECCIÓN 5. Cosas importantes a saber sobre su cobertura de medicamentos recetados y sus derechos

## ¿Necesita esta información en letras más grandes o en otro formato?

Para obtener este material en otros formatos o para pedir servicios de traducción de idiomas, llame al Servicio al Cliente de WellCare Liberty (el número está en esta página).

## Para idiomas distintos al inglés.

Español: 1-866-637-8041
Other language: 1-866-637-8041

## Servicio al Cliente de WellCare Liberty

En caso de preguntas o si necesita ayuda, liámenos de lunes a viernes, de 8 a.m. a 8 p.m. Entre el 1 de octubre y el 14 de febrero, los representantes están disponibles de lunes a domingo, de 8 a.m. a 8 p.m. Las llamadas a este número son gratuitas.

**1-866-637-8041**

Los usuarios de teléfono de texto (TTY) deben llamar al: 711
En la red en: www.wellcare.com/medicare

WellCare (HMO) es una Organización de Medicare Advantage con un contrato de Medicare. La inscripción en WellCare (HMO) depende de la renovación del contrato.

0305917198



# SECCIÓN 2. Sus "gastos de bolsillo" y "gastos totales de medicamentos" (montos y definiciones)

Incluimos esta sección para ayudarle a dar seguimiento a sus "gastos de bolsillo" y "gasto total de medicamentos" porque estos gastos determinan la etapa de pago en la que usted se encuentra.

---

**Sus "gastos de bolsillo"**

**$386.79 mes de febrero, 2018**

**$795.62 hasta la fecha** (desde 1 de enero de 2018)

**DEFINICIÓN:**

**Los "gastos de bolsillo" incluyen:**

- Lo que usted paga cuando surte o repite una receta de un medicamento cubierto de la Parte D. (Esto incluye pagos por sus medicamentos, de ser el caso, hechos por su familia o amigos.)

- Los pagos hechos por sus medicamentos por cualquiera de los siguientes programas u organizaciones: "Ayuda Adicional" de Medicare; Programa de Descuentos de la Brecha de Cobertura de Medicare; Servicio de Salud para Poblaciones Indígenas; programas de asistencias de medicamentos para el SIDA; la mayoría de las caridades y la mayoría de los Programas Estatales de Asistencia Farmacéutica (SPAP).

**No incluyen:**

- Los pagos de: a) primas del plan, b) medicamentos no cubiertos por nuestro plan, c) medicamentos que no son de la Parte D (tales como medicamentos que usted recibe durante una hospitalización), d) medicamentos obtenidos en una farmacia que no es de la red que no cumple con nuestra política de acceso de farmacias fuera de la red.

- Los pagos hechos por sus medicamentos por cualquiera de los siguientes programas u organizaciones: planes del empleador o del sindicato; algunos programas financiados por el gobierno, incluyendo TRICARE y la Administración de Veteranos; Compensación de Trabajadores; y algunos otros programas.

---

**Su "gasto total de medicamentos"**

**$1,763.70 mes de febrero, 2018**

**$3,140.87 hasta la fecha** (desde 1 de enero de 2018)

**DEFINICIÓN:**

**"Gasto total de medicamentos" es el monto total de todos los pagos hechos por sus medicamentos cubiertos de la Parte D. Incluye:**

- Lo que el plan paga.

- Lo que usted paga.

- Lo que otros (programas u organizaciones) pagan por sus medicamentos.

---

**Obtenga más información.** Medicare ha establecido las reglas sobre qué tipo de pagos cuentan y no cuentan hacia sus "gastos de bolsillo" y "gasto total de medicamentos." Las definiciones en esta página le ofrecen sólo las reglas principales. Para obtener detalles, incluyendo más información sobre los "medicamentos cubiertos de la Parte D", consulte la *Evidencia de Cobertura*, nuestro folleto de beneficios (para más información sobre la *Evidencia de Cobertura*, consulte la Sección 5).

# Statement

If Paying By Credit Card Please Fill Out Below

| | Check Card Using For Payment | | |
|---|---|---|---|
| ☐ Visa | ☐ Master Card | ☐ AMEX | ☐ Discover |

| Card Number | | Exp. Date | SEC |
|---|---|---|---|
| Signature | | | Amount |

| Account | Statement Date | Due Date | | Total Due |
|---|---|---|---|---|
| **117685** | **Mar 27, 2018** | | | 10.00 |

Florida Vision Inst, Inc
1050 Monterey Road
Suite 104
Stuart, FL 34994-4512

**Amount Enclosed $_____**

**Make Checks Payable To:**

ldlldlldlddldlddlddl
Florida Vision Inst, Inc
1050 Monterey Road
Suite 104
Stuart, FL 34994

ldldldldddldlddlddl
Cesar A. Jaramillo
3286 Aracara Way
Apt 409
Lake Worth, FL 33467

☐ Please check box and indicate any change in address on reverse side.

Detach at perforation and return above portion with payment.

| Service Date | Service Provider | Description | Charges | Ins Payments/ Adjustments | Private Payments | Balance |
|---|---|---|---|---|---|---|
| **Patient Account: 117685 - Cesar A. Jaramillo** | | | | | | |
| 01/17/2018 | Mangal, Walid | Comprehensive Exam, Established | 162.84 | | | |
| 01/17/2018 | | VISA 090192 | | | -16.00 | |
| 01/29/2018 | | Premier HMO - Humana, Wellcare 630236 | | -80.73 | | |
| 01/29/2018 | | Charges exceed contracted fee schedule 6 | | -52.11 | | |
| 01/29/2018 | | Transfer Credit 630236 | | -4.00 | | 10.00 |
| 01/17/2018 | Mangal, Walid | Fluorescein Angiography | 110.85 | | | |
| 01/29/2018 | | Premier HMO - Humana, Wellcare 630236 | | -75.38 | | |
| 01/29/2018 | | Charges exceed contracted fee schedule 6 | | -35.47 | | 0.00 |
| 01/17/2018 | Mangal, Walid | Fundus Photography | 73.96 | | | |
| 01/29/2018 | | Premier HMO - Humana, Wellcare 630236 | | -50.29 | | |
| 01/29/2018 | | Charges exceed contracted fee schedule 6 | | -23.67 | | 0.00 |
| 01/17/2018 | Mangal, Walid | Dilated Ret Exam w/interp Premier use | | | | |
| 01/29/2018 | | Premier HMO - Humana, Wellcare 630236 | | 0.00 | | |
| 01/29/2018 | | Charges exceed contracted fee schedule 6 | | 0.00 | | 0.00 |
| 01/19/2018 | | FILED: Premier HMO - Humana, Wellcare | | | | |
| | | | | **Patient Balance:** | | **10.00** |

Your account is now 31 - 60 days past due and requires your immediate attention.
Please promptly remit payment for the full amount due.

| Statement Date | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | 121-150 Days | Over 150 Days | Due Date | Total Due |
|---|---|---|---|---|---|---|---|---|
| Mar 27, 2018 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 10.00 |

*Florida Vision Inst, Inc • 1050 Monterey Road • Suite 104 • Stuart, FL 34994 • (772) 600-0192*

# Exhibit G

(See Section VIII)

Documents Related to Under Air Square Footage