

```
BK 07117 PGS 1003-1005 PG(s)3
RECORDED 01/02/2007 11:17:55 AM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
DEED DOC 1,787.10
RECORDING FEES 27.00
RECORDED BY K Price
```

Prepared by and return to:
Michael E. Workman
Esquire
Lake Morton Title, LLC
500 S. Florida Avenue, Suite 420
Lakeland, FL 33801

File Number: LT-1516
Will Call No.: 680-8049

_____[Space Above This Line For Recording Data]_____

# Special Warranty Deed

**This Special Warranty Deed** made this 7th day of **December, 2006** between **Lake Ashton Development Group II, LLC, a Florida limited liability company** whose post office address is **500 South Florida Avenue, Suite 700, Lakeland, FL 33801**, grantor, and **Cesar Jaramillo and Ines Jaramillo, husband and wife** whose post office address is **5301 Nicklaus Drive, Winter Haven, FL 33884**, grantee:

(Whenever used herein the terms grantor and grantee include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Polk County, Florida**, to-wit:

> Lot 159, LAKE ASHTON WEST PHASE I, according to the map or plat thereof as recorded in Plat Book 138, Page 11, Public Records of Polk County, Florida.
>
> Parcel Identification Number: 242926-690596-001590
>
> **THIS CONVEYANCE IS SUBJECT TO THE FOLLOWING: See Exhibit "A" attached hereto.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under grantors.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

DoubleTime®

Signed, sealed and delivered in our presence:

Lake Ashton Development Group II, LLC, a Florida limited liability company

By: CRF Management Co., Inc., a Florida corporation, its Manager

By: _____
James E. Raymond, Vice President

Witness Name: Jennifer Y. Meyers

Witness Name: Melissa Gonzalez

(Corporate Seal)

State of Florida
County of Polk

The foregoing instrument was acknowledged before me this 7th day of December, 2006 by James E. Raymond, Vice President of CRF Management Co., Inc., a Florida corporation, Manager of Lake Ashton Development Group II, LLC, a Florida limited liability company, on behalf of the corporation. He/she [ ] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

Melissa Gonzalez
Commission #DD???????
Expires ???
Bonded Thru
Atlantic Bonding Co., Inc

Notary Public

Printed Name: Melissa Gonzalez

My Commission Expires: _____

*Special Warranty Deed* - Page 2

DoubleTime®

# EXHIBIT "A"

1. Zoning, building codes, bulkhead laws, ordinances, regulations, rights or interests vested in the United States of America or the State of Florida.

2. Real estate taxes and other taxes for the year 2007 and subsequent years including taxes or assessments of any special taxing or community development district (including assessments relating to capital improvements and bonds) and including assessments of the Lake Ashton Community Development District ("CDD").

3. The general printed exceptions contained in an ALTA Owner's Title Insurance Policy.

4. Utility easements, sewer agreements, telephone agreements, cable agreements, telecommunication agreements, monitoring agreements, restrictions and reservations common to the plat of Lake Ashton West Phase I, as recorded in Plat Book 138, Page 11, public records of Polk County, Florida and the improvements located thereon.

5. Any laws and restrictions, covenants, conditions, limitations, reservations, agreements or easements recorded in the Public Records (for example, property use limitations and obligations, easements (right-of-way) and agreements relating to telephone, gas or electric lines, water and sewer lines and drainage, information system, cable T.V., provided they do not prevent use of the property for single family residential purposes).

6. Acts done or suffered by Grantee and any mortgage obtained by Grantee for the purchase of the property.

7. Restrictions, conditions, reservations, easements, and other matters contained on the Plat of Lake Ashton West Phase I, as recorded in Plat Book 138, Page 11, public records of Polk County, Florida.

8. Covenants, conditions and restrictions recorded in O.R. Book 6163, Page 1097, together with First Amendment recorded in O.R. Book 6322, Page 2144 and Second Amendment recorded in O.R. Book 6886, Page 258, Public Records of Polk County, Florida, which contain provisions creating easements and/or assessments.

9. Gas and Refuse Service Agreement recorded in O.R. Book 6134, Page 277, and First Amendment recorded in O.R. Book 6322, Page 2147, and Second Amendment recorded in O.R. Book 6803, Page 2273, public records of Polk County, Florida.

10. Information Services and Easement Agreement recorded in O.R. Book 6134, Page 236 as amended in O.R. Book 6322, Page 2152, public records of Polk County, Florida.

11. Easement in favor of Lake Ashton Golf Club II, Ltd., contained in instrument recorded March 18, 2005, in O.R. Book 6126, Page 18 and First Amendment to Easement Agreement recorded in O.R. Book 6856, Page 28, Public Records of Polk County, Florida.

12. Notice of Establishment of the Lake Ashton II Community Development District recorded in O.R. Book 6112, Page 2007, together with Declaration of Consent recorded in O.R. Book 6348, Page 1402; O.R. Book 6348, Page 1407 and O.R. Book 6629, Page 293, public records of Polk County, Florida.

13. Lien of record of Lake Ashton II Community Development District recorded in O.R. Book 6348, Page 1399, together with Mortgagee Special Assessment Acknowledgement recorded in O.R. Book 6738, Page 1727 and O.R. Book 6745, Page 1198, Public Records of Polk County, Florida.

14. Resolution dated May 22, 2006 and recorded June 19, 2006 in O.R. Book 6829, Page 107, Public Records of Polk County, Florida.

15. Easement in favor of Tampa Electric Company recorded September 1, 2006 in O.R. Book 6950, Page 370, public records of Polk County, Florida.

LT-1516