AS
1850
1155.00

Prepared by and return to:
**CLIFFORD R. RHOADES**
Attorney at Law
**CLIFFORD R. RHOADES, P.A.**
**2141 Lakeview Drive**
**Sebring, FL 33870**
**863-385-0346**
File Number: **860-07**

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **15th** day of November, 2007 between **MI CASA BUILDERS OF FLORIDA, INC., a Florida corporation** whose post office address is **3259 W. LAKE CHILTON DR., Avon Park, FL 33825**, grantor, and **DOLORES A. JARVIS** whose post office address is **2780 SCHLEY AVENUE, APT 2A, Bronx, NY 10465**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Highlands County, Florida** to-wit:

**Lot 5937 and Lot 5938, AVON PARK LAKES, UNIT No. 19, according to the Plat thereof as recorded in Plat Book 5, Page 14, of the Public Records of Highlands County, Florida.**

**Parcel Identification Number: C-01-33-28-010-0000-5937**

**This conveyance is subject to the following:**
**1. Ad valorem taxes and solid waste charges subsequent to 2006;**
**2. Zoning, restrictions, prohibitions and other requirements imposed by governmental authority;**
**3. Restrictions and matters appearing on the plat or otherwise common to the subdivision;**
**4. Public utility easements of record.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said

land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2006.**

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

MI CASA BUILDERS OF FLORIDA, INC.
a Florida corporation

By: _____
ANTHONY CRUZ, President

Witness Name: KIMBERLY J. BENNETT

Witness Name: _Estela Bass_

(Corporate Seal)

State of Florida
County of Highlands

The foregoing instrument was acknowledged before me this 15th day of November, 2007 by ANTHONY CRUZ, President of MI CASA BUILDERS OF FLORIDA, INC., a Florida corporation, on behalf of the corporation.  He [_] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

KIMBERLY J. BENNETT
Notary Public, State of Florida
My comm. expires July 17, 2008
Comm. No. DD332381

Notary Public

Printed Name: _KIMBERLY J. BENNETT_

My Commission Expires: _____