Supplemental Plaintiff Profile Form – Residential and Commercial Properties

|For Internal Use Only|
|File No. _____|
|                    |
|Date Received:      |
|_____|

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall　　　　　　　　MDL NO. 2047
Products Liability Litigation　　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
This Document Relates to:　　　　　　　　　　　　　MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

　　　　This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin　　, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

　　　　The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

　　　　The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

　　　　All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Kevin　　　　　　　S　　Karpel
　　　　　　　　　First Name　　　　　M.I.　Last Name　　　　　　　　　　　　Suffix

　　　　　　　　　Co-Claimant First Name (if applicable)　M.I.　Last Name　　　Suffix

　　　　　　　　　Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

**Address 1:** 17770 64th Place North
**Address 2:**
**City:** Loxahatchee
**State:** FL
**Zip Code:** 33470

Is the Property residential or commercial? **Residential**

Name of Person Completing this Form:
**First Name:** Kevin
**M.I.:** S
**Last Name:** Karpel
**Suffix:**

Mailing Address (if different):

**Address 1:**
**Address 2:**
**City:**
**State:**
**Zip Code:**

Phone Number of Person Completing This Form: (561) 214 - 1437

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 5 / 31 / 2013

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ___ / ___ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 10 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

[blank]

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ___ / ___ / ___

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                  Month  Day  Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                          Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                          Month   Day   Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated? No_____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?
_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 318,129.43

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_Kevin Karpel_  —  Claimant's signature

Date signed: 3-26-18

Name: Kevin Karpel

Address: 17770 64th Pl N.
Loxahatchee, Fl 33470

Phone No.: (561) 214-1437

Email: Kevinkarpel@att.net

7

3/24/18

<u>Claimed Items #2</u>

1. Laminated Wood Flooring (damaged by flooding due to corroded air conditioner coils. Happened multiple times): $4888.48
2. Sony Television 554K 3D : $1998.00   Mod. XBR 65X 850
3. Bose CineMate 15 Home Theatre System : $599.00
4. Air Conditioning Repairs: $185.00, $450.00, $928.55, $800, $85.00, $185.00, $400.00, $150.00.
5. Furniture (Bought right after purchase of home) : (see receipt) $9766.30
6. Samsung Refridgerator RF323TEDBWW : $2299.88
7. Whirlpool Washer WTW5700XW : $569.38
8. Whirlpool Dryer WED5700XW : $569.88
9. Whirlpool Dishwasher WDF750SAYW : $419.88
10. Sony Television XBR65X900E : $1627.88
11. Samsung Television: # UN48J5200AFXZA : $759.50

Total: $29,711.43

Claimed Items #1                                                3/27/20

1. Clothing: 4 family members at $500/person = $2000.00
2. 1 Toshiba laptop computer "Satellite" C655-S5547  #PSC2EU-06E00L — $600.00
3. HP PhotoSmart Printer — $300.00
4. HP W1907 Monitor — $200.00
5. HP Pavillion Computer — $500.00
6. Living Room: 1 chair, 1 couch, 1 rug, 1 lamp, 2 tables, pillows : $2000.00
7. Dell Alienware Computer : $5000.00
8. Cyber Power P.C. : $4500.00
9. 2. 27" Asus MG278Q LED Widescreen Monitors @ $550.00 each : $1100.00
10. 1 XBox 1 : $250 — 1 PlayStation 3 : $100, — 2 XBox 360 : 130 ea. = $260.00
    1 XBox : $50.00
11. 1 Whirlpool Microwave : $175.00
12. 1 Whirlpool Electric Range : $450.00
13. 1 MacroSystem SmartEdit 5 Nonlinear Video Editor : $6000.00
14. 1 Sony HVR-M10U Digital HD Videocassette Recorder/Player : $4500.00   #1111007
15. 1 Pioneer MPC video DVD Player : $125.00
16. 2 Shure ap4 wireless Microphones : $500 ea = $1000.00
17. 1 Anton Bauer Camera Light : UL2-20  $200.00
18. 1 Sony TMA1350 Monitor : $500.00
19. 1 Hummingbird Underwater Camera 2.0 : $1500.00
    (120 G9F12)
20. 5 Camera Batteries — 2 Anton Bauer Pro Pac 14 : $1100.00
    3 Anton Bauer NPF 950
21. 1 Sony HVR 21U Digital Video Camcorder : $6000.00
    (1115335)

                                                         Total:
                                                         $38,418.00



```
RECEIPT    0054348559         02/03/18
BrandsMart U.S.A. ************
751 EXECUTIVE CENTER DRIVE
WEST PALM BEACH FL 33401
(561) 682 3000
-----------------------------------------
KARPEL, KEVIN                  0500900025
17770 64TH PL NORTH
LOXAHATCHEE       FL 33470
(561) 214 1437
-----------------------------------------
Sold by:TRESCASTRO, JUAN - TV      21:08
rp16 JOSEFINA SILVERIO             21:23
-----------------------------------------
SONY    XBR65X900E      1  1398.00 1398.00
     DD 65 4K 120 IP XRPRO X1 TRIL
Warranty Parts 012 month/Labor 012 month
In Home Service             30 DAY RETURN
     HD Provider is Other
WARRA 2301              1   229.88  229.88
   ~1500 5YR LCD/LED TV WARRA
Warranty Parts 060 month/Labor 060 month
      ON SONY XBR65X900E
  CUSTOMER RECEIVED WARRANTY BOOKLET
For Warranty Service Call 1 800 228-2731

FOR SERVICE, DELIVERY, or SALES CALL:
(561) 682 3000
-----------------------------------------
***** T O T A L   P I E C E S    1 *****

Sales Amount:                     1627.88
Sales Tax:                         113.95
Total:                            1741.83
-----------------------------------------
003852        256   4253          1741.83
       SONY 36 Months w/Equal Pay     36
EQUAL PAYMENT NO INTEREST

Promotion Duration:        36 MONTHS
Promotional APR:           0.0000%
Purchase APR:             25.2400% (v)
(v) - If a (v) appears after an APR
above, that APR will vary with the
market based on the prime rate.
```

```
OUTSIDE
*2564950*

RECEIPT      0052564950      05/06/14
BrandsMart U.S.A.  ***********
751 EXECUTIVE CENTER DRIVE
WEST PALM BEACH FL 33401
(561) 682 3000
                                      0500900025
KARPEL, KEVIN
17770 64TH PL NORTH
LOXAHATCHEE      FL  33470
(561) 214 1437

Sold by:DENZEL, RAYMOND (APPLIANCE 14:10
rp19 SHEALA STEWART                       14:23

WHIRL WDF750SAYW-WM  1    419.88    419.88
   T-51DB/SSTALL-TUB/NYLON/5C/O
 Warranty Parts 012 month/Labor 012 month
                         30 DAY RETURN
 In Home Service               49.88  49.88
 WARRA 1662         1
 Warranty Parts 024 month/Labor 024 month
       ON WHIRL WDF750SAYW-WM
 CUSTOMER RESERVED WARRANTY BOOKLET
For Warranty Service Call 1-800-228-2731

FOR SERVICE, DELIVERY, or SALES CALL:
(561) 682 3000

***** T O T A L   P I E D *****

                            Sales Amount:    469.76
                            Sales Tax:        28.19
                            Total:           497.95

006078    106    4253                      497.95
     6 Months Monthly Pay              06
DEFERRED/NO INTEREST IF PD IN FULL 06-MONTHS
Promotion Duration:
Promotional APR: 23.9900% (v)
Purchase APR: 23.9900% (v)
(v) - Variable rates subject to change
 with market, based on prime rate.
```

## DELIVERY

*2154309*

```
          0052154309      06/03/13
          A, ************
          ENTER DRIVE
          FL  33401
```

```
                           0500900025
1770 64TH
AHATCHEE        FL  33470
     214 1437
```

```
     BRICK, LYNN (APPLIANCE 12:00
     DESHIELDS               12:19
```

```
    TEDBWW          1  2299.88  2299.88
   EXT    DISP/LED/TWCOOL
Warranty Parts 12 months/Labor 12 months
In Home Service          30 DAY RETURN
WARRA 1632             109.88   109.88
Warranty Parts 24 months/Labor 24 months
  ON SAMSURF323TEDBWW
  CUSTOMER RECEIVED WARRANTY BOOKLET
For Warranty Service Call 1-800-228-2731
DELIV 1ST PC          1            0.00
  DELIVERY
Warranty Parts      months/Labor   months
In Home Service             0 DAY RETURN
```

```
   WTW5700XW-WW    1   569.88   569.88
  5/CABRIO/3.6CFT/80URPM/
Warranty Parts 12 months/Labor 12 months
In Home Service          30 DAY RETURN
WARRA 1422         1    59.88    59.88
Warranty Parts 24 months/Labor 24 months
  ON WHIRLWTW5700XW-WW
  CUSTOMER RECEIVED WARRANTY BOOKLET
  1ST PC          1     0.00     0.00
  DELIVERY
Warranty Parts      months/Labor   months
Carry in Service             0 DAY RETURN
```

```
WHIRL WED5700XW-WW   1   569.88   569.88
  7.4CAP/9CYC/5T/WINDOW/L
Warranty Parts 12 months/Labor 12 months
In Home Service          30 DAY RETURN
WARRA 1662         1    39.88    39.88
Warranty Parts 24 months/Labor 24 months
  ON WHIRLWED5700XW-WW
  CUSTOMER RECEIVED WARRANTY BOOKLET
DELIV 1ST PC          1     0.00     0.00
  DELIVERY
Warranty Parts      months/Labor   months
In Home Service             0 DAY RETURN
```

The cardholder agrees to the credit card
amount shown hereon and agrees to
perform the obligations set forth in the
cardholder's agreement with the issuer.

FOR SERVICE, DELIVERY, or SALES CALL:
(561) 682 3000

***** T O T A L   P I E C E S    3 *****

Sales Amount:                      3649.28

---

## CARRY OUT

*2774613*

```
RECEIPT       0052774613     11/14/14
BrandsMart U.S.A. ************
751 EXECUTIVE CENTER DRIVE
WEST PALM BEACH FL  33401
(561) 682 3000
```

```
CASH RECEIPT                    9999999999
                  33401
```

```
Sold by:CARRY OUT               16:49
Fp21 TAMY SOL                   16:51
```

```
********************************
PREMI PSM270     1    20.00    20.00
  MULTIFUNCTIONAL SS SANDWICH
Warranty Parts 012 month/Labor 012 month
Carry in Service        30 DAY RETURN
```

```
OSTER CKSTDFZM53  1    39.88    39.88
  3 LTR COOL TOUCH FRYER
Warranty Parts 012 month/Labor 012 month
Carry in Service        30 DAY RETURN
```

FOR SERVICE, DELIVERY, or SALES CALL:
(561) 682 3000

***** T O T A L   P I E C E S    2 *****

```
Sales Amount:                      59.88
Sales Tax:                          3.59
Total:                             63.47
```

```
      STR CR   2774605
                                   52.87
331434      DBT  7674
                                   10.60
    KARPEL KEVIN S

         CHANGE
                                    0.00
```