```
CFN 20130281854
OR BK 26125 PG 0525
RECORDED 06/22/2013 10:44:32
Palm Beach County, Florida
AMT 249,000.00
Doc Stamp 1,743.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0525 - 526; (2pgs)
```

This Instrument Prepared by:
Albertelli Law
5404 Cypress Center Drive, Suite 300
Tampa, Florida 33609
Our File Number: TPA12-32637
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

$249,000

Property Appraisers Parcel I.D. (Folio) Number (s):  00-40-42-35-00-000-7170

## SPECIAL WARRANTY DEED

This Special Warranty Deed, made this __31__ of May 2013, between Fannie Mae a/k/a Federal National Mortgage Association, having its place of business at : P.O. Box 650043, Dallas, TX. 75265-0043 here by called the grantor,

to Kevin Karpel, an unmarried man , whose Post Office address is: 17770 64th Place N., Loxahatchee, Florida 33470, hereinafter called the grantee,

W I T N E S S E T H: That grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, aliens, remis, releases, conveys and confirms unto grantee, all that certain land situate in Palm Beach County, Florida, viz:

The West 234.51 feet of the East 4158 feet of the South 242.9 feet of the North 3227.7 feet of Section 35, Township 42 South, Range 40 East, Palm Beach County, Florida; (aka Tract L-370)

Subject to an easement for road and drainage purposes over the North 30 feet and the East 30 feet thereof.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
TO HAVE AND TO HOLD the same in fee simple forever.

GRANTOR'S WILL WARRANT AND the said party of the first part does hereby covenant with the said party of the second part that, except as above noted, that at the time of the delivery of this deed the premises were free from all encumbrances made by it, and that it will warrant and defend the same against the lawful claims and demands of all persons claiming by, through or under it, but against none other.

(wherever used herein the terms "grantor" and "grantee" included all the parties to this instrument, and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation.)

IN WITNESS WHEREOF, the grantor has caused these presents to be executed in the name, and its corporate seal to be hereunto affixed, by its proper officers thereunto duly authorized, the day and year first above written.

DEED - Special Warranty Deed - Corporate

| | |
|---|---|
| Signed, sealed and delivered<br>in the presence of:<br><br>_____<br>Witness signature<br>Stacey A. Miller<br>Print witness name<br><br>_____<br>Witness signature<br>Samuel Hale<br>Print witness name | Fannie Mae a/k/a Federal National Mortgage Association by Albertelli Law as Attorney in Fact , POA and  Corp. Res. recorded  in O.R. Book 15492, and Page 1166 of the Public Records of Duval County Florida.<br><br>By: _____<br>Print Name: **Karen McMahan, as authorized signatory for Albertelli Law as Attorney-In-Fact for FANNIE MAE a/k/a Federal National Mortgage Association**<br><br>(Corporate Seal) |

State of FLORIDA
County of Hillsborough

The foregoing instrument was acknowledged before me this __31__ day of May 2013 by **Karen McMahan, as authorized signatory for Albertelli Law as Attorney-In-Fact for FANNIE MAE a/k/a Federal National Mortgage Association** on behalf of the company.  He/she is personally known to me or who has produced Drivers License as identification.

_____
Notary Public
_____
Print Notary Name
My Commission Expires: #EE 193212
Notary Seal

DEED - Special Warranty Deed - Corporate

Book26125/Page526       Page 2 of 2

I hereby certify that the foregoing is a true copy
of the record in my office this day, Nov 12, 2015.
Sharon R. Bock , Clerk Circuit Court, Palm Beach County, Florida
BY _____ Deputy Clerk