IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA



```
CFN  2013R0799786
OR Bk 28857 Pg 0800; (1ps)
RECORDED 10/08/2013 08:50:57
DEED DOC TAX 1,979.40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

| | |
|---|---|
| BANK OF NEW YORK (THE) | GENERAL JURISDICTION DIVISION |
| Plaintiff(s) / Petitioner(s) | Case No:        08058706CA01 |
| VS. | Section:         08 |
| FORJAN, JANEISY , et al. | Doc Stamps:   $1,979.40 |
| Defendant(s) / Respondents(s) | Surtax:          $0.00 |
| | Consideration: $329,900.00 |

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on September 17, 2013, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Miami-Dade County, Florida:

> The NW 1/4 of Section 21, Township 56 South, Range 38 East, less the South 2456 feet and less the East 2247 feet and less the North 55 feet and less the West 55 feet.
>
> Property Address: 23205 SW 217th Avenue, Homestead, FL 33031

was sold to:

A & B REAL ESTATE HOLDINGS, LLC
318 Alhambra Circle
Coral Gables, FL, 33134

WITNESS my hand and the seal of this court on  October 08, 2013.

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida

Rev. 10/5/2009