

THIS IS NOT A CERTIFIED COPY

**Prepared By and Return To:**
Nancy Cowell
LandCastle Title, LLC
5110 Eisenhower Boulevard, Suite 102
Tampa, FL 33634

**File No.** TPR-081201956S

**Property Appraiser's Parcel I.D. (folio) Number(s)**
FOLIO #032903-1224

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this January 9, 2009 by Aurora Loan Services, LLC, a Delaware limited liability company hereinafter called the grantor and Christopher Kopach, a married man, whose post office address is 20318 Chestnut Grove Drive, Tampa, FL 33647, hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representative and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH: That the grantor, for and in consideration of the sum of $ 278,000.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all the certain land situated in Hillsborough County, Florida, viz:

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF

Property Address: 20318 Chestnut Grove Drive, Tampa, FL 33647

Subject to encumbrances, easements and restrictions of record and taxes for January 1, 2009.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.

*See Exhibits B&C for Incumbency Affidavit and POA

Special Warranty Deed (Corporation)
Rev. (3/99)



**SPECIAL WARRANTY DEED**
(Continued)

IN WITNESS WHEREOF, the grantor has caused thse presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers duly authorized, the day and year first above written.

Signed, sealed and delivered in our presence:

Lisa
(Witness Signature)

Lisa Bruyer
(Print Name of Witness)

(Witness Signature)

Scott Van Wyhe
(Print Name of Witness)

Aurora Loan Services, LLC, a Delaware limited liability company, by First American REO Servicing, LLC, a Delaware limited liability company, as attorney-in-fact

BY First American REO Servicing
   Attorney-In-Fact
Print Name:
By
Its: Doris Shindelar

Address:

717 17th Street, Ste 200

Denver, CO 80202

Special Warranty Deed (Corporation)
Rev. (3/99)

THIS IS NOT A CERTIFIED COPY

**SPECIAL WARRANTY DEED**
(Continued)

State of _Colorado_
County of _Denver_

The foregoing instrument was sworn to and subscribed before me this _9th_ day of _January_ 2008 by _Jons Shindellar_, who is the _Portfolio Mgr_ of First American REO Servicing, LLC, a Delaware Limited Liability Company, as attorney-in-fact for Aurora Loan Services, LLC, a Delaware Limited Liability Company on behalf of the limited liability company. He/she [✓] is personally known to me or [ ] have produced _____ as identification.

Notary Public
Printed Name: _Suzanna Hernandez_
My Commission Expires: _5/11/11_

(Notary Seal)

SUZANNA HERNANDEZ
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires
MAY 11, 2011

Special Warranty Deed (Corporation)
Rev. (3/99)



**SPECIAL WARRANTY DEED**
(Continued)

## Exhibit "A"

Lot 31, Block 16, GRAND HAMPTON PHASE 1C-1/2A-1, as per plat thereof, recorded in Plat Book 100, Page 245, of the Public Records of Hillsborough County, Florida.

Property address: 20318 Chestnut Grove Drive, Tampa, FL 33647
Tax Folio Number: FOLIO #032903-1224

Special Warranty Deed (Corporation)
Rev. (3/99)

THIS IS NOT A CERTIFIED COPY

Certified true and correct copy of the original

By: 

Exhibit B

UNANIMOUS WRITTEN CONSENT OF THE MANAGER OF
FIRST AMERICAN REO SERVICING, LLC
IN LIEU OF A SPECIAL MEETING

Dated as of February 26, 2008

Pursuant to the authority contained in Delaware law and the bylaws of First American REO Servicing, LLC (the "Company") the undersigned, being the Manager of the Company, does hereby adopt the following resolutions with the same force and effect as though adopted at a special meeting of the Manager duly called and held:

WHEREAS, Aurora Loan Services LLC ("Aurora") has, by limited powers of attorney, appointed the Company as its agent to handle certain matters relating to the sale and dispositions of Aurora of certain of its real estate owned assets; and

WHEREAS, the form of power of attorney appointing the Company is attached hereto as Exhibit A; and

WHEREAS, the Manager desires to specify certain employees of the Company to act as authorized representatives of the Company to act as agent for Aurora in accordance with the terms of the power of attorney.

NOW, THEREFORE, BE IT RESOLVED, that the following employees of the Company are hereby appointed to act as agent for Aurora in accordance with the terms of the power of attorney:

| Name | Title |
| --- | --- |
| Claudia Smith | Vice President |
| Marc Strampel | Vice President |
| Pat Congleton | Director |
| Jennifer Saul | Portfolio Manager |
| Jan Glentzer | Portfolio Manager |
| Janice Broom | Portfolio Manager |
| Scot Kaiser | Portfolio Manager |
| Doris Schindelar | Portfolio Manager |

FURTHER RESOLVED, that said employees set forth above shall act only in accordance with the powers and authorities granted to them in the signed power of attorney; and

THIS IS NOT A CERTIFIED COPY

FURTHER RESOLVED, that all action of every kind taken by said employees of the Company, pursuant to said power of attorney prior to the date of this consent be and it hereby is authorized, adopted, approved, ratified and confirmed.

IN WITNESS WHEREOF, this written consent has been executed as of the date first written above.

Michael C. Barton

THIS IS NOT A CERTIFIED COPY

Exhibit C

**AURORA LOAN SERVICES**
*A Lehman Brothers Company*   Limited Power of Attorney

KNOWN ALL PEOPLE BY THESE PRESENTS: THAT, AURORA LOAN SERVICES LLC., A DELAWARE LIMITED LIABILITY COMPANY, WITH ITS PRINCIPAL PLACE OF BUSINESS AT 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124, ACTING HEREIN THROUGH ITS MEMBER OR MANAGER, DOES HEREBY MAKE AND APPOINT FIRST AMERICAN REO SERVICING, LLC, A DIVISION OF FIRST AMERICAN DEFAULT INFORMATION SERVICES, LLC WITH ITS PRINCIPAL PLACE OF BUSINESS AT 717 17TH STREET, SUITE 200, DENVER, COLORADO 80202, TO BE ITS TRUE AND LAWFUL ATTORNEY IN FACT. THIS LIMITED AND SPECIAL POWER OF ATTORNEY GRANTED HEREBY SHALL BE LIMITED TO THE MATTERS DESCRIBED BELOW:

TO EXECUTE AND DELIVER, IN THE NAME OF AURORA LOAN SERVICES, LLC., AS ITS AGENT AND ATTORNEY IN FACT, ANY LISTING AGREEMENTS, PURCHASE AGREEMENTS, INSTRUMENTS OF SALE, DEEDS, TRANSFER, CONVEYANCE OR OTHER DOCUMENTS NECESSARY TO EFFECTUATE ITS RESPONSIBILITIES AND OBLIGATIONS PURSUANT TO THE PROPERTY MANAGEMENT AND MARKETING AGREEMENT EXECUTED BY AND BETWEEN AURORA LOAN SERVICES LLC. AND FIRST AMERICAN REO SERVICING, LLC, ON _JANUARY 15, 2008.

IN WITNESS WHEREOF, THE UNDERSIGNED HAS EXECUTED THIS LIMITED POWER OF ATTORNEY THIS 29TH DAY OF SEPTEMBER, 2008.

WITNESSES:                                      AURORA LOAN SERVICES LLC.

Printed Name: Michael Holmes                    Printed Name: Janet Martin
                                                Title: Vice President

Printed Name: Brent Zipperer

STATE OF COLORADO
COUNTY OF DOUGLAS

BE IT KNOWN, that on the 29th day of September, 2008, personally came and appeared Janet Martin, acting in his/her official capacity as member or manager of Aurora Loan Services, LLC., and who was to me personally known, and known to me to be the same person described in, and who executed, the within power of attorney, and he/she acknowledges the within power of attorney to be an official corporate act authorized by said Janet Martin to be its act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed by seal of office the day and year last above written.

Notary Public

APRIL MCCURDY
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 08/06/2012


EQUAL HOUSING LENDER