Prepared by and return to:
**Autum Bishop**
**Republic Title and Trust Company**
**1928 Commerce Lane, Suite 1**
**Jupiter, FL 33458**

File Number: **061788**

---

(Space Above This Line For Recording Data)

# Warranty Deed

**This Warranty Deed** made this **23rd day of October, 2006**, between **Midwest Construction & Development LLC, a Florida Limited Liability Company** whose post office address is **1070 E. Indiantown Road, Suite 410A, Jupiter, FL 33477**, grantor, and **Vashti A. Locke-Esberry, a married woman**, whose post office address is **119 Marine Terrace, Silver Springs, MD 20905**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **St. Lucie County, Florida**, to-wit:

> Lot 5, Block 2297, PORT ST. LUCIE SECTION THIRTY THREE, according to the plat thereof, recorded in Plat Book 15, Page(s) 1, 1A through 1V, of the Public Records of St. Lucie County, Florida.
>
> Parcel Identification Number: 3420-660-2925-000-1

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2005.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

*Warranty Deed* - Page 1

Signed, sealed and delivered in our presence:

Witness Signature: _____
Printed Witness Name: Julie Pankewich

Witness Signature: Autum Bishop
Printed Witness Name: Autum Bishop

Midwest Construction & Development LLC

By Joe Livesay, Managing Member

State of Florida
County of Palm Beach

The foregoing instrument was acknowledged before me this 19 day of **October, 2006**, by **Joe Livesay, Managing Member, of MIDWEST CONSTRUCTION & DEVELOPMENT LLC, on behalf of the Corporation,** he (✓) is personally known to me or (__) has produced _____ as identification.

_____
Notary Public

**Autum Bishop**
**Commission # DD577638**
**Expires July 24, 2010**
Bonded Troy Fain - Insurance, Inc. 800-385-7019

Printed Name: _____

My Commission Expires: _____

*Warranty Deed* - Page 2