CFN: 20140771559 BOOK 29381 PAGE 3941
DATE:11/07/2014 08:43:52 AM
DEED DOC 0.60
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Recording requested by: _____

When recorded, mail to:

Name: M+M The Closers, LLC.

Address: 1357 Broadway, Suite 304

City/State/Zip: New York, N.Y. 10018-7101

Space above reserved for use by Recorder's Office

Document prepared by:

Name: Mark Floman

Address: 1924 S.E. 21 Court

City/State/Zip: Homestead, FLA. 33035

Property Tax Parcel/Account Number: 10-7920-014-0460

## Quitclaim Deed

This Quitclaim Deed is made on August 7th 2014, between Frances Floman, a single woman, Grantor, of 1924 S.E. 21 Court, City of Homestead, State of Florida, 33035, and M&M The Closers LLC., Grantee, of 1357 Broadway, Suite 304, City of New York, State of New York, 10018-7101.

For valuable consideration of $10.00 the Grantor hereby quitclaims and transfers all right, title, and interest held by the Grantor in the following described real estate and improvements to the Grantee, and his or her heirs and assigns, to have and hold forever, located at 1924 S.E 21 Court, City of Homestead, State of Florida, 33035,:

Legal Description: The Land Herein After Referred To Is Situated In The City of Homestead, County of Miami-Dade, State of Florida, And Is Described as Follows:

Lot 20, Block 3, of Palm Isle Estates, According to the Plat Thereof, As Recorded In Plat Book 164, Page 94, of The Public Records of Miami-Dade County, Florida

Subject to all easements, rights of way, protective covenants, and mineral reservations of record, if any.

Taxes for the tax year of 2014 shall be prorated between the Grantor and Grantee as of the date of recording of this deed.

Quitclaim Deed Pg.1 (11-12)

CFN: 20140771559 BOOK 29381 PAGE 3942

Dated: August 15, 2014.

_____
Signature of Grantor

_____
Name of Grantor    Frances Floman

_____  _____
Signature of Witness #1        Printed Name of Witness #1  Katir Caceres

_____  _____
Signature of Witness #2        Printed Name of Witness #2  Robert Scott Gorham

State of Florida  County of Miami-Dade.
On 15th. of August 2014, the Grantor, Frances Floman,
personally came before me and, being duly sworn, did state and prove that he/she is the person described in the above document and that he/she signed the above document in my presence.

_____
Notary Signature

Notary Public,
In and for the County of Miami-Dade  State of Florida.
My commission expires: April 23, 2018

Send all tax statements to Grantee.

Seal
VICTORIA C. DIAZ
Notary Public - State of Florida
My Comm. Expires Apr 23, 2018
Commission # FF 115736