```
                                        CFN 20130123221
                                        OR BK 25875 PG 1246
                                        RECORDED 03/15/2013 13:12:28
                                        Palm Beach County, Florida
Prepared By:                            AMT 10.00
  Edward Miller                         Doc Stamp 0.70
  2917 Carpenter Ct.                    Sharon R. Bock,CLERK & COMPTROLLER
  Commerce Township, MI 48390           Pgs 1246 - 1247; (2pgs)

When recorded mail this deed
and tax statement to:
  William and Nancy Mansour
  8678 Tally Ho Lane
  Royal Palm Beach, FL 33411

Parcel Identification: 00-42-44-05-07-000-1160
```

## QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 26 day of December, 20 12, by the Grantor(s),

Edward Miller, a single man
2917 Carpenter Ct.
Commerce Township, MI 48390

to the Grantee(s),

William R. Mansour and Nancy A. Mansour
Husband and Wife as Joint Tenants with Rights of Survivorship
8678 Tally Ho Lane
Royal Palm Beach, FL 33411

WITNESSETH, That the said Grantor, for desire to promote welfare and $10.00 _____,
the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in Palm Beach County, State of Florida to wit:

Lot 116, of DIAMOND "C" RANCH POD E/F REPLAT, according to the Plat thereof, recorded in Plat Book 101, Page 144*, of the Public Records of Palm Beach County, Florida.

Common or street address:
8678 Tally Ho Lane, Royal Palm Beach, FL 33411.

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Grantor Signature _____  Witness Signature Denise Capra
Print Name Edward Miller                    Print Name Denise CAPTAVA

Grantor Signature _____  Witness Signature Samantha Moes
Print Name _____         Print Name Samantha Moes

Grantor Signature _____
Print Name _____

Grantor Signature _____
Print Name _____

STATE OF Michigan )
COUNTY OF Oakland )

The Foregoing instrument was acknowledged before me this 26 day of December, 2012
By Edward Miller
Who ( ✓ ) are personally known to me or ( ✓ ) have produced Drivers License as identification.

Notary Public _____
Printed Name Stefany L. Miko-Janik
My Commissions Expires 5/6/17

STEFANY L. MIKO-JANIK
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: May 6, 2017
Acting in the County of Oakland

*This is not a certified copy* (watermark)