CFN: 20160319036 BOOK 30095 PAGE 3652
DATE:06/01/2016 09:38:13 AM
DEED DOC 1,302.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by and Return to:
M. Cruz in behalf of
Masters Title, Inc.
1806 North Flamingo Road, Suite 240
Pembroke Pines, Florida 33028
Our File Number: 160277

_____ **For official use by Clerk's office only** _____

STATE OF Florida          )          **SPECIAL WARRANTY DEED**
COUNTY OF Miami-Dade      )                 (Corporate Seller)
                          )

   THIS INDENTURE, made this May 31, 2016, between **Graphics and More Exports LLC, a Florida limited liability company**, whose mailing address is: 10145 NW 19th St, #101, Miami, Florida 33172, party of the first part, and **Karina Martinez, a single woman**, whose mailing address is: 23631 SW 112th Court, Homestead, Florida 33032-7137 party/parties of the second part,

WITNESSETH:

   First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

   Lot 4, Block 51, of SILVER PALMS EAST SECTION TWO, according to the Plat thereof, as recorded in Plat Book 164, Page 87, of the Public Records of Miami-Dade County, Florida.

   Parcel ID Number: **30-6019-013-3150**

   Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.

   TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

   TO HAVE AND TO HOLD the same in fee simple forever.

   AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.

Prepared by and Return to:
M. Cruz in behalf of
Masters Title, Inc.
1806 North Flamingo Road, Suite 240
Pembroke Pines, Florida 33028
Our File Number: 160277

**For official use by Clerk's office only**

| STATE OF Florida | ) | **SPECIAL WARRANTY DEED** |
|---|---|---|
| COUNTY OF Miami-Dade | ) | (Corporate Seller) |
|  | ) |  |

THIS INDENTURE, made this May 31, 2016, between **Graphics and More Exports LLC, a Florida limited liability company**, whose mailing address is: 10145 NW 19th St, #101, Miami, Florida 33172, party of the first part, and **Karina Martinez, a single woman**, whose mailing address is: 23631 SW 112th Court, Homestead, Florida 33032-7137 party/parties of the second part,

WITNESSETH:

First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

Lot 4, Block 51, of SILVER PALMS EAST SECTION TWO, according to the Plat thereof, as recorded in Plat Book 164, Page 87, of the Public Records of Miami-Dade County, Florida.

Parcel ID Number: **30-6019-013-3150**

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.

DEED - Special Warranty Deed - Corporate

Prepared by and Return to:
M. Cruz in behalf of
Masters Title, Inc.
1806 North Flamingo Road, Suite 240
Pembroke Pines, Florida 33028
Our File Number: 160277

      IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth on May 31, 2016.

Signed, sealed and delivered
in the presence of:

_____
Witness signature
_____
Print witness name

_____
Witness signature
_Roger Lucas_
Print witness name

Graphics and More Exports LLC, a Florida limited liability company

By: _____
Print Name: Otto Aguilar
Title: Member

(Corporate Seal)

State of Florida
County of Broward

THE FOREGOING INSTRUMENT was acknowledged before me this 31st day of May, 2016 by Otto Aguilar, Member of Graphics and More Exports LLC, a Florida limited liability company, who is personally known to me or who has produced _____FL D+L_____ as identification.

_____
Notary Public
_Ben Finley_
Print Notary Name

My Commission Expires: _____

Notary Seal

[Notary Seal: BENJAMIN FINLEY, Notary Public - State of Florida, My Comm. Expires Feb 24, 2017, Commission # EE 877421]

DEED - Special Warranty Deed - Corporate



# SILVER PALMS
BY LENNAR

c/o KW Property Management & Consulting, LLC
8200 NW 33rd Street Ste 300 Doral, FL 33122 ** 305-476-9188

## CERTIFICATE OF APPROVAL OF SALE

A duly authorized representative of **SILVER PALMS BY LENNAR HOMEOWNER'S ASSOCIATION, INC.**, the Association of Miami, Florida, hereby executed the following Certificate of Sale of the following property deposes and says the following:

1. That in accordance with the Recorded Documents, Articles of Incorporation and the By-Laws of **SILVER PALMS BY LENNAR HOMEOWNER'S ASSOCIATION, INC.**, *Karina Martinez* have properly notified the Association of their intent to PURCHASE the residence located at 23631 SW 112th Court Homestead, FL 33032.

2. That the Association hereby approved the sale of such property *Karina Martinez.*
3. Said approval is conditional upon payment of all assessments due to the Association and must be verified by the issuance of a current letter of Estoppel.

4. Said approval is conditional upon payment of all violation fines to the Association.

Date this 16th day of May 2016.

By: _____
Frances Liguori,
Property Manager LCAM
Agent for Silver Palms by Lennar Homeowner's Assoc., Inc