

$107,600.00
$753.20

IN THE CIRCUIT/COUNTY COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                   CIVIL ACTION

COUNTRYWIDE HOME LOANS INC
       Plaintiff
       vs
HOWARD, ROBERT D ETAL
       Defendant

Case No. **08-CA-054265**

### CERTIFICATE OF TITLE

The undersigned clerk of the court certifies that he or she executed and filed a certificate of sale in
this action on <u>October 30, 2013</u> for the property described herein and that no objections to the sale have
been filed within the time allowed for filing objections.

The following real property in Lee County, Florida:

**LOT 15, OLYMPIA POINTE, ACCORDING TO THE PLAT RECORDED
IN PLAT BOOK 82, PAGE(S) 84 THROUGH 97, INCLUSIVE, AS
RECORDED IN THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.
a/k/a 8554 PEGASUS DRIVE, LEHIGH ACRES, FL 33971.**

Was sold to:      <u>MCF ENTERPRISES INC</u>
Whose address is:  <u>212 jackson av</u>
                   <u>lehigh, FL 33936</u>

NOV 1 3 2013

WITNESS my hand and the seal of the court on _____.

LINDA DOGGETT, Clerk of Court

Copies furnished to all parties
LINDA DOGGETT, Clerk of Court

By: