```
                                              RECORDED IN OFFICIAL RECORDS
                                              INSTRUMENT # 2009057648 2 PGS
Prepared by and Return to:                    2009 MAY 14 10:56 AM
Realty Title Solutions, LLLP                  KAREN E. RUSHING
Crystal Reyes                                 CLERK OF THE CIRCUIT COURT
2326 Del Prado Boulevard South                SARASOTA COUNTY, FLORIDA
Cape Coral, Florida  33990-6628               DCOURSEY  Receipt#1163198
                                              Doc Stamp-Deed:      1,225.00
```

Parcel ID 1123-24-7602

File No.: 09-0712
Consideration Amount: $175,000.

Deed State Tax/Stamps: $1,225.


2009057648

# Special Warranty Deed

THIS INDENTURE, made this May 1, 2009, between **National Credit Union Administration as liquidating agent for Huron River Area Credit Union,** whose mailing address is: 4807 Spicewood Springs road, Austin, Texas 78759, party of the first part, and **Carl G. Moore and Ellen L. Moore, husband and wife** whose mailing address is: **3391 Sixteen Mile Road NE, Cedar Springs, MI  49319**, party/parties of the second part,

W I T N E S S E T H:

First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

Lot 2, Block 2476, 49th ADDITION TO PORT CHARLOTTE, according to the plat thereof, as recorded in Plat Book 21, page 1, of the Public Records of Sarasota County, Florida.

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.
TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
TO HAVE AND TO HOLD the same in fee simple forever.
AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.

EXCEPT FOR ANY WARRANTIES OR TITLE CONTAINED IN THIS DEED, SAID FIRST PARTY HEREBY DISCLAIMS, AND SAID SECOND PARTIES HEREBY WAIVE, ANY AND ALL WARRANTIES OF ANY NATURE REGARDING THE PROPERTY.  SAID FIRST PARTY HAS NOT MADE AND DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR COVENANTS OF ANY KIND OR CHARACTER WHATSOEVER, WHETHER EXPRESS OR IMPLIED, WITH RESPECT TO THE SQUARE FOOTAGE OF THE PROPERTY; THE QUALITY OR THE CONDITION OF THE PROPERTY CONVEYED TO SAID SECOND PARTIES; THE SUITABILITY OR SAFETY OF THE PROPERTY FOR ANY AND ALL ACTIVITIES AND USES WHICH SAID SECOND PARTIES MAY CONDUCT THEREON; COMPLIANCE BY SAID FIRST PARTY AND/OR THE PROPERTY WITH

ANY LAWS, RULES, ORDINANCES, OR REGULATIONS OF ANY APPLICABLE GOVERNMENTAL AUTHORITY; OR THE HABITABILITY, MERCHANTABILITY, OR FITNESS OF THE PROPERTY FOR A PARTICULAR PURPOSE. SAID FIRST PARTY HAS NOT, DOES NOT AND WILL NOT MAKE ANY REPRESENTATIONS OR WARRANTIES WITH REGARD TO COMPLIANCE WITH ANY ENVIRONMENTAL PROTECTION, POLLUTION OR LAND USE LAWS, RULES, REGULATIONS, ORDERS OR REQUIREMENTS INCLUDING, BUT NOT LIMITED TO, THOSE PERTAINING TO THE USE, HANDLING, GENERATING, TREATING, STORING OR DISPOSING OF ANY HAZARDOUS WASTE, HAZARDOUS SUBSTANCES, PETROLEUM PRODUCT STORAGE TANKS OR ASBESTOS. THE PROVISIONS CONTAINED IN THIS PARAGRAPH SHALL SURVIVE DELIVERY OF THE DEED. SAID SECOND PARTIES ACCEPT THE PROPERTY "AS IS", "WHERE IS", AND WITH ALL FAULTS. SAID SECOND PARTIES HAVE MADE THEIR OWN INDEPENDENT INSPECTION OF ALL ASPECTS OF THE PROPERTY AND SHALL HAVE NO RECOURSE WHATSOEVER AGAINST SAID FIRST PARTY IN THE EVENT OF DISCOVERY OF ANY DEFECTS OF ANY KIND, LATENT OR PATENT. THIS WARRANTY DISCLAIMER SHALL NOT DIMINISH ANY WARRANTIES OF TITLE MADE BY SAID FIRST PARTY IN THIS DEED.

IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth on May 1, 2009.

Signed, sealed and delivered
in the presence of:

_Diane Laube_
Witness signature
Diane Laube
Print witness name

_Krista M. Schizas_
Witness signature
Krista M. Schizas
Print witness name

National Credit Union Administration as liquidating agent
for Huron River Area Credit Union

By: _____
Print Name: Justin Burleson
Agent for the Liquidating Agent

(Corporate Seal)

STATE OF TEXAS
COUNTY OF TRAVIS

In the City of Austin, on this __30__ day of __April__ 2009 in said County, before me personally appeared **Justin Burleson** as Agent for the National Credit Union Administration as liquidating agent for Huron River Area Credit Union to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed, in his said capacity, and the free act and deed of the said National Credit Union Administration as liquidating agent for Huron River Area Credit Union.

_Krista M. Schizas_
Notary Public

{seal} 

Printed Name: Krista M. Schizas
Commission Expires: 3/26/12

KRISTA M. SCHIZAS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
03-26-2012