

CFN 2013R0244338
OR Bk 28556 Pgs 0762 - 763; (2pgs)
RECORDED 03/29/2013 15:47:06
DEED DOC TAX 15,600.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

<u>Prepared by and return to:</u>

Thomas J. Hess, P.A.
10305 NW 41 Street Ste. 215
Doral, FL 33178
305-597-5601
File Number: **Hoffman Sale**

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this **8th** day of **March, 2013** between **Teodoro Hoffmann and Aileen Hoffmann, husband and wife** whose post office address is **P.O. Box 524407, Miami, Florida 33152**, grantors, and **Bruno Esteban Ullauri Paredes and Karina Jannine Svoboda Straka, husband and wife** whose post office address is **5952 SW 102 Street, Miami, FL 33156**, grantees:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade County, Florida to-wit:

> **The West one-half (W 1/2) of the North 305 feet of Tract Seventy-Two of BOUGANVILLEA COURT OF FELIX PARK HOME ACRES, according to the Plat thereof, recorded in Plat Book 5, Page 88, of the Public Records of Miami-Dade County, Florida.**
>
> **Parcel Identification Number: 20-5001-006-0900**
>
> **Subject to: Taxes for the 2013 and subsequent years; Zoning restrictions, prohibitions and other requirements imposed by governmental authority: Restrictions, limitations, and easements of record, without intent of reimposing same; Matters appearing on the Plat or otherwise common to the subdivision; Public utility easements of record, if any;**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever;

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

**DoubleTime®**

```
OR BK 28556 PG 0763
LAST PAGE
```

Signed, sealed and delivered in our presence:

Witness Name: _Paola Hess_

Witness Name: _Natalia Solah_

Witness Name: _Paola Hess_

Witness Name: _Natalia Solah_

_____(Seal)
Teodoro Hoffmann

_____(Seal)
Aileen Hoffmann

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 8th day of March, 2013 by Teodoro Hoffmann and Aileen Hoffmann, who [_] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

PAOLA HESS
Notary Public - State of Florida
My Comm. Expires Jul 1, 2015
Commission # EE 106763
Bonded Through National Notary Assn.

Notary Public

Printed Name: _____

My Commission Expires: _____

*Warranty Deed* - Page 2

**DoubleTime®**