Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Chinese Manufactured Drywall Products Liability Litigation | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| This Document Relates to: | MAG. JUDGE WILKINSON |

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Fred                                    Pool

| | | |
|---|---|---|
| First Name | M.I. | Last Name                                    Suffix |
| Raquel | S | DeFigueiredo |
| Co-Claimant First Name (if applicable) | M.I. | Last Name                                    Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

14531 Coronado Drive
Address 1                                            Address 2

Spring Hill                            FL         34609
City                                   State          Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:    Fred                        Pool
                          First Name               M.I.    Last Name                     Suffix

Mailing Address (if different):

Address 1                                            Address 2

City                                   State          Zip Code

Phone Number of Person Completing This Form: ( 352 ) 398 - 3237

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 2 / 16 / 2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____/ 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 3 / 2017

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages? ☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

**Section III.  Product Identification and Evidence Retention**

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

**Section IV. Bankruptcy, Foreclosure or Short Sale**

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____ / _____ / _____
                Month    Day      Year

Docket No.:  _____

Present Status:  _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                    Month     Day     Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                    Month     Day     Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

***Section V. Already Remediated Property***

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

***Section VII. Other Damages***

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 275,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

***Section VIII. "Under Air" Square Footage***

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____           _3/31/18_____
Claimant's signature                                      Date signed

Name: _FRED POOL_____

Address: _14531 Coronado Dr._____
           Address 1                Address 2

_Spring Hill_____FL_____34609_____
   City                 State    Zip Code

Phone No.: _(352) 398-3237_____

Email: _FPOOL@TAMPABAY.RR.COM_____

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

<u>Section VII.  Loss of Use / Loss of Enjoyment</u>

$275,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.  This figure also includes damaged personal property and home repair directly attributable to the gasses produced by the defective sheetrock.

*Bayonet*
*pg 1*



## PLUMBING • COOLING • HEATING



### A Custom Proposal for the Pool Residents

14531 Coronado Dr.

Spring Hill, 34609

325-340-4041

5/26/15

Prepared by: Sean Hinchey

Bayonet Plumbing, Heating & AC, Inc., 8950 New York Ave., Hudson, FL, 34667

Phone.727.919.2420 Fax.727.863.7237

sean@bayonet-inc.com



*Bayonet Pg2.*

**P**roposal and Agreement:

*All of the below options includes County Permits, removal of old equipment, Taxes, all installation costs, new system brought to current codes, 24 hour service, Bayonets quality control tech for peak performance and Two year performance guaranteed or your money back.* **Proposal expires in 30 Days.**

***OPTION 1: Base Efficiency***

- *Achieves **14 seer***
- *5-ton **Lennox 14HPX060** heat pump*
- ***Lennox CBX25UH060** air handler*
- *Aux heat strip to match wire size*
- *Honeywell programmable thermostat*
- *Whole house duct cleaning*
- *1 year 2 visit per year maintenance plan*
- *Secure condenser to new hurricane code pad with tie downs*
- *2- year Labor Warranty*
- *10-year Parts warranty from factory*

**Total investment-$5544**

Signature of owner: _____    Date: 3/31/18

CONTRACTOR INTERNET PERMIT PRT

# HERNANDO COUNTY CONSTRUCTION PERMIT

Please p

browser's

## PLEASE POST ON JOB SITE

PERMIT NO: 1311206      USE: RESIDENTIAL HTG/AIR      ISSUE DATE: 05/27/2015

### OWNERS NAME AND JOB LOCATION

ACCOUNT KEY:      537743      PARCEL NUMBER: R32 323 17 5130 0849 0100

NAME:  POOL FRED                              DESCRIPTION:

                                  SPRING HILL UNIT 13

LOCATION:                        BLK 849 LOT 10

14531 CORONADO DR

### CONTRACTOR INFORMATION

LICENSE #:      CONTRACTOR'S NAME:              CLASS / DESCRIPTION:

CAC0580620      BAYONET PLUMBING HEATING AND    C401 AIR CONDITIONING CONTR CL

### PERMIT INFORMATION / REQUIRED INSPECTIONS

                                  ESTIMATED VALUE:      5544

NOTES:

PERMIT AMOUNT:    102.75    RECEIPT NUMBER:    95029646

### REQUIRED INSPECTIONS

FINAL MECHANICAL

*63.15 pmc*

MAKE AND MODEL OF EQUIPMENT: Lennox AH CBX25UH  COND 14HPX060

change out and install Lennox 5 ton 14 seer HP system

# Bayonet

PLUMBING • COOLING • HEATING

8950 New York Avenue
Hudson, FL 34667
Phone: (727) 868-4636
CAC058062 • CFC042998
www.bayonet-inc.com

## New Equipment Installation

DEAN/BMP

NO. 14083
NO _____ Job#
Cust #_IL2S14C_ 21/14CCC

WO # _____

Customer Name: Fred Pack
Address: _____
City/Zip: _____
Phone1: _____ Phone 2: _____
Email: _____                          Bill to: _____

*Your Installation Includes:*

Your first year's maintenance at no charge.   1 HNP

Date 2/9/15 Technician(s): Paul A.

Salesperson: _____   Rebates/Incentives: _____

☑ Work Complete   ☐ Work Incomplete   ☑ Ready for inspection

Items Requiring Attention: _____

Arrival Time 3:20 PM  Time Complete 5:00 PM Permit# 1311206

### Work Performed and Equipment Installed:

| | Brand | Model | Serial |
|---|---|---|---|
| ☑ Air Handler | _____ | _____ | _____ |
| ☐ Cased Coil | | | |
| ☐ Heat Pump | | | |
| ☑ AC Condenser | | _____ | 1915C3716S |
| ☐ Gas Furnace | | | |
| ☐ Air Cleaner | | | |
| ☐ Electronic | | | |
| ☐ Media | | | |
| ☐ UV Light | | | |
| ☐ DFHumidifier | | | |
| ☐ Drain Line  ☐ Copper Lineset ☑ Condenser Pad ☐ Disconnect ☑ Plenums | | | |
| ☐ Duct Work   add _____ supplies   add _____ returns other _____ | | | |
| ☐ Non-Program Thermostat ☑ Programmable Thermostat ☐ Deluxe T-stat | | | |

Environmental Performance:  REFRIGERANT IN USE:
_____ lbs refrigerant recovered   _____ lbs refrigerant installed

I authorized the work outlined on this document and all work has been performed in an acceptable manner and I acknowledge with my signature below that work is satisfactory and complete.

_____ (signature)

All Work is COD. Please pay technician.

Paid by:   CASH     CHECK # _____

FINANCED $5,544.00 10F

VISA   MC   DISCOVER   AMEX

Authorization Code _____   Card # _____

Name On Card _____

                                    CCA _____
                                    Other _____
                                    Downpymt _____
                                    Amount Due $5,544.00
                                    Exp. _____   SSV _____

This system carries a _____ year parts warranty, _____ year labor warranty, and _____ year compressor warranty as installed. Please call us immediately at 800-535-4505 if you have any questions.

*Thank you for your business!*

# Bayonet

**PLUMBING • COOLING • HEATING**

8950 New York Avenue
Hudson, FL 34667
Phone: (727) 868-4636
www.bayonet-inc.com
CAC058062 • CFC042998

# New Equipment Installation

WO # _____    Cust # _HS111C_    Job # _____

Date: _5/31/15_   Technician(s): _Paul A. / Maui H._

Salesperson: _Scott_    Rebates/Incentives: _____

☑ Work Complete   ☐ Work Incomplete   ☐ Ready for inspection

Items Requiring Attention: _____

Arrival Time: _3:30 AM_   Time Complete _12:00 PM_ Permit # _____

## Work Performed and Equipment Installed:

| | Brand | Model | Serial |
|---|---|---|---|
| ☐ Air Handler | | | |
| ☐ Cased Coil | | | |
| ☐ Heat Pump | | | |
| ☐ AC Condenser | | | |
| ☐ Gas Furnace | | | |
| ☐ Air Cleaner | | | |
| ☐ Electronic | | | |
| ☐ Media | | | |
| ☐ UV Light | | | |
| ☐ DEHumidifier | | | |
| ☐ Drain Line  ☐ Copper Lineset ☐ Condenser Pad ☐ Disconnect ☐ Plenums | | | |
| ☐ Duct Work    add _____ supplies   add _____ returns other _____ | | | |
| ☐ Non-Program Thermostat ☐ Programmable Thermostat ☐ Deluxe T-stat | | | |

Environmental Performance:   REFRIGERANT IN USE:

_____ lbs refrigerant recovered    _____ lbs refrigerant installed

I authorized the work outlined on this document and all work has been
performed in an acceptable manner and I acknowledge with my signature below
that work is satisfactory and complete.

_signature_

Customer Name: _____
Address: _____
City/Zip: _____
Phone1: _863-571-4149_ phone 2: _____
Email: _____    Bill to: _____

Your first year's maintenance at no charge.

*Your Installation Includes:*

_complete duct cleaning_
_(did with change out)_
_(2 duct systems)_

*All Work is COD. Please pay technician.*

Paid by:   **CASH**      **CHECK #** _____    **CCA** _____

**FINANCED** _____                             **Other** _____

**VISA   MC   DISCOVER   AMEX**    Downpymt. _____

**Authorization Code** _____  **Card #** _____  Amount Due _____

**Name On Card** _____    Exp. _____    SSV _____

This system carries a _____ year parts warranty, _____ year labor
warranty, and _____ year compressor warranty as installed. Please call
us immediately at 800-535-4505 if you have any questions.

*Thank you for your business!*

Job #: _14084_



# Mario's Air Conditioning and Heating, INC.

No. 14814

9213 Denton Avenue • Hudson, FL 34667
Phone (727) 843-9598 • (352) 777-4907
Fax (727) 645-6957

Lic # CAC1817320

| NAME | Del Pozo Pool | DATE 5-30-13 | SUBDIVISION | | |
|---|---|---|---|---|---|
| ADDRESS | 14531 Coronado dr | MAKE | | MODEL | YEAR |
| CITY Spring Hill | STATE ZIP 34609 | A/H Carrier | | | 104 |
| PHONE 352-588-3557 | MOBILE | COND. | | | |

☐ P.M. CONTRACT
☐ WARRANTY
☐ SERVICE
☐ RESIDENTIAL
☐ MOBILE HOME
☐ CONDO
☐ COMMERCIAL

| RECOMMENDATIONS | QTY. | DESCRIPTION OF WORK | AMOUNT |
|---|---|---|---|
| No cool | | Got 5 Run cap | |
| | | 3.5 ld pitch | |
| | | | |
| | | 2 year buy back | |
| | | toward new | |
| | | Matt 813-675-2065 | |

| | |
|---|---|
| SUB-TOTAL | |
| TRIP CHARGE | |
| TOTAL | 300 |

## MAINTENANCE REPORT ©

### CONDENSOR

Liquid 220/330 psig
Suction 80/85/120 psig
Fan Amps ✓
Compressor Amps ✓
Heat Recovery ✓
Contactors ✓
Capacitors ✓
Safety Kit
Oil Motor ✓
Add Freon ✓
Cond. Breaker ✓
* Cond. Coil ✓
Accumulator ✓

### AIR HANDLER

Fan Amps _____
Drain Tabs _____
K.W Size _____
Relays _____
Duct System _____
Tighten Electrical _____
Unit Rusting _____
Attic Insulation _____
* Evaporator Coil _____
Temp. Drop _____ / _____
Breaker _____
T-Stat _____

**TERMS: DUE UPON COMPLETION**

I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE, IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF BALANCE IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.

I AGREE TO PAY ALL COST OF COLLECTION, INCLUDING ATTORNEY FEES. STATUTORY RETURN CHECK CHARGES APPLY.

DOWN PAYMENT _____ Paid
☐ CASH  ☐ C.C.
☐ CK. # _____

BALANCE DUE _____
Upon Completion

TECH# _____ TM# _____

PARTS WARRANTY: All parts as recorded are warranted as per manufacturer specifications. We do not, of course, guarantee other parts than those we install. If repairs later become necessary due to other defective parts, they will be charged separately.

* PLEASE NOTE: There will be an additional charge for chemically treated cleaning.

EMERGENCY SERVICE: All PMA and warranty service is between 8:00am-5:00pm, Monday-Friday excluding legal holidays. All other work subject to additional charges.

**bryant** Factory Authorized Dealer
Heating & Cooling Systems

**NO WARRANTY ON DRAIN LINES**

MAKE CHECKS PAYABLE: MARIO'S A/C & HEATING INC

X _____
TECHNICIAN'S SIGNATURE

X _____
CUSTOMER AUTHORIZED SIGNATURE

# HVAC
# SERVICE ORDER
# INVOICE

BILL TO

| THIS WORK IS TO BE | | |
|---|---|---|
| C.O.D. | CHARGE | NO CHARGE |
| MAKE | | MAKE |
| MODEL | | MODEL |
| SERIAL NUMBER | | SERIAL NUMBER |

| NAME | | |
|---|---|---|
| STREET | | DATE |
| CITY | | PROMISED |
| PHONE | | CALL BEFORE [ ] A.M. [ ] P.M. |
| TECHNICIAN | | AUTHORIZED BY |
| WORK TO BE PERFORMED | | |

## ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| RECOVERED | | |
| RECYCLED | | |
| RECLAIMED | | |
| RETURNED | | |
| DISPOSAL | | |
| DISMANTLED | | |
| CHANGED OUT/REPLACED | | |

**TOTAL $**

## WORK PERFORMED

| CONDENSING UNIT | COND'SATE DRAINS |
|---|---|
| LEVELED | CLEANED MAIN DRAIN |
| CLEANED COIL | REPAIRED MAIN DRAIN |
| CHECKED CHARGE | CLEANED PAN DRAIN |
| REPAIRED LEAK IN COIL | REPAIRED PAN DRAIN |
| LEAK IN COPPER | **FURN. OR FAN COIL** |
| # FER. | REPLACED BELT |
| CHECKED MOTOR | ADJUSTED BELT |
| CHANGED MOTOR | REPLACED PULLEY |
| REPLACED BELT | ADJUSTED PULLEY |
| ADJUSTED BELT | CLEANED BLOWER |
| REPLACED CONTACTOR | REPLACED BEARINGS |
| REPL. START RELAY | OILED MOTOR |
| REPL. START CAPACITOR | OILED BEARINGS |
| REPLACED RUN CAPACITOR | CLEANED HEAT EXCH. |
| CLEANED OR ADJ CONTACTOR | REPLACED HEAT EXCH. |
| REPAIRED WIRING | CLEANED OR ADJ. PILOT |
| REPLACED FUSE | REPLACED THERMOCOUPLE |
| REPLACED COMPRESSOR | REPAIRED VALVE |
| **EVAPORATOR COIL** | REPLACED VALVE |
| REPLACED EXP. VALVE | CLEANED BURNERS |
| ADJUSTED EXP. VALVE | **DUCT** |
| REPLACED CAP. TUBE | REPAIRED |
| CLEANED CAP. TUBE | ADJUSTED |
| REPAIRED COIL LEAK | **THERMOSTAT** |
| REPAIRED COPPER CONN. | REPLACED |
| CLEANED COIL | ADJUSTED |
| LEVELED CC L | |
| **ELECT. HTR** | **CLG TOWER** |
| REPLACED L'NK | CLEANED |
| REPLACED ELM. | |
| REPAIRED WIRE | **PUMP(S)** |
| REPLACED CONT. | GREASED |
| | REPAIRED |
| FILTERS [ ] CLEANED [ ] REPLACED | |

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R- LBS. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | FILTERS x x | | |
| | FILTERS x x | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | | |

## DESCRIPTION OF WORK PERFORMED

## RECOMMENDATIONS

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| MATERIALS & LABOR MAY BE CONTINUED ON OTHER SIDE | **TOTAL LABOR** | | |

TERMS

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER'S SIGNATURE     DATE

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

[ ] REGULAR     [ ] WARRANTY

[ ] SERVICE CONTRACT

*Thank You*

| TOTAL SUMMARY | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TRAVEL CHARGE | |
| TAX | |
| **TOTAL** | |

## AMERICAN WOOD FLOORING

**8805 Mitchell Blvd, New Port Richey, FL 34655**
**Phone: 727-375-1552 Fax: 727-375-1650**

**1033**

### INSTALLATION ESTIMATE/SALES CONTRACT

Customer: _____        Home Phone: _____

Address: _____         Work Phone: _____

City/State/Zip: _____   Cell Phone: _____

Estimate Date/Time _____   Email: _____

**PRICING INCLUDES ALL OF THE FOLLOWING:**

1. Removal of all existing carpet.
2. Moving and replacement of all normal furniture (except breakables and small items)
3. Any minor floor preparations (minor is up to 25 lb bag of floating material). Sub-floor prep requirements can not be fully determined until existing tile/carpet has been removed and sub-floor has been inspected. Prep requiring more than 25 lbs. of float, will be billed @ $2.50 per sq ft.
4. Installation of underlayment. (Silent blue, 3 N 1, or glue.)

5. Undercutting of all door jambs
6. Laminate thresholds at all doorways and where wood/laminate joins other flooring.
7. Installation of white quarter round on all perimeter walls
8. All labor necessary to complete installation
9. Lifetime warranty on installation, except on our $3.99 special, which has a 1-year warranty on installation.
10. There is an additional $50 charge for disposal of carpeting.

Product _____        Cost Per Square Foot  4.99

Underlayment  Silent Blue

| ROOM | ROOM SIZE | SQ. FT. | LINEAR FEET | COMMENTS |
|------|-----------|---------|-------------|----------|
|  |  |  |  |  |
|  |  |  |  |  |
|  | 3 x 6 |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | < 90 |  | 75 |
|  |  | from out |  | 247 |
|  |  |  |  | 1161 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|------|-----------|---------|-------------|----------|
| Remove Tile/Wood flooring $2.50 sq. ft. |  |  | Carpet Disposal ($50.00) |  |
| Sliders (ft.) |  |  | Sub Total |  |
| Quarter Round |  |  | Tax |  |
| T Molds | 1 |  | Grand Total |  |
| Reducers |  |  | Down Payment |  |
| Square Nose | 2 |  | Balance Due |  |

I agree to the terms of this contract and authorize American Wood Flooring to proceed with the installation.
Unforeseen floor prep requirements will result in additional charges.

_____        _____        9/1/15

_____        _____
Customer Signature        Date        Consultant Signature        Date

# AMERICAN WOOD FLOORING

**8805 Mitchell Blvd, New Port Richey, FL 34655**
**Phone: 727-375-1552  Fax: 727-375-1650**

**1072**

### INSTALLATION ESTIMATE/SALES CONTRACT

Customer: _Fred Poole_                         Home Phone: _352-340-4041_
Address: _14531 Coronado Dr._          Work Phone: _____
City/State/Zip _Spring Hill, Fl 34609_      Cell Phone: _352-398-3231_
Estimate Date/Time                                     Email:

| PRICING INCLUDES ALL OF THE FOLLOWING: | |
|---|---|
| 1. Removal of all existing carpet. | 5. Undercutting of all door jambs |
| 2. Moving and replacement of all normal furniture (except breakables and small items) | 6. Laminate thresholds at all doorways and where wood/laminate joins other flooring. |
| 3. Any minor floor preparations (minor is up to 25 lb bag of floating material). Sub-floor prep requirements can not be fully determined until existing tile/carpet has been removed and sub-floor has been inspected. Prep requiring more than 25 lbs. of float, will be billed @ $2.50 per sq ft. | 7. Installation of white quarter round on all perimeter walls |
|  | 8. All labor necessary to complete installation |
|  | 9. Lifetime warranty on installation, except on our $3.99 special, which has a 1-year warranty on installation. |
| 4. Installation of underlayment. (Silent blue, 3 N 1, or glue.) | 10. There is an additional $50 charge for disposal of carpeting. |

Product _Bayfield Walnut_                      Cost Per Square Foot _____

Underlayment

| ROOM | ROOM SIZE | SQ. FT. | LINEAR FEET | COMMENTS |
|---|---|---|---|---|
| Repair   in   hall | | | | |
| Take  up and  replace  Laminate + pad | | | | 400.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| Remove Tile/Wood flooring  $2.50 sq. ft. | | **Carpet Disposal ($50.00)** | |
| Sliders (ft.) | | **Sub Total** | 400.00 |
| Quarter Round | | **Tax** | |
| T Molds | | **Grand Total** | 400.00 |
| Reducers | | **Down Payment** | |
| Square Nose | | **Balance Due** | |

I agree to the terms of this contract and authorize American Wood Flooring to proceed with the installation.
Unforeseen floor prep requirements will result in additional charges.

_____        _____        _Art Dunning_  _9/1/15_
Customer Signature                     Date                     Consultant Signature         Date

## *AMERICAN WOOD FLOORING*

**8805 Mitchell Blvd, New Port Richey, FL 34655**
**Phone: 727-375-1552  Fax: 727-375-1650**

**1032**

### INSTALLATION ESTIMATE/SALES CONTRACT

Customer: _Fred / Rachell Pate_          Home Phone: _____

Address: _14531 Coronado Dr._           Work Phone: _____

City/State/Zip: _Springhill  Fl_          Cell Phone: _____

Estimate Date/Time                        Email:

| PRICING INCLUDES ALL OF THE FOLLOWING: |
|---|

1. Removal of all existing carpet.
2. Moving and replacement of all normal furniture (except breakables and small items)
3. Any minor floor preparations (minor is up to 25 lb bag of floating material). Sub-floor prep requirements can not be fully determined until existing tile/carpet has been removed and sub-floor has been inspected. Prep requiring more than 25 lbs. of float, will be billed @ $2.50 per sq ft.
4. Installation of underlayment. (Silent blue, 3 N 1, or glue.)
5. Undercutting of all door jambs
6. Laminate thresholds at all doorways and where wood/laminate joins other flooring.
7. Installation of white quarter round on all perimeter walls
8. All labor necessary to complete installation
9. Lifetime warranty on installation, except on our $3.99 special, which has a 1 year warranty on installation.
10. There is an additional $50 charge for disposal of carpeting.

Product _Tarkett Bayfield Umber_          Cost Per Square Foot _3.99_

Underlayment _Silent Blue_               _Thurs_

| ROOM | ROOM SIZE | SQ. FT. | LINEAR FEET | COMMENTS |
|---|---|---|---|---|
| Living | 8.5 x 14 | 147 | | |
| Bedroom | 18 x 15 | 180 | | |
| Hear | 5 x 55 | 35 | | |
| | | 360 | | |
| | | 20 | | |
| | | 360 | @ 3.99 | 1436.— |
| | | | | |
| Bedroom | 11 x 14 | 154 | | |
| Closet | 8 x 8 | 64 | | |
| | | 173 | | |
| | | 12 | | |
| | | 190 x 3.99 = 758 | | 158 |
| Remove Tile/Wood flooring $2.50 sq. ft. | | | Carpet Disposal ($50.00) | |
| Sliders (ft.) | | | Sub Total | 2194 |
| Quarter Round | | | Tax | ᵉ |
| T Molds | ✓ | | Grand Total | 2194 |
| Reducers | | Financing | Down Payment | |
| Square Nose | | | Balance Due | |

I agree to the terms of this contract and authorize American Wood Flooring to proceed with the installation. Unforeseen floor prep requirements will result in additional charges.

_____  _9/1/15_       _Pat Nic_  _9/1/15_
Customer Signature          Date          Consultant Signature          Date

Exterior SolutionsReceipt                                                                    Page 1 of 2

**Exterior Solutions**
40W142 Jack London Street
St. Charles, IL 60175
PH: 866-760-2846
www.ExteriorSolutions.com

*Dress Your House...*

## Exterior Solutions Receipt
**\*\*\* PLEASE PRINT RECEIPT OUT AND RETAIN IT FOR FUTURE REFERENCE \*\*\***

**Order Number   199391**
**Customer ID   5876059**
**Order Date   3/29/2016 1:16:41 PM**

**Bill To:**
Raquel DeFigueiredo
14531 Coronado Drive
SPRING HILL, FL 34609
United States
352-263-6108
baixos1@gmail.com

**Ship To:**
Raquel DeFigueiredo
14531 Coronado Drive
SPRING HILL, FL 34609
United States
352-263-6108

| Order Date: | 3/29/2016 1:16:41 PM | Locale/Currency: en-US / USD | |
|---|---|---|---|
| Payment Method: | CREDITCARD | Name On Card: | Raquel s DeFigueiredo |
| Card Type: | MasterCard | Card Number: | \*\*\*\*1536 |

Thank you for your business! We will deposit 13965 loyalty points into your account on 04-27-2016.

| SKU: | Product | Quantity | Price | Ext. Price |
|---|---|---|---|---|
| ER00001 | Standard Raised Panel Exterior Vinyl Shutters, 15" Wide | 3 | $46.55 | $139.65 |
|  | • Height: 67"<br>• Color: 049 - Paintable | | | |
|  | *Usually ships in 2-3 business days* | | | |

| Order Notes: | | | |
|---|---|---|---|
| None | SubTotal: | | $139.65 |
| | Loyalty Point Disc.: | | $0.00 |
| | Shipping: | | FREE SHIPPING |
| | Tax: | | $0.00 |
| | Total: | | $139.65 |

Customer is responsible for unpacking and storing materials properly. Please note any visible damage on the Bill of Lading and report damage to Exterior Solutions within 3 business days. Please note that we cannot deliver to PO Boxes. When orders are shipped via LTL Freight customer is responsible for

https://www.exteriorsolutions.com/receipt.aspx?ordernumber=199391                    3/29/2016
                                                                                       3/29/2016

# PPG Architectural Coatings
*Because Every Job Matters*

SOLD TO:   310938800000
SPRING HILL HOMES
12460 SH DR
SPRING HILL, FL 34609
(000)000-0000

CUST PO#: Poole

CUST JOB:

SHIP TO:
HAPPY, CUSTOMER
12460 SH DR
SPRING HILL, FL 34609
(000)000-0000

STORE# 9331
9331 - SPRING HILL
12460 SPRING HILL DR
SPRING HILL, FL 34609
PH: (352)666-5367   FX: (352)684-0984
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT      8:00 AM-12:00 PM

PAF9331@PPG.COM

**INVOICE**
#933103015474


933103033016015474

DATE: 03/30/2016     TIME: 9:46 AM
STORE REP: KEVIN B
SALES REP:
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 2 | PP3939/01 | PO PORTERSEPT EXT LTX SAT LTBPP3939 B100 _933102000003031_Special Sauteed Mushroom | $39.15 | $78.30 |

TERMS:
Freight will be charged on orders, blinds, and wall covering books. Special merchandise in good condition is eligible for 75% refund w/ original invoice within 60 days. Tinted merchandise cannot be returned. Non-tinted merchandise in good condition may be returned w/ original invoice w/in 60 days. Qualifying returns will be made in the same form of payment as original purchase. PPG reserves the right to make large cash returns by check w/in 10 business days. A service fee will be charged on returned checks. See the store manager for details. PPG understands, and Buyer respresents that the products sold will be used for commercial or home painting, and will not be used for Nuclear, Chemical or Biological weapons facilities or activities including painting any such items or facilities. Buyer agrees to notify PPG immediately if Buyer becomes aware of any change in the end use of the products. Browse global employment opportunities at www.ppgpro.com/careersLet us know how we're doing - visit www.ppgpro.com/survey/stores to give your feedback!
I agree to pay $83.39 in accordance with my cardholder agreement.
BCard: ***********7641   MASTERCARD AUTH#: 03714Z Tran Amt:    $83.39

| | |
|---|---|
| SUBTOTAL: | $78.30 |
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| ECO FEE: | $0.00 |
| SALES TAX: | $5.09 |
| INVOICE TOTAL: | $83.39 |
| MASTERCARD: | $83.39 |
| TOTAL TENDERED: | $83.39 |
| BALANCE DUE: | $0.00 |
| DUE TO CUSTOMER: | $0.00 |

THANK YOU FOR SHOPPING AT PPG...BECAUSE EVERY JOB MATTERS!

FRED POOL

Case 2:09-md-02047-EEF-MBN   Document 22658-47   Filed 03/26/20   Page 22 of 85



# ELECTRICAL 17648
## Work Order/Invoice

| | |
|---|---|
| DATE OF ORDER | TEL. 398·3237 |
| ORDER TAKEN BY | CUSTOMER ORDER NO. |
| STARTING DATE | ☐ DAYWORK ☐ CONTRACT ☐ EXTRA |
| JOB NAME / NO. | |
| JOB LOCATION | |
| INVOICE DATE | JOB TEL. |

TO: Fred Poole
14531 Chronda Dr
Spring Hill, Fl

**TERMS:**

### DESCRIPTION OF WORK

Replaced 3⌀ white

Miami-Dade Fl to much amps caused GFCI
to go bad from having too many appliances on
the circuit

| LABOR | HRS. | @ | AMOUNT |
|---|---|---|---|
| 4 year warranty | | | |
| | | | |
| | | | |
| | | **TOTAL LABOR** | |

| QTY | MATERIAL | @ | AMOUNT |
|---|---|---|---|
| 3 | GFCIs | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL MATERIALS** | |

WORK ORDERED BY Fred & David

I hereby acknowledge the satisfactory completion of the above described work.

SIGNATURE _____ DATE _____

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TAX | 710.00 |
| TOTAL | 3710.00 |

## Thank You!

# PROPOSAL

D.A.H. ELECTRICAL, INC.
13702 Linden Drive
Spring Hill, FL 34609
Ph # 352-405-4099 / Fax # 352-341-4099

Page No. _____ of _____ Pages

### DESCRIPTION OF JOB

PROPOSAL SUBMITTED TO:

| ARCHITECT | | DATE OF PLANS | |
|---|---|---|---|
| JOB | | | |
| ADDRESS | | | |
| CITY | | STATE | ZIP |
| PHONE | | DATE | |

WE HEREBY SUBMIT SPECIFICATIONS AND ESTIMATES FOR:

---

We hereby propose to furnish material and labor, complete in accordance with above specifications, for the

sum of _____ dollars ($ _____ )

with payment to be made as follows: _____

_____

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from specifications involving extra costs will be executed upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Worker's Compensation Insurance.

Authorized
Signature _____

Note: This proposal may be withdrawn by us if not accepted within _____ days.

---

Acceptance of Proposal - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____

Date of Acceptance: _____

Signature _____

```
            AJ'S ALUMINUM
          5441 SPRING HILL DRIVE
          Spring Hill, FL 34606
 04/04/2016                         09:18:54
              CREDIT CARD
                MC SALE

 Card #:              XXXXXXXXXXXX2001
 SEQ #:
 Batch #:                          2685
 INVOICE                              1
 Approval Code:                  056338
 Entry Method:                   Manual
 Mode:                           Online

 SALE AMOUNT           $866.00
```

CUSTOMER COPY

*...d like to express our gratitude for putting your trust in our company. It was a pleasure to work with you, and please feel free to call us any time you need assistance in the future.*

*Sincerely,*

*Andrew F. Jata*
*President of AJ's Aluminum Inc.*
*www.ajsaluminum.com*



**ANDREW JATA , OWNER**
ALUMINUM CONTRACTOR
LIC. AAA0027601 HERNANDO.
LIC. 009890     PASCO
Member of the BBB,
Greater Hernando Chamber of Commerce
The Hernando Builders Association

**(352)**
# 688 - 7631
Pasco 727 - 845 - 1333

*SEAMLESS GUTTER ESTIMATE*

**Visit our Showroom**
Mon. - Fri. 8:00 - 5:00

| NAME | Paul | DATE | 04/17/08 |
|---|---|---|---|

**MATERIALS:**
ELBOWS: _12_ "A" _2_ "B"
BOX MITERS: _4_ "IN" _1_ "OUT"
ENDCAPS: _5_ "L" _5_ "R"
EXTENSIONS: _____ "RF"

ADDRESS: 14581 Coronado Dr.

CITY: S. Hill   STATE:   ZIP: 34609

INSTALLATION DATE:   PHONE:

MISC: __5" gutter   __Pan gutter
__ Miter strips   __ Gutter guard

**STANDARD FEATURES :** .027 6" SEAMLESS GUTTER ~ 3" X 4" DOWNSPOUTS ~ SPLASHGUARDS ~ DOWNSPOUT DROPOUTS ~ BOX MITERS ~
INTERNAL HANGERS ~ DOWNSPOUT STRAPS ~ DRIVEWAY WRAPAROUND ~ ENDCAPS ~ SOLAR SEAL CAULKING ~ RUST - PROOF SCREWS

GUTTER COLOR: _White_    _113'_ RF of GUTTER @ $ _425°°_

DOWNSPOUT COLOR: _Desert Sand_    _4_ 3x4 DOWNSPOUTS @ $ _140°°_

REMOVE OLD GUTTER _____ RF @ $_____

## FASCIA:
___ 8'   (X) 10'   ___ 2 STORY
(X) 12"   ___ 16"   ___ 24"

_____ ANGLED (WEDGES)

## DIRECTIONS:

We hereby to furnish material and labor - complete in accordance with the above specifications, for the sum of:

_Five hundred sixty three_ dollars @ $ _563°°_

Payment to be made as follows:

If chosen, balance upon completion of job.

"Quality is the Difference"

All invoices are due and payable upon completion of work. Payment not received at this time will be considered delinquent and a 11⁄2% interest charge per month will be assessed (18% a year). In the event the account is referred to an attorney for collection, the customer shall also be responsible for all costs and attorney fees.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workmen's compensation insurance.

Acceptance of Proposal - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. Signer acknowledges this contract becomes firm on order.

Accepted Signature: _____
Signature: X _____
Signature: _____

Date of acceptance: _04/17/08_

# Foster's Roofing




P.O. BOX 10553
BROOKSVILLE, FL 34603

**727-848-6600**
**352-799-0045**
CCC1327265

Date: 9-1-15

Name: Fred Pool

Address: 14531 Coronado Dr

City, State, Zip: S H

Phone: 398-3237

Job Name: _____

Job Address: _____

City, State, Zip: _____

Phone: _____

Service to be completed: Repair Left of Door From bottom To bottom of Valley pic of wood 4x5 Flashing In needed pic of plywood.
weatherwood 3-TAB

Materials needed: 2 bnls Weatherwood 3-TAB
half sheet of plywood 4x5x5 If needed.
2x4x8. peel-n-slick Tar

Workmanship is guaranteed for a period of __1__ years. Price includes all taxes and permit fees. Prices are subject to cahnge without notice. Any legal fees pertaining to this contract or for the collection thereof shall be paid in full by contractee. Homeowner must provide access thru driveway or yard to the roof.

We propose hereby to furnish material and labor-complete in accordance with above specifications, for the sum of $ 750 °° . Payment to be made as follows: In full upon job completion. A 3% charge will be applied for use of credit card.

All material to be specified. Any alteration or deviation from the above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All arrangements contingent upon strikes, accidents or delays beyond our control. Our workers are fully covered by workers compensation insurance.

Authorized Signature _____(352)_____ 569-7008    *Note: This proposal may be withdrawn by us if not accepted within 30 days.*

Acceptance of Proposal – The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorizing to do the work as specified. Payment will be made as outlined above.

Signature: _____    Date of Acceptance: 9/9/16

# THE HOME DEPOT

## SPECIAL SERVICES CUSTOMER INVOICE

Store 0281 SPRING HILL
4765 COMMERCIAL WAY
SPRING HILL, FL 34606

Phone: (352) 596-7699
Contact Center: (800) 908-9105
Salesperson: LML535
Reviewer:

Page 1 of 8 **No. 0281-270197**

VALIDATION AREA

*This is only a †QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.*

### SOLD TO

| | |
|---|---|
| Name | |
| DEFIGUEIREDO    RAQUEL | Home Phone (352) 684-4321 |
| Address 14531 CORONADO DR | Work Phone ( ) - |
| City SPRING HILL, FL 34606 | Company Name |
| State FL    Zip 34609 | County HERNANDO    Job Description GENIE OPENER INSTALL |

†**QUOTE is valid for this date: 11/23/2007**

## MERCHANDISE AND SERVICE SUMMARY

*We reserve the right to limit the quantities of merchandise sold to customers.*

### INSTALLATION #1    REF #I01

**BASIC INSTALLATION LABOR:**

| SKU | DESCRIPTION | QTY | Unit | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|
| 555-524 | F&I GENIE GARAGE DOOR OPENERS:H6000-2K SCREW DRIVE OPENER | 1.00 | EA | N | $304.00 | $304.00 |

**INSTALLATION SITE NAME:** DEFIGUEIREDO, RAQUEL

**ADDRESS:** 14531 CORONADO DR

**CITY:** SPRING HILL    **STATE:** FL    **ZIP:** 34609

**COUNTY:** HERNANDO    **SALES TAX RATE:** 6.500    **TAX:** Merchandise: N    LABOR: N

**PHONE:** (352) 684-4321

| | |
|---|---|
| INSTALL LABOR CHARGE: | $304.00 |
| TRIP CHARGE: | $0.00 |
| CREDIT FOR DEPOSIT/MEASURE: | $0.00 |
| **INSTALL TOTAL DUE:** | **$304.00** |

*** CONTINUED ON NEXT PAGE ***

Page 1 of 8    **No. 0281-270197**

Check your current order status online at
www.homedepot.com/orderstatus

Customer Copy



(9801)    0100320296

*NOT VALID FOR MERCHANDISE - QUOTE ONLY*

SPECIAL SERVICES CUSTOMER INVOICE - Continued

Last Name: DEFIGUEIREDO                    Page 2 of 8   No. 0281-270197

## INSTALLATION #1 (Continued)

REF #I01

...DELIVERY (WITHIN 30 MILES OF THE STORE)

...REMOVE OLD OPENER AND HAUL OFF.

...INSTALLATION TO MANUFACTURER'S SPECIFICATIONS OF (1) NEW GARAGE DOOR OPENER UP TO 8' FROM FLOOR AND WITHIN 3' OF CEILING. A GROUNDED OUTLET MUST BE WITHIN 3' OF OPENER (INCLUDES INSTALL FR PROVIDED ANGLE IRON).

...DETAILED INSPECTION OF EXISTING GARAGE DOOR FOR PROPER OPERATION.

...INSTALL GARAGE DOOR MOUNTING BRACKET (INCLUDED WITH OPENER)

...INSTALL DRAWBAR PLATE ON ALL STEEL DOORS.

...INSTALL TOP STRUT ON ALL STEEL DOORS.

...INSTALL EXTENSION KIT FOR 8' DOOR (IF REQUIRED)

...INSTALL QUICK TURN BRACKETS FOR LOW HEADROOM INSTALLS (IF REQUIRED)

**BEFORE YOUR INSTALLATION:**

...THE INSTALLER WILL CALL YOU WITHIN 1 WORKING DAY TO SCHEDULE THE INSTALLATION DATE.

...FOR A COMPLETE INSTALLATION, THERE MUST BE AN APPROVED 110 VOLT ELECTRICAL OUTLET WITHIN 3' OF THE OPENER. IF NO OUTLET IS IN PLACE BUT POWER IS AVAILABLE THROUGH AN EXTENSION CORD, THE INSTALLER WILL USE IT TO TEST AND ADJUST THE OPENER BUT WILL NOT LEAVE THE EXTENSION CORD IN PLACE. IF POWER IS NOT AVAILABLE, THE INSTALLER WILL HAVE TO MAKE AN EXTRA TRIP TO TEST AND ADJUST THE OPENER. A TRIP CHARGE WILL APPLY.

...AREA OF 10 FEET IN DIAMETER AROUND INSTALLATION AREA MUST BE CLEARED OF ALL DEBRIS TO ALLOW AMPLE SPACE FOR INSTALLATION AND RELATED LABOR.

**BASIC INSTALLATION LABOR INCLUDES:**

...SHORTEN RAIL (IF REQUIRED)

...INSTALL PUSH BUTTON AND SAFETY BEAM SYSTEM INCLUDED WITH OPENER.

...INSTALL LIGHT BULBS IN GARAGE DOOR OPENER UNIT (PROVIDED BY HOMEOWNER)

...INSTALL EMERGENCY RELEASE (IF REQUIRED BY CODE)

...PROGRAM OPENER AND APPLICABLE REMOTE CONTROL DEVICES (WHEN INCLUDED WITH OPENER)

...INSTALL WIRELESS KEYPAD (WHEN INCLUDED WITH OPENER)

...ADJUST TORSION OR EXTENSION SPRINGS FOR PROPER BALANCE (IF APPLICABLE)

...MINOR ADJUSTMENTS AND LUBRICATION OF EXISTING GARAGE DOOR

...DEMONSTRATE NEW OPENER AND ACCESSORIES TO CUSTOMER

...JOB SITE CLEAN UP

**SPECIAL NOTES:**

...CHILDREN AND PETS MUST BE KEPT AWAY FROM THE WORK AREA.

...INSTALLER MAY CAUSE NOISE DUE TO HAMMERING, DRILLING, ETC INVOLVED IN OPENER INSTALLATION.

...OTHER INSTALLATION EXPECTATIONS:

...POOR WEATHER MAY CAUSE THE INSTALLATION TO BE RE-SCHEDULED.

...HOME DEPOT WILL ONLY INSTALL GARAGE DOOR OPENERS IN RESIDENTIAL BUILDINGS.

...CANCELLING APPOINTMENTS WITH INSTALLERS OR MISSING SCHEDULED APPOINTMENTS WILL LEAD TO ADDITIONAL CHARGES.

...IF UNFORESEEN LABOR IS NEEDED(E.G., REPAIR DAMAGE FROM WATER OR TERMITES, ELECTRICAL OR PLUMBING PROBLEMS), THERE WILL BE EXTRA CHARGES. IN SOME CASES, THIS LABOR

*** CONTINUED ON NEXT PAGE ***

Customer Copy

No. 0281-270197

Page 3 of 8

Customer Copy

SPECIAL SERVICES CUSTOMER INVOICE - Continued

Last Name: DEFIGUEIREDO

Page 3 of 8    No. 0281-270197

## INSTALLATION #1 (Continued)

REF #I01

1

DURING YOUR INSTALLATION:

...AN ADULT OVER 18 YEARS OF AGE WITH THE AUTHORITY TO MAKE
DECISIONS ABOUT YOUR INSTALLATION MUST BE PRESENT DURING
THE JOBSITE INSPECTION AND INSTALLATION.

MAY NOT BE AVAILABLE FROM THE HOME DEPOT/EXPO DESIGN
CENTER, SO THE CUSTOMER MUST HIRE THEIR OWN REPAIRMEN.

SERVICES NOT AVAILABLE WITH THIS INSTALLATION PROGRAM:

...NO INSTALLATION ON SUNDAY OR HOLIDAYS.

END OF INSTALL #1

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

END OF ORDER No. 0281-270197

| ORDER TOTAL | |
| --- | --- |
| SALES TAX | $304.00 |
| | $0.00 |
| TOTAL | $304.00 |
| BALANCE DUE | $304.00 |

# The Home Depot Special Services/Home Improvement Agreement    Page 4 of 8    No. 0281-270197

## PLEASE READ THIS

Important additional information regarding your rights may be contained in an attached State Supplement which is an integral part of this Agreement.

| | | |
|---|---|---|
| Customer's Full Name (Last Name, First Name) | Order No. | Store No. |
| **DEFIGUEIREDO    RAQUEL** | **270197** | **0281** |

| | | | |
|---|---|---|---|
| Billing/Mailing Address (For Delivery/Service Address(es) See Attached Invoice.) | City | State | Zip |
| **14531 CORONADO DR** | **SPRING HILL** | **FL** | **34609** |

Billing/Mailing Address (For Delivery/Service Address(es) See Attached Invoice.)

| | |
|---|---|
| Customer's Daytime Tel. No. | Customer's Evening Tel. No. |
| ( ) - | **(352) 684-4321** |

**Anticipated Delivery / Installation Schedule**

| | |
|---|---|
| Delivery Date: | **N/A** |
| Start Date: | **N/A** |
| Finish Date: | **N/A** |

Please note: Neither The Home Depot nor Installation Professional are responsible for any/all such delays resulting from events beyond their control including, but not limited to, Change Orders, acts of nature, governmental actions, manufacturing/delivery delays or damage to merchandise caused by third parties, labor strikes/unrest, Your credit/financing, any incorrect information You provide, legal encumbrances on Your property, Your property's nonconformance with zoning requirements or building code requirements, hidden/unforeseen physical/hazardous conditions (including, but not limited to, environmental hazards such as mold, asbestos and lead paint) at Your service address, or Your noncompliance with this Agreement. The Home Depot reserves the right to terminate this Agreement and/or require Installation Professional to discontinue Installation given any of the foregoing conditions.

**Payment Schedule:** You agree Your payments will become due on the dates indicated below and (if You are paying other than by check or money order, may be automatically charged or debited (as applicable) to Your designated account(s) when due.

| | | |
|---|---|---|
| Payment: | $ 304.00 | Due in full immediately. |
| Sales Tax: | $ 0.00 | If applicable. |
| Total Amount of Sale: | $ 304.00 | Includes all applicable discounts, rebates, and taxes. Excludes finance charges.* |

*Any interest payments or other finance charges will be determined by your separate cardholder or loan agreement, to which Home Depot is NOT a party. Please see this Agreement's General Terms and Conditions for more details as to other charges that may apply.

**Definitions:** "You"/"Your" means the customer identified above. "Installation" means the installation services specified in this Agreement. "Installation Professional" or "Professional" means an independent contractor authorized by Home Depot (licensed and insured as required by Home Depot and applicable law) and the contractor's employees, agents and subcontractors. "Agreement" means this Special Services/Home Improvement Agreement between You and Home Depot U.S.A., Inc. (interchangeably referred to as "The Home Depot", "Home Depot", or "EXPO Design Center"), which includes this page, the General Terms and Conditions following this page, the State Supplement, the Invoice or Specifications and any other documents expressly made a part of this Agreement. Please see this Agreement's General Terms and Conditions for additional definitions.

**Acceptance and Authorization:** By signing below, You authorize Home Depot to (a) arrange for Installation Professional to perform Installation and/or (b) order and arrange for the delivery of special order merchandise, including special order merchandise that may be custom made, as specified in this Agreement. You understand this Agreement constitutes the entire understanding between You and Home Depot and may only be amended by a Change Order signed by Home Depot (or by Installation Professional or its authorized representative on Home Depot's behalf) and You. This Agreement expressly supersedes all prior written or verbal agreements or representations or representations made to You. Except as set forth in this Agreement, You agree there are no oral or written representations or inducements, express or implied, in any way conditioning this Agreement, and You expressly disclaim their existence. Do not sign if blank or incomplete. (Installation Professional/spermilling information may need to be provided to You later.) By signing, You acknowledge that You have read, understand, and accept this Agreement in its entirety. You further acknowledge receiving a complete copy. Keep it to protect Your legal rights.

**CANCELLATION. YOU MAY CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION BY DELIVERING WRITTEN NOTICE TO HOME DEPOT BY MIDNIGHT ON THE THIRD BUSINESS DAY AFTER SIGNING. THE STATE SUPPLEMENT CONTAINS A FORM TO USE IF ONE IS SPECIFICALLY PRESCRIBED BY LAW IN YOUR STATE.** Your payment(s) will be returned within ten (10) business days after Home Depot's receipt of Your notice. You must make available for pickup by Home Depot or Professional at Your service address, in substantially the same condition as when delivered, any products or materials delivered to You. Or You may contact Home Depot for instructions regarding return shipment at Home Depot's expense.

**Accepted by:**

| | |
|---|---|
| X _____ | X _____ |
| Customer's Signature | Associate's/Professional's/Authorized Representative's Full Signature    Date |
| Customer Initials : _____ | Associate/Representative: Please Print Your Salesperson's License No. If Applicable |
| | Professional's Full Business/Trade Name, Address and License No. or Nos. as Applicable: |

BY INITIALING, YOU AUTHORIZE DELIVERY OF MERCHANDISE TO SERVICE ADDRESS PROVIDED ABOVE WITHOUT OBTAINING DELIVERY SIGNATURE AND AGREE TO INDEMNIFY AND HOLD HOME DEPOT HARMLESS FROM ANY RESULTING CLAIMS.

| | |
|---|---|
| Submitted By: | Date _____ |
| [ ] Home Depot Associate | |
| [ ] Professional/Authorized Representative on Home Depot's Behalf | **HOME DEPOT'S LICENSURE INFO: SEE GENERAL TERMS/CONDITIONS** |
| Associate/Representative: Print Your Full Name and Check Applicable Box Above | **BUYER'S RIGHT TO CANCEL: SEE GENERAL TERMS/CONDITIONS** |
| | Professional's Tel. No. _____ |

# The Home Depot Special Services/Home Improvement Agreement - General Terms and Conditions
## Page 5 of 8    No. 0281-270197

**Scope:** This Agreement is between You and Home Depot. Under this Agreement, Home Depot does not perform Installation, but arranges for Professional to do so directly or through Professional's specialty subcontractors. Home Depot does not provide, or arrange for, architectural/engineering services or structural changes to dwellings. You will not pay anything to Professional, although Professional may present this Agreement to You for Your review and signature and/or collect Your payment(s) to Home Depot on Home Depot's behalf. Installation will, subject to any Change Order, be completed in substantial conformance with the attached Invoice or Specifications. The State Supplement, if any, contains important additional terms, conditions, and information specific to Your state.

**Special Order and Custom Made Merchandise:** A description of any special order or custom made merchandise You have purchased appears in the Invoice or Specifications. The anticipated delivery date appears on the preceding page. This Agreement's provisions relating to Installation or Professional shall NOT apply to Your purchase of special order or custom made merchandise unless Home Depot will be arranging for its installation.

**Professional's Responsibilities:** Professional will complete Installation in a workmanlike manner. Professional will not start, perform, alter, or finish Installation except in accordance with applicable law. Professional will either not start, or will immediately discontinue, Installation upon discovery of unforeseen hazardous conditions at Your service address. Neither Home Depot nor Professional will attempt to remediate such conditions. Neither Home Depot nor Professional are responsible for identifying property lines, easements, covenants, or other legal encumbrances Your service address is subject to and shall be entitled to rely on Your representations. Neither Home Depot nor Professional will modify security systems to accommodate Installation. Professional will obtain required permits and provide permit numbers if required.

**Your Responsibilities:** You agree to pay Home Depot according to the terms and conditions of this Agreement. If Your service address is subject to any easements, covenants, or other legal encumbrances that could affect Installation, You agree to let Home Depot or Professional know about them before Installation. You agree to facilitate the location of utility lines. You are responsible for identifying property lines. You agree to ensure that work areas are free of preexisting physical or environmental hazards, and building/zoning code violations. You agree to provide Professional access to work areas during working hours and provide access to sanitary facilities or pay the facilities' rental costs. You agree to ensure any security system You have will not interfere with access to the work areas. You agree to provide power to, and, as applicable, climate control in, work areas. You agree not to allow unattended minors at Your service address while Professional is present. You agree to control and keep pets away from work areas. You agree to keep posted permits on display at all times. You agree that if You or anyone You control interferes with or delays Installation, You may be subject to transportation/storage charges or other resulting charges. You agree not to assign or transfer this Agreement. You agree any claims against Home Depot or Professional under this Agreement should be made to Home Depot within thirty (30) calendar days of the date You first become aware of a problem. (Home Depot will attempt resolution of any claim(s) within sixty (60) calendar days of receiving Your notice.) YOU ASSUME THE RISK AND THE FULL LIABILITY OF PHYSICALLY ASSISTING WITH DELIVERY OF MATERIALS OR WITH INSTALLATION.

**Changes and Change Orders:** Home Depot, at Your request, may arrange for Professional to perform additional work, subject to a Change Order and additional charges payable by You to Home Depot. Any changes to Installation, i.e., a substitution of materials or an expansion of the scope of the work, will require You and Professional (on Home Depot's behalf) to sign a Change Order that will become part of this Agreement. Change Orders must be clear in scope and specify any additional payment(s) and/or changes in anticipated start/finish dates. Following discovery of previously undisclosed/unidentified legal encumbrances on Your premises, building/zoning code violations, or hidden/unforeseen physical or environmental hazards such as the presence of underground or overhead utility lines, rocks, roots, buried debris, mold, asbestos, lead paint, or any conditions differing from what You represented, Home Depot may immediately ask for a Change Order, discontinue Installation, or terminate this Agreement without further obligation to You.

**Credit Card/Financed Transactions:** Your separate cardholder agreement (to which Home Depot is NOT a party) will determine the total cost of Your purchase if by credit card, including any initial payment/deposit You may make and all interest charges and fees. You will be further subject to Your cardholder agreement's terms and conditions. If You are financing this transaction in whole or in part, Your separate loan agreement (to which Home Depot is NOT a party) will determine: (i) the amount financed (the amount of credit provided to You); (ii) the associated finance charges (the dollar amount the loan will cost You); and (iii) the total payment (the amount You have paid when You have made all scheduled payments). You will be further subject to Your loan agreement's terms and conditions.

**Liens; Security Interests:** If You make all payments as required under this Agreement, no security interest will be placed against Your property by Home Depot. If a security interest is placed against Your property, it creates a lien, mortgage, or other claim against Your property to secure payment and may cause a loss of Your property if You fail to pay as requested. After paying on any completed phase of Installation and before making any further payments, You should request from Professional a signed, unconditional release from, or waiver of, any right to place any claim against Your property applicable to the work then completed. You may ask an attorney about Your rights to discharge security interests.

**LIMITED WARRANTY:** HOME DEPOT WARRANTS THE WORKMANSHIP OF THE INSTALLATION FOR A PERIOD OF ONE (1) YEAR FROM ITS COMPLETION DATE. PROVIDED YOU MAKE A CLAIM OF DEFECT TO HOME DEPOT DURING THE WARRANTY PERIOD, HOME DEPOT WILL ARRANGE FOR REPAIR AT NO CHARGE TO YOU OF ANY DEFECTS DUE TO FAULTY WORKMANSHIP. HOME DEPOT'S WARRANTY DOES NOT COVER DAMAGE CAUSED BY ABUSE, MISUSE, NEGLECT, OR IMPROPER CARE/CLEANING. MERCHANDISE AND MATERIALS ARE COVERED EXCLUSIVELY BY THE MANUFACTURER'S WARRANTY, IF ANY. (HOME DEPOT WILL ASSIST YOU WITH WARRANTY CLAIMS AGAINST MANUFACTURERS). SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

HOME DEPOT U.S.A. INC., 2455 Paces Ferry Road, NW, BLDG B-5, Atlanta, Georgia, 30339

# The Home Depot Special Services/Home Improvement Agreement - General Terms and Conditions
## Page 6 of 8   No. 0281-270197

**WAIVER OF CERTAIN DAMAGES:** YOU AND HOME DEPOT HEREBY WAIVE ANY CLAIM AGAINST EACH OTHER FOR LOST USE, LOST PROFIT, LOST REVENUE, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RELATING TO THE INSTALLATION, THE MATERIALS OR SERVICES OF HOME DEPOT OR OF PROFESSIONAL, OR THIS AGREEMENT (BUT EXCLUDING WAIVER OF CLAIMS FOR INJURY TO PERSONS). SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

**Mediation (EXPO Design Centers Only):** If the total amount of the sale equals or exceeds $7,500.00, You agree before taking legal action to participate, if requested, in non-binding mediation (typically taking about half a business day) using a professional mediation service acceptable to You and EXPO. EXPO will pay for the mediation service.

**Termination:** You may terminate this Agreement at any time after providing Home Depot with ten (10) or more business days' advance written notice. If You breach this Agreement or decline a reasonable Change Order request, Home Depot may immediately terminate the Agreement without further obligation to You. In either event, You agree to pay Home Depot the costs of merchandise, materials, labor, and other services provided by Home Depot and/or Professional through the date/time of termination, plus any other amounts allowed under applicable law.

**Returns:** A 15% restocking fee applies to the return of regular special orders, i.e., special order merchandise that is not custom made. Special orders that are custom made, i.e., uniquely altered, color-matched, shaped, sized, or otherwise uniquely designed or fitted to accommodate the requirements of a particular space or environment (some examples are cabinetry, countertops, floor and wall coverings, and window treatments) are non-returnable. Exceptions: Cancellations made by midnight on the third business day after the date of Your purchase; merchandise incorrectly ordered by Home Depot or by Professional; or merchandise damaged beyond repair in delivery or by Professional. Unless otherwise specified in this Agreement, all returns must be made within Home Depot's posted time frame.

**Questions or Concerns?** You should be communicating with Professional and/or Your store regarding routine matters such as scheduling, changes to Your order or Installation, or any initial concerns about Your order or the service You are receiving. If this Agreement covers an Installation, first call Professional at the telephone number on the preceding page. Your store should be able to assist if You have any difficulty contacting Professional. If Professional and Your store are unable to answer Your questions or You still have concerns, Home Depot Customer Care stands ready to assist You at 1-800-553-3199 and may also be contacted at the address below.

## License Number(s) held by or on behalf of Home Depot U.S.A., Inc. and/or EXPO Design Center*

Services provided by The Home Depot authorized independent installation professionals-: AK# 25084, ANCHORAGE #1745; AL #11253 (HB), #3010(HVAC), BALDWIN #23728 EAST BRENNTON #2329(GIC); AL #1730B(GIC); AZ# ROC092581(B-03), CA #607331(B-HOME DEPOT), #785444 (B-EXPO ), CT # 533772; DE #50002899; DE #199711646B(9331), BETHANY BEACH #06301 (BL), REHOBOTH BEACH #15514 (BL) , FL CGC1506093, CGC1506811 (HOME DEPOT), CGC033846 (EXPO) CGC1509809 (EXPO), EC0000109, CAC042009, CAC1425030, CFC1420021, #6083, #04089740 GHC, #0404661, #3001-00076396, #180-0005573, #I80001242, #IB0001243, #IB0001250, #CB0000009, #CB29610, AELPG #22640; HI #C-22120(C68LA) C-23378; IA #91302-04; ID #RCE 19683(CR); IL #058-169244 LEXINGTON-LAFAYETTE, KY #1517; LA #LMP-2977(MSTR); OCEAN CITY #32682; MI #2102-119069, DETROIT #LC2001-07787; MN #BC-20147283; MS #M-00304; MT #37730; NE #26085; ND #2507 3(A); NM #63302(G698, MM01, MM02, MM03, MM04); NV #0038686 C12- 03993-K 106743; NV—NASSAU #H17710500000, NYC #900457, #900458, #900456, #1003032, #1003822, #920734, #910621, #910222, #1152040, #922474, #1026224, #1003830, #1003828, #1152039, #968605, #1003833, #1003823, #1133444, #1003825, #1152038, #1152035, #113444; #112957, #129557, #1295556, #1154265, #1129555, #1129504, #1129560, #1129502, #1178447, #1186042, PUTNAM #PC-689-A, SUFFOLK #21,818-H, ROCKLAND #H- 6464, EAST HAMPTON #4499, LONG BEACH #4917, YONKERS #1987, NIAGARA FALLS #971, BUFFALO #52435S, SOUTH HAMPTON #002056-0, TONAWANDA HEIGHTS #7223; OK #91910; OR #95843, OR #8558 (LC), PA—PHILA #612, LANCASTER #2779 PLUMSTEAD #3399, RI #9480; SC #CD000019 (CON), #008151, #10258, NORTH TONAWADA #368-04, TANGUA TOWN CN2324, WESTCHESTER #WC-1848414 H06, OH—CLEVELAND HEIGHTS #3897, SHAKER #019654, #017285, #20035, #M-1047791(PBS); TN #000477781(BC-22/46), 4149; TX— #M-36192, #M-16451, #TACLA001574C-R #EC24447, #ME 137170, #TACLB00014980C, #TACLB000167712C, #3481 (RB), DALLAS #20951, #20950, #21389, #33818, #22088, #22090, #22091; UT #268936-5501(B-100 LRF); VA #271001997(HIC, HVA); WA #HOMED*088RH (2719); WI #1046796, WV #WV036104, #53802, WY—CHEYENNE #04-09550;# 04-13313.

*An enterprise of Home Depot U.S.A., Inc.

**The Home Depot Special Services/Home Improvement Agreement: FLORIDA SUPPLEMENT**

| Customer's Full Name (Last Name, First Name) | Order No. | Store No. |
|---|---|---|
| DEFIGUEIREDO, RAQUEL | 270197 | 0281 |

The terms and conditions of this Addendum apply to all Home Depot and, as applicable, EXPO Design Center (Home Depot and EXPO Design Center shall hereinafter be interchangeably referred to as "Home Depot" or "Home Depot/EXPO") Home Improvement Agreements in Florida and are expressly made a part of all such agreements.

**CHAPTER 558 NOTICE OF CLAIM**

CHAPTER 558, FLORIDA STATUES, CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT. SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE, REFERRING TO CHAPTER 558, OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

**ACCORDING TO FLORIDAS CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS THAT HAS PROVIDED TO YOU A NOTICE TO OWNER. FLORIDAS CONSTRUCTION LIEN LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.**

You may pay in full the amount due under this Agreement at any time before it is due. If You pay in full the amount due under this Agreement before it is due, HomeDepot/EXPO and Installation Professional must release all security interests that were created at the time this Agreement was signed or during the performance of the work. You are entitled to receive a written receipt at any time You make a cash payment. Upon completion of the work, a completion certification must be prepared by Installation Professional and signed by both You and Installation Professional. The payments that You make under this Agreement may not be accelerated unless You are in default under this Agreement. Notwithstanding anything in this Agreement to the contrary, the prevailing party in a legal action brought under the Agreement will not be entitled to attorney's fees and costs.

**FLORIDA HOMEOWNERS CONSTRUCTION RECOVERY FUND**

PAYMENT MAY BE AVAILABLE FROM THE FLORIDA HOMEOWNERS CONSTRUCTION RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS.
CONSTRUCTION INDUSTRY LICENSING BOARD, 1940 N. MONROE STREET, TALLAHASSEE, FLORIDA 32399-0784, TELEPHONE:850-487-1395.

No. 0281-270197

Page 8 of 8

Customer Copy

**The Home Depot Special Services/Home Improvement Agreement: FLORIDA SUPPLEMENT**

Page 8 of 8   **No. 0281-270197**

Customer's Full Name (Last Name, First Name)

| DEFIGUEIREDO, | RAQUEL | Order No. 270197 | Store No. 0281 |

DADE COUNTY RESIDENTS ONLY: Warning--Under Florida law, Your failure to make sure that Home Depot/EXPO and Installation Professional (including any and all subcontractors retained by Installation Professional) are paid may result in a lien against Your property and force You to pay twice. To avoid a lien and paying twice, You must obtain a written release from Home Depot/EXPO, Installation Professional, and and/all subcontractors retained by Installation Professional every time You pay Home Depot/EXPO. For all agreements for repair, improvement, reconstruction, or remodeling of any structure of Group 1 (residential occupancy exceeding $5,000 and that involves work permits: You are advised that the County Construction Trade Qualifying Board and Building and Zoning Department of Miami-Dade County and the State of Florida Department of Business and Professional Regulation may have information concerning the financial responsibility and any complaints and investigations pertaining to Home Depot/EXPO and/or Installation Professional. The County's public records are available for inspection and copying. You are further advised as follows: to protect Yourself, You may request that this agreement allow for payments to Home Depot/EXPO to be conditioned upon Home Depot/EXPO obtaining and passing mandatory inspections; You may pay the cost of purchasing an Installation Professional's payment bond or other security (and may obtain copies of same upon request), to cover payments to subcontractors and material suppliers, in the event Home Depot/EXPO or Installation Professional fails to do so; You may request that interim milestones or time periods be established for completion of portions of Installation.

# THE HOME DEPOT 0281
4765 COMMERCIAL WAY
SPRINGHILL FL 34607  (352)596-7699

     0281 00098 00129  11/23/07
SALE          83 LML535 04:22 PM

** D U P L I C A T E   R E C E I P T **



CUSTOMER AGREEMENT # 270197
       RECALL AMOUNT     304.00
         SALES TAX      0.00
           TOTAL     $304.00
XXXXXXXXXXXX8066 VISA    304.00
AUTH CODE 112929/9980007     TA

** D U P L I C A T E   R E C E I P T **



0281 98 00129 11/23/07 3794

GET SPECIAL DEFERRED FINANCING ON
PURCHASES OF $299 OR MORE WITH THE HOME
DEPOT CONSUMER CREDIT CARD - EVERY TIME!

*********************************

## ENTER FOR A CHANCE
## TO WIN A $5,000
## HOME DEPOT GIFT
## CARD!

Your Opinion Counts! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepotopinion.com

## ¡PARTICIPE EN UNA
## OPORTUNIDAD DE GANAR
## UNA TARJETA DE
## REGALO DE THD
## DE $5,000!

¡Su Opinión Cuenta! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepotopinion.com

## User ID:
## 594 411

## Password:
## 7573 313

Entries must be entered by 12/23/2007.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

Fred Poole
Raquel DeFigueiredo
14531 Coronado Dr Spring Hill FL 34609

03/31/18

| | |
|---|---|
| AC Bills | $5,544.00 |
| | $300.00 |
| | $165.00 |
| | $165.00 |
| | $110.00 |
| | $165.00 |
| | $79.95 |
| | $94.95 |
| | $305.00 |
| | $245.60 |
| | $171.00 |
| | $395.00 |
| | $59.95 |
| | $120.00 |
| Flooring | $1,101.00 |
| | $400.00 |
| | $2,194.00 |
| Paint | $139.65 |
| | $358.12 |
| Valspar *Paint* | $700.00 |
| | $83.39 |
| Elecrtical | $310.00 |
| Outlets replaced | $200.00 |
| | $105.00 |
| Aluminum Gutters | $856.00 |
| | $563.00 |
| Matress Coils | $573.94 |
| Roof | $750.00 |
| Wii Game | $300.00 |
| XBox 360 | $250.00 |
| DVD's | $400.00 |
| Micowave | $150.00 |
| Range Hood | $100.00 |
| Garage Door | $304.00 |
| Garage Door Repair | $175.00 |
| ReFrigerator | $1,321.17 |

| | |
|---|---|
| Washer /Dryer | $727.12 |
| Washer/Dryer | $1,655.00 |
| Dishwasher | $340.67 |
| TV | $218.88 |
| | $698.00 |
| | $529.27 |
| | $816.86 |
| | $319.49 |
| | $200.00 |
| | $654.96 |
| | $420.00 |
| Metal Table Replacement | $612.38 |
| Storage | $173.14 |
| | $20.16 |
| | $37.01 |
| | $138.45 |
| | $138.45 |
| | $148.45 |
| | $138.45 |
| | $138.45 |
| | $148.45 |
| | $138.45 |
| | $138.45 |
| | $19.12 |
| Mattress Coils | $573.94 |
| Futon | $233.24 |
| Computers | $3,500.00 |
| | |
| Total | $32,719.31 |

 **PPG** Architectural Coatings

*Because Every Job Matters*

STORE# 9331
9331 - SPRING HILL
12460 SPRING HILL DR
SPRING HILL, FL 34609
PH: (352)666-5367   FX: (352)684-0984
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT        8:00 AM-12:00 PM

PAF9331@PPG.COM

**INVOICE**
#933102054080

SOLD TO:   310938800000
SPRING HILL HOMES
12460 SH DR            CUST PO#: Pool
SPRING HILL, FL 34609
(000)000-0000          CUST JOB: POOL

SHIP TO:
HAPPY, CUSTOMER
12460 SH DR
SPRING HILL, FL 34609
(000)000-0000

933102031016054080

DATE: 03/10/2016    TIME: 1:13 PM
STORE REP: KEVIN B
SALES REP:
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 1 | PP3939/05 | PO PORTER EXT LX SN LTB PP3939 B500 _933102000003031_Special Sauteed Mushroom | $194.10 | $194.10 |
| 2 | PP734/01 | PO ACRI-SH EXT LTX SAT UDB PP734 B100 _PPG1057-7_BURNING BUSH | $39.24 | $78.48 |
| 2 | PP3939/01 | PO PORTERSEPT EXT LTX SAT LTBPP3939 B100 _PPC1095-4_GOLDEN ECRU | $39.15 | $78.30 |
| 1 | PPG59307/EA | 9X3/4 PROSUPREME POLY/WOOL PPG59307 | $4.49 | $4.49 |
| 1 | 1416/EA | RP TG300 ELASTOMERIC WHITE 1416/EA 0300 | $2.75 | $2.75 |

**TERMS:**
Freight will be charged on orders, blinds, and wall covering books.Special
merchandise in good condition is eligible for 75% refund w/ original invoice
within 60 days.Tinted merchandise cannot be returned. Non-tinted merchandise
in good condition may be returned w/ original invoice w/in 60 days.
Qualifying returns will be made in the same form of payment as original
purchase.PPG reserves the right to make large cash returns by check w/in 10
business days.A service fee will be charged on returned checks. See the
store manager for details.PPG understands, and Buyer respresents that the
products sold will be used for commercial or home painting, and will not be
used for Nuclear, Chemical or Biological weapons facilities or activities
including painting any such items or facilities. Buyer agrees to notify PPG
immediately if Buyer becomes aware of any change in the end use of the
products.Browse global employment opportunities at www.ppgpro.com/careersLet
us know how we're doing - visit www.ppgpro.com/survey/stores to give your
feedback!
I agree to pay $381.40  in accordance with my
cardholder agreement.
BCard: ***********1766   MASTERCARD AUTH#:  07916BTran Amt:   $381.40

| | |
|---|---|
| SUBTOTAL: | $358.12 |
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| ECO FEE: | $0.00 |
| SALES TAX: | $23.28 |
| **INVOICE TOTAL:** | **$381.40** |
| MASTERCARD: | $381.40 |
| TOTAL TENDERED: | $381.40 |
| BALANCE DUE: | $0.00 |
| DUE TO CUSTOMER: | $0.00 |

THANK YOU FOR SHOPPING AT
PPG...BECAUSE EVERY JOB
MATTERS!

*Fred Pool*

FRED POOL

# FAMOUS TATE

# *Order*

Order Written: 01/24/2016
Scheduled:  Tuesday 01/26/16

**Number**
SH01246007

**Date**
01/24/2016

**Page**
1

4230 Mariner Blvd.
Spring Hill, FL  34609
Phone: (352) 683-8474
Fax: (352) 683-2352

**Sold To:**
Customer # *POOLF630Z1*
FRED POOL
14531 CORANADO DR
SPRING HILL, FL  34609
Phone        (352) 340-4041 HOME
Day Phone (352) 263-6108 CELL

**Ship To:**
FRED POOL
14531 CORANADO DR
SPRING HILL, FL  34609
Phone        (352) 340-4041 HOME
Day Phone (352) 263-6108 CELL

| SalesPerson | PO Number | Tax Exempt # | Comment |
|---|---|---|---|
| Lynnie B. | | | |

| Terms | Ship Method | |
|---|---|---|
| PrePayment | Delivery | |

**Model Numbers**

| Qty | Model Number | Brand, Model Description | Unit Amount | Extended |
|---|---|---|---|---|
| 1 | M700400546-1050-5M.. | SIMMONS, 5/0 MATT CAITLYN FIRM | $349.00 | $349.00 |
| | | Allo: M700400546-1050-5M / #### Loc: '0903' | | |
| 1 | B700600775-5050-5B | SIMMONS, 5/0 BASE BEAUTYSLEEP | $150.00 | $150.00 |
| | | Allo: B700600775-5050-5B / #### Loc: '0903' | | |
| 1 | HAUL AWAY REPLAC.. | Sales associate-List BEDS to be picked up | $0.00 | $0.00 |

Additional Notes:
$45 DELIVERY FEE WILL APPLY TO EXCHANGES AND RESCHEDULED DELIVERIES
DELIVERY TEAM WILL CALL ON MORNING OF DELIVERY & PROVIDE A 2-HOUR TIMEFRAME
MERCHANDISE USED FOR NON-RESIDENTIAL APPLICATIONS MAY VOID PRODUCT WARRANTY.
25% NON-REFUNDABLE DEPOSIT REQUIRED ON ALL SPECIAL ORDER MODELS
ALL APPLIANCE ACCESSORIES, VENTILATION PRODUCTS & GAS PRODUCTS ARE NON-RETURNABLE.
MARINER TO LINDEN TO CORONADO
CUSTOMER DECLINES MATTRESS PROTECTOR AND 60 NIGHT COMFORT GUARANTEE
CUSTOMER HAS SIGNED THE MATTRESS CHECKLIST AND UNDERSTANDS COMFORT GUARANTEE POLICY

NOTICE FOR SPECIAL ORDERS
In order to ensure your complete satisfaction, please note that SPECIAL ORDER items require a minimum 25% NON-REFUNDABLE DEPOSIT. In addition, special order items are subject to a RESTOCKING CHARGE and certain items may be NON-RETURNABLE. By signing below, you acknowledge that your sales associate has discussed these terms.

BY_____
CUSTOMER SIGNATURE                    DATE

Minimum 25% non-refundable deposit on all special orders. Returned goods subject to a minimum 20% restocking charge. Orders not claimed within 6 mo. will be voided & deposit

| Summary | |
|---|---|
| Sub Total | $499.00 |
| Taxable Sub Total | $499.00 |
| Tax 6.00% | $29.94 |
| Delivery Charge | $45.00 |
| Total | $573.94 |
| MasterCard 5062 | $573.94 |
| Total Payments | $573.94 |
| **Amount Due** | **$0.00** |

FAMOUS TATE APPLIANCE
4230 MARINER BLVD
SPRING HILL, FL 34609

01/24/2016                          13:32:39

CREDIT CARD
MC SALE

CARD #                    XXXXXXXXXXXX5062
Chip Card:                     MasterCard
Chip Card AID:            A0000000041010
ATC:                              0004
TC:                   7F278D70E612A9C8
INVOICE                           0006
SEQ #:                            0006
Batch #:                        000365
Approval Code:                  034082
Entry Method:                 Chip Read
Mode:                            Issuer

**SALE AMOUNT**                 **$573.94**

CUSTOMER COPY

Mattress Receipt

See back of receipt for your chance
to win $1000

# Walmart ✳
Save money. Live better.

( 352 ) 597 - 3802
MANAGER STEVE SMITH
13300 CORTEZ BLVD
BROOKSVILLE FL 34613
ST# 01293 OP# 009354 TE# 13 TR# 05083
FUTON         002998631451      219.00 X
              SUBTOTAL          219.00
TAX 1   6.500 %                  14.24
              TOTAL             233.24
              MCARD TEND        733.24
ACCOUNT #         **** **** **** 2093  S
APPROVAL # 044512
REF # 104200314
TERMINAL # SC013023

04/25/17       12:11:54
         CHANGE DUE            0.00
      # ITEMS SOLD 1
TC# 7393 9068 2098 3858 4305 1

04/25/17       12:11:55
    ***CUSTOMER COPY***

Store receipts on your phone. Walmart P
ay.



Metal turned Black. on Futon.

# hhgregg
appliances & electronics

**Regular Sale**    On-Line
**Invoice H704-009907**

Date: 01/21/2012 12:22

13199 Cortez Blvd
Brooksville, FL, 34613 (352) 277-3005

Cashier #: 3F73
3F73 - RICHARD HARTMANN

S O L D T O
000177
FRED POOLE
NA
BROOKSVILLE, FL    34613
Home: (352) 398-3237

D E L I V E R Y T O
FRED POOLE
NA
BROOKSVILLE, FL    34613
Home: (352) 398-3237

Special Instructions

| Sls# | Qty | Model No. | Description | DelDate | Serial Number | Loc | Code | Tm | Via | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | 1 | 97176 | ************* TAKE ITEMS *************<br>50 PACK SPINDLE DVD-R,VERBATIM | 01/21/12 | | 0177 | | T | AT | 14.99 | 14.99 |
| 0001 | 1 | PN51D450 | ************* IN STORE PICKUP ITEMS *************<br>PLASMA,SAMSUNG,51",720P | 01/21/12 | | 0177 | | I | AT | 599.99 | 599.99 |
| 0002 | 1 | NW | PREMIUM SERVICE PLAN DECLINED | 01/21/12 | | 0177 | | I | AT | 0.00 | 0.00 |

## CUSTOMER COPY

The merchandise described above has been inspected and received in good condition unless otherwise notated on the invoice.

Delivery has been completed and no damage has occurred to our personal property.

Please save this invoice.
Thank You!

X _____
Merchandise Received By     Date

X _____
Merchandise Delivered By     Date
Retain this invoice for future service or returns.

Thank you. RICHARD HARTMANN
VISA/MasterCard $654.96*****5840   Exp xx/xx   App 021629
Remaining Balance: 0
I agree to comply with the cardholder agreement

*Fred Poole*

| | |
|---|---|
| Subtotal | $614.98 |
| Tax | $39.98 |
| Invoice Total | $654.96 |
| Amount Due | $654.96 |
| Amount Received | $654.96 |
| Change Due | $0.00 |

Rev. 7.5.0.160



H704009907

PLEASE SAVE THIS INVOICE. ALL CLAIMS, RETURNS OR
SERVICE REQUESTS MUST BE ACCOMPANIED BY THIS
SALES INVOICE. ALL RETURNS MUST BE WITHIN 10
DAYS AND HAVE THE ORIGINAL PACKING MATERIAL
ACCESSORIES AND ALL INSTRUCTION MANUALS.



( 352 ) 796 - 5996
MANAGER STEVE SMITH
7305 BROAD ST
BROOKSVILLE FL 34601
ST# 3526 OP# 00004491 TE# 68 TR# 09265
PRODUCT SERIAL # 5CB2121PFN
LAPTOP HB       080611272764        268.00 X
H241            068113154220          8.00 X
                        SUBTOTAL     276.00
CMN DONATION 060538062097             1.00 0
                        SUBTOTAL     277.00
            TAX 1   6.500 %           17.94
                           TOTAL     294.94
            WALMART CREDIT TEND       294.94

ACCOUNT #             **** **** **** 5092   S
APPROVAL # 010209
REF # 213200371699
TERMINAL # 20002348

        05/10/12        20:30:11

            CHANGE DUE        0.00

# ITEMS SOLD 3



TC# 9656 1547 9514 4989 1078 6

New! Place your order at Walmart.com
and pay with cash at your store.
        05/10/12        20:30:11

            ***CUSTOMER COPY***

****** RETURN & EXCHANGE POLICY ******
Computers may be returned for refund
or exchange with receipt
            WITHIN 15 DAYS
*****************************************

Storage Receipt                                                  Page 1 of 1

Customers Receipt No:                              Tuesday - 5/30/2017 - 3:33:06 PM
032333-00003739-00007691
RAQUEL DEFIGUEIREDO                    SPRING HILL MOVING AND STORAGE, 032333
14531 CORONADO DRIVE                              13600 LINDEN DR
SPRIG HILL, FL 34608                            SPRING HILL, FL 34609
                                                   (352) 666-3008

| ROOM | DESCRIPTION | THRU | PAID | AMOUNT |
|------|-------------|------|------|--------|
| 130 | 8X15X10 INTERIOR 1 STREET AIRCOOLED | 5/31/2017 | ✓ | $9.10 |
| 130 | MOVE IN DEPOSIT | 6/29/2017 | ✓ | $25.00 |
| 130 | 8X15X10 INTERIOR 1 STREET AIRCOOLED | 6/30/2017 | ✓ | $130.00 |

|  |  |
|--|--|
| Paid Total: | $164.10 |
| Unpaid Total: | $0.00 |
| Tax 6.5%: | $9.04 |
| Fee Total: | $173.14 |

Baixos1.rd@Gmail

|  |  |
|--|--|
| ***************4125 VISA | $173.14 |
| Auth Code: 00723B |  |
| Payment Total: | $173.14 |

| Account Balance: | $0.00 |

I hereby expressly authorize SPRING HILL MOVING AND STORAGE to charge my credit card, debit card, or bank account (eCheck) as stated on
this receipt.

x  Raquel DeFigueiredo

Customer's Signature                    Employee's Signature (EDWARD)

Thank you for being a Premier Customer Club member!
Next time make your payment online at www.emove.com.
NO DRIVING. NO MAILING. NO HASSLE.

148⁴⁵

210¹

Storage Expenses

Storage Receipt

Page 1 of 1

Customers Receipt No:
032333-00003740-00007692

.Tuesday - 5/30/2017 - 3:53:59 PM

SPRING HILL MOVING AND STORAGE, 032333
13600 LINDEN DR
SPRING HILL, FL 34609
(352) 666-3008

| DESCRIPTION | PAID | AMOUNT |
|---|---|---|
| (4) - BOOK | ✓ | $4.00 |
| (4) - LARGE | ✓ | $12.00 |
| (1) - TAPE POLY | ✓ | $2.95 |
| | Paid Total: | $18.95 |
| | Unpaid Total: | $0.00 |
| | Retail Tax : | $1.23 |
| | Tax 6.5%: | $0.00 |
| | Fee Total: | $20.18 |
| ***************3961 MC | | $20.18 |
| Auth Code: 009414 | | |
| | Payment Total: | $20.18 |
| | Account Balance: | $0.00 |

*Supplies*

I hereby expressly authorize SPRING HILL MOVING AND STORAGE to charge my credit card, debit card, or bank account (eCheck) as stated on this receipt.

x _Brittany DeFigueiredo_                     x _____
Customer's Signature                          Employee's Signature (EDWARD)

We had to get a Storage to
Keep our things from Continuing to
be damaged

Storage Receipt                                                                              Page 1 of 1

Customers Receipt No:                                          Wednesday - 5/31/2017 - 2:38:25 PM
032333-00003743-00007698

                                                        SPRING HILL MOVING AND STORAGE, 032333
                                                                      13600 LINDEN DR
                                                                   SPRING HILL, FL 34609
                                                                      (352) 666-3008

| DESCRIPTION | PAID | AMOUNT |
|---|---|---|
| (4) - BOOK | ✓ | $4.00 |
| (4) - SMALL | ✓ | $6.80 |
| (4) - LARGE | ✓ | $12.00 |
| (1) - ROUND LOCK | ✓ | $11.95 |
| | Paid Total: | $34.75 |
| | Unpaid Total: | $0.00 |
| | Retail Tax : | $2.26 |
| | Tax 6.5%: | $0.00 |
| | Fee Total: | $37.01 |

|  |  |
|---|---|
| ***************2101 VISA | $37.01 |
| Auth Code: 536777 | |
| Payment Total: | $37.01 |
| Account Balance: | $0.00 |

I hereby expressly authorize SPRING HILL MOVING AND STORAGE to charge my credit card, debit card, or bank account (eCheck) as stated on
this receipt.

X _____                    X _____
Customer's Signature                           Employee's Signature (DAVID)

Customer Receipt #:
**32333-00003739-00103550**

Friday, June 30, 2017

SPRING HILL MOVING AND STORAGE
13600 LINDEN DR
SPRING HILL, FL 34609
(352) 666-3008

RAQUEL DEFIGUEIREDO
14531 Coronado Dr
SPRING HILL, FL 34609

| Room(s) | Description | Paid Through | Paid | Amount |
|---|---|---|---|---|
| 130 | 8x15x10 Interior 1st Floor Street Level Aircooled Rollup Bonus | 7/31/2017 | Y | $130.00 |

Paid $130.00

Due $0.00

**Fee Total $130.00**

Visa Card $138.45

**Payment(s) Total $138.45**

**Balance $0.00**

Customer Receipt #:                              Thursday, July 27, 2017
**32333-00003739-00103725**

                                    SPRING HILL MOVING AND STORAGE
RAQUEL DEFIGUEIREDO                       13600 LINDEN DR
14531 Coronado Dr                       SPRING HILL, FL 34609
SPRING HILL, FL 34609                       (352) 666-3008

| Room(s) Description | | Paid Through | Paid | Amount |
|---|---|---|---|---|
| 130 | 8x15x10 Interior 1st Floor Street Level Aircooled Rollup Bonus | 8/31/2017 | Y | $130.00 |

Paid $130.00

Due    $0.00

**Fee Total $130.00**

Visa Card $138.45

**Payment(s) Total $138.45**

**Balance    $0.00**

Customer Receipt #:            Tuesday, September 12, 2017
**32333-00003739-00104026**

                     SPRING HILL MOVING AND STORAGE
RAQUEL DEFIGUEIREDO           13600 LINDEN DR
14531 Coronado Dr             SPRING HILL, FL 34609
SPRING HILL, FL 34609           (352) 666-3008

| Room(s) | Description | Paid Through | Paid | Amount |
|---------|-------------|--------------|------|--------|
| 130 | 8x15x10 Interior 1st Floor Street Level Aircooled Rollup Bonus | 9/30/2017 | Y | $130.00 |
| 130 | 1st Stage Def (Posted Sep) | | Y | $10.00 |

Paid **$140.00**

Due   $0.00

Fee Total **$140.00**

Visa Card **$148.45**

Payment(s) Total **$148.45**

Balance    **$0.00**

Customer Receipt #:                 Sunday, October 1, 2017
**32333-00003739-00104148**

                     SPRING HILL MOVING AND STORAGE
RAQUEL DEFIGUEIREDO           13600 LINDEN DR
14531 Coronado Dr               SPRING HILL, FL 34609
SPRING HILL, FL 34609           (352) 666-3008

| Room(s) Description | Paid Through | | Paid Amount |
|---|---|---|---|
| 130   8x15x10 Interior 1st Floor Street Level Aircooled Rollup Bonus | 10/31/2017 | Y | $130.00 |

Paid $130.00

Due   $0.00

**Fee Total $130.00**

Master Card $138.45

**Payment(s) Total $138.45**

**Balance   $0.00**

EMove.com

Customer Receipt #:
**32333-00003739-00104210**

Friday, October 27, 2017

SPRING HILL MOVING AND STORAGE

RAQUEL DEFIGUEIREDO           13600 LINDEN DR
14531 Coronado Dr                 SPRING HILL, FL 34609
SPRING HILL, FL 34609           (352) 666-3008

*NOV 2017*

| Room(s) Description | Paid Through | Paid Amount |
|---|---|---|
| 130   8x15x10 Interior 1st Floor Street Level Aircooled Rollup Bonus | 11/30/2017 | $130.00 |

Paid $130.00

Due     $0.00

**Fee Total $130.00**

Master Card $138.45

**Payment(s) Total $138.45**

**Balance     $0.00**

Customer Receipt No. **32333-3739-104507**

RAQUEL DEFIGUEIREDO
14531 CORONADO DR
SPRING HILL, FL 34609
(352) 263-6108

Saturday - 12/2/2017 - 3:31:51 PM
SPRING HILL MOVING AND
STORAGE, 32333
13600 LINDEN DR
SPRING HILL, FL 34609
(352) 666-3008
Permit No. 273563466



| ROOM | DESCRIPTION | THRU | PAID | AMOUNT |
|------|-------------|------|------|--------|
| 130 | (1) - 1ST STAGE DEL (POSTED DEC) | | ✓ | $10.00 |
| 130 | (1) - 8X15X10 INTERIOR 1ST FLOOR STREET LEVEL AIRCOOLED ROLLUP BONUS | 12/31/2017 | ✓ | $130.00 |

|  |  |
|--|--|
| Paid Total: | $140.00 |
| Unpaid Total: | $0.00 |
| Tax: | $8.45 |
| **Charge Total:** | **$148.45** |
|  |  |
| Cash | $148.45 |
| **Payment Total:** | **$148.45** |
|  |  |
| **Account Balance:** | **$0.00** |

x _Raquel DeFigered_
Customer's Signature

x _(signature)_
Employee's Signature (EDWARD KESSLER)

**WHY CALL OR STAND IN LINE?**
NO DRIVING  NO MAILING  NO HASSLE.
Become a Premier Customer Club member and manage your account at www.uhaulstorage.com.
Want to know how? Ask your storage representative now!
All that's needed is your email address. Join for **FREE**!

Customer Receipt #:                        Tuesday, January 2, 2018
**32333-00003739-00104663**

                                SPRING HILL MOVING AND STORAGE
RAQUEL DEFIGUEIREDO                      13600 LINDEN DR
14531 Coronado Dr                      SPRING HILL, FL 34609
SPRING HILL, FL 34609                     (352) 666-3008

| Room(s) | Description | Paid Through | Paid | Amount |
|---|---|---|---|---|
| 130 | 8x15x10 Interior 1st Floor Street Level Aircooled Rollup Bonus | 1/31/2018 | Y | $130.00 |

                                                  Paid $130.00
                                                  Due   $0.00
                                          **Fee Total $130.00**

                                              Visa Card **$138.45**
                                      **Payment(s) Total $138.45**

                                              **Balance   $0.00**

Customer Receipt #:               Thursday, February 1, 2018
**32333-00003739-00104846**

                    SPRING HILL MOVING AND STORAGE
                         13600 LINDEN DR
RAQUEL DEFIGUEIREDO
14531 Coronado Dr                SPRING HILL, FL 34609
SPRING HILL, FL 34609            (352) 666-3008

| Room(s) | Description | Paid Through | | Paid Amount |
|---------|-------------|--------------|---|-------------|
| 130 | 8x15x10 Interior 1st Floor Street Level Aircooled Rollup Bonus | 2/28/2018 | Y | $130.00 |

                               Paid $130.00
                               Due   $0.00
                    **Fee Total $130.00**

                       Master Card $138.45
                 **Payment(s) Total $138.45**

                          **Balance**    $0.00

Storage Receipt

**Customers Receipt No:**
032333-00003604-00000000

Saturday - 3/25/2017 - 4:12:34 PM

SPRING HILL MOVING AND STORAGE, 032333
13600 LINDEN DR
SPRING HILL, FL 34609
(352) 666-3008

| DESCRIPTION | PAID | AMOUNT |
|---|---|---|
| (5) - LARGE | ✓ | $15.00 |
| (1) - TAPE POLY | ✓ | $2.95 |
| | Paid Total: | $17.95 |
| | Unpaid Total: | $0.00 |
| | Retail Tax : | $1.17 |
| | Tax 6.5%: | $0.00 |
| | **Fee Total:** | **$19.12** |
| | CASH | $19.12 |
| | **Payment Total:** | **$19.12** |
| | Account Balance: | $0.00 |

I hereby expressly authorize SPRING HILL MOVING AND STORAGE to charge my credit card, debit card, or bank account (eCheck) as stated on this receipt.

x _Raquel DeFigueiredo_
Customer's Signature

x
Employee's Signature (EDWARD)

# SENICA AIR CONDITIONING, INC.
16640 SHADY HILLS RD.
SPRING HILL, FLORIDA 34610
**STATE LIC. #CAC1815564**
1-800-897-2335 • www.senicaair.com

**HERNANDO (352) 686-6166**
**PASCO (727) 856-0058**

## HVAC
## SERVICE ORDER
## INVOICE

200911

BILL TO

| THIS WORK IS TO BE | | |
|---|---|---|
| ☐ C.O.D. | ☐ CHARGE | ☐ NO CHARGE |

| NAME | MAKE |
|---|---|
| MODEL | MODEL |
| SERIAL NUMBER | SERIAL NUMBER |

| NAME | | | | | |
|---|---|---|---|---|---|
| STREET | | | | DATE | |
| CITY | | | PROMISED | | |
| PHONE | | CALL BEFORE | ☐ A.M. ☐ P.M. | | |
| TECHNICIAN | AUTHORIZED BY | | | | |
| WORK TO BE PERFORMED | | | | | |

### ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED ☐ CHANGED OUT/REPLACED | **TOTAL $** | |

### WORK PERFORMED

| CONDENSING UNIT | COND'SATE DRAINS |
|---|---|
| LEVELED | CLEANED MAIN DRAIN |
| CLEANED COIL | REPAIRED MAIN DRAIN |
| CHECKED CHARGE | CLEANED PAN DRAIN |
| REPAIRED LEAK IN COIL | REPAIRED PAN DRAIN |
| REPAIRED LEAK IN COPPER | FURN. OR FAN COIL |
| ☐ REF. | REPLACED BELT |
| C-ECKED MOTOR | ADJUSTED BELT |
| CHANGED MOTOR | REPLACED PULLEY |
| REPLACED BELT | ADJUSTED PULLEY |
| ADJUSTED BELT | CLEANED BLOWER |
| REPLACED CONTACTOR | REPLACED BEARINGS |
| REPL. START RELAY | OILED MOTOR |
| REPL. START CAPACITOR | OILED BEARINGS |
| REPLACED RUN CAPACITOR | CLEANED HEAT EXCH. |
| CLEANED OR ADJ. CONTACTOR | REPLACED HEAT EXCH. |
| REPAIRED WIRING | CLEANED OR ADJ. PILOT |
| REPLACED FUSE | REPLACED THERMOCOUPLE |
| REPLACED COMPRESSOR | REPAIRED VALVE |
| EVAPORATOR COIL | REPLACED VALVE |
| REPLACED EXP. VALVE | CLEANED BURNERS |
| ADJUSTED EXP. VALVE | DUCT |
| REPLACED CAP. TUBE | REPAIRED |
| CLEANED CAP. TUBE | ADJUSTED |
| REPAIRED COIL LEAK | THERMOSTAT |
| REPAIRED COPPER LEAK | REPLACED |
| CLEANED COIL | ADJUSTED |
| LEVELED COIL | |
| ELECT. HTR. | CLG TOWER |
| REPLACED LINK | CLEANED |
| REPLACED HTR. | PUMP(S) |
| REPAIRED WIRE | |
| REPLACED CONT. | GREASED |
| FILTERS ☐ CLEANED ☐ REPLACED | REPAIRED |

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-      LBS. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | FILTERS | | |
| | FILTERS      x      x | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | | |

### DESCRIPTION OF WORK PERFORMED

### RECOMMENDATIONS

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | **TOTAL LABOR** | | |

MATERIALS & LABOR MAY BE CONTINUED ON OTHER SIDE

TERMS

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER'S SIGNATURE                                   DATE

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

| ☐ REGULAR | ☐ WARRANTY |
|---|---|
| ☐ SERVICE CONTRACT | |

### TOTAL SUMMARY

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TRAVEL CHARGE | |
| TAX | |
| **TOTAL** | |

*Thank You*

**SENICA AIR CONDITIONING, INC.**
16640 SHADY HILLS RD.
SPRING HILL, FLORIDA 34610
**STATE LIC. #CAC1815564**
1-800-897-2335 • www.senicaair.com

**HERNANDO (352) 686-6166**
**PASCO (727) 856-0058**

# HVAC
# SERVICE ORDER
# INVOICE

200305

THIS WORK IS TO BE

☐ C.O.D.    ☐ CHARGE    ☐ NO CHARGE

| THIS WORK IS TO BE | | |
|---|---|---|
| MAKE | | MAKE |
| MODEL | | MODEL |
| SERIAL NUMBER | | SERIAL NUMBER |

BILL TO _____

| | | |
|---|---|---|
| NAME | | |
| STREET | DATE | |
| CITY | PROMISED | |
| PHONE | CALL BEFORE | ☐ A.M. ☐ P.M. |
| TECHNICIAN | AUTHORIZED BY | |
| WORK TO BE PERFORMED | | |

## ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED ☐ CHANGED OUT/REPLACED | | TOTAL $ |

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-    LBS. | | |
| | | 110.— | 110.— |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | FILTERS    x | | |
| | FILTERS    x | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | | |

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| MATERIALS/LABOR MAY BE CONTINUED ON OTHER SIDE | **TOTAL LABOR** | | |

TERMS _____

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER SIGNATURE _____ DATE _____

## WORK PERFORMED

| CONDENSING UNIT | | COND'SATE DRAINS | |
|---|---|---|---|
| LEVELED | | CLEANED MAIN DRAIN | |
| CLEANED COIL | | REPAIRED MAIN DRAIN | |
| CHECKED CHARGE | | CLEANED PAN DRAIN | |
| REPAIRED LEAK IN COIL | | REPAIRED PAN DRAIN | |
| REPAIRED LEAK IN COPPER | | **FURN. OR FAN COIL** | |
| # REF. | | REPLACED BELT | |
| CHECKED MOTOR | | ADJUSTED BELT | |
| CHANGED MOTOR | | REPLACED PULLEY | |
| REPLACED BELT | | ADJUSTED PULLEY | |
| ADJUSTED BELT | | CLEANED BLOWER | |
| REPLACED CONTACTOR | | REPLACED BEARINGS | |
| REPL. START RELAY | | OILED MOTOR | |
| REPL. START CAPACITOR | | OILED BEARINGS | |
| REPLACED RUN CAPACITOR | | CLEANED HEAT EXCH. | |
| CLEANED OR ADJ. CONTACTOR | | REPLACED HEAT EXCH. | |
| REPAIRED WIRING | | CLEANED OR ADJ. FLUE | |
| REPLACED FUSE | | REPLACED THERMOCOUPLE | |
| REPLACED COMPRESSOR | | REPAIRED VALVE | |
| **EVAPORATOR COIL** | | REPLACED VALVE | |
| REPLACED EXP. VALVE | | CLEANED BURNERS | |
| ADJUSTED EXP. VALVE | | **DUCT** | |
| REPLACED CAP. TUBE | | REPAIRED | |
| CLEANED CAP. TUBE | | ADJUSTED | |
| REPAIRED COIL LEAK | | **THERMOSTAT** | |
| REPAIRED COPPER DOWN | | REPLACED | |
| CLEANED COIL | | ADJUSTED | |
| LEVELED COIL | | | |
| **ELECT. HTR.** | | **CLG TOWER** | |
| REPLACED JUNK | | CLEANED | |
| REPLACED AUX. | | **PUMP(S)** | |
| REPAIRED WIRE | | GREASED | |
| REPLACED CONT. | | REPAIRED | |
| FILTERS | ☐ CLEANED ☐ REPLACED | | |

### DESCRIPTION OF WORK PERFORMED

BLUESTICK UV $249

### RECOMMENDATIONS

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR    ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

| TOTAL SUMMARY | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TRAVEL CHARGE | |
| TAX | |
| **TOTAL** | |

**SENICA AIR CONDITIONING, INC.**
16640 SHADY HILLS RD.
SPRING HILL, FLORIDA 34610
**STATE LIC. #CAC1815564**
**1-800-897-2335 • www.senicaair.com**

**HERNANDO (352) 686-6166**
**PASCO (727) 856-0058**

# HVAC
# SERVICE ORDER
# INVOICE

No. 200598

BILL TO _____

| THIS WORK IS TO BE | | |
|---|---|---|
| ☐ C.O.D. | ☐ CHARGE | ☐ NO CHARGE |

| MAKE | MAKE |
|---|---|
| MODEL | MODEL |
| SERIAL NUMBER | SERIAL NUMBER |

NAME

STREET                 DATE

CITY               PROMISED

PHONE        CALL BEFORE    ☐ A.M.   ☐ P.M.

TECHNICIAN      AUTHORIZED BY

WORK TO BE PERFORMED

## ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED | | |
| ☐ CHANGED OUT/REPLACED | **TOTAL $** | |

## WORK PERFORMED

| CONDENSING UNIT | | COND'SATE DRAINS | |
|---|---|---|---|
| LEVELED | | CLEANED MAIN DRAIN | |
| CLEANED COIL | | REPAIRED MAIN DRAIN | |
| CHECKED CHARGE | | CLEANED PAN DRAIN | |
| REPAIRED LEAK IN COIL | | REPAIRED PAN DRAIN | |
| REPAIRED LEAK IN COPPER | | **FURN. OR FAN COIL** | |
| IF REF. | | REPLACED BELT | |
| CHECKED VOLTS | | ADJUSTED BELT | |
| CHANGED VOTOR | | REPLACED PULLEY | |
| REPLACED BELT | | ADJUSTED PULLEY | |
| ADJUSTED BELT | | CLEANED BLOWER | |
| REPLACED CONTACTOR | | REPLACED BEARINGS | |
| REPL. START. RELAY | | OILED MOTOR | |
| REPL. START. CAPACITOR | | OILED BEARINGS | |
| REPLACED RUN CAPACITOR | | CLEANED HEAT EXCH. | |
| CLEANED OR ADJ. CONTACTOR | | REPLACED HEAT EXCH. | |
| REPAIRED WIRING | | CLEANED OR ADJ. PILOT | |
| REPLACED FUSE | | REPLACED THERMOCOUPLE | |
| REPLACED COMPRESSOR | | REPAIRED VALVE | |
| **EVAPORATOR COIL** | | REPLACED VALVE | |
| REPLACED EXP VALVE | | CLEANED BURNERS | |
| ADJUSTED EXP VALVE | | **DUCT** | |
| REPLACED CAP TUBE | | REPAIRED | |
| CLEANED CAP TUBE | | ADJUSTED | |
| REPAIRED COIL LEAK | | **THERMOSTAT** | |
| REPAIRED COMPR CONN. | | REPLACED | |
| CLEANED COIL | | ADJUSTED | |
| LEVELED COIL | | | |
| **ELECT. HTR.** | | **CLG TOWER** | |
| REPLACED LINK | | CLEANED | |
| REPLACED KLIX. | | | |
| REPAIRED WIRE | | **PUMP(S)** | |
| REPLACED CONT. | | GREASED | |
| | | REPAIRED | |
| FILTERS | ☐ CLEANED | ☐ REPLACED | |

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-    LBS. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | FILTERS  x  x | | |
| | FILTERS  x  x | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | | |

### DESCRIPTION OF WORK PERFORMED

RECOMMENDATIONS

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | | | |

MATERIALS & LABOR MAY BE CONTINUED ON OTHER SIDES   **TOTAL LABOR**

TERMS   Cash

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER SIGNATURE      DATE

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR    ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

| TOTAL SUMMARY | | |
|---|---|---|
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TRAVEL CHARGE | | |
| TAX | | |
| **TOTAL** | | |

# SENICA AIR CONDITIONING, INC.

16640 SHADY HILLS RD.
SPRING HILL, FLORIDA 34610
**STATE LIC. #CAC1815564**
1-800-897-2335 • www.senicaair.com

**HERNANDO (352) 686-6166**
**PASCO (727) 856-0058**

# HVAC
# SERVICE ORDER
# INVOICE

21235

**BILL TO**

Service call no cost

THIS WORK IS TO BE
☐ C.O.D.    ☐ CHARGE    ☐ NO CHARGE

MAKE: Carrier    MAKE: Carrier
MODEL: FV4ANB006    MODEL: 25HBA3
SERIAL NUMBER: 2994B9897    SERIAL: 2306E1815

NAME: Fred
STREET: 14531 Coronado Dr
CITY: Spring Hill 34609
PHONE: 352-593-3237
TECHNICIAN: Seb
WORK TO BE PERFORMED: Service

DATE: 9-18-11
PROMISED: 2:05
CALL BEFORE: ☐ A.M. ☐ P.M.
AUTHORIZED BY:

## ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |

☐ DISMANTLED
☐ CHANGED OUT/REPLACED  **TOTAL $**

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-    LBS. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | FILTERS  x  x | | |
| | FILTERS  x  x | | |
| | BELTS | | |
| | TOTAL MATERIALS | | |

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | Service | | |
| | Free | | |
| | | | |
| | TOTAL LABOR | | |

MATERIALS & LABOR MAY BE
CONTINUED ON OTHER SIDE

**DESCRIPTION OF WORK PERFORMED**

Cleaned Plugged
Drain Line, checked
operations system
running good

**RECOMMENDATIONS**

**WORK PERFORMED**

| CONDENSING UNIT | | CON |
|---|---|---|
| LEVELED | CLEANED COND/FAN |
| CLEANED COIL | REPAIRED MAIN DRAIN |
| CHECKED CHARGE | CLEANED PAN DRAIN |
| REPL LEAK IN COIL | REPAIRED PAN DRAIN |
| REPAIRED LEAK IN COPPER | |

**FURN**

| # REF. | REPLACED |
| CHECKED MOTOR | ADJUST |
| CHANGED MOTOR | REPLACED PULLEY |
| REPLACED BELT | ADJUSTED PULLEY |
| ADJUSTED BELT | CLEANED BLOWER |
| REPLACED CONTACTOR | REPLACED BEARING |
| REPL. START RELAY | OILED M |
| REPL. START CAPACITOR | OILED BE |
| REPLACED RUN CAPACITOR | CLEANED HEAT EXC |
| CLEANED OR ADJ CONTACTOR | REPLACED HEAT EXC |
| REPAIRED WIRING | CLEANED ADJ. PILO |
| REPLACED FUSE | REPLACED THERMO |
| REPLACED COMPRESSOR | REPAIRED VALVE |

**EVAPORATOR COIL**

| REPLACED EXP. VALVE | REPLACE VALVE |
| ADJUSTED EXP. VALVE | CLEANED BURNER |
| REPLACED CAP. TUBE | |
| CLEANED CAP. TUBE | REPAIRED |
| REPAIRED COIL LEAK | ADJUSTE |
| REPAIRED COPPER CONN. | **TH** |
| CLEANED COIL | REPLACE |
| LEVELED COIL | ADJUSTE |

**ELECT. HTR.**  CL

| REPLACED LINK | CLEANED |
| REPLACED ELEM. | |
| REPAIRED WIRE | GREASED |
| REPLACED CONT. | REPAIRED |

| FILTERS | ☐ CLEANED ☐ |

**TOTAL SUMMARY**

| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TRAVEL CHARGE | 7 |
| TAX | |
| TOTAL | |

**TERMS**

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

☐ REGULAR    ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

CUSTOMER'S SIGNATURE    DATE 7-18-11

# HVAC
## SERVICE ORDER
### INVOICE

172109

BILL TO

| | THIS WORK IS TO BE | | |
|---|---|---|---|
| | C.O.D. | CHARGE | NO CHARGE |

MAKE *Carrier* MAKE

MODEL *25HBA360* MODEL

SERIAL NUMBER *2206E18104* SERIAL NUMBER

NAME *Pool*

STREET *14531 Coronado*  DATE *8-30-09*

CITY *N. Ft.*  *346-09*  PROMISED

PHONE *489-4331*  CALL BEFORE  ☐ A.M. ☐ P.M.

TECHNICIAN *Tom*  AUTHORIZED BY

WORK TO BE PERFORMED  *No Cool*

## ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| RECOVERED | | |
| RECYCLED | | |
| RECLAIMED | | |
| RETURNED | | |
| DISPOSAL | | |
| DISMANTLED | | |
| CHANGED OUT/REPLACED | **TOTAL $** | |

### DESCRIPTION OF WORK PERFORMED

*Unit out on*
*float switch.*
*Flushed & wet*
*vaccen drain*
*line.*
*System O.K.*

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-    LBS. | | |
| | FILTERS   x   x | | |
| | FILTERS   x   x | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | | |

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | **TOTAL LABOR** | | |

### RECOMMENDATIONS

*pd. check $15*
*cash $80*

## WORK PERFORMED
(condensing unit, drains, furnace/fan coil, evaporator coil, duct, thermostat, elect. htr., clg tower, pump(s) — checklist)

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR   ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

| TOTAL SUMMARY | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | 25 00 |
| TRAVEL CHARGE | 69 95 |
| TAX | |
| **TOTAL** | 94 95 |

TERMS

I have authority to order the work outlined above which has been satisfactorily completed...

Apr 02 18, 07:17p    Brittany DeFigueiredo    352-340-4041    p.6

# VORTEX HEATING & AIR CONDITIONING INC.

6203 MASSACHUSETTS AVE.
NEW PORT RICHEY, FL 34653
(727) 939-1136    (727) 857-9100
(813) 996-0200    (352) 666-6343
1-866-2VORTEX

DATE: _____

**CHECK LIST**

| | QUANTITY | ITEM OR PART DESCRIPTION |
|---|---|---|

COMPRESSOR
- SUCTION
- HEAD
- VOLTS
- AMPS

CONDENSER COIL
- CLEANED
- CHECK FAN & MOTOR
- CONTACTS TIGHT & CLEAN
- ELECTRICAL CONNECTIONS
- CONDENSER CLEAN & STRAIGHT FINS

REFRIGERANT

FAN AND MOTOR

AIR FILTERS
- FILTER SIZE
- CLEANED
- REPLACED

EVAPORATOR COIL
- CLEAN COIL & CHECK FIN
- PRIMARY DRAIN
- CHECK SUB COOLING

CONDENSATE AREAS
- INSPECT & CLEAN DRAIN PAN

HEATING ASSY.
- BURNER & HEAT EXCHANGER
- GAS, PRESSURE & PRESSURE
- PILOT ASSEMBLY

ELECTRICAL COMPT'S.
- FAN & LIMIT SWITCH
- BLOWER ASSEMBLY
- DEFROST CYCLE

THERMOSTAT

Handwritten notes across description area:
THIS IS A PERSONAL SYSTEM
Chinese drywall system found...

We wish to provide the highest level of professionalism and quality service along with the best customer assurance policy in the industry. Our service repair warranty policy is:

1. All parts replaced by us will be warranted to be free of defects for a period of...
2. Our regular labor is warranted for a period of...
3. In the case of refrigerant (freon) leak repairs, our parts and labor warranty is as stated above with the following clarifications:

**ENVIRONMENT**

| CHRG TYPE | CODE REFRIG. | | | SYSTEM |
|---|---|---|---|---|
| RECOVERED? | | YES | NO | QTY. |
| RECYCLED? | | YES | NO | QTY. |
| RETURNED TO THIS SYSTEM? | | YES | NO | QTY. |
| DISPOSAL | | YES | NO | QTY. |
| NON USABLE | | YES | NO | QTY. |

**CHECK LIST**
- CHANGED OUT OR REPLACED?
- DIS-MANTLED?
- REFRIGERANT DISPOSAL
- PERSONNEL

OWNER'S INITIALS
ACCEPTED    DECLINED

**NAME** Fred Poole
**STREET**
**CITY**    **STATE**    **ZIP**
**REPAIR NUMBER**

**MAKE** Carrier
**MODEL**
**SERIAL NUMBER**

Our TRAINED PERSONNEL recommend:

**TERMS: DUE UPON COMPLETION**
I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.

X _____
TECHNICIAN SIGNATURE
AUTHORIZED SIGNATURE

ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY.

| | |
|---|---|
| SUB-TOTAL | |
| DIAG. CHARGE | |
| TAX | |
| TOTAL AMOUNT DUE | |

DATE _____

# CHECK LIST

| | QUANTITY | ITEM OR PART DESCRIPTION |
|---|---|---|

**COMPRESSOR**
- SECTION
- HEAD
- VOLTS
- AMPS
- ELECTRICAL CONNECTIONS
- OIL LEVEL & CONDITION
- CONTACTS TIGHT & CLEAN

**CONDENSER COIL**
- EXT
- INT

**REFRIGERANT**
- LEAK
- CHARGE

**FAN AND MOTOR**
- VOLTS
- AMPS
- ELECTRICAL CONNECTIONS
- FAN PULLEYS, HOUSING, BELTS
- LUB. BEARINGS & MOTOR
- CRM

**EVAPORATOR COIL**
- CLEAN COIL & CHECK FIN
- EWT DB
- LWT DB

**CONDENSATE AREAS**
- INSPECT & CLEAN DRAIN PAN
- INSPECT A & CH FAN DRAIN

**AIR FILTERS**
- CLEANED
- REPLACED

**HEATING ASSY.**
- BURNER & HEAT EXCHANGER
- FUEL SUPPLY & PRESSURE
- PILOT ASSEMBLY
- FLAME ADJUSTMENT
- PRIMARY RE-AIR & FLUE
- FAN & LIMIT SWITCH-OPER.

**ELECTRICAL COMPTS.**
- DEFROST CYCLE
- RELAYS
- OVERLOADS
- CONTACTORS

**THERMOSTAT**
- PRESS SWITCH
- REPLACE

| THERMOSTAT | C | N | T | ① | ② | ③ | ④ |
|---|---|---|---|---|---|---|---|

## ENVIRONMENT

| OHRG TYPE CODE | REFRIG. |
|---|---|
| RECOVERED? | YES / NO QTY. |
| RECYCLED? | YES / NO QTY. |
| RECLAIMED? | YES / NO QTY. |
| RETURNED TO THIS SYSTEM? | YES / NO QTY. |
| DISPOSAL | NON USABLE QTY. |

## CHECK LIST

| E | CHANGED |
|---|---|
| C | OUT (OR REPLACED?) YES / NO |
| F | DIS-MANTLED? YES / NO |
| G | REFRIGERANT DISPOSAL YES / NO |

OUR PERSONNEL RECOMMEND:

OWNER'S INITIALS _____

ACCEPTED □   DECLINED □

---

**TERMS: DUE UPON COMPLETION**

I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF

X _____
AUTHORIZED SIGNATURE

ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY.

X _____   DATE _____

| | SUB TOTAL | |
|---|---|---|
| | OTHER CHARGES | |
| | DIAG CHARGE | |
| | TAX | |
| | TOTAL AMOUNT DUE | |

## SERVICE

- WARRANTY □
- CONTRACT □
- SERVICE CONTRACT □
- NORMAL □
- RES. □
- COMM. □

| NAME | DATE ORDERED |
|---|---|
| STREET | DATE SCHEDULED |
| CITY | STATE | ZIP | WK. PHONE |
| MAKE | MODEL | SERIAL NUMBER |
| JOB LOCATION | ACCEPT DECLINE | PRICE LINE |
| REPAIR NUMBER | DESCRIPTION |
| CUSTOMER REQUEST: | |
| TECHNICIAN SIGNATURE | CERT. # |

Our TRAINED PERSONNEL *recommend:*

© 1993 DONALD B. DUFFEY

SENIOR AIR CONDITIONING, INC.

10640 SHADY HILLS RD.
SPRING HILL, FLORIDA 34610
STATE LIC. #CAC1215564
1-800-857-2365 • www.seniorair.com

HERNANDO (352) 683-6166
PASCO (727) 856-0555

# HVAC
# SERVICE ORDER
# INVOICE

179073

BILL TO

THIS WORK IS TO BE: ☐ C.O.D. ☐ CHARGE ☑ NO CHARGE

| NAME | Pool |
| STREET | 1451 Corrado |
| CITY | Spring Hill 34609 |
| PHONE | 981 |  DATE 2/8/10 |
| TECHNICIAN | John C |
| WORK TO BE PERFORMED | |

## ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | CTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED ☐ CHANGED OUT/REPLACED | **TOTAL $** | |

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-    LBS. | | |
| | CT | | 79.95 |
| | Copan | | 80 - |
| | | | 100 |
| FILTERS | x    x | | 5 |
| FILTERS | x    x | | |
| BELTS | | | |

**TOTAL MATERIALS**

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|

MATERIALS & LABOR MAY BE
CONTINUED ON OTHER SIDE    **TOTAL LABOR**

TERMS

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

CUSTOMER SIGNATURE                         DATE 2/3/10

## WORK PERFORMED

| CONDENSING UNIT | | COND'SATE DRAINS | |
|---|---|---|---|
| LEVELED | | CLEANED MAIN DRAIN | |
| CLEANED COIL | | REPAIRED MAIN DRAIN | |
| CHECKED CHARGE | ✓ | CLEANED FAN DRAIN | ✓ |
| FREA RED LEAK 'N COIL | | REPAIRED FAN DRAIN | |
| REPAIRED LEAK 'N COPPER | | **FURN. OR FAN COIL** | |
| # REF | | REPLACED BELT | |
| CHECKED MOTOR | ✓ | ADJUSTED BELT | |
| CHANGED MOTOR | | REPLACED PULLEY | |
| REPLACED BELT | | ADJUSTED PULLEY | |
| ADJUSTED BELT | | CLEANED BLOWER | |
| REPLACED CONTACTOR | | REPLACED BEARINGS | |
| REPL. START RELAY | | OILED MOTOR | |
| REPL. START CAPACITOR | | OILED BEARINGS | |
| REPLACED RUN CAPACITOR | | CLEANED HEAT EXCH. | |
| CLEANED CA REL CONTACTOR | | REPLACED HEAT EXCH | |
| REPAIRED WIRING | | CLEANED OR ADJ. PILOT | |
| REPLACED FUSE | | REPLACED THERMOCOUPLE | |
| REPLACED COMPRESSOR | | REPAIRED VALVE | |
| **EVAPORATOR COIL** | | REPLACED VALVE | |
| REPLACED EXP. VALVE | | CLEANED BURNERS | |
| ADJUSTED EXP VALVE | | **DUCT** | |
| REPLACED CAP. TUBE | | REPAIRED | |
| CLEARED CAP TUBE | | ADJUSTED | |
| REPAIRED COIL LEAK | | **THERMOSTAT** | |
| REPAIRED COPPER CONN. | | REPLACED | |
| CLEANED COIL | | ADJUSTED | |
| LEVELED COIL | | Check | ✓ |
| **ELECT. HTR.** | | **CLG TOWER** | |
| REPLACED LINK | | CLEANED | |
| REPLACED KL X. | | | |
| REPAIRED WIRE | | **PUMP(S)** | |
| REPLACED CONT. | | GREASED | |
| check | ✓ | REPAIRED | |
| **FILTERS** ☐ CLEANED ☐ REPLACED | | | |

## DESCRIPTION OF WORK PERFORMED

CT Pm.

Cleaned pool &
screen

Checked temp
4000 psi 78°

Clg The
Tm.

## RECOMMENDATIONS

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR   ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

## TOTAL SUMMARY

| | | |
|---|---|---|
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| TRAVEL CHARGE | | |
| TAX | | |
| **TOTAL** | 5.75 | |



# EXPRESS HOME COMFORT MAINTENANCE AGREEMENT

**HEATING & AIR CONDITIONING**

Name _Fred Poole_    Date _5-7-08_
Address _14531 Coronado_    Unit Location _So. Hill_
_Spring Hill  Fl.  34609_
Phone (_352_)    Phone _813 842-1889_

| Equipment (AC, furnace, heat pump) | Make | Model Number | Serial Number | Filter Size |
|---|---|---|---|---|
| Air Handler | Carrier | FY44NB0040 | 2906A9859 | 18x30 |
| Condensor | Carrier | 25HBA360A00 | 2906E19104 | Puron 410 |
| | | | | |
| | | | | |

WE'LL COME OUT AND PERFORM THIS MULTI-POINT TUNE-UP WHICH WILL GIVE YOU PEAK PERFORMANCE FROM YOUR HEATING AND AIR CONDITIONING SYSTEM.

Please circle your preference:   Once a year    Twice a year

65.00    120.00

**CUSTOMER IS RESPONSIBLE FOR CALLING TO SCHEDULE FREE INSPECTIONS**

## SERVICES YOU RECEIVE

Check electrical connections
Check safety controls
Check thermostat calibration
Check fan blade tightness
Lubricate fan motor
Measure amp draw
Check air flow
Check air filters

Remove debris from condensor
Check evaporator coil
Check refrigerant lines
Check "Start" and "Run" capacitors
Check "Start" and "Run" relays
Check refrigerant level
Check condensate drain

Check evaporator coil
Check electrical heat strips
Check service valves
Check defrost cycle
Check blower assembly

• 20% discount on repairs
• No overtime rates

• Extend the life of the equipment
• Smoother, quieter operation

• Save money on energy through
improved operating efficiency

_INV # 020735_

Customer Signature _Fred Poole_    Date _5-7-08_    Annual Price $ _120.00_
Company Representative Signature _M Thomas_    Amount Paid $ _120.00_

**Pinellas: (727) 939-1166**     **Toll Free: 1-866-2 VORTEX**     **Pasco: (727) 857-9100**
**Hillsborough: (813) 996-0200**     **Fax: (727) 845-5945**     **Hernando: (352) 686-6343**

**COOLQUEST AIR CONDITIONING - HEAT**
16840 Blackmann Ave Unit #1 Hudson, Florida 34667 4238

Pasco (727) 859-0600
S. Pinellas (727) 585-4348

*APPLIANCE REPAIR*
www.coolquest.com

Hernando: (352) 683-2977
Hillsborough: (813) 962-2649

CAC1813939

WO # _____

**CONDENSER**

| | DESCRIPTION OF WORK |
|---|---|
| VOLTS | |
| COMPRESSOR NPA ___ RLA ___ | |
| STR COOL ___ HEAT PUMP ___ | |
| COND FAN NPA ___ RLA ___ | |
| HEAD PRESSURE ___ | |
| SUCTION PRESSURE ___ | |
| ELECTRICAL CONNECTION ___ | |
| CONTACTOR ___ | |
| CAPACITORS FAN ___ COMP ___ | |
| COND COIL ___ | |
| CONDITION ___ | |
| S.E.E.R ___ | |

**AIR HANDLER**

| | |
|---|---|
| VOLTS ___ | |
| BLOWER NPA ___ RLA ___ | |
| WHEEL CONDITION ___ | |
| HEAT STRIPS KW ___ AMPS ___ | |
| COIL CONDITION ___ | |
| MOLD INSPECTION ___ | |
| FLOAT SWITCH ___ | |
| DUCTS ___ | |
| THERMOSTAT ___ | |
| DRAIN LINE & PAN ___ | |
| HANG KIT ___ | |
| HEAT SHIELDS ___ | |
| RELAYS ___ | |
| CONDITION ___ | |
| SIZE WIRE ___ | |
| PANEL MAKE ___ | |
| BREAKER SIZE AH ___ COND ___ | |
| ENTER TEMP ___ | |
| LEAVING TEMP ___ | |
| Δ T ___ | |
| SUPER HEAT ___ | |

NAME _____

CREDIT CARD # _____  CK# _____

EXP _____  DL# _____

BILLING ZIP _____  DEPOSIT _____

**PARTS WARRANTY:** all parts are warranted per manufactures specifications. No warranty on Freon or parts with glass, rubber, plastic or printed circuit boards. We are not responsible for any damages or inconveniences caused by clogged drain line problems or inadequate duct sizes unless otherwise stated on this invoice. Coolquest is not liable for damages caused by water leaks, unless otherwise stated above.
No charge warranty work will be provided relative to equipment service noted is guaranteed for a period of 30 days.
**LABOR WARRANTY:** any labor charges relative to equipment service noted is guaranteed for a period of 30 days.
**TERMS:** Cash, Check, Money Order or Credit Card. In the event payment isn't received as agreed, purchaser agrees to pay all cost of collection including reasonable attorney's fees. There will be a charge of $30.00 for all returned checks.

13018

NAME _____

ADDRESS _____

CITY ____  STATE ____  ZIP ____

MAKE ____  MODEL ____  SERIAL NUMBER ____

Home Phone ____  Work / Coil ____

DESCRIPTION OF WORK

FLAT RATE ____

TECHICIAN SIGNATURE ____  CERT.# ____

TERMS DUE UPON COMPLETION

I HAVE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.
FOR WORK TO BE PERFORMED AT PRICE QUOTED

X _____  AUTHORIZED SIGNATURE

ABOVE ORDERED WORK HAS BEEN COMPLETED SATISFACTORY AND I ACKNOWLEDGE RECEIPT OF MY COPY.

X _____  DATE ____

| | AMOUNT |
|---|---|
| SUB TOTAL | |
| SEA DISC | |
| TRIP FEE | |
| TAX | |
| TOTAL AMOUNT DUE | 171 |

☐ WARRANTY
☐ SERVICE AGREEMENT
☐ NORMAL
☐ RES. ☐ COMM.

DATE ____
DATE SCHEDULED ____

TOTAL OTHER CHARGES



SALES SLIP

800-397-0707
www.innovativemerchant.com

# *American Wood Flooring*
8805 Mitchell Blvd., New Port Richey, FL 34655
Phone: 727-375-1552    Fax: 727-375-1650

**Customer:** _____    **Home Phone:** _____

**Address:** _____    **Work Phone:** _____

**City/State/Zip:** _____    **Cell Phone:** _____

**Estimate Date/Time:** _____    **Email:** _____

## PRICING INCLUDES ALL OF THE FOLLOWING

1. Removal of all existing carpet.
2. Moving and replacement of all normal furniture (except breakables & small items)
3. Any minor floor prep (minor is up to a 40 lb. bag of float material). Sub-floor prep requirements can-not be fully determined until existing tile/carpet has been removed and sub-floor has been inspected. Prep requiring more than 40 lbs. of float will be billed @$2.50 per square foot.
4. Installation of underlayment. (Silent Blue, 3-N-1, glue or thinset.

5. Undercutting of all door jambs.
6. Laminate thresholds at all doorways and where wood/laminate joins other flooring.
7. Installation thresholds at all doorways and where wood/laminate joins other flooring.
8. All labor necessary to complete installation.
9. Lifetime warranty on installation, except on our $3.99 special which has a 1 year warranty on installation.
10. There is an additional $50 charge for disposal of carpeting.

**Product** _____    **Cost Per Square Foot** _____

**Underlayment** _____

| ROOM | ROOM SIZE | SQ. FT. | TOTAL SQ. FT. |
|---|---|---|---|
|  |  | 145 |  |
|  |  | 143 |  |
|  | 21 | 446 |  |
|  |  | 132 |  |
| Bedroom |  | 238 |  |
| Closet |  |  |  |
|  |  |  |  |
| Closet |  | 20 |  |
| Bedroom |  | 101 |  |
| Closet |  | 25 |  |
|  | 8 x 16 | 128 |  |
| Closet | 4 x 5 | 20 |  |
|  |  | 1113 |  |
|  |  | 1231 |  |

| | | | |
|---|---|---|---|
| **Remove Tile/Wood @ $2.50 per sq. ft.** | | **Carpet Disposal ($50.00)** | |
| **Quarter Round** | | **Sub-Total** | |
| **Sliders (ft.)** | | **Tax** | |
| **T-Molds** | | **Grand Total** | |
| **Reducers** | | **Down Payment** | |
| **End Caps** | | **Balance Due** | |

I agree to the terms of this contract, both on the front and on the REVERSE hereof and authorize American Wood Flooring to proceed with the installation. Unforeseen floor preparation requirements will result in additional charges.

_____    _____
**Customer Signature**    **Date**    **Consultant Signature**    **Date**



AGREEMENT. OFFER VALID ONLY FOR
ACCOUNTS IN GOOD STANDING AND IS
SUBJECT TO CHANGE WITHOUT NOTICE.
ACCRUED FINANCE CHARGES FOR PROMOTIONAL
PERIOD WILL BE ADDED TO YOUR ACCOUNT
IF THIS PURCHASE IS NOT PAID IN FULL
BY THE END OF PROMOTIONAL PERIOD, OR
YOU DEFAULT UNDER YOUR CARD AGREEMENT.
YOUR REGULAR MINIMUM PAYMENTS ON THIS
PURCHASE ARE REQUIRED IF THE END DATE
IS 14 MONTHS OR MORE FROM TODAY.
MAKING THESE MINIMUM PAYMENTS WILL NOT
PAY OFF YOUR PROMOTIONAL PURCHASE IN
TIME TO AVOID FINANCE CHARGES. SEE CARD
AGREEMENT FOR DETAILS INCLUDING WHEN
THE DEFAULT RATE APPLIES.

11/10/09      DELAYED TOTAL $1321.17

AC: 2957-6749-3361-1396

CARDHOLDER ACKNOWLEDGES RECEIPT
OF GOODS AND/OR SERVICES IN THE
AMOUNT OF
$1321.17

NET ALL AMOUNTS AS SHOWN CHARGED TO
EACH CREDIT CARD IDENTIFIED HEREON,
AND AGREES TO BE BOUND BY THE TERMS
SET FORTH IN THE CARDHOLDER'S
AGREEMENT(S) WITH THE ISSUER(S) OF
THOSE CREDIT CARDS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SEARS VALUES
YOUR FEEDBACK!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TELL US ABOUT YOUR EXPERIENCE AND YOU
COULD WIN A $4,000 SEARS GIFT CARD.
PLEASE VISIT OUR WEBSITE WITHIN 7 DAYS
OF THE DATE OF PURCHASE:

WWW.SEARSFEEDBACK.COM

TO COMPLETE THE SURVEY YOU WILL NEED
THE 12 DIGIT SALESCHECK NUMBER ON
YOUR RECEIPT.

POR FAVOR TOMATE EL TIEMPO PARA
PROPORCIONARNOS TU INFORMACION Y
PARTICIPA EN UN SORTEO CON LA
OPORTUNIDAD DE GANAR UNA TARJETA
DE REGALO SEARS DE $4000.
VISITA LA PAGINA DE INTERNET
WWW.SEARSFEEDBACK.COM

NO PURCHASE NECESSARY. VOID WHERE
PROHIBITED. ENTRIES MUST BE ENTERED
WITHIN 7 DAYS OF DATE OF PURCHASE.
ENTRANTS MUST BE 18 OR OLDER TO ENTER.



SEARS
COASTAL WAY S/C   02485
13085 CORTEZ BLVD
BROOKSVILLE, FL 34613-7880
352-597-6500

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
0248514616161

SOLD TO:       CUSTOMER

PURCHASER:     FRED POOL
CUSTOMER:      FRED POOL
ADDRESS:       14531 CUSTER AVE DR
CITY/STATE:     SPRING HILL, FL
ZIP CODE:      34609
PHONE:        352-684-4321   813-842-1886

DELIV. DATE:       11/11/09

DELIV INSTR:
HAUL AWAY OLD MERCHANDISE

TRANS   PG/STORE   REG#   ASSOC#
1616   10 02485   145   91611
RINGING ASSOC # 91611

MERCHANDISE / DESCRIPTION
CENTRAL DELIVERY
46 50904    25 CUFT SX S/A $1347.99
1309.99

RETURN AND LEVEL
70 46368292 3Y NORMPRA PRO. 170.00
MULT CREDIT 5%       67.59
MULT CREDIT $       590.00

EXPIRES: 11/11/12
NON-REFUNDABLE DELIVERY FEE    69.00
HAUL AWAY FEE       10.00
SUBTOTAL      1245.17
OUT OF AREA TAX 6.50%    76.00
CARD TYPE: SEARS MASTERCARD
ACCT #: 52000/0
AUTH CODE: 010527/4
PROMOTION END DATE: 11/11/10
DELAY REASON:     PROMOTIONAL
12 MONTHS NO INTEREST, NO PAYMENTS
WHEN YOU USE YOUR SEARS CARD

DEFERRED INTEREST PROMOTIONAL OFFER
FINANCE CHARGES ON THIS PURCHASE ACCRUE
FROM DATE OF PURCHASE AT A...

*[handwritten, right margin, vertical]* Appliances that we had to keep replacing

# FAMOUS TATE

# Order

Order Written: 05/24/2013
Scheduled:  Saturday 05/25/13

**Number**
**SH05243004**

**Date**
05/24/2013

**Page**
1

4230 Mariner Blvd.
Spring Hill, FL  34609
Phone: (352) 683-8474
Fax: (352) 683-2352

**Sold To:**
Customer # **POOLF630Z1**
FRED POOL
14531 CORANADO DR
SPRING HILL, FL  34609
Phone        (352) 340-4041
Day Phone  (352) 263-6108

**Ship To:**
FRED POOL
14531 CORONADO DR
SPRING HILL, FL  34609
Phone        (352) 340-4041
Day Phone  (352) 263-6108

**SalesPerson**
Lynnie B.

**PO Number**

**Tax Exempt #**

**Comment**

**Terms**
PrePayment

**Ship Method**
Delivery

**Model Numbers**

| # | Snp | Model Number | Brand, Model Description | Unit Amount | Extended |
|---|---|---|---|---|---|
| 1 | | FFEF3018LQ | FRIGIDAIRE, RANGE FS BISQUE | $529.88 | $529.88 |
| | | | Allo: FFEF3018LQ / #### Loc: '0903' | | |
| 1 | | 4WRANGE4F (03-045.. | RES MARKETING, RANGE CORD 4'/4 WIRE 40 AMP | $22.00 | $22.00 |

Additional Notes:
PLEASE REMOVE OLD UNIT.
MARINER TO SPHILL DR TO CORONAND
CUSTOMER DECLINES EXTENDED WARRANTY

NOTICE FOR SPECIAL ORDERS
In order to ensure your complete satisfaction, please note that SPECIAL ORDER items require a minimum
25% NON-REFUNDABLE DEPOSIT.  In addition, special order items are subject to a RESTOCKING
CHARGE and certain items may be NON-RETURNABLE.  By signing below, you acknowledge that your sales
associate has discussed these terms.

BY_____                _____
                CUSTOMER SIGNATURE                                                    DATE

* Minimum 25% non-refundable deposit on all special orders. * Returned goods subject to a minimum 20%
r stocking charge. * Orders not claimed within 6 months will be voided and deposit

**Summary**

| | |
|---|---|
| Sub Total | $551.88 |
| Taxable Sub Total | $551.88 |
| Tax Total | $35.87 |
| Total | $587.75 |
| MasterCard 1766 | $587.75 |
| Total Payments | $587.75 |
| **Amount Due** | **$0.00** |

# FAMOUS TATE

# *Delivery Copy*

Order Written: 05/24/2013
Scheduled:   Saturday 05/25/13

**Number**
**SH05243004**

**Date**
05/24/2013

**Page**
1

4230 Mariner Blvd.
Spring Hill, FL  34609
Phone: (352) 683-8474
Fax: (352) 683-2352

**Sold To:**
Customer # POOLF630Z1
FRED POOL
14531 CORANADO DR
SPRING HILL, FL  34609
Phone       (352) 340-4041
Day Phone  (352) 263-6108

**Ship To:**
FRED POOL
14531 CORONADO DR
SPRING HILL, FL  34609
Phone       (352) 340-4041
Day Phone  (352) 263-6108

| SalesPerson | PO Number | Tax Exempt # | Comment |
|---|---|---|---|
| Lynnie B. | | | |

| Terms | Ship Method |
|---|---|
| PrePayment | Delivery |

**Model Numbers**

| # | Shp | Model Number | Brand, Model Description | | Serial Numbers |
|---|---|---|---|---|---|
| | | FFEF3018LQ | FRIGIDAIRE, RANGE FS BISQUE | FRIGIDAIRE | VF31256355 |
| Not Del> | | | W/o: FFEF3018LQ / Ser: #### Loc: '0903~' | 1102382 Load> | |
| | | 4WRANGE4F (03-045) | RES MARKETING, RANGE CORD 4'4 WIRE 40 AMP | RES MARKETING | |
| Not Del> | | | W/o: 4WRANGE4F (03-045) / Ser: #### Loc: '0903' | 1102383 Load> | |

*Additional Notes:*
PLEASE REMOVE OLD UNIT.
MARINER TO SPHILL DR TO CORONAND
CUSTOMER DECLINES EXTENDED WARRANTY

WE AGREE AND ACKNOWLEDGE RECEIVING THE MERCHANDISE MENTIONED ABOVE IN GOOD CONDITION.

DO NOT SIGN THIS DELIVERY RECEIPT UNLESS YOU HAVE RECEIVED THE ITEM(S) BEING SIGNED FOR AS PER THIS SALES ORDER.

CUSTOMER PICK UP.

BY _____     _____
CUSTOMER SIGNATURE              DATE

YOUR SIGNATURE
ACKNOWLEDGES THAT FAMOUS TATE
IS NOT RESPONSIBLE FOR DAMAGES
TO PRODUCT OR VEHICLE.

Time in _____   Time out _____

| **Summary** | |
|---|---|
| Sub Total | $551.88 |
| Taxable Sub Total | $551.88 |
| Tax Total | $35.87 |
| Total | $587.75 |
| MasterCard 1766 | $587.75 |
| Total Payments | $587.75 |
| **Amount Due** | **$0.00** |

FAMOUS TATE APPLIANCE
4230 MARINER BLVD.
SPRING HILL, FL 34609

05/24/2013               11:16:08
Merchant ID:        000009007499611
Terminal ID:           02449114
825168467864

CREDIT CARD

MC SALE

CARD #          XXXXXXXXXXXX766
INVOICE               0003
Batch #:           001109
Approval Code:       082962
Entry Method:       Swiped
Approved:          Online

**SALE AMOUNT**     **$587.75**

CUSTOMER COPY

# FAMOUS TATE



# Order

Order Written: 10/28/2017
Scheduled:  Tuesday 10/31/17

**Number**
**SH10287010**

**Date**
10/28/2017

**Page**
1

4230 Mariner Blvd.
Spring Hill, FL 34609
Phone: (352) 683-8474
Fax: (352) 683-2352

**Sold To:**
Customer # 8136504797
BRITTANY DEFIGUEIREDO
14531 CORONADO DR
SPRING HILL, FL 34609
Phone        (352) 263-6108

**Ship To:**
RAQUEL DEFIGUEIREDO
14531 CORONADO DR
SPRING HILL, FL 34609
Phone        (352) 263-6108

| SalesPerson | PO Number | Tax Exempt # | Comment |
|---|---|---|---|
| Scott B. | | | Thank you for your Purchase! Scott B. |

| Terms | Ship Method |
|---|---|
| PrePayment | Delivery |

**Model Numbers**

| Qty | Model Number | Brand, Model Description | Unit Amount | Extended |
|---|---|---|---|---|
| 1 | GFDN160EJWW | GE, DRYER 7.5 CU FT WHITE | $534.00 | $534.00 |
| | | LHD - CLEARANCE AS IS - MANUFACTURER WARRANTY | | |
| | | Allo: GFDN160EJWW / RH877309C Loc: '1304' | | |
| 1 | 4WDRY6F (03-004) | RES MARKETING, DRYER CORD 6'/4 WIRE | $20.00 | $20.00 |
| | | Allo: 4WDRY6F (03-004) / #### Loc: '0903' | | |
| 1 | VENTKIT W/CLAMP | RES MARKETING, DRYER 8' 5PLY U/L APPRVD | $9.85 | $9.85 |
| | | Allo: VENTKIT W/CLAMP / #### Loc: '0903' | | |
| 1 | GFWN1600JWW | GE, WASHER FL 4.3 CU FT WHITE | $559.00 | $559.00 |
| | | Allo: GFWN1600JWW / #### Loc: '0903' | | |
| 1 | 03-387 | RES MARKETING, SS WASHER HOSES 6' | $20.00 | $20.00 |
| | | Allo: 03-387 / #### Loc: '0903' | | |
| 1 | HAUL AWAY REPLAC. | Sales associate-List APPLIANCES to be picked up | $14.00 | $14.00 |
| | WASHER / DRYER | | | |
| 2 | SBSD137HWW | GE, LAUNDRY PEDESTAL 13" WHITE | $199.00 | $398.00 |
| | | Allo: SBSD137HWW / #### Loc: '0903' | | |
| | | Allo: SBSD137HWW / #### Loc: '0903' | | |

**Additional Notes:**
$45 DELIVERY FEE WILL APPLY TO EXCHANGES AND RESCHEDULED DELIVERIES
DELIVERY TEAM WILL CALL ON MORNING OF DELIVERY & PROVIDE A 2-HOUR TIMEFRAME
MERCHANDISE USED FOR NON-RESIDENTIAL APPLICATIONS MAY VOID PRODUCT WARRANTY.
25% NON-REFUNDABLE DEPOSIT REQUIRED ON ALL SPECIAL ORDER MODELS
FAMOUS TATE IS NOT FINANCIALLY RESPONSIBLE FOR 3RD PARTY MAIL-IN REBATES
ALL APPLIANCE ACCESSORIES, VENTILATION PRODUCTS, ICE MACHINES & GAS PRODUCTS ARE
NON-RETURNABLE.

SPRINGHILL DR TO CORONADO TO ADDRESS

Continued on next page...

**Summary**

| | |
|---|---|
| Sub Total | $1,554.85 |
| Taxable Sub Total | $1,540.85 |
| Tax 6.50% | $100.15 |
| Total | $1,655.00 |
| Visa 2216 | $670.00 |
| Visa 2978 | $300.00 |
| Visa 2101 | $685.00 |
| Total Payments | $1,655.00 |
| **Amount Due** | **$0.00** |

*NOTICE FOR SPECIAL ORDERS*
To ensure your complete satisfaction, please note that SPECIAL ORDER items require a minimum 25%
NON-REFUNDABLE DEPOSIT, are subject to a RESTOCKING CHARGE and certain items may be
NON-RETURNABLE. By signing below, you acknowledge that your sales associate has discussed these
terms.

BY _____
CUSTOMER SIGNATURE                DATE

*Minimum 25% non-refundable deposit on all special orders. Returned goods subject to a min. 20% restocking charge. Orders not claimed within 6 mo. will be voided & deposit forfeited.*

# FAMOUS TATE

# Order

Order Written: 10/28/2017
Scheduled:   Tuesday 10/31/17

**Number**
SH10287010

**Date**
10/28/2017

**Page**
2

4230 Mariner Blvd.
Spring Hill, FL 34609
Phone: (352) 683-8474
Fax: (352) 683-2352

Customer # 8136504797 ~ DEFIGUEIREDO, BRITTANY

## Model Numbers

| Qty | Model Number | Brand, Model Description | Unit Amount | Extended |
|---|---|---|---|---|
| | HAUL AWAY OLD UNITS | | | |
| | CONNECT WASHER AND/OR DRYER TO PROPER EXISTING FACILITIES | | | |
| | CUSTOMER DECLINES EXTENDED WARRANTY AT THIS TIME | | | |

NOTICE FOR SPECIAL ORDERS
To ensure your complete satisfaction, please note that SPECIAL ORDER items require a minimum 25%
NON-REFUNDABLE DEPOSIT, are subject to a RESTOCKING CHARGE and certain items may be
NON-RETURNABLE. By signing below, you acknowledge that your sales associate has discussed these
terms.

BY _____
       CUSTOMER SIGNATURE              DATE

Minimum 25% non-refundable deposit on all special orders. Returned goods subject to a min. 20% restocking
charge. Orders not claimed within 6 mo. will be voided & deposit forfeited.

**Summary**

| | |
|---|---|
| Sub Total | $1,554.85 |
| Taxable Sub Total | $1,540.85 |
| Tax 6.50% | $100.15 |
| Total | $1,655.00 |
| Visa 2216 | $670.00 |
| Visa 2978 | $300.00 |
| Visa 2101 | $685.00 |
| Total Payments | $1,655.00 |
| **Amount Due** | **$0.00** |



# Order

*Order Written: 01/24/2016*

**Number**
### SH01246006

**Date**
01/24/2016

**Page**
1

**4230 Mariner Blvd.**
**Spring Hill, FL 34609**
**Phone: (352) 683-8474**
**Fax: (352) 683-2352**

**Sold To:**
Customer # POOLF630Z1
FRED POOL
14531 CORANADO DR
SPRING HILL, FL 34609
Phone          (352) 340-4041 HOME
Day Phone    (352) 263-6108 CELL

**Ship To:**
FRED POOL
14531 CORANADO DR
SPRING HILL, FL 34609
Phone          (352) 340-4041 HOME
Day Phone   (352) 263-6108 CELL

| SalesPerson | PO Number | Tax Exempt # | Comment |
|---|---|---|---|
| Lynnie B. | | | COMBS TO INSTALL 1/26/16 |

| Terms | Ship Method | |
|---|---|---|
| PrePayment | Pickup Springhill | |

**Model Numbers**

| Qty | Model Number | Brand. Model Description | Unit Amount | Extended |
|---|---|---|---|---|
| 1 | FFBD2411NQ | FRIGIDAIRE, DISHWASHER BI BISQUE | $319.88 | $319.88 |
| | | Allo: FFBD2411NQ / #### Loc: '0903' | | |

Additional Notes:
$45 DELIVERY FEE WILL APPLY TO EXCHANGES AND RESCHEDULED DELIVERIES
DELIVERY TEAM WILL CALL ON MORNING OF DELIVERY & PROVIDE A 2-HOUR TIMEFRAME
MERCHANDISE USED FOR NON-RESIDENTIAL APPLICATIONS MAY VOID PRODUCT WARRANTY.
25% NON-REFUNDABLE DEPOSIT REQUIRED ON ALL SPECIAL ORDER MODELS
ALL APPLIANCE ACCESSORIES, VENTILATION PRODUCTS & GAS PRODUCTS ARE NON-RETURNABLE.
INSTALLATION AT CUSTOMER'S EXPENSE.  PAY AT TIME OF INSTALL.
CUSTOMER DECLINES EXTENDED WARRANTY AT THIS TIME

NOTICE FOR SPECIAL ORDERS
In order to ensure your complete satisfaction, please note that SPECIAL ORDER items require a minimum
25% NON-REFUNDABLE DEPOSIT.  In addition, special order items are subject to a RESTOCKING
CHARGE and certain items may be NON-RETURNABLE.  By signing below, you acknowledge that your sales
associate has discussed these terms.

BY_____
            CUSTOMER SIGNATURE                              DATE

Minimum 25% non-refundable deposit on all special orders. Returned goods subject to a minimum 20%
restocking charge. Orders not claimed within 6 mo. will be voided & deposit

**Summary**

| | |
|---|---|
| Sub Total | $319.88 |
| Taxable Sub Total | $319.88 |
| Tax 6.50% | $20.79 |
| Total | $340.67 |
| MasterCard 7076 | $340.67 |
| Total Payments | $340.67 |
| **Amount Due** | **$0.00** |

FAMOUS TATE APPLIANCE
4250 MARINER BLVD
SPRING HILL, FL 34609
                              13:29:25
01/24/2016

              CREDIT CARD
                MC SALE

CARD #                    XXXXXXXXXXXX7076
Chip Card:                      Capital One
Chip Card AID:            A000000004010
ATC:                               0003
TC:                       3B32A0123CEDF993
INVOICE                            0005
SEQ #:                             0005
Batch #:                          000363
Approval Code:                   078036
Entry Method:                   Chip Read
Mode:                              Issuer

**SALE AMOUNT**           **$340.67**

        CUSTOMER COPY



**FAMOUS TATE**
APPLIANCE & BEDDING CENTERS

# *Delivery Copy*

Scheduled: Wednesday 03/23/11

**Number**
NT03211020

**Date**
03/21/2011

**Page**
1

4230 Mariner Blvd.
Spring Hill, FL 34609
Phone: (352) 683-8474
Fax: (352) 683-2352

**Sold To:**
Customer # 8136504797
BRITTANY DEFIGUEIREDO
14531 CORONADO DR
SPRING HILL, FL 34609
Phone     (813) 650-4797

**Ship To:**
BRITTANY DEFIGUEIREDO
14531 CORONADO DR
SPRING HILL, FL 34609
Phone      (813) 650-4797

| SalesPerson | PO Number | Tax Exempt # | Comment |
|---|---|---|---|
| Craig M. | | | |

| Terms | Ship Method |
|---|---|
| PrePayment | Delivery |

**Model Numbers**

| # | Shp | Model Number | Brand, Model Description | | Serial Numbers |
|---|---|---|---|---|---|
| | | FTW3011KW | FRIGIDAIRE, WASHER TL 3.0 CU FT WHITE | FRIGIDAIRE | XC03825870 |
| | | | SPECIAL ORDER ITEM | | |
| | Not Del> | | Allo: FTW3011KW / Ser: #### Loc: '0903~' | 593569 Load> | |
| | | FRE5711KW | FRIGIDAIRE, DRYER 5.7 CU FT WHITE | FRIGIDAIRE | XD10524377 |
| | | | SPECIAL ORDER ITEM | | |
| | Not Del> | | Allo: FRE5711KW / Ser: #### Loc: '0903~' | 593570 Load> | |
| | | VENTKIT W/CLAMP | RES MARKETING, DRYER 8' 5PLY U/L APPRV | RES MARKETING | |
| | Not Del> | | Allo: VENTKIT W/CLAMP / Ser: #### Loc: '0903~' | 593571 Load> | |
| | | 4WDRY4F (03-003) | RES MARKETING, DRYER CORD 4'4 WIRE | RES MARKETING | |
| | Not Del> | | Allo: 4WDRY4F (03-003) / Ser: #### Loc: '0903~' | 593572 Load> | |

Additional Notes:
drop off all pieces in garage.. inspect for any damage   customer is moving units to Tampa and will hook up on their own

Mariner blvd south from store to a L on Linden and a L on Coronado to home  on Right

WE AGREE AND ACKNOWLEDGE RECEIVING THE MERCHANDISE MENTIONED ABOVE IN GOOD CONDITION.

DO NOT SIGN THIS DELIVERY RECEIPT UNLESS YOU HAVE RECEIVED THE ITEM(S) BEING SIGNED FOR AS PER THIS SALES ORDER.

BY_____
    CUSTOMER SIGNATURE         DATE

Time in _____ Time out _____

CUSTOMER PICK UP:

YOUR SIGNATURE
ACKNOWLEDGES THAT FAMOUS TATE
IS NOT RESPONSIBLE FOR DAMAGES
TO PRODUCT OR VEHICLE.

**Summary**

| | |
|---|---|
| Sub Total | $649.88 |
| Taxable Sub Total | $649.88 |
| Tax Total | $42.24 |
| Delivery Charge | $35.00 |
| Total | $727.12 |
| MasterCard | $727.12 |
| Total Payments | $727.12 |
| **Amount Due** | **$0.00** |

TV's we continously had to replace



CLUB MANAGER SAM SELETOS
( 352 ) 592 - 4737
BROOKSVILLE, FL
02/23/14 12:22 9048 4818 007        2340

FRED POOL

```
153850 JVC32LEDTV            218.88 T
437385 CAPRI SET              19.98 T
401367 SPORT TEE             12.98 T
284809 INSET TEE             12.98 T
337076 08PMEC MFUN           49.98 T
594709 TAKEALONG             19.98 T
              SUBTOTAL       334.78
   TAX 1   6.500 %            21.77
                 TOTAL       356.55
         CASH  TEND          160.00
         DEBIT TEND          196.55
         CHANGE DUE            0.00
```

EFT DEBIT        PAY FROM PRIMARY
196.55  TOTAL PURCHASE
ACCOUNT #      **** **** **** 9684  S
NETWORK ID. 0032 APPR CODE 987394
TERMINAL # SC060076

Visit samsclub.com to see your savings

# # ITEMS SOLD 6

TC# 3653 9059 2242 6590 9857 6



Please tell us about your shopping experience
http://www.survey.samsclub.com
IN RETURN FOR YOUR TIME YOU COULD RECEIVE
ONE OF FIVE $1,000 SAM'S CLUB SHOPPING CARDS
Must be 18 or older and a legal resident of the 50 US or
DC to enter. No purchase necessary to enter or win. To
enter without purchase and for official rules visit:
www.entrysurvey.samsclub.com
Sweepstakes period ends on the date shown in the
official rules. Survey must be taken within
TWO weeks of today.
Esta encuesta también se encuentra en español en la
página de Internet.



**Walmart**
Save money. Live better.

```
          ( 352 ) 796 - 5996
        MANAGER JAYSON TVRDIK
              7305 BROAD ST
           BROOKSVILLE FL 34601
STH 03526 OP# 003507 TE# 96 TR# 08808
PRODUCT SERIAL # LTH7UCAR4651163
55 LED HDTV 084522601366      698.00 X
3YR SVC PLAN 060538822283      69.00 X
                   SUBTOTAL    767.00
      TAX 1  6.500 %            49.86
                      TOTAL    816.86
                   HCARD TEND  650.00

MasterCard   **** **** **** 5062  I 1
APPROVAL # 043332
REF # 1042000314

AID A0000000041010
TC B1FCA538500E08FC
TERMINAL # 203607719
*Signature Verified

       02/05/16    15:36:14
        DEBIT TEND    166.86
        CHANGE DUE      0.00


EFT DEBIT      PAY FROM PRIMARY
  166.86  TOTAL PURCHASE
ACCOUNT #       **** **** **** 2101  S
REF # 603600705169
NETWORK ID. 0081 APPR CODE 539736
TERMINAL # HX607719

       02/05/16    15:36:43

 # ITEMS SOLD 2

   TC# 6673 0023 6264 7771 6737 9
```

Low Prices You Can Trust. Every Day.
```
       02/05/16    15:36:45
```

***CUSTOMER COPY***

```
*********************************
       You have purchased an
Extended Protection Plan administered
by N.E.W. Please keep your receipt;
it is required to file a claim and/or
register your plan. Full program
terms and conditions are available
at checkout registers in this store
          and online at
www.productassist.com/walmart; Call
1-877-968-6391 to file a claim
and/or ask questions regarding
          plan coverage.
*********************************
Savings Catcher! Scan with Walmart app
```



**Walmart**

Save money. Live better.

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER STEVE SMITH
( 352 ) 796 - 5996
ST# 3526 OP# 00003749 TE# 6B TR# 05166
SUBTOTAL            0.00
PRODUCT SERIAL # DS1A0911133345
32 LCD TV    060958516377     447.00 X
SUBTOTAL          447.00
WALL MOUNT  079379538058       49.96 X
SUBTOTAL          496.96
TAX 1   6.500 %                 32.31
TOTAL           529.27
MCARD TEND           529.27

ACCOUNT #5840
APPROVAL #031648
TRANS ID -
VALIDATION -
PAYMENT SERVICE - A
CHANGE DUE        0.00

# ITEMS SOLD 2

TC# 5922 0495 2259 9670 0816 5

Find simple tips and earth-friendly
products at walmart.com/green
05/31/09    18:41:09

***CUSTOMER COPY***



**Walmart**

Save money. Live better.

```
            ( 352 ) 796 - 5996
         MANAGER JAYSON TURDIK
               7305 BROAD ST
            BROOKSVILLE FL 34601
STH 03526 OPH 003507 TEH 96 TRH Q0800
PRODUCT SERIAL N 1"W70CAR4651103
55  LED HDTV 004524 01366       698.00 X
3YR SVC PLAN 060533022283        69.00 X
                 SUBTOTAL        767.00
      TAX 1  6.590 %              49.86
                    TOTAL        816.86
               GRAND TEND        650.00

Mastercard    ****  *s ****  5062  I 1
APPRL   L N 043332
REF # 1842000314

AID A000000 041010
TC B1FCA538 00E08FC
TERMINAL # 185607719
*Signature Verified

        02 05/16      15:36:14

        DEBIT TEND       166.86
        CHANGE DUE         0.00


EFT DEBIT       PAY FROM PRIMARY
   166.86  TOTAL PURCHASE
             ***** ***  *** ****101  S
REF # 603600705169
NETWORK ID. 0081 APPR CODE 539736
TERMINAL # HX607719

        02/05/16      15:36:43
```

# ITEMS SOLD 2

```
   TC# 6673 0023 6264 7771 6737 9
```

Low Prices You Can Trust. Every Day.
```
        02/05/16      15:36:45
```

***CUSTOMER COPY***

```
**************************************
        You have purchased an
   Extended Protection Plan administered
   by N.E.W. Please keep your receipt;
   it is required to file a claim and/or
   register your plan.  Full program
   terms and conditions are available
   at checkout registers in this store
             and online at
   www.productassist.com/walmart; Call
   1-877-968-6391 to file a claim
   and/or ask questions regarding
             plan coverage.
**************************************
   Savings Catcher! Scan with Walmart app
```



Welcome to Best Buy #1383
1589 WENDY CT
SP. ING HILL. FL 34607
(352) 200-3478



*102*190838*06*491*              1664 315

1383 065 4433 08/05/17 13:5

5507100   WD50FB2530              299.99
WESTINGHOUSE WD50FB2530 LED FULL-HDTV.
349.99  Was Price
50.00- Sale Discount
Sales Tax              19.50
                                 ---------
                   Subtotal   299.99
                   Sales Tax   19.50
                              ==========
                      Total   319.49

ChirRead USD$    319.49
*72*88XXX*9684
Dtbit - DEBIT
POOL/FRED
Approval 660620
Verified By PIN

MODE: Issuer
AID: A0000000042203
Reference Number: 65513565320543

Other Savings:      50.00
Total Savings:      50.00

My Best Buy
Member ID 4329486293


Learn how to safely unbox your new TV:
BestBuy.com/HandleWithCare

FRED,
Thanks for shopping at Best Buy today!
Your My Best Buy balance as of 06/10/2017
Posted points: 19
Go to BestBuy.com for more info

14-day return period on Phones and Carrier
  Connectable Devices for all customers.

      15-day return period on
         almost everything else.

   Restocking fee applies on select items

    A valid receipt is required for all
   returns. Except where prohibited, we may
  request an ID. ID info may be stored in a
    secure, encrypted database used for
       tracking returns and exchanges.

   Returned items missing packaging or
     accessories are subject to
       a missing item deduction.

For return promise details and a complete
list of exceptions, ask for a policy flyer
    or go to www.BestBuy.com/Returns.

   To learn about our privacy practices
   please visit www.BestBuy.com/privacy.

      Your Customer Service PIN is:
         1383 065 4433 080517

# WAL*MART            Walmart.Com

**Ordered By:**
RAQUEL DEFIGUEIREDO
14531 coronado Dr
Spring hill      FL 34609
USA

**Ship to:**
RAQUEL DEFIGUEIREDO
14531 coronado Dr
Spring hill      FL 34609
USA
3522636108

| Shipment Date | Shipped Via | Tracking # | Order Num |
|---|---|---|---|
| 10/24/17 | FEDEX3P | 411159373202 | 5681775966267 |

| QTY. | ITEN NUMBER | DESCRIPTION | UNIT PRICE | TOTAL PRIC |
|---|---|---|---|---|
| 1 | 0009538578709 | DINING TABLE | $.00 | $.00 |

TC#:

Wal-Mart Associate Please Scan ASN Number

| | |
|---|---|
| SUBTOTAL | $575.00 |
| HANDLING | $.00 |
| ALES TAX | $37.38 |
| ENT TOTAL | $612.38 |

365199445822589979052      0142928031171024

**Thank you for shopping at Walmart.com !**

**Didn't receive your entire order ?**
You may receive your order in separate shipments. If your entire order did not arrive in this shipment, you can track the status of your
order at www.walmart.com/ordertrack.

**Questions about your order ?**
Please visit www.walmart.com/ordertrack for details, or contact us at www.walmart.com/contact. We're happy to answer your
questions, and we're committed to making your shopping experience easy and pleasant.

**Want to make a return ?**
If you are not satisfied with your order, please refer to the Return Information on the back of this invoice or on a separate sheet.

*Previously had a metal table*
*Started turning Black*

WALMART1

# WAL*MART

### Walmart.Com

**Ordered By:**
RAQUEL DEFIGUEIREDO
14531 coronado Dr
Spring hill    FL 34609
USA

**Ship to:**
RAQUEL DEFIGUEIREDO
14531 coronado Dr
Spring hill    FL 34609
USA
3522636108

| Shipment Date | Shipped Via | Tracking # | Order Num |
|---|---|---|---|
| 10/24/17 | FEDEX3P | 411159373213 | 5681775966267 |

| QTY. | ITEN NUMBER | DESCRIPTION | UNIT PRICE | TOTAL PRIC |
|---|---|---|---|---|
| 1 | 0009538578715 | SIDE CHAIR | $.00 | $.00 |

Wal-Mart Associate Please Scan ASN Number

TC#:

3651994458225899790 52

0142928031171024

| | |
|---|---|
| SUBTOTAL | $575.00 |
| HANDLING | $.00 |
| ALES TAX | $37.38 |
| ENT TOTAL | $612.38 |

Thank you for shopping at Walmart.com !

**Didn't receive your entire order ?**
You may receive your order in separate shipments. If your entire order cid not arrive in this shipment, you can track the status of your
order at www.walmart.com/ordertrack.

**Questions about your order ?**
Please visit www.walmart.com/ordertrack for details, or contact us at www.walmart.com/contact. We're happy to answer your
questions, and we're committed to making your shopping experience easy and pleasant.

**Want to make a return ?**
If you are not satisfied with your order, please refer to the Return Information on the back of this invoice or on a separate sheet.

Chairs Started turning black

WALMART1

# WAL*MART

## Walmart.Com

**Ordered By:**
RAQUEL DEFIGUEIREDO
14531 coronado Dr
Spring hill     FL 34609
USA

**Ship to:**
RAQUEL DEFIGUEIREDO
14531 coronado Dr
Spring hill     FL 34609
USA
3522636108

| Shipment Date | Shipped Via | Tracking # | Order Num |
|---|---|---|---|
| 10/24/17 | FEDEX3P | 411159373224 | 5681775966267 |

| QTY. | ITEN NUMBER | DESCRIPTION | UNIT PRICE | TOTAL PRIC |
|---|---|---|---|---|
| 1 | 0009538578715 | SIDE CHAIR | $.00 | $.00 |

| | | |
|---|---|---|
| SUBTOTAL | $575.00 |
| HANDLING | $.00 |
| ALES TAX | $37.38 |
| ENT TOTAL | $612.38 |

TC#:

Wal-Mart Associate Please Scan ASN Number

365199445822589979052     0142928031171024

Thank you for shopping at Walmart.com !

**Didn't receive your entire order ?**
You may receive your order in separate shipments. If your entire order did not arrive in this shipment, you can track the status of your
order at www.walmart.com/ordertrack.

**Questions about your order ?**
Please visit www.walmart.com/ordertrack for details, or contact us at www.walmart.com/contact. We're happy to answer your
questions, and we're committed to making your shopping experience easy and pleasant.

**Want to make a return ?**
If you are not satisfied with your order, please refer to the Return Information on the back of this invoice or on a separate sheet.

# WAL*MART
## Walmart.Com

**Ordered By:**
RAQUEL  DEFIGUEIREDO
14531 coronado Dr
Spring hill        FL  34609
USA

**Ship to:**
RAQUEL  DEFIGUEIREDO
14531 coronado Dr
Spring hill        FL  34609
USA
3522636108

| Shipment Date | Shipped Via | Tracking # | Order Num |
|---|---|---|---|
| 10/24/17 | FEDEX3P | 411159373235 | 5681775966267 |

| QTY. | ITEN NUMBER | DESCRIPTION | UNIT PRICE | TOTAL PRIC |
|---|---|---|---|---|
| 1 | 0009538578715 | SIDE CHAIR | $.00 | $.00 |

TC#:

Wal-Mart Associate Please Scan ASN Number

3651994458225899795052        0142928031171024

| | |
|---|---|
| SUBTOTAL | $575.00 |
| HANDLING | $.00 |
| ALES TAX | $37.38 |
| ENT TOTAL | $612.38 |

Thank you for shopping at Walmart.com !

**Didn't receive your entire order ?**
You may receive your order in separate shipments. If your entire order did not arrive in this shipment, you can track the status of your order at www.walmart.com/ordertrack.

**Questions about your order ?**
Please visit www.walmart.com/ordertrack for details, or contact us at www.walmart.com/contact. We're happy to answer your questions, and we're committed  to making your shopping experience easy and pleasant.

**Want to make a return ?**
If you are not satisfied with your order, please refer to the Return Information on the back of this invoice or on a separate sheet.

WALMARTL