# This Special Warranty Deed

Made the **16** day of **February** A.D. 2007
by **ADAMS HOMES OF NORTHWEST FLORIDA, INC., A FLORIDA CORPORATION**, whose address is: 3000 Gulf Breeze Parkway, Gulf Breeze, Fl. 32563

Doc# 2007012299
Hernando County, Florida
02/21/2007   12:31PM
KAREN NICOLAI, Clerk

RECORDING FEES           $     10.00
DEED DOC STAMP           $  1,514.80
02/21/2007          _____Deputy Clk

hereinafter called the grantor, to
**FRED POOL, an unmarried man and RAQUEL S. DEFIGUEIREDO, an unmarried woman**

whose post office address is:
**14531 Coronado Drive
Spring Hill, FL 34609**

hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of **$ 10.00** and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situated in **Hernando** County, Florida,

Lot 10, Block 849, SPRING HILL UNIT 13, as per plat thereof, recorded in Plat Book 8, Page 84-100, of the Public Records of Hernando County, Florida.

Folio # R32 323 17 5130 0849 0100

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.

**In Witness Whereof,** the said grantor has hereunto set its hand and seal the day and year first above written.

**ADAMS HOMES OF NORTHWEST FLORIDA, INC.**

*Signed and Sealed in Our Presence:*
By:_____
Wayne Adams
Its President

3000 Gulf Breeze Parkway
Gulf Breeze, Florida 32563

(Corporate Seal)

Witness Print Name: **Daphne J. Fincher**

Witness Print Name: **GLENN H. SCHNEITER**

State of Florida
County of Santa Rosa

The foregoing instrument was acknowledged before me this ~~January~~ **February 16**, 2007, by Wayne Adams, the President of **ADAMS HOMES OF NORTHWEST FLORIDA, INC**, A corporation existing under the laws of the State of Florida, on behalf of the corporation.

He/She is personally known to me or has produced a driver's license as identification.

_____(Sea
Notary Public
Notary Printed Name: **Daphne J. Fincher**
My Commission Expires:: **8/4/10**

DAPHNE J. FINCHER
MY COMMISSION # DD 560449
EXPIRES: August 4, 2010
Bonded Thru Notary Public Underwriters

Prepared by: Kristy Konescny
Paramount Title Corporation,
2155 Mariner Blvd.
Spring Hill, FL 34609
File Number: 05F7344H