Prepared by
Jaimee Hartnett, an employee of
First American Title Insurance Company
201 S.W. Port St. Lucie Blvd., Suite 205
Port St. Lucie, Florida 34984
(772) 878-8700

Return to: Grantee

File No.: 1081-892558



CFN 2005344134    09-23-2005 01:36 pm
OR Book/Page:  5539 / 0126

Scott Ellis
Clerk Of Courts, Brevard County
#Pgs: 2        #Names: 3
Trust: 1.50    Rec: 17.00    Serv: 0.00
Deed: 1,472.10              Excise: 0.00
Mtg: 0.00                   Int Tax: 0.00

## CORPORATE WARRANTY DEED

This indenture made on **September 08, 2005** A.D., by

**Craftsmen Builders, Inc., a Florida Corporation**

whose address is: **201 SW Port St. Lucie Blvd. Suite 108**, Port St. Lucie, FL 34984
hereinafter called the "grantor", to

**Leslie I. Porciuncula and Olivia E. Porciuncula, husband and wife**

whose address is: **1052 Camino Miel**, Chula Vista, CA 91910
hereinafter called the "grantee":

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **Brevard** County, **Florida**, to-wit:

**Lot 25, Block 1067 of PORT MALABAR UNIT NINETEEN, according to the plat thereof as recorded in Plat Book 15, Pages 120 through 128, of the Public Records of Brevard County, Florida.**

Parcel Identification Number: **29-36-01-25-01067.0-0025.00**

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Page 1 of 2
1081 - 892558

Craftsmen Builders, Inc., a Florida Corporation

CFN 2005344134
OR Book/Page: 5539 / 0127

_____
By: Anthony J. Bruscino, President

(Corporate Seal)

Signed, sealed and delivered in our presence:

_____
Witness Signature

Print Name: Jaimee Hartnett

_____
Witness Signature

Print Name: Dorenda Garcia

State of **Florida**

County of **St. Lucie**

**THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED** before me on **September 08, 2005**, by **Anthony J. Bruscino, as President , and , as   on behalf of Craftsmen Builders, Inc., a Florida Corporation,**  existing under the laws of the State of **Florida**, who is/are personally known to me or who has/have produced a valid drivers license as identification.

16th JH

_____
NOTARY PUBLIC

Jaimee Hartnett
_____
Printed Name of Notary
My Commission Expires: _____

JAIMEE HARTNETT
Notary Public - State of Florida
My Commission Expires Mar 12, 2007
Commission # DD 354959
Bonded By National Notary Assn.

Page 2 of 2
1081 - 892558