Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| File No. _____ |
| Date Received: |
| _____ |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin        , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: Glenn                    T        Price
_____
First Name                    M.I.    Last Name                          Suffix

_____
Co-Claimant First Name (if applicable)    M.I.    Last Name                          Suffix

_____
Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

1751 Bobcat Trail
Address 1

North Port                                                    FL              34288
City                                                          State           Zip Code
                                                                              Address 2

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:        Glenn              T      Price
                             First Name        M.I.   Last Name                Suffix

Mailing Address (if different):

                             Address 1                                         Address 2

                             City                             State            Zip Code

Phone Number of Person Completing This Form: ( 941 ) 855 - 0047

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 2 / 9 / 2009

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 4 / 1 / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 9 / 2014

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____/_____/_____
                  Month      Day       Year

Docket No.:  _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                 Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                 Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? ~~No~~ *PARTIAL*

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
*Sept - Dec 2014*

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): *All Phase Construction*

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

*Master Bedroom, Bath, Kitchen Living Room, Laundry, 3 Bedrooms and 2 Baths not Done*

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ *85,000*

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☑ Yes ☐ No

If you have preserved samples, where are the samples located?

_IN HOUSE_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☑ Yes ☐ No

If you have preserved samples, where are the samples located?

_IN my House_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☑ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☑ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☑ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ _5,500.00_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ _385,000_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

***Section IX. Verification of Supplemental Plaintiff Profile Form***

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____        03/20/2018
Claimant's signature                                               Date signed

Name:        Glenn T Price

Address:     1751 Bobcat Trail
             Address 1                          Address 2
             North Port              FL         34288
             City                    State      Zip Code

Phone No.: ( 941  ) 855   - 0047

Email:       gprice@gasparillainn.com

7

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$385,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.  This figure also includes damaged personal property and home repair directly attributable to the gasses produced by the defective sheetrock.

| | |
|---|---|
| Contractor | $ 31,394.07 |
| Floor | $ 3,437.50 |
| Tile | $ 5,413.34 |
| Countertops | $ 8,169.59 |
| Drywall | $ 6,950.00 |
| Paint | $ 1,550.27 |
| Appliances | $ 8,398.71 |
| Cabinets | $ 17,439.00 |
| Shutters | $ 1,874.64 |
| | |
| | $ 84,627.12 |

All Phase Homes, Inc.
2070 Illinois Ave
Englewood, FL 34224

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/5/2014 | 998206 |

**Bill To**

Glen Price

| Terms | Project |
|-------|---------|
| | |

| Description | Amount |
|-------------|--------|
| Labor to date, 356 hrs @ $2... | 8,900.00 |
| Permitting and plans | |
| Materials | |

GLENN T PRICE   11-98
YVETTE PRICE
PO BOX 1305   (941) 855-0047
BOCA GRANDE, FL 33921

2893
67-448/539 SC
0473

11/24/18

Pay to the
Order of   All Phase

Ten thousel eight al 43/100

$10,008 43

Bank of America
ACH R/T 053904483

Wealth Management Banking

# 998206

⑈053904483⑈ 000769187277⑈ 2893

| | |
|---|---|
| **Total** | $10,008.43 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,008.43 |

Please submit your payment to 2070 Illinois Ave Englewood FL 34224.

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 941-474-0903 | 941-473-0763 | allphasemill@verizon.net |

All Phase Homes, Inc.
2070 Illinois Ave
Englewood, FL 34224

# Invoice

Invoice #

0143

**Bill To**

Glen Price

---

GLENN T PRICE
YVETTE PRICE
PO BOX 1305   (941) 855-0047
BOCA GRANDE, FL 33921

2911
67-448/539 SC
0473

4/13/15

Pay To The Order of _All Phase Homes_      $ 30,385.64

_Thirty thousand three hundred eighty five 64/100_      Dollars

**Bank of America**
ACH R/T 053904483

Wealth Management Banking

_1751 Bobcat Trail_

⌖055904483⌖ 000789187277⌖ 2911

| | Terms | Project |
|---|---|---|
| | | |

| Description | Amount |
|---|---|
| Framing labor hours, 55 at cost | 1,245.43 |
| Trim labor hours, 203 at cost | 5,238.00 |
| Dan M. supervisor and labor hours, 35.5 at cost | 840.98 |
| Dump fees at cost | 1,735.77 |
| Drafting, plans, prints: TA Krebs | 750.00 |
| POD storage at cost | 611.92 |
| APCMS invoices | 2,548.74 |
| Home Depot receipts | 93.44 |
| Kimal receipts | 558.69 |
| Calkins Gas | 162.50 |
| Grande Aire Services | 1,155.80 |
| Michael J Looney, electric | 6,978.00 |
| Five Star Plumbing | 6,600.37 |
| Lemon Bay Glass | 1,866.00 |

| | **Total** | $30,385.64 |
|---|---|---|

Please submit your payment to 2070 Illinois Ave Englewood FL 34224.

| | **Payments/Credits** | $0.00 |
|---|---|---|

| | **Balance Due** | $30,385.64 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 941-474-0903 | 941-473-0763 | allphasemill@verizon.net |

# INVOICE

**From**   **MPH Flooring Inc.**

**Client**   **Glenn Price**

| | |
|---|---|
| Invoice Number | 65 |
| Date | December 18, 2014 |
| Due Date | December 25, 2002 |
| Balance Due | **$5,413**34 |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Mike labor | 60.5 | $40 | $2,420 |
| Marcos labor | 60.5 | $40 | $2,420 |
| Materials purchased | 1 | $573 34 | $573 34 |

| | |
|---|---|
| Subtotal | $5,413 34 |
| Tax | $0 (0 %) |
| Total | $5,413 34 |
| Amount Paid | $0 |



**Tocar Construction and Drywall, Inc.**

18260 Paulson Drive, Unit A-2
Port Charlotte, FL  33954

Phone #   941-764-7874        tocarconstruction@gmail.com
Fax #      941-764-7875

Credit Memo

| Date | Credit No. |
|---|---|
| 11/25/2014 | 12-2804 |

**Customer**

Glenn T. Price
Yvette Price
P.O. Box 1305
Boca Grande, FL 33921

| P.O. No. | Project |
|---|---|

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Refund for over payment of Invoice #12-2803 dated 11/15/2014.  Thank you for your check.<br>Reference:  1751 Bobcat Trail | | 50.00 | -50.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $-50.00 |
| **Invoices** | $0.00 |
| **Balance Credit** | $-50.00 |

# Invoice



| Date | Invoice # |
|------|-----------|
| 12/2/2014 | 1041 |

SunMAC Stone Specialists, Inc.
6490 Metro Plantation Rd.
Fort Myers, FL  33966
Phone: 239-313-6537  Fax: 239-313-6815

**Bill To**

Bergeron Custom Homes
P.O. Box 3312
Placida, Fl 33946

**Job Name**

Glenn Price

| Quantity | Description | Rate | Amount |
|---------|-------------|------|--------|
| | ***Sills / seat / caps*** | | |
| 20.2 | Cambria Quartz Torquay - Includes Material, Template, Fabrication and Install no cutuout | 56.50 | 1,141.30 |
| 1 | Pencil edge | 0.00 | 0.00 |
| | Minimum charge to cover the cost of slab: 30 sq ft | | |
| | ***KITCHEN*** | | |
| 101.41 | Cambria Quartz - Includes Material, Template, Fabrication and Install No backasplash | 56.50 | 5,729.67 |
| 2 | Undermount Cutout | 100.00 | 200.00 |
| | Standard Edges: Pencil | 0.00 | 0.00 |
| | Sinks supplied by client | | |
| 1 | Oversized island charge | 200.00 | 200.00 |
| 1 | SS SINK (SIS-104) ARA | 125.00 | 125.00 |
| 1 | SS SINK (SIS-106) BAR | 75.00 | 75.00 |
| | ***BATH*** | | |
| 7.54 | Cambria Quartz - Includes Material, Template, Fabrication and Install | 56.50 | 426.01 |
| 2.17 | 4 1/2 " Backsplash *Same color as countertops | 56.50 | 122.61 |
| 2 | Drop In Cutout | 75.00 | 150.00 |
| | Standard Edges: Pencil | 0.00 | 0.00 |
| | Sinks supplied by client | | |

| | |
|---|---|
| **Total** | $8,169.59 |
| **Payments/Credits** | -$1,695.00 |
| **Balance Due** | $6,474.59 |

**Tocar Construction and Drywall, Inc.**

18260 Paulson Drive, Unit A-2
Port Charlotte, FL  33954

| Date | Invoice # |
|------|-----------|
| 11/25/2014 | 12-2803 |

**PAID**
**11/25/2014**

| Bill To |
|---------|
| Glenn T. Price |
| Yvette Price |
| P.O. Box 1305 |
| Boca Grande, FL  33921 |

| Terms |
|-------|
| Due on receipt |

| Project |
|---------|
| |

| Description | Amount |
|-------------|--------|
| REFERENCE:  1751 Bobcat Trail | 6,950.00 |
| | |
| Provide labor and material to complete drywall work as follows: | |
| | |
| 1.  Ceilings figured with 1/2" liteweight board. | |
| 2.  Walls figured with 1/2" liteweight board. | |
| 3.  Exterior Ceilings not figured. | |
| 4.  Shower walls figured with 1/2" durock to 8' height. | |
| 5.  All drywall to be taped and finished. | |
| 6.  Ceiling texture to be knockdown. | |
| 7.  Wall texture to be knockdown. | |
| 8.  Ceiling Heights are10' flat. | |
| 9.  Scrap to be placed outside and hauled by others. | |

All work is complete!

**Total** $6,950.00

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 941-764-7874 | 941-764-7875 | tocarconstruction@gmail.com |

A & E Paints
2160 El Jobean Rd.
Port Charlotte FL 33948
(941) 624-4111

## STATEMENT

| Statement Date | Account | Page |
|---|---|---|
| 7/31/2015 | GLENNPRICE | 1 |

Glenn Price
1751 Bobcat Trace
North Port, FL    00000

**Terms : TERMS**

| Date | Reference | Description | PO Number | Amount | Balance |
|---|---|---|---|---|---|
| 6/19/2015 | A0026767 | Invoice | GASP DON | $359.52 | $359.52 |
| 6/26/2015 | A0027073 | Invoice | GLEN PRICE | $101.11 | $460.63 |
| 7/11/2015 | A0027619 | Invoice | GLENN PRICE | $33.71 | $494.34 |
| 7/20/2015 | A0027911 | Invoice | PRICE | $101.11 | $595.45 |

| Outstanding Invoices | |
|---|---|
| Reference | Amount |
| A0026767 | $359.52 |
| A0027073 | $101.11 |
| A0027619 | $33.71 |
| A0027911 | $101.11 |



GLENN T PRICE   11-98
YVETTE PRICE
PO BOX 1305   (941) 855-0047
BOCA GRANDE, FL 33921

2918
67-448/539 SC
0473

8/5/15

Pay to the Order of   A & E Paints   $ 595 45

Five hudred naty five & 45/10   Dollars

Bank of America
ACH R/T 053904483

Wealth Management Banking

⑆053904483⑆ 000769187277⑆ 2918

|  | Current | Over 30 | Over 60 | Over 90+ | Total |
|---|---|---|---|---|---|
| **Amount** | $134.82 | $460.63 | $0.00 | $0.00 | $595.45 |

| Total | $595.45 |
|---|---|

**Please Remit**
*Grand Opening new store 8-20 from1-6*

**FROM**

A & E Paints
2160 El Jobean Rd.
Port Charlotte FL 33948
Phone: (941) 624-4111  Fax: (941) 624-4151

**Sale**

| Number | Date | Page |
|--------|------|------|
| A0027290 | 7/2/2015 | 1 |

**SOLD TO**

**GLENNPRICE**
Glenn Price
1751 Bobcat Trace
North Port FL 00000

| Phone | Fax | Clerk | Terms | PO Number | Required | Delivery |
|-------|-----|-------|-------|-----------|----------|----------|
|  |  | 007 | TERMS |  |  | Pick Up |

| Item Number | Description | Quantity | U/M | Tax | Unit Price | Extension |
|-------------|-------------|----------|-----|-----|-----------|-----------|
| N4481X-001 | ULTRA SPEC EXT SATN-BASE 1 -- GAL | 2 | GAL | Y | 31.50 | 63.00 |
|  | Color: EXT BODY |  |  |  |  |  |
|  | Color: GEORGIAN SILVER |  |  |  |  |  |

GLENN T PRICE
YVETTE PRICE          11-98
PO BOX 1305   (941) 855-0047
BOCA GRANDE, FL 33921

2914
57-448/539 SC
0473

7/2/15

A & E Paint

Sxty seven a 41/100                    $ 67.41

Bank of America

ACH R/T 053904483

Wealth Management Banking

A 0027290

⑆053904483⑆ 0007691872771⑈ 2914

RECEIPT NEEDED FOR REFUND OR EXCHANGE
RESTOCKING CHARGES ON CUSTOM ORDERS

| | | |
|--|--|--|
| | | $63.00 |
| Sales Tax | | $4.41 |
| **Total** | | **$67.41** |
| Account Charges | | $67.41 |

A0027290

Signature : _____

Print Name : _____

A & E Paints
2160 El Jobean Rd.
Port Charlotte FL 33948
(941) 624-4111

## STATEMENT

| Statement Date | Account | Page |
|---|---|---|
| 1/31/2015 | GLENNPRICE | 1 |

Glenn Price
1751 Bobcat Trace
North Port, FL   00000

**Terms : TERMS**

| Date | Reference | Description | PO Number | Amount | Balance |
|---|---|---|---|---|---|
| | | | | $56.39 | $56.39 |
| 12/19/2014 | 00019225 | Invoice | | $31.02 | $87.41 |
| 12/27/2014 | 00019395 | Invoice | DON POWELL | | |

| Outstanding Invoices | |
|---|---|
| Reference | Amount |
| 00019225 | $56.39 |
| 00019395 | $31.02 |



| | Current | Over 30 | Over 60 | Over 90+ | Total |
|---|---|---|---|---|---|
| **Amount** | $0.00 | $87.41 | $0.00 | $0.00 | $87.41 |

| Total | $87.41 |
|---|---|

**Please Remit**

*SMALL INCREASE OF PRICES MARCH 1*

GRANDE AIRE SERVICES, INC.
PO BOX 743
BOCA GRANDE FL 33921
TEL. (941) 964-1142

Invoice #:   326071
Invoice Date: 01/16/15

Re: Service Performed At
GLENN & YVETTE PRICE
1751 BOBCAT TRAIL
NORTHPORT FL 34287

GLENN & YVETTE PRICE
1751 BOBCAT TRAIL
NORTH PORT FL 34287

Site # : 21795-001
Acct # : 21795
BATCH  :

| W.O. Date 12/19/14 | Call Slip # 326071 | P.O.  # | Salesman | Terms 30 | Contract # 17750 |
|---|---|---|---|---|---|

### DESCRIPTION
=============

2 S/S SHEETS 24GA X48 X 120
1 SRT366 WOLF RANGE
1 WPP9E42SB BEST BY BROAN 42" HO
1 ILB9 BEST INLINE BLOWER 800CFM
1 MC29 WOLD CONV. MICROWAVE
1 811066 WOLF E-SERIES M/W TRIM
1 DELIVERY

Furnish appliances for the kitchen remodel.

MATERIAL

LABOR      8398.71

----------

L  $    8,398.71

GLENN T PRICE    11-98
YVETTE PRICE
PO BOX 1305  (941) 855-0047
BOCA GRANDE, FL 33921

2854
67-448/539 SC
0473

1/27/16

Grade Aire                    $  8398 71

Eight thous this hubd niaty eight  al 71/100     Dollars

Bank of America
ACH R/T 053904483

Wealth Management Banking

326071

053904483  000769187277  2854



Busy Bee Cabinets, Inc.
2845 Commerce Parkway
North Port, FL 34289
Phone: 941-426-5656
Fax: 941-423-6969
www.busybeecabinets.com



$/ 8369^{00}$

**October 28, 2014**

TO: Glenn & Yvette Price       JOB: Price Residence
    Phone: 941.286.1935/941.855.0047       1751 Bobcat Tr.
    Email: hello@yvettepriceevents.com       North Port, FL 34287

# REVISED PROPOSAL

**Gemstone Cabinets-**Custom square frame paint grade door TW10 door style with ME edging
- ALL WOOD cabinet construction
- Matching five piece square frame drawer
- Sides are Birch wood veneered ¾" plywood
- Clear coat finish interiors
- Full-overlay doors & drawer fronts
- Wood dovetail drawer box construction with full extension soft close undermount drawer slides

## KITCHEN CABINETS
Hard Maple w/Designer White colortone 15% (kitchen)
Hard Maple w/Hearthstone Grey colortone 15% (kitchen island)
(1) Refrigerator panel
(1) Double oven cabinet
(2) 24" wide Pantry cabinet
Extended upper cabinets above refrigerator, double oven, and pantry cabinets to flush all doors
"Lite cabinets" provided _without_ glass door fronts
Square molding included where shown @ upper cabinets
Furniture molding around island base
(1) Microwave opening in island
Bookshelf cabinet on end of island
Under sink u shaped chrome pullout w/soft close
Heavy duty mixer lift w/wood surface (silver powder coat)
Foil rack (chrome)
Double Tiered wood cutlery drawer system

TO: Glenn & Yvette Price                          JOB: Price Residence
      Phone: 941.286.1935/941.855.0047              1751 Bobcat Tr.
      Email: hello@yvettepriceevents.com            North Port, FL 34287

(4) Drawer peg systems
Trash pullout cabinet
*Upgraded bar pulls* throughout kitchen
**$16,165.00**

## BAR CABINETS
Upper cabinets with "one lite" glass door fronts (clear glass)
Square molding included where shown @ upper cabinets
Quad stemware holder (12) glasses
**$2,469.00**

**River Run Cabinetry-**Desoto door style in white
•ALL WOOD cabinet construction
•Solid Birch wood face frames & door frames
•Sides are Birch wood veneered ½" plywood
•Clear coat finish interiors
•Full-overlay doors & drawer fronts
•Wood dovetail drawer box construction with full extension soft close
  undermount drawer slides

## MASTER BATH CABINETS
Cabinets as per layout
**$1,274.00**

***NOTES:*** All pluming and electrical work by others
            Kitchen sink plumbing to be moved per cabinet layout
            Upper cabinets in bar area to start at 66" AFF
            All Quartz countertops by others
            Kitchen sink to be undermounted
            Bar and master bath sinks to be top mount

**A 50% DEPOSIT IS REQUIRED UPON ACCEPTANCE OF THIS CONTRACT
REMAINING BALANCE IS DUE UPON COMPLETION**

## LEAD TIME
4-5 Weeks from initial deposit

### *ALL PRICES ABOVE INCLUDE INSTALLATION*
**Proposal prepared by:**    *Vince Baginski*

SIGNATURE OF PURCHASER_____ DATE_____

Page 2 of 2

UpRight Installations of S.W. Florida

# Invoice

264 Mariner Lane
Rotonda West, FL 33947

| DATE | INVOICE # |
|------|-----------|
| 12/15/2014 | 2497 |

**BILL TO**

Glenn Price
1751 Bobcat Tr.
North Port, Fl.

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | 2 poly-white shutters w/ 3.5 " louvers | 648.00 | 648.00 |
| 1 | sales tax | 45.36 | 45.36 |

**GLENN T PRICE** 11-98
**YVETTE PRICE**
PO BOX 1305  (941) 855-0047
BOCA GRANDE, FL 33921

2899
67-448/539 SC
0473

1/5/12

Pay To The Order Of *UpRight Installations*                    $ 693 36

*Six hundred ninety three and 34/100*                    Dollars

**Bank of America**
ACH R/T 053904483

**Wealth Management Banking**

For 1751 Bobcat

⑆053904483⑆ 000769187277⑈ 2899

| | | | **Total** | $693.36 |
|--|--|--|----------|---------|

Price

UpRight Installations of S.W. Florida

**Invoice**

264 Mariner Lane
Rotonda West, FL 33947

| DATE | INVOICE # |
|------|-----------|
| 2/2/2015 | 2546 |

**BILL TO**

Glenn Price
1751 Bobcat Tr.
North Portl, Fl.

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|          |       |         |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | poly-white shutter w/3.5" louvers | 1,104.00 | 1,104.00 |
| 1 | sales tax | 77.28 | 77.28 |



GLENN T PRICE   11-98
YVETTE PRICE
PO BOX 1305   (941) 855-0047
BOCA GRANDE, FL 33921

2904
67-448/530 SC
0473

2/20/15

Pay To The
Order of  Up Right Install                      $ 1181 28

One thousand one hundred eight one and 28/100         Dollars

Bank of America
ACH R/T 053904483

Wealth Management Banking

1751 Bobcat Trail

⑆053904483⑆ 000789187277⑆ 2904

Harland Clarke

Price

**Total**   $1,181.28