RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2009020783 2 PGS
2009 FEB 20 01:56 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
FMILLER Receipt#1136585

Doc Stamp-Deed:     2,660.00

This instrument prepared by:
Timothy A. Knowles, Esquire
Porges, Hamlin, Knowles & Prouty, P.A.
Post Office Box 9320
Bradenton, Florida 34206
File No.: 9563-66
Sales Price: $380,000.00



2009020783

## <u>WARRANTY DEED</u>

**This Warranty Deed** made and executed as of the 19th day of February, 2009 by CARGOR PARTNERS, IV - BOBCAT LC, a Florida limited liability company and having its principal place of business at 2212 58th Avenue East, Bradenton, FL 34203, hereinafter called the Grantor, to Glenn T. Price and Yvette Price, husband and wife, hereinafter called the Grantee, whose post office address is 1751 Bobcat Trail, North Port, FL 34288.

**Witnesseth:** That the Grantor, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, by these presents does grant, bargain, sell, alien, remise, release and confirm unto the Grantee, all that certain land situated in Sarasota County, Florida, viz:

Lot 1, Block N, BOBCAT TRAIL, according to the Plat thereof, recorded in Plat Book 39, Page 21, of the Public Records of Sarasota County, Florida.

Parcel Identification Number: 1141-17-1401

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and To Hold**, the same in fee simple forever.

**And** the Grantor hereby covenants with said Grantee that it is lawfully seized of said land in fee simple; that it has good and lawful authority to sell and convey said land; that it hereby Fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except real estate taxes for the year 2009 and subsequent years and all valid easements, restrictions and reservations of record.

**In Witness Whereof**, the Grantor has caused these presents to be executed in its name and its corporate seal to be hereunto affixed, by its proper officer thereunto duly authorized, the day and year first above written.

DoubleTime®

Signed, sealed and delivered in our presence:

CARGOR PARTNERS, IV - BOBCAT LC,
a Florida limited liability company

By: BUCKEYE MANAGER, INC.,
    a Florida Corporation, Manager

Print Name: Rachael Parrish

By: _____
    Charles Tokarz,
    Vice President-Real Estate

Print Name: PATRICIA DePaLMA

STATE OF FLORIDA
COUNTY OF  MANATEE

    The foregoing instrument was acknowledged before me this 12th day of February, 2009, by Charles Tokarz, as Vice President-Real Estate of BUCKEYE MANAGER, INC., a Florida Corporation as Manager of CARGOR PARTNERS, IV - BOBCAT LC., a Florida limited liability company, on behalf of the company.  He  is personally known to me.



PATRICIA A. DE PALMA
MY COMMISSION # DD 651199
EXPIRES: June 19, 2011
Bonded Thru Budget Notary Services

_____
Notary Public

_____
(Type or Print Notary Name Here)
Notary Commission No.:_____

My Commission Expires: