3448754 OR: 3615 PG: 0679
RECORDED in OFFICIAL RECORDS of COLLIER COUNTY, FL
07/28/2004 at 03:05PM DWIGHT E. BROCK, CLERK
CONS        50900.00
REC FEE        18.50
DOC-.70       356.30

Prepared by
Wendi Heydolph, an employee of
Island Title Guaranty Agency
6300 Trail Boulevard
Naples, Florida 34108
(239) 597-1577

Retn:
ISLAND TITLE GUARANTY AGENCY I
PICK UP

Return to: Grantee

File No.: 2125-547619

# WARRANTY DEED

This indenture made on **June 28, 2004** A.D., by

**Robert Eugene Offutt and Ray Michael Offutt, an undivided one half interest each**

whose address is: **2765 Casner Road, Madisonville, KY 42431**
hereinafter called the "grantor", to

**Mark George Rigopoulos and Sheri Lynn Rigopoulos, husband and wife**

whose address is: **255 Armiger Rd, Huntington, MD 20639**
hereinafter called the "grantee":

(Which terms "Grantor" and "Grantee" shall include singular or plural, corporation or individual, and either sex, and shall include heirs, legal representatives, successors and assigns of the same)

**Witnesseth**, that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **Collier** County, **Florida**, to-wit:

**The West 105 feet of Tract 49, GOLDEN GATE ESTATES UNIT 71, according to the Plat thereof as recorded in Plat Book 5, Page 7, of the Public Records of Collier County, Florida.**

Parcel Identification Number: **40356080006**

**The land** is not the homestead of the Grantor under the laws and constitution of the State of Florida and neither the Grantor nor any person(s) for whose support the Grantor is responsible reside on or adjacent to the land.

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

Page 1 of 2
2125 - 547619

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31st of 2003.

**In Witness Whereof,** the grantor has hereunto set their hand(s) and seal(s) the day and year first above written.

_____              _____
Robert Eugene Offutt                    Ray Michael Offutt

Signed, sealed and delivered in our presence:

_____              _____
Witness Signature                       Witness Signature

Print Name: Lars Gentry                 Print Name: Marcy Fechtig

State of ~~Florida~~

County of ~~Collier~~

**The Foregoing Instrument Was Acknowledged** before me on **June 28, 2004**, by **Robert Eugene Offutt and Ray Michael Offutt, an undivided one half interest each** who is/are personally known to me or who has/have produced a valid driver's license as identification.

_____
NOTARY PUBLIC

OFFICIAL SEAL
LLOYD V. STILLS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-28-2007

LLOYD V. STILLS
Notary Print Name
My Commission Expires: 1-28-2007