Supplemental Plaintiff Profile Form – Residential and Commercial Properties

|                        |
|------------------------|
| For Internal Use Only  |
| File No.               |
|                        |
| **Date Received:**     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall    MDL NO. 2047
Products Liability Litigation           SECTION: L
                                        JUDGE FALLON
This Document Relates to:               MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La.)

---

    This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

    The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

    The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

    All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Byron        W       Robbins
                  First Name   M.I.    Last Name            Suffix

                  Fern         L       Robbins
                  Co-Claimant First Name (if applicable)   M.I.   Last Name   Suffix

                  Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

421 Chelsea Place Avenue
Address 1

Ormond Beach          FL          32174
City                  State       Zip Code

Is the Property residential or commercial? Residential

Name of Person Completing this Form: Byron   W   Robbins
First Name   M.I.   Last Name   Suffix

Mailing Address (if different):

Address 1                         Address 2

City                  State       Zip Code

Phone Number of Person Completing This Form: (856) 305 - 2766

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 5 / 8 / 2017

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ___ / ___ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 1 / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ___ / ___ / ___

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
              Month   Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: ____/____/____
Month  Day  Year

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: ____/____/____
Month  Day  Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

### Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 64,609.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature: *Byron W. M____*     Date signed: 3/29/18

Name: Byron W. Robbins

Address: 421 Chelsea Place Ave
Ormond Beach, FL 32174

Phone No.: (856) 305-2766

Email: bwfl@comcast.net

# **Exhibit**

### Additional Evidence of Chinese Drywall on Property

Notes:

See receipt from HVAC company.  Our second HVAC unit wasn't working properly.  See in recommendations section the following comment:
   "Problems strongly could be related to causes in wiring from Chinese sheetrock"

Also see photographs of surround speaker wires hanging out of wall in our living room

### Loss of use and/or loss of enjoyment

Stress was caused from not knowing the truth about the presence of Chinese Drywall in our home.  This caused us months of sleepless nights (April/May of 2017) and January to present (3/29/18).  We were on a regimen of various over the counter sleep aids.  Fern (Robbins) also took 0.5 mg of Lorazepam as per her doctor.  Loss of enjoyment $50,000

### Personal Property Damaged to be replaced

Professional series over the range counter micro wave. Replacement $629
   (presently does not work)

Double electric convection wall oven.  Replacement $2,339
   (only partially works)

Garage door opener. Replacement $188
   (only partially works)

Surround sound system $3,110. (Wires corroded)

B. Pg1

## Personal Property Damaged replaced or repaired

Bosch dishwasher  $943

5 ton. HVAC unit  $7,000

Repair of 3 ton HVAC.  $400

Total  $64,609

This total does not include cost of remediation of approximately 10,000 sg feet of Chinese drywall and electrical and plumbing repairs.  COST????

B   pg 2

speaker wires in living room
ends corroded - see black



Speaker wires in living room ends corroded - see black



Case 2:09-md-02047-EEF-MBN Document 22658-55 Filed 03/26/20 Page 12 of 19

Shop Frigidaire Professional 1.8-cu ft Over-the-Range Convection Mic...of Stainless Steel) (Common: 30-in; Actual: 29.875-in) at Lowes.com    3/29/18, 5:41 PM

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >



Open until 10PM!
Ormond Beach Lowe's

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

Item # 669030  Model # FPBM3077RF

### Frigidaire Professional 1.8-cu ft Over-the-Range Convection Microwave with Sensor Cooking Controls (Smudge-Proof Stainless Steel) (Common: 30-in; Actual: 29.875-in)

$**629.00** Was $699.00

**SAVE 10% thru 04/04/2018**

- 1.8-cu ft capacity and a 14.18-in turntable ensure even cooking and provide room to…
- 1050-watts provides the power to heat everything from hot chocolate to casseroles
- Smudge-Proof™ stainless steel exterior reduces fingerprints, making it easier to…


544 Ratings
★★★★½
4.5 Average

87%
Recommend this product


Community Q&A
**View Now**

**Lowe's Extended Protection Plans**

| 5 YEAR: $119.97 | 3 YEAR: $79.97 |



Ships to Store FREE

 Ready for pickup: Estimated by 04/19/2018

FREE Delivery

 Ready for delivery: Estimated on 04/19/2018

Shop Whirlpool Self-Cleaning Convection Double Electric Wall Oven (Stainless Steel) (Common: 30 Inch; Actual: 30-in) at Lowes.com 3/29/18, 5:39 PM

Case 2:09-md-02047-EEF-MBN   Document 22658-55   Filed 03/26/20   Page 13 of 19

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >



Open until 10PM!
Ormond Beach Lowe's ˅

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

Item # 489713 Model # WOD93EC0AS

# Whirlpool Self-Cleaning Convection Double Electric Wall Oven (Stainless Steel) (Common: 30 Inch; Actual: 30-in)

 323 Ratings
★★★★☆
4.0 Average

79% Recommend this product

 Community Q&A
**View Now**

$**2,339.00** Was $2,599.00

SAVE 10% thru 04/04/2018

- AccuBake Temperature Management System surrounds food with even…
- True convection cooking system delivers exceptional results and faster baking on…
- Rapid preheat option preheats the oven 25% faster and saves time and energy

**Manufacturer Color/Finish**

| Stainless Steel ˅ |

**Common Oven Size**

| 30 Inch ˅ |

**Lowe's Extended Protection Plans**

| 5 YEAR: $229.97 | 3 YEAR: $129.97 |




Includes oven only; Installation available for additional fees; Contact local store for availability

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >



Open until 10PM!
Ormond Beach Lowe's

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

Item # 737050 Model # 7055-TKV

## Genie 1.25-HP Ultra Quiet, Stealthdrive Belt Drive Garage Door Opener with Battery Back-Up

**166 Ratings**
★★★★½
4.5 Average

**94%**
Recommend this product


Community Q&A
**View Now**

$**188.00**

- Integrated backup battery operates opener when your power goes out
- Belt drive provides maximum quiet for garage located near living areas
- Pre-programmed remotes are ready to use with no programming necessary

**Lowe's Replacement Plans**

| 1 YEAR: $19.97 | 2 YEAR: $24.97 |




**FREE Store Pickup**

🚚
**Shipping & Delivery**

✓ 4 available today at Ormond Beach Lowe's!

✓ Available!

https://www.lowes.com/pd/Genie-1-25-HP-Ultra-Quiet-Stealthdrive-Belt-Drive-Garage-Door-Opener-with-Battery-Back-Up/50426250

Page 1 of 4

**LOWE'S**

*Bosch Dishwasher replacement*

# CUSTOMER COPY

## INSTALLATION SERVICES CUSTOMER CONTRACT - APPL - DISHWASHERS

| | |
|---|---|
| LOWE'S OF ORMOND BEACH, FL, STORE # 742 | STORE PHONE: (386) 671-9112 |
| 1340 WEST GRANADA BLVD | SALESPERSON: PHILLIP SOLANO JR. |
| ORMOND BEACH, FL 32174-5917 | SALESPERSON ID: 1628870 |
| | Document Print Date : 11/27/2017 |

This is only a Quote for the merchandise and services printed below. This becomes an agreement upon payment and issuance of a Lowe's receipt, upon which the entire agreement, including the specifically completed pages of this document, the Terms and Conditions included with this document, the applicable portion(s) of Lowe's receipt, and any other addenda or attachments hereto, shall be referred to herein as this "Contract."

**PLEASE READ THIS ENTIRE DOCUMENT, INCLUDING THE "TERMS AND CONDITIONS," BEFORE SIGNING.**

Lowe's Registration or Contractor License Number / Lowe's Contractor Name

Florida Contractor License Number CGC1508417

### SOLD

| Customer Name | BYRON ROBBINS | | |
|---|---|---|---|
| Customer Address | 421 CHELSEA PL DR | | |
| City | ORMOND BEACH | State / Province | FL |
| | | Zip / Postal Code | 32174 |
| | | Home Phone | 856-305-2766 |
| | | Other Phone | |

### TO

| Installation Address | 421 CHELSEA PL DR | | |
|---|---|---|---|
| Installation City | ORMOND BEACH | Installation State/Province | FL |
| | | Installation Zip/Postal Code | 32174 |

## MERCHANDISE AND INSTALLATION SUMMARY

### MERCHANDISE SUMMARY

| | Materials Price |
|---|---|
| 12253 : 98524 : STK : 8-FT UNIV DW FILL HOSE : 8-FT UNIV DW FILL HOSE : EZ-FLO INTL IMPORT INC - QTY 1 | |
| 82359 : L304458800 : STK : SC COUNTERTOP DSHWSHR MOUNT KIT : UNIVERSAL DISHWASHER MOUNTING KIT (COUNTERTOP MOUNT) (METAL) : ELECTROLUX - QTY 1 | |
| 575623 : 32028 : STK : 6-FT DISHWASHER CORD KIT : 6-FT DISHWASHER CORD KIT : JIANGTONG SOUTHERN LIMITED - QTY 1 | |
| 731576 : STK : 3YR EPP MAJ APPL $400-699.99 : 3YR EPP MAJ APPL $400-699.99 - QTY 1 | |
| 814059 : SHE863WF2N : STK : BSH DW SHE863WF2N (-498134) : BSH DW SHE863WF2N (-498134) - QTY 1 | $793.91 |

*Labor 149*
*total $942.91*

**CUSTOMER COPY**

## INSTALLATION DESCRIPTION

Dimensions Customer Is Interested In : 814059
Move or Extend Plumbing Supply Charge : None
Countertop Type : Yes
Customer Understands Scope of Electric Project : Yes
Additional Miles Traveled Over 20 : 0
Describe Other Work Needed : None

Existing Plumbing and Electrical : Yes
Extend Electrical Lines Charge : None
Braided Supply Line : Yes
Flooring Type : None/Not Applicable
Permit Required : No
Bring Up To Code Description : None
Comments : No Comment

| | |
|---|---|
| Labor Charges | $ 149.00 |
| Detail Deduction | -$ 0.00 |

### Additional Specifications:

Notation: Lowe's will not make structural modifications, remove cabinetry to accommodate new appliance, or upgrade electrical service.

**Additional Specifications:** Federal law requires Lowe's to provide you with the pamphlet *Renovate Right: Important Lead Hazard Information for Families, Child Care Providers and Schools.* By signing this Contract, Customer acknowledges having received a copy of this pamphlet before work began informing Customer of the potential risk of the lead hazard exposure from renovation activity to be performed in Customer's dwelling unit.

**PHOTO RELEASE:** Customer grants to Lowe's and Lowe's employees and independent contractors the right to take photographs of the Premises where Installation Services will be performed and all work performed at the Premises related to this Contract, and irrevocably grants to Lowe's all right, title, interest in and to the photographs for use in all markets and media, worldwide, in perpetuity. Customer authorizes Lowe's to copyright, use and publish the photographs in print and/or electronically, and agrees that Lowe's may use such photographs for any lawful purpose, including, but not limited to, marketing, advertising, publicity, illustration, training and Web content. By initialing here, Customer agrees to the foregoing. _X_____ [Customer to initial to the left].

**NOTICE TO CUSTOMER-PRICE CALCULATIONS:** In order to properly perform the installation of certain Goods, the Contract Price may include more Goods than actually will be installed based on the measured square footage of the Project Area. As a result, the parties agree that the lump-sum Price stated in this Contract is calculated upon both the value of the estimated Goods required to fulfill the Contract (including waste), which may exceed the actual square footage of the Project Area, and the labor which may be estimated based on the amount of Goods required to fulfill the contract (including waste). By signing this Contract below, Customer acknowledges receipt of this notice and agrees and understands that the Price includes these costs which may not be refunded once the Installation Services are performed.

**NOTICE OF ARBITRATION AGREEMENT**
This Contract provides that all claims by Customer or Lowe's will be resolved by BINDING ARBITRATION. Customer and Lowe's GIVE UP THE RIGHT TO GO TO COURT to enforce this Contract (EXCEPT for matters that may be taken to SMALL CLAIMS COURT). Lowe's and Customer's rights will be determined by a NEUTRAL ARBITRATOR and NOT a judge or jury. Lowe's and Customer are entitled to a FAIR HEARING. But the arbitration procedures are SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT. Arbitrator decisions are as enforceable as any court order and are subject to VERY LIMITED REVIEW BY A COURT. FOR MORE DETAILS: Review the section titled ARBITRATION AGREEMENT, WAIVER OF JURY TRIAL AND WAIVER OF CLASS ACTION ADJUDICATION found in the Terms and Conditions of this Contract.

## TOTAL CHARGES OF ALL MERCHANDISE AND SERVICES

| | |
|---|---|
| *where applicable | |
| SUB-TOTAL | $ 942.91 |
| *TAX | $ 0.00 |
| DELIVERY | $ 0.00 |
| ORDER TOTAL | $ 942.91 |
| BALANCE DUE | |

Work is to commence upon reasonable availability of Contractor which is anticipated to be 1/6/2018 [fill in date].

Estimated completion date is 2/6/2018 [fill in date].

### NOTICE TO CUSTOMER

All items listed in this contract and specification sheet(s) are to be installed under conditions agreed upon at time of purchase and at the price appearing on this contract form. This assumes sound existing substructures, superstructure and points of attachments. Extra labor or material incident to installation necessitated by defective substructures, superstructures, points of attachment, or the moving of fixtures or appliances to be billed at extra cost to customer. DO NOT SIGN THIS CONTRACT UNTIL COMPLETE AND YOU HAVE READ THE TERMS AND CONDITIONS OF THIS CONTRACT. BY SIGNING BELOW, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONTRACT. YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME OF SIGNATURE.

NOTICE TO OWNER:- ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001- 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND SERVICES AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THOSE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.

WITNESS OUR HAND(S) AND SEAL(S) BELOW THIS 27th DAY OF Nov, 2017.

Lowe's Home Centers, LLC

Store 742 Project No. 526103274 for BYRON ROBBINS

CUSTOMER COPY

# Central Heat & Air — HVAC Service Order Invoice

PO BOX 2516
Ormond Beach, FL 32175
State Certified Lic. # CAC1816404
www.mycentralheatandair.info

Volusia 386-265-5907     Flagler 386-597-7877     West Volusia 386-873-4990

*Stamped: 6121*
*Handwritten note at top: "System Replaced"*

## Customer Information

- **LAST:** Robbins
- **FIRST:** Byron
- **STREET:** 421 Chelsea Place Ave.
- **DATE:** 8/7/17
- **CITY:** Ormond Beach, FL 32174
- **PHONE:** 856-825-0434
- **TIME IN:** 9:30
- **TIME OUT:** 1:30
- **TECHNICIAN:** Michael / Brian
- **WORK TO BE PERFORMED:** Install

## Condenser
- MAKE: Rheem
- M#: RP1560AJ1NA
- S#: W291714557

## Air Handler
- MAKE: Rheem
- M#: RH1V024STANJA
- S#: W281716390

## Description of Work Performed

Removed old Carrier system. Flush copper line sets with H1 and N2 - Flush drain line - install new Heat pump system. w/ 2.1/5 filter rack and 5" media filter - SS float switch and in line filter dryer. Retrofit duct risers and plenum - ticksens - outside. 10 ears at parts 2 yrs labor - Tested in heat and cool all good -

## Recommendations

60 AMP 50 C.O. - Ready for inspection

## Work Performed / Site Information (checked items)

**Condensing Unit:** RPLCD UNIT ✓
**Furnace/Elec. Htr:** RPLCD UNIT ✓
**Compressor:** SUCTION 145 PSI; HEAD 315 PSI; VOLTS 241.F AMP
**Clean coil & check fin cond:** ENT 116 °F  LVG 109 °F
**Fan and Motor:** VOLTS 116 AMPS 8
**Fan and Motor:** VOLTS 247 AMPS 8
**Condition of Equipment:** NEW ✓
**Cooling ENT WB:** 80 °F; LBF DB 60 °F
**Heating ENT DB:** 80 °F; LBF WB 101 °F

**Duct:** ADJUSTED ✓; INSTALLED; CHECKED ✓
**Thermostat:** REPLACED ✓
**Filter:** REPLACED ✓
**Evaporator Coil:** CLND DRAIN ✓; INSTALL SAFETY SWITCH ✓

## Services / Labor
- Service Call — 59.95
- TOTAL MAT.: 900
- TOTAL: 900

Customer Signature: Glenn Robbins for Byron Robbins   Date 8/7/17



**Central Heat & Air** — IMPROVING YOUR WORLD

PO BOX 2516
Ormond Beach, FL 32175

State Certified Lic. # CAC1816404

www.mycentralheatandair.info

Volusia 386-265-5907   Flagler 386-597-7877   West Volusia 386-873-4990

HVAC Service Order Invoice

6933

| | |
|---|---|
| LAST | Robbins |
| FIRST | |
| STREET | 421 Chelsea Place Ave |
| DATE | 3/27/18 |
| CITY | Ormond Beach, Fl 32174 |
| PHONE | 856-305-2766 |
| TIME IN | |
| TECHNICIAN | Michael |
| TIME OUT | |
| WORK TO BE PERFORMED | Se |

**CONDENSER**
MAKE: Payne
M#: 2.0
S#: 2006

**AIR HANDLER**
MAKE: Payne
M#: 201
S#: 2006

**DESCRIPTION OF WORK PERFORMED**

Repaired condenser unit. W new contactor and new capacitor also replaced schrader valve and added 14/0A to bring unit to proper charge —

Also updated thermostat w honeywell size 74 — replaced three wed wires in condenser unit. Tested all said —

**RECOMMENDATIONS**

Problems strongly could be related to issues in wiring from Chinese sheetrock

Service Call — 59.95

Customer Signature / Date 3/27/18