Supplemental Plaintiff Profile Form – Residential and Commercial Properties

<div style="border:1px solid">

**For Internal Use Only**
File No. _____

**Date Received:**
_____
</div>

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin       , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Vince                                Russo

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

Rose                                Russo

| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |
|---|---|---|---|

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

9800 Quinta Artesa Way
Address 1                                                          Address 2

Ft. Myers                                          FL          33908
City                                               State        Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:   Vince                    Russo
                        First Name        M.I.   Last Name                    Suffix

Mailing Address (if different):

12324 Candlewood Drive
Address 1                                                          Address 2

Tecumseh, Ontario N9K 1B6  Canada
City                                               State        Zip Code

Phone Number of Person Completing This Form: ( 519 ) 796 - 4141

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 9 / 27 / 2010

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____/_____/ 2006

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 6 / 2012

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____ / _____ / _____
              Month    Day      Year

Docket No.:  _____

Present Status:  _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                        Month     Day     Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                          Month     Day     Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? Completed remediated

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
08/12 - 01/13

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): Paradise Coast Home Renovation, Inc.

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ 28,284.26

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _1___ / _2013___

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☑ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☑ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph? ☐ Yes ☑ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☑ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☑ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 200,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

## Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          MARCH 20, 2018
Claimant's signature                                               Date signed

Name:       VINCE RUSSO and ROSE RUSSO
_____

Address:    12324 CANDLEWOOD
            _____
            Address 1                           Address 2
            TECUMSEH ONTARIO CANAD                N9K 1B6
            _____
            City                          State       Zip Code

Phone No.: ( 519  ) 796  - 4141

Email:       rose.russo@sympatico.ca

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$200,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

# OWNER DISCLOSURE AFFIDAVIT

Owner name: VINCE RUSSO

Affected Property address: 9800 QUINTA ARTESA WAY #105 FORT MEYERS FL 33908

Purchase date and price of Affected Property: OCT 27 2010

List the manufacturers of all drywall found in the Affected Property:

KNAUF - TIANJIN

_____

Move-out date: N/A

Move-in date: _____

Storage expenses paid: N/A

Moving expenses paid: N/A

Utility expenses paid: 660⁰⁰

Alternative living expenses paid: 568.63 TRAVEL / ACCOMADATIONS

Total cost of construction paid: 5,855.63        EXHBIT #2

Total claim: $28,784.26      EXHBIT #2     239-273-0067

General Contractor name and phone #: PARADISE COAST HOME RENOVATIONS. INC

Total amount paid to general contractor: $19,700⁰⁰

Affected Property air conditioned square footage: 2000

Was Owner aware of the defective drywall before purchasing the Affected Property: NO

_____

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**            (Reused)          Replaced

Owner Initial _____     Contractor Initial _____

**Kitchen countertop:**               (Reused)         Replaced

If replaced indicate material:        Formica      Corion      Tile        Granite

**Kitchen Plumbing Fixtures:** (Faucets, sink)      Reused      (Replaced)

**Kitchen floor:**                              Reused      (Replaced)

**Appliances:**                                 Reused      (Replaced)

If replaced, please list appliance manufacture and model: _____

_____

_____

_____

**Bathroom cabinets:**                      (Reused)         Replaced

**Bathroom tops:**                          (Reused)         Replaced

If replaced indicate material:  Formica      Cultured Marble      Tile        Granite

**Bathroom flooring:**                      (Reused)         Replaced

**Bathroom enclosures:**                    (Reused)         Replaced

**Bathroom lighting:**                      Reused       (Replaced)

**Bathroom Accessories** (towel bars, etc.):      (Reused)         Replaced

**Bathroom Mirrors:**                       (Reused)         Replaced

**Tub:**                                    (Reused)         Replaced

If replaced indicate master bath tub type:      Fiberglass      Steel        Jacuzzi

**Plumbing fixtures** (toilets, sinks):         (Reused)         Replaced

If replaced please provide description of original manufactures:

_____

**Plumbing faucets:**                       Reused       (Replaced)

If replaced please provide description of original manufactures:

_____

_____

**Plumbing lines:**                         (Reused)         Replaced

If replaced indicate material:        (Copper)      CPVC        PEX

Owner Initial _____   Contractor Initial ___F. M___

**Base boards:**                                                    Reused          (Replaced)
**Interior doors:**                                        (Reused)              Replaced
If replaced indicate:            Hollow core 6' 8" doors    Hollow core 8' doors    Solid core 8' doors
**Window wood molding:**                    (N/A)          Reused          Replaced
**Crown molding:**                          (N/A)          Reused          Replaced
If replaced please indicate original locations:

_____

_____

**Chair Rail:**                             (N/A)          Reused          Replaced
If replaced please indicate original locations:

_____

_____

**Tile flooring:**                          N/A            Reused          (Replaced)
If replaced please indicate locations of tile floors:

_____

_____

**Marble Flooring:**                        (N/A)          Reused          Replaced
If replaced please indicate locations of marble floors:

_____

_____

**Wood Flooring Type:**                     (N/A)          Wood            Pergo/float
**Wood flooring:**                          (N/A)          Reused          Replaced
If replaced please indicate locations of wood floors:

_____

_____

**Carpet:**                                                Reused          (Replaced)


Owner Initial _____   Contractor Initial _____

If replaced please provide description of original manufactures:

_____FRIGIDARE._____

_____

If replaced please indicate locations of carpet:

3BEDroom STAIRS + HALLWAY

_____

**HVAC replacement:**   Ducts   Coils   (Air handler (interior))   Condenser(exterior)

**HVAC manufacturer:** CARRIEC.

| | | |
|---|---|---|
| **Insulation:** | Reused | (Replaced) |
| **Electrical fixtures:** | Reused | (Replaced) |
| **Electrical wiring:** | (Reused) | Replaced |
| **Electrical fans:** | | |

If replaced please indicate how many and which rooms:

_____

| | | | |
|---|---|---|---|
| **Stair rails:** | N/A | Reused | Replaced |
| **Window sills:** | | Reused | Replaced |
| If replaced indicate original material: | Wood | Marble | Drywall |
| **Alarm system:** | N/A | Reused | Replaced |
| Fire suppression system: | N/A | Reused | Replaced |
| **Intercom:** | N/A | Reused | Replaced |
| **Surround sound:** | N/A | Reused | Replaced |
| **Wall papers:** | N/A | | Replaced |
| **Interior paint:** | | Total colors used: _____ | |

Additional construction related items replaced:

_____

_____

_____

Owner Initial _____   Contractor Initial  ⨍. M

Personal items replaced:

_____

_____

_____

Items that were upgraded and deducted from construction replacement cost:

_____

_____

_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1.  Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2.  Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3.  Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4.  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

    a.  The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5.  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial _____ Contractor Initial _____

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____   Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: _____

Homeowner Signature: _____

Subscribed and sworn to before me on _____

_COURTENEY LONG_

Notary Public

My commission expires on

Date: _____

Contractor Signature: _____

Subscribed and sworn to before me on July 12, 2017

_____

Notary Public

COURTNEY LONG
MY COMMISSION # FF246460
EXPIRES: July 05, 2019

My commission expires on July 5, 2019

Owner Initial _____  Contractor Initial _____

403800v2
10/17/13

Page 7 of 7

Environmental Certificate (Exhibit B)

## Exhibit B

## ENVIRONMENTAL CERTIFICATE

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: *PARADISE COAST HOME RENOVATIONS INC.*

By:
(Signature) _____   Date *JULY 11 2017*

(Print Name) *FRANK MILANA*

(Print Title) *OWNER*

(Print Company) *PARADISE COAST HOME RENOVATIONS INC.*

**EXHIBIT #2**

## 9800 Quinta Artesa Way #105

### GENERAL CONTRACTOR

| | | | |
|---|---|---|---|
| Paradise Coast Reno | | $ 19,700.00 | |
| | | $ 19,700.00 | $  19,700.00 |

### MISC. REPAIRS/PARTS/REPLACEMENTS

| | | | |
|---|---|---|---|
| Various | cheque 263 | $  5,855.63 | |
| | | $  5,855.63 | $   5,855.63 |

### TRAVEL

| | | |
|---|---|---|
| Travel | $    568.63 | $     568.63 |

### PERSONAL LABOUR

| | | |
|---|---|---|
| Estimate | $  1,500.00 | $   1,500.00 |

### UTILITIES

| | | | |
|---|---|---|---|
| Florida Power | bk stmt | $    660.00 | |
| | | $    660.00 | $     660.00 |

### GRAND TOTAL

$  28,284.26