

This Instrument Prepared by
Ricardo Martinez-Cid, Esq.
1699 Coral Way, Suite 510,
Miami, Florida  33145-2860

CFN 2016R0000961
OR BK 29911 Pgs 1884-1885 (2Pgs)
RECORDED 01/04/2016 09:53:49
DEED DOC TAX $0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

## QUIT CLAIM DEED

THIS WARRANTY DEED is made this October 12, 2015, by **TRINITY HOME DEVELOPMENT, LLC,** a Florida limited liability company organized and existing under the laws of the State of Florida, whose Federal Tax I.D. Number is 77 0721608, having its principal place of business at 3325 NW 63 Street, Miami, Florida 33142, hereinafter called "Grantor," and is given to **CARLOS M. SALABARRIA,** a single man, hereinafter called "Grantee," of 12940 SW 135 Street, Miami, Florida 33186.  Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and their legal representatives, successors and assigns.

### W I T N E S S E T H:

That Grantor, for and in consideration of the sum of TEN & NO/100 DOLLARS ($10.00) and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged, hereby grants, bargains, sells, aliens, remise, releases, conveys and confirms unto Grantee, all of that certain land, situate Miami-Dade County, Florida, to wit:

> Lot 5, Block 5, COURTS AT TUSCANY WEST, according to the plat thereof, as recorded in Plat Book 164, Page 61, Public Records of Miami-Dade County, Florida, Tax Folio No. 30 5914 105 0170, commonly known as 12940 SW 135 Street, Miami, Florida 33186.

TOGETHER with all tenements, hereditament and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, Grantor hereby, under oath, covenants with said Grantee that (a) Grantor's management is vested in the undersigned sole manager, who hereby represents that all members of Grantor have approved this deed; (b) with full authority to execute this deed, as evidenced in Grantor's articles of organization and operating agreement; and (c) that Grantor has not been dissolved as a result of the death, bankruptcy, or dissolution of a member, or the transfer or termination of a member's interest.

Page One of Two

```
                                                    OR BK 29911 PG 1885
                                                    LAST PAGE
```

IN WITNESS WHEREOF, Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered            **TRINITY HOME DEVELOPMENT, LLC**
in our presence:

_____         BY: _____
Name: Ricardo Martínez-Cid                  JOSUE PEREZ, as Manager,
                                            President,
                                            Secretary and Treasurer

_____
Name: Leonor Rios                                   (COMPANY SEAL)

State of Florida         )
                         )    SS.
County of Miami-Dade     )

The foregoing instrument was acknowledged, sworn to and subscribed, before me this October 12, 2015, by JOSUE PEREZ, as a Manager, President, Secretary and Treasurer of TRINITY HOME DEVELOPMENT, LLC, a Florida limited liability company, on behalf of said limited liability company, who is personally known to me and produced his Florida driver's license, as identification.

(NOTARY SEAL)



Notary Public, State of Florida

Page Two of Two