**PREPARED BY/RETURN TO:**
Laura J. Sullivan
Delzer, Coulter, Hengesbach & Bell, P.A.
7920 U.S Highway 19
Port Richey, Florida 34668

File Number: SH010804

2008017347
ROBIN 2548/1190

OFFICIAL RECORDS
BK: 2548 PG: 1190

LT1-2-2008017347-1

LT2-2548-1190-1

04/01/2008  10:17AM # Pages 1
Filed & Recorded in Official Records of
HERNANDO COUNTY CLERK OF COURT
KAREN NICOLAI

## General Warranty Deed

Made this March 28, 2008, A.D., by **HEATHER RAE MARTIN, a single woman,** whose address is: 13095 Montego Street, Spring Hill, Florida 34609, hereinafter called the Grantor, to **FREDERICK T. STOCKTON, a single man,** whose post office address is: 13095 Montego Street, Spring Hill, Florida 34609, hereinafter called the Grantee.

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**WITNESSETH,** that the Grantor, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee, all that certain land situate in Hernando County, Florida:

Lot 20, Block 849, SPRING HILL, UNIT 13, as per plat thereof, recorded in Plat Book 8, Pages 84-100, of the Public Records of Hernando County, Florida.

SUBJECT to restrictions, easements and reservations of record.

RECORDING FEES      $      10.00
DEED DOC STAMP      $   1,085.00
04/01/2008   Deputy Clk

Parcel ID Number: **R32-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-0849-0200**

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD** the same, in fee simple, forever.

**AND** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2007.

**IN WITNESS WHEREOF,** the said Grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*
AS TO GRANTOR:

_____     _____ (Seal)
Witness Printed Name **LAURA J. SULLIVAN**   HEATHER RAE MARTIN
                                     Address: 13095 Montego Street, Spring Hill, Florida 34609

_____
Witness Printed Name **ANNE C. DENNIS**

State of FLORIDA:
County of HERNANDO:

The foregoing instrument was acknowledged before me this 28th day of March, 2008, by HEATHER RAE MARTIN, who is personally known to me, or who has produced driver's license as identification.

_____
Notary Public
Print Name: **LAURA J. SULLIVAN**

My Commission Expires:_____

STAMP/SEAL

[Notary Seal: LAURA J. SULLIVAN, Notary Public - State of Florida, My Commission Expires Dec 28, 2009, Commission # DD 470545, Bonded By National Notary Assn.]

DEED Individual Warranty Deed - Legal on Face
Closers' Choice