INSTR # 2008000201419, Doc Type D, Pages 1, Recorded 07/28/2008 at 08:14 AM,
Charlie Green, Lee County Clerk of Circuit Court Rec. Fee $10.00 Deputy Clerk WMILLER

Case 2:09-cv-02047-EEF-MBN   Document 22658-69   Filed 03/28/20   Page 1 of 1

Prepared by:
Janette Graveran
HBI Title Company
3942 W. Eau Gallie Blvd.
Melbourne, Florida 32934

File Number: 08-17286

Job #1007007-1477



# Warranty Deed

Made this July 22, 2008 A.D. By **Holiday Builders Construction of Florida, LLC, a Florida Limited Liability Company**, 2293 W. Eau Gallie Blvd., Melbourne, Florida 32935, hereinafter called the grantor, to **Sharon D. Timmons, a married person**, whose post office address is: 1820 NE 7th Avenue, Cape Coral, Florida 33909, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, viz:

Lots 27 and 28, Block 2503, CAPE CORAL UNIT 36 PART 1, according to the plat thereof, as recorded in Plat Book 23, Pages 87 through 94, of the Public Records of Lee County, Florida.

Parcel ID Number: **36-43-23-C3-02503.0270**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2007.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Witness Printed Name  **Sheila K. Taylor**

Witness Printed Name  Paula Naber

Holiday Builders Construction of Florida, LLC

By: Indira Sarju

its Assistant Vice President

Address: 2293 W. Eau Gallie Blvd., Melbourne, Florida 32935

State of Florida
County of Brevard

The foregoing instrument was acknowledged before me this 22nd day of July, 2008, by __Indira Sarju__, its Assistant Vice President, who is/are personally known to me.

Notary Public
Print Name: Paula Naber

My Commission Expires:

PAULA J. NABER
Commission DD 669894
Expires May 3, 2011
Bonded Thru Troy Fain Insurance 800-385-7019