Prepared by and Return to Nancy Perella,
an employee of First International Title, Inc.
201 SW Port St. Lucie Blvd.
Suite 205
Port St. Lucie, FL 34984
File No.: 69970-40

# WARRANTY DEED

This indenture made on September 11, 2015, by **Diana C. Bloom, as successor Trustee of Richard Hofmann Trust dated August 8, 2006, and Individually,** hereinafter called the "grantor",

to **Kurt E. Tolliver and Suzanne Danborn Tolliver** whose address is: 4531 SW Darwin Blvd, Port St. Lucie, FL 34953, hereinafter called the "grantee":

(Which terms "Grantor" and "Grantee shall include singular or plural, corporation or individual, and either sex, and shall include heirs, legal representatives, successors and assigns of the same)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in St. Lucie County, **Florida,** to-wit:

Lot 11, Block 2391, PORT ST. LUCIE SECTION THIRTY FOUR, according to the Plat thereof, recorded in Plat Book 15, Page(s) 9, 9A to 9W of the Public Records of St. Lucie County, Florida.

Parcel Identification Number: 3420-665-1643-000/8

**The land** is not the homestead of the Grantor under the laws and Constitution of the State of Florida and neither the Grantor nor any person(s) for whose support the Grantor is responsible reside on or adjacent to the land.

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31st of 2014.

**In Witness Whereof**, the grantor has hereunto set their hand(s) and seal(s) the day and year first above written.

Diana C. Bloom, as successor Trustee of Richard Hofmann Trust dated August 8, 2006, and Individually

*Diana C. Bloom, Trustee*

By Diana C. Bloom, Trustee and Indiv.

***Signed, sealed and delivered in our presence:***

Witness Signature
Print Name: __Nancy Perella__

Witness Signature
Print Name: __Olga L DelBusto__

State of FLORIDA

County of St. Lucie_____

**The Foregoing Instrument Was Acknowledged** before me on __9/11/15 by **Diana C. Bloom, as successor Trustee of Richard Hofmann Trust dated August 8, 2006, and Individually**, who is/are personally known to me or who has/have produced a valid __photo id__ as identification.

Notary Public
Printed Name:
My Commission expires:

NOTARY PUBLIC
STATE OF FLORIDA
NANCY J. PERELLA
MY COMMISSION # EE 217479
EXPIRES: September 24, 2016
Bonded Thru Budget Notary Services