INSTR # 2008000233393, Doc Type D, Pages 2, Recorded 09/03/2008 at 08:27 AM, Charlie Green, Lee County Clerk of Circuit Court Rec. Fee $18.50 Deputy Clerk BHANZEVACK

**Prepared By and Return To:**
OmniOne Title Services, LLC
4707 SE 9th Place
Cape Coral, FL 33904

**File No.** 0246-08O

**Property Appraiser's Parcel I.D. (folio) Number(s)**
36-43-22-C2-05280.0500

# WARRANTY DEED

THIS WARRANTY DEED dated August 20, 2008, by Thomas Jason Sawyer, a married man hereinafter called the grantor, to Jeff Van Drie and Anjali Van Drie, husband and wife, whose post office address is 4101 NW 22nd Street, Cape Coral, FL 33993, hereinafter called the grantee:

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Lee County, Florida, viz:

> Lot 50 and 51, Block 5280, UNIT 82, CAPE CORAL SUBDIVISION, according to the plat thereof, as recorded in Plat Book 24, Page 113, of the Public Records of Lee County, Florida.
>
> Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.

Subject to easements, restrictions, reservations and limitations of recorded, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2007

Warranty Deed (Individual to Individual)
Rev. (3/00)

# WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_(Witness Signature)_
ROBIN ARMSTRONG

_(Witness Signature)_
YADIRA SMITH

Thomas Jason Sawyer

2660 Ava Circle
(Address)

Port Orange, FL 32128
(Address)

STATE OF ✓ FLORIDA
COUNTY OF ✓ VOLUSIA

I HEREBY CERTIFY that on this day, before me, an officer duly qualified to take acknowledgments, personally appeared Thomas Jason Sawyer, a married man who are personally known to me or have presented ✓ FL DL as proper photographic identification. WITNESS my hand and seal in the state and county aforesaid this ✓ 18 day of August, 2008.

Notary Public

My Commission Expires: 9-13-10

(SEAL)

**WENDY MITCHELL**
Notary Public, State of Florida
Commission# DD594682
My comm. expires Sept. 13, 2010

Warranty Deed (Individual to Individual)
Rev. (3/00)