CFN 2009R0004355
OR Bk 26706 Pgs 2491 - 2492; (2pgs)
RECORDED 01/05/2009 12:48:51
DEED DOC TAX 2,250.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Tax Folio Number: 30-4916-040-0130
This instrument prepared by:
Melody G. Fortune, Esquire
Klein and Fortune, P.A.
4340 Sheridan Street, Suite 102
Hollywood, FL 33021
(954)986-8822

NOTE:   This instruments was prepared at the request of Grantor and Grantee
without the benefit of having obtained a title search or survey of the
property.

# WARRANTY DEED
(Statutory Form - Section 689.02.F.S.)

THIS INDENTURE, made on December 30, 2008, by Julio M. Rodriguez and Diane E. Rodriguez, as Co-Trustees of the Richard W. Rodriguez Reedman Trust U/A/D July 7, 2006, whose post office address is 1915 Brickell Avenue, Apartment C-407, Miami, Florida 33129, Grantor*, and Aliesky Santiago and Laura Lissette Veira, husband and wife, whose post office address is 14763 SW 35 Lane, Miami, Florida, 33185, Grantee.

*"Grantor" and "Grantee" are used for singular or plural, as context requires.

## WITNESSETH:

That said Grantor, for and in consideration of the sum of Ten and 00/100 ($10.00) Dollars, and other good and valuable consideration to said Grantor, in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade County, Florida:

Lot 2, Block 3, of LETI SUBDIVISION, according to the Plat thereof, as recorded in Plat Book 164, at Page 11, of the Public Records of Miami-Dade County, Florida,(the "Property").

Subject to: Conditions, restrictions, limitations, and easements of record; and taxes for the year 2009, and all years thereafter; purchase money mortgage given by the Grantee to the Grantor to secure a portion of the purchase price, in the principal amount of $337,500.00.

and said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

WARRANTY DEED
PAGE 1 OF 2

OR BK 26706 PG 2492
LAST PAGE

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, Sealed and delivered
in our presence:

_____
Signature of Witness

Normo Kekir
_____
Printed Name of Witness

_____
Signature of Witness

_____
Printed name of Witness

_____
Julio M. Rodriguez, as Co-Trustee
of the Richard W. Rodriguez Reedman
Trust U/A/D July 7, 2006

_____
Diane E. Rodriguez, as Co-Trustee
of the Richard W. Rodriguez Reedman
Trust U/A/D July 7, 2006

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me on December 30, 2008, by Julio M. Rodriguez and Diane E. Rodriguez, as Co-Trustees of the Richard W. Rodriguez Reedman Trust U/A/D July 7, 2006, who have each produced a Florida Driver's License as identification.

_____
Notary Public

My Commission Expires:

RONALD G. KLEIN
MY COMMISSION EXPIRES
February 19, 2010
#DD 504841
Bonded thru Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

WARRANTY DEED
PAGE 2 OF 2