INSTR # 2016000155550, Doc Type D, Pages 3, Recorded 07/22/2016 at 08:09 AM, Linda Doggett, Lee County Clerk of Circuit Court Deed Doc. $1960.00 Rec. Fee $27.00 Deputy Clerk ERECORD

Case 2:09-md-02047-EEF-MBN  Document 22658-7   Filed 03/26/20   Page 1 of 3

*This Instrument Prepared by & return to:*
Name:
            *LANDSEL TITLE AGENCY, INC.*
Address:    *3208 CHIQUITA BLVD S., STE 216*
            *CAPE CORAL, FL 33914*
            *File No. SF-1306*

*Parcel I.D. #:*  **21-43-24-C1-00110.0150**

_____SPACE ABOVE THIS LINE FOR PROCESSING DATA_____ | _____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

**THIS WARRANTY DEED** Made the **20th** day of **July**, A.D. **2016**, by **ROBERT W. THOMPSON**, , and **JOYCE K. THOMPSON**, husband and wife, hereinafter called the grantors, to **PETER WALIMIRE, SINGLE PERSON**, whose post office address is **10400 SPRUCE PINE COURT, FORT MYERS, FL 33913**, hereinafter called the grantee:

        (Wherever used herein the terms "grantors" and "grantee" include all the parties to this instrument, singular and plural, the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

    **Witnesseth:** That the grantors, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, do hereby grant, bargain, sell, alien, remise, release, convey and confirm unto the grantee all that certain land situate in **Lee County, State of Florida**, viz:

    **LOT NO. 15, BLOCK NO. 8010 OF BELLA VIDA, ACCORDING TO THE PLAT THEREOF AS RECORDED IN INSTRUMENT NO. 200500056034, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

**SUBJECT TO TAXES FOR THE YEAR 2016 AND SUBSEQUENT YEARS, RESTRICTIONS, RESERVATIONS, COVENANTS AND EASEMENTS OF RECORD, IF ANY.**

    **Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

    **To Have and to Hold** the same in fee simple forever.

    **And** the grantors hereby covenant with said grantee that they are lawfully seized of said land in fee simple; that they have good right and lawful authority to sell and convey said land, and hereby fully warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2016.

***In Witness Whereof,*** *the said grantors have signed and sealed these presents, the day and year first above written.*

*Signed, sealed and delivered in the presence of:*

_____
Witness Signature
Barry L. Goettemoeller
Printed Name

_____
Witness Signature
Jacklin Johns
Printed Name

_____ L.S.
ROBERT W. THOMPSON
Address:
3456 Dandola Circle, Cape Coral, FL 33909

_____ L.S.
JOYCE K. THOMPSON
Address:
3456 Dandola Circle, Cape Coral, FL 33909

STATE OF FLORIDA
COUNTY OF LEE

The foregoing instrument was acknowledged before me this **20th** day of **July, 2016**, by **ROBERT W. THOMPSON** and **JOYCE K. THOMPSON**, who are known to me or who have produced Drivers License as identification.

_____
Signature of Notary
My commission expires  12 20 19


JACKLIN JOHNS
Commission #FF935664
My Commission Expires
December 20, 2019

# BELLA VIDA AT ENTRADA

Homeowners Association, Inc.
c/o Hayden & Associates
12650 Whitehall Drive
Fort Myers, Florida 33907
Phone (239) 489-4890   Fax (239) 489-4980

## Certificate of Approval

**THIS IS TO CERTIFY THAT:**

Peter Walimire has been approved by Bella Vida at Entrada Homeowners Association, Inc., a not for profit Florida Corporation, as the purchaser(s) of the following described property in Lee County, Florida:

**3589 Malagrotta Circle**
**Cape Coral, Florida 33909**

DATED THIS ___18th___ DAY OF ___July___, 2016.

Bella Vida at Entrada
Homeowners Association, Inc.

By: _____
Title: _____ Manager _____

**STATE OF FLORIDA**
**COUNTY OF LEE**

The forgoing instrument was acknowledged before me this _18th_ day of _July_, 2016 by an officer duly authorized to administer oaths and take acknowledgements. It is _Ken Hayden_ as _Agent_ of Bella Vida at Entrada Homeowners Association, Inc., who is personally known to me or has produced _____ as identification and did take an oath.

DANYELLE MARIA HAMMONDS
Notary Public, State of Florida
My Comm. Expires Jan. 29, 2018
No. FF67346

_____
Signature of Notary Public

_____
Printed Name of Notary Public