| Plaintiff Last Name | Plaintiff First Name | Address of Affected Property | | | | Purchase Date | CDW Installation Date |
|---|---|---|---|---|---|---|---|
| Aquirre / o.b.o. Home and Land, Inc. | Jackelyn | 3310 | NE 3 Dr. | Homestead | FL | 9/5/2017 | 2006 |
| Ball | Ed & Margot Gravel | 2464 | Silver Palm Road | North Port | FL | 7/30/2013 | 2006 |
| Binns | Steve | 1417 | SW Devera Place | Port St. Lucie | FL | 10/26/2006 | 5/1/2006 |
| Blonsky | Dan | 8220 | SW 60 court | South Miami | FL | 1/20/2009 | 2008 |
| Burgos | Consuelo | 384 | NE 24 TER (NE 34 TER) | Miami | FL | 9/30/2011 | 2006 |
| Butcher | Tobi (BG Under Kenneth Butcher) | 4020 | Island Lakes Drive | Winter Haven | FL | 6/29/2007 | 2006 |
| Calderon | Isidro | 3441 | SW Haines Street | Port St. Lucie | FL | 6/13/2005 | 4/1/2005 |
| CDO Investments, LLC | | 25409 | Durango Court | Punta Gorda | FL | 2/21/2014 | 2006 |
| Gaspard | Mercedes & Nicole | 1402 | O'Donnell Lane SE | Port St. Lucie | FL | 1/31/2017 | 2006 |
| Jaramillo | Cesar & Ines | 5301 | Nicklaus Drive | Winter Haven | FL | 12/7/2006 | 3/1/2006 |
| Jarvis | Dolores | 1743 | Olivia Street | Avon Park | FL | 11/15/2007 | 2006 |
| Judge | John & Rebecca | 2618 | 50th Street West | Lehigh Acres | FL | 2/22/2008 | 2007 |
| Karpel | Kevin | 17770 | 64th Place North | Loxahatchee | FL | 5/31/2013 | 2006 |
| Kendall | Elena & A&B Real Estate Holdings, LLC | 23205 | SW 217 Ave. | Miami | FL | 9/17/2013 | 2007 |
| Kopach | Christopher & Julianne | 20318 | Chestnut Grove Drive | Tampa | FL | 1/9/2009 | 2006 |
| Locke-Esberry | V. Alethia | 962 | SW Haas Avenue | Port St. Lucie | FL | 10/23/2006 | 6/1/2006 |
| Lorquet | Marie | 284 | James Circle | Lake Alfred | FL | 4/1/2012 | 2006 |
| M and M the Closers, LLC | | 1924 | CT | Homestead | FL | 5/29/2014 | 2006 |
| Mansour | Nancy & William | 8678 | Tally Ho Lane | Royal Palm Beach | FL | 12/26/2012 | 7/1/2006 |

| Plaintiff Last Name | Plaintiff First Name | Address of Affected Property | | | | Purchase Date | CDW Installation Date |
|---|---|---|---|---|---|---|---|
| Martinez | Karina | 23631 | SW 112 Ct | Homestead | FL | 5/31/2016 | 2006 |
| MCF Enterprises,Inc. | | 8554 | Pegasus Drive | Lehigh Acres | FL | 11/13/2013 | 2006 |
| Moore | Carl & Ellen | 5427 | Kedgewick Lane | North Port | FL | 5/1/2009 | 2007 |
| Paredes | Bruno Eseban Ullauri Paredes / Karina Jannine Svoboda Straka | 5952 | SW 102 St | Pinecrest | FL | 3/8/2013 | 2006 |
| Pool | Fred & Raquel DeFigueiredo | 14531 | Coronado Drive | Spring Hill | FL | 2/16/2007 | 2006 |
| Porciuncula | Olivia & Les | 339 | Wilton Avenue, SW | Palm Bay | FL | 9/16/2005 | 2006 |
| Price | Glenn | 1751 | Bobcat Trail | North Port | FL | 2/9/2009 | 6/1/2005 |
| Rigopoulos | Mark & Sheri | 3411 | 24th Avenue NE | Naples | FL | 2/7/2007 | 4/1/2006 |
| Robbins | Byron & Fern | 421 | Chelsea Place Avenue | Ormond Beach | FL | 5/8/2017 | 2006 |
| Ruben Dapena o.b.o. Annetta, LLC | | 363 | NE 30th Avenue | Homestead | FL | 4/16/2014 | 2006 |
| Russo | Vince | 9800 | Quinta Artesa Way, Unit 105 | Fort Myers | FL | 9/27/2010 | 2006 |
| Salabarria | Carlos | 12940 | SW 135 St | Miami | FL | 10/12/2015 | 2006 |
| Skyline Glass LLC (Santiago Guzman) | | 10769 | NW 81 LN | Doral | FL | 1/8/2018 | 2006 |
| Stockton | Fred | 13095 | Montego Street | Spring Hill | FL | 4/12/2008 | 2007 |
| Tabacchi | Matthew (Allstate Servicing, Inc.) | 13430 | NE 30th Court | Anthony | FL | 2/15/2013 | 2006 |
| Timmons | Sharon | 1820 | NE 7th Avenue | Cape Coral | FL | 7/22/2008 | 2006 |
| Tolliver | Kurt | 4531 | Darwin Boulevard | Port St. Lucie | FL | 9/11/2015 | 2006 |
| Van Drie | Anjali | 4101 | NW 22nd Street | Cape Coral | FL | 8/20/2008 | 2006 |

| Plaintiff Last Name | Plaintiff First Name | Address of Affected Property ||| Purchase Date | CDW Installation Date |
|---|---|---|---|---|---|---|
| Veira | Laura | 14763 | SW 35 Lane | Miami | FL | 12/30/2008 | 2006 |
| Walimire | Peter | 3589 | Malagrotta Circle | Cape Coral | FL | 7/20/2016 | 2006 |
| Zelenenki | Michael | 4331 | Ferrari Drive | Sebring | FL | 11/25/2009 | 2006 |