UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by Jackelyn Aquirre o.b.o Home and Land, Inc.; Ed Ball and Margot Gravel; Steve Binns; Dan Blonsky; Consuela Burgos; Tobi Butcher; Isidro Calderon; CDO Investments, LLC; Mercedes and Nicole Gaspard; Cesar and Ines Jaramillo; Dolores Jarvis; John Judge; Kevin Karpel; M. Elena Kendall and A&B Real Estate Holdings LLC; Christopher and Julianne Kopach; V. Alethia Locke-Esberry; Marie Lorquet; M and M the Closers, LLC; Nancy and William Mansour; Karina Martinez; MCF Enterprises, Inc.; Carl and Ellen Moore; Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka; Fred Pool and Raquel DeFigueiredo; Olivia and Les Porciuncula; Glenn Price; Mark and Sheri Rigopoulos; Byron and Fern Robbins; Ruben Dapena o.b.o. Annetta, LLC; Vince Russo; Carlos Salabarria; Skyline Glass LLC; Fred Stockton; Matthew

1

Tabacchi o.b.o. Allstate Servicing, Inc.; Sharon Timmons; Kurt Tolliver; Anjali Van Drie; Laura Veira; Peter Walimire; and Michael Zelenenki (collectively "Plaintiffs"):

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. The Plaintiffs each completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

7. Jackelyn Aquirre o.b.o Home and Land, Inc. is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 3310 NE 3 Dr., Homestead, FL (the "Aquirre Property").[1] Acquirre alleges that Chinese drywall was installed in the Aquirre Property in

---

[1] *See* Exhibit Aquirre A: SPPF.

2006,[2] prior to the date Aquirre subsequently purchased the Aquirre Property on September 5, 2017.[3]

8. Ed Ball and Margot Gravel are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 2464 Silver Palm Road, North Port, FL (the "Ball-Gravel Property").[4] Ball and Gravel allege that Chinese drywall was installed in the Ball-Gravel Property in 2006,[5] prior to the date Ball and Gravel purchased the Ball-Gravel Property on July 30, 2013.[6]

9. Steve Binns is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1417 SW Devera Place, Port St. Lucie, FL  (the "Binns Property").[7] Binns alleges that Chinese drywall was installed in the Binns Property on May 1, 2006,[8] prior to the date Binns purchased the Binns Property on October 26, 2006.[9]

10. Dan Blonsky is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 8220 SW 60 Court, South Miami, FL (the "Blonsky Property").[10] Blonsky alleges that Chinese drywall

---

[2] *Id.*, Aquirre SPPF at 2.
[3] *See* Exhibit Aquirre B: Warranty Deed.
[4] *See* Exhibit Ball-Gravel A: SPPF.
[5] *Id.*, Ball-Gravel SPPF at 2.
[6] *See* Exhibit Ball-Gravel B: Warranty Deed.
[7] *See* Exhibit Binns A: SPPF.
[8] *Id.*, Binns SPPF at 2.
[9] *See* Exhibit Binns B: Warranty Deed.
[10] *See* Exhibit Blonsky A: SPPF.

was installed in the Blonsky Property in 2008,[11] prior to the date Blonsky purchased the Blonsky Property on January 20, 2009.[12]

11. Consuela Burgos is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 384 Northeast Terrace, Miami, FL (the "Burgos Property").[13] Burgos alleges that Chinese drywall was installed in the Burgos Property in 2006,[14] prior to the date Burgos purchased the Burgos Property on September 30, 2011.[15]

12. Tobi Butcher is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 4020 Island Lakes Drive, Winter Haven, FL (the "Butcher Property").[16] Butcher alleges that Chinese drywall was installed in the Butcher Property in 2006,[17] prior to the date Butcher purchased the Butcher Property on June 29, 2007.[18]

13. Isidro Calderon is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 3441 SW Haines Street, Port St. Lucie, FL (the "Calderon Property").[19] Calderon alleges that

---

[11] *Id.*, Blonsky SPPF at 2.
[12] *See* Exhibit Blonsky B: Warranty Deed.
[13] *See* Exhibit Burgos A: SPPF.
[14] *Id.*, Burgos SPPF at 2.
[15] *See* Exhibit Burgos B: Warranty Deed.
[16] *See* Exhibit Butcher A: SPPF.
[17] *Id.*, Butcher SPPF at 2.
[18] *See* Exhibit Butcher B: Warranty Deed.
[19] *See* Exhibit Calderon A: SPPF.

Chinese drywall was installed in the Calderon Property on April 1, 2005,[20] prior to the date Calderon purchased the Calderon Property on June 13, 2005.[21]

14. CDO Investments, LLC is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 25409 Durango Court, Punta Gorda, FL (the "CDO Property").[22] CDO Investments, LLC alleges that Chinese drywall was installed in the CDO Property in 2006,[23] prior to the date CDO purchased the CDO Property on February 21, 2014.[24]

15. Mercedes and Nicole Gaspard are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1402 O'Donnell Lane SE, Port St. Lucie, FL (the "Gaspard Property").[25] The Gaspards allege that Chinese drywall was installed in the Gaspard Property in 2006,[26] prior to the date the Gaspards purchased the Gaspard Property on January 31, 2017.[27]

16. Cesar and Ines Jaramillo are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at

---

[20] *Id.*, Calderon SPPF at 2.
[21] *See* Exhibit Calderon B: Warranty Deed.
[22] *See* Exhibit CDO A: SPPF.
[23] *Id.*, CDO SPPF at 2.
[24] *See* Exhibit CDO B: Warranty Deed.
[25] *See* Exhibit Gaspard A: SPPF.
[26] *Id.*, Gaspard SPPF at 2.
[27] *See* Exhibit Gaspard B: Warranty Deed.

5301 Nicklaus Drive, Winter Haven, FL (the "Jaramillo Property").[28] The Jaramillos allege that Chinese drywall was installed in the Jaramillo Property on March 1, 2006,[29] prior to the date the Jaramillos purchased the Jaramillo Property on December 7, 2006.[30]

17. Dolores Jarvis is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1743 Olivia Street, Avon Park, FL (the "Jarvis Property").[31] Jarvis alleges that Chinese drywall was installed in the Jarvis Property in 2006,[32] prior to the date Jarvis purchased the Jarvis Property on November 15, 2007.[33]

18. John Judge is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 2618 50th Street West, Lehigh Acres, FL (the "Judge Property").[34] Judge alleges that Chinese drywall was installed in the Judge Property in 2007,[35] prior to the date Judge purchased the Judge Property on February 22, 2008.[36]

19. Kevin Karpel is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 17770 64th Place

---

[28] *See* Exhibit Jaramillo A: SPPF.
[29] *Id.*, Jaramillo SPPF at 2.
[30] *See* Exhibit Jaramillo B: Warranty Deed.
[31] *See* Exhibit Jarvis A: SPPF.
[32] *Id.*, Jarvis SPPF at 2.
[33] *See* Exhibit Jarvis B: Warranty Deed.
[34] *See* Exhibit Judge A: SPPF.
[35] *Id.*, Judge SPPF at 2.
[36] *See* Exhibit Judge B: Warranty Deed.

North, Loxahatchee, FL (the "Karpel Property").[37] Karpel alleges that Chinese drywall was installed in the Karpel Property in 2006,[38] prior to the date Karpel purchased the Karpel Property on May 31, 2013.[39]

20. M. Elena Kendall and A&B Real Estate Holdings LLC are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 23205 SW 217 Avenue, Miami, FL (the "A&B Property").[40] M. Elena Kendall and A&B Real Estate Holdings LLC allege that Chinese drywall was installed in the A&B Property in 2007,[41] prior to the date the M. Elena Kendall and A&B Real Estate Holdings LLC purchased the A&B Property on September 17, 2013.[42]

21. Christopher and Julianne Kopach are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 20318 Chestnut Grove Drive, Tampa, FL (the "Kopach Property").[43] The Kopachs allege that Chinese drywall was installed in the Kopach Property in 2006,[44] prior to the date the Kopachs purchased the Kopach Property on January 9, 2009.[45]

---

[37] *See* Exhibit Karpel A: SPPF.
[38] *Id.*, Karpel SPPF at 2.
[39] *See* Exhibit Karpel B: Warranty Deed.
[40] *See* Exhibit A&B-Kendall A: SPPF.
[41] *Id.*, A&B-Kendall SPPF at 2.
[42] *See* Exhibit A&B-Kendall B: Warranty Deed.
[43] *See* Exhibit Kopach A: SPPF.
[44] *Id.*, Kopach SPPF at 2.
[45] *See* Exhibit Kopach B: Warranty Deed.

22. V. Alethia Locke-Esberry is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 962 SW Haas Avenue, Port St. Lucie, FL (the "Locke-Esberry Property").[46] Locke-Esberry alleges that Chinese drywall was installed in the Locke-Esberry Property on June 1, 2006,[47] prior to the date Locke-Esberry purchased the Locke-Esberry Property on October 23, 2006.[48]

23. Marie Lorquet is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 284 James Circle, Lake Alfred, FL (the "Lorquet Property").[49] Lorquet alleges that Chinese drywall was installed in the Lorquet Property in 2006,[50] prior to the date Lorquet purchased the Lorquet Property on April 1, 2012.[51]

24. M and M the Closers, LLC is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1924 CT, Homestead, FL (the "M and M Property").[52] M and M the Closers LLC alleges that Chinese drywall was installed in the M and M Property in 2006,[53] prior

---

[46] *See* Exhibit Locke-Esberry A: SPPF.
[47] *Id.*, Locke-Esberry SPPF at 2.
[48] *See* Exhibit Locke-Esberry B: Warranty Deed.
[49] *See* Exhibit Lorquet A: SPPF.
[50] *Id.*, Lorquet SPPF at 2.
[51] *Id.*
[52] *See* Exhibit M and M A: SPPF.
[53] *Id.*, M and M SPPF at 2.

8

to the date M and M the Closers LLC purchased the M and M Property on May 29, 2014.[54]

25. Nancy and William Mansour are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 8678 Tally Ho Lane, Royal Palm Beach, FL (the "Mansour Property").[55] The Mansours allege that Chinese drywall was installed in the Mansour Property on July 1, 2006,[56] prior to the date the Mansours purchased the Mansour Property on December 26, 2012.[57]

26. Karina Martinez is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 23631 SW 112 CT, Homestead, FL (the "Martinez Property").[58] Martinez alleges that Chinese drywall was installed in the Martinez Property in 2006,[59] prior to the date Martinez purchased the Martinez Property on May 31, 2016.[60]

27. MCF Enterprises, Inc. is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 8554 Pegasus Drive, Lehigh Acres, FL (the "MCF Property").[61] MCF Enterprises, Inc.

---

[54] *See* Exhibit M and M B: Warranty Deed.
[55] *See* Exhibit Mansour A: SPPF.
[56] *Id.*, Mansour SPPF at 2.
[57] *See* Exhibit Mansour B: Warranty Deed.
[58] *See* Exhibit Martinez A: SPPF.
[59] *Id.*, Martinez SPPF at 2.
[60] *See* Exhibit Martinez B: Warranty Deed.
[61] *See* Exhibit MCF Enterprises A: SPPF.

alleges that Chinese drywall was installed in the MCF Property in 2006,[62] prior to the date MCF Enterprises, Inc. purchased the MCF Property on November 13, 2013.[63]

28. Carl and Ellen Moore are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 5427 Kedgewick Lane, North Port, FL (the "Moore Property").[64] The Moores allege that Chinese drywall was installed in the Moore Property in 2007,[65] prior to the date the Moores purchased the Moore Property on May 1, 2009.[66]

29. Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 5952 SW 102 St., Pinecrest, FL (the "Paredes-Straka Property").[67] Paredes and Straka allege that Chinese drywall was installed in the Paredes-Straka Property in 2006,[68] prior to the date Paredes and Straka purchased the Paredes-Straka Property on March 8, 2013.[69]

30. Fred Pool and Raquel DeFigueiredo are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the

---

[62] *Id.*, MCF Enterprises SPPF at 2.
[63] *See* Exhibit MCF Enterprises B: Warranty Deed.
[64] *See* Exhibit Moore A: SPPF.
[65] *Id.*, Moore SPPF at 2.
[66] *See* Exhibit Moore B: Warranty Deed.
[67] *See* Exhibit Paredes-Straka A: SPPF.
[68] *Id.*, Paredes-Straka SPPF at 2.
[69] *See* Exhibit Paredes-Straka B: Warranty Deed.

property located at 14531 Coronado Drive, Spring Hill, FL (the "Pool-DeFigueiredo Property").[70] Pool and DeFigueiredo allege that Chinese drywall was installed in the Pool-DeFigueiredo Property Property in 2006,[71] prior to the date Pool and DeFigueiredo purchased the Pool-DeFigueiredo Property on February 16, 2007.[72]

31. Olivia and Les Porciuncula are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 339 Wilton Avenue, SW, Palm Bay, FL (the "Porciuncula Property").[73] The Porciunculas allege that Chinese drywall was installed in the Porciucula Property on June 1, 2005,[74] prior to the date the Porciunculas purchased the Porciuncula Property on September 16, 2005.[75]

32. Glenn Price is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1751 Bobcat Trial, North Port, FL (the "Price Property").[76] Price alleges that Chinese drywall was installed in the Price Property on April 1, 2006,[77] prior to the date Price purchased the Price Property on February 6, 2009 .[78]

---

[70] *See* Exhibit Pool-DeFigueiredo A: SPPF.
[71] *Id.*, Pool-DeFigueiredo SPPF at 2.
[72] *See* Exhibit Pool-DeFigueiredo B: Warranty Deed.
[73] *See* Exhibit Porciuncula A: SPPF.
[74] *Id.*, Porciuncula SPPF at 2.
[75] *See* Exhibit Porciuncula B: Warranty Deed.
[76] *See* Exhibit Price A: SPPF.
[77] *Id.*, Price SPPF at 2.
[78] *See* Exhibit Price B: Warranty Deed.

33. Mark and Sheri Rigopoulos are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 3411 24th Avenue NE, Naples, FL (the "Rigopoulos Property").[79] The Rigopoulous' allege that Chinese drywall was installed in the Rigopoulous Property in 2006,[80] prior to the date the Rigopoulous' purchased the Rigopoulous Property on February 7, 2007.[81]

34. Byron and Fern Robbins are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 421 Chelsea Place Avenue, Ormond Beach, FL (the "Robbins Property").[82] The Robbins allege that Chinese drywall was installed in the Robbins Property in 2006,[83] prior to the date the Robbins purchased the Robbins Property on May 8, 2017.[84]

35. Ruben Dapena o.b.o. Annetta, LLC is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 363 NE 30th Avenue, Homestead, FL (the "Annetta LLC Property").[85] Dapena alleges that Chinese drywall was installed in the Annetta LLC

---

[79] *See* Exhibit Rigopoulos A: SPPF.
[80] *Id.*, Rigopoulos SPPF at 2.
[81] *See* Exhibit Rigopoulos B: Warranty Deed.
[82] *See* Exhibit Robbins A: SPPF.
[83] *Id.*, Robbins SPPF at 2.
[84] *See* Exhibit Robbins B: Warranty Deed.
[85] *See* Exhibit Annetta LLC A: SPPF.

12

Property in 2006,[86] prior to the date Annetta LLC purchased the Annetta LLC Property on April 16, 2014.[87]

36. Vince Russo is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 9800 Quinta Artesa Way, Unit 105, Fort Myers, FL (the "Russo Property").[88] Russo alleges that Chinese drywall was installed in the Russo Property in 2006,[89] prior to the date Russo purchased the Russo Property on September 27, 2010.[90]

37. Carlos Salabarria is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 12940 SW 135 St., Miami, FL (the "Salabarria Property").[91] Salabarria alleges that Chinese drywall was installed in the Salabarria Property in 2007,[92] prior to the date Salabarria purchased the Salabarria Property on October 12, 2015.[93]

38. Skyline Glass LLC is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 10769 NW 81 Ln, Doral, FL (the "Skyline Property").[94] Skyline Glass LLC alleges that

---

[86] *Id.*, Annetta LLC SPPF at 2.
[87] *See* Exhibit Annetta LLC B: Warranty Deed.
[88] *See* Exhibit Russo A: SPPF.
[89] *Id.*, Russo SPPF at 2.
[90] *See* Exhibit Russo B: Warranty Deed.
[91] *See* Exhibit Salabarria A: SPPF.
[92] *Id.*, Salabarria SPPF at 2.
[93] *See* Exhibit Salabarria B: Warranty Deed.
[94] *See* Exhibit Skyline Glass LLC A: SPPF.

Chinese drywall was installed in the Skyline Property in 2006,[95] prior to the date Skyline Glass LLC purchased the Skyline Property on January 8, 2018.[96]

39. Fred Stockton is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 13095 Montego Street, Spring Hill, FL (the "Stockton Property").[97] Stockton alleges that Chinese drywall was installed in the Stockton Property in 2006,[98] prior to the date Stockton purchased the Stockton Property on April 12, 2008.[99]

40. Matthew Tabacchi o.b.o. Allstate Servicing, Inc. is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1820 NE 30th Court, Anthony, FL (the "Tabacchi Property").[100] Tabacchi alleges that Chinese drywall was installed in the Tabacchi Property in 2006,[101] prior to the date Tabacchi purchased the Tabacchi Property on February 15, 2013.[102]

41. Sharon Timmons is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1820 NE 7th Avenue, Cape Coral, FL (the "Timmons Property").[103] Timmons alleges that

---

[95] *Id.*, Skyline Glass LLC SPPF at 2.
[96] *See* Exhibit Skyline Glass LLC B: Warranty Deed.
[97] *See* Exhibit Stockton A: SPPF.
[98] *Id.*, Stockton SPPF at 2.
[99] *See* Exhibit Stockton B: Warranty Deed.
[100] *See* Exhibit Tabacchi A: SPPF.
[101] *Id.*, Tabacchi SPPF at 2.
[102] *Id.*
[103] *See* Exhibit Timmons A: SPPF.

14

Chinese drywall was installed in the Timmons Property in 2006,[104] prior to the date Timmons purchased the Timmons Property on July 22, 2008.[105]

42. Kurt Tolliver is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 4531 Darwin Boulevard, Port St. Lucie, FL  (the "Tolliver Property").[106] Tolliver alleges that Chinese drywall was installed in the Tolliver Property in 2006,[107] prior to the date Tolliver purchased the Tolliver Property on September 11, 2015.[108]

43. Anjali Van Drie is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 4101 NW 22nd Street, Cape Coral, FL (the "Van Drie Property").[109] Van Drie alleges that Chinese drywall was installed in the Van Drie Property in 2006,[110] prior to the date Van Drie purchased the Van Drie Property on August 20, 2008.[111]

44. Laura Veira is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 14763 SW 35 Lane, Miami, FL (the "Veira Property").[112] Veira alleges that Chinese drywall was

---

[104] *Id.*, Timmons SPPF at 2.
[105] *See* Exhibit Timmons B: Warranty Deed.
[106] *See* Exhibit Tolliver A: SPPF.
[107] *Id.*, Tolliver SPPF at 2.
[108] See Exhibit Tolliver B: Warranty Deed.
[109] See Exhibit Van Drie A: SPPF.
[110] *Id.*, Van Drie SPPF at 2.
[111] *See* Exhibit Van Drie B: Warranty Deed.
[112] *See* Exhibit Veira A: SPPF.

installed in the Veira Property in 2006,[113] prior to the date Veira purchased the Veira Property on December 30, 2008.[114]

46. Peter Walimire is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 3589 Malagrotta Circle, Cape Coral, FL (the "Walimire Property").[115] Walimire alleges that Chinese drywall was installed in the Walimire Property in 2006,[116] prior to the date Walimire purchased the Walmire Property on July 20, 2016.[117]

46. Michael Zelenenki is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 4331 Ferrari Drive, Sebring, FL (the "Zelenenki Property").[118] Zelenenki alleges that Chinese drywall was installed in the Zelenenki Property in 2007,[119] prior to the date Zelenenki purchased the Zelenenki Property on November 25, 2009.[120]

47. Plaintiffs each purchased their respective Property after the alleged defective drywall was installed in the Property. In Plaintiffs' respective deeds, Plaintiffs were not assigned or subrogated to any of the prior owners' rights, and no evidence of an assignment or subrogation has been presented.[121]

---

[113] *Id.*, Veira SPPF at 2.
[114] *See* Exhibit Veira B: Warranty Deed.
[115] *See* Exhibit Walimire A: SPPF.
[116] *Id.*, Walimire SPPF at 2.
[117] *See* Exhibit Walimire B: Warranty Deed.
[118] *See* Exhibit Zelenenki A: SPPF.
[119] *Id.*, Zelenenki SPPF at 2.
[120] *See* Exhibit Zelenenki B: Warranty Deed.
[121] *See* Warranty Deeds. (Deeds for Lorquet and Tabacchi were not provided. However, no evidence of an assignment or subrogation has been presented).

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:      504.310.0279
Email:            kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 26th day of March, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**