UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**PROPOSED ORDER**

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the claims filed by Jackelyn Aquirre o.b.o Home and Land, Inc.; Ed Ball and Margot Gravel; Steve Binns; Dan Blonsky; Consuela Burgos; Tobi Butcher; Isidro Calderon; CDO Investments, LLC; Mercedes and Nicole Gaspard; Cesar and Ines Jaramillo; Dolores Jarvis; John Judge; Kevin Karpel; M. Elena Kendall and A&B Real Estate Holdings LLC; Christopher and Julianne Kopach; V. Alethia Locke-Esberry; Marie Lorquet; M and M the Closers, LLC; Nancy and William Mansour; Karina Martinez; MCF Enterprises, Inc.; Carl and Ellen Moore; Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka; Fred Pool and Raquel DeFigueiredo; Olivia and Les Porciuncula; Glenn Price; Mark and Sheri Rigopoulos; Byron and Fern Robbins; Ruben Dapena o.b.o. Annetta, LLC; Vince Russo; Carlos Salabarria; Skyline Glass LLC; Fred Stockton; Matthew Tabacchi o.b.o. Allstate Servicing, Inc.; Sharon Timmons; Kurt Tolliver; Anjali Van Drie; Laura Veira; Peter Walimire; and Michael Zelenenki;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 is GRANTED as to Jackelyn Aquirre o.b.o Home and Land, Inc.; Ed Ball and Margot Gravel; Steve Binns; Dan Blonsky; Consuela Burgos; Tobi Butcher; Isidro Calderon; CDO Investments, LLC; Mercedes and Nicole Gaspard; Cesar and Ines Jaramillo; Dolores Jarvis; John Judge; Kevin Karpel; M. Elena Kendall and A&B Real Estate Holdings LLC; Christopher and Julianne Kopach; V. Alethia Locke-Esberry; Marie Lorquet; M and M the Closers, LLC; Nancy and William Mansour; Karina Martinez; MCF Enterprises, Inc.; Carl and Ellen Moore; Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka; Fred Pool and Raquel DeFigueiredo; Olivia and Les Porciuncula; Glenn Price; Mark and Sheri Rigopoulos; Byron and Fern Robbins; Ruben Dapena o.b.o. Annetta, LLC; Vince Russo; Carlos Salabarria; Skyline Glass LLC; Fred Stockton; Matthew Tabacchi o.b.o. Allstate Servicing, Inc.; Sharon Timmons; Kurt Tolliver; Anjali Van Drie; Laura Veira; Peter Walimire; and Michael Zelenenki   and the claims for against it are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

                                                      **Honorable Eldon E. Fallon**
                                                      **United States District Judge**