# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  <br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring the foregoing Motion for Summary Judgment as to the claims of Jackelyn Aquirre o.b.o Home and Land, Inc.; Ed Ball and Margot Gravel; Steve Binns; Dan Blonsky; Consuela Burgos; Tobi Butcher; Isidro Calderon; CDO Investments, LLC; Mercedes and Nicole Gaspard; Cesar and Ines Jaramillo; Dolores Jarvis; John Judge; Kevin Karpel; M. Elena Kendall and A&B Real Estate Holdings LLC; Christopher and Julianne Kopach; V. Alethia Locke-Esberry; Marie Lorquet; M and M the Closers, LLC; Nancy and William Mansour; Karina Martinez; MCF Enterprises, Inc.; Carl and Ellen Moore; Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka; Fred Pool and Raquel DeFigueiredo; Olivia and Les Porciuncula; Glenn Price; Mark and Sheri Rigopoulos; Byron and Fern Robbins; Ruben Dapena o.b.o. Annetta, LLC; Vince Russo; Carlos Salabarria; Skyline Glass LLC; Fred Stockton; Matthew Tabacchi o.b.o. Allstate Servicing, Inc.; Sharon Timmons; Kurt Tolliver; Anjali Van Drie; Laura Veira; Peter Walimire; and Michael Zelenenki for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of

Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 15th day of April, 2020, beginning at 9:00 o'clock a.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:    kmiller@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 26th day of March, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**