**Bennett Louisiana Claims**

| Claimant | Address |
| --- | --- |
| Toni Macksey | 4321 Lucerne Street, Metairie, LA 70006 |
| Ronald S. Martinez, Jr. & Catherine Martinez | 6507 Memphis Street, New Orleans, LA 70124 |
| Ronald T. & Maria S. Natal | 1489 Lakeshore Blvd., Slidell, LA 70461 |
| Bank of Louisiana, by Timothy O'Brien | 35211 Beverly Hills Drive, Prairieville, LA 70769 |
| Nathan Junius | 6537 Marshall Foch Street, New Orleans, LA 70124 |
| Scott & Kim Armstrong | 42296 Forest Lane, Hammond, LA 70403 |
| Jacques & Sarah Brousseau | 437 Delgado Drive, Baton Rouge, LA 70808 |
| Bonnie & Carl Cordier | 11429 Maxine Drive, New Orleans, lA 70128 |
| Michael & Alice Ginart | 2104 Olivia Street, Meraux, LA 70075 |
| Jason Arnold | 26057 Coronation Ave., Denham Springs, LA 70726 |
| Feng Hu & Simin Liu | 3016 Taft Park, Metairie, LA 70002 |
| Mardechria McDonald Charles | 116 Dufresne Drive, Vacherie, LA 70090 |
| Matthew & Susan Issman | 669 Timberwood Loop, Madisonville, LA 70447 |
| Karen & Kerry McCann | 73244 Penn Mill Road, Covington, LA 70435 |
| Michael & Nicole Norris | 700 Arctic Fox Run, Madisonville, LA 70447 |
| Mark & Kimberlie Perez | 3036 Whitty Drive, Slidell, LA 70461 |
| Chein Van Pham & Bich Nguyen | 9549 Homestead Drive, Baton Rouge, LA 70817 |
| Wayne & Kristal Province | 86048 Highway 450, Franklinton, LA 70438 |
| Veronica Rosenaur o.b.o Estate of Veronica Griffith Rayborn | 13891 Calle Sevario Drive, Prairieville, LA 70769 |
| Jay Wang & Ruby Ziaochun (Xiaochun) Xi | 4220 Vincennes Place, New Orleans, LA 70125 |
| Ronald & Bernice Pendelton | 5224 Pasteur Blvd., New Orleans, LA 70122 |
| Bholanath & Prabha Dhume | 150 Spencer Ave., New Orleans, LA 70124 |
| Melinda Milam & Clayton Latimer | 4625-27 Palmyra Street, New Orleans, LA 70119 |
| Adelaide Levin | 2201-2203 NeyRey Street, Metairie, LA 70001 |

**Bennett Louisiana Claims**

| | |
|---|---|
| Carole Bonney | 35471 Reese Lane, Slidell, LA 70460 |
| Cathey & Tommy Gueydan | 42055 Jefferson Drive, Hammond, LA 70403 |
| Funches O. & Sharese Matthews Dixon | 20 Cross Creek Drive, Slidell, LA 70461 |
| Jawad & Fatme Gharib | 4 Beresford Drive, Metairie, LA 70001 |
| Jawad & Fatme Gharib | 8807 South Claiborne Ave., Apt. A-C, New Orleans, LA 70118 |

**Bennett Missippi Claims**

| Claimant | Address |
| --- | --- |
| Peggy Powell | 110 Laurel Lane, Pass Christian, MS 39571 |
| Lisa Lofton, Executive of Estate of Catherine Baber | 121 Country Club Drive, Pass Christian, MS 39571 |
| David & Candace Fozard | 72685 Diamondhead Drive North, Diamondhead, MS 39525 |
| The Van Tran & Chin Thi Nguyen | 12912 Rosemont Street, Ocean Springs, MS 39564 |
| Willaim "Bill" Foreman | 7514 Pinehurst Court, Diamondhead, MS 39525 |
| Dung Nguyen | 3 Laudeac Court, Long Beach, MS 39571 |
| Sherwood & Jody Bailey o.b.o. Carlisle Place, LLC & Michael Christovich | 829 East Scenic Drive, Pass Christian, MA 39571 |
| 1329 Gum Street - 1329 Gum, Jackson Land Trust | 1329 Gum Street, Ocean Springs, MS 39564 |
| Christopher Payton - Arrowhead Lodge, LLC; G. Robert Green o.b.o Arrowhead Investments, LLC | 19 Money Hill Lane, Poplarville, MA 39470 |
| Michael Phillips | 11263 Creek Drive, Gulfport, MS 39560 |
| Ronald & Leslie Bogard / Rachel Renee Schoerner | 451 Linda Drive, Biloxi, MS 39531 |
| Mary Sue Caranna | 224 Pinewood Drive, Pass Christian, MS 39531 |
| McAlister, Yulunda (Karen) & Stephanie Fussell | 229 Felicity Street, Bay St. Louis, MS 39520 |
| George & Mary Ann Ferry | 101 Lakeside Drive, Waveland, MS 39576 |
| Jack & Wanda Green | 1709 Seacrest Drive, Gautier, MS 39553 |
| Mark & Shannon Renee Lee | 308 Italian Isle Road, Gautier, MS 39553 |
| Susyn Cain & Richard Calevro | 5040 Georgia Street, Bay St. Louis, MS 39520 |
| Jeremy Jordan | 11592 Azalea Trace, Gulfport, MS 39503 |
| David & Birttany Martino | 245 McDonnell Blvd., F-138, Biloxi, MS 39531 |

**Bennett Missippi Claims**

| | |
|---|---|
| George Humphries III & George Humphries IV | 11209 Texas Street, Bay St. Louis, MS 39520 |
| Nancy & Larry Lafontaine | 478 St. Charles Street, Bay St. Louis, MS 39520 |
| Peggy A. & Billy McCullar | 603 East Second Street, Pass Christian, MS 39571 |
| Peter & Lin Robinson | 131 Sea Oaks Blvd., Long Beach, MS 39560 |
| Wade & Sheryl Gauthreaux | 10171 Lagan Street, Bay St. Louis, MS 39520 |