UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

On January 10, 2020, the Court entered its Order & Reasons (a) granting final approval of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Platerboard Co. Ltd. (collectively, "Taishan") and (b) ruling on Class Counsel's motion for an award of attorneys' fees and costs ("Order & Reasons"). R. Doc. 22460. The Court awarded attorneys (both Common Benefit Counsel and individually retained attorneys) 19% of the $248,000,000 Taishan Settlement Fund – totaling $47,120,000. R. Doc. 22460 at 69, 71. The Court further ordered that "a fair division of fees is 40% to contract counsel and 60% to common benefit counsel." R. Doc. 22460 at 67. Accordingly, Common Benefit Counsel are entitled to 60% of the fees—totaling approximately $28,272,000.[1] In addition, the Court awarded Common Benefit Counsel reimbursement of $1,166,418.88 in held costs and $1,669,824.00 as cash assessments, for a total of $2,836,242.88, for costs incurred between January 1, 2015 and August 31, 2019. R. Doc. 22460 at 69, 71. On January 13, 2020, the Court entered a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b), R. Doc. 22466, from which no appeal was taken.

---

[1] The remaining fees—$18,848,000—will be distributed to individually retained attorneys.

On January 16, 2020, the Court appointed a Fee Allocation Committee and ordered that "anyone interested in receiving a common benefit fee in this litigation must, within fifteen (15) days, file with the Court an application indicating the time spent and nature of the work performed." R. Doc. 22481 at 1. In response to the Court's order, 19 fee applications were filed.[2] The Fee Allocation Committee was charged with reviewing fee requests and supporting documents from all attorneys who performed common benefit work in this portion of the litigation and thereafter making a recommendation to the Court regarding the allocation of common benefit fees as set in the Court's Order & Reasons from January 10, 2020. R. Doc. 22460.

The Fee Allocation Committee has evaluated the applications, discussed the requests, and reached a consensus agreeable to all attorneys with an interest in this matter. The Court has received the Fee Committee's report and recommendations, R. Doc. 22648, and takes this opportunity to post these recommendation so the Court's website for the Chinese-Manufactured Drywall Liability Litigation. Accordingly,

**IT IS ORDERED** that anyone having any objections to the attached recommendations shall file their objection with the Court no later than Monday, April 6, 2020.

New Orleans, Louisiana this 26th day of March, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge

---

[2] Two additional applications were filed (by Mrachek and Whitfiled, Bryson, and Mason), but then withdrawn.

# In Re: Chinese Drywall, MDL No. 2047
# Fee Allocation Committee
# Allocation Recommendations

| Firm | Allocation Recommendation | Held Costs | Assessments |
|---|---|---|---|
| Levin, Sedran & Berman | $ 9,800,000.00 | $ 759,837.15 | $ 608,133.01 |
| Herman Herman & Katz | $ 4,850,000.00 | $ 25,625.58 | $ 608,133.00 |
| Richard J. Serpe, P.C. | $ 2,000,000.00 | $ 63,963.41 | $ 70,236.00 |
| Colson Hicks Edison, PA | $ 2,000,000.00 | $ 83,227.52 | $ 80,000.00 |
| Barrios, Kingsdorf & Casteix | $ 1,925,000.00 | $ 22,850.55 | $ 54,718.00 |
| Irpino Law Firm | $ 1,925,000.00 | $ 55,109.53 | $ 72,039.00 |
| Gainsburgh, Benjamin, et al. | $ 1,200,000.00 | $ 24,281.77 | $ 54,340.00 |
| Seeger Weiss, LLP | $ 1,000,000.00 | $ 78,009.43 | $ 44,482.00 |
| Morgan & Morgan | $ 900,000.00 | $ 37,051.14 | $ 18,477.00 |
| Hausfeld, LLP | $ 800,000.00 | $ 37,449.02 | $ 33,104.00 |
| The Lambert Firm | $ 689,000.00 | $ 7,341.85 | $ 7,753.00 |
| Allison Grant, PA | $ 675,000.00 | $ 6,672.87 | $ - |
| The Steckler Law Firm | $ 675,000.00 | $ 41,036.91 | $ 15,768.00 |
| Becnel Law Firm, LLC | $ 125,000.00 | $ 1,038.36 | $ - |
| Baron & Budd | $ 50,000.00 | $ - | $ - |
| Lieff Cabraser / Cunningham Bounds | $ 25,250.00 | $ - | $ - |
| Martzell Bickford | $ 7,627.45 | $ - | $ - |
| Thornhill Law Firm | $ 2,500.00 | $ 907.87 | $ - |
| Torres Law | $ 2,500.00 | $ - | $ - |
| Lemmon Law Firm | $ - | $ 65.43 | $ - |
| Pendley Baudin & Coffin | $ - | $ 229.95 | $ - |
| Reeves & Mestayer | $ - | $ 6,020.12 | $ 12,641.00 |
| | $ 28,651,877.45 | $ 1,250,718.46 | $ 1,679,824.01 |

# EXHIBIT "B"