IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-1395 (E.D. La.) (LA) | |

## APPEAL OF ALLOCATION AMOUNT

Plaintiffs, Brian Lewis and Barbara Lewis, hereby file an appeal of the Settlement Administrator's Allocation Amount dated March 6, 2020. In support of this appeal, Plaintiffs state the following:

1. The under air square footage of 3,214 square feet that was applied to the Allocation Model for the home located at 6755 Lake Willow Drive (Claim ID: 11481) is incorrect.

2. The correct under air square footage for the home located at 6755 Lake Willow Drive is 5,231 square feet.

3. Plaintiffs have supplied sufficient documentation to the Settlement Administrator to prove the square footage of 6755 Lake Willow Drive, including the following:

    a. Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages with floorplan attached, dated May 19, 2017; and

    b. Excerpts of the Deposition Testimony of Brian Lewis, taken on March 21, 2019.

4. The Settlement Administrator has taken this information under advisement, and Plaintiffs understand that the Settlement Administrator will make a recommendation to the Court.

Plaintiffs respectfully request that the correct square footage of 5,231 square feet be applied to the Allocation Model and that Plaintiffs receive an allocation amount consistent with this square footage.

    Respectfully submitted,

    **GAINSBURGH, BENJAMIN, DAVID,**
    **MEUNIER & WARSHAUER, L.L.C.**

BY: *s/ Gerald E. Meunier*
    **GERALD E. MEUNIER**
    **BAR NO. 9471**
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone: (504) 522-2304
    Facsimile: (504) 528-9973
    E-mail: gmeunier@gainsben.com

    *Attorneys for Brian and Barbara Lewis, Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    */s/ Gerald E. Meunier*
    **GERALD E. MEUNIER**