UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 10-cv-932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-cv-6687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**MOTION FOR ENTRY OF AN ORDER AUTHORIZING
DISBURSEMENT OF ATTORNEYS' FEES AND COSTS IN THE COURT
REGISTRY TO THE TAISHAN CHINESE DRYWALL SETTLEMENT FUND**

The Fee Allocation Committee ("FAC") hereby moves for entry of an Order authorizing disbursement of the attorneys' fees and costs from the Assigned Claims Settlement, which are in the Court Registry pursuant the Court's Order dated March 6, 2019 [Rec. Doc. 22122]. The FAC requests that those attorneys' fees and costs be transferred to the Taishan Chinese Drywall

Settlement Fund, which is a Qualified Settlement Fund ("QSF") established by BrownGreer at Huntington National Bank ("Huntington"). *See* Order dated 3/26/2020 [Rec. Doc. 22657].

On March 20, 2020, the FAC filed its recommended allocation of common benefit fees [Rec. Doc. 22648] that were awarded by the Court from the Taishan Settlement Fund ($28,272,000.00) [Rec. Doc. 22460] and from the Assigned Claims Settlement (60% of $633,129.09, or $379,877.45) [Rec. Doc. 22122]. All common benefit fee applicants agreed to their recommended allocation amount. A ruling by the Court on the allocation of these funds is pending.

Once the Eligible Class Members receive their Allocation Amounts, the FAC will file a motion to distribute to individually retained counsel the remaining attorneys' fees from the Taishan Settlement ($18,848,000) [Rec. Doc. 22460] and the Assigned Claims Settlement (40% of $633,129.09, or $253,251.64) [Rec. Doc. 22122].

Pending further rulings by the Court regarding the allocation of common benefit attorneys' fees among eligible fee applicants and the distribution of individually retained counsel fees, and further motions to award cost reimbursements, the subject funds will remain in the QSF at Huntington.

A proposed Order authorizing disbursement of these funds is filed herewith.

Respectfully submitted,

Dated: March 27, 2020    By: */s/ Leonard A. Davis*
Leonard A. Davis (Bar No. 14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (Fla. Bar No. 0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: (757) 233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

Allison Grant, Esquire (Fla. Bar 858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com

3

*Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 27th day of March, 2020.

By: */s/ Leonard A. Davis*
Leonard A. Davis (Bar No. 14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*