UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 10-cv-932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 09-cv-6687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

### ORDER AUTHORIZING DISBURSEMENT OF
### ATTORNEYS' FEES AND COSTS IN THE COURT REGISTRY

Upon consideration of the Fee Allocation Committee's motion for entry of an Order authorizing disbursement of the attorneys' fees and costs from the Assigned Claims Settlement, which are in the Court Registry pursuant the Court's Order dated March 6, 2019 [Rec. Doc. 22122],

**IT IS HEREBY ORDERED** that:

    1.    The Clerk is authorized and directed to disburse $657,763.08 on deposit in the

Registry of this Court, plus all interest earned thereon, to: Taishan Chinese Drywall Settlement Fund.

2.      The Taishan Chinese Drywall Settlement Fund is a Qualified Settlement Fund ("QSF") established by BrownGreer at Huntington National Bank ("Huntington"). *See* Order dated 3/26/2020 [Rec. Doc. 22657].

3.      BrownGreer has been appointed as the Administrator of the QSF, *id.*, and shall provide wire instructions to the Clerk of Court for the Eastern District of Louisiana within five (5) business days of the entry of this Order.

4.      Huntington is serving as the Custodian Bank of the QSF.

5.      The attorneys' fees and costs, once transferred to the QSF, shall remain in the QSF until further Order of the Court.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE