Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES  JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Jay Jinjiang Wang & Ruby Xiaochun Xi
Address of Affected Property: 4220 Vincennes Place
New Orleans, LA 70125

Is this Property:* **Residential**  Commercial  Governmental
Name of Person Completing this Form: Jay Wang
Is above your primary residence? **Yes**  No
Mailing Address (if different):

Phone: ( 225 ) 287 - 0005

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: **Owner-Occupant**  Owner Only  Renter-Occupant
Represented By: James V. Doyle, Jr.
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No./Docket Info: Bennett v. Knauf, 14-cv-2722

### Section II. Insurance Information

Homeowner/ Renter Insurer: Lighthouse Property Insurance Company
Policy #: 1001013918
Agent: TWFG Insurance Services, Inc.
Address: 1011 North Causeway Blvd.
Mandeville, LA 70471

Phone: ( 985 ) 626 - 0088

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Jay Wang | 08/01/07 | / / | **M** / F | / / | Yes **No** | Owner - Occupant |
| Ruby Xiaochun Xi | 08/01/07 | / / | M **F** | / / | Yes **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Healthy Home Solutions, LLC

   1.2. When did the inspection take place?   6 /25/ 15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Healthy Home Solutions, LLC

   2.2. When was this determination made?   6 /25/ 15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China | Ceiling and walls |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,800 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 5 | Summer | X | |
| Number of Bathrooms: | 3.5 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____  6/27/15  _____Ruby Li_____  6-27-15
Claimant's Signature      Date Signed    Claimant's Signature    Date Signed

_____  _____  _____  _____
Claimant's Signature      Date Signed    Claimant's Signature    Date Signed

_____  _____  _____  _____
Claimant's Signature      Date Signed    Claimant's Signature    Date Signed



**Lighthouse Property Insurance Corporation**
Customer Service: (888) 235-3837

Dwelling Fire Declaration
Endorsement
Insured Copy

PO Box 2150 Pinellas Park, FL 33780    Insured Bill    DECLARATION EFFECTIVE:  10/22/2014

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 1001013918 | 9/30/2014 | 9/30/2015 | 12:01 AM STANDARD TIME AT INSURED LOCATION | 178598 |

**NAMED INSURED AND ADDRESS:**

JAY WANG AND RUBY WANG
510 WINBOURNE DR.
SLIDELL, LA 70461

**AGENT:**

TWFG INSURANCE SERVICES INC
1011 N CAUSEWAY BLVD
MANDEVILLE, LA 70471
(985) 626-0088

**MORTGAGEE(S) / ADDITIONAL INTEREST(S)**

| Name | Address | Interest Type | Bill To | Reference # |
|---|---|---|---|---|
| GREENTREE MORTGAGE SERVICING LLC ISAOA | PO BOX 979282 MIAMI, FL 33197 | MORTGAGEE | NO | TBD |

**POLICY FORMS AND ENDORSEMENTS**

| | | |
|---|---|---|
| LPIC DP 06 2012 | LPIC 177 01 10 | DL 24 01 07 88 |
| HO P 002D 01 10 | LPIC 181 01 10 | DL 24 11 07 88 |
| DWG-3 01 93 | LPIC REFTAX 06 12 | DL 25 17 03 01 |
| DWG-E100 07 04 | LPIC EX DAM 12 06 | DL 24 16 07 86 |
| DWG-E290 07 04 | LPIC PRV 06 12 | |
| LANBWL 06 2012 | DWG-E276 01 93 | |

Property Coverage limit may increase at renewal due to an inflation factor to maintain insurance to the approximate replacement cost of your home.

This Policy does not protect you against loss due to flood. Flood Insurance is available through the Federal Government. Contact your agent to apply for coverage.

This replaces all previously issued policy declarations, if any. This policy applies only to accidents, occurrences or losses which happen during the policy period shown above. In case of property loss, only that part of loss over stated deductibles applies. If payment is not received on or before the policy renewal effective date, this policy will no longer be in force. This declaration page together with all policy provisions and any other applicable endorsements completes your policy.

_____
Authorized Signature

October 23, 2014
Date

# Lighthouse

**Lighthouse Property Insurance Corporation**
Customer Service: (888) 235-3837

**Dwelling Fire Declaration**
Endorsement
**Insured Copy**

PO Box 2150 Pinellas Park, FL 33780

Insured Bill

**DECLARATION EFFECTIVE:** 10/22/2014

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 1001013918 | 9/30/2014 | 9/30/2015 | 12:01 AM STANDARD TIME AT INSURED LOCATION | 178598 |

**NAMED INSURED AND ADDRESS:**

JAY WANG AND RUBY WANG
510 WINBOURNE DR.
SLIDELL, LA 70461

**AGENT:**

TWFG INSURANCE SERVICES INC
1011 N CAUSEWAY BLVD
MANDEVILLE, LA 70471
(985) 626-0088

**INSURED LOCATION:**

4220 VINCENNES PL
NEW ORLEANS, LA 70125

**PREMIUM SUMMARY**

| BASIC COVERAGES PREMIUM | ADJUSTMENTS PREMIUM | POLICY FEES / SURCHARGES | TOTAL POLICY PREMIUM |
|---|---|---|---|
| $3,242 | $(1329) | $158 | $2,071 |

| PRODUCT | CONST TYPE | YEAR | USE | # FAMILY | OWNER OCC | PROT CLASS | TERRITORY |
|---|---|---|---|---|---|---|---|
| DP3 | MASONRY VENEER | 1980 | PRIMARY | ONE | NO | 2 | 360 |

| Coverage/Fee | Limit | Fire Premium | Extended Coverage Premium | V&MM | Total Premium |
|---|---|---|---|---|---|
| Coverage A - Dwelling | $220,000 | $901 | $2,316 | INCLUDED | $3,217 |
| Coverage B - Other Structures | $22,000 | | | | INCLUDED |
| Coverage D - Fair Rental Value | $22,000 | | | | INCLUDED |
| Coverage L - Personal Liability | $100,000 | | $25 | | $25 |
| Coverage M - Medical Payments | $1,000 | | | | INCLUDED |
| Ordinance or Law Coverage | $22,000 | | | | INCLUDED |
| Inspection Fee | | | | | $25 |
| Citizens FAIR Plan Assessment | | | | | $68 |
| Fixed Expense Fee | | | | | $65 |

Total Premium Adjustments   ($1,329)
Total Policy Premium   $2,071

All Other Perils Deductible   $2,500
Calendar Year Named Storm Deductible   $4,400 / 2%



**Flood Policy Declaration**
**Liberty Mutual Fire Insurance Company**
Boston, MA
Renewal Declaration

Standard Policy: Effective at 12:01 a.m. 02/24/2015 to 02/24/2016
THIS POLICY IS COVERED BY THE DWELLING FORM. COVERAGE LIMITATIONS MAY APPLY. SEE YOUR POLICY FORM FOR DETAILS.

Policy Number:   FF2-291-267929-10

**Named Insured and Mailing Address:**
JINJIANG WANG
58506 YAUPON DR
SLIDELL, LA 70461-2118

**First Mortgagee / Lender Name:**
GREEN TREE SERVICING, LLC
AFFILIATES AND/OR ASSIGNS
PO BOX 979132
MIAMI, FL 33197-9132

Loan Number:   0001114370

Payor:   INSURED

**Second Mortgagee / Lender Name:**

**Property Location:**
4220 VINCENNES PL
NEW ORLEANS, LA 70125

Loan Number:

Other / Loss Payee / Disaster Assistance Name:

**For Service Please Contact:**
JAY E TRUSHEIM
HERITAGE PLAZA
111 VETERANS BLVD #725
METAIRIE, LA 70005
504-613-2810

Loan Number:

**Property Description**
**Building:**
TWO FLOORS WITHOUT A BASEMENT, BUILDING IS SINGLE FAMILY RESIDENCE, NON ELEVATED BUILDING, INCLUDES ADDITION(S) AND EXTENSION(S)

**Contents:**
CONTENTS ARE HOUSEHOLD, LOCATED LOWEST FLOOR ABOVE GROUND LEVEL AND HIGHER

**Rating Information**
| Program: | REGULAR |
| Flood Risk / Rated Zone: | A08 |
| Grandfathering: | N |
| Year Built or Renovated: | 01/01/1968 |

Elevation Difference:
| Community Name: | NEW ORLEANS/ORLEANS PARISH |
| Community Number: | 225203 0160 E |
| Community Discount: | 10 % |
| Primary Residence: | N |

**Amounts of Insurance**

| Building: | Basic Coverage | Rate | Premium | Additional Coverage | Rate | Premium | Total Premium |
|---|---|---|---|---|---|---|---|
| Building: | $ 60,000 | X 1.14 = | $ 684.00 | $ 150,000 | X 0.99 = | $ 1,485.00 | $ 2,169.00 |
| Contents: | $ 10,000 | X 1.44 = | $ 144.00 | $ 0 | X 1.77 = | $ 0.00 | $ 144.00 |

| Total Building Coverage: | $ 210,000 | Subtotal: | $ 2,313.00 |
| Building Deductible: | $ 2,000 | Optional Deductible Adjustment: | $ 0.00 |
| | | Community Discount: | $ 238.00 |
| Total Contents Coverage: | $ 10,000 | Probation Surcharge: | $ 0.00 |
| Contents Deductible: | $ 2,000 | Increased Cost of Compliance Premium: | $ 70.00 |
| Replacement Cost: | $ 200,000 | Total Written Premium: | $ 2,145.00 |
| | | Reserve Fund Assessment: | $ 107.00 |
| **Pre-FIRM Subsidized | | HFIAA Surcharge: | $ 0.00 |
| | | Federal Policy Service Fee: | $ 44.00 |
| | | **Total Premium Paid:** | **$ 2,296.00 ** |

DEC PRINT DATE: 01/27/2015        LMG#10        000733        NFIP REFERENCE NUMBER:   8603501044



## NOTICE OF PRIVACY POLICY

Liberty Mutual* values you as a customer and takes your personal privacy seriously. When you request a rate quotation, apply for insurance, request changes to your insurance policy or submit a claim, you disclose information about yourself or members of your family. This notice tells you how we treat the information we collect about you.

### 1. INFORMATION WE MAY COLLECT

We collect information about you from:

- Applications or other forms you complete, and information you provide to us over the telephone;
- Your business dealings with us and other companies;
- Your employer or association for Liberty Mutual Group products;
- Consumer reporting agencies, Motor Vehicle Departments, inspection services and medical providers; and
- Visits to our Liberty Mutual website.

### 2. TYPES OF INFORMATION WE MAY DISCLOSE

We may disclose the following about you:

- Information from your application or other forms, such as your name, date of birth, address, social security number, vehicle and driver information;
- Information about your transactions with us, our affiliates or others, such as your insurance coverages, payment history, and certain claims information; and
- Information we receive from third parties, such as your motor vehicle records and claims history.

### 3. TO WHOM INFORMATION MAY BE DISCLOSED

We do not disclose personal information about you to anyone unless allowed by law. We are allowed by law to provide information to:

- A third party that performs services for us, such as claims investigations, medical examinations, inspections, and appraisals or for roadside assistance or the repair of your vehicle if you have a claim;
- Our affiliated companies and reinsurers;
- Insurance regulators and reporting agencies;
- Consumer reporting agencies to obtain loss history information, motor vehicle reports, or credit report information where permitted by law;
- State Motor Vehicle Departments to obtain a report of any accidents or convictions or to confirm your compliance with compulsory motor vehicle liability insurance laws;
- Law enforcement agencies or other government authorities to report suspected illegal activities;
- A person or organization conducting insurance actuarial, or research studies;
- Companies that provide marketing services on our behalf, or as part of a joint marketing agreement with banks, credit unions, and affinity partners, or providers of annuity and financial products and services offered through us to our customers; and
- As otherwise permitted by law.

### 4. HOW WE PROTECT INFORMATION

We maintain physical, electronic, and procedural safeguards to protect your nonpublic personal information. These safeguards comply with applicable laws. We retain your information for as long as required by law or regulation. The only employees or agents who have access to your information are those who must have it to provide products or services to you. We do not sell your information to mass marketing or telemarketing companies. Any information we share with third parties, such as those organizations which perform a service for us or market our products, is subject to appropriate confidentiality protections and may be used only for the purposes intended.

*This privacy notice is provided on behalf of the following Liberty Mutual companies and affiliates that provide personal automobile, homeowners, life insurance and annuities: Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, LM Insurance Corporation, The First Liberty Insurance Corporation, Liberty Insurance Company of America, Liberty Northwest Insurance Corporation, Liberty Life Assurance Company of Boston, Liberty County Mutual Insurance Company (Texas only), Liberty Lloyds of Texas Insurance Company, LM Property and Casualty Insurance Company, Liberty Mutual Personal Insurance Company, Liberty Personal Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, LM General Insurance Company, American States Preferred Insurance Company, and Consolidated Insurance Company.

2348 04 14

03 OF 06