Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> Date Received:
> _____ ____ __ __

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION:  L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin        , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Jay _____ J _____ Wang _____

First Name                                              M.I.    Last Name                                Suffix

Ruby _____ X _____ Xi _____

Co-Claimant First Name (if applicable)    M.I.    Last Name                                Suffix

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

4220 Vincennes Place
_____
Address 1                                                    Address 2

New Orleans                          LA          70125
_____
City                                          State         Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:   Jay              J      Wang
                        _____    ____   _____    _____
                        First Name     M.I.   Last Name      Suffix

Mailing Address (if different):

510 Winbourne Drive
_____
Address 1                                                    Address 2

Slidell                              LA          70461
_____
City                                          State         Zip Code

Phone Number of Person Completing This Form: ( 225 )  287  -  0005

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year:  7  /  23  /  2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year:  3  /  _____ /  2007

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year:  7  /  2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

┌──────────────────────────────────────────────────────┐
│                                                        │
│                                                        │
└──────────────────────────────────────────────────────┘

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time? _____

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:   _____

Date of filing:   _____/_____/_____
                    Month       Day        Year

Docket No.:   _____

Present Status:   _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?   _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                                Month     Day     Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                                Month     Day     Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 200,000.00_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          4/11/2018
Claimant's signature                                          Date signed

Name: _Jay Wang_____

Address: _510 Winbourne Dr_____
Address 1                          Address 2

_Slidell          LA     70461_
City                State        Zip Code

Phone No.: _(225) 287-0005_____

Email: _jinjiangwang@gmail.com_____

7

# EXHIBIT

## [See Section VII of SPPF]


Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

<u>Section VII.  Loss of Use / Loss of Enjoyment</u>

I am claiming $200,000.00 in loss of use / loss of enjoyment damages.  This amount is consistent with past verdicts in the Chinese drywall litigation based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

# Property Screening Report

### *4220 Vincennes Pl., New Orleans, LA 70125*

Screening Date:
June 24, 2015

Prepared for:
Jay Wang

HHS Inspector(s):
Shawn Macomber





# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

June 26, 2015

Jay Wang
510 Windbourne Dr
Slidell, LA 70461

RE:    Chinese Drywall Screening Report Number: WANG_4220
       Property: 4220 Vincennes Place, New Orleans, LA 70125

Mr Wang:

    At your request, an inspection of the above property was performed on June 24, 2014. The building is a single family home.

    Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

    Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|---------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

    At approximately 2686 sf total with 8-foot ceilings, we estimate that there is approximately 10,359 sf of drywall in the building.

    We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
 REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008. A positive result for this step (including both criteria) is a prerequisite to any further consideration.

### Step 2: Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

If Step 1 is not found to be true than it is not appropriate to move on to Step 2.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**

**Healthy Home Solutions, LLC**
• Phone: **(985) 710-3789** •
healthyhomesolutionsllc@gmail.com

4



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Indicia



**Figure 3:Markings on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN markings are consistent with known corrosive drywall.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



**Figure 7: AC coils manufactured with corrosion resistant material.**



**Figure 8: Coolant return line showed no blackening.**



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Damages



**Figure 9: Copper at plumbing supply showed heavy blackening.**



**Figure 10:  Copper in refrigerator showed heavy blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



**Figure 11: Outlet showing heavy blackening of exposed copper.**



**Figure 12: Exposed copper at switch showed heavy blackening.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

8



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



**Figure 13: Exposed copper at light fixture showed heavy blackening.**



**Figure 14:  Heavy blackening on copper water heater.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 15:  XRF used to measure Sulfur deposition on copper plumbing syupply line.



Figure 16: Sulfur measured at 641.41 micrograms/cm^3 indicating the presence of sulfur in the blackening.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 17: Kitchen overview.**



**Figure 18: Kitchen sink in granite countertop.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

11



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 19:  Range.**



**Figure 20: Model and serial number for range.**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 21: Refrigerator.**



**Figure 22: Model and Serial number of refrigerator.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

13



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 23:  Dishwasher.**



**Figure 24: Model and serial number of dishwasher.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 25:  Light pitting on toilet paper holder.**



**Figure 26: Ceramic tile in bathroom at tub surround.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

15



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 27: Stairs with trim against drywall.**



**Figure 28: Wood closet shelving.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

16



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

## Photo Exhibit-Finishes



**Figure 29: Crown molding and ceiling fans in bedrooms.**



**Figure 30:  Crown molding in closets.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

17



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 31: Tile surround at bath in bathroom.**



**Figure 32:  Custom wood shelving in closet.**

Additional Photos are found in the attached photo contact sheet.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Renovator/Builder:** Unknown
**Drywall Supplier:** Unknown
**Year built:** N/A **Renovated:** 2006
**Square Footage:** 2686 **Ceiling Height:** 8'
**Framing Material:** wood
**Number of HVAC units:** 1 in attic
**Number of Water Heaters:** 1 in laundry room

### Building/Renovation/Addition History (Drywall)
Home was renovated after hurricane Katrina. All drywall was replaced.

### Reason for Screening
Real Estate agent suspected CDW during listing meeting.

### Known issues include, but are not limited to:
None reported.

### A/C age and repair history:
AHU replaced in 2013

### Primary complaints related to the home include, but are not limited to:
None reported.

### Primary complaints related to personal property within the home include, but are not limited to:
None reported.



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

# Inspector's Observations:

### Odor associated with reactive drywall:

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

> *Inspector did detect an odor consistent with CDW at arrival and during the inspection.*

### Visual observations of the effects typical in homes with reactive "Chinese" drywall:

The <u>Report on Study of Electrical Component Corrosion Related to Problem Drywall</u> by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

> - *HVAC coils were made of corrosion resistant material.*
> - *Heavily blackened copper at water heater.*
> - *Exposed copper wiring at outlets/switches showed heavy blackening.*
> - *Plumbing fixtures showed evidence of pitting.*
> - *Copper plumbing supply lines showed heavy blackening.*



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

> • *KNAUF TIANJIN label found on in walls from closet.*

### X-Ray Fluorescence Instrument (XRF) Readings:

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern.  The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured.  These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/ or additional indicators of reactive drywall when readings are high.

> • *XRF readings read between 350 to 1200ppm.*



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

> *No corrosion testing was performed at this location.*

### Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

> • *A direct read was taken from the blackened AC return line reading 641.41 $ug/cm^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in ceilings and walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client.  Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.

AUTHENTIC TITLE.LTD.
3440 N. Causeway Blvd.
Suite 103
Metairie, LA 70002

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2007-33092  DT 07/27/07
TYPE: S FEE: $25.00 PG: 3



07-0601S

# CASH SALE

**SALE OF PROPERTY**

**BY**

DENISE MULLER PALLITTA,
wife of/and VINCENZO PALLITTA

**TO**

XIAOCHUN XI, wife of/and
JINJIANG WANG

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

    **BE IT KNOWN,** That on this 23rd day of July in the year of our Lord two thousand and seven (2007);

    **BEFORE ME, THE UNDERSIGNED,** a Notary Public, duly commission in and for the Parish and State aforesaid, in the presence of the undersigned competent witnesses,

    **PERSONALLY CAME AND APPEARED,**

    **DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA,** both persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 2708 Octavia Street, New Orleans, LA 70115;

hereinafter referred to as "Vendor" who declared that they do by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto:

    **XIAOCHUN XI, wife of/and JINJIANG WANG,** both persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 4220 Vincennes Place, New Orleans, LA 70125;

hereinafter referred to as "Purchaser", here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular, the following described property, to wit:

    THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto belonging or in any wise appertaining situated in the SIXTH DISTRICT OF THE CITY OF NEW ORLEANS, STATE OF LOUISIANA, designated as LOT "B", BLOCK "E" of Vincennes Place, bounded by Vincennes Place, Grape Street, the Bloomingdale-Hurstville Line (State Street Drive side), and Dart Street, Said Lot commences at a distance of 185 feet from the corner of Vincennes Place and Grape Street, and measures thence 45 feet front on Vincennes Place, a width in the rear of 44 feet 11 inches, a depth on the sideline nearer Grape Street of 86 feet 3 inches 2 lines, a depth on the opposite sideline of 84 feet 5 inches 5 lines. All as more fully shown on survey by E.L. Eustis & Sons, Civil Engineering and Surveyors, dated August 11, 1988.

The improvements thereon bear municipal number 4220 Vincennes Place, New Orleans, Louisiana 70125.

THIS ACT IS MADE, ACCEPTED AND SUBJECT TO THE FOLLOWING:

1. Deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c).

2. Subject to the building restrictions contained in act dated July 12, 1944, registered in COB 528, folio 659.

3. Any and all encroachments, set back lines, overlaps, boundary line disputes, servitudes or other matters as disclosed on survey by E.L. Eustis & Sons, Civil Engineers and Surveyors, dated August 11, 1988.

**This property is sold "AS-IS" with Waiver of Redhibition as per the attached addendum.**

Being the same property acquired by DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA by act dated February 1, 2007, registered in CIN 338418, the Parish of Orleans, State of Louisiana.

To have and to hold the above described property unto the said Purchaser, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **Three Hundred Eighteen Thousand dollars & no cents DOLLARS, ($318,000.00)** cash, which the said Purchaser has well and truly paid in ready and current money to the vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All taxes up to and including the taxes due and exigible in **2007** are paid, and taxes for the current year have been prorated between the parties hereto.

Vendor represents and warrants: (1) that no other sale or grant of interest in said property has been or will be made by vendor, and (2) that said property is not, and will not become subject to any lien or encumbrance by act of omission of vendor, or claim against vendor, except as otherwise noted or excepted.

THUS DONE AND PASSED, in my office in the aforesaid Parish and State on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

WITNESSES:

Print Name: *Rose L. March*

Print Name: *Lesha Nugent Freeland*

DENISE MULLER PALLITTA

VINCENZO PALLITTA

XIAOCHUN XI

JINJIANG WANG

NOTARY PUBLIC
MY COMMISSION EXPIRES WITH LIFE

MARIA GRAY DOLESE
ID NUMBER 38131

# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**.  If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

## 1. CLAIMANT INFORMATION

| 1. | Name: | Last/ Business Name<br>Wang | First<br>Jay | M.I. |
|----|-------|--------------|-------|------|

**2.** **Taxpayer Information: (check the appropriate  Taxpayer Type)**

☒ **Social Security Number**

☐ **Individual Taxpayer Identification Number**

☐ **Employer Identification Number**

| 4 | 3 | 6 | 8 | 9 | 7 | 5 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|

(Enter numbers only)

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number.  SSNs are assigned to individuals.  If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number** (ITIN):
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity.  Only businesses have an EIN.

| 3. | Mailing Address: | Street<br>510 Winbourne Drive | | | |
|----|------------------|-------------------------------|---|---|---|
| | | City<br>Slidell | State<br>Louisiana | Zip Code<br>70461 | Parish/County<br>St. Tammany |

| | Email Address: | jinjiangwang@gmail.com |
|---|----------------|------------------------|

| 5. | Telephone Numbers: | Home/Business<br>( 2  2 5 )  2 8 7  -  0 0 0 5 | Cell<br>(    )      -      |
|----|--------------------|-----------------------------------------------|----------------------------|

| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative.  If you are registering as an individual and not as a business, skip to Section 2. | DBA Name | |
|----|--|--|--|
| | | Authorized Representative Last Name | Authorized Representative First Name |
| | | Title | |

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

| Affected Property Address: | ☐ Check here if this is a Rental or Commercial property. |
|---|---|

**Street**

4220 Vincennes Place

| City | State | Zip Code | Parish/County |
|---|---|---|---|
| New Orleans | Louisiana | 70125 | Orleans |

**8. Attorney Information:**

☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section.

**Firm Name**

Doyle Law Firm, PC

| Attorney Last Name | Attorney First Name |
|---|---|
| Doyle | Jimmy |

**Street**

2100 Southbridge Parkway, Suite 650

| City | State | Zip Code |
|---|---|---|
| Birmingham | Alabama | 35209 |

| Email | Phone Number |
|---|---|
| jimmy@doylefirm.com | (205) 533-9500 |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents ____ched to or submitted in connection with this form and the information contained therein are true, accurate, a... complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | Date: | 04/01/2018 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First | Last | M.I. |

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)  *Jay Wang*

Business name/disregarded entity name, if different from above  *Solidstone LLC*

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☒ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ *C*

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)  *510 Winbourne Dr*

City, state, and ZIP code  *Slidell, LA 70461*

Requester's name and address (optional)

List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| 4 | 3 | 6 | – | 8 | 9 | – | 7 | 5 | 1 | 1 |

Employer identification number

| 2 | 0 | – | 8 | 2 | 5 | 8 | 9 | 0 | 2 |

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶   Date ▶ *4/10/2018*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)