# OWNER DISCLOSURE AFFIDAVIT

Owner name: __Jay Wang__

Affected Property address: __4220 Vincennes Place, New Orleans, LA 70125__

Purchase date and price of Affected Property: __7/23/2007   $318,000__

List the manufacturers of all drywall found in the Affected Property: __Knauf Tianjin__

Move-out date: __6/1/2010__

Move-in date: __5/16/2018__

Storage expenses paid: ____

Moving expenses paid: __$18,000__

Utility expenses paid: __$56,000__

Alternative living expenses paid: __$84,000__

Total cost of construction paid: __$17,000__

Total claim: __$175,000__

General Contractor name and phone #: __We Do Dat Flip LLC__

Total amount paid to general contractor: __$20,000__

Affected Property air conditioned square footage: __2830__

Was Owner aware of the defective drywall before purchasing the Affected Property: __No__

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**             (Reused)         Replaced

Owner Initial _____   Contractor Initial _____

| | | |
|---|---|---|
| **Kitchen countertop:** | (Reused) | Replaced |
| If replaced indicate material: Formica | Corion | Tile     Granite |
| **Kitchen Plumbing Fixtures:** (Faucets, sink) | Reused | (Replaced) |
| **Kitchen floor:** | (Reused) | Replaced |
| **Appliances:** | Reused | (Replaced) |

If replaced, please list appliance manufacture and model: _____

_____
_____

| | | |
|---|---|---|
| **Bathroom cabinets:** | (Reused) | Replaced |
| **Bathroom tops:** | (Reused) | Replaced |
| If replaced indicate material: Formica | Cultured Marble | Tile     Granite |
| **Bathroom flooring:** | (Reused) | Replaced |
| **Bathroom enclosures:** | (Reused) | Replaced |
| **Bathroom lighting:** | Reused | (Replaced) |
| **Bathroom Accessories** (towel bars, etc.): | Reused | (Replaced) |
| **Bathroom Mirrors:** | (Reused) | Replaced |
| **Tub:** | (Reused) | Replaced |
| If replaced indicate master bath tub type: | Fiberglass | Steel     Jacuzzi |
| **Plumbing fixtures** (toilets, sinks): | (Reused) | Replaced |

If replaced please provide description of original manufactures:

_____

| | | |
|---|---|---|
| **Plumbing faucets:** | Reused | (Replaced) |

If replaced please provide description of original manufactures:

_____

| | | |
|---|---|---|
| **Plumbing lines:** | (Reused) | Replaced |
| If replaced indicate material: | Copper     CPVC | PEX |

Owner Initial _____ Contractor Initial _____

403800v2
10/17/13

Page 2 of 7

| | | | |
|---|---|---|---|
| **Base boards:** | | (Reused) | Replaced |
| **Interior doors:** | | (Reused) | Replaced |
| If replaced indicate: | Hollow core 6' 8" doors | Hollow core 8' doors | Solid core 8' doors |
| **Window wood molding:** | N/A | (Reused) | Replaced |
| **Crown molding:** | N/A | (Reused) | Replaced |

If replaced please indicate original locations:

_____

**Chair Rail:**          N/A          (Reused)          Replaced

If replaced please indicate original locations:

_____

**Tile flooring:**          (N/A)          (Reused)          Replaced

If replaced please indicate locations of tile floors:

_____

**Marble Flooring:**          N/A          (Reused)          Replaced

If replaced please indicate locations of marble floors:

_____

| | | | |
|---|---|---|---|
| **Wood Flooring Type:** | N/A | (Wood) | Pergo/float |
| **Wood flooring:** | N/A | Reused | (Replaced) |

If replaced please indicate locations of wood floors:

_____

**Carpet:**          (N/A)          Reused          Replaced

Owner Initial _____ Contractor Initial _____

If replaced please provide description of original manufactures:

_____
_____

If replaced please indicate locations of carpet:

_____

**HVAC replacement:** (Ducts)  (Coils)  (Air handler (interior))  (Condenser(exterior))
**HVAC manufacturer:** _____
**Insulation:**                                    Reused        (Replaced)
**Electrical fixtures:**                           Reused        (Replaced)
**Electrical wiring:**                             Reused        (Replaced)
**Electrical fans:**

If replaced please indicate how many and which rooms:

| | | | |
|---|---|---|---|
| **Stair rails:** | N/A | (Reused) | Replaced |
| **Window sills:** | | (Reused) | Replaced |
| If replaced indicate original material: | Wood | Marble | Drywall |
| **Alarm system:** | (N/A) | Reused | Replaced |
| Fire suppression system: | N/A | (Reused) | Replaced |
| **Intercom:** | (N/A) | Reused | Replaced |
| **Surround sound:** | (N/A) | Reused | Replaced |
| **Wall papers:** | (N/A) | | Replaced |
| **Interior paint:** | | Total colors used: _white_ | |

Additional construction related items replaced:

_____
_____
_____

Owner Initial _____   Contractor Initial _____

Personal items replaced:

_____
_____
_____

Items that were upgraded and deducted from construction replacement cost:

_____
_____
_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.
2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.
3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.
4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.
   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.
5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial __JW__   Contractor Initial _____

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").
7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.
8. A floor plan of the Affected Property with dimensions.
9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial ___JW___ Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 6/12/2019

Homeowner Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Date: _____

Contractor Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Owner Initial JW  Contractor Initial _____

 Gmail    Jay Wang <jinjiangwang@gmail.com>

## Scope of operation work 4220 Vincence
2 messages

**Dean Pertuit** <5555deanp@gmail.com>     Tue, Feb 21, 2017 at 10:51 AM
To: Jay Wang <jinjiangwang@gmail.com>

Hey Mr. Wang., Dean Pertuit here final numbers cost on the house
Put an outline and description so call you in a few we can discuss the details
 thanks again appreciate yo  Dean Pertuit 444-1665

Scope of operation work
 1, recover original floor with cardboard
To protect from danbridge
 2 .Reinstall insulation in the back kitchen ceiling and back laundry room on exterior walls where needed
Install sheetrock 12 foot 4 foot approximately 110 sheets
Taping and floating and smoothing out the walls of mud ready for paint

3, painting the entire downstairs walls and ceilings doors and all trim
Crown molding baseboard and shoe molding window trim painting all white one color
Wall one color all the same color beige.
4 electrical devices needs to be replaced which includes switchers and Outlets two bathroom fixtures downstairs in the master bedroom
One drop down pendant light over the install existing kitchen cabinets existing an existing granite countertops .
Note that the granite counter top of the kitchen sink has been cracked.
The kitchen countertop over the same can't be replaced I'll fix that the owner's expense
5 master bedroom flooring install new wood flooring. In the back living room is the damn flooring area needs to be replaced in matched
The front living room over the two windows need to be looked at for repair.
6, staring way replace sheetrock in base trim molding. Painting baseboards White Walls beige.
7 clean up phases along the way of all loose materials

The breakdown in labor cost and materials to complete the job
1.
Remove and replace all any defective sheetrock left in the house
Install insulation in the kitchen exterior areas order dumpster
On the first floor
$5,000


2 Install Trim work doors , windows, crown and base replace with original material if when needed.
Add new trim work replace window on the back door of the living room
Painting all interior walls trim work.
One color for wall is beige and White is color for the trim
Install kitchen cabinets granite countertops original
$6,500

_Subtotal total too close in the walls of the home_
**_$11,500_**

step 2 though  5 TO  7   is the second  phase  of  $5.000

2  Install Trim work  doors , windows,  crown and base replace  with original material
 if  needed. Add  new trim work  replace window on the back door of the living room
Painting all interior walls trim work.
One color  for wall is beige and White is color for the trim
Install kitchen cabinets granite countertops original
$5,500

Subtotal total too close in the walls of the home
$11,000

3 Electrical
$1,500

4
Wood flooring
$2000

5 Clean up clean up and remove dumpster reinstall dishwasher and appliances
$1000

Total cost of the job scope of the work  put back the house original state  completion
under  the 30 days
$16, 000


Can break the payments up in  3 payments  in 30 days
1  $5,500  phase    1, 2 week
2  $5,000  phase.  2  1 week
3  $5 500  phase.  3  1 week
 close out  for complete  work  to be done

total payment of $16, 000

Amendment to the total
 work  change order
Painting the second floor
One color  on the wall  beige
Exterior front door  only
Paint It Black
$500
For paint  cost
Add  to the  total  cost
$16, 500



First phase week of completed
$16000
$5.500  paid
$10.500  balcnce

 2nd  phase
$10.500
$5000

_____   3-14-2017
Dean Pertuit

WE DO DAT FLIP

---------------------------------------- DATE

JAY WANG

_____3/14/17_____ DATE