AUTHENTIC TITLE LTD.
34_... _. _......_y _..d.
_._ _ _._
Metairie, LA 70002

07-0601S

# CASH SALE

**SALE OF PROPERTY**

**BY**

DENISE MULLER PALLITTA,
wife of/and VINCENZO PALLITTA

**TO**

XIAOCHUN XI, wife of/and
JINJIANG WANG

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

     **BE IT KNOWN,** That on this 23rd day of July in the year of our Lord two thousand and seven (2007);

     **BEFORE ME,** THE UNDERSIGNED, a Notary Public, duly commission in and for the Parish and State aforesaid, in the presence of the undersigned competent witnesses,

     **PERSONALLY CAME AND APPEARED,**

     **DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA,** both persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 2708 Octavia Street, New Orleans, LA 70115;

hereinafter referred to as "Vendor" who declared that they do by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto:

     **XIAOCHUN XI, wife of/and JINJIANG WANG,** both persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 4220 Vincennes Place, New Orleans, LA 70125;

hereinafter referred to as "Purchaser", here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular, the following described property, to wit:

     THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto belonging or in any wise appertaining situated in the **SIXTH DISTRICT OF THE CITY OF NEW ORLEANS, STATE OF LOUISIANA,** designated as **LOT "B", BLOCK "E"** of Vincennes Place, bounded by Vincennes Place, Grape Street, the Bloomingdale-Hurstville Line (State Street Drive side), and Dart Street, Said Lot commences at a distance of 185 feet from the corner of Vincennes Place and Grape Street, and measures thence 45 feet front on Vincennes Place, a width in the rear of 44 feet 11 inches, a depth on the sideline nearer Grape Street of 86 feet 3 inches 2 lines, a depth on the opposite sideline of 84 feet 5 inches 5 lines. All as more fully shown on survey by E.L. Eustis & Sons, Civil Engineering and Surveyors, dated August 11, 1988.



The improvements thereon bear municipal number 4220 Vincennes Place, New Orleans, Louisiana 70125.

THIS ACT IS MADE, ACCEPTED AND SUBJECT TO THE FOLLOWING:

1. Deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c).

2. Subject to the building restrictions contained in act dated July 12, 1944, registered in COB 528, folio 659.

3. Any and all encroachments, set back lines, overlaps, boundary line disputes, servitudes or other matters as disclosed on survey by E.L. Eustis & Sons, Civil Engineers and Surveyors, dated August 11, 1988.

**This property is sold "AS-IS" with Waiver of Redhibition as per the attached addendum.**

Being the same property acquired by DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA by act dated February 1, 2007, registered in CIN 338418, the Parish of Orleans, State of Louisiana.

To have and to hold the above described property unto the said Purchaser, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **Three Hundred Eighteen Thousand dollars & no cents DOLLARS, ($318,000.00)** cash, which the said Purchaser has well and truly paid in ready and current money to the vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All taxes up to and including the taxes due and exigible in **2007** are paid, and taxes for the current year have been prorated between the parties hereto.

Vendor represents and warrants: (1) that no other sale or grant of interest in said property has been or will be made by vendor, and (2) that said property is not, and will not become subject to any lien or encumbrance by act of omission of vendor, or claim against vendor, except as otherwise noted or excepted.

THUS DONE AND PASSED, in my office in the aforesaid Parish and State on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

**WITNESSES:**

_[signature]_
Print Name: Rose L. March

_[signature]_
Print Name: Lesha Nugent-Freeland

_[signature]_
DENISE MULLER PALLITTA

_[signature]_
VINCENZO PALLITTA

_[signature]_
XIAOCHUN XI

_[signature]_
JINJIANG WANG

_[signature]_
NOTARY PUBLIC
MY COMMISSION EXPIRES WITH LIFE

MARIA GRAY DOLESE
ID NUMBER 38131

**ADDENDUM ANNEXED TO AN ACT OF CASH SALE DATED 07/23/2007 BY DENISE MULLER PALLITTA, WIFE OF/AND VINCENZO PALLITTA TO XIAOCHUN XI, WIFE OF/AND JINJIANG WANG.**

Purchaser or Purchaser's representatives have been offered or provided, prior to the execution of this Act of Sale and Transfer, the opportunity to fully inspect and examine any and all buildings and all things contained therein which comprise the premises being sold and transferred. The Purchaser knows and is satisfied with the physical condition of the premises in all respects, including but not limited to the structural condition of the building(s), the condition of all things contained in said building(s), and any past or present visible hidden wood destroying insect or organism infestation and resultant damage therefrom, and that same is acceptable to Purchaser "AS IS" and Purchaser affirms and agrees that no representation, statements or warranties have at any time been made by seller, or seller's agents, as to the physical condition or state of repair of the premises in any respect and that the purchase price takes into consideration the condition of the premises.

Seller and Purchaser acknowledge and recognize that this sale is in "AS IS" condition, and accordingly, Purchaser hereby relieves and releases Seller, Seller's agents and all previous owners thereof from any and all claims for any vices or defects in said property, whether obvious or latent, known or unknown, easily discoverable or hidden, and particularly from any claim or cause of action in redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., or for diminution of purchase price pursuant to Louisiana Civil Code Articles 2541, et seq.

I/We acknowledge that the above clause has been explained to me/us and I/we have read and understand the terms and agree to be bound by this waiver of warranty.

_____  - Buyer     _____  - Seller
XIAOCHUN XI                              DENISE MULLER PALLITTA

_____  - Buyer     _____  - Seller
JINJIANG WANG                            VINCENZO PALLITTA

```
NA #: 07-53082  INST. #: 362465
TYPE: SALE

AMT: $30.00
DATE: 7/27/2007 12:48:07 PM
Hon. Gasper J. Schiro
Registrar of Conveyances
```

7/27/07