UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED    MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                               SECTION "L"

This document relates to:
                               JUDGE ELDON FALLON
Elizabeth Bennett, et al
VERSUS Gebr. Knauf, et al
                               MAGISTRATE
                               JOSEPH WILKINSON, JR.

Case No. 14-cv-2722


         Deposition of JAY WANG, 510 Winbourne
Drive, Slidell, Louisiana 70461, taken in the
offices of Fishman Haygood, LLP, 201 St. Charles
Avenue, 46th Floor, New Orleans, Louisiana,
commencing at 1:00 p.m. on Wednesday, the 20th day
of November, 2019.


REPORTED BY:

    BROOK KERRIGAN, RPR, CCR
    CERTIFIED COURT REPORTER
    (22037)
    Vincent P. Borrello, Jr. & Associates, Inc.
    2325 North Hullen Street, Suite 2D
    Metairie, Louisiana 70001
    (504)391-9878

1        now.  I'm originally from China.
2   Q.   When did you move to the U.S.?
3   A.   1994.
4   Q.   And did you move to Louisiana in 1994?
5   A.   Yes.
6   Q.   What brought you to Louisiana?
7   A.   Say again.
8   Q.   What brought you to Louisiana?
9   A.   Studying at LSU first.
10  Q.   Go Tigers.  Having a good season if you watch
11       football.
12  A.   Yes.
13  Q.   Have you lived in Louisiana since 1994?
14  A.   Yes.
15  Q.   Have you lived anywhere else since 1994?
16  A.   No.
17  Q.   And what's your marital status?
18  A.   Married.
19  Q.   How long have you been married?
20  A.   Since, like, 25 years.
21  Q.   Twenty-five years?
22  A.   Yes.
23  Q.   And do you have any children?
24  A.   Yes.
25  Q.   How many children?

1  A.  No.
2  Q.  **Did you review any documents in preparation**
3     for today?
4  A.  No.
5  Q.  **And you've previously submitted documents in**
6     support of your claims; is that correct?
7  A.  Correct.
8  Q.  **Are you familiar with those documents?**
9  A.  Yes.
10 Q.  **Well, I have them here just in case, and this**
11    binder is yours to keep, the greatest gift of
12    all.
13 A.  Thank you.
14 Q.  **If you could go ahead and flip to the first**
15    tab, Exhibit -- well, Tab 1.  We are going to
16    go through all of them, and this is going to
17    be Exhibit 1.  And this is the Plaintiff
18    Profile Form, and if you could go ahead and
19    take as much time as you need to review it
20    and go all the way until you hit the 2 and
21    then let me know when you're done.
22 A.  Okay.
23 Q.  **Do you recognize these documents?**
24 A.  Yes.
25 Q.  **And did you prepare these documents?**

```
 1  A.  Yes.
 2  Q.  And on page 3 is that your signature?
 3  A.  Yes.
 4  Q.  And it's dated June 27, 2015; is that
 5      correct?
 6  A.  Correct.
 7  Q.  To the best of your knowledge is the
 8      information contained within these documents
 9      accurate?
10  A.  Yes.
11  Q.  On to Tab 2, which we will mark as Exhibit 2,
12      and this is the Supplemental Plaintiff
13      Profile Form.  And same thing, I just ask
14      that you take as much time as you need to
15      review it and the attachments going all the
16      way to Tab 3 and let me know when you've done
17      that.
18  A.  Yes.
19  Q.  I'll warn you, they get longer as we go
20      through, but take as much time as you need.
21  A.  Okay.
22  Q.  Do you recognize these documents?
23  A.  Yes.
24  Q.  And did you prepare these documents?
25  A.  Yes.  I gave this to attorney.
```

Page 16

| | | |
|---|---|---|
| 1 | Q. | And on page 7 of the first form, the |
| 2 | | Supplemental Plaintiff Profile Form not the |
| 3 | | attachments, is that your signature on |
| 4 | | page 7? |
| 5 | A. | Yes. |
| 6 | Q. | And it's dated April 11, 2018; is that |
| 7 | | correct? |
| 8 | A. | Yes. |
| 9 | Q. | And to the best of your knowledge is the |
| 10 | | information contained within these documents |
| 11 | | accurate? |
| 12 | A. | Yes. |
| 13 | Q. | Okay.  Tab 3, which we will mark as |
| 14 | | Exhibit 3.  And this is the Plaintiff Fact |
| 15 | | Sheet, and same thing, if you could go ahead |
| 16 | | and go all the way through it and let me know |
| 17 | | when you've had an opportunity to do so. |
| 18 | | This is the longest one with all of the |
| 19 | | attachments. |
| 20 | A. | All of them. |
| 21 | Q. | Most of it is an inspection report. |
| 22 | A. | Okay. |
| 23 | Q. | Do you recognize those documents? |
| 24 | A. | They only have four here. |
| 25 | Q. | At the beginning of the next tab, which I |

1      think yours says "cash sale."
2  A.  Oh, okay.
3  Q.  **Perfect. Do you recognize those documents?**
4  A.  Yes.
5  Q.  **Did you prepare those documents?**
6  A.  Yes.
7  Q.  **And going all the way back to the beginning
8      of 3 but into the page following page 9, it
9      says "verification" at the top. Next page.
10     Right there. Is that your signature on the
11     verification page?**
12 A.  Yes.
13 Q.  **And is it dated January 15, 2019?**
14 A.  Yes.
15 Q.  **And to the best of your knowledge, is the
16     information contained within these documents
17     accurate?**
18 A.  Yes.
19 Q.  **And now if you can flip to the tab, it says
20     "Owner Disclosure Affidavit" on it in the
21     back.**
22 A.  Here it is.
23 Q.  **And we will be marking this as Exhibit 4.
24     And same thing if you can go ahead and flip
25     through it. This one is much shorter.**

```
 1           That's the good news, and let me know when
 2           you've had an opportunity to do so.
 3     A.    Okay.
 4     Q.    Do you recognize these documents?
 5     A.    Yes.
 6     Q.    And did you prepare these documents?
 7     A.    Yes.
 8     Q.    And on page 7 is that your signature?
 9     A.    Yes.
10     Q.    And it's dated June 12, 2019?
11     A.    Correct.
12     Q.    And to the best of your knowledge, is the
13           information contained within these documents
14           accurate?
15     A.    Yes.
16     Q.    That was the boring part, I suppose.  What's
17           the address of the property that you allege
18           is contaminated?
19     A.    4220 Vincennes Place, New Orleans, 70125.
20     Q.    When did you purchase this property?
21     A.    2007.
22     Q.    And how much did you purchase the property
23           for?
24     A.    315.
25     Q.    And from whom did you purchase the property?
```

1   A.   I purchased from the realtor.
2   **Q.   The realtor?**
3   A.   Yes.
4   **Q.   And was the property purchased as is?**
5   A.   Yes.
6   **Q.   And did you have an inspection completed on**
7        **the property prior to purchase?**
8   A.   Yes.
9   **Q.   Did you receive an inspection report from**
10       **this inspection?**
11  A.   Yes.
12  **Q.   Do you still have it in your possession?**
13  A.   Yes.
14  **Q.   We would ask that you produce that document.**
15       Just to clarify the inspection report from
16       the purchase of the property, not the later
17       inspection report.
18           If you could go ahead turn to the tab
19       that says "Cash Sale" in your binder, and we
20       have actually already seen this as part of
21       Exhibit 2, but we are just going to mark it
22       separately for ease of access.  This will be
23       Exhibit 5.  And you said that you recognize
24       this document?
25  A.   Yes.

| | | |
|---|---|---|
| 1 | Q. | And is this exhibit a copy of the cash sale |
| 2 | | through which you purchased the property at |
| 3 | | issue? |
| 4 | A. | Correct. |
| 5 | Q. | And looking at the first page, the property |
| 6 | | was purchased to July 23, 2007; is that |
| 7 | | correct? |
| 8 | A. | Correct. |
| 9 | Q. | And it says the purchase price was $318,000, |
| 10 | | I believe, on the second page? |
| 11 | A. | Yes, correct. |
| 12 | Q. | And the property was purchased from Denise |
| 13 | | Pallitta and Vincenzo Pallitta; is that |
| 14 | | correct? |
| 15 | A. | Correct. |
| 16 | Q. | And when you said the realtor, you just meant |
| 17 | | their realtor? |
| 18 | A. | Well, they are contract also.  They are |
| 19 | | seller also.  I think it's also realtor.  But |
| 20 | | we bought this from another realtor. |
| 21 | Q. | So you're saying you think the sellers were |
| 22 | | also realtors? |
| 23 | A. | Yes.  I'm sorry.  I had to retake my word. |
| 24 | | I'm not quite sure. |
| 25 | Q. | That's fine. |

1  A.  I know that they are contractors.
2  Q.  **They are contractors?**
3  A.  Yeah. As I know, they are contractors.
4  Q.  **So you think the Pallitta's are contractors?**
5  A.  That's how I know, but they are -- renovated
6      the house.
7  Q.  **So they renovated the house post-Katrina**
8      **then?**
9  A.  Yes, that's right.
10 Q.  **Do you know how long they owned the house**
11     **for?**
12 A.  Say again?
13 Q.  **Do you know how long they owned the house?**
14 A.  Don't know.
15 Q.  **If you could look at the -- first of all, it**
16     **was purchased by you and your wife; is that**
17     **correct?**
18 A.  Correct.
19 Q.  **Looking at page 2 now, and this is after**
20     **what's marked as paragraph 3 here. It says,**
21     **"This property is sold" in quotes and all**
22     **caps, "'AS IS' with waiver of redhibition as**
23     **per the attached addendum." Do you see that?**
24 A.  Uh-huh.
25 Q.  **"Yes"?**

```
 1   A.   Yes.
 2   Q.   And there's no addendum attached here.  Do
 3        you have a copy of the addendum?
 4   A.   I need to look for that.
 5   Q.   You need to look for it?
 6   A.   Yeah.  I'm not quite sure.
 7   Q.   Do you recall an addendum to the cash sale?
 8   A.   No.
 9   Q.   No?
10   A.   No.
11   Q.   But it's possible you have it in your
12        possession?
13   A.   I don't know.
14   Q.   We would ask if you do have that document
15        that you produce it to us.
16            Are you aware of any other agreements
17        that were made prior to the execution of this
18        cash sale document?
19   A.   No.
20   Q.   Was there a purchase agreement executed?
21   A.   Say again.
22   Q.   Was there a purchase agreement?
23   A.   Yes.
24   Q.   Do you have a copy of that?
25   A.   I think so, yes.
```

1   Q.   And do you know what kind of damage that
2        house sustained during Hurricane Katrina?
3   A.   It flooded.
4   Q.   Do you know how bad it flooded?
5   A.   I don't know.  I didn't see the flooding.
6        I'm not in New Orleans.  So when I come in,
7        they already renovated.
8   Q.   So you never saw it before the renovations?
9   A.   No.
10  Q.   Do you know how much water it took on during
11       Hurricane Katrina?
12  A.   I just know that the house flooded.  I don't
13       know exactly the flooding, what happened.
14  Q.   In the house, is it one or two stories?
15  A.   Two story.
16  Q.   And was the second story renovated?
17  A.   I'm not quite sure.  I don't know.
18  Q.   Do you know the extent of the renovations,
19       the scope of the renovations that was done?
20  A.   Do I know the scope?
21  Q.   Yes.  Like how much was renovated?
22  A.   No.
23  Q.   Have you renovated the property?
24  A.   Partial.
25  Q.   Partial?

Page 25

```
 1   A.   Yes.  You mean me?
 2   Q.   Yes.
 3   A.   Remediation?
 4   Q.   Yes.
 5   A.   Yes, partial, yes.
 6   Q.   To the best of your knowledge when was the
 7        Chinese drywall installed on the property?
 8   A.   It was Tianjin.  What that name?  Knauf.
 9   Q.   K-N-A-U-F.  I don't know how to pronounce it.
10   A.   I saw that.  When I renovate, I saw the word
11        on the Sheetrock®.
12   Q.   And you think this was done during
13        post-Katrina renovations?
14   A.   I think so.
15   Q.   And flipping all the way back to Tab 1,
16        Exhibit 1 and then to page 2, earlier you
17        said you had never heard of Interior Exterior
18        Building Supply.  If you would look down at
19        the bottom of the page.  It says, "Drywall
20        supplier" and you listed Interior Exterior
21        Building Supply.  Can you explain that to me?
22   A.   Where is that?  I'm sorry.
23   Q.   It's at the very bottom corner.
24   A.   So your question is?  I'm sorry.
25   Q.   Earlier you said you never heard of this
```

1      contamination of Chinese drywall?
2  A.  No.
3  Q.  **Have you ever received payment for any other**
4      parties for the alleged contamination of
5      Chinese drywall?
6  A.  No.
7  Q.  **Have you ever received money from FEMA for**
8      the alleged contamination of the drywall?
9  A.  No.
10 Q.  **Do you currently live on the property?**
11 A.  No.
12 Q.  **Where do you live currently?**
13 A.  510 Winbourne Drive, Slidell.
14 Q.  **How long have you lived there?**
15 A.  The current address?
16 Q.  **Yes.**
17 A.  Move in 2010, nine years, I think.
18 Q.  **Nine years?**
19 A.  Hold on.  2013.  So this will be six years.
20 Q.  **And why did you move?**
21 A.  We have to move out of the house because of
22      the drywall.
23 Q.  **In 2013?**
24 A.  Before we bought house at the address, we
25      live in the motel.  So we have moved twice.

Page 38

1   Q.   So when did you live in the motel?
2   A.   I think it was 2010.
3   Q.   2010?
4   A.   Yes.
5   Q.   Why did you move to the motel in 2010?
6   A.   There are two reasons why.  We have financial
7        problem.  We can't pay the mortgage in the
8        house but also the strong smell and also the
9        sulphur.  I have a sulphur allergy.  The
10       drywall give off strong smell.  So we moved
11       out of there and lived in a motel in Slidell.
12  Q.   And that was in 2010?
13  A.   Yes.
14  Q.   And you were in the motel from 2010 until
15       2013?
16  A.   Correct.
17  Q.   Have you ever lived on the property at issue
18       here?
19  A.   No.  Since we moved out, no.
20  Q.   So you live there from 2007 until 2010?
21  A.   Correct.
22  Q.   Has anyone else lived there?
23  A.   Right now, yes.  We rent it out.
24  Q.   How long has it been rented out?
25  A.   Let's see.  After the remediation.