UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED    MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                                SECTION "L"

This document relates to:
                                JUDGE ELDON FALLON
Elizabeth Bennett, et al
VERSUS Gebr. Knauf, et al
                                MAGISTRATE
                                JOSEPH WILKINSON, JR.

Case No. 14-cv-2722

          Deposition of RUBY XI, 510 Winbourne
Drive, Slidell, Louisiana 70461, taken in the
offices of Fishman Haygood, LLP, 201 St. Charles
Avenue, 46th Floor, New Orleans, Louisiana,
commencing at 4:40 p.m. on Wednesday, the 20th day
of November, 2019.

REPORTED BY:

    BROOK KERRIGAN, RPR, CCR
    CERTIFIED COURT REPORTER
    (22037)
   Vincent P. Borrello, Jr. & Associates, Inc.
    2325 North Hullen Street, Suite 2D
    Metairie, Louisiana 70001
    (504)391-9878

```
 1   APPEARANCES:

 2   DOYLE LAW FIRM
     (BY:  JAMES V. DOYLE, JR., ESQUIRE)
 3   2100 Southbridge Pkwy, Suite 650
     Birmingham, AL 35209
 4            (Attorneys for the Plaintiffs, Jay Wang
     Ruby Xianochun Xi)
 5

 6   FISHMAN HAYGOOD
     (BY:  KAKI J. JOHNSON, ESQUIRE)
 7   201 St. Charles Avenue, 46th Floor
     New Orleans, Louisiana 70170
 8            (Attorneys for the Defendant, Knauf Gips
     KG and Gebr. Knauf (Tianjin) Co., Ltd.)
 9

10

11   ALSO PRESENT:

12            Jay Wang

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    I N D E X

2                                          PAGE

3  EXAMINATION BY:
       MS. JOHNSON ............................6
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1  S T I P U L A T I O N

2      IT IS STIPULATED AND AGREED by and between

3  counsel for the parties hereto that the deposition

4  of RUBY XI, is hereby being taken under Rule 30

5  (b)(2), pursuant to Federal Rules of Civil

6  Procedure, in accordance with law, pursuant to

7  notice;

8      That the formalities, such as reading,

9  signing, sealing, certification, and filing are

10 specifically waived;

11     That all objections, save those as to the form

12 of the question, are hereby reserved until such

13 time as this deposition, or any part thereof, may

14 be used or sought to be used in evidence.

15                  *  *  *  *  *

16     BROOK KERRIGAN, Certified Court Reporter, in

17 and for the State of Louisiana, officiated in

18 administering the oath to the witness.

19

20

21

22

23

24

25

1           RUBY XI,
2  after having been first duly sworn by the
3  above-mentioned Court Reporter, did testify as
4  follows:
5  EXAMINATION BY MS. JOHNSON:
6  **Q.   Can you state your name for the record?**
7  A.   Ruby Xi, R-U-B-Y X-I.
8  **Q.   How do you say your last name?**
9  A.   Shoe.
10 **Q.   Shoe?**
11 A.   Yes.
12 **Q.   You previously sat in on your husband's**
13      **deposition; is that correct?**
14 A.   Un-huh.
15 **Q.   Were you paying attention the whole time?**
16 A.   I pay some attention.  I try my best.
17 **Q.   Did you agree with all the testimony that he**
18      **gave during his testimony?**
19 A.   Yes.
20 **Q.   Except the age of your children; correct?**
21 A.   Yes.
22 **Q.   And we also introduced a series of exhibits**
23      **in his deposition; is that correct?**
24 A.   Yes.
25 **Q.   And are you comfortable adopting those**

```
 1         exhibits in your own deposition?
 2   A.    Yes.
 3   Q.    And are you comfortable adopting the
 4         testimony of your husband?
 5   A.    Yes.
 6   Q.    And is there anything that you want to add or
 7         change or that you recall differently?
 8   A.    Not really because I don't know the detail of
 9         all of this stuff.  He's the one in charge of
10         everything in household.
11            MS. JOHNSON:
12                Okay, then no further questions.
13          (Whereupon the Deposition concluded.)
14                   * * * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

1                REPORTER'S PAGE

2        I BROOK L. KERRIGAN, Certified Court

3   Reporter in and for the State of Louisiana, the

4   officer, as defined in Rule 28 of the Federal

5   Rules of Civil Procedure and/or Article 1434(B) of

6   the Louisiana Code of Civil Procedure, before whom

7   this proceeding was taken, do hereby state on the

8   Record:

9        That due to the interaction in the

10  spontaneous discourse of this proceeding, dashes

11  (--) have been used to indicate pauses, changes in

12  thought, and/or talkovers; that same is the proper

13  method for a Court Reporter's transcription of

14  proceeding, and that the dashes (--) do not

15  indicate that words or phrases have been left out

16  of this transcript;

17       That any words and/or names which could

18  not be verified through reference material have

19  been denoted with the phrase "(spelled

20  phonetically)."

21                          _____

22                          BROOK L. KERRIGAN
                            Certified Court Reporter
23

24

25

N/A

Page 8

1      REPORTER'S CERTIFICATE

2

3   I, BROOK KERRIGAN, Certified Court Reporter, in

4   and for the State of Louisiana, do hereby certify

5   that Ruby Xi, after having been duly sworn by me

6   upon authority of R.S. 37:2554, did testify as

7   hereinbefore set forth in the foregoing 6 pages;

8   that this testimony was reported by me in the

9   stenotype reporting method, was prepared and

10  transcribed by me or under my personal direction

11  and supervision, and is a true and correct

12  transcript to the best of my ability and

13  understanding; that the transcript or by rules of

14  the board; that I have acted in compliance with

15  the prohibition on contractual relationships, as

16  defined by Louisiana Code of Civil Procedure

17  Article 1434 and in rules and advisory opinions of

18  the board; that I am not related to counsel or to

19  the parties herein, nor am I otherwise interested

20  in the outcome of this matter.

21

22                    _____

23                    BROOK KERRIGAN, RPR, CCR

24                    CERTIFIED COURT REPORTER

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25