**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*  **Case No. 14:cv-2722** | **JUDGE ELDON FALLON**  **MAGISTRATE JOSEPH WILKINSON, JR.** |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN
SUPPORT OF ALTERNATIVE MOTION FOR SUMMARY JUDGMENT ON
<u>CLAIMS ASSERTED BY JAY JINJIANG WANG AND RUBY XIAOCHUN XI</u>**

Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things. (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence. (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence. (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

6. Plaintiff, Jay Jinjiang Wang ("Wang") first appeared in this action on January 31, 2016, in one of plaintiffs' earlier motions to amend the complaint. (Rec. Doc. 20020).

7. The Fifth Amended Complaint was filed on May 14, 2018.

8. Following the Fifth Amended Complaint, certain plaintiffs intervened.

9. Plaintiff, Ruby Xiaochun Xi ("Xi"), first appeared in the Complaint on October 31, 2019, after moving to intervene as a claimant on October 7, 2019. (Rec. Docs. 22334, 22357-58).

10. The Fifth Amended Complaint is the operative complaint in this matter.

11. Wang and Xi ("Plaintiffs") are plaintiffs in the operative Fifth Amended Complaint and have made claims against the Knauf Defendants regarding the alleged presence of defective Chinese drywall installed in its former property located at 4220 Vincennes Place, New Orleans, Louisiana 70125 (the "Property").

12. Wang and Xi were deposed on November 20, 2019. (*See* Deposition of Jay Jinjiang Wang ("Wang Depo.") and Deposition of Ruby Xiaochun Xi ("Xi Depo.")).

13. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, an Owner Disclosure Affidavit, and a Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

14. Wang and Xi completed and signed the Plaintiff Profile Form ("PPF") on June 27, 2015, under penalty of perjury, and testified to the accuracy of its content. (Ex. A, PPF, Exhibit 1 to Wang Depo.; Wang Depo. at 14:14-25, 15:1-10; Xi Depo. at 6:3-5).

15. Wang completed and signed the Supplemental Plaintiff Profile form ("SPPF") on April 11, 2018, under penalty of perjury, and testified to the accuracy of its content. (Ex. B, SPPF, Exhibit 2 to Wang Depo.; Wang Depo. at 15:11-25, 16:1-12).

16. Wang completed and signed the Plaintiff Fact Sheet ("PFS") on January 15, 2019, under penalty of perjury, and testified to the accuracy of its content. (Ex. C, PFS, Exhibit 3 to Wang Depo.; Wang Depo. at 16:13-25, 17:1-18).

17. Wang completed and signed the Owner Disclosure Affidavit ("ODA") on June 12, 2019, under penalty of perjury, and testified to the accuracy of its content. (Ex. D, ODA, Exhibit 4 to Wang Depo.; Wang Depo. at 17:19-25, 18:1-15).

18. Wang and Xi purchased the Property on July 23, 2007. (Wang Depo. at 20:5-8).

19. Wang and Xi produced an incomplete version of the July 23, 2007 Cash Sale of the Property but testified that it was in fact a copy of the Cash Sale through which they purchased the Property. (Wang Depo. at 19:18-25, 20:1-4; Ex. E, Incomplete Cash Sale, Exhibit 5 to Wang Depo.).

20. The second page of the incomplete Cash Sale produced by Wang and Xi is notarized and signed by Wang and Xi and contains the following standalone clause, printed in bold font: "**This property is sold "AS-IS" with Waiver of Redhibition as per the attached addendum.**" (Ex. E; Wang Depo. at 21:19-25, 22:1).

21. Wang and Xi did not produce the addendum referenced above and in the Cash Sale that they produced. (Ex. E; Wang Depo. at 22:2-6).

22. The Cash Sale and the referenced (but not produced) Addendum are both public records in the Orleans Parish Conveyance Records. (Ex. F, Cash Sale and Addendum).

23. The Cash Sale that is filed in the Orleans Parish Conveyance Records is identical in all respects to the Cash Sale produced by Wang and Xi, except that it contains two (2) additional pages, including the referenced Addendum. (Ex. F).

24. The Addendum is signed by Wang and Xi and captioned: "**ADDENDUM ANNEXED TO AN ACT OF CASH SALE DATED 07/23/2007 BY DENISE MULLER PALLITTA, WIFE OF/AND VINCENZO PALLITTA TO XIAOCHUN XI, WIFE OF/AND JINJIANG WANG.**" (Ex. F).

25. The signed Addendum contains a full waiver of "redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., or for diminution of purchase price pursuant to Louisiana Civil Code Articles 2541, et seq." (Ex. F).

26. Wang testified that the Property was damaged by Hurricane Katrina in 2005 and renovated thereafter, prior to Plaintiffs' purchase. (Wang Depo. at 24:1-9).

27. Wang believes that Chinese drywall was installed in the Property during the renovations that took place after Hurricane Katrina and prior to Plaintiffs' purchase. (Wang Depo. at 25:6-14).

28. Wang testified that he and Xi moved from the Property in 2010 because of the drywall. (Wang Depo. at 37:10-25, 38:1-16).

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 27th day of March, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**