Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | | For Internal Use Only |
|---|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | | **MDL NO. 2047** | |
| PRODUCTS LIABILITY LITIGATION | | **SECTION: L** | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | | **JUDGE FALLON** | |
| | | **MAG. JUDGE WILKINSON** | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Jeremy Scott Jordan |
| Address of Affected Property | 11592 Azalea Trace |
| | Gulfport, MS 39503 |
| Is this Property:* | (Residential)   Commercial   Governmental |
| Name of Person Completing this Form | Jeremy Jordan |
| Is above your primary residence? | (Yes)   No |
| Mailing Address (if different) | |
| Phone: | ( 228 )   860 - 8868 |

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 )   533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | State Farm Insurance Company |
| Policy #: | 24-BF-X879-5 |
| Agent: | E.G. Warren, Jr. |
| Address: | 8 Poplar Circle |
| | Gulfport, MS 39507 |
| Phone: | ( 228 )   864 - 9462 |

**+ Attach Copy of Insurance Declaration Page**

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| Jeremy Scott Jordan | 06 /21/ 06 | / / | (M) / F | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

\* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?** (Yes) No

    **1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?** Jeremy Scott Jordan

    **1.2. When did the inspection take place?** 5 / 8 / 14

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?** (Yes) No

    **2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?** Doyle Law Firm, PC

    **2.2. When was this determination made?** 5 / 8 / 14

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA<br>ASTM C36 | Ceiling & Walls |
| | | |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,755 | | | |
| Estimated Sq. Ft. of Drywall | ----------- | Occupied | X | |
| Height of interior Walls | 10' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | X |
| Number of Bathrooms: | 2 | Winter | X | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | | / / |
| Move In Date: | / / | Date Acquired Home | | / / |

**Date Range for Renovations: (Month/Day/Year)**

| | | |
|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

**Homebuilder/ General Contractor/ Developer's Name:**
Home Team / Cherry Bark Builders

**Address:** P.O. Box 10077
Gulfport, MS  39505

**Phone:** ( 228 ) 539 - 1151

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

**Drywall Installer's Name:**

**Address:**

**Phone:** ( ) -

## Section X. Drywall Supplier

**Drywall Supplier's Name:**
Interior Exterior Building Supply

**Address:** P.O. Box 4002
New Orleans, LA  70178

**Phone:** ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | 5-8-14 Date Signed | Claimant's Signature | Date Signed |
| --- | --- | --- | --- |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



SKETCH ADDENDUM

Jordan
File No.   2008090

Borrower or Owner   Jeremy S. Jordan
Property Address   11592 Azalea Trace
City   Gulfport   County   Harrison   State   MS   Zip Code   39503
Client   Kessler Federal Credit Union

Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|------|-------------|----------|------------|
| GLA1 | First Floor | 1755.3 | 1755.3 |
| GAR | Garage | 548.2 | 548.2 |
| P/P | Covered Patio | 150.2 | 150.2 |

## LIVING AREA BREAKDOWN

| Breakdown | Subtotals |
|-----------|-----------|
| **First Floor** | |
| 0.5 x   0.2 x   12.8 | 1.3 |
| 3.0 x   12.8 | 38.4 |
| 43.8 x   29.3 | 1283.3 |
| 12.7 x   15.0 | 190.5 |
| 15.0 x   15.0 | 225.0 |
| 0.5 x   5.8 x   5.8 | 16.8 |

| Net LIVABLE Area | (rounded) | 1755 | 6 Items | (rounded) | 1755 |

JCB Properties, Inc.

A Stock Company With Home Offices in Bloomington, Illinois

*11350 Johns Creek Parkway*
*Duluth, GA 30098-0001*
**Named Insured**

AT3        G-09-1240-FA1B     H F
    000128 0045
JORDAN, JEREMY S
11592 AZALEA TRCE
GULFPORT MS 39503-8398

## DECLARATIONS PAGE

| Policy Number | 24-BF-X879-5 | |
|---|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | APR 25 2013 | APR 25 2014 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

Loan # 68587195
**Mortgagee**

GREEN TREE CONSUMER DISCOUNT COMPANY
ITS AFFILIATES AND/OR ASSIGNS
PO BOX 97910
MIAMI FL 33197-9120

## HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as insured's Address

| Coverages & Property | Limits of Liability | |
|---|---|---|
| **SECTION I** | | |
| A   Dwelling | $ | 212,000 |
|    Dwelling Extension   up to | $ | 21,200 |
| B   Personal Property | $ | 159,000 |
| C   Loss of Use | | Actual Loss Sustained |
| **SECTION II** | | |
| L   Personal Liability | $ | 100,000 |
|    (Each Occurrence) | | |
|    Damage to Property | | |
|    of Others | $ | 500 |
| M   Medical Payments to | | |
|    Others (Each Person) | $ | 1,000 |

Inflation Coverage Index: 214.4
**Deductibles - Section I**
All Losses   1%

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy.

**Loss Settlement Provision (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

Forms, Options, & Endorsements
Homeowners Policy       FP-7955
Homeowners Policy Endorsement   FE-3482
Amendatory Endorsement     FE-2340
Back-Up Dwell/Listed Property   FE-5706.4
Special Limits - Money/Jf     FE-5258
Windstorm or Hail Exclusion    FE-7512
Increase Dwlg Up to $ 42,400   Option ID
Ordinance/Law 10%/$ 21,200   Option OL

| | | | |
|---|---|---|---|
| **Policy Premium** | | $ | 902.00 |
| Sewer & Drain | 15.00 | | (Included) |
| Discounts Applied: | | | |
|   Home/Auto | | | |
| Utility Rating Cr | | | |

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7019C            **Continued on Reverse**

0533   151 I
N 1S,1J,5C,5B,8O     Prepared    APR 29 2013

Countersigned
By *Lanu R. Linsoler*           Agent
**E G WARREN JR**
228-864-2060

555-7020

COVERAGE IS PROVIDED BY THE
# MS WINDSTORM UNDERWRITING ASSN
PO BOX 5389
JACKSON, MS 39296-5389

## WIND AND HAIL DECLARATION

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| CPD 0811427-07 | 06/23/2013 | 06/23/2014 |
| | 12:01 A.M. Standard Time at the described location | |

## Transaction
Renewal Activate - Effective 06/23/2013 : Renewal Activate

| Named Insured and Address | Agent's Name and Address | Agency Number |
|---|---|---|
| Name: Jeremy Jordan | Name: E.G. Warren Jr | 100083 |
| | Address: 1301 Pass Rd. | |
| Address: 11592 Azalea Tree | City: Gulfport | |
| | State: MS    Zip: 39501 | |
| City  Gulfport     State MS     Zip 39503 | Telephone: 2288642060 | |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Loc/Bldg Num:    1      1    11592 Azalea, Gulfport, MS 39503-8398
Building #1

| Construction Type | Number of Families | Year Built | Rate Zone | Occupancy | Wind Mitigation Credit |
|---|---|---|---|---|---|
| Brick Veneer | 1 | 2001 | C | Owner | 0 |

In case of a loss under Section 1, we cover only that part of the loss over the deductible:
A ___5 %___ named storm deductible applies.                    $2,500
Coverage is provided only where limit of liability and premium is shown.

| Section 1 Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| Building | $170,000 | WINDHAIL Building | $1,390 |
| Personal Property | $0 | WINDHAIL Personal Prop. | $0 |

| | | |
|---|---|---|
| | Total Location Premium: | $1,390 |
| Premium Charges This Transaction:    $0 | Total Policy Premium: | $1,390 |

## Policy Interests
Mtg  BAC Home Loans Servicing ISAOA ATIMA  P O Box 961206, Fort Worth, TX 7161  0
Mtg2  Keesler Federal Credit Union ISAOA  P O Box 7001, Biloxi, MS 39534   0

## Forms and Endorsements
Basic Policy Jacket;MWUA 001: 06/09;6012-5 Miss (10-07);6004 Miss (01-95);MWP 9968 (03/07);MWFL/EQ 09/06

**THIS POLICY CONTAINS A FLOOD EXCLUSION AND AN EARTHQUAKE EXCLUSION.**

WHDEC 09/11                    Issued Date:  06/06/2013                    Page 1 of 1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

**For Internal Use Only**
File No. _____

**Date Received:**
_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*,  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Jeremy                          S        Jordan
　　　　　　　　　First Name　　　　　　　　M.I.　　Last Name　　　　　　　　　　　Suffix

　　　　　　　　　Co-Claimant First Name (if applicable)  M.I.  Last Name　　　　　　　Suffix

　　　　　　　　　Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

11592 Azalea Trace
_____
Address 1                                    Address 2

Gulfport                          MS        39503
_____
City                             State      Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:   Jeremy          S      Jordan
                        _____
                        First Name      M.I.   Last Name              Suffix

Mailing Address (if different):

_____
Address 1                                    Address 2

_____
City                             State      Zip Code

Phone Number of Person Completing This Form: ( 228 ) 860 - 8868

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 6 / 21 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____/ 2006

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 5 / 2014

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

**Section III.  Product Identification and Evidence Retention**

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

**Section IV. Bankruptcy, Foreclosure or Short Sale**

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____/_____/_____
              Month   Day    Year

Docket No.:  _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☑ Yes   ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?             Foreclosure _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name:            Fannie Mae

Loan Number:

Original Loan/Mortgage Amount:    $ 178,000

Date of Original Loan/Mortgage:    6 / 21 / 2006
                                  Month    Day     Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage:    $ 168,000.00

Date of Foreclosure or Short Sale:    3 / 8 / 2018
                                  Month    Day     Year

Short Sale Price (if applicable):    $ 106,000.00

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?    No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph? ☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

---

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          04 / 25 / 18
Claimant's signature                                                Date signed

Name:      Jeremy S. Jordan
_____

Address:   11592 Azalea Trace
_____
            Address 1                                    Address 2
            Gulfport                          MS        39503
_____
            City                              State     Zip Code

Phone No.: ( 228  ) 860  - 8868
_____

Email:      dr_jjordan@ icloud.com

7

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and
consistent with past verdicts in the Chinese drywall litigation, based on the number
of years I and my family have owned and/or lived in the home containing defective
Chinese-manufactured sheetrock produced by the Knauf Defendants.

# TRUSTEE CERTIFICATE OF SALE / RECEIPT

| Auction | Auction id | Winning Bid | Bidder No. |
|---------|-----------|-------------|------------|
| E-9399 | BQ51004 | $106,000.00 | 762093 |

**General Information:**
Sale Date: 2018-03-08    Sale Time: 11:08 AM    Foreclosure No: F17-0908    Trustee: Morris and Associates

**Property Address:**
Address: 11592 AZALEA TRCE    City: GULFPORT    State: MS    Zip: 39503    County: Harrison

**Form 8300:**    ☐ Yes    ■ No

**Owner Information**
Buyer/Owner 1: D and P Properties, LLC    Cell Phone: 2283480289
Email: cpickich@yahoo.com    Date of Birth:    Driver's License/ID:
Address: 6704 Little Bluff Cove    City: Vancleave    State: MS    Zip: 39565
Buyer/Owner 2:    Cell Phone:
Email:    Date of Birth:    Driver's License/ID:
Address:    City:    State:    Zip:
Deed Mailing Address: ■ Same as Owner ☐ Same as Representative ☐ Other: _____
Buyer Type: ☐ Owner Occupied ☐ Investor ☐ Second Home

**Representative Information**
Name: Kimberly Foster    Email: kimberlyfoster@bellsouth.net    Cell Phone: 2282176019
Date of Birth:    Driver's License/ID:
Relationship to Buyer: ☐ Agent ☐ Director/Officer ☐ Manager/Member ☐ Power of Attorney
☐ Other

**Vesting - Record Title As Shown:** D and P Properties, LLC

**Receipt of Funds:**

| Check No. | Financial Institution | Amount | Check No. | Financial Institution | Amount |
|-----------|----------------------|--------|-----------|----------------------|--------|
| 0684 | Bancorp South | $85,000.00 | 1822 | Charter Bank | $10,000.00 |
| 0686 | Bancorp South | $5,000.00 | 0685 | Bancorp South | $5,000.00 |
| 0688 | Bancorp South | $5,000.00 | | | |

Total Check Amount Received $110,000.00
Wire Received
Cash Received    **Amount Required** $106,000.00
Total Received $110,000.00    **Refund Amount** $4,000.00

**Refund Payable To:**
Name: D and P Properties, LLC    Phone: 2283480289
Address: 6704 Little Bluff Cove    City: Vancleave    State: MS    Zip: 39565

Disclaimer: Trustee and/or Auctioneer may rescind the sale due to requirements set out in federal laws or regulations, including anti-money laundering, anti-terrorism, anti-drug trafficking and economic sanctions laws and regulations. Federal law requires all financial institutions to obtain, verify, and record information that identifies parties to transactions. This means that when your bid is provisionally accepted, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents to comply with such rules and regulations. Your bid is subject to verification of your identity and that we are in compliance with these federal laws and regulations.

Buyers or Buyer's Representative's signature below indicates that (i)the above information is true and correct, (ii) the sale was conducted subject to the terms, conditions, and disclaimers contained in the Auction Terms and Conditions, (iii) the auctioneer announced the terms, conditions, and disclaimers in the Auction Terms and Conditions prior to the sale. **IMPORTANT NOTE:** Buyer or Buyer's Representative understands and agrees the sale of this property is on an "AS IS, WHERE IS" basis, with no warranties express or implied as further described in the Auction Terms and Conditions. I/we acknowledge that I/we received a copy of this disclosure and agreed to the Auction Terms and Conditions pursuant to which the sale was conducted.

Signature of Buyer/Representative:    Date: 03/08/2018

Auctioneer Printed Name: Jacob Davis Signature:    Date: 03/08/2018

Auditor Printed Name: Jacob Davis Signature:    Date: 03/08/2018

If you have any questions, please contact our Customer Support at(800) 793-6107

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

**PLAINTIFF FACT SHEET**

Name of Plaintiff: Jeremy S. Jordan

Affected Property Address: 11592 Azalea Trace, Gulfport, MS  39503

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        06  /  21  /  2006

2.  When you took ownership of the Property, what was the name of the seller?

Cherry Bark Builders, Inc.

1

3.  Name and address of the realtor?

Beth Harriel, Gulfport, MS

4.  Name and address of the closing agent?

Gerald Warren, 1312 Spring Street, Gulfport, MS

5.  What was the price of the home when you purchased it?  $ 188,400.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes   ☑ No   ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
        $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. 02 / 12 /20 08

b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Significant financial damage - ultimately lost the home to foreclosure because I couldn't

afford to pay for mortgage, repairs and upkeep for the two houses.  My credit was ruined.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

I was forced to allow the home to go into foreclosure due to the financial strain and the

impact on my health while living in the affected property. After paying the mortgage for 12

years, I lost the home, damaged my credit rating and lost all equity I had in the home.  Based

on the significant burden caused by the drywall, I had no choice but allow bank foreclosure.

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

The purchase price was $188,400.  The house appraised for $204,500 by Keesler Federal

Credit Union.  When I attempted to refinance in 2017, I was told that the home was worth

much less than the previous appraisal because we had discovered Chinese drywall.

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. 3 Humphrey Road, Poplarville, MS  39470

b. 14527 South Mills Road, Gulfport, MS  39503

c. 3 Humphrey Road, Poplarville, MS  39470

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a. 09 / 20 /20 17   to   01 / 21 /20 18

b. 05 / 05 /20 18   to   10 / 31 /20 18

c. 11 / 01 /20 18   to   present /____ /20____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ 3,200 plus storage fees

b. $ 320 / month storage

c. $_____

5

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response:**   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response:**   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response:**   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes   ☑ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII. Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

    **Response:**   ☑ N/A

32. When did the remediation commencement date occur?

    **Response:**   ☑ N/A

33. When did the remediation end date occur?

    **Response:**   ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

    **Response:**   ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

    **Response:**   ☑ N/A

7

36.  Were any samples from the remediation retained?

    **Response**:   ☑ N/A

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

    **Response**:   ☑ N/A

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

    **Response**:   ☑ N/A

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

    **Response**:   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          _____
Signature of Plaintiff                                    Date   1/25/2019


_____
Printed Name   Jeremy Jordan

# Exhibit 1

# Exhibit 2

# Exhibit 3

# Pro-Spect Property Inspections

17464 Country Oak Lane
Gulfport, MS. 39503

Office (228) 831-9239
Cell   (228) 365-5454
Email prospectpi@cableone.net
www.pro-spectpi.com

5/7/2014

To Whom It May Concern:

This letter is to verify that there is **strong evidence** of "Chinese Sheetrock" at the home located at 11592 Azalea Trace Gulfport, MS 39503. The inspection was performed on the evening of 5/7/2014 for Jeremy Jordan. I inspected the interior air conditioner coils, copper plumbing tubing, and household wiring at A/C, and electrical panel. I found a black discoloration on all inspected copper. Sheetrock labeling indicated "Knauf Tianjin", a toxic drywall manufacturer, present in the walls. There was a strong sulfur odor detected. Attached are photos to support the above statement. Lab testing would be needed for conclusive determination. If you have any questions, please contact me.

Sincerely,

Randy Westrick
Pro-Spect Property Inspections

Mississippi State Licensed Home Inspector MHIB# 0185
Certified Indoor Air Quality Technician
Certified Mold inspector/Assessor

# Property Inspection Report



11592 Azalea Trace
Gulfport, MS 39503

Prepared for:  Jeremy Jordan

Prepared by:  Pro-Spect Property Inspections
17464 Country Oak Lane
Gulfport, MS. 39503
MHIB#0185

# Pro-Spect Property Inspections



#1 Blackened copper tubing in interior ac coils indicating the presence of toxic



#2 Blackened copper tubing in interior ac coils indicating the presence of toxic



#3 Blackened copper wire in interior ac coils indicating the presence of toxic



#4 Blackened copper wire in interior ac coils indicating the presence of toxic



#5 Blackened copper tubing in hallway bathroom indicating the presence of toxic Chinese drywall.



#6 Blackened copper tubing in hallway bathroom indicating the presence of toxic Chinese drywall.

# Pro-Spect Property Inspections



#7 Corrosion on bathroom hardware in hallway bathroom indicating the presence



#8 Blackened mirror backing in hallway bathroom indicating the presence of toxic



#9 Blackened copper tubing in hallway bathroom indicating the presence of toxic



#10 Sampled switch in front bedroom



#11 Copper wiring at front bedroom wall switch



#12 2nd bedroom sampled outlet

# Pro-Spect Property Inspections

07:52 May 13, 2014

Page 3 of 5

11592 Azalea Trace Jeremy Jordan.alb6



#13 Blackened copper wiring on outlet in 2nd bedroom indicating the presence of



#14 Sampled outlet in living room



#15 Blackened copper wiring in living room indicating the presence of toxic



#16 Sampled outlet in master bedroom



#17 Copper wire on master outlet



#18 Blackened copper tubing in hallway bathroom indicating the presence of toxic Chinese drywall.

# Pro-Spect Property Inspections



#19 Sampled dining room outlet



#20 Blackened copper wiring in dining room indicating the presence of toxic



#21 Blackened copper tubing in kitchen indicating the presence of toxic Chinese



#22 Blackened copper tubing on water heater in garage indicating the presence



#23 Copper wiring in garage electrical panel



#24 Blue & yellow banding indicating the presence of toxic Chinese drywall.

# Pro-Spect Property Inspections



#25 Knauf labeled drywall in attic indicating the presence of toxic Chinese



#26 Knauf labeled drywall in attic indicating the presence of toxic Chinese



#27 Knauf labeled drywall in attic indicating the presence of toxic Chinese drywall.



#28 China labeled drywall in attic indicating the presence of toxic Chinese drywall.

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: _____JEREMY JORDAN_____

Property Address: ___11592 AZALEA TRACE_____GULFPORT, MS 39503_____

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Qty: 3  Copper Gas Lanterns  – ($450/ea) | 1,350.00 |
| 2 | Gas Fireplace (inoperable) Copper lines significantly corroded | 650.00 |
| 3 | GE profile microwave replaced in 2009 | 299.00 |
| 4 | GE profile microwave replaced again in 2014 | 328.00 |
| 5 | Carrier interior HVAC unit replaced with labor and coolant in 2009 | 2200.00 |
| 6 | Rheem interior HVAC unit replaced in  2014 | 1950.00 |
| 7 | Exterior Original HVAC (heat pump) complete replacement in 2014 | 2300.00 |
| 8 | Copper Hvac line repair and complete coolant recharge and refill | 750.00 |
| 9 | Thermostat replaced in 2009 | 44.00 |
| 10 | Complete thermostat replacement and wiring repair in 2014 | 110.00 |
| 11 | Sony Dreamsystem 1000W surround system failure replaced with samsung 2009 | 699.00 |
| 12 | LG 50" plasma TV repaired due to unexplainable all 3 electronic board failure   2008 | 248.00 |
| 13 | LG 40" master bedroom          TV failure 2009  replaced with 40" samsung | 599.00 |
| 14 | Samsung 40" LCD TV master bedroom replaced in 2016  Replaced in 2016 | 899.99 |
| 15 | LG 50" living room plasma TV repaired again 2015 with 65" samsung LED TV | 3200.00 |
| 16 | Sony play station 2 in living room replaced in 2009 with Sony playstation 3 | 399.00 |

| 17 | Samsung living room DVD player replaced in 2008 with Samsung blu ray 3d | 139.99 |
|----|---|---|
| 18 | Samsung 3d DVD blu ray player replaced in 2012 with similar model of new year | 129.99 |
| 19 | Samsung liv rm bluray player(above replaced) with samsung 4500 UHD 3d player 2016 | 389.99 |
| 20 | Samsung Master bedroom BluRay player replaced 2010 (lower model) | 99.99 |
| 21 | Samsung mast bedrm Bluray Player replaced again in 2016 with UHD 8500 mod on sale | 329.99 |
| 22 | Samsung 2nd bedroom TV replaced 2012 with Samsung 40' HD due to failure | 799.99 |
| 23 | Insignia 32" LCD TV 3rd bedrm replaced with 32" Samsung due to failure 2010 | 429.00 |
| 24 | 3rd bedrm Toshiba DVD player replaced in 2011 | 199.99 app value |
| 25 | Large Chandelier on table in living/dining area multiple socket wiring failure, corroded | 699.00 |
| 26 | Small breakfast Area 4 socket chandelier rubbed bronze | 279.00 |
| 27 | Master bathroom All oil rubbed bronze towel racks, hardware, etc | 299.00 |
| 28 | Hall bathroom All bathroom hardware, racks etc | 199.99 |
| 29 | Master bath 26" LG TV Failure severe dust and corrosion | 229.00 |
| 30 | Master bathroom light fixtures (4 socket turndown bronze fixture and # prong same) | 349.00 |
| 31 | 2nd bathroom bronze fixtures 4 socket turndown bronze over sink | 229.99 |
| 32 | Nintendo Wii system in liv rm (only used once) electronic failure replaced in 8/2008 | 499.00 |
| 33 | Multiple light sockets, switches, and master breaker box (multiple breaker failure) approx | 400.00 total |
| 34 | GE profile dishwasher replaced in 2012 (multiple modes lost) buttons failed Circuit board | 719.00 |
| 35 | LG stainless fridge(not replaced, in storage)but mult buttons and circuit board failure | 1,819.00 |

36 ADT Security system-mult electronic issues-siren failure electronically,trip systems malfunction replaced with
   Vivint system which also malfunctioned - camera malfunction, sensor malfunction etc. estimated $2,200
37 Multiple Mercedes and Corvette car parts stored in the garage where the drywall was also found, Damage Corrosion,
Electronic malfunction,Etc, too much to list approximate value estimated but unsure of exact amount but in excess of
$2,000.00 minimum

Total: $   28,665.00