UNOFFICIAL



1st Judicial District
Instrument 2018   1453 D –J1
Filed/Recorded  3/13/2018  09:50 A
Total Fees $      12.00
3 Pages Recorded

| | |
|---|---|
| Prepared by:<br>Dean Morris, LLC<br>855 S Pear Orchard Rd Ste 404 Bldg 400<br>Ridgeland, MS  39157<br>Telephone: 318-330-9020<br>Elizabeth Crowell Bar# 103676 | Return To:<br>Dean Morris, LLC<br>2309 Oliver Road<br>Monroe, LA, 71201<br>Telephone: 318-330-9020 |

**Substitute Trustee's Deed**
**Indexing Instructions**
Lot 55, Azalea Trace, Phase III, Amended, Plat Book 46, pg 15, Harrison 1st Co., MS

STATE OF MISSISSIPPI
COUNTY OF Harrison 1st

GRANTOR:
Dean Morris, LLC
855 S Pear Orchard Rd Ste 404 Bldg 400
Ridgeland, MS  39157
318-330-9020

GRANTEE:
D and P Properties LLC
6704 Little Bluff Cove
Vancleave, MS 39565
2283480289

UNOFFICIAL

PROPERTY OWNERS:
Jeremy S. Jordan, an individual
11592 Azalea Trce
Gulfport, MS 39503

WHEREAS, on the 25th day of October, 2013, Jeremy S. Jordan, an individual, executed and delivered a certain Deed of Trust unto John Underwood, Trustee for Mortgage Electronic Registration Systems, Inc. as nominee for Green Tree Servicing LLC, Beneficiary, to secure an indebtedness therein described, which Deed of Trust is recorded in the office of the Chancery Clerk of Harrison 1st County, Mississippi in Instrument# 2013 11795 T-J1; and

WHEREAS, on the 27th day of December, 2017, Mortgage Electronic Registration Systems, Inc. as nominee for Green Tree Servicing LLC, assigned said Deed of Trust unto Federal National Mortgage Association, by instrument recorded in the office of the aforesaid Chancery Clerk in Instrument# 2018-9-T-J1; and

WHEREAS, the deed of trust appearing in 2008 9309T-J1 of the Harrison 1st County Chancery Clerk's land records was subordinated to that deed of trust appearing in the aforesaid land records in Instrument# 2013 11795 T-J1 of the Harrison 1st County Chancery Clerk's land records was subordinated to that deed of trust appearing in the aforesaid land records by subordination agreement appearing in the same land records in Instrument# 2013 11798T-J1;and

WHEREAS, on the 24th day of January, 2018 the Holder of said Deed of Trust substituted and appointed Dean Morris, LLC as Trustee in said Deed of Trust, by instrument recorded in the office of the aforesaid Chancery Clerk in  Instrument# 2018-1002-T-J1; and

WHEREAS, default having been made in the payments of the indebtedness secured by the said Deed of Trust, and the holder of said Deed of Trust, having requested the sale for the purpose of paying said indebtedness or as much thereof as said brings; and

WHEREAS, I, Dean Morris, LLC, Substitute Trustee advertised the sale of the following described real property by Substitute Trustee's Notice of Sale, dated 7th day of February, 2018 by posting same at the bulletin board on the first floor of the lobby outside the Chancery Clerk's office in Harrison 1st County and by publishing said Notice in The Sun Herald for three (3) consecutive weeks, proof of publication being attached hereto as Exhibit "A" and incorporated herein by reference, which notice stated that the sale would be held on the 8th day of March, 2018,

F17-0908

between the legal hours of 11 o'clock a.m. and 4 o'clock p.m., at public outcry, to the highest bidder for cash at the East main door of the Harrison County Courthouse, 1st Judicial District, located on 23rd Avenue at Gulfport, Mississippi; and

WHEREAS, I, Dean Morris, LLC, Substitute Trustee, did on the 8th day of March, 2018, within legal hours, offer for sale and did sell, to the highest bidder for cash at the East main door of the Harrison County Courthouse, 1st Judicial District, located on 23rd Avenue at Gulfport, Mississippi the following described real property, to-wit:

Lot 55, Azalea Trace, Phase Three, Amended, a Subdivision according to the Official map or plat thereof on file and of record of the Office of the Chancery Clerk of the First Judicial District of Harrison County, Mississippi, in Plat Book 46 at Page 15 thereof.

WHEREAS, at said sale D and P Properties LLC was the highest bidder and best bidder, therefore, for the sum of $106,000.00 and the same was then and there struck off to D and P Properties LLC and it was declared the purchaser thereof; and

WHEREAS, everything necessary to be done to have a good and lawful sale was done in accordance with law and the terms of the Deed of Trust; and

NOW THEREFORE, I, Dean Morris, LLC, Substitute Trustee, for the consideration of $106,000.00 do hereby convey the above-described property to D and P Properties LLC .

I convey only such title as is vested in me as Substitute Trustee.

WITNESS MY SIGNATURE, this the _____ day of __March__, 2018.


_Elizabeth Crowell_
Dean Morris, LLC, Substitute Trustee
Elizabeth Crowell, Attorney


STATE OF MISSISSIPPI

COUNTY OF MADISON

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the aforesaid jurisdiction, on this, the __9th__ day of __March__, 2018, the within named Elizabeth Crowell, Attorney for Dean Morris, LLC, who acknowledged that (s)he executed the above and foregoing instrument of writing, after first having been duly authorized so to do as Substitute Trustee.

_Angel M Tarter_                                              __July 24, 2018__
NOTARY                                                         MY COMMISSION EXPIRES

*[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 109658, ANGEL MARIE TARTER, Commission Expires July 24, 2018, RANKIN COUNTY]*

F17-0908

UNOFFICIAL

# Proof of Publication

STATE OF MISSISSIPPI

COUNTY OF HARRISON

Before me, the undersigned Notary of Harrison County, Mississippi personally appeared  Crista Brackett  who, being by me first duly sworn, did depose and say that she is a clerk of The Sun Herald, a newspaper published in the city of Gulfport, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper __3__ times in the following numbers and on the following dates of such paper, viz:

Vol. 134  No., 135  dated 15 day of Feb, 20 18

Vol. 134  No., 142  dated 22 day of Feb, 20 18

Vol. 134  No., 149  dated 1 day of Mar, 20 18

Vol. ____ No., ____ dated ____ day of ____, 20 ____

Vol. ____ No., ____ dated ____ day of ____, 20 ____

Vol. ____ No., ____ dated ____ day of ____, 20 ____

Vol. ____ No., ____ dated ____ day of ____, 20 ____

Affiant further states on oath that said newspaper has been established and published continuously in said county for a period of more than twelve months next prior to the first publication of said notice.

_Crista Brackett_
Clerk

Sworn to and subscribed before me this __4__ day of March A.D., 20 18

_Meri A. Jackson_
Notary Public

*The Sun Herald has been deemed eligible for publishing legal notices in Jackson County to meet the requirements of Miss. Code 1972 Section 13-3-31 and 13-3-32.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 87184, MERI A. JACKSON, Commission Expires Sept. 30, 2019, HARRISON COUNTY]

---

SUBSTITUTED TRUSTEE'S NOTICE OF SALE
STATE OF MISSISSIPPI
COUNTY OF Harrison 1st

WHEREAS, on the 25th day of October, 2013, Jeremy S. Jordan, an individual, executed and delivered a certain Deed of Trust unto John Underwood, Trustee for Mortgage Electronic Registration Systems, Inc. as nominee for Green Tree Servicing LLC, Beneficiary, to secure an indebtedness therein described, which Deed of Trust is recorded in the office of the Chancery Clerk of Harrison 1st County, Mississippi in Instrument# 2013 11795 T-J1; and

WHEREAS, on the 27th day of December, 2017, Mortgage Electronic Registration Systems, Inc. as nominee for Green Tree Servicing LLC, assigned said Deed of Trust unto Federal National Mortgage Association, by instrument recorded in the office of the aforesaid Chancery Clerk in Instrument# 2018-9-T-J1; and

WHEREAS, the deed of trust appearing in of the Harrison 1st County Chancery Clerk's land records was subordinated to that deed of trust appearing in the aforesaid land records in Instrument# 2013 11795 T-J1 by subordination agreement appearing in the same land records in Instrument# 2013 11798T-J1

WHEREAS, on the 24th day of January, 2018 the Holder of said Deed of Trust substituted and appointed Dean Morris, LLC as Substitute Trustee by instrument recorded in the office of the aforesaid Chancery Clerk in Instrument# 2018-1002-T-J1; and

WHEREAS, default having been made in the payments of the indebtedness secured by the said Deed of Trust, and the holder of said Deed of Trust, having requested the undersigned so to do, on the 8th day of March, 2018, I will during the lawful hours of between 11:00 a.m. and 4:00 p.m., at public outcry, offer for sale and will sell, at the East main door of the Harrison County Courthouse, 1st Judicial District, located on 23rd Avenue at Gulfport, Mississippi, for cash to the highest bidder, the following described land and property situated in Harrison 1st County, Mississippi, to-wit:

Lot 55, Azalea Trace, Phase Three, Amended, a Subdivision according to the Official map or plat thereof on file and of record of the Office of the Chancery Clerk of the First Judicial District of Harrison County, Mississippi, in Plat Book 46 at Page 15 thereof.

I will only convey such title as is vested in me as Substitute Trustee.

WITNESS MY SIGNATURE, this 7th day of February, 2018.
Dean Morris, LLC
Substitute Trustee
855 S Pear Orchard Rd., Ste. 404, Bldg. 400
Ridgeland, MS 39157
(318) 330-9020
amt/F17-0908
PUBLISH: 2.15.18 / 2.22.18 / 3.1.18

UNOFFICIAL