| | |
|---|---|
| **From:** | James Doyle <jimmy@doylefirm.com> |
| **Sent:** | Monday, November 18, 2019 5:59 PM |
| **To:** | Clementin, Maria |
| **Cc:** | Vincent P. Borrello Jr.; Miller, Kerry; Dysart, Daniel; Veith, Rebekka C.; Johnson, Kaki; Dodson, Michael; Johnson, Ashley |
| **Subject:** | Re: In Re Chinese Drywall - MDL 2047 - Bennett Depositions |

Jeremy Jordan's deposition will need to be rescheduled. He was involved in an automobile accident over the weekend and is hospitalized now.

Also, Chris Payton's deposition will be rescheduled. He is now unavailable this week. However, Mr. Green will be available on Wednesday in New Orleans as scheduled.

Thanks.

Jimmy Doyle
DOYLE LAW FIRM, PC
(205) 533-9500   phone
(844) 638-5812   fax
jimmy@doylefirm.com

On Nov 18, 2019, at 10:46 AM, Clementin, Maria <mclementin@fishmanhaygood.com> wrote:

Jimmy, attached please find a Re-Notice of Deposition of Arrowhead.

**Maria Clementin**
Assistant to Kerry J. Miller, Paul C. Thibodeaux
& Daniel J. Dysart
mclementin@fishmanhaygood.com
_____

**Fishman**Haygood **LLP**

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t:504.586.5252 d:504.556.5550  f:504.310.0250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Clementin, Maria
**Sent:** Friday, November 15, 2019 3:29 PM

EXHIBIT K

**To:** 'jimmy@doylefirm.com' <jimmy@doylefirm.com>
**Cc:** Miller, Kerry <kmiller@fishmanhaygood.com>; Dysart, Daniel <ddysart@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Dodson, Michael <mdodson@fishmanhaygood.com>; 'Vincent P. Borrello Jr.' <courtreporter@vincentborrello.com>; Johnson, Ashley <ajohnson@fishmanhaygood.com>
**Subject:** In Re Chinese Drywall - MDL 2047 - Bennett Depositions

Jimmy,

Attached please find notices of deposition for depositions being taken next week in New Orleans.  Please mark your calendars accordingly.


**Maria Clementin**
Assistant to Kerry J. Miller, Paul C. Thibodeaux
& Daniel J. Dysart
mclementin@fishmanhaygood.com
_____

**Fishman**Haygood **LLP**

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t:504.586.5252 d:504.556.5550  f:504.310.0250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


<RE-NOD - Arrowhead, Green & Payton.pdf>