UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**RULE 30 RE-NOTICE OF DEPOSITION OF PLAINTIFFS,
<u>CESAR AND INES JARAMILLO</u>**

TO:   Plaintiffs, Cesar and Ines Jaramillo,　　**Court Reporter**
         Through their counsel of record:　　　　Vincent Borrello & Associates
         James V. Doyle, Jr.
         **Doyle Law Firm**
         2100 Southbridge Pkwy, Suite 650
         Birmingham, AL 35209

   Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiffs, Cesar and Ines Jaramillo, on December 20, 2019, beginning at 10:00 a.m., before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

   Pursuant to FRCP Rule 30(b)(2), plaintiff shall produce for inspection copies of any and all documents, electronically stored information, and tangible things for inspection and other purposes as set forth in the attached Rule 34 Requests for Production.

EXHIBIT
L

The deposition will be conducted at the offices of:

>Kerry J. Miller
>**Fishman Haygood, LLP**
>201 St. Charles Avenue, Suite 4600
>New Orleans, LA 70170

You are invited to attend and participate as you deem fit and proper. The depositions may be videotaped.

>Respectfully submitted,
>
>**FISHMAN HAYGOOD, L.L.P.**
>
>*/s/ Kerry J. Miller*
>**KERRY J. MILLER (#24562), T.A.**
>**PAUL C. THIBODEAUX (#29446)**
>**DANIEL J. DYSART (#33812)**
>201 St. Charles Avenue, 46TH Floor
>New Orleans, LA 70170
>Telephone: (504) 556-5549
>Facsimile: (504) 310-0275
>Email: kmiller@fishmanhaygood.com
>Email: pthibodeaux@fishmanhaygood.com
>Email: ddysart@fishmanhaygood.com
>
>**Counsel for the Knauf Defendants**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30 Re-Notice of Deposition was served via electronic mail on all counsel of record this 27th day of November, 2019.

>*/s/ Kerry J. Miller*
>**KERRY J. MILLER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

ATTACHMENT "A"

RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiffs, Cesar and Ines Jaramillo, who have claims pending in MDL 2047 against defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. Plaintiffs shall provide responses to these Requests for Production to the attention of Mike Dodson, **Fishman Haygood, LLP**, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170:

1. Please produce all documents relating to any pre-purchase inspection of the property that is the subject of this litigation, including but not limited to property inspections and Chinese-drywall inspections.

2. Please produce all documents relating to any purchase, sale, and/or transfer of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, agreements to purchase, and disclosures.

3. Please produce all inspection reports generated by the inspection identified in your response to Section IV of the Plaintiff Profile Form.

4. Please produce any documents related in any way to any post-purchase inspections performed on the property that is the subject of this litigation, including but not limited to Chinese Drywall inspections and appraisals.

5. Please produce all documents evidencing and/or supporting your property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any covered expenses, remediation expenses, or expected remediation expenses.

6. Please produce any and all copies of statements or reports prepared in connection with any interview conducted by you or on your behalf concerning the circumstances of the claims asserted in the petition.

7. Please produce any and all copies of notes, logs, blogs, memoranda, or diaries maintained in connection with any of your activities that concern or are in any way related to the claims asserted in the petition.

8. Please produce any and all photographs and/or video images of all drywall removed from the Property during remediation. For those Owners with claims pending in *In re: Chinese Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), where available, such submission shall be in the form required by MDL Pretrial Order 1B. For those Owners with claims pending in state court, the submission shall comply with the state court's rules regarding the preservation of evidence.

9. Please produce any and all evidence of proof of corrosion and/or evidence that the KPT Chinese Drywall was reactive.

10. Please produce any and all photos or videos of any demolition, in whole or in part, of the property that is the subject of this litigation. "Demolition" includes but is not limited to the removal of any appliances, fixtures, or any other part of the property that is the subject of this litigation.

11. Please produce any and all documentation evidencing or supporting your claims for damages in this matter, including but not limited to clear and legible versions of receipts and invoices previously provided.

12. Please produce a copy of any rendering reflecting the layout and/or floorplan of the property that is the subject of this litigation.