| | |
|---|---|
| **From:** | Dysart, Daniel |
| **Sent:** | Monday, May 20, 2019 3:01 PM |
| **To:** | James V. Doyle, Jr. |
| **Cc:** | Johnson, Ashley; Miller, Kerry |
| **Subject:** | Florida ARH depositions, future Florida Depositions and Inspections |

Jimmy,

We would like to set the below 7 Florida ARH claims for Depositions based on the below available dates. Please confer with your clients and let me know what dates work.

We will follow up later this week on scheduling for the non-ARH Florida depositions and the Florida property inspections.

- **Available June dates:       June 5-7, June 10-June 11, June 20-21, June 25-28.  If these are unavailable, let me know and Ill circulate July dates.**

- **Two claimants per property/Co-owners depositions will be taken on same day.**

- **Based on the current materials/production, two depositions per day may be possible for <u>single</u> claimant/property owner cases if all can agree to start early and go late into afternoon as long as needed to complete both depositions. However, if additional documents are to be produced prior to depositions than we will need to set each separate property for a separate date.**

**Depositions in Miami, FL:**
**Blonsky (2 claimants)**
**Annetta LLC (1)**
**Skyline LLC (1)**

**Depositions in Ft Myers, FL:**
**Russo (2):**
**MCF (1) :**
**CDO (1) :**

**Depositions in Tampa, FL:**
**Kopach (2)**

**Danny Dysart**
ddysart@fishmanhaygood.com

**FishmanHaygood LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5547  f: 504.310.0279

fishmanhaygood.com

EXHIBIT N

1

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.