| | |
|---|---|
| **From:** | James Doyle <jimmy@doylefirm.com> |
| **Sent:** | Friday, July 19, 2019 7:22 PM |
| **To:** | Johnson, Ashley |
| **Cc:** | Miller, Kerry; Dysart, Daniel; Thibodeaux, Paul; Rosenbloom, Skylar; Dodson, Michael; Johnson, Kaki; Veith, Rebekka C.; Clementin, Maria |
| **Subject:** | Re: July 22 - August 9th Deposition Availability (Florida) |
| **Attachments:** | 190716 - Deposition Scheduling - Florida Plaintiffs - Bennett.pdf |

Ashley:

Here's the schedule.  We'll update when we hear back from Locke-Esberry and Jaramillo.  All others are confirmed for the date and time specified.

Thanks.

Jimmy

> On Jul 19, 2019, at 1:46 PM, Johnson, Ashley <ajohnson@fishmanhaygood.com> wrote:
>
> Hi Mr. Doyle,
>
> I am following-up on the non-ARH depositions you have confirmed for July 31 – August 9. Have you received confirmation for the remaining plaintiffs you referenced in your July 16 email? If so, would you mind please forwarding the confirmed schedule for July 31-August 9 so that Notices can be issued?
>
> Thank you,
> Ashley
>
> **Ashley Johnson**
> Paralegal
> ajohnson@fishmanhaygood.com
> _____
> **Fishman**Haygood **LLP**
> 201 St. Charles Avenue, 46th Floor
> New Orleans, Louisiana  70170
>
> t:504.586.5252  d:504.556.5544  f:504.310.0294
>
> fishmanhaygood.com
>
> This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.
>
> IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

> **From:** Johnson, Ashley
> **Sent:** Wednesday, July 17, 2019 10:23 AM
> **To:** Jimmy Doyle <jimmy@doylefirm.com>

1

**Cc:** Miller, Kerry <kmiller@fishmanhaygood.com>; Dysart, Daniel <ddysart@fishmanhaygood.com>; Thibodeaux, Paul <pthibodeaux@fishmanhaygood.com>; Rosenbloom, Skylar <srosenbloom@fishmanhaygood.com>; Dodson, Michael <mdodson@fishmanhaygood.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Clementin, Maria <mclementin@fishmanhaygood.com>
**Subject:** RE: July 22 - August 9th Deposition Availability (Florida)

Mr. Doyle,

July 29 and 30 are conflicted with other matters and are unavailable for ARH depositions.  Available dates in August for ARH depositions are: August 12-16, 22-23, 26-30. Please let us know if any of those dates work for you.

Please forward the confirmed non-ARH schedule for July 31 – August 9 to me as soon as possible so that we can issue Notices.

Thank you,
Ashley

**Ashley Johnson**
Paralegal
ajohnson@fishmanhaygood.com
_____

**Fishman**Haygood **LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t:504.586.5252  d:504.556.5544  f:504.310.0294

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Jimmy Doyle <jimmy@doylefirm.com>
**Sent:** Tuesday, July 16, 2019 5:29 PM
**To:** Johnson, Ashley <ajohnson@fishmanhaygood.com>
**Cc:** Miller, Kerry <kmiller@fishmanhaygood.com>; Dysart, Daniel <ddysart@fishmanhaygood.com>; Thibodeaux, Paul <pthibodeaux@fishmanhaygood.com>; Rosenbloom, Skylar <srosenbloom@fishmanhaygood.com>; Dodson, Michael <mdodson@fishmanhaygood.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Clementin, Maria <mclementin@fishmanhaygood.com>
**Subject:** Re: July 22 - August 9th Deposition Availability (Florida)

Ashley:

We no longer have any availability on July 22-24, so the ARH depositions will not go forward that week.  Right now, we have all non-ARH claims scheduled fairly tightly between July 31 and August 9th, based on your lawyers' availability.  Can we schedule any ARH claims in Miami or Ft. Myers on July 29th or 30th? It looks like we could do 2 in Miami and 2 in Ft. Myers.  That would leave a total of 7 deponents to schedule at a later date (3 in FL and 4 outside of Florida).  If not, we'll need to find a week later in

August to complete the Florida ARH depositions.  Let me know.  We're working on confirmations for the current non-ARH schedule now. I'll get it to you in the next day or two, once we get confirmation from the remaining plaintiffs.

Thanks.


Jimmy Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone
(844) 638-5812   fax



On Jul 12, 2019, at 11:00 AM, Johnson, Ashley <ajohnson@fishmanhaygood.com> wrote:

Mr. Doyle,

We are following up again on availability for **July 22-August 9**. Please send confirmations ASAP. If we don't receive confirmation based on the below availability by **COB on Monday, July 15th**, we  will be unable to guarantee space and availability for the week of July 22.

Please also let us know 1) whether the depositions will need to be held in Miami, Fort Myers or Tampa and 2) whether any will require translators.

- **Depositions in the same Group need to be scheduled on same or consecutive days.**

- **Two claimants per property/Co-owners depositions will be taken on same day.**

- **2 or more depositions can be set on the same day and at the same time as long as they are not in the same "Group."**

- **No more than 2 depositions per day from the same "Group" can be scheduled if all can agree to start early and go late into afternoon as long as needed to complete both depositions. However, if additional documents are to be produced just prior to depositions than we reserve our right to object/strike or re-schedule the deposition for a separate date.**


## ARH Group: July 22-24

| |
|---|
| Daniel & Sona Blonsky |
| CDO Investments, LLC |
| MCF Enterprises, Inc. |
| Ruben Dapena o.b.o. Annetta, LLC |
| Vince & Rose Russo |
| Christopher & Julianne Kopach |
| Skyline Glass LLC |

## Group 1: July 29 – Aug. 2, Aug. 5 – 8

| |
|---|
| Consuelo Burgos |
| Olivia & Les Porciuncula |
| Carl & Ellen Moore |
| Carlos Salabarria |
| Bruno Eseban Paredes |

## Group 2: July 24-26, July 29 – Aug. 1, Aug. 5-9

| |
|---|
| Cesar & Ines Jaramillo |
| Marie & Gene Lorquet |
| Sharon Timmons |
| Peter Walimire |
| Tobi Butcher |
| Elena Kendall/A&B Estate Holdings, LLC |
| Julio Martinez |

## Group 3: July 22-24, Aug. 8-9

| |
|---|
| John & Rebecca Judge |
| Mark & Sheri Rigopoulos |
| Byron & Fern Robbins |
| Amrita & Rennie Roopchand |

## Group 4: July 22-26, July 29-31, Aug. 5-7

| |
|---|
| V. Alethia Locke-Esberry |
| Glenn & Yvette Price |
| Fred Pool & Raquel DeFigueiredo |
| Ina & Gary Helmick |
| Matthew Tabacchi (Allstate Servicing, Inc.) |
| Dolores Jarvis |
| Jackelyn Aquirre o.b.o. Home and Land, Inc. |
| Steve Binns |

**Ashley Johnson**
Paralegal
ajohnson@fishmanhaygood.com
_____

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana  70170

t:504.586.5252  d:504.556.5544  f:504.310.0294

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal

is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Johnson, Ashley
**Sent:** Tuesday, July 02, 2019 5:34 PM
**To:** James Doyle <jimmy@doylefirm.com>
**Cc:** Miller, Kerry <kmiller@fishmanhaygood.com>; Dysart, Daniel <ddysart@fishmanhaygood.com>; Thibodeaux, Paul <pthibodeaux@fishmanhaygood.com>; Rosenbloom, Skylar <srosenbloom@fishmanhaygood.com>; Dodson, Michael <mdodson@fishmanhaygood.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Clementin, Maria <mclementin@fishmanhaygood.com>
**Subject:** July 22 - August 9th Deposition Availability (Florida)

Mr. Doyle,

Below is a list of our availability for the week of July 22-August 9. Please provide a confirmed schedule based on the below availability by COB on**Monday, July 8**.

Please also let us know 1) whether the depositions will need to be held in Miami, Fort Myers or Tampa and 2) whether any will require translators.

- **Depositions in the same Group need to be scheduled on same or consecutive days.**

- **Two claimants per property/Co-owners depositions will be taken on same day.**

- **2 or more depositions can be set on the same day and at the same time as long as they are not in the same "Group."**

- **No more than 2 depositions per day from the same "Group" can be scheduled if all can agree to start early and go late into afternoon as long as needed to complete both depositions. However, if additional documents are to be produced just prior to depositions than we reserve our right to object/strike or re-schedule the deposition for a separate date.**

## ARH Group: July 22-24

| |
|---|
| Daniel & Sona Blonsky |
| CDO Investments, LLC |
| MCF Enterprises, Inc. |
| Ruben Dapena o.b.o. Annetta, LLC |
| Vince & Rose Russo |
| Christopher & Julianne Kopach |
| Skyline Glass LLC |

## Group 1: July 29 – Aug. 2, Aug. 5 – 8

| |
|---|
| Consuelo Burgos |
| Olivia & Les Porciuncula |
| Carl & Ellen Moore |
| Carlos Salabarria |
| Bruno Eseban Paredes |

## Group 2: July 24-26, July 29 – Aug. 1, Aug. 5-9

| |
|---|
| Cesar & Ines Jaramillo |
| Marie & Gene Lorquet |
| Sharon Timmons |
| Peter Walimire |

## Group 3: July 22-24, Aug. 8-9

| |
|---|
| John & Rebecca Judge |
| Mark & Sheri Rigopoulos |
| Byron & Fern Robbins |
| Amrita & Rennie Roopchand |

## Group 4: July 22-26, July 29-31, Aug. 5-7

| |
|---|
| V. Alethia Locke-Esberry |
| Glenn & Yvette Price |
| Fred Pool & Raquel DeFigueiredo |
| Ina & Gary Helmick |
| Matthew Tabacchi (Allstate Servicing, Inc.) |
| Dolores Jarvis |
| Jackelyn Aquirre o.b.o. Home and Land, Inc. |

Thank you,
Ashley

**Ashley Johnson**
Paralegal
ajohnson@fishmanhaygood.com
_____

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana  70170

t:504.586.5252  d:504.556.5544  f:504.310.0294

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Deposition Scheduling
*Bennett v. Knauf*
Florida Plaintiffs

| Day of Week | Date | Start Time | Name | Group # | Location | Status |
|---|---|---|---|---|---|---|
| Wednesday | July 31, 2019 | 9:00 am | J. Aguirre | 4 | Miami | Confirmed |
| Wednesday | July 31, 2019 | 1:00 pm | S. Binns | 4 | Miami | Confirmed |
| Thursday | Aug 1, 2019 | 10:00 am | J. Martinez | 2 | Miami | Confirmed |
| Thursday | Aug 1, 2019 | 2:00 pm | E. Kendall | 2 | Miami | Confirmed |
| Friday | Aug 2, 2019 | 9:00 am | C. Burgos | 1 | Miami | Confirmed |
| Friday | Aug 2, 2019 | 1:00 pm | T. Butcher | 2 | Miami | Confirmed |
| | | | | | | |
| ███████ | ███████ | ███ | ███████ | ███ | ███████ | ███████ |
| | | | | | | |
| Monday | Aug 5, 2019 | 9:00 am | | | Tampa | |
| Monday | Aug 5, 2019 | 9:00 am | F. Pool & R. DeFigueiredo | 4 | Tampa | Confirmed |
| Monday | Aug 5, 2019 | 1:00 pm | | | Tampa | |
| Monday | Aug 5, 2019 | 1:00 pm | Locke-Esberry | 4 | Tampa | ? |
| Tuesday | Aug 6, 2019 | 9:00 am | S. Timmons | 2 | Tampa | Confirmed |
| Tuesday | Aug 6, 2019 | 9:00 am | G. Price | 4 | Tampa | Confirmed |
| Tuesday | Aug 6, 2019 | 1:00 pm | C. & I. Jaramillo | 2 | Tampa | ? |
| Tuesday | Aug 6, 2019 | 1:00 pm | M. Tabacchi | 4 | Tampa | Confirmed |
| Wednesday | Aug 7, 2019 | 9:00 am | I. Helmick | 4 | Tampa | Confirmed |
| Wednesday | Aug 7, 2019 | 9:00 am | | | Tampa | |
| Wednesday | Aug 7, 2019 | 1:00 pm | D. Jarvis ** | 4 | Tampa | Confirmed |
| Wednesday | Aug 7, 2019 | 1:00 pm | | | Tampa | |
| Thursday | Aug 8, 2019 | 10:00 am | C. & E. Moore | 1 | Tampa | Confirmed |
| Thursday | Aug 8, 2019 | 10:00 am | B. & F. Robbins | 3 | Tampa | Confirmed |
| Thursday | Aug 8, 2019 | 2:00 pm | M. & S. Rigopoulos | 3 | Tampa | Confirmed |
| Thursday | Aug 8, 2019 | 2:00 pm | | | | |

Judge – schedule with Alabama plaintiffs; working in GA now
Locke-Esberry – Silver Springs, MD
Lorquet – Out of state - in Boston, MA
Paredes – Out of country
Porciuncula – Chula Vista, CA
Roopchand – Las Vegas, NV
Salabarria – Miami - out of state until Aug 6, 2019; schedule with ARH group later

** need Spanish translator.

Updated:   7/19/19   7:00 PM