| | |
|---|---|
| **From:** | Jimmy Doyle <jimmy@doylefirm.com> |
| **Sent:** | Wednesday, November 13, 2019 2:26 PM |
| **To:** | Johnson, Ashley |
| **Cc:** | Miller, Kerry; Dodson, Michael; Johnson, Kaki; Veith, Rebekka C.; Dysart, Daniel |
| **Subject:** | Re: Bennett Depositions |
| | |
| **Importance:** | High |

Ashley:

Yes, we'll need to address the location/time with the court if you wish to change CDO and Walimire.  Arrange the call time this afternoon or tomorrow morning and I can be available.  Otherwise, we'll need to handle it first thing Monday morning before the Skyline Glass deposition.

I'll let Blonsky know that his deposition will take place at his office at the time proposed.

With regard to the Huntsville plaintiffs, we'll make them available in Huntsville.  You can petition the court if you wish to move them or you can simply waive the request for their depositions.  We've given you dates, times and location that we're making them available.  It's your choice whether to move forward.

And, while I appreciate your updated availability, we're at the end of the discovery period and I can't agree to work within those constraints.  You have at least 7 lawyers working on this particular case.  So, I'll expect some flexibility among them so that we can get these depositions done on time.  We'll provide you with dates and times for any remaining depositions your firm wishes to take.  At this point, you need to send me a comprehensive list of any remaining plaintiffs your lawyers wish to depose.  We'll get you availability.

Thanks.

*Jimmy Doyle*

**DOYLE LAW FIRM, PC**

**Alabama Office**
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone

**Florida Office**
201 South Biscayne Blvd., 28th Floor
Miami, FL  33131
(305) 677-3388   phone

EXHIBIT
P

**Georgia Office**
3340 Peachtree Road, Suite 1800
Atlanta, GA 30326
(678) 799-7676   phone

**Texas Office**
1001 Texas Avenue, Suite 1400
Houston, TX  77002
(832) 295-9755




On Nov 13, 2019, at 11:28 AM, Johnson, Ashley <ajohnson@fishmanhaygood.com> wrote:

Jimmy,

- For next week, in order to set all depositions and obtain locations and travel arrangements on short notice, CDO and Walimire will have to be in Miami, FL and we will notice them as such.  If this is an issue, please let us know and we can discuss and/or address with the Court ASAP. We have no problem on Blonsky being set at his office.

- For the week starting Dec 2, in order to complete all depositions, (1) the Huntsville depositions on Dec 2 and Dec 3 will be noticed and taken in Birmingham and (2) the times will be amended as highlighted below.

Wednesday Dec 4, 2019 9:00 am Brady Non-ARH Birmingham
Wednesday Dec 4, 2019 9:00 am Hallmark Non-ARH Birmingham
Wednesday Dec 4, 2019 12:00 pm Ijemere Non-ARH Birmingham
Wednesday Dec 4, 2019 3:00 pm Stanfa Non-ARH Birmingham

Thursday Dec 5, 2019 9:00 am Kelley Non-ARH Birmingham
Thursday Dec 5, 2019 12:00 pm Judge Non-ARH Birmingham
Thursday Dec 5, 2019 3:00 pm Russell Non-ARH Birmingham

Friday, Dec 6, 2019  - Only the currently scheduled Russo deposition in Detroit is available

December Updated Availability:

- UPDATE:  December 13 is now only available for 2 NOLA depositions (2 in AM ONLY).

- UPDATE: December 16-17 now only available for 2 depositions (1 in AM and 1 in PM) each day.

- UPDATE December 19-20 now only available for NOLA ONLY depositions.

Thanks,

**Ashley Johnson**
Paralegal
ajohnson@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana  70170

t:504.586.5252  d:504.556.5544  f:504.310.0294

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** James Doyle <jimmy@doylefirm.com>
**Sent:** Tuesday, November 12, 2019 4:45 PM
**To:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Cc:** Johnson, Ashley <ajohnson@fishmanhaygood.com>; Dodson, Michael <mdodson@fishmanhaygood.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>; Dysart, Daniel <ddysart@fishmanhaygood.com>
**Subject:** Re: Bennett Depositions

Kerry:

Blonsky has now been confirmed for November 19th.  He'd like to do the deposition at his firm's office.  Here's the address:

## COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133

Let me know if you agree to conduct it there so that we can reserve a conference room.

Thanks.

Jimmy


On Nov 11, 2019, at 10:19 AM, Dysart, Daniel <ddysart@fishmanhaygood.com> wrote:


Jimmy,

We previously provided November deposition availability almost a month ago, along with availability in October on multiple occasions but without any plaintiff confirmations since September.  We have included the updated availability for November here again.  Please confirm by end of the day tomorrow, November 12, 2019 if any plaintiff depositions can be confirmed for the remainder of November based on the availability below.

November:

18th -  4 depositions – ARH or Non-ARH
19th – 2 Depositions anywhere (ARH) ; 1 deposition (Non ARH -NOLA PM Only)
20th  – 4 Depositions – ARH or Non-ARH
21th  – 4 Depositions – ARH or Non-ARH
22nd – 1 Deposition AM (Non ARH; Nola Only))
25th – 4 depositions – (Non -ARH)
26th – 4 Depositions (Non-ARH)
27th – 2 Depositions (NON-ARH; NOLA Only)


I am also attaching the draft stipulation you requested from Kerry.  Let us know if you want to discuss.


**Danny Dysart**
ddysart@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5547  f: 504.310.0279

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Jimmy Doyle <jimmy@doylefirm.com>
**Sent:** Friday, November 8, 2019 5:41 PM
**To:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Cc:** Ajohnson@fishmanyhaygood.com; Dysart, Daniel <ddysart@fishmanhaygood.com>; Dodson, Michael <mdodson@fishmanhaygood.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>
**Subject:** Re: Bennett Depositions

Kerry:

We're going to send you the dates we'll make the remaining plaintiffs available starting on November 18, 2019.  Given the limited time remaining for discovery, we can't wait until December to start scheduling them.

Regards,


Jimmy Doyle
DOYLE LAW FIRM, PC
(205) 533-9500   phone
(844) 638-5812   fax
jimmy@doylefirm.com




On Nov 8, 2019, at 3:20 PM, Miller, Kerry <kmiller@fishmanhaygood.com> wrote:

Jimmy,

We previously provided October and November dates without further depositions being scheduled.  In light of the Court's recent extension of discovery deadlines, please provide times, dates, and locations for ***all remaining claimants in the Bennett operative action that have not been deposed*** on the following dates:

December 2 – 6
December 9-13
December 16-20
December 23
December 30-31.

**Please provide confirmation of depositions and dates to be noticed for all remaining active Bennett Claimants by COB November 15, 2019.**

Once the remaining first depositions are scheduled, we will send a list of claimants and dates for re-depositions required due to supplemental PPF, SPPF, and PFS documents produced after the time of deposition.


**Kerry Miller**
kmiller@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t:504.586.5252 d:504.556.5549  f:504.310.0250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or

attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

<DRAFT - Stip.docx>