| | |
|---|---|
| **From:** | James Doyle <jimmy@doylefirm.com> |
| **Sent:** | Wednesday, May 22, 2019 8:27 PM |
| **To:** | Dysart, Daniel |
| **Cc:** | Miller, Kerry; Clementin, Maria; Dodson, Michael; Johnson, Ashley; Johnson, Kaki; Rosenbloom, Skylar; Thibodeaux, Paul; Veith, Rebekka C. |
| **Subject:** | Re: Bennett - Scheduling Request for Florida Non-ARH Depositions |

Danny:

Get me a proposed schedule that ends on or before July 16th.  Unless the court amends the case management order you proposed and it adopted, discovery ends 210 days from the entry of the order (December 18, 2018).  We won't agree to go beyond the deadline imposed by the court's order.  I'm happy to work with you to compress the current deposition schedule and do the same regarding the list below, but your team will need to have the flexibility to get this done given your time constraint.

Thanks.

Jimmy


> On May 22, 2019, at 2:46 PM, Dysart, Daniel <ddysart@fishmanhaygood.com> wrote:

Jimmy,

Following up, we previously sent you a scheduling requests for the Florida ARH claims and we look forward to getting those set.  Below are the Florida Non-ARH claims we would like to schedule based on the available dates in each group.

- **Two claimants per property/Co-owners depositions will be taken on same day.**

- **2 or more depositions can be set on the same day and at the same time as long as they are not in the same "Group."**

- **No more than 2 depositions per day from the same "Group" can be scheduled if all can agree to start early and go late into afternoon as long as needed to complete both depositions. However, if additional documents are to be produced just prior to depositions than we reserve our right to object/strike or re-schedule the deposition for a separate date.**

EXHIBIT Q

**Group 1 Claimants:**
- Consuelo Burgos (Miami)
- Carlos Salabarria (Miami)
- Laura Veira (Miami)
- Kevin Karpel (Loxahatchee)
- Neville Marques (Boynton Beach)

- Olivia & Les Porciuncula (Palm Bay)
- Carl & Ellen Moore (North Port)
- Edward Laremore (Labelle)
- James Blevins (Cape Coral)
- Johnny Tyler (Fellsmere)
- Bruno Eseban Ullauri Paredes / Karina Jannine Svoboda Straka (Pinecrest)

**June Availability** – 4, 6, 10-11, 18-21, 25-28
**July Availability** – 1-3, 8-10, 15-16, 23-26, 29-31

**Group 2 Claimants:**
- Isidro Calderon (Port St. Lucie)
- Kurt Tolliver (Port St. Lucie)
- Levi Taylor (Port St. Lucie)
- Abigail Cohen (Tampa)
- Cesar & Ines Jaramillo (Winter Haven)
- Tobi Butcher (Winter Haven)
- Marie Lorquet (Lake Alfred)
- Julie Martinez (Miami)
- Elena Kendall & A&B Real Estate Holdings, LLC (Miami)
- Sharon Timmons (Cape Coral)
- Peter Walimire (Cape Coral)
- Anjali Van Drie (Cape Coral)
- Elvis Ferrera (Cutler Bay)

**June Availability** – 14, 17-18, 20-21, 24-25
**July Availability** – 1, 10-12, 15-19, 22-26, 29-31

**Group 3 Claimants:**
- Tim Hoffman (Cape Coral)
- John & Rebecca Judge (Lehigh Acres)
- Mark & Sheri Rigopoulos (Naples)
- Wicler Pierre (Boynton Beach)
- Ed Ball & Margot Gravel (North Port)
- Mercedes & Nicole Gaspard (Port St. Lucie)
- Michael Zelenenki (Sebring)
- Byron & Fern Robbins (Ormond Beach)
- Steve Binns (Port St. Lucie)
- Karina Martinez (Miami)
- Amrita Roopchand (Loxahatchee)
- M and M the Closers, LLC (Homestead)

**June Availability** – 12, 14, 17-21
**July Availability** – 2-3, 8-12

**Group 4 Claimants:**
- Joseph Niemic (Lakeland)
- V. Alethia Locke-Esberry (Port St. Lucie)
- Nancy & William Mansour (Royal Palm Beach)
- Glenn Price (North Port)
- Fred & Raquel DeFigueiredo Pool (Spring Hill)

- Fred Stockton (Spring Hill)
- Michael & Michelle Goldenberg (Cooper City)
- Ina Helmick (Dover)
- Leonard Armstrong (Bradenton)
- Matthew Tabacchi o.b.o Allstate Servicing, Inc. (Anthony)
- Dolores Jarvis (Avon Park)
- Jackelyn Aquirre o.b.o Home and Land, Inc. (Miami)

**June Availability** – 7, 11-13, 18-20, 25-28
**July Availability** – 1-2, 9-12, 15-19, 22-26