UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**PROPOSED ORDER**

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion for to Dismiss Claims Asserted by Michael Phillips; Peter & Lin H. Robinson; Jeremy Jordan; Cesar & Ines Jaramillo; and Annetta, LLC & Baco Annetta LLC Under Rule 37 or, Alternatively, For Other Sanctions;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion to Dismiss Claims Asserted by Michael Phillips; Peter & Lin H. Robinson; Jeremy Jordan; Cesar & Ines Jaramillo; and Annetta, LLC & Baco Annetta LLC  Under Rule 37 is GRANTED and the claims of Michael Phillips, Peter Robinson and Lin H. Robinson against the Knauf Defendants are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**Honorable Eldon E. Fallon
United States District Judge**