UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY          MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:           JUDGE FALLON
*Melissa Young*
*************************************************************************

## OBJECTION TO ALLOCATION MODEL

Plaintiff Melissa Young hereby files and objects to the Settlement Administrator's Allocation Amount dated March 6, 2020. In support of her objection, Plaintiff states the following:

1. The total under air square footage of her house is 2185 sq. ft. This amount is divided between the main house (1,797 sq. ft.) and the garage (388 sq. ft.) which is under the central air/heat system of the home. The garage has been part of the under air portion of the home since it was built.

2. The Settlement Administrator miscalculated the square footage by only allocating square footage of the main house. The Settlement Administrator listed the square footage at 1797 sq. ft.

3. Plaintiff supplied sufficient documentation to prove square footage and the documentation was uploaded to the Brown Greer website and/or forwarded to the Plaintiff's Steering Committee as part of the documentation required by this Honorable Court over the course of the litigation, please see the below chart (documents attached hereto as Exhibit A):

| Date uploaded to Brown Greer/Sent to PSC | Doc ID | Description of Document Uploaded |
|---|---|---|
| December 3, 2013 | 193,343 | Floor Plan |
| September 23, 2019 | 371,537 | Deposition Testimony |
| April 15, 2015 | PSC | Supplemental Submission of Evidence demonstrating Class Membership and the Existence of Class Damages for the Taishan Trial Scheduled on April 28, 2015. |

4. Plaintiff is not aware of any competent evidence to dispute that Plaintiffs under air square footage is not the 2185 square feet when taking into account both the house and the garage.

Plaintiff respectfully requests that the corrected square footage of 2185 sq. ft. be applied to the Allocation Model and that she receive the correct Allocation Amount for his property.

Respectfully submitted, this 30th of March, 2020

> Respectfully,
>
> */s/ Salvadore Christina, Jr.*
> Salvadore Christina, Jr. (27,198)
> The Becnel Law Firm, LLC
> 425 W. Airline Hwy., Suite B
> Reserve, LA 70084
> Phone: (985) 536-1186
> Fax: (985) 536-6445
> schristina@bencellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, and served all counsels of record via Lexis/Nexis File & Serve System.

> */s/ Salvadore Christina, Jr.*