UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## IMPORTANT TAISHAN NOTICE
## (must be completed by April 15, 2015)

### SUPPLEMENTAL SUBMISSION OF EVIDENCE DEMONSTRATING CLASS MEMBERSHIP AND THE EXISTENCE OF CLASS DAMAGES FOR THE TAISHAN TRIAL SCHEDULED ON APRIL 28, 2015

This supplemental submission is to be completed by all property owners with Taishan drywall[1] installed in their properties, including any mixed homes (*i.e.*, those with Taishan and non-Taishan drywall).[2] The completed form must be returned to Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, or by e-mail to drywall@hhklawfirm.com, by Wednesday April 15, 2015. The Verification to this Supplemental Submission should be signed by all co-owners of the subject properties. If you own more than four properties, you should attach additional pages to this supplement as necessary.

### Section 1. Property Information

1. Do you currently own a property or properties with Taishan Chinese manufactured drywall? ☑ Yes ☐ No

   If no, skip to No. 3.

   If yes, complete all of the following questions.

2. For each property identified below please identify the following information:

---

[1] Taishan drywall was manufactured by Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd and Tai'an Taishan Plasterboard Co., Ltd.

[2] A complete catalog of markings and identification of Taishan board can be found in pretrial order no. 10, which can be accessed on the court's website located at http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm.

1

**Property 1**

Street address of the property:
2909 Monica Lane

City: Marrero

State and Zip: La 70072

Additional owners of the property, if any:
(1) Owner → Melissa Ann Young

Total square footage of the property: 2,328

Is this property currently in a foreclosure proceedings?
☐ Yes ☑ No

Please See Attached House Plans.

**Property 2**

Street address of the property: _____

City: _____

State and Zip: _____

Additional owners of the property, if any: _____

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?
☐ Yes ☐ No

**Property 3**

Street address of the property: _____

City: _____

State and Zip: _____

Additional owners of the property, if any: _____

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?
☐ Yes ☐ No

**Property 4**

Street address of the property: _____

City: _____

State and Zip: _____

Additional owners of the property, if any: _____

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?
☐ Yes ☐ No

(If you own additional properties attach additional pages as necessary)

2

(For each property identified above, attach copies of all inspection reports and/or photographic evidence of the drywall in the property or properties in question)

3. If you are the <u>former</u> owner of a property or properties containing Chinese manufactured drywall, identify the information below for each such property:

| Property 1 | Property 2 |
|---|---|
| Name of current owner <br><br> Street _____ <br> City _____ <br> State and Zip: _____ <br> Phone _____ <br> Date of Transfer _____ | Name of current owner <br><br> Street _____ <br> City _____ <br> State and Zip: _____ <br> Phone _____ <br> Date of Transfer _____ |
| Property 3 | Property 4 |
| Name of current owner <br><br> Street _____ <br> City _____ <br> State and Zip: _____ <br> Phone _____ <br> Date of Transfer _____ | Name of current owner <br><br> Street _____ <br> City _____ <br> State and Zip: _____ <br> Phone _____ <br> Date of Transfer _____ |

(If you own additional properties attach additional pages as necessary)

4. My current mailing address is

| Street | 3909 Monica lane |
| City | Marrero |
| State and Zip: | Louisiana 70072 |

5. I am represented by the following law firm

| Firm | Becnel Law Firm |
| Street | P.O. Drawer H |
| City | Reserve |
| State and Zip: | La. 70084 |

## Section 2. Class Member Verification

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that all information provided in this document is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

Claimant Name: Melissa Ann Young
Claimant Phone: 504-329-5619
Claimant E-Mail: mel.henry35@yahoo.com
Claimant Signature: Melissa Ann Young   Date: 4/8/2015

Claimant Name: _____
Claimant Phone: _____
Claimant E-Mail: _____
Claimant Signature: _____ Date: _____

4

Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____  Date: _____


Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____  Date: _____





**Page 34**

1  A. The whole entire home has been diminished
2  because of this Taishan drywall.
3  Q. Do you think the home has no value today
4  because of Chinese drywall?
5  A. I would say yes.
6  Q. Have you ever tried to sell the home at 2909
7  Monica Lane?
8  A. No.
9  Q. Have you ever rented the home at 2909 Monica
10 Lane?
11 A. No.
12 Q. Have you ever charged rent for anyone else to
13 live there?
14 A. No.
15 Q. Has anyone ever lived at the home at 2909
16 Monica Lane other than you, Rene Henry, and your son?
17 A. No.
18 Q. Do you own any other properties?
19 A. No.
20 Q. Have you always lived at 2909 Monica Lane since
21 you purchased it in 2006?
22 A. Yes.
23 Q. Do you still live at that property today?
24 A. Yes.
25 Q. Have you renovated or made any improvements to

**Page 35**

1  that home since you bought it in 2006?
2  A. I remediated the home.
3  Q. We'll talk about that a little later.
4      But in addition to remediating your home, have
5  you made any additions or changes to the home, like a
6  new deck or a shed in the backyard, things of that
7  nature?
8  A. No.
9  Q. Have you ever received any tax deductions or
10 tax breaks that relate to Chinese drywall?
11 A. No.
12 Q. How many bedrooms are there in the home at 2909
13 Monica Lane?
14 A. Four.
15 Q. How many bathrooms?
16 A. Two.
17 Q. And those are both full baths?
18 A. Yes.
19 Q. Do you know the square footage of the house at
20 2909 Monica Lane?
21 A. 2183.
22 Q. How do you know that that's the square footage
23 of the house?
24 A. I built the home from ground up.
25 Q. Since the home was built, have you ever had

**Page 36**

1  anyone come in to measure the square footage of the
2  home?
3  A. It was premeasured. There were plans on the
4  home.
5  Q. And that was part of the original build?
6  A. Uh-huh.
7  Q. Since that original build, has anyone come in
8  and measured it to determine the square footage?
9  A. It was agreed upon, the builder, of the square
10 footage of the home.
11 Q. Has the square footage of the home changed
12 since you built it in 2006?
13 A. 10 feet.
14 Q. What did you do to the home that added 10 feet
15 of square footage to it?
16 A. I pushed back a wall that consists of my
17 fireplace.
18 Q. In what part of the home was that wall located?
19 A. To the back patio.
20 Q. And so you added some floor space by moving an
21 exterior wall back into the space that was previously a
22 patio?
23 A. Yes.
24 Q. And so the patio is a bit smaller today but the
25 interior part is larger?

**Page 37**

1  A. Yes.
2  Q. When did you have that project done?
3  A. When I remediated the home.
4  Q. And what year was that?
5  A. 2013.
6  Q. Who did the work for that project to move the
7  exterior wall backwards?
8  A. Myself and my husband.
9      (Exhibit 11 was marked.)
10 BY MR. HILL:
11 Q. I'm showing you now a document that's been
12 premarked as Exhibit 11. Do you recognize that
13 document?
14 A. Yes.
15 Q. What is it?
16 A. This is the floor plan of my home at 2909
17 Monica Lane.
18 Q. Did LA Homes provide that floor plan to you in
19 advance of building your home?
20 A. Yes.
21 Q. Does this floor plan list the square footage of
22 your home near the top of the document?
23 A. Yes.
24 Q. And in the first row of that area of the
25 document that shows the square footage of the home it

**Page 38**

1  says living, 1797 square feet.
2  A. Yes.
3  Q. And it says that the square footage of the
4  garage is 388 square feet; is that correct?
5  A. 86.
6  Q. 386. Is the garage in the home finished?
7  A. Yes.
8  Q. Is it heated and cooled?
9  A. Yes.
10 Q. Has it been heated and cooled since you had the
11 home built in 2006?
12 A. Yes.
13 Q. What do you use that area of the house for?
14 A. My office.
15 Q. Have you always used it as an office since you
16 moved in?
17 A. Yes.
18 Q. The portion of this document that lists the
19 area of the home also notes that there's a porch on the
20 home and it's 74 square feet. Is that the front portion
21 of the home or is that on the back?
22 A. That is the front.
23 Q. And then it also says that there's a patio
24 that's 71 square feet. Is that the patio that you
25 mentioned earlier?

**Page 39**

1  A. Yes.
2  Q. Other than the 10 square feet that you added
3  when you moved the wall during the remediation, have
4  there been any other changes to the square footage of
5  your home since you built it in 2006?
6  A. No.
7     MR. HILL: I think this is probably a good
8  time for us to take a break, if that's all right with
9  you. Maybe just five or ten minutes.
10    (A break was taken from 10:03 a.m. to
11 10:15 a.m.)
12 BY MR. HILL:
13 Q. Did LA Homes add air conditioning, heating,
14 cooling to the garage area of your home or did you do
15 that yourself?
16 A. No. It was all done at the same time of the
17 build.
18 Q. Do you believe that the home at 2909 Monica
19 Lane was built with Chinese drywall?
20 A. Yes.
21 Q. When did you first suspect that there was
22 Chinese drywall in the house?
23 A. January 2007.
24 Q. What caused you to suspect it?
25 A. There was notification via news, and we went in

**Page 40**

1  and checked the drywall in our attic and there it was,
2  stamped blue, "Made in China."
3  Q. So there is an area of your attic where you can
4  see the backs of the drywall boards from the attic area?
5  A. Yes.
6  Q. What sorts of things did you see on the news
7  about Chinese drywall?
8  A. It was Becnel Law Firm that appointed (sic)
9  that this is tainted drywall, please check your home if
10 you have that. We went into the attic -- these were
11 known places to find it. We went into the attic, we
12 pulled back the insulation, and it was stated and
13 stamped in blue writing, "Made in China."
14 Q. Were there any other signs that made you think
15 your house contained Chinese drywall?
16 A. There were signs of our air conditioning going
17 out, the evap coils being constantly corroded. The
18 outlets in the homes, GFIs, which is a protected outlet,
19 caught fire. And when you pull the outlets out of the
20 wall, the corrosion from the Chinese drywall corroded
21 the copper.
22 Q. When did you first notice issues with the
23 electrical wiring in the home?
24 A. In December of 2006.
25 Q. Did you notice corrosion of the wires before

**Page 41**

1  the fire or was the fire the trigger that caused you to
2  check that out?
3  A. It was the fire. It was actually at my bar,
4  which is recommended GFI in your bar that needs to be
5  there per code.
6  Q. When did you first start having problems with
7  the air conditioning system?
8  A. In December of 2006.
9  Q. What sort of problems did you notice at first?
10 A. It was not cooling. Of course, you know, in
11 New Orleans, we do have hot winters. Therefore, it was
12 not cooling. We called because it was a brand-new home.
13 It was -- we moved in on November 17, 2006.
14    We called the contractor because we did have a
15 year warranty through the contractor. They called Rob's
16 AC out, and they came to where they had to change out
17 the coil and go ahead and refill it with freon.
18 Q. So changing that coil initially was covered by
19 the warranty that you had?
20 A. No.
21 Q. So you had to pay for that repair?
22 A. Freon.
23 Q. You only paid for the freon?
24 A. Freon and the installation of the coil.
25 Q. Did you pay for the coil itself?

