UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

SECTION: L

**THIS DOCUMENT RELATES TO:**
*Jon Jackel*

JUDGE FALLON

******************************************************************************

## OBJECTION TO ALLOCATION MODEL

Plaintiff Jon Jackel hereby files and objects to the Settlement Administrator's Allocation Amount dated March 6, 2020. In support of his objection, Plaintiff states the following:

1. The total under air square footage of his house is 4538 sq. ft. This amount is divided between the first floor (3,663 sq. ft.) and the second floor (875 sq. ft.).

2. The Settlement Administrator miscalculated his square footage by only allocating square footage of the first floor. The Settlement Administrator listed the square footage at 3663 sq. ft.

3. Plaintiff supplied sufficient documentation to prove square footage and the documentation was uploaded to the Brown Greer website and/or forwarded to the Plaintiff's Steering Committee as part of the documentation required by this Honorable Court over the course of the litigation, please see the below chart:

| Date uploaded to Brown Greer/Sent to PSC | Doc ID | Description of Document Uploaded |
|---|---|---|
| March 17, 2014 | 251044 | Affected Property Information Affidavit |
| December 30, 2013 | 2101014 | Affected Property Information Affidavit |
| October 2, 2013 | 149259 | Floor Plan |

| October 2, 2013 | 149261 | Expert Report-Inspection of Home. Floor Plans on pgs 40-41 |
|---|---|---|
| April 15, 2015 | PSC | Supplemental Submission of Evidence demonstrating Class Membership and the Existence of Class Damages for the Taishan Trial Scheduled on April 28, 2015. |

4. Plaintiff is not aware of any competent evidence to dispute that Plaintiffs under air square footage is not the 4,538 square feet when taking into account both floors of his house. Plaintiff respectfully request that the corrected square footage of 4,538 sq. ft. be applied to the Allocation Model and that he receive the correct Allocation Amount for his property. Respectfully submitted, this 30th of March, 2020

        Respectfully,

        /s/ Salvadore Christina, Jr.
        Salvadore Christina, Jr. (27,198)
        The Becnel Law Firm, LLC
        425 W. Airline Hwy., Suite B
        Reserve, LA 70084
        Phone: (985) 536-1186
        Fax: (985) 536-6445
        schristina@bencellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, and served all counsels of record via Lexis/Nexis File & Serve System.

        /s/ Salvadore Christina, Jr.