UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

SECTION: L

THIS DOCUMENT RELATES TO:
*Shawndrika Sutton*

JUDGE FALLON

*****************************************************************************

## OBJECTION TO ALLOCATION MODEL

Plaintiff, Shawndrika Sutton, hereby files and objects to the Settlement Administrator's Allocation Amount dated March 6, 2020. In support of her objection, Plaintiff states the following:

1. The total under air square footage of her house is 1614 sq. ft. Plaintiff's total square footage is 2000 sq ft. The difference in the square footage is the garage.

2. The Settlement Administrator listed the square footage at 1014 sq. ft.

3. Plaintiff supplied sufficient documentation to prove square footage and the documentation was uploaded to the Brown Greer website and/or forwarded to the Plaintiff's Steering Committee as part of the documentation required by this Honorable Court over the course of the litigation, please see the below chart:

| Date uploaded to Brown Greer/Sent to PSC | Doc ID | Description of Document Uploaded |
|---|---|---|
| March 17, 2014 | 251017 | Affected Property Affidavit |
| November 18, 2013 | 186357 | Floor Plan |
| August 3, 2017 | PSC | Declaration of Correctness of Square Footage on CDW Clients for Remediation Damages |

4. Plaintiff is not aware of any competent evidence to dispute that Plaintiffs under air square footage is not 1614 square feet.

Plaintiff respectfully requests that the corrected square footage of 1614 sq. ft. be applied to the Allocation Model and that she receive the correct Allocation Amount for her property.

Respectfully submitted, this 30th of March, 2020

>Respectfully,
>
>*/s/ Salvadore Christina, Jr.*
>Salvadore Christina, Jr. (27,198)
>The Becnel Law Firm, LLC
>425 W. Airline Hwy., Suite B
>Reserve, LA 70084
>Phone: (985) 536-1186
>Fax: (985) 536-6445
>schristina@bencellaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, and served all counsels of record via Lexis/Nexis File & Serve System.

>*/s/ Salvadore Christina, Jr.*