1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA
2

3                                              2047

4                                     SECTION "L"

5                          JUDGE ELDON FALLON

6              MAGISTRATE JOSEPH WILKINSON, JR.

7  In Re: CHINESE-MANUFACTURED
   DRYWALL PRODUCTS LIABILITY
8  LITIGATION

9  This document relates to:

10 Elizabeth Bennett, et al v. Gebr. Knauf
   Verwaltungsgesellschaft, KG, et al
11

12 Case No. 14-cv-2722

13 _____

14              DEPOSITION OF STEVE BINNS

15

16

17

18
                   Wednesday, July 31, 2019
19             ESQUIRE DEPOSITION SOLUTIONS
                44 West Flagler 14th Floor
20                 Miami, Florida 33130
                 12:29 p.m. - 3:20 p.m.
21

22

23

24 Melanie Stinson-Konstantinidis, RPR

25



1       Q.   Do you still own the property?

2       A.   No.

3       Q.   When did you sell the property?

4       A.   If I am not mistaken, I think last year.

5       Q.   Is the date on page 5 of Exhibit 3,

6   January 11, 2019?

7       A.   I'm not sure, but it's a possibility.  I

8   am not sure.

9       Q.   But within the last year?

10      A.   Repeat that?

11      Q.   Within the last year?

12      A.   Yes.

13      Q.   When did you decide to sell the property?

14      A.   I'm thinking it's the -- when we -- I

15  think it would be sometime before January -- I'm not

16  sure, but right now I don't recall that date.  I

17  don't recall the date that it was when I decided to

18  sell it.  It's close to the date when I found out

19  that it had Chinese drywall.  Maybe a little before

20  that.

21      Q.   Was it around the time that you started

22  living in Tamarac?

23      A.   No.

24      Q.   No?

25      A.   No.



```
 1          A.   Just because, you know, familiarity, I
 2    would say.
 3          Q.   What do you mean by that?
 4          A.   Just to say thanks.
 5          Q.   I believe in -- let's see, page 5 of
 6    Exhibit 3 that you're looking at now, it says that
 7    there was an assignment of legal claims included in
 8    the sales terms.
 9          A.   What number is that?
10          Q.   Number 17.  It's the second sentence in
11    that answer?
12          A.   Yeah.
13          Q.   Do you recall that?
14          A.   Yes.
15          Q.   This would also be in the sale documents?
16          A.   Most likely.
17          Q.   It wasn't a verbal agreement?
18          A.   No, I don't think so at all.
19          Q.   The price would also be listed in this
20    same document that has the terms?
21          A.   Yes, ma'am, I believe so.
22          Q.   Did you disclose the existence of Chinese
23    drywall to the purchaser?
24          A.   Yes, I did.
25          Q.   Prior to this, did you have any other
```

