UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL 2047
SECTION "L"

In Re:  CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
_____
This document relates to:

Elizabeth Bennett, et al v. Gebr.
Knauf Verwaltungsgesellschaft, KG, et
al

Case No. 14-cv-2722
------------------------------------/


DEPOSITION OF:   MARTIN KUNTZ

Pages 1 to 31

Thursday, December 19, 2019
2:51 p.m. - 3:27 p.m.


Orange Legal
101 East Kennedy Boulevard
Suite 3140
Tampa, Florida  33602


STENOGRAPHICALLY REPORTED BY:
NANCY E. PAULSEN, CRR, CRC, RPR, FPR, RSA

1               I guess if you're in Michigan, Chinese drywall
2     isn't really an issue.
3          A.   No, I've never seen or heard of it.
4               But it may be there.
5          Q.   And when you did hear about it in the context
6     of the purchase of property, what did you hear?
7          A.   That it was something that was defective,
8     hazardous, and needed to be replaced.
9          Q.   And when did you purchase the property?
10         A.   January 11th, 2019.
11         Q.   So you only found out about the Chinese
12    drywall on the day of the purchase?
13         A.   Just prior to the purchase.
14         Q.   Okay.  And did you research Chinese drywall
15    after learning of its presence on the property?
16         A.   No, I did not.
17         Q.   And when did you contact an attorney about
18    Chinese drywall?
19         A.   That would have been January 11th, 2019.
20         Q.   And prior to us meeting, did you discuss this
21    deposition with anyone?
22         A.   Yes.
23         Q.   Other than your attorney?
24         A.   Yes.
25         Q.   Who did you discuss this with?

```
 1        A.    Yes.
 2        Q.    What documents did you review?
 3        A.    It was the document that I had signed on
 4   January 11th assuming the -- this matter from the
 5   previous homeowner, which was Steve Binns.
 6        Q.    And was that a document separate from a
 7   purchase agreement?
 8        A.    Yes, it was.
 9        Q.    Okay.  And was there a purchase agreement?
10        A.    There was a purchase agreement when I
11   purchased the home, but that was through the real estate
12   agent.  I had never met Steve Binns prior.
13        Q.    So there was a purchase agreement and there
14   was a separate document specific to Chinese drywall?
15        A.    Later on that same day, there was a document
16   supplied that I signed with the Doyle Law Firm.
17        Q.    And that was specific to Chinese drywall?
18        A.    Yes, it was.
19        Q.    And was there a bill of sale executed?
20        A.    Yes, there was a bill of sale when I purchased
21   the home.
22        Q.    And do you have a copy of those documents in
23   your possession?
24        A.    Yes, I do.
25        Q.    Okay.  We would ask that you produce those
```

```
 1  documents.
 2          Have you ever completed a Plaintiff Profile
 3  Form?
 4      A.  I'm not sure.
 5      Q.  Okay.  I'm going to give you this binder.  And
 6  if you could open to tab 1, which we will mark as
 7  Exhibit 1.  You actually have to flip a couple pages.
 8          (Marked Deposition Exhibit 1.)
 9  BY MS. JOHNSON:
10      Q.  This was Exhibit 1 to Steve Binns' deposition.
11          If you can go -- flip the next page.  And it's
12  his Plaintiff Profile Form.
13          Have you ever seen a document like this?
14          And you can flip through it if you want.  It's
15  just three pages.
16      A.  No, I didn't fill this document out.  This was
17  filled out by Steve Binns on 2/5 of '18, and that was
18  prior to me purchasing the property.  So I wasn't aware
19  that this was -- this particular document was filled
20  out.  If I've seen it, I don't remember this exact
21  particular piece of paper.
22      Q.  Have you ever seen a document like this that
23  doesn't have Steve Binns' name on it?
24      A.  I'm not sure.
25      Q.  Have you ever completed this same form?
```

```
 1       A.   I did complete some forms prior to this date,
 2  and this may or it may not have been.  My memory isn't
 3  the best on this one.
 4       Q.   Okay.
 5       A.   But what I see here is correct, from what I
 6  see on the ceiling heights, the square footage, some of
 7  the particulars I see, seems to be correct.
 8       Q.   Okay.  But you're not -- you're not confident
 9  that you filled out this form as well?
10       A.   I couldn't be a hundred percent positive.
11       Q.   Okay.  We would ask that you produce this
12  document if you have completed a plaintiff profile.
13  Okay.
14       A.   Sure.
15       Q.   And if you want to flip to 2, which we'll mark
16  as Exhibit 2.
17            (Marked Deposition Exhibit 2.)
18  BY MS. JOHNSON:
19       Q.   And the same thing, this is not something that
20  you completed, this is what Steve Binns completed, it
21  was Exhibit 2 to his deposition, this is the
22  Supplemental Plaintiff Profile Form.  If you want to
23  take a second to look at it, go ahead.
24       A.   Is there a last page on this one that would be
25  signed or is this --
```

```
 1        Q.   That's the one that was signed by Steve Binns,
 2   yes.
 3        A.   Yes, this was all done prior to me taking
 4   possession of the property.  So I wasn't involved when
 5   this was filled out and signed.
 6        Q.   Okay.  My question is, have you ever seen this
 7   form?  Not necessarily this one, but just the format of
 8   this form.
 9        A.   Well, to be honest, I may or may not have.  I
10   don't have a computer.  Everything that I get on email
11   is on my phone this big (indicating), and I can barely
12   read that full page.
13        Q.   Okay.  So do you know if you've ever completed
14   a Supplemental Plaintiff Profile Form?
15        A.   I filled out all the forms I was asked to fill
16   out prior to coming here today.  I would believe if it
17   was something for me that has to be signed and filled
18   out, I would have done it.
19        Q.   Okay.  We would ask that you produce a
20   Supplemental Plaintiff Profile Form if it's been
21   completed.
22             All right.  On to tab 3.  And we'll mark this
23   as Exhibit 3.  And again, this is not a form that you
24   completed, this is a form that Steve Binns completed.
25             (Marked Deposition Exhibit 3.)
```

```
 1  BY MS. JOHNSON:
 2      Q.   Just to kind of back up, the forms look the
 3  same for every individual, the answers are just
 4  different.  So if you could review it and let me know if
 5  you have seen a form like this before.
 6      A.   It looks similar to some of the forms I've
 7  seen and filled out.
 8      Q.   Okay.  Do you know if you've completed a
 9  Plaintiff Fact Sheet?
10      A.   I believe I have.
11      Q.   Okay.  We would ask that you produce it if
12  that has been completed.
13           And this form completed by Steve Binns, this
14  was actually, I believe, after the sale.  Let's see the
15  date.
16           This was dated January 23rd, 2019.  And he
17  lists you as the purchaser on page 2.
18      A.   Where are we?
19      Q.   I'm on page 2.
20      A.   Which way?
21      Q.   A lot of turning pages.
22      A.   Okay.
23      Q.   And is that your name as the answer to
24  question 7?
25      A.   Yes, that is my name.
```

```
 1        Q.   Okay.  And how much did you pay for the
 2   property?
 3        A.   Paid 180,000.
 4        Q.   Okay.  And that was on January 11th, you said?
 5        A.   Yes, it was.
 6        Q.   And what legal claims were assigned to you in
 7   that sale?
 8        A.   In the sale, I purchased the property.  And
 9   then I have signed the -- the rights to the Chinese
10   drywall lawsuit.  I assumed that I -- was my
11   understanding.
12        Q.   You said you assigned those rights?
13        A.   I believe I was assigned the rights to the
14   Chinese drywall litigation.
15        Q.   Okay.
16        A.   From Steve Binns.  The paper was filled out
17   the same day as the purchase.
18        Q.   Okay.  And that's the separate documentation
19   you were --
20        A.   Yes.
21        Q.   -- referencing earlier?
22        A.   Uh-huh (affirmative).
23        Q.   Okay.  And what rights has Steve Binns
24   retained?
25        A.   I am under the understanding, this is only my
```

```
 1   guess, that he has only his personal belongings for his
 2   losses.
 3       Q.   So you were under the impression that he would
 4   maintain some claims?
 5       A.   Yes, um-hum (affirmative).
 6       Q.   Okay.  And other than the purchase agreement,
 7   the bill of sale, and this other document, were there
 8   any other agreements between you and Steve Binns?
 9       A.   No.
10       Q.   Was the property purchased as is?
11       A.   Yes.
12       Q.   Was a disclosure furnished by Steve Binns?
13       A.   I don't know if the disclosure was from Steve
14   Binns or if it was from the real estate company
15   representing the property.
16       Q.   You received a disclosure?
17       A.   There was something, a legal notice.
18       Q.   And did it disclose Chinese drywall?
19       A.   Yes.
20       Q.   And did you have an inspection completed on
21   the property prior to purchase?
22       A.   There was.
23       Q.   And who conducted the inspection?
24       A.   Myself; Robert Kasmer, licensed broker.
25       Q.   And do you have a copy of an inspection report
```