UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF ALTERNATIVE MOTION FOR PARTIAL
SUMMARY JUDGMENT ON CLAIMS ASSERTED BY MARTIN KUNTZ**

Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things. (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence. (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence. (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

6. The Fifth Amended Complaint was filed on May 14, 2018. (Rec. Doc. 21334).

1

7. Plaintiff, Steve Binns ("Binns"), first appeared as a plaintiff in this action in the Fifth Amended Complaint, which plaintiffs moved for leave to file on March 6, 2018, and was thereafter filed in the record on May 14, 2018. (Rec. Docs. 21234, 21334).

8. Following the Fifth Amended Complaint, certain plaintiffs intervened.

9. Plaintiff, Martin Kuntz ("Kuntz"), first appeared in the Complaint on October 31, 2019, after moving to intervene as a claimant on October 7, 2019. (Rec. Docs. 22334, 22357-58).

10. The Fifth Amended Complaint is the operative complaint in this matter.

11. Binns and Kuntz are plaintiffs in the operative Fifth Amended Complaint and have made claims against the Knauf Defendants regarding the alleged presence of defective Chinese drywall installed in Binns' former property and Kuntz's current property located at 1417 Southwest Devera Avenue, Port St. Lucie, Florida, 34953 (the "Property").

12. Binns was deposed on July 31, 2019. (*See* Deposition of Steve Binns ("Binns Depo.")).

13. Kuntz was deposed on December 19, 2019. (*See* Deposition of Martin Kuntz ("Kuntz Depo.")).

14. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form ("PPF"), a Supplemental Plaintiff Profile Form ("SPPF"), an Owner Disclosure Affidavit ("ODA"), and a Plaintiff Fact Sheet ("PFS") to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

15. At the time of Kuntz's deposition, he had not produced a PPF, a SPPF, or a PFS, or submitted any documents in support of his claims. (Kuntz Depo. at 13:1-25, 14:1-25, 15:1-25, 16:1-25, 17:17:1-12).

16. Kuntz did not produce any documents in support of his claims within thirty (30) days of his deposition and, to date, has not produced a single document in support of his claims.

17. Binns sold the Property to Kuntz on January 11, 2019. (Binns Depo. at 22:1-12; Kuntz Depo. at 11:9-10).

18. Binns testified that Chinese drywall was disclosed to Kuntz and Kuntz confirmed that Chinese drywall was disclosed to him prior to purchasing the Property. (Binns Depo. at 28:5-24; Kuntz Depo. at 11:11-13, 19:10-19).

19. Binns testified that there was an assignment of legal claims at the time of the sale to Kuntz and Kuntz confirmed this fact. (Binns Depo. at 28:5-24; Kuntz Depo. at 18:6-25, 19:1-5).

20. Binns did not produce the sale documents or the assignment of legal claims within thirty (30) days of his deposition.

21. On January 10, 2020, Binns produced the Warranty Deed evidencing the sale to Kuntz and the corresponding Assignment of Legal Claims. (Ex. A, Sale Documents).

22. The Warranty Deed evidences that the sale of the Property took place on January 11, 2019. (Ex. A).

23. The Warranty Deed indicates that, at the time of the sale, the Property was co-owned by Binns and Binns' ex-wife, Jean Williams-Binns, who was a signatory to the Warranty Deed transferring the Property to Kuntz but is not a plaintiff in this action. (Ex. A).

24. The Assignment of Claims is likewise dated January 11, 2019. (Ex. A).

25. The Assignment of Claims states that Binns, as Seller, assigns some—but not all—of his legal claims to Kuntz. Specifically, the Assignment of Claims states that Binns assigns and transfers all future claims to remediation of the Property but retains all other claims—including

but not limited to alternative living expenses, personal property damage, loss of equity, diminution of value, and loss of use and enjoyment. (Ex. A).

26. Jean Williams-Binns, though a co-owner of the Property at the time of executing the Warranty Deed and Assignment of Claims, is not a signatory to the Assignment of Claims. (Ex. A).

Respectfully submitted,
**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:    (504) 556-5549
Facsimile:    (504) 310-0275
Email:            kmiller@fishmanhaygood.com
Email:            pthibodeaux@fishmanhaygood.com
Email:            ddysart@fishmanhaygood.com

***Counsel for the Knauf Defendants***


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 30th day of March, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**