```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3                                                 2047

 4                                            SECTION "L"

 5                                    JUDGE ELDON FALLON

 6                     MAGISTRATE JOSEPH WILKINSON, JR.

 7   In Re: CHINESE-MANUFACTURED
     DRYWALL PRODUCTS LIABILITY
 8   LITIGATION

 9   This document relates to:

10   Elizabeth Bennett, et al v. Gebr. Knauf
     Verwaltungsgesellschaft, KG, et al
11

12   Case No. 14-cv-2722

13   _____

14                 DEPOSITION OF STEVE BINNS

15

16

17

18
                   Wednesday, July 31, 2019
19              ESQUIRE DEPOSITION SOLUTIONS
                 44 West Flagler 14th Floor
20                   Miami, Florida 33130
                  12:29 p.m. - 3:20 p.m.
21

22

23

24   Melanie Stinson-Konstantinidis, RPR

25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1       A.    Yes, ma'am.
 2       Q.    Are you familiar with those documents?
 3       A.    Not that -- you know, not thoroughly, but
 4  just have an understanding.
 5       Q.    I have them right here.  Let me give
 6  you -- if you can go ahead and flip to the tab one
 7  in your binder, which we will be marking as
 8  Exhibit 1.
 9             (Whereupon, Exhibit 1 was marked for
10        identification.)
11  BY MS. JOHNSON:
12       Q.    You can go ahead and take a minute to flip
13  through this document and let me know when you've
14  had time to do that.
15       A.    Just that one page, page 1?
16       Q.    Just until you hit -- stop when you hit
17  tab two.
18       A.    Okay.
19       Q.    Yeah, you're good.
20       A.    Okay.
21       Q.    Do you recognize this document?
22       A.    Yes, ma'am.
23       Q.    Did you prepare this document?
24       A.    Yes, ma'am.
25       Q.    On page 3, is that your signature?
```



```
 1      A.   Yes, ma'am.
 2      Q.   It's dated February 5, 2018?
 3      A.   Yes, ma'am.
 4      Q.   To the best of your knowledge, is the
 5  information contained within this document accurate?
 6      A.   Yes, it is.
 7      Q.   If you can go ahead and flip to tab two,
 8  which we will be marking as Exhibit 2, and if you
 9  can go ahead and flip through all the way until you
10  hit tab three and let me know when you've had time
11  to do that.
12           (Whereupon, Exhibit 2 was marked for
13       identification.)
14  BY MS. JOHNSON:
15      Q.   If you can go all way to three.
16      A.   Okay.
17      Q.   And do you recognize these documents?
18      A.   Yes, I do.
19      Q.   Did you prepare these documents?
20      A.   Yes, ma'am.
21      Q.   And on page 7, back in the first part, is
22  that your signature?
23      A.   Yes, ma'am.
24      Q.   Is it dated March 22, 2018?
25      A.   Yes, ma'am.
```



```
 1         Q.    To the best of your knowledge, is the
 2   information contained within this document accurate?
 3         A.    Yes, it is.
 4         Q.    All right.  On to tab three, which we will
 5   be marking as Exhibit 3, predictably enough.
 6               (Whereupon, Exhibit 3 was marked for
 7         identification.)
 8   BY MS. JOHNSON:
 9         Q.    If you can go ahead and flip through that
10   one and let me know when you've had a moment to do
11   so.  For the purposes of identification, this is the
12   plaintiff fact sheet.
13         A.    Okay.
14         Q.    Did you get all the way to the next tab?
15   Keep going.
16         A.    Okay.
17         Q.    Do you recognize these documents?
18         A.    Yes, I do.
19         Q.    Did you prepare these documents?
20         A.    Yes.
21         Q.    If you could flip to page 9, and then the
22   verification page that follows it.  Is that your
23   signature?
24         A.    Yes, it is.
25         Q.    It's dated January 23, 2019?
```



```
 1        A.    Yes, it is.
 2        Q.    Is the information contained within this
 3   document accurate to the best of your knowledge?
 4        A.    Yes, it is.
 5        Q.    What's the address of the property that
 6   you allege is contaminated?
 7        A.    1417 Southwest Devera Avenue, Port St.
 8   Lucie, Florida, 34953.
 9        Q.    How far is Port St. Lucie from here?
10        A.    It's approximately 20-something miles.
11        Q.    That has nothing to do with the case.  I
12   was just curious.
13              When did you purchase this property?
14        A.    I think October of 2006, approximately.
15        Q.    How much did you purchase the property
16   for?
17        A.    As best I can recall it was 286 or $7,000.
18        Q.    From whom did you purchase the property?
19        A.    It was from -- I don't recall at this
20   time.  I think it was Chris something.
21              (Whereupon, Exhibit 4 was marked for
22        identification.)
23   BY MS. JOHNSON:
24        Q.    If you could go ahead and flip to the tab
25   in your binder that says cash sale on it.  It's in
```



```
 1      Q.   Do you still own the property?
 2      A.   No.
 3      Q.   When did you sell the property?
 4      A.   If I am not mistaken, I think last year.
 5      Q.   Is the date on page 5 of Exhibit 3,
 6  January 11, 2019?
 7      A.   I'm not sure, but it's a possibility.  I
 8  am not sure.
 9      Q.   But within the last year?
10      A.   Repeat that?
11      Q.   Within the last year?
12      A.   Yes.
13      Q.   When did you decide to sell the property?
14      A.   I'm thinking it's the -- when we -- I
15  think it would be sometime before January -- I'm not
16  sure, but right now I don't recall that date.  I
17  don't recall the date that it was when I decided to
18  sell it.  It's close to the date when I found out
19  that it had Chinese drywall.  Maybe a little before
20  that.
21      Q.   Was it around the time that you started
22  living in Tamarac?
23      A.   No.
24      Q.   No?
25      A.   No.
```



```
 1        A.    Just because, you know, familiarity, I
 2   would say.
 3        Q.    What do you mean by that?
 4        A.    Just to say thanks.
 5        Q.    I believe in -- let's see, page 5 of
 6   Exhibit 3 that you're looking at now, it says that
 7   there was an assignment of legal claims included in
 8   the sales terms.
 9        A.    What number is that?
10        Q.    Number 17.  It's the second sentence in
11   that answer?
12        A.    Yeah.
13        Q.    Do you recall that?
14        A.    Yes.
15        Q.    This would also be in the sale documents?
16        A.    Most likely.
17        Q.    It wasn't a verbal agreement?
18        A.    No, I don't think so at all.
19        Q.    The price would also be listed in this
20   same document that has the terms?
21        A.    Yes, ma'am, I believe so.
22        Q.    Did you disclose the existence of Chinese
23   drywall to the purchaser?
24        A.    Yes, I did.
25        Q.    Prior to this, did you have any other
```

