UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL 2047
SECTION "L"

In Re: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
_____
This document relates to:

Elizabeth Bennett, et al v. Gebr.
Knauf Verwaltungsgesellschaft, KG, et
al

Case No. 14-cv-2722
-----------------------------------/

DEPOSITION OF: MARTIN KUNTZ

Pages 1 to 31

Thursday, December 19, 2019
2:51 p.m. - 3:27 p.m.

Orange Legal
101 East Kennedy Boulevard
Suite 3140
Tampa, Florida  33602

STENOGRAPHICALLY REPORTED BY:
NANCY E. PAULSEN, CRR, CRC, RPR, FPR, RSA

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1            I guess if you're in Michigan, Chinese drywall
 2   isn't really an issue.
 3        A.   No, I've never seen or heard of it.
 4             But it may be there.
 5        Q.   And when you did hear about it in the context
 6   of the purchase of property, what did you hear?
 7        A.   That it was something that was defective,
 8   hazardous, and needed to be replaced.
 9        Q.   And when did you purchase the property?
10        A.   January 11th, 2019.
11        Q.   So you only found out about the Chinese
12   drywall on the day of the purchase?
13        A.   Just prior to the purchase.
14        Q.   Okay.  And did you research Chinese drywall
15   after learning of its presence on the property?
16        A.   No, I did not.
17        Q.   And when did you contact an attorney about
18   Chinese drywall?
19        A.   That would have been January 11th, 2019.
20        Q.   And prior to us meeting, did you discuss this
21   deposition with anyone?
22        A.   Yes.
23        Q.   Other than your attorney?
24        A.   Yes.
25        Q.   Who did you discuss this with?
```

```
 1       Q.   Okay.  And how much did you pay for the
 2  property?
 3       A.   Paid 180,000.
 4       Q.   Okay.  And that was on January 11th, you said?
 5       A.   Yes, it was.
 6       Q.   And what legal claims were assigned to you in
 7  that sale?
 8       A.   In the sale, I purchased the property.  And
 9  then I have signed the -- the rights to the Chinese
10  drywall lawsuit.  I assumed that I -- was my
11  understanding.
12       Q.   You said you assigned those rights?
13       A.   I believe I was assigned the rights to the
14  Chinese drywall litigation.
15       Q.   Okay.
16       A.   From Steve Binns.  The paper was filled out
17  the same day as the purchase.
18       Q.   Okay.  And that's the separate documentation
19  you were --
20       A.   Yes.
21       Q.   -- referencing earlier?
22       A.   Uh-huh (affirmative).
23       Q.   Okay.  And what rights has Steve Binns
24  retained?
25       A.   I am under the understanding, this is only my
```

```
 1  guess, that he has only his personal belongings for his
 2  losses.
 3      Q.  So you were under the impression that he would
 4  maintain some claims?
 5      A.  Yes, um-hum (affirmative).
 6      Q.  Okay.  And other than the purchase agreement,
 7  the bill of sale, and this other document, were there
 8  any other agreements between you and Steve Binns?
 9      A.  No.
10      Q.  Was the property purchased as is?
11      A.  Yes.
12      Q.  Was a disclosure furnished by Steve Binns?
13      A.  I don't know if the disclosure was from Steve
14  Binns or if it was from the real estate company
15  representing the property.
16      Q.  You received a disclosure?
17      A.  There was something, a legal notice.
18      Q.  And did it disclose Chinese drywall?
19      A.  Yes.
20      Q.  And did you have an inspection completed on
21  the property prior to purchase?
22      A.  There was.
23      Q.  And who conducted the inspection?
24      A.  Myself; Robert Kasmer, licensed broker.
25      Q.  And do you have a copy of an inspection report
```