Cash Sale

Prepared by and return to:
Julié R. Pankewich
Republic Title and Trust Company
1928 Commerce Lane, Suite 1
Jupiter, FL 33458

File Number: 061808

_____

(Space Above This Line For Recording Data)

# Warranty Deed

**This Warranty Deed** made this **26th day of October, 2006**, between **Chris Scott, married**, whose post office address is **3013 Cormorant Rd. E., Delray Beach, FL 33444**, grantor, and **Steve A Binns, unmarried,** whose post office address is **1417 SW Devera Avenue, Port St. Lucie, FL 34953**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **St. Lucie County, Florida**, to-wit:

> Lot 10. Block 1982, PORT ST. LUCIE SECTION NINETEEN, according to the plat thereof, recorded in Plat Book 13, Page(s) 19, 19A, through 19K, of the Public Records of St. Lucie County, Florida.
>
> Parcel Identification Number: 3420-590-2608-000/9
>
> Grantor further warrants that this is not his homestead nor is it contiguous to his homestead.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2005.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

*Warranty Deed - Page 1*

**MAPS**



**Google** Maps    1417 SW Devera Ave



Imagery ©2019 Google, Map data ©2019    200 ft ⌐_____⌐

# 1417 SW Devera Ave

Port St. Lucie, FL 34953

                

Directions    Save    Nearby    Send to your phone    Share

# Photos

