## ASSIGNMENT OF CLAIMS & RETENTION OF RIGHTS AGREEMENT

This Assignment of Claims & Retention of Rights Agreement ("Agreement") is executed on this 11th day of January, 2019 ("Effective Date"), by and between **Steve A. Binns** (the "Individual Claimant" and "Seller") and **Martin Kuntz** (the "Buyer"). All parties to this agreement will be collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, Seller is the owner of real property situated in St. Lucie County, State of Florida, purchased on or about October 26, 2006;

WHEREAS, Seller's real property has a residential structure situated on it with a street address of 1417 SW Devera Avenue, Port St. Lucie, Florida 34953;

WHEREAS, the real property containing Seller's residential structure has a legal description of: Lot 10, Block 1982, Port St. Lucie Section Nineteen, accornding to the plat thereof, recorded in Plat Book 13, Page(s) 19, 19A, through 19K, of the Public Records of St. Lucie County, Florida;

WHEREAS, Seller's residential structure described herein was inspected on or about January 31, 2018, by Steve Binns and the structure was found to contain defective Knauf Chinese Drywall;

WHEREAS, the markings on the Chinese-manufactured drywall indicate that the drywall is a "Knauf" product and the parties responsible for manufacturing, marketing, shipping, and selling it are identified as follows: Knauf Plasterboard Tianjin Company, Ltd. and Knauf GIPS, KG;

WHEREAS, after learning that her condominium contained defective drywall, Seller engaged legal counsel at Doyle Law Firm, PC, and a claim was filed against the responsible parties on or about March 6, 2018, in a civil action styled *Bennett, et al. v. Knauf GIPS, KG, et al.*, with a civil action number of 2:14-cv-2722, pending in the United States District Court for the Eastern District of Louisiana;

WHEREAS, Seller has undertaken and initiated legal process against the responsible parties and he understands that the result of this legal process is uncertain and recovery of the full amount necessary to fully and properly remediate the structure is not guaranteed;

WHEREAS, Buyer is aware of the presence of the Chinese-manufactured drywall contained in the structure, as well as the ongoing legal proceedings, and wishes to purchase this property prior to remediation;

1

WHEREAS, the Parties have agreed to the terms of a sale for the real property and the residential situated upon it;

WHEREAS, the Parties have agreed that the transfer of ownership will occur at a closing to occur on January 11, 2019, at a time and place to be arranged by the Parties;

WHEREAS, the Parties have agreed to both the sale of this property and assignment of Buyer's legal claims related to the Chinese-manufactured drywall as a material term of the sale;

WHEREAS, the Parties understand that Florida law and/or federal law require the assignment of the legal claims to occur at closing and this agreement is to be executed with the same date of execution as the Warranty Deed in order to comply with the formalities required by law;

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. The Seller hereby assigns and transfers to Buyer all filed claims he may possess related to the remediation of the residential structure containing Chinese-manufactured drywall identified on this property;
2. Seller will retain the right to pursue all pecuniary and non-pecuniary damages that have been filed in the complaint or declared during discovery during the pendency of the lawsuit now pending in the Eastern District of Louisiana;
3. The non-remediation claims retained by Seller includes, but is not limited to, alternative living expenses, personal property damage, loss of equity, diminution of value, and loss of use and enjoyment;
4. In exchange for the assignment of remediation claims, Seller will only receive a portion of the agreed upon sale price as consideration;
5. The final sale price of this real property reflects an arms-length transaction between the Parties and Buyer accepts ownership of this property with full assumption of the risk that litigation entails, including the possibility that no recovery may come from the Knauf entities at the conclusion of the *Bennett* lawsuit;
6. Buyer agrees to follow through with all steps in the litigation process necessary to fully recover all damages, including following the court approved remediation protocol and preservation of evidence orders adopted in MDL-2047, if the Buyers choose to self-remediate the residential structure;

7. Buyer agrees to engage Doyle Law Firm, PC to prosecute the remediation claim in the Chinese drywall litigation;
8. Buyer and Seller waive any potential conflict of interest that may be related to the dual representation of Buyer and Seller in the Chinese Drywall Litigation and agree to move forward without interruption with the attorneys at Doyle Law Firm, PC continuing legal representation regarding claims related to this property and its residential struction contained thereon;
9. Buyer consents and agrees to accept the Assigned Remediation Claim and understands that it shall be Buyer's obligation to consult with Doyle Law Firm, PC regarding the proper steps to self-remediate the structure and it shall be Buyer's obligation to cooperate with Seller and follow through with the prosecution of any legal claim against the responsible parties that are either named in the *Bennett* lawsuit or which remain unnamed;
10. Buyer has demanded the assignment of the remediation claim as a material term of the sale and Seller has agreed to transfer the remediation-related claim in its entirety without any reservation while reserving the right to pursue a recovery for the non-remediation-related claims; and,
11. Buyer accepts and assumes all rights, title, and interest conveyed through this Agreement and assumes all obligations and duties of the Seller against any responsible party beginning on the Effective Date declared herein.

IN WITNESS WHEREOF, the Parties have executed this Agreement on this the 11th day of January, 2019.

_____                  _____
Steve Binns, Seller                                                    Martin Kuntz, Buyer

7. Buyer agrees to engage Doyle Law Firm, PC to prosecute the remediation claim in the Chinese drywall litigation;

8. Buyer and Seller waive any potential conflict of interest that may be related to the dual representation of Buyer and Seller in the Chinese Drywall Litigation and agree to move forward without interruption with the attorneys at Doyle Law Firm, PC continuing legal representation regarding claims related to this property and its residential struction contained thereon;

9. Buyer consents and agrees to accept the Assigned Remediation Claim and understands that it shall be Buyer's obligation to consult with Doyle Law Firm, PC regarding the proper steps to self-remediate the structure and it shall be Buyer's obligation to cooperate with Seller and follow through with the prosecution of any legal claim against the responsible parties that are either named in the *Bennett* lawsuit or which remain unnamed;

10. Buyer has demanded the assignment of the remediation claim as a material term of the sale and Seller has agreed to transfer the remediation-related claim in its entirety without any reservation while reserving the right to pursue a recovery for the non-remediation-related claims; and,

11. Buyer accepts and assumes all rights, title, and interest conveyed through this Agreement and assumes all obligations and duties of the Seller against any responsible party beginning on the Effective Date declared herein.

IN WITNESS WHEREOF, the Parties have executed this Agreement on this the 11th day of January, 2019.

_____          _____
Steve Binns, Seller                                      Martin Kuntz, Buyer

3

STATE OF FLORIDA            )
                            )
COUNTY OF ST. LUCIE         )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **STEVE BINNS,** whose name is signed to the foregoing Assignment of Claims & Retention of Rights Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Agreement, they executed the same voluntarily on the day the same bears date.

    On this the 11th day of January, 2019.

_____
Notary Public

My Commission Expires:_____

(SEAL) 

STATE OF FLORIDA        )
                        )
COUNTY OF ST. LUCIE     )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **MARTIN KUNTZ,** whose names is signed to the foregoing Assignment of Claims & Retention of Rights Agreement, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Agreement, they executed the same voluntarily on the day the same bears date.

    On this the 11th day of January, 2019.

_____
Notary Public

My Commission Expires: 11/3/19

(SEAL)

This Instrument Prepared by and Return to:
**Toks Oladejo**
Nautica Title USA, Inc.
1035 South State Road 7, Suite 315-3
Wellington, FL 33414
Our File No.: **NT-18215**
Property Appraisers Parcel Identification (Folio) Number: **3420-590-2608-000/9**

Florida Documentary Stamps in the amount of **$1,260.00** have been paid hereon.

_____ Space above this line for Recording Data _____

# *WARRANTY DEED*

**THIS WARRANTY DEED,** made the **11th** day of **January, 2019** by **Steve A. Binns, Divorced, and Jean A. Williams-Binns, His Ex-Wife**, whose post office address is **1417 SW Devera Avenue, Port St. Lucie, FL 34953** herein called the Grantors, to **Martin Kuntz, A Married Man** whose post office address is **1417 SW Devera Avenue, Port St. Lucie, FL 34953**, hereinafter called the Grantee:
*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the Grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in ST. LUCIE County, State of Florida, viz.:

> **Lot 10, Block 1982, Port St. Lucie Section Nineteen, according to the plat thereof, recorded in Plat Book 13, Page(s) 19, 19A, through 19K, of the Public Records of St. Lucie County, Florida.**
>
> **Subject to easements, restrictions and reservations of record and taxes for the year 2019 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the Grantors hereby covenant with said Grantee that the Grantors are lawfully seized of said land in fee simple; that the Grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2018.

File No.: NT-18215

LTF

IN WITNESS WHEREOF, the said Grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

_____
Witness #1 Printed Name

_____
Witness #2 Signature

_____
Witness #2 Printed Name

_____ (Seal)
Steve A. Binns

State of Florida
County of _____PALM BEACH_____

The foregoing instrument was acknowledged before me this 11th day of January, 2019, by Steve A. Binns who are personally known to me or have produced _VALID PHOTO ID_ as identification.

**SEAL**

_____
Notary Public

_____
Printed Notary Name

My Commission Expires:

HUGH MEIKLE
MY COMMISSION EXPIRES
March 9, 2019
#FF 207515
Bonded thru Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

File No.: NT-18215

LTF

In Witness Whereof, the parties of the first part have hereunto set their hands and seals this 11th day of January, 2019.

_____
Witness #1 Signature

_____
Witness #1 Printed Name

_____
Witness #2 Signature

_____
Witness #2 Printed Name

Jean Williams-Binns (Seal)
_____
Jean A. Williams-Binns

Signed, sealed and delivered in the presence of us:

**State of Florida**
**County of ST. LUCIE**

The foregoing instrument was acknowledged before me this 11th day of January, 2019, by Jean A. Williams-Binns who are personally known to me or have produced VALID PHOTO ID as identification and ☐ did ☑ did not take an oath.

**SEAL**

_____
Notary Public

My Commission Expires:

_____
Printed Notary Name

[Notary Seal: HUGH MEIKLE, MY COMMISSION EXPIRES March 9, 2019, #FF 207515, Bonded thru Notary Public Underwriters, NOTARY PUBLIC STATE OF FLORIDA]

File No.: NT-18215