Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**

File Number _____

Date Received _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Mercedes Gaspard
Address of Affected Property: 1402 O'Donnell Lane, SE
Port St. Lucie, FL 34983

Is this Property: **Residential** / Commercial / Governmental
Name of Person Completing this Form: Mercedes Gaspard
Is above your primary residence? **Yes** / No
Mailing Address (if different): _____

Phone: ( 321 ) 795 - 5330

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: **Owner-Occupant** / Owner Only / Renter-Occupant
Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: Bennett v. Knauf, 14-cv-2722

### Section II. Insurance Information

Homeowner/ Renter Insurer: United Property & Casualty Insurance Company
Policy #: UHV 2413338 05 01
Agent: Triple L Insurance LLC

Address: 4285 SW Martin Highway
Palm City, FL 34990

Phone: ( 772 ) 283 - 2441

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Mercedes Gaspard | 01/31/07 | / / | M /**F** | / / | Yes **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Exhibit
Exhibit No: 12
Name: _____
Date: 7/9/19
ESQUIRE

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

   **1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the Inspection?    Chinese Drywall Screening, LLC

   **1.2.** When did the inspection take place?    04/14/17

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

   **2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?    Chinese Drywall Screening, LLC

   **2.2.** When was this determination made?    04/14/17

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | walls |
| | ASTM C 36 | |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,327 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 3 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Mercedes Gaspard_  4/28/17

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Michelle Franklin, CFA – Saint Lucie County Property Appraiser – All rights reserved.

## Property Identification

Site Address: 1402 SE ODONNELL LN
Sec/Town/Range: 34/36S/40E
Map ID: 34/34S
Zoning: RS-2

Parcel ID: 3420-510-0806-000-5
Account #: 45455
Use Type: 0100
Jurisdiction: Port Saint Lucie

### Ownership

Mercedes Gaspard
1402 SE Odonnell Ln
Port St Lucie, FL 34983

### Legal Description

PORT ST LUCIE-SECTION 03- BLK 416 LOT 6 (MAP 34/34S) (OR 2755-2253)

### Current Values

| | |
|---|---|
| Just/Market Value: | $221,400 |
| Assessed Value: | $140,572 |
| Exemptions: | $50,000 |
| Taxable Value: | $90,572 |

Taxes for this parcel: SLC Tax Collector's Office
Download TRIM for this parcel: Download PDF



### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,327 |
| Gross Area (SF): | 3,675 |
| Land Size (acres): | 0.23 |
| Land Size (SF): | 10,000 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Jan 31, 2007 | 2755 / 2253 | XX00 | WD | Majestic Land Holdings Inc. | $207,600 |
| Nov 5, 2004 | 2119 / 1202 | XX01 | QC | Gaspard,Mercedes | $100 |
| Nov 14, 2003 | 1844 / 1238 | XX00 | WD | Dixon,Marian | $26,500 |
| Oct 1, 1982 | 0386 / 2773 | XX00 | CV | | $3,500 |
| May 1, 1976 | 0253 / 2958 | XX00 | CV | | $2,400 |

### Building Information (1 of 1)

Finished Area: 2,327 SF
Gross Total Area: 3,675 SF

#### Exterior Data

| | | |
|---|---|---|
| View: | Roof Cover: Fibrglss Shg | Roof Structure: Hip |
| Building Type: HB- | Year Built: 2006 | Frame: |
| Grade: B- | Effective Year: 2006 | Primary Wall: CB Stucco |
| Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

#### Interior Data

| | | |
|---|---|---|
| Bedrooms: 4 | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 3 | Heat Type: FrcdHotAir | Avg Hgt/Floor: 0 |
| Half Baths: 0 | Heat Fuel: ELEC | Primary Floors: Carpet |
| A/C %: 100% | Heated %: 100% | Sprinkled %: 0% |





### Sketch Area Legend

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| BAS | BASE AREA | 2327 | 2327 | 248 |
| GAA | Garage Attached Average | 420 | 0 | 82 |

| | | | | | |
|---|---|---|---|---|---|
| NVSE | Screen Enclosure for Sketch Only (Valued in SFYI) | | 638 | 0 | 102 |
| OPAA | Open Porch Attached Average | | 55 | 0 | 32 |
| SPAA | Screen Porch Attached Average | | 235 | 0 | 62 |

### Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| POOL ENC-AVG | 1 | 638 | 2006 |
| POOL DK-AVG | 1 | 350 | 2006 |
| RES POOL AVG | 1 | 288 | 2006 |
| Driv-Concret | 1 | 720 | 2006 |

### Current Year Values

**Current Values Breakdown**

| | |
|---|---|
| Building: | $190,900 |
| Land: | $30,500 |
| Just/Market: | $221,400 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $80,828 |
| Assessed: | $140,572 |
| Exemption(s): | $50,000 |
| Taxable: | $90,572 |

**Current Year Exemption Value Breakdown**

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|
| 2017 | 2008 | 0500 | Homestead Exemption | $25,000 |
| 2017 | 2008 | 0550 | Homestead Exemption over $ 50,000 | $25,000 |

**Current Year Special Assessment Breakdown**

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0061 | 1 | Port St. Lucie Stormwater | $163.00 |

This does not necessarily represent the total Special Assessements that could he charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office.

### Historical Values

| Year | Just/Market | Assessed | | |
|---|---|---|---|---|
| 2017 | $221,400 | $140,572 | | |
| 2016 | $198,200 | $137,684 | | |
| 2015 | $163,900 | $136,724 | | |

### Permits

| Number | Issue Date | Description | Amount | Fee |
|---|---|---|---|---|
| P0537242 | Jul 18, 2005 | Residential New Construction | $167,990 | $6,897 |
| P0604262 | Dec 30, 2005 | Pool | $12,500 | $268 |
| P0604263 | Jan 30, 2006 | Enclosure | $7,500 | $64 |
| P16-14559 | Jun 9, 2016 | Air Conditioning Only | $5,825 | $90 |

Notice: This does not necessarily represent all the permits for this property.
Click the following link to check for additional permit data in Port Saint Lucie

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.

# UPC INSURANCE
**UNITED PROPERTY & CASUALTY INS CO**
P.O. Box 51149
Sarasota, FL 34232-0330

## HOMEOWNERS DECLARATION

| POLICY NUMBER | POLICY PERIOD From | To |
|---|---|---|
| UHV 2413338 05 01 | 05/11/2016 12:01 a.m. at the residence premises. | 05/11/2017 |

**RENEWAL DECLARATION**  Effective: 05/11/2016   Date Issued: 03/22/2016

**INSURED:**
MERCEDES GASPARD
1402 SE ODONNELL LN
PORT ST LUCIE FL 34983
Telephone: 954-675-3856

**AGENT: 8005073**
TRIPLE L INSURANCE LLC
4285 SW MARTIN HIGHWAY
PALM CITY FL 34990
Telephone: 772-283-2441

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

1402 SE ODONNELL LN    PORT ST LUCIE FL 34983

---

## LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

Coinsurance Contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.

A rate adjustment of 84% of wind premium is included to reflect the windstorm mitigation features of your dwelling. Adjustments range from 0% to 89% credit subject to verification that your home meets the windstorm mitigation characteristics of the 2001 Florida Building Code.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT OF POCKET EXPENSES TO YOU.

************** Additional Information **************

This replaces all previously issued policy declarations, if any. This policy applies to accidents, occurrences, or losses which happen during the policy period shown above. In case of loss under Section I, only that part of loss over the stated deductible applies. The declarations page together with all policy provisions and any other applicable endorsements completes your policy.

RECEIVED 04/27/2017 11:14AM

# UPC INSURANCE
UNITED PROPERTY & CASUALTY INS CO
P.O. Box 51149
Sarasota, FL 34232-0330

## HOMEOWNERS DECLARATION

| POLICY NUMBER | POLICY PERIOD From | To |
|---|---|---|
| UHV 2413338 05 01 | 05/11/2016 | 05/11/2017 |

12:01 a.m. at the residence premises.

RENEWAL DECLARATION     Effective: 05/11/2016     Date Issued: 03/22/2016

**INSURED:**
MERCEDES GASPARD
1402 SE ODONNELL LN
PORT ST LUCIE FL 34983

Telephone: 954-875-3856

**AGENT: 8005073**
TRIPLE L INSURANCE LLC
4285 SW MARTIN HIGHWAY
PALM CITY FL 34990

Telephone: 772-283-2441

The residence premises covered by this policy is located at the address listed below.
1402 SE ODONNELL LN     PORT ST LUCIE FL 34983

IF PAYMENT IS NOT RECEIVED ON OR BEFORE THE POLICY RENEWAL EFFECTIVE DATE, THIS POLICY WILL NOT BE IN FORCE.

Coverage is provided where premium and limit of liability is shown. Flood coverage is not provided and is not a part of this policy.

| SECTION I COVERAGE | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| A. DWELLING | $343,000.00 | $1,839.00 |
| B. OTHER STRUCTURES | $6,860.00 | INCLUDED |
| C. PERSONAL PROPERTY | $171,500.00 | INCLUDED |
| D. LOSS OF USE | $68,600.00 | INCLUDED |
| SECTION II COVERAGE | | |
| E. PERSONAL LIABILITY | $100,000.00 | INCLUDED |
| F. MEDICAL PAYMENTS | $1,000.00 | INCLUDED |

OPTIONAL COVERAGES

Continued on Additional Coverages Schedule

Premium charge for Hurricane Exposure:     $1,246.00

The above coverages are subject to a   **2% / $6,860  Hurricane Deductible.**
The above coverages are subject to a 10% / $34,300  Sinkhole Deductible per sinkhole loss.

The above coverages are subject to a   $1,000  All Other Peril Deductible.

| | |
|---|---|
| TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES: | $1,906.00 |
| The amount of premium increase due to approved rate increase is | $38.00 |
| The amount of premium increase due to coverage increase is | $108.00 |

COVERAGES HAVE BEEN INCREASED TO HELP KEEP PACE WITH RISING REPLACEMENT COSTS.

PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY.

**FORMS AND ENDORSEMENTS**
HO 0003 (05/11)     HO 0334 (05/13)
HO 0350 (06/97)     HO 0355 (05/13)
HO 0446 (10/00)     HO 0496 (04/91)
HO 2370 (05/13)     HO 2386 (05/13)
Continued on Forms Schedule

COUNTERSIGNED DATE 03/22/2016
BY  *Julie Lowery*

**ADDITIONAL INTERESTS**
MORTGAGEE
3012426379

JP MORGAN CHASE BANK, NA
SAOA
P.O. BOX 100564
FLORENCE SC 29502-0564

UPC 119 12 12     INSURED COPY     Page 1 of 5

RECEIVED   04/27/2017 11:14AM

**UPC INSURANCE**
UNITED PROPERTY & CASUALTY INS CO
P.O. Box 51149
Sarasota, FL 34232-0330

## HOMEOWNERS DECLARATION

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| | From: | To: |
| UHV 2413338 05 01 | 05/11/2016 12:01 a.m. at the residence premises. | 05/11/2017 |

RENEWAL DECLARATION          Effective: 05/11/2016          Date Issued: 03/22/2016

**INSURED:**                                    **AGENT: 8005073**

MERCEDES GASPARD                           TRIPLE L INSURANCE LLC
1402 SE ODONNELL LN                        4285 SW MARTIN HIGHWAY
PORT ST LUCIE FL 34983                     PALM CITY FL 34990

Telephone: 954-675-3856                    Telephone: 772-283-2441

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

1402 SE ODONNELL LN          PORT ST LUCIE FL 34983

**Premium:**

SECTION I, SECTION II AND OPTIONAL PREMIUMS          $1,879.00
EMERGENCY MANAGEMENT TRUST FUND SURCHARGE            $2.00
MANAGING GENERAL AGENCY (MGA) POLICY FEE             $25.00

TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES   $1,906.00
                                                                $1,246.00
NOTE: The portion of your premium for Hurricane Coverage is:
      The portion of your premium for All Other Coverages is:    $593.00

An adjustment of -5.8% is included to reflect the Building Code grade for your area. Adjustments range from 1% surcharge to 46.1% credit.

Your policy includes endorsement HO 04 46 Inflation Guard - which automatically increases the amount of Dwelling Coverage by the annual percentage amount shown on the declaration page (but not less than 4%). Therefore your Hurricane deductible may be higher than indicated on the policy when a hurricane loss occurs due to application of the endorsement.

| | | | | | |
|---|---|---|---|---|---|
| FLOOD CARRIER | N/A | | | TOWN/ROW HOUSE | N/A |
| FORM TYPE | HO-3 | YEAR BUILT | 2006 | NUMBER OF FAMILIES | 00001 |
| CONSTRUCT TYPE | M | CONSTRUCT SUPERIOR | N | USE CODE | P |
| AOP TERRITORY | 562 | PROTECTION CLASS | 03 | PROT DEVICE/BURGLAR | N |
| MUNICIPAL CODE | 073807 | COUNTY CODE | 111 | PROT DEV/SHUTTER | Y |
| PROT DEVICE/FIRE | N | PROT DEV/SPRINKLER | N | OCCUPANCY CODE | OWNER |
| WIND/HAIL EXCLUSION | N | REPLACEMENT COST | Y | WIND TERRITORY | 562A |
| FLOOD CREDIT | N | SINKHOLE COVERAGE | I | INFLATION GUARD | 4% |
| | | WATER PREVENTION CR | N | | |