```
 1              UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF FLORIDA
 2                    CASE NO:MDL 2047
    _____
 3

 4   In Re:  CHINESE MANUFACTURED DRYWALL PRODUCTS

 5   LIABILITY LITIGATION

 6  _____

 7   This document relates to:

 8   Elizabeth Bennett, et al., V. Gerb. Knauf
     Verwaltungsgesellschaft, KG, et al.,
 9

10   Case No:  14-CV-2722

11  _____\

12

13

14

15            ESQUIRE DEPOSITION SERVICE
              2 SE Biscayne Boulevard
16            Suite 3200
              Miami, Florida 33131
17            Tuesday, July 9th, 2019
              1:35 P.m.
18

19

20            DEPOSITION OF MERCEDES GASPARD

21

22        Taken before Rochel Albert, CSR and Notary

23   Public in and for the State of Florida at Large,

24   pursuant to Notice of Taking Deposition filed in the

25   above cause.
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              So would you agree that one item of your
 2   damages that you are claiming is the money to
 3   replace your A/C system and other appliances?
 4        A     Yes.
 5        Q     And now, if you will turn with me to
 6   page five.  Question 17 on this page says, "If you
 7   claim diminution of the property as a result of
 8   Chinese drywall, state with particularity each
 9   fact which supports your claim."  And you answer,
10   "I am unable to sell my property and make a profit
11   because of the Chinese drywall and the destruction
12   of the plumbing, electrical and appliances."
13              Would you agree with me that you are
14   claiming your inability to sell the property and
15   make a profit as one of your items of damages?
16        A     Yes.
17        Q     And then in question 19 you said -- the
18   question is, "If you vacated the property because
19   of the alleged presence of Chinese drywall, please
20   provide the address of each location you stayed
21   thereafter."
22              For part A to question 19, you wrote,
23   11015 Glenwood Drive, Coral Springs, Florida
24   33065.
25              Do you live at 11015 Glenwood Drive?
```



```
 1      Q    Number 27 is silverware.  How was your
 2   silverware damaged?
 3      A    They turned black.
 4      Q    Do you still have that silverware?
 5      A    No.
 6      Q    When did you discard it?
 7      A    A long time ago.
 8      Q    Do you have the receipts from when you
 9   purchased it?
10      A    No.
11      Q    Do you remember when you first filed a
12   lawsuit against my clients?
13      A    I don't remember.
14      Q    If I told you that your name was listed in
15   an amended complaint, dated May 14th, 2018,
16   would that sound about right?
17      A    Yes.
18      Q    In that amended complaint on May 14th,
19   2018, if I told you that your name was listed with
20   Nicole Gaspard as an additional plaintiff, would
21   that sound correct?
22      A    Yes.  This is my son's wife.
23      Q    Why was Nicole listed as a plaintiff in
24   this case?
25      A    Because she is helping me.
```



```
 1      Q     Does she own the house?
 2      A     My house?
 3      Q     Yes.
 4      A     The house belongs to me.
 5      Q     Nicole is not here today, right?
 6      A     No, she is not here.  She is at work.
 7      Q     Nicole also, when we looked at all these
 8  fact sheets and we saw that you signed them,
 9  Nicole didn't sign the fact sheets, right?
10      A     Okay.
11      Q     You agree that she did not sign them?
12      A     Yes.
13                (Defendant's Exhibit Number
14         6 was marked by the court reporter and is
15         attached to the end of the transcript.)
16      Q     I am going to hand you what we'll mark as
17  Exhibit 6.  This is a notice of water and sewer
18  lien, dated October 23rd, 2017.  Do you remember
19  a water and sewer lien being put on your property?
20      A     Repeat that again.
21      Q     Do you remember a water and sewer lien
22  being put on this property?
23      A     Yes.
24      Q     And did the city of Port St. Lucie stop
25  providing utilities to your property in October of
```

