# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

*****************************************************************************

## WANADOO'S OBJECTION TO ALLOCATION AMOUNT

Plaintiff, Wanadoo LLC, hereby files its objection to the Settlement Administrator's Allocation Amount dated March 6, 2020, and in support thereof, states as follows:

1. Plaintiff is the owner of the real property located at 9275 Marsh Island Drive, Vero Beach, Florida 32963.

2. As averred in its verified Amended Supplemental Plaintiff Profile Form (attached hereto as Composite Exhibit "A") and as reflected in the Brown Greer portal and the Plaintiff's Steering Committee original master spreadsheet, the total amount of prior payments received by Plaintiff is $42,141.47. Plaintiff has not received any other payments within or outside of the MDL pertaining to the Chinese drywall.

3. Notwithstanding the foregoing, on July 16, 2019, the undersigned mistakenly reported an additional prior payment of $46,832.56 (for a total of $88,974.03), thus resulting in an incorrect set-off amount applied in the final allocation calculation.[1]

4. Counsel has since discovered the error and notified Brown Greer, and is

---

1. By way of explanation, in a few instances, Counsel advised the Plaintiffs' Steering Committee that the master spreadsheet did not include hold back payments as prior payments. Although this did not apply to Plaintiff (*i.e.*, the $42,141.47 originally reflected on the master spreadsheet was correct and no changes should have been submitted), Plaintiff's hold back payment of $4,691.09 was mistakenly added to the total prior payments received by Plaintiff ($42,141.47 + $4,691.09 = $46,832.56), which was then reported as an additional prior payment.

filing this objection to rectify the incorrectly reported prior payment amount.

WHEREFORE, Plaintiff respectfully requests that the allocation amount be recalculated to reflect the actual prior payments received by Plaintiff (i.e., $42,141.47), and for such other relief the Court deems just and proper.

                                      Respectfully submitted,

Dated: March 31, 2020                   /s/ Allison Grant
                                              Allison Grant, Esquire (Fla. Bar 858330)
                                              Allison Grant, P.A.
                                              14 S.E. 4th Street
                                              Boca Raton, Florida 33434
                                              Phone: (561) 994-9646
                                              Fax: (561) 431-4627
                                              agrant@allisongrantpa.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of March, 2020.

RESPECTFULLY SUBMITTED:

/s/ Allison Grant
Allison Grant, Esquire (Fla. Bar 858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com