Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Consuelo Burgos |
| Address of Affected Property | 384 NE 34 TER |
| | Homestead, FL 33033 |

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Consuelo Burgos

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 305 )  248 - 9495

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 )  533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #: ME- 00000001583 - 02

Agent: Monarch National Ins

Address: P.O. Box 628003
Orlando FL 32862

Phone: (305) 248- 5000

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Consuelo Burgos | 9/30/11 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Defendant Exhibit
Exhibit No.:
Name: Burgos
Date: 8-2-19
ESQUIRE

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? (Yes) No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Consuelo Burgos

    1.2. When did the inspection take place?     9 /19 / 17

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? (Yes) No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Consuelo Burgos

    2.2. When was this determination made?     9 /19 / 17

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China ASTM C36 | Ceiling & Walls |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,913 | | | |
| Estimated Sq. Ft. of Drywall | ------------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | | Summer | X | |
| Number of Bathrooms: | | Winter | X | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address: _____

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

Address: _____

Phone: ( ) -

**Section X. Drywall Supplier**

Drywall Supplier's Name:
     Banner Building Supply Company

Address:
     Miami, FL

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | 9.20.17 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

MONARCH NATIONAL
Monarch National Insurance Company
PO BOX 628083
Orlando, FL 32862-8083

Overnight Address:
Monarch National Insurance Company
Lockbox # 628083
11050 Lake Underhill Road
Orlando, FL 32825

MNIC HO 9A (04 15)
*For questions on this policy contact your agent:*
THE INSURANCE MARKETING NETWORK,
INC.
Code: 02168-00
Phone #: (305) 248-5000
Fax #: (305) 248-1000

## Homeowner Insurance Renewal Offer

| Bill to | Insured Property Address |
|---|---|
| CONSUELO BURGOS<br>384 NE 34TH TER<br>HOMESTEAD, FL. 33033 | 384 NE 34TH TER<br>HOMESTEAD, FL. 33033 |

| Payment Due Before | Minimum Amount Due |
|---|---|
| 9/30/2017 | $1,778.00 |

| Insurance Carrier | Policy Number | Effective | Expires |
|---|---|---|---|
| MONARCH NATIONAL INSURANCE CO. | ME-0000001583-02 | 9/30/2017 | 9/30/2018 |

Date Printed: 8/12/2017

| Past Due Amount | Premium | Installment Fee | Minimum Due |
|---|---|---|---|
| $0.00 | $1,778.00 | $0.00 | $1,778.00 |

# ** RENEWAL BILL **
# YOUR POLICY WILL EXPIRE ON 9/30/2017

A Renewal offer has also been sent to: MARK KERRI LANN, 4327 POST CEDAR SAN ANTONIO,TX.78253 (ACC #: Private)

L nm dg National Insurance Company offers 3 payment plans.
1) Pay in full (mortgage company, premium finance company, insured, or agent)
2) Pay 40% down and have 3 remaining installments (Quarterly).
3) Pay 60% down and have 1 remaining installment (Semi-annual).
Please note: All fees and assessments are paid "up front" and are added to the down payment.

On your policy ME-0000001583-02 the following are the options (if your insurance is escrowed with your mortgage company, option 1 must be paid)
1. Pay in full $1,778.00
2. Pay 40% down $737.00
3. Pay 60% down $1,088.00

**If policy is not paid in full (Option 1) and payment plan is selected (Option 2 or 3), the following applies**

1. A $10 set up fee is added to the down payment.
2. An installment fee will be applied to each payment. The total policy premium including fees indicates the fee per installment.

0-$399 is $3
$400 to $499 is $4
$500 to $649 is $5
$650 to $799 is $6
$800 to $949 is $7
$950 to $1,099 is $8

Add $1 per payment for every $150 of total premium over $1,099.

3. Installment notices will be mailed to the insured 15 Days prior to the due date.

Please submit one of the above to L nm dg National Insurance at PO BOX 628083, Orlando, FL 32862-8083 OR PAY ONLINE AT FedNat.com

Detach here and remit with check or money order or pay online at FedNat.com

*Tear along the perforation*

MONARCH NATIONAL

Date: 8/12/2017
Policy Number #: ME-0000001583-02
Amount Due: $1,778.00

☐  Address Change

Amount Remitted $ [            ]

CONSUELO BURGOS
384 NE 34TH TER
HOMESTEAD, FL. 33033

MONARCH NATIONAL INSURANCE COMPANY
PO BOX 628083
ORLANDO, FL. 32862-8083

3348245

ME000000158302 3348245 6 001778OO 7

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| File No. _____ |
| |
| Date Received: |
| _____ |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Consuelo     A     Burgos

| First Name | M.I. | Last Name | Suffix |

| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Defendant Exhibit
Exhibit No.: 2
Name: Burgos
Date: 8-2-19
ESQUIRE

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

384 NE 34 TER
Address 1                                                          Address 2

Homestead                                          FL
City                                                State         Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:      Consuelo            A      Burgos
                           First Name          M.I.  Last Name          Suffix

Mailing Address (if different):

_____          _____
Address 1                                                          Address 2

_____          _____
City                                                State         Zip Code

Phone Number of Person Completing This Form: ( 786 ) 217 - 4649

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 9 / 30 / 2011

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 9 / 2017

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
   ☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

**Section III.  Product Identification and Evidence Retention**

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

**Section IV. Bankruptcy, Foreclosure or Short Sale**

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
              Month    Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form - Residential

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

*Section V. Already Remediated Property*

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 175,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_Consuelo Burgos_ _____        _4.3.18_ _____
Claimant's signature                                              Date signed

Name:        _Consuelo Burgos_

Address:     _384 ne 34 Terrace_
             Address 1                          Address 2
             _Homestead_          _FL_   _33033_
             City                   State   Zip Code

Phone No.:   _786 217 4649_

Email:       _cburgos1218@yahoo.com_

7

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII. Loss of Use / Loss of Enjoyment

I am claiming $175,000.00 in loss of use / loss of enjoyment damages. This amount
is consistent with past verdicts in the Chinese drywall litigation based on the
number of years I and my family have owned and/or lived in the home containing
defective Chinese-manufactured sheetrock produced by the Knauf Defendants.



# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**. If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown. Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along. Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com. If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

Reg-Form v.2

1

# 1. CLAIMANT INFORMATION

| 1. | Name: | Last/ Business Name<br>Burgos | First<br>Consuelo | | | M.I. |
|---|---|---|---|---|---|---|

**Taxpayer Information: (check the appropriate Taxpayer type)**

- [x] **Social Security Number**
- [ ] **Individual Taxpayer Identification Number**
- [ ] **Employer Identification Number**

| 5 | 8 | 2 | 6 | 7 | 4 | 3 | 0 | 5 |

(Enter numbers only)

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number** (ITIN):
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

| 3. | Mailing Address: | Street<br>384 NE 24 TER | | | |
|---|---|---|---|---|---|
| | | City<br>Miami | State<br>Florida | Zip Code<br>33033 | Parish/County<br>Miami-Dade |

| | Email Address: | Consuelo.Burgos@rockwoodinsurance.com |
|---|---|---|

| 5. | Telephone Numbers: | Home/Business<br>( 3 0 5 ) 2 4 8 - 9 4 9 5 | Cell<br>( ) - |
|---|---|---|---|

| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2. | DBA Name |  |
|---|---|---|---|
| | | Authorized Representative Last Name | Authorized Representative First Name |
| | | Title | |

To Register online visit https://chinesedrywallclass.com/

# 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim.  Attach additional copies of this page to register additional properties.

| | |
|---|---|
| **Affected Property Address:** | ☐  Check here if this is a Rental or Commercial property. |
| | Street<br>384 NE 24 TER |

| City | State | Zip Code | Parish/County |
|---|---|---|---|
| Miami | Florida | 33033 | Miami-Dade |

**8.   Attorney Information:**

☐  Check here if you are not represented by an attorney, and skip to Question 9.  If you are represented by an attorney, complete this section.

Firm Name
Doyle Law Firm, PC

| Attorney Last Name | Attorney First Name |
|---|---|
| Doyle | Jimmy |

Street
2100 Southbridge Parkway, Suite 650

| City | State | Zip Code |
|---|---|---|
| Birmingham | Alabama | 35209 |

| Email | Phone Number |
|---|---|
| jimmy@doylefirm.com | (205) 533-9500 |

**9.  Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒   **Remediation.**   Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property.  If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐   **Already Remediated Property.**   You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒   **Other Losses.**  The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses.   If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐   **Tenant Losses.**  Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property.  If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐   **Bodily Injury.**  Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall.  **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

# 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | | Date: | 04/01/2018 (Month/Day/Year) |
|---|---|---|---|---|
| Printed Name: | First | Last | | M.I. |

To Register online visit https://chinesedrywallclass.com/

```
CFN  2011R0701394
OR Bk 27863 Pg 2707; (1pg)
RECORDED 10/19/2011 08:33:48
DEED DOC TAX 390.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Prepared by and return to:

John P. Maas, Attorney at Law
44 N.E. 16th Street
Homestead, FL 33030
305-247-7132
File Number: 2661-11
Will Call No.:

Parcel Identification No. 10-7915-002-1090

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
### (STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 30th day of September, 2011 between **Mark Lann and Kerri Lann f/k/a Kerri West**, his wife whose post office address is 107 SE 22 Terrace, Homestead, FL 33033 of the County of Miami-Dade, State of Florida, grantor*, and **Consuelo Burgos, a married woman** whose post office address is 384 NE 34 Terrace, Homestead, FL 33033 of the County of Miami-Dade, State of Florida, grantee*,

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida**, to-wit:

> **Lot 8, Block 3, EMILIO'S PLACE AT OASIS, according to the Plat thereof, recorded in Plat Book 165, Page 3, of the Public Records of Miami-Dade County, Florida.**
>
> **Subject to taxes for 2011 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: _____ John P. Maas

Witness Name: _____ CECILIA P. MAC PHERSON

_____(Seal)
Mark Lann

_____(Seal)
Kerri Lann

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 30th day of September, 2011 by Mark Lann and Kerri Lann f/k/a Kerri West,  his wife, who ☑ are personally known or [ ] have produced a driver's license as identification.

[Notary Seal]

_____
Notary Public

Printed Name: _____ **John P. Maas**

My Commission Expires: _____

[Notary stamp: JOHN P. MAAS / MY COMMISSION # DD 813884 / EXPIRES: October 17, 2012 / Bonded Thru Notary Public Underwriters]

DoubleTime®

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

*Elizabeth Bennett, et al. v. Knauf Gips,
KG, et al.*
**2:14-cv-02722-EEF-JCW**

JUDGE ELDON FALLON

MAG. JUDGE WILKINSON

## PLAINTIFF FACT SHEET

Name of Plaintiff: __Consuelo Burgos__

Affected Property Address: __384 NE 24 TER, Miami, FL 33033__

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)      __09__ / __30__ / __2011__

2.  When you took ownership of the Property, what was the name of the seller?

Mark Lann and Kerri Lann



Defendant Exhibit
Exhibit No.: 3
Name: Burgos
Date: 8-2-19
ESQUIRE

1

3.  Name and address of the realtor?

N/A

4.  Name and address of the closing agent?

John P. Maas, 44 NE 16th Street, Homestead, FL  33030

5.  What was the price of the home when you purchased it?  $ 68,000.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes  ☐ No  ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
        $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. _____/_____/20_____
b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

**12.**  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows:  The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

**13.**  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF").  Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Paying for electronics, appliances, a/c system continually having problems or failing.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

> a. N/A _____
>
> b. _____
>
> c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

> a. N/A ___/_____/20_____ to _____/_____/20_____
>
> b. ___/_____/20_____ to _____/_____/20_____
>
> c. ___/_____/20_____ to _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

> a. $ N/A _____
>
> b. $_____
>
> c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

    **Response:**  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

    **Response:**  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

    **Response:**  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

    ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII. Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

Response: [✓] N/A

32. When did the remediation commencement date occur?

Response: [✓] N/A

33. When did the remediation end date occur?

Response: [✓] N/A

34. What was the scope of the remediation and the scope of the work carried out?

Response: [✓] N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

Response: [✓] N/A

7

36. Were any samples from the remediation retained?

Response:   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

Response:   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

Response:   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

Response:   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

8

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

9

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____
Signature of Plaintiff

_____
Printed Name

1. 2 5. 19
_____
Date

# Exhibit 1



# PEDRO J. GARCIA
# MIAMI-DADE PROPERTY APPRAISER

**IMPORTANT MESSAGE**

When buying real estate property, you should not assume that property taxes will remain the same. Whenever there is a change in ownership, the assessed value of the property may reset to full market value, which could result in higher property taxes. Please use our Tax Estimator to approximate your new property taxes.

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional information.

**SEARCH:**   Address   Owner Name   Subdivision Name   Folio

384 ne 34 ter                Suite   🔍

## PROPERTY INFORMATION ⓘ

**Folio:** 10-7915-002-1090

**Sub-Division:**
EMILIOS PLACE AT OASIS

**Property Address**
384 NE 34 TER
Homestead, FL 33033-7140

**Owner**
CONSUELO BURGOS

**Mailing Address**
34 NE 34 TERRACE
MESTEAD, FL 33033

**PA Primary Zone**
9300 PLANNED UNIT DEVELOPMENT

**Primary Land Use**
0105 RESIDENTIAL - SINGLE FAMILY : CLUSTER HOME

| | |
|---|---|
| **Beds / Baths / Half** | 4 / 2 / 1 |
| **Floors** | 2 |
| **Living Units** | 1 |
| **Actual Area** | 2,384 Sq.Ft |
| **Living Area** | 1,762 Sq.Ft |
| **Adjusted Area** | 1,913 Sq.Ft |
| **Lot Size** | 3,800 Sq.Ft |
| **Year Built** | 2006 |

### Featured Online Tools

| | | | | | |
|---|---|---|---|---|---|
| Comparable Sales | Glossary | Non-Ad Valorem Assessments | PA Additional Online Tools | Property Record Cards | Property Search Help |
| Property Taxes | Report Discrepancies | Report Homestead Fraud | Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | | | | | |

## ASSESSMENT INFORMATION ⓘ

| Year | 2017 | 2016 | 2015 |
|---|---|---|---|
| Land Value | $25,200 | $18,000 | $18,000 |
| Building Value | $132,571 | $130,040 | $115,189 |
| Extra Feature Value | $0 | $0 | $0 |
| Market Value | $157,771 | $148,040 | $133,189 |

## BENEFITS INFORMATION ⓘ

| Benefit | Type | 2017 | 2016 | 201 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $87,363 | $79,080 | $64,70 |
| Homestead | Exemption | $25,000 | $25,000 | $25,00 |
| Second Homestead | Exemption | $20,408 | $18,960 | $18,48 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

operty Search Application - Miami-Dade County                                                                                     9/20/17, 2:13 PM

| Assessed Value | $70,408 | $58,960 | $58,481 |
|---|---|---|---|

## TAXABLE VALUE INFORMATION 🛈

| | 2017 | 2016 | 2015 |
|---|---|---|---|
| COUNTY | | | |
| Exemption Value | $45,408 | $43,960 | $43,481 |
| Taxable Value | $25,000 | $25,000 | $25,000 |
| SCHOOL BOARD | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $45,408 | $43,960 | $43,481 |
| CITY | | | |
| Exemption Value | $45,408 | $43,960 | $43,481 |
| Taxable Value | $25,000 | $25,000 | $25,000 |
| REGIONAL | | | |
| Exemption Value | $45,408 | $43,960 | $43,481 |
| Taxable Value | $25,000 | $25,000 | $25,000 |

## FULL LEGAL DESCRIPTION 🛈

EMILIOS PLACE AT OASIS

PB 185-003 T-22177

LOT 8 BLK 3

LOT SIZE 3600 SQ FT

FAU 10 7915 001 0071 0090 0100

0110 0120

COC 25038-0775 10 2006 1

## SALES INFORMATION 🛈

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 |
|---|---|---|---|---|
| 09/30/2011 | $85,000 | 27883-2707 | Qual by exam of deed | KERRI WEST JTRS & |
| 09/08/2009 | $95,238 | 27053-4435 | Financial inst or "In Lieu of Forclosure" stated | JPMORGAN CHASE BNK N A |
| 09/08/2009 | $0 | 27053-4429 | Financial inst or "In Lieu of Forclosure" stated | WASHINGTON MUTUAL BNK |
| 10/23/2008 | $100 | 26653-1891 | Sales which are disqualified as a result of examination of the deed | RUBEN ALVAREZ |
| 10/01/2006 | $266,590 | 25038-0775 | Sales which are qualified | |
| 06/01/2006 | $0 | 24679-1774 | Sales which are disqualified as a result of examination of the deed | |

For more information about the Department of Revenue's Sales Qualification Codes.

017    2016    2015

## LAND INFORMATION 🛈

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| TV Stip | PUD | 9300 - PLANNED UNIT DEVELOPMENT | Square Ft | 3,600.00 | $25,200 |

## BUILDING INFORMATION 🛈

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 2006 | 2,384 | 1,762 | 1,913 | $132,571 |

✏ Building Sketches Available!

## EXTRA FEATURES 🛈

| Description | Year Built | Units | Calc Value |
|---|---|---|---|

## ADDITIONAL INFORMATION 🛈

* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

LAND USE AND RESTRICTIONS

| Community Development District: | COUNTYGIS | Community Redevelopment Area: | COUNTYGIS |
|---|---|---|---|
| Empowerment Zone: | COUNTYGIS | Enterprise Zone: | COUNTYGIS |
| Urban Development: | COUNTYGIS | Zoning Code: | COUNTYGIS |
| Existing Land Use: | COUNTYGIS | Government Agencies and Community Services | |

OTHER GOVERNMENTAL JURISDICTIONS

| Business Incentives | Childrens Trust | City of Homestead | Environmental Considerations |
|---|---|---|---|
| Florida Department Of Revenue | Florida Inland Navigation District | PA Bulletin Board | Non-Ad Valorem Assessments |
| School Board | South Florida Water Mgmt District | Tax Collector | |

operty Search Application - Miami-Dade County                                                      8/20/17, 2:13 PM

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaim
 User Agreement at http://www.miamidade.gov/info/disclaimer.asp

    quiries and suggestions email us at http://www.miamidade.gov/PAPortal/ContactForm/ContactFormMain.aspx.
    ion: 2.0.3

| EXEMPTIONS & BENEFITS | REAL ESTATE | TANGIBLE PERSONAL PROPERTY | PUBLIC RECORDS | ONLINE TOOLS | TAX ROLL ADMINISTRATION |
|---|---|---|---|---|---|
| Deployed Military | 40 Yr Building Re-Certification | Appealing your Assessment | Address Blocking | Property Search | Appealing your Assessment |
| Disability Exemptions | | Assessment Information Search | Change of Name | Property Sales | Reports |
| Homestead | Appealing Your Assessment | | Change of Address | Tax Estimator | |
| Institutional | Defective Drywall | Exemptions | Change of Ownership & Title | Tax Comparison | |
| Senior Citizens | Folio Numbers | Extension Requests | Declaration of Condominium | Homestead Exemption and Portability | |
| | Mortgage Fraud | Filing Returns | | | |

More >                    More >                    More >                    More >                    More >                    More >

Home   Privacy Statement   Disclaimer   About Us   ADA Notice   Contact Us   
© 2014 Miami-Dade County. All rights reserved.

# Exhibit 2

# Exhibit 3





# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: Consuelo Burgos

Property Address: 384 ne 34 yer Homestead, FL 33033

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | AC Unit | 4,000 |
| 2 | AC Repairs. | 6,000 |
| 3 | Refrigerator | 3500 |
| 4 | Bathroom faucets | 500.00 |
| 5 | Sink faucet | 250.00 |
| 6 | Light fixtures | 450.00 |
| 7 | tv's | 2,500 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | total | 17,200.00 |