Case 2:09-md-02047-EEF-MBN   Document 22677-5   Filed 03/31/20   Page 1 of 5

| CONSUELO BURGOS | August 02, 2019 |
|---|---|
| Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft | 1 |

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4  In Re: CHINESE-MANUFACTURED  |  MDL 2047
    DRYWALL PRODUCTS LIABILITY   |
    LITIGATION,                  |
 5                               |  SECTION "L"
    _____|
 6                               |
    This document relates to:    |
 7                               |  JUDGE ELDON FALLON
    Elizabeth Bennett, et al     |
 8  v. Gebr. Knauf               |
    Verwaltungsgesellschaft,     |  MAGISTRATE JOSEPH
 9  KG, et al                    |  WILKINSON, JR.
                                 |
10  Case No. 14-cv-2722          |
                                 |
11  _____|
12
13
             DEPOSITION OF CONSUELO BURGOS
14
15
16
              Friday, August 2, 2019
17            9:13 a.m. - 10:39 a.m.
18
19
             Esquire Deposition Solutions
20     44 West Flagler Street, 14th Floor
              Miami, Florida 33130
21
22     Taken before Laura Fish, Professional Shorthand
23  Reporter and Notary Public in and for the State of
24  Florida at Large, pursuant to Notice of Taking
25  Deposition filed in the above cause.
```



Case 2:09-md-02047-EEF-MBN   Document 22677-5   Filed 03/31/20   Page 2 of 5

CONSUELO BURGOS                                            August 02, 2019
Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft                49

```
 1        Q.   What was wrong with it?  Do you know?
 2        A.   The guy said that we needed to replace one.
 3        Q.   Do you recall what he said -- why -- did he
 4   provide any reason that it wasn't working?
 5        A.   I don't know.
 6        Q.   And do you recall that guy's name or the
 7   company he worked for?
 8        A.   I don't know.
 9        Q.   As to the air conditioner that had to be
10   replaced, the original one from 2011, 2014, what
11   information do you have that Chinese drywall damaged
12   that air conditioning unit?
13        A.   Can you repeat the question?
14        Q.   The air conditioning unit that was in the
15   house from 2011 through 2014, what information do you
16   have that Chinese drywall damaged that air conditioning
17   unit?
18        A.   What information?  I don't have information.
19        Q.   The air conditioning unit that's been in there
20   from 2014 through today, do you claim that that air
21   conditioning unit has been damaged by Chinese drywall?
22        A.   Yes.
23        Q.   Why?
24        A.   Because of that technician.  Every time he
25   changes the coils and stuff, he says that is part of the
```



Case 2:09-md-02047-EEF-MBN   Document 22677-5   Filed 03/31/20   Page 3 of 5

CONSUELO BURGOS                                             August 02, 2019
Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft                 50

```
 1   problem.
 2        Q.    When did he first replace the coil or repair
 3   the coil?
 4        A.    It's every -- it used to happen every --
 5   either every six months or once a year.
 6        Q.    So beginning in 2014, every six months or a
 7   year, you were replacing the air conditioning coil?
 8        A.    Yes.
 9        Q.    And the technician was telling you that it was
10   a Chinese drywall problem?
11        A.    Yes.
12        Q.    Did he provide any specifics as to why it was
13   a Chinese drywall issue?
14        A.    He said because of the corrosion.
15        Q.    Have you seen the corrosion on the air
16   conditioning?
17        A.    Yes.
18        Q.    Have you taken any pictures of it?
19        A.    Yes.
20        Q.    What does it look like?
21        A.    Black and it looks ashy.  When you touch it,
22   it's ashy.
23        Q.    The A/C repairs in Item 2, are all of those
24   repairs for the unit that was installed in 2014?
25        A.    Yes.
```



Case 2:09-md-02047-EEF-MBN   Document 22677-5   Filed 03/31/20   Page 4 of 5

CONSUELO BURGOS                                          August 02, 2019
Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft                51

```
 1       Q.   So none of those repairs are from the unit
 2  that was in the house from 2011 through 2014?
 3       A.   I do have from before -- wait -- from another
 4  technician because there's been many technicians in the
 5  house.
 6       Q.   Did the technician ever look at the air
 7  conditioning unit that was in there from 2011 to 2014?
 8       A.   You mean the --
 9       Q.   The old air conditioning.  Was there ever a
10  technician who came and looked at the air conditioning
11  unit that was in the house from 2011 to 2014?
12       A.   The old one?
13       Q.   Yes.
14       A.   Yes.
15       Q.   And did that technician ever mention Chinese
16  drywall?
17       A.   They all do.  They all say the same thing.
18       Q.   As to the old unit, they also said Chinese
19  drywall?
20       A.   That they -- that may be the problem, yes.
21       Q.   Did you buy a new refrigerator?
22       A.   Yes.
23       Q.   When?
24       A.   Two years ago.
25       Q.   And the other refrigerator, was it the one --
```



Case 2:09-md-02047-EEF-MBN   Document 22677-5   Filed 03/31/20   Page 5 of 5

CONSUELO BURGOS                                         August 02, 2019
Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft              52

```
 1   did you have a refrigerator in the house from 2011 to
 2   2017, and you bought a new one in 2017?
 3        A.   Yes.
 4        Q.   All right.  So this is one refrigerator then,
 5   is that right, that you're claiming?
 6        A.   Yes.
 7        Q.   And the refrigerator that's in there today,
 8   2017 through 2019, is it having any problems, or does it
 9   work?
10        A.   It's working.
11        Q.   And the one from 2011 to 2017, why did you
12   replace it?
13        A.   It stopped working, and that's it.  And I --
14   we threw it out.
15        Q.   When you say "it stopped working," what
16   happened to it?
17        A.   I don't know because I -- we just -- it didn't
18   work anymore.
19        Q.   Were the lights turning on, and it just wasn't
20   cooling, or was it --
21        A.   It wasn't turning on at all.  It was, like,
22   shut off already.
23        Q.   When you opened the doors, would the lights
24   turn on or --
25        A.   No, no.
```

