```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

 3              CASE NO: 14-cv-2722

 4
    In Re: CHINESE-MANUFACTURED
 5  Drywall PRODUCTS LIABILITY
    LITIGATION ,
 6
           Plaintiff,
 7
    vs.
 8
    This document relates to:
 9  ELIZABETH BENNETT, ET AL V. GEBR. KNAUF
    VERWALTUNGSGESELLSCHAFT, KG, ET AL ,
10
           Defendant.
11  _____/

12

13           STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA
             2 South Biscayne Blvd.
14           Suite 2550
             Miami, Florida 33131
15           Tuesday, 9:04  a.m.
             July 9, 2019
16

17

18           DEPOSITION OF JOHNNY TYLER

19

20       Taken before Marvalencia Miller, Florida

21  Professional Reporter, Notary Public in and for the

22  State of Florida at Large, pursuant to Notice of

23  Taking Deposition filed in the above case.

24

25
```



```
 1   have it?
 2          A.   No.
 3          Q.   You said you do have the 32" Samsung
 4   that stopped working, you just haven't plugged it
 5   in?  You do have that?
 6          A.   Yes.
 7          Q.   The large Panasonic, do you still have
 8   that?
 9          A.   Yes.
10          Q.   The large 3D LED Smart TV, you don't
11   have that; is that correct?
12          A.   Right.
13          Q.   The speaker system you still have,
14   correct?
15          A.   Yes.
16          Q.   The smart grill you still have,
17   correct?
18          A.   Yes.
19          Q.   If you would, please turn to this
20   invoice from Miller Air Conditioning dated
21   September 4, 2013.  September 4, 2013, do you see
22   that?
23          A.   Yes.
24          Q.   And can you read what the service
25   performed box says, please?  Out loud.
```



```
 1         A.   It says check unit, found no freon
 2   from check.  Leaking the evaporator coil or
 3   something, looks like to be Chinese drywall
 4   (unclear).
 5         Q.   The -- at the beginning of the
 6   deposition, you mentioned that there was an offhand
 7   comment by your air-conditioning repairman?
 8         A.   Right.
 9         Q.   Would this have been about time he
10   made that comment about Chinese drywall?
11         A.   It might have been.  I don't -- you
12   know, I didn't pay attention to this, to be frank
13   with you.  I didn't read this.  Yes, it would have
14   been about the time.
15         Q.   And when he would have made that
16   comment about Chinese drywall, why did you not
17   investigate what Chinese drywall was?
18         A.   It had no meaning to me.  I mean, I
19   buy a lot of things from China.  I didn't see it as
20   something negative or something to be concerned
21   about.
22         Q.   Ocan you flip to this Arnold Air
23   Conditioning invoice for me?
24         A.   One that one.
25         Q.   No, you haven't gotten to that one
```



```
 1   yet.  Not that, but I think the next one.  Yes,
 2   that one.
 3              It says date 9/09.  Do you know what
 4   year that would have been?  Would that have been in
 5   2009 or would that have been sometime lateR?
 6        A.    I do not know.
 7        Q.    Do you see where it says -- in
 8   description of work performed, it says:  "Unit poor
 9   cooling, found frozen.  Reversed cycle, defrosted
10   coil.  Cycled low on charge, balance by sub
11   cooling.  Cycled cooling very well.  Leak search
12   unit found leaking evaporator coil.  Need new coil.
13   Coil was black, possible sulfur in ground."
14              Do you see that?
15        A.    Yes.
16        Q.    When you received this, why did -- did
17   you ask why the coil was black and whether there
18   was possible sulfur?
19        A.    No.
20        Q.    Why didn't you ask the air
21   conditioning repairman about the possible sulfur
22   and why the coil was black?
23        A.    I don't recall.
24        Q.    If we look and go to a few pages
25   there, it's looks to be like the last invoice, from
```

