```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED             MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION,                             SECTION "L"
_____/
This document relates to:               JUDGE ELDON
                                        FALLON
Elizabeth Bennett, et al v. Gebr.
Knauf Verwaltungsgesellschaft, KG       MAGISTRATE
et al                                   JOSEPH
                                        WILKINSON,
Case No. 14-cv-2722                     JR.
_____/


                    DEPOSITION OF CARL MOORE


                  Thursday, August 8, 2019
                   10:15 a.m. - 11:15 a.m.


         101 EAST KENNEDY BOULEVARD, SUITE 3350
                      TAMPA, FLORIDA
                        - - -




Reported By:
Teandrea N. Stevick, Court Reporter
Notary Public, State of Florida
Tampa #J4307236
```



```
 1  It's just house in North Port on a street.  There's a lot of
 2  houses there.
 3  Q.   So you're not sure if it's in a subdivision?
 4  A.   Yeah.
 5  Q.   Have you at any time listed the house on Kedgewick Lane
 6  for sale?
 7  A.   No.
 8  Q.   So we're here to talk about Chinese drywall, and I
 9  understand that you're alleging that there's Chinese drywall
10  in your home.  Apart from your home or maybe it was when you
11  determined there was Chinese drywall in your home, when was
12  the first time you heard about Chinese drywall just as a
13  general issue?
14  A.   Well, the first time I really recall hearing about it
15  was when we had the air-conditioning problems, and the
16  air-conditioning person informed me about the Chinese
17  drywall.
18  Q.   That was in 2014?
19  A.   Yes.
20  Q.   And did he say that the issue with the air-conditioning
21  might be related to Chinese drywall?
22  A.   Yes, he did.
23  Q.   And that was the first time you ever heard about Chinese
24  drywall?
25  A.   Yes.
```

