UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  **SECTION "L"** |
| **This document relates to:**  *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*  **Case No. 14-cv-2722** | **JUDGE ELDON FALLON**  **MAGISTRATE JOSEPH WILKINSON, JR.** |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on the Claims Asserted by Arrowhead Investments, LLC and Dr. Peter Walimire:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047. R. Doc. 18181.

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in the Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full

1

and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. Consuelo Burgos was first listed as a plaintiff in the Fifth Amended Complaint, filed May 14, 2018.[1] Consuela Burgos is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 384 Northeast Terrace, Miami, Florida 33033 (the "Burgos Property").

7. Burgos purchased the Burgos Property on September 20, 2011 from Mark Lann and Kerri Lann,[2] and alleges that the Chinese drywall was installed in the Burgos Property in 2006.[3]

8. Beginning in 2011, Burgos began to have the air conditioning unit for the Burgos Property repaired with repairs ultimately occurring around every six months for several years.[4]

9. Each time the Burgos had the air conditioning unit for the Burgos Property repaired, the technician repairing the unit indicated to Burgos that the replacement was related to a Chinese drywall issue and she observed the corrosion on coils being replaced.[5]

10. Johnny Tyler was first listed as a plaintiff in the Fifth Amended Complaint, filed May 14, 2018.[6] Johnny Tyler is a plaintiff listed in the operative Fifth Amended

---

[1] R. Doc. 21334.
[2] See Exhibit A, Burgos SPPF at 2.
[3] *Id.*
[4] Exhibit D, Burgos Deposition at 49-52.
[5] *Id.*
[6] R. Doc. 21334.

2

Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 8675 130th Avenue, Fellsmere, Florida 32948 (the "Tyler Property").

11. An invoice for air conditioning unit repair from Miller Air Conditioning to Tyler, dated September 4, 2013 and related to the Tyler Property, indicated that a leak in an evaporator coil was due to Chinese drywall corrosion.[7]

12. Another invoice for air conditioning unit repair from Arnold Air Conditioning to Tyler related to the Tyler Property indicated that a new coil was needed possibly because of sulfur in ground.[8]

13. Carl Moore and Ellen Moore were first listed as a plaintiffs in the Fifth Amended Complaint, filed May 14, 2018.[9] Carl Moore and Ellen Moore are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 5427 Kedgewick Lane, North Point, Florida 34288 (the "Moore Property").

14. In 2014, an air-conditioning repair person informed the Moores about Chinese drywall—specifically the relation between their a/c issue and Chinese drywall—making the Moores aware of the Chinese drywall issues in their Property."[10] An invoice from Presto Air with Invoice No. 3741 1, indicates that this notice occurred around January 18, 2014.[11]

---

[7] Exhibit B Tyler SPPF, p. 74; Exhibit E, Tyler Deposition at 143:19-25, 144:1-5.
[8] Exhibit B Tyler SPPF, p. 78; Exhibit E, Tyler Deposition at 145.
[9] R. Doc. 21334.
[10] Exhibit F, Carl Moore Deposition at 24:14-25.
[11] See attached Exhibit C, Moore SPPF p. 10.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.556.5549
Facsimile: 504.310.0275
Email: kmiller@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co. Ltd.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 31st day of March, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**