# EXHIBIT B

# In Re:
*Chinese Drywall Litigation*

*Martin Stuermer*
*Vol. III*
*October 15, 2010*
*Confidential – Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*
*Excellence In Court Reporting For Over 20 Years*
*877.370.3377*
*deps@golkow.com*

Original File ms101510.txt
**Min-U-Script®**

712

1        companies earning money creating
2        or generating a positive cash
3        flow, which are in the position to
4        make a cash dividend or to grant a
5        loan, transfer further money to
6        the holding company, and the
7        holding company invested the money
8        in further investments.
9   BY MR. MAYESH:
10       Q.   Okay.
11            Let me ask you some other
12  questions, please, about the structure of
13  the companies that make up The Knauf
14  Group of companies.  I believe you
15  testified just a moment ago that each
16  company is a separate corporation; is
17  that right?
18       A.   That's right.
19            MR. HERMAN:  IMPCRO,
20       objection.
21            MR. MAYESH:  What does he
22       mean by "IMPCRO"?
23  BY MR. MAYESH:
24       Q.   Why?  Why is the structure

727

1     for each of the companies within the
2     group?
3             A.    Yes, of course.
4             Q.    These are separate bank
5     accounts?
6             A.    Also bank accounts.
7             Q.    What other types of separate
8     accounts are kept?
9             A.    Well, the accounts within
10    the accounting department saying, well,
11    customers' accounts or supplier accounts
12    or shareholders' equity accounts, every
13    company has to keep their own accounts.
14            Q.    Have you ever commingled the
15    accounts of any of The Knauf Group of
16    companies?
17                  MR. HERMAN:  Objection.
18                  THE WITNESS:  No.
19    BY MR. MAYESH:
20            Q.    Has it ever happened, to
21    your knowledge, that any of The Knauf
22    Group of companies have commingled their
23    accounts?
24                  MR. HERMAN:  Objection.

809

C E R T I F I C A T E

        I, LINDA L. GOLKOW, a Registered Diplomate Reporter, Certified Court Reporter and Notary Public, do hereby certify that, pursuant to notice, the deposition of MARTIN STUERMER was duly taken on October 15, 2010 at 9:21 a.m. before me.

        The said MARTIN STUERMER was duly sworn by me according to law to tell the truth, the whole truth and nothing but the truth and thereupon did testify as set forth in the above transcript of testimony. The testimony was taken down stenographically by me.

        I do further certify that the above deposition is full, complete and a true record of all the testimony given by the said witness.

*[signature: Linda L. Golkow]*

    Linda L. Golkow
    Registered Diplomate Reporter
    Certified Realtime Reporter

        (The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)