# EXHIBIT H

## DECLARATION OF DANIEL GABEL

Pursuant to 28 U.S.C. § 1746, I, Daniel Gabel, declare under penalty of perjury as follows:

1. My name is Daniel Gabel and I am of the age of majority and a resident of the Federal Republic of Germany. I make this declaration under the penalty of perjury based upon my personal knowledge.

2. My title is Senior Legal Counsel and I am working for Gebr. Knauf KG.

3. In my role as Senior Legal Counsel within Group Legal Department, I have personal knowledge and familiarity regarding the corporate formation and operations of various Knauf entities, including Knauf Gips KG.

4. Knauf Gips KG is a German limited commercial partnership with its principal place of business in Iphofen, Germany. Knauf Gips KG's partners are comprised of Gebr. Knauf KG as general partner and Isogranulat GmbH, both having their principal place of business in Iphofen, Germany.

5. Knauf Gips KG does not and has never had any partners based in Texas, Louisiana, Mississippi, Alabama or Florida.

6. Knauf Gips KG has never held any partnership or board of directors meetings in Texas, Louisiana, Mississippi, Alabama or Florida.

7. None of Knauf Gips KG's employees reside in Texas, Louisiana, Mississippi, Alabama or Florida.

8. Knauf Gips KG has never obtained loans or any other financing from banks, or any other source of financing, in the United States.

9. Knauf Gips KG has never owned or leased any assets or property in Texas, Louisiana, Mississippi, Alabama or Florida, and has never held a mortgage or lien on any real property within those states.

10. Knauf Gips KG does not host any of its corporate documents or records in the United States.

11. Knauf Gips KG has never been licensed or registered to conduct business in Texas, Louisiana, Mississippi, Alabama or Florida, has never sued anyone in those states, and has never contracted to obtain insurance in those states.

12. Knauf Gips KG has never paid taxes in Texas, Louisiana, Mississippi, Alabama or Florida.

13. Knauf Gips KG does not design, manufacture, market, sell or distribute KPT drywall.

14. Knauf Gips KG does not conduct any operations regarding the design, manufacture, marketing, distribution or sale of any Chinese products.

15. Knauf Gips KG does not own Knauf Plasterboard (Tianjin) Co., Ltd.

16. Knauf Gips KG did not and does not control the chain of supply or exert operational control over Knauf Plasterboard (Tianjin) Co., Ltd.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of March, 2020.

Daniel Gabel
Senior Legal Counsel