# EXHIBIT I

# In Re:

*Chinese Drywall Litigation*

*Manfred Norbert Grundke*

*December 15, 2010*

*Confidential - Subject to Further Confidentiality Review*

*GOLKOW TECHNOLOGIES, INC.*

*Excellence In Court Reporting For Over 20 Years*

*877.370.3377*

*deps@golkow.com*

Original File mg121510.txt

**Min-U-Script®**

Manfred Norbert Grundke
Confidential - Subject to Further Confidentiality Review

225

1    "Knauf Marmorit GmbH."
2          Q.   Yes.
3          A.   "Knauf Marmorit GmbH,"
4    "Knauf Insulation," "Knauf Perlite GmbH,"
5    "Knauf Richter System GmbH & Co. KG,"
6    "Knauf Bauprodukte GmbH," "Knauf PFT GmbH
7    & Co. KG," "Knauf AMF GmbH & Co. KG,"
8    "Knauf Industries," and then that's it.
9          Q.   Okay.
10              And here's my point, sir.
11   They all start with, the very top "Knauf
12   Group," right?
13         A.   Yes.
14         Q.   Each one of them starts with
15   Knauf Group?
16         A.   (Through the Interpreter.)
17              Well, these are all
18   independent legal entities, companies,
19   which form one part of The Knauf Group.
20         Q.   I understand that's your
21   explanation.  But the document does not
22   say these are legal, independent
23   entities, right?
24              MR. MAYESH:  Objection.

Manfred Norbert Grundke
Confidential - Subject to Further Confidentiality Review

261

```
 1          A.    (Through the Interpreter.)
 2                Well, this is one of the
 3     tasks of my job.
 4          Q.    Who has the ultimate
 5     authority and responsibility with respect
 6     to this matter for The Knauf Group?
 7          A.    (Through the Interpreter.)
 8                I don't understand your
 9     question.
10          Q.    Who is the individual with
11     The Knauf Group that has the ultimate
12     authority with respect to this Chinese
13     drywall problem?
14          A.    (Through the Interpreter.)
15                Knauf Tianjin, the
16     manufacturer.
17          Q.    Do you work for them?
18          A.    (Through the Interpreter.)
19                No.
20          Q.    So, why are you being
21     informed on a regular basis of the
22     problems with Chinese drywall?
23          A.    (Through the Interpreter.)
24                Well, as a general partner,
```

Manfred Norbert Grundke
Confidential - Subject to Further Confidentiality Review

349

1            C E R T I F I C A T E

4        I, LINDA L. GOLKOW, a Registered Diplomate Reporter, Certified Court Reporter and Notary Public, do hereby certify that, pursuant to notice, the deposition of MANFRED NORBERT GRUNDKE was duly taken on December 15, 2010 at 9:08 a.m. before me.

8        The said MANFRED NORBERT GRUNDKE was duly sworn by me according to law to tell the truth, the whole truth and nothing but the truth and thereupon did testify as set forth in the above transcript of testimony. The testimony was taken down stenographically by me.

13        I do further certify that the above deposition is full, complete and a true record of all the testimony given by the said witness.

*[signature: Linda L. Golkow]*

Linda L. Golkow
Registered Diplomate Reporter
Certified Realtime Reporter

21        (The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377