UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Knauf Gips KG ("Gips"), who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment:

1. Knauf Gips KG is a German limited commercial partnership with its principal place of business in Iphofen, Germany. Knauf Gips KG's partners are comprised of Gebr. Knauf KG as general partner and Isogranulat GmbH, both having their principal place of business in Iphofen, Germany.

2. Knauf Gips KG does not and has never had any partners based in Texas, Louisiana, Mississippi, Alabama or Florida.

3. Knauf Gips KG has never held any partnership or board of directors meetings in Texas, Louisiana, Mississippi, Alabama or Florida.

1

4. None of Knauf Gips KG's employees reside in Texas, Louisiana, Mississippi, Alabama or Florida.

5. Knauf Gips KG has never obtained loans or any other financing from banks, or any other source of financing, in the United States.

6. Knauf Gips KG has never owned or leased any assets or property in Texas, Louisiana, Mississippi, Alabama or Florida, and has never held a mortgage or lien on any real property within those states.

7. Knauf Gips KG does not host any of its corporate documents or records in the United States.

8. Knauf Gips KG has never been licensed or registered to conduct business in Texas, Louisiana, Mississippi, Alabama or Florida, has never sued anyone in those states, and has never contracted to obtain insurance in those states.

9. Knauf Gips KG has never paid taxes in Texas, Louisiana, Mississippi, Alabama or Florida.

10. Knauf Gips KG does not design, manufacture, market, sell or distribute KPT drywall.

11. Knauf Gips KG does not conduct any operations regarding the design, manufacture, marketing, distribution or sale of any Chinese products.

12. Knauf Gips KG does not own Knauf Plasterboard (Tianjin) Co., Ltd.

13. Knauf Gips KG did not and does not control the chain of supply or exert operational control over Knauf Plasterboard (Tianjin) Co., Ltd.

14. The Knauf entities are separate legal entities, and only KPT produced the defective Chinese drywall at issue.

15. The problem with the defective drywall stemmed from the raw material (*i.e.*, gypsum) used to manufacture the drywall boards that was collected from the Luneng Mine in China, the same mine that produced the Taishan drywall.

16. KPT used this gypsum to manufacture the drywall boards.

17. Each shipment of KPT drywall was shipped directly from China to the United States by KPT arranged by their Director of Sales, Mark Norris, who directly marketed, negotiated, and transacted with the United States suppliers and/or third party brokers.

18. KPT had only three customers in the United States that received KPT drywall shipments: L&W Supply Company ("L&W"), Rothchilt International Limited (which was sold to Banner Supply Company in Florida), and Interior Exterior Building Supply, L.P. ("INEX").

19. Knauf Gips KG had no part in the chain of supply or control over the entities producing the KPT drywall. Knauf Gips KG does not sell KPT drywall nor does Knauf Gips KG supervise or impose standards on the manufacture of the drywall by KPT or otherwise.

20. Knauf Gips KG does not design, manufacture, market, sell, or distribute any Chinese gypsum-based products, nor did Knauf Gips KG design, manufacture, market, sell, or distribute any KPT Chinese drywall.

21. Knauf Gips KG was not the manufacturer, distributor, or seller of Chinese drywall, much less the KPT Chinese drywall at issue in the Bennett Plaintiffs' Fifth Amended Complaint.

22. KPT used this gypsum to manufacture the drywall boards.

23. Each shipment of KPT drywall was shipped directly from China to the United States by KPT arranged by their Director of Sales, Mark Norris, who directly marketed, negotiated, and transacted with the United States suppliers and/or third party brokers.

24. KPT had only three customers in the United States that received KPT drywall shipments: L&W Supply Company ("L&W"), Rothchilt International Limited (which was sold to Banner Supply Company in Florida), and Interior Exterior Building Supply, L.P. ("INEX"). The chain of supply continued as follows:

   A. Rothchilt International Limited, a broker, purchased the KPT drywall from KPT and sold the KPT drywall to La Suprema Enterprise, Inc. La Suprema Trading, Inc. then invoiced Banner Supply Company ("Banner") for the product and delivered it to Banner's warehouses. Banner sold and distributed the drywall to consumers in the United States.

   B. INEX purchased KPT drywall directly from KPT and distributed the drywall to customers in the United States.

   C. L&W purchased the KPT drywall through a broker in Florida that purchased drywall directly from KPT.

26. This Court previously entered rulings granting motions to dismiss and motions for summary judgment regarding the other Non-KPT entities. R. Docs. 21794, 21795.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.310.0279
Email:         kmiller@fishmanhaygood.com

*Counsel for Defendant,*
*Knauf Gips KG*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 31st day of March, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**