Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Adelaide Levin |
| Address of Affected Property | 2201-2203 Neyrey Street |
| | Metairie, LA 70001 |
| Is this Property:* | **Residential** (circled)   Commercial   Governmental |
| Name of Person Completing this Form | Adelaide Levin |
| Is above your primary residence? | Yes  **No** (circled) |
| Mailing Address (if different) | |
| Phone: | ( ) - |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | Owner-Occupant  **Owner Only** (circled)  Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | State Farm Fire and Casualty Company |
| Policy #: | 98-EB-3589-0 |
| Agent: | Bryan Schexnayder |
| Address: | 12222 State Farm Blvd. |
| | Tusa, OK 74146-5402 |
| Phone: | ( 504 ) 835 - 2944 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Adelaide Levin | / / | / / | M / **F** (circled) | / / | Yes **No** (circled) | Owner Only |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Healthy Home Solutions, LLC

1.2. When did the inspection take place? 01/13/14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Healthy Home Solutions, LLC

2.2. When was this determination made? 01/13/14

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
|  | ASTM C 36 |  |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3,204 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 8' | Year-round | X | |
| Number of Bedrooms: | 6 | Summer | | |
| Number of Bathrooms: | 4 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _[signature]_ | 6-15-15 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

**State Farm** — **State Farm Fire and Casualty Company**
12222 State Farm Boulevard
Tulsa, OK 74146-5402

I-22-   2093-FADC   R   F

LEVIN, ADELAIDE P
2712 WHITNEY PL APT 534
METAIRIE LA  70002-6237

**RENEWAL CERTIFICATE**

| POLICY NUMBER | 98-EB-3589-0 |
|---|---|
| Rental Dwelling Pol - Special Form | |
| JUL 22 2014 to JUL 22 2015 | |
| **DATE DUE** | **SEE BALANCE DUE NOTICE** |
| JUL 22 2014 | $914.26 |

**Coverages and Limits**
**Section I**
| | | |
|---|---|---|
| A | Dwelling | $219,000 |
| | Dwelling Extension | 21,900 |
| B | Personal Property | 32,850 |
| C | Loss of Rents | Actual Loss |

**Deductibles - Section I**
Basic                                          2,500

Location:  2201-2203 NEYREY DR
           METAIRIE LA
           70001-1731

**Section II**
| | | |
|---|---|---|
| L | Business Liab (per occurrence) | $1,000,000 |
| | (annual aggregate) | 2,000,000 |
| M | Medical Payments to Others | 1,000 |
| | (each person) | |

Add Ins:   LATTER & BLUM PROPERTY
           MANAGEMENT INC

**Forms, Options, and Endorsements**
| | |
|---|---|
| Special Form 3 | FP-8103.3 |
| Replacement Cost on Contents | OPT RC |
| Amendatory Endorsement | FE-8253.2 |
| Debris Removal Endorsement | FE-7540 |
| Mandatory Reportng Endorsement | FE-5801 |
| Windstorm or Hail Exclusion | FE-6331 |
| Rental Dwelling Endorsement | * FE-2418 |

*Effective: JUL 22 2014

| | |
|---|---|
| **Annual Premium** | $883.00 |
| Citizens Emer-FAIR | 31.26 |
| **Amount Due** | $914.26 |

**Premium Reductions**
Home Alert Discount                  133.00

Inflation Coverage Index:   224.4

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.

Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

*Thanks for letting us serve you...*

**Agent** BRYAN SCHEXNAYDER
**Telephone** (504) 835-2944

Moving? See your State Farm agent.
See reverse for important information.
Prepared                 JUN 09 2014