**From:**          James Doyle <jimmy@doylefirm.com>
**Sent:**          Monday, December 9, 2019 4:22 PM
**To:**            Johnson, Ashley
**Cc:**            Jim Doyle; Miller, Kerry
**Subject:**       Re: Bennnett: Bailey/Carlisle/Christovich & Remaining

Ashley:

Adelaide Levin will not appear.  She passed away.

Michael Christovich has not returned from travel yet, so he won't appear either.  As you are aware, Carlisle Place LLC assigned their legal rights to Christovich, so they will not appear for a Plaintiff deposition either.

With regard to the plaintiffs with Florida affected properties (Kuntz, MCF, Kopach, Kendall, Martinez, Annetta/Baco Anetta, Jaramillo, and Straka/Paredes), we will not have them travel to New Orleans to appear without an order from the court.  This is not a Louisiana case and their claims will not be tried by a Louisiana judge.  Florida is the appropriate location - where their affected property is located.  It'll be an item on the agenda during tomorrow's status conference.

And, I have a conflict on Wednesday, December 11th.  A fairness hearing is scheduled in another case.  I may be able to arrange rescheduled depositions on Thursday and Friday if your attorneys have availability.  Let me know quickly so that I can reach out to my clients.

Chris Payton (Arrowhead Lodge) is having a minor surgery on December 11th, so he won't be able to attend this week.  We're open to rescheduling his deposition at the end of next week (Dec. 19th or 20th or after the holidays).

Provide your lawyers' availability for New Orleans and Florida so that we can arrange the depositions in the coming weeks.

Regards,


Jimmy Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone
(844) 638-5812   fax



On Dec 9, 2019, at 12:27 PM, Johnson, Ashley <ajohnson@fishmanhaygood.com> wrote:

Jimmy,

Bailey/Carlisle Place/Christovich was set on November 26th, cancelled by plaintiffs and was renoticed on December 3rd for tomorrow. Will Bailey/Carlisle Place and/or Christovich be present?

Will the other plaintiffs scheduled and noticed for deposition this week be appearing?

Thank you,
Ashley

**Ashley Johnson**
Paralegal
ajohnson@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana  70170

t:504.586.5252  d:504.556.5544  f:504.310.0294

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.