UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | |
| ***Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*** | **JUDGE ELDON FALLON** |
| **Case No. 14-cv-2722** | **MAGISTRATE JOSEPH WILKINSON, JR.** |

<u>**STATEMENT OF UNCONTESTED MATERIAL FACTS**</u>

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on Claims Asserted by Gerald Levin:

1.  The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2.  The Complaint was amended multiple times to amend the parties and claims.

3.  Following the Fifth Amended Complaint, certain plaintiffs intervened.

4.  The Fifth Amended Complaint is the operative complaint in this matter.

5.  Adelaide Levin is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of

defective Chinese drywall installed in her property located at 2201-03 Neyrey Place, Metairie, Louisiana (the "Property").

6.      Adelaide Levin first asserted her claims in this lawsuit on January 31, 2016.[1]

7.      In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

8.      In her PPF, Adelaide Levin listed January 31, 2014 as the date of discovery of drywall in the Property, pursuant to an inspection conducted by Healthy Home Solutions.[2]

9.      Ms. Levin confirmed the January 31, 2014 discovery in her SPPF.[3]

10.     An inspection report provided by Healthy Home Solutions and attached as an exhibit to both the SPPF and the PFS, dated February 5, 2014, confirms that an inspection was performed on January 31, 2014, and states that Healthy Home Solutions is "of the opinion that reactive Chinese drywall is present" in the Property.[4]

11.     On November 27, 2019, based on a schedule previously discussed with counsel for the Bennett Plaintiffs, the Knauf Defendants noticed a deposition of Adelaide Levin for December 10, 2019.[5]

---

[1] Doc. 20020-2.
[2] Ex. 1, p.2.
[3] Ex. 2, p. 2; Ex. 3,
[4] Healthy Home Solutions Report, attached to SPPF and PFS, at p. 2.
[5] Ex. 4, Notice of Deposition.

12.     In an e-mail dated December 9, 2019, counsel for the Bennett Plaintiffs notified counsel for the Knauf Defendants that Ms. Levin would not be appearing for her deposition because she had died.[6]

13.     The same day, the Knauf Defendants filed a suggestion of death with this Court.[7]

14.     The deadline to take Plaintiff depositions in this case was December 31, 2019.[8]

15.     On March 9, 2020, the Bennett Plaintiffs, filed, pursuant to Federal Rule of Civil Procedure 25, a Motion to Substitute Gerald Levin, the Executor of Adelaide Levin's Estate, as a plaintiff in this case.[9]

16.     The Motion to Substitute was granted on March 11, 2020.[10]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:      504.556.5549
Facsimile:       504.310.0279
Email:            kmiller@fishmanhaygood.com

***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co, Ltd.***

---

[6] Ex. 5, E-mail from James Doyle to Ashley Johnson, Dec. 9, 2019.
[7] Doc. 22395.
[8] Doc. 22359.
[9] Doc. 22620.
[10] Doc. 22625.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 31st day of March, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**