# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Randy Bayne, et al., individually, and on behalf of all others similarly situated,** | **CASE NO.: 2:17-cv-08284** |
| **Plaintiffs,** | |
| **v.** | **CLASS ACTION COMPLAINT** |
| **Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Material Co., Ltd.** | **JURY TRIAL DEMAND** |
| **Defendants.** | |
| _____/ | |

## INTERVENING PLAINTIFF'S, 1ST FRANKLIN FINANCIAL CORPORATION OMNIBUS CLASS ACTION COMPLAINT (XXVIII(C)) IN INTERVENTION (AL)

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, or sold by the Defendants.[1]

Intervening Plaintiffs have intervened in *Bayne, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 2:17-cv-08284 (E.D.La.)(Omni XXVIII), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Bayne*

---

[1] Intervening Plaintiffs are not pursuing a claim against China National Building Materials Group Co. ("CNBM Group") as this defendant has been dismissed from these proceedings. The order of dismissal is interlocutory and is subject to appeal at a later date.

plaintiffs and the defendants named in the *Bayne* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Bayne* complaint (Omni XXVIII) herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Bayne*. The *Bayne* Defendants are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, or sale of the defective drywall at issue in this litigation.

The Intervening Plaintiff, 1st Franklin Financial Corporation, owns the property located at 1610 13th Street North, Birmingham, AL 35204.

The Intervening Plaintiff, Terry Hosey, owns real property located at 7900 Highway 31, Calera, AL 35040.

The Intervening Plaintiffs have incurred damages caused by the drywall distributed by Defendants and are participating as class representatives for similarly situated individuals.

### DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class, hereby demand a trial by jury as to all issues so triable as a matter of right.

### PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

      a.      an order certifying the case as a class action;

      b.      an order certifying the Class and each of the Subclasses;

      c.      an order appointing Plaintiffs as Class Representatives of the Class;

Case 2:09-md-02047-EEF-JCW Document 21969-0 Filed 12/14/18 Page 3 of 6

     d.     an order appointing undersigned counsel and their firms as counsel for the Class;

     e.     compensatory and statutory damages;

     f.     punitive damages as allowed by law;

     g.     pre and post-judgment interest as allowed by law;

     h.     injunctive relief;

     I.     an award of attorneys' fees as allowed by law;

     j.     an award of taxable costs; and

     k.     any and all such further relief as this Court deems just and proper.

Dated:   October 25, 2018              Respectfully Submitted,


                      By: */s/ Russ M. Herman*
                      Russ M. Herman
                      Herman, Herman & Katz, LLC
                      820 O'Keefe Avenue
                      New Orleans, LA 70113
                      Phone: (504) 581-4892
                      Fax: (504) 561-6024
                      RHerman@hhklawfim.com
                      *Plaintiffs' Liaison Counsel MDL 2047*

                      Arnold Levin
                      Levin Sedran & Berman LLP
                      510 Walnut Street, Suite 500
                      Philadelphia, PA 19106
                      Phone: (215) 592-1500
                      Fax: (215) 592-4663
                      alevin@lfsblaw.com
                      *Plaintiffs' Lead Counsel MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Robert M. Becnel,
Law Office of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 359-6101
Fax: (985) 651-6101
robbecnel@aol.com

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@becnellaw.com

Peter Prieto
Podhurst Orseck, PA
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler Gresham Cochran
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
patrick@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, PA
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Pete Albanis
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
palbanis@forthepeople.com

James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Seeger Weiss, LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ   07660
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr
V.M. Diaz and Partners, LLC
119 Washington Ave., Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

Anthony D. Irpino
IRPINO AVIN HAWKINS LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Gerald E. Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
Phone:   (504) 522-2304
Fax:   (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax:   (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS**

James V. Doyle, Jr., Esquire
Doyle Law Firm, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL   35209
Phone:   (205) 533-9500
Fax:   (844) 638-5812
jimmy@doylefirm.com