# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CHINESE−MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                             MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −34)**

On June 15, 2009, the Panel transferred 9 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 166 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 14, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: CHINESE−MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                                    MDL No. 2047

# SCHEDULE CTO−34 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | ALABAMA NORTHERN | | | |
| 17-cv-8283 L(2) | ALN | 1 | 17−01287 | Macon v. Taishan Gypsum Co., Ltd. et al |
| 17-cv-8284 L(2) | ALN | 4 | 17−01286 | Bayne v. Taishan Gypsum Co., Ltd. et al |
| | GEORGIA NORTHERN | | | |
| 17-cv-8285 L(2) | GAN | 1 | 17−02890 | Peoples et al v. Taishan Gypsum Co., Ltd. et al |
| 17-cv-8286 L(2) | GAN | 1 | 17−02892 | Bentz et al v. Taishan Gypsum Co., Ltd. et al |
| | MISSISSIPPI SOUTHERN | | | |
| 17-cv-8287 L(2) | MSS | 1 | 17−00216 | Polk et al v. Taishan Gypsum Co., Ltd. et al |
| 17-cv-8288 L(2) | MSS | 1 | 17−00217 | Allen et al v. Taishan Gypsum Co., Ltd. et al |
| | NORTH CAROLINA EASTERN | | | |
| 17-cv-8290 L(2) | NCE | 2 | 17−00035 | Bright et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. et al |
| | SOUTH CAROLINA | | | |
| 17-cv-8291 L(2) | SC | 4 | 17−02019 | DeOliveira v. Taishan Gypsum Co Ltd et al |
| | TENNESSEE WESTERN | | | |
| 17-cv-8292 L(2) | TNW | 1 | 17−01146 | Redden et al v. Taishan Gypsum Co., Ltd. et al |
| | TEXAS EASTERN | | | |
| 17-cv-8293 L(2) | TXE | 5 | 17−00140 | Mertlitz v. Taishan Gypsum Co. f/k/a Shandong Taihe Dongxin Co., Ltd. et al |
| | TEXAS SOUTHERN | | | |
| 17-cv-8294 L(2) | TXS | 7 | 17−00294 | Lochhead et al v. Taishan Gypsum Co., Ltd. et al |