UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
|---|---|
|  | **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* **Case No. 14:cv-2722** | **JUDGE ELDON FALLON** **MAGISTRATE JOSEPH WILKINSON, JR.** |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants), who file this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the claims asserted by Robert Amuso, Jr., against them in Plaintiffs' Fifth Amended Class Action Complaint. Robert Amuso Jr.'s claims should be dismissed because he cannot meet his burden of proof that he ever had an interest in the Property. For these reasons, as set forth more fully in the attached Memorandum in Support, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion for Summary Judgment should be granted.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:	504.556.5549
Facsimile:	504.310.0279
Email:		kmiller@fishmanhaygood.com

*Counsel for Defendant,*
*The Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**