Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Stephanie D. & Robert T. Amuso, Jr. |
| Address of Affected Property | 9461 Ambrose Lane |
| | Kimberly, AL 35091 |
| Is this Property:* (Residential) Commercial Governmental | |
| Name of Person Completing this Form | Stephanie Amuso |
| Is above your primary residence? (Yes) No | |
| Mailing Address (if different) | |
| Phone: | ( 205 ) 520 - 6020 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) Owner Only Renter-Occupant

| | |
|---|---|
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf - 14-cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | USAA Casualty Insurance Company |
| Policy #: | CIC 02970 93 59 90A |
| Agent: | |
| Address: | 9800 Fredericksburg Road |
| | San Antonio, TX 78288 |
| Phone: | ( 210 ) 531 - 8722 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| Stephanie Amuso | 06/ /12 | / / | (M) / F | / / | Yes | (No) | Owner - Occupant |
| Robert T. Amuso, Jr. | 06/ /12 | / / | M / (F) | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.



EXHIBIT

2

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Stephanie Amuso
1.2. When did the inspection take place?   8 /18/ 16

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Stephanie Amuso
2.2. When was this determination made?   8 /18/ 16

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China ASTM C36 | Walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,700 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | --------------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | X | |
| Number of Bathrooms: | 3.5 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone:   (     )     -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone:   (     )     -

### Section X. Drywall Supplier

Drywall Supplier's Name:   Interior Exterior Building Supply

Address:   Birmingham, AL

Phone:   (     )     -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Stephanie D. Amuso_ | _8-21-16_ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _Robert T. Amuso Jr._ | _8-21-16_ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



**USAA CASUALTY INSURANCE COMPANY**

9800 Fredericksburg Road – San Antonio, Texas 78288

RENEWAL DECLARATIONS PAGE

| Named Insured and Residence Premises | Policy Number |
|---|---|
| STEPHANIE NICOLE DOSS | CIC   02970 93 59   90A |
| 9461 AMBROSE LN | |
| KIMBERLY, JEFFERSON, AL   35091-2020 | |

Policy Period From: 06/14/16    To: 06/14/17
(12:01 A.M. standard time at location of the residence premises)

| SECTION I - COVERAGES AND AMOUNTS OF INSURANCE | |
|---|---|
| COVERAGE A - DWELLING PROTECTION | $313,000 |
| COVERAGE B - OTHER STRUCTURES PROTECTION | $31,300 |
| COVERAGE C - PERSONAL PROPERTY PROTECTION | $234,750 |
| COVERAGE D - LOSS OF USE PROTECTION (UP TO 12 MONTHS) | UNLIMITED |
| SECTION II - COVERAGES AND LIMITS OF LIABILITY | |
| Personal Liability – Each Occurrence | $300,000 |
| Medical Payments to Others | $5,000 |

**DEDUCTIBLES (Applies to SECTION I Coverages ONLY)**

We cover only that part of the loss over the deductible stated.

| WIND AND HAIL | $3,130    (1%) |
|---|---|
| ALL OTHER PERILS | $1,000 |

| POLICY PREMIUM for Section I and Section II Coverages Above | $1,384.66 |
|---|---|

CREDITS AND DISCOUNTS (Included in policy premium above.)   $941.39 CR
Details on the following page. (If applicable)

OTHER COVERAGES AND ENDORSEMENTS

Forms and Endorsements are printed on the following page.

STATE SURCHARGES AND TAXES (Shown below if applicable)

TOTAL POLICY PREMIUM
Including Credits, Discounts, Optional Coverages, Endorsements, State Surcharges and Taxes
$1,384.66

PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL. STATEMENT TO FOLLOW.

FIRST MORTGAGEE:
NATIONSTAR MORTGAGE, LLC          LOAN NR      0618990196
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 7729
SPRINGFIELD, OH 45501-7729

In witness whereof, this policy is signed on 04/15/16

Deneen Donnley, Secretary     Alan W. Krapf, President

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

HO-D1 (07-08)        ATTACH THIS DECLARATION TO PREVIOUS POLICY        8702B-0708

**SKETCH ADDENDUM**

File No. J14617C

| Borrower/Client | Amuso, Robert & Stephanie |
| Property Address | 9461 AMBROSE LANE |
| City KIMBERLY | County JEFFERSON | State AL | Zip Code 35091 |
| Lender No AMC | CADENCE BANK |



| SUMMARY | SQ FT AREA | PERIMETER | | AREA CALCULATION DETAILS |
|---|---|---|---|---|
| **Living Area** | | | First Floor | |
| First Floor | 2007 | 211 | 46.5 X 32.9 = | 1406.9 |
| Garage | -513 | 94 | 9.1 × 30.0 = | 273.0 |
| Second Floor | 906 | 160 | 11.2 X 5.0 = | 57.2 |
| Total | 2400 | 461 | 13.9 X 12.2 = | 169.5 |
| | | | Total | 2006.6 |
| **Basement** | | | Garage | |
| Basement | 1002 | 166 | 3.3 X 24.0 = | 79.2 |
| Basement Finish | 639 | 115 | 12.0 X 22.0 = | -264.0 |
| | | | 7.7 X 22.0 = | -169.4 |
| **Porches/Patios** | | | Total | -512.6 |
| Cov Porch | 100 | 46 | Second Floor | |
| Deck | 104 | 41 | 13.0 X 32.0 = | 416.0 |
| Scr Deck | 186 | 55 | 12.0 X 17.0 = | 204.0 |
| | | | 6.5 X 28.3 = | 166.6 |
| | | | 2.0 X 9.8 = | 17.6 |
| | | | 9.0 X 12.5 = | 112.5 |
| | | | Total | 905.7 |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| File No. _____ |
| |
| Date Received: |
| _____ |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

     This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin        , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

     The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

     The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

     All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: 

| Stephanie | D | Amuso | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Robert | T | Amuso | Jr. |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

EXHIBIT

3

PENGAD 800-631-6989

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

9461 Ambrose Lane
Address 1                                                          Address 2
Kimberly                                    AL        35091
City                                        State     Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:     Stephanie        D     Amuso
                         First Name       M.I.  Last Name                    Suffix

Mailing Address (if different):

9461 Ambrose Lane
Address 1                                                          Address 2
Kimberly                                    AL        35091
City                                        State     Zip Code

Phone Number of Person Completing This Form: ( 205 ) 520 - 6020

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year: 5 / 8 / 2012

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 8 / 2016

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____ / _____ / _____
                Month      Day       Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____ / _____ / _____
                                    Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____ / _____ / _____
                                 Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

---

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 334,500.00_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties

Date: _____

Change: _____

_____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          4-3-18
Claimant's signature                                Date signed

Name:       Stephanie D Amuso
            _____

Address:    9461 Ambrose Lane
            _____
            Address 1                    Address 2
            Kimberly              AL      35091
            _____
            City                  State   Zip Code

Phone No.: ( 205   ) 520   - 6020

Email:      amuso.stephanie@gmail.com
            _____

7

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### PLAINTIFF FACT SHEET

Name of Plaintiff: Stephanie & Robert Amuso

Affected Property Address: 9461 Ambrose Lane, Kimberly, AL 35091

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        05 / 08 / 2012

2.  When you took ownership of the Property, what was the name of the seller?

Bank of America



EXHIBIT

4

PENGAD 800-631-6989

3.  Name and address of the realtor?

A Plus Realty, 201 Main Avenue NW, Cullman, AL 35055

4.  Name and address of the closing agent?

Helen Sturgeon, 201 Main Avenue NW, Cullman, AL  35055

5.  What was the price of the home when you purchased it?  $ 220,000.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes   [ ] No   [ ] I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
$ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. ___05__/__09__/20__12__

b. ___09__/__03__/20__14__

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)         ____/____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3:** Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response:** Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:   all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.   Other damages include, but are not limited to:

Expenses related to damaged items; inability to sell the house.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4:** If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response:** An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

> a.  N/A _____
>
> b. _____
>
> c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

> a. _____/_____/20_____  to  _____/_____/20_____
>
> b. _____/_____/20_____  to  _____/_____/20_____
>
> c. _____/_____/20_____  to  _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

> a. $___N/A_____
>
> b. $_____
>
> c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5:**  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

28. If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

      **Response:** ☑ N/A

32. When did the remediation commencement date occur?

      **Response:** ☑ N/A

33. When did the remediation end date occur?

      **Response:** ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

      **Response:** ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

      **Response:** ☑ N/A

36. Were any samples from the remediation retained?

Response:  [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

Response:  [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

Response:  [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

Response:  [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_Stephanie D Amuso_____
Signature of Plaintiff
_Robert T. Am Jr._

_Stephanie D. Amuso_____
Printed Name
_Robert T. Amuso, Jr._

_1.15.19_____
Date

# Exhibit 1

# Exhibit 2

# *Alabama Home Inspections*
## Toxic Drywall Inspection Report



9461 Ambrose Ln, Kimberly, Al 35091
Inspection prepared for: Stephanie Amuso
Date of Inspection: 8/18/2016 Time: 10:00
Age of Home: 2006 Size: Approx. 2100sf
Weather: Sunny,86 degrees
The Toxic Drywall inspection was POSITIVE for toxic drywall in areas of the residence. Recommend Qualified toxic drywall contractor for further evaluation.

Inspector: Bobby Michael
License #3005
Birmingham, AL
Phone: 205-337-4596
Email: alabamahomeinspections@gmail.com
thebirminghamhomeinspector.com

Alabama Home Inspections                                    9461 Ambrose Ln, Kimberly

### Report Summary

| Outlets | | |
|---|---|---|
| Page 4 Item: 1 | Condition | • Corrosion/Oxidation noted on the above noted outlet wiring This is a typical indication of suspect/tainted drywall. |
| Switches | | |
| Page 5 Item: 1 | Condition | • Corrosion/Oxidation noted on the above noted switch wiring This is an indication of suspect/tainted drywall |
| Plumbing Fixtures | | |
| Page 9 Item: 1 | Condition | • Corrosion/Oxidation is present on the above named plumbing fixtures. This is a typical indication of Suspect/Tainted drywall. |

Alabama Home Inspections                               9461 Ambrose Ln, Kimberly, A

# Main Panel

1. Condition

Materials: Garage
Observations: Normal corrosion was observed at the time of inspection.

 

# Sub Panels

**Condition**

Materials: Laundry Room
Observations:
• Typical Oxidation noted, soot not observed.



Alabama Home Inspections                                          9461 Ambrose Ln Kimb

# Outlets

1. Condition

Materials: Basement
Observations:
• Corrosion/Oxidation noted on the above noted outlet wiring. This is a typical indication of suspect/tainted drywall.

 

Alabama Home Inspections                                        9461 Ambrose Ln, Kimberly

# Switches

1. Condition

Materials: Basement
Observations:
• Corrosion/Oxidation noted on the above noted switch wiring. This is an indication of suspect/tainted drywall



Alabama Home Inspections                                    9461 Ambrose Ln Kimberly

# Drywall

**1. Condition**

Materials: Attic
Observations:
• ASTM C-1396 Standard Specification for Gypsum Board.



# Nonferrous Metals

**1. Condition**

# Evaporator Coil(s)

## 1. Condition

Materials: Basement • Attic
Observations:
• Stainless Steele in basement and attic

Alabama Home Inspections                                   9461 Ambrose Ln  Kimb

# Plumbing Fixtures

### 1. Condition

Materials: Basement
Observations:
• Corrosion/Oxidation is present on the above named plumbing fixtures. This is a typical indication of Suspect/Tainted drywall.

 



Alabama Home Inspections                                    9461 Ambrose Ln Kimberly

# Odor

**1. Condition**

**Materials:** Kitchen • Dining Room • Living Room • Bathroom(s) • Attic • Basement • Garage • Bedrooms
Observations:
• No unusual Odor observed.

# Exhibit 3



# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: _Stephanie & Robert Amuso_

Property Address: _9461 Ambrose Ln   Kimberly AL 35091_

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Downstairs Air Conditioning Coils | $1,000 |
| 2 | Upstairs Air Conditioning Coils | $1,000 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |