UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  CHINESE-MANUFACTURED    MDL 2047

DRYWALL PRODUCTS LIABILITY     SECTION "L"

LITIGATION

This Document relates to:

Elizabeth Bennett, et al.

vs.                    Case No:  14-cv-2722

Gebr. Knauf

Verwaltungsgesellschaft, KG,

et al.,

\* \* \* \* \* \* \* \* \*

DEPOSITION OF STEPHANIE AMUSO, taken pursuant to stipulation and agreement before Dana Gordon, Alabama Certified Court Reporter, and Commissioner for the State of Alabama at Large, at Bain & Associates, 505 North 20th Street, Suite 1250, Birmingham, Alabama, on December 3, 2019, commencing at approximately 9:15 a.m.

\* \* \* \* \* \* \* \* \*

```
 1   A.      Yes.
 2   Q.      And that was prior to your
 3   marriage to Mr. Amuso?
 4   A.      Yes.
 5   Q.      Subsequently, have you added
 6   Mr. Amuso to the ownership of this property?
 7   A.      Yes.
 8   Q.      And when was that?
 9   A.      2014.
10   Q.      And have you provided any
11   documentation, either yourself or Mr. Amuso,
12   in connection with his ownership of the
13   property?
14   A.      I don't know.
15   Q.      And in what manner did you
16   transfer ownership to Mr. Amuso?
17   A.      We refinanced.
18   Q.      And when you refinanced, was he,
19   in fact, included as an owner of the
20   property, or is he simply on the mortgage?
21   A.      I don't know.
22   Q.      So when you say that you actually
23   put him as an owner or co-owner of the
24   property, you're not sure whether he was --
25   he's an actual owner or whether he's just
```