UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  CHINESE-MANUFACTURED    MDL 2047

DRYWALL PRODUCTS LIABILITY     SECTION "L"

LITIGATION

This Document relates to:

Elizabeth Bennett, et al.

vs.                      Case No:  14-cv-2722

Gebr. Knauf

Verwaltungsgesellschaft, KG,

et al.,

\* \* \* \* \* \* \* \* \* \*

DEPOSITION OF ROBERT AMUSO, taken pursuant to stipulation and agreement before Dana Gordon, Alabama Certified Court Reporter, and Commissioner for the State of Alabama at Large, at Bain & Associates, 505 North 20th Street, Suite 1250, Birmingham, Alabama, on December 3, 2019, commencing at approximately 11:09 a.m.

\* \* \* \* \* \* \* \* \* \*

```
 1    A.       No.
 2    Q.       And so in connection with that,
 3    you agreed with your wife's testimony in
 4    connection with basically everything this
 5    morning?
 6    A.       Yes.
 7    Q.       Is there anything that you
 8    disagreed with?
 9    A.       No.
10    Q.       Do you know, sir, if you were on
11    the title or the deed for the property of
12    this house?
13    A.       I don't know.
14    Q.       Did you and your wife ever --
15    well, y'all went and got a mortgage, right,
16    when y'all refinanced in 2014?
17    A.       (Witness nods head.)
18    Q.       Did you ever go back to a closing
19    agent and do any sort of active transfer
20    from your wife to you for the property?
21    A.       I'm not sure.
22    Q.       Are you aware of any documents
23    where you are listed as a co-owner on the
24    title or deed to the property?
25    A.       I'm not sure.
```

```
 1   A.        No.
 2   Q.        Are you alleging that any
 3   physical symptoms your children may or may
 4   not have are related to the presence of
 5   Chinese drywall?
 6   A.        No.
 7   Q.        And, again, other than your
 8   testimony you just provided and the
 9   testimony that your wife provided, is there
10   anything that you disagreed with in total
11   from your wife's testimony?
12   A.        No.
13   Q.        Is there anything that she has
14   provided that you can add to?
15   A.        No.
16   Q.        So if your wife answered I don't
17   know or I don't remember, the same would be
18   true for your responses?
19   A.        Yes.
20             MR. DYSART:  All right.  In
21   connection with the same reservation we did
22   with Ms. Amuso, we'll stop the deposition at
23   this point, and upon further supplementation
24   of the closing documents requested, we would
25   reserve the right to reopen the depositions
```