UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14-cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on the Claims Asserted by Robert Amuso, Jr.:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047. R. Doc. 18181.

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. Robert Amuso, Jr., is listed in Plaintiffs' Second Motion to Intervene, filed October 7, 2019, and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese-manufactured drywall installed in the

1

property located at 3461 Ambrose Lane, Kimberly, Alabama 35091 (the "Property"). R. Doc. 22334.

6. In conducting discovery in this MDL and in the Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

7. Robert Amuso, Jr., completed the Court approved documents and submitted the support for his claims. The documents were completed under penalty of perjury. *See* Exhibit A.

8. The deed for the Property only lists Stephanie Doss, now Stepanie Amuso, as Grantee. *See* Exhibit B, Warranty Deed.

9. Stephanie Amuso was deposed on December 3, 2019. *See* Exhibit C, Deposition of Stephanie Amuso.

10. Robert Amuso was deposed on December 3, 2019 and adopted Stephanie Amuso's testimony as his own. *See* Exhibit D, Deposition of Robert Amuso.

11. Stephanie Amuso testified that she does not know whether Robert Amuso was ever an owner of the Amuso Property. *See* Exhibit C, Deposition of Stephanie Amuso at 16:15-21.

12. Robert Amuso confirmed that he does not know whether he was ever an owner of the Amuso Property. *See* Exhibit D, Deposition of Robert Amuso at 15:10-13.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:	504.556.5549
Facsimile:	504.310.0275
Email:	kmiller@fishmanhaygood.com
***Counsel for Defendant,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co. Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2019.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**