UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

**PROPOSED ORDER**

Considering Defendants', Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), Motion to Dismiss Claims Asserted by Richard Calevro Under Rule 37 or, Alternatively, for Other Sanctions as to the claims asserted against them in Plaintiffs' Fifth Amended Class Action Complaint;

**IT IS HEREBY ORDERED** that the Knauf Defendants' Motion is GRANTED and the claims of Richard Calevro are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

 _____
 **Honorable Eldon E. Fallon**
 **United States District Judge**