Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Elizabeth Bennett, et al versus Gebr. Knauf, et al | JUDGE ELDON FALLON<br><br>MAGISTRATE: JOSEPH WILKINSON, JR. |

      Deposition of Ronald Ray Bogard, 441 Woodland Park Drive, Biloxi, Mississippi, 39531, taken in the offices of FISHMAN HAYGOOD, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, 70170, on Thursday, August 22, 2019.

REPORTED BY:

        EVE S. KAZIK
        REGISTERED MERIT REPORTER
        CERTIFIED COURT REPORTER
        CERTIFIED REPORTING INSTRUCTOR

```
 1      Q.   Yes.
 2      A.   My hearing is not great.
 3      Q.   That's fine.  I'll go through more
 4   directions.  If you don't hear me, ask me to repeat
 5   it.
 6      A.   I am getting hearing aids to help.
 7      Q.   You're from Indiana originally?
 8      A.   Yes, ma'am.
 9      Q.   How long have you been in Mississippi?
10      A.   Since about 1950.
11      Q.   What brought you there?
12      A.   My father was in the military.
13      Q.   Where else did you live?
14      A.   In Germany.
15      Q.   How many years were you there?
16      A.   Maybe one, I think, if I can remember that.
17      Q.   Anywhere else?
18      A.   No.
19      Q.   Okay.
20      A.   That's it.
21      Q.   Where all in Mississippi have you lived?
22      A.   Biloxi.
23      Q.   Since 1950?
24      A.   Yes, ma'am.
25      Q.   What is your marital status?
```

1    A.    Married.

2    Q.    What is your anniversary?

3    A.    I have two.

4    Q.    Okay.

5    A.    One is July 2, two years ago in Maui.  And
6    the original one February 5, I think, 1975.

7    Q.    Okay.  Do you have any children?

8    A.    Three.

9    Q.    How old are they?

10   A.    40, 39, and 37, I believe.  Right close.

11   Q.    Do you have grandchildren?

12   A.    Yes, I do.

13   Q.    How many grandchildren?

14   A.    Five.

15   Q.    I won't ask you the ages of them.  This is
16   just a quiz, you know.  What is your highest level
17   of education?

18   A.    High school.

19   Q.    Where did you go to high school?

20   A.    Biloxi High.

21   Q.    What is your current profession?

22   A.    I'm retired.

23   Q.    How long have you been retired for?

24   A.    Two and a half years.

25   Q.    Play a lot of golf?

1  giving full and complete testimony?
2     A.   Nothing.
3     Q.   All right.  What is your understanding of
4  what this deposition is about?
5     A.   About the Chinese drywall that's in the
6  house that we owned.
7     Q.   Did you discuss this deposition with anyone
8  prior to our meeting?
9     A.   Just my lawyer.
10    Q.   Did you prepare for this deposition at all?
11    A.   We had a meeting, yes.
12    Q.   Did you review any documents in preparation
13  for today?
14    A.   Yes.
15    Q.   What documents were those?
16    A.   The ones that pertained to this case that
17  we had filled out.
18    Q.   The documents that you previously
19  submitted?
20    A.   Yes.
21    Q.   Are you familiar with those?
22    A.   Pretty much.
23    Q.   All right.  We are going to go through them
24  just to make sure.  If you could open up to Tab 1,
25  which we will be marking as Exhibit 1, and that is

```
 1   the Plaintiff Profile Form.  If you can go ahead and
 2   flip through it all the way until you get to Tab 2.
 3   Let me know when you have had an opportunity to do
 4   so.
 5        A.    I'm at the 2.
 6        Q.    Do you recognize these documents?
 7        A.    Yes, I do.
 8        Q.    Did you prepare these documents?
 9        A.    I filled them out.
10        Q.    And on Page 3, is that your signature?
11   It's kind of hard to see.
12        A.    Yes, it is.
13        Q.    It's dated February 29, 2016; is that
14   correct?
15        A.    Yes, it is.
16        Q.    And to the best of your knowledge is the
17   information contained within this document accurate?
18        A.    Best of my knowledge, yes, it is.
19        Q.    If you could flip to Tab 2, which we will
20   be marking as Exhibit 2.  And this is the
21   Supplemental Plaintiff Profile Form.  Same thing, I
22   just ask that you flip all the way until you hit the
23   3, and let's me know when you have had an
24   opportunity to do so.
25        A.    I'm through.
```

1    Q.   Keep going until you the get to the 3 tab.
2    A.   I'm sorry.
3    Q.   It's okay.  They get longer and longer, so.
4    A.   This mailing address on this page here, is
5    that supposed to be the damaged property address or
6    my actual address?
7    Q.   Which page?
8    A.   It's on Page 2 of this claimant
9    information.
10   Q.   Yes.
11   A.   In the middle it says, "mailing address."
12   Is that supposed to be my home address or the
13   address of the property in the lawsuit?
14   Q.   I think it's supposed to be your home
15   address.  I'm not sure.  If you would like to note
16   that your home address is the one that you stated
17   earlier, that's fine.
18   A.   Okay.  That's all.
19   Q.   Done.  Okay.  Perfect.  Do you recognize
20   these documents?
21   A.   Yes, I do.
22   Q.   Did you prepare these documents?
23   A.   Did I prepare them?
24   Q.   Yes.
25   A.   No, I did not.  The taxpayer's ones or the

1   land deed sale.
2       Q.   Did you submit them, put them together?
3       A.   Yes, we did.
4       Q.   On Page 7 of the first form.
5       A.   Where I just came from?
6       Q.   Yes. Before that.
7       A.   Here. I'm sorry. Okay.
8       Q.   You're good. Is that your signature on
9   Page 7?
10      A.   Yes, it is.
11      Q.   It's dated March 26, 2018?
12      A.   Yes, it is.
13      Q.   And to the best of your knowledge is the
14  information contained within these documents
15  accurate?
16      A.   Yes, to the best of my knowledge it is.
17      Q.   One more. If you could flip to Tab 3 which
18  we will be marking as Exhibit 3. This is the
19  Plaintiff Fact Sheet. It is the longest one, so.
20  If you could do the same thing and go ahead and flip
21  through it and let me know when you have had an
22  opportunity to do so.
23      A.   Okay. Come into question here is we bought
24  the house first in '06, and we did the renovation
25  because of Katrina. And then we so sold it to my

1   daughter.  If I am looking at this, this is saying

2   that she was the name of the seller.  In 2006, we

3   bought it.

4        Q.   She wasn't in 2006; she was in 2013?

5        A.   She was later in the 2006 year because when

6   we bought it, we had to fix it up, like I said,

7   Katrina.  Then she bought it from us.

8        Q.   In 2006, it should just be noted that she

9   was not the seller?

10       A.   She did own it, but she wasn't the seller.

11  She did buy it, and she eventually became a seller,

12  though.

13       Q.   Got it.  That's it.  You did it?

14       A.   Yes.

15       Q.   No more of that.  Do you recognize these

16  documents?

17       A.   Yes, I do.

18       Q.   Did you prepare these documents?

19       A.   Yes, I did.  Most of them, yes.

20       Q.   Most, except the appraisals, I'm guessing?

21       A.   Yes.

22       Q.   I think that's the one and the deeds?

23       A.   Yes.

24       Q.   And invoices?

25       A.   Picture taking, all of that stuff,

1   documents.  Yes, I did it.
2      Q.   But you submitted everything, correct?
3      A.   Yes.
4      Q.   And is that your signature in the middle,
5   right after the appraisals?
6      A.   I think it was.  I remember seeing that it
7   was mine.
8      Q.   It says "verification" at the top.  Right
9   before Exhibit 1.  If you go to that second yellow
10  tab and flip just like a couple of pages in front of
11  it.
12     A.   Yes, it is.
13     Q.   It's dated January 19, 2018; is that
14  correct?
15     A.   Yes, it is.
16     Q.   Do you think that may have been January 19,
17  2019, per chance?  Just to let you know, the other
18  document that we viewed before was dated March 26,
19  2018.  I'm thinking you probably completed this
20  document after the one that we reviewed right
21  before.  Which I get.  I always write the wrong year
22  in January and February and sometimes --
23     MR. DOYLE:
24              We will stipulate that it was 2019.
25          This document wasn't created until late

```
 1              2018, early 2019.
 2   BY MS. JOHNSON:
 3       Q.   So January 29, 2019?
 4       A.   Yes.
 5       Q.   And to the best of your knowledge is the
 6   information contained within this document accurate?
 7       A.   To the best of my knowledge, yes, it is.
 8       Q.   When did you first hear about Chinese
 9   drywall, just generally?
10       A.   Generally, probably, let's see, maybe
11   somewhere around 2013, I guess.  Somewhere in that
12   area.
13       Q.   What did you hear about it?
14       A.   I was working in my job at the Biloxi
15   schools.  I was working with the principal, and she
16   had it in her house.  And she was always asking
17   stuff about her house, her and husband.  And she was
18   going through all of that stuff.  And that's how I
19   knew about it.
20       Q.   Did you ever see any ads about Chinese
21   drywall?
22       A.   Other than the ad maybe in one piece of
23   paper that I took out of the paper a year ago,
24   maybe.  It just had something out of New Orleans
25   about Chinese drywall.  But this was already going
```

1  think I know what happened here for once.  So you
2  initially purchased the property in 2006; is that
3  correct?
4      A.   Yes, after Katrina.  Sure did.
5      Q.   Can you tell me a little bit about that?
6      A.   Well, a friend of mine was selling his
7  house that got flooded with Katrina.  And it was a
8  good deal at the time.  So, I helped remodel it.  We
9  bought it.  Then my daughter moved into it shortly
10 after we remodeled it.  She needed a bigger house.
11     Q.   What damage had the house sustained in
12 Katrina?
13     A.   Flooding, mud.  Just the usually stuff
14 after a hurricane.  You know, appliances, all of
15 that stuff.
16     Q.   What renovations had to be done?
17     A.   Well, we had to do -- replace the
18 Sheetrock, cabinetry, flooring.  We didn't have to
19 do any electrical.  We had to clean it up.  That's
20 pretty much it.
21     Q.   How long did the renovation take?
22     A.   About three months.
23     Q.   If you could just flip to the tab that says
24 "Warranty Deed."  We are going to be marking that as
25 Exhibit 4, and you have already produced this.  If I

Page 21

1  could just keep it organized.  This is when you
2  re-purchased the house; is that correct?
3      A.   That's my daughter.  I think this one --
4  let me make sure, but I think this is where my
5  daughter is selling back to us in 2013.
6      Q.   Okay.
7      A.   Because we had some issues with our
8  grandchildren in this house.  They were really sick
9  and had medical problems, and we didn't know why.
10 We got them out of the house.  Then we purchased it
11 back from her so she could get another house to live
12 in.
13     Q.   This is February 22, 2013?
14     A.   Yes, it was.
15     Q.   How much was the house purchased for at
16 this time?
17     A.   How much was it worth?
18     Q.   How much did you purchase it for?
19     A.   I'm sorry.  I want to say -- I can't say
20 exactly.  In the $300,000 range, I'm thinking.
21     Q.   Rachel Rene Schoerner, that's your
22 daughter?
23     A.   Yes, it is.
24     Q.   She was the sole owner of the property?
25     A.   At that time, yes.  She was.

Case 2:09-md-02047-EEF-MBN Document 22683-6 Filed 04/01/20 Page 13 of 20

Page 22

1      Q.   When you repurchased the property from her,
2    was an inspection conducted?
3      A.   No, it wasn't.
4      Q.   Was there a purchase agreement executed?
5      A.   This warranty deed.
6      Q.   Was a disclosure furnished by the seller?
7      A.   Probably not.  I don't remember one.
8      Q.   Was the property purchased as is?
9      A.   I bought it as is.
10     Q.   Let's look through some of your documents
11   which are in Exhibit 3.  And I actually tabbed,
12   right -- it's the time line history.  So the first
13   yellow tab.  From there let's flip to the very first
14   page after that, the appraisal.  The attachment
15   No. 1 at the top.  Back, the other way.
16        MR. DOYLE:
17              The first tab?
18   BY MS. JOHNSON:
19     Q.   The first appraisal.  We are just going to
20   run through them.  Okay, I believe that Attachment
21   No. 1 it's February 3, 2006, it says, original
22   purchase?
23     A.   Yes.
24     Q.   And this was for $230,000; is that correct?
25     A.   That's as near as I can remember, yes.  We

Page 23

1  bought it in a damaged state when we bought it at
2  $230,000.
3       Q.   And the actual purchase took place on was
4  it is February 22, 2006?
5       A.   I can't swear to the date but, yeah, it's
6  pretty close.
7       MR. DOYLE:
8                The date should be in here
9           somewhere.
10      THE WITNESS:
11               February 3, 2006.  Yes.
12  BY MS. JOHNSON:
13      Q.   Okay.  When the home was purchased, was it
14  purchased with cash?
15      A.   I think we took out a loan.
16      Q.   Who was the loan with?
17      A.   I want to say BancorpSouth.
18      Q.   How much did you take out?
19      A.   I don't remember what that amount was.
20      Q.   Do you still have copies of any statement
21  from BancorpSouth about this loan?
22      A.   You probably have to ask my wife.
23      Q.   When was this loan paid off?
24      A.   When my daughter bought the house from us.
25  Probably a couple of months later, mid 2006

1    sometime, around that time line.

2        Q.   How much did your daughter purchase the
3    house for?

4        A.   I don't remember the exact amount.

5        Q.   Do you have any documents that would say
6    the purchase price that your daughter paid?

7        A.   Probably the warranty deed that's in here
8    probably says it, I would imagine.

9        Q.   If we can flip to pages --

10       A.   It's not on there.  But I know on somewhere
11   my wife probably got the paperwork that could give
12   you that.

13       Q.   We would ask that you would produce that if
14   you have it in your possession.  Do you recall
15   about -- ballpark -- how much your daughter paid for
16   the house?

17       A.   I really can't even ballpark it.

18       Q.   Was it more than what you paid for the
19   house?

20       A.   I am pretty sure.  I can't swear to that
21   either.  But I'm pretty sure it was.

22       Q.   So more than the 230 that you had paid?

23       A.   Pardon me?

24       Q.   More than the 230,000 that you paid?

25       A.   Yes, ma'am.  I'm pretty sure it was.

1  other parties, for example FEMA, for the
2  contamination of Chinese drywall?
3      A.   No, I haven't.
4      Q.   Have you ever submitted a claim for payment
5  to any other party for contamination of Chinese
6  drywall?
7      A.   No, I haven't.
8      Q.   Have you ever lived on the property?
9      A.   No, I haven't.
10     Q.   Who has lived on the property to your
11 knowledge including when your daughter owned the
12 property?
13     A.   It would be my daughter and her husband and
14 her three kids.
15     Q.   Anyone else?
16     A.   That's all.
17     Q.   Since you repurchased the property has
18 anyone lived on it?
19     A.   Yes.  We have a gentleman that's renting it
20 from us.
21     Q.   Has he been renting it since 2013?
22     A.   I think he's been in there a little over
23 two years.  He's been there since 2013, but not that
24 particular year.
25     Q.   Has there been any other tenants?

1  did you ever think about just having your daughter
2  sell the property?
3       A.   Did I ever think about her selling it?
4       Q.   I guess I am asking why you repurchased it
5  from her to sell it as opposed to her just selling
6  it.
7       A.   Because we had to get her out of the house
8  pretty quickly.  The kids were in pretty bad shape
9  medically, and we didn't know why.  So we just
10 bought her out so she could go get another house and
11 the get the kids well.  We took over the house and
12 tried to sell it.  She needed the money.  She needed
13 to get out very quick.
14      Q.   What was going on with the kids?
15      A.   They just -- they were breaking out in all
16 kind of rashes.  They had some allergies anyway.
17 And this provoked those, from what I understand.
18 I'm not good medically.  When you do my wife, she
19 can give you a better explanation into all of that.
20      Q.   Do the kids still have issues?
21      A.   Not near.  It cleared up really, really
22 good.
23      Q.   But they still have some issues?
24      A.   Yes.  They have peanut allergies now.  But
25 they don't have anything like what they had before.

1    Q.   Prior to learning or confirming that the
2    house had Chinese drywall, did you ever suspect that
3    the property had Chinese drywall?
4    A.   We knew something was wrong because we took
5    the kids to the doctors in Jackson.  And they said
6    there was an environmental problem in that house.
7    We didn't know what it was.  So we had Micro-Methods
8    out of Ocean Springs do a mold test.  We thought it
9    might be mold in the house.  And it came back
10   negative.  That's when we decided the kids needed to
11   move.
12   Q.   When did you notice things going wrong?
13   A.   I don't remember the exact date.  My wife
14   may be able to help you there.
15   Q.   How long before the mold test was done do
16   you recall problems occurring?
17   A.   No.  But I would have to get back with
18   them.  They may have kept a copy of it.  But I don't
19   know exactly when that was done.
20   Q.   But the problems had been going on long
21   before that or --
22   A.   I don't remember.  That's what I say, my
23   wife can speak to that.  I don't remember exactly
24   when they started showing a bunch of illness out
25   that -- in that house.

1    Q.   Did your daughter also suffer from health
2  complications?
3    A.   You know, I can't remember if she had
4  respiratory problems or not.  I can't remember that
5  far back.
6    Q.   So it's -- it was mostly your grandchildren
7  that had issues that you recall?
8    A.   Yes, it was.
9    Q.   How much -- how many grandchildren are
10 there?
11   A.   In that house there were three.
12   Q.   Did they all have the same problems or were
13 they different?
14   A.   No.  Two of them -- my grandson, really.
15 You will see some pictures in a few minutes of it.
16 But they had the worst of it.  My grandson did.  My
17 granddaughter didn't have -- they have got -- they
18 are allergic like a peanut allergy.  But other stuff
19 affects them pretty bad.  Whatever is in this house
20 affected them pretty bad.
21   Q.   So two of them had it worse than the other
22 one?
23   A.   Yes.
24   Q.   The third one.  So no problems with the
25 third grand child?

Page 76

1  to be done.
2     Q.  This was a cost incurred because of the
3  hurricane?
4     A.  Yeah.  They ruined the windows.
5     Q.  So this doesn't have to do with Chinese
6  drywall then?
7     A.  No.
8     Q.  And the Micro-Methods looking for mold?
9     A.  That's because of the kids that were sick
10 because of the Chinese drywall.  I'm assuming that's
11 what that's for.  They did check the house for mold.
12    Q.  And then if you go two down, "Loss of use
13 of bulkhead, slash, pier, enjoyment, $4,451.43."
14 Can you tell me what that is?
15    A.  That's probably because you couldn't use
16 that.  You couldn't live in the house.  So you
17 couldn't use it.  We used it all the time to fish
18 and crab and everything off of it.  But you couldn't
19 use it then.  Couldn't enjoy the house.  Couldn't be
20 in the house.
21    Q.  What was wrong with the pier?
22    A.  Oh, that was -- part of that is probably
23 for repairing the pier and the bulkhead.
24    Q.  That was caused by Chinese drywall?
25    A.  No.