UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Elizabeth Bennett, et al versus Gebr. Knauf, et al | JUDGE ELDON FALLON<br><br>MAGISTRATE: JOSEPH WILKINSON, JR. |

Deposition of Leslie S. Bogard, 441 Woodland Park Drive, Biloxi, Mississippi, 39531, taken in the offices of FISHMAN HAYGOOD, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, 70170, on Thursday, August 22, 2019.

REPORTED BY:

    EVE S. KAZIK
    REGISTERED MERIT REPORTER
    CERTIFIED COURT REPORTER
    CERTIFIED REPORTING INSTRUCTOR

```
 1                My grandchildren were so sick that
 2           we were in Children's Baptist Hospital in
 3           Jackson when they told us to get out of the
 4           house.  That we needed to take everything
 5           out of the house:  Curtains, drapes,
 6           anything that might be causing some type of
 7           illness for the children, which we did.
 8                So after the child got home from
 9           some serious -- some of the stuff that was
10           happening to him, we took them out of the
11           house, basically.
12                And at that point we decided that we
13           had to buy the house from her because she
14           couldn't afford to get another house
15           without it.  She and her husband had
16           divorced.
17                So, he said that, you know, a couple
18           of grandchildren.  And they had had this --
19           the babies, the boys, had had -- they are
20           twins -- they had had the illnesses since
21           '09, is when it all started surfacing
22           pretty badly with them.
23   BY MS. JOHNSON:
24      Q.   And the third child is the daughter?
25      A.   She's the daughter.  And she had had the
```

```
 1     Q.   Are they all in the Biloxi area?
 2     A.   No.
 3     Q.   Where are they located?
 4     A.   One is in Robinsonville, Mississippi.
 5     Q.   Where else?
 6     A.   And the others are on the coast.
 7     Q.   Any in Bay St. Louis?
 8     A.   No.
 9     Q.   That's my favorite place.
10     A.   It gets hit too hard by the storms.
11     Q.   It does, that's true.  That's why you have
12  got to get like a little trailer there.
13                    (OFF THE RECORD)
14     Q.   Are these properties that you rent out?
15     A.   Yes.
16     Q.   I didn't ask, but what is your profession?
17     A.   I am self-employed.  I manage a health
18  clinic.
19     Q.   Do you and your husband both manage the
20  properties?
21     A.   Most -- well, he does construction-wise,
22  and I do bill-wise.
23     Q.   Do you typically purchase properties that
24  have been destroyed by Katrina or --
25     A.   We do flippers, yes.
```

1    Q.   Do you --
2    A.   We have had these properties for years.  We
3  are too old to do that now.
4    Q.   So you used to buy and then flip the houses
5  and sell them?
6    A.   Uh-huh (affirmative response).
7    Q.   How long did you do that for?
8    A.   He's done it on and off for 20 years, I
9  guess.
10   Q.   When did you stop doing that aspect of it,
11 the reselling them?
12   A.   Probably a couple of years ago, I guess two
13 or three years ago.
14   Q.   So now you have, is it, 11 rental
15 properties?
16   A.   No.  We have I believe it's 13.
17   Q.   Thirteen?
18   A.   Uh-huh (affirmative response).
19   Q.   And then you also have your property that
20 you reside in?
21   A.   Yes.
22   Q.   So 14 properties total?
23   A.   Uh-huh (affirmative response.)  And I could
24 be wrong.  That count could be wrong, but I'm
25 sitting here and adding them up.