UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047  SECTION "L" |
| **This document relates to:**  *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*  **Case No. 14:cv-2722** | JUDGE ELDON FALLON  MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON CLAIMS
ASSERTED BY RONALD RAY BOGARD AND LESLIE SUSAN BOGARD**

Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things. (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence. (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence. (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

1

6. Plaintiff, Ronald "Ronnie" Ray Bogard first appeared in this action on June 7, 2016, when plaintiffs moved for leave to file the Third Amended Complaint, which was filed in the record pursuant to this Court's Order on June 24, 2016. (Rec. Docs. 20292, 20327, 20328).

7. The Fifth Amended Complaint was filed on May 14, 2018.

8. Following the Fifth Amended Complaint, certain plaintiffs intervened.

9. Plaintiff, Leslie Susan Bogard, first appeared in the Complaint on October 31, 2019, after moving to intervene as a claimant on October 7, 2019. (Rec. Docs. 22334, 22357, 22358).

10. The Fifth Amended Complaint is the operative complaint in this matter.

11. Ronald Ray Bogard and Leslie Susan Bogard ("Plaintiffs" or the "Bogards") are plaintiffs in the operative Fifth Amended Complaint and have made claims against the Knauf Defendants regarding the alleged presence of defective Chinese drywall installed in their property located at 451 Linda Drive, Biloxi, Mississippi 39531 (the "Property").

12. The Bogards were deposed on August 22, 2019. (*See* Deposition of Ronald Ray Bogard ("R. Bogard Depo.") and Deposition of Leslie Susan Bogard ("L. Bogard Depo.")).

13. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, an Owner Disclosure Affidavit, and a Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

14. The Bogards completed and signed the Plaintiff Profile Form ("PPF") on February 29, 2016, under penalty of perjury, and testified to the accuracy of its content. (Ex. A, PPF, Exhibit 1 to R. Bogard Depo.; R. Bogard Depo. at 11:23-25, 12:1-18).

15. The Bogards completed and Ronald Bogard signed the Supplemental Plaintiff Profile form ("SPPF") on March 26, 2018, under penalty of perjury, and testified to the accuracy

of its content. (Ex. B, SPPF, Exhibit 2 to R. Bogard Depo.; R. Bogard Depo. at 12:19-25, 13:1-25, 14:1-16).

16.     The Bogards completed and signed the Plaintiff Fact Sheet ("PFS") on January 19, 2019, under penalty of perjury, and testified to the accuracy of its content. (Ex. C, PFS, Exhibit 3 to R. Bogard Depo.; R. Bogard Depo. at 14:17-25, 15:1-25, 16:1-25, 17:1-7).

17.     The Bogards initially purchased the Property in a damaged state post-Hurricane Katrina on February 3, 2006. (R. Bogard Depo. at 20:1-22, 23:3-11; Ex. B, Attachment 1, 02/03/2006 Settlement Statement).

18.     The Property was purchased for their daughter, who "needed a bigger house." (R. Bogard Depo. at 20:10).

19.     After remodeling the Property, the Bogards transferred ownership of the Property to their daughter on May 22, 2006. (R. Bogard Depo. at 23:24-25, Ex. B, Attachment 2, 05/22/2006 Warranty Deed).

20.     The Bogards repurchased the Property from their daughter on February 22, 2013. (R. Bogard Depo. at 21:3-25; Ex. B, Attachment 7b, 02/22/2013 Settlement Statement; Ex. D, Warranty Deed, Exhibit 4 to R. Bogard Depo.).

21.     The Bogards testified that they repurchased the Property from their daughter because their daughter's family was continuously sick due to an environmental problem with the Property, and because their daughter could not afford to get another house if they did not repurchase the Property from her. (R. Bogard Depo. at 21:7-12, 64:4-11, 65:14-20, 76:9-11; L. Bogard Depo. at 6:20-25, 7:1-22; Ex. B, Timeline History).

22. The Bogards stated that, prior to repurchasing the Property, they had a mold test completed and, once it came back negative, they decided that their daughters' children needed to move out of the Property. (R. Bogard Depo. at 64:7-11).

23. The Bogards did not have an inspection completed prior to repurchase of the Property "as-is." (R. Bogard Depo. at 22:1-9).

24. The Bogards took no further steps to investigate the environmental problem in the Property after they received the mold test results, neither prior to repurchase nor in the three years following repurchase. (Ex. A at 2).

25. Ronald Bogard testified that he was aware of Chinese drywall in 2013. (R. Bogard Depo. at 17:8-19).

26. The Bogards have never lived on the Property. (R. Bogard Depo. at 29:8-9).

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:   (504) 556-5549
Facsimile:   (504) 310-0275
Email:         kmiller@fishmanhaygood.com
Email:         pthibodeaux@fishmanhaygood.com
Email:         ddysart@fishmanhaygood.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**