UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14-cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Partial Motion for Summary Judgment as to the claims filed by Edward J. Laremore:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. Edward J. Laremore is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 7018 Pilgrim Court, Labelle, Florida 33935 (the "Property").

1

6. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

7. Edward J. Laremore completed and submitted a PPF, SPPF, PFS.[1] The documents were completed under penalty of perjury.

8. Edward J. Laremore was deposed on June 18, 2019, and had twenty-one (21) days to supplement documents.

9. In part, Laremore asserted claims in his submissions for loss of use and loss of enjoyment of the Property in the amount of $300,000.

10. Laremore's sole support for his loss of use and loss of enjoyment claim is the assertion that "$300,000 in loss of use/loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf defendants."[2]

11. Laremore does not occupy, and has never occupied, the Property; instead, he rents it out for income.[3]

12. Laremore has only visited the Property one time around eight to ten years ago.[4]

---

[1] Exhibit A, Plaintiff's Submissions.
[2] *See* Exhibit A, Laremore SPPF at p. 9; Exhibit C, Deposition of Laremore at 21: 1-5.
[3] Exhibit C, Deposition of Laremore, at 29:20-22; 44:8-15.
[4] *Id.* at 44:19-22.

13. Laremore has a history of purchasing properties as investments,[5] and he purchased the Property as an investment Property with plans to flip it.[6]

14. Due to the economic downturn in 2008, Laremore chose to rent out the Property instead of flipping it.[7]

15. When Laremore believed that the value of the Property increased, he listed the Property for sale in July 2017 and had the tenant move out because of the sale.[8]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0279
Email:    kmiller@fishmanhaygood.com
***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co, Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

---

[5] *Id.* at 35:19-25.
[6] *Id.* at 29:10-13; 70:1-9.
[7] *Id.* at 70:1-9.
[8] *Id.* at 56:5-6; 71:5-16.