```
          UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


                    MDL 2047
                   SECTION "L"
                JUDGE ELDON FALLON
          MAGISTRATE JOSEPH WILKINSON, JR.



  IN RE: CHINESE MANUFACTURED
  DRYWALL PRODUCTS LIABILITY
  LITIGATION

  This document relates to:
  Elizabeth Bennett, et al v. Gebr, Knauf
  Verwaltungsgesellschaft, KG, et al

  Case No. 14-cv-2722



                    *******

                   DEPOSITION
                      OF
                RACHEL SCHOERNER

       taken at Brooks Court Reporting,
              1520 29th Avenue,
            Gulfport, Mississippi
      on Tuesday, December 17, 2019,
   beginning at approximately 11:04 a.m.

  ****************************************

            Angela Dawn Dillard, CCR
        Certified Court Reporter, #1763
```

```
 1        Q.    Tell me about the property that we're
 2   here for today, what was the address?
 3        A.    451 Linda Drive and it was in Biloxi.
 4        Q.    Okay.  And when did you purchase the
 5   property?
 6        A.    I purchased it in 2006.
 7        Q.    And when you purchased the property in
 8   2006 you moved into it?
 9        A.    I moved in in May.
10        Q.    Okay.  When did you purchase the
11   property?
12        A.    I don't remember but it was in '06.
13        Q.    On Exhibit 4, the Plaintiff Fact Sheet,
14   you indicated that you purchased it on May 22,
15   2006?
16        A.    Okay, yes.
17        Q.    All right.  And so you would have moved
18   in shortly thereafter?
19        A.    Yes.
20        Q.    All right.  When you purchased the
21   property how much did you purchase it for?
22        A.    $180,000.
23        Q.    All right.  Was there an appraisal done
24   on the property before you purchased from your
25   parents?
```

```
 1        A.   Yes.
 2        Q.   All right.  Tell me why was there an
 3   appraisal done in February of 2012 about a year
 4   before you transferred it back to your parents?
 5        A.   I don't know.  I don't remember why we
 6   did it.
 7        Q.   Okay.  Let me ask you this question.
 8   When you -- well, if you sold the property in
 9   February of 2013 --
10        A.   Uh-huh (affirmative).
11        Q.   -- did you move out at the time of the
12   sale or did you move out prior to?
13        A.   I think I moved out right after the
14   sale.
15        Q.   Okay.
16        A.   I think it was right after the sale.
17        Q.   All right.  And when you moved out where
18   did you move to?
19        A.   Into -- it's called Villa Tuscano.  We
20   had a home built, one of the custom, or like from
21   D.R. Horton.
22        Q.   Okay.  It was a new home?
23        A.   It was.
24        Q.   And did you purchase that property
25   before or after the sale to your parents?
```

```
 1      Q.   Okay.  And did anyone ever tell you
 2   during the time periods in 2006 to 2013 when you
 3   were living at the property and you were
 4   experiencing issues that it may have anything to
 5   do with Chinese drywall?
 6      A.   No.
 7      Q.   Okay.  Did you ever seek to have a
 8   Chinese drywall inspection done on your house
 9   between 2006 and 2013 when you were experiencing
10   these issues?
11      A.   No.
12      Q.   Okay.  Did anyone indicate to you that
13   that's something that you may want to do?
14      A.   No.
15      Q.   All right.  Were you aware that there
16   was a Chinese drywall settlement in 2011?
17      A.   No.
18      Q.   All right.  Were you aware that there
19   was a MDL proceeding in Louisiana regarding
20   Chinese drywall?
21      A.   No.
22      Q.   Other than the news, was your father
23   aware of Chinese drywall in his construction
24   business that he ever talked to you about?
25      A.   No.
```

1          **MR. DOYLE:**  Objection, form of the
2     question.  You can answer.
3          A.   The doctors said it was something in our
4     environment.  Everything that I was doing was not
5     working and so we just decided that I needed to
6     get out of the house.
7     **BY MR. DYSART:**
8          **Q.   And did your sons continue to suffer**
9     **from asthma and skin issues when you moved out of**
10    **the property?**
11         A.   For about a month.  And after that they
12    don't -- they do not have asthma or skin issues
13    anymore.
14         **Q.   On the Plaintiff Profile Form, Exhibit 2**
15    **to the deposition, you indicated that Chinese**
16    **drywall was determined by Ronald Bogart on**
17    **February 25, 2016; is that accurate?**
18         A.   Yes.
19         **Q.   Okay.  So at the time your father**
20    **determined Chinese drywall you would have also**
21    **learned at that time?**
22         A.   Yes, somewhere around there.
23         **Q.   I think in the Plaintiff Fact Sheet you**
24    **indicated -- excuse me, this is Exhibit 3 to the**
25    **deposition, Supplemental Plaintiff Profile Form,**

```
 1    you indicated on page 2 that you learned of
 2    Chinese drywall in February 2016?
 3         A.   Correct.
 4         Q.   And at the time that you transferred the
 5    property in 2013 to your parents did you execute
 6    any assignment of claims at that time?
 7         A.   No.
 8         Q.   The only assignment of claims that you
 9    would have assigned to your parents would have
10    been the one that you executed on December 13,
11    2019?
12         A.   Uh-huh (affirmative).
13         Q.   Which have been attached as Exhibit 5 --
14         A.   Yes.
15         Q.   -- to this deposition?  Okay.
16              I think you've indicated this a couple
17    of times in regard to other questions, but your
18    testimony is that you did not know that Chinese
19    drywall was in the property until February of
20    2013, right?  We just went over that, the
21    inspection date?
22         A.   No, 2016.
23         Q.   I'm sorry, 2016?
24         A.   Yes.
25         Q.   Thank you.  So during the time you owned
```

```
 1  attorney but I didn't know they were doing any
 2  kind of claim until she needed to gather receipts
 3  and stuff.
 4       Q.   Okay.  And then subsequent to that you
 5  executed the assignment which was four days ago?
 6       A.   Yes.
 7       Q.   All right.  And the first action filed
 8  for you in this case, this is Exhibit 5 to the
 9  deposition, and you would have first filed your
10  claims on October 7, 2019?
11       A.   I spoke with I think it's Mr. Doyle back
12  in, I guess, October and he talked to me about
13  wanting to file the claim.  And he had been
14  sending paperwork to me, I guess, for months and
15  he had the wrong e-mail address.  So then he
16  reached out to my parents to get my information
17  correct.
18       Q.   All right.  And do you have any reason
19  to dispute that in the agreement you executed
20  that the first claims filed by you was on October
21  7, 2019 in this case?
22       A.   No.
23       Q.   All right.
24            MR. DYSART:  At this time I'm going to
25    stop the deposition.  I'm going to reserve the
```