UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
<u>ON CLAIMS ASSERTED BY RACHEL RENEE SCHOERNER</u>**

Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things. (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence. (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence. (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

6. The Fifth Amended Complaint was filed on May 14, 2018.

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

1

8. Plaintiff, Rachel Renee Schoerner ("Schoerner"), first appeared in the Complaint on October 31, 2019, after moving to intervene as a claimant on October 7, 2019. (Rec. Docs. 22334, 22357, 22358).

9. The Fifth Amended Complaint is the operative complaint in this matter.

10. Schoerner ("Plaintiff" or "Schoerner") is a plaintiff in the operative Fifth Amended Complaint and has made claims against the Knauf Defendants regarding the alleged presence of defective Chinese drywall installed in her former property located at 451 Linda Drive, Biloxi, Mississippi 39531 (the "Property").

11. Schoerner deposed on December 17, 2019. (*See* Deposition of Rachel Renee Schoerner ("Schoerner Depo.")).

12. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, an Owner Disclosure Affidavit, and a Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

13. Schoerner submitted, under penalty of perjury, a Plaintiff Profile Form ("PPF") bearing her signature and dated December 13, 2019. (Ex. A, PPF, Exhibit 2 to Schoerner Depo.).

14. Schoerner submitted, under penalty of perjury, a Supplemental Plaintiff Profile Form ("SPPF") bearing her signature and dated December 12, 2019. (Ex. B, SPPF, Exhibit 3 to Schoerner Depo.).

15. Schoerner submitted, under penalty of perjury, a Plaintiff Fact Sheet ("PFS") bearing her signature and dated December 12, 2019. (Ex. C, PFS, Exhibit 4 to Schoerner Depo.).

16. On December 13, 2019, Schoerner executed an Assignment of Claims & Retention of Rights Agreement (the "Assignment"). (Ex. D, Assignment, Exhibit 5 to Schoerner Depo.).

17. Schoerner purchased the newly renovated Property on May 22, 2006. (Schoerner Depo. at 16:1-16; Ex. A at 1; Ex. B at 2).

18. Schoerner sold the Property on February 22, 2013. (Ex. B at 2; Ex. D at 1).

19. Schoerner moved out of the Property around the time of the sale on or around February 22, 2013. (Schoerner Depo. at 20:7-16).

20. Schoerner maintains that Chinese drywall was installed on the Property in 2006 and was in the Property the entirety of her ownership/possession. (Ex. B at 2; Ex. C at 3).

21. Schoerner did not investigate whether the Property contained Chinese drywall while she was an owner of and/or residing at the Property. (Schoerner Depo. at 47:7-11).

22. Schoerner alleges—and the documents submitted on her behalf support—that she was informed that the Property was contaminated with Chinese drywall on or around February 25, 2016 after an inspection was performed. (Schoerner Depo. at 54:14-25, 55:1-24; Ex. A at 2; Ex. D at 1).

23. Schoerner testified—and the documents submitted on her behalf support—that she first filed claims in this action on October 7, 2019. (Schoerner Depo. at 67:7-22; Ex. D at 1-2; Rec. Docs. 22334, 22357, 22358).

24. On December 13, 2019, Schoerner executed the Assignment, which pertains to the sale of the Property that took place on February 22, 2013. (Ex. D).

25. In the Assignment, Schoerner, as Seller, "assigns her entire interest in all compensable claims in the existing *Bennett* case, described herein, both pecuniary and non-pecuniary in nature, for all damages that may have accrued since the sale of this property in 2013;" and "Seller [] retain[s] the right to pursue all pecuniary and non-pecuniary damages that relate to personal property damage, loss of use, loss of enjoyment, punitive damages, statutory attorney's

3

fees, and costs associated with prosecution of legal claims and all other relief that a court and/or jury may deem appropriate[.]" (Ex. D at 2).

26. In the Assignment, "Buyers … possess a one hundred percent (100%) interest in all remediation-related compensatory claims possessed by Seller at the time of sale in 2013;" and "Buyers [are] assigned all other damages possessed by Seller on the date of this assignment that have arisen since the sale of this property in 2013, including, but not limited to, alternative living expenses since 2013, personal property damage since 2013, loss of equity, diminution of value, and loss of use and enjoyment since 2013, and any other damages a court or jury may deem appropriate at trial[.]" (Ex. D at 2).

        Respectfully submitted,

        **FISHMAN HAYGOOD, L.L.P.**

        */s/ Kerry J. Miller*
        **KERRY J. MILLER (#24562), T.A.**
        **PAUL C. THIBODEAUX (#29446)**
        **DANIEL J. DYSART (#33812)**
        201 St. Charles Avenue, 46TH Floor
        New Orleans, LA  70170
        Telephone:   (504) 556-5549
        Facsimile:   (504) 310-0275
        Email:   kmiller@fishmanhaygood.com
        Email:   pthibodeaux@fishmanhaygood.com
        Email:   ddysart@fishmanhaygood.com

        ***Counsel for the Knauf Defendants***

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

                                */s/ Kerry J. Miller*
                                **KERRY J. MILLER**