Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Exhibit
Exhibit No.: 4
Name: B. Robbins
Date: 8-8-19
ESQUIRE

For Internal Use Only
File No.

Date Received:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall Products Liability Litigation

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

This Document Relates to:

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

***Section I. Claimant and Property Information***

Name of Claimant: Byron W Robbins
First Name | M.I. | Last Name | Suffix

Fern L Robbins
Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix

Business/Entity Name (if applicable)

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

421 Chelsea Place Avenue
Address 1

Ormond Beach | FL | 32174
City | State | Zip Code

Is the Property residential or commercial? Residential

Name of Person Completing this Form: Byron | W | Robbins
First Name | M.I. | Last Name | Suffix

Mailing Address (if different):

Address 1 | Address 2

City | State | Zip Code

Phone Number of Person Completing This Form: (856) 305 - 2766

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 5 / 8 / 2017

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: ______ / ______ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 1 / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ______ / ______ / ______

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

***Section III. Product Identification and Evidence Retention***

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

***Section IV. Bankruptcy, Foreclosure or Short Sale***

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: ______________________________

Date of filing: ______ / ______ / ________
Month Day Year

Docket No.: ______________________________

Present Status: ______________________________

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? ______________________

Lender's name: ______________________

Loan Number: ______________________

Original Loan/Mortgage Amount: $______________________

Date of Original Loan/Mortgage: ______ / ______ / ______
Month Day Year

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $______________________

Date of Foreclosure or Short Sale: ______ / ______ / ______
Month Day Year

Short Sale Price (if applicable): $______________________

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

---

***Section V. Already Remediated Property***

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

______________________

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): ______________________

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$______________________

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _______/__________

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_______________________________________________

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_______________________________________________

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

---

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: ______________________________

Amount of payments received: $ ______________________

Source: ______________________________

Amount of payments received: $ ______________________

Source: ______________________________

Amount of payments received: $ ______________________

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: ______________%

Attach documents reflecting the total amount you received from the source(s)

---

***Section VII. Other Damages***

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$____________________

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 64,609.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$____________________

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

***Section VIII. "Under Air" Square Footage***

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: ______________________________________________

Change: ______________________________________________

Date: ______________________________________________

Change: ______________________________________________

Date: ______________________

Change: ______________________

***Section IX. Verification of Supplemental Plaintiff Profile Form***

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Byron W. [signature]
Claimant's signature

3/29/18
Date signed

Name: Byron W. Robbins

Address: 421 Chelsea Place Ave
Address 1 / Address 2

Ormond Beach, FL 32174
City / State / Zip Code

Phone No.: (856) 305-2766

Email: bwfl@comcast.net

# Exhibit

Additional Evidence of Chinese Drywall on Property

Notes:

See receipt from HVAC company. Our second HVAC unit wasn't working properly. See in recommendations section the following comment: "Problems strongly could be related to causes in wiring from Chinese sheetrock"

Also see photographs of surround speaker wires hanging out of wall in our living room

Loss of use and/or loss of enjoyment

Stress was caused from not knowing the truth about the presence of Chinese Drywall in our home. This caused us months of sleepless nights (April/May of 2017) and January to present (3/29/18). We were on a regimen of various over the counter sleep aids. Fern (Robbins) also took 0.5 mg of Lorazepam as per her doctor. Loss of enjoyment $50,000

Personal Property Damaged to be replaced

Professional series over the range counter micro wave. Replacement $629 (presently does not work)

Double electric convection wall oven. Replacement $2,339 (only partially works)

Garage door opener. Replacement $188 (only partially works)

Surround sound system $3,110. (Wires corroded)

<u>Personal Property Damaged replaced or repaired</u>

Bosch dishwasher $943

5 ton. HVAC unit $7,000

Repair of 3 ton HVAC. $400

Total $64,609

This total does not include cost of remediation of approximately 10,000 sg feet of Chinese drywall and electrical and plumbing repairs. COST????

speaker wires in living room
ends corroded - see black

Speaker wires in living room
ends corroded - see black



Shop Frigidaire Professional 1.8-cu ft Over-the-Range Convection Mic...of Stainless Steel) (Common: 30-in; Actual: 29.875-in) at Lowes.com 3/29/18, 5:41 PM

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >

LOWE'S
Open until 10PM!
Ormond Beach Lowe's

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

**Item #** 669030 **Model #** FPBM3077RF

# Frigidaire Professional 1.8-cu ft Over-the-Range Convection Microwave with Sensor Cooking Controls (Smudge-Proof Stainless Steel) (Common: 30-in; Actual: 29.875-in)

544 Ratings

4.5 Average

87%

Recommend this product

Community Q&A

**View Now**

$629.00 Was $699.00

**SAVE 10% thru 04/04/2018**

- 1.8-cu ft capacity and a 14.18-in turntable ensure even cooking and provide room to...
- 1050-watts provides the power to heat everything from hot chocolate to casseroles
- Smudge-Proof™ stainless steel exterior reduces fingerprints, making it easier to...

**Lowe's Extended Protection Plans**

| 5 YEAR: $119.97 | 3 YEAR: $79.97 |
|---|---|

**Ships to Store FREE**

Ready for pickup: Estimated by 04/19/2018

**FREE Delivery**

Ready for delivery: Estimated on 04/19/2018

https://www.lowes.com/pd/Frigidaire-Professional-1-8-cu-ft-Over-the...mudge-Proof-Stainless-Steel-Common-30-in-Actual-29-875-in/50374128 Page 1 of 8

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >

LOWE'S
Open until 10PM!
Ormond Beach Lowe's

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

**Item #** 489713 **Model #** WOD93EC0AS

# Whirlpool Self-Cleaning Convection Double Electric Wall Oven (Stainless Steel) (Common: 30 Inch; Actual: 30-in)

323 Ratings

4.0 Average

79%
Recommend this product

Community Q&A
View Now

ENERGY GUIDE

Includes oven only; Installation available for additional fees; Contact local store for availability

**$2,339.00** Was $2,599.00

**SAVE 10% thru 04/04/2018**

- AccuBake Temperature Management System surrounds food with even...
- True convection cooking system delivers exceptional results and faster baking on...
- Rapid preheat option preheats the oven 25% faster and saves time and energy

**Manufacturer Color/Finish**

Stainless Steel

**Common Oven Size**

30 Inch

**Lowe's Extended Protection Plans**

5 YEAR: $229.97 | 3 YEAR: $129.97

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >

Open until 10PM!
Ormond Beach Lowe's

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

**Item #** 737050 **Model #** 7055-TKV

# Genie 1.25-HP Ultra Quiet, Stealthdrive Belt Drive Garage Door Opener with Battery Back-Up

166 Ratings
4.5 Average

94%
Recommend this product

Community Q&A
**View Now**

**$188.00**

- Integrated backup battery operates opener when your power goes out
- Belt drive provides maximum quiet for garage located near living areas
- Pre-programmed remotes are ready to use with no programming necessary

**Lowe's Replacement Plans**

| 1 YEAR: $19.97 | 2 YEAR: $24.97 |
|---|---|

**FREE Store Pickup**

4 available today at Ormond Beach Lowe's!

**Shipping & Delivery**

Available!

Bosch Dishwasher replacement

**CUSTOMER COPY**

LOWE'S

**INSTALLATION SERVICES CUSTOMER CONTRACT - APPL - DISHWASHERS**

| | |
|---|---|
| LOWE'S OF ORMOND BEACH, FL, STORE # 742 | STORE PHONE: (386) 671-9112 |
| 1340 WEST GRANADA BLVD | SALESPERSON: PHILLIP SOLANO JR. |
| ORMOND BEACH, FL 32174-5917 | SALESPERSON ID: 1628870 |
| | Document Print Date : 11/27/2017 |

This is only a Quote for the merchandise and services printed below. This becomes an agreement upon payment and issuance of a Lowe's receipt, upon which the entire agreement, including the specifically completed pages of this document, the Terms and Conditions included with this document, the applicable portion(s) of Lowe's receipt, and any other addenda or attachments hereto, shall be referred to herein as this "Contract."

**PLEASE READ THIS ENTIRE DOCUMENT, INCLUDING THE "TERMS AND CONDITIONS," BEFORE SIGNING.**

**Lowe's Registration or Contractor License Number / Lowe's Contractor Name**

Florida Contractor License Number CGC1508417

| SOLD TO | | | |
|---|---|---|---|
| | Customer Name<br>**BYRON ROBBINS** | | Home Phone<br>**856-305-2766** |
| | Customer Address<br>**421 CHELSEA PL DR** | | Other Phone |
| | City<br>**ORMOND BEACH** | State / Province<br>**FL** | Zip / Postal Code<br>**32174** |
| | Installation Address<br>**421 CHELSEA PL DR** | | |
| | Installation City<br>**ORMOND BEACH** | Installation State/Province<br>**FL** | Installation Zip/Postal Code<br>**32174** |

## MERCHANDISE AND INSTALLATION SUMMARY

### MERCHANDISE SUMMARY

12253 : 98524 : STK : 8-FT UNIV DW FILL HOSE : 8-FT UNIV DW FILL HOSE : EZ-FLO INTL IMPORT INC - QTY 1

82359 : L304458800 : STK : SC COUNTERTOP DSHWSHR MOUNT KIT : UNIVERSAL DISHWASHER MOUNTING KIT (COUNTERTOP MOUNT) (METAL) : ELECTROLUX - QTY 1

575623 : 32028 : STK : 6-FT DISHWASHER CORD KIT : 6-FT DISHWASHER CORD KIT : JIANGTONG SOUTHERN LIMITED - QTY 1

731576 : STK : 3YR EPP MAJ APPL $400-699.99 : 3YR EPP MAJ APPL $400-699.99 - QTY 1

814059 : SHE863WF2N : STK : BSH DW SHE863WF2N (-498134) : BSH DW SHE863WF2N (-498134) - QTY 1

| Materials Price | $ 793.91 |
|---|---|

Labor 149 total #942.91

**CUSTOMER COPY**

## INSTALLATION DESCRIPTION

| | |
|---|---|
| Existing Plumbing and Electrical : Yes | Dimensions Customer Is Interested In : 814059 |
| Extend Electrical Lines Charge : None | Move or Extend Plumbing Supply Charge : None |
| Braided Supply Line : Yes | Countertop Type : Yes |
| Flooring Type : None/Not Applicable | Customer Understands Scope of Electric Project : Yes |
| Permit Required : No | Additional Miles Traveled Over 20 : 0 |
| Bring Up To Code Description : None | Describe Other Work Needed : None |
| Comments : No Comment | |

| | |
|---|---|
| **Labor Charges** | **$ 149.00** |
| **Detail Deduction** | **-$ 0.00** |

## Additional Specifications:

Notation: Lowe's will not make structural modifications, remove cabinetry to accommodate new appliance, or upgrade electrical service.

**Additional Specifications:** Federal law requires Lowe's to provide you with the pamphlet *Renovate Right: Important Lead Hazard Information for Families, Child Care Providers and Schools.* By signing this Contract, Customer acknowledges having received a copy of this pamphlet before work began informing Customer of the potential risk of the lead hazard exposure from renovation activity to be performed in Customer's dwelling unit.

**PHOTO RELEASE:** Customer grants to Lowe's and Lowe's employees and independent contractors the right to take photograghs of the Premises where Installation Services will be performed and all work performed at the Premises related to this Contract, and irrevocably grants to Lowe's all right, title, interest in and to the photographs for use in all markets and media, worldwide, in perpetuity. Customer authorizes Lowe's to copyright, use and publish the photographs in print and/or electronically, and agrees that Lowe's may use such photographs for any lawful purpose, including, but not limited to, marketing, advertising, publicity, illustration, training and Web content. By initialing here, Customer agrees to the foregoing X_______________ [Customer to initial to the left].

**NOTICE TO CUSTOMER-PRICE CALCULATIONS:** In order to properly perform the installation of certain Goods, the Contract Price may include more Goods than actually will be installed based on the measured square footage of the Project Area. As a result, the parties agree that the lump-sum Price stated in this Contract is calculated upon both the value of the estimated Goods required to fulfill the Contract (including waste), which may exceed the actual square footage of the Project Area, and the labor which may be estimated based on the amount of Goods required to fulfill the contract (including waste). By signing this Contract below, Customer acknowledges receipt of this notice and agrees and understands that the Price includes these costs which may not be refunded once the Installation Services are performed..

**NOTICE OF ARBITRATION AGREEMENT**
This Contract provides that all claims by Customer or Lowe's will be resolved by BINDING ARBITRATION. Customer and Lowe's GIVE UP THE RIGHT TO GO TO COURT to enforce this Contract (EXCEPT for matters that may be taken to SMALL CLAIMS COURT). Lowe's and Customer's rights will be determined by a NEUTRAL ARBITRATOR and NOT a judge or jury. Lowe's and Customer are entitled to a FAIR HEARING. But the arbitration procedures are SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT. Arbitrator decisions are as enforceable as any court order and are subject to VERY LIMITED REVIEW BY A COURT. FOR MORE DETAILS: Review the section titled ARBITRATION AGREEMENT, WAIVER OF JURY TRIAL AND WAIVER OF CLASS ACTION ADJUDICATION found in the Terms and Conditions of this Contract.

## TOTAL CHARGES OF ALL MERCHANDISE AND SERVICES

*where applicable

| | |
|---|---|
| SUB-TOTAL | $ 942.91 |
| *TAX | $ 0.00 |
| DELIVERY | $ 0.00 |
| ORDER TOTAL | $ 942.91 |
| BALANCE DUE | |

Work is to commence upon reasonable availablity of Contractor which is anticipated to be 12/6/2017 [fill in date].

Estimated completion date is 1/10/2018 [fill in date].

### NOTICE TO CUSTOMER

All items listed in this contract and specification sheet(s) are to be installed under conditions agreed upon at time of purchase and at the price appearing on this contract form. This assumes sound existing substructures, superstructure and points of attachments. Extra labor or material incident to installation necessitated by defective substructures, superstructure, points of attachment, or the moving of fixtures or appliances to be billed at extra cost to customer. DO NOT SIGN THIS CONTRACT UNTIL COMPLETE AND YOU HAVE READ THE TERMS AND CONDITIONS OF THIS CONTRACT. BY SIGNING BELOW, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONTRACT. YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME OF SIGNATURE.

**NOTICE TO OWNER:-ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001- 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND SERVICES AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THOSE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.**

WITNESS OUR HAND(S) AND SEAL(S) BELOW THIS 27th DAY OF Nov. 2017.

Lowe's Home Centers, LLC

5 Ton HVAC replaced

PO BOX 2516
Ormond Beach, FL 32175

State Certified Lic. # CAC1816404

www.mycentralheatandair.info

6727

# HVAC Service Order Invoice

Volusia 386-265-5907 | Flagler 386-597-7877 | West Volusia 386-873-4990

LAST: Robbins FIRST: Byron

STREET: 421 Chelsea Place Ave. DATE: 8/7/17

CITY: Ormond Beach, Fl 32174

PHONE: 856-825-0434 TIME IN: 9:30

TECHNICIAN: Michael / Brian TIME OUT: 1:30

WORK TOBE PERFORMED: Install

## DESCRIPTION OF WORK PERFORMED

Removed old Chinese system. Flush copper lines sets with R11 and N2 - Flush drain line - install new Heat pump system. w/ 21/25 filter rack and 5" media filter - SS1 float switch and inline filter dryer. Retrofit duct - clean lines and plenum - tidy-ups - outside - Up to all parts - Drains taken - Tested in heat and cool all good -

## CONDENSER / AIR HANDLER

| CONDENSER | AIR HANDLER |
|---|---|
| MAKE: Rheem | MAKE: Rheem |
| M#: RP1560AJ1NA | M# RH1VF024 STANJA |
| S# W2917145 57 | S# W281716390 |

## RECOMMENDATIONS

60 AHU 50 C.O. - Ready for inspection

## WORK PERFORMED

| CONDENSING UNIT | | FURNACE / ELEC. HTR | |
|---|---|---|---|
| RPLCD UNIT | ✓ | RPLCD UNIT | ✓ |
| RPLCD COMPRESSOR | | RPLCD GAS VALVE | |
| RPLCD MOTOR | | CHNGD MOTOR | |
| CHECKED CHARGE | | CHECKED MOTOR | |
| ADD REFRIGERANT | | RPLCD THERMOCOUPLE | |
| CLND COILS | | CLND BURNERS | |
| LEAK CHECK | | CLND BLOWER | |
| LEAK REPAIRED | | RPLCD LIMIT SWITCH | |
| RPLCD FUSE / BREAKER | | CK/REPLACE HEATER | |
| INSTALL DISCONNECT | | LIT PILOT | |
| RPRD WIRING | | RPRD WIRING | |
| RPLCD CONTACTOR | | RPLCD TRANSFORMER | |
| RPLCD CAPACITOR | | RPLCD CAPACITOR | |
| RPLCD RELAY | | ADJUSTMENT | |
| ADJUSTMENT | | CO TEST | |
| NEW FILTER/DRIER | | SERVICE HOUSING | |
| DUCT | | EVAPORATOR COIL | |
| ADJUSTED | ✓ | RPLCD UNIT | |
| INSTALLED | | RPRD LEAK | |
| CHECKED | ✓ | SEAL | |
| THERMOSTAT | | RPLCD EXP. DEVICE | |
| ADJUSTED | | CLND COIL | |
| REPLACED | ✓ | CLND DRAIN | ✓ |
| FILTER | | RPLCD FAN | |
| CLEANED | | RPLCD PVC | |
| REPLACED | ✓ | INSTALL SAFETY SWITCH | ✓ |

## SITE INFORMATION

| COMPRESSOR | COMPRESSOR |
|---|---|
| SUCTION 145 PSI | CLEAN COIL & CHECK FIN |
| HEAD 375 PSI | COND ENT 115 °F LVG 85 °F |
| VOLTS 244.7 AMP | OIL LEVEL & CONDITION 1.97 |
| ELECTRICAL CONNECTIONS | FAN AND MOTOR |
| CONTACTS TIGHT & CLEAN ✓ | VOLTS 5.77 AMPS .8 |
| FAN AND MOTOR | ELECTRICAL CONNECTIONS |
| VOLTS 247 AMPS 8 | CONTACTS TIGHT & CLEAN |
| ELECTRICAL CONNECTIONS | FAN PULLEY (ADJUST BELT) |
| CONTACTS TIGHT & CLEAN | CHECK LUBE BEARINGS & MOTOR |
| FAN PULLEY (ADJUST BELT) | EVAPORATOR COIL |
| CHECK LUBE BEARINGS & MOTOR | CLEAN COIL & CHECK FILL |
| CONDITION OF EQUIPMENT | COOLING ENT WB 80 °F |
| NEW ✓ GOOD | LBF DB 60 °F |
| FAIR POOR | HEATING ENT DB 80 °F |
| | LBF WB 101 °F |

## ENVIROMENTAL CHECKLIST

| | QTY | TYPE/POSITION |
|---|---|---|
| RECOVERED | | |
| RECYCLED | | |
| RECLAIMED | | |
| RETURNED | | |
| DISPOSAL | | |
| CHANGED OUT REPLACED | | |
| TOTAL | | |

I HAVE AUTHORITY TO ORDER THE WORK OUTLINED AND AGREE TO THE TERMS FOR PAYMENT

Customer Initial ______ Company Rep. ______

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT | HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | REFRIGERANT LBS | | | | | | |
| | FILTER X X | | | | | | |
| | | | | | Service Call | 59.95 | |
| | | TOTAL MAT. | 7600 | | | TOTAL LABOR | |

We Accept: Terms Due Upon Completion

C.C. IMPRINT

## TOTAL SUMMARY

| | | |
|---|---|---|
| MATERIALS | | |
| LABOR | | |
| TRAVEL CHARGE | | |
| TAX | | |
| DISCOUNT | | |
| SR DISCOUNT | | |
| TOTAL | 7600 | |

## METHOD OF PAYMENT

☐ CASH ☒ CHECK # 7110

☐ DL#

CREDIT CARD ☐ MC ☐ VISA ☐ AMEX ☐ DISC
3 Digit

EXP. DATE / ZIP HOUSE #

C.C. #

LIMITED WARRANTY: All materials, parts, and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, expressed or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company. Furthermore, mold is excluded as a liability for the above named company as it is the homeowners sole responsibility to properly maintain equipment, filtration products, and temperature setting within the home at all times.

☒ REGULAR ☐ WARRANTY ☐ SERVICE CONTRACT

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/ materials furnished until final payment is made. If payment is not made as agreed. Seller can remove said equipment/ materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/ Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller. I agrees to indemnify and hold harmless the above company and it's agents from any claims arising from services performed which has been satisfactorily completed.

For Byron Robbins

Customer Signature [signature] Date 8/4/17

3 Ton HVAC repaired

PO BOX 2516
Ormond Beach, FL 32175

State Certified Lic. # CAC1816404

www.mycentralheatandair.info

Central
heat&air
IMPROVING YOUR WORLD

6933

# HVAC Service Order Invoice

Volusia 386-265-5907 Flagler 386-597-7877 West Volusia 386-873-4990

| | |
|---|---|
| LAST: Robbins | FIRST: |
| STREET: 421 Chelsea Place Ave | DATE: 3/27/18 |
| CITY: Ormond Beach, Fl 32174 | |
| PHONE: 856-305-2766 | TIME IN: |
| TECHNICIAN: Michael | TIME OUT: |
| WORK TO BE PERFORMED: Svc | |

## DESCRIPTION OF WORK PERFORMED

Removed condensing unit & new ... also replaced Schrader valves and added R4/OA ... Also updated thermostat w/ Honeywell ... Replaced three ... in condenser unit. Tested all good —

## CONDENSER

| | |
|---|---|
| MAKE: | Carrier |
| M#: | 2.0 |
| S#: | 2006 |

## AIR HANDLER

| | |
|---|---|
| MAKE: | Carrier |
| M#: | 20 |
| S#: | 2006 |

## RECOMMENDATIONS

Problems ... could be related to ... in ... from Chinese sheetrock

I HAVE AUTHORITY TO ORDER THE WORK OUTLINED AND AGREED TO THE TERMS FOR PAYMENT

Customer Initial ______ Company Rep. ______

## WORK PERFORMED

| CONDENSING UNIT | | FURNACE/ELEC. HTR | |
|---|---|---|---|
| RPLCD UNIT | | RPLCD UNIT | |
| CHNGD COMPRESSOR | | RPLCD GAS VALVE | |
| CHNGD MOTOR | | CHNGD MOTOR | |
| ADJ CHARGE | | CHECKED MOTOR | |
| ADD REFRIGERANT | \ | RPLCD THERMOCOUPLE | |
| CLND COILS | | CLND BURNERS | |
| LEAK CHECK | \ | CLND BLOWER | |
| LEAK REPAIRED | \ | RPLCD LIMIT SWITCH | |
| RPLCD FUSE/BREAKER | | CRACK/PLACE HEATER | |
| INSTALL DISCONNECT | | LIT PILOT | |
| RPRD WIRING | \ | RPRD WIRING | |
| RPLCD CONTACTOR | \ | RPLCD TRANSFORMER | |
| RPLCD CAPACITOR | \ | RPLCD CAPACITOR | |
| RPLCD RELAY | | ADJUSTMENT | |
| ADJUSTMENT | | CO TEST | |
| NEW FILTER/DRIER | | SERVICE HOUSING | |
| DUCT | | EVAPORATOR COIL | |
| ADJUSTED | | RPLCD UNIT | |
| INSTALLED | | RPRD LEAK | |
| CHECKED | | SEAL | |
| THERMOSTAT | | RPLCD EXP. DEVICE | |
| ADJUSTED | | CLND COIL | |
| REPLACED | \ | CLND DRAIN | |
| FILTER | | RPLCD FAN | |
| CLEANED | X | RPLCD PVC | |
| REPLACED | | INSTALL SAFETY SWITCH | |

## SITE INFORMATION

| COMPRESSOR | COMPRESSOR |
|---|---|
| SUCTION 150 PSI | CLEAN COIL & CHECK FIN COND ✓ |
| HEAD 305 PSI | ENT 75 °F LVG 0 °F |
| VOLTS 210 AMP | OIL LEVEL & CONDITION |
| ELECTRICAL CONNECTIONS | FAN AND MOTOR |
| CONTACTS TIGHT & CLEAN | VOLTS ___ AMPS ✓ |
| FAN AND MOTOR | ELECTRICAL CONNECTIONS |
| VOLTS ___ AMPS ___ | CONTACTS TIGHT & CLEAN |
| ELECTRICAL CONNECTIONS | FAN PULLEY (ADJUST BELT) |
| CONTACTS TIGHT & CLEAN | CHECK LUBE BEARINGS & MOTOR |
| FAN PULLEY (ADJUST BELT) | EVAPORATOR COIL |
| CHECK LUBE BEARINGS & MOTOR | CLEAN COIL & CHECK FILL |
| CONDITION OF EQUIPMENT | COOLING ENT WB 72 °F |
| NEW / GOOD | LVP DB 57 °F |
| FAIR / POOR | HEATING ENT DB ___ °F |
| | LVP WB ___ °F |

## ENVIROMENTAL CHECKLIST

| | QTY | TYPE/POSITION |
|---|---|---|
| RECOVERED | | |
| RECYCLED | | |
| RECLAIMED | | |
| RETURNED | | |
| DISPOSAL | | |
| CHANGED OUT REPLACED | | |
| TOTAL | | $ |

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT | HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | REFRIGERANT LBS | | | | | | |
| | FILTER X X | | | | | | |
| | | | | | Service Call | 59.95 | |
| | | TOTAL MAT. | 140 — | | | TOTAL LABOR | |

We Accept: Taxes Due Upon Completion

C.C. IMPRINT

## TOTAL SUMMARY

| | | |
|---|---|---|
| TOTAL MATERIALS | | |
| TOTAL LABOR | | |
| VEL CHARGE | | |
| | | |
| DISCOUNT | | |
| SR DISCOUNT | | |
| TOTAL | 210 | — |

## METHOD OF PAYMENT

☐ CASH ☐ CHECK # ______

☐ DL# ______

CREDIT CARD 3 Digit ___ ☐ MC ☐ VISA ☐ AMEX ☐ DISC

EXP. DATE ___/___ ZIP ______ HOUSE # ______

C.C. # ______

LIMITED WARRANTY: All materials, parts, and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, expressed or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company. Furthermore, mold is excluded as a liability for the above named company as it is the homeowners sole responsibility to properly maintain equipment, filtration products, and temperature setting within the home at all times.

☐ REGULAR ☐ WARRANTY ☐ SERVICE CONTRACT

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/ materials furnished until final payment is made. If payment is not made as agreed. Seller can remove said equipment/ materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/ Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller. I agrees to indemnify and hold harmless the above company and it's agents from any claims arising from services performed which has been satisfactorily completed.

Customer Signature X [signature] Date 3/27/18

**Record and Return to:**
Southern Title Holding Company, LLC
2335 Deville Road
Daytona Beach, FL 32119

**Prepared by:**
Cathy H. Pulliam, C.L.C.
Southern Title Holding Company, LLC
555 W. Granada Blvd, Ste H-12
Ormond Beach, FL32174

File Number: OB171108

(Space Above This Line For Recording Data)

# Warranty Deed

**This Warranty Deed** made this **8th day of May, 2017**, between **Dawn M. Johnson, a married person, Individually and as Trustee of the Dawn M. Johnson Trust dated 4/15/2011** whose post office address is **1522 Poplar Drive, Ormond Beach, FL 32174**, grantor, and **Byron W. Robbins and Fern L. Robbins, husband and wife** whose post office address is **421 Chelsea Place Avenue, Ormond Beach, FL 32174**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **Volusia County, Florida**, to-wit:

**Lot 97, Chelsea Place, Phase I, according to the Plat thereof, recorded in Map Book 51, Pages 151 through 158, inclusive, of the Public Records of Volusia County, Florida**

**Parcel Identification Number: 4230-14-00-0970**

SOUTHERN TITLE®

The property is not the homestead of the Grantor(s).

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2016.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Signature
Witness Name: CATHY H. PULLIAM

Witness Signature
Witness Name: [signature]

Dawn M. Johnson, Individually and as Trustee of the Dawn M. Johnson Trust dated 4/15/2011

State of Florida
County of Volusia

The foregoing instrument was acknowledged before me this 8th day of May, 2017, by **DAWN M. JOHNSON, INDIVIDUALLY AND AS TRUSTEE OF THE DAWN M. JOHNSON TRUST DATED 4/15/2011**, she (__) is personally known to me or (_x_) has produced Driver(s) License as identification.

Notary Public
Printed Name:
My Commission Expires:

CATHY H. PULLIAM
Commission # FF 138493
Expires July 2, 2018



Byron Robbins
421 Chelsea Place Ave.
Ormond Beach, FL 32174

1-5-18

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type. See Specific Instructions on page 2.

Name (as shown on your income tax return)
Byron W Robbins

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☒ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ______

☐ Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any) ______
Exemption from FATCA reporting code (if any) ______

Address (number, street, and apt. or suite no.)
421 Chelsea Place Ave

Requester's name and address (optional)

City, state, and ZIP code
Ormond Beach, FL 32174

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
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

Employer identification number
__ - _______

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ Byron W. Robbins Date ▶ 3/29/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

Print or type
See Specific Instructions on page 2.

Name (as shown on your income tax return)
Fern L Robbins

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☒ Individual/sole proprietor ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any)
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
421 Chelsea Place Ave

Requester's name and address (optional)

City, state, and ZIP code
Ormond Beach, FL 32174

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
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

Employer identification number
   - 

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** Signature of U.S. person ▶ Fern L. Robbins Date ▶ 3/29/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.