```
                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA

  In Re:  CHINESE-MANUFACTURED          | MDL 2047
  DRYWALL PRODUCTS LIABILITY            |
  LITIGATION                            |
  _____| SECITON "L"
  This document relates to:             |
                                        |
  Elizabeth Bennett, et al. v. GEBR.    | JUDGE ELDON FALLON
  KNAUF VERWALTUNGSGESELLSCHAFT,        |
  KG, et al.                            |
                                        | MAGISTRATE JOSEPH
  Case No. 14-cv-2722                   | WILKINSON, JR.
  _____|


             DEPOSITION OF BYRON WILLIAM ROBBINS
                Taken By Counsel for Defendants
                         (Pages 1-69)


                  Thursday, August 8, 2019
                   10:17 a.m. - 11:37 a.m.


                 Esquire Deposition Solutions
                    Bank of America Plaza
                  101 East Kennedy Boulevard
                         Suite 3350
                       Tampa, Florida
```

Stenographically Reported By:
Jennifer Figueroa, RPR, CLR, FPR
Notary Public, State of Florida at Large
Esquire Deposition Solutions - Tampa Office
Phone - 813.221.2535, 800.838.2814
Esquire Job No. J4307237



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   information.
 2        A.    Wait, wait, wait.
 3        Q.    The top box.
 4        A.    Okay.
 5        Q.    And the first question is, have you or has
 6   anyone on your behalf conducted an inspection into
 7   whether Chinese-manufactured drywall is present in your
 8   home, and you answered yes.  Right?
 9        A.    Yeah, I did it myself.
10        Q.    Right.  So that's sort of what I'm getting to.
11   The next question is, if you answered yes to that first
12   question, who conducted the inspection, and you said
13   that it was you, Byron Robbins.  Correct?
14        A.    Yes.
15        Q.    You did this inspection on January 5th,
16   2018?
17        A.    Yes.
18        Q.    Can you tell me about this inspection?
19        A.    I was putting away Christmas decorations over
20   the garage, and I noticed some markings on the drywall.
21   It wasn't really an inspection.  It was just an
22   observation.  And it got me thinking about Chinese
23   drywall, so I went and looked it up on Google, pictures,
24   and discovered that that's what I had over the top of
25   the garage.
```



```
 1              MR. DOYLE:  You can't ask her.
 2   BY MS. VEITH:
 3        Q.   So just to clarify, you said, "It got me
 4   thinking about Chinese drywall," but what had happened
 5   is you saw a drywall label, and so you went and Googled
 6   for Chinese drywall, and it matched -- something matched
 7   the label that you saw?
 8        A.   Exactly.
 9        Q.   So why did it get you thinking about Chinese
10   drywall?  What did you know about Chinese drywall at
11   that time?
12        A.   I didn't know anything about Chinese drywall
13   other than what we were told in the home inspection,
14   that there was discolorization of copper and plumbing
15   fittings in the house.
16        Q.   When was that home inspection done?
17        A.   Before we purchased the house.
18        Q.   And the home inspector, did they explain that
19   that discoloration could be because of Chinese
20   drywall?
21        A.   He said it's possible, and he also gave us
22   other explanations for it.
23        Q.   Did that home inspector write up like a formal
24   inspection report?
25        A.   Yes.
```



```
 1        Q.   Did you provide that report to your
 2   attorney?
 3        A.   Yes.
 4        Q.   Well, as you can see, we just went through
 5   what I understand to be all the documents we got from
 6   your attorney, and that home inspection wasn't in there.
 7   So to the extent if you could conference with your
 8   attorney about what happened to that report and if he
 9   could produce that to us.  Can you do that for me?
10        A.   Yes.
11             MR. DOYLE:  I will keep a list of all things.
12             THE WITNESS:  (Moves head up and down.)
13   BY MS. VEITH:
14        Q.   And you just reminded me of one more of the
15   things about depositions that I forgot to say, which is
16   always try to give a verbal answer rather than nodding
17   your head or shaking your head.
18        A.   Oh, yeah.
19        Q.   So that the court reporter can write down what
20   you said rather than having to write "nodded."  Okay.
21             So there was a formal inspection report, and
22   in that report the home inspector said there's
23   discoloration that could be due to Chinese drywall but
24   it could also be due to other things?
25        A.   Yes.
```



800.211.DEPO (3376)
EsquireSolutions.com