```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

In Re:  CHINESE-MANUFACTURED        | MDL 2047
DRYWALL PRODUCTS LIABILITY          |
LITIGATION                          |
_____| SECTION "L"
This document relates to:           |
                                    |
Elizabeth Bennett, et al. v. GEBR.  | JUDGE ELDON FALLON
KNAUF VERWALTUNGSGESELLSCHAFT,      |
KG, et al.                          |
                                    | MAGISTRATE JOSEPH
Case No. 14-cv-2722                 | WILKINSON, JR.
                                    |
_____|


           DEPOSITION OF FERN LINDA ROBBINS
              Taken By Counsel for Defendants
                      (Pages 1-12)


               Thursday, August 8, 2019
                11:40 a.m. - 11:46 a.m.


              Esquire Deposition Solutions
                  Bank of America Plaza
               101 East Kennedy Boulevard
                       Suite 3350
                     Tampa, Florida







Stenographically Reported By:
Jennifer Figueroa, RPR, CLR, FPR
Notary Public, State of Florida at Large
Esquire Deposition Solutions - Tampa Office
Phone - 813.221.2535, 800.838.2814
Esquire Job No. J4307237
```



```
 1   upstairs.
 2        Q.    We're going to have the same exhibits to your
 3   deposition that we had to your husband's, so that's the
 4   notice of deposition, the property appraiser, all the
 5   fact sheets and their exhibits, and then the
 6   supplemental document.
 7             So if you'll flip with me to Tab 4, Exhibit 4,
 8   and I want to look at that exhibit that talks about your
 9   damages.
10             MR. DOYLE:  One page back.
11   BY MS. JOHNSON:
12        Q.    So there's the heading for loss of use and/or
13   loss of enjoyment.
14        A.    Uh-huh.
15        Q.    I spoke with your husband about that, and I'll
16   just read it again.  It says, "Stress was caused from
17   not knowing the truth about the presence of Chinese
18   drywall in our home.  This caused us months of sleepless
19   nights April/May 2017 and January to present, 3/29/18."
20             Do you agree with what your husband said, that
21   that's just sort of a mistake and the sleepless nights
22   began after the discovery of the drywall only?
23        A.    The sleepless nights began after the home
24   inspection, and we did not know whether to buy the house
25   or not.
```



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1      Q.   So why ultimately did you buy the house?
 2      A.   Excuse me?
 3      Q.   Why ultimately did you buy it?
 4      A.   Because we had gotten a lab report stating
 5 that there was no Chinese drywall in the house.
 6      Q.   So the lab report is in addition to that home
 7 inspection report?
 8      A.   Uh-huh.
 9      Q.   Do you know if you provided that to your
10 attorney?
11      A.   I -- I am not sure.
12      Q.   Well, on the record I'll just ask you that you
13 check and see if you did provide it to your attorney.
14      A.   Okay.
15      Q.   And if you didn't, please provide him a copy
16 that he can provide to us.
17      A.   Okay.
18      Q.   If you did, just talk to him about how he can
19 get that to us, because we don't have it here.  Right?
20      A.   Okay.
21      Q.   So you had a home inspection that said there
22 could be Chinese drywall?
23      A.   Uh-huh.
24      Q.   Then there was a lab test that said there
25 wasn't?
```

