UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* **Case No. 14-cv-2722** | **JUDGE ELDON FALLON** **MAGISTRATE JOSEPH WILKINSON, JR.** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring the foregoing Motion for for Summary Judgment on Claims Asserted by Byron and Fern Robbins and Alternative Motion for Adverse Presumption and to Strike Pleadings before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 15th day of April, 2020, beginning at 9:00 o'clock a.m. or as soon thereafter as counsel can be heard.

    Respectfully submitted,

    **FISHMAN HAYGOOD, LLP**

    /s/ *Kerry J. Miller*
    **KERRY J. MILLER (#24562), T.A.**
    **PAUL C. THIBODEAUX (#29446)**
    **DANIEL J. DYSART (#33812)**
    201 St. Charles Avenue, Suite 4600
    New Orleans, LA  70170
    Telephone:    504.556.5549
    Facsimile:    504.310.0275
    Email:    kmiller@fishmanhaygood.com
    *Counsel for Defendants,*
    *Knauf Gips KG and*
    *Knauf Plasterboard (Tianjin) Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**