# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** <br><br> **SECTION "L"** |
| **This document relates to:** <br><br> ***Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*** <br><br> **Case No. 14:cv-2722** | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE JOSEPH WILKINSON, JR.** |

**OMNIBUS MOTION FOR SUMMARY JUDGMENT OF CLAIMS ASSERTED BY ROBERT AMUSO AND STEPHANE AMUSO; HOAN BAO AND HANH BICH THI TRAN; ELIZABETH BENNETT; JENNIFER BRADY AND WILLIAM BRADY; DAMIAN CASON AND LESLIE MARIE CASON; BECKY CHEDESTER AND MICHAEL CHEDESTER; KATIE HALLMARK AND JASON HALLMARK; IKE IJEMERE AND NANCY IJEMERE; JOSHUA KELLEY AND ERNEST HAMILTON; BOOKER LEE AND TERRI LEE; NIC CORNELISON AND R&S PROPERTIES, LLC; DAVID REYNOLDS AND DAHNELLE REYNOLDS; CARL RUSSELL AND LYNN RUSSELL; JASON SCOTT; AND**
<u>**RONALD STANFA AND PATRICIA STANFA**</u>

**NOW INTO COURT,** through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants), who file this Omnibus Motion for Summary Judgment on the Claims Asserted by Robert Amuso And Stephane Amuso; Hoan Bao And Hanh Bich Thi Tran; Elizabeth Bennett; Jennifer Brady And William Brady; Damian Cason And Leslie Marie Cason; Becky Chedester And Michael Chedester; Katie Hallmark And Jason Hallmark; Ike Ijemere And Nancy Ijemere; Joshua Kelley And Ernest Hamilton; Booker Lee And Terri Lee; Nic Cornelison And R&S Properties, Llc; David Reynolds And Dahnelle Reynolds; Carl Russell And Lynn Russell; Jason Scott; and Ronald Stanfa And Patricia Stanfa. For the

reasons set forth more fully in the attached Memorandum in Support, Knauf Gips KG and Knauf

Plasterboard (Tianjin) Co., Ltd.'s Motion to Dismiss should be granted.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:     504.310.0279
Email:          kmiller@fishmanhaygood.com

***Counsel for Defendant,***
***The Knauf Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

2