

```
Bk: LR201216 Pg:2126
Jefferson County, Alabama
I certify this instrument filed on
08/07/2012 09:09:09 AM D
Judge of Probate  Alan L King
```

This instrument prepared by:
Jeff G. Underwood, Attorney
Sirote & Permutt P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205

Send Tax Notice to:
Stephanie Doss

9461 Ambrose Lane
Kimberly, AL 35091

## SPECIAL WARRANTY DEED

STATE OF ALABAMA

JEFFERSON COUNTY

KNOW ALL MEN BY THESE PRESENTS,

That in consideration of Two hundred twenty thousand and 00/100 Dollars ($220,000.00) to the undersigned, The Bank of New York FKA The Bank of New York, Not in its Individual Capacity but solely as trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-22, a corporation, by Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP, as Attorney in Fact, (herein referred to as Grantor) in hand paid by the Grantee herein, the receipt whereof is acknowledged, the said Grantor does by these presents, grant, bargain, sell and convey unto Stephanie Doss, (herein referred to as Grantee), the following described real estate situated in Jefferson County, Alabama, to-wit:

Lot 2B, according to the Survey of Second Amended Map of Dosa Ferry Sector 1, as recorded in Map Book 220, Page 23, in the Probate Office of Jefferson County, Alabama.

Subject to:
1. Any item disclosed on that certain policy of title insurance obtained in connection with this transaction.
2. Ad valorem Taxes for the current tax year, which Grantee herein assume and agree to pay.
3. Restrictive covenant as recorded in Instrument No. 200510/6397 amended in Book LR200710, Page 6348 and Book LR200710, Page 6376.
4. Mineral and mining rights excepted.
5. All outstanding rights of redemption in favor of all persons entitled to redeem the property from that certain mortgage foreclosure sale evidenced by mortgage foreclosure deed recorded in Book 201210, Page 4769, in the Probate Office of Jefferson County, Alabama.

$ 216,015.00        of the above consideration was paid from the proceeds of a mortgage loan closed simultaneously herewith.

This property is sold as is and grantor only warrants title from the time grantor obtained title until the date grantor conveys its interest in the aforesaid property to the grantee.

TO HAVE AND TO HOLD Unto the said Grantee, his/her heirs and assigns, forever.

*2012-000471*   *SWD*

IN WITNESS WHEREOF, the said Grantor, has hereto set its signature and seal, this the ___8th___ day of May, 2012.

        The Bank of New York FKA The Bank of New York, Not in its Individual Capacity but solely as trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-22 By Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP, as Attorney in Fact

By: _____

Its   Brian Tantillo, AVP

STATE OF ___AZ___

COUNTY OF ___Maricopa___

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that ___Brian Tantillo___, whose name as ___AVP___ of Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing, LP, as Attorney in Fact for The Bank of New York FKA The Bank of New York, Not in its Individual Capacity but solely as trustee for the Benefit of the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-22, a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said Corporation, acting in its capacity as Attorney in Fact as aforesaid.

Given under my hand and official seal, this the ___8th___ day of May, 2012.

NOTARY PUBLIC

My Commission expires) 03-27-2016

AFFIX SEAL

2012-000471

JENNIFER NEVILLE
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
March 27 2016

20120807000851130   2/2
Bk: LR201216 Pg:2126
Jefferson County, Alabama
08/07/2012 09 09 09 AM D
Fee - $19.00
Deed Tax -$4.00
Total of Fees and Taxes $23.00
HATCHERK