**This Document Prepared By:**
Leila Hansen, Esq.
9041 South Pecos Road, Suite 3900
Henderson, NV 89074

**After Recording Send Tax Notice To:**
Hanh Bich Thi Tran, et al
6320 Lightburn Court
Centreville, Virginia 20121

Assessor's Parcel Number: 25-07-36-0-001-010.298

# SPECIAL WARRANTY DEED
*TITLE OF DOCUMENT*

STATE OF ALABAMA

KNOW ALL MEN BY THESE PRESENTS:

SAINT CLAIR COUNTY

THAT in consideration of SIXTY-SIX THOUSAND AND NO/100 DOLLARS ($66,000.00), to the undersigned GRANTOR, **Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2, By: Ocwen Loan Servicing, LLC, as Attorney-In-Fact**, whose mailing address is C/o Ocwen Loan Servicing, LLC, 1661 Worthington Road Suite 100, West Palm Beach, Florida 33409, (herein referred to a grantor) in hand paid by the GRANTEE herein, the receipt and sufficiency of which is hereby acknowledged, the said GRANTOR, does by these presents, grant, bargain, sell, convey and SPECIALLY WARRANT unto **Hanh Bich Thi Tran and Hoan Bao, husband and wife, as joint tenants with right of survivorship,** (herein referred to as grantee), whose mailing address is 6320 Lightburn Court, Centreville, Virginia 20121, all right, title, interest and claim to the following described real estate, situated in Saint Clair County, Alabama, to wit:

LOT 348, ACCORDING TO THE SURVEY OF AVALON PHASE THREE, AS RECORDED IN MAP BOOK 2005, PAGE 38, IN THE PROBATE OFFICE OF ST. CLAIR, ALABAMA, PELL CITY DIVISION.

MORE commonly known as: 1008 Washington Court, Moody, Alabama 35004

Source of Title. Ref.: Deed: Recorded June 14, 2012; BK 2012, PG 4619

Date of Sale: November 10, 2014
Total Purchase Price: $66,000.00

Subject To: Restrictions, Conditions, Covenants, Rights, Rights of Way, and Easements now of record, if any

TO HAVE AND TO HOLD all of Grantor's right, title and interest in and to the above described property unto the said Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever IN FEE SIMPLE; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any part thereof.

Grantor further SPECIALLY WARRANTS and agrees to FOREVER DEFEND all and singular the said property unto the said Grantee, Grantee's heirs, executors, administrators, successors

and/or assigns, against every person whomsoever claiming or to claim the same or any part thereof, by, through, or under Grantor, but not otherwise.

IN WITNESS WHEREOF, the said GRANTOR, by its __**Contract Management Coordinator**__, who is authorized to execute this conveyance, has hereunto set its signature and seal, this 5th day of November, 2014.

Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2, By: Ocwen Loan Servicing, LLC, as Attorney-In-Fact

Attest: _____

__Jami Dorobiala___  _Contract Management Coordinator_
Printed Name & Title

By: _Mark Stufft_____

__Mark Stufft___  _Contract Management Coordinator_
Printed Name & Title

STATE OF Florida

Palm Beach COUNTY

I, __Erin Weston_____, a Notary Public in and for said County, in said State, hereby certify that __Mark Stufft_____, whose name as __Contract Management Coordinator__ of **Ocwen Loan Servicing, LLC, as Attorney-In-Fact for Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2**, a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day, that, being informed of the contents of the above and foregoing conveyance, (he)/she, as such signor and with full authority, executed the same voluntarily for and as the act of said corporation on the day the same bears date.

NOTARY STAMP/SEAL  **Personally Known To Me** EMW

Given under my hand and official seal of office this 5th day of November, 2014.

Notary Public State of Florida
Erin M Weston
My Commission FF 120501
Expires 05/06/2018

_____
NOTARY PUBLIC                               Erin Weston
My Commission Expires: _____

POA recorded simultaneously herewith