Tax Notice:
Elizabeth W. Bennett
102 Morningwalk Lane
Huntsville, AL. 35824
MDN0600624



20061228000877830 1/2 $22.25
Madison Cnty Judge of Probate,AL
12/28/2006 11:43:10AM FILED/CERT

STATE OF ALABAMA

COUNTY OF MADISON

## STATUTORY WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, that inconsideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration in hand paid to the undersigned, HPH Properties, LLC, a limited liability company ("Grantor"), the receipt of which is acknowledged, the undersigned does herby grant, bargain, sell and convey unto Elizabeth W. Bennett, hereinafter Grantee, the receipt and sufficiency of which are hereby acknowledged, Grantor does, by these presents, grant, bargain, sell, and convey unto Grantee, the following described real estate situated in Madison County, State of Alabama, to wit:

Lot 18, Wedgewood at The Reserve, Phase I-A, as recorded in Document Number 20050110000016090, in the Office of the Judge of Probate of Madison County, Alabama.

TO HAVE AND TO HOLD unto the Grantee and unto her heirs and assigns, in fee simple.

This instrument is executed without warranty or representation of any kind on the part of the undersigned, expressed or implied, except that there are no liens or encumbrances outstanding against the premises conveyed which were created or suffered by the undersigned and not specifically excepted herein.

SUBJECT TO:

1. TAXES FOR THE YEAR 2007 BEGINNING OCTOBER 1, 2006 WHICH CONSTITUTES A LIEN BUT ARE NOT YET DUE AND PAYABLE UNTIL OCTOBER 1, 2007.

2. SUBJECT TO EASEMENTS AND RESTRICTIONS OF RECORD.

WITNESS my hand and seal this 20th day of December, 2006.

HPH Properties, LLC

By _____

STATE OF ALABAMA

COUNTY OF JEFFERSON

RELI INC
7600 HWY 72 WEST
SUITE 202
MADISON, AL 35758-9556

Instrument #: 2006-00877830  Seq: 1

I, the undersigned Notary Public in and for said County and State, hereby certify that __David Bonann__, whose name as the Managing Member of HPH Properties, LLC, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such managing member and with full authority, executed the same voluntarily for and as the act of said limited liability company.

GIVEN under my hand and seal this the 20th day of December, 2006.

_Bethany Snodgrass David_
Notary Public

My Commission Expires:

__February 8__, 20 _10_.

This instrument prepared by:
S. Kent Stewart
Stewart & Associates, P.C.
3595 Grandview Parkway
Suite 600
Birmingham, AL 35243

```
20061228000877830 2/2 $22.25
Madison Cnty Judge of Probate,AL
12/28/2006 11:43:10AM FILED/CERT
```

```
Madison County, AL 12/28/2006
State of Alabama
Real Estate Excise Tax
Deed Tax:$11.50
```

Instrument #: 2006-00877830 Seq: 2