This instrument was prepared by  
(Name) __Larry L. Halcomb, Attorney__  
_____3512 Old Montgomery Hwy, Ste. 219_____  
(Address) __Birmingham, AL 35209__

Send Tax Notice To: __William D. Brady__  
name  
__2089 Knollwood Place__  
address  
__Birmingham, AL 35242__

CORPORATION FORM WARRANTY DEED, JOINTLY FOR LIFE WITH REMAINDER TO SURVIVOR

STATE OF ALABAMA  } KNOW ALL MEN BY THESE PRESENTS,
COUNTY OF **SHELBY** }

20060306000103400 1/3 $67.00
Shelby Cnty Judge of Probate,AL
03/06/2006 10:30:18AM FILED/CERT

That in consideration of **TEN DOLLARS AND OTHER VALUABLE CONSIDERATION**

to the undersigned grantor, **Brady Residential Construction, LLC**

a corporation,
(herein referred to as GRANTOR), in hand paid by the GRANTEES herein, the receipt of which is hereby acknowledged, the said GRANTOR does by these presents, grant, bargain, sell and convey unto **William D. Brady and Jennifer B. Brady**

(herein referred to as GRANTEES) for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, the following described real estate, situated in **Shelby County, Alabama** to-wit:

See Legal Description on attached Exhibit "A".

Minerals and mining rights excepted.
Subject to taxes for 2006.
Subject to items on attached Exhibit "B".

$50,000.00
Value

Shelby County, AL 03/06/2006
State of Alabama

Deed Tax:$50.00

TO HAVE AND TO HOLD, To the said GRANTEES for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever, together with every contingent remainder and right of reversion. And said GRANTOR does for itself, its successors and assigns, covenant with said GRANTEES, their heirs and assigns, that is lawfully seized in fee simple of said premises, that they are free from all encumbrances, that it has a good right to sell and convey the same as aforesaid, and that it will and its successors and assigns shall, warrant and defend the same to the said GRANTEES, their heirs, executors and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said GRANTOR, by its **Member, William D. Brady**
who is authorized to execute this conveyance, has hereto set its signature and seal, this the 21st day of **February**, 2006

ATTEST:

Brady Residential Construction, LLC

By _____
William D. Brady, Member

STATE OF **ALABAMA** }
COUNTY OF **Jefferson** }

I, _____**Larry L. Halcomb,**_____ a Notary Public in and for said County in said State, hereby certify that **William D. Brady** whose name as **Member** of **Brady Residential Construction, LLC, a Limited Liability Co.** ~~corporation~~ is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said ~~corporation~~ LLC.

Given under my hand and official seal, this the _____ day of _____, _____.

_____
Larry L. Halcomb    Notary Public

My Commission Expires: 1/23/10

DCAL04W