STATE OF ALABAMA

COUNTY OF MADISON



```
20100201000052650 1/1 $19.75
Madison Cnty Judge of Probate,AL
02/01/2010 03:08:21PM FILED/CERT
```

    KNOW ALL MEN BY THESE PRESENTS, that in consideration of the sum of Ten and no/100 Dollars ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, to the undersigned SIGNATURE 3 HOMES, INC., an Alabama corporation, herein referred to as Grantor, in hand paid by the Grantee herein, the said Grantor does by these presents grant, bargain, sell and convey unto LESLIE MARIE CASON, herein referred to as Grantee, in fee simple, the following described real estate lying and being in the County of Madison, State of Alabama, to-wit:

    Lot 32, Arbor Hill at The Reserve, Phase 1-A, as recorded in Document Number 20050110000016100, in the Office of the Judge of Probate, Madison County, Alabama.

    Subject to restrictions, rights of ways and easements of record.

    TO HAVE AND TO HOLD to the Grantee, and to her heirs and assigns, in fee simple, forever. And the said Grantor does for itself and its successors and assigns, covenant with the said Grantee, her heirs and assigns, that it is lawfully seized in fee simple of said premises; that same are free from all encumbrances, except current ad valorem taxes, and easements, ways, and building setback lines of record; that it has a good right to sell and convey the same as aforesaid; that it will warrant and defend the same to the said Grantee, her heirs and assigns forever, against the lawful claims of all persons, except as aforesaid.

    IN WITNESS WHEREOF, the said Grantor has caused these presents to be executed by its duly authorized signatory on this the 29 day of January, 2010.

```
Madison County, AL 02/01/2010
State of Alabama
Real Estate Excise Tax
Deed Tax:$.50
```

SIGNATURE 3 HOMES, INC.

By: _____
    Bruce Stone, President

STATE OF ALABAMA

COUNTY OF MADISON

    Before me, the undersigned authority, a Notary Public in and for said County and State, hereby certify that Bruce Stone, whose name as President of SIGNATURE 3 HOMES, INC., an Alabama corporation, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the foregoing instrument, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

    GIVEN under my hand and official seal this the 29 day of January, 2010.

Lisa Lyle
Notary Public

This instrument prepared by:
Samuel H. Givhan
Wilmer & Lee, P.A.
100 Washington Street
Huntsville, Alabama 35801
Telephone: (256) 533-0202
U:\Teresa\TERESA\DEEDS.NEW\CORPTO1\cason from sig-3 -arbor hill 32.wpd