Send tax notice to:
_____
_____
_____

This instrument prepared by:
Stewart & Associates, P.C.
3595 Grandview Pkwy, #645
Birmingham, Alabama 35243

STATE OF ALABAMA
COUNTY Mobile

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That in consideration of One Hundred Thirty Thousand and 00/100 Dollars ($130,000.00) in hand paid to the undersigned William Ray Gates Jr. and Melissa Gates, husband and wife (hereinafter referred to as Grantors") by Michael A. Chedester and Becky Chedester, husband and wife (hereinafter referred to as Grantees"), the receipt and sufficiency of which are hereby acknowledged, Grantors do, by these presents, grant, bargain, sell, and convey unto Grantees, as joint tenants with right of survivorship, the following described real estate situated in Mobile County, Alabama, to-wit:

Lot 27, according to the Survey of Brighton Estates, Phase Two, as recorded in Map Book 98, Page 17, in the Office of the Judge of Probate of Mobile County, Alabama.

SUBJECT TO:
ADVALOREM TAXES DUE OCTOBER 01, 2007 AND THEREAFTER.
BUILDING AND SETBACK LINES, RESTRICTIONS, COVENANTS AND CONDITIONS OF RECORD.

$125,352.00 OF THE CONSIDERATION AS WAS PAID FROM THE PROCEEDS OF A MORTGAGE LOAN.

TO HAVE AND TO HOLD to Grantees, as joint tenants, with right of survivorship, their heirs, executors, administrators and assigns forever.

The Grantors do for themselves, their heirs and assigns, covenant with Grantees, their heirs, executors, administrators and assigns, that they are is lawfully seized in fee simple of said premises; that they are free from all encumbrances except as noted above; that they have a good right to sell and convey the same as aforesaid; and that they will, and their heirs, executors, administrators shall warrant and defend the same to the said grantee, their heirs and assigns forever against the lawful claims of all persons.

IN WITNESS WHEREOF, Grantor(s) William Ray Gates Jr. and Melissa Gates, husband and wife hereunto set their signature(s) and seal(s) on August 3, 2008.

_____
William Ray Gates Jr.

_____
Melissa Gates

STATE OF ALABAMA
COUNTY OF Mobile

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that William Ray Gates Jr. and Melissa Gates, husband and wife, whose name(s) is/are signed to the foregoing instrument, and who is/are known to me, acknowledged before me on this day, that, being informed of the contents of the said instrument, he/she/they executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this the 3 day of August 2007.

_____
Notary Public
Print Name:
Commission Expires: Feb 06 2011

(NOTARIAL SEAL)