This instrument was prepared by
**In Rem REO Services, INC.**
by its Attorneys
Boiko and Osimani, P.C.
3435-41 N. Lincoln Ave.
Chicago, IL 60657
Ph# 773-549-1000

(and after recording return to):
**Resource Title Agency of Tennessee**

BALDWIN COUNTY, ALABAMA
JUDGE ADRIAN T. JOHNS
Filed/cert. 9/4/2009 12:39 PM
DEED TAX    $ 174.00
TOTAL       $ 193.00
3 Pages

RESOURCE TITLE AGENCY, INC.
2630 Elm Hill Pike, Suite 360
Nashville TN 37214

## SPECIAL WARRANTY DEED

Source: Instrument# 1177181

| ADDRESS NEW OWNER(S) AS FOLLOWS: | SEND TAX BILL TO: | MAP-PARCEL NUMBER: |
|---|---|---|
| R & S PROPERTIES, LLC (name) | R & S PROPERTIES, LLC (name) | 59-01-05-0-002-048 |
| 9810 BAY ROAD NORTH (address) | 2500 East 18th St. (address) | |
| FOLEY    AL    36535 (city) (state) (ZIP) | Chattanooga TN 37404 (city) (state) (ZIP) | |

FOR AND IN CONSIDERATION OF THE SUM OF TEN DOLLARS, CASH IN HAND PAID, AND OTHER GOOD AND VALUABLE CONSIDERATIONS, THE RECEIPT AND SUFFICIENCY OF WHICH IS HEREBY ACKNOWLEDGED BY THE GRANTOR, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007** SAID GRANTOR DOES HEREBY GRANT, BARGAIN, SELL AND CONVEY UNTO THE GRANTEE **R & S PROPERTIES, LLC**, AND HIS HEIRS OR ASSIGNS, SUBJECT TO COVENANTS AND RESTRICTIONS OF RECORD AND MATTERS AN ACCURATE SURVEY WOULD REVEAL, THAT CERTAIN TRACT OR PARCEL OF LAND IN **BALDWIN** COUNTY, STATE OF ALABAMA, DESCRIBED AS FOLLOWS, TO-WIT:
**SEE ATTACHED LEGAL DESCRIPTION**

THIS CONVEYANCE IS SUBJECT TO: 1) Current years taxes which have been prorated and assumed by the Grantee(s); 2) All restrictions of record; 3) All easements of record; 4) All visible easements; 5) All matters appearing on the plan of record; 6) All applicable government and zoning regulations; 7) Mineral reservations of record, if any.

Unimproved ☐

This is Improved ☐

Property, known as: 9810 BAY ROAD NORTH, FOLEY, ALABAMA 36535

TO HAVE AND TO HOLD said tract or parcel of land, together with the appurtenances, estate, title and interest thereto belonging, unto said the Grantee and its heirs or assigns, forever.

Said **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007**, warrants the title to said property against the claims of all persons claiming, or to claim the same or any part thereof, by, through or under the said Grantor, but not otherwise.

THE ACTUAL CONSIDERATION FOR THIS TRANSFER IS: $174,000.00

IN WITNESS WHEREOF, the said **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007, BY ITS ATTORNEY IN FACT ONEWEST BANK, FSB,** * has executed this deed this __24__ day of __August__ 2009.

*Power of Attorney of record in #1181940, Baldwin County, AL

> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007, BY ITS ATTORNEY IN FACT ONEWEST BANK, FSB
>
> _____
> Terri Hunter
> Vice President
> HLS-REO

STATE OF __Texas__

COUNTY OF __Travis__

I, __Josie Salazar__, a __Notary Public__ in and for said County, in said State hereby certify that __Terri Hunter__ whose name as __VP__ of ONEWEST BAND, FSB AS ATTORNEY IN FACT FOR **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007**, a corporation, is signed to the foregoing Special Warranty Deed and who is known to me, acknowledged before me on this day, that being informed of the contents of said Special Warranty Deed, he as such officer, and with full authority, executed the same voluntarily for and as the act of said corporation, acting in its capacity Attorney in Fact for **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F3 UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2007** as aforesaid.

Given under my hand this the __24__ day of __August__, 2009.

_____
Notarial Public

My Commission expires: __8-24-10__

JOSIE SALAZAR
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug 24, 2010

Escrow File No.: **095696AL**

## EXHIBIT "A"

Lot 28, First Addition to Sunset Shores, according to plat thereof recorded in Map Book 4, Page 267, in the Office of the Judge of Probate of Baldwin County, Alabama.

Less and except such oil, gas and other mineral interest, and all rights in connection therewith, as may have been reserved or conveyed by prior owners, if any.

Being the same property conveyed to Cecil Gregory and Kimberly Gregory, husband and wife, by Warranty Deed from Jeff Spahn, a married man, dated May 11, 2007 and recorded on July 23, 2007 in Instrument No. 1063634, Probate Office for Baldwin County, Alabama.

Said property being further conveyed to Deutsche Bank National Trust Company, as trustee of Indymac IMSC Mortgage Loan Trust 2007-F3, Mortgage Pass-Through Certificates, Series 2007-F3 under the Pooling and Servicing Agreement dated August 1, 2007 by Foreclosure Deed from Jessica Stieven, Auctioneer and Attorney-in-Fact, dated April 27, 2009 and recorded on May 12, 2009 in Instrument No. 117181, said Probate Office.