PREPARED BY:
Coosa Valley Title Company, Inc.
1916 First Avenue North
Pell City, Alabama 35125

SEND TAX NOTICE TO:
Katie Cunningham
775 Ridgefield Way
Odenville, Alabama 35120

2009  1706
Recorded in the Above
DEED Book & Page
03-02-2009 12:11:37 PM
Mike Bowling - Judge of Probate
St. Clair County, Alabama

STATE OF ALABAMA

ST. CLAIR COUNTY

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS, That in consideration of One Hundred Sixty Thousand and no/100 Dollars paid to the undersigned Grantor, NATIONAL TRANSFER SERVICES, LLC, a Texas limited liability company,(herein referred to as Grantor), in hand paid by the Grantee herein, the receipt of which is hereby acknowledged, the said Grantor does by these presents, grant, bargain, sell and convey unto Katie Cunningham, (herein referred to as Grantee), the following described real estate situated in St Clair County, Alabama, to-wit:

Lot 37, Phase Three (3) of Ridgefield Subdivision as recorded in Plat Book 2005, Page 65, in the Office of the Judge of Probate of St. Clair County, in Ashville, Alabama.

SUBJECT TO:
1. Taxes due and payable October 1, 2009, and all subsequent years.
2. Rights of parties in possession, encroachments, overlaps, overhangs, unrecorded easements, deficiency in quantity of land or any matters not of record, which would be disclosed by an accurate survey and inspection of the premises.
3. Title to all minerals within and underlying the premises not owned by the grantors.
4. Declaration of Covenants and Restrictions for Ridgefield Sector Three as shown in deed book 2005, page 11099, in the Office of the Judge of Probate of St. Clair County, Alabama.
5. Easements, conditions and right of ways as shown on the recorded plat of Ridgefield Phase Three in plat book 2005, pages 65 and 66, in the aforesaid office.
6. Right of way heretofore granted to St. Clair County as shown in right of way book 103, page 481 and in book 103, page 691, in the aforesaid office.
7. Restrictive Covenants and Grant of Land Easement heretofore granted to Alabama Power Company as shown in deed book 2004, page 4244, in deed book 2004, page 3034, and in deed book 2005, page 9504, in the aforesaid office.

TO HAVE AND TO HOLD to the said Grantee, and said Grantor does for itself, its successors and assigns, covenant with said Grantees, his/her heirs and assigns, that it is lawfully seized in fee simple of said premises, that they are free from all encumbrances, that it has a good right to sell and convey the same as aforesaid, and that it will and its successors and assigns shall, warrant and defend the same to the said

Grantees, his/her heirs and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said NATIONAL TRANSFER SERVICES, LLC, a Texas limited liability company by its Managing Member, who is authorized to execute this conveyance, has hereto set its signature and seal this the ___23rd___ day of ___February___, 2009, to become effective on the 27th day of February, 2009.

NATIONAL TRANSFER SERVICES, LLC
a Texas limited liability company

BY: _____
ITS MANAGING MEMBER

STATE OF _Minnesota_
COUNTY OF _Hennepin_

I, the undersigned, a Notary Public, in and for said County in said State, hereby certify that _____, whose name as Managing Member of National Transfer Services, LLC, a Texas limited liability company, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he/she as such officer and with full authority, executed the same voluntarily for and as the act of said limited liability company.

Given under my hand and official seal this the _23_ day of _February_, 2009.

DIANA RAE TERREL
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

Notary Public

```
2009   1707
Recorded in the Above
DEED  Book & Page
03-02-2009 12:11:37 PM
Mike Bowling - Judge of Probate
St. Clair County, Alabama
Book/Pg: 2009/1706
Term/Cashier: S RECORD6 / LeeD
Tran: 5032.140591.213039
Recorded: 03-02-2009 12:11:55
CER Certification Fee        3.00
DFE Deed Tax                 1.00
PJF Special Index Fee        5.50
REC Recording Fee            6.00
Total Fees:   $ 15.50
```