Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Chinese Manufactured Drywall Products Liability Litigation | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This Document Relates to: | MAG. JUDGE WILKINSON |

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Ike          M          Ijemere

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
| Nancy | I | Ijemere | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

7012 Eagle Point Trail
Address 1          Address 2

Birmingham          AL      35242
City          State      Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Ike          M    Ijemere
         First Name      M.I.    Last Name          Suffix

Mailing Address (if different):

Address 1          Address 2

City          State      Zip Code

Phone Number of Person Completing This Form: ( 256 ) 310 - 0167

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 6 / 28 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 3 / 1 / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 12 / 2013

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?  ☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____/_____/_____
               Month    Day     Year

Docket No.:  _____

Present Status:  _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                 Month   Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                    Month   Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 206,885.11
_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 450,000.00
_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____                    _____
Claimant's signature                                Date signed   4/5/18

Name: _____ IKE M. IJEMERE _____

Address: ___ 1089 Highland Vill. Trail ___
         Address 1                    Address 2
         Birmingham        AL    35242
         City             State    Zip Code

Phone No.: (256) 30-0167

Email: imijemere@aol.com

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$450,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.  This figure also includes damaged personal property and home repair directly attributable to the gasses produced by the defective sheetrock.



# CHANGINGSPACES
Residential & Commercial **MOVING, INC. ®**

130 Inverness Plaza, #243, Birmingham, AL 35242    Phone 205-972-0744    Fax 205-972-0705
darlene@changingspacesmoving.com    www.changingspacesmoving.com

## CSMI INVOICE & BILL OF LADING

Customer: Ike Ijemere
Phone: (C) 256-310-0167 (H) (W)
Move Type: Local
Rate: $200.00/hr.

Start Time: 8:00 AM - 8:30 AM
Fixed Rate:

Move #:1109350
Move Date: 1/31/2014 — 2/1/1
No. of Men: 4 No. of Trucks: 2
CSR: Darlene Bohannon

### Move Details

| Stop Number | Street | City, State Zip | Info | Date | Contact Person |
|---|---|---|---|---|---|
| Origin | 7012 Eagle Point Trail | Birmingham AL 35242 | Type: House, Stairs: No, Flights: 0, Elevator: No, Floors: 3 | 1/31/2014 | Ike 256-310-0167 |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| Destination | 920 Trinity Court Greystone | Birmingham AL 35242 | Type: House, Stairs: No, Flights: 0, Elevator: No, Floors: 1 | | same |

**Job Instructions:** Add Friday packing & supplies to invoice. Home to Home. Origin: 2 steps, steep slope up / Destination: flat.

**Notes:** Paid deposit of $810 on 1/27/14.

**Item Lists:** SEE DETAILED ITEM LIST ATTACHED    211

1 31 Crew #1: Jason    Truck #: 17    Crew#3: Jason, Jackson    Truck#: 17
Crew #2: Fernanda, Diane    Truck #: 75  Crew #4: Ryan McCall    Truck#: 19

Check #: 1949    Driver's License #: 794001    State: AL
CC #:    Exp. Date:    V Code:    Auth. #:

| | 2 HOUR MINIMUM 211 | HOURLY CHARGE | 11hr | @ | $200.00 | = | $ 2,200.00 |
|---|---|---|---|---|---|---|---|
| | COMMENTS: $60 (1men) | PACK HOURLY 1/31 | 6hr | @ | $125.00 | = | $ 750.00 |
| | | FIXED RATE 1/31 Load | 3½hr | @ | $60.00 | = | $ 210.00 |
| | | EXTRA | | @ | | = | $ |
| PADS SOLD: | | EXTRA | | @ | | = | $ |
| PADS BUY BACK: | | BOXES/TOTES Add | | @ | $0.00 | = | $136.75 |
| (Only if we move customer out) | | EXTRA CHARGES | | @ | $0.00 | = | $ |

| | START | STOP | DOWN | TOTAL | | | SUBTOTAL | = | $3,296.75 |
|---|---|---|---|---|---|---|---|---|---|
| CREW #1 | 8.00 | 6:00 | ½hr | 9½ | DEPOSIT PAID 1/27/14 | | | = | -$810.00 |
| CREW #2 | 8 00 | 2:30 | ½hr | 6 | | | SUBTOTAL | = | $2,486.75 |
| CREW #3 | 7.45 | 7:15 | ½hr | 11 | CREDIT CARD CHARGE | | @ | 3% | = | $ |
| CREW #4 | 7.45 | 7:15 | ½ hr | 11 | ADJUSTMENTS | | @ | -$0.00 | = | $ |
| | | | | | | | TOTAL DUE | | $2,486.75 |
| | | | | | TIP    Crew#3: | | @ | | = | $ |
| | | | | | Truck #:   Crew#4: | | TOTAL RECEIVED | | $2,486.75 |

ADDITIONAL LABOR REQUESTED BY CUSTOMER (charges apply) Customer Initial:



# CHANGINGSPACES
Residential & Commercial **MOVING, INC.** ®

130 Inverness Plaza, #243, Birmingham, AL 35242  Phone 205-972-0744  Fax 205-972-0705
darlene@changingspacesmoving.com  www.changingspacesmoving.com

## CSMI INVOICE & BILL OF LADING

Customer: Ike Ijemere
Phone: (C) 256-310-0167 (H) (W)
Move Type: Local
Rate: $200.00/hr.

Start Time: 8:00 AM - 8:30 AM

Fixed Rate:

Move #:1118533
Move Date: 1/23/2015
No. of Men: 4 No. of Trucks: 2
CSR: Darlene Bohannon

### Move Details

| Stop Number | Street | City, State Zip | Info | Date | Contact Person |
|---|---|---|---|---|---|
| Origin | 920 Trinity Court | Birmingham AL 35242 | Type: House, Stairs: No, Flights: 0, Elevator: No, Floors: 1 | 1/23/2015 | Ike 256-310-0167 |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| Destination | 1089 Highland Village Trail | Birmingham AL 35242 | Type: House, Stairs: No, Flights: 0, Elevator: No, Floors: 1 | | same |

**Job Instructions:** Home to Home. Origin: flat, 2 steps / Destination: flat. Day 1 (1/22) Pack (Take tape & paper, Customer has boxes from previous move) Day 2 (1/23) 2 crews move. (When confirmed customer said these items NOT moving: Pool Table, 2 Q beds, 3 sofas, futon, breakfast table, bookshelf, desk, elliptical.) Also a friend will be there w/a truck for pool table. If we help him load his truck it's the hourly rate & OUR CUSTOMER must sign Release of Liability. ADD PACKING & SUPPLIES TO INVOICE.

**Notes:** Paid deposit of $400 on 1/8/15.

**Item Lists:** SEE DETAILED ITEM LIST ATTACHED

Crew #1: _Eric McCall_ Truck #22 Crew#3: _RYAN_ Truck#: 19
Crew #2: _Cedric_ Truck #: Crew #4: Truck#:

Check #: 2138 Driver's License #: 7946601 State: AL
CC #: Exp. Date: V Code: Auth. #:

| 2 HOUR MINIMUM | HOURLY CHARGE | 8.5 | @ | $200.00 $125.00 | = | $ 1,147.50 |
|---|---|---|---|---|---|---|
| COMMENTS: Fernanda + Eric→ | PACK HOURLY | 5 hrs | @ | $100.00 | = | $ 500.00 ✱ |
| | FIXED RATE 1.5 Ryan + truck | | @ | 165.00 | = | $ 503.75 |
| | EXTRA | | @ | | = | $ |
| PADS SOLD: | EXTRA | | @ | | = | $ |
| PADS BUY BACK: | BOXES/TOTES Add | | @ | $0.00 | = | $ 94.75 |
| (Only if we move customer out) | EXTRA CHARGES | | @ | $0.00 | = | $ |
| | START | STOP | DOWN | TOTAL | SUBTOTAL | = | $ 2,246.00 |
| CREW #1 | 7:45 | 4:45 | 30 min | 8.5 | DEPOSIT PAID 1/8/15 | = | -$400.00 |
| CREW #2 | 8:30 | 4:45 | 11 | 7.75 | SUBTOTAL | = | $ 1,846.00 |
| CREW #3 | | | | | CREDIT CARD CHARGE | 3% | = | $ |
| CREW #4 | | | | | ADJUSTMENTS | @ | -$0.00 | = | $ |
| | | | | | TOTAL DUE | | $ 1,846.00 |
| | | | | | TIP | @ | = | $ |
| | | | check | | TOTAL RECEIVED | $ 1,846.00 |

ADDITIONAL LABOR REQUESTED BY CUSTOMER (charges apply) Customer Initial: _____



**Tenant Ledger**

**Tenants:** Ike Ijemere, Nancy Ijemere

**Mobile:** (256) 310-0167

**Office:** (256) 761-4525

**Unit:** --

**Property:** 00920TRCT - 920 Trinity Court Birmingham, AL 35242

**Status:** Past

**Move in date:** 02/01/2014

**Move out date:** 01/29/2015

**Lease Expiration:** 01/31/2015

**Rent:** 2,795.00

**Deposit Paid:** 0.00



| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| Starting Balance | | | | | 0.00 |
| 01/22/2014 | Ike Ijemere | Payment (Reference #5006495798) Sec Dep - 920 Trinity | | 2,795.00 | -2,795.00 |
| 01/31/2014 | Ike Ijemere | ACH Payment (Reference #OJ3Z-USYD) | | 2,795.00 | -5,590.00 |
| 02/01/2014 | | Rent Income - Move In Charge: Rent Income | 2,795.00 | | -2,795.00 |
| 02/01/2014 | | Security Deposits - Move In Charge: Security Deposits | 2,795.00 | | 0.00 |
| 02/18/2014 | Ike Ijemere | Payment (Reference #0000880060) Water and Sewer Payment - 920 Trinity Ct | | 85.83 | -85.83 |
| 02/27/2014 | Ike Ijemere | Payment (Reference #0000880066) Mar 2014 Prepaid Rent | | 2,795.00 | -2,880.83 |
| 02/27/2014 | Ike Ijemere | Payment (Reference #0000880066) Mar 2014 Prepaid Water and Sewer | | 85.83 | -2,966.66 |
| 03/01/2014 | | Rent Income - March 2014 | 2,795.00 | | -171.66 |
| 04/01/2014 | | Rent Income - April 2014 | 2,795.00 | | 2,623.34 |
| 04/01/2014 | Ike Ijemere | Payment Apr 2014 Rent & Prepaid Water/Sewer Pmt | | 2,880.83 | -257.49 |
| 04/02/2014 | Ike Ijemere | ACH Payment (Reference #6Y6V-RA8Z) | | 3,141.32 | -3,398.81 |
| 04/29/2014 | Ike Ijemere | Payment (Reference #0000880082) June 2014 Prepaid Rent, Water and Sewer | | 2,880.83 | -6,279.64 |
| 05/01/2014 | | Rent Income - May 2014 | 2,795.00 | | -3,484.64 |
| 06/01/2014 | | Rent Income - June 2014 | 2,795.00 | | -689.64 |
| 06/02/2014 | Ike Ijemere | Payment (Reference #0000880088) July 2014 Prepaid Rent and Water/Sewer | | 2,880.83 | -3,570.47 |
| 07/01/2014 | | Rent Income - July 2014 | 2,795.00 | | -775.47 |
| 07/01/2014 | | Water Charges - Feb 2014 Sewer Charge | 93.04 | | -682.43 |
| 07/01/2014 | | Water Charges - Mar 2014 Sewer Charge | 93.04 | | -589.39 |
| 07/01/2014 | | Water Charges - Apr 2014 Sewer Charge | 93.04 | | -496.35 |
| 07/01/2014 | | Water Charges - May 2014 Sewer Charge | 93.04 | | -403.31 |

**Tenant Ledger**

| Date | Payer | Description | Charges | Payments | Balance |
|------|-------|-------------|---------|----------|---------|
| 07/01/2014 | | Water Charges - June 2014 Sewer Charge | 93.04 | | -310.27 |
| 07/01/2014 | | Water Charges - July 2014 Sewer Charge | 93.04 | | -217.23 |
| 07/01/2014 | Ike Ijemere | Payment (Reference #0000880097) Aug 2014 Prepaid Rent | | 2,577.77 | -2,795.00 |
| 07/01/2014 | Ike Ijemere | Payment (Reference #0000880097) Prepaid Sewer Pmt | | 303.06 | -3,098.06 |
| 08/01/2014 | | Rent Income - August 2014 | 2,795.00 | | -303.06 |
| 08/01/2014 | | Water Charges - August 2014 - Sewer Charge | 93.04 | | -210.02 |
| 09/01/2014 | | Rent Income - September 2014 | 2,795.00 | | 2,584.98 |
| 09/01/2014 | | Water Charges - September 2014 - Sewer Charge | 93.04 | | 2,678.02 |
| 09/03/2014 | Ike Ijemere | Payment (Reference #0000880111) Sept 2014 Rent | | 2,795.00 | -116.98 |
| 10/01/2014 | | Rent Income - October 2014 | 2,795.00 | | 2,678.02 |
| 10/01/2014 | | Water Charges - October 2014 - Sewer Charge | 93.04 | | 2,771.06 |
| 10/03/2014 | Ike Ijemere | Payment (Reference #0000880118) Oct 2014 Rent | | 2,795.00 | -23.94 |
| 11/01/2014 | | Rent Income - November 2014 | 2,795.00 | | 2,771.06 |
| 11/01/2014 | | Water Charges - November 2014 - Sewer Charge | 93.04 | | 2,864.10 |
| 11/03/2014 | Ike Ijemere | Payment (Reference #0000880129) Nov 2014 Rent & Sewer and Dec 2014 Prepaid Rent | | 2,881.00 | -16.90 |
| 12/01/2014 | | Rent Income - December 2014 | 2,795.00 | | 2,778.10 |
| 12/01/2014 | | Water Charges - December 2014 - Sewer Charge | 93.04 | | 2,871.14 |
| 12/04/2014 | Ike Ijemere | Payment (Reference #0000880137) Dec 2014 Rent & Sewer and Jan 2015 Prepaid Rent | | 2,881.00 | -9.86 |
| 01/01/2015 | | Rent Income - January 2015 | 2,795.00 | | 2,785.14 |
| 01/01/2015 | | Water Charges - January 2015 - Sewer Charge | 93.04 | | 2,878.18 |
| 01/05/2015 | Nancy Ijemere | Payment (Reference #0000880145) Jan 2015 Rent & Sewer and Feb 2015 Prepaid Rent | | 2,881.00 | -2.82 |
| 03/06/2015 | | Flooring Replacement - Repair/Replace Flooring Due to Tenant Damaging with Floor Mat Under Chair (Brian's Carpet & Flooring) | 2,151.92 | | 2,149.10 |
| 03/06/2015 | | Misc (General) Repair - Replace Burnt Out/Missing Light Bulbs, Replace Dirty Air Filters & Trim Bushes Around House (General Services) | 225.00 | | 2,374.10 |
| 03/06/2015 | | Security Deposits - Ike Ijemere, Nancy Ijemere, 00920TRCT: Transfer of Security Deposits at Move Out | -2,795.00 | | -420.90 |
| 03/06/2015 | | Security Deposits Clearing - Transfer of Security Deposits at Move Out | 420.90 | | 0.00 |
| 03/06/2015 | | Security Deposits Clearing - Ike Ijemere, Nancy Ijemere, 00920TRCT: Move Out Refund | -420.90 | | -420.90 |
| 03/06/2015 | | Payment (Reference #24558) | | -420.90 | 0.00 |

**Total**     0.00

*Total payments = $ 40,249.30*



OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☒ Conv. Unins. | 6. File Number 0115016 | 7. Loan Number 0293243176 | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Ike Ijemere<br>Nancy I. Ijemere<br>1089 Highland Village Trail<br>Birmingham, AL 35242 | Eddleman Residential, LLC<br>2700 Highway 280 Suite 425<br>Birmingham, AL 35223 | SunTrust Mortgage, Inc.<br>901 Semmes Avenue, RVW 5023<br>Richmond, VA 23224 |

| G. Property Location | H. Settlement Agent  ((205) 871-8855) | |
|---|---|---|
| 1089 Highland Village Trail<br>Birmingham, AL 35242<br>Lot 75 The Village at Highland Lakes Sector One<br>MB 38 Page 24 A-E, Shelby County, Alabama | Clayton T. Sweeney, Attorney | |
| | Place of Settlement<br>2700 Hwy. 280 E., Ste. 160<br>Birmingham, AL 35223 | I. Settlement Date<br>01/21/15<br><br>DD: 01/21/15 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 414,900.00 | 401. Contract sales price | 414,900.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 7,681.55 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes         to | | 406. City/town taxes         to | |
| 107. County taxes         to | | 407. County taxes         to | |
| 108. Assessments         to | | 408. Assessments         to | |
| 109. Fire Dues         01/21 to 09/30 | 225.52 | 409. Fire Dues         01/21 to 09/30 | 225.52 |
| 110. Library Dues         01/21 to 09/30 | 11.96 | 410. Library Dues         01/21 to 09/30 | 11.96 |
| 111. Association Dues         01/21 to 12/31 | 282.74 | 411. | |
| 112. Improvement District Assessments 01/21 to 12/31 | 863.07 | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 423,964.84 | **420. GROSS AMOUNT DUE TO SELLER** | 415,137.48 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 30,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 331,920.00 | 502. Settlement charges to seller (line 1400) | 25,465.21 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Deposit being disbursed as proceeds (30,000.00) | |
| 208. Seller Credit to Buyer 1/2 Closing Fee | 350.00 | 508. Seller Credit to Buyer 1/2 Closing Fee | 350.00 |
| 209. Seller Credit to Buyer 1/2 Title Charges | 652.50 | 509. Seller Credit to Buyer 1/2 Title Charges | 652.50 |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes         to | | 510. City/town taxes         to | |
| 211. County taxes         10/01 to 01/21 | 134.67 | 511. County taxes         10/01 to 01/21 | 134.67 |
| 212. Assessments         to | | 512. Assessments         to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 363,057.17 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 26,602.38 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 423,964.84 | 601. Gross amount due to seller (line 420) | 415,137.48 |
| 302. Less amounts paid by/for borrower (line 220) | 363,057.17 | 602. Less reduction amount due to seller (line 520) | 26,602.38 |
| **303. CASH        FROM        BORROWER** | 60,907.67 | **603. CASH        TO        SELLER** | 388,535.10 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross proceeds of this transaction.

You are required by law to provide the settlement agent with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____

Eddleman Residential, LLC

HUD-1

File Number: 0115016

| L. SETTLEMENT CHARGES | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | 20,745.00 | | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ 10,372.50 to Eddleman Realty, LLC | | | | | |
| 702. $ 10,372.50 to ReMax Southern Homes | | | | | |
| 703. Commission paid at Settlement | | | | | |
| 704. 1% Marketing Fee | Eddleman Realty, LLC | | | | 20,745.00 |
| 705. | | | | | 4,149.00 |
| 800. Items Payable in Connection with Loan | | | P.O.C. | | |
| 801. Our origination charge (Includes Orig. Point(s) .200% or $663.84) $ 3,944.20 (from GFE#1) | | | | | |
| 802. Your credit or charge (points) for the specific interest rate chosen $ -2,655.36 (from GFE#2) | | | | | |
| 803. Your adjusted origination charges | | | (from GFE A) | 1,288.84 | |
| 804. Appraisal Fee | Thomas Langford | | (from GFE#3) | | |
| 805. Credit Report | EQIFAX | | (from GFE#3) | 450.00(B*) | -30.00 |
| 806. Tax service | | | (from GFE#3) | 12.50(B*) | 12.50 |
| 807. Flood certification | Corelogic | | (from GFE#3) | | |
| 808. Final Inspection Fee | Thomas Langford | | (from GFE#3) | 6.00 | |
| 809. | | | | 100.00 | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 900. Items Required by Lender to Be Paid in Advance | | | | | |
| 901. Daily interest charges from 01/21/15 to 02/01/15 @$ 38.65 /day (from GFE#10) 11 day(s) | | | | 425.15 | |
| 902. Mortgage Insurance Premium for to | | | (from GFE#3) | | |
| 903. Homeowner's insurance for 1 year to State Farm $ 925.00 (from GFE#11) | | | | 925.00 | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. Reserves Deposited with Lender | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE#9) | 1,144.06 | |
| 1002. Hazard Insurance | 3 mo. @ $ 77.08 per mo. $ 231.24 | | | | |
| 1003. Mortgage Insurance | mo. @ $ per mo. $ | | | | |
| 1004. City property taxes | mo. @ $ per mo. $ | | | | |
| 1005. County property taxes | 4 mo. @ $ 304.26 per mo. $ 1,217.04 | | | | |
| 1006. Annual Assessments | mo. @ $ per mo. $ | | | | |
| 1007. | mo. @ $ per mo. $ | | | | |
| 1008. | mo. @ $ per mo. $ | | | | |
| 1009. Aggregate Adjustment | -$ 304.22 | | | | |
| 1100. Title Charges | | | | | |
| 1101. Title services and lender's title insurance | | (from GFE#4) | | 1,025.00 | |
| 1102. Settlement or closing fee | Clayton T. Sweeney, Attorney | $ 700.00 (from GFE#4) | | | |
| 1103. Owner's title insurance | Novus Title LLC | (from GFE#5) | | 980.00 | |
| 1104. Lender's title insurance | Novus Title LLC | $ 50.00 | | | |
| 1105. Lender's title policy limit | 331,920.00 --- 50.00 | | | | |
| 1106. Owner's title policy limit | 414,900.00 --- 980.00 | | | | |
| 1107. Agent's portion of the total title insurance premium | Novus Title LLC | $ 772.50 | | | |
| 1108. Underwriter's portion of the total title insurance premium | First American Title Insurance Company | $ 257.50 | | | |
| 1109. Title Search/Exam Fee to | Novus Title LLC | $ 250.00 (from GFE#4) | | | |
| 1110. CPL for Lender | Novus Title LLC | $ 25.00 (from GFE#4) | | | |
| 1111. | | | | | |
| 1112. | | | | | |
| 1113. | | | | | |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Government recording charges | | (from GFE#7) | | 91.00 | |
| 1202. Deed $ 23.00 Mortgage $ 68.00 Releases $ | | | | | |
| 1203. Transfer taxes | | (from GFE#8) | | 581.00 | |
| 1204. City/county tax/stamps Deed $ Mortgage $ | | | | | |
| 1205. State tax/stamps Deed $ 83.00 Mortgage $ 498.00 | | | | | |
| 1206. | | | | | |
| 1207. | | | | | |
| 1208. | | | | | |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Required services that you can shop for | | (from GFE#6) | | 83.00 | |
| 1302. Tax Service Fee | Valutree | $ 83.00 (from GFE#6) | | | |
| 1303. Survey | Arrigton Engineering | | | 225.00 | |
| 1304. Capital Improvement Contribu | Shelby County Commission | | | 800.00 | |
| 1305. Sewer Charge & Transfer lett | Double Oak Water Reclamation LLC | | | | 99.74 |
| 1306. New resident, Assn & Compli | Neighborhood Management | | | 25.00 | 75.00 |
| 1307. 2014-2015 Library Dues & Let | North Shelby Library | | | | 44.83 |
| 1308. 2014-2015- Fire Dues & Lette | Cahaba Valley Fire & EMR District | | | | 351.64 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | 7,681.55 | 25,465.21 |

Outside Closing: B* by Borrower

I/we carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Eddleman Residential, LLC

Nancy I. Ijemere          Douglas D. Eddleman, Member

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Clayton T. Sweeney, Attorney          1-21-15

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

**Comparison of Good Faith Estimate (GFE) and HUD-1 Charges**      File Number: 0115016

| Charges That Cannot Increase | HUD-1 Line Number | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Our origination charge | # 801 | | |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | 3,944.20 | 3,944.20 |
| Your adjusted origination charges | # 803 | -2,655.36 | -2,655.36 |
| Transfer taxes | # 1203 | 1,288.84 | 1,288.84 |
| State tax/stamps - Deed | $ 83.00 # 1205 | 581.00 | 581.00 |
| State tax/stamps - Mortgage | $ 498.00 # 1205 | | |

| Charges That in Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 127.00 | 91.00 |
| Government recording charges - Deed | $ 23.00 # 1202 | | |
| Government recording charges - Mortgage | $ 68.00 # 1202 | | |
| Appraisal Fee | # 804 | | |
| Credit Report | # 805 | 450.00 | 420.00 |
| Flood certification | # 807 | 12.50 | 25.00 |
| Final Inspection Fee | # 808 | 6.00 | 6.00 |
| Title services and lender's title insurance | # 1101 | 0.00 | 100.00 |
| Owner's title insurance | $ 980.00 # 1103 | 1,389.00 | 1,025.00 |
| Tax Service Fee | # 1302 | 473.50 | 980.00 |
| | | 83.00 | 83.00 |
| | TOTAL | 2,541.00 | 2,730.00 |
| | Increase between GFE and HUD-1 Charges | $ 189.00 or | 7.44 % |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 3,240.00 | 1,144.06 |
| Daily interest charges | # 901 $ 38.65 /day | 425.15 | 425.15 |
| Homeowner's Insurance Polic(y/ies) | | 1,380.00 | 925.00 |
| Homeowner's insurance | $ 925.00 # 903 | | |
| Title services | # 1101 | | |

**Loan Terms**

| | |
|---|---|
| Your initial loan amount is | $ 331,920.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 4.25 % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ 1,632.85   includes<br>☒ Principal<br>☒ Interest   -->$   1,632.85<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☒ No. ☐ Yes, it can rise to a maximum of          %. The first change will be on            and can change again every after          . Every change date, your interest rate can increase or decrease by          %. Over the life of the loan, your interest rate is guaranteed to never be lower than          % or higher than          %. |
| Even if you make payments on time, can your loan balance rise? | ☒ No. ☐ Yes, it can rise to a maximum of $ |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No. ☐ Yes, the first increase can be on            and the monthly amount owed can rise to $<br>The maximum it can ever rise to is $ |
| Does your loan have a prepayment penalty? | ☒ No. ☐ Yes, your maximum prepayment penalty is $ |
| Does your loan have a balloon payment? | ☒ No. ☐ Yes, you have a balloon payment of $          due in          years on          . |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance.  You must pay these items directly yourself.<br>☒ You have an additional monthly escrow payment of $          381.34 that results in a total initial monthly amount owed of $          2,014.19          . This includes principal, interest, any mortgage insurance and any items checked below:<br>☒ Property taxes   -->$          304.26  ☒ Homeowner's Insurance  -->$          77.08<br>☐ Flood Insurance          ☐<br>☐          ☐ |

te:  If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

| Borrower: | IKE IJEMERE |
| Co-Borrower: | NANCY I IJEMERE |
| Property Address: | 1089 HIGHLAND VILLAGE TRL |
| Loan Number: | 0293243176 |
| Principal Balance: | $313,506.19 |
| Next Payment: | $1,952.59 **due** 04/01/2018 |

**?** FAQ (https://www.suntrust.com/mortgage/customer-service/faqs)        **🖶** Print This Page

## Account Detail

### Let the equity in your home Make A Difference.

Access the funds you need for home renovations, college tuition or unexpected expenses with a Home Equity Line of Credit

*LEARN MORE*

Reviewing where your home loan stands is smart. Like life, a mortgage isn't static. Things can change, like your finances or financial goals. You may be wondering if your current mortgage still fits your needs. We can help you determine that with an annual mortgage check-up.

You'll find that our knowledgeable team is readily available to answer your questions and assist you. So you can maintain greater control, reduce financial stress and focus your energy on what matters most in your life.

Call or email us – we're always here for you!
**☎** 800.634.7928 (tel:+1-800-634-7928)        **✉**
Email Us (https://suntrustmortgage.customercarenet.com/ccn/stm/mymortgage.html#TPL-EGAIN)

| General Loan Information | Payment Information | Tax and Interest |
| --- | --- | --- |

| Current Principal Balance | $313,506.19 |
| Loan Origination Date | 01/21/2015 |

| | Applied Date | Effective Date | Description | Principal | Interest | Escrow | Amount Paid | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| ⊕ | 03/29/2018 | 03/28/2018 | Principal Reduction | $76.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| ⊕ | 03/28/2018 | 03/28/2018 | Payment Applied | $0.00 | $0.00 | $0.00 | $76.32 | $0.00 |
| ⊕ | 03/26/2018 | 03/26/2018 | Insurance Paid | $0.00 | $0.00 | ($1,389.00) | ($1,389.00) | ($680.44) |
| ⊕ | 03/14/2018 | 03/13/2018 | Payment Applied | $520.40 | $1,112.45 | $243.42 | $0.00 | $708.56 |
| ⊕ | 03/13/2018 | 03/13/2018 | Payment Applied | $0.00 | $0.00 | $0.00 | $1,876.27 | $465.14 |
| ⊕ | 02/13/2018 | 02/13/2018 | Payment Applied | $518.57 | $1,114.28 | $243.42 | $1,876.27 | $465.14 |
| ⊕ | 01/12/2018 | 01/12/2018 | Payment Applied | $516.74 | $1,116.11 | $243.42 | $1,876.27 | $243.42 |
| ⊕ | 12/13/2017 | 12/13/2017 | Payment Applied | $514.91 | $1,117.94 | $243.42 | $1,876.27 | $243.42 |
| ⊕ | 11/13/2017 | 11/13/2017 | Payment Applied | $513.09 | $1,119.76 | $243.42 | $1,876.27 | $243.42 |
| ⊕ | 10/31/2017 | 10/31/2017 | County Tax Paid | $0.00 | $0.00 | ($2,026.12) | ($2,026.12) | ($508.54) |
| ⊕ | 10/13/2017 | 10/13/2017 | Payment Applied | $511.28 | $1,121.57 | $243.42 | $1,876.27 | $1,517.58 |
| ⊕ | 09/12/2017 | 09/12/2017 | Payment Applied | $509.48 | $1,123.37 | $243.42 | $1,876.27 | $1,274.16 |
| ⊕ | 08/11/2017 | 08/11/2017 | Payment Applied | $507.68 | $1,125.17 | $243.42 | $1,876.27 | $1,030.74 |
| ⊕ | 07/11/2017 | 07/11/2017 | Payment Applied | $505.89 | $1,126.96 | $243.42 | $1,876.27 | $787.32 |
| ⊕ | 07/11/2017 | 07/11/2017 | Insurance Deposit | $0.00 | $0.00 | $4,371.00 | $4,371.00 | $4,371.00 |
| ⊕ | 07/07/2017 | 07/07/2017 | Insurance Paid | $0.00 | $0.00 | ($1,138.00) | ($1,138.00) | ($1,138.00) |

*total = $16,886.43*
*page 2*

| | Applied Date | Effective Date | Description | Principal | Interest | Escrow | Amount Paid | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| ⊞ | 06/22/2017 | 06/22/2017 | Insurance Paid | $0.00 | $0.00 | ($4,393.00) | ($4,393.00) | ($2,689.10) |
| ⊞ | 06/09/2017 | 06/09/2017 | Payment Applied | $504.10 | $1,128.75 | $243.42 | $1,876.27 | $1,703.90 |
| ⊞ | 05/11/2017 | 05/11/2017 | Payment Applied | $502.33 | $1,130.52 | $243.42 | $1,876.27 | $1,460.48 |
| ⊞ | 04/11/2017 | 04/11/2017 | Principal Reduction | $140.38 | $0.00 | $0.00 | $140.38 | $1,217.06 |
| ⊞ | 04/11/2017 | 04/11/2017 | Payment Applied | $500.06 | $1,132.79 | $243.42 | $1,876.27 | $1,217.06 |
| ⊞ | 03/10/2017 | 03/10/2017 | Principal Reduction | $140.38 | $0.00 | $0.00 | $140.38 | $973.64 |
| ⊞ | 03/10/2017 | 03/10/2017 | Payment Applied | $497.80 | $1,135.05 | $243.42 | $1,876.27 | $973.64 |
| ⊞ | 02/10/2017 | 02/10/2017 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $730.22 |
| ⊞ | 02/10/2017 | 02/10/2017 | Payment Applied | $496.04 | $1,136.81 | $383.76 | $2,016.61 | $730.22 |
| ⊞ | 01/18/2017 | 01/18/2017 | Escrow Refund | $0.00 | $0.00 | ($2,105.18) | ($2,105.18) | $346.46 |
| ⊞ | 01/11/2017 | 01/11/2017 | Insurance Paid | $0.00 | $0.00 | ($960.00) | ($960.00) | $2,451.64 |
| ⊞ | 01/11/2017 | 01/11/2017 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $3,411.64 |
| ⊞ | 01/11/2017 | 01/11/2017 | Payment Applied | $494.29 | $1,138.56 | $383.76 | $2,016.61 | $3,411.64 |
| ⊞ | 12/13/2016 | 12/13/2016 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $3,027.88 |
| ⊞ | 12/13/2016 | 12/13/2016 | Payment Applied | $492.54 | $1,140.31 | $383.76 | $2,016.61 | $3,027.88 |
| ⊞ | 11/10/2016 | 11/10/2016 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $2,644.12 |

Total = $13,549/
Page 3

| | Applied Date | Effective Date | Description | Principal | Interest | Escrow | Amount Paid | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| ⊞ | 11/10/2016 | 11/10/2016 | Payment Applied | $490.81 | $1,142.04 | $383.76 | $2,016.61 | $2,644.12 |
| ⊞ | 10/28/2016 | 10/28/2016 | County Tax Paid | $0.00 | $0.00 | ($1,961.00) | ($1,961.00) | $2,260.36 |
| ⊞ | 10/13/2016 | 10/13/2016 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $4,221.36 |
| ⊞ | 10/13/2016 | 10/13/2016 | Payment Applied | $489.07 | $1,143.78 | $383.76 | $2,016.61 | $4,221.36 |
| ⊞ | 09/13/2016 | 09/13/2016 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $3,837.60 |
| ⊞ | 09/13/2016 | 09/13/2016 | Payment Applied | $487.35 | $1,145.50 | $383.76 | $2,016.61 | $3,837.60 |
| ⊞ | 08/11/2016 | 08/11/2016 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $3,453.84 |
| ⊞ | 08/11/2016 | 08/11/2016 | Payment Applied | $485.63 | $1,147.22 | $383.76 | $2,016.61 | $3,453.84 |
| ⊞ | 07/08/2016 | 07/08/2016 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $3,070.08 |
| ⊞ | 07/08/2016 | 07/08/2016 | Payment Applied | $483.91 | $1,148.94 | $383.76 | $2,016.61 | $3,070.08 |
| ⊞ | 06/10/2016 | 06/10/2016 | Principal Reduction | $0.04 | $0.00 | $0.00 | $0.04 | $2,686.32 |
| ⊞ | 06/10/2016 | 06/10/2016 | Payment Applied | $482.21 | $1,150.64 | $383.76 | $2,016.61 | $2,686.32 |
| ⊞ | 05/12/2016 | 05/12/2016 | Payment Applied | $480.50 | $1,152.35 | $381.34 | $2,014.19 | $2,302.56 |
| ⊞ | 04/12/2016 | 04/12/2016 | Payment Applied | $478.81 | $1,154.04 | $381.34 | $2,014.19 | $1,921.22 |
| ⊞ | 04/01/2016 | 04/01/2016 | Escrow Refund | $0.00 | $0.00 | ($3,103.36) | ($3,103.36) | $1,539.88 |
| ⊞ | 03/11/2016 | 03/11/2016 | Payment Applied | $477.12 | $1,155.73 | $381.34 | $2,014.19 | $4,643.24 |

Total = $18,142.23
Page 4

| | Applied Date | Effective Date | Description | Principal | Interest | Escrow | Amount Paid | Escrow Balance | |
|---|---|---|---|---|---|---|---|---|---|
| ⊕ | 02/12/2016 | 02/12/2016 | Payment Applied | $475.43 | $1,157.42 | $381.34 | $2,014.19 | $4,261.90 | $. |
| ⊕ | 01/13/2016 | 01/13/2016 | Insurance Paid | $0.00 | $0.00 | ($954.00) | ($954.00) | $3,880.56 | $. |
| ⊕ | 01/12/2016 | 01/12/2016 | Payment Applied | $473.76 | $1,159.09 | $381.34 | $2,014.19 | $4,834.56 | $. |
| ⊕ | 12/11/2015 | 12/11/2015 | Payment Applied | $472.08 | $1,160.77 | $381.34 | $2,014.19 | $4,453.22 | $. |
| ⊕ | 11/12/2015 | 11/12/2015 | Payment Applied | $470.42 | $1,162.43 | $381.34 | $2,014.19 | $4,071.88 | $. |
| ⊕ | 10/29/2015 | 10/29/2015 | County Tax Paid | $0.00 | $0.00 | ($504.24) | ($504.24) | $3,690.54 | $. |
| ⊕ | 10/07/2015 | 10/07/2015 | Payment Applied | $468.76 | $1,164.09 | $381.34 | $2,014.19 | $4,194.78 | $. |
| ⊕ | 09/04/2015 | 09/04/2015 | Payment Applied | $467.10 | $1,165.75 | $381.34 | $2,014.19 | $3,813.44 | $. |
| ⊕ | 08/06/2015 | 08/06/2015 | Payment Applied | $465.46 | $1,167.39 | $381.34 | $2,014.19 | $3,432.10 | $. |
| ⊕ | 07/06/2015 | 07/06/2015 | Payment Applied | $463.81 | $1,169.04 | $381.34 | $2,014.19 | $3,050.76 | $. |
| ⊕ | 06/05/2015 | 06/05/2015 | Payment Applied | $462.18 | $1,170.67 | $381.34 | $2,014.19 | $2,669.42 | $. |
| ⊕ | 05/06/2015 | 05/06/2015 | Payment Applied | $460.54 | $1,172.31 | $381.34 | $2,014.19 | $2,288.08 | $. |
| ⊕ | 04/06/2015 | 04/06/2015 | Payment Applied | $458.92 | $1,173.93 | $381.34 | $2,014.19 | $1,906.74 | $. |
| ⊕ | 03/06/2015 | 03/06/2015 | Payment Applied | $457.30 | $1,175.55 | $381.34 | $2,014.19 | $1,525.40 | $. |
| ⊕ | 01/22/2015 | 01/22/2015 | Funds Applied | $0.00 | $0.00 | $1,144.06 | $1,144.06 | $1,144.06 | $. |
| ⊕ | 01/22/2015 | 01/22/2015 | Funds Applied | $0.00 | $425.15 | $0.00 | $425.15 | $0.00 | |

*[handwritten]* total Page 5 = $25,739.49

*[handwritten]* Grand total = $74,323.06



WELCOME TO BEST BUY #383
BIRMINGHAM, AL 35242
(205)437-8966

Keep your receipt!
Return policies vary by product type.
Returns must be made with this receipt by
 IbC09/14/06IN for 30-day products. See reve
rse
side for more details.

Val #: 1085-3162-4501-0093

0383 060 8344 08/15/06    16:10 0459573

        Duplicate  Receipt
        ✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻


SALE

PACKAGE 34149✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻
7944843   PDP-6071HD          6,499.99
  PIONEER 60" PLASMA HDTV
  REG 6,999.99  WITH 300.00 PACKAGE PRICE DI
SC
  REG 6,699.99  WITH 200.00- DOLLARS OFF
  ITEM TAX 8.00%
Deliver on: 9/4/2006
7384742   H20                    99.99
  DIRECTV HD RECEIVER, MPEG4 CO
          ✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻
7306444   HOME THEATR            49.99
  DELIVER & RECONNECT
  ITEM TAX 8.00%
Deliver on: 9/4/2006
        ROS ORDER                 0.00
  ORDER # 367123455
  ITEM TAX 8.00%
Deliver on: 9/4/2006
7934444   RERING SKUS             0.00
  RETURNS - RERING ALL SKUS IN
4710094   4YR $5,000-           599.99  N
  4YR $5 000-$7499.99 PLASMA TV
  PSP #    2684225429
  SKU #    7944843
                         -----------
              SUBTOTAL   7,249.96
          SALES TAX 8.00 %      8.00
          SALES TAX 8.00 %    520.00
          SALES TAX 8.00 %      4.00
                         ===========
              TOTAL   7,781.96

xxxxxxxxxxxx1205   MASTERCARD  7,781.96
MALACHY I IJEMERE
APPROVAL 015066

✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻
QUALIFYING REBATES SUMMARY:
NO QUALIFIED REBATES
✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻✻


** DELIVER TO: **
IKE IJEMERE
7012 EAGLE POINT TRL
BIRMINGHAM AL 35242
Home Phone: 205-980-8707