SP 120,000.00
LA 118,146.00
cc: 1,854.00  MOB0700662

Send tax notice to:
3258 Clubhouse Rd
Mobile, AL 36605

This instrument prepared by:
Stewart & Associates, P.C.
3595 Grandview Pkwy, #645
Birmingham, Alabama 35243

STATE OF ALABAMA
COUNTY Mobile

2007057395  Book-6229  Page-367
Total Number of Pages: 2

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

That in consideration of One Hundred Twenty Thousand and 00/100 Dollars ($120,000.00) in hand paid to the undersigned Ellis Harper ( also known as Ellis L. Harper, Jr. a married man, hereinafter referred to as Grantors") by Booker T. Lee and Terri C. Carter, husband and wife (hereinafter referred to as Grantees"), the receipt and sufficiency of which are hereby acknowledged, Grantors do, by these presents, grant, bargain, sell, and convey unto Grantees, as joint tenants with right of survivorship, the following described real estate situated in Mobile County, Alabama, to-wit:

Lot 3, Marcell Subdivision, according to the plat thereof recorded in Map Book 109, Page 2, of the records in the Office of the Judge of Probate, Mobile County, Alabama.

the above described property is not the homestead of the grantor or of the grantors spouse.

SUBJECT TO:
ADVALOREM TAXES DUE OCTOBER 01, 2007 AND THEREAFTER.
BUILDING AND SETBACK LINES, RESTRICTIONS, COVENANTS AND CONDITIONS OF RECORD.

$118,146.00 OF THE CONSIDERATION AS WAS PAID FROM THE PROCEEDS OF A MORTGAGE LOAN.

TO HAVE AND TO HOLD to Grantees, as joint tenants, with right of survivorship, their heirs, executors, administrators and assigns forever.

The Grantors do for themselves, their heirs and assigns, covenant with Grantees, their heirs, executors, administrators and assigns, that they are is lawfully seized in fee simple of said premises; that they are free from all encumbrances except as noted above; that they have a good right to sell and convey the same as aforesaid; and that they will, and their heirs, executors, administrators shall warrant and defend the same to the said grantee, their heirs and assigns forever against the lawful claims of all persons.

IN WITNESS WHEREOF, Grantor(s) Ellis Harper, a/k/a Ellis L. Harper, Jr., a married man hereunto set their signature(s) and seal(s) on July 23, 2007.

_Ellis Harper_
Ellis Harper
a/k/a Ellis L. Harper, Jr.

STATE OF ALABAMA
COUNTY OF MOBILE

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Ellis Harper, a/k/a Ellis L. Harper, Jr., a married man whose name(s) is/are signed to the foregoing instrument, and who is/are known to me, acknowledged before me on this day, that, being informed of the contents of the said instrument, he/she/they executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this the 23rd day of July 2007

_Christian P Nolen_
Notary Public
Print Name: Christian P. Nolen
Commission Expires: Feb 06, 2011

(NOTARIAL SEAL)

State of Alabama-Mobile County
I certify this instrument was filed on:
July 30, 2007 @  7:37:42 AM
DEED TAX                    $2.00
S.R. FEE                    $2.00
SURCHARGE                  $10.00
RECORDING FEES              $6.00
TOTAL AMOUNT               $20.00

2007057395
Don Davis, Judge of Probate