Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION:  L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

        This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin        , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

        The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

        The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

        All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: David _____ C ___ Reynolds _____
                  First Name      M.I.   Last Name        Suffix

Dahnelle _____ L ___ Reynolds _____
Co-Claimant First Name (if applicable)   M.I.   Last Name   Suffix

_____
Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

101 Spotted Fawn Rd.
_____
Address 1                                                              Address 2

Madison                                    AL              35758
_____
City                                            State           Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:        David               C      Reynolds
_____
First Name            M.I.    Last Name                    Suffix

Mailing Address (if different):

_____
Address 1                                                              Address 2

_____
City                                            State           Zip Code

Phone Number of Person Completing This Form: ( 256 )  690  -  2755

---

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

**When** did you acquire the Property? Month/Day/Year:  2  /  21  /  2011

**When** was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year:  ??  /  ??  /  2006

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year:  6  /  2015

If you believe Chinese drywall was installed after you acquired the Property, **when and how did you first become aware that the Property contained Chinese drywall?**

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:  _____/_____/_____
                  Month     Day      Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?               _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                 Month    Day      Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                    Month    Day      Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

**Amount** of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

---

*Section VII. Other Damages*

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 0.00 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 190,495.34 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 17,900 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

*Section VIII. "Under Air" Square Footage*

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____     3/22/2018
Claimant's signature                                         _____
                                                                          Date signed

Name:     David Christopher Reynolds
              _____

Address:  101 Spotted Fawn Rd
              _____
              Address 1                              Address 2
              Madison                          AL        35758
              _____
              City                                 State      Zip Code

Phone No.: ( 256  ) 690   - 2755
              _____

Email:     nasadave@gmail.com
              _____

7

# Exhibit

### (See Section VII)

Documents Related to Other Damages

## LOSS OF USE / ENJOYMENT CALCULATION

| ITEM | DATE | VALUE |
|---|---|---|
| LOSS OF USE/ENJOYMENT ($25,000/yr @ 7.083 yrs as of 3/22/2018) | | $ 177,075.00 |
| WASHER/DRYER (NON-FUNCTIONAL DUE TO ELECTRICAL CORROSION) | 10/25/13 | $ 1,302.77 |
| TELEVISION (NON-FUNCTIONAL DUE TO ELECTRICAL CORROSION) | 6/11/11 | $ 567.80 |
| PERSONAL COMPUTER (NON-FUNCTIONAL DUE TO ELECTRICAL CORROSION) | 10/12/11 | $ 413.26 |
| PERSONAL COMPUTER (NON-FUNCTIONAL DUE TO ELECTRICAL CORROSION) | 10/27/14 | $ 843.99 |
| PERSONAL COMPUTER (NON-FUNCTIONAL DUE TO ELECTRICAL CORROSION) | 9/13/17 | $ 1,389.56 |
| DOWNSTAIRS HVAC (NON-FUNCTIONAL DUE TO COPPER CORROSION) | 10/20/14 | $ 4,400.00 |
| UPSTAIRS HVAC DIAGNOSIS (LEAKS DUE TO COPPER CORROSION) | 4/2/14 | $ 152.96 |
| UPSTAIRS HVAC (NON-FUNCTIONAL DUE TO COPPER CORROSION) | 4/2/14 | $ 4,350.00 |
| TOTAL | | $ 190,495.34 |

 **Gmail**

Dave Reynolds <nasadave@gmail.com>

---

**Your Order is in Process**
2 messages

---

**customercare@lowes.com** <customercare@lowes.com>
To: nasadave@gmail.com

Fri, Oct 25, 2013 at 5:46 PM

Your Account

| | |
|---|---|
| **Store Name:** | LOWE'S OF N. HUNTSVILLE, AL |
| **Store #:** | 1577 |
| **Store Address:** | 3505 NORTH MEMORIAL PARKWAY N.W. HUNTSVILLE, AL 35810 |

**LOWE'S**

## Your Order Is in Process
View details below.

Dear David,

Thank you for placing your order with Lowe's. Your order is now in process.

To check the status of your order, please call Lowe's Customer Care at 1-800-44-LOWES (56937) or email customercare@lowes.com. Thank you for shopping at Lowe's.

Sincerely,
Lowe's Customer Care

### Order Summary

| | |
|---|---|
| **Order Date:** | 10/25/2013 |
| **Order #:** | 300675954 |
| **Invoice #:** | |
| **Order Total:** | $1,302.77 |

### Need Help?

✉ **Email Customer Care**

📞 Call **1-800-445-6937**
Our Customer Care team is available Monday  Saturday 7 a.m.  1 a.m. (ET), and Sunday 10 a.m.  9 p.m. (ET).

### Give a Lowe's Gift Card



Choose from more than 200,000 items in-store and on Lowes.com.
**View Gift Card Options** ▸

## Lowe's Delivery

| Products Ordered | Unit Price | Quantity | Total |
|---|---|---|---|
| **3.6-cu ft High-Efficiency Front-Load Washer (White) ENERGY STAR** Item #: 452009 Model #: WM2250CW | $597.60 | 1 | $597.60 |
| **7.1-cu ft Electric Dryer (White)** Item #: 452010 Model #: DLE2250W | $597.60 | 1 | $597.60 |

| Deliver To | Lowe's Location |
|---|---|
| David Reynolds 101 Spotted Fawn Rd Madison, AL 35758 (256) 890-0981 | LOWE'S OF N. HUNTSVILLE, AL 3505 NORTH MEMORIAL PARKWAY N.W. |

HUNTSVILLE, AL 35810
Store Number: 1577
Store Phone: (256) 859-0735

Subscribe to News & Specials



Sign up for exclusive emails on special offers, project ideas and more.
**Subscribe Now ▸**

A Lowe's representative will call within 24 hours of purchase to schedule your delivery. If you don't receive a call after 24 hours, please call Customer Care at 1-800-44-LOWES Monday through Saturday, 7 a.m. to 1 a.m. (ET) and Sunday, 10 a.m. to 9 p.m. (ET).

## Payment and Billing

| Bill To |
|---|

| | |
|---|---|
| David Reynolds | (256) 890-0981 |
| 101 Spotted Fawn Rd | nasadave@gmail.com |
| Madison, AL 35758 | |

| Tender Information | **Billing Summary** |
|---|---|

| | | | |
|---|---|---|---|
| AMEX 4003:  $1,302.77 | Subtotal: | $1,195.20 |
| | Shipping/Delivery: | $0.00 |
| | Tax: | $107.57 |
| | Order Total: | $1,302.77 |

Buy Online. Pick Up In Store



Place your order on Lowes.com and pick it up in the store.
**Get Details ▸**

Charges will apply to your credit card at time of fulfillment. Picked up or shipped orders will be charged when pickup or shipping processes begin. Lowe's delivery orders will charge up to 48 hours before your scheduled delivery. For installation projects, see contract for details. If any part of your order is canceled prior to fulfillment, your pending charges will be adjusted. If you have any questions about your order, please call Customer Care at 1-800-44-LOWES (56937) or email customercare@lowes.com

Lowe's Customer Care (CON8) 1605 Curtis Bridge Rd  Wilkesboro, NC 28697  View our Privacy and Security Statement
Lowe's and the gable design are registered trademarks of LF, LLC

Lowe's Consumer Credit Terms and Conditions

---

**customercare@lowes.com** <customercare@lowes.com>          Fri, Oct 25, 2013 at 5:58 PM
To: nasadave@gmail.com

Your Account

Store Name: LOWE'S OF ATHENS, AL



# Your Order Is in Process
View details below.

Store #: 1799

Store Address: 1109 US HIGHWAY 72 EAST ATHENS, AL 35611

Dear David,

Thank you for placing your order with Lowe's. Your order is now in process.

To check the status of your order, please call Lowe's Customer Care

## Order Summary

| | |
|---|---|
| Order Date: | 10/25/2013 |
| Order #: | 300675824 |
| Invoice #: | |

at 1-800-44-LOWES (56937) or email **customercare@lowes.com**.
Thank you for shopping at Lowe's.

Sincerely,
Lowe's Customer Care

## Lowe's Delivery

| Products Ordered | Unit Price | Quantity | Total |
|---|---|---|---|
| **3.6-cu ft High-Efficiency Front-Load Washer (White) ENERGY STAR** <br> Item #: 452009 Model #: WM2250CW | $597.60 | 1 | $597.60 |
| **7.1-cu ft Electric Dryer (White)** <br> Item #: 452010 Model #: DLE2250W | $597.60 | 1 | $597.60 |

| Deliver To | Lowe's Location |
|---|---|
| Dave Reynolds <br> 101 Spotted Fawn Rd <br> Madison, AL 35758 <br> (256) 890-0981 | LOWE'S OF ATHENS, AL <br> 1109 US HIGHWAY 72 EAST <br> ATHENS, AL 35611 <br> Store Number: 1799 <br> Store Phone: (256) 771-5600 |

A Lowe's representative will call within 24 hours of purchase to schedule your delivery. If you don't receive a call after 24 hours, please call Customer Care at 1-800-44-LOWES Monday through Saturday, 7 a.m. to 1 a.m. (ET) and Sunday, 10 a.m. to 9 p.m. (ET).

## Payment and Billing

| Bill To |
|---|
| David Reynolds <br> 101 Spotted Fawn Rd <br> Madison, AL 35758 | (256) 890-0981 <br> nasadave@gmail.com |

| Tender Information | Billing Summary |
|---|---|

| AMEX 2361: | $1,302.77 | Subtotal: | $1,195.20 |
|---|---|---|---|
| | | Shipping/Delivery: | $0.00 |
| | | Tax: | $107.57 |
| | | Order Total: | $1,302.77 |

Charges will apply to your credit card at time of fulfillment. Picked up or shipped orders will be charged when pickup or shipping processes begin. Lowe's delivery orders will charge up to 48 hours before your scheduled delivery. For installation projects, see contract for details. If any part of your order is canceled prior to fulfillment, your pending charges will be adjusted. If you have any

---

| Order Total: | $1,302.77 |
|---|---|

### Need Help?

 **Email Customer Care**

**Call** 1-800-445-6937

Our Customer Care team is available Monday  Saturday 7 a.m.  1 a.m. (ET), and Sunday 10 a.m.  9 p.m. (ET).

### Give a Lowe's Gift Card



Choose from more than 200,000 items in-store and on Lowes.com. **View Gift Card Options ▸**

### Subscribe to News & Specials



Sign up for exclusive emails on special offers, project ideas and more. **Subscribe Now ▸**

### Buy Online. Pick Up In Store



Place your order on Lowes.com and pick it up in the store. **Get Details ▸**

**◎ TARGET**

## Final Invoice for Order #602-1309850-9672224
Print this page for your records.

**Your Payment Information**

# order placed July 16, 2010

**Order Placed: July 16, 2010**                          **Order Total: $567.80**

| Shipped on Jul 24, 2010 | |
|---|---|

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *VIZIO 42" Class 1080p 120hz LCD HDTV - Black (E420VL)* | $598.00 |

| | |
|---|---|
| Item(s) Subtotal: | $598.00 |
| Shipping: | $32.88 |
| Promotion Applied: | -$59.80 |
| Free Shipping: | -$32.88 |
| | ----- |
| Total Before Tax: | $538.20 |
| Sales Tax: | $29.60 |
| | ----- |
| **Total for This Shipment:** | **$567.80** |

**Shipping Address:**
Dahnelle Reynolds
132 Clover Ridge
Madison, AL 35758
United States

**Shipping Speed:**
Standard Shipping

| Payment Information | |
|---|---|

**Payment Method:**
Visa | Trailing digits: 2168

**Billing Address:**
Dahnelle Reynolds
132 Clover Ridge
Madison, AL 35758
United States

| | |
|---|---|
| Item(s) Subtotal: | $598.00 |
| Shipping: | $32.88 |
| Promotion Applied: | -$59.80 |
| Free Shipping: | -$32.88 |

-----

| | |
|---|---|
| Total Before Tax: | $538.20 |
| Estimated Tax: | $29.60 |

-----

**Grand Total: $567.80**

Why has sales tax been applied?
See tax and seller information

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates

 Gmail

Dave Reynolds <nasadave@gmail.com>

## CASE #1720356

**Dave Reynolds** <nasadave@gmail.com>
To: photos@vizio.com

Sat, Jun 11, 2011 at 5:32 PM

Issue: Sparks started popping from the plug inlet on TV, then TV shorted out.  TV cannot be turned back on.

CASE #1720356

David & Dahnelle Reynolds
(256)890-0981

Purchase date, July 16, 2010.  Receipt is attached.

Please contact as soon as possible.  Thank you.



📄 **Vizio TV Order - Reynolds.pdf**
58K

 Gmail

Dave Reynolds <nasadave@gmail.com>

**Your CircuitCity.com Order Confirmation**
1 message

**CircuitCity.com** <noreply@circuitcity.com>
To: David Reynolds <nasadave@gmail.com>

Wed, Oct 12, 2011 at 9:13 AM



# Order Confirmation

**Order Placed:** 10/12/2011

**Order #:** F7389300

**P.O. #:**

**Order Total:** $413 26

Dear **David Reynolds**,

Thank you for your order. Please verify that the information below is correct, due to our fast turnaround time there is a short window of opportunity to modify your order.

If you need to change anything on your order please contact us at 1-800-843-2489. Please note orders generally become available for modification 10-15 minutes after being placed online but only for a very short time.

Every order is thoroughly reviewed by our processing department to ensure that the order is accurate, the payment method is valid, and the user is authorized to use this payment method. Once the order has passed the rigorous review by our processing department, it is sent to our warehouse for shipment. Most orders are processed within minutes however depending on when an order is placed and the accuracy of the information supplied when the order is placed, processing can take longer. Further, for security reasons, in some circumstances voice confirmation may be required before we can process your order.

You may check your order status anytime by clicking on the "Track Your Order" link, or by logging into the website and using the My Account features – where you can also print invoices, find rebate information, manufacturer contact and warranty information, submit product reviews, and much more.

We at CircuitCity.com hope you enjoy your purchase and we appreciate your business.

Regards,

**CircuitCity.com**
1-800-843-2489

### Don't Forget These Must-haves

HP P1102w CE657A
LaserJet Pro Mono Printer



**$99.99**

Logitech 920-002416
MK710 Mouse and
Keyboard



**$79.99**

## Shipment Information

David Reynolds

## Billing Information

David Reynolds

101 Spotted Fawn Rd.

Madison, AL 35758
2568900981

101 Spotted Fawn Rd.

Madison, AL 35758
2568900981

## Items Ordered

| | | | |
|---|---|---|---|
| Gateway DX4850-27eu Refurbished Desktop PC - Intel Core-i5 2.8GHz, 6GB DDR3, 1.5TB HDD, DVDRW, Windows 7 Home Premium 64-Bit **(S445-13000)** MPN: RB-L-PT.GBL02.017 | 1 | $399.99 | $399.99 |

| | |
|---|---|
| Total for all Items: | $399.99 |
| Shipping & Handling: | $13.27 |
| Sales Tax: | $0.00 |
| **Grand Total:** | **$413.26** |

**Payment Method:** VISA
**Shipping Method:** Ground (3 to 7 days)

**Shopping**
View Cart
My Account
Order Status
Rebate Center

**Company Info**
About Us
Affiliates
Customer Service
Site Map
Terms & Conditions
Privacy Policy

 Gmail

**Dave Reynolds <nasadave@gmail.com>**

---

## MacMall Order Status Order Number - W9389035

1 message

orders@macmall.com <orders@macmall.com>
To: nasadave@gmail.com

Sun, Oct 28, 2012 at 12:11 AM

---





My Account    Order Status

**Dear DAVID REYNOLDS,**

Here is your order shipment status. Please save this message for future reference.

Please note that you will only be billed for items that have shipped. You will receive corresponding shipment information as the remainder of your order ships. To check the status of your order, you can go to Order Status by clicking here.

**Order Details**
Order Number: W9389035
Account Number: 0149205940

**Billing Information**
DAVID REYNOLDS
101 SPOTTED FAWN RD
MADISON, AL - 357586122
256-890-0981

**Shipping Information**
DAVID REYNOLDS
101 SPOTTED FAWN RD
MADISON, AL - 357586122
256-890-0981

| Product Description: | Qty | Ship Date | Shipping Status | Price | Extended Price |
|---|---|---|---|---|---|
| DT 7-MAC OEM 1U LIC W/ DVD MEDIA Item No : 08885968 Mftr Part No : PDFM7XL-OEM1DVD-EN  Tracking Link | 1 | Oct 27 2012 | Shipped | $49.99 | $49.99 |
| MAC MINI 2.3GHZ/4GB/1TB/4000 Item No : 09418667 Mftr Part No : MD388LL/A | 1 | Oct 27 2012 | Shipped | $794.00 | $794.00 |

Tracking Link

|  | Order Totals: |
|---|---|
| Sub Total | $843.99 |
| Tax | $0.00 |
| Shipping | $0.00 |
| **Grand Total** | **$843.99** |

**Thank you and see you again!**

 Please review our store by clicking on the link. It will only take a few minutes but it will go a long way towards helping us serve you even better.



 If you have questions regarding your order, contact at 800-622-6255 ext. or . You may also contact Customer Service at 1-800-622-6255 or customerservice@macmall.com

 MacMall Technical Support is available Monday through Friday 6:00 a.m. to 6:00 p.m (Pacific Time) at 1-800-760-0300 or mactech@macmall.com

 Next time get **FREE 2-Day Shipping** from MacMall and other great retailers with your ShopRunner membership.
Sign up for Fast Free Shipping at https://www.shoprunner.com/returns.

Please Note:This email was sent from an automated notification-only system that cannot accept incoming email. Please do not reply to this message.

Thanks again for shopping at MacMall.

 **Gmail**

Dave Reynolds <nasadave@gmail.com>

---

**We're processing your order W560345455**
1 message

**Apple Store** <your_order_US@orders.apple.com>
To: nasadave@gmail.com

Wed, Sep 13, 2017 at 3:43 PM



# Thank you for your order.

We'll let you know when your items are on their way.

**Order Number:** W560345455
**Ordered on:** Sep 13, 2017

---

## Items to be Shipped

**Shipment 1**
**Ships:** In Stock
**Delivers:** Fri Sep 15 by Free 2 Business Day Shipping

 **Refurbished 21.5-inch iMac 3.4GHz quad-core Intel Core i5 with Retina 4K display**

$1,269.00

Qty 1                                $1,269.00

**Shipping Address:**
Dave Reynolds
••••••••55
Dave Reynolds
101 Spotted Fawn Rd
Madison AL 35758-6122

**Shipment Notifications:**
nasadave@gmail.com
••••••••55

## Billing and Payment

**Billing Contact:**
David Reynolds
••••••••81
nasadave@gmail.com

**Billing Address:**
101 Spotted Fawn Rd.
Madison AL 35758-6122

| | |
|---|---:|
| Subtotal | $1,269.00 |
| Free Shipping | $0.00 |
| Estimated Tax | $120.56 |
| **Order Total** | **$1,389.56** |

## Questions

**When will I get my items?**
The shipping estimates above tell you when your items are expected to arrive. As each item leaves our warehouse, we'll email you with carrier and tracking

information.

Ordered more than one item? You'll get a separate email as each item ships. There are no additional shipping fees for these items.

**How do I view or change my order?**
Visit online Order Status to view the most up-to-date status and make changes to your order. To learn more about shipping, changing your order, or returns, please visit online Help.

You can also call Apple Customer Service at 1-800-MY-APPLE, Monday through Friday from 5:00 a.m. to 8:00 p.m. and Saturday and Sunday from 7:00 a.m. to 4:00 p.m. Pacific time. Please have your order number available.



## Free shipping on everything.
And free returns.



**Shop
the latest accessories.**



**Shop
Summer colors.**

40560



## STATEMENT
### 8840 MADISON BLVD, SUITE 200R
### MAIL TO: PO BOX 218
### MADISON, ALABAMA 35758
### www.ACSINC.org

air conditioning systems, inc.
Specializing in Repair and Replacement of Air Conditioning, Heat Pumps, Gas and Electric Furnaces

**Robert Don Akins**
PRESIDENT
AL# 84911
Office (256)774-7227
Cell  (256)678-0118
Robert@acsinc.org

Name _____  Unit Size / Capacity _____

Address _____  Heating _____

City _____  State _AL_ Zip _____  Cooling _____

E-Mail _____  Age _____

Date _____
Phone (Work) _____
Phone (Home) _____
Phone (Cell) _____

☐ Warranty
☐ Maintenance Agreement
☐ Residential
☐ Commercial
Charged    Paid Out

| PACKAGE UNIT | MAKE | MODEL # | SERIAL # |
|---|---|---|---|
| TYPE UNIT COOLING | MAKE CONDENSER | MODEL # | SERIAL # |
| TYPE UNIT HEATING | MAKE AIR HANDLER | MODEL # | SERIAL # |

| CHECKLIST | DESCRIPTION OF WORK | PRICE | AMOUNT |
|---|---|---|---|
| Refrig. Type _____ | | | |
| Recov. _____ | | | |
| Recharged _____ | | | |
| **OUTDOOR SECTION** | | | |
| ☐ Clean dirt, leaves and debris from inside cabinet | | | |
| ☐ Inspect coil and cabinet. | | | |
| ☐ Inspect fan motor, bearing, blades and lubricate. | | | |
| ☐ Inspect control box, wiring and connections. | | | |
| ☐ Measure capacitor reading (SEE BELOW) | | | |
| ☐ Check contactor for pitting | | | |
| ☐ Inspect compressor for damage. | | | |
| ☐ Megohm compressor reading. | | | |
| ☐ Check for freon leaks. | | | |
| ☐ Check reversing valve. | | | |
| **INDOOR SECTION** | | | |
| ☐ Inspect blower, fan belt, motor bearings - lubricate / clean as necessary | | | |
| ☐ Inspect coil, drain pan, & clear drain lines. | SERVICE CALL | | n/c |
| ☐ Inspect control box, associated controls, wiring and connections | LABOR CHARGES    HRS @ $    /HR = | | n/c |
| ☐ Check air filters | | | |
| ☐ Inspect air flow - check for leaks | | | |
| **IF GAS** | | | |
| ☐ Inspect for gas leaks. | | | |
| ☐ Inspect burner - clean / adjust as necessary | | | |
| ☐ Inspect ignition system and safety controls. | | | |
| ☐ Inspect heat exchanger. | | | |
| ☐ Inspect flue system. | | | |
| ☐ Measure carbon monoxide at vents. | | | |
| **WITH SYSTEM OPERATING** | | | |
| ☐ Monitor starting | | | |
| ☐ Check for noise, unusual odors | | | |
| ☐ Check heat strips and controls. Voltage / amp draw. | | | |

**PARTS WARRANTY**
All parts are recorded and are warranted as per manufacture specifications

**LABOR GUARANTY**
The labor charge as recorded here relative to the equipment services as noted, is guaranteed for a period of 90 days

We do not  of course, guaranty parts other than those we install. If later repairs become necessary due to other defective parts, this will be charged separately

All claims and returned goods must be accompanied by this bill Any Warranty Work performed after normal business hours will be subject to overtime labor rates

**Disclaimer**
We are not responsible for collateral damage resulting from operations or installation of HVAC equipment  especially water damage  We are not responsible for any ceiling, trim, painting or drywall damage work related to equipment installed in attics  Refrigerant is not warranted

**TERMS: DUE UPON COMPLETION**

I HAVE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL AND COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL. THEREOF I WILL BE RESPONSIBLE FOR ALL COLLECTION AND ATTORNEY'S FEES IN THE EVENT THAT THE DEBT ISN'T SETTLED WITHIN 30 DAYS.

SUB-TOTAL

TOTAL AMOUNT DUE

Remarks

AUTHORIZED SIGNATURE _____  DATE _____

TECHNICIAN SIGNATURE _____  DATE _____

ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY

Check #

Indoor
Dry Bulb _____    Superheat _____    Subcool _____    Outdoor Dry Bulb _____    Hi Pressure _____    Low _____

Capacitor Readings:  Compressor _____    Condenser _____    Blower Motor _____

**DONALD CARTER HEATING & COOLING LLC.**

24185 HWY. 72 EAST
ATHENS, AL 35613
ATHENS 230-6699 HUNTSVILLE 513-9205
AL # 83213

| QUANTITY | ITEM OR PART DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Diagnostic Fee | 69 | 95 |
| | Leak Scan | 89 | 95 |
| | Add Chg 1461 | | 62 95 |

NAME David Reynolds

STREET 101 Spotted Fawn Rd

CITY Madison   STATE AL   ZIP 35758

MAKE Carrier 25HBA   MODEL 324A300

SERIAL NUMBER 7206E07077

INVOICE 025956

JOB LOCATION

PHONE

**ORIGINAL COMPLAINT**

No-Cool

BUS. PHONE

CELL. OR E-MAIL

☐ WARRANTY
☐ CONTRACT
☐ SERVICE CONTRACT
☐ NORMAL
☐ RES  ☐ COMM

PARTS WARRANTY
All parts as recorded are warranted as per manufacturer specifications.
LABOR GUARANTEE
The labor charge as recorded here relative to the equipment serviced as noted, is guaranteed for a period of 30 days.
We do not, of course, guarantee other parts than those we supply. If repairs later become necessary due to other defective parts, they will be charged separately.

Additional Parts Listing On Back of Pg 3   TOTAL PARTS ⟹ | $

PARTS $

**DESCRIPTION OF WORK**

Found System Low of Refrigerant Leak Scan Showed
Both Tube in Rev Valve + Txv Coil Both Leaking
Quoted $2161 to Repair Both

MATERIALS $

REFRIGERANT ADDED $

| QTY | FILTERS | X | X | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | FILTERS | X | X | | |
| | BELTS | | | | |
| | OTHER | | | | |

Additional MATERIALS LISTING on back of pg 3   TOTAL MATERIALS ⟹ $

TECHNICIAN SIGNATURE

TERMS: DUE UPON COMPLETION
I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.

OWNER'S INITIALS   ACCEPTED | DECLINED

AUTHORIZED SIGNATURE   ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY.   DATE

PARTS
MATERIALS
REFRIG
SUB-TOTAL $

TAX

TRIP CHARGE $

TOTAL AMOUNT DUE $



**40459**

## STATEMENT

**air conditioning systems, inc.**

8840 MADISON BLVD, SUITE 200R
MAIL TO: PO BOX 218
MADISON, ALABAMA 35758
www.ACSINC.org

Specializing in Repair and Replacement of Air Conditioning, Heat Pumps, Gas and Electric Furnaces

Robert Don Akins
PRESIDENT
AL# 84911
Office (256)774-7227
Cell   (256)679-0118
Robert@acsinc.org

Date 3/12/2014
Phone (Work)

Name David Reynolds
Address 101 Spotted Fawn Rd
City Madison  State AL Zip 35758
E-Mail Mreyndave@gmail.com

Unit Size / Capacity 2.5 Ton
Heating 10KW
Cooling 30,000
Age

Phone (Home) 256-890-0981
Phone (Cell)

☐ Warranty
☐ Maintenance Agreement
☐ Residential
☐ Commercial
Charged   Paid Out

| PACKAGE UNIT | MAKE | MODEL # | SERIAL # |
|---|---|---|---|
| TYPE UNIT COOLING Split H.P. | MAKE CONDENSER Goodman | MODEL # GSZ130301 | SERIAL # 1312123484 |
| TYPE UNIT HEATING Elec A/H. | MAKE AIR HANDLER Goodman | MODEL # ARUF30B14 | SERIAL # 1401357566 |

### CHECKLIST

Refrig. Type
Recov.
Recharged

**OUTDOOR SECTION**
☐ Clean dirt, leaves and debris from inside cabinet.
☐ Inspect coil and cabinet
☐ Inspect fan motor, bearing, blades and lubricate.
☐ Inspect control box, wiring and connections.
☐ Measure capacitor reading (SEE BELOW).
☐ Check contactor for pitting.
☐ Inspect compressor for damage.
☐ Megohm compressor reading:
☐ Check for freon leaks.
☐ Check reversing valve.

**INDOOR SECTION**
☐ Inspect blower, fan belt, motor bearings - lubricate / clean as necessary.
☐ Inspect coil, drain pan, & clear drain lines.
☐ Inspect control box, associated controls, wiring and connections.
☐ Check air filters.
☐ Inspect air flow - check for leaks.

**IF GAS**
☐ Inspect for gas leaks.
☐ Inspect burner - clean / adjust as necessary.
☐ Inspect ignition system and safety controls.
☐ Inspect heat exchanger.
☐ Inspect flue system.
☐ Measure carbon monoxide at vents

**WITH SYSTEM OPERATING**
☐ Monitor starting.
☐ Check for noise, unusual odors.
☐ Check heat strips and controls. Voltage / amp draw.

| DESCRIPTION OF WORK | PRICE | AMOUNT |
|---|---|---|
| Remove existing unit and dispose. Install new 2.5 Ton Goodman 13SEER 410a split heatpump w/ air handler, 10KW heat strips. Enlarge return to 16". Reuse drain pan, pad, electric, tubing & drains, t-stat. Complete installation | | 3,490 |
| Include General AC-23 Filter | | 350 |
| Accessories: Ultra Violet lamp maintenance agreement. (585 for 3 yr) | 510 | |
| Warranty: 10 years all Goodman parts, one year labor | | |
| SERVICE CALL | | |
| LABOR CHARGES   HRS @ $   /HR = | | |

**TERMS: DUE UPON COMPLETION**

**PARTS WARRANTY** All parts are recorded and are warranted as per manufacture specifications

**LABOR GUARANTY** The labor charge as recorded have relative to the equipment services as noted, is guaranteed for a period of 80 days

We do not of course, guaranty parts other than those we install if later repairs become necessary due to other defective parts, the will be charged separately

All claims and returned goods must be accompanied by this bill. Any Warranty Work performed after normal business hours will be subject to overtime labor rates

**Deselration:** We are not responsible for collateral damage resulting from operations or installation of HVAC equipment, especially water damage We are not responsible for any ceiling trim, painting or drywall damage work related to equipment installed in attics. Refrigerant is not warranted

I HAVE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL AND COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF. I WILL BE RESPONSIBLE FOR ALL COLLECTION AND ATTORNEY'S FEES IN THE EVENT THAT THE DEBT ISN'T SETTLED WITHIN 30 DAYS

AUTHORIZED SIGNATURE                    DATE 3/12/2014
TECHNICIAN SIGNATURE                    DATE
ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY    DATE

| | |
|---|---|
| SUB-TOTAL | 4,350 |
| coupon | |
| **TOTAL AMOUNT DUE** | 4,350 |
| Remarks pd w/ck 1462 | |

Check #

Indoor Dry Bulb _____ Superheat _____ Subcool _____ Outdoor Dry Bulb _____ HI Pressure _____ Low _____
Capacitor Readings: Compressor _____ Condenser _____ Blower Motor _____

## SUMMARY OF SALIENT FEATURES

| | |
|---|---|
| Subject Address | 101 Spotted Fawn Rd |
| Legal Description | Lot 1 Block 1 of Oak Stone |
| City | Madison |
| County | Madison |
| State | AL |
| Zip Code | 35758 |
| Census Tract | 0110.14 |
| Map Reference | 26620 |
| Sale Price | $ |
| Date of Sale | |
| Borrower/Client | David Reynolds |
| Lender | Bofl Federal Bank dba Bank of Internet |
| Size (Square Feet) | 2,995 |
| Price per Square Foot | $ |
| Location | N;Res; |
| Age | 5 |
| Condition | C3 |
| Total Rooms | 10 |
| Bedrooms | 4 |
| Baths | 3.0 |
| Appraiser | Christopher Looney |
| Date of Appraised Value | 10/12/2011 |
| Opinion of Value | $ 280,000 |



# Cliff Mann
### Tax Assessor
### Madison County



# Assessment & Appraisal Link

## MADISON COUNTY, AL

Current Date 3/22/2018                                                                                     Tax Year 2017

| OWNER INFORMATION | | |
|---|---|---|
| PARCEL | 16-03-08-0-002-001.005 | PPIN 508950   TAX DIST 05 |
| NAME | REYNOLDS, DAVID & DAHNELLE | |
| ADDRESS | 101 SPOTTED FAWN RD | |
| | MADISON   AL 35758 | |
| OLD PARCEL | - - - - - . | |
| ACCOUNT | 354025 | |
| TAXABLE VALUE | 262100 | ASSESSMENT VALUE 26220 |
| DEED TYPE   2011 | BOOK   0304 | PAGE   0127320 |
| PREVIOUS OWNER | REYNOLDS, DAVID | |
| LAST DEED DATE | 2/21/2011 | |

| DESCRIPTION |
|---|
| LOT 1 BLK 1 OAK STONE |
| PB # 20050301000115700 |

| PROPERTY INFORMATION | | |
|---|---|---|
| PROPERTY ADDRESS | | 101 SPOTTED FAWN RD |
| NEIGHBORHOOD | | GREENMAD |
| PROPERTY CLASS | | 29   SUB CLASS |
| SUBDIVISION | 007341 | SUB DESC   OAK STONE |
| LOT   1   BLOCK   1 | | |
| SECTION/TOWNSHIP/RANGE | 08-04S-02W | |
| LOT DIMENSION | | ZONING |

| PROPERTY VALUES | | | |
|---|---|---|---|
| LAND: | 40000 | CLASS 1: | TOTAL ACRES: |
| BUILDING: | 222100 | CLASS 2: | TIMBER ACRES: |
| | | CLASS 3:   262100 | |
| TOTAL PARCEL VALUE: | 262100 | | |

| DETAIL INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CODE | TYPE | REF | METHOD | DESCRIPTION | LAND USE | TC | HsPn | MARKET VALUE | USE VALUE |
| M | LAND 1 | BV | LOT | X | 1110- | 3 | Y N | 40000 | |
| | BLDG 1 | R | 111 | SINGLE FAMILY RESIDENCE | - | 3 | Y N | 222100 | |

View Collection Record