Madison Cnty Judge of Probate, AL
03/04/2011 10:50:33 AM FILED/CERT

**KNOW ALL MEN BY THESE PRESENT:** That the undersigned **DAVID REYNOLDS AND DAHNELLE REYNOLDS, HUSBAND AND WIFE** for and in consideration of the sum of TEN ($10.00) DOLLARS, and other good and valuable consideration, this day in hand paid to them by **DAVID REYNOLDS AND DAHNELLE REYNOLDS, HUSBAND AND WIFE,** the receipt of which is hereby acknowledged, does hereby give, grant, bargain, sell and convey unto the said **DAVID REYNOLDS AND DAHNELLE REYNOLDS, HUSBAND AND WIFE, FOR AND DURING THEIR JOINT LIVES AND UPON THE DEATH OF EITHER TO SURVIVOR OF THEM IN FEE SIMPLE, TOGETHER WITH EVERY CONTINGENT REMAINDER AND RIGHT OF REVERSION** the following described real estate, lying and being in the County of Madison, State of Alabama, to-wit:

**LOT 1, BLOCK 1, OAK STONE, A RESUBDIVISION OF LOT 1 OF A RESBUDIVISION OF LOT 2 OF RYAN SPENCER PROPERTY (PLAT BOOK 47, PAGE 67), AS RECORDED IN DOCUMENT NO. 20050301000115700, IN THE OFFICE OF THE JUDGE OF PROBATE OF MADISON COUNTY, ALABAMA.**

**SUBJECT TO STATUTORY RIGHTS OF REDEMPTION EXISTING BY VIRTUE OF THAT CERTAIN FORECLOSURE DEED RECORDED IN DOCUMENT NO. 20101118000668350 IN THE OFFICE OF THE JUDGE OF PROBATE OF MADISON COUNTY, ALABAMA.**

Subject to and assuming the outstanding mortgage in favor of Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for WR Starkey Mortgage, L.L.P. dated February 21, 2011.

**TO HAVE AND TO HOLD THE** above described real estate, together with all and singular the rights, tenements, hereditaments, appurtenances and improvements thereunto belonging, or in anywise appertaining, unto the said **DAVID REYNOLDS AND DAHNELLE REYNOLDS, FOR AND DURING THEIR JOINT LIVES AND UPON THE DEATH OF EITHER TO SURVIVOR OF THEM IN FEE SIMPLE, TOGETHER WITH EVERY CONTINGENT REMAINDER AND RIGHT OF REVERSION.** Said property being subject, however to ad valorem taxes due October 1, 2011; and further excepting any restrictions and easements pertaining to the above described property of record in the Probate Office of MADISON County, Alabama.

This deed is executed without warranty or representation of any kind, express or implied, except that there are no liens or encumbrances outstanding against the property hereby conveyed which were created or suffered by the undersigned Grantor.

**IN WITNESS WHEREOF,** the Grantors do hereunto set their hands and seals on this the 21st day of February, 2011.

_____(SEAL)
**DAVID REYNOLDS**

_____(SEAL)
**DAHNELLE REYNOLDS**

**STATE OF ALABAMA** )
                     :
**COUNTY OF MADISON** )

201103040000127320 1/1 $19.75
Madison Cnty Judge of Probate, AL
03/04/2011 10:50:33 AM FILED/CERT

I, the undersigned, a Notary Public in and for said county and in said state, hereby certify that, **DAVID REYNOLDS AND DAHNELLE REYNOLDS, HUSBAND AND WIFE,** whose names are signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day that being informed of the contents of the conveyance, they executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 21st day of February, 2011.

_____(SEAL)
Notary Public: JAMES G. HARRISON
My Commission Expires: 7-16-11

This instrument was prepared by:
JAMES G. HARRISON
Stephens, Millirons, Harrison & Gammons
2430 L&N Drive, Huntsville, AL 35801
RE: AFR1480

Madison County, AL 03/04/2011
State of Alabama
Real Estate Excise Tax
Deed Tax : $83.00

This instrument prepared by:  
Jeff G. Underwood, Attorney  
Sirote & Permutt P.C.  
2311 Highland Avenue South  
Birmingham, Alabama 35205

Send Tax Notice to:  
David Reynolds

## SPECIAL WARRANTY DEED

STATE OF ALABAMA

KNOW ALL MEN BY THESE PRESENTS,

MADISON COUNTY

That in consideration of Two hundred sixty-five thousand and 00/100 Dollars ($265,000.00) to the undersigned, Federal National Mortgage Association (Fannie Mae), a corporation, by and through Sirote & Permutt, P.C., as Attorney in Fact, (herein referred to as Grantor) in hand paid by the Grantee herein, the receipt whereof is acknowledged, the said Grantor does by these presents, grant, bargain, sell and convey unto David Reynolds, (herein referred to as Grantee), the following described real estate situated in Madison County, Alabama, to-wit:

Lot 1, Block 1, Oak Stone, A Resubdivision of Lot 1 of A Resubdivision of Lot 2 of Ryan Spencer Property (Plat Book 47, Page 67), as recorded in Document No. 20050301000115700, in the office of the Judge of Probate of Madison County, Alabama.

Subject to:
1. Any item disclosed on that certain policy of title insurance obtained in connection with this transaction.
2. Ad valorem Taxes for the current tax year, which Grantee herein assume and agree to pay.
3. Restrictions recorded in Instrument No. 20050310000143350.
4. Restrictions, easements and buildings Lines as shown on recorded map.
5. All outstanding rights of redemption in favor of all persons entitled to redeem the property from that certain mortgage foreclosure sale evidenced by mortgage foreclosure deed recorded in Instrument Number 20101180006683360, in the Probate Office of Madison County, Alabama.

$_____ of the above consideration was paid from the proceeds of a mortgage loan closed simultaneously herewith.

This property is sold as is and grantor only warrants title from the time grantor obtained title until the date grantor conveys its interest in the aforesaid property to the grantee.

TO HAVE AND TO HOLD Unto the said Grantee, his/her heirs and assigns, forever.

 

STEPHENS  
PICK UP

IN WITNESS WHEREOF, the said Grantor, has hereto set its signature and seal, this the 18th day of February, 2011.

> Fannie Mae aka Federal National Mortgage Association
> By and through Sirote & Permutt, P.C., as Attorney in Fact
>
> By: _____
> Its Attorney

STATE OF ALABAMA

COUNTY OF JEFFERSON

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Jeff G. Underwood, whose name as Attorney of Sirote & Permutt, P.C., as Attorney in Fact for Federal National Mortgage Association (Fannie Mae), a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, as such attorney and with full authority, executed the same voluntarily for and as the act of said Corporation, acting in its capacity as Attorney in Fact as aforesaid.

Given under my hand and official seal, this the 18th day of February, 2011.

Patricia Bittle Peebles
NOTARY PUBLIC
My Commission expires:
AFFIX SEAL

MY COMMISSION EXPIRES NOVEMBER 12, 2013

2010-004265

A101WCY

Madison County, AL 02/22/2011
State of Alabama
Real Estate Excise Tax
Deed Tax : $85.00

20110222000103540 2/2 $22.25
Madison Cnty Judge of Probate, AL
02/22/2011 04:28:33 PM FILED/CERT