File No.: 20092092



STATE OF ALABAMA
COUNTY OF MADISON

THIS INDENTURE made and entered into on this the **30th day of November, 2009**, by and between **TODD C. GROGAN and HEATHER W. GROGAN, HUSBAND AND WIFE**, hereinafter referred to as Grantor(s) and **JASON R. SCOTT, A MARRIED MAN**, hereinafter referred to as Grantee(s).

WITNESSETH: That the said Grantor(s), for and in consideration of the sum of Ten and NO/l00 ($10.00) Dollars, cash in hand paid and other good and valuable consideration, the receipt of which is hereby acknowledged, has/have this day given, granted, bargained, sold, conveyed and confirmed and do/does by these presents give, grant, bargain, sell, convey and confirm unto said Grantee(s), his/her heirs and assigns, together with every contingent remainder and right of reversion all that certain lot or parcel of land situated in the County of **Madison**, State of Alabama, to-wit:

LOT 6, BLOCK 5, OAK STONE, A RESUBDIVISION OF LOT 1 OF A RESUBDIVISION OF LOT 2 OF RYAN SPENCER PROPERTY (PLAT BOOK 47, PAGE 67), AS RECORDED IN DOCUMENT NO. 20050301000115700 IN THE OFFICE OF THE JUDGE OF PROBATE OF MADISON COUNTY, ALABAMA

SUBJECT TO EASEMENTS AND RESTRICTIONS OF RECORD.

TO HAVE AND TO HOLD the lot or parcel above described together with all and singular the rights, privileges, tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining unto the said Grantees.

GRANTOR(S) hereby covenant(s) with and represent(s) unto the said Grantee(s) and unto his/her/their heirs, administrators, successors or assigns, that he/she/they is/are lawfully seized in fee of the lot or parcel of land above described; that the same is free from all liens and encumbrances except ad valorem taxes for the current tax year and subsequent years, restrictions, restrictive covenants and easements of record, if any; that he/she/they has/have a good and lawful right to sell and convey the same as aforesaid and that he/she/they will forever warrant and defend the title to same unto the said Grantee(s) and unto his/her/their heirs, administrators, successors or assigns, forever, except as to said taxes, restrictions, restrictive covenants and easements of record, if any.

IN WITNESS WHEREOF, the Grantor(s) have hereunto set his/her/their hand(s) and seal(s) on this the day and year first above written.

_Todd C. Grogan_____(SEAL)
TODD C. GROGAN

_Heather W. Grogan_____(SEAL)
HEATHER W. GROGAN

STATE OF ALABAMA
COUNTY OF MADISON

I, the undersigned, a Notary Public in and for said county and state, do hereby certify that TODD C. GROGAN and HEATHER W. GROGAN, HUSBAND AND WIFE, whose name(s) is/are signed to the foregoing conveyance,, who is/are known to me, acknowledged before me that being informed of the contents of said conveyance, he/she/they executed the same voluntarily on the day the same bears date.

This the 30th day of November, 2009

_____
NOTARY PUBLIC: MICHAEL C. MOORE
COMMISSION EXPIRES: 10/9/2011

THIS INSTRUMENT PREPARED BY:
MICHAEL C. MOORE
912 MERCHANTS WALK
HUNTSVILLE, AL 35801

Madison County, AL 12/01/2009
State of Alabama
Real Estate Excise Tax
Deed Tax:$5.00