2006102600052931O 1/3 $27.00
Shelby Cnty Judge of Probate,AL
10/26/2006 01:41:59PM FILED/CERT

This instrument was prepared by:
William B. Lloyd, Esq.
3800 Colonnade Parkway, Suite 340
Birmingham, Al 35243

SEND TAX NOTICE TO:
Joseph and Helen Stanfa
180 Sheffield Lane
Birmingham, AL 35242

## WARRANTY DEED

$10,000 VALUE

**STATE OF ALABAMA**

**COUNTY OF SHELBY**

**KNOW ALL MEN BY THESE PRESENTS,** that in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration in hand paid to the undersigned JOSEPH STANFA and wife, HELEN STANFA (hereinafter referred to as Grantors) by the grantee herein, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto RONALD L. STANFA (herein referred to as Grantee); specifically reserving unto the Grantors a life estate in the subject property; the following described real estate situated in Shelby County, Alabama, to-wit:

Lot 2235, according to the Map of Highland Lakes, 22nd Sector, Phase 1, an Eddleman Community, as recorded in Map Book 33, Page 79, in the Probate Office of Shelby County, Alabama; being situated in Shelby County, Alabama.

Together with a nonexclusive easement to use the private roadways, common Area all as more particularly described in the Declaration of Easements and Master Protective Covenants for Highland Lakes, a Residential Subdivision recorded as Instrument #1994-07111 and amended in Inst. #1996-17543 and further amended in Inst. #1999-31095 in the Probate Office of Shelby County, Alabama, and the Declaration of Covenants, Conditions and Restrictions for Highland Lakes, a Residential Subdivision, 22nd Sector, Phase 1, recorded as Instrument No. 20040823000471390 in the Probate Office of Shelby County, Alabama (which, together with all amendments thereto, is collectively referred to as, the "Declaration").

Subject to:
Ad valorem taxes.
Existing covenants and restrictions, easements, building lines and limitations of record.

Shelby County, AL 10/26/2006
State of Alabama
Deed Tax:$10.00