| Plaintiff Last Name | Plaintiff First Name | Address of Affected Property | | | | Purchase Date | CDW Installation Date |
|---|---|---|---|---|---|---|---|
| Amuso | Stephanie & Robert | 9461 | Ambrose Lane | Kimberly | AL | 5/8/2012 | 2006 |
| Bao | Hoan & Hanh Bich Thi Tran | 1008 | Washington Court | Moody | AL | 11/5/2014 | 2006 |
| Bennett | Elizabeth | 102 | Morningwalk Lane | Huntsville | AL | 12/20/2006 | 2006 |
| Brady | Jennifer & William | 2089 | Knollwood Place | Birmingham | AL | 2/21/2006 | 1/1/2006 |
| Cason | Damian & Leslie Marie | 124 | Arbor Hill Lane | Huntsville | AL | 1/29/2010 | 2006 |
| Chedester | Becky & Michael | 10955 | Brighton Drive | Chunchula | AL | 8/3/2017 | 2006 |
| Hallmark | Katie & Jason | 775 | Ridgefield Way | Odenville | AL | 2/23/2009 | 2006 |
| Ijemere | Ike & Nancy | 7012 | Eagle Point Trail | Birmingham | AL | 6/28/2006 | 3/1/2006 |
| Kelley | Joshua & Earnest Hamilton | 160 | Blairs Circle | Pell City | AL | 8/2/2012 | 2006 (PFS p. 3) |
| Lee | Booker & Terri | 3258 | Clubhouse Road | Mobile | AL | 7/23/2007 | 2007 |
| R&S Properties, LLC | Nic Cornelison obo | 9810 | Bay Road North | Foley | AL | 8/24/2009 | 2006 |
| Reynolds | David & Dahnelle | 101 | Spotted Fawn Road | Madison | AL | 2/21/2011 | 2006 |
| Russell | Carl & Lynn | 5427 | Creekside Lane | Hoover | AL | 1/23/2006 | 2006 (PFS p. 3) |
| Scott | Jason | 149 | Silo Hill Road | Madison | AL | 11/30/2009 | 2006 |
| Stanfa | Ronald & Patricia | 180 | Sheffield Lane | Birmingham | AL | 9/20/2006 | 2006 |