UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| Case No. 14-cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by Robert Amuso and Stephane Amuso; Hoan Bao and Hanh Bich Thi Tran; Elizabeth Bennett; Jennifer Brady and William Brady; Damian Cason and Leslie Marie Cason; Becky Chedester and Michael Chedester; Katie Hallmark and Jason Hallmark; Ike Ijemere and Nancy Ijemere; Joshua Kelley and Ernest Hamilton; Booker Lee and Terri Lee; Nic Cornelison and R&S Properties, LLC; David Reynolds and Dahnelle Reynolds; Carl Russell and Lynn Russell; Jason Scott; and Ronald Stanfa and Patricia Stanfa (collectively "Plaintiffs"):

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

1

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. The Plaintiffs each completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

7. Robert Amuso and Stephane Amuso are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 9461 Ambrose Lane, Kimberly, AL (the "Amuso Property").[1] The Amusos allege that Chinese drywall was installed in the Amuso Property in 2006,[2] prior to the date the Amusos allege they subsequently purchased the Amuso Property on May 8, 2019.[3]

8. Hoan Bao and Hanh Bich Thi Tran are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1008 Washington Court, Moody, AL (the "Bao-Tran Property").[4] Hoan Bao and Hanh Bich Thi Tran allege that Chinese drywall was

---

[1] See Exhibit Amuso A: SPPF.
[2] *Id.*, Amuso SPPF at 2.
[3] See Exhibit Amuso B: Deed.
[4] See Exhibit Bao-Tran A: SPPF.

installed in the Bao-Tran Property in 2006,[5] prior to the date Hoan Bao and Hanh Bich Thi Tran subsequently purchased the Bao-Tran Property on November 5, 2014.[6]

9. Elizabeth Bennett is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 102 Morningwalk Lane, Huntsville, AL (the "Bennett Property").[7] Bennett alleges that Chinese drywall was installed in the Bennett Property in 2006,[8] and Bennett subsequently purchased the Bennett Property on December 20, 2006.[9]

10. Jennifer Brady and William Brady are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 2089 Knollwood Place, Birmingham, AL (the "Brady Property").[10] The Bradys allege that Chinese drywall was installed in the Brady Property on January 1, 2006,[11] prior to the date the Bradys subsequently purchased the Brady Property on February 21, 2006.[12]

11. Damian Cason and Leslie Marie Cason are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the

---

[5] *Id.*, Bao-Tran SPPF at 2.
[6] See Exhibit Bao-Tran B: Deed.
[7] See Exhibit Bennett A: SPPF.
[8] *Id.*, Bennett SPPF at 2.
[9] See Exhibit Bennett B: Deed.
[10] See Exhibit Brady A: SPPF.
[11] *Id.*, Brady SPPF at 2.
[12] See Exhibit Brady B: Deed.

property located at 124 Arbor Hill Lane, Huntsville, AL (the "Cason Property").[13] The Casons allege that Chinese drywall was installed in the Cason Property in 2006,[14] prior to the date the Casons subsequently purchased the Cason Property on January 29, 2010.[15]

12. Becky Chedester and Michael Chedester are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 10955 Brighton Drive, Chunchula, AL (the "Chedester Property").[16] The Chedesters allege that Chinese drywall was installed in the Chedester Property in 2006,[17] prior to the date the Chedesters subsequently purchased the Chedester Property on August 3, 2017.[18]

13. Katie Hallmark and Jason Hallmark are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 775 Ridgefield Way, Odenville, AL (the "Hallmark Property").[19] The Hallmarks allege that Chinese drywall was installed in the Hallmark Property in 2006,[20] prior to the date the Hallmarks subsequently purchased the Hallmark Property on February 23, 2009.[21]

---

[13] See Exhibit Cason A: SPPF.
[14] *Id.*, Cason SPPF at 2.
[15] See Exhibit Cason B: Deed.
[16] See Exhibit Chedester A: SPPF.
[17] *Id.*, Chedester SPPF at 2.
[18] See Exhibit Chedester B: Deed.
[19] See Exhibit Hallmark A: SPPF.
[20] *Id.*, Hallmark SPPF at 2.
[21] See Exhibit Hallmark B: Deed.

14. Ike Ijemere and Nancy Ijemere are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 7012 Eagle Point Trial, Birmingham, AL (the "Ijemere Property").[22] The Ijemeres allege that Chinese drywall was installed in the Ijemere Property March 1, 2006,[23] prior to the date the Ijemeres subsequently purchased the Ijemere Property on June 28, 2006.[24]

15. Joshua Kelley and Ernest Hamilton are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 160 Blairs Circle, Pell City, AL (the "Kelley-Hamilton Property").[25] Kelley and Hamilton allege that Chinese drywall was installed in the Kelley-Hamilton Property in 2006,[26] prior to the date Kelley-Hamilton subsequently purchased the Kelley-Hamilton Property on August 2, 2012.[27]

16. Booker Lee and Terri Lee are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 3258 Clubhouse Road, Mobile, AL (the "Lee Property").[28] The Lees allege that

---

[22] See Exhibit Ijemere A: SPPF.
[23] *Id.*, Ijemere SPPF at 2.
[24] See Exhibit Ijemere B: Deed.
[25] See Exhibit Kelley-Hamilton A: PFS.
[26] *Id.*, Kelley-Hamilton PFS at 3.
[27] See Exhibit Kelley-Hamilton B: Deed.
[28] See Exhibit Lee A: SPPF.

Chinese drywall was installed in the Lee Property in 2007,[29] prior to the date the Lees subsequently purchased the Lee Property on July 23, 2007.[30]

17. Nic Cornelison and R&S Properties, LLC are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 9810 Bay Road North, Foley, AL (the "Cornelison-R&S Property").[31] Nic Cornelison and R&S Properties, LLC allege that Chinese drywall was installed in the Cornelison-R&S Property in 2006,[32] prior to the date Nic Cornelison and R&S Properties, LLC subsequently purchased the Cornelison-R&S Property on August 24, 2009.[33]

18. David Reynolds and Dahnelle Reynolds are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 101 Spotted Fawn Road, Madison, AL (the "Reynolds Property").[34] The Reynolds allege that Chinese drywall was installed in the Reynolds Property in 2006,[35] prior to the date the Reynolds subsequently purchased the Reynolds Property on February 21, 2011.[36]

19. Carl Russell and Lynn Russell are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the

---

[29] *Id.*, Lee SPPF at 2.
[30] See Exhibit Lee B: Deed.
[31] See Exhibit Cornelison-R&S A: SPPF.
[32] *Id.*, Cornelison-R&S SPPF at 2.
[33] See Exhibit Cornelison-R&S B: Deed.
[34] See Exhibit Reynolds A: SPPF.
[35] *Id.*, Reynolds SPPF at 2.
[36] See Exhibit Reynolds B: Deed.

alleged presence of defective Chinese drywall installed in the property located at 5427 Creekside Lane, Hoover, AL (the "Russell Property").[37] The Russells allege that Chinese drywall was installed in the Russell Property in 2006,[38] and the Russells purchased the Russell Property on January 23, 2006.[39]

20. Jason Scott is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 149 Silo Hill Road, Madison, AL (the "Scott Property").[40] Scott alleges that Chinese drywall was installed in the Scott Property in 2006,[41] prior to the date Scott subsequently purchased the Scott Property on November 20, 2009.[42]

21. Ronald Stanfa and Patricia Stanfa are listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 180 Sheffield Lane, Birmingham, AL (the "Stanfa Property").[43] The Stanfas allege that Chinese drywall was installed in the Stanfa Property in 2006,[44] prior to the date the Stanfas subsequently purchased the Stanfa Property on September 20, 2006.[45]

22. Plaintiffs each purchased their respective Property after the alleged defective drywall was installed in the Property. In Plaintiffs' respective deeds, Plaintiffs were

---

[37] See Exhibit Russell A: SPPF.
[38] *Id.*, Russell PFS at 3.
[39] See Exhibit Russell B: Deed.
[40] See Exhibit Scott A: SPPF.
[41] *Id.*, Scott SPPF at 2.
[42] See Exhibit Scott B: Deed.
[43] See Exhibit Stanfa A: SPPF.
[44] *Id.*, Stanfa SPPF at 2.
[45] See Exhibit Stanfa B: Deed.

not assigned or subrogated to any of the prior owners' rights, and no evidence of an assignment or subrogation has been presented.[46]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**


/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:	504.556.5549
Facsimile:	504.310.0279
Email:	kmiller@fishmanhaygood.com

***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

---

[46] See Deeds.