UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| Case No. 14:cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

**OMNIBUS MOTION FOR SUMMARY JUDGMENT OF CLAIMS ASSERTED BY MARTIN KUNTZ; SHONA BLONSKY; KENNETH BUTCHER; MARFELIA CALDERON; ABIGAIL COHEN; ELVIS FERRERA; MARK FLOMAN; SANTIAGO GUZMAN; NEVILLE MARQUES; JULIO MARTINEZ; JOSEPH NIEMIEC AND SUSAN NIEMIEC; YVETTE PRICE; AMRITA ROOPCHAND AND RENNIE ROOPCHAND; RUBEN DAPENA O.B.O. BACO ANNETTA, LLC; ROSE RUSSO; JESSICA STOCKTON; ALBERT TIMMONS; <u>SUZANNE TOLLIVER; ALIESKY SANTIAGO; AND KARMA ZELENENKI</u>**

**NOW INTO COURT,** through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants), who file this Omnibus Motion for Summary Judgment on the Claims Asserted by Martin Kuntz; Shona Blonsky; Kenneth Butcher; Marfelia Calderon; Abigail Cohen; Elvis Ferrera; Mark Floman; Santiago Guzman; Neville Marques; Julio Martinez; Joseph Niemiec And Susan Niemiec; Yvette Price; Amrita Roopchand And Rennie Roopchand; Ruben Dapena O.B.O. Baco Annetta, Llc; Rose Russo; Jessica Stockton; Albert Timmons; Suzanne Tolliver; Aliesky Santiago; And Karma Zelenenki. For the reasons set forth more fully in the attached Memorandum in Support, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Omnibus Motion for Summary Judgment should be granted.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:      504.310.0279
Email:            kmiller@fishmanhaygood.com

*Counsel for Defendant,*
*The Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**