Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| **For Internal Use Only** |
| File No. _____ |
| **Date Received:** |
| _____ |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin       , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: _____

| First Name | M.I. | Last Name | Suffix |

| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Annetta, LLC

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

363 NE 30th Avenue
Address 1 | Address 2

Homestead                                    FL                    33033
City                                         State                 Zip Code

Is the Property residential or commercial? Residential

Name of Person
Completing this Form:        Ruben                    Dapena
First Name          M.I.   Last Name              Suffix

Mailing Address (if different):

5900 Collins Avenue                                  Suite 1408
Address 1                                            Address 2

Miami Beach                                  FL                    33140
City                                         State                 Zip Code

Phone Number of Person Completing This Form: ( 305 ) 867 - 8416

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 4 / 16 / 2014

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 4 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☑ Yes ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 1 / 31 / 2017

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☑ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____/_____/_____
             Month     Day      Year

Docket No.:  _____

Present Status:  _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                  Month   Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                    Month   Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? Completed remediated

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
9/17/15 to 4/15/16

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): RELYC Contractor Corp.

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ 65,778.62

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year:  4  / 2016

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☑ Yes  ☐ No

If you have preserved samples, where are the samples located?

In our possession - Miami.

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☑ Yes  ☐ No

If you have preserved samples, where are the samples located?

In our possession - Miami.

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☑ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☑ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☑ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 30,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          _____
Claimant's signature                                        Date signed  3/22/2018

Name: _ANNETTA LLC by Robert Dopena (MANAGER)___

Address: _√900 COLLINS AVE #1408_____
            Address 1                              Address 2
_MIAMI BEACH, FL    33140_____
City                              State        Zip Code

Phone No.: ( 305 ) 867 - 8416_____

Email: _Robertddopena@gmail.com.____

# **Exhibit**

### (See Section V)

Documents Related to Already Remediated Properties

Case 2:09-md-02047-EEF-MBN    Document 22688-2    Filed 04/01/20    Page 9 of 42
Case 2:09-md-02047-EEF-JCW    Document 13382-1    Filed 03/29/12    Page 1 of 7

Case 2:09-md-02047-EEF-JCW    Document 12061-7    Filed 12/20/11    Page 2 of 8

## Owner Disclosure Affidavit

Owner name: _BACO ANNETTA LLC_

Affected Property address: _363 NE 30 AVE , HOMESTEAD, Fl 33033_

Purchase date and price of Affected Property: _3/24/2014  — $ 128,100_

List the manufacturers of all drywall found in the Affected Property: _KNAUF TIANJIN_
_CHINA , NATIONAL GYPSUM 5/8"_

Move-out date: _N/A_

Move-in date: _N/A_

Storage expenses paid: _N/A_

Moving expenses paid: _N/A_

Utility expenses paid: _3,277.18_

Alternative living expenses paid: _N/A_

Total cost of construction paid: _65,778.62_

Total claim: _69,055,80_

General Contractor name and phone #: _Wuilmer Leon    (786)389-6461_

Total amount paid to general contractor: _65,778.62_

Affected Property air conditioned square footage: _2664_

Was Owner aware of the defective drywall before purchasing the Affected Property: _NO_

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

Kitchen cabinets:                                        (Reused)                      Replaced

1 of 7                                    Owner Initial _TW_    Contractor Initial _WL_

EXHIBIT

_A_

Case 2:09-md-02047-EEF-MBN Document 22688-2 Filed 04/01/20 Page 10 of 42
Case 2:09-md-02047-EEF-JCW Document 13382-1 Filed 03/29/12 Page 2 of 7

Case 2:09-md-02047-EEF-JCW Document 12061-7 Filed 12/20/11 Page 3 of 8

| | | |
|---|---|---|
| **Kitchen countertop:** | (Reused) | Replaced |
| If replaced indicate material: Formica | Corion Tile | Granite |
| **Kitchen Plumbing Fixtures: (Faucets, sink)** | Reused | (Replaced) |
| **Kitchen floor:** | (Reused) | Replaced |
| **Appliances:** | Reused | (Replaced) |

If replaced, please list appliance manufacture and model: All FRIGIDAIRE KITCHEN REFRI MODEL: FFSS2614QS , RANGE: FFEF3043LS MICROWAVE: FFMV164LS , DISHWASHER: FFBD2404NS AMANA WASHER: NTW4605EW DRYER: NED4655EW

| | | |
|---|---|---|
| **Bathroom cabinets:** | (Reused) | Replaced |
| **Bathroom tops:** | (Reused) | Replaced |
| If replaced indicate material: Formica | Cultured marble Tile | Granite |
| **Bathroom flooring:** | (Reused) | Replaced |
| **Bathroom enclosures:** | (Reused) | Replaced |
| **Bathroom lighting:** | Reused | (Replaced) |
| **Bathroom Accessories (towel bars, etc.):** | Reused | Replaced (N/A) |
| **Bathroom Mirrors:** | (Reused) | Replaced |
| **Tub:** | (Reused) | Replaced |
| If replaced indicate master bath tub type | Fiberglass Steel | Jacuzzi |
| **Plumbing fixtures (toilets, sinks):** | (Reused) | Replaced |

If replaced please provide description of original manufactures:

_____

| | | |
|---|---|---|
| **Plumbing faucets:** | Reused | (Replaced) |

If replaced please provide description of original manufactures:
DELTA FOUNDATIONS 4 INCH SINGLE HANDLE

| | | |
|---|---|---|
| **Plumbing lines:** | Reused | (Replaced) |
| If replaced indicate material: | (Copper) (CPVC) | PEX |

Owner Initial _TW_   Contractor Initial _WL_

| | | |
|---|---|---|
| **Base boards:** | Reused | (Replaced) |
| **Interior doors:** | (Reused) | Replaced |
| If replaced indicate:    Hollow core 6' 8" doors | Hollow core 8' doors | Solid core 8' doors |
| **Window wood molding:** | (N/A)    Reused | Replaced |
| **Crown molding:** | (N/A)    Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| | | |
|---|---|---|
| **Chair Rail:** | (N/A)    Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| | | |
|---|---|---|
| **Tile flooring:** | N/A    (Reused) | Replaced |

If replaced please indicate locations of tile floors:

_____

_____

| | | |
|---|---|---|
| **Marble Flooring:** | (N/A)    Reused | Replaced |

If replaced please indicate locations of marble floors:

_____

_____

| | | |
|---|---|---|
| **Wood Flooring Type:** | (N/A)    Wood | Pergo/float |
| **Wood flooring:** | (N/A)    Reused | Replaced |

If replaced please indicate locations of wood floors:

_____

_____

| | | |
|---|---|---|
| **Carpet:** | Reused | (Replaced) |

Owner Initial _____ Contractor Initial _____

Case 2:09-md-02047-EEF-MBN   Document 22688-2   Filed 04/01/20   Page 12 of 42
Case 2:09-md-02047-EEF-JCW   Document 13382-1   Filed 03/29/12   Page 4 of 7

Case 2:09-md-02047-EEF-JCW   Document 12061-7   Filed 12/20/11   Page 5 of 8

If replaced please provide description of original manufactures:

_DREAM WEAVER CARPET_

If replaced please indicate locations of carpet:

_2nd FLOOR BEDROOMS, STAIR_

| HVAC replacement: | (Ducts) | Coils | (Air handler(interior)) (Condenser(exterior)) |
| HVAC manufacturer: | | | GOODMAN |

| Insulation: | | Reused | (Replaced) |
| Electrical fixtures: | | Reused | (Replaced) |
| Electrical wiring: | | Reused | (Replaced) |
| Electrical fans: | | Reused | Replaced (AJL) |

If replaced please indicate how many and which rooms:

| Stair rails: | N/A | (Reused) | Replaced |
| Window sills: | | (Reused) | Replaced |
| If replaced indicate original material: | Wood | Marble | Drywall |
| Alarm system: | (N/A) | Reused | Replaced |
| Fire suppression system: | (N/A) | Reused | Replaced |
| Intercom: | (N/A) | Reused | Replaced |
| Surround sound: | (N/A) | Reused | Replaced |
| Wall papers: | (N/A) | | Replaced |
| Interior paint: | | Total colors used: | _2_ |

Additional construction related items replaced:

_DOOR LOCKS BEDROOMS, SMOKE DETECTORS_

Personal items replaced:

4 of 7                    Owner Initial _D_    Contractor Initial _WL_

Case 2:09-md-02047-EEF-MBN   Document 22688-2   Filed 04/01/20   Page 13 of 42
Case 2:09-md-02047-EEF-JCW   Document 13382-1   Filed 03/29/12   Page 5 of 7

Case 2:09-md-02047-EEF-JCW   Document 12061-7   Filed 12/20/11   Page 6 of 8

_____

_____

_____

**Items that were upgraded and deducted from construction replacement cost:**

_____

_____

_____

**The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:**

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

    a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

Owner Initial ___RD___ Contractor Initial ___WL___

Case 2:09-md-02047-EEF-MBN   Document 22688-2   Filed 04/01/20   Page 14 of 42
Case 2:09-md-02047-EEF-JCW   Document 13382-1   Filed 03/29/12   Page 6 of 7

Case 2:09-md-02047-EEF-JCW   Document 12061-7   Filed 12/20/11   Page 7 of 8

9.   An Environmental Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendats may request additional documentation such as cancelled checks, receipts or photographs in the future.



Owner Initial ____ Contractor Initial ____

Case 2:09-md-02047-EEF-MBN   Document 22688-2   Filed 04/01/20   Page 15 of 42
Case 2:09-md-02047-EEF-JCW   Document 13382-1   Filed 03/29/12   Page 7 of 7

Case 2:09-md-02047-EEF-JCW   Document 12061-7   Filed 12/20/11   Page 8 of 8

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: _8·8·16_

Homeowner Signature: _____

Checked FL DL# 150·724·52·190·0 Exp 6·21·2018

Subscribed and sworn to before me on Aug 8, 2016

_Captain Makly_
Notary Public

CAPTAIN MAKHIJA
Notary Public - State of Florida
Commission # FF 986328
My Comm. Expires Jun 27, 2020
Bonded through National Notary Assn.

My commission expires on June 27, 2020

Date: April 19, 2016

Contractor Signature: _____

Subscribed and sworn to before me on

Notary Public

JULISSA RUIZ
MY COMMISSION #EE206480
EXPIRES: JUN 10, 2016
Bonded through 1st State Insurance

My commission expires on

Owner Initial _TU_   Contractor Initial _WL_

# 1ST FLOOR
## SAMPLES LOCATION



EXISTING AND DEMOLITION PLAN (FIRST FLOOR)
SCALE: N.T.S.





# 2nd Floor
# Samples Location



EXISTING AND DEMOLITION PLAN (SECOND FLOOR)
SCALE: N.T.S.

**IMPORTANT MESSAGE**

When buying real estate property, you should not assume that property taxes will remain the same. Whenever there is a change in ownership, the assessed value of the property may reset to full market value, which could result in higher property taxes. Please use our to approximate your new property taxes.

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the directly for additional information.



## Building Sketch Viewer

| | | | |
|---|---|---|---|
| Folio: | 10-7916-005-0370 | Actual Area: | 3,249 Sq. Ft. |
| Address: | 363 NE 30 AVE | Living Area: | 2,664 Sq. Ft. |
| Owner: | BALO ANNETTA LLC | | |

Building Number: **1**  of **1**  Roll Year: 2016                    Previous    Next

- **2FL : Second Floor**
- **PPT : Porch, Pitch**
- **GRF : Garage, Finished**
- **1FL : First Floor**
- **OPU : Porch, Inserted**

Generated on 8/8/2016

Disclaimer:

http://www.miamidade.gov/info/disclaimer.asp

| EXEMPTIONS & BENEFITS | REAL ESTATE | TANGIBLE PERSONAL PROPERTY | PUBLIC RECORDS | ONLINE TOOLS |
|---|---|---|---|---|
| Deployed Military (http://www.miamidade.gov /pa/exemptions_military.asp | 40 Yr Building Re-Certification (http://www.miamidade.gov | Appealing your Assessment (http://www.miamidade.gov | Address Blocking (http://www.miamidade.gov /pa/public_records_address_block.asp | |

**BACO INVESTMENTS LLC**
5900 COLLINS AVENUE 1408
MIAMI BEACH, FL  33140

COMMAND ASSET PROGRAM

**1278**
99-716/1023 10010

9/17/15   Date

Pay to the
Order of   RELYC  CONTRACTOR CORP.   $ 25400.⁼

TwentyFive   Thousand  Four Hundred   Dollars 🔒 Security Feature Details on Back.

**ADVISORS**   Payable through
Wells Fargo Bank, N.A.

For  263 NE 20 AVE HOMESTEAD.
MOIST .

⑈1023071646⑈ 998801990 7⑈      1278

Harland Clarke

<<< TRN: 160202-079701 >>>

--------------------------------------------------------------------------------

**** MESSAGE ENVELOPE ****        ( Bank : 121 )

SND DATE: 16/02/02

SRC:PHN CALLER:DAPENA, RUBEN D.            EXT:

RPT#      AMT:12,700.00          CUR:USD RATE: 1.      TRDR#

TEST: VAL:            TYP:FTR/1000 FNDS:S CHG:DB:B CD:W COM:N CBL:N

DBT D/000009988019907/

DEBIT VAL: 16/02/02 CTYP

AMT:12,700.00 CUR:USD

GL RECON: 112112

DEPT:0077801

BACO INVESTMENTS LLC

5900 COLLINS AVE STE 1408

MIAMI BEACH FL 33140

CDT A/026009593

CREDIT VAL: 16/02/02 CTYP

AMT:12,700.00 CUR:USD

GL RECON: 114114

DEPT:0002729

BANK OF AMERICA, NEW YORK, NY

100, 33RD STREET WEST

NEW YORK NEW YORK 10001

COUNTRY OF RESIDENCY: US

BNF BANK:A/063100277

BANK OF AMERICA N.A.

TAMPA FL

.

COUNTRY OF RESIDENCY: US

BNF:/898048501605

RELYC CONTRACTOR CORPORATION

BNF MAILING COUNTRY: US

ORIG TO BNF INFO:

SECOND PAYMENT 363 NE 30TH AVE

HOMESTEAD

<<< TRN: 160211-102144 >>>

--------------------------------------------------------------------------------

 **** MESSAGE ENVELOPE ****          ( Bank : 121 )

SND DATE: 16/02/11

SRC:PHN CALLER:DAPENA, RUBEN D.          EXT:

RPT#       AMT:12,700.00          CUR:USD RATE: 1.       TRDR#

TEST: VAL:                    TYP:FTR/1000 FNDS:S CHG:DB:B CD:W COM:N CBL:N

DBT D/000009988019907/

DEBIT VAL: 16/02/11 CTYP

AMT:12,700.00 CUR:USD

GL RECON: 112112

DEPT:0077801

BACO INVESTMENTS LLC

5900 COLLINS AVE STE 1408

MIAMI BEACH FL 33140

CDT A/026009593

CREDIT VAL: 16/02/11 CTYP

AMT:12,700.00 CUR:USD

GL RECON: 114114

DEPT:0002729

BANK OF AMERICA, NEW YORK, NY

100, 33RD STREET WEST

NEW YORK NEW YORK 10001

COUNTRY OF RESIDENCY: US

BNF BANK:A/063100277

BANK OF AMERICA N.A.

TAMPA FL

.

COUNTRY OF RESIDENCY: US

BNF:/898048501605

RELYC CONTRACTOR CORPORATION

BNF MAILING COUNTRY: US

ORIG TO BNF INFO:

363 N.E. 30TH AVE HOMESTEAD FL

33033

<<< TRN: 160422-093072 >>>

--------------------------------------------------------------------------------

  **** MESSAGE ENVELOPE ****        ( Bank : 121 )

SND DATE: 16/04/22

SRC:PHN CALLER:DAPENA, RUBEN D.          EXT:

RPT#      AMT:12,700.00        CUR:USD RATE: 1.      TRDR#

TEST: VAL:              TYP:FTR/1000 FNDS:S CHG:DB:B CD:W COM:N CBL:N

DBT D/000009988019907/

DEBIT VAL: 16/04/22 CTYP

AMT:12,700.00 CUR:USD

GL RECON: 112112

DEPT:0077801

BACO INVESTMENTS LLC

5900 COLLINS AVE STE 1408

MIAMI BEACH FL 33140

CDT A/026009593

CREDIT VAL: 16/04/22 CTYP

AMT:12,700.00 CUR:USD

GL RECON: 114114

DEPT:0002729

BANK OF AMERICA, NEW YORK, NY

100, 33RD STREET WEST

NEW YORK NEW YORK 10001

COUNTRY OF RESIDENCY: US

BNF BANK:A/063100277

BANK OF AMERICA N.A.

TAMPA FL

.

COUNTRY OF RESIDENCY: US

BNF:/898048501605

RELYC CONTRACTOR CORPORATION

BNF MAILING COUNTRY: US

ORIG TO BNF INFO:

FINAL BALANCE 363 NE 30TH AVE

HOMESTEAD

<<< TRN: 160502-106007 >>>

--------------------------------------------------------------------------------

**** MESSAGE ENVELOPE ****       ( Bank : 121 )


SND DATE: 16/05/02

SRC:PHN CALLER:DAPENA, RUBEN D.            EXT:


RPT#      AMT:2,278.62         CUR:USD RATE: 1.      TRDR#

TEST: VAL:              TYP:FTR/1000 FNDS:S CHG:DB:B CD:W COM:N CBL:N

DBT D/000009988019907/

DEBIT VAL: 16/05/02 CTYP

AMT:2,278.62 CUR:USD

GL RECON: 112112

DEPT:0077801

BACO INVESTMENTS LLC

5900 COLLINS AVE STE 1408

MIAMI BEACH FL 33140

CDT A/026009593

CREDIT VAL: 16/05/02 CTYP

AMT:2,278.62 CUR:USD

GL RECON: 114114

DEPT:0002729

BANK OF AMERICA, NEW YORK, NY

100, 33RD STREET WEST

NEW YORK NEW YORK 10001

COUNTRY OF RESIDENCY: US

BNF BANK:A/063100277

BANK OF AMERICA N.A.

TAMPA FL

.

COUNTRY OF RESIDENCY: US

BNF:/898048501605

RELYC CONTRACTOR CORPORATION

BNF MAILING COUNTRY: US

ORIG TO BNF INFO:

INV 99A

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE S-200, HIALEAH, FL 33016

# PROPOSAL

| Phone # | Fax # | E-mail | Date | Estimate # |
|---|---|---|---|---|
| (786)389-6461 | (305)558-9988 | wleonh@gmail.com | 7/14/2015 | 231 |

| Name / Address | |
|---|---|
| BACO INVESTMENTS, LLC<br>5900 COLLINS AVE. #1408<br>MIAMI BEACH, FL 33140 | JOB SITE:363 NE 30th Ave<br>Homestead, Fl 33033<br>ATTN: Mr. Ruben Dapena |

| # | IC | DESCRIPTION | MU | RATE | QTY | Total |
|---|---|---|---|---|---|---|
| 1 | B... | JOB LOC: 363 NE 30TH AVE, HOMESTEAD<br>- DEMOLITION WORK (REQUIRED CITY PERMIT'S)<br>- Protection existing floor tile with plywood.<br>- Demolition drywall walls, ceiling, insulation, baseboard. This included dumpster.<br>- Demolition Electrical existing installation.<br>- Demolition Mechanical System. This included Equipment, Refrigerant Lines, ducts, thermostat.<br>- Demolition Plumbing system, the pvc is to remain.<br>- Disassemble cabinets kitchen and bathrooms to reinstall.<br><br>- NEW CONSTRUCTION ( REQUIRED CITY PERMIT'S)<br>- New Electrical Installation. This Included all branch electrical circuits as required by plans, all materials, Rough inspection, Trimming and low volt, Final Inspection.<br>- New Mechanical System. This included new Air Conditioner Unit 5 Ton, R-410, all air ducts as required by plans, Rough Inspection, exhaust fans in bathrooms, Final inspection.<br>- Interior Walls and Ceiling. Included new Insulation in walls and ceilings, repair metal frame installation as required , Install new Drywall, screw inspection, Applying compound and finish , Apply Knockdown Texture in ceiling. Final inspection.<br>- Plumbing System. This Included Replacement all shower Valve in bathrooms, replacement all angle stop valves for existing Fixtures, Install water hammer arrestor in Cold & Hot water lines for Ice maker | LS | 63,000.00 | 1 | 63,000.00 |

| Thank you for your business. | **Total** | |
|---|---|---|

Acceptance of proposal: The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do work as specified. Payment will be made as outlined above.

Date of Acceptance: 9.17.15

Signature: _____

Signature: _____

Authorized Signature

All materials are guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any Alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge, over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. All workers are fully cover for Worker's Compensation Insurance.

Note: This proposal may be withdrawn by us if not

accepted within _____ days

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE S-200, HIALEAH, FL 33016

# PROPOSAL

| Phone # | Fax # | E-mail | Date | Estimate # |
|---|---|---|---|---|
| (786)389-6461 | (305)558-9988 | wleonh@gmail.com | 7/14/2015 | 231 |

**Name / Address**

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE:363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | IC | DESCRIPTION | MU | RATE | QTY | Total |
|---|---|---|---|---|---|---|
| | | Dishwasher and Washer machine. | | | | |
| | | - Replacement Garbage Disposal. | | | | |
| | | - Reinstall existing plumbing fixtures  (Lavatories,Kitchen sink, Electrical water heater,Dishwasher) | | | | |
| | | - Extend fixture drain, cold & hot water line in Bathroom and Kitchen area as needed. | | | | |
| | | - Install new carpet in bedrooms. | | | | |
| | | - Remove and reinstall existing Doors | | | | |
| | | - New baseboard and Trim. | | | | |
| | | - Remove, store and reinstall Existing Cabinets & Vanities. | | | | |
| | | - Painting Only Interior. | | | | |
| 2 | 22... | Standard Stainless steel Kitchen Package Appliances (Refrigerator, Range, Dishwasher and Microwave) | LS | 2,800.00 | 1 | 2,800.00 |
| 3 | 22... | Standard white Laundry Appliances (Washer and Dryer) | LS | 980.00 | 1 | 980.00 |
| | 22... | Photographic documentation Report. | LS | 600.00 | 1 | 600.00 |
| 4 | 22... | Odorox Hidroxil generator Machine | LS | 850.00 | 1 | 850.00 |
| 5 | 22... | Negative pressurization with exhaust fan. | LS | 900.00 | 1 | 900.00 |
| 6 | 01... | Drawing Floor Plans | LS | 450.00 | 1 | 450.00 |

*Handwritten note on left margin:* INCLUDES: Roof PRESSURE CLEAN MIRRORS, as NECESSARY

Thank you for your business.

**Total**

Acceptance of proposal: The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do work as specified. Payment will be made as outlined above.

Date of Acceptance: _9|17|15_

Signature:

Signature:

Authorized Signature

All materials are guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any Alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge, over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. All workers are fully cover for Worker's Compensation Insurance.

Note: This proposal may be withdrawn by us if not accepted within _____ days

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE S-200, HIALEAH, FL 33016

# PROPOSAL

| Phone # | Fax # | E-mail | Date | Estimate # |
|---|---|---|---|---|
| (786)389-6461 | (305)558-9988 | wleonh@gmail.com | 7/14/2015 | 231 |

| Name / Address | |
|---|---|
| BACO INVESTMENTS, LLC<br>5900 COLLINS AVE. #1408<br>MIAMI BEACH, FL 33140 | JOB SITE:363 NE 30th Ave<br>Homestead, Fl 33033<br>ATTN: Mr. Ruben Dapena |

| # | IC | DESCRIPTION | MU | RATE | QTY | Total |
|---|---|---|---|---|---|---|
| | | Note: This price not included city permit fee's.<br>- This Price not Included Environmental Certificate.<br>- This price not included the following Items.<br> Special light fixtures, dimmers, fans. This will be provided by owner.<br> Alarm/Security systems<br> Landscaping work's.<br> Sprinkler system.<br>- This price not included change order.<br><br>Payment conditions: 40% to start, 20% Rough Plumbing and Electrical Inspections Complete, 20% Rough Building Inspection Complete, 20% Final Inspection Complete and pass the environmental Inspection.<br><br>Estimate Time: 120 Days. Not including permit/inspections delays.<br>The permits request will be done the next day of get the initial payment.<br>The execution time begins when we received the approved permits. | | | | |

Thank you for your business.

**Total**

Acceptance of proposal: The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do work as specified. Payment will be made as outlined above.

Date of Acceptance: _9 17 15_

Signature: _____

Signature: _____

All materials is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any Alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge, over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. All workers are fully cover for Worker's Compensation Insurance.

Authorized Signature

Note: This proposal may be withdrawn by us if not accepted within _____ days

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE S-200, HIALEAH, FL 33016

# PROPOSAL

| Phone # | Fax # | E-mail | Date | Estimate # |
|---|---|---|---|---|
| (786)389-6461 | (305)558-9988 | wleonh@gmail.com | 7/14/2015 | 231 |

| Name / Address | |
|---|---|
| BACO INVESTMENTS, LLC<br>5900 COLLINS AVE. #1408<br>MIAMI BEACH, FL 33140 | JOB SITE:363 NE 30th Ave<br>Homestead, Fl 33033<br>ATTN: Mr. Ruben Dapena |

| # | IC | DESCRIPTION | MU | RATE | QTY | Total |
|---|---|---|---|---|---|---|
| 7 | Di... | Conditions:<br>1.- The contract shall include all the works formulated in the Scope of Work, included in the Exhibit D of the protocol.<br>2.- The contract provisions, shall include the contractor duty to adjust his works and procedures in form of having at the final work, the Environmental Certification made by environmental inspector provided by the owner, included in point 9 of Exhibit F of the protocol.<br>3.- The contract price includes the contractor duty to get all physical evidence of defective Chinese drywall and proof of corrosion as a consequence of Chinese drywall reaction in the form of the provisions of Pre Trial Order#1 (I) dated 1/24/2012. This evidence will be delivered to the owner to preserve.<br>4.- The contract price includes the contractor duties to get and help to provide, all requested evidence and documents, stated at Pre Trial Order No.26 dated on 3/29/2012.<br>5.- Relyc Contractor Corp. will be totally exempt from any claim or demand the owner against third parties.<br>Especial Discount | | -6,080.00 | | -6,080.00 |

| Thank you for your business. | **Total** | **$63,500.00** |
|---|---|---|

Acceptance of proposal: The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do work as specified. Payment will be made as outlined above.

Date of Acceptance: _9.17.15_

Signature: _____

Signature: _____

Authorized Signature _____

All materials is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any Alteration or deviation from above specifications involving extra cost will be executed only upon written orders and will become an extra charge, over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. All workers are fully cover for Worker's Compensation Insurance.

Note: This proposal may be withdrawn by us if not

accepted within _____ days

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE, SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---------|-------|--------|------|-----------|
| (786) 389-6461 | (305) 558-9988 | wleonh@gmail.com | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE: 363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|-----|-----|-------------|-----|------|--------|
| 1 | 1 | B... | JOB LOC: 363 NE 30TH AVE, HOMESTEAD<br>- DEMOLITION WORK (REQUIRED CITY PERMIT'S)<br>- Protection existing floor tile with plywood.<br>- Demolition drywall walls, ceiling, insulation, baseboard. This included dumpster.<br>- Demolition Electrical existing installation.<br>- Demolition Mechanical System. This included Equipment, Refrigerant Lines, ducts, thermostat.<br>- Demolition Plumbing system, the pvc is to remain.<br>- Disassemble cabinets kitchen and bathrooms to reinstall.<br><br>- NEW CONSTRUCTION ( REQUIRED CITY PERMIT'S)<br>- New Electrical Installation. This Included all branch electrical circuits as<br>required by plans, all materials, Rough inspection, Trimming and low volt, Final Inspection.<br>- New Mechanical System. This included new Air Conditioner Unit 5 Ton, R-410, all air ducts as required by plans, Rough Inspection, exhaust<br>fans in bathrooms, Final inspection.<br>- Interior Walls and Ceiling. Included new Insulation in walls and ceilings,<br>repair metal frame installation as required . Install new Drywall, screw inspection, Applying compound and finish . Apply Knockdown Texture in ceiling. Final inspection.<br>- Plumbing System. This Included Replacement all shower Valve in bathrooms, replacement all angle stop valves for existing Fixtures, Install water hammer arrestor in Cold & Hot water lines for Ice maker Dishwasher and Washer machine.<br>- Replacement Garbage Disposal.<br>- Reinstall existing plumbing fixtures  (Lavatories,Kitchen sink, Electrical water heater,Dishwasher) | LS | 63,000.00 | 63,000.00 |

| | |
|---|---|
| **Thank you for your business.** | **Total** |
| | **Payments/Credits** |
| | **Balance Due** |

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE. SUITE S-200. HIALEAH. FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---|---|---|---|---|
| (786) 389-6461 | (305) 558-9988 | wleonh@gmail.com | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS. LLC
5900 COLLINS AVE. #1408
MIAMI BEACH. FL 33140

JOB SITE: 363 NE 30th Ave
Homestead. Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | - Extend fixture drain, cold & hot water line in Bathroom and Kitchen area as needed. | | | |
| | | | - Install new carpet in bedrooms. | | | |
| | | | - Remove and reinstall existing Doors | | | |
| | | | - New baseboard and Trim. | | | |
| | | | - Remove. store and reinstall Existing Cabinets & Vanities. | | | |
| | | | - Painting Only Interior. | | | |
| 2 | 1 | 2... | Standard Stainless steel Kitchen Package Appliances (Refrigerator, Range, Dishwasher and Microwave) | LS | 2,800.00 | 2,800.00 |
| 3 | 1 | 2... | Standard white Laundry Appliances (Washer and Dryer) | LS | 980.00 | 980.00 |
| | 1 | 2... | Photographic documentation Report. | LS | 600.00 | 600.00 |
| 4 | 1 | 2... | Odorox Hidroxil generator Machine | LS | 850.00 | 850.00 |
| 5 | 1 | 2... | Negative pressurization with exhaust fan. | LS | 900.00 | 900.00 |
| 6 | 1 | 0... | Drawing Floor Plans | LS | 450.00 | 450.00 |
| | | | Note: This price not included city permit fee's. | | | |
| | | | - This Price not Included Environmental Certificate. | | | |
| | | | - This price not included the following Items. | | | |
| | | | Special light fixtures. dimmers. fans. This will be provided by owner. | | | |
| | | | Alarm/Security systems | | | |
| | | | Landscaping work's. | | | |
| | | | Sprinkler system. | | | |
| | | | - This price not included change order. | | | |
| | | | Payment conditions: 40% to start. 20% Rough Plumbing and Electrical Inspections Complete. 20% Rough Building Inspection Complete. 20% Final Inspection Complete and pass the environmental Inspection. | | | |
| | | | Estimate Time: 120 Days. Not including permit/inspections delays. The permits request will be done the next day of get the initial payment. The execution time begins when we received the approved permits. | | | |

Thank you for your business.

| Total | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

Page 2

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE. SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---------|-------|--------|------|-----------|
| (786) 389-6461 | (305) 558-9988 | wleonh@gmail.com | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE: 363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|-----|----|-----|----|----|------|
| 7 | | D... | Conditions:<br>1.- The contract shall include all the works formulated in the Scope of Work, included in the Exhibit D of the protocol.<br>2.- The contract provisions, shall include the contractor duty to adjust his works and procedures in form of having at the final work, the Environmental Certification made by environmental inspector provided by the owner, included in point 9 of Exhibit F of the protocol.<br>3.- The contract price includes the contractor duty to get all physical evidence of defective Chinese drywall and proof of corrosion as a consequence of Chinese drywall reaction in the form of the provisions of Pre Trial Order#1 (I) dated 1/24/2012. This evidence will be delivered to the owner to preserve.<br>4.- The contract price includes the contractor duties to get and help to provide, all requested evidence and documents, stated at Pre Trial Order No.26 dated on 3/29/2012.<br>5.- Relyc Contractor Corp. will be totally exempt from any claim or demand the owner against third parties.<br>Especial Discount | | -6,080.00 | -6,080.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $63,500.00 |
| **Payments/Credits** | -$25,400.00 |
| **Balance Due** | $38,100.00 |

Page 3

# RELYC CONTRACTOR CORP.
**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE. SUITE S-200. HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---------|-------|--------|------|-----------|
| (786) 389-6461 | (305) 558-9988 | wleonh@gmail.com | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS. LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE:363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|-----|----|-------------|----|------|--------|
| 1 | 1 | B... | JOB LOC: 363 NE 30TH AVE, HOMESTEAD<br>- DEMOLITION WORK (REQUIRED CITY PERMIT'S)<br>- Protection existing floor tile with plywood.<br>- Demolition drywall walls, ceiling, insulation, baseboard. This included dumpster.<br>- Demolition Electrical existing installation.<br>- Demolition Mechanical System. This included Equipment, Refrigerant Lines, ducts, thermostat.<br>- Demolition Plumbing system, the pvc is to remain.<br>- Disassemble cabinets kitchen and bathrooms to reinstall.<br><br>- NEW CONSTRUCTION ( REQUIRED CITY PERMIT'S)<br>- New Electrical Installation. This Included all branch electrical circuits as<br>required by plans, all materials, Rough inspection, Trimming and low volt, Final Inspection.<br>- New Mechanical System. This included new Air Conditioner Unit 5 Ton, R-410, all air ducts as required by plans, Rough Inspection, exhaust<br>fans in bathrooms. Final inspection.<br>- Interior Walls and Ceiling. Included new Insulation in walls and ceilings,<br>repair metal frame installation as required , Install new Drywall, screw inspection, Applying compound and finish , Apply Knockdown Texture in ceiling. Final inspection.<br>- Plumbing System. This Included Replacement all shower Valve in bathrooms, replacement all angle stop valves for existing Fixtures, Install water hammer arrestor in Cold & Hot water lines for Ice maker Dishwasher and Washer machine.<br>- Replacement Garbage Disposal.<br>- Reinstall existing plumbing fixtures  (Lavatories,Kitchen sink, Electrical water heater,Dishwasher) | LS | 63,000.00 | 63,000.00 |

| | |
|---|---|
| | **Total** |
| Thank you for your business. | **Payments/Credits** |
| | **Balance Due** |

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE, SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---|---|---|---|---|
| (786) 389-6461 | (305) 558-9988 | wleonh@gmail.com | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE:363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|---|---|---|---|---|---|
|  |  |  | - Extend fixture drain, cold & hot water line in Bathroom and Kitchen area as needed. |  |  |  |
|  |  |  | - Install new carpet in bedrooms. |  |  |  |
|  |  |  | - Remove and reinstall existing Doors |  |  |  |
|  |  |  | - New baseboard and Trim. |  |  |  |
|  |  |  | - Remove, store and reinstall Existing Cabinets & Vanities. |  |  |  |
|  |  |  | - Painting Only Interior. |  |  |  |
| 2 | 1 | 2... | Standard Stainless steel Kitchen Package Appliances (Refrigerator, Range, Dishwasher and Microwave) | LS | 2,800.00 | 2,800.00 |
| 3 | 1 | 2... | Standard white Laundry Appliances (Washer and Dryer) | LS | 980.00 | 980.00 |
|  | 1 | 2... | Photographic documentation Report. | LS | 600.00 | 600.00 |
| 4 | 1 | 2... | Odorox Hidroxil generator Machine | LS | 850.00 | 850.00 |
| 5 | 1 | 2... | Negative pressurization with exhaust fan. | LS | 900.00 | 900.00 |
| 6 | 1 | 0... | Drawing Floor Plans | LS | 450.00 | 450.00 |
|  |  |  | Note: This price not included city permit fee's. |  |  |  |
|  |  |  | - This Price not Included Environmental Certificate. |  |  |  |
|  |  |  | - This price not included the following Items. |  |  |  |
|  |  |  | Special light fixtures, dimmers, fans. This will be provided by owner. |  |  |  |
|  |  |  | Alarm/Security systems |  |  |  |
|  |  |  | Landscaping work's. |  |  |  |
|  |  |  | Sprinkler system. |  |  |  |
|  |  |  | - This price not included change order. |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | Payment conditions: 40% to start, 20% Rough Plumbing and Electrical Inspections Complete, 20% Rough Building Inspection Complete, 20% Final Inspection Complete and pass the environmental Inspection. |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | Estimate Time: 120 Days. Not including permit/inspections delays. The permits request will be done the next day of get the initial payment. The execution time begins when we received the approved permits. |  |  |  |

| Thank you for your business. | Total |  |
|---|---|---|
|  | **Payments/Credits** |  |
|  | **Balance Due** |  |

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE. SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---------|-------|--------|------|-----------|
| (786) 389-6461 | (305) 558-9988 | wleonh@gmail.com | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE:363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|-----|----|-------------|----|----|--------|
| 7 | | D... | Conditions:<br>1.- The contract shall include all the works formulated in the Scope of Work, included in the Exhibit D of the protocol.<br>2.- The contract provisions, shall include the contractor duty to adjust his works and procedures in form of having at the final work, the Environmental Certification made by environmental inspector provided by the owner, included in point 9 of Exhibit F of the protocol.<br>3.- The contract price includes the contractor duty to get all physical evidence of defective Chinese drywall and proof of corrosion as a consequence of Chinese drywall reaction in the form of the provisions of Pre Trial Order#1 (I) dated 1/24/2012. This evidence will be delivered to the owner to preserve.<br>4.- The contract price includes the contractor duties to get and help to provide, all requested evidence and documents, stated at Pre Trial Order No.26 dated on 3/29/2012.<br>5.- Relyc Contractor Corp. will be totally exempt from any claim or demand the owner against third parties.<br>Especial Discount | | -6,080.00 | -6,080.00 |

| | |
|---|---|
| Thank you for your business. | **Total**    $63,500.00 |
| | **Payments/Credits**    -$37,400.00 |
| | **Balance Due**    $26,100.00 |





**Transaction Notice**

BACO INVESTMENTS LLC
6890 COLLINS AVENUE
# 1408
MIAMI BEACH FL        33140

---

**If this information is correct:**

**If this information is incorrect:**

**If you have general questions
or need to make changes to
your account:**

---

| Transaction Type | Date | Description of Transaction | Net Dollar Amount/ Number of Shares |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

---

**Investments and insurance products are:**
**NOT FDIC-INSURED**     **NO BANK GUARANTEE**     **MAY LOSE VALUE**

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE. SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---|---|---|---|---|
| (786) 389-6461 | (305) 558-9988 | wuilmer@relyccontracto... | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS. LLC
5900 COLLINS AVE. #1408
MIAMI BEACH. FL 33140

JOB SITE: 363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | B... | JOB LOC: 363 NE 30TH AVE, HOMESTEAD<br>- DEMOLITION WORK (REQUIRED CITY PERMIT'S)<br>- Protection existing floor tile with plywood.<br>- Demolition drywall walls. ceiling, insulation, baseboard. This included dumpster.<br>- Demolition Electrical existing installation.<br>- Demolition Mechanical System. This included Equipment, Refrigerant Lines, ducts, thermostat.<br>- Demolition Plumbing system, the pvc is to remain.<br>- Disassemble cabinets kitchen and bathrooms to reinstall.<br><br>- NEW CONSTRUCTION ( REQUIRED CITY PERMIT'S)<br>- New Electrical Installation. This Included all branch electrical circuits as<br>required by plans, all materials, Rough inspection, Trimming and low volt. Final Inspection.<br>- New Mechanical System. This included new Air Conditioner Unit 5 Ton, R-410, all air ducts as required by plans, Rough Inspection, exhaust<br>fans in bathrooms, Final inspection.<br>- Interior Walls and Ceiling. Included new Insulation in walls and ceilings,<br>repair metal frame installation as required , Install new Drywall, screw inspection, Applying compound and finish , Apply Knockdown Texture in ceiling. Final inspection.<br>- Plumbing System. This Included Replacement all shower Valve in bathrooms, replacement all angle stop valves for existing Fixtures, Install water hammer arrestor in Cold & Hot water lines for Ice maker Dishwasher and Washer machine.<br>- Replacement Garbage Disposal.<br>- Reinstall existing plumbing fixtures (Lavatories,Kitchen sink, Electrical water heater,Dishwasher) | LS | 63,000.00 | 63,000.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE, SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---|---|---|---|---|
| (786) 389-6461 | (305) 558-9988 | wuilmer@relyccontracto... | 9/15/2015 | 948 |

**Bill To**

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33149

JOB SITE: 363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | - Extend fixture drain, cold & hot water line in Bathroom and Kitchen area as needed. | | | |
| | | | - Install new carpet in bedrooms. | | | |
| | | | - Remove and reinstall existing Doors | | | |
| | | | - New baseboard and Trim. | | | |
| | | | - Remove, store and reinstall Existing Cabinets & Vanities. | | | |
| | | | - Painting Only Interior. | | | |
| 2 | 1 | 2... | Standard Stainless steel Kitchen Package Appliances (Refrigerator, Range, Dishwasher and Microwave) | LS | 2,800.00 | 2,800.00 |
| 3 | 1 | 2... | Standard white Laundry Appliances (Washer and Dryer) | LS | 980.00 | 980.00 |
| | 1 | 2... | Photographic documentation Report. | LS | 600.00 | 600.00 |
| 4 | 1 | 2... | Odorox Hidroxil generator Machine | LS | 850.00 | 850.00 |
| 5 | 1 | 2... | Negative pressurization with exhaust fan. | LS | 900.00 | 900.00 |
| 6 | 1 | 0... | Drawing Floor Plans | LS | 450.00 | 450.00 |
| | | | Note: This price not included city permit fee's. | | | |
| | | | - This Price not Included Environmental Certificate. | | | |
| | | | - This price not included the following Items. | | | |
| | | | Special light fixtures, dimmers, fans. This will be provided by owner. | | | |
| | | | Alarm Security systems | | | |
| | | | Landscaping work's. | | | |
| | | | Sprinkler system. | | | |
| | | | - This price not included change order. | | | |
| | | | Payment conditions: 40% to start, 20% Rough Plumbing and Electrical Inspections Complete, 20% Rough Building Inspection Complete, 20% Final Inspection Complete and pass the environmental Inspection. | | | |
| | | | Estimate Time: 120 Days. Not including permit inspections delays. The permits request will be done the next day of get the initial payment. The execution time begins when we received the approved permits. | | | |

| | |
|---|---|
| | **Total** |
| Thank you for your business. | **Payments/Credits** |
| | **Balance Due** |

# RELYC CONTRACTOR CORP.
### STATE CERT. GENERAL CONTRACTOR CGC1521238
7547 W 24TH AVE, SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---|---|---|---|---|
| (786) 389-6461 | (305) 558-9988 | wuilmer@relyccontracto... | 9 15 2015 | 948 |

Bill To

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE: 363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | | D... | Conditions.<br>1.- The contract shall include all the works formulated in the Scope of Work, included in the Exhibit D of the protocol.<br>2.- The contract provisions, shall include the contractor duty to adjust his works and procedures in form of having at the final work, the Environmental Certification made by environmental inspector provided by the owner, included in point 9 of Exhibit F of the protocol.<br>3.- The contract price includes the contractor duty to get all physical evidence of defective Chinese drywall and proof of corrosion as a consequence of Chinese drywall reaction in the form of the provisions of Pre Trial Order#1 (1) dated 1 24 2012. This evidence will be delivered to the owner to preserve.<br>4.- The contract price includes the contractor duties to get and help to provide, all requested evidence and documents, stated at Pre Trial Order No.26 dated on 3 29 2012<br>5.- Relyc Contractor Corp. will be totally exempt from any claim or demand the owner against third parties.<br>Especial Discount | | -6,080.00 | -6,080.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $63,500.00 |
| **Payments/Credits** | -$50,800.00 |
| **Balance Due** | $12,700.00 |

Page 3

# RELYC CONTRACTOR CORP.

**STATE CERT. GENERAL CONTRACTOR CGC1521238**

7547 W 24TH AVE, SUITE S-200, HIALEAH, FL 33016

# INVOICE

| Phone # | Fax # | E-mail | Date | Invoice # |
|---|---|---|---|---|
| (786) 389-6461 | (305) 558-9988 | wuilmer@relyccontracto... | 4/14/2016 | 998 |

**Bill To**

BACO INVESTMENTS, LLC
5900 COLLINS AVE. #1408
MIAMI BEACH, FL 33140

JOB SITE: 363 NE 30th Ave
Homestead, Fl 33033
ATTN: Mr. Ruben Dapena

| # | QTY | IC | DESCRIPTION | MU | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | 0... | Permits fees.<br>- Demolition 10/09/15        $314.00<br>- New Construction 11/18/15  $ 50.00<br>- New Construction 12/22/15  $979.62<br>- New Construction 3/17/16   $ 75.00<br>- New Construction 3/18/16   $100.00<br>- New Construction 4/15/16   $ 50.00 | LS | 1,568.62 | 1,568.62 |
| 2 | 1 | 2... | Replacement two (02) kitchen Cabinets. | LS | 590.00 | 590.00 |
| 3 | 1 | 1... | New Toilet Master Bath (Required for inspection) | LS | 120.00 | 120.00 |
| 4 | 3 | 1... | New Doors Lock Bedrooms (Required for inspection) | EA | 0.00 | 0.00 |
| 5 | 5 | 1... | New Faucet Vanity sinks. (Required for inspection) | EA | 0.00 | 0.00 |
| 6 | 10 | 1... | New Light Fixtures. (Required for inspection) | EA | 0.00 | 0.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $2,278.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,278.62 |



CERTIFICATE OF COMPLETION

Development Services

305  224-4500



**City Council**

Jeff Porter
*Mayor*

Patricia Fairclough
*Vice Mayor*

Jon Burgess
*Councilman*

Elvis R. Maldonado
*Councilman*

Larry Roth
*Councilman*

Stephen R. Shelley
*Councilman*

Jimmie L. Williams, III
*Councilman*

George Gretsas
*City Manager*

04 15 16                                    C/C # 6937

Owner: BACO ARYETTA LLC

Street Address: 363  NE  3D  AVE

Lot: 3'   Block: 1       Subdiv.:

Permit: 15110415        Folio #:    10-7916-005-0370

Occupancy Type:        Occup Load:

Sprinkler System:

This Certificate issued certifies that the structure at
the above address is in compliance with the various
ordinances and the Florida Building Code Jurisdiction,
that regulates building construction and use, on the
date of issuance of the certificate.

Accepted: _____  4/15/16

**City Hall**

100 Civic Court
Homestead, FL 33030
305-224-4400
www.cityofhomestead.com