CFN 20140368922 BOOK 29162 PAGE 234
DATE:05/22/2014 08:53:45 AM
DEED DOC 768.60
SURTAX 576.45
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

**Prepared By:**
Title365 Company
Attn: Kathy Long
850 Trafalgar Court, Suite 105
Maitland, FL 32751

**Return To:**
Annetta LLC
5900 Collins Ave, Apt 1408
Miami Beach, FL 33140

Order No.: FL1-1401229-AC

Property Appraiser's Parcel I.D. (folio) Number:
10-79-16-005-0370

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this April 16, 2014 by **Nationstar Mortgage LLC** existing under the laws of Delaware, and having its principal place of business at 350 Highland Drive, Lewisville, TX 75067 (the "Grantor"), and **Annetta LLC** whose post office address is 5900 Collins Ave, Apt 1408, Miami Beach, FL 33140, (the "Grantee"):

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representative and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH: That the grantor, for and in consideration of the sum of $128,100.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all the certain land situated in County of Miami-Dade, State of Florida, viz:

The land referred to in this Report is situated in the County of Miami-Dade, State of Florida, and is described as follows:

**Lot 37, in Block 1, of Carmen's Place, according to the plat thereof, as recorded in Plat Book 164, at Page 38, of the Public Records of Miami-Dade County, Florida.**

**Commonly Known as 363 NE 30th Avenue, Homestead, Florida 33033**

Subject to encumbrances, easements and restrictions of record and taxes for 2014.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in FEE SIMPLE forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.

IN WITNESS WHEREOF, the grantor has caused these presents to be executed in its name, and its

**Prepared By:**
Title365 Company
Attn: Kathy Long
850 Trafalgar Court, Suite 105
Maitland, FL 32751

**Return To:**
Annetta LLC
5900 Collins Ave, Apt 1408
Miami Beach, FL 33140

Order No.: FL1-1401229-AC

Property Appraiser's Parcel I.D. (folio) Number:
10-79-16-005-0370

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this April __16__, 2014 by **Nationstar Mortgage LLC** existing under the laws of Delaware, and having its principal place of business at 350 Highland Drive, Lewisville, TX 75067 (the "Grantor"), and **Annetta LLC** whose post office address is 5900 Collins Ave, Apt 1408, Miami Beach, FL 33140, (the "Grantee"):

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representative and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH: That the grantor, for and in consideration of the sum of $128,100.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all the certain land situated in County of Miami-Dade, State of Florida, viz:

**The land referred to in this Report is situated in the County of Miami-Dade, State of Florida, and is described as follows:**

**Lot 37, in Block 1, of Carmen's Place, according to the plat thereof, as recorded in Plat Book 164, at Page 38, of the Public Records of Miami-Dade County, Florida.**

**Commonly Known as 363 NE 30th Avenue, Homestead, Florida 33033**

Subject to encumbrances, easements and restrictions of record and taxes for 2014.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in FEE SIMPLE forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.

IN WITNESS WHEREOF, the grantor has caused these presents to be executed in its name, and its

corporate seal to be hereunto affixed, by its proper officers duly authorized, the day and year first above written.

Signed, sealed and delivered in presence of:

_____
Witness Signature

Nationstar Mortgage, LLC

BY: _____
Asst Secretary
Gloria A. Negrosa Price

HEIDI LANG
Printed Name of First Witness

_____
Witness Signature

**Grantor Address:**
350 Highland Drive
Lewisville, TX 75067

Amanda _____
Printed Name of Second Witness

STATE OF Colorado
COUNTY OF _____
This instrument was acknowledged before me on _____ (date) by
Gloria A. Negrosa-Price (name of representative) as
Asst Secretary (title of representative) of
Nationstar (name of entity or person represented)

_____
Notary Public
Printed Name: Rana Serna
My Commission Expires:
Rana Serna

RANA SERNA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20C 4027804
MY COMMISSION EXPIRES JULY 19 2015

Commonly Known as 363 NE 30th Avenue, Homestead, Florida 33033