```
INSTR # 2007141438
BK 07347 PGS 1947-1948 PG(s)2
RECORDED 07/03/2007 12:42:13 PM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
DEED DOC 1,925.00
RECORDING FEES 18.50
RECORDED BY S Wiggins
```

Prepared by and return to:
Deborah Quattlebaum
Straughn, Turner & Smith, P.A.
255 Magnolia Avenue, SW
Winter Haven, FL 33880
863-293-1184
File Number: 6085-882

_____[Space Above This Line For Recording Data]_____

## Warranty Deed

This Warranty Deed made this 29th day of June, 2007 between ADAMS HOMES OF NORTHWEST FLORIDA, INC., a Florida corporation whose post office address is Attn: Closing Department, 3000 Gulf Breeze Parkway, Gulf Breeze, FL 32563, grantor, and TOBI JESSELL, an unmarried woman whose post office address is 4020 Island Lakes Drive, Winter Haven, FL 33881, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Polk County, Florida to-wit:

   Lot 40, ISLAND LAKES, according to the Plat thereof, recorded in Plat Book 134, Page 4, of the Public Records of Polk County, Florida.

   Parcel Identification Number: 092826-530005-000400

   Subject to taxes for 2006 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2006.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTime

Signed, sealed and delivered in our presence:

ADAMS HOMES OF NORTHWEST FLORIDA, INC., a Florida corporation

By: _____
Glenn H. Schneiter

Witness Name: __Daphne J. Fincher__

(Corporate Seal)

Witness Name: __Heather F. Cobb__

State of Florida
County of Polk

The foregoing instrument was acknowledged before me this 29th day of June, 2007 by Glenn H. Schneiter of ADAMS HOMES OF NORTHWEST FLORIDA, INC., a Florida corporation, on behalf of the corporation. He/she [ ] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

DAPHNE J. FINCHER
MY COMMISSION # DD 560449
EXPIRES: August 4, 2010
Bonded Thru Notary Public Underwriters

Notary Public

Printed Name: __Daphne J. Fincher__

My Commission Expires: __8/4/10__

*Warranty Deed* - Page 2

DoubleTime®