**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**



```
CFN  2018R0326428
OR BK 30999 Ps 2179 (1Pss)
RECORDED 06/04/2018 14:17:20
DEED DOC TAX $1,506.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

HMC ASSETS LLC
Plaintiff(s) / Petitioner(s)
VS.
RAMPERSAD, BALKRISHNA , et al.
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION
Case No:        2017-016261-CA-01
Section:        (Section, CA 15)
Doc Stamps:     $1,506.00
Surtax:         $0.00
Consideration:  $251,000.00

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on January 08, 2018, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Miami-Dade County, Florida:

(LEGAL DESCRIPTION) LOT 5, BLOCK 74, ISLANDS AT DORAL 1ST ADDITION ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 163 PAGE 50 AS RECORDED IN THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA; SAID LAND SITUATE, LYING AND BEING MIAMI-DADE COUNTY, FLORIDA

Property address: 10769 NW 81st Lane, Miami, FL 33178

was sold to:
SKYLINE GLASS, LLC
7311 NW 12 Street
Suite 5
Miami, FL, 33126

WITNESS my hand and the seal of this court on May 31, 2018.

*Harvey Ruvin*

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida