## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL 2047
SECTION "L"

In Re: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
_____

This document relates to:

Elizabeth Bennett, et al v. Gebr.
Knauf Verwaltungsgesellschaft, KG, et al

Case No. 14-cv-2722
--------------------------------/

DEPOSITION OF: MARTIN KUNTZ

Pages 1 to 31

Thursday, December 19, 2019
2:51 p.m. - 3:27 p.m.

Orange Legal
101 East Kennedy Boulevard
Suite 3140
Tampa, Florida 33602

STENOGRAPHICALLY REPORTED BY:
NANCY E. PAULSEN, CRR, CRC, RPR, FPR, RSA

## Page 2

APPEARANCES:

On Behalf of the Plaintiffs

JAMES VICTOR DOYLE, ESQUIRE
Doyle Law Firm, PC
2100 Southbridge Parkway
Suite 650
Birmingham, Alabama 35209
205-533-9500, jim.doyle@doylefirm.com

On Behalf of the Defendants

KAKI J. JOHNSON, ESQUIRE
Fishman Haygood, LLP
201 St. Charles Avenue
Suite 4600
New Orleans, Louisiana 70170
504-586-5252, kjohnson@fishmanhaygood.com

## Page 3

INDEX

Deponent                                      Page
MARTIN KUNTZ
DIRECT EXAMINATION BY MS. JOHNSON              4

CERTIFICATE OF REPORTER                       30
CERTIFICATE OF OATH                           31

EXHIBITS

No.    Description                            Page
Exhibit 1   Plaintiff Profile Form..........  14
Exhibit 2   Supplemental plaintiff profile    15
            form.............................
Exhibit 3   Plaintiff Fact Sheet............  16

## Page 4

1  THE COURT REPORTER: Would you raise your
2  right hand, please.
3      Do you swear or affirm the testimony you are
4  about to give will be the truth and nothing but the
5  truth?
6      THE WITNESS: Yes, I do.
7  THEREUPON,
8      MARTIN KUNTZ,
9  having been duly sworn to tell the truth, was examined
10 and testified as follows:
11     DIRECT EXAMINATION
12 BY MS. JOHNSON:
13     Q. Can you please state your name for the record?
14     A. Martin L. Kuntz, II.
15     Q. All right. Mr. Kuntz, my name is Kaki
16 Johnson, and I'll be taking your deposition today, and I
17 represent the Knauf defendants in this case.
18     MR. DOYLE: And my name is Jim Doyle, and I
19 represent the Plaintiff in this case.
20 BY MS. JOHNSON:
21     Q. And, Mr. Kuntz, what's your current
22 residential address?
23     A. 1417 Southwest Devera Avenue, Port St. Lucie,
24 Florida, 34953.
25     Q. And what's your date of birth?

Page 5

1      A.  4/27/1962.
2      Q.  And where are you from?
3      A.  I was born in El Paso, Texas.
4      Q.  Okay.
5      A.  Fort Bliss Army base.
6      Q.  Did you move around a lot?
7      A.  No.
8      Q.  No?
9          How long have you been in Florida?
10     A.  Ten years.  Approximately.
11     Q.  And was that all in the Port St. Lucie area?
12     A.  No.  I previously lived in Broward County.
13     Q.  Okay.  Where is that?
14     A.  Fort Lauderdale.
15     Q.  And where did you live prior to Florida?
16     A.  Southwestern Michigan.
17     Q.  Oow, okay.
18         What brought you to Florida?
19     A.  Warm weather.
20     Q.  Good answer.  My fiancé is from Michigan.
21     A.  Hmm.
22     Q.  He's doing the same thing in New Orleans.
23     A.  Okay.
24     Q.  What were you doing in Michigan?
25     A.  I went to school for a tool and die

Page 6

1    apprenticeship and spent 20 years in the tool and die
2    industry.
3      Q.  Okay.  And what industry is that?
4      A.  Tool and die.
5      Q.  What is that?
6      A.  Building cars.
7      Q.  Okay.
8      A.  Building the machinery that builds the cars.
9      Q.  Okay.  Cool.
10         So mechanical engineering?
11     A.  Not exactly.
12     Q.  Okay.
13     A.  A form of engineering.
14     Q.  Uh-huh (affirmative).
15     A.  And actual machine building.
16     Q.  Okay.  What company did you work for?
17     A.  The last company I worked for was called Metal
18   Processors.
19     Q.  Okay.  So these are, like, companies that make
20   parts for the automobile companies?
21     A.  They do not make parts for automobiles.
22     Q.  No?
23     A.  They build the machinery that makes the parts
24   for automobiles.
25     Q.  Got it.  Okay.  I'm a step away.

Page 7

1      A.  Not a lot of people know this.
2      Q.  Nailed it.  Nailed it.  That's interesting.
3    Okay.
4      A.  Last thing I built was a mold for a Cadillac
5    taillight lens.
6      Q.  Okay.
7      A.  The mold this big (indicating) took me one
8    year to make.
9      Q.  Wow.
10     A.  Now you know.
11     Q.  Interesting.  Yeah.  The more you know.
12         And what's your marital status?
13     A.  Married.
14     Q.  Do you have any children?
15     A.  Yes.
16     Q.  How many?
17     A.  One.
18     Q.  Well, that's good.
19         How old?
20     A.  24 years old.
21     Q.  Okay.  I'm an only child, so.
22     A.  Okay.
23     Q.  What's your highest level of education?
24     A.  I had a bach- -- associate's degree in
25   engineering in Michigan, at Lake Michigan College.  Then

Page 8

1    I went on to a tool and die apprenticeship.
2      Q.  And is that something that you do through the
3    school or is it outside of the school?
4      A.  It's all tied together, yeah, absolutely.
5      Q.  Okay.  And what's your current profession?
6      A.  Currently, I'm unemployed.
7      Q.  And how long have you been unemployed for?
8      A.  Over two years.
9      Q.  Have you ever been deposed before?
10     A.  No, I have not.
11     Q.  Okay.  We're going to go over some ground
12   rules.  Is that okay?
13     A.  Sure.
14     Q.  Okay.  So it's going to be sort of like we've
15   been doing already.  I'm going to ask you questions and
16   you're going to provide answers to the best of your
17   ability.
18         The court reporter will be writing down
19   everything that you and I say.  So for that reason, it's
20   very important that we speak in complete words, "yes,"
21   "no," as opposed to head nods, "um-hum," "uh-uh."  Can
22   you do that?
23     A.  Yes.
24     Q.  Okay.  It's also important that we don't
25   interrupt one another.  A lot of times you're going to

Page 9

1  know exactly what I'm about to say.  I ask that you let
2  me finish before you answer.
3      A.  Okay.
4      Q.  Can you do that?
5      A.  Yes.
6      Q.  You've just taken an oath that requires you to
7  tell the truth, the whole truth, and nothing but the
8  truth.  Do you understand?
9      A.  Yes, I do.
10     Q.  And that's the same oath that you would take
11 if you were to testify in court.  Do you understand?
12     A.  Yes.
13     Q.  Now, on occasion, I might ask a question that
14 isn't clear or you don't understand.  If you don't
15 understand my question, don't answer it and let me know
16 so that I can try to ask a better question.  Will you do
17 that?
18     A.  Yes.
19     Q.  Sometimes I might ask a question to which you
20 don't know or don't remember the answer.  If you don't
21 know or don't remember the answer, be sure to let me
22 know and not guess at what you think the correct answer
23 is unless I ask you to do so.
24     A.  Yes.
25     Q.  Can you do that?

Page 10

1      A.  Yes, I understand.
2      Q.  If you need a break at any time, you should
3  tell me or your attorney, I will finish my line of
4  questioning if we're in the middle of it and then we can
5  take a break.  Do you understand?
6      A.  Yes.
7      Q.  Is there anything preventing you from giving
8  full and complete testimony today?
9      A.  No.
10     Q.  Okay.  What's your understanding of what this
11 deposition is about?
12     A.  Chinese drywall.
13     Q.  Okay.  When did you first hear of issues with
14 Chinese drywall?
15     A.  January 11th, 2019.
16     Q.  Okay.  And how did you hear of issues with
17 Chinese drywall?
18     A.  From the purchase of a property.
19     Q.  And that's the subject property that we're
20 talking about today?
21     A.  Yes.
22     Q.  And you'd never heard of Chinese drywall prior
23 to this, just generally?
24     A.  No.
25     Q.  No?

Page 11

1      I guess if you're in Michigan, Chinese drywall
2  isn't really an issue.
3      A.  No, I've never seen or heard of it.
4          But it may be there.
5      Q.  And when you did hear about it in the context
6  of the purchase of property, what did you hear?
7      A.  That it was something that was defective,
8  hazardous, and needed to be replaced.
9      Q.  And when did you purchase the property?
10     A.  January 11th, 2019.
11     Q.  So you only found out about the Chinese
12 drywall on the day of the purchase?
13     A.  Just prior to the purchase.
14     Q.  Okay.  And did you research Chinese drywall
15 after learning of its presence on the property?
16     A.  No, I did not.
17     Q.  And when did you contact an attorney about
18 Chinese drywall?
19     A.  That would have been January 11th, 2019.
20     Q.  And prior to us meeting, did you discuss this
21 deposition with anyone?
22     A.  Yes.
23     Q.  Other than your attorney?
24     A.  Yes.
25     Q.  Who did you discuss this with?

Page 12

1      A.  His name is Robert Kasmer.  He is my friend
2  and real estate broker.
3      Q.  How do you spell his last name?
4          THE WITNESS:  Do you have it, by any chance?
5          MR. DOYLE:  I do not.
6      A.  K-A-S-M-E-R, I believe.
7  BY MS. JOHNSON:
8      Q.  Okay.
9      A.  I can provide it, if need be.
10     Q.  And what did you talk about with Robert
11 Kasmer?
12     A.  Just general instructions of how to download
13 my emails and read them.  I don't have a computer or
14 internet.
15         MR. DOYLE:  And give me a chance just to
16 clarify.  I can't help you at all during the
17 deposition --
18         THE WITNESS:  Oh, okay.
19         MR. DOYLE:  -- or answer.  Even if I have it,
20 I can't provide it.  I meant to tell you that
21 beforehand.  I apologize.
22         THE WITNESS:  I understand now.
23 BY MS. JOHNSON:
24     Q.  And did you review any documents in
25 preparation for today?

3 (Pages 9 to 12)

Page 13

1    A.  Yes.
2    Q.  What documents did you review?
3    A.  It was the document that I had signed on
4  January 11th assuming the -- this matter from the
5  previous homeowner, which was Steve Binns.
6    Q.  And was that a document separate from a
7  purchase agreement?
8    A.  Yes, it was.
9    Q.  Okay.  And was there a purchase agreement?
10   A.  There was a purchase agreement when I
11 purchased the home, but that was through the real estate
12 agent.  I had never met Steve Binns prior.
13   Q.  So there was a purchase agreement and there
14 was a separate document specific to Chinese drywall?
15   A.  Later on that same day, there was a document
16 supplied that I signed with the Doyle Law Firm.
17   Q.  And that was specific to Chinese drywall?
18   A.  Yes, it was.
19   Q.  And was there a bill of sale executed?
20   A.  Yes, there was a bill of sale when I purchased
21 the home.
22   Q.  And do you have a copy of those documents in
23 your possession?
24   A.  Yes, I do.
25   Q.  Okay.  We would ask that you produce those

Page 14

1  documents.
2        Have you ever completed a Plaintiff Profile
3  Form?
4    A.  I'm not sure.
5    Q.  Okay.  I'm going to give you this binder.  And
6  if you could open to tab 1, which we will mark as
7  Exhibit 1.  You actually have to flip a couple pages.
8        (Marked Deposition Exhibit 1.)
9  BY MS. JOHNSON:
10   Q.  This was Exhibit 1 to Steve Binns' deposition.
11       If you can go -- flip the next page.  And it's
12 his Plaintiff Profile Form.
13       Have you ever seen a document like this?
14       And you can flip through it if you want.  It's
15 just three pages.
16   A.  No, I didn't fill this document out.  This was
17 filled out by Steve Binns on 2/5 of '18, and that was
18 prior to me purchasing the property.  So I wasn't aware
19 that this was -- this particular document was filled
20 out.  If I've seen it, I don't remember this exact
21 particular piece of paper.
22   Q.  Have you ever seen a document like this that
23 doesn't have Steve Binns' name on it?
24   A.  I'm not sure.
25   Q.  Have you ever completed this same form?

Page 15

1    A.  I did complete some forms prior to this date,
2  and this may or it may not have been.  My memory isn't
3  the best on this one.
4    Q.  Okay.
5    A.  But what I see here is correct, from what I
6  see on the ceiling heights, the square footage, some of
7  the particulars I see, seems to be correct.
8    Q.  Okay.  But you're not -- you're not confident
9  that you filled out this form as well?
10   A.  I couldn't be a hundred percent positive.
11   Q.  Okay.  We would ask that you produce this
12 document if you have completed a plaintiff profile.
13 Okay.
14   A.  Sure.
15   Q.  And if you want to flip to 2, which we'll mark
16 as Exhibit 2.
17       (Marked Deposition Exhibit 2.)
18 BY MS. JOHNSON:
19   Q.  And the same thing, this is not something that
20 you completed, this is what Steve Binns completed, it
21 was Exhibit 2 to his deposition, this is the
22 Supplemental Plaintiff Profile Form.  If you want to
23 take a second to look at it, go ahead.
24   A.  Is there a last page on this one that would be
25 signed or is this --

Page 16

1    Q.  That's the one that was signed by Steve Binns,
2  yes.
3    A.  Yes, this was all done prior to me taking
4  possession of the property.  So I wasn't involved when
5  this was filled out and signed.
6    Q.  Okay.  My question is, have you ever seen this
7  form?  Not necessarily this one, but just the format of
8  this form.
9    A.  Well, to be honest, I may or may not have.  I
10 don't have a computer.  Everything that I get on email
11 is on my phone this big (indicating), and I can barely
12 read that full page.
13   Q.  Okay.  So do you know if you've ever completed
14 a Supplemental Plaintiff Profile Form?
15   A.  I filled out all the forms I was asked to fill
16 out prior to coming here today.  I would believe if it
17 was something for me that has to be signed and filled
18 out, I would have done it.
19   Q.  Okay.  We would ask that you produce a
20 Supplemental Plaintiff Profile Form if it's been
21 completed.
22       All right.  On to tab 3.  And we'll mark this
23 as Exhibit 3.  And again, this is not a form that you
24 completed, this is a form that Steve Binns completed.
25       (Marked Deposition Exhibit 3.)

Page 17

1  BY MS. JOHNSON:
2      Q.  Just to kind of back up, the forms look the
3  same for every individual, the answers are just
4  different.  So if you could review it and let me know if
5  you have seen a form like this before.
6      A.  It looks similar to some of the forms I've
7  seen and filled out.
8      Q.  Okay.  Do you know if you've completed a
9  Plaintiff Fact Sheet?
10     A.  I believe I have.
11     Q.  Okay.  We would ask that you produce it if
12 that has been completed.
13         And this form completed by Steve Binns, this
14 was actually, I believe, after the sale.  Let's see the
15 date.
16         This was dated January 23rd, 2019.  And he
17 lists you as the purchaser on page 2.
18     A.  Where are we?
19     Q.  I'm on page 2.
20     A.  Which way?
21     Q.  A lot of turning pages.
22     A.  Okay.
23     Q.  And is that your name as the answer to
24 question 7?
25     A.  Yes, that is my name.

Page 18

1      Q.  Okay.  And how much did you pay for the
2  property?
3      A.  Paid 180,000.
4      Q.  Okay.  And that was on January 11th, you said?
5      A.  Yes, it was.
6      Q.  And what legal claims were assigned to you in
7  that sale?
8      A.  In the sale, I purchased the property.  And
9  then I have signed the -- the rights to the Chinese
10 drywall lawsuit.  I assumed that I -- was my
11 understanding.
12     Q.  You said you assigned those rights?
13     A.  I believe I was assigned the rights to the
14 Chinese drywall litigation.
15     Q.  Okay.
16     A.  From Steve Binns.  The paper was filled out
17 the same day as the purchase.
18     Q.  Okay.  And that's the separate documentation
19 you were --
20     A.  Yes.
21     Q.  -- referencing earlier?
22     A.  Uh-huh (affirmative).
23     Q.  Okay.  And what rights has Steve Binns
24 retained?
25     A.  I am under the understanding, this is only my

Page 19

1  guess, that he has only his personal belongings for his
2  losses.
3      Q.  So you were under the impression that he would
4  maintain some claims?
5      A.  Yes, um-hum (affirmative).
6      Q.  Okay.  And other than the purchase agreement,
7  the bill of sale, and this other document, were there
8  any other agreements between you and Steve Binns?
9      A.  No.
10     Q.  Was the property purchased as is?
11     A.  Yes.
12     Q.  Was a disclosure furnished by Steve Binns?
13     A.  I don't know if the disclosure was from Steve
14 Binns or if it was from the real estate company
15 representing the property.
16     Q.  You received a disclosure?
17     A.  There was something, a legal notice.
18     Q.  And did it disclose Chinese drywall?
19     A.  Yes.
20     Q.  And did you have an inspection completed on
21 the property prior to purchase?
22     A.  There was.
23     Q.  And who conducted the inspection?
24     A.  Myself; Robert Kasmer, licensed broker.
25     Q.  And do you have a copy of an inspection report

Page 20

1  from this inspection?
2      A.  I do not.  It was a visual inspection.
3      Q.  Okay.
4      A.  And at that time, there was a opening where we
5  could visually see the Chinese drywall, Knauf logo, and
6  everything else we -- anybody that walked through the
7  home could take a look at it.
8      Q.  And when you purchased the property, were you
9  under the impression that it was a discounted price in
10 light of the Chinese drywall?
11     A.  I was not under that understanding.
12         $180,000 is a lot of money.
13     Q.  I agree.
14         And did you purchase the property in cash?
15     A.  No, I did not.
16     Q.  How did you purchase the property?
17     A.  I have a lienholder for $120,000, and I
18 supplied $60,000 cash plus closing costs.
19     Q.  And who is the lienholder?
20     A.  His name is Martin Lehman, private equity
21 investor.
22     Q.  So this isn't a traditional mortgage?
23     A.  No, it is not.
24     Q.  Okay.  Can you explain to me how that works?
25     A.  He has $10 million of his own money.  And if

Page 21

1  you have a large down payment, he loans that money out
2  on homes to individuals at 10 percent rate.  And I was
3  very happy that -- to have his help.
4      Q.  And do you have a contract or any documents
5  evidencing this agreement?
6      A.  Yes, I do.
7      Q.  Okay.  We would ask that you produce any of
8  those documents that you have in your possession.
9          Have you ever -- I don't know if refinancing
10 is applicable here.
11     A.  No, I have not.
12     Q.  No?  Okay.
13         Have you ever been in foreclosure or default?
14     A.  No, I have not.
15     Q.  Is the property insured?
16     A.  Yes, it is.
17     Q.  Who insures the property?
18     A.  Tower Hill Insurance.
19     Q.  And has that been the insurance company since
20 the purchase?
21     A.  Yes, it has.
22     Q.  And do you have any documents evidencing this
23 insurance?
24     A.  Yes.
25     Q.  Okay.  We would ask that you produce any

Page 22

1  documents, including a declaration page, that evidence
2  that the property is insured.
3          Have you ever received payment from your
4  insurance company for the alleged contamination of
5  Chinese drywall?
6      A.  No, I have not.
7      Q.  Have you ever received payment from any other
8  parties for the alleged contamination of Chinese
9  drywall?
10     A.  No, I have not.
11     Q.  Do you currently live on the property?
12     A.  Yes, I do.
13     Q.  Who else lives on the property?
14     A.  My wife.
15     Q.  Anyone else?
16     A.  No.
17     Q.  Have you ever leased the property?
18     A.  No, I have not.
19     Q.  And have you renovated the property since
20 purchase?
21     A.  I have not touched it.
22     Q.  And have you ever tried to sell the property?
23     A.  No, I have not.
24     Q.  Have you ever had an appraisal completed on
25 the property?

Page 23

1      A.  No, I have not.
2      Q.  Do you have any photos of Chinese drywall in
3  your possession?
4      A.  Yes.
5      Q.  Okay.  We would ask that you produce any
6  photos of Chinese drywall that you have in your
7  possession.
8          Do you have any photos of blackening or
9  corrosion of the electrical system?
10     A.  Yes.
11     Q.  Okay.  We would ask that you produce any
12 photos of blackening or corrosion of the electrical
13 system in your possession.
14         Do you have any photos of blackening or
15 corrosion of the plumbing system?
16     A.  Yes.
17     Q.  Okay.  We would ask that you produce those as
18 well.
19         Have you noticed any signs of Chinese drywall
20 contamination in the home?
21     A.  Yes.
22     Q.  And what signs have you noticed?
23     A.  A terrible smell.  And the items I've left
24 inside by mistake have corroded immediately:  Yard
25 tools, stuff like that.

Page 24

1      Q.  And did you notice this upon your initial
2  inspection?
3          The smell, that is.
4      A.  Immediately.
5      Q.  And was that before you were aware that it had
6  Chinese drywall?
7      A.  I wasn't certain what the smell was from.
8      Q.  And have you or your wife suffered from any
9  health complications?
10     A.  We don't go in the house.
11     Q.  So where are you currently residing?
12     A.  At the house, in the driveway, in my travel
13 trailer.
14     Q.  Got it.
15         What kind of travel trailer?
16     A.  Dutchmen Aerolite 29 foot.
17         I recommend not ever buying one of those.
18     Q.  Okay.
19     A.  It fell apart in one year.  I have a $14,000
20 repair bill and it's one year old.
21     Q.  Oh, my God.  Okay.  Duly noted.
22     A.  Yes.
23     Q.  I do aspire to get one, but I'll look into a
24 different kind.
25     A.  Don't want that.

6 (Pages 21 to 24)

Page 25

1  Q. Okay.
2  A. I have to buy a different one.
3  Q. Okay.
4  A. And, just for the record, when you buy one, in
5  the owner's manual, it says it is not for full-time
6  living. And if you do live in it full-time, it voids
7  the warranty, and that is why it was not covered.
8  Q. Wow. Okay. Interesting.
9  A. I found that out.
10  Q. Okay. Have to put this in my personal
11  notebook.
12  A. Um-hum (affirmative).
13     Only intended for recreational use.
14  Q. Interesting.
15  A. Not full-time living.
16  Q. Okay. How long have you been living in the
17  travel trailer?
18  A. 11 1/2 months.
19  Q. Okay. So since purchase --
20  A. Yes.
21  Q. -- of the property?
22  A. Yes.
23  Q. Where were you living previously?
24  A. In Tradition, 10562 Southwest Ashlyn Way, Port
25  St. Lucie, Florida. A townhome right there.

Page 26

1  Q. Okay, I'm just curious. What made you decide
2  to purchase a property with Chinese drywall?
3  A. Didn't intend on buying a house with Chinese
4  drywall. But I wanted a house with a large yard.
5  Assumed that the Chinese drywall could be repaired. And
6  there is nothing I could do about getting a yard at my
7  townhome.
8  Q. The property has a large yard?
9  A. Yes, it does. A corner lot.
10  Q. Do you have animals?
11  A. I have one small Pomeranian.
12  Q. Okay. Does the Pomeranian like the large lot?
13  A. He spends hours a day in that yard.
14  Q. Good.
15     I also bought a house for a yard, so I
16  understand.
17  A. Uh-huh (affirmative).
18  Q. They say Millennials buy houses for their
19  pets, and it's probably true, so.
20  A. I have 10,000 square foot of St. Augustine
21  grass, I should know, I had to maintain it.
22  Q. And have any of the appliances been replaced
23  since you moved in?
24  A. No, they have not.
25  Q. Have you made any other repairs?

Page 27

1  A. No, I have not.
2  Q. What relief are you seeking in this case?
3  A. Reimbursement.
4  Q. Reimbursement for what specifically?
5  A. Living expenses, suffering, the cost of
6  remediation.
7     MS. JOHNSON: Okay. And let's go ahead and
8  take a break. I'm going to look through a few
9  things.
10    MR. DOYLE: Okay.
11    MS. JOHNSON: But I think we're close to being
12  done.
13    THE WITNESS: Wow.
14    (Recess taken from 3:20 p.m. to 3:24 p.m.)
15    MS. JOHNSON: Okay, back on the record.
16  BY MS. JOHNSON:
17  Q. I wanted to direct your attention to page 4 of
18  Exhibit 3 that you're looking at right now.
19  A. 4.
20  Q. Page 4, yeah. I think it's two more pages.
21    Okay. And this is Steve Binns' response, and
22  it's the very last paragraph, and it says, "We listed
23  the house and couldn't sell it with a defective drywall
24  in it. The price was dropped several times, and our
25  bank eventually allowed a short sale. The house sold

Page 28

1  for a mere $180,000, which caused us to lose all of our
2  equity."
3     Were you aware that the price had been dropped
4  many times below market value?
5  A. I don't know when he originally listed the
6  house. I don't know what the original listing price
7  was. This is the only number I know of is the $180,000.
8  Q. Okay.
9  A. To me, that seems like a lot of money.
10  Q. Okay. And this -- was this, in fact, a short
11  sale?
12  A. Yes, I believe it was.
13  Q. Okay. And what does that entail exactly?
14  A. I'm not a licensed real estate broker. I
15  believe it is a sale involving a bank and the owner and
16  me to come to a conclusion to have the property sold in
17  a timely manner.
18  Q. Okay. Okay.
19    MS. JOHNSON: All right. We reserve the right
20  to reopen the deposition, shift costs, and to move
21  to strike or move in limine to preclude introducing
22  the PPF, the SPPF, the PFS, and any other documents
23  due to the failure to timely produce the documents
24  prior to the time of the deposition.
25    To the extent other documents were identified

Page 29

```
 1      in the course of this deposition that were not
 2      produced but are in the possession, custody, and
 3      control of the Plaintiff, we reserve our right to
 4      reopen his deposition, shift costs, and to move to
 5      strike or move in limine to preclude introducing
 6      the documents due to the failure to timely produce
 7      the documents with the PPF, the SPPF, the PFS,
 8      and/or at the time of the deposition.
 9           That's it for me.
10           MR. DOYLE:  Okay.  Waive the reading, and
11      order later.
12           MS. JOHNSON:  Okay, we will order.
13           (This deposition was concluded at 3:27 p.m.
14      Reading and signing were waived.)
```

Page 30

```
 1                 CERTIFICATE OF REPORTER
 2
 3
 4      STATE OF FLORIDA          )
 5      COUNTY OF HILLSBOROUGH    )
 6
 7         I, Nancy E. Paulsen, CRR, CRC, RPR, FPR, RSA
 8      certify that I was authorized to and did
 9      stenographically report the deposition of MARTIN KUNTZ
10      and that the foregoing pages are a true and complete
11      record of my stenographic notes taken during said
12      deposition.
13
14         I further certify that I am not a relative,
15      employee, attorney, or counsel of any of the parties,
16      nor am I a relative or employee of any of the parties'
17      attorneys or counsel connected with the action, nor am I
18      financially interested in the action.
19
20         Dated this 1st day of January, 2020.
21
22
23
24      Nancy E. Paulsen, CRR, CRC, RPR, FPR
25
```

Page 31

```
 1                  CERTIFICATE OF OATH
 2
 3
 4      STATE OF FLORIDA          )
 5      COUNTY OF HILLSBOROUGH    )
 6
 7         I, the undersigned authority, certify that
 8      MARTIN KUNTZ personally appeared before me on
 9      December 19, 2019, produced a Florida driver's license
10      for identification, and was duly sworn.
11
12         WITNESS my hand and official seal this 1st day of
13      January, 2020.
14
15
16
17
18
19      _____
20      Nancy E. Paulsen, CRR, CRC, RPR, FPR
20      Notary Public
        State of Florida at Large
21      My Commission Number: GG364118
        Expires:  September 17, 2023
22      (Transcript digitally signed through
            VeriSign)
```

8 (Pages 29 to 31)

**A**
ability 8:17
absolutely 8:4
action 30:17,18
actual 6:15
address 4:22
Aerolite 24:16
affirm 4:3
affirmative 6:14
    18:22 19:5
    25:12 26:17
agent 13:12
agree 20:13
agreement 13:7
    13:9,10,13
    19:6 21:5
agreements 19:8
ahead 15:23
    27:7
al 1:7,8
Alabama 2:5
alleged 22:4,8
allowed 27:25
and/or 29:8
animals 26:10
answer 5:20 9:2
    9:15,20,21,22
    12:19 17:23
answers 8:16
    17:3
anybody 20:6
apart 24:19
apologize 12:21
APPEARAN...
    2:1
appeared 31:8
appliances
    26:22
applicable 21:10
appraisal 22:24
apprenticeship
    6:1 8:1
Approximately
    5:10
area 5:11
Army 5:5

Ashlyn 25:24
asked 16:15
aspire 24:23
assigned 18:6,12
    18:13
associate's 7:24
assumed 18:10
    26:5
assuming 13:4
attention 27:17
attorney 10:3
    11:17,23 30:15
attorneys 30:17
Augustine 26:20
authority 31:7
authorized 30:8
automobile 6:20
automobiles
    6:21,24
Avenue 2:10
    4:23
aware 14:18
    24:5 28:3

**B**
B 3:11
bach- 7:24
back 17:2 27:15
bank 27:25
    28:15
barely 16:11
base 5:5
Behalf 2:2,8
believe 12:6
    16:16 17:10,14
    18:13 28:12,15
belongings 19:1
Bennett 1:7
best 8:16 15:3
better 9:16
big 7:7 16:11
bill 13:19,20
    19:7 24:20
binder 14:5
Binns 13:5,12
    14:17 15:20
    16:1,24 17:13

18:16,23 19:8
    19:12,14
Binns' 14:10,23
    27:21
Birmingham 2:5
birth 4:25
blackening 23:8
    23:12,14
Bliss 5:5
born 5:3
bought 26:15
Boulevard 1:18
break 10:2,5
    27:8
broker 12:2
    19:24 28:14
brought 5:18
Broward 5:12
build 6:23
building 6:6,8
    6:15
builds 6:8
built 7:4
buy 25:2,4 26:18
buying 24:17
    26:3

**C**
Cadillac 7:4
called 6:17
cars 6:6,8
case 1:2,9 4:17
    4:19 27:2
cash 20:14,18
caused 28:1
ceiling 15:6
certain 24:7
CERTIFICA...
    3:7,8 30:1 31:1
certify 30:8,14
    31:7
chance 12:4,15
Charles 2:10
child 7:21
children 7:14
Chinese 10:12
    10:14,17,22

11:1,11,14,18
    13:14,17 18:9
    18:14 19:18
    20:5,10 22:5,8
    23:2,6,19 24:6
    26:2,3,5
CHINESE-M...
    1:4
claims 18:6 19:4
clarify 12:16
clear 9:14
close 27:11
closing 20:18
College 7:25
come 28:16
coming 16:16
Commission
    31:21
companies 6:19
    6:20
company 6:16
    6:17 19:14
    21:19 22:4
complete 8:20
    10:8 15:1
    30:10
completed 14:2
    14:25 15:12,20
    15:20 16:13,21
    16:24,24 17:8
    17:12,13 19:20
    22:24
complications
    24:9
computer 12:13
    16:10
concluded 29:13
conclusion
    28:16
conducted 19:23
confident 15:8
connected 30:17
contact 11:17
contamination
    22:4,8 23:20
context 11:5
contract 21:4

control 29:3
Cool 6:9
copy 13:22
    19:25
corner 26:9
correct 9:22
    15:5,7
corroded 23:24
corrosion 23:9
    23:12,15
cost 27:5
costs 20:18
    28:20 29:4
counsel 30:15,17
County 5:12
    30:5 31:5
couple 14:7
course 29:1
court 1:1 4:1
    8:18 9:11
covered 25:7
CRC 1:22 30:7
    30:24 31:19
CRR 1:22 30:7
    30:24 31:19
curious 26:1
current 4:21 8:5
currently 8:6
    22:11 24:11
custody 29:2

**D**
D 3:1
date 4:25 15:1
    17:15
dated 17:16
    30:20
day 11:12 13:15
    18:17 26:13
    30:20 31:12
December 1:15
    31:9
decide 26:1
declaration 22:1
default 21:13
defective 11:7
    27:23

**defendants** 2:8
  4:17
**degree** 7:24
**Deponent** 3:3
**deposed** 8:9
**deposition** 1:12
  4:16 10:11
  11:21 12:17
  14:8,10 15:17
  15:21 16:25
  28:20,24 29:1
  29:4,8,13 30:9
  30:12
**Description** 3:12
**Devera** 4:23
**die** 5:25 6:1,4
  8:1
**different** 17:4
  24:24 25:2
**digitally** 31:22
**direct** 3:5 4:11
  27:17
**disclose** 19:18
**disclosure** 19:12
  19:13,16
**discounted** 20:9
**discuss** 11:20,25
**DISTRICT** 1:1
  1:1
**document** 1:6
  13:3,6,14,15
  14:13,16,19,22
  15:12 19:7
**documentation**
  18:18
**documents**
  12:24 13:2,22
  14:1 21:4,8,22
  22:1 28:22,23
  28:25 29:6,7
**doing** 5:22,24
  8:15
**download** 12:12
**Doyle** 2:3,4 4:18
  4:18 12:5,15
  12:19 13:16
  27:10 29:10

**driver's** 31:9
**driveway** 24:12
**dropped** 27:24
  28:3
**drywall** 1:4
  10:12,14,17,22
  11:1,12,14,18
  13:14,17 18:10
  18:14 19:18
  20:5,10 22:5,9
  23:2,6,19 24:6
  26:2,4,5 27:23
**due** 28:23 29:6
**duly** 4:9 24:21
  31:10
**Dutchmen** 24:16

**E**
**E** 1:22 3:1,11
  30:7,24 31:19
**earlier** 18:21
**East** 1:18
**EASTERN** 1:1
**education** 7:23
**El** 5:3
**electrical** 23:9
  23:12
**Elizabeth** 1:7
**email** 16:10
**emails** 12:13
**employee** 30:15
  30:16
**engineering**
  6:10,13 7:25
**entail** 28:13
**equity** 20:20
  28:2
**ESQUIRE** 2:3,9
**estate** 12:2
  13:11 19:14
  28:14
**et** 1:7,8
**eventually** 27:25
**evidence** 22:1
**evidencing** 21:5
  21:22
**exact** 14:20

**exactly** 6:11 9:1
  28:13
**EXAMINATI...**
  3:5 4:11
**examined** 4:9
**executed** 13:19
**Exhibit** 3:13,14
  3:16 14:7,8,10
  15:16,17,21
  16:23,25 27:18
**expenses** 27:5
**Expires** 31:21
**explain** 20:24
**extent** 28:25

**F**
**fact** 3:16 17:9
  28:10
**failure** 28:23
  29:6
**fell** 24:19
**fiancé** 5:20
**fill** 14:16 16:15
**filled** 14:17,19
  15:9 16:5,15
  16:17 17:7
  18:16
**financially**
  30:18
**finish** 9:2 10:3
**Firm** 2:4 13:16
**first** 10:13
**Fishman** 2:10
**flip** 14:7,11,14
  15:15
**Florida** 1:19
  4:24 5:9,15,18
  25:25 30:4
  31:4,9,20
**follows** 4:10
**foot** 24:16 26:20
**footage** 15:6
**foreclosure**
  21:13
**foregoing** 30:10
**form** 3:13,15
  6:13 14:3,12

  14:25 15:9,22
  16:7,8,14,20
  16:23,24 17:5
  17:13
**format** 16:7
**forms** 15:1
  16:15 17:2,6
**Fort** 5:5,14
**found** 11:11
  25:9
**FPR** 1:22 30:7
  30:24 31:19
**friend** 12:1
**full** 10:8 16:12
**full-time** 25:5,6
  25:15
**furnished** 19:12
**further** 30:14

**G**
**Gebr** 1:7
**general** 12:12
**generally** 10:23
**getting** 26:6
**GG364118**
  31:21
**give** 4:4 12:15
  14:5
**giving** 10:7
**go** 8:11 14:11
  15:23 24:10
  27:7
**God** 24:21
**going** 8:11,14,15
  8:16,25 14:5
  27:8
**good** 5:20 7:18
  26:14
**grass** 26:21
**ground** 8:11
**guess** 9:22 11:1
  19:1

**H**
**H** 3:11
**hand** 4:2 31:12
**happy** 21:3

**Haygood** 2:10
**hazardous** 11:8
**head** 8:21
**health** 24:9
**hear** 10:13,16
  11:5,6
**heard** 10:22
  11:3
**heights** 15:6
**help** 12:16 21:3
**highest** 7:23
**Hill** 21:18
**HILLSBORO...**
  30:5 31:5
**Hmm** 5:21
**home** 13:11,21
  20:7 23:20
**homeowner**
  13:5
**homes** 21:2
**honest** 16:9
**hours** 26:13
**house** 24:10,12
  26:3,4,15
  27:23,25 28:6
**houses** 26:18
**hundred** 15:10

**I**
**identification**
  31:10
**identified** 28:25
**II** 4:14
**immediately**
  23:24 24:4
**important** 8:20
  8:24
**impression** 19:3
  20:9
**including** 22:1
**indicating** 7:7
  16:11
**individual** 17:3
**individuals** 21:2
**industry** 6:2,3
**initial** 24:1
**inside** 23:24

**inspection** 19:20
  19:23,25 20:1
  20:2 24:2
**instructions**
  12:12
**insurance** 21:18
  21:19,23 22:4
**insured** 21:15
  22:2
**insures** 21:17
**intend** 26:3
**intended** 25:13
**interested** 30:18
**interesting** 7:2
  7:11 25:8,14
**internet** 12:14
**interrupt** 8:25
**introducing**
  28:21 29:5
**investor** 20:21
**involved** 16:4
**involving** 28:15
**issue** 11:2
**issues** 10:13,16
**items** 23:23

____ J ____

**J** 2:9
**JAMES** 2:3
**January** 10:15
  11:10,19 13:4
  17:16 18:4
  30:20 31:13
**Jim** 4:18
**jim.doyle@do...**
  2:6
**Johnson** 2:9 3:5
  4:12,16,20
  12:7,23 14:9
  15:18 17:1
  27:7,11,15,16
  28:19 29:12

____ K ____

**K-A-S-M-E-R**
  12:6
**Kaki** 2:9 4:15

**Kasmer** 12:1,11
  19:24
**Kennedy** 1:18
**KG** 1:8
**kind** 17:2 24:15
  24:24
**kjohnson@fis...**
  2:12
**Knauf** 1:8 4:17
  20:5
**know** 7:1,10,11
  9:1,15,20,21
  9:22 16:13
  17:4,8 19:13
  21:9 26:21
  28:5,6,7
**Kuntz** 1:12 3:4
  4:8,14,15,21
  30:9 31:8

____ L ____

**L** 1:3 4:14
**Lake** 7:25
**large** 21:1 26:4,8
  26:12 31:20
**Lauderdale** 5:14
**Law** 2:4 13:16
**lawsuit** 18:10
**learning** 11:15
**leased** 22:17
**left** 23:23
**legal** 1:18 18:6
  19:17
**Lehman** 20:20
**lens** 7:5
**let's** 17:14 27:7
**level** 7:23
**LIABILITY** 1:5
**license** 31:9
**licensed** 19:24
  28:14
**lienholder** 20:17
  20:19
**light** 20:10
**limine** 28:21
  29:5
**line** 10:3

**listed** 27:22 28:5
**listing** 28:6
**lists** 17:17
**litigation** 1:5
  18:14
**live** 5:15 22:11
  25:6
**lived** 5:12
**lives** 22:13
**living** 25:6,15,16
  25:23 27:5
**LLP** 2:10
**loans** 21:1
**logo** 20:5
**long** 5:9 8:7
  25:16
**look** 15:23 17:2
  20:7 24:23
  27:8
**looking** 27:18
**looks** 17:6
**lose** 28:1
**losses** 19:2
**lot** 5:6 7:1 8:25
  17:21 20:12
  26:9,12 28:9
**Louisiana** 1:1
  2:11
**Lucie** 4:23 5:11
  25:25

____ M ____

**machine** 6:15
**machinery** 6:8
  6:23
**maintain** 19:4
  26:21
**manner** 28:17
**manual** 25:5
**marital** 7:12
**mark** 14:6 15:15
  16:22
**Marked** 14:8
  15:17 16:25
**market** 28:4
**Married** 7:13
**Martin** 1:12 3:4

  4:8,14 20:20
  30:9 31:8
**matter** 13:4
**MDL** 1:2
**meant** 12:20
**mechanical** 6:10
**meeting** 11:20
**memory** 15:2
**mere** 28:1
**met** 13:12
**Metal** 6:17
**Michigan** 5:16
  5:20,24 7:25
  7:25 11:1
**middle** 10:4
**Millennials**
  26:18
**million** 20:25
**mistake** 23:24
**mold** 7:4,7
**money** 20:12,25
  21:1 28:9
**months** 25:18
**mortgage** 20:22
**move** 5:6 28:20
  28:21 29:4,5
**moved** 26:23

____ N ____

**N** 3:1
**Nailed** 7:2,2
**name** 4:13,15,18
  12:1,3 14:23
  17:23,25 20:20
**Nancy** 1:22 30:7
  30:24 31:19
**necessarily** 16:7
**need** 10:2 12:9
**needed** 11:8
**never** 10:22 11:3
  13:12
**New** 2:11 5:22
**nods** 8:21
**Notary** 31:20
**notebook** 25:11
**noted** 24:21
**notes** 30:11

**notice** 19:17
  24:1
**noticed** 23:19,22
**number** 28:7
  31:21

____ O ____

**oath** 3:8 9:6,10
  31:1
**occasion** 9:13
**official** 31:12
**Oh** 12:18 24:21
**okay** 5:4,13,17
  5:23 6:3,7,9,12
  6:16,19,25 7:3
  7:6,21,22 8:5
  8:11,12,14,24
  9:3 10:10,13
  10:16 11:14
  12:8,18 13:9
  13:25 14:5
  15:4,8,11,13
  16:6,13,19
  17:8,11,22
  18:1,4,15,18
  18:23 19:6
  20:3,24 21:7
  21:12,25 23:5
  23:11,17 24:18
  24:21 25:1,3,8
  25:10,16,19
  26:1,12 27:7
  27:10,15,21
  28:8,10,13,18
  28:18 29:10,12
**old** 7:19,20
  24:20
**Oow** 5:17
**open** 14:6
**opening** 20:4
**opposed** 8:21
**Orange** 1:18
**order** 29:11,12
**original** 28:6
**originally** 28:5
**Orleans** 2:11
  5:22

outside 8:3
owner 28:15
owner's 25:5

**P**

p.m 1:15,15
   27:14,14 29:13
page 3:3,12
   14:11 15:24
   16:12 17:17,19
   22:1 27:17,20
pages 1:13 14:7
   14:15 17:21
   27:20 30:10
Paid 18:3
paper 14:21
   18:16
paragraph
   27:22
Parkway 2:4
particular 14:19
   14:21
particulars 15:7
parties 22:8
   30:15
parties' 30:16
parts 6:20,21,23
Paso 5:3
Paulsen 1:22
   30:7,24 31:19
pay 18:1
payment 21:1
   22:3,7
PC 2:4
people 7:1
percent 15:10
   21:2
personal 19:1
   25:10
personally 31:8
pets 26:19
PFS 28:22 29:7
phone 16:11
photos 23:2,6,8
   23:12,14
piece 14:21
plaintiff 3:13,14

3:16 4:19 14:2
   14:12 15:12,22
   16:14,20 17:9
   29:3
Plaintiffs 2:2
please 4:2,13
plumbing 23:15
plus 20:18
Pomeranian
   26:11,12
Port 4:23 5:11
   25:24
positive 15:10
possession 13:23
   16:4 21:8 23:3
   23:7,13 29:2
PPF 28:22 29:7
preclude 28:21
   29:5
preparation
   12:25
presence 11:15
preventing 10:7
previous 13:5
previously 5:12
   25:23
price 20:9 27:24
   28:3,6
prior 5:15 10:22
   11:13,20 13:12
   14:18 15:1
   16:3,16 19:21
   28:24
private 20:20
probably 26:19
Processors 6:18
produce 13:25
   15:11 16:19
   17:11 21:7,25
   23:5,11,17
   28:23 29:6
produced 29:2
   31:9
PRODUCTS
   1:5
profession 8:5
profile 3:13,14

14:2,12 15:12
   15:22 16:14,20
property 10:18
   10:19 11:6,9
   11:15 14:18
   16:4 18:2,8
   19:10,15,21
   20:8,14,16
   21:15,17 22:2
   22:11,13,17,19
   22:22,25 25:21
   26:2,8 28:16
provide 8:16
   12:9,20
Public 31:20
purchase 10:18
   11:6,9,12,13
   13:7,9,10,13
   18:17 19:6,21
   20:14,16 21:20
   22:20 25:19
   26:2
purchased 13:11
   13:20 18:8
   19:10 20:8
purchaser 17:17
purchasing
   14:18
put 25:10

**Q**

question 9:13,15
   9:16,19 16:6
   17:24
questioning
   10:4
questions 8:15

**R**

raise 4:1
rate 21:2
read 12:13
   16:12
reading 29:10
   29:14
real 12:2 13:11
   19:14 28:14

really 11:2
reason 8:19
received 19:16
   22:3,7
Recess 27:14
recommend
   24:17
record 4:13 25:4
   27:15 30:11
recreational
   25:13
referencing
   18:21
refinancing 21:9
Reimbursement
   27:3,4
relates 1:6
relative 30:14
   30:16
relief 27:2
remediation
   27:6
remember 9:20
   9:21 14:20
renovated 22:19
reopen 28:20
   29:4
repair 24:20
repaired 26:5
repairs 26:25
replaced 11:8
   26:22
report 19:25
   30:9
REPORTED
   1:22
reporter 3:7 4:1
   8:18 30:1
represent 4:17
   4:19
representing
   19:15
requires 9:6
research 11:14
reserve 28:19
   29:3
residential 4:22

residing 24:11
response 27:21
retained 18:24
review 12:24
   13:2 17:4
right 4:2,15
   16:22 25:25
   27:18 28:19,19
   29:3
rights 18:9,12
   18:13,23
Robert 12:1,10
   19:24
RPR 1:22 30:7
   30:24 31:19
RSA 1:22 30:7
rules 8:12

**S**

S 3:11
sale 13:19,20
   17:14 18:7,8
   19:7 27:25
   28:11,15
says 25:5 27:22
school 5:25 8:3,3
seal 31:12
second 15:23
SECTION 1:3
see 15:5,6,7
   17:14 20:5
seeking 27:2
seen 11:3 14:13
   14:20,22 16:6
   17:5,7
sell 22:22 27:23
separate 13:6,14
   18:18
September
   31:21
Sheet 3:16 17:9
shift 28:20 29:4
short 27:25
   28:10
signed 13:3,16
   15:25 16:1,5
   16:17 18:9

31:22
**signing** 29:14
**signs** 23:19,22
**similar** 17:6
**small** 26:11
**smell** 23:23 24:3
  24:7
**sold** 27:25 28:16
**sort** 8:14
**Southbridge** 2:4
**Southwest** 4:23
  25:24
**Southwestern**
  5:16
**speak** 8:20
**specific** 13:14,17
**specifically** 27:4
**spell** 12:3
**spends** 26:13
**spent** 6:1
**SPPF** 28:22 29:7
**square** 15:6
  26:20
**St** 2:10 4:23 5:11
  25:25 26:20
**state** 4:13 30:4
  31:4,20
**STATES** 1:1
**status** 7:12
**stenographic**
  30:11
**stenographica...**
  1:22 30:9
**step** 6:25
**Steve** 13:5,12
  14:10,17,23
  15:20 16:1,24
  17:13 18:16,23
  19:8,12,13
  27:21
**strike** 28:21
  29:5
**stuff** 23:25
**subject** 10:19
**suffered** 24:8
**suffering** 27:5
**Suite** 1:19 2:5,11

**Supplemental**
  3:14 15:22
  16:14,20
**supplied** 13:16
  20:18
**sure** 8:13 9:21
  14:4,24 15:14
**swear** 4:3
**sworn** 4:9 31:10
**system** 23:9,13
  23:15

―――― T ――――
**T** 3:11
**tab** 14:6 16:22
**taillight** 7:5
**take** 9:10 10:5
  15:23 20:7
  27:8
**taken** 9:6 27:14
  30:11
**talk** 12:10
**talking** 10:20
**Tampa** 1:19
**tell** 4:9 9:7 10:3
  12:20
**Ten** 5:10
**terrible** 23:23
**testified** 4:10
**testify** 9:11
**testimony** 4:3
  10:8
**Texas** 5:3
**thing** 5:22 7:4
  15:19
**things** 27:9
**think** 9:22 27:11
  27:20
**three** 14:15
**Thursday** 1:15
**tied** 8:4
**time** 10:2 20:4
  28:24 29:8
**timely** 28:17,23
  29:6
**times** 8:25 27:24
  28:4

**today** 4:16 10:8
  10:20 12:25
  16:16
**tool** 5:25 6:1,4
  8:1
**tools** 23:25
**touched** 22:21
**Tower** 21:18
**townhome** 25:25
  26:7
**Tradition** 25:24
**traditional**
  20:22
**trailer** 24:13,15
  25:17
**Transcript**
  31:22
**travel** 24:12,15
  25:17
**tried** 22:22
**true** 26:19 30:10
**truth** 4:4,5,9 9:7
  9:7,8
**try** 9:16
**turning** 17:21
**two** 8:8 27:20

―――― U ――――
**Uh-huh** 6:14
  18:22 26:17
**uh-uh** 8:21
**um-hum** 8:21
  19:5 25:12
**undersigned**
  31:7
**understand** 9:8
  9:11,14,15
  10:1,5 12:22
  26:16
**understanding**
  10:10 18:11,25
  20:11
**unemployed** 8:6
  8:7
**UNITED** 1:1
**use** 25:13

―――― V ――――
**v** 1:7
**value** 28:4
**VeriSign** 31:22
**Verwaltungsg...**
  1:8
**VICTOR** 2:3
**visual** 20:2
**visually** 20:5
**voids** 25:6

―――― W ――――
**Waive** 29:10
**waived** 29:14
**walked** 20:6
**want** 14:14
  15:15,22 24:25
**wanted** 26:4
  27:17
**Warm** 5:19
**warranty** 25:7
**wasn't** 14:18
  16:4 24:7
**way** 17:20 25:24
**we'll** 15:15
  16:22
**we're** 8:11 10:4
  10:19 27:11
**we've** 8:14
**weather** 5:19
**went** 5:25 8:1
**wife** 22:14 24:8
**WITNESS** 4:6
  12:4,18,22
  27:13 31:12
**words** 8:20
**work** 6:16
**worked** 6:17
**works** 20:24
**Wow** 7:9 25:8
  27:13
**writing** 8:18

―――― X ――――
**X** 3:1,11

―――― Y ――――

**yard** 23:24 26:4
  26:6,8,13,15
**yeah** 7:11 8:4
  27:20
**year** 7:8 24:19
  24:20
**years** 5:10 6:1
  7:20 8:8

―――― Z ――――

―――― 0 ――――

―――― 1 ――――
**1** 1:13 3:13 14:6
  14:7,8,10
**1/2** 25:18
**10** 20:25 21:2
**10,000** 26:20
**101** 1:18
**10562** 25:24
**11** 25:18
**11th** 10:15 11:10
  11:19 13:4
  18:4
**120,000** 20:17
**14** 3:13
**14-cv-2722** 1:9
**14,000** 24:19
**1417** 4:23
**15** 3:14
**16** 3:16
**17** 31:21
**18** 14:17
**180,000** 18:3
  20:12 28:1,7
**19** 1:15 31:9
**1st** 30:20 31:12

―――― 2 ――――
**2** 3:14 15:15,16
  15:17,21 17:17
  17:19
**2/5** 14:17
**2:51** 1:15
**20** 6:1
**201** 2:10

**2019** 1:15 10:15
   11:10,19 17:16
   31:9
**2020** 30:20
   31:13
**2023** 31:21
**2047** 1:2
**205-533-9500**
   2:6
**2100** 2:4
**23rd** 17:16
**24** 7:20
**29** 24:16

### 3

**3** 3:16 16:22,23
   16:25 27:18
**3:20** 27:14
**3:24** 27:14
**3:27** 1:15 29:13
**30** 3:7
**31** 1:13 3:8
**3140** 1:19
**33602** 1:19
**34953** 4:24
**35209** 2:5

### 4

**4** 3:5 27:17,19
   27:20
**4/27/1962** 5:1
**4600** 2:11

### 5

**504-586-5252**
   2:12

### 6

**60,000** 20:18
**650** 2:5

### 7

**7** 17:24
**70170** 2:11