

```
CFN 2007R094608
OR Bk 25963 Pg 3360; (1pg)
RECORDED 10/02/2007 10:43:34
DEED DOC TAX 2,968.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Prepared by and return to:
Jorge Sanchez-Galarraga
Attorney at Law
Jorge Sanchez-Galarraga, P.A.
1313 Ponce De Leon Boulevard Suite 301
Coral Gables, FL 33134

File Number: **Rodrigz-Martinz**
Will Call No.:

_____[Space Above This Line For Recording Data]_____

## Warranty Deed

**This Warranty Deed** made this 13th day of **September, 2007** between **Olga Rodriguez, a married woman,** whose post office address is **1643 Brickell Avenue, Unit 2104, Miami, FL 33129**, grantor, and **Julio Martinez and Maria Alonso, his wife** whose post office address is **14731 SW 34 Lane , Miami, FL 33185**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida** to-wit:

> Lot 5, Block 2, of Leti Subdivision First Addition, according to the Plat thereof, as recorded in Plat Book 164, at Page 24, of the Public Records of Miami-Dade County, Florida.
>
> **Parcel Identification Number: 30-49160410030**

Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property. Grantor's residence and homestead address is: 1643 Brickell Avenue, Unit 2104, Miami, FL 33129.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2006**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Witness Name: MAGL. C. GONZALEZ

_____
Witness Name: JORGE SANCHEZ-GALARRAGA

_____(Seal)
Olga Rodriguez