Supplemental Plaintiff Profile Form – Residential and Commercial Properties

**For Internal Use Only**
File No. _____

**Date Received:**
_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant:

| Joseph | J | Niemiec | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Susan | K | Niemiec | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

6881 Brompton Drive
Address 1                                                          Address 2

Lakeland                                        FL            33809
City                                            State        Zip Code

Is the Property residential or commercial? Residential

Name of Person
Completing this Form:     Susan                K      Niemiec
                         First Name          M.I.  Last Name              Suffix

Mailing Address (if different):

Address 1                                                          Address 2

City                                            State        Zip Code

Phone Number of Person Completing This Form: ( 863 ) 868 - 4830

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year:  9  /  6  /  2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 12 / 2014

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages? ☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                    Month      Day       Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                Month    Day    Year

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature _____     Date signed 03-28-18

Name: Joe Niemiec , Susan Niemiec

Address: 6881 Brompton Dr.
Address 1            Address 2
Lakeland          FL       33809
City              State    Zip Code

Phone No.: (863) 868- 4830

Email: barefeetinsand@verizon.net

7

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII. Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

# Exhibit F

Wednesday, March 28, 2018      4:50 PM

Attached are receipts for replacement of Washer, Dryer, Microwave, and dish washer.

Pool heater was replaced by AquaCal.. I am looking for receipt..

Receipts for repairs to AC unit..  Before a Replacement of AC unit  was needed.. Also included is record of regular maintenance of AC units.

We have not replaced our stove yet.. Only two back burners work.. Oven works ok for now..

We moved into our home Sept 2006  still reside here.. Attached is copy of the deed with date.

**CUSTOMER SERVICE**

Frequently Asked Questions
Email Subscriptions
Service Contracts
**MyAccount**
Refer Family & Friends

# ORDER RECEIPT

Please inspect your appliances carefully at the time of delivery - after seven days, they cannot be returned.

Due to our delivery process, products added to your order 24 hours after it is placed may result in additional delivery fees. If you have any questions please contact us.

**Have a question?** We're here to help! (800) 882-7606 M-F 8:00 a.m. - 6:30 p.m. EST

### ORDER INFO

| Order number: | Order date: | Scheduled delivery | E-mail address: |
|---|---|---|---|
| HOS-3187556 | June 09, 2014 | date: | barefeetinsand@verizon.net |
| | | June 17, 2014 | |

### DELIVERY & BILLING INFO

| Delivery address: | Billing address: | Primary phone number: |
|---|---|---|
| JOSEPH NIEMIEC | JOSEPH NIEMIEC | 863 - 868 - 4830 |
| 6881 BROMPTON DR. | 6881 BROMPTON DR. | |
| | | Secondary phone number |
| LAKELAND, FL 33809 | LAKELAND, FL 33809 | 863 - 450 - 7664 |

We are unable to connect to the delivery calendar at this time. To know your delivery date, please contact customer service at 800-882-7606, M-F 8:00am – 6:30 pm eastern time. We apologize for your inconvenience.

### PURCHASED ITEMS

**Delivery Information:** Scheduled Delivery Date - June 17, 2014
The following products were purchased from the Home Ownership Store.
**Originating warehouse location:** TAMPA, FL 33610

| LINE ITEM | QTY | DESCRIPTION | UNIT PRICE | SALE PRICE | TAX | STATUS |
|---|---|---|---|---|---|---|
| GFDS140EDWW | 1 | GE® 7.0 cu.ft. capacity electric dryer with steam | $629.00 | $629.00 | $44.03 | |
| M997 | 1 | Move existing appliance to another location | $6.50 | $8.50 | $6.36 | |
| NT0401U | 1 | No Charge Electric Dryer Installation | $0.00 | $0.00 | $0.00 | |
| M934 | 1 | Supply 3 or 4 prong Dryer cord | $7.31 | $7.31 | $0.50 | |
| | | | | | Subtotal $641.81 | |
| GFWS1500DWW | 1 | GE® ENERGY STAR® 4.1 DOE cu. ft. capacity frontload washer with steam | $629.00 | $629.00 | $44.03 | |
| NT0392U | 1 | Uncrate Washer | $0.00 | $0.00 | $0.00 | |
| M925 | 1 | Supply reinforced washer hoses | $11.16 | $11.16 | $0.00 | |
| M901 | 1 | Remove/Dispose of existing appliance | $29.00 | $29.00 | $2.03 | |
| | | | | | Subtotal $669.16 | |
| JX81H | 1 | Microwave Filter Kit | $14.00 | $14.00 | $0.98 | |
| | | | | | Subtotal $14.00 | |
| PNM9196SF5S | 1 | GE Profile® Series 1.9 Cu. Ft. Over-the-Range Microwave Oven with Recirculating Venting | $321.20 | $321.20 | $22.47 | |
| NT0601U | 1 | Uncrate Microwave | $0.00 | $0.00 | $0.00 | |
| | | | | | Subtotal $321.20 | |
| | | DELIV - HDA Delivery | | $59.50 | | |
| | | | | Original Subtotal: | $1,785.07 | |
| | | | | Total Tax: | $114.33 | |
| | | | | Grand Total: | $1,820.06 | |
| | | | | Amount Paid | | |

Case 2:09-md-02047-EEF-MBN Document 22688-25 Filed 04/01/20 Page 12 of 32

**CUSTOMER SERVICE**

Frequently Asked Questions
E-mail Subscriptions
Service Contracts
**MyAccount**
Refer Family & Friends

## ORDER RECEIPT

Please inspect your appliances carefully at the time of delivery; after seven days, they cannot be returned.

Due to our delivery process, products added to your order 24 hours after it is placed may result in additional delivery fees. If you have any questions please contact us.

**Have a question?** We're here to help! (800) 882-7606 M-F 8:00 a.m. - 6:30 p.m. EST

### ORDER INFO

| Order number: | Order date: | Scheduled delivery | E-mail address: |
|---|---|---|---|
| HOS-3279418 | October 27, 2015 | date: | barefeetinsand@verizon.net |
| | | November 04, 2015 | |

### DELIVERY & BILLING INFO

| Delivery address: | Billing address: | Primary phone number: |
|---|---|---|
| JOSEPH NIEMIEC | JOSEPH NIEMIEC | 863 - 868 - 4830 |
| 6881 | 6881 | |
| | | Secondary phone number |
| LAKELAND, FL 33809 | LAKELAND, FL 33809 | 863 - 868 - 4830 |

We are unable to connect to the delivery calendar at this time. To know your delivery date, please contact customer service at 800-882-7606, M-F 8:00am – 6:30 pm eastern time. We apologize for your inconvenience.

### PURCHASED ITEMS

Delivery Information: Scheduled Delivery Date - November 04, 2015
The following products were purchased from the Home Ownership Store.
Originating warehouse location: TAMPA, FL 33610

| LINE ITEM | QTY | DESCRIPTION | UNIT PRICE | SALE PRICE | TAX | STATUS |
|---|---|---|---|---|---|---|
| JNM7196DFBB | 1 | GE® Series 1.9 Cu. Ft. Over-the-Range Sensor Microwave Oven with Recirculating Venting | $265.50 | $265.50 | $18.55 | |
| NT0651U | 1 | Uncrate Microwave | $0.00 | $0.00 | $0.00 | |
| | | DELIV - HDA Delivery | | | $28.50 | |
| | | | | Subtotal | $265.50 | |
| | | | | Original Subtotal: | $294.00 | |
| | | | | Total Tax | $18.55 | |
| | | | | **Grand Total:** | **$312.55** | |
| | | | | | Amount Paid | |

**CUSTOMER SERVICE**

Frequently Asked Questions
E-mail Subscriptions
Service Contracts
**My Account**
Refer Family & Friends

# ORDER RECEIPT

Please inspect your appliances carefully at the time of delivery - after seven days, they cannot be returned.

Due to our delivery process, products added to your order 24 hours after it is placed may result in additional delivery fees. If you have any questions please contact us.

**Have a question?** We're here to help! (800) 882-7606 M-F 8:00 a.m. - 6:30 p.m. EST

## ORDER INFO

**Order number:**
HOS-3292347

**Order date:**
January 17, 2016

**Scheduled delivery date:**
January 20, 2016

**E-mail address:**
barefeetinsand@verizon.net

## DELIVERY & BILLING INFO

**Delivery address:**
JOSEPH NIEMIEC
6881

LAKELAND, FL 33809

**Billing address:**
JOSEPH NIEMIEC
6881

LAKELAND, FL 33809

**Primary phone number:**
863 - 868 - 4830

**Secondary phone number**
863 - 868 - 4830

**We are unable to connect to the delivery calendar at this time. To know your delivery date, please contact customer service at 800-882-7606, M-F 8:00am – 6:30 pm eastern time. We apologize for your inconvenience.**

## PURCHASED ITEMS

**Delivery Information:** Scheduled Delivery Date - January 20, 2016
**The following products were purchased from the Home Ownership Store.**
**Originating warehouse location:** TAMPA, FL 33610

| LINE ITEM | QTY | DESCRIPTION | UNIT PRICE | SALE PRICE | TAX | STATUS |
|-----------|-----|-------------|-----------|-----------|-----|--------|
| GDF610PGJBB | 1 | GE® Dishwasher with Front Controls | $359.10 | $359.10 | $25.13 | |
| NT0501U | 1 | Uncrate Dishwasher | $0.00 | $0.00 | $0.00 | |

| | | |
|---|---|---|
| DELIV - HDA Delivery | Subtotal: | $359.10 |
| | | $28.50 |
| | Original Subtotal: | $387.60 |
| | Total Tax: | $25.13 |
| | **Grand Total:** | **$412.73** |
| | | Amount Paid |

**Acu-Temp Refrigeration, Inc.**

205 Complex Drive

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/15/2011 | 199943 |



**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on recpt | 11 Service 08/15 |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
|  | Service Labor |  | 300.00 | 300.00 |
|  | r-22 |  | 300.00 | 300.00 |
|  | * - 170* |  |  |  |
|  | Charged to proper pressure. |  |  |  |
|  | Found leak at corner of evap coil. |  |  |  |
|  | Lennox Warranty to cover replacement coil. |  |  |  |
|  | Labor, Material, Refrigerant $600.00 |  |  |  |
|  | Sales Tax |  | 7.00% | 0.00 |

**Total**        $600.00



# Invoice

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

| Date | Invoice # |
|------|-----------|
| 3/25/2014 | 201596 |



**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| Lennox | CB26UH-036-R230-7 | 26006F76728 | | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Diagnostic - Found leak in evap coil. | 75.00 | 75.00 |
| | Quotes: | | |
| | $1500 - New evap coil with no warranty. | | |
| | $1800 - New Air Handler with 5 year warranty parts. | | |
| | $4500 - 15 SEER York System | | |
| | $5400 - 15 SEER York System with 10 year parts and labor. | | |
| | Sales Tax | 7.00% | 0.00 |

| Technician | Terms | Due Date | Remit To | Total |
|------------|-------|----------|----------|-------|
| Jon | Due on recpt | 3/25/2014 | 205 Complex Drive, Lakeland, FL 33801 | $75.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/1/2014 | 201800 |

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

**PAID**
**04/02/2014**

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| York | YHJF36S41S4 | W1L3126107 | York | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Installation of a new York 3 ton 15 SEER split system. Installation of new Honeywell thermostat. Equipment comes with new 410A refrigerant and 10KW emergency heat strip. Price includes equipment, labor, tax and any extra material needed. 10 year parts and labor warranty. | 5,400.00 | 5,400.00 |
| | Sales Tax | 7.00% | 0.00 |

| Technician | Terms | Due Date | Remit To | Total | |
|------------|-------|----------|----------|-------|--|
| | Due on recpt | 4/1/2014 | 205 Complex Drive, Lakeland, FL 33801 | | $5,400.00 |



**ACU-TEMP**
HEATING & COOLING

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/9/2015 | 202330 |

PAID
03/16/2015

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|
| | 115AHDSTBTB | 1126453-K11 | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Diagnostic - Found aquacal thermostat board on pool heat pump not working properly. | 75.00 | 75.00 |
| 1 | Ordered board and replaced. Checked spa and pool operations | 375.00 | 375.00 |
| | Sales Tax | 7.00% | 0.00 |

| Technician | Terms | Due Date | Remit To | Total |
|---|---|---|---|---|
| Jon | Due on recpt | 2/9/2015 | 205 Complex Drive, Lakeland, FL 33801 | $450.00 |



# Invoice

| Date | Invoice # |
|---|---|
| 11/4/2015 | 203570 |

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

**PAID**

**Bill To**

Job Location

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Diagnostic - Found drain clogged.  Flushed drain line.  Need to replace filter; 20x25 Honeywell media with 1" lip for return grill.  Checked operation.  No charge callback. | 0.00 | 0.00 |

| Technician | Terms | Due Date | Remit To | | Total |
|---|---|---|---|---|---|
| Jon | Due on recpt | 11/4/2015 | 205 Complex Drive, Lakeland, FL 33801 | | $0.00 |



**ACU-TEMP**
HEATING & COOLING

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

# Invoice

| Date | Invoice # |
|---|---|
| 11/11/2015 | 203619 |

**PAID 12/02/2015**

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Preventative Maintenance Contract - 3 cleanings | 0.00 | 0.00 |
| | Performed 2nd Cleaning | | |
| | 20x25 Honey Well Media Filter 1" Lip | 70.00 | 70.00 |

| Technician | Terms | Due Date | Remit To | Total | |
|---|---|---|---|---|---|
| Mikey | Due on recpt | 11/11/2015 | 205 Complex Drive, Lakeland, FL 33801 | | $70.00 |



# Invoice

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

**PAID**
**05/05/2015**

| Date | Invoice # |
|------|-----------|
| 5/5/2015 | 202712 |

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Preventative Maintenance Contract | 150.00 | 150.00 |
| 1 | Media Filter | 60.00 | 60.00 |
|   | Sales Tax | 7.00% | 0.00 |

| Technician | Terms | Due Date | Remit To | Total |
|------------|-------|----------|----------|-------|
| Marty | Due on recpt | 5/5/2015 | 205 Complex Drive, Lakeland, FL 33801 | $210.00 |



**ACU-TEMP**
HEATING & COOLING

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2015 | 202635 |

**PAID**
**05/06/2015**

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH2I | W1M3234140 |

| Quantity | Description | | Rate | Amount |
|----------|-------------|--|------|--------|
| 1 | New install Vapor coil | | 75.00 | 75.00 |

| Technician | Terms | Due Date | Remit To | Total | |
|------------|-------|----------|----------|-------|--|
| Felix | Due on recpt | 5/6/2015 | 205 Complex Drive, Lakeland, FL 33801 | | $75.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/4/2015 | 203570 |

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235



**Bill To**

Job Location

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Diagnostic - Found drain clogged.  Flushed drain line.  Need to replace filter; 20x25 Honeywell media with 1" lip for return grill.  Checked operation.  No charge callback. | 0.00 | 0.00 |

| Technician | Terms | Due Date | Remit To | Total | |
|---|---|---|---|---|---|
| Jon | Due on recpt | 11/4/2015 | 205 Complex Drive, Lakeland, FL 33801 | | $0.00 |



# Invoice

| Date | Invoice # |
|---|---|
| 11/11/2015 | 203619 |

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

**PAID 12/02/2015**

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

**Job Location**

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Preventative Maintenance Contract - 3 cleanings | 0.00 | 0.00 |
| | Performed 2nd Cleaning | | |
| | 20x25 Honey Well Media Filter 1" Lip | 70.00 | 70.00 |

| Technician | Terms | Due Date | Remit To | Total |
|---|---|---|---|---|
| Mikey | Due on recpt | 11/11/2015 | 205 Complex Drive, Lakeland, FL 33801 | $70.00 |



**ACU-TEMP**
HEATING & COOLING

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2016 | 203437 |

PAID

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Preventative Maintenance Contract - 3 cleanings | 0.00 | 0.00 |
| | Performed Final Cleaning 3/3 | | |
| | Customer did not Renew at this time.  She will talk with her husband. | | |

| Technician | Terms | Due Date | Remit To | Total | |
|------------|-------|----------|----------|-------|---|
| Mikey | Due on recpt | 5/31/2016 | 205 Complex Drive, Lakeland, FL 33801 | | $0.00 |



# Invoice

**Date** 5/30/2017

**Invoice #** 428231

205 Complex Dr., Lakeland, FL 33801

State Lic. CAC058235

Office: 863-682-3803    Fax: 863-666-2265

**PAID 05/30/2017**

### Bill To

Niemiec, Joe & Susan
6881 Brompton Street
Lakeland, FL 33809

### Job Location

Niemiec Joe  Susan
6881 Brompton Street
Lakeland, FL 33809

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|
| | | | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 Unit 1 Year | | 150.00 | 150.00 |

| Technician | Terms | Due Date | Remit To | Total | |
|---|---|---|---|---|---|
| 428233 | Due on recpt | 5/30/2017 | 205 Complex Drive, Lakeland, FL 33801 | | $150.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2016 | 203437 |



205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803    Fax: 863-666-2265
State Lic.: CAC058235

**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Preventative Maintenance Contract - 3 cleanings | 0.00 | 0.00 |
| | Performed Final Cleaning 3/3 | | |
| | Customer did not Renew at this time.  She will talk with her husband. | | |

| Technician | Terms | Due Date | Remit To | Total | |
|------------|-------|----------|----------|-------|--|
| Mikey | Due on recpt | 5/31/2016 | 205 Complex Drive, Lakeland, FL 33801 | | $0.00 |



**ACU-TEMP**
HEATING & COOLING

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/18/2017 | 575873 |



**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Warranty TSTAT replace and working good | 85.00 | 85.00 |

| Technician | Terms | Due Date | Remit To | Total | |
|------------|-------|----------|----------|-------|---|
| | Due on recpt | 7/18/2017 | 205 Complex Drive, Lakeland, FL 33801 | **Total** | $85.00 |



Acu-Temp Refrigeration, Inc.

205 Complex Drive

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/25/2017 | 591511 |



**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on recpt | 17 Service 07/25 |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| | Blower Motors | | 250.00 | 250.00 |

Turned unit on in cooling to find the blower motor was not coming on. Checked for power to blower mot

**Total** | $250.00



# Invoice

| Date | Invoice # |
|---|---|
| 1/22/2018 | 1089302 |

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235



**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

Job Location

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Diagnostic - inspection of pool heat pump. Tested breaker and amperage. Heat Pump is working good. | 85.00 | 85.00 |
| | Credit Card Processing Fee | -3.13 | -3.13 |

| Technician | Terms | Due Date | Remit To | Total | |
|---|---|---|---|---|---|
| | Due on recpt | 1/22/2018 | 205 Complex Drive, Lakeland, FL 33801 | | $81.87 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/12/2018 | 1158019 |

205 Complex Drive, Lakeland, FL 33801

Office: 863-682-3803   Fax: 863-666-2265

State Lic.: CAC058235



**Bill To**

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

**Job Location**

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|----------------|-------------------|-------------------|----------|-------------|--------------|
| YORK | YHJF36S41S4 | W1L3126107 | YORK | AHE42D3XH21 | W1M3234140 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Gold CCMA Contract 1 Unit 1 YearsNever any overtime chargesPriority service15% discount on all repairsPreventative Maintenance every 6 months | 150.00 | 150.00 |

| Technician | Terms | Due Date | Remit To | Total | |
|------------|-------|----------|----------|-------|--|
| 1158021 | Due on recpt | 2/12/2018 | 205 Complex Drive, Lakeland, FL 33801 | | $150.00 |



# Invoice

| Date | Invoice # |
|---|---|
| 1/22/2018 | 1089302 |

205 Complex Drive, Lakeland, FL 33801
Office: 863-682-3803   Fax: 863-666-2265
State Lic.: CAC058235

**Bill To**



Job Location

Joe Niemiec
6881 Brompton Street
Lakeland, FL 33809

| Condenser Make | Condenser Model # | Condenser Serial# | A/H Make | A/H Model # | A/H Serial # |
|---|---|---|---|---|---|

INSTR # 2006223327
BK 06961 PGS 0299-0300 PG(s)2
RECORDED 09/11/2006 02:19:56 PM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
DEED DOC 1,473.50
RECORDING FEES 18.50
RECORDED BY L Withem

Prepared by and return to:
Pamela J. Wilkinson
Straughn, Straughn & Turner, P.A.
255 Magnolia Avenue, SW
Winter Haven, FL 33880
863-293-1184
File Number: 6085-860

———————————————————————[Space Above This Line For Recording Data]———————————————————————

# Warranty Deed

**This Warranty Deed** made this 6th day of September, 2006 between **ADAMS HOMES OF NORTHWEST FLORIDA, INC.**, a Florida corporation whose post office address is **Attn: Closing Department, 3000 Gulf Breeze Parkway, Gulf Breeze, FL 32563**, grantor, and **JOSEPH J. NIEMIEC and SUSAN K. NIEMIEC, husband and wife** whose post office address is **6881 Brompton Dr., Lakeland, FL 33809**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Polk County, Florida** to-wit:

> **Lot 205, HUNTER'S CROSSING PHASE ONE, according to the Plat thereof, recorded in Plat Book 131, Page 1, of the Public Records of Polk County, Florida.**
>
> **Parcel Identification Number: 182724-161219-002050**
>
> **Subject to taxes for 2006 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2005.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

**DoubleTime®**