INSTR # 2006223327
BK 06961 PGS 0299-0300 PG(s)2
RECORDED 09/11/2006 02:19:56 PM
RICHARD M WEISS, CLERK OF COURT
POLK COUNTY
DEED DOC 1,473.50
RECORDING FEES 18.50
RECORDED BY L Withem

Prepared by and return to:
Pamela J. Wilkinson
Straughn, Straughn & Turner, P.A.
255 Magnolia Avenue, SW
Winter Haven, FL 33880
863-293-1184
File Number: 6085-860

_____[Space Above This Line For Recording Data]_____

# Warranty Deed

**This Warranty Deed** made this 6th day of September, 2006 between **ADAMS HOMES OF NORTHWEST FLORIDA, INC.**, a Florida corporation whose post office address is Attn: Closing Department, 3000 Gulf Breeze Parkway, Gulf Breeze, FL 32563, grantor, and **JOSEPH J. NIEMIEC and SUSAN K. NIEMIEC, husband and wife** whose post office address is **6881 Brompton Dr., Lakeland, FL 33809**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Polk County, Florida** to-wit:

> Lot 205, HUNTER'S CROSSING PHASE ONE, according to the Plat thereof, recorded in Plat Book 131, Page 1, of the Public Records of Polk County, Florida.
>
> Parcel Identification Number: 182724-161219-002050
>
> Subject to taxes for 2006 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **December 31, 2005**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

DoubleTimes

Signed, sealed and delivered in our presence:

Witness Name: Heather F. Cobb

Witness Name: Jennifer Wh___

ADAMS HOMES OF NORTHWEST FLORIDA, INC., a Florida corporation

By: _____
Wayne L. Adams, President

(Corporate Seal)

State of Florida
County of Santa Rosa

The foregoing instrument was acknowledged before me this 6th day of September, 2006 by Wayne L. Adams, President of ADAMS HOMES OF NORTHWEST FLORIDA, INC., a Florida corporation, on behalf of the corporation. He [X] is personally known to me or [ ] has produced _____ as identification.

[Notary Seal]

Jennifer Wheelus
Commission # DD449178
Expires: JULY 10, 2009
WWW.AARONNOTARY.com

Notary Public

Printed Name: Jennifer Wh___

My Commission Expires: 7/10/09