Supplemental Plaintiff Profile Form – Residential and Commercial Properties

**For Internal Use Only**
File No. _____

**Date Received:**
_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Rennie                          Roopchand

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

Amrita                          Roopchand

| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |
|---|---|---|---|

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| 15320 87th Road North | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| Loxahatchee | | FL | 33470 |
| City | | State | Zip Code |

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:

| Amrita | | Roopchand | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| 5901 Maria Del Mar Street | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| Las Vegas | | NV | 89130 |
| City | | State | Zip Code |

Phone Number of Person Completing This Form: ( 702 ) 416 - 2117

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 12 / 29 / 2017

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 4 / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

**Section III.  Product Identification and Evidence Retention**

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

**Section IV. Bankruptcy, Foreclosure or Short Sale**

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:  _____ / _____ / _____
                   Month       Day           Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

*Section V. Already Remediated Property*

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 63,641.06 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 25,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | |
|---|---|
| Claimant's signature | 04 / 21 / 18 |
| | Date signed |

Name: Amrita Roopchand     *Rennie Roopchand*

Address: 15320 87th Road North
_____
Address 1      Address 2

Loxahatchee      FL      33470
_____
City      State      Zip Code

Phone No.: ( 702 ) 416 - 2117

Email: amrita.roopchand112@gmail.com

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$25,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

**15320 87TH RD N LOXAHATCHEE FL 33470 - ALTERNATIVE LIVING AND MOVING EXPENSES**

| EXPENSE | AMOUNT |
|---|---|
| Moving truck -non refundable deposit | $865.00 |
| Extension of rent in Las Vegas - Annual | $42,420.00 |
| Storage Rental - Annual | $360.00 |
| Renter's Insurance - Annual | $557.00 |
| Average Annual Power at Alternative Residence | $4,728.00 |
| Average Annual Water at Alternative Residence | $1,147.00 |
| | |
| **TOTAL** | **$50,077.00** |

**EXPENSES FOR IMPROVEMENTS MADE PRIOR TO KNOWLEDGE OF CDW WHICH ARE NOW FUTILE**

| DESCRIPTION | AMOUNT |
|---|---|
| NEW FLOORING IN ALL BEDROOMS (INCLUDES LABOR) | $3,499.65 |
| PAINTING -INTERIOR | $887.69 |
| NEW TOILETS | $318.86 |
| AC MOTOR AND COIL REPAIR & REPLACE | $700.00 |
| LIGHTING REPAIR/REPLACE | $157.86 |
| ESTIMATE FOR NEW APPLIANCES | $8,000.00 |
| **TOTAL** | **$13,564.06** |

## TOTAL                    $63,641.06



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Jan. 05, 2018 | FLOORING KING DANIA BEACH FL | $ 1,415.00 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Jan. 05, 2018 |
| Category: | Merchandise - FLOOR COVERING,RUG,CARPET STORE |
| Reference Number: | KH6L4LM2 |
| Card Member: | KASTEURIE RAMSARRAN |
| Merchant Country: | United States |

*FLOORS*

Bedroom Floors
15320 87th Rd N
Roopchand

LIVE CHAT



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Jan. 19, 2018 | LOWES #00654* 561-795-3808 FL | $ 484.84 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Jan. 19, 2018 |
| Category: | Merchandise - HOME SUPPLY WAREHOUSE STORES |
| Reference Number: | RMY*1GX2 |
| Merchant Country: | United States |

*Baseboards floor*

*15320 87th Rd N*
*Roopchand*

# CHASE PRIVATE CLIENT *Roopchand*

Printed from Chase Private Client

| Date sent | Status | Recipient | Type | Amount |
|---|---|---|---|---|
| Jan 25, 2018 | Completed | KASTEURIE RAMSARRAN | Real-time | $1,600.00 |
| | | "Painting, flooring 1k Donald 600 venesh" | | |

✔ We sent money from RenAmo (...3560).

Mobile number       561-797-6461

Transaction number       6849968596

*Labor for floor*



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|---|---|---|
| Jan. 27, 2018 | LOWES #00654* ROYAL PALM BEFL | $ 121.88 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Jan. 27, 2018 |
| Category: | Merchandise - HOME SUPPLY WAREHOUSE STORES |
| Reference Number: | LVMQZ8X2 |
| Card Member: | KASTEURIE RAMSARRAN |
| Merchant Country: | United States |

*Paint*

*15320 87 th Rd N*

*Roopchand*



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|---|---|---|
| Feb. 01, 2018 | LOWES #00654* ROYAL PALM BEFL | $ 37.43 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Feb. 01, 2018 |
| Category: | Merchandise - HOME SUPPLY WAREHOUSE STORES |
| Reference Number: | 5WTXJNX2 |
| Card Member: | KASTEURIE RAMSARRAN |
| Merchant Country: | United States |

*Paint* (handwritten)

*15320 87th Rd N* (handwritten)
*Roopchand* (handwritten)

LIVE CHAT



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Jan. 05, 2018 | LOWES #00654* ROYAL PALM BEFL | $ 627.86 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Jan. 05, 2018 |
| Category: | Merchandise - HOME SUPPLY WAREHOUSE STORES |
| Reference Number: | PWYKRTX2 |
| Card Member: | KASTEURIE RAMSARRAN |
| Merchant Country: | United States |

*Paint*

*15320 87th Rd N*

*Roopchand*



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Jan. 16, 2018 | LOWES #00654* ROYAL PALM BEFL | $ 100.52 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Jan. 16, 2018 |
| Category: | Merchandise - HOME SUPPLY WAREHOUSE STORES |
| Reference Number: | DDNX1ZX2 |
| Card Member: | KASTEURIE RAMSARRAN |
| Merchant Country: | United States |

- Paint

15320   87th Rd N

Roopchand



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Jan. 04, 2018 | THE HOME DEPOT #6320 W PALM BCH FL | $ 318.86 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Jan. 04, 2018 |
| Category: | Merchandise - HOME SUPPLY WAREHOUSE STORES |
| Reference Number: | *8ZNFF90 |
| Merchant Country: | United States |

*Toilets*

*15320 87th Rd N*
*Roopchand*

✏ Sign     🖶 Print     ⬇ Download



**CACE COOLING SERVICES**

Roopchand, Amrita
15320 87 Rd North
Loxahatchee, Fl 33470

(702) 416-2117

**AMOUNT DUE**

# $0.00

✓ **PAID IN FULL**



**CACE COOLING SERVICES**
4864 Orleans Ct #c
west palm beach, fl 33415

Phone: (561) 584-0796
Email: info@cacecooling.com
Web: cacecooling.com

| | |
|---|---|
| Payment Terms | Due upon receipt |
| Invoice # | 66591325 |
| Date | 03/01/2018 |
| Business / Tax # | 813484004 |

| Description | Quantity | Rate | Total |
|---|---|---|---|
| Blower Motor | 1.0 | $300.00 | $300.00 |
| Replaced evap motor | | | |
| Coil Clean | 1.0 | $400.00 | $400.00 |
| Acid washed evap coil | | | |

| | |
|---|---|
| **Subtotal** | $700.00 |
| **Total** | **$700.00** |

**Payments Summary**

| | |
|---|---|
| 03/01/2018 · Check #176 | $700.00 |
| **Paid Total** | **$700.00** |
| **Remaining Amount** | **$0.00** |

**Notes:**

Also cleaned blower wheel when I had motor disassembled. Clean condenser coil also both at no charge

Page 1 of 7

*Please be advised any repairs made after hours ( when authorization department is closed ) WILL be home owners responsibility, if warranty company denies claim, or does not pay for any reason

*Please be advised that there may be delays in repairs due to waiting on parts, authorization, or repair approval by warranty company.
Until warranty company gives approval we cannot complete repair.

*All payments due upon completion of work

Page 2 of 7

Pages 3-7 Are pictures - Attached to
Exhibit B

15320 87th Rd N - Roopchand



 **Citi ThankYou® Preferred Card-1786**

Transaction Details

| Date | Description | Amount |
|------|-------------|--------|
| Jan. 27, 2018 | THE HOME DEPOT #6379 W PALM BEACH FL | $ 157.86 |

**Additional Details**

| | |
|---|---|
| Transaction Type: | Purchases |
| Posted Date: | Jan. 27, 2018 |
| Category: | Merchandise - HOME SUPPLY WAREHOUSE STORES |
| Reference Number: | QV7CMF90 |
| Card Member: | KASTEURIE RAMSARRAN |
| Merchant Country: | United States |

*Lighting Repair*

*15320 87th Rd N*

*Roopchand*