CFN 20180005134
OR BK 29568 PG 501
RECORDED 01/04/2018 11:26:20
Palm Beach County, Florida
AMT 379,999.00
DEED DOC 2,660.00
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0501-0502; (2Pgs)

This instrument prepared by and return to:
Producers Title, LLC
2101 Vista Parkway
Suite 253
West Palm Beach, FL 33411
Parcel ID: 00-41-42-19-00-000-1570
File No: 17-40137

_____ Space Above This Line For Recording Data _____

**THIS WARRANTY DEED,** made the **29th day of December, 2017**, by **Guiseppe Cerisi, a single man,** of 7<u>01 Avenue C, Lodi   NJ  07644</u> ("Grantor") to **Amrita Roopchand and Rennie Roopchand, a married couple,** of <u>5901 Maria Del Mar, Las Vegas  NV  89130</u> ("Grantee"): *(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

W I T N E S S E T H: That the Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in Palm Beach County, State of Florida, to wit.:

**The North 269 feet of the South 3974 feet of the West 418 feet of the East 1981 feet of Section 19, Township 42 South, Range 41 East, Palm Beach County, Florida.**

TOGETHER, with all improvements, easements, tenements, hereditaments and appurtenances belonging to or in any way appertaining to the Property.

SUBJECT to taxes for 2018 and subsequent years, not yet due and payable; covenants, restrictions, easements, reservations and limitations of record, if any, without intention of creation or reimposing same.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND, the Grantor hereby covenant with said Grantee that the Grantor lawfully seized of said land in fee simple; that the Grantor good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

WARRANTY DEED

File No. 17-40137                                                                                                                                                    Page 1 of 2

IN WITNESS WHEREOF, Grantor signed and sealed these presents the day and year first above written.

WITNESSES:

_____
Signature

LISA SHEPPERT
Witness #1 Print Name

_____
Witness #2 Signature

M. Terrizzi
Witness #2 Print Name

GRANTOR:

_____
Guiseppe Cerisi

STATE OF FLORIDA
STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 28th day of December, 2017, by Guiseppe Cerisi, who is personally known to me or who produced a FL DL as identification.

_____
Signature of Notary Public
Print, Type/Stamp Name of Notary

Personally known:_____
OR Produced Identification:_____

Type of Identification Produced:_____

MARIANNE TERRIZZI
Commission # FF 899638
Expires September 20, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

WARRANTY DEED