INSTR # 2010000269471, Doc Type D, Pages 5, Recorded 10/28/2010 at 03:10 PM,
Charlie Green, Lee County Clerk of Circuit Court Rec. Fee
$44.00 Deputy Clerk ERECORD

Case 2:09-mc-02047-EEF-MBN Document 22688-32 Filed 04/01/17 Page 1 of 5

**Prepared By and Return To:**
Denise Provencher
LandCastle Title, LLC
5110 Eisenhower Boulevard, Suite 102
Tampa, FL 33634

**File No.** TPR-100901620S

**Property Appraiser's Parcel I.D. (folio) Number(s)**
33-45-24-17-00049.0050

# SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED made this September 27, 2010 by JPMorgan Chase Bank National Association hereinafter called the grantor and Vince Russo and Rose Russo, husband and wife whose post office address is 12324 Candlewood Drive, Tecumseh Ontario, Canada N9K 1B6, hereinafter called the grantee:

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representative and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH: That the grantor, for and in consideration of the sum of $ 68,000.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all the certain land situated in Lee County, Florida, viz:

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF

Property Address: 9800 Quinta Artesa Way, Fort Myers, FL 33908

SEE EXHIBIT B ATTACHED HERETO AND MADE A PART HEREOF FOR INCUMBENCY STATEMENT

Subject to encumbrances, easements and restrictions of record and taxes for December 31, 2009.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.

## SPECIAL WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officers duly authorized, the day and year first above written.

Signed, sealed and delivered in our presence:

_____
(Witness Signature)

Richard Dodd
(Print Name of Witness)

_____
(Witness Signature)

Jill Kelsey
(Print Name of Witness)

JPMorgan Chase Bank National Association

BY: _____

Print Name: Tina Corcoran

Its: Vice President

{Corporate Seal}

Address:

7255 Baymeadows Way

Jacksonville, FL 32256

Special Warranty Deed (Corporation)
Rev. (3/99)

# SPECIAL WARRANTY DEED
## (Continued)

State of __Florida__
County of __Duval__

The foregoing instrument was acknowledged before me this 27th day of September, 2010, by __Tina Corcoran__, who is the __Vice President__ of JPMorgan Chase Bank National Association. Who (✓) is personally known to me or who (__) has produced _____ as identification.

[Notary seal]

_Sarah J Wilson_
Notary Public

Printed Name: _Sarah J Wilson_

My Commission Expires: _____

SARAH J. WILSON
MY COMMISSION # DD 988325
EXPIRES: May 4, 2014
Bonded Thru Notary Public Underwriters

Special Warranty Deed (Corporation)
Rev. (3/99)

## SPECIAL WARRANTY DEED
(Continued)

### Exhibit "A"

Lot 5, Block 49, SAIL HARBOUR AT HEALTHPARK, according to the map or plat thereof, as recorded in Instrument No. 2005000068039, of the Public Records of Lee County, Florida.

Special Warranty Deed (Corporation)
Rev. (3/99)

Exhibit B

## JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

### INCUMBENCY CERTIFICATE

I HEREBY CERTIFY that I am an Assistant Secretary of JPMorgan Chase Bank, N.A. and that the following individuals, holding the title set forth opposite their names, are duly elected officers of JPMorgan Chase Bank, N.A. and are authorized to execute documents related to the sale of mortgage loans and real property and the foreclosure of real property, including assignments of mortgage, modifications of mortgage, deeds, affidavits and other closing documents, substitutions of trustee and satisfactions and lien releases on behalf of JPMorgan Chase Bank, N.A.

| | |
|---|---|
| Shelley McLerren | Vice President |
| William Ruh | Vice President |
| Tina Corcoran | Vice President |
| Elvia R. Eaton | Vice President |
| P. J. Katsma | Vice President |
| Brenda Oxford | Vice President |
| Molly Schenck | Vice President |
| Van Tran | Vice President |

Diane Towns
Assistant Secretary

Dated: June 15, 2009

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

On this 15th day of June, 2009, before me the undersigned notary public, personally appeared Diane Towns, Assistant Secretary, who proved to me through satisfactory evidence of identification, which was to be the person whose name is signed on this document, and acknowledged to me that she signed it voluntarily for its stated purpose, and signed this document as her free act and deed, and the free act and deed of JPMorgan Chase Bank, N.A., in her capacity as Assistant Secretary.

MAYRA RODRIGUEZ
MY COMMISSION # DD 585026
EXPIRES: December 15, 2010
Bonded Thru Notary Public Underwriters

Notary Public Mayra Rodriguez
My Commission Expires: 12/15/2010