Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La.)

    This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

    The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

    The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

    All photographs produced in response to this form shall be in color.

## *Section I. Claimant and Property Information*

Name of Claimant:

| Michael | M | Zelenenki | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Karma | D | Zelenenki | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

4331 Ferari Drive
Address 1      Address 2

Sebring      FL      33872
City      State      Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Karma      D      Zelenenki
     First Name      M.I.    Last Name      Suffix

Mailing Address (if different):

Address 1      Address 2

City      State      Zip Code

Phone Number of Person Completing This Form: ( 863 ) 414 - 4997

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year:  11 / 25 / 2009

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2007

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 10 / 2017

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?  ☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
　　　　　　　　 Month　　　Day　　　　Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                   Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph? ☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 250,000.00_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 136,224.00_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

*Michael M Zelenenki by Karma Zelenenki, POA*          3/30/18

Claimant's signature                                             Date signed

Name:  Michael  M Zelenenki

Address:  4331 Ferrari Drive
Address 1

Sebring          FL          33872
City             State       Zip Code

Phone No.: ( 863  ) 414  - 4997

Email:  karmdk@yahoo.com

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

### Section VII.  Loss of Use / Loss of Enjoyment

I am claiming $250,000.00 in loss of use / loss of enjoyment damages.  This amount is consistent with past verdicts in the Chinese drywall litigation based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

March 28, 2018

SPPF Section VII, #3

Re:     Owner's Personal Statement of Diminution of property Value

4331 Ferrari Drive, Sebring Florida 33872

Attach: Zillow Zestimate and Highlands County Property Appraiser Page

Attached is the Zillow Zestimate of our home at $141,168.00

The house was purchased 11/25/09 for $120,000.00.

The house was listed for sale on 09/19/17 for $144,900.00

The house was contracted on 10/03/17 for the asking price of $144,900.00

The contract was pulled do to Chinese Dry Wall Testing on 10/07/17.

The listing of the house was removed on 10/25/17.

We moved out of the home because of the CDW in November 2017, and we are faithfully paying the Mortgage each month.

Attached is the Highland's County Property Appraiser Web Page of our house. The land value ($4,400.00) and Extra Features ($4276.00) values comes to $8676.00.

Our CDW home cannot be sold or lived in because of the CDW; so the diminished property value is $8,676.00.  the total amount of diminution of value is $136,224.00.

Owner:

Michael M Zelenenki

_Michael M. Zelenenki by Karma Zelenenki, POA_
Date _3/30/18_

https://www.zillow.com/homedetails/4331-Ferrari-Dr-Sebring-FL-33872/45181716_zpid/?pr...

4331 Ferrari Dr, Sebring, FL 33872 | Zillow

3/22/2018 8:30 AM

1 of 11

SHARE

City, State, or Zip

4331 Ferrari Dr, Sebring, FL 33872



# 4331 Ferrari Dr, Sebring, FL 33872

3 beds · 2.5 baths · 1,376 sqft

**OFF MARKET**

Zestimate®: $141,168

Rent Zestimate · $1,200 /mo

**EST. REFI PAYMENT**

Est. Refi Payment:
$569/mo

https://www.zillow.com/homedetails/4331-Ferrari-Dr-Sebring-FL-33872/45181716_zpid/?pr...

4331 Ferrari Dr, Sebring, FL 33872 | Zillow

3/22/2018 8:30 AM

Note: This property is not currently for sale or for rent. The description below may be from a previous listing.

Great 3/2.5/2 in Sebring Country Estates! Open floor plan with soaring cathedral ceilings, bright & airy kitchen with stainless steel appliances, walk-in closet in master bedroom and fenced back yard for the kids or pets. ICF construction makes home very energy efficient and location is central to shopping, restaurants and all amenities. Make your appointment to see this one today!

WHAT I LOVE ABOUT THE HOME

BUILT WITH CONCRETE ANDS REINFORCED FOAM--KEEPS HOUSE COOL IN SUMMER WARM IN WINTER

# Facts and Features

**Type**
Single Family

**Year Built**
2007

**Heating**
Forced air

**Cooling**
Central

**Parking**
2 spaces

**Lot**
10,018 sqft

INTERIOR FEATURES

**Bedrooms**
Beds: 3

Heating: Forced air

Heating: Electric

Appliances included: Refrigerator

Appliances: Stove

**Flooring**

Floor size: 1,376 sqft

Flooring: Carpet, Tile

**CONSTRUCTION**

**Type and Style**

Single Family

Design: Single Story

**Materials**

Roof type: Asphalt

Exterior material: Stucco

Construction: Concrete Block

Roof: Shingle

Windows: Single Hung

**EXTERIOR FEATURES**

**Patio**

Deck

**Yard**

Lawn

**Lot**

**Other Interior Features**

Vaulted Ceiling

Ceiling Fan

Room count: 8

Interior: Garage Door Opener, BB / HS Internet Available

**Dates**

Built in 2007

**Other Construction Features**

Stories: 1

Lot: 10,018 sqft

**Other Exterior Features**

Parcel #: C22342803005300160

Exterior: Fenced

## COMMUNITY AND NEIGHBORHOOD

**Location**

Zone: Sebring

**Schools**

Elementary school: Fred Wild

Middle school: Su n Lakes

High school: Sebring

School district: Highlands County

**Transportation**

Road: Paved

**PARKING**

Parking: Attached Garage, 2 spaces

# Home Value

**Zestimate**

## $141,168

**LAST 30 DAY CHANGE**

-$295 (-0.2%)

**ZESTIMATE RANGE**

$134,000 - $148,000

4331 Ferrari Dr, Sebring, FL 33872 | Zillow

https://www.zillow.com/homedetails/4331-Ferrari-Dr-Sebring-FL-33872/45181716_zpid/?pr...

3/22/2018 8:30 AM

# Owner Dashboard



## Do you own this home? See your Owner Dashboard.

# Price / Tax History

| DATE | EVENT | PRICE | AGENTS | |
|------|-------|-------|--------|---|
| 10/25/17 | Listing removed | $144,900 | | > |
| 10/07/17 | Pending sale | $144,900 | | > |
| 10/07/17 | Back on market | $144,900 | | > |

https://www.zillow.com/homedetails/4331-Ferrari-Dr-Sebring-FL-33872/45181716_zpid/?pr...

| DATE | EVENT | PRICE | | AGENTS |
|---|---|---|---|---|
| 10/03/17 | Pending sale | $144,900 | | ⟩ |
| 09/19/17 | Listed for sale | $144,900 | +20.7% | ⟩ |
| 11/25/09 | Sold | $120,000 | -4.7% | ⟩ |
| 09/02/09 | Price change | $125,900 | -9.4% | ⟩ |
| 02/21/09 | Price change | $138,900 | -7.3% | ⟩ |
| 11/10/08 | Price change | $149,900 | -5.7% | ⟩ |
| 09/23/08 | Price change | $158,900 | -3.1% | ⟩ |
| 08/13/08 | Price change | $163,900 | -5.8% | ⟩ |
| 07/01/08 | Price change | $173,900 | -5.9% | ⟩ |
| 01/25/08 | Listed for sale | $184,900 | | ⟩ |

## Neighborhood: 33872

**MEDIAN ZESTIMATE**

# $128,500

8.4%
Past 12 months

Among 33872 homes, this home is valued 20.8% more than the midpoint (median) home, and is valued 29.1% more per square foot.

Walk Score®  9  (Car-Dependent)

https://www.zillow.com/homedetails/4331-Ferrari-Dr-Sebring-FL-33872/45181716_zpid/?pr...

3/22/2018 8:30 AM

4331 Ferrari Dr, Sebring, FL 33872 | Zillow

8 of 11

**NEIGHBORHOOD MAP**

**NEARBY HOMES**



5 photos

**OFF MARKET**

**$157,331** 3 bds · 3 ba · 1,920 sqft

4321 Ferrari Dr, Sebring, FL

1 photo

**OFF MARKET**

**$140,262** 3 bds · 3 ba · 1,344 sqft

4337 Ferrari Dr, Sebring, FL

# Nearby Schools in Sebring

**GREATSCHOOLS RATING**

| | | GRADES | DISTANCE |
|---|---|---|---|
| **5**<br>out of 10 | Sun 'N Lake Elementary | PK-5 | 1.9 mi |
| **5**<br>out of 10 | Hill-Gustat Middle | 6-8 | 0.8 mi |
| **3**<br>out of 10 | Sebring High | PK, 9-12 | 5.0 mi |

Data by GreatSchools.org ❓

**About the ratings:** Historically, GreatSchools ratings have been based solely on a comparison of standardized test results for all schools in a given state. As of September 2017, the GreatSchools ratings also incorporate additional information, when available, such as college readiness, academic progress, advanced courses, equity, discipline and attendance data. GreatSchools ratings are designed to be a starting point to help parents compare schools, and should not be the only factor used in selecting the right school for your family.

**Disclaimer:** School attendance zone boundaries are provided by a third party and subject to change. Check with the applicable school district prior to making a decision based on these boundaries.

3/22/2018 8:30 AM

## Similar Homes for Sale

4133 Cooper
Dr, Sebring,
FL 33872

**FOR SALE**
$140,000
3 beds, 2.0 baths, 1572 sqft
4133 Cooper Dr, Sebring, Fl

906 Renault
Ave, Sebring,
FL 33872

**FOR SALE**
$179,900
3 beds, 2.0 baths, 2042 s...
906 Renault Ave, Sebring, I

4706 Singer
St, Sebring,
FL 33872

**FOR SALE**
$198,500
3 beds, 2.0 baths, 2648 s...
4706 Singer St, Sebring, FL

4321
Mercedes St,
Sebring, FL
33872

**FOR SALE**
$224,900
3 beds, 2.0 baths, 2248 s...
4321 Mercedes St, Sebring.

3502 Lister
St, Sebring,
FL 33872

**FOR SALE**
$140,000
3 beds, 2.0 baths, 1344 s...
3502 Lister St, Sebring, FL

## Nearby Similar Sales

**SOLD: $120,000**
Sold on 7/13/2017
3 beds, 2.0 baths, 1326 sqft
4229 Mercedes St, Sebring, FL 33872

**SOLD: $120,000**
Sold on 3/31/2017
3 beds, 2.0 baths, 1344 sqft
4406 Shamrock St, Sebring, FL 33872

**SOLD: $129,900**
Sold on 3/31/2017
3 beds, 2.0 baths, 1298 sqft
715 Citroen Dr, Sebring, FL 33872

**SOLD: $131,000**
Sold on 9/28/2017
3 beds, 2.0 baths, 1488 sqft
4213 Mercedes St, Sebring, FL 33872

**SOLD: $132,900**
Sold on 8/22/2017
2 beds, 2.0 baths, 1066 sqft
1610 Willow Run, Sebring, FL 33872

# Parcel C-22-34-28-030-0530-0160

4331 FERRARI DR
SEBRING, FL 33872

**Owners:**
ZELENENKI MICHAEL M

**Mailing Address**
4331 FERRARI DR
SEBRING, FL 33872
**DOR Code:** 01 - SINGLE FAMILY
**Neighborhood:** 1100.00 - SEB CTRY
EST/SEB HILLS AREA
**Millage:** 40 - County Southwest Water
**Map ID:** 26D

## Legal Description

SEBRING COUNTRY EST SEC 3
PB 9-PG 6
LOT 16 BLK 53



## Value Summary

| | |
|---|---|
| Total Building Value | $101,192 |
| Total XF Value | $4,276 |
| Total Land Value | $4,400 |
| Total Land value - Agri. | $0 |
| Income | NA |
| Total Classified Use Value | $0 |
| Total Just Value | $109,868 |

## Taxable Value Summary

| | |
|---|---|
| Total Assessed Value | $109,868 |
| Total Exemptions | $50,000 |
| Total Taxable Value | $27,464 |

Please note that property values in this office are being updated throughout the year. The final values are certified in October.

## Sales History

| Official Record | | Date | | Type Inst | Qualified or Unqualified | Vacant or Improved | Reason Code | Sale Price |
|---|---|---|---|---|---|---|---|---|
| Book | Page | Month | Year | | | | | |
| 2217 | 527 | 11 | 2009 | WD | Qualified | Improved | 01 | $120,000 |
| 628 | 802 | 05 | 1979 | | Qualified | Vacant | 00 | $4,000 |
| 1900 | 1774 | 09 | 2005 | WD | Unqualified | Vacant | 02 | $234,000 |
| 1862 | 1107 | 05 | 2005 | WD | Unqualified | Vacant | 02 | $88,300 |

## Buildings

**Building 1**

| Type | Model | EffectiveArea | Quality Index | Effective Base Rate | Repl Cost New | AYB | Econ | Fnct | Other % Dpr | Normal % Dpr | % Cond |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 1,709 | 109 | $65.79 | $112,435 | 2007 | 0 | 0 | 0.00 | 10.00 % | 90.00 % |

| Element | Code | Description | 4331 FERRARI DR |
|---|---|---|---|

| Element | Code | Description |
|---|---|---|
| Exterior Wall | 17 | C.B. Stucco |
| Exterior Wall 2 | 0 | None |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 5 | Architect Shingle |
| Interior Wall | 5 | Drywall |
| Interior Wall 2 | 0 | None |
| Interior Flooring | 14 | Carpet |
| Interior Flooring 2 | 0 | None |
| Heating Fuel | 4 | Electric |
| Heating Type | 4 | Force Air-Ducted |
| Air Cond. Type | 3 | Central |
| Bath Fixtures | 6.0 | |
| Bedrooms | 3.0 | |
| CW Quality | 0 | None |
| Common Wall | 0 | |
| Wall Height | 0 | |
| Rooms / Floor | 0 | |



BAS=W48 S28 E12 FOP=S4 E6 N4 W6$ E6
E6 FGR=S24 E24 N24 W8 S4 W8 N4 W8$
E8 S4 E8 N4 E8 N28$.

Note: FOAM HOUSE

### Subareas

| Type | Gross Area | Percent of Base | Adjusted Area | Value |
|---|---|---|---|---|
| BAS | 1,376 | 100.00 % | 1,376 | $81,474 |
| FGR | 544 | 60.00 % | 326 | $19,303 |
| FOP | 24 | 30.00 % | 7 | $414 |
| Totals | 1,944 | N/A | 1,709 | $101,192 |

### Extra Features

| Code | Descr | BLD | S O H | Length | Width | Units | Unit Price | Orig Cond | Year On | AYB | % Cond | Value | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | C DRIVE | 1 | M | 28 | 17 | 476.00 | 4.50 | 1.00 | 2007 | 2007 | 90 % | $1,928 | |
| 0031 | C WALK | 1 | M | 36 | 3 | 108.00 | 4.75 | 1.00 | 2007 | 2007 | 90 % | $462 | |
| 0031 | C WALK | 1 | M | 3 | 3 | 9.00 | 4.75 | 1.00 | 2007 | 2007 | 90 % | $38 | |
| 0032 | C PATIO | 1 | M | 12 | 10 | 120.00 | 4.75 | 1.00 | 2007 | 2007 | 90 % | $513 | |
| 0114 | F CL4 | 1 | M | 194 | 4 | 194.00 | 8.00 | 1.00 | 2010 | 2010 | 86 % | $1,335 | |

## Land Lines

The zoning information contained in this record is **not guaranteed**.
For exact information please contact the Highlands County Zoning Department.

| Code | Descr | S O H | RD | Zone | Front | Depth | Land Units | Unit Type | Depth Factor | Cond Factor | Total Adj | Unit Price | Adj Unit Prc | Value | Notes |
|------|-------|-------|-----|------|-------|-------|-----------|-----------|--------------|-------------|-----------|------------|--------------|-------|-------|
| 0100 | SFR | M | B | R1 | 80.00 | 125.00 | 80.00 | FF | 1.00 | 1.00 | 1.00 | 55.00 | 55.00 | $4,400 | |

DISCLAIMER:

Please note that property values on this site are continously being updated and are a work in progress throughout the year. The final values are certified in October of each year.

Highlands County Property Appraiser · 560 S. Commerce Avenue · Sebring, Florida 33870-3899

Office Hours: 9:00 a.m. to 5:00 p.m. Monday - Friday · Phone: (863) 402-6659

**Prepared By/Return To:**
Gossett Law Offices, P.A.
Gary R. Gossett, Jr., Esquire
2221 U.S. 27 South
Sebring, Florida 33870

## DURABLE POWER OF ATTORNEY

## WARNING TO PERSON EXECUTING THIS DOCUMENT

This is an important legal document.  It creates a Durable Power of Attorney.

**Before executing this document, you should know these important facts.**

The powers granted by this document are broad and sweeping.

This document may provide the person you designate as your attorney in fact with broad powers to manage, dispose, sell and convey your real and personal property and to borrow money using your property as security for the loan.

The powers will exist for an indefinite period of time unless you limit their duration in this document.  These powers will continue to exist during disability or incapacity.

You have the right to revoke or terminate this Power of Attorney pursuant to Florida Statute 709.08 this document authorizes the agent to make health care decisions for the principal.

## KNOW ALL MEN BY THESE PRESENTS:

That I, **Michael Zelenenki**, of **2819 Orange Grove Drive, Sebring, Florida, 33870** do hereby make, constitute and appoint my Wife, **Karma Zelenenki**, of **2819 Orange Grove Drive, Sebring, Florida, 33870** as my true and lawful Attorney in fact, for me and in my name, place, and stead, and for my use and benefit:

1.      To receive, take, receipt for and held in possession, manage and control, all property both real and personal which I now or may hereafter own, hold, possess or be or become entitled to with full power to sell, mortgage or pledge, assign, transfer, invest and

reinvest the same or any part thereof in forms of investment, including bonds, notes and other obligations of the United States, deemed prudent by him, in his discretion, with full power to retain the same without liability for loss or depreciation thereof.

2.      To arrange for and consent to medical, therapeutical and surgical procedures for me, including the administration of drugs.  I hereby appoint **Karma Zelenenki**, as my health care surrogate to make health care decisions for me and to provide informed consent on my behalf if I become incapable of making health care decisions or providing informed consent.

MMZ

3.      To receive any medical records or medical information which would assist my Attorney in Fact to apply for any health insurance benefits much as Medicare, Medicaid and others, and to be qualified to apply to any governmental agency for any benefits that might be due me.

4.      To execute any documents necessary to transfer title to any motor vehicle or any object which is titled by the motor vehicle department of any state in the United States.

5.      To demand, sue for, collect, recover, and receive all debts, moneys, interests and demands whatsoever now due or that may hereafter be or become due to me (including the right to institute any legal proceedings therefore).

6.      To make, execute, deliver and endorse notes, drafts, checks and orders for the payment of money or other property from or to me or orders in my name.

7.      To make, execute and deliver deeds, releases, conveyances and contracts of every nature in relation to both real and personal property, including stocks, bonds, and contracts of indemnity and insurance, including the power to assign, sell and transfer securities, stocks and bonds.

8.      Sell, rent, lease for any term, mortgage or exchange any real estate or interests in it, including my homestead property for such considerations and upon such terms and conditions as my attorney may see fit, and execute, acknowledge and deliver all instrument conveying or encumbering title to property owned by me alone as well as any owned by me and by any other person, jointly.

9.      To have access to my safe deposit boxes, to act as my proxy with power of substitution to vote in connection with all stocks or securities in my name in relation to any individual or corporate action, to deposit any stocks or securities in connection with any plans of protective or reorganization committees, to accept and exercise rights, to subscribe for securities and to sell same.

10.     To receive and receipt for all rents and income to which I am or may become entitled, to pay therefrom all necessary expenses for the maintenance, upkeep, care and protection of my property, to deduct therefrom his own reasonable compensation, and pay the net income from time to time to me or in such manner as I shall direct, or in the absence of such payment to me or at my direction, to invest the same in his judgment in the manner herein above directed.

11.     In the event of my illness, incapacity or other emergency, to incur, pay and satisfy such expenses and obligations for my comfort, benefit, and care and obligations of a nature customarily incurred by me, as in her judgment may consider necessary or desirable.

12.     To prepare, execute and file federal and state income tax returns and other real and personal property tax lists and to pay all such taxes.



13.    To do and perform all acts necessary on incidental to the carrying out of the powers conferred, and at my death to pay, transfer and deliver over to my legal representatives, all principal and income then in his possession or control.

14.    To any extent reasonably necessary, to employ attorneys-at-law, accountants, brokers, consultants, and any other agents and assistants as deems advisable in his discretion, for the proper administration of my affairs during any period of time that this power is in effect.

15.    I hereby further grant to my said Attorney in Fact full power in and concerning the above premises and to do any and all acts as set forth herein above as fully as I could do if I were personally present, and I do ratify and confirm any and all acts undertaken by my Attorney in Fact pursuant to this power.

**Said Attorney in Fact is my Wife, Karma Zelenenki.**

Property subject to this Durable Power of Attorney shall include all real and personal property owned by me, including my interest in all property held in joint tenancy, all property over which I hold a power of appointment, and my interest in all non-homestead and homestead property or property in which I hold a life estate.

This Durable Power of Attorney shall not be affected by my disability except as provided by statute.  The power conferred on said Attorney in Fact by this instrument shall be exercisable from the date specified in this instrument, not withstanding a later disability or incapacity on my part, unless otherwise provided by the statutes of the State of Florida.

All acts done by said Attorney in Fact pursuant to the powers conferred herein during and period of my disability or my incompetence shall have the same effect and insure to the benefit of and bind me or my heirs, devisees, and personal representatives, as if I were competent and not disabled.

This Durable Power of Attorney shall be nondelegable and shall be valid until such time as I shall die, revoke this power, or be adjudged incompetent.

<u>**DATE AND SIGNATURE OF PRINCIPAL**</u>

I sign my name to this Durable Power of Attorney on this *19ᵗʰ* day of December, 2017. .

Michael Zelenenki

Pg 3 of 4

## STATEMENT OF WITNESSES

I declare under penalty of perjury under the laws of Florida that the person who signed or acknowledged this document is personally known to me (or proved to me on the basis if convincing evidence) to be the principal, that the principal signed and acknowledged this power of attorney in my presence, and that the principal appears to be of sound mind and under no duress, fraud, or undue influence.

_Carolyn Sue Hinkle_
Witness signature

_Rachel Phil_
Witness signature

CAROLYN SUE HINKLE
Witness printed name

Rachel Reid
Witness printed name

3013 Paradise Path
Residence Address:
Sebring, FL 33870

2221 US 27 S
Sebring, FL 33870

**STATE OF FLORIDA**
**COUNTY OF HIGHLANDS**

**I HEREBY CERTIFY** that on this 19th day of December, 2017, an officer duly qualified to take acknowledgments, personally appeared **Michael Zelenenki,** who produced FLDL as identification, or is personally known to me, and who executed the foregoing instrument and acknowledged before me that he executed the same.

ANGELLINA CARLINI
Notary Public - State of Florida
Commission # GG 027174
My Comm. Expires Dec 30 2020
Bonded through National Not...

_Angellina Carlini_
Notary Public, State of Florida
Angellina Carlini
Printed Name

12/30/2020
My commission expires: _____

Pg 4 of 4