# Corporate Warranty Deed

*Inc* 10⁰⁰
440.⁰⁰

**This Indenture,** made, November _18_, 2009 A.D.
**Between**
GOLDSTAR HOMES INC. whose post office address is: 184 Catswamp Road, Elkton, MD 21921 a corporation existing under the laws of the State of Nevada, Grantor and **MICHAEL M. ZELENENKI, a single man** whose post office address is: 2819 Orange Grove Drive, Sebring, FL 33870, Grantee,

**Witnesseth,** that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the following described land, situate, lying and being in the County of Highlands, State of Florida, to wit:

Lot 16, in Block 53, of SEBRING COUNTRY ESTATES, SECTION THREE, according to the Plat thereof, recorded in Plat Book 9, Page 6, of the Public Records of Highlands County, Florida.

Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

Parcel Identification Number: **C-22-34-28-030-0530-0160**

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

**GOLDSTAR HOMES INC.**

*Signed and Sealed in Our Presence:*

By: _Patrick J. Ulrich_ Pres-
Patrick J. Ulrich
Its: President

1st Witness Signature: _Jayne Whitehead_
1st Witness Print Name: _Jayne Whitehead_

2nd Witness Signature: _John E. Whitehead_
2nd Witness Print Name: _John E. Whitehead_

State of Maryland
County of _Cecil_

The foregoing instrument was acknowledged before me this _18_ day of November, 2009, by Patrick J. Ulrich, the President of GOLDSTAR HOMES INC. A corporation existing under the laws of the State of Nevada, on behalf of the corporation. He/She is personally known to me or has produced _Drivers license_ as identification.

_Helen Boyer_
Notary Public
Notary Printed Name: HELEN BOYER

My Commission Expires::
_10/10/13_

(NOTARY SEAL)

Prepared by:
Leslie Conerly Loughlin, an employee of
C & C Title Services, LLC,
811 US 27 South
Sebring, Florida 33870

File Number: CC09-4224

Closer's Choice Florida Corporate Deed/Letter