| Plaintiff Last Name | Plaintiff First Name | Address of Affected Property | | | | Purchase Date | CDW Installation Date |
|---|---|---|---|---|---|---|---|
| Baco Annetta LLC | -- | 363 | NE 30th Avenue | Homestead | FL | 4/16/2014 | 2006 |
| Blonsky | Shona | 8220 | SW 60 court | South Miami | FL | 1/20/2009 | 2008 |
| Butcher | Kenneth | 4020 | Island Lakes Drive | Winter Haven | FL | 6/29/2007 | 2006 |
| Calderon | Marfelia | 3441 | SW Haines Street | Port St. Lucie | FL | 6/13/2005 | 4/1/2005 |
| Cohen | Abigail | 20305 | Chestnut Grove Drive | Tampa | FL | 11/29/2006 | 2006 |
| Ferrera | Elvis | 22079 | SW 88th Path | Cutler Bay | FL | 8/16/2006 | 2006 |
| Floman | Mark | 1924 | CT | Homestead | FL | 5/29/2014 | 2006 |
| Kuntz | Martin Kuntz | 1417 | SW Devera Place | Port St. Lucie | FL | 10/26/2006 | 5/1/2006 |
| Marques | Neville | 1722 | NE 6th Street | Boynton Beach | FL | 12/14/2007 | 2007 |
| Martinez | Julio | 14731 | SW 34 Lane | Miami | FL | 9/13/2007 | 2006-2007 |
| Niemiec | Joseph & Susan | 6881 | Brompton Drive | Lakeland | FL | 9/6/2006 | 2006 |
| Price | Yvette | 1751 | Bobcat Trail | North Port | FL | 2/9/2009 | 4/1/2006 |
| Roopchand | Rennie & Amrita | 15320 | 87th Road North | Loxahatchee | FL | 12/29/2017 | 2006 |
| Russo | Rose | 9800 | Quinta Artesa Way, Unit 105 | Fort Myers | FL | 9/27/2010 | 2006 |
| Santiago | Guzman | 10769 | NW 81 LN | Doral | FL | 1/8/2018 | 2006 |
| Santiago | Aliesky | 14763 | SW 35 Lane | Miami | FL | 12/30/2008 | 2006 |
| Stockton | Jessica | 13095 | Montego Street | Spring Hill | FL | 4/12/2008 | 2006 |
| Tolliver | Suzanne | 4531 | Darwin Boulevard | Port St. Lucie | FL | 9/11/2015 | 2006 |
| Timmons | Albert | 1820 | NE 7th Avenue | Cape Coral | FL | 7/22/2008 | 2006 |
| Zelenenki | Karma | 4331 | Ferrari Drive | Sebring | FL | 11/25/2009 | 2007 |