UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by Martin Kuntz; Shona Blonsky; Kenneth Butcher; Marfelia Calderon; Abigail Cohen; Elvis Ferrera; Mark Floman; Santiago Guzman; Neville Marques; Julio Martinez; Joseph Niemiec and Susan Niemiec; Yvette Price; Amrita Roopchand and Rennie Roopchand; Ruben Dapena o.b.o. Baco Annetta, LLC; Rose Russo; Jessica Stockton; Albert Timmons; Suzanne Tolliver; Aliesky Santiago; and Karma Zelenenki (collectively "Plaintiffs"):

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. The Plaintiffs each completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

7. Ruben Dapena o.b.o. Baco Annetta, LLC is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 363 NE 30th Avenue, Homestead, FL (the "Annetta LLC Property").[1] Dapena alleges that Chinese drywall was installed in the Annetta LLC Property in 2006,[2] prior to the date Annetta LLC purchased the Annetta LLC Property on April 16, 2014.[3]

8. Shona Blonsky is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 8220 SW 60 Court, South Miami, FL (the "Blonsky Property").[4] Blonsky alleges that Chinese drywall

---

[1] See Exhibit Annetta LLC A: SPPF.
[2] *Id.*, Annetta LLC SPPF at 2.
[3] See Exhibit Annetta LLC B: Warranty Deed.
[4] See Exhibit Blonsky A: SPPF.

was installed in the Blonsky Property in 2008,[5] prior to the date Blonsky purchased the Blonsky Property on January 20, 2009.[6]

9. Kenneth Butcher is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 4020 Island Lakes Drive, Winter Haven, FL (the "Butcher Property").[7] Butcher alleges that Chinese drywall was installed in the Butcher Property in 2006,[8] prior to the date Butcher purchased the Butcher Property on June 29, 2007.[9]

10. Marfelia Calderon is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 3441 SW Haines Street, Port St. Lucie, FL (the "Calderon Property").[10] Calderon alleges that Chinese drywall was installed in the Calderon Property on April 1, 2005,[11] prior to the date Calderon purchased the Calderon Property on June 13, 2005.[12]

11. Abigail Cohen is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 20305 Chestnut Grove Drive, Tampa, FL (the "Cohen Property").[13] Cohen alleges that Chinese

---

[5] *Id.*, Blonsky SPPF at 2.
[6] See Exhibit Blonsky B: Warranty Deed.
[7] See Exhibit Butcher A: SPPF.
[8] *Id.*, Butcher SPPF at 2.
[9] See Exhibit Butcher B: Warranty Deed.
[10] See Exhibit Calderon A: SPPF.
[11] *Id.*, Calderon SPPF at 2.
[12] See Exhibit Calderon B: Warranty Deed.
[13] See Exhibit Cohen A: SPPF.

drywall was installed in the Cohen Property in 2006,[14] and Cohen purchased the Cohen Property on November 29, 2006.[15]

12. Elvis Ferrera is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 22079 SW 88th Path, Cutler Bay, FL (the "Ferrera Property").[16] Ferrera alleges that Chinese drywall was installed in the Ferrera Property in 2006,[17] and Ferrera purchased the Ferrera Property on August 16, 2006.[18]

13. Mark Floman is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1924 CT, Homestead, FL (the "Floman Property").[19] Floman alleges that Chinese drywall was installed in the Floman Property in 2006,[20] prior to the date Floman purchased the Floman Property on May 29, 2014.[21]

14. Santiago Guzman is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 10769 NW 81 LN, Doral, FL (the "Guzman Property").[22] Guzman alleges that Chinese

---

[14] *Id.*, Cohen SPPF at 2.
[15] See Exhibit Cohen B: Warranty Deed.
[16] See Exhibit Ferrera A: SPPF.
[17] *Id.*, Ferrera SPPF at 2.
[18] See Exhibit Ferrera B: Warranty Deed.
[19] See Exhibit Floman A: SPPF.
[20] *Id.*, Floman SPPF at 2.
[21] See Exhibit Floman B: Deed.
[22] See Exhibit Guzman A: SPPF.

drywall was installed in the Guzman Property in 2006,[23] prior to the date Guzman purchased the Guzman Property on January 8, 2018.[24]

15. Martin Kuntz is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1417 SW Devera Place, Port St. Lucie, FL (the "Kuntz Property").[25] Kuntz purchased the Kuntz Property from Steve Binns,[26] who alleges that Chinese drywall was installed in the Kuntz Property on May 1, 2006,[27] prior to the date Binns purchased the Kuntz Property on October 26, 2006.[28]

16. Neville Marques is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1722 NE 6th Street Boynton Beach, FL (the "Marques Property").[29] Marques alleges that Chinese drywall was installed in the Marques Property in 2007,[30] Marques purchased the Marques Property on December 14, 2007.[31]

17. Julio Martinez is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 14731 SW 34 Lane,

---

[23] *Id.*, Guzman SPPF at 2.
[24] See Exhibit Guzman B: Deed.
[25] See Exhibit Kuntz A: Binns SPPF.
[26] See Exhibit Kuntz B: Kuntz Deposition at p. 11.
[27] *Id.*, Binns SPPF at 2.
[28] See Exhibit Kuntz C: Binns Warranty Deed.
[29] See Exhibit Marques A: SPPF.
[30] *Id.*, Marques SPPF at 2.
[31] See Exhibit Marques B: Warranty Deed.

Miami, FL (the "Martinez Property").[32] Martinez alleges that Chinese drywall was installed in the Martinez Property in 2006 or 2007,[33] and Martinez purchased the Martinez Property on September 13, 2007.[34]

18. Joseph Niemiec and Susan Niemiec are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 6881 Brompton Drive, Lakeland, FL (the "Niemiec Property").[35] The Niemiecs allege that Chinese drywall was installed in the Niemiec Property in 2006,[36] and the Niemiecs purchased the Niemiec Property on September 6, 2006.[37]

19. Yvette Price is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1751 Bobcat Trial, North Port, FL (the "Price Property").[38] Price alleges that Chinese drywall was installed in the Price Property on April 1, 2006,[39] prior to the date Price purchased the Price Property on February 9, 2009 .[40]

20. Amrita Roopchand and Rennie Roopchand are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the

---

[32] See Exhibit Martinez A: SPPF.
[33] *Id.*, Martinez SPPF at 2.
[34] See Exhibit Martinez B: Warranty Deed.
[35] See Exhibit Niemiec A: SPPF.
[36] *Id.*, Niemiec SPPF at 2.
[37] See Exhibit Niemiec B: Warranty Deed.
[38] See Exhibit Price A: SPPF.
[39] *Id.*, Price SPPF at 2.
[40] See Exhibit Price B: Warranty Deed.

property located at 15320 87th Road North, Loxahatchee, FL (the "Roopchand Property").[41] The Roopchands allege that Chinese drywall was installed in the Roopchand Property in 2006,[42] prior to the date the Roopchands purchased the Roopchand Property on December 29, 2017.[43]

21. Rose Russo is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 9800 Quinta Artesa Way, Unit 105, Fort Myers, FL (the "Russo Property").[44] Russo alleges that Chinese drywall was installed in the Russo Property in 2006,[45] prior to the date Russo purchased the Russo Property on September 27, 2010.[46]

22. Aliesky Santiago is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 14763 SW 35 Lane, Miami, FL (the "Santiago Property").[47] Santiago alleges that Chinese drywall was installed in the Santiago Property in 2006,[48] prior to the date Santiago purchased the Santiago Property on December 30, 2008.[49]

23. Jessica Stockton is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 13095 Montego

---

[41] See Exhibit Roopchand A: SPPF.
[42] *Id.*, Roopchand SPPF at 2.
[43] See Exhibit Roopchand B: Warranty Deed.
[44] See Exhibit Russo A: SPPF.
[45] *Id.*, Russo SPPF at 2.
[46] See Exhibit Russo B: Warranty Deed.
[47] See Exhibit Santiago A: SPPF.
[48] *Id.*, Santiago SPPF at 2.
[49] See Exhibit Santiago B: Warranty Deed.

Street, Spring Hill, FL (the "Stockton Property").[50] Stockton alleges that Chinese drywall was installed in the Stockton Property in 2006,[51] prior to the date Stockton purchased the Stockton Property on April 12, 2008.[52]

24. Fred Timmons is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1820 NE 7th Avenue, Cape Coral, FL (the "Timmons Property").[53] Timmons alleges that Chinese drywall was installed in the Timmons Property in 2006,[54] prior to the date Timmons purchased the Timmons Property on July 22, 2008.[55]

25. Suzanne Tolliver is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 4531 Darwin Boulevard, Port St. Lucie, FL (the "Tolliver Property").[56] Tolliver alleges that Chinese drywall was installed in the Tolliver Property in 2006,[57] prior to the date Tolliver purchased the Tolliver Property on September 11, 2015.[58]

26. Karma Zelenenki is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 4331 Ferrari Drive,

---

[50] See Exhibit Stockton A: SPPF.
[51] *Id.*, Stockton SPPF at 2.
[52] See Exhibit Stockton B: Warranty Deed.
[53] See Exhibit Timmons A: SPPF.
[54] *Id.*, Timmons SPPF at 2.
[55] See Exhibit Timmons B: Warranty Deed.
[56] See Exhibit Tolliver A: SPPF.
[57] *Id.*, Tolliver SPPF at 2.
[58] See Exhibit Tolliver B: Warranty Deed.

Sebring, FL (the "Zelenenki Property").[59] Zelenenki alleges that Chinese drywall was installed in the Zelenenki Property in 2007,[60] prior to the date Zelenenki purchased the Zelenenki Property on November 25, 2009.[61]

27. Plaintiffs each purchased their respective Property after the alleged defective drywall was installed in the Property. In Plaintiffs' respective deeds, Plaintiffs were not assigned or subrogated to any of the prior owners' rights, and no evidence of an assignment or subrogation has been presented.[62]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:	504.556.5549
Facsimile:	504.310.0279
Email:	kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

---

[59] See Exhibit Zelenenki A: SPPF.
[60] *Id.*, Zelenenki SPPF at 2.
[61] See Exhibit Zelenenki B: Warranty Deed.
[62] See Deeds.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**