UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**PROPOSED ORDER**

Considering Defendants', Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), Omnibus Motion for Summary Judgment on Claims Asserted by Martin Kuntz; Shona Blonsky; Kenneth Butcher; Marfelia Calderon; Abigail Cohen; Elvis Ferrera; Mark Floman; Santiago Guzman; Neville Marques; Julio Martinez; Joseph Niemiec And Susan Niemiec; Yvette Price; Amrita Roopchand And Rennie Roopchand; Ruben Dapena O.B.O. Baco Annetta, Llc; Rose Russo; Jessica Stockton; Albert Timmons; Suzanne Tolliver; Aliesky Santiago; And Karma Zelenenki against them in Plaintiffs' Fifth Amended Class Action Complaint;

**IT IS HEREBY ORDERED** that the Knauf Defendants' Motion is GRANTED and the claims of Martin Kuntz; Shona Blonsky; Kenneth Butcher; Marfelia Calderon; Abigail Cohen; Elvis Ferrera; Mark Floman; Santiago Guzman; Neville Marques; Julio Martinez; Joseph Niemiec And Susan Niemiec; Yvette Price; Amrita Roopchand And Rennie Roopchand; Ruben Dapena O.B.O. Baco Annetta, Llc; Rose Russo; Jessica Stockton; Albert Timmons; Suzanne Tolliver; Aliesky Santiago; And Karma Zelenenki are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**Honorable Eldon E. Fallon
United States District Judge**