UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

OMNIBUS MOTION FOR SUMMARY JUDGMENT OF CLAIMS ASSERTED BY 1329 GUM, JACKSON LAND TRUST; RICHARD CALEVRO; MARY SUE CARANNA; WILLIAM FOREMAN; CANDACE FORZARD AND DAVID FOZARD; WADE GAUTHREAUX AND SHERYL GAUTHREAUX; JEREMY JORDAN MARK LEE AND SHANNON RENEE LEE; DAVID MARTINO AND BRITTANY MARTINO; BILLY MCCULLAR, PEGGY A. MCCULLER, AND ANDREE MCCULLER; DUNG NGUYEN; PETER ROBINSON; RACHEL SCHOERNER; AND <u>THE VAN TRAN AND CHIN THI NGUYEN</u>

**NOW INTO COURT,** through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who file this Omnibus Motion for Summary Judgment on Claims Asserted by 1329 Gum, Jackson Land Trust; Richard Calevro; Mary Sue Caranna; William Foreman; Candace Forzard And David Fozard; Wade Gauthreaux And Sheryl Gauthreaux; Jeremy Jordan Mark Lee And Shannon Renee Lee; David Martino And Brittany Martino; Billy Mccullar, Peggy A. Mcculler, And Andree Mcculler; Dung Nguyen; Peter Robinson; Rachel Schoerner; and The Van Tran And Chin Thi Nguyen.

For the reasons set forth more fully in the attached Memorandum in Support, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Omnibus Motion for Summary Judgment should be granted.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0279
Email:    kmiller@fishmanhaygood.com

*Counsel for Defendant,*
*The Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**