```
2019   1449
Recorded in the Above
Deed Book & Page
01-31-2019 03:28:52 PM
Timothy A Kellar
Hancock County
```

---

Prepared by & return to:
Preston J. Mauffray (MSB #101131)
Landmark Title & Escrow Co., Inc.
521 Ulman Ave.
Bay St. Louis, MS 39520
Telephone: (228) 467-4675
Facsimile: (228) 467-4656
File No.: 1125-10519

INDEX: Lot 20 & Pt. 21 (NW-43'), Blk. 314, Unit 3, Add. 1, SHORELINE PARK S/D, Hancock Co., MS.

**STATE OF MISSISSIPPI**
**COUNTY OF HANCOCK**

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00) cash in hand paid, and other good and valuable consideration not necessary to be mentioned herein, the receipt and sufficiency of all of which is hereby acknowledged, I,

**SUSYN W. CAIN**, Grantor
5117 Wade Drive, Metairie, LA 70003
(504) 270-2856

do hereby sell, convey and warrant unto

**RICHARD CALEVRO and NELLY CHABANAIS**, Grantees
5040 Georgia St, Bay St. Louis, MS 39520
(601) 569-6365

as joint tenants with full rights of survivorship and not as tenants in common, the following described land and property situated in Hancock County, Mississippi, to wit:

See **Legal Description** attached hereto as EXHIBIT "A".

Together with all and singular the rights, privileges, improvements and appurtenances to the same belonging or in any wise appertaining.

```
2019    1450
Deed Book & Page
```

This conveyance is made subject to any and all prior reservations, restrictions, easements, exceptions, covenants and conditions of record, including any mineral, oil or gas reservations and any covenants or restrictions which appear of record.

If bounded by water, the warranty granted herein shall not extend to any part of the above described property which is tideland or coastal wetlands as defined in the Mississippi Coastal Wetlands Protection Act and this conveyance includes any natural accretion and is subject to any erosion due to the action of the elements.

The Grantor herein certifies that the property hereinabove conveyed forms no part of the homestead of said Grantor.

It is agreed and understood that the taxes for the current year have been prorated as of this date on an estimated basis, and that when said taxes are actually determined, if the proration as of this date is incorrect, the parties herein agree to pay on a basis of an actual proration. All subsequent years' taxes are specifically assumed by Grantees herein.

WITNESS my signature, this the 31st day of January, 2019.

_____
SUSYN W. CAIN, Grantor

**STATE OF MISSISSIPPI**

**COUNTY OF HANCOCK**

PERSONALLY CAME AND APPEARED before me, the undersigned authority in and for the jurisdiction aforesaid, on this the 31st day of January, 2019, the within named **SUSYN W. CAIN**, who acknowledged that she executed and delivered the foregoing instrument of writing on the day and year therein mentioned.

_____
Melissa D. Favre
NOTARY PUBLIC

My commission expires:

Feb. 25, 2019

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 111579, MELISSA D. FAVRE, Commission Expires Feb. 25, 2019, HANCOCK COUNTY]

2019   1451
Deed Book & Page

# EXHIBIT "A"
(File No.: 1125-10519)

### Legal Description

Lot 20 and the northwestern 43.0 feet of Lot 21, Block 314, SHORELINE PARK SUBDIVISION, UNIT 3, ADDITION 1, Hancock County, Mississippi, as per the official map or plat thereof, on file and of record in the office of the Chancery Clerk of Hancock County, Mississippi.

Being all of Lots 20 and 21, Block 314, of said subdivision, LESS AND EXCEPTING therefrom the part of said Lot 21 described in that Corrective Warranty Deed dated 12/08/2010 and recorded 12/21/2010 in Book 2010, Page 16736, and re-recorded 12/23/2010 in Book 2010, Page 16904, all in the office of the Chancery Clerk of Hancock County, Mississippi.

Indexing: Lot 20 & Pt. Lot 21 (NW-43 ft.), Blk. 314, SHORELINE PARK S/D, UNIT 3, ADD. 1, Hancock Co., MS.



Hancock County
I certify this instrument was filed on
01-31-2019 03:28:52 PM
and recorded in Deed Book
2019 at pages 1449 - 1451
Timothy A Kellar

*Heddi Morel*