2010 15091
Received on the above
Deed Book & Page
11-10-2010 03:05:11
Timothy A Kellar
Hancock County

Prepared by:                                              Return to:
JP Morgan Chase Bank, NA          Resource Title Agency Inc. (Gulf States Division)
375 Glensprings Drive., Ste. 310              375 Glensprings Drive Suite 310
Cincinnati, OH 45246                                  Cincinnati, OH 45246
513-671-5100
File # 102675MS

Indexing Instructions:  Lot 158, Glen Eagle at Diamondhead, Phase 1, Hancock County, Mississippi

| Grantors Address: | Grantee's Address: |
|---|---|
| JPMorgan Chase Bank, NA | William L. Foreman |
| 270 Park Ave | 27316 NE 143rd Ct |
| New York, NY 10017 | Duvall, WA 98019 |

Prior Deed Ref: 2009 3283

STATE OF California
COUNTY OF Orange

## SPECIAL WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid and other good and valuable considerations, the receipt and sufficiency of all of which are hereby acknowledged, **JPMorgan Chase Bank, NA**, Does hereby sell, convey and warrant specially unto **William L. Foreman** the following described property situated in <u>Hancock</u> County, Mississippi, being more particularly described herein, to-wit:

Lot 158, Glen Eagle at Diamondhead, Phase 1, a subdivision according to the map or plat thereof on file and of record in the office of the Chancery Clerk of Hancock County, Mississippi.

Indexing Instructions: Lot 158, Glen Eagle at Diamondhead, Phase 1, Hancock County, Mississippi

MORE COMMONLY KNOWN AS: <u>7514 Pinehurst Court, Diamondhead, MS 39525</u>

THIS CONVEYANCE and the warranty hereof are made subject to all building restrictions, restrictive covenants, easements, rights of way, and mineral reservations of record, if any, pertaining to the above described property.

IT IS AGREED AND UNDERSTOOD that the ad valorem taxes for the current year have been prorated as of this date on an estimated basis or actual taxes from the previous year and that the prorations are final and any difference will not be adjusted by the Seller after closing.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any wise belonging, unto the said GRANTEE, its heirs or assigns forever, subject to, and excepting, current taxes and other assessments reservations in patents, and all easements, right-of way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as duly appear of record. GRANTOR does hereby bind itself and its successors and assigns to warrant and forever defend all and singular the said premises unto the said GRANTEE, its heirs and assigns, against every person whomsoever lawfully claiming or to claim the same, or any part thereof, by, through, or under GRANTOR, but not otherwise.

WITNESS MY SIGNATURE this the 26 day of August, 2010

Seller Name: JP Morgan Chase Bank, NA

BY: _____
Name & Title: Janet Gyore, Asst. Vice President

STATE OF CA
COUNTY OF ORANGE

      PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the said county and state, on this the 26 day of August, 2010 the within named Janet Gyor, Asst. Vice Presid..., who acknowledged to me that he/she is the _____ of JPM Chase Bank and that for and on behalf of said company, and as its act and deed he/she executed the above and foregoing instrument, after first having been duly authorized by said company so to do.

_____
Notary Public

My Commission Expires:

8/10/12

BRENDA FUENTES
Commission # 1809076
Notary Public - California
Orange County
My Comm. Expires Aug 10, 2012

