2045  3005
Recorded in the above
Deed Book & Page
03-24-2015  11:02:05 am
Timothy A Kellar
Hancock County

| | |
|---|---|
| Prepared By: <br> The Casano Law Firm, P.A. <br> 4370 Leisure Time Drive <br> Diamondhead, MS 39525 <br> (228) 255-0035 <br> File No: 15-0105 | Return To: <br> The Casano Law Firm, P. <br> 4370 Leisure Time Drive <br> Diamondhead, MS 39525 <br> (228) 255-0035 |

STATE OF MISSISSIPPI
COUNTY OF **Hancock**

### WARRANTY DEED

For and in consideration of the sum of Ten Dollars ($10.00), cash in hand, paid, and other good and valuable considerations, the receipt and sufficiency of which are hereby acknowledged, I/We

**Sally J. Cleek, Trustee of and under the Cleek Family R. Revocable Trust, Grantor(s)**
72685 Diamondhead Drive North
Diamondhead, MS 39525
Phone: 228-363-3144

Does hereby sell, convey, bargain and warrant to

**David W. Fozard and Candace S. Fozard, Grantee(s)**
Address:   72685 Diamondhead Drive North
Diamondhead, MS 39525
Phone: 217-433-3886

As joint tenants with right of survivorship and not as tenants in common, the following described real property situated and located in **Hancock** County, Mississippi, more particularly and certainly described as follows:

## Lot 8, Block 5, Amended Plat of Unit 2, DIAMONDHEAD, Phase 1, according to the map or plat thereof recorded in the office of the Chancery Clerk of Hancock County, Mississippi.

Together with all and singular the rights, privileges, improvements and appurtenances to the same belonging or in any wise appertaining.

This conveyance is made subject to any and all reservations, restrictions, easements, exceptions, covenants and conditions of record, including any mineral, oil or gas reservations and any covenants or restrictions of record.

HUD50.%wd

2015 3009
Deed Book & Page

If bounded by water, the warranty granted herein shall not extend to any part of the above described property which is tideland or coastal wetlands as defined in the Mississippi Coastal Wetlands Protection Act and this conveyance includes any natural accretion and is subject to any erosion due to the action of the elements.

The Grantors herein certify that the property hereinabove conveyed forms no part of the homestead of said Grantors.

It is agreed and understood that the taxes for the current year have been prorated as of this date on an estimated basis, and that when said taxes are actually determined, if the proration as of this date is incorrect, the parties herein agree to pay on a basis of an actual proration. All subsequent years taxes are specifically assumed by Grantees herein.

WITNESS MY SIGNATURE, this the ___ day of _____, 2015.

Sally J. Cleek, Trustee of and under the
Cleek Family R. Revocable Trust

BY: Sally J. Cleek, Trustee

**State of Mississippi**

**County of Hancock**

Personally appeared before me, the undersigned authority in and for the said county and state, on this ___ day of _____, 2015, within my jurisdiction, the within named **Sally J. Cleek**, who acknowledged that she is Trustee of The Cleek Family R. Revocable Trust and that in said representative capacity she executed the above and foregoing instrument, after first having been duly authorized so to do.

Notary Public
My Commission Expires:

Page 2 of 2

HUD50.%wd