Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| --- |
| File No. _____ |
| Date Received: |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Chinese Manufactured Drywall Products Liability Litigation | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This Document Relates to: | MAG. JUDGE WILKINSON |

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

**Section I. Claimant and Property Information**

Name of Claimant: 
| Wade | P | Gauthreaux | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Sheryl | D | Gauthreaux | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| 10171 Lagan Street | |
|---|---|
| Address 1 | Address 2 |
| Bay St. Louis | MS |
| City | State / Zip Code |

Is the Property residential or commercial? **Residential**

Name of Person Completing this Form: **Wade   P   Gauthreaux**
First Name / M.I. / Last Name / Suffix

Mailing Address (if different):

| 315 Somerset Road | |
|---|---|
| Address 1 | Address 2 |
| LaPlace | LA   70068 |
| City | State / Zip Code |

Phone Number of Person Completing This Form: (**504**) **444** - **7578**

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: **7 / 31 / 2015**

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ____ / ____ / **2006**

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: **1 / 2017**

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?
Month/Day/Year: ____ / ____ / ____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____ / _____ / _____
                Month    Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $ _____

Date of Original Loan/Mortgage: ____/____/____
                                  Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $ _____

Date of Foreclosure or Short Sale: ____/____/____
                                  Month   Day   Year

Short Sale Price (if applicable): $ _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$ _____

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?
_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 100,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 170,226.00

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature: *Wade Gauthreaux*

Date signed: 3/19/18

Name: Wade Gauthreaux

Address: 10171 Lagan St.
City: Bay St. Louis   State: MS   Zip Code: ___

Phone No.: (504) 444-7578

Email: wadegauth@gmail.com

7

# Exhibit

(See Section VII)

Documents Related to Other Damages

Explanation of diminution in value of the property.

Attached are three comparable listings that recently closed in the area. All of these houses are located in my subdivision. I took the average sold price/sqft of listings 310284 and 322916 which equates to 151.50 per sqft. My house is 1623 Sqft so that would give it a **value of $245,884.**

Listing 316312 is a comparable house to mine that also has Chinese drywall. This house has been on the market for 2.5 years. It started out listing at $179,000 and the owner has dropped the price consistently over the 2.5 years. He is currently down to $75,000 and has a pending offer on it now. This price equated to $46 per sqft. My house at $46 sqft would **equate to $75,226**

Therefore $245,884 minus $75,226 equals the diminution in value of **$170,226.**

| 310284 | 4054 Victoria St, Bay St. Louis, MS 39520 |
|---|---|
| | Single Family Closed |



| | | | |
|---|---|---|---|
| List Price: | $209,900 | Sub-Type: | Single Family Residence |
| Closing Price: | $200,000 | | |
| #Bedrooms: | 3 | List Price Sqft: | 150.25 |
| Full Baths: | 2 | Sold Price/SqFt: | 143.16 |
| Half Baths: | 1 | N or S of I-10: | South |
| Year Built: | 2009 | N or S of CSX Railroad Track: | N |
| Modular Y/N: | No | | |
| Apx H/C SqFt: | 1,397 | Manuf./Mobile: | No |
| Apx SqFt Source: | Prior Appraisal | Subdivision: | Riverview |
| Lot Dimensions: | 50x100 | Parcel Number: | 135m-0-39-274.000 |
| County: | Hancock | | |
| Flood Insurance Required?: | Yes | | |
| Annual Flood Insurance: | 697 | | |

**Directions to Property:** From Hwy 603 turn into Shoreline Park at Central Ave. Follow Central down to the stop sign and take a left. Turn right onto Swan Street and drive straight into River View. Take first left after River View entrance onto Manhattan. Victoria is mid-way down on the left. Turn right at fork in the road and house is 2nd on right.

| | | | |
|---|---|---|---|
| Homestead Y/N: | Potential Short Sale: No | Annual Home Insurance: | |
| Condo/HO Fees: | 3rd Party/Bank Owned: No | Annual Flood Insurance: 697 | |
| | Other Condo/HO Fees: | Estimated Annual Taxes: | |

| | | | |
|---|---|---|---|
| School District: Hancock County | Junior/Middle School: | | |
| Elementary School: | Senior High School: | | |
| | Appraiser Name: na | Closing Date: 04/19/2017 | |

**Public Remarks:** Gorgeous custom built waterfront home in Riverview with quick access to the Jourdan River and the St. Louis Bay. This home features open floor plan, custom cabinetry, granite counter tops, wood and ceramic flooring, 9ft ceilings throughout, stainless steel outdoor kitchen, spacious front porch with great water views, 50' of waterfront with full length dock, covered boat house with lift & water/elec hook-up, downstairs storage room, and covered parking. All remaining furniture is negotiable with sale so this could be a turn key weekend getaway!

**Showing:** Call LA for Appt.; Electronic Keybox
**Type:** House
**Levels:** One
**Walls:** Sheet Rock
**Flooring:** Natural Wood; Other - See Remarks
**Cooling System:** Central Electric
**Heat System:** Cent/Elec Heat Pump
**Heat Fuel:** Electric
**Water Heater:** Electric
**Water:** City Water
**Sewer:** City Sewer
**Exterior:** Siding
**Parking:** Carport Double; RV/Boat
**Foundation:** Pilings/Wood
**Waterfront:** Bayou; Bulkhead; Canal
**Recreation/Amenities:** Boating; Near Entertainment
**Handicap:**
**Approx Age Code:** Under 10 Years
**Occupancy:** Vacant
**Possession:** At Closing
**Acceptable Financing:** Conventional; FHA; USDA Loan; VA Loan

**Rooms:** Eat-In Kitchen; Great Room; Open Kitchen Plan; Utility Room Inside
**Interior Features:** Attic Storage; High Ceilings; Natural Stone Counter Tops; Special Wiring; Walk-in Closets; Whirlpool Tub
**Exterior Features:** Deck; Outdoor Kitchen; Porch; Workshop
**Equipment/Appliances:** Dishwasher; Pre-Wire for Security; Range/Oven; Refrigerator

| Room Name | Room Level | Length | Width | Remarks | Room Name | Room Level | Length | Width | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| Great Room | | | | | Utility Room Inside | | | | |
| Eat-In Kitchen | | | | | Open Kitchen Plan | | | | |

**Provided as a Courtesy of:**
Edith H Palmer
GARDNER, REALTORS-BSL
228-216-0142
228-467-1602
228-216-0142
epalmer@gardnerrealtors.com

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Edith H Palmer on Wednesday, March 21, 2018 12:54 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

| 322916 | 4071 Cardinal St, Bay St. Louis, MS 39520 |
|---|---|
| | Single Family Closed |



| | | | |
|---|---|---|---|
| **List Price:** | $229,000 | **Sub-Type:** | Single Family Residence |
| **Closing Price:** | $225,000 | **List Price Sqft:** | 163.57 |
| **#Bedrooms:** | 3 | **Sold Price/SqFt:** | 160.71 |
| **Full Baths:** | 2 | **N or S of I-10:** | South |
| **Year Built:** | 2007 | **N or S of CSX Railroad Track:** | S |
| **Modular Y/N:** | No | **Manuf./Mobile:** | No |
| **Apx H/C SqFt:** | 1,400 | **Subdivision:** | Shoreline Park |
| **Apx SqFt Source:** | HANCOCK CO TAX ASSESSOR | **Parcel Number:** | 135n-1-39-241.000 |
| **Lot Dimensions:** | 100 x 100 | | |
| **County:** | Hancock | | |
| **Flood Insurance Required?:** | Yes | | |

**Legal:** 15 ON CANAL BLK 615 SHORELINE PARK UNIT #6 ADD #3

| | | | |
|---|---|---|---|
| **Homestead Y/N:** No | **Potential Short Sale:** No | **Annual Home Insurance:** | |
| **Condo/HO Fees:** | **3rd Party/Bank Owned:** No | **Annual Flood Insurance:** | |
| | **Other Condo/HO Fees:** | **Estimated Annual Taxes:** $2,451 | |
| **School District:** Bay St. Louis | **Junior/Middle School:** | | |
| **Elementary School:** | **Senior High School:** | | |
| | **Appraiser Name:** unknown | **Closing Date:** 09/21/2017 | |
| | **Appraised SqFt:** 0 | | |

**Public Remarks:** GREAT WATERFRONT HOME WITH ADJOINING LOT OWNERS PURCHASED FOR PLENTY OF ROOM TO PARK YOUR RV, BOAT, OR WATER TOYS! HOME IS IMMACULATE WITH OPEN FLOOR PLAN, HIGH CEILINGS AND MOVE IN READY. GREAT FOR YOUR HOME OR WEEKEND GET-A-WAY AND CLOSE TO ENTERTAINMENT, CASINOS, GOLF, NICE RESTAURANTS AND ALL THE GULF COAST HAS TO OFFER!!!

**Showing:** Call LA for Appt.
**Type:** House
**Levels:** One
**Walls:** Sheet Rock
**Flooring:** Natural Wood; Ceramic Tile
**Cooling System:** Central Electric
**Heat System:** Cent/Elec Heat Pump
**Heat Fuel:** Electric
**Water Heater:** Electric
**Water:** City Water
**Sewer:** City Sewer

**Exterior:** Siding
**Parking:** Carport Double; Driveway; RV/Boat
**Foundation:** Pilings/Wood
**Waterfront:** Bayou; Boat Dock; Bulkhead; Canal
**Recreation/Amenities:** Boating; Near Entertainment; Near Golf Course; Swimming
**Handicap:** Adaptable
**Approx Age Code:** Under 10 Years
**Occupancy:** Other - See Remarks; Vacant
**Possession:** At Closing
**Acceptable Financing:** Conventional; FHA; USDA Loan; VA Loan

**Interior Features:** Ceiling Fan; Elevator; High Ceilings; Whirlpool Tub
**Exterior Features:** Deck; Elevator; Porch; Workshop
**Equipment/Appliances:** Dishwasher; Disposal; Microwave; Range/Oven; Refrigerator

| Room Name | Room Level | Length | Width | Remarks | Room Name | Room Level | Length | Width | Remarks |
|---|---|---|---|---|---|---|---|---|---|

**Provided as a Courtesy of:**
Edith H Palmer
GARDNER, REALTORS-BSL
228-216-0142
228-467-1602
228-216-0142
epalmer@gardnerrealtors.com

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Edith H Palmer on Wednesday, March 21, 2018 12:54 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.



| 316312 | 5040 Georgia St, Bay St. Louis, MS 39520 |
|---|---|
| | Single Family Pending |

**List Price:** $75,000
**#Bedrooms:** 3
**Full Baths:** 2
**Year Built:** 1983
**Modular Y/N:** No
**Apx H/C SqFt:** 1,625
**Apx SqFt Source:** Tax Assessor
**Lot Dimensions:** 100 x 90
**County:** Hancock
**Flood Insurance Required?:** Yes
**Annual Flood Insurance:** 2,000
**Directions to Property:** Hwy 603 to Lagan, right on Gulf, left on Alabama, right on Georgia. House on left hand side.
**Legal:** 20 & PT21 BLK 314 SHORELINE PARK UNIT 3 ADD 1

**Sub-Type:** Single Family Residence
**List Price Sqft:** 46.15
**N or S of I-10:** South
**N or S of CSX Railroad Track:** N
**Manuf./Mobile:** No
**Subdivision:** Shoreline Park
**Parcel Number:** 139a-0-40-110.000

**Homestead Y/N:**
**Condo/HO Fees:**
**Potential Short Sale:** No
**3rd Party/Bank Owned:**
**Other Condo/HO Fees:**
**Annual Home Insurance:**
**Annual Flood Insurance:** 2,000
**Estimated Annual Taxes:** $1,869

**School District:** Bay St. Louis
**Elementary School:** Bay St. Louis
**Junior/Middle School:** Bay St. Louis Middle
**Senior High School:** Bay St Louis High

**Public Remarks:** Private boat launch with dock and easy access to Bayou La Croix and Jourdan River. Open kitchen concept, vaulted ceilings in living space, covered back porch overlooking canal. Split bedroom plan. Furnishings available for purchase, W/D convey. Sold as is, where is. House has Chinese Drywall. Includes parcel #139A-0-40-110.001 (private boat ramp).

**Showing:** Call LA for Appt.; Electronic Keybox
**Type:** House
**Levels:** One
**Walls:** Sheet Rock
**Flooring:** Ceramic Tile
**Cooling System:** Central Electric
**Heat System:** Cent/Elec Heat Pump
**Heat Fuel:** Electric
**Water Heater:** 40 Gallons or Less; Electric
**Water:** Well
**Sewer:** City Sewer
**Interior Features:** Cathedral Ceiling; Ceiling Fan; French Doors; Walk-in Closets; Whirlpool Tub; Window Treatments
**Equipment/Appliances:** Dishwasher; Disposal; Dryer; Microwave; Range/Oven; Refrigerator; Washer

**Exterior:** Siding
**Parking:** Carport Double; RV/Boat
**Foundation:** Pilings/Wood
**Waterfront:** Boat Dock; Bulkhead; Canal
**Recreation/Amenities:** Boating; Near Entertainment; Swimming
**Miscellaneous:** Under One Acre
**Handicap:**
**Approx Age Code:** Older Home 25+ Years
**Occupancy:** Vacant
**Possession:** At Closing
**Acceptable Financing:** Conventional

| Room Name | Room Level | Length | Width | Remarks | Room Name | Room Level | Length | Width | Remarks |
|---|---|---|---|---|---|---|---|---|---|

**Provided as a Courtesy of:**
Edith H Palmer
GARDNER, REALTORS-BSL
228-216-0142
228-467-1602
228-216-0142
epalmer@gardnerrealtors.com

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Edith H Palmer on Tuesday, March 27, 2018 5:16 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

Explanation of loss of use and loss of enjoyment of the property.

It cost me approximately $2,000 a month to maintain the house. Since we discovered it had Chinese drywall we have not utilized it much at all due to health concerns. My wife and I both experience sinus issues when we are there so we are concerned about what other medical issues may occur while in the house. I also included receipts of appliances I have had to replace since I purchased the house. All of the appliance replaced failed, mostly the control circuitry.

*Wade Gauthreaux* (signature)
Wade Gauthreaux



# Mortgage Billing Statement
FEBRUARY 6, 2018 - MARCH 5, 2018

**Capital One**

Wade R Southern Jr
315 Somerset Rd
La Place LA 70068

2398
SNGL

**AMOUNT DUE: $3,142.67**
DUE DATE: APRIL 1, 2018
LATE FEE WILL ASSESS: APRIL 16, 2018
LATE FEE AMOUNT: $43.19



### 1. Your total payment amount of $3,142.67 is due by April 1, 2018.

Be sure to make your payment by April 16, 2018, to avoid a $43.19 late fee.

| $1,549.74 Monthly Payment | + | $1,592.93 Additional Amount | = | $3,142.67 Due April 1, 2018 |
|---|---|---|---|---|
| PRINCIPAL $586.30<br>INTEREST $277.50<br>ESCROW $685.94 | | PAST DUE PAYMENT $1,549.74<br>FEES & CHARGES<br>  This Statement $0.00<br>  Before This Statement $43.19 | | **capitalone360.com**<br>SAVE TIME & PAY ONLINE |



### 2. Check out the breakdown of your past payments and your loan details.

#### Past Payments Breakdown

| PAYMENT | SINCE LAST STATEMENT | THIS YEAR |
|---|---|---|
| PRINCIPAL | $583.26 | $1,165.00 |
| INTEREST | $280.54 | $562.60 |
| ESCROW | $685.94 | $1,371.88 |
| LATE FEES | | |
| OTHER FEES & CHARGES | $0.00 | $0.00 |
| UNAPPLIED FUNDS | $0.00 | $0.00 |
| | | |
| TOTAL PAID | $1,549.74 | $3,099.48 |

#### Loan Details

| | |
|---|---|
| Loan Number | 2002840610 |
| Original Loan Amount | $124,000.00 |
| Open Date | July 31, 2015 |
| Maturity Date | August 1, 2030 |
| Prepayment Penalty | None |
| Property Address | 10171 Lagan St<br>Bay Saint Louis, MS 39520 |

**BALANCE INFORMATION**

| | |
|---|---|
| Principal Balance | $107,144.62 |
| Current Interest Rate | 3.12500% |
| Escrow Balance | $1,517.33 |

$107,144.62 PRINCIPAL BALANCE

```
OMZR1                      LOWE'S HOME CENTERS, LLC                        PAGE: 1
                              WVM 2350
PROJECT ESTIMATE                                             WHOLE HOUSE PROJECT

   CONTACT: GAUTHREAUX, WADE           SALESPERSON: BROOKER, DUSTIN
   CUST #: 166647510                   SALES #: 1739391

   PROJECT NUMBER: 462222970           DATE ESTIMATED: 02/17/16


   QTY    ITEM #       ITEM DESCRIPTION              VEND PART #        PRICE
   ----- ---------  ---------------------------  ---------------------- --------
    1     623782    WP 18.2-CU FT WRT318FZDM (-355 WRT318FZDM            673.00
    1     683190    WP ELEC RNG WFE540H0ES (-39430 WFE540H0ES            629.00
    1     166196    WP OTR MICRO WMH31017AS        WMH31017AS            209.00
    1     498131    BSH DISHWASHER SHE53TF5UC      SHE53TF5UC            719.00

                                              TOTAL FOR ITEMS          2230.00
                                              FREIGHT CHARGES             0.00
                                              DELIVERY CHARGES            0.00
                                              TAX AMOUNT                156.10
                                              TOTAL ESTIMATE           2386.10
```

This Quote is valid until 03/18/16.

_MANAGER SIGNATURE_ [signed]      _DATE_ 2/17/16

THIS ESTIMATE IS NOT VALID WITHOUT MANAGER'S SIGNATURE.
THIS IS AN ESTIMATE ONLY. DELIVERY OF ALL MATERIALS CONTAINED IN THIS
ESTIMATE ARE SUBJECT TO AVAILABILITY FROM THE MANUFACTURER OR SUPPLIER.
QUANTITY, EXTENSION, OR ADDITION ERRORS SUBJECT TO CORRECTION. CREDIT
TERMS SUBJECT TO APPROVAL BY LOWES CREDIT DEPARTMENT.

LOWES IS A SUPPLIER OF MATERIALS ONLY. LOWES DOES NOT ENGAGE IN THE PRACTICE
OF ENGINEERING, ARCHITECTURE, OR GENERAL CONTRACTING. LOWES DOES NOT ASSUME
ANY RESPONSIBILITY FOR DESIGN, ENGINEERING, OR CONSTRUCTION; FOR THE
SELECTION OR CHOICE OF MATERIALS FOR A GENERAL OR SPECIFIC USE; FOR
QUANTITIES OR SIZING OF MATERIALS; FOR THE USE OR INSTALLATION OF MATERIALS;
OR FOR COMPLIANCE WITH ANY BUILDING CODE OR STANDARD OF WORKMANSHIP.



**LOWE'S HOME CENTERS, LLC**
9020 HIGHWAY 603
WAVELAND, MS 39576  (228) 463-8788

- SALE -
SALES#: S2350PH2 1045992  TRANS#: 9509442 05-17-16

```
    102LG                               11.89
    TER SAVING FILL VALV
         99   DISCOUNT EACH            -0.60
                                        0.00 N
              USE ONLY
              7 SUBTOTAL:               11.89
```



```
                                  SW: 9509442  17-16

588594 10874                           645.05
W.P. 4.3 CUFT WASHER
                                          .95

                                        15.05
WP 7.3 CUFT ELEC DRYER
                                       -33.95

    10298318RP                          23.74
 WP STACK KIT W10298318RP
    24.99   DISCOUNT EACH               -1.25
              [DELIVERY]
 246995 98606                           27.54
  6-FT SS WSHNGMACHNE FILLH
    28.99   DISCOUNT EACH               -1.45
              [DELIVERY]
 333552 UTD100406                       22.79
  4 WIRE DRYER CORD 6-FT
    23.99   DISCOUNT EACH               -1.20
              [DELIVERY]
 493268 FXLD006                          9.96
  4-INX8-FT FOIL TRNSTN DUC
    10.48   DISCOUNT EACH
              [DELIVERY]
 55597 SC-4                              1.87
  4-IN GALV SPRING CLAMP
     1.97   DISCOUNT EACH               -0.10
              [DELIVERY]
 351841                                 28.50
  RECYCLED APPLIANCE PICK U
    15.00   DISCOUNT EACH               -0.75
              2 @    14.25
              [DELIVERY]
 INVOICE 84990 SUBTOTAL:             1,404.50
```



```
 INVOICE 84997 SUBTOTAL:                11.89
 INVOICE 84990 SUBTOTAL:             1,404.50
                SUBTOTAL:             1,415.89
                     TAX:
```

```
                    [DELIVERY]
        333552 OTD100406              22.79
            4 WIRE DRYER CORD 6-FT
              23.90   DISCOUNT EACH    -1.20
                    [DELIVERY]
        433288 FXL0008                  9.96
            4-INX8-FT FOIL TRNSIN DUC
              10.48   DISCOUNT EACH     -.52
                    [DELIVERY]
        55597 SC-4                      1.87
            4-IN GALV SPRING CLAMP
              1.97    DISCOUNT EACH    -0.10
                    [DELIVERY]
        351841                         28.50
            RECYCLED APPLIANCE PICK U
              15.00   DISCOUNT EACH    -0.75
                      2 @    14.25
                    [DELIVERY]
        INVOICE 84998 SUBTOTAL:     1,404.50
```

||||||||||||||| BARCODE |||||||||||||||

```
        INVOICE 84997 SUBTOTAL:        11.39
        INVOICE 84998 SUBTOTAL:     1,404.50
                      SUBTOTAL:     1,415.89
                           TAX:        97.12
                   BALANCE DUE:     1,513.01
                           LCC:     1,513.01
        TOTAL DISCOUNT:                74.52
        LCC:XXXXXXXXXXXX8782 AMOUNT:1,513.01 AUTHCD:001529
        SWIPED REFID 140919 05/17/16 13:23:06
        STORE: 2355  TERMINAL: 09   05/17/16 13:24:35
        # OF ITEMS PURCHASED:              6
        EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS


                  LOWE'S DELIVERY SERVICES
                    FOR SCHEDULE CHANGES:
                PLEASE CONTACT YOUR STORE 24 HOURS
                   IN ADVANCE OF YOUR DELIVERY


                FOR DELIVERY INFORMATION, CONTACT
                NUMBER AT THE TOP OF YOUR RECEIPT.


                  THANK YOU FOR SHOPPING LOWE'S.
                 SEE REVERSE SIDE FOR RETURN POLICY.
                   STORE MANAGER:  JESSE HAHN


               WE HAVE THE LOWEST PRICES, GUARANTEED!
            IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
                       SEE STORE FOR DETAILS.



        THE FOLLOWING ITEMS HAVE EXTENDED PROTECTION PLANS
        AVAILABLE FOR PURCHASE. YOU HAVE 30 DAYS FROM THE DATE
        OF THIS SALE TO PURCHASE A PLAN. TO MAKE A PURCHASE,
        CONTACT A LOWE'S SALESPERSON.

        508954    WP 4.3-CU FT FL WASHER WFW8740DW
        591369    WP 7.3-CU FT ELEC DRYER WED8740DW
```

LOWE'S HOME CENTERS, LLC
9020 HIGHWAY 603
WAVELAND, MS 39576  (228) 463-8788

# REBATE RECEIPT
VALID FOR REBATE REQUESTS ONLY

BOSCH DISHWASHER AND INSTALL REBATE

SALE DATE:       02-17-16
LOCATION #:      2350
INVOICE #:       80622
DEPT #:          101310



**REBATE DESCRIPTION:**

PURCHASE A QUALIFYING BOSCH DISHWASHER AND PURCHASE
LOWE'S BASIC INSTALLATION - RECEIVE A REWARD IN THE
FORM OF A BOSCH VISA PREPAID CARD FOR THE PURCHASE
PRICE OF THE BASIC INSTALLATION ONLY (VALUE UP TO...

THIS SALE INCLUDES:

107204
LCC SYSTEM USE ONLY

INVOICE 80517 SUBTOTAL:

623702 WRT318FZDM              639.35
   WP 18.2-CU FT WRT318FZDM (-95548)
683190 WFE540H0ES              597.55
   WP ELEC RNG WFE540H0ES (-394306)

INVOICE 80518 SUBTOTAL:      1,236.90

227556
   BASIC LABOR OTR MICROWAVE

LABOR INV 80519 SUBTOTAL:       94.05

166196                         198.55
   WP OTR MICRO WMH31017HS

INVOICE 80520 SUBTOTAL:        198.55

105429
   BASIC LABOR DISHWASHER

LABOR INV 80521 SUBTOTAL:      122.55

```
           166196              198.55

      INVOICE 80520 SUBTOTAL:    198.55

          105429
               BASIC LABOR DISHWASHER

      LABOR INV 80521 SUBTOTAL:   122.55

          498131               683.05
               BSH DISHWASHER SHE53TF5UC
          247034                13.29
           5-FT X 3/8-IN OD SS DSHWSHR SUPLY

      INVOICE 80522 SUBTOTAL:    696.34
```

**REQUIREMENTS:**

THIS COMPLETED REBATE RECEIPT.

**OFFER DATE:  02-10-16 THRU 02-23-16**

NAME: _____

DDRESS: _____

CITY: _____

TATE: _____

ZIP: _____

PHONE: _____

E-MAIL: _____

**MAIL ALL REQUIRED INFORMATION TO:**

   DEPT 101310
   LOWE'S REBATES
   750129
   EL PASO, TX 88575-0129

**LAST POSTMARK DATE:  03-24-2016**

**OTHER TERMS AND CONDITIONS:**

LIMIT ONE BOSCH VISA PREPAID CARD PER HOUSEHOLD WITH
PROPER PROOF OF PURCHASE. PLEASE VERIFY PURCHASES
QUALIFY FOR THE ABOVE TERMS BEFORE SUBMITTING
ADDITIONAL INSTALLATION CHARGES MAY APPLY (E.G. IF
ELECTRICIAN IS REQUIRED FOR INSTALL. ALLOW 6-8 WEEKS
FOR PROCESSING.