2015   8308
Recorded in the Above
Deed  Book & Page
08-07-2015 12:46:27 PM
Timothy A Kellar
Hancock County

State of Mississippi
County of Hancock

Prepared by:   Samuel L. Tucker, Sr.          Return to:   Return to:
     Attorney                                 RESOURCE REAL ESTATE
     Post Office Box 1734                        SERVICES, LLC
     Ocean Springs, Mississippi 39566-1734      300 Red Brook Blvd.
     Phone: (228) 282-9537                      Suite 300
                                                Owings Mills, MD 21117
                                                Phone (410) 654-5550
                                                File # IGP 9337

Grantor:   Ronald Olsen            Grantee:   Wade P. Gauthreaux
    Linda Olsen                          Sheryl Gauthreaux
    10171 Logan Street                   315 Somerset Road
    Bay St Louis 39520                   Laplace LA 70068
    (228) 463-1610                       (604) 444-7578

Indexing Instructions: Lot 8, Square 301, ShorelinePark Subdivision, Unit 3, Addition 1

## WARRANTY DEED

  For and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, and

other good and valuable consideration, the receipt and sufficiency of which is hereby

acknowledged, Ronald Olsen and Linda Olsen hereby sell, convey and warrant to  Wade P.

Gauthreaux and  Sheryl Gauthreaux as joint tenants with rights of survivorship and not as tenants

2015  8309
Deed  Book & Page

in common the property situated and being in Hancock County, Mississippi,

AS DESCRIBED IN EXHIBIT A, ATTACHED

Witness my signature this __3l__ day of __July__, 2015

_Ronald Olsen_
Ronald Olsen

_Linda Olsen_
Linda Olsen

State of Mississippi
County of ~~Jackson~~ Hancock

Personally came and appeared before me, the undersigned authority, in and for the above named County and State, the within named Ronald Olsen and  Linda Olsen who acknowledged to me that they  signed and delivered the above and foregoing instrument on the day and date therein mentioned.

Given under my hand and seal of office on this the __3__ day of __July__, 2015

_Christine B Poullion_
NOTARY PUBLIC

My commission expires: __08 · 14 · 18__

STATE OF MISSISSIPPI
CHRISTINE B POULLION
NOTARY PUBLIC
ID No. 67015
My Commission Expires
August 14, 2018
HANCOCK COUNTY

Deed Book & Page

Hancock County
I certify this instrument was filed on
08-07-2015 12:46:27 PM
and recorded in Deed Book
2015 at Pages 8308 - 8310
Timothy A Kellar



The following described real property, together with all improvements thereon, located in Hancock, State of Mississippi, to-wit:

Lot 8, Square 301, Shoreline Park Subdivision, Unit 3, Addition 1, Hancock County, Mississippi, as per plat or map thereof on file in the office of the Chancery Clerk of Hancock County, Mississippi.

The improvements thereon being known as 10171 Logan Street, Bay St. Louis, Mississippi 39520

Being the same lot or parcel of ground which by Deed dated April 26, 2006 and recorded May 5, 2006 among the Land Records of Hancock County, State of Mississippi, in Liber/Book 2006, folio/page 6374, was granted and conveyed/assigned by and between Gary L. Boggs and Penelope D. Boggs, unto Ron Olsen and Linda Olsen.

**Tax ID Number: 139A-0-40-042.001**

EXHIBIT A