

1st Judicial District
Instrument 2006 5512 D -J1
Filed/Recorded 6 23 2006 10 31 A
Total Fees 12.00
1 Pages Recorded

# WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten and no/100 Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, CHERRY BARK BUILDERS, INC., a Mississippi corporation, does hereby sell, convey and warrant unto JEREMY S. JORDAN, the following land and property, lying and being situated in the County of Harrison, State of Mississippi, and more particularly described as follows, to-wit:

Lot 55, AZALEA TRACE, PHASE THREE, AMENDED, a subdivision according to the official map or plat thereof on file and of record in the Office of the Chancery Clerk of the First Judicial District of Harrison County, Mississippi, in Plat Book 46 at Page 15 thereof.

THIS CONVEYANCE is subject to any and all recorded easements, rights-of-way, minerals reservations and restrictive covenants applicable to subject property.

AD VALOREM TAXES for the current year are hereby prorated and assumed as of this date by the Grantee(s) herein.

WITNESS the signature(s) of the Grantor(s) on this the 21st day of June, 2006.

CHERRY BARK BUILDERS, INC.

By: _____
David S. Bourdette Asst. Vice President

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY appeared before me, the undersigned authority in and for said county and state, on this 21st day of June, 2006, within my jurisdiction, the within named, David S. Bourdette, who acknowledged to me that he/she is the Asst. Vice President of CHERRY BARK BUILDERS, INC., a Mississippi corporation, and that for and on behalf of said corporation and as its act and deed he/she signed and delivered the foregoing instrument of writing on the day and year therein mentioned, he/she having been first duly authorized to do so.

_____
NOTARY PUBLIC
My Commission Expires:

Grantor's Address:   P. O. Box 3657
                     Gulfport, MS  39505          (228) 539-1151
Grantee's Address:   11592 Azalea Trace
                     Gulfport, Mississippi 39503  (228) 601) 795-0553