**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | |
| ***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*** **2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON** |
| | **MAG. JUDGE WILKINSON** |

**PLAINTIFF FACT SHEET**

Name of Plaintiff:  Mark Lee & Shannon Renee Lee

Affected Property Address:  308 Italian Isle, Gautier, MS 39553

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)     11 / 17 / 2016

2.  When you took ownership of the Property, what was the name of the seller?

The Jack W. Breland Revocable Trust, UTA

1

3.  Name and address of the realtor?

N/A

4.  Name and address of the closing agent?

Halsey Cumbest, P.O. Drawer 1287, Pascagoula, MS  39568

5.  What was the price of the home when you purchased it?  $

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes   ☐ No   ☑ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
          $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

   a. _____/_____/20_____
   b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.   Discovery of Drywall

12.   Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_07___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.   Manufacturer/Seller of Drywall

13.   Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know._____

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V. Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response:** Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper. Other damages include, but are not limited to:

Financial - cost to self-remediate the property.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

   **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____
_____
_____
_____
_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

   **Response:** An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

   a. N/A _____
   b. _____
   c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

   a. ____/_____/20_____   to   ____/_____/20_____
   b. ____/_____/20_____   to   ____/_____/20_____
   c. ____/_____/20_____   to   ____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

   a. $ N/A _____
   b. $ _____
   c. $ _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A
_____

_____

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

John Douglas

32.  When did the remediation commencement date occur?

02 / 03 /20 17

33.  When did the remediation end date occur?

06 / 02 /20 17

34.  What was the scope of the remediation and the scope of the work carried out?

Confirm the location of CDW, Remove it, replace all trim, light fixtures, electrical sockets, light switches, paint all affected areas.  USA Rock was a special size, so we were able to measure and all 4 foot wide came out.

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

$150,000.00

36. Were any samples from the remediation retained?

☑ Yes   ☐ No

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes   ☐ No

38. Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes   ☐ No

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes   ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:** Please produce the following documentation concerning the remediation of the Property: Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:** Please produce the following documentation concerning the remediation of the Property: Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

8

>    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:   Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

>    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

>    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

>    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

>    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

>    **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          \_\_\_\_1-21-19_____
Signature of Plaintiff                                              Date


\_\_\_\_Mark S Lee_____
Printed Name

# Exhibit 1

# Exhibit 2

# Exhibit 3



# Exhibit 4

# Exhibit 5

# Exhibit 6













# Exhibit 7











2047-EEF-MBN Document 22689-15 Filed 04/01/20









































































































































# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

Environmental Certificate (Exhibit B)

# Exhibit B

# ENVIRONMENTAL CERTIFICATE

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: _John Douglns_

By:
(Signature) _John Dough_                     Date _4/35/18_

(Print Name) _Contractor John Dauglas_

(Print Title) _Owener_

(Print Company) _____

Affected property:   308 Italian Isle, Gautier, MS  39553

# Exhibit 13

# OWNER DISCLOSURE AFFIDAVIT

Owner name:   Mark Lee & Renee Lee

Affected Property address:   308 Italian Isle, Gautier, MS 39553

Purchase date and price of Affected Property:   11/17/16

List the manufacturers of all drywall found in the Affected Property:   Knauf

Move-out date: _____

Move-in date: _____

Storage expenses paid: _____

Moving expenses paid: _____

Utility expenses paid: _____

Alternative living expenses paid: _____

Total cost of construction paid: _____

Total claim: _____

General Contractor name and phone #: _____

Total amount paid to general contractor: _____

Affected Property air conditioned square footage: _____

Was Owner aware of the defective drywall before purchasing the Affected Property:   No.

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**                    Reused          Replaced

Owner Initial _____        Contractor Initial _____

**Kitchen countertop:**                          (Reused)        Replaced

If replaced indicate material:        Formica        Corion        Tile        Granite

**Kitchen Plumbing Fixtures:** (Faucets, sink)        (Reused)        Replaced

**Kitchen floor:**                              (Reused)        Replaced

**Appliances:**                              Reused        (Replaced) RLR

If replaced, please list appliance manufacture and model: Replaced oven, 4

exhaust hood motors, 2 water heaters RLR Replaced OVEN

---

**Bathroom cabinets:**                          (Reused)        Replaced

**Bathroom tops:**                              Reused        Replaced (ONe)

If replaced indicate material:  Formica        Cultured Marble        Tile        (Granite) Reused

**Bathroom flooring:**                          (Reused)        Replaced

**Bathroom enclosures:**                        (Reused)        Replaced

**Bathroom lighting:**                          (Reused)        (Replaced) RLR

**Bathroom Accessories** (towel bars, etc.):    (Reused)        Replaced

**Bathroom Mirrors:**                           (Reused)        Replaced

**Tub:**                                        (Reused)        Replaced

If replaced indicate master bath tub type:        Fiberglass        Steel        (Jacuzzi)

**Plumbing fixtures** (toilets, sinks):        (Reused)        Replaced

If replaced please provide description of original manufactures:

---

**Plumbing faucets:**                          (Reused)        Replaced

If replaced please provide description of original manufactures:

---

**Plumbing lines:**                          Reused        (Replaced) RLR

If replaced indicate material:        Copper        CPVC        PEX

Owner Initial                  Contractor Initial

**Base boards:** (Reused)       Replaced

**Interior doors:** (Reused)       Replaced

If replaced indicate:     Hollow core 6' 8" doors     Hollow core 8' doors     Solid core 8' doors

**Window wood molding:**     N/A    (Reused)     Replaced

**Crown molding:**     N/A    (Reused)     Replaced

If replaced please indicate original locations:

_____

_____

**Chair Rail:**     N/A    Reused     Replaced

If replaced please indicate original locations:

_____

_____

**Tile flooring:**     N/A    (Reused)     Replaced

If replaced please indicate locations of tile floors:

_____

_____

**Marble Flooring:**     N/A    (Reused)     Replaced

If replaced please indicate locations of marble floors:

_____

_____

**Wood Flooring Type:**     N/A    Wood     Pergo/float

**Wood flooring:**     N/A    Reused     Replaced

If replaced please indicate locations of wood floors:

_____

_____

**Carpet:**       Reused     (Replaced)

Owner Initial _____ Contractor Initial _____

If replaced please provide description of original manufactures: _Mohawk_

_Replaced with tile IN Master Bed Room_

_____

If replaced please indicate locations of carpet:

_Old Master or Guest Room, Craft Room, Play Room, Master, Master Closets_

**HVAC replacement:** (Ducts) _RLR_ (Coils) _RLR_ (Air handler (interior)) (Condenser(exterior)) _RLR_

**HVAC manufacturer:** _Rheem_

| | | | |
|---|---|---|---|
| **Insulation:** | | Reused | (Replaced) _RLR_ |
| **Electrical fixtures:** | | Reused | (Replaced) _RLR_ |
| **Electrical wiring:** | | Reused | (Replaced) _RLR_ |
| **Electrical fans:** | | | |

If replaced please indicate how many and which rooms:

_8 ceiling fans 1 per each room_

| | | | |
|---|---|---|---|
| **Stair rails:** | N/A | Reused | Replaced |
| **Window sills:** | | Reused | Replaced |
| If replaced indicate original material: | Wood | Marble | Drywall |
| **Alarm system:** | N/A | Reused | (Replaced) _RLR_ |
| Fire suppression system: | N/A | Reused | Replaced |
| **Intercom:** | N/A | Reused | (Replaced) _RLR_ |
| **Surround sound:** | N/A | Reused | (Replaced) _RLR_ |
| **Wall papers:** | N/A | | Replaced |
| **Interior paint:** | | | Total colors used: _____ |

Additional construction related items replaced:

_____

_____

_____

Owner Initial _JM_       Contractor Initial _RLR_

Personal items replaced:

_____

_____

_____

Items that were upgraded and deducted from construction replacement cost:

_____

_____

_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial _____   Contractor Initial _____

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____   Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 4/25/18

Homeowner Signature: _____

Subscribed and sworn to before me on

_____

Notary Public   4/25/18

My commission expires on

Date: 04/25/2018

Contractor Signature: _____

Subscribed and sworn to before me on

_____

Notary Public   4/25/18

My commission expires on

Owner Initial _____   Contractor Initial _____

403800v2
10/17/13

Page 7 of 7

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: _Mark Lee_

Property Address: _308 Italian Is/e Gautier MS,_

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | AC  4 Ton | 4,000 |
| 2 | AC  4 Ton | 4,000 |
| 3 | Oven  Kitchen Aid | 3,000 |
| 4 | All Switcher, And Sockets | 800.00 |
| 5 | 50" Plazama TV | 2,000 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |