**This instrument prepared by & return to:**
Halsey Cumbest, MS Bar No. 7949
Cumbest, Cumbest, Hunter & McCormick, PA
P.O. Drawer 1287
Pascagoula, MS 39568-1287
Telephone: 228-762-5422

Index in: **Helen Moro Claim Section
9, T8S, R6W, Jackson County, MS**

**Grantor Address:**
45 Yellow Jacket Dr.
Starkville, MS 39759
Telephone: 228-691-0177

**Grantee Address:**
**308 Italian Isle**
**Gautier, MS 39553**
Telephone: _____

STATE OF MISSISSIPPI

COUNTY OF JACKSON

## WARRANTY DEED

FOR AND IN CONSIDERATION of the price and sum of TEN AND NO/100 ($10.00)

DOLLARS, cash in hand paid and other good and valuable consideration, the receipt and sufficiency

of which is hereby acknowledged, **THE JACK W. BRELAND REVOCABLE TRUST, U.T.A.**

**dated June 16, 2010,** do hereby sell, convey and warrant unto **MARK S. LEE and wife,**

**SHANNON RENEE LEE,** as joint tenants with full rights of survivorship and not as tenants in

common, the following described tract, piece or parcel of property, located and situated in Jackson

County, Mississippi, being more particularly described as follows, to-wit:

Parcel I

That certain tract, piece or parcel of land situated Helen Moro Claim Section 9, Township 8 South, Range 6 West, in Jackson County, Mississippi, and being more particularly described as follows, to-wit:

Commencing at a concrete monument on the line dividing Township 8 South, Range 6 West, from Township 7 South, Range 6 West, 2,640 feet East of the Northwest corner of said Township 8 South, Range 6 West; which point is the first one-half-mile post on said Township line East of the Northwest Corner of said Township 8 South, Range 6 West, and is, according to the Township plat, at the Northwest corner of the James White "Confirmation" or Claim Section No. 2 and at the Northeast Corner of the Isabel Glaude "Confirmation" or Claim Section No. 3, Township 8 South, Range 6 West; thence running South 0 degrees 17 minutes West 2,640 feet; thence South 89 degrees 43 minutes East along the line dividing the James White Claim Section No. 2 from the Helen Moro Claim Section No. 9, 1,436.5 feet to a point thereon; thence South 25 degrees 48 minutes East 1,363.06 feet to a point on the East margin of a public road, where the East margin of said road is intersected by the West boundary line of the tract of land conveyed to P. H. Chestnut and Vivienne Chestnut on the 28th day of February, 1948, by A. Khorassanian, as per deed of record at Page 457-460 of Book 79 of the Record of Deeds of Jackson County, Mississippi; thence North 36 degrees 27 minutes East 28.25 feet; along the said margin of said public road, and along the Northwest boundary of said Chestnut property; thence North 71 degrees 32 minutes East, along the North boundary line of said Chestnut property and continuing along the North boundary line of the property of Warren J. Montgomery and Mary Diehl St. John Montgomery 414.95 feet to the Northeast corner of the property acquired by the Montgomery's by Special Commissioner's Deed dated the 9th day of January, 1950, and of record in Book 111, at Pages 39-41 of the Record of Deeds of Jackson County, Mississippi, the **POINT OF BEGINNING** of the property herein to be conveyed. Thence from said Point of Beginning, running North 83 degrees 26 minutes East 151.29 feet; thence South 14 degrees 03 minutes East 542.37 feet to a point on the high tide line on the shore of Mississippi Sound; thence South 68 degrees 09 minutes West along said high tide line on the shore of the Mississippi Sound 151.40 feet to the Southeast corner of said Montgomery property; thence North 14 degrees 03 minutes West along the East line of said Montgomery property 582.62 feet to the PLACE OF BEGINNING; together with all rights, privileges and appurtenances thereunto belonging, including riparian rights, in the Mississippi Sound, between the East and West line of the property here described, extended into said Sound; except however a strip of land approximately 25 feet in width, extending across the North part of the property hereby conveyed, which strip is to conform with like strip of land excepted in the conveyances of the

Chestnut and Montgomery properties lying to the West of the property here conveyed; and which strip of land is excepted so (Mrs.) Lois Welsh Castigliola, will have access for herself and future grantees or devisees to the land now owned by her to the East of the property hereby conveyed. Such strip, although in use for access, has not been dedicated as a public road, and there is no obligation on the part of the public to maintain such strip of land as a road nor is there any obligation on the part of any of the land owners using such road to perform maintenance on such strip for the benefit of the other land owners using such strip for ingress and egress.

**AND ALSO:**

Parcel II

That certain tract, piece or parcel of land situated Helen Moro Claim Section 9, Township 8 South, Range 6 West, in Jackson County, Mississippi, and being more particularly described as follows, to-wit:

Commencing at a concrete monument on the line dividing Township 8 South, Range 6 West from Township 7 South, Range 6 West, 2,640 feet East of the Northwest corner of said Township 8 South, Range 6 West, which point is the first one-half-mile post on the said Township line East of the Northwest corner of said Township 8 South, Range 6 West, and is, according to the Township plat at the Northwest corner of the James White Confirmation or Claim Section No. 2 and at the Northeast corner of the Isabel Glaude Confirmation or Claim Section No. 3, Township 8 South, Range 6 West; thence running South 0 degrees 17 minutes West 2,640 feet; thence South 89 degrees 43 minutes East along the line dividing the James White Claim Section No. 2 from the Helen Moro Claim Section No. 9, 1,436.5 feet to a point thereon; thence South 25 degrees 48 minutes East 1,363.06 feet to a point on the East margin of a public road where the East margin of said road is intersected by the West boundary line of the tract of land conveyed to P. H. Chestnut and Vivenne Chestnut on the 28th day of February, 1948 by A. Khorassanian, as per deed of record at Page 457-460 of Book 79 of the Record of Deeds of Jackson County, Mississippi; thence North 36 degrees 27 minutes East 28.25 feet, along the said margin of said public road, and along the Northwest boundary of said Chestnut property; thence North 71 degrees 32 minutes East along the North boundary line of the said Chestnut property and continuing along North boundary line of the Warren J. Montgomery and Mary Diehl St. John Montgomery 414.95 feet to the Northeast corner of the property acquired by the Montgomery's by Special Commissioner's Deed dated the 9th day of January, 1950, and of record in Book 111, at Pages 39-41, of the Record of Deeds of Jackson County, Mississippi, thence North 83 degrees 26 minutes East 151.29 feet to the **POINT OF BEGINNING** of the property herein to be conveyed; thence North 83 degrees 26 minutes East 90.27 feet; thence South 14 degrees 03 minutes East 518.23 feet to a point on the high tide line of the shore of the Mississippi Sound;

thence South 68 degrees 09 minutes West along said shore line of the Mississippi Sound 90.84 feet; thence North 14 degrees 03 minutes West a distance of 542.37 feet to the Point of Beginning; together with all rights, privileges and appurtenances thereunto belonging, including riparian rights, in the Mississippi Sound between the East and West line of the property herein described, extended into said Sound.

LESS AND EXCEPT from the above described tract of land that certain parcel conveyed to Vincent J. Castigliola and wife, Betty C. Castigliola by Deed dated June 10, 1980, recorded in Deed Book 682, Page 555-557, Land Deed Records of Jackson County, Mississippi.

LESS AND EXCEPT from the above described tract of land a fifty foot wide right-of-way reserved for future access to property to the East and West, said right-of-way described as follows, to-wit:

Commencing at the aforesaid Point of Beginning herein described, thence South 14 degrees 03 minutes East a distance of 167.00 feet to the **POINT OF BEGINNING**. Thence South 14 degrees 03 minutes East 51.31 feet; thence North 62 degrees 57 minutes East 40.0 feet; thence North 46 degrees 20 minutes East 58.7 feet; thence North 14 degrees 03 minutes West 50 feet; thence South 75 degrees 57 minutes West 13.22 feet; thence South 46 degrees 20 minutes West 64.62 feet; thence South 62 degrees 57 minutes West 21.16 feet to the Point of Beginning.

The above described property being the same as conveyed to The Jack W. Breland Revocable Trust U.T.A. dated June 16, 2010, by Warranty Deed dated August 17, 2011, recorded in Deed Book 1653, Pages 102-106, Land Deed Records of Jackson County, Mississippi.

The Certificate of Trust for the Jack W. Breland Revocable Trust dated June 16, 2010 is recorded in Deed Book 1655, Pages 552-573, Land Deed Records of Jackson County, Mississippi.

Jack W. Breland, original Trustee of the Jack W. Breland Revocable Trust is now deceased. Jack W. Breland departed this life on November 17, 2014 as shown by Certificate of Death attached hereto as Exhibit "A" and made a part hereof.

This conveyance is made subject to any and all oil, gas and other minerals in, on and under

the subject property reserved by former owners, and further made subject to any and all covenants, easements and restrictions of record, together with any and all restrictions imposed on subject property by any governmental authority including any portion of the property which may be considered wetlands.

WITNESS MY SIGNATURE, on this the _17_ day of _November_ A.D.,2016.

THE JACK W. BRELAND REVOCABLE TRUST, U.T.A. dated June 16, 2010

By: _Dorothy H Breland_

**Dorothy H. Breland, Successor Trustee**

STATE OF _MISSISSIPPI_

COUNTY OF _Lowndes_

PERSONALLY came and appeared before me, the undersigned authority in and for the jurisdiction aforementioned, the within named **Dorothy H. Breland,** who, being by me first duly sworn, acknowledged that she is the Successor Trustee of **THE JACK W. BRELAND REVOCABLE TRUST, U.T.A., dated June 16, 2010,** and that in said representative capacity, she signed, executed and delivered the above and foregoing instrument on the date therein mentioned as their own, free and voluntary act and deed and for the purpose therein stated after first having been duly authorized to do so.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, on this, the _17_ day of _Nov._ _____, 2016.

_Paula Kidder_

NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 61938
PAULA KIDDER
Commission Expires
March 17, 2017
LOWNDES COUNTY