**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFF FACT SHEET**

Name of Plaintiff: ___David Martino_____

Affected Property Address: ___245 McDonnell Blvd., F-138, Biloxi, MS  39531_____

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)          __11_ / _16_ / _2015____

2.  When you took ownership of the Property, what was the name of the seller?

Federal National Mortgage Association_____ ____

1

3.  Name and address of the realtor?

Keri Nettles, Sunset MS Realty, 2436 Pass Road, Biloxi, MS  39531

4.  Name and address of the closing agent?

Morris & Associates, 2309 Oliver Road, Monroe, LA  71201

5.  What was the price of the home when you purchased it?  $  21,000

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes   [ ] No   [ ] I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
              $  N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. _____/_____/20_____
b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          _____/_____/20__06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know._____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Financial strain caused by failing items due to corrosion.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.   If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18.   Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.   If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. 9603 15th Avenue NE, Apt. A, Seattle, WA  98115 _____

b. _____

c. _____

20.   If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. ___09__/__01__/20_16___   to   _present_/_____/20_____

b. _____/_____/20_____   to   _____/_____/20_____

c. _____/_____/20_____   to   _____/_____/20_____

21.   If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ _129,292.70_____

b. $_____

c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

   **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

   **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

   **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

   ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

   **Response:**   ☑ N/A

32. When did the remediation commencement date occur?

   **Response:**   ☑ N/A

33. When did the remediation end date occur?

   **Response:**   ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

   **Response:**   ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

   **Response:**   ☑ N/A

36. Were any samples from the remediation retained?

   **Response:**   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   **Response:**   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   **Response:**   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   **Response:**   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

8

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**<u>VERIFICATION</u>**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          _01/22/19_____
Signature of Plaintiff                                                      Date


Brittany Martino David Martino
Printed Name

# Exhibit 1





Currently it is 74.8°F and winds are from the SE @ 5.0 mph

**Tax Assessor**

Contact Us

Appeals

Calendar

County Tax Rolls

Downloads

Homestead

Links

Millage Rates

Mobile Home

Online Mapping

Personal Property

Values and Taxes

**Tax Assessor**

Contact Us

Appeals

Calendar

County Tax Rolls

Downloads

Homestead

Links

Millage Rates

Mobile Home

Online Mapping

Personal Property

Values and Taxes

HOME > ELECTED > TAXASSESSOR > LANDROLL > TAXROLLS

## Property Information Search Results

Use the print link below this record to print a borderless copy of this record

### 2017 Official Landroll Information

**MARTINO BRITTANY & DAVID**
908 55TH ST  OAKLAND, CA 94608

**Physical Street Address:**
245 MCDONNELL AVE

| Parcel #: | PPIN | Tax District | Homestead Exp. | Judicial Dist. |
|---|---|---|---|---|
| 1210G-02-019.138 | 128741 | 1B | | 2 |

| Supervisor District: | Subdivision: |
|---|---|
| 1 | MCDONNELL SQUARE CONDOS |

**Exemption Code**
Non-Exempt

| Section | Township | Range |
|---|---|---|
| 25 | 07 | 10 |

**Instrument Number(s)**
2015-0003036-D-J2, 2015-0002773-D-J2, 2015-0002556-D-J2, 2015-0002555-D-J2, 2007-0001973-D-J2, 2007-0000524-D-J2, 2005-0006189-D-J2, 1293/0001, 0124/0244

| Acres | Land Value | Improvements | Total Value | Assessed Value |
|---|---|---|---|---|
| 0 | 10000 | 24473 | 34473 | 5171 |

**Legal Description**
BUILDING "F" UNIT 138 MCDONNELL SQUARE CONDOS SEC 25-7-10

### There are 1 building description records attached to this parcel.

| Improvement 1 (Primary) | |
|---|---|
| Year Built: | 0 |
| Base Square Feet: | 739 |
| Second Floor Area: | 0 |

Please be advised that map data and imagery provided is data from 2014 and NOT year specific..

**Click Here To View Map Data of This Parcel!**

**Click Here To Print This Page** | Previous Page

---

**Search Harrison County Online!**

[              ] [Search]

**County Address and Phone Directory**

**Harrison County Judicial 1**
1801 23rd Ave
Gulfport, MS 39501

**Harrison County Judicial 2**
730 Dr. Martin Luther King, Jr. Blvd
Biloxi, MS 39530

*Follow us On* 

Currently, there are 28 people online
Harrison County Board of Supervisors
© 2002 - 2018

Judicial District 1 - 1801 23rd Ave Gulfport, MS 39501
Judicial District 2 - 730 Dr. Martin Luther King, Jr. Blvd Biloxi, MS 39530

# Exhibit 2

# Exhibit 3



# INTERIOR DRYWALL REPORT



# 245 MCDONNELL BLVD - F138
# BILOXI MS 39531

Scout Inspections LLC * 228-343-1005



<unknown>228-343-1005
www.ScoutInspections.net</unknown>

# Interior Drywall Inspection

| | |
|---|---|
| **Inspector Name:** | **Jimmy Levy** |
| **Report Number:** | **SI1083** |
| **Inspected Property Address:** | **245 Mcdonnell Blvd F138 Biloxi MS 39531** |

This inspection was completed by Scout Inspections, LLC for the sole use of the Client, unless otherwise amended or noted within. This inspection is a specialized inspection and is not to be used as a substitution for a Home Inspection.

This inspection specialized in only visually searching for suspected defective drywall installed within the interior of the home. The Inspector is not liable for reporting any defects other than those known to be caused by defective drywall installed in the home. As of the inspection date, industry standards or formal training were not available in inspection methods for detecting defective drywall installed in a building. However, due to the Inspector's location, the Inspector has been exposed to several homes with the suspected defective drywall installed. The Inspector has gained competence in the area of inspecting for defective drywall by additional in house training including, but not limited to: researching findings by government & industry experts, studies of standards issued by the American Society for Testing Materials (ASTM), training on testing techniques in controlled environments (comparing methods in homes confirmed to have the suspected defective drywall installed and homes that are confirmed to not have the suspected defective drywall installed), testing with specialized equipment, etc.

Although ASTM Standard C 36 may be identified in a report, this in itself does not identify defective drywall. As of December 1, 2004, a single ASTM international reference, ASTM C 1396/C 1396M, has replaced nine standards previously used to designate specific gypsum boards employed in commercial and residential construction. ASTM Standard C 36 was the withdrawn standard specification for Gypsum Wallboard. The new standard combined all nine wallboard applications under one standard (C 1396/C 1396M).

Scout Inspections, LLC does not perform mitigation services for homes found to have defective drywall installed, nor does Scout Inspections accept any referral fees from companies that do perform these services. The inspection is an objective observation of defects only. Scout Inspections, LLC does not have any financial interest in the property being inspected and compensation for this assignment was not based on a predetermined outcome.

Scout Inspections LLC* 228-343-1005
This confidential report prepared for the exclusive use of the client.
MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.



**228-343-1005**
**WWW.SCOUTINSPECTIONS.NET**

**INSPECTED PROPERTY ADDRESS**

    245 MCDONNELL BLVD F138 BILOXI MS 39531

**DATE OF INSPECTION**

    9:00 AM    AUGUST 19, 2016

**STYLE OF HOME**

    SINGLE UNIT CONDOMINIUM

**LOCATIONS INSPECTED**

    LIVING ROOM, KITCHEN, 2 BEDROOMS,1 FULL BATH

**PLUMBING DEFECTS OBSERVED?**

    SLIGHT DISCOLORATION TO THE COPPER PIPING
    AND CONNECTION POINTS WERE NOTED NEAR THE HOT
    WATER HEATER AND IN THE BATH AREA.

**ELECTRICAL WIRING DEFECTS OBSERVED?**

    BLACKENED DISCOLORATION TO THE COPPER WIRING WAS
    NOTED IN THE INTERIOR WALL OUTLETS AND SWITCHES.
    COPPER WIRING IN THE SUB PANEL IN THE CENTER HALL IS
    PROTECTED AND DID NOT APPEAR AFFECTED WITH MINIMAL
    DISCOLORATION

**HVAC COMPONENT DEFECTS OBSERVED?**

    THE COPPER COILS TO THE HVAC SYSTEM IN THE HALLWAY
    CEILING WERE NOT EXPOSED. EXPOSED TUBING TO THE
    HVAC SYSTEM IN THE HALLWAY CEILING HAD SLIGHT
    DISCOLORATION.

**ODOR OBSERVED?**

    A SULPHUR TYPE ODOR WAS NOTICED UPON ENTERING THE
    HOME. THE ODOR WAS MORE PREDOMINANT IN THE LIVING

SCOUT INSPECTIONS LLC* 228-343-1005
THIS CONFIDENTIAL REPORT PREPARED FOR THE EXCLUSIVE USE OF THE CLIENT.
MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.



**228-343-1005**
**www.ScoutInspections.net**

ROOM AND KITCHEN AREAS.


ADDITIONAL COMMENTS / RECOMMENDATIONS:

<h2 style="text-align:center; color:red">RESULTS POSITIVE</h2>
<h2 style="text-align:center; color:red">DEFECTIVE DRYWALL IS PRESENT IN THE HOME</h2>

THIS INSPECTION WAS COMPLETED WITH THE INSPECTOR FINDING DEFECTIVE DRYWALL IN THE HOME AT THE TIME OF INSPECTION. POSITIVE MARKINGS WERE FOUND IN THE INTERIOR WALL BETWEEN THE KITCHEN AND LIVING ROOM. "KNAUF" AND "CHINA" MARKINGS WERE FOUND AFTER EXPOSING THE INTERIOR WALLS. THESE AREAS WERE THE ONLY AREAS OF THE HOME POSITIVELY IDENTIFIED.  A SCOPING CAMERA WAS USED TO INSPECT THE INTERIOR WALLS IN OTHER AREAS OF THE HOME, HOWEVER, IDENTIFICATION COULD NOT BE DETERMINED.

SYMPTOMS OF THE FOREIGN DRYWALL WERE FOUND WITH BLACKENED DISCOLORATION OF COPPER WIRING IN THE INTERIOR OUTLETS AND SWITCHES THROUGHOUT THE HOME. SPECIAL ATTENTION WAS MADE TO OBSERVE THE COMMON SYMPTOMS PRODUCED BY THE SUSPECTED DEFECTIVE DRYWALL FOUND IN THIS AREA SUCH AS EXCESSIVE CORROSION OF COPPER FIXTURES, EXCESSIVE CORROSION OF COPPER ELECTRICAL WIRING, AND EXCESSIVE CORROSION OF COPPER COOLING SYSTEM COMPONENTS. CORROSION WAS FOUND IN ALL OF THESE AREAS, HOWEVER, COULD ALSO BE THE RESULT FROM CLIMATE AND AGING OF THE MATERIALS.

IT IS PHYSICALLY IMPOSSIBLE TO POSITIVELY IDENTIFY THE MANUFACTURER OR ORIGIN OF YOUR ENTIRE HOME'S INSTALLED DRYWALL WITHOUT A FULL DESTRUCTIVE AND INVASIVE INSPECTION. IT IS RECOMMENDED, IF POSSIBLE, TO OBTAIN A COPY OF THE ORIGINAL LIST OF BUILDING MATERIALS OR BILLS OF LADING FOR MATERIALS DELIVERED TO YOUR PROPERTY DURING ORIGINAL CONSTRUCTION OR REMODELING.



**Scout
Inspections**
228-343-1005
www.ScoutInspections.net

# Inspection Photos





Scout Inspections LLC* 228-343-1005
This confidential report prepared for the exclusive use of the client.
MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.



**228-343-1005**
**www.ScoutInspections.net**





Scout Inspections LLC* 228-343-1005
This confidential report prepared for the exclusive use of the client.
MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.



**Scout Inspections**
**228-343-1005**
WWW.ScoutInspections.net





Scout Inspections LLC* 228-343-1005
THIS CONFIDENTIAL REPORT PREPARED FOR THE EXCLUSIVE USE OF THE CLIENT.
MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.



**Scout
Inspections**
**228-343-1005**
**www.ScoutInspections.net**



Blackened Copper
Electrical Wiring



Blackened Copper
Electrical Wiring



**Scout Inspections**
228-343-1005
www.ScoutInspections.net



Blackened Copper
Electrical Wiring



Blackened Copper
Tubing to HVAC

Scout Inspections LLC* 228-343-1005
THIS CONFIDENTIAL REPORT PREPARED FOR THE EXCLUSIVE USE OF THE CLIENT.
MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.



**Scout Inspections**
**228-343-1005**
**www.ScoutInspections.net**



Blackened Copper Tubing
at Hot Water Heater



Corrosion To
Detached Accessories

Scout Inspections LLC* 228-343-1005
This confidential report prepared for the exclusive use of the client.
MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.



**228-343-1005**
**www.ScoutInspections.net**



Corrosion To
Detached Accessories

## - End Of Report -

**Scout Inspections LLC* 228-343-1005**
**This confidential report prepared for the exclusive use of the client.**
**MAY NOT BE DUPLICATED WITHOUT WRITTEN PERMISSION.**



*Thank you for the opportunity to serve you!!*

**Scout Inspections LLC**
**228-343-1005**
*The MS Gulf Coast Premier*
*Home Inspection Service*

**www.ScoutInspections.net**

# Exhibit 4

# Exhibit 5

IN RE: CHINESE MANUFACTURED DRYWALL

Martino

| Category | Description | Begin Date (if applicable) | End Date | Months | Cost or Cost/Mo | Total Amount |
|---|---|---|---|---|---|---|
| Alternative Living Expenses | Other Home | 8/1/2016 | 3/31/2017 | 8 | $ 2,541.06 | $ 20,497.88 |
| Alternative Living Expenses | Other Home | 4/1/2017 | 10/31/2017 | 7 | 985.00 | 6,993.50 |
| Alternative Living Expenses | Other Home | 11/1/2017 | 5/7/2018 | 6 | 1,500.00 | 9,350.00 |
| Alternative Living Expenses | Other Home | 5/8/2017 | 12/31/2018 | 20 | 2,250.00 | 45,150.00 |
| Alternative Living Expenses | Other Home (Moving/Storage) | | 3/30/2017 | | 5,924.18 | 5,924.18 |
| Alternative Living Expenses | Other Home (Moving/Storage) | | 11/6/2017 | | 1,481.42 | 1,481.42 |
| Alternative Living Expenses | Other Home (Moving/Storage) | | 5/6/2018 | | 1,497.77 | 1,497.77 |
| HOA | HOA | 8/1/2016 | 9/30/2017 | 14 | 250.00 | 3,541.67 |
| HOA | HOA | 10/1/2017 | 12/31/2018 | 15 | 200.00 | 2,973.33 |
| Utilities for condo | Utilities (Actual) | 12/1/2015 | 6/28/2018 | | 1,277.75 | 2,973.33 |
| Utilities for condo | Utilities (Estimated) | 7/1/2018 | 12/31/2018 | | 255.55 | 2,973.33 |
| Travel to CDW Home | Hotel/Airbnb/VRBO | 4/9/2018 | 4/13/2018 | | 253.76 | 253.76 |
| Travel to CDW Home | Hotel/Airbnb/VRBO | 10/11/2017 | 10/17/2017 | | 973.28 | 973.28 |
| Travel to CDW Home | Hotel/Airbnb/VRBO | 4/3/2018 | 4/7/2018 | | 877.00 | 877.00 |
| Travel to CDW Home | Hotel/Airbnb/VRBO | 1/17/2017 | 1/23/2017 | | 500.00 | 500.00 |
| Travel to CDW Home | Flight | 4/3/2018 | 4/13/2018 | | 499.92 | 499.92 |
| Travel to CDW Home | Flight | 10/11/2017 | 10/17/2017 | | 454.08 | 454.08 |
| Travel to CDW Home | Flight | 1/17/2017 | 1/23/2017 | | 758.00 | 758.00 |
| Travel to CDW Home | Loss of Pay | 4/3/2018 | 4/12/2018 | | 7,360.00 | 7,360.00 |
| Travel to CDW Home | Loss of Pay | 10/11/2017 | 10/17/2017 | | 5,520.00 | 5,520.00 |
| Travel to CDW Home | Loss of Pay | 1/17/2017 | 1/23/2017 | | 2,307.69 | 2,307.69 |
| Travel to CDW Home | Rental Car | 4/3/2018 | 4/12/2018 | | 219.14 | 219.14 |
| Travel to CDW Home | Rental Car | 10/11/2017 | 10/17/2017 | | 290.78 | 290.78 |
| Travel to CDW Home | Rental Car | 1/17/2017 | 1/23/2017 | | 182.84 | 182.84 |
| Taxes | Taxes | 8/1/2016 | 5/31/2018 | | 1,390.32 | 1,390.32 |
| Upgrades/Repairs | Carpet quote | | 12/10/2015 | | 37.45 | 37.45 |
| Upgrades/Repairs | Dehumidifier, key box, shower rod | | 11/22/2015 | | 333.75 | 333.75 |
| Upgrades/Repairs | Home Depot Misc | | 11/22/2015 | | 9.61 | 9.61 |
| Upgrades/Repairs | Carpet | | 3/11/2018 | | 1,287.49 | 1,287.49 |
| Upgrades/Repairs | Oven | | 11/20/2015 | | 418.50 | 418.50 |
| Upgrades/Repairs | HVAC | | 11/28/2015 | | 941.66 | 941.66 |
| Upgrades/Repairs | Water Heater | | 11/18/2015 | | 498.95 | 498.95 |
| Upgrades/Repairs | Handyman (baseboards and trim) Ck 536 | 2/26/2016 | 3/1/2016 | | 324.65 | 324.65 |
| Upgrades/Repairs | Remodel/Cleaning Supplies | | 11/20/2015 | | 162.71 | 162.71 |
| Upgrades/Repairs | Paint and Remodel Supplies | | 11/22/2015 | | 334.71 | 334.71 |
| | | | | | Total $ | 129,292.70 |

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff:  Brittany and David Martino

Property Address:  245 McDonnell Ave F138 Biloxi, MS 39531

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Dehumidifier | $333.75 |
| 2 | Oven | $418.50 |
| 3 | HVAC | $941.66 |
| 4 | Water Heater | $498.95 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|---|---|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 2,192.86