

SCANNED

1st Judicial District
Instrument 2017  1454 D – J1
Filed/Recorded  3/ 9/2017  10:40 A
Total Fees $       12.00
3 Pages Recorded

Prepared by & return to:
Jordan R. Mathews, Esq.
Schwartz, Orgler & Jordan, PLLC
P O Box 4682
Biloxi MS 39535
228-388-7441
MSB # 105210
jordan@sojlaw.net



Index: Lot 3, St. Martin South, Phase One (1)

STATE OF MISSISSIPPI
COUNTY OF HARRISON

## DEED IN LIEU OF FORECLOSURE

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, the undersigned,

Jimmy Le and Hang Le,

3 Laudeac Court, Pass Christian, MS 39571

(228)343-3496

do hereby sell, convey and warrant unto

Dung H. Nguyen and wife, Hang Nguyen,

131 Destiny Oaks Drive, Long Beech, MS 39560

(228)229-7229,

as joint tenants with rights of survivorship and not as tenants in common, the following described land and property being located in the First Judicial District of Harrison County, Mississippi, together with all structures and improvements thereon, all fixtures therein or thereto and all privileges, easements and appurtenances pertaining thereto, including all of Grantors' right, title and interest in and to any adjacent or adjoining streets, alleys, or rights-of-ways and any strips or gores, being more particularly described as follows, to-wit:

Lot Three (3), St. Martin South, Phase One (1), a subdivision according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of the First Judicial District of Harrison County, Mississippi, in Plat Book 43 at Page 19 thereof, reference to which is hereby made in aid of and as a part of this description.

THIS CONVEYANCE is subject to any and all recorded restrictive covenants, rights-of-way and easements applicable to subject property, and subject to any and all prior recorded reservations, conveyances and leases of oil, gas and minerals by previous owners. TAXES for the current year are hereby assumed by the Grantees herein.

The Grantors further acknowledge that the execution and delivery of this Deed to the Grantees does not cancel the underlying promissory notes or any guaranty agreement in favor of Dung H. Nguyen and wife, Hang Nguyen, which all survive the delivery and recordation of this instrument. Dung H. Nguyen and wife, Hang Nguyen's Agreement to accept this deed in lieu of its rights to foreclosure under said Deed of Trust is predicated and conditioned upon the warrant and representations of Jimmy Le and Hang Le that there are no other liens, conveyances, mortgages or other interest in the property which prevent this Deed from conveying fee simple title to the Grantees. In the event of the breach of these warranties and representations, Dung H. Nguyen and wife, Hang Nguyen, or their successors or assigns retain all right to foreclose upon their Deed of Trust.

All parties acknowledge that the consideration set forth herein is equal to and represents the fair market value of the Real property and includes the fair and reasonable value of the Grantors' interest therein. This Deed is executed voluntarily and not as a result of duress or threats of any kind and is bona fide and not given to hinder, delay or defraud the rights of creditors or contravene the bankruptcy laws of the United States. This deed is not given as security for the payment or repayment of any monies or as a security of any kind or nature.

The actual possession of the Real Property herein conveyed has been surrendered and delivered to the Grantees. The Grantors intend by this Deed to vest the Grantees with absolute and unconditional title to the Real Property, and to forever stop and bar the Grantors, their successors and/or assigns or anyone else claiming through them either in law or in equity or in possession or in expectancy in and to the Real Property or any part thereof.

WITNESS THE SIGNATURE of the undersigned on this the 17th day of February, 2017.

BY: _____
Jimmy Le

BY: _____
Hang Le

STATE OF MISSISSIPPI

COUNTY OF HARRISON

THIS DAY PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Jimmy Le and Hang Le, who acknowledged that the above and foregoing instrument was signed, executed, and delivered as the free and voluntary act and deed of the Grantors on the day and in the year therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, this February 17, 2017.

NOTARY PUBLIC

My Commission Expires:

