*Attachment #2*

*Transfered to daughter 5/22/06 —*

SCANNED

1

Prepared by & Return To:
Schwartz, Orgler & Jordan, PLLC
PO Box 4682
Biloxi, MS 39535
228-38■-7441
File #B■0435

STATE OF MISSISSIPPI

COUNTY OF Harrison



2nd Judicial District
Instrument  2006  1758 D  J2
Filed/Recorded  5 26 2006  3 22 P
Total Fees  12.00
2 Pages Recorded

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, the undersigned, RONALD BOGARD and wife, SUSAN BOGARD, 451 Linda Lane, Biloxi, MS 39531, (228) 860-4908, do hereby sell, convey and warrant unto JASON R SCHOERNER and wife, RACHEL RENEE SCHOERNER, 451 Linda Lane, Biloxi, MS 39531, (228) 860-7421 joint tenants with rights of survivorship in either and not as tenants in common, the following described land and property being located in the Second Judicial District of Harrison County, Mississippi, being more particularly described as follows, to-wit:

>Lot Two (2) of the Second Addition to WHISPERING OAKS SUBDIVISION, a subdivision according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 11 at page 49 thereof, reference to which is hereby made in aid of and as a part of this description.

THIS CONVEYANCE is subject to any and all recorded restrictive covenants, rights-of-way and easements applicable to subject property, and subject to any and all prior recorded reservations, conveyances and leases of oil, gas and minerals by previous owners.

TAXES for the current year have been pro-rated as of this date and are hereby assumed by the Grantees herein.



EXHIBIT
4

2

WITNESS OUR SIGNATURES, on this the 22nd day of May, 2006.

*Ronald Bogard*
RONALD BOGARD

*Susan Bogard*
SUSAN BOGARD


STATE OF MISSISSIPPI

COUNTY OF Harrison

THIS DAY PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, RONALD BOGARD and wife, SUSAN BOGARD, who acknowledged that the above and foregoing instrument was signed and delivered as the free and voluntary act and deed of the Grantors on the day and in the year therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, this the 22nd day of May, 2006.

*Pamela J. Nicaise*
NOTARY PUBLIC

My Commission Expires:
March 2, 2008

02/07/2012

BancorpSouth
2909 13th Street
Gulfport, MS 39501

2012 Appraisal
(Attach #3)

RE:   Rachel Renee Bogard Schoerner
      451 Linda Drive
      Biloxi, MS 39531-2334
File No.   BXS/SCHOERNERR451
Case No.

Dear CLIENT,

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at:

### 451 Linda Drive, Biloxi, MS 39531-2334

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of  02/07/2012 is:

$   450,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist you. If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature: _Camille Thomas_

CAMILLE THOMAS
STATE CERTIFIED APPRAISER, RA 655

2014 Appraisal (attach #3)

# Uniform Residential Appraisal Report

LindaDr14089
LindaDr14089
File # LindaDr14089

There are **2** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **385,000** to $ **475,000**
There are **4** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **350,000** to $ **422,000**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 451 Linda Drive, Biloxi, MS 39531-2334 | 452 Linda Drive, Biloxi, MS 39531-2334 | | 10013 Shady Place, Biloxi, MS 39532 | | 420 Chablis LN, Biloxi, MS 39531-2334 | |
| Proximity to Subject | | 0.04 miles E | | 2.75 miles NW | | 0.81 miles W | |
| Sale Price | $ 0 | | $ 390,000 | | $ 422,000 | | $ 350,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 115.32 sq.ft. | | $ 142.71 sq.ft. | | $ 118.24 sq.ft. | |
| Data Source(s) | | MLS;DOM 87 | | MLS;DOM 102 | | MLS;DOM 226 | |
| Verification Source(s) | | MLS#265539, seller | | MLS#263331, Broker | | MLS#264033, Broker | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Cash;0 | |
| Date of Sale/Time | | s09/13;c07/13 | | s07/13;c06/13 | | s12/13;c10/13 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 15238 sf | 16414 sf | 0 | 16975 sf | 0 | 12600 sf | +5,000 |
| View | B;Wtr; | N;Res; | +45,000 | B;Wtr; | +15,000 | N;Res; | +45,000 |
| Design (Style) | DT1.0;Ranch | DT1.0;Ranch | | DT1.0;Ranch | | DT1.0;Ranch | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 19 | ~17 | 0 | ~13 | 0 | ~9 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count | Total 8 / Bdrms 3 / Baths 2.1 | Total 10 / Bdrms 3 / Baths 2.0 | +2,500 | Total 8 / Bdrms 4 / Baths 2.1 | -4,000 | Total 9 / Bdrms 4 / Baths 3.1 | -4,000 |
| Gross Living Area | 3,209 sq.ft. | 3,382 sq.ft. | -6,900 | 2,957 sq.ft. | +10,100 | 2,960 sq.ft. | -5,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | +10,000 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Windows,doors | Windows,doors | | Windows,doors | | Windows,doors | |
| Garage/Carport | 2gbi4dw | 2ga4dw | 0 | 2gbi4dw | | 2ga4dw | 0 |
| Porch/Patio/Deck | Porches,deck | Porch,patio,deck | 0 | Porches,deck | 0 | Porch, patio | +3,500 |
| Fireplace, etc. | F/P, sec.system | F/P, sec.system | | Sec.system | +1,500 | F/P, sec.system | |
| Fence, etc. | Fence,dock | Fence | +10,000 | Pool,f/p, kit. | -15,000 | Fence | +10,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 50,600 | ☒ + ☐ - | $ 7,600 | ☒ + ☐ - | $ 64,500 |
| Adjusted Sale Price of Comparables | | Net Adj. 13 % Gross Adj. 17 % | $ 440,600 | Net Adj. 2 % Gross Adj. 11 % | $ 429,600 | Net Adj. 18 % Gross Adj. 24 % | $ 414,500 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS | MLS | MLS | MLS |
| Effective Date of Data Source(s) | 04/05/2014 | 04/05/2014 | 04/05/2014 | 04/05/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales
I found no prior sale of the subject home in the past 36 months and no other prior sale of any of the 3 comparables in the past 12 months.

Summary of Sales Comparison Approach
My search for sales as large as the subject and also waterfront, resulted in only 1 waterfront sale, and 2 sales in the same area, with interior lots. There were no sales of waterfront homes in the general value range of the subject in the last 12 months. Sale #3 had a smaller site, and all 3 sales had inferior site values. Sale #2 had a slightly inferior valued site. All 3 sales were equal in quality and condition. All 3 sales differed in living area, two of the 3 had 4 bedrooms, and 2 required bathroom adjustments. Sale #3 had less porch, etc. area. sale #2 had no fireplace(inside the home)sales #1 and #3 had only a fence, and sale #2 had a pool, outside fireplace, and a kitchen at the pool. Sale #1 was located across the street from the subject and was considered the best sale despite not being on a canal lot. Consideration was given to all 3 sales.

Indicated Value by Sales Comparison Approach $ 420,000

Indicated Value by: Sales Comparison Approach $ 420,000    Cost Approach (if developed) $ 432,153    Income Approach (if developed) $ 0
The sales comparison approach was given most weight, and the income approach was not considered applicable. The cost approach was given almost no weight.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **420,000** , as of **04/05/2014** , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70  March 2005    UAD Version 9/2011    Page 2 of 6    Fannie Mae Form 1004  March 2005
AI Ready

Case 2:09-md-02047-EEF-MBN   Document 22689-24   Filed 04/01/20   Page 5 of 5

(Attach #5)

## SELLER'S COUNTER OFFER # 1

*This form is provided as a courtesy to the parties only. It is not required to be used in this transaction and may not fit the needs, goals and purpose of the parties. The Mississippi Association of REALTORS® makes no statement or warranty as to this form, its contents or use, and the parties, by their use of this form, acknowledge said facts and agree that neither the Mississippi Association of REALTORS® nor any member thereof shall be liable to any party or person for its contents or use. If any party to this transaction does not fully understand it, or has any question, the party should seek advice from a competent legal professional before signing.*

1  The offer to purchase the real property commonly known as:
2  451 Linda Drive, Biloxi, 39531
3
4  made by and between _____ David Houser _____ Buyer(s)
5  and _____ Ronald Ray Bogard, Leslie Susan Bogard _____ Seller(s)
6  dated _____ December 5, 2015 _____, is not acceptable in its present form but the following counter offer is hereby submitted:
7  (1) Purchase Price to be $335,000.
8  (2) Seller to choose closing attorney.
9
10
11
12
13
14  * Rejected due to Chinese Dry Wall *
15
16
17  OTHER TERMS: All other terms shall remain the same.
18  EXPIRATION: This counter offer shall expire unless a copy thereof with Buyer's written acceptance is delivered to Seller or its
19  agent by: _____ December 8, 2015 _____ (date).
20  Signed this the 5th day of December, 2015, at 4:05 ☐ a.m. ☒ p.m., and a copy hereof received:
21  SELLER *Ronald Ray Bogard*   SELLER *Leslie Susan Bogard*
22  A copy of this Counter Offer # ____ has been received this the ____ day of ____, at ____ ☐ a.m. ☐ p.m.
23  BUYER _____   BUYER _____

24  The foregoing Counter Offer # ____ is accepted this the ____ day of ____, ____, at ____ ☐ a.m.
25  ☐ p.m., and a copy hereof received:
26  BUYER _____   BUYER _____
27  A copy of this *acceptance* has been received this the ____ day of ____, at ____ ☐ a.m. ☐ p.m.
28  SELLER _____   SELLER _____

29  The Buyers have countered this Counter Offer subject to the terms of the attached Buyer's Counter Offer # ____ this the ____
30  day of ____, ____, at ____ ☐ a.m. ☐ p.m., and a copy hereof received:
31  BUYER _____   BUYER _____

32  The Buyers have rejected this Counter Offer and make no counter offer this the 8 day of December, 2015, at
33  ____ ☐ a.m. ☐ p.m., and a copy hereof received:
34  BUYER *[signature]*   BUYER _____
35  A copy of this *rejection* has been received this ____ day of ____, at ____ ☐ a.m. ☐ p.m.
36  SELLER _____   SELLER _____



Copyright ©2010 by Mississippi Association of REALTORS®
F14 Seller's Counter Offer

Rev. Date 2/2010