Lot 121 in Part II of the Replat of Sweetbriar S/D

STATE OF MISSISSIPPI

COUNTY OF JACKSON

EXHIBIT 2

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten and no/100 Dollars ($10.00), cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged, the undersigned,

**FAMILY RETIREMENT INVESTMENT GROUP, LLC,**
a Mississippi limited liability company,

does hereby sell, convey and warrant unto

THE VAN TRAN,

the following described real property, together with all improvements thereon, located in Jackson County, State of Mississippi, , to-wit:

*Lot 121 in Part II of the Replat of Sweetbriar Subdivision, as per map or plat thereof on file and of record in Plat Book 15 at Page 16 of the Land Plat Records of Jackson County, Mississippi.*

This conveyance is subject to all restrictions, reservations and easements affecting said property on file and of record in the Office of the Chancery Clerk of Jackson County, Mississippi, .

Ad valorem taxes for the year 2006 have been prorated between the parties hereto and the obligation to pay same is assumed by the Grantee herein, who will pay same when due.

WITNESS my signature on this the 20th day of September, 2006.

FAMILY RETIREMENT INVESTMENT GROUP, LLC, a Mississippi limited liability company

By: _____
Kevin D. Shaughnessy, Member

By: _____
Mark Wells, Member

in and for the aforesaid jurisdiction, within my jurisdiction, the within named Kevin D. Shaughnessy and Mark Wells, who acknowledged that they are Members of FAMILY RETIREMENT INVESTMENT GROUP, LLC, a Mississippi Limited Liability Company, and that for and on behalf of said limited liability company, and as its act and deed they executed the above and foregoing instrument, after first having been duly authorized by said limited liability company so to do.

GIVEN UNDER MY HAND, and official seal of office, this 20th day of September, 2006.

*Tracy Jo Hill*
NOTARY PUBLIC

My Commission Expires:

(SEAL)

Commission Expires: June 11, 2010

Grantor/Grantors' Address:

2021 Bayside Drive
Biloxi, MS 39532
(228)385-7303

Grantee/Grantees' Address:

6628 Rose Farm Road
Ocean Springs, MS 39564
(228)257-9247

PREPARED BY & RETURN TO:

PAGE, MANNINO, PERESICH &
MCDERMOTT, P.L.L.C.
759 VIEUX MARCHE MALL
BILOXI, MS 39533
(228) 374-2100

35313