UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by 1329 Gum, Jackson Land Trust; Richard Calevro; Mary Sue Caranna; William Foreman; Candace Forzard and David Fozard; Wade Gauthreaux and Sheryl Gauthreaux; Jeremy Jordan; Mark Lee and Shannon Renee Lee; David Martino and Brittany Martino; Billy McCullar, Peggy A. McCuller, and Andree McCuller; Dung Nguyen; Peter Robinson; Rachel Schoerner; and The Van Tran and Chin Thi Nguyen (collectively "Plaintiffs"):

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

1

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

6. The Plaintiffs each completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

7. 1329 Gum, Jackson Land Trust is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 1329 Gum Street, Ocean Springs, MS (the "Gum Property").[1] 1329 Gum, Jackson Land Trust alleges that Chinese drywall was installed in the Gum Property in 2006,[2] prior to the date 1329 Gum, Jackson Land Trust subsequently purchased the Gum Property on June 1, 2007.[3]

8. Richard Calevro is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 5040 Georgia St., Bay St. Louis, MS (the "Calevro Property").[4] Susyn Cain, the owner of the Calevro Property prior to Calevro, alleges that Chinese drywall was installed in the Calevro

---

[1] See Exhibit Gum A: SPPF.
[2] *Id.*, Gum SPPF at 2.
[3] See Exhibit Gum B: Deed.
[4] See R. Doc. 22334.

Property on January 31, 2006.[5] Calevro purchased the Calevro Property on January 31, 2009.[6]

9. Mary Sue Caranna is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 224 Pinewood Drive, Pass Christian, MS (the "Caranna Property").[7] Mary Sue Caranna alleges that Chinese drywall was installed in the Caranna Property in 2006,[8] prior to the date Mary Sue Caranna subsequently purchased the Caranna Property on August 13, 2014.[9]

10. William ("Billy") Foreman is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 7514 Pinehurst Court, Diamondhead, MS (the "Foreman Property").[10] Foreman alleges that Chinese drywall was installed in the Foreman Property in 2006,[11] prior to the date Foreman subsequently purchased the Foreman Property on July 20, 2010.[12]

11. Candace and David Fozard are a plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at

---

[5] Exhibit Calevro A: Cain SPPF at 2.
[6] Exhibit Calevro B: Deed.
[7] See Exhibit Caranna A: SPPF.
[8] *Id.*, Caranna SPPF at 2.
[9] *Id.*
[10] See Exhibit Forman A: SPPF.
[11] *Id.*, Forman SPPF at 2.
[12] See Exhibit Forman B: Deed.

3

72685 Diamondhead Drive, Diamondhead, MS (the "Fozard Property").[13] The Fozards allege that Chinese drywall was installed in the Fozard Property in 2006,[14] prior to the date the Forzards subsequently purchased the Fozard Property on March 19, 2015.[15]

12. Wade Gauthreaux and Sheryl Gauthreaux are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 10171 Lagan Street, Bay St. Louis, MS (the "Gauthreaux Property").[16] The Gauthreauxs allege that Chinese drywall was installed in the Gauthreaux Property in 2006,[17] prior to the date the Gauthreauxs subsequently purchased the Gauthreaux Property on July 31, 2015.[18]

13. Jeremy Jordan is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 11592 Azalea Trace, Gulfport, MS (the "Jordan Property").[19] Jordan alleges that Chinese drywall was installed in the Jordan Property in 2006,[20] and Jordan purchased the Jordan Property on June 21, 2006.[21]

14. Mark Lee and Shannon Renee Lee are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT

---

[13] See Exhibit Fozard A: SPPF.
[14] *Id.*, Fozard SPPF at 2.
[15] See Exhibit Fozard B: Deed.
[16] See Exhibit Gauthreaux A: SPPF.
[17] *Id.*, Gauthreaux SPPF at 2.
[18] See Exhibit Gauthreaux B: Deed.
[19] See Exhibit Jordan A: SPPF.
[20] *Id.*, Jordan SPPF at 2.
[21] See Exhibit Jordan B: Deed.

regarding the alleged presence of defective Chinese drywall installed in the property located at 308 Italian Isle, Gautier, MS (the "Lee Property").[22] The Lees allege that Chinese drywall was installed in the Lee Property in 2006,[23] prior to the date the Lees subsequently purchased the Lee Property on November 17, 2016.[24]

15. David Martino and Brittany Martino are plaintiffs listed in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 245 McDonnell Blvd., F-138, Biloxi, MS (the "Martino Property").[25] The Martinos alleges that Chinese drywall was installed in the Martino Property in 2006,[26] prior to the date the Martinos subsequently purchased the Martino Property on November 16, 2015.[27]

16. Billy McCullar, Peggy A. McCuller, and Andree McCuller are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 603 East Second Street, Pass Christian, MS (the "McCullar Property").[28] The McCullars allege that Chinese drywall was installed in the McCullar Property in 2006,[29] prior to the date the McCullars subsequently purchased the McCullar Property on July 22, 2011.[30]

---

[22] See Exhibit Lee A: SPPF.
[23] *Id.*, Lee SPPF at 2.
[24] See Exhibit Lee B: Deed.
[25] See Exhibit Martino A: SPPF.
[26] *Id.*, Martino PFS at 3.
[27] *Id.*
[28] See Exhibit McCullar A: SPPF.
[29] *Id.*, McCullar SPPF at 2.
[30] See Exhibit McCullar B: Deed.

17. Dung Nguyen is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 3 Laudeac Court, Long Beach, MS (the "Nguyen Property").[31] Nguyen alleges that Chinese drywall was installed in the Nguyen Property on April 15, 2006,[32] prior to the date Nguyen subsequently purchased the Nguyen Property on October 15, 2006.[33]

18. Peter Robinson is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 131 Sea Oaks Drive, Long Beach, MS (the "Robinson Property").[34] Robinson alleges that Chinese drywall was installed in the Robinson Property in 2006,[35] prior to the date Robinson subsequently purchased the Robinson Property on October 27, 2013.[36]

19. Rachel Schoerner is a plaintiff listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 451 Linda Drive, Biloxi, MS (the "Schoerner Property").[37] Schoerner alleges that Chinese drywall was installed in the Schoerner Property in 2006,[38] and Schoerner purchased the Schoerner Property on May 22, 2006.[39] Ronald and Leslie Bogard, the owners prior

---

[31] See Exhibit Nguyen A: SPPF.
[32] *Id.*, Nguyen SPPF at 2.
[33] See Exhibit Nguyen B: Deed.
[34] See Exhibit Robinson A: SPPF.
[35] *Id.*, Robinson SPPF at 2.
[36] *Id.*
[37] See Exhibit Schoerner A: SPPF.
[38] *Id.*, Schoerner SPPF at 2.
[39] See Exhibit Schoerner B: Deed.

to Schoerner, allege that Chinese drywall was installed in the Schoerner Property on February 14, 2006.[40]

20. The Van Tran and Chin Thi Nguyen are plaintiffs listed in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the property located at 12912 Rosemont Street, Ocean Springs, MS (the "Van Tran Property").[41] The Van Tran and Chin Thi Nguyen allege that Chinese drywall was installed in the Van Tran Property in 2006,[42] and The Van Tran and Chin Thi Nguyen purchased the Van Tran Property on September 31, 2006.[43]

21. Plaintiffs each purchased their respective Property after the alleged defective drywall was installed in the Property. In Plaintiffs' respective deeds, Plaintiffs were not assigned or subrogated to any of the prior owners' rights, and no evidence of an assignment or subrogation has been presented.[44]

---

[40] Exhibit Schoerner C, Bogard SPPF at 2.
[41] See Exhibit Van Tran A: SPPF.
[42] *Id.*, Van Tran SPPF at 2.
[43] See Exhibit Van Tran B: Deed.
[44] See Deeds. (Deeds for Caranna, the Martinos, and Robinson were not provided. However, no evidence of an assignment or subrogation has been presented.)

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:      504.556.5549
Facsimile:       504.310.0279
Email:             kmiller@fishmanhaygood.com

***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**