**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| ***Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*** | |
| **Case No. 14:cv-2722** | **MAGISTRATE JOSEPH WILKINSON, JR.** |

<u>**PROPOSED ORDER**</u>

Considering Defendants', Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), Motion for Summary Judgment on Claims Asserted by 1329 Gum, Jackson Land Trust; Richard Calevro; Mary Sue Caranna; William Foreman; Candace Forzard and David Fozard; Wade Gauthreaux and Sheryl Gauthreaux; Jeremy Jordan; Mark Lee and Shannon Renee Lee; David Martino and Brittany Martino; Billy McCullar, Peggy A. McCuller, and Andree McCuller; Dung Nguyen; Peter Robinson; Rachel Schoerner; and The Van Tran and Chin Thi Nguyen against them in Plaintiffs' Fifth Amended Class Action Complaint;

**IT IS HEREBY ORDERED** that the Knauf Defendants' Motion is GRANTED and the claims of 1329 Gum, Jackson Land Trust; Richard Calevro; Mary Sue Caranna; William Foreman; Candace Forzard and David Fozard; Wade Gauthreaux and Sheryl Gauthreaux; Jeremy Jordan; Mark Lee and Shannon Renee Lee; David Martino and Brittany Martino; Billy McCullar, Peggy A. McCuller, and Andree McCuller; Dung Nguyen; Peter Robinson; Rachel Schoerner; and The Van Tran and Chin Thi Nguyen are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**