UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** <br><br> **SECTION "L"** |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> **Case No. 14-cv-2722** | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE JOSEPH WILKINSON, JR.** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring the foregoing Omnibus Motion for for Summary Judgment on Claims Asserted by 1329 Gum, Jackson Land Trust; Richard Calevro; Mary Sue Caranna; William Foreman; Candace Forzard And David Fozard; Wade Gauthreaux And Sheryl Gauthreaux; Jeremy Jordan Mark Lee And Shannon Renee Lee; David Martino And Brittany Martino; Billy Mccullar, Peggy A. Mcculler, And Andree Mcculler; Dung Nguyen; Peter Robinson; Rachel Schoerner; and The Van Tran And Chin Thi Nguyen before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 15th day of April, 2020, beginning at 9:00 o'clock a.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.556.5549
Facsimile: 504.310.0275
Email: kmiller@fishmanhaygood.com
***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**