# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**OMNIBUS MOTION FOR PARTIAL SUMMARY JUDGMENT OF CLAIMS ASSERTED BY JACKELYN AQUIRRE O.B.O. HOME AND LAND, INC., HOAN BAO AND HAHN TRAN, STEVE BINNS BHOLONATH DHUME AND PRABHA DHUME, SANTIAGO GUZMAN/SKYLINE GLASS LLC, MICHAEL A. CHEDESTER AND BECKY CHEDESTER, TOBI BUTCHER AND KEN BUTCHER, JASON HALLMARK AND KATIE HALLMARK, LESLIE PORCIUNCULA AND OLIVIA PORCIUNCULA DAVE BALDWIN AND KAREN BALDWIN, KARINA MARTINEZ, AND <u>EDWARD BALL AND MARGOT GRAVE</u>**

**NOW INTO COURT,** through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who file this Omnibus Motion for Summary Judgment on Claims Asserted by Jackelyn Aquirre o.b.o. Home and Land, Inc., Hoan Bao and Hahn Tran, Steve Binns Bholonath Dhume and Prabha Dhume, Santiago Guzman/Skyline Glass LLC, Michael A. Chedester and Becky Chedester, Tobi Butcher and Ken Butcher, Jason Hallmark and Katie Hallmark, Leslie Porciuncula and Olivia Porciuncula Dave Baldwin and Karen Baldwin, Karina Martinez, and Edward Ball and Margot Grave.

For the reasons set forth more fully in the attached Memorandum in Support, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Omnibus Motion for Partial Summary Judgment should be granted.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:	504.556.5549
Facsimile:	504.310.0279
Email:	kmiller@fishmanhaygood.com

*Counsel for Defendant,*
*The Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 1st day of April, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**