**In the Matter Of:**

In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS

14-cv-2722

**JACKELYN AQUIRRE**

*July 31, 2019*

EXHIBIT
AQUIRRE
B





800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1       A.   Probably if I tried to search, I do, but I
 2   don't remember.  I don't know.  I didn't check.
 3       Q.   Have you ever lived on the property?
 4       A.   No.
 5       Q.   Do you still own the property?
 6       A.   Yes, we own it.
 7       Q.   Has anyone lived on the property during
 8   your ownership?
 9       A.   No.
10       Q.   Have you ever tried to lease the property?
11       A.   No.  I had received offers of people that
12   they want to rent because the neighbor say, oh, you
13   have this vacant, can we rent it.  But no, we don't
14   want to do that because of this situation because if
15   no, we rent it.
16       Q.   Can you explain that a little bit more?
17       A.   Because since we found out that it was,
18   that it's defective drywall, and I know that -- I
19   heard of the conditions of that can affect the
20   health of the people, I don't want to be having
21   problems.
22       Q.   Have you considered renting it at a lower
23   rate to people?
24       A.   I will not do that.
25       Q.   The people that have been interested in
```



```
 1         that per year or is that total?
 2              MR. DOYLE:  She is going to ask you
 3         questions.  Just answer her questions.
 4              THE WITNESS:  Okay.
 5   BY MS. JOHNSON:
 6         Q.   You're asking a question about the
 7   $70,000?
 8         A.   Yes.
 9         Q.   I should ask you.  Is that per year or is
10   that total?
11         A.   No, because I'm calculating now roughly.
12   Maybe it's a little short, if it's for all this
13   time.
14         Q.   You could pull the receipts and get an
15   exact value?
16         A.   Uh-huh.
17         Q.   Did you ever intend to live on this
18   property?
19         A.   No.
20         Q.   The purpose was just to rent it?  Yes?
21         A.   Yes, to rent it.
22         Q.   How many properties are you currently
23   renting out?
24         A.   Renting.  This is not through Home and
25   Land.  You want to know through Home and Land or
```



```
 1   through my name, because it's different?
 2        Q.   Through both.
 3        A.   Through both?
 4        Q.   How many for each?
 5        A.   Home and Land one, and for me I'd say 12.
 6        Q.   Is there a reason that some are through
 7   you and some are through Home and Land?
 8        A.   No.
 9        Q.   What's the primary purpose of Home and
10   Land?
11        A.   To buy and resell, but sometimes if the
12   tenant is a good rental, I keep it.  Like in that
13   case, I may have a good tenant and I keep it.
14        Q.   So typically the properties that you rent
15   though, you purchase those in your own name?
16        A.   No.  They are rented by Home and Land.
17   The ones I usually buy are Home and Land, but I do
18   have properties in my name.
19        Q.   So there are 12 properties that you are
20   renting that were purchased by you, and not Home and
21   Land?
22        A.   Probably by Home and Land and transfer to
23   me some of them and some of them bought by myself.
24        Q.   Do you have another company that you rent
25   through?
```



```
 1      A.   No.
 2      Q.   If you could turn to Exhibit 3, which is
 3  tab three.  And we were going to go to page 5.
 4  Under question 21, it says that you had $6,000 in
 5  moving expenses.  Could you explain this expense to
 6  me?
 7      A.   I don't remember.
 8      Q.   What don't you remember?
 9      A.   One moment.
10           MR. DOYLE:  You can't.
11  BY MS. JOHNSON:
12      Q.   No, you need to go ahead and answer.
13           MR. DOYLE:  You can answer her questions.
14           THE WITNESS:  I can't remember why I
15      answered this.
16  BY MS. JOHNSON:
17      Q.   You don't think you had $6,000 in moving
18  expenses?
19      A.   Moving.  It's the repair expenses.  More
20  than moving expenses.  Moving to throw or dispose
21  whatever it was there.  Yeah, we have to dispose it.
22      Q.   So the $6,000 then, that refers to the
23  renovation?
24      A.   Probably was that, that I made that.
25      Q.   So the cleaning and the painting?
```



```
 1        A.   Uh-huh.
 2        Q.   Do you have receipts of these expenses?
 3        A.   Sometimes I have -- some checks probably,
 4   yes.
 5        Q.   Were these expenses a result of the
 6   Chinese drywall?
 7        A.   Specifically, yeah.  I mean, it has to be
 8   repairs basically for the -- to keep the house in
 9   better shape.
10        Q.   But the repairs were made prior to knowing
11   of Chinese drywall?
12        A.   More or less at the same time.
13        Q.   How did the Chinese drywall cause you to
14   needing to paint?
15        A.   I have to paint it because it was bad and
16   smelly.  We were trying to get rid of the smell and
17   clean, obviously.
18        Q.   If you could turn to the tab that says PFS
19   itemized cost sheet.  This was also a part of
20   Exhibit 3, but we are going to go ahead and
21   separately mark it as Exhibit 5.
22             (Whereupon, Exhibit 5 was marked for
23        identification.)
24   BY MS. JOHNSON:
25        Q.   Do you recognize this document?
```

