**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

### PLAINTIFF FACT SHEET

Name of Plaintiff:   Karen Beth Baldwin

Affected Property Address:   909 High Ridge Drive, Friendswood, TX 77546

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)     10 / 04 / 2006      Nov 2009

2.  When you took ownership of the Property, what was the name of the seller?

Micah Louis Schott



EXHIBIT
BALDWIN A

EXHIBIT
3

3. Name and address of the realtor?

Realty Associates, 17000 El Camino Road, #203, Houston, TX 77058

4. Name and address of the closing agent?

Stewart Title Company, 2625 Bay Area Blvd., #100, Houston, TX 77058

5. What was the price of the home when you purchased it?  $ 300,000.00

6. Was it an "as-is" sale?

**Response:** Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought. This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible. Without waiving said objection, plaintiff responds as follows:

☐ Yes   ☑ No   ☐ I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?
                $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. ___05__ / __05__ /20_13____

b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)        ____/____/20_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Failed appliances, failed electronics, failed a/c system.  Estimated cost of remediation is

approximately $190,000.00.  We're forced to live here with this defective product.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

    **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

Remediation will cost approximately $190,000.00. Our home's value has decreased by at least that amount.

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

    **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

    a. 1807 N. Mission Circle, Friendswood, TX 77546

    b. _____

    c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

    a. __08__ / __01__ /20 16 __ to present / _____ /20 ____

    b. _____ / _____ /20 ____ to _____ / _____ /20 ____

    c. _____ / _____ /20 ____ to _____ / _____ /20 ____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

    a. $ 76,447.73 _____

    b. $ _____

    c. $ _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:   If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

   **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

   **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

   **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

   ☐ Yes   ☐ No   ☑ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

   **Response:**   [✓] N/A

32. When did the remediation commencement date occur?

   **Response:**   [✓] N/A

33. When did the remediation end date occur?

   **Response:**   [✓] N/A

34. What was the scope of the remediation and the scope of the work carried out?

   **Response:**   [✓] N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

   **Response:**   [✓] N/A

36. Were any samples from the remediation retained?

   Response:   [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   Response:   [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   Response:   [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   Response:   [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

# Maverick Remodeling & Construction



Maverick Remodeling & Construction
4104 NASA Pkwy
Seabrook, TX 77586
(281) 326-8800
kaysie@mavrem.com
http://www.mavrem.com

## Estimate

**Address**
Karen Baldwin
909 High Ridge Drive
Friendswood, Texas 77546

Estimate # 3619
DATE 07/16/2018

| | |
|---|---:|
| • Whole House Projects | |
| • Site Work - Demo existing cabinets, base molding, doors. Try to save cabinets, carpet and wood laminate to be re-installed. | 12,500.00 |
| • Seal home using borax in areas that Chinese sheetrock was. ESTIMATED COST - $6,000.00 | 6,000.00 |
| • Re-insulate home with R-30 blown in and R-13 between walls. ESTIMATED COST – $14,500.00 | 14,500.00 |
| • Sheetrock - Repair Sheetrock - Hang, tape, float, and ready for texture and painting. | 46,000.00 |
| • Millwork & Trim - Doors, Casing, and Trim | 7,500.00 |
| • Furnish and Install - 3 1/2 " base molding | 6,400.00 |
| • Painting – Labor Cost to prep, caulk and paint walls, ceiling, and trim.  If there is existing wallpaper the process is to prime/seal wallpaper, skim the seams, apply texture, prime texture and paint at an additional charge. Removal of wallpaper could possibly lead to sheetrock damage and would increase the cost of labor and sheetrock repair costs. (Customer to supply paint or if purchased by Maverick, cost of paint will be billed separate from contract.) | 16,500.00 |
| • ESTIMATED PAINT AND TEXTURE MATERIAL ALLOWANCE - $2,650.00 | 2,650.00 |
| • Re-Installation of cabinets. | 6,500.00 |
| • Removal and Re-Installation of granite. (If able to save) | 2,800.00 |
| • Re-Install knobs and trim | 1,100.00 |
| • Floor Coverings - Re-Install wood laminate flooring. | 7,500.00 |
| • Floor Coverings - Re-Installation of carpeting and pad. $TBD | 0.00 |
| • Tile Installation - Shower and Tub Surround   - Labor to: wrap framework and corner posts with HydroSeal; install PermaBase and HydroSeal on shower walls; install thinset, tile and grout on shower walls, shower pan, | 0.00 |

| | |
|---|---:|
| and/or tub surrounds. This original estimated cost for labor to set tile allows for standard straight pattern. Detailed patterns that require multiple tile cuts will increase the labor cost. (Customer to supply tile and grout or if purchased by Maverick, cost of tile and grout is billed separate from contract.) | |
| • Master bathroom - shower and tub surround | 6,800.00 |
| • Guest Bathrooms - tub surrounds | 4,250.00 |
| • Plumbing - ESTIMATED COST: $4,000.00<br>• Plumbing - Repairs, replacement or relocation of plumbing will need to be done by a plumbing contractor.<br>• Plumbing is billed separate from contract and paid directly to plumber.<br>• A quote from the plumber will be provided upon request.<br>• This estimated cost is provided as a budgeting tool in this initial estimate. | 0.00 |
| • Electrical & Lighting - ESTIMATED COST:  ** $TBD<br>• Repairs, replacement or relocation of wiring, plugs, fans or lighting fixtures will be done by a licensed electrician.<br>• OPTIONAL under-cabinet lighting and under-cabinet power strips are available and should be discussed with B.J. or the electrician.<br>• A quote from the electrician will be provided upon request.<br>• Electrical is billed separately from contract and is paid directly to the electrician.<br>• This estimated cost is provided as a budgeting tool in this initial estimate. | 0.00 |
| • Site Work - Debris Removal, haul-away and dump fees. | 1,250.00 |
| • Supply Fee - Fee for Miscellaneous materials, nails, screws, bolts, tape, caulk, plastic, etc. | 1,450.00 |
| • Finishing Materials - Customer to supply finishing materials such as door knobs, door stops, cabinet hardware, surface mounted light fixtures, fans, lighting trim kits, dimmers, electrical face plates,electrical receptacles, a/c vents, bathroom / kitchen faucets and fixtures.  These need to be on the job site.  If furnished by contractor, cost of finishing materials as well as pick-up and delivery fees will be charged to the customer.<br>** There is a separate charge for installation of cabinet pulls and knobs.<br>**Customer is responsible for paying Electrician and Plumber. | 0.00 |
| • ESTIMATE: These costs are within the guidelines of the current market for labor, materials and supplies. If there are changes or items overlooked once project begins they will be reflected in a change order. Including any additional windstorm requirements and upgrades including clips, Glue Lam or Versa Lam beams will be added after reviewing plans.<br>  **Please call the office with any questions you may have regarding this estimate - (281) 326-8800 between normal business hours of 10:00 am-5:30 pm, we will be happy to answer any questions. | 0.00 |

| Accepted By | Date | Total | $143,700.00 |
|---|---|---|---|

Estimate excludes any electrical work. Wiring would need to be replaced.

Estimate assumes preservation of and reinstallation of cabinetry and laminate flooring. If unable to reuse, additional cost would incur.

Visit our Website: www.mavrem.com

**Dave and Karen Baldwin**
**Alternate Living Expenses**

1807 N Mission Circle
7/26/16-12/31/18

|  | Taxes | Interest | Insurance | Total |
|---|---|---|---|---|
| Projected 2019 | $ 7,183.64 | $ 7,628.09 | $ 3,521.00 | $ 18,332.73 |
| 2018 | $ 7,183.64 | $ 7,628.09 | $ 3,521.00 | $ 20,350.73 |
| 2017 | $ 8,500.04 | $ 7,291.36 | $ 3,353.00 | $ 21,161.40 |
| 2016 | $ 5,409.83 | $ 3,733.13 | $    - | $ 11,158.96 |
| Total | $ 28,277.15 | $ 26,280.67 | $ 10,395.00 | **$ 64,952.82** |
|  |  |  |  |  |
| Closing |  |  |  | $ 9,494.91 |
| Moving Cost |  |  |  | $ 2,000.00 |
|  |  |  |  | **$ 11,494.91** |
|  |  |  |  |  |
| Total Expenses |  |  |  | **$ 76,447.73** |

CORRECTED (if checked)

Page 2 of 3

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 | Mortgage Interest Statement |
|---|---|---|---|
| Caliber Home Loans, Inc. P.O. Box 619063 Dallas, TX 75261-9063 1-800-401-6587 | 1 Mortgage interest received from payer(s)/borrower(s)* $ 3,733.13 | **2016** Form **1098** | Copy B For Payer/Borrower |

| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | 2 Outstanding mortgage principal as of 1/1/2016 $ 0.00 | 3 Mortgage origination date 07/26/2016 |
|---|---|---|
| DAVID N BALDWIN KAREN B BALDWIN 1807 N MISSION CIR FRIENDSWOOD TX 77546-5998 | 4 Refund of overpaid interest $ 0.00 | 5 Mortgage Insurance Premiums $ 0.00 |
| | 6 Points paid on purchases of principal residence $ 0.00 | 7 Is address of property securing mortgage same as PAYER'S/BORROWER'S address? If Yes, box is checked . . . . . . . If No, see box 8 or 9, below ☑ |
| | 8 Address of property securing mortgage | |
| | 9 If property securing mortgage has no address, below is the description of the property | |
| 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 | 10 Other Taxes Paid YTD $5,409.83 | Account number (see instructions) 9702350001 |
| PAYER'S/BORROWER'S taxpayer identification no. | | RECIPIENT'S/LENDER'S federal identification no. 13-5131491 |

Form **1098**                    (Keep for your records)                    www.irs.gov/form1098                    Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported on box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the Instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

Payer's/Borrower's taxpayer identification number. For your protection, this form may show only the last four digits of your SSN, ITIN, ATIN, or EIN. However, the issuer has reported your complete identification number to the IRS.

Account number. May show an account or other unique number the lender has assigned to distinguish your account.

Box 1. Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. Caution: If you prepaid interest in 2016 that accrued in full by January 15, 2017, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2016 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

Box 2. Shows the outstanding mortgage principal on the mortgage as of January 1, 2016.

Box 3. Shows the date of the mortgage origination.

Box 4. Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other Income" line of your 2016 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

Box 5. Shows mortgage insurance premiums which may qualify to be treated as deductible mortgage interest. See the Schedule A (Form 1040) instructions and Pub. 936.

Box 6. Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

Box 7. If the address of the property securing the mortgage is the same as the payer's/borrower's, the box will be checked and boxes 8 and 9 will be blank. If not, either box 8 or 9 will be completed.

Box 8. This is the address of the property securing the mortgage.

Box 9. This is the description of the property securing the mortgage, if box 7 is not checked and box 8 is not completed.

Box 10. The principal recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

Future developments. For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1098.

**Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.**

If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | $230,400.00 | BEGINNING BALANCE | $0.00 | BEGINNING BALANCE | $0.00 | BEGINNING BALANCE | $0.00 |
| NET PROCESSED | $1,745.97 | NET PROCESSED | $0.00 | NET PROCESSED | $7,000.09 | DISBURSEMENTS | $0.00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | $0.00 | DISBURSED | $0.00 | AMOUNT DISBURSED | ($5,409.83) | ADJUSTMENTS | $0.00 |
| AMOUNT DISBURSED | $0.00 | | | ESCROW INTEREST | $0.00 | | |
| ENDING BALANCE | $228,654.03 | ENDING BALANCE | $0.00 | ENDING BALANCE | $1,590.26 | ENDING BALANCE | $0.00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | $3,733.13 | BEGINNING BALANCE | $0.00 | REAL ESTATE TAXES DISBURSED | $5,409.83 | LATE CHARGES PAID | $0.00 |
| PLUS PREPAID INT NOT ALLOWED PRIOR YRS | $0.00 | | | INSURANCE | $0.00 | LATE CHARGES DUE BUT UNPAID | $0.00 |
| LESS INTEREST SUBSIDY (BUYDOWN) | $0.00 | ADDED INTEREST SHORTAGE | $0.00 | MIP/PMI/FHA | $0.00 | FEES/EXPENSES PAID | $0.00 |
| LESS INTEREST SHORTAGE | $0.00 | | | ESCROW REFUND | $0.00 | FEES/EXPENSES DUE BUT UNPAID | $0.00 |
| LESS PREPAID INTEREST NOT ALLOWED THIS YR | $0.00 | LESS INTEREST SHORTAGE PREPAID | $0.00 | MISCELLANEOUS | $0.00 | OPTIONAL PAID | $0.00 |
| PLUS INTEREST SHORTAGE PAID | $0.00 | | | | | DEFERRED BALANCE | $0.00 |
| PREPAYMENT PENALTY | .00 | ENDING BALANCE | $0.00 | | | P&I ADVANCE | $0.00 |
| NET INTEREST PAID | $3,733.13 | | | | | | |
| MORTGAGE POINTS PAID | $0.00 | | | | | | |
| REFUND OF OVERPAID INTEREST | $0.00 | | | | | | |

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 2017 Form 1098 | Mortgage Interest Statement |
|---|---|---|---|
| CALIBER HOME LOANS, INC PO BOX 619063 DALLAS, TX 75261-9063 1-800-401-6587 | 1 Mortgage interest received from payer(s)/borrower(s)* $  8,500.04 | | Copy B For Payer/ Borrower |

| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | 2 Outstanding mortgage principal as of 1/1/2017 $  228,654.03 | 3 Mortgage origination date 07/26/2016 | The information in boxes 1 through 10 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6, or because you didn't report the refund of interest (box 4); or because you claimed a non-deductible item. |
|---|---|---|---|
| 0-759-85316-0031248-007-3-000-010-000-000 DAVID N BALDWIN KAREN B BALDWIN 1607 N MISSION CIR FRIENDSWOOD TX 77546-5996 | 4 Refund of overpaid interest $  0.00 | 5 Mortgage insurance premiums $  0.00 | |
| | 6 Points paid on purchase of principal residence $  0.00 | 7 Is address of property securing mortgage same as PAYER'S/BORROWER'S address? If Yes, box is checked. If No, see box 8 or 9, below ☑ | |
| | 8 Address of property securing mortgage | | |
| | 9 If property securing mortgage has no address, below is the description of the property | | |
| | 10 Number of mortgaged properties 1 | 11 Other – Taxes Paid YTD $7,291.35 | Account number (see instructions) 9702350001 |
| | PAYER'S/BORROWER'S taxpayer identification no. XXX-XX-2671 | RECIPIENT'S/LENDER'S federal identification no. 13-6131491 | |

Form **1098**                    (Keep for your records)                    www.irs.gov/form1098                    Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the Instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number.** For your protection, this form may show only the last four digits of your SSN, ITIN, ATIN, or EIN. However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. Caution: If you prepaid interest in 2017 that accrued in full by January 15, 2018, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2017 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding mortgage principal on the mortgage as of January 1, 2017.

**Box 3.** Shows the date of the mortgage origination.

**Box 4.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your 2017 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2017 Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, the lender may have checked this box and boxes 8 and 9 will be blank. If not, either box 8 or 9 will be completed.

**Box 8.** This is the address of the property securing the mortgage.

**Box 9.** This is the description of the property securing the mortgage, if box 7 is not checked and box 8 is not completed.

**Box 10.** If more than one property secures the loan, shows the number of properties mortgaged. If only one property secures the loan, this box may be blank.

**Box 11.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1098.

---

**Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.**

If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 228,654.03 | BEGINNING BALANCE | .00 | BEGINNING BALANCE | 1,590.26 | BEGINNING BALANCE | .00 |
| NET PROCESSED | 4,385.29 | NET PROCESSED | .00 | NET PROCESSED | 9,161.16 | DISBURSEMENTS | .00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | .00 | DISBURSED | .00 | AMOUNT DISBURSED | -10,644.36 | ADJUSTMENTS | .00 |
| AMOUNT DISBURSED | .00 | | | ESCROW INTEREST | .00 | | |
| ENDING BALANCE | 224,268.74 | ENDING BALANCE | .00 | ENDING BALANCE | 107.06 | ENDING BALANCE | .00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | 8,500.04 | BEGINNING BALANCE | .00 | REAL ESTATE TAXES DISBURSED | 7,291.35 | LATE CHARGES PAID | 53.35 |
| PLUS PREPAID INT NOT ALLOWED PRIOR YRS | .00 | | | INSURANCE | 3,353.00 | LATE CHARGES DUE BUT UNPAID | .00 |
| LESS INTEREST SUBSIDY (BUYDOWN) | .00 | ADDED INTEREST SHORTAGE | .00 | MIP/PMI/FHA | .00 | FEES/EXPENSES PAID | .00 |
| LESS INTEREST SHORTAGE | .00 | | | ESCROW REFUND | .00 | FEES/EXPENSES DUE BUT UNPAID | .00 |
| LESS PREPAID INTEREST NOT ALLOWED THIS YR | .00 | LESS INTEREST SHORTAGE PREPAID | .00 | MISCELLANEOUS | .00 | OPTIONAL PAID | .00 |
| PLUS INTEREST SHORTAGE PAID | .00 | | | | | DEFERRED BALANCE | .00 |
| PREPAYMENT PENALTY | .00 | ENDING BALANCE | .00 | | | P&I ADVANCE | .00 |
| NET INTEREST PAID | 8,500.04 | | | | | | |
| MORTGAGE POINTS PAID | .00 | | | | | | |
| REFUND OF OVERPAID INTEREST | .00 | | | | | | |

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | |
|---|---|---|
| CALIBER HOME LOANS, INC<br>PO BOX 619063<br>DALLAS, TX 75261-9063<br><br>1-800-401-6587 | ★ Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.<br>1 Mortgage interest received from payer(s)/borrower(s)*<br>$            7,628.09 | OMB No. 1545-0901<br>2018<br>Form 1098 | **Mortgage Interest Statement**<br>Copy B<br>For Payer/Borrower |

| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | 2 Outstanding mortgage principal as of 1/1/2018<br>$     224,268.74 | 3 Mortgage origination<br>07/26/2016 |
|---|---|---|
| 5-758-93337-0004486-0001-2-000-010-000-000<br><br>DAVID N BALDWIN<br>KAREN B BALDWIN<br>1807 N MISSION CIR<br>FRIENDSWOOD TX 77546-5998 | 4 Refund of overpaid interest<br>$            0.00 | 5 Mortgage insurance premiums<br>$            0.00 |
| | 6 Points paid on purchase of principal residence<br>$            0.00 | 7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8.  ☑ |
| | 8 Address or description of property securing mortgage (see instructions) | |
| | 9 Number of properties securing the mortgage<br>1 | |
| | 10 Other<br>Taxes paid YTD $7,183.64 | Account number (see instructions)<br>9702350001 |

| RECIPIENT'S/LENDER'S TIN<br>13-6131491 | PAYER'S/BORROWER'S TIN<br>XXX-XX-2671 |
|---|---|

Form **1098**                    (Keep for your records)                    www.irs.gov/Form1098                    Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2018 that accrued in full by January 15, 2019, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2018 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding mortgage principal on the mortgage as of January 1, 2018.

**Box 3.** Shows the date of the mortgage origination.

**Box 4.** **Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your 2018 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2018 Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** This is the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

## Remember to file for Homestead (or Homeowner's) Exemption, if you are eligible.

If your home is located in California: Additional accountings may be requested by the mortgagor, trustor, or vendee pursuant to Civil Code 2954.

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 224,268.74 | BEGINNING BALANCE | .00 | BEGINNING BALANCE | 107.06 | BEGINNING BALANCE | .00 |
| NET PROCESSED | 5,234.17 | NET PROCESSED | .00 | NET PROCESSED | 11,099.88 | DISBURSEMENTS | .00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | .00 | DISBURSED | .00 | AMOUNT DISBURSED | -10,704.84 | ADJUSTMENTS | .00 |
| AMOUNT DISBURSED | .00 | | | ESCROW INTEREST | .00 | | |
| ENDING BALANCE | 219,034.57 | ENDING BALANCE | .00 | ENDING BALANCE | 502.10 | ENDING BALANCE | .00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | 7,628.09 | BEGINNING BALANCE | .00 | REAL ESTATE TAXES DISBURSED | 7,183.64 | LATE CHARGES PAID | .00 |
| PLUS PREPAID INT NOT ALLOWED PRIOR YRS | .00 | | | INSURANCE | 3,521.00 | LATE CHARGES DUE BUT UNPAID | .00 |
| LESS INTEREST SUBSIDY (BUYDOWN) | .00 | ADDED INTEREST SHORTAGE | .00 | MIP/PMI/FHA | .00 | FEES/EXPENSES PAID | .00 |
| LESS INTEREST SHORTAGE | .00 | | | ESCROW REFUND | .00 | FEES/EXPENSES DUE BUT UNPAID | .00 |
| LESS PREPAID INTEREST NOT ALLOWED THIS YR | .00 | LESS INTEREST SHORTAGE PREPAID | .00 | MISCELLANEOUS | .00 | OPTIONAL PAID | .00 |
| PLUS INTEREST SHORTAGE PAID | .00 | | | | | DEFERRED BALANCE | .00 |
| PREPAYMENT PENALTY | .00 | ENDING BALANCE | .00 | | | P&I ADVANCE | .00 |
| NET INTEREST PAID | 7,628.09 | | | | | | |
| MORTGAGE POINTS PAID | .00 | | | | | | |
| REFUND OF OVERPAID INTEREST | | | | | | | |

# Closing Disclosure

This form is a statement of final loan terms and closing costs.
Compare this document with your Loan Estimate.

| Closing Information | | Transaction Information | | Loan Information | |
|---|---|---|---|---|---|
| Date Issued | 07/28/2016 | Borrower | DAVID NEIL BALDWIN and KAREN BETH BALDWIN 909 HIGH RIDGE DRIVE FRIENDSWOOD, TX 77546 | Loan Term | 30 years |
| Closing Date | 07/28/2016 | | | Purpose | Purchase |
| Disbursement Date | 07/28/2016 | | | Product | Fixed Rate |
| Settlement Agent | SOUTH LAND TITLE, LLC | | | | |
| File # | CL1646189 | Seller | PHIL & STARLETT GONZALES 1807 N MISSION CIRCLE FRIENDSWOOD, TX 77546 | Loan Type | ☒ Conventional ☐ FHA ☐ VA ☐ |
| Property | See Addendum to Closing Disclosure | | | Loan ID # | 8016241720 |
| Sale Price | $288,000 | Lender | CALIBER HOME LOANS, INC. | MIC # | |

## Loan Terms

| Loan Terms | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $230,400 | NO |
| Interest Rate | 3.75% | NO |
| Monthly Principal & Interest *See Projected Payments below for your Estimated Total Monthly Payment* | $1,067.02 | NO |
| | | Does the loan have these features? |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | | Years 1 - 30 |
|---|---|---|
| Principal & Interest | | $1,067.02 |
| Mortgage Insurance | + | 0 |
| Estimated Escrow *Amount can increase over time* | + | 693.21 |
| **Estimated Total Monthly Payment** | | **$1,760.23** |

| Estimated Taxes, Insurance & Assessments *Amount can increase over time See page 4 for details* | $701.21 a month | This estimate includes ☒ Property Taxes ☒ Homeowner's Insurance ☒ Other: HOA Dues *See Escrow Account on page 4 for details. You must pay for other property costs separately.* | In escrow? YES YES NO |
|---|---|---|---|

## Costs at Closing

| Costs at Closing | | |
|---|---|---|
| Closing Costs | $9,494.91 | Includes $2,377.87 in Loan Costs + $7,277.04 in Other Costs - $160 in Lender Credits. *See page 2 for details.* |
| Cash to Close | $60,722.32 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* |

CLOSING DISCLOSURE
© 2016 GuardianDocs
GTS56030000

PAGE 1 OF 5 • LOAN ID # 8016241720

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_Dave Baldwin_
Signature of Plaintiff

1/24/19
1/24/19
Date

_Dave & Karen Baldwin_
Printed Name

# Exhibit 1

| A. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|---|---|

| B. TYPE OF LOAN | | | |
|---|---|---|---|
| 1. [ ] FHA   2. [ ] FMHA   3. [X] CONV. UNINS. | | | |
| 4. [ ] VA   5. [ ] CONV. INS. | | | |
| 6. FILE NUMBER: D9200780 | | 7. LOAN NUMBER: 745-9101900 | |
| 8. MTG. INS. CASE NO.: | | | |

C. NOTE:      This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("p.o.c.") were paid outside the closing; they are shown here for information purposes and are not included in the totals.

**D. NAME OF BORROWER:**   DAVID N. BALDWIN, KAREN B. KANE

ADDRESS:   1611 BRILL, FRIENDSWOOD, TX 77546

**E. NAME OF SELLER:**   MICAH LOUIS SCHOTT, SHERRI R. SCHOTT

ADDRESS:   909 HIGH RIDGE DR, FRIENDSWOOD, TX 77546        SELLER TIN:

**F. NAME OF LENDER:**   NETWORK FUNDING, LP
9700 RICHMOND AVE., #320
HOUSTON, TEXAS 77042

ADDRESS:

**G. PROPERTY LOCATION:**   Lot 2 Block 1 FINAL PLAT LAKES OF FALCON RIDGE Sec 2
909 HIGH RIDGE DRIVE FRIENDSWOOD TX 77546

**H. SETTLEMENT AGENT:**   STEWART TITLE COMPANY        CLOSER: TRINA CAMERON        PHONE NUMBER: (713) 627-1310
ADDRESS:   4700 W. SAM HOUSTON PKWY N.
HOUSTON, TEXAS 77041        SETTLEMENT AGENT TIN:   74-0923770

**PLACE OF SETTLEMENT:**   STEWART TITLE COMPANY
ADDRESS:   2625 BAY AREA BLVD., STE. 100        PHONE NUMBER: (281) 488-6683   **I. SETTLEMENT DATE**
HOUSTON, TEXAS 77058        Closing date: 11/12/09
Proration date: 11/13/09

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | 300,000.00 | 401. Contract sales price | 300,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower(line 1400) | 9,830.25 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance: | | Adjustments for items paid for seller in advance: | |
| 106. City/town taxes           to | | 406. City/town taxes           to | |
| 107. County taxes   11/14/09 to 01/01/10 | 389.52 | 407. County taxes   11/14/09 to 01/01/10 | 389.52 |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. Maintenance  11/14/09 to 01/01/10 | 59.84 | 409. Maintenance  11/14/09 to 01/01/10 | 59.84 |
| 110. School/Taxes  11/14/09 to 01/01/10 | 580.67 | 410. School/Taxes  11/14/09 to 01/01/10 | 580.67 |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | 310,860.28 | **420. GROSS AMOUNT DUE TO SELLER:** | 301,030.03 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit(see instructions) | |
| 202. Principal amount of new loan(s) | 240,000.00 | 502. Settlement charges to seller(line 1400) | 15,894.95 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Commitment Fee | | 504. Payoff of first mortgage loan   11/18C1TIMORTGA | 223,222.84 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Option Fee | 100.00 | 506. Option Fee | 100.00 |
| 207. | | 507. | |
| 208. | | 508. 2009 CO & CITY TAX DUE | 2,961.97 |
| 209. | | 509. 2009 ISD AND DD TAX DUE | 4,415.53 |
| Adjustments for items unpaid by seller: | | Adjustments for items unpaid by seller: | |
| 210. City/town taxes           to | | 510. City/town taxes           to | |
| 211. County taxes           to | | 511. County taxes           to | |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. School/Taxes           to | | 513. School/Taxes           to | |
| 214. | | 514. Maintenance           to | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** | 241,100.00 | **520. TOTAL REDUCTION IN AMOUNT:** | 246,595.29 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from borrower(line 120) | 310,860.28 | 601. Gross amount due to seller(line 420) | 301,030.03 |
| 302. Less amounts paid by/for borrower(line 220) | 241,100.00 | 602. Less total reductions in amount due seller(line 520) | 246,595.29 |
| **303. CASH [X FROM] [ TO] BORROWER:** | 69,760.28 | **603. CASH [X TO] [ FROM] SELLER:** | 54,434.74 |

Page #6

## Uniform Residential Appraisal Report

4356856
File # 2013-1324

ADDITIONAL COMMENTS

Please note: The appraiser has attempted to use comparables where the adjusted range of comparable values and living area differences of less than 25% of the final value of the subject. Due to the lack of suitable comparables for various reasons ( Age, Size, Lot Size, Etc. ) the overall range of adjusted comparables is wider than desired. The appraiser provided the best comparables available for this subject, making the resulting range of value unavoidable. Locational Influence/View, living area, age and lot size were the main factors in the choosing of the comparables in this report.

Search Criteria:

Please note that the search criteria for choosing the comparables for this report were homes within the subject subdivision within the gla range of 3000 to 5000 square feet. Two story homes, an age range of 1999 to 2009 within 1-2 miles and within the last 12 months.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The source for the site value is MLS/CAD information for like properties in the subject's general market area as well as information from knowledgeable real estate professionals in the area as well as the appraisers experience in the market. Market extraction and allocation were incorporated into this process.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 35,000 |
|---|---|---|---|
| Source of cost data  Marshall & Swift | DWELLING 4,163 Sq.Ft. @ $ 75.00 | =$ | 312,225 |
| Quality rating from cost service  Good  Effective date of cost data 01/2013 | 0 Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ | |
| The source for the cost approach estimate was the Marshall & Swift | Garage/Carport 704 Sq.Ft. @ $ 25.00 | =$ | 17,600 |
| Residential Cost Handbook adjusted for local building costs. Other | Total Estimate of Cost-New | =$ | 329,825 |
| sources for the site value include; MLS sales data. The Appraisal Institute | Less Physical Functional External | | |
| Market Data Center and Tax Office sales information. The depreciated | Depreciation 21,999 | =$( | 21,999) |
| value of the subject's pool was included in the "as is" value of site | Depreciated Cost of Improvements | =$ | 307,826 |
| improvements. | "As-is" Value of Site Improvements | =$ | 30,000 |
| Estimated Remaining Economic Life (HUD and VA only) 58 Years | INDICATED VALUE BY COST APPROACH | =$ | 372,826 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM) Properties in this market area are generally not purchased for their income producing capability, therefore, the Income Approach is not considered necessary to develop a reliable opinion of market value for the subject.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No  Unit type(s) ☒ Detached ☐ Attached

Provide the following information for: PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project  Lakes of Falcon Ridge

| Total number of phases 2 | Total number of units 183 | Total number of units sold 183 |
|---|---|---|
| Total number of units rented  Unk | Total number of units for sale 3 | Data source(s)  MLS/CAD |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☒ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☒ No  Data Source  MLS/CAD/inspection

Are the units, common elements, and recreation facilities complete? ☒ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.  Pool, Park. All homes in this report are located in the same HOA/PUD. It is comparable to all other similar HOA/PUD developments.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Page #7

## Uniform Residential Appraisal Report

4356856
File # 2013-1324

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | 3 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | | 315,000 | | to $ | 349,000 |
| There are | 7 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | | 267,000 | | to $ | 379,900 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 909 High Ridge Dr Friendswood, TX 77546 | 2001 Cardinal Ridge Ct Friendswood, TX 77546 | | 321 Overlook Dr Friendswood, TX 77546 | | 2005 Cardinal Ridge Ct Friendswood, TX 77546 | |
| Proximity to Subject | | 0.37 miles NE | | 0.44 miles NE | | 0.38 miles NE | |
| Sale Price | $ | | $ 310,000 | | $ 379,000 | | $ 360,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 94.89 sq.ft. | | $ 78.86 sq.ft. | | $ 93.46 sq.ft. | |
| Data Source(s) | | HARMLS#247499957;DOM 16 | | HARMLS#57396408;DOM 20 | | HARMLS#20902074;DOM 10 | |
| Verification Source(s) | | MLS/REALTOR/CAD | | MLS/REALTOR/CAD | | MLS/REALTOR/CAD | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;1100 | 0 | ArmLth VA;5000 | 0 | ArmLth Conv;0 | 0 |
| Date of Sale/Time | | s03/13;c02/13 | | s10/12;c08/12 | | s10/12;c09/12 | |
| Location | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 11700 sf | 14572 sf | 0 | 13500 sf | 0 | 17110 sf | 0 |
| View | N;Res;Res | N;Res;Res | | N;Res;Res | | N;Res;Res | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 7 | 7 | | 9 | 0 | 7 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
| Room Count | 13 | 6 | 3.1 | 11 | 4 | 3.1 | | 12 | 5 | 3.1 | 0 | 11 | 4 | 3.1 | 0 |
| Gross Living Area | 4,163 sq.ft. | 3,267 sq.ft. | +26,900 | 4,806 sq.ft. | -19,300 | 3,852 sq.ft. | +9,350 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Insulation | Insulation | | Insulation | | Insulation | |
| Garage/Carport | 3-Garage | 3-Garage | | 3-Garage | | 3-Garage | |
| Porch/Patio/Deck | Porch, Patio | Porch, Patio | | Porch, Patio | | Porch, Patio | |
| | Fireplace | Fireplace | | Fireplace | | Fireplace | |
| | Pool | No Pool | +15,000 | Pool | | Pool | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 41,900 | ☐ + ☒ - | $ -19,300 | ☒ + ☐ - | $ 9,350 |
| Adjusted Sale Price of Comparables | | Net Adj. 13.5 % Gross Adj. 13.5 % | $ 351,900 | Net Adj. 5.1 % Gross Adj. 5.1 % | $ 359,700 | Net Adj. 2.6 % Gross Adj. 2.6 % | $ 369,350 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   HARMLS/CAD
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   HARMLS/CAD
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | HARMLS/CAD | HARMLS/CAD | HARMLS/CAD | HARMLS/CAD |
| Effective Date of Data Source(s) | 05/05/2013 | 05/05/2013 | 05/05/2013 | 05/05/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales   A research of the subject property and the comparable sales utilized revealed no atypical sales or transfers.

Summary of Sales Comparison Approach   See attached addenda.

Indicated Value by Sales Comparison Approach $ 350,000
Indicated Value by: Sales Comparison Approach $ 350,000   Cost Approach (if developed) $ 372,826   Income Approach (if developed) $
The sales data comparison approach is considered to be the best available indicator of value as it reflects the actions of typical buyers and sellers in the market place. The income approach was not utilized due to a lack of sufficient data to establish a reliable GRM and market rent. The cost approach was supportive.*** See additional comments. ***
This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: This appraisal was electronically signed. The appraiser fully reviews the file before the code is utilized to allow the digital signature to be used. See Att...
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 350,000 , as of 05/05/2013 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005          UAD Version 9/2011   Page 2 of 6          Fannie Mae Form 1004 March 2005



**CHERYL E. JOHNSON, PCC**
Galveston County Tax Assessor Collector
722 Moody (21st Street), Galveston, Texas 77550
(Toll Free) 877-766-2284  or  409-766-2481

**2017** Consolidated Tax Statement

Property Location:  909 HIGH RIDGE DR 77546
Acreage:                    .2686
Legal Description:
LAKES OF FALCON RIDGE SEC 2 (2006) ABST
151, BLOCK 1, LOT 2, ACRES 0.269

**ACCOUNT #:**  436302

D0174947E028109-T0093-P168
************AUTO**SCH 5-DIGIT 77588
BALDWIN DAVID
& KAREN KANE
1807 N MISSION CIR
FRIENDSWOOD, TX 77546-5998

| | |
|---|---|
| Appraised Land Value: | $ 44,430 |
| Improvements/Personal Property Value: | + $372,500 |
| Total Market Value: | $ 416,930 |
| Homestead Cap Adjustment: | $ 415,998 |
| MTG/Agent:    90088880 | |
| Sales Tax Savings:   $181.17 | |
| Assessment Ratio:   100% | |

| Entity | Market Value | - Exemptions | = Taxable Value ÷ 100 | x  Tax Rate | = | Total Taxes |
|---|---|---|---|---|---|---|
| GALVESTON CO | $416,930 | $84,132 | $332,798 | .54614700 | | $1,817.57 |
| ROAD & FLOOD | $416,930 | $87,132 | $329,798 | .00575300 | | $18.97 |
| FRIENDWD CITY | $416,930 | $84,132 | $332,798 | .52734900 | | ~$1,755.01 |
| | | | | | | |
| | | | | | | |

**2017 TAXES ONLY** *See Section 1 below for possible delinquencies. If appropriate, rendition penalty or escrow has been applied to total shown at right.*  **$3,591.55**

| Have a mortgage? See reverse! | THREE PAYMENT OPTIONS | Disaster installments available! |
|---|---|---|

**1.  Payment in Full (by month) Due by January 31, 2018**

| Month | 2017 Taxes | Delinquent | Total Due | Month | 2017 Taxes | Delinquent | Total Due |
|---|---|---|---|---|---|---|---|
| If paid in October | $3,591.55 | $.00 | $3,591.55 | If paid in January | $3,591.55 | $.00 | $3,591.55 |
| If paid in November | $3,591.55 | $.00 | $3,591.55 | If paid in February | $3,842.96 | $.00 | $3,842.96 |
| If paid in December | $3,591.55 | $.00 | $3,591.55 | Delinquent taxes are due for tax years: 0000 - 0000 | | | |

**2.  Split Payment Plan (participating governments) with First Half Due by November 30, 2017**

| Entity | Amount Due |
|---|---|
| GALVESTON CO | $1,817.57 |
| ROAD & FLOOD | $18.97 |
| FRIENDWD CITY | $1,755.01 |
| | |

This payment option allows 2017 taxes (shown at left) to be paid in two equal installments—*without penalty and interest*—if proper amounts are paid by deadlines. PLEASE NOTE: *Not all governments* offer split/half pay and *full payment of their portion is required* by January 31, 2018.  If this applies to your property, amounts due those entities will be shown below:

Non-Split/Half Pay Entity Due by January 31, 2018

1ST payment due by November 30, 2017:    $1,795.78
2ND payment due by July 2, 2018:    $1,795.77

Total Due January 31, 2018:    $.00

**3.  Previously qualified homesteads of those Over 65, Disabled Persons, Disabled Vets or surviving spouses of Disabled Vets** amounts shown below. Disaster Installment Payments for those damaged by Harvey divide levy by 4 and check box on coupon below. Coupons for future payments mailed to all in March.

| Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount | Payment Due Date | Amount |
|---|---|---|---|---|---|---|---|
| January 31, 2018 | | April 2, 2018 | | May 31, 2018 | | July 31, 2018 | |

**CURRENT EXEMPTIONS:**   CAPPED, HOMESTEAD
*Contact your county appraisal district (CAD) with questions regarding value, exemptions, updating address or ownership information (see newsletter for contact information of each).* NOTE: A person who is disabled or over 65 may apply at the CAD to defer payment on their homestead.

We post by USPS
postmark date!

---

Contact your mortgage company before participating in ½ or ¼ pay as your deed of trust may not allow it!

To insure proper credit, **return this coupon without tape or staple** with check, cashiers check or money order payable to GCTO in enclosed envelope. **Credit card checks** not accepted.  $25.00 penalty for returned checks.

**ACCOUNT #:**  436302

BALDWIN DAVID
& KAREN KANE
1807 N MISSION CIR
FRIENDSWOOD TX 77546-5998

*Check all applicable boxes.*

☐  First half split payment *no later than* November 30, 2017

☐  Payment in full *no later than* January 31, 2018

☐  One quarter (¼) payment *no later than* January 31, 2018, for O65/DP/DV/DV Surviving Spouse/Qualified Disaster Victims



0000000436302 0000359155 0000179578 0000000000 0000000000 3

# Exhibit 2



# Exhibit 3







# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

| Date | Service | Service Provider | Cost | |
|---|---|---|---|---|
| 10/15/2010 | Dishwasher replaced | Farley Appliance | $ | 634.72 |
| 10/20/2011 | Sink and thermostat | Home Matters | $ | 150.00 |
| 12/5/2012 | Microwave replaced | Farley Appliance | $ | 234.00 |
| 6/23/2010 | AC repair | Eagle Air Conditioning | $ | 238.00 |
| 8/29/2011 | AC repair | Eagle Air Conditioning | $ | 286.00 |
| 9/13/2011 | AC repair | Eagle Air Conditioning | $ | 291.00 |
| 9/15/2011 | AC repair | Eagle Air Conditioning | $ | 750.00 |
| 8/24/2012 | AC repair | Eagle Air Conditioning | $ | 614.00 |
| 8/28/2012 | AC Repair | Eagle Air Conditioning | $ | 765.00 |
| 5/30/2014 | AC replaced | Sam Korkmas | $ | 3,685.00 |
| 4/20/2015 | AC repair | Weeks Service Company | $ | 588.00 |
| | | Total CDW related maintenance | $ | 8,235.72 |

Applianced replaced before their expected lifetime due to CDW (no receipts)

| | | | | | |
|---|---|---|---|---|---|
| Replaced dishwasher 2nd time | Farley Appliance | $ | 650.00 | estimate |
| Replaced refrigerator | Fry's Electronics | $ | 900.00 | estimate |
| Replace W/D | Sears | $ | 1,600.00 | estimate |
| | Undocumented | $ | 3,150.00 | |

**Grand Total** $ 11,385.72

*Check Our*
*Prices*
*Before you buy!*

Farley Ap
Your Applian
All Major
281-332

814 W. Main Street
League City, Texas 77573
Fax: 281-332-8045

Jesse F
Built-in Sp

=10-15-10

Sale

Total.          $      634.72    7-18-10

10/15/10                    11:37:15
Aprv Code: 11517C
Batch#: 000133

*very/*
*up date:*

KAREN BALDWIN
909 HIGH RIDGE DR.
FRIENDSWOOD, TX. 77546

| QTY | ITEM | DESCRIPTION | TOTAL |
|---|---|---|---|
| 1 ea. | MDB 855/ABB | MAYTAG DISHWASHER | $509.00 |
| | | Del & install, Haul old unit away | $85.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SHIP TO ADDRESS :

SPECIAL INSTRUCTIONS

*Thank You!*

20% Restocking Fee
On Returned Items
No Return on Special Orders

SIGNATURE:

| Payment: | Amount: | Balance: |
|---|---|---|

CC#
EXPIRED          APPROVAL

| Sub Total | 594.00 |
|---|---|
| Tax | 40.72 |
| Total | 634.72 |

**Home Matters**
3607 Pine Valley Dr.
Pearland Tx. 77581

**Estimate**

Work Performed For

Dave / Karen Baldwin

Worked Performed At

909 High Ridge Drive
Friendswood Tx. 77546

| | Job Description | | Cost |
|---|---|---|---|
| 1 | Add support for kitchen island shelf | Labor / Matl. | |
| 2 | Cut and install tile trim pieces | Labor / Matl. | |
| 3 | Install door weather stripping kit / door sweep | Labor / Matl. | |
| 4 | Install door bell | Labor | |
| 5 | Re route television cable / patch holes | Labor / Matl. | |
| 6 | Patch sheetrock / paint bath | Labor / Matl. | |
| 7 | Install new faucet and sink drain kit | Labor | |
| 8 | Install new mirror / light fixture and bath wall accessories | Labor | |
| 9 | Secure shower drain cover / unplug sink drain | Labor | |
| 10 | Install new dryer vent cover | Labor / Matl. | |
| 11 | Change out thermostat | Labor | |
| 12 | Change out / relocate thermostat | Labor | |
| 13 | Paint back door | Labor / paint | |

Matl. purchased :
   Door weatherstrip kit
   Door sewwp
   1x2 for shelf
   Tile adhesive
   Joint compound
   Texture
   Vent cover
   Paint for back door
   Paint for bath wall

*Edward G Wheeler*

| | |
|---|---|
| Total Matl./Labor | $575.00 |

Edward A Wheeler
~~15 22 2011~~

≈ $50 related to CDW

Check Our
Prices
Before you buy!

## Farley Appliance
Your Appliance Solution
All Major Brands
281-332-8000

Date: 12-04-12

814 W. Main Street
League City, Texas 77573
Fax: 281-332-8045

Jesse Farley
Built-in Specialist

Delivery/
Pick up date:
12-05-12

KAREN BALDWIN
909 HIGH RIDGE DR.
FRIENDSWOOD TX. 77546     Hm.: 281-992-3239

Quoted Prices
Good for 30 Days

Wk:

| QTY | ITEM | DESCRIPTION | TOTAL |
|---|---|---|---|
| 1 ea. | GT4175SRB W/P MICROWAVE | | $175.00 |
| | Del & install | | $45.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SHIP TO ADDRESS:

SPECIAL INSTRUCTIONS

Thank You!

20% Restocking Fee
On Returned Items
No Return on Special Orders

SIGNATURE:

| Payment: | Amount: | Balance: |
|---|---|---|
| CC# | | |
| EXPIRED | COD | APPROVAL |

| Sub Total | 220.00 |
|---|---|
| Tax | 14.00 |
| Total | $234.00 |

**EAGLE**
AFFILIATED WITH
**CHURCH SERVICES**
SERVING FRIENDSWOOD
SINCE 1991

PO BOX 79589
HOUSTON, TX 77279-9589
TACLA 013422E

**AIR CONDITIONING SERVICES**
*Always there for every repair!*   **281-996-1271**   www.eaglea-c.com

**SERVICE REPORT**   Page ___ of ___   TICKET NO. _____

| | |
|---|---|
| DATE | NAME KAREN BALDWIN |
| PURCHASE ORDER NO. | |
| HVAC / PLUMBING | STREET 909 HIGH RIDGE DR. |
| JOB NO. | CITY FRIENDSWOOD  ZIP 77546  KM# |  ATTN |

☐ RESIDENTIAL  ☐ COMMERCIAL  ☐ PARTS ON ORDER  ☑ COMPLETE  ☐ INCOMPLETE  ☐ RESCHEDULE  ☐ INSTALL

| INVENTORY NO. | CD | ID | DESCRIPTION | QTY. | PRICE | DESCRIPTION OF WORK PERFORMED |
|---|---|---|---|---|---|---|
| | | | | | | PROBLEM REPORTED: |
| | | | | | | SERVICE PERFORMED: |

RECOMMENDATIONS:

ADDITIONAL INFORMATION:

| | |
|---|---|
| NAME OF HELPERS | |
| START / COMPLETE | TOTAL MATERIAL |
| START / COMPLETE | TOTAL LABOR |
| SERVICE/TECHNICIAN / NAME & TRUCK # | FLAT RATE PRICE |
| | RENTAL: EQUIP. |

☐ CHECK
☐ CASH
☐
☐ VISA  ☐ M.C.  ☐ DISCOVER  ☐ AMEX

TAX
FREIGHT, OTHER
TOTAL AMOUNT

**CUSTOMER SIGNATURE**
✖

AGREEMENT: The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

WHITE: FILE        YELLOW: OFFICE        PINK: CUSTOMER

Texas State Board ... Plumbing Examiners 929 East 41st St. Austin, TX 78751 (512) 458-2145

*Thank You*

**CHURCH SERVICES**
Always there for every repair!
PO BOX 79589, HOUSTON, TX 77279-9589

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com
**713-722-5000**
MAIN: (713) 722-5000
TACLA013422E
MPL 19566
TECL 17976
TPCL 12430 PT,

**SERVICE REPORT** Page ___ of ___    TICKET NO. 286714

DATE 8-29-11    NAME Karen Baldwin
PURCHASE ORDER NO.
STREET 909 High Ridge
CITY Friendswood    ZIP 77546    KM # 657    TECH #

INVENTORY NO.  ☑ RESIDENTIAL  ☐ COMMERCIAL  ☐ PARTS ON ORDER  ☐ COMPLETE  ☐ INCOMPLETE  ☐ RESCHEDULE  ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY | PRICE | DESCRIPTION OF WORK PERFORMED |
| --- | --- | --- | --- | --- |
| | Service fee | | 69.⁰⁰ | PROBLEM REPORTED: No cool |
| | R-22 | 6 | 217.⁰⁰ | TASK # Check system, found |
| | | | | both systems D/S and U/S to low on |
| | | | | freon. Advise cust both sys have a |
| | | | | leak. Per cust, charged system, added |
| | Check # 1321 | | | 3 lbs on each system. |
| | | | | |
| | No warranty | | | Advise cust to replace filters |
| | on freon | | | |
| | | | | Recommend leak search |
| | | | | Quoted 291.⁰⁰ |

| EQUIPMENT BRAND | MODEL | SERIAL # | TYPE/FUEL | AGE |
| --- | --- | --- | --- | --- |
| | | | | |

RECOMMENDATIONS:
ADDITIONAL INFORMATION:

NAME OF HELPERS

| | | |
| --- | --- | --- |
| | TOTAL MATERIAL | |
| | TOTAL LABOR | |
| START 9:00/1430  COMPLETE | FLAT RATE PRICE | |
| START  COMPLETE | RENTAL: EQUIP. | |
| SERVICE TECHNICIAN - NAME & TRUCK # Joe 1"/65 74273 | COUPON | |
| ☑ CHECK # 1321 | SUBTOTAL | |
| ☐ CASH | TAX | |
| ☐ CARD # | EXP. DATE | |
| | CVS CODE | |
| ☐ VISA  ☐ M.C.  ☐ DISCOVER  ☐ AMEX | 280.⁰⁰ | |

CUSTOMER SIGNATURE
X

AGREEMENT: The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

WHITE: FILE    YLOW: OFFICE    PINK: CUSTOMER    I decline to have the recommended work performed at this    SIGNATURE ___    DATE ___    Thank You

# CHURCH SERVICES

Always there for every repair!

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

**713-722-5000**

PO BOX 79589, HOUSTON, TX 77279-9589

MAIN: (713) 722-5000
TACLA013422E
MPL 19566
TECL 17976
TPCL 12430 PT

**SERVICE REPORT** Page____ of ____   TICKET NO. 288881

DATE 9/13/11   NAME KAREN BALDWIN

PURCHASE/ORDER NO.   HVAC

STREET 409 HighRidge Dr.

FRIENDSWOOD  77546  257 J  TECH # 109

INVENTORY NO. ☑ RESIDENTIAL  ☐ COMMERCIAL  ☐ PARTS ON ORDER  ☐ COMPLETE  ☐ INCOMPLETE  ☐ RESCHEDULE  ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE | DESCRIPTION OF WORK PERFORMED |
|---|---|---|---|---|
| | LEAK SEARCH | | $291.00 | PROBLEM REPORTED: U/S Not Cooling |

TASK #

CHECKED the upstairs
system and found it was
very low on freon. LEAK
search the box coil and
found a leak in the back
of the coil. Going to check
to see if coil is under
warranty, and if not have
a rep call to give a price
on a new coil.

| EQUIPMENT BRAND | MODEL | SERIAL # | TYPE/FUEL | AGE | | STANDARD RATE | PARTNER RATE |
|---|---|---|---|---|---|---|---|

RECOMMENDATIONS:
ADDITIONAL INFORMATION:

TOTAL MATERIAL
TOTAL LABOR

NAME OF HELPERS

START 5:30/6:00  COMPLETE
START /  COMPLETE

FLAT RATE PRICE
RENTAL EQUIP.

SERVICE TECHNICIAN - NAME & TRUCK # 109
JIMMIE

☑ CHECK # 1334
☐ CASH
☐ CARD #
☐ VISA  ☐ M.C.  ☐ DISCOVER  ☐ AMEX

COUPON
SUBTOTAL
TAX
EXP. DATE ☐☐ ☐☐
CVS CODE ☐☐☐

$291.00

CUSTOMER SIGNATURE
✗ Karen Baldwin

**AGREEMENT:** The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of Invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the **LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.**

AMANA
CHTF3642D6AA
071206955B

WHITE: FILE   YELLOW: OFFICE   PINK: CUSTOMER   I decline to have the recommended work performed at thi   SIGNATURE _____   DATE _____   Thank You

# SERVICE REPORT

**CHURCH SERVICES**

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

Always there for every repair! **713-722-5000**

MAIN: (713) 722-5000
TACLA013422E
MPL 19566
TECL 17976
TPCL 12430 PT

PO BOX 79589, HOUSTON, TX 77279-9589

Page____ of ____  TICKET NO. 288881

DATE 9/15/11  NAME KAREN BALDWIN

PURCHASE ORDER NO. HVAC

STREET 909 HighRidge Dr.

CITY FRIENDSWOOD  ZIP 77546  KM 657J  TECH # 109

INVENTORY NO. ☑ RESIDENTIAL ☐ COMMERCIAL ☐ PARTS ON ORDER ☐ COMPLETE ☐ INCOMPLETE ☐ RESCHEDULE ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE | DESCRIPTION OF WORK PERFORMED | | |
|---|---|---|---|---|---|---|
| | WARRANTY COIL | | | PROBLEM REPORTED: WARRANTY COIL | | |
| | AND LABOR | | $ 750.00 | TASK # | STANDARD RATE | PARTNER RATE |
| | | | | INSTALLED A WARRANTY | | |
| | | | | COIL, AND A NEW LIQUID | | |
| | | | | LINE DRIER. PULLED A VACCUM | | |
| | | | | ON THE SYSTEM. TURNED THE | | |
| | | | | SYSTEM ON AND CHARGED IT | | |
| | | | | TO THE PROPER CHARGE | | |

| EQUIPMENT BRAND | MODEL | SERIAL # | TYPE/FUEL | AGE |
|---|---|---|---|---|
| | | | | |

RECOMMENDATIONS;
ADDITIONAL INFORMATION:

NAME OF HELPERS MIKE Z.

START 7:45 / 8:45 COMPLETE

START / COMPLETE

SERVICE TECHNICIAN - NAME & TRUCK # Timmie 109

☑ CHECK # 1336

☐ CASH

☐ CARD #

☐ VISA ☐ M.C. ☐ DISCOVER ☐ AMEX

| | | |
|---|---|---|
| TOTAL MATERIAL | | |
| TOTAL LABOR | | |
| FLAT RATE PRICE | | |
| RENTAL: EQUIP. | 220 85 | 18 10 9/6 |
| COUPON | | |
| SUBTOTAL | | |
| TAX | | |
| EXP. DATE | | |
| CVS CODE | | |
| | 0. 750. | |

CUSTOMER SIGNATURE
✗ Karen Baldwin

AMANA
CHPF3642D6
1108512609

AGREEMENT: The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

WHITE: FILE  YELLOW: OFFICE  PINK: CUSTOMER  I decline to have the recommended work performed at this time

SIGNATURE _____  DATE _____

Thank You

# CHURCH SERVICES

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

**SERVICE REPORT**

Always there for every repair!
**713-722-5000**
PO BOX 79589, HOUSTON, TX 77279-9589

MAIN: (713) 722-5000
TACLA013422E
MPL 19566 Ken Faust-MP
TECL 17976
TPCL 12430 PT

TICKET NO. 351025

DATE 8-24-12   NAME Karen Baldwin
PURCHASE ORDER NO.
STREET 909 High Ridge
CITY Friendswood   ZIP 77546   TECH #

INVENTORY NO. ☑ RESIDENTIAL  ☐ COMMERCIAL  ☐ PARTS ON ORDER  ☐ COMPLETE  ☐ INCOMPLETE  ☐ RESCHEDULE  ☐ INSTALL

| PART/PO # | DESCRIPTION | QTY | PRICE |
|---|---|---|---|
| | Renew P1 (25+5) | | 238. |
| | leak search | | 100. |
| | R-22 | 4 | 238. |
| | discount P1 10% | | -42. |

PROBLEM REPORTED: Spring Check  1 of 2
TASK #

DESCRIPTION OF WORK PERFORMED:
Found leak in 013 evap coil. Need to replace evap coil. Going to check warranty on coil per cust. Added 4 lbs of R-22 before cust. face will leak out.
If evap coil in warranty added for labor 850.

013
Evap coil Goodman
M/N CHTF36420644
S/N 0710240870

| EQUIPMENT BRAND | MODEL | SERIAL # | TYPE/FUEL | AGE |
|---|---|---|---|---|
| 013 Goodman GSC130361CA | | 0608195304 | | |
| Goodman GSC130421AA | | 0608199175 | | |
| 413 | | | | |

RECOMMENDATIONS/ADDITIONAL INFORMATION:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL MATERIAL | 013 | | | | | | |
| TOTAL LABOR | 195 | 75 | 25 | | 78 | 16 | 65 | 1.0 |
| FLAT RATE PRICE | 413 195 | 75 | 25 | | 76 | 15 | 10.8 | 1.0 |

NAME OF HELPERS

START 895 / 3:00  COMPLETE
START  COMPLETE
SERVICE TECHNICIAN, NAME & TRUCK # 9273
☑ CHECK # 1516
☐ CASH
☐ CARD #
☐ VISA  ☐ M.C.  ☐ DISCOVER  ☐ AMEX

RENTAL: EQUIP.
COUPON
SUBTOTAL
TAX
EXP. DATE ☐☐ ☐☐
CVS CODE ☐☐☐

614.⁰⁰

CUSTOMER SIGNATURE

🛑 STOP  *Have you been offered a P-1 Discount?*

AGREEMENT: The above work has been satisfactorily performed, as described and the above signed agree to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

PRIORITY MAINTENANCE PACKAGE:  ACCEPT ☑  DENY ☐  CUSTOMER INITIALS:

WHITE: OFFICE       YELLOW: CUSTOMER

I decline to have the recommended work performed at this time  SIGNATURE _____  DATE _____  *Thank You*

**CHURCH SERVICES**
*Always there for every repair!*

PLUMBING
ELECTRICAL
PEST CONTROL
FOUNDATION REPAIR
AIR CONDITIONING & HEATING
www.churchservices.com

**713-722-5000**

MAIN: (713) 722-5000
MPL 19566 Ken Faust-MP
TECL 17976
TPCL 12430 PT
TACLA013422E

PO BOX 79589, HOUSTON, TX 77279-9589

## SERVICE REPORT   Page____ of____   TICKET NO. 331015

DATE 8-28-12

NAME Karen Baldwin

PURCHASE ORDER NO.

STREET 909 Highridge

CITY Friendswood   ZIP 77546   KM # 657

TECH #

INVENTORY NO. [X] RESIDENTIAL   [ ] COMMERCIAL   [ ] PARTS ON ORDER   [ ] COMPLETE   [ ] INCOMPLETE   [ ] RESCHEDULE   [ ] INSTALL

| PART/PO # | DESCRIPTION | QTY. | PRICE |
|---|---|---|---|
| P-H | Evap coil | 1 | Warranty |
|  | Labor for coil |  | 850.00 |
| 3210 | Filter drier 3/8 | 1 | — |
| 1000 | R-22 | 11 |  |
|  | discount P1 10% |  | -85.00 |

DESCRIPTION OF WORK PERFORMED

PROBLEM REPORTED: D13 Evap coil

TASK #

Recover R-22, Remove filter drier behind
King valves. Install new drier. Remove
old evap coil, Install new evap coil.
Pressure test system, Vacuum system
Charged system
AC working at this time.

| | | | STANDARD RATE | PARTNER RATE |
|---|---|---|---|---|

EQUIPMENT BRAND D13   MODEL

Goodman C6C1836IC A   SERIAL # 0608195349

TYPE/FUEL   AGE

RECOMMENDATIONS:
ADDITIONAL INFORMATION:

NAME OF HELPERS

START 8/28   COMPLETE 8:45
START   COMPLETE

SERVICE TECHNICIAN - NAME & TRUCK # 273
Eric F-705/4273

[ ] CHECK # 1520
[ ] CASH
[ ] CARD #
[ ] VISA   [ ] M.C.   [ ] DISCOVER   [ ] AMEX

| | |
|---|---|
| TOTAL MATERIAL | |
| TOTAL LABOR | |
| FLAT RATE PRICE | |
| RENTAL: EQUIP. | |
| COUPON | |
| SUBTOTAL | |
| TAX | |
| | 765.00 |

CUSTOMER SIGNATURE

EXP. DATE [ ][ ] [ ][ ]
CVS CODE [ ][ ][ ]

PRIORITY MAINTENANCE PACKAGE:   ACCEPT: [ ]   DENY: [ ]   CUSTOMER INITIALS:

AGREEMENT: The above work has been satisfactorily performed, as described and the above signed agrees to pay for said work. If any outstanding balance remains after the 10th of the month following the date of invoice, purchaser understands and agrees to pay interest at a rate of 1.5% per month. I have read and acknowledge the LIMITED WARRANTY AND TERMS & CONDITIONS ON BACK.

STOP   *Have you been offered a P-1 Discount?*

WHITE: OFFICE   YELLOW: CUSTOMER

I decline to have the recommended work performed at this time. SIGNATURE_____   DATE_____

*Thank You*



**Sam Korkmas**
248 Oak Manor Dr.
Alvin, Texas 77511
832-283-2665

# INVOICE

**TACLB15676E**

INVOICE DATE: 5-30-14

SOLD TO: Baldwin
909 High Ridge
Friendswood Tx
281 992 3239

SHIPPED TO:

| DATE SHIPPED | SHIPPED VIA: | YOUR ORDER NO. | TERMS |
|---|---|---|---|
| | | | |

| QTY. ORDERED | DESCRIPTION: | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Install New Bryant 16 Seer Condenser & evaporator coil Retrofit to existing duct work Install filter dryer Pull Vaccumn & Charge with R 410 A Flush line set | | |
| | Job Total Includes tax | | 3685ᵃ |

**C60H210P166**

CBH6021P16          7113F07248

☺ Thank You
For Your Business

2014E33528    SERIAL / NUMERO DE SERIE   #DE SERIE
116BNA042000BAAA MFG CODE/CODE DE FAB/CODIGO DE MFG

| | | |
|---|---|---|
| ☐ TAXABLE: _____ % | **SUBTOTAL** | |
| ☐ TAX EXEMPT - EXEMPTION CERT. ATTACHED | **SALES TAX** | |
| ☐ TAX EXEMPT FORM ON FILE: | **SHIPPING CHARGES** | |
| | **PLEASE PAY THIS TOTAL** ☞ | 3685ᵒᵒ |

INTEREST WILL BE CHARGED MONTHLY AT THE MAXIMUM LEGAL RATE OF INTEREST PERMITTED IN THE STATE OF TEXAS ON ALL OVERDUE ACCOUNTS AND ADDED TO ACCOUNT UNTIL CUMULATIVE BALANCE IS PAID IN FULL. PURCHASER AGREES TO PAY ALL COLLECTION FEES, REASONABLE ATTORNEY FEES AND ALL OTHER COSTS INCURRED FOR COLLECTION. ALL INVOICES ARE DUE AND PAYABLE AT THE ADDRESS ABOVE.



**WEEKS** SERVICE COMPANY Since 1972

1306 So. Hwy. 3
League City, TX 77573

TACL A9978C  TECL 17038

(281) 332-9555  (800) 443-3992
Fax (281) 332-9558

# PROPOSAL

Page No. _1_ of _1_ Pages

JOB NAME / NO.

LOCATION

To: Dave Baldwin
909 High Ridge Drive
Freindswood, Tx. 77546

PHONE 281-737-7900   DATE 4-20-15

We hereby submit specifications and estimates for:

Water is getting into panel and causing the arc fault breakers
to trip. Needs some sealant in the mounting holes where
the water is coming in at. Need to change out (2) Q.O.
single 20 amp arc fault breakers and (1) 15 amp Q.O.
arc fault breaker.

$ 492.00
+ $ 96.00 service fee
$588.00

Regulated By Texas Department of Licensing & Regulation   P.O. Box 12157, Austin, TX 78711   Phone # 800-803-9202   www.license.state.tx.us

**WE PROPOSE** hereby to furnish material and labor — complete in accordance with these specifications, for the sum of 588.00

_____ dollars ($ _588.00_ ).

Payable as follows:

All material is guaranteed to be as specified. All work to be completed in a workmanlike
manner according to standard practices. Any alterations or deviation from above specifica-
tions involving extra cost will be executed only upon written orders, and will become an
extra charge over and above the estimate. All agreements contingent upon strikes, accidents
or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance.
Our workers are fully covered by Workmen's Compensation Insurance.

Authorized
Signature _____

NOTE: This proposal may be withdrawn
by us if not accepted within ___30___ days.

**ACCEPTANCE OF PROPOSAL** – The prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized
to do the work as specified. Payment will be made as outlined above.

Signature _____ Date _____   Signature _____ Date _____