UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: Section:  L<br>: |
| Elizabeth Bennett, et al.,<br>V.<br>Knauff Gips, KG, et al. | :<br>: 2:14-cv-02722-EEF-JCW<br>: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF
KAREN BETH BALDWIN
NOVEMBER 25, 2019

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF KAREN BETH BALDWIN, produced as a witness at the instance of the Knauf Defendants, and duly sworn, was taken in the above-styled and numbered cause on November 25, 2019, from 12:33 p.m. to 1:54 p.m., before PHYLLIS WALTZ, RMR, CRR, CRC, Texas CSR, TCRR, Louisiana CCR, in and for the State of Texas, recorded by machine shorthand, at the offices of Worldwide Court Reporters, Inc., 3000 Weslayan, Suite 235, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto; signature having not been reserved.

EXHIBIT
BALDWIN
B

```
01:48
 1       Q.   So what is this Maverick estimate?
 2       A.   We were attempting to determine how much it
 3  would cost to fix the house, and their estimate was
 4  $143,700, excluding any electrical work, having the
 5  house rewired and all of the electrical outlets and
 6  switches replaced.  And it excludes any cabinetry being
 7  replaced, and it excludes all flooring being replaced.
 8       Q.   Also on Page 5, under Item 21, it says, "If
 9  you vacated the property because of the alleged presence
01:49 10  of Chinese Drywall, please provide:  Moving costs and/or
11  alternative living expenses you claim to have incurred
12  as a result of the alleged presence of Chinese Drywall."
13  My first question is you had already decided to move out
14  of the house before you determined there was Chinese
01:49 15  drywall in the home, correct?
16       A.   Correct.
17       Q.   And then the 76,447.73, I believe there is an
18  itemization in here.  What I'm going to ask is whether
19  that all relates to the mortgage and closing costs
01:49 20  related to the North Mission Circle house, but I want to
21  look at it before I do that.
22            Here we go.  It's behind the Maverick
23  estimate.
24       A.   Uh-huh.
01:50 25       Q.   And so the question is -- it says total
```

```
 1   expenses, 76,447.73.  Those are all associated with
 2   moving to the North Mission Circle house, correct?
 3        A.   Correct.
 4        Q.   And you had determined that you would buy that
 5   North Mission Circle house before moving out of the
 6   909 High Ridge Drive house?
 7        A.   Correct.
 8        Q.   And you had already decided to buy the North
 9   Mission Circle house before you knew there was Chinese
10   drywall in the 909 High Ridge Drive property?
11        A.   We had actually already purchased it.  So then
12   we also couldn't back out of the sale when we discovered
13   the Chinese drywall.  And we couldn't sell the High
14   Ridge Drive house.
15        Q.   You had already purchased the house before the
16   August 2016 inspection?
17        A.   Yes.
18        Q.   All right.  The closing had already gone
19   through?
20        A.   We -- I believe so, but I'd probably have to
21   check that date.
22        Q.   Take a look at Exhibit 2 to Exhibit 3.
23        A.   Exhibit 2?
24        Q.   So you're looking at Exhibit 3.
25        A.   Yes.
```