UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**Exhibit**
Exhibit No: 4
Name:
Date: 7/9/19
ESQUIRE

## PLAINTIFF FACT SHEET

Name of Plaintiff: ___Edward Ball & Margot Gravel_____

Affected Property Address: __2464 Silver Palm Road, North Port, FL  34288_____

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)       07 / 30 / 2013

2.  When you took ownership of the Property, what was the name of the seller?

William Rogers & Lynda Rogers

EXHIBIT
BALL/GRAVEL
1        A

3.  Name and address of the realtor?

Ms. Lee Rhodes, Remax, 3401 S. Sumter Blvd., North Port, FL

4.  Name and address of the closing agent?

J. Steven Gribble, 14260 Tamiami Trail, North Port, FL  34287

5.  What was the price of the home when you purchased it?  $ 252,000.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes    ☑ No    ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
        $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

    a. __06__ / __18__ /20 _13_

    b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1:** Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows:  The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_07___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2:** Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF").  Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

**14.**  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Inability to sell the home.  Had a contract for $345,000.00 that fell through when Chinese drywall was discovered.

**15.**  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**16.**  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

>  **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

>  **Response**:  An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

>  a. 656 Southern Hills Drive, Eureka, MO  63025
>
>  b. 18189 Ohara Drive, Port Charlotte, FL  33948
>
>  c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

>  a.   09  /  30  /20 16   to   present /_____/20_____
>
>  b. _____/_____/20_____   to   _____/_____/20_____
>
>  c. _____/_____/20_____   to   _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

>  a. $  $5,000.00 estimate
>
>  b. $_____
>
>  c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____
_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☑ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A
_____
_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

Response:   [✓] N/A

32.  When did the remediation commencement date occur?

Response:   [✓] N/A

33.  When did the remediation end date occur?

Response:   [✓] N/A

34.  What was the scope of the remediation and the scope of the work carried out?

Response:   [✓] N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

Response:   [✓] N/A

36. Were any samples from the remediation retained?

   Response:   [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   Response:   [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   Response:   [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   Response:   [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

**\*\*** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_Edward Ball_                                    _1/15/2019_
Signature of Plaintiff                           Date

_Edward Ball_
Printed Name

# Exhibit 1

Main File No. 2300303315   Page #1 of 31

## Alliance Appraisal Associates of Florida, Inc.
1760 N. East Avenue Ste. B-4, Sarasota, FL 34234  Tel 941 356-0974



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
2464 Silver Palm Rd
Lot 11 Block D Bobcat Trail Plat Book 39 Page 21
North Port, FL  34288

**FOR:**
U.S.Bank, N.A.
1550 American Blvd
Bloomington, MN  55425

**AS OF:**
06/18/2013

**BY:**
Victoria  Lynn Kerin
Cert Res RD 4363

SUMMARY REPORT

Alliance Appraisal Associates of Florida, Inc. (941) 356-0974    Main File No. 2300309315 Page #2 of 31

# Uniform Residential Appraisal Report

1122935025
File # 2300309315

| The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property. | | | | |
|---|---|---|---|---|
| Property Address 2464 Silver Palm Rd | | City North Port | State FL | Zip Code 34288 |
| Borrower Edward K Ball & Margot J Gravel | Owner of Public Record William L & Lynda L Rogers | | County Sarasota | |
| Legal Description Lot 11 Block D Bobcat Trail Plat Book 39 Page 21 | | | | |
| Assessor's Parcel # 1140-16-0411 | | Tax Year 2012 | R.E. Taxes $ 5,535 | |
| Neighborhood Name Bobcat Trail | | Map Reference T39R22S30 | Census Tract 0027.12 | |

(form continues — detailed appraisal fields)

Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $ 0    ☒ PUD  HOA $ 50  ☒ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
Lender/Client U.S.Bank, N.A.   Address 1550 American Blvd , Bloomington, MN 55425

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). DOM 176;The subject was listed on MFRMLS#C7039214 for $285,000 on 12/04/2012. Prior listing history shows the subject listed on MFRMLS# C7037504 on 10/04/2012 for $299,999 and withdrawn 11/26/2012. See Addendum Page
I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. Arms length sale;The purchase contract shows to be a standard contract. The contract was signed 05/29/2013

Contract Price $ 252,000   Date of Contract 05/29/2013   Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s) SCPA
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid. $0;

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 90 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 95 Low | 0 | 2-4 Unit | 4 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 455 High | 13 | Multi-Family | 1 % |
| Neighborhood Boundaries North by Price Blvd, East by Johannesberg Rd, South by Hillsborough Blvd,West by Toledo | | | | 260 Pred. | 8 | Commercial | 5 % |
| Blade Blvd. | | | | | | Other | % |

Neighborhood Description The subject is a corner property,located in a gated deed restricted golf course community. The neighborhood consists of similar type properties located on lakes and the golf course.The residents are a mixture of seasonal and year round. The neighborhood is centrally located with easy access to major highways,shopping,restaurants and boating opportunities. All necessary amenities are a drive away.
Market Conditions (including support for the above conclusions) The overall real estate market has experienced a major correction/decline in recent years,this area has been stable since a year ago per MLS stats. County-wide foreclosures and short sales are still having an impact on the market.The REO/Short Sales are at 15% in Bobcat Trail.

Dimensions 59.5' x 144.27' x 97.48' x 130'   Area 10890 sf   Shape Irregular Rectangular   View A;Res;Neighbor
Specific Zoning Classification PCD   Zoning Description Planned Commercial Development
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | | Water ☒ | Street Paved-Asphalt | | |
| Gas | ☒ | | | Sanitary Sewer ☒ | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone B  FEMA Map # 1202790015B   FEMA Map Date 09/02/1981
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
There were no adverse site conditions, easements, encroachments or other conditions noted on inspection. The roads are privately maintained by the community,Bobcat Trail is a Community Development District which maintains the roads,water and sewer facilities. The CDD dues are billed through the Sarasota Tax Collector. This does not have an adverse effect on marketability and is market accepted.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | | | Foundation Walls Masonry/Good | | Floors Tile/Carpet/Avg | |
| # of Stories 1 | ☐ Full Basement ☐ Partial Basement | | | Exterior Walls Stucco/Good | | Walls Drywall/Avg | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area 0 sq.ft. | | | Roof Surface Tile/Good | | Trim/Finish Wood/Avg | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 0 % | | | Gutters & Downspouts Aluminum/Good | | Bath Floor Tile/Avg | |
| Design (Style) Contemp Ranch | ☐ Outside Entry/Exit ☐ Sump Pump | | | Window Type Various/Good | | Bath Wainscot Tile/Avg | |
| Year Built 2006 | Evidence of ☐ Infestation | | | Storm Sash/Insulated Hurricane Shutters | | Car Storage ☐ None | |
| Effective Age (Yrs) 4 | ☐ Dampness ☐ Settlement | | | Screens Yes/Good | | ☒ Driveway # of Cars 4 | |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | | Amenities Woodstove(s) # 0 | | Driveway Surface Concrete | |
| ☒ Drop Stair ☐ Stairs | ☐ Other Fuel Electric | | | ☐ Fireplace(s) # 0 ☐ Fence None | | ☒ Garage # of Cars 3 | |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | | | ☒ Patio/Deck Open ☐ Porch Lanai | | ☐ Carport # of Cars 0 | |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | | | ☐ Pool & SPA ☐ Other None | | ☒ Att. ☐ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 7 Rooms 3 Bedrooms 3.0 Bath(s) 2,520 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). Granite countertops, ss appliances, recessed lighting, wood cabinets,lawn irrigation, private well.
The subject has 3 bedrooms, den, diningroom, kitchen, dining area, 3 bathrooms,2 car side entry garage, 1 car front entry garage.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;No updates in the prior 15 years;Effective age are considered less than actual age due to overall good maintenance and upkeep. The appraisal report does not guarantee that the property is free from defects. No personal property was moved during appraisal inspection, this is a non-invasive inspection only (see scope of work). The subject is a 7 year old dwelling in good overall condition.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe
The subject is similar to other contemporary ranch style homes in the neighborhood.

Freddie Mac Form 70 March 2005          UAD Version 9/2011  Page 1 of 6          Fannie Mae Form 1004 March 2005

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 2300309315 | Page #3 of 31

## Uniform Residential Appraisal Report

1222936025
File # 2300309315

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are 15 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 179,800 to $ 429,000 | | | | | | | |
| There are 33 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 95,000 to $ 455,388 | | | | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2464 Silver Palm Rd<br>North Port, FL 34288 | 1953 Silver Palm Rd<br>North Port, FL 34288 | | 2009 Silver Palm Rd<br>North Port, FL 34288 | | 3209 Royal Palm Dr<br>North Port, FL 34288 | |
| Proximity to Subject | | 0.20 miles E | | 0.24 miles NE | | 0.57 miles S | |
| Sale Price | $ 252,000 | $ 329,000 | | $ 270,000 | | $ 220,000 | |
| Sale Price/Gross Liv. Area | $ 100.00 sq.ft. | $ 124.67 sq.ft. | | $ 135.27 sq.ft. | | $ 109.18 sq.ft. | |
| Data Source(s) | | MFRMLS#D791451;DOM 49 | | MFRMLS#C7040181;DOM 83 | | MFRMLS#C7038657;DOM 142 | |
| Verification Source(s) | | SCPA2013065836 | | SCPA2013080794 | | SCPA2013064176 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Cash;0 | |
| Date of Sale/Time | | s05/13;c04/13 | | s05/13;c04/13 | | s05/13;c04/13 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10890 sf | 9508 sf | 0 | 9465 sf | 0 | 7200 sf | 0 |
| View | A;Res;Neighbor | B;Gltvw; | -20,000 | B;Gltvw; | -20,000 | A;Res;Neighbor | |
| Design (Style) | Contemp Ranch | Contemp Ranch | | Contemp Ranch | | Contemp Ranch | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 7 | 7 | | 8 | 0 | 10 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total\|Bdrms.\|Baths | Total\|Bdrms.\|Baths | | Total\|Bdrms.\|Baths | | Total\|Bdrms.\|Baths | |
| Room Count | 7 \| 3 \| 3.0 | 7 \| 3 \| 3.0 | | 7 \| 3 \| 2.0 | +5,000 | 7 \| 3 \| 2.0 | +5,000 |
| Gross Living Area | 2,520 sq.ft. | 2,639 sq.ft. | 0 | 1,996 sq.ft. | +23,580 | 2,015 sq.ft. | +22,725 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central HT& AC | Central HT& AC | | Central HT& AC | | Central HT& AC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | Garage-3 | Garage-3 | | Garage-3 | | Garage-2 | +5,000 |
| Porch/Patio/Deck | Lanai | Lanai | | Lanai | | Lanai | |
| Inground Pool | Ing Pool,Spa | Ing Pool,Spa | | Ing Pool/None | +2,000 | Ing Pool/None | +2,000 |
| Original Listing Date | 12/04/2012 | 02/20/2013 | 0 | 01/12/2013 | 0 | 11/14/2012 | 0 |
| Original Listing Price | $285000 | $349800 | 0 | $285000 | 0 | $289900 | 0 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -20,000 | ☒ + ☐ - | $ 10,580 | ☒ + ☐ - | $ 34,725 |
| Adjusted Sale Price | | Net Adj. 6.1 % | | Net Adj. 3.9 % | | Net Adj. 15.8 % | |
| of Comparables | | Gross Adj. 6.1 % | $ 309,000 | Gross Adj. 18.7 % | $ 280,580 | Gross Adj. 15.8 % | $ 254,725 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) SCPA, IMAPP
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) IMAPP
Report the results of the research and analysis of the prior sales or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 08/24/2012 | | |
| Price of Prior Sale/Transfer | | $135,000 | | |
| Data Source(s) | SCPA/IMAPP | IMAPP | IMAPP | IMAPP |
| Effective Date of Data Source(s) | 06/19/2013 | 06/19/2013 | 06/19/2013 | 06/19/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales      The subject has not sold or transferred within the past 36 months, last sale date
08/21/2007 for $378,900.Comp 1 had prior transactions 08/24/2012 $135000 and 05/07/2012 $111,112 non MFRMLS sales or transactions, last sale date 2005. Comp 2 prior sale
date 2005 however there were transactions (non sale) on 09/09/2012 &12/18/2012( life estate). Comp 3 last sale date 2009.

Summary of Sales Comparison Approach    Per sources cited above all sales are closed and from the same market area as defined on Page 1. Subject
& Comps have similar appeal & the improvements are compatible in style & construction to other homes in the market area. No adjustments made for minor differences in actual
age when the effective ages of subject & comps appear similar. When paired sales analysis was not possible from
available data, the appraiser made adjustments where appropriate based on an estimate of market reaction. Differences in GLA in excess of
200 sf is adjusted at $45.00 per sf. Many of the properties are located on the golf course and or lakes, the subject has a residential view. There were few sales with the subject's
criteria that had residential views. The comps used in this report were the most similar and most recent sales.
Adjustments for golf course views were the result of differences in SCPA assessed land values and market reaction. There is a wide span between sale price of comp 1 and
remaining comps this is due to the GLA, Inground Pools, 3 car garage and lot size. See Addendum Page
Indicated Value by Sales Comparison Approach $  282,000

| | | | |
|---|---|---|---|
| Indicated Value by: Sales Comparison Approach $ 282,000 | Cost Approach (if developed) $ 282,899 | Income Approach (if developed) $ | |

The appraiser did not complete the Income Approach as it was considered not applicable in this analysis. The cost approach and the sales comparison  approach were sufficient to solve the
appraisal problem. The opinion of value was derived from the adjusted value range of all the comparable sales utilized weighted  equally by gross adjustment.No personal property, financing costs,
title insurance or credits included in value opinion.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  282,000 , as of  06/19/2013 , which is the date of inspection and the effective date of this appraisal.

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | UAD Version 9/2011   Page 2 of 6 | Fannie Mae Form 1004 March 2005 |

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 2300309315 Page #4 of 31

## Uniform Residential Appraisal Report

1222936025
File # 2300309315

SCOPE OF WORK: Inspection of Subject Property and immediate neighborhood (within a 1 mile radius and/or comps used in report only): a visual non invasive interior & exterior appraisal

inspection of subject to determine on & off site conditions that might affect the market value of the property (not including crawl space or any hidden components, no activation or testing of

mechanical systems or utilities unless requested, no verification of code compliance or building

permits, no personal property of any kind was moved during inspection, inspection). A building sketch will be provided, not drawn to scale, in compliance with FNMA Selling Guide Part VII, Section 204,

although the appraiser inspected all comparable properties from the street (not including improvements). Extent of Data Research: sources used by appraiser include: Property Appraiser web site as a source for census tract data,

USPS postal address, and zip code data, and flood zoning data from InterFlood.com, providers of flood determination services to the mortgage lending industry, County Property Appraiser data from Internet sites, MLS data and/or

listing, sales agents, buyers, sellers. Local open market sales as listed in area MLS systems reflect the national, regional & local economic trends which affect the local real estate market. Analysis applied to arrive at the opinion of

value includes: Highest & Best Use, analysis of current leases (if any known). Cost Approach (if relevant see addendum), Sales Comparison Approach. Income Approach to value was considered, but not utilized, due to conditions

explained more fully in the report. This report is not a home inspection. The appraiser only performed a visual inspection of accessible areas and the appraisal cannot be relied upon to disclose conditions and or defects in the

property. Condition of improvements as described in this report reflect a visual non invasive appraisal inspection, which reports only those deferred maintenance items (if any) that were readily apparent to the appraiser at time of

inspection. Although the appraiser strives for full accuracy, he or she is neither a certified home inspector nor a building contractor. Whenever available, home-inspector's and contractor's reports/bids and estimates to repair are

consulted and reported in the appraisal. Many faults and defects, major and minor, can remain hidden until discovered by an expert inspection. The appraiser's estimates to repair (if any) are rough estimates only, unless supported

by contractor bids or professional estimates. If these documents are not available, and the client wishes more than the routine non-invasive visual appraisal inspection and rough estimates to repair provided by the appraiser, then the

appraiser strongly recommends the use of professional home inspection and contractor services, which are readily

available in the subject market area. The appraiser further retains the right to amend the estimate of value contained in this report if at a later date the professional inspection data or repair

estimates substantially differ from those reported in the original appraisal report. Appraiser has reported on "apparent general condition" only. The appraiser is not a professional home or

environmental inspector. The appraiser provides an opinion of value. The appraisal does not guarantee that the property is free of defects or environmental problems such as

sink holes or soil contamination or any other hazard. The appraiser performs an inspection of visible and accessible areas only. Mold may be present in areas the appraiser cannot see. A professional home inspection or

environmental inspection is recommended if the lender wishes a guarantee that mold or other environmental problems do not exist. The

presence of substances such as asbestos, urea-formaldehyde foam insulation, Chinese drywall products, or other potentially hazardous materials may affect the value of the

property. The Appraiser's (s') value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value." HIGHEST & BEST USE: Single Family Residential. Highest & best

use of land or a site as though vacant: The use of a property based on the assumption that a parcel of land is vacant, or can be made vacant through demolition of any improvements.Highest & best use of property as improved: The

use that should be made of a property as it exists.Highest & best use: The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible and that

results in the

highest value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility and maximum profitability.The subject meets

all these criteria and is located in a residential area of single family homes. Therefore single family residential usage is considered to be the highest & best use of the site both

vacant & improved.This appraisal report utilized electronic signatures in compliance with the definition stated in Uniform Standards of Professional Appraisal Practice 2012-13 UNIFORM STANDARDS OF PROFESSIONAL

APPRAISAL PRACTICE 2012-13 Definitions: SIGNATURE: personalized evidence indicating authentication of the work performed by the appraiser and the acceptance of the responsibility for content, analyses, and the conclusions

in the report.Comment: A signature can be represented by a handwritten mark, a

digitized image controlled by a personalized identification number, or other media, where the appraiser has sole personalized control of affixing the signature. Copyright 2012-13

The Appraisal Foundation.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The county property appraiser has the subject's

land value at $ 29400.There were no land sales on MFRMLS in the past year located in Bobcat Trail. The estimated opinion of site value was

reconciled by using the SCPA assessed land value for the subject and extraction method.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 20,000 |
|---|---|---|---|---|---|
| Source of cost data   M&SRCS | DWELLING | 2,520 Sq.Ft. @ $ | 105.00 | =$ | 264,600 |
| Quality rating from cost service  Q3        Effective date of cost data  4th Qtr 2012 | | 0 Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Ing Pool etc | | | =$ | 35,000 |
| ESTIMATED REPLACEMENT COST* See floor plan for dimensions. Approx.cost figures by | Garage/Carport | 760 Sq.Ft. @ $ | 25.00 | =$ | 19,000 |
| reference to Marshall & Swift Residential Handbook. Depreciation estimate by effective age-life | Total Estimate of Cost-New | | | =$ | 318,600 |
| concept at- 5.33 % based on a 75 year economic life estimate. -20%external obsolescence noted | Less         Physical      Functional        External | | | | |
| due to the effects of many years of a declining real estate market and current market trends.  Est. | Depreciation        16,981 | | 63,720 | =$( | 80,701) |
| value of site improvements include drive, walks, landscape. | Depreciated Cost of Improvements | | | =$ | 237,899 |
| **NOT INTENDED TO BE USED TO ASSESS INSURABLE VALUE** | *As-is* Value of Site Improvements | | | =$ | 25,000 |
| | | | | | |
| Estimated Remaining Economic Life (HUD and VA only)        71 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 282,899 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)     The income approach was not necessary to solve the appraisal problem.The

sales comparison approach and cost approach is sufficient to solve the appraisal problem.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No    Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005            UAD Version 9/2011  Page 3 of 6            Fannie Mae Form 1004 March 2005

Main File No. 2300309315 | Page #5 of 31

## Uniform Residential Appraisal Report

1222936025
File # 2300309315

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

1222936025
File # 2300309315

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

122936025
File # 2300309315

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**  Alliance Appraisal Associates of Florida,Inc.

Signature  *Victoria L. Kerin*
Name  Victoria Lynn Kerin
Company Name  Alliance Appraisal Associates of Florida,Inc.
Company Address  1760 N east Avenue, Ste B-4
Sarasota , FL 34234
Telephone Number  (941) 356-0974
Email Address  orders@allianceappraisalflorida.com
Date of Signature and Report  06/19/2013
Effective Date of Appraisal  06/18/2013
State Certification #  Cert Res RD4363
or State License #
or Other (describe)  State #
State  FL
Expiration Date of Certification or License  11/30/2014

ADDRESS OF PROPERTY APPRAISED
2464 Silver Palm Rd
North Port, FL 34288
APPRAISED VALUE OF SUBJECT PROPERTY $  282,000
**LENDER/CLIENT**
Name  No AMC
Company Name  U.S.Bank, N.A.
Company Address  1550 American Blvd , Bloomington, MN 55425
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

**SUBJECT PROPERTY**
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

## Uniform Residential Appraisal Report

1222936025
File # 2300309315

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address   2464 Silver Palm Rd | | 2847 Phoenix Palm Ter | | 1688 Palmetto Palm Way | | 2527 Silver Palm Rd | |
| North Port, FL 34288 | | North Port, FL 34288 | | North Port, FL 34288 | | North Port, FL 34288 | |
| Proximity to Subject | | 0.37 miles S | | 0.63 miles SE | | 0.07 miles SW | |
| Sale Price | $       252,000 | $       265,000 | | $       297,000 | | $       295,000 | |
| Sale Price/Gross Liv. Area | $ 100.00 sq.ft. | $ 146.25 sq.ft. | | $ 114.19 sq.ft. | | $ 125.85 sq.ft. | |
| Data Source(s) | | MFRMLS#C7041041;DOM 14 | | MFRMLS#C7038442;DOM 223 | | MFRMLS#C7041417;DOM 121 | |
| Verification Source(s) | | SCPA # 2013040402 | | Listing | | Listing | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | -12,000 | Listing | -12,000 |
| Concessions | | Cash;0 | | None Noted;0 | | None Noted;0 | |
| Date of Sale/Time | | s03/13;c02/13 | | Active | | Active | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10890 sf | 7200 sf | 0 | 13661 sf | 0 | 9100 sf | 0 |
| View | A;Res;Neighbor | B;Glfvw; | -20,000 | B;Glfvw; | -20,000 | B;Glfvw; | -20,000 |
| Design (Style) | Contemp Ranch | Contemp Ranch | | Contemp Ranch | | Contemp Ranch | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 7 | 13 | 0 | 9 | 0 | 13 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 7 | 3 | 3.0 | 7 | 3 | 2.0 | +5,000 | 7 | 4 | 3.0 | 0 | 7 | 3 | 2.0 | +5,000 |
| Gross Living Area | 2,520 sq.ft. | 1,812 sq.ft. | +31,500 | 2,601 sq.ft. | 0 | 2,344 sq.ft. | 0 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central HT& AC | Central HT& AC | | Central HT& AC | | Central HT& AC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | Garage-3 | Garage-2 | +5,000 | Garage-3 | | Garage-2 | +5,000 |
| Porch/Patio/Deck | Lanai | Lanai | | Lanai | | Lanai | |
| Inground Pool | Ing Pool,Spa | Ing Pool,Spa | | None | +20,000 | Ing Pool/None | +2,000 |
| Original Listing Date | 12/04/2012 | 03/06/2013 | 0 | 11/06/2012 | 0 | 02/19/2013 | 0 |
| Original Listing Price | $285000 | $269500 | 0 | $318900 | 0 | $295000 | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - | $        21,500 | ☐ + ☒ - | $      -12,000 | ☐ + ☒ - | $      -20,000 |
| Adjusted Sale Price | | Net Adj.        8.1 % | | Net Adj.        4.0 % | | Net Adj.        6.8 % | |
| of Comparables | | Gross Adj.   23.2 % $ | 286,500 | Gross Adj.   17.5 % $ | 285,000 | Gross Adj.   14.9 % $ | 275,000 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | SCPA/IMAPP | IMAPP | IMAPP | IMAPP |
| Effective Date of Data Source(s) | 06/19/2013 | 06/19/2013 | 06/19/2013 | 06/19/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales      Comp 4 last sale date 2006,Comp 5 prior sale date 2003,Comp 6 prior sale date 1998.

Analysis/Comments   Comps 5 & 6 included to demonstrate similar and competing listing from the subject's immediate market area.

Adjustments made to LISTING to indicate differences, please note that any conclusions drawn from the adjusted LIST PRICE could be
misleading because a property can be listed at any price level, appropriate or otherwise. Typically, but with exceptions, an open-market listing
of a similar property indicates the upper range of value for the subject property. The listings were not considered in with the final reconciliation of the subject's market value.

Because appraisers are working with past historical data vs. forecasting; it is important to take listings/pendings into consideration (no forecasting is being performed for this
appraisal for loan purposes). The market is in a constant state of flux and sales that sold 6 months ago may not be indicative of current values. Because there were so few sales
similar to the subject it is necessary to analyze listing/pending sales and take
them into consideration of what's available in the current market.
The LP to SP ratio  adjustments made to the 2 listings is -4 % for probable negotiations. Per data from MLS see 1004MC the LP to SP ratio
for the past 3  months has been 96 %.
The most similar MLS sales were used and they are a result of a thorough search of Mid Florida MLS. Non-MLS sales were not considered.
This is because non-MLS sales are considered to be unreliable due to seller concessions or incentives or personal property that could be
included and is not recorded in public records. MLS sales are considered more reliable due to agent, third party involvement and reporting
the sale terms on MLS. The physical search parameters on MLS were: searching the subject neighborhood for MLS sales within the prior 12 months, as well as active listings and
pending sales.

Higher than average net and gross adjustments due to the adjustments for LP to SP ratio, GLA adjustments and Land adjustments. No age adjustments due to all of the comps in
similar condition and with similar amenities as the subject. No room count adjustment for comp 5, the subject has 3 bedroom and a den that could be used as 4th bedroom.

Freddie Mac Form 70 March 2005                          UAD Version 9/2011                          Fannie Mae Form 1004 March 2005

Form 1004UAD.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Additional Important Comments Addendum

File No. 2300309315

| Borrower/Client | Edward K Ball & Margot J Gravel | | | | |
|---|---|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | | | |
| City | North Port | County Sarasota | | State FL | Zip Code 34288 |
| Lender | U.S.Bank, N.A. | | | | |

The Intended User of this appraisal report is THE LENDER/CLIENT. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Sales Comparison Analysis and the Subject's Market Value  Continued from Page 1**
The subject's market value is above the sale price by 12%. The subject is one of the larger homes in Bobcat Trail for GLA over 2500sf. The subject is located on a corner lot , has an extra larger expanded driveway, is one of the larger lots, however the view is within close proximity to the next door neighbor. When the hurricane shutters are removed the view from the livingroom, lanai and pool area is of the side of the neighbors house. There were no comps with the subject's criteria that sold within the past year with a similar view except comp 3 .Most of the sales have golf course and lake views. After speaking with the listing agent an adjustment for the inferior lot was made taking into consideration the SCPA assessed land value and the market reaction to the subject's view.    Please note Comp 3 has a similar view of neighbors per MFRMLS photos with listing sheet MFRMLS#7038657.

Higher than average net and gross adjustment were made due to the view adjustments and GLA adjustments.

**COST APPROACH CONTINUED FROM SCOPE OF WORK:** The cost approach has only been developed by the appraiser as an analysis to support their opinion of the property's market value. Use of this data, in whole or part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property. The appraiser assumed no liability for and does not guarantee that any insurable value estimate inferred from this report will result in the subject property being fully insured for any loss that may be sustained. Further, the cost approach may not be a reliable indication of replacement or reproduction cost for any date other than the effective date of this appraisal due to changing costs of labor and materials and due to changing building codes and governmental regulations and requirements.

**External Obsolescence**
The cost approach is adjusted for external obsolescence due to many years of prior declining values. In a post correction housing market that has not fully recovered yet, it cost less to buy existing than it does to re-build or purchase new. That does not mean that market is currently declining. The market had a major correction starting in 2006 with declining values for many years before stabilizing over the prior 12 months. Therefore the cost approach indicates external obsolescence. (External obsolescence may result from adverse market conditions in prior years. Because of its fixed location, real estate is subject to external influences that usually cannot be controlled by the home owner, landlord or tenant.)"
External obsolescence in the cost approach does not indicate declining values currently.

**HOA Fees**
The HOA fees take care of the deed restrictions and security, the streets,water and sewer are covered under the CDD fees that are included on the tax bill. The amount of the HOA fees vary in each section of Bobcat Trail, the amount for HOA fees on the appraisal was taken from the subject's listing sheet data. All comps are located in Bobcat Trail.

**Utilities**
The electric and water were on and functioning at the time of the inspection.

**Predominate Value**
The subject is in range of the predominate value, slightly higher due to GLA. The data taken from MFRMLS for Bobcat Trail includes all sales of sfr with inground pools and without pools, views and no views. The subject is one of the larger homes in Bobcat Trail. The subject is not over improved for the neighborhood and this does not have an adverse effect on marketability.

**Exposure Time**
The value opinion is based on a typical exposure time of 3-6 months for similar homes in this area. The definition of exposure time used was taken from the Definitions section of the 2012-2013 version of USPAP.

**Carbon Monoxide Detectors**
There were no carbon monoxide detectors in the subject at the time of inspection, this does not have an adverse effect on marketability.

**Subject is within close proximity to a golf course.** Generally, golf courses in Florida are subject to frequent applications of pesticides and other chemical treatments. Any adverse affect on the health of residents is uncertain. Despite these seemingly adverse conditions, golf course lots continue to have very good appeal in the local market, and are typically sold at a premium.

## Additional Important Comments Addendum

File No. 2300309315

| Borrower/Client | Edward K Ball & Margot J Gravel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | | | | |
| City | North Port | | County  Sarasota | State  FL | Zip Code  34288 | |
| Lender | U.S.Bank, N.A. | | | | | |

**Tropical Storm Fema Declaration**
Subject is located in a FEMA declared disaster Area. Disaster Summary for FEMA-DR-4068 with declaration on 07/03/2012 for storm on 06/23-26/2012, Florida includes Subject Market area for public and individual assistance due to the last tropical storm Debbie. FEMA has declared Florida Hurricane Isaac DR-4084 with declaration on 10/18/2012 for hurricane on 08/27-29/2012 but has not determined what counties in Florida  will be in it at this time. No other declarations were noted on the FEMA site and no damage was observed for the subject and comps from any storms. Subject and comps have not been damaged by any recent storms and values have not been affected by any recent storms. This also includes the latest Tropical Storm Sandy, the subject sustained no damage from this storm.


**ABBREVIATIONS USED IN THIS REPORT**

| | |
|---|---|
| AGDO | Automatic Garage Door Opener |
| CBS | Concrete Block with Stucco or Spray Crete finish |
| CCPA | Charlotte County Property Appraiser |
| CD | Contract Date (taken from MLS, no other verification performed) |
| CL | Closing Date also known as settlement date, verified by at least one other source |
| DOM | Days on Market (also known as exposure time) days to close is used when MLS report s it but in some |
| | instances when not available on MLS the days to contract is used, taken from MLS and no other verification is performed. |
| FEMA | Federal Emergency Management Agency |
| GLA | Gross Living Area |
| HoW | House of Worship |
| IMAPP | Interactive Mapping. IMAPP, Inc. Clearwater, FL |
| Instr | Clerk of Court Instrument Number - Deed |
| LD | Original listing date, taken from MLS - no other verification performed |
| Lwr.Eff. | Effective Age considered lower than Actual Age |
| MCPA | Manatee County Property Appraiser |
| MHP | Manufactured/Mobile Home Park |
| MLS | Multiple Listing Service |
| RRtrx | Railroad Tracks/Railroad Easement |
| SCPA | Sarasota County Property Appraiser |
| SD | Date of sale, taken from MLS and no other verification performed |
| S/D | Subdivision |
| sf | Square foot |
| Sim. Eff. | Having an effective age similar to the subject property |
| U/C | Under Construction |
| PORCHES/PATIOS | |
| CLPch | Enclosed Porch |
| Cov'd Pch | Slab with roof, not screened in |
| GlssPch | Glassed Porch |
| OPch | Open Porch, under roof and sometimes leads to caged pool area |
| Pat | Patio |
| SPch | Screened Porch |
| VPch | Vinyl and Screened Porch |

Main File No. 2300309315 Page #11 of 31

122296025
File No.  2300309315

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

#### C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

#### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

#### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

#### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

#### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

#### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

#### Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

#### Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Main File No. 2300309315| Page #12 of 31|

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Quality Ratings and Definitions (continued)

#### Q3
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

#### Q4
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

#### Q5
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

#### Q6
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

#### Not Updated
Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

#### Updated
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

#### Remodeled
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Abbreviations Used in Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

**Other Appraiser-Defined Abbreviations**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form UADDEFINE1 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. 2300309315| Page #14 of 31

## Market Conditions Addendum to the Appraisal Report

1222939025
File No. 2300309315

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | | |
|---|---|---|---|---|
| Property Address 2464 Silver Palm Rd | | City North Port | State FL | ZIP Code 34288 |
| Borrower Edward K Ball & Margot J Gravel | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 10 | 8 | 15 | ☒ Increasing ☐ Stable ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.67 | 2.67 | 5.00 | ☒ Increasing ☐ Stable ☐ Declining |
| Total # of Comparable Active Listings | 33 | 35 | 15 | ☒ Declining ☐ Stable ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 19.8 | 13.1 | 3.0 | ☒ Declining ☐ Stable ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
| Median Comparable Sale Price | 272,500 | 217,500 | 260,000 | ☐ Increasing ☒ Stable ☐ Declining |
| Median Comparable Sales Days on Market | 38.5 | 80.5 | 94 | ☐ Increasing ☐ Stable ☒ Declining |
| Median Comparable List Price | 258,000 | 274,900 | 279,600 | ☒ Increasing ☐ Stable ☐ Declining |
| Median Comparable Listings Days on Market | 200 | 161 | 121 | ☒ Declining ☐ Stable ☐ Increasing |
| Median Sale Price as % of List Price | 95% | 93% | 96% | ☐ Increasing ☒ Stable ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining ☒ Stable ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). In this market it is not typical for sellers to give concessions in this current market. Bank owned properties or short sale properties are priced at or near the bottom of values and there isn't any room for additional concessions on top of the already low offering prices but lenders may be forgiving a portion of seller debt. Some sellers are starting to contribute toward buyers closing costs.

Are foreclosure sales (REO sales) a factor in the market? ☒ Yes ☐ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
There are foreclosures/REO sales still having an impact in the immediate market area. Foreclosures have been at record numbers. See foreclosure graphs attached to this report.There were 33 sales in Bobcat Trail of SFR with 5 of them REO/Short Sales. There is currently 19 listings and pendings with 2 of them Short Sales and no REO's.

Cite data sources for above information.   MLS, Newspaper & Various Graphs(attached to this report), CCPA Web Site.The inventory and over all trend analysis info is extracted from MLS.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The data above is extracted from local MLS and may not be 100% reliable. The sampling of sales/listings may be too small and computers cannot recognize duplicates, or outliers, or anomalies, and all of this data is included with MLS automated statistical models.Effective date for the above data is 06/19/2013
The search criteria used on MLS was:residential single family comparables within Bobcat Trail. The median comparable sale price above appears to be stable according to MLS info. No forecasting is being performed by this assignment.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | |
|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing ☐ Stable ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing ☐ Stable ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining ☐ Stable ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining ☐ Stable ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Appraiser Name Victoria Lynn Kerin | | Supervisory Appraiser Name | |
| Company Name Alliance Appraisal Associates of Florida,Inc. | | Company Name | |
| Company Address 1780 N east Avenue, Ste B-4, Sarasota , FL 34234 | | Company Address | |
| State License/Certification # Cert Res RD4363 State FL | | State License/Certification # | State |
| Email Address orders@allianceappraisalflorida.com | | Email Address | |

| | | |
|---|---|---|
| Freddie Mac Form 71   March 2009 | Page 1 of 1 | Fannie Mae Form 1004MC   March 2009 |

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Alliance Appraisal Associates of Florida, Inc. (941) 356-0974 | Main File No. 2300309315| Page # 15 of 31|

## FIRREA / USPAP ADDENDUM

| Borrower/Client | Edward K Ball & Margot J Gravel | | File No. 2300309315 |
|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | |
| City | North Port | County Sarasota | State FL  Zip Code 34288 |
| Lender | U.S.Bank, N.A. | | |

### Purpose

The purpose of the appraisal is to develop an opinion of value of the subject property as defined herein as of the date of inspection & of the Effective Date of Appraisal: 06/18/2013

Date of Report: 06/19/2013.

### Scope of Work

Stated elsewhere in the report, SEE PAGE 3 OF URAR FORM - ADDITIONAL COMMENTS SECTION

### Intended Use / Intended User

Intended Use:  Stated elsewhere in the report, SEE ADDENDUM PAGE (ADDITIONAL IMPORTANT COMMENT) OF THIS FORM FOR INTENDED USE

Intended User(s):  Stated elsewhere in the report, SEE ADDENDUM PAGE (ADDITIONAL IMPORTANT COMMENT) OF THIS FORM FOR INTENDED USER.

### History of Property

Current listing information:  Stated elsewhere in the report, if any.

Prior sale:  Stated elsewhere in the report, if any.

### Exposure Time / Marketing Time

Stated elsewhere in the report. The exposure time estimate was developed from local area sales data. The opinion of value stated in this report was developed assuming a typical market area exposure time prior to the effective date of appraisal. From the data available a typical marketing time (estimate of future performance) for the property can be supported as being similar to the estimated exposure time, given the assumption that future market conditions will mirror exactly market conditions immediately preceding the effective date of this appraisal.

### Personal (non-realty) Transfers

Stated elsewhere in the report, if any.

### Additional Comments

SUMMARY REPORT

This is a Summary Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2.2(b) of the Uniform Standards of Professional Appraisal Practice (USPAP) for a Summary Appraisal Report. As such, it presents only summary discussions of the data, reasoning and analyses that were used in the appraisal process, to develop my opinion of value. Supporting documentation that is not provided with the report concerning the data, reasoning & analyses, is retained in my files. The depth of the discussion contained in this report is specific to the needs of the client, and for the intended use stated in the report. The appraiser is not responsible for any unauthorized use of this report. To develop the opinion of value, the appraiser performed a complete appraisal process, as defined by USPAP. This means that no departures from Standard 1 were invoked. Income Approach to value was considered, but not utilized, due to conditions explained more fully in the report. The property rights appraised are FEE SIMPLE.

COMMENTS ON STANDARDS RULE 2.3

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

I have made a personal inspection of the property (see scope) that is the subject of this report.

No one provided significant real property appraisal assistance to the person signing this certification.

### Certification Supplement

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.

2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

3. This appraisal report utilizes digital electronic signatures in compliance with the definition stated in the current Uniform Standards of Professional Appraisal Practice (see page 3 for full definition).

4. I have performed no services as an appraiser or in any other capacity,regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this assignment. This appraisal report was prepared in full compliance with the Appraiser Independence Requirements/Dodd-Frank

| Appraiser: | Victoria Lynn Kerin | Supervisory Appraiser: | |
|---|---|---|---|
| Signed Date: | 06/19/2013 | Signed Date: | |
| Certification or License #: | Cert Res RD4363 | Certification or License #: | |
| Certification or License State: | FL  Expires: 11/30/2014 | Certification or License State: | Expires: |
| Effective Date of Appraisal: | 06/18/2013 | Inspection of Subject: | ☐ Did Not  ☐ Exterior Only  ☐ Interior and Exterior |

| Borrower/Client | Edward K Ball & Margot J Gravel | | | File No. 2300309315 | |
|---|---|---|---|---|---|
| Property Address | 2484 Silver Palm Rd | | | | |
| City | North Port | | County Sarasota | State FL | Zip Code 34288 |
| Lender | U.S.Bank, N.A. | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Appraisal Report is one of the following types:**

☐ **Self Contained**   (A written report prepared under Standards Rule  2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ **Summary**   (A written report prepared under Standards Rule  2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Restricted Use**   (A written report prepared under Standards Rule  2-2(c)  , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:  Opinion of market value is based on a typical exposure time (using USPAP definition stated in additional comments) of 3-6 months.

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

This report cannot be fully understood without reading the supplemental addendum page, including additional certifications and Firrea/USPAP addendum page.
-This appraisal report utilizes digital electronic signatures in compliance with the definition stated in the Uniform Standards of Professional Practice(see page 3 for full definition).
-I have performed no services as an appraiser or in any other capacity,regarding the property that is the subject of this report within the three year period immediately preceding acceptance of this assignment. This appraisal report was prepared in full compliance with the Appraiser Independence Requirements/Dodd-Frank

**APPRAISER:**

Signature: Victoria L Kerin

Name: Victoria Lynn Kerin
Designation:
Date Signed:  06/19/2013
State Certification #:  Cert Res RD4363
or State License #:
State:  FL
Expiration Date of Certification or License:  11/30/2014

Effective Date of Appraisal:  06/18/2013

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Designation:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior

Form ID12E — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Tax Bill



Sarasota County Tax Collector

Page 1 of 1

**Sarasota County Tax Collector**
**Barbara Ford-Coates**

Site Provided by...
governmmax.com

Tax Record

Property Address
1 of 1

Last Update: 6/19/2013 12:09:37 PM EDT

### Ad Valorem Taxes and Non-Ad Valorem Assessments

| Account Number | Type Tax | Tax Year |
|---|---|---|
| 1140-16-0411 | REAL ESTATE | 2012 |

**Mailing Address**
ROGERS TTEE WILLIAM L
ROGERS TTEE LYNDA L
(ROGERS FAMILY REVOC TR)
2230 PADRE ISLAND DR
PUNTA GORDA FL 33950

**Property Address**
2464 SILVER PALM RD 005

| Base Exempt Amount | Taxable Value |
|---|---|
| see below | see below |

**Exemption Detail**    **Millage Code**    **Escrow Code**
9500

HX   25000
HB   25000

**Legal Description**
2464 SILVER PALM RD LOT 11 BLK D BOBCAT TRAIL

#### Ad Valorem Taxes

| Taxing Authority | Rate | Assessed Value | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|---|
| Sarasota Co. General Revenue | 3.1532 | 343,404 | 50,400 | 293,104 | 2031.29 |
| Bonds-Debt Service | 0.1579 | 343,504 | 50,400 | 293,104 | 426.33 |
| Mosquito Control | 0.6708 | 343,404 | 50,000 | 293,404 | 429.41 |
| Sarasota Memorial Hospital | 1.0863 | 343,404 | 50,000 | 293,404 | 3071.60 |
| SW FL Water Management Dist. | 0.3928 | 343,404 | 50,600 | 293,404 | 416.17 |
| West Coast Inland Navigation | 0.0394 | 343,404 | 50,600 | 293,404 | 41.64 |
| Sarasota School Board | | | | | |
| School District Fund | 6.7143 | 343,404 | 25,000 | 318,404 | 3,462.54 |
| School Capital Impr | 1.5000 | 343,404 | 25,000 | 318,404 | 1828.30 |
| City of North Port | 3.3147 | 343,500 | 50,600 | 293,404 | 1961.95 |

| Total Millage | 16.3424 | Total Taxes | $5,964.28 |
|---|---|---|---|

#### Non-Ad Valorem Assessments

| Code | Levying Authority | | Amount |
|---|---|---|---|
| FC93 | North Port Fire & Rescue | | $229.68 |
| SU71 | North Port Solid Waste | | $267.00 |
| I099 | Bobcat Trail CDD | | $1,621.60 |
| RD97 | North Port Road & Drainage | | $52.74 |

| | | Total Assessments | $2,171.02 |
|---|---|---|---|
| | | Taxes & Assessments | $5,535.29 |
| | | If Paid By | Amount Due |
| | | | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 11/7/2012 | PAYMENT | 9002413.0001 | 2512 | $5,313.87 |

#### Prior Year Taxes Due

NO DELINQUENT TAXES

Form SCNLGL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Transfer History**



Parcel : 1140-16-0411                                                                            Page 1 of 1

## Sarasota County Property Appraiser                                          Bill Furst

### 2013 Detail Information for Parcel 1140-16-0411

**Ownership**
ROGERS TTEE WILLIAM L
ROGERS TTEE LYNDA L
(ROGERS FAMILY REVOC TR)
2230 PADRE ISLAND DR
PUNTA GORDA, FL, 33950

**Situs Address**
2464 SILVER PALM RD, NORTH PORT, FL, 34286

**Parcel Description**
LOT 11 BLK D BOBCAT TRAIL

**Associated Personal Property**
No Personal Property

**Parcel Characteristics**

| | |
|---|---|
| Land Area: | 10,890 Sq. FL |
| Incorporation: | CITY OF NORTH PORT |
| Delineated District: | N/A |
| Subdivision Code: | 2152 |
| Use Code: | N/A |
| Sec/Twp/Rge: | 33-039-021E |
| Census: | 121150027123 |
| Zoning: | PCD |

**2013 Values (Available Mid July)**

| | |
|---|---|
| Just (Market) Value: | N/A |
| Land Value: | N/A |
| Improvement Value: | N/A |
| Assessed Value: | N/A |
| Homestead: | N/A |
| Exemptions: | N/A |
| Total Taxable: | N/A |

Property records have been updated with 2013 information. To view 2012 values, please click the 2012 button above.

**Improvements (Preliminary)**

| | |
|---|---|
| Total Building Area: | 3,669 |
| Living Area: | 2,510 |
| Living Units: | 1 |
| Bed / Bath: | 4 Bed/3 Bath |
| Pool: | Yes (Built 2005) |
| Year Built: | 2005 |

### Transfer History

| Transaction Date | Recorded Consideration | Transaction Qual. Code | Instrument # | Seller/Grantor | Instrument Type |
|---|---|---|---|---|---|
| 7/21/2011 | $100 | 11 | 2011057248 | ROGERS, WILLIAM L | WD |
| 6/21/2007 | $379,900 | 01 | 2007132294 | CARBOR PARTNERS IV BOBCAT LC, WD | WD |
| 11/28/2001 | $9,380,800 | X2 | 2001172461 | KEB INC, | WD |

Show Transaction Qual. Codes     Show Instrument Types

### Exemptions

| Year | Code | Description | Amount |
|---|---|---|---|
| 2013 | 918 | CONSTITUTIONAL HOMESTEAD - TRUST | $25,000 |
| 2013 | 999 | ADDITIONAL $25,000 HOMESTEAD | $25,000 |

*Serving Our Community with Pride and Accountability*

Sarasota County Property Appraiser - Ph. 941.861.8200 Fax. 941.861.8260 - 2001 Adams Lane, Sarasota, FL, 34237 - Directions

http://www.sc-pa.com/search/parcel_detail.asp?PropID=1140160411                    6/11/2013

Main File No. 2300309315| Page #21 of 31

## Building Sketch

| Borrower/Client | Edward K Ball & Margot J Gravel | | | | |
|---|---|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | | | |
| City | North Port | County | Sarasota | State FL | Zip Code 34288 |
| Lender | U.S.Bank, N.A. | | | | |

Our sketch is primarily to assist the reader in visualizing the property as we have seen it in our on site inspection. When we provide a floor plan it is not intended to duplicate the county PA, rather be a guide to the reader in evaluating normal traffic patterns within the structure. Drawing is not to scale.



TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| 1st Floor | 2520.38 Sq ft | 15 × 17 | = | 255 |
| | | 15 × 9.5 | = | 142.5 |
| | | 24 × 12.5 | = | 300 |
| | | 45.5 × 22 | = | 1001 |
| | | 11 × 4 | = | 44 |
| | | 4 × 2 | = | 8 |
| | | 22 × 34 | = | 748 |
| | | 3.5 × 5 | = | 17.5 |
| | | 0.5 × 3.5 × 2.5 | = | 4.38 |
| Total Living Area (Rounded): | 2520 Sq ft | | | |
| Non-living Area | | | | |
| 1 Car Attached | 254 Sq ft | 12.5 × 12 | = | 150 |
| | | 8 × 13 | = | 104 |
| 2 Car Attached | 506 Sq ft | 22 × 23 | = | 506 |

Main File No. 2300309315 Page #22 of 31

## Location Map

| Borrower/Client | Edward K Ball & Margot J Gravel | | | | |
|---|---|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | | | |
| City | North Port | County | Sarasota | State FL | Zip Code 34288 |
| Lender | U.S.Bank, N.A. | | | | |

Locations are approximate.



## Subject Lot Measurements

| Borrower/Client | Edward K Ball & Margot J Gravel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | | | | |
| City | North Port | County | Sarasota | State FL | Zip Code | 34288 |
| Lender | U.S.Bank, N.A. | | | | | |



Main File No. 2300309315 | Page #24 of 31

## Aerial View

| Borrower/Client | Edward K Ball & Margot J Gravel | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | | | | | |
| City | North Port | County | Sarasota | State | FL | Zip Code | 34288 |
| Lender | U.S.Bank, N.A. | | | | | | |



## Plat Map

| Borrower/Client | Edward K Ball & Margot J Gravel | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 2464 Silver Palm Rd | | | | | |
| City | North Port | County | Sarasota | State FL | Zip Code | 34288 |
| Lender | U.S.Bank, N.A. | | | | | |



**Appraiser's License**

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC# 651815

**STATE OF FLORIDA**
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD

SEQ# L12103103750

| DATE | BATCH NUMBER | LICENSE NBR |
|------|------|------|
| 10/31/2012 | 128138712 | RD4363 |

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2014

KERIN, VICTORIA LYNN
15380 ALSACE CIRCLE
PORT CHARLOTTE        FL 33981

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

Main File No. 2300309315   Page #31 of 31

**Appraiser's E & O Insurance**

---

## REAL ESTATE APPRAISERS PROFESSIONAL LIABILITY
### THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF THE POLICY

| Date Issued: 4/15/2013 | Contract Number: PL0477787 | Previous Number: PL0477787 |
|---|---|---|

**COVERAGE IS PROVIDED ON A CLAIMS MADE BASIS. PLEASE READ CAREFULLY.**

| Item | |
|---|---|
| 1 | **NAME OF INSURER**  **STAR** INSURANCE COMPANY  26255 American Drive, Southfield MI 48034-2438  Tel:   (800) 482-2726: for assistance, inquiries on coverage, claims |
| 2 | **NAMED INSURED:**   Victoria L. Kerin  15380 Alsace Circle  Port Charlotte, FL 33981 |
| 3 | **POLICY PERIOD**  From:  5/3/2013   To:  5/3/2014 |
| 4 | **DEDUCTIBLE** ☒  **OR RETENTION** ☐        **RETROACTIVE DATE:** 5/3/2010  Each Claim: $ 1000 |
| 5 | **LIMIT OF LIABILITY**  $ 1,000,000 Each Claim        The Limit of Liability for each claim and in the aggregate is reduced by claims expense as defined in the Policy.  $ 1,000,000 Aggregate |
| 6 | **MAIL NOTICE OF LOSS TO:**   **J. A. PRICE AGENCY, INC.**  6840 SHADY OAK ROAD – SUITE 500  EDEN PRAIRIE, MN 55344-6176  Phone: 800-944-0119 · Fax: 952-944-5061 |
| 7 | **ANNUAL PREMIUM: $ 690**        **NUMBER OF APPRAISERS**  1  **SURCHARGE OR TAX: $ 8.97 FL Hurricane Fund 1.3%** |
| 8 | **FORMS ATTACHED AT ISSUE:** 0128PL 0603, 4138PL 1102, 0915IL 0307, 0238PL 0204, 0490PL 1102, 1177PL 1102, 2283 PL 1102, 3420PL 1102, Privacy Statement , 4136PL 1102, 3839PL 1102, 5417PL 1011, 4143PL 0503 |

Our authorized representative is:

**J. A. PRICE AGENCY, INC.**
6840 SHADY OAK ROAD – SUITE 500
EDEN PRAIRIE, MN 55344-6176
Phone: 800-944-0119 · Fax: 952-944-5061

By Authorized Representative

01 28 PL 06 03                                                        Page 1 of 1

# Exhibit 2

# Exhibit 3



**INDOOR ENVIRONMENTAL TECHNOLOGIES**
*Creating Healthy Buildings Through Applied Science*

March 3, 2017

Mr. Ed Ball
2464 Silver Palm Road
North Port, FL  34288

**Inspection location:**  Ball Residence – 2464 Silver Palm Road, North Port, FL  34288
**Inspection date:**  March 1, 2017
**Survey performed by:**  Rich Heimann
**Survey type:**  Corrosive Drywall Inspection
**Year built:** 2006

Dear Mr. Ball,

At your request, on March 1, 2017, Rich Heimann of Indoor Environmental Technologies (IET) performed a visual inspection of the above referenced property to determine whether conditions associated with Corrosive Drywall Syndrome (CDS) are present.  Drywall samples were not collected as part of this investigation. IET is submitting this letter to provide an evaluation of our findings.



IET Project No. 170301rh

1384 Pierce Street   —   Clearwater, FL 33756
Tel: (727) 446-7717   —   Toll Free: (866) 446-7717   —   Fax: (727) 441-3203

IETBUILDINGHEALTH.COM



**Conclusion:**
Based on the observations made at the property, this home **qualifies as a "Probable" case** under the Case Definitions for CDS provided by the State of Florida. The visual inspection of representative copper wires and other sentinel metals indicated predominately clean conditions throughout the home. However, visual evidence of copper ground wire corrosion commonly associated with Corrosive (Chinese) Drywall Syndrome (CDS) was observed in the Hallway Bathroom and the adjoining north wall of the West Bedroom. Further, drywall end tape observed behind the medicine cabinet in this area had a design pattern consistent with Knauf, a German company that produced drywall in China. Additionally, drywall markings consistent with drywall manufactured by the Chinese company Taishan were observed on a couple of ceiling boards situated above the East Garage (single car garage). The remaining inspected areas of the home indicated drywall characteristics and labeling consistent with National Gypsum Company, a drywall manufactured in the U.S. that has **not** been associated with CDS. Potentially corrosive Chinese manufactured drywall appears to be present in these two relatively small isolated areas, as widespread corrosion was not present. Laboratory analysis of drywall samples was not performed as part of this inspection. Refer to the Florida Case Definition included in this report.

**Corrosive Drywall Syndrome Background:**
Drywall manufactured in China was primarily imported from December 2004 to December 2006 due to damage repairs as a result of several hurricanes in 2004 and 2005, coupled with a major building boom. Domestic drywall production could not keep up with demand and so alternative sources were identified.

Chinese Drywall was generally installed in buildings from 2005 to 2007, but there have been a few cases where the drywall was installed as late as April 2008. Not all drywall manufactured in China has been associated with problems. Many buildings that contain Chinese Drywall also contain some portion of domestically produced drywall. No determination has been made to date as to what percentage of Chinese Drywall must be present to cause problems. It has been our experience that some buildings were built which may have a small number of Chinese Drywall sheets installed and do not demonstrate any symptoms consistent with the State of Florida's Case Definition (see below).

In 2008, it was first determined that a number of issues may be associated with Chinese drywall installed in buildings. These issues include a "rotten egg" or "burnt match" type odor, corrosion and premature failure of copper evaporator coils in air conditioning systems, oxidation and/or corrosion of electrical wiring, and corrosion to other metals present in these buildings.

The **State of Florida** has developed a **Case Definition** to assist in determining whether a building has defective or Corrosive Chinese Drywall installed. To meet the current definition (12-18-09), these guidelines are followed:

**Criteria 1:**
**Sentinel Indicators of Drywall Associated Corrosion (Possible Case = all 3)**
1. The home was constructed or renovated with new drywall since 2001.
2. Observed corrosion of air conditioner evaporator coil exemplified by black corrosion on copper tubing components. The corrosion can result in refrigerant leakage making it impossible to cool the home requiring coil replacement. Coil failures indicative of this problem typically occur every 6-18 months.



3.  Observed metal corrosion, indicated by blackening of one or more of the following:
    - copper wires, ground wires, and electrical connectors
    - un-insulated and un-coated copper pipes and fittings
    - chrome-plated bathroom fixtures
    - silver and copper jewelry
    - mirror backing in bathrooms

If you have answered yes to all three of the above indicators, the home meets the criteria for "possible case".

### Criteria 2:
### Supporting Indicators of Drywall Associated Corrosion (Probable Case = 1 or more)
1.  Observed markings on the back of drywall indicating the country of origin is China.
2.  Objective analysis of drywall in home finds Strontium levels exceed 2,000 mg/kg (ppm), indicating the gypsum used in the drywall was probably mined in China.

If you have met the criteria for "possible case" and answered yes to at least one of the above indicators in Criteria 2, the home meets the criteria for "probable case". These criteria do not confirm that the drywall causes corrosion. Identifying the origin of the drywall is considered a screening tool for suspect drywall, but confirmation requires analysis described in Criteria 3.

*Note: On August 27, 2010 the Consumer Product Safety Association and other agencies released a finding that Strontium analysis is not an effective method of screening for Corrosive Drywall. As of the writing of this report, the state has not yet issued an updated Case Definition incorporating this finding.*

### Criteria 3:
### Confirmatory Evidence of Drywall Associated Corrosion (Confirmed Case = 1 or more)
1.  Elemental sulfur (Orthorhombic sulfur, cyclooctasulfur, S8) content of gypsum core exceeding 10 mg/kg (ppm), indicating the gypsum in drywall samples from the home contains the source material that is believed to contribute to the reduced sulfur gasses emitted from corrosive drywall.
2.  Laboratory analysis of suspect drywall headspace for reduced sulfur gas emissions (H2S, COS, CS2) indicating drywall samples from the home emit reduced sulfur gasses capable of causing copper corrosion. Analytical methods commonly used for this include GC/SCD. Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.
3.  Qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating drywall samples from the home emit gasses capable of corroding copper. Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.

If you have met the criteria for "possible case", ruled out other sources of hydrogen sulfide as significant contributors to copper corrosion in the home, and receive positive results on a sufficient number of samples from one or more of the above evaluations in Criteria 3, the home meets the criteria for a "confirmed case". Some confounding factors that should be excluded as causes of observed corrosion are hydrogen sulfide from well water, sewer gas, or soil gas and potentially other sources.



If you have further questions about the results, please contact us.

Sincerely,

Richard S. Heimann
Environmental Consultant
Licensed FL Mold Assessor, MRSA2175

RSH/dw

Reviewed by,

Timothy D. Toburen, CR
Environmental Consultant
Licensed FL Mold Assessor, MRSA1513



## Background Information:

**Address Inspected:** 2464 Silver Palm Road, North Port, FL 34288

**This home was built or remodeled in:** Built in 2006

**Presence of Gas Appliances inside the home:** Yes

**History of HVAC Failure:** Air handler unit has reportedly been previously replaced due to a malfunction not associated with CDS

**Health issues by occupants:** None

## Visual and Olfactory Inspection for Corrosive Drywall Syndrome:

**Odors:** No odor was detected within the living area of the home. There was a slight sulfur-like odor detected in the East Garage at the time of inspection.

## HVAC System:

The heating, ventilation and air conditioning (HVAC) system's air handler unit (AHU) has reportedly been previously replaced due to a malfunction not associated with CDS.  The present AHU coils are constructed of aluminum, which are not typically affected by the presence of corrosive drywall. Inspection of the copper outside the air handling unit (AHU) had did not reveal significant corrosion (left photo). No corrosion was observed on the internal components of the AHU (right photo).





**Drywall Markings:**

An investigation of the drywall manufacturer design characteristics was performed within accessible wall cavities and attic spaces. Markings and other characteristics of drywall produced by the National Gypsum Company (NGS) were identified in all inspected areas except for the Hallway Bathroom area and East Garage ceiling. Examples of NGS drywall observed on ceiling in attic space (top left and top right photos). NGS drywall also observed in Master Bathroom (left photo) and Master Bedroom (right photo). This drywall manufacturer produces drywall in the United States and has not been associated with CDS.









**Drywall Markings (continued):**

During the course of the investigation, markings consistent with drywall manufactured in China were observed in two areas. This includes Knauf drywall company end tape observed behind medicine cabinet in Hallway Bathroom (left photo) and Taishan markings in ceiling drywall situated above East Garage within attic (right photo).




**Electrical Panels:**

No corrosion was present on the exposed copper wiring within the electrical panel breaker box, situated in the garage.






**Electrical Switches and Receptacles:**

Switches and receptacles were inspected at representative locations throughout the home. All inspected switches and receptacles showed no or low corrosion levels on the bare copper ground wires, with the exception of the Hallway Bathroom area and East Garage. Examples of clean copper wiring were observed on receptacles within the walls of the Northwest Bedroom (top left), Laundry Room (top right), Kitchen (bottom left), and the Master Bedroom (bottom right).

 

 



**Electrical Switches and Receptacles (continued):**

The receptacle in the Hallway Bathroom showed moderate to heavy corrosion typical of CDS. Some of this blackened corrosion was easily wiped off with a paper towel, which is typical of CDS (left photo). The adjoining north wall of the West Bedroom also showed blackened corrosion on copper wiring (right photo).




**Plumbing & Fixtures:**

There was minimal evidence of corrosion on bathroom fixtures (top left) or plumbing components under sinks (top right). No corrosion was noted on metal light fixtures (bottom left) and mirror backing edges were found to be in unaffected (bottom right).









**Other Metals:**
Metal components throughout the living area of the home appeared unaffected by CDS, including copper washing machine valves (left photo). Metal gas piping in the West Garage was found to have corrosion present (right photo), though this is commonly found on gas water heater components and is typically associated with soot from the gas burner.




**Summary of Visual Inspection:**
The following observations were made during the property inspection:

- Review of the property records revealed that the home was built in 2006.
- The inspection of the backside of drywall within wall cavity spaces indicated drywall characteristics consistent with National Gypsum Company, a drywall produced in the United States that has not been associated corrosive drywall syndrome (CDS). The drywall behind the medicine cabinet in the Hallway Bathroom had end tape with a design consistent with Knauf drywall. Knauf drywall was produced in China and has been associated with CDS.



- Inspection of the drywall ceiling within the attic space indicated a National Gypsum Company product manufactured in the United States was in place throughout. However, a couple of drywall boards in the north corner of the attic above the East Garage were found to have drywall marking consistent with that of Tiashan drywall company, a Chinese manufacturer.
- The inspection of the electrical panel in the West Garage revealed no corrosion on the exposed copper wires.
- The inspection of representative receptacles and switches throughout the home were found to be predominately corrosion-free. A receptacle in the Hallway Bathroom and in the adjoining north wall of the West Bedroom indicated black discoloration, typical of the presence of CDS. The impacted area appears to be limited to this Bathroom area.
- Inspection of the receptacles in the East Garage were found to have moderate levels of corrosion on the exposed copper wiring. The copper may have been potentially impacted by the presence of corrosive drywall in the ceiling above. Given the less-impacted level of corrosion, corrosive drywall does not appear to be in the walls in this area, though further intrusive inspection is recommended.
- The inspection of the plumbing fixtures, electrical fixtures, AHU, and mirrors generally indicated no or low corrosion conditions throughout the home.
- The presence of a slight sulphur-like odor was observed within East Garage of the home. No unusual odors were observed within the living area of the home.

The results of the visual inspection indicate this home qualifies as a "Probable" case by meeting the indicators specified for Criteria 1 "Possible" case & Criteria 2 "Probable" case. Drywall samples were not collected as part of this investigation; thus, the home does not meet the indicators for Criteria 3 and does not qualify as a "Confirmed" case.

Based on the observed drywall markings and associated corrosion on metals, it appears that drywall manufactured in China is present in a couple isolated areas and may be associated with CDS. Based on the age of the home (about 10 years), it is safe to assume that the metals in the home that did not show corrosion are not being exposed to corrosive drywall. This includes the vast majority of the home. Remediation of the areas of concern should be performed.

**Recommendations:**
IET references the recommendations in the guidance document **Remediation Guidelines for the Homes with Corrosion from Problem Drywall as of March 15, 2013** developed by the U.S. Consumer Product Safety Commission (CPSC) and the U.S. Department of Housing and Urban Development (HUD).

**An excerpt from this guidance documents states:**

"This Remediation Guidance for homes with problem drywall calls for the replacement of all:

1. possible problem drywall (as identified in the CPSC and HUD Identification Guidance);
2. smoke alarms and carbon monoxide alarms;
3. electrical distribution components (including receptacles, switches, and circuit breakers, but not necessarily wiring); and
4. fusible-type fire sprinkler heads."



The CPSC and HUD *guidance* document further stated:

*"CPSC staff's assessment of the effect of problem drywall-related corrosion on electrical distribution wiring indicated that exposed copper wires were corroded. However, the corrosion was superficial, and it did not reduce the overall cross-section of copper significantly. Thus, the corrosion did not decrease the wire's ability to carry its rated current. Removal or cleaning of the exposed ends of the wiring to reveal a clean/uncorroded surface is recommended. Removal/replacement of cable runs is not necessary, unless the remaining cable has been damaged during drywall removal. However, all repairs must comply with local codes, and final approval of the installation is at the discretion of the authority having jurisdiction."*

This statement indicates that cleaning of the exposed ends of the wiring is sufficient, and that replacement of the wiring is not necessary. IET recommends reviewing all guidance recommendations prior to performing remediation efforts. (see guidance document link below for further details). Feel free to contact IET with any questions.

**References:**
- Florida Case Definition:
  **http://www.doh.state.fl.us/Environment/community/indoor-air/casedefinition.html**
- Florida Department of Health Site on Chinese Drywall:
  **http://www.doh.state.fl.us/Environment/community/indoor-air/drywall.html**
- Consumer Product Safety Commission Chinese Drywall Site:
  **http://www.cpsc.gov/info/drywall/index.html**

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: Edward Ball + Margot Gravel

Property Address: 2464 Silver Palm Road, North Port, Florida 34288

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Replaced HVAC System   6/3/2016 | 6900.00 |
| 2 | Replaced six room fans   5/14/2014 | 2310.00 |
| 3 | Replaced dish washer   9/30/2013 | 717.00 |
| 4 | Replaced gas grill   8/30/2015 | 428.00 |
| 5 | Replaced gas pool heater   1/26/2015 | 2750.00 |
| 6 | Gas Dryer and Washing Machine   2014 | 1850.00 |
| 7 | Gas Range with Double Ovens   2015 | 2500.00 |
| 8 | Refrigerator Freezer in Kitchen | 2800.00 |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 18 | | |
|----|--|--|
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 20 205.⁰⁰

6/25/2019                                    2464 Silver Palm Rd - Google Maps

## Google Maps   2464 Silver Palm Rd



Imagery ©2019 Google, Map data ©2019 Google   200 ft



## 2464 Silver Palm Rd
North Port, FL 34288