# In the Matter Of:

## Bennett V. Verwaltungsgesellschaft

MDL 2047

---

# EDWARD BALL

*July 09, 2019*

---

EXHIBIT BALL/
GRAVEL
B



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

```
 1              So is it more accurate to say that you
 2   don't know who supplied the drywall in your home?
 3       A     I don't know.
 4       Q     Can you tell me about when you discovered
 5   that the property contained Chinese drywall?
 6       A     When we had a contract to sell, and their
 7   home inspector declared that he felt there was
 8   Chinese drywall.
 9       Q     Did he write up a formal report with his
10   findings, or just you found out through them that
11   he believed there was Chinese drywall?
12       A     I believe I have a copy of his inspection
13   report.
14       Q     Did you provide that to your attorney?
15       A     I am not sure, but a copy can be made
16   available.
17       Q     Thank you.  If you have a copy, please do
18   provide that to your attorney.
19              Going back to tab four, Exhibit 3.  If you
20   will look at the second page under section two,
21   which is titled Purchase, Sale, and/or Transfer of
22   Ownership of a Property and Assignment of Claims.
23   The fourth question down in this section says, "If
24   you were not aware at the time you acquired the
25   property that the property contained Chinese
```



```
 1   drywall, when did you first become aware that the
 2   property contained Chinese drywall?"
 3           And you answered March 2017.  Is that
 4   around when you had that contract to sell?
 5      A    I believe that is the date of the report
 6   from the second inspection.  The initial
 7   transaction was when we got the contract date.
 8      Q    You mean the initial inspection?
 9           (A discussion was held off the record.)
10      Q    Before we went off the record, my question
11   was when you had said initial transaction, did you
12   mean like initial inspection?
13      A    The sale contract buyer's home inspection
14   was the first, and that was sometime when we lost
15   the opportunity to sell the house.  While we were
16   in that negotiation, they asked for a second
17   inspection, and the Indoor Environmental
18   Technologies report was the second verification of
19   that concern, and that is the date of March 3 that
20   is referred to here?
21      Q    Okay.  So it was a little earlier than
22   March 3rd, 2017 that that first inspection was
23   done, the buyer's inspection that said there's
24   potential drywall?
25      A    Yes.
```



```
 1      Q    So staying in tab four, Exhibit 3, if you
 2   will turn to page six.  There's a section titled
 3   section seven, other damages.  And the first
 4   question is, "If you incurred alternative living
 5   expenses as a result of Chinese drywall, identify
 6   the total moving cost and/or other alternative
 7   living expense you incurred."
 8           And you did not fill out anything for this
 9   one, correct?
10      A    Correct.
11      Q    So you are not claiming any alternative
12   living expenses as damages?
13      A    No.
14      Q    The next question is, "If you have
15   experienced any loss of use and/or loss of
16   enjoyment of the property as a result of the
17   Chinese drywall, identify the total amount of such
18   loss."  And you put $125,000.
19           And then there is a note that says,
20   "Attach all documentation to support the total
21   amount claimed for the loss."  And if you will
22   flip to that first exhibit to this document that
23   we have previously looked at.
24           This is the document that says section
25   seven, loss of use/loss of enjoyment, and you
```



```
 1      Q    Which one is on the water?
 2      A    O'Hara.
 3      Q    And so then in number 20, it says, "If you
 4   vacated the property because of the alleged
 5   presence of Chinese drywall, please provide time
 6   periods in which you resided at each property."
 7   And for A, you put September 30th, 2016 to
 8   present.
 9           Does that represent the time period you
10   have used the O'Hara Drive address as your second
11   home?
12      A    Yes, it does.
13      Q    And again, that time period starts before
14   at least the inspection report that we have
15   sitting here today, which was March of 2017,
16   right?
17      A    Yes.
18      Q    Number 21 says, "If you vacated the
19   property because of the alleged presence of
20   Chinese drywall, please provide moving costs
21   and/or alternative living expenses you claim have
22   incurred as a result of the alleged presence of
23   Chinese drywall."  And you wrote $5,000 estimate.
24           But you testified today that you are not
25   claiming moving expenses.  So can you clarify for
```



```
 1  me whether you are or you are not?
 2      A    I guess we can strike that item.
 3      Q    Going along with that, you haven't
 4  provided to us any documentation of any moving
 5  expenses you have incurred, correct?
 6      A    No.  We paid Two Guys and a Truck to move
 7  everything.  I don't remember what the bill was.
 8      Q    Now let's go to that Exhibit 14, the
 9  itemization of personal property damage.  This is
10  the plaintiff fact sheet.  I'm sorry.  This
11  document is entitled plaintiff fact sheet, but
12  it's the question number 18, itemization (personal
13  property damage sheet), correct?
14      A    Yes.
15      Q    So on this list, the first item is
16  "Replace HVAC system, June 3rd, 2016," and you
17  listed a value of $6900.  We talked about this one
18  earlier.  This is the one where you said you can
19  provide the receipt for us, you just haven't yet,
20  correct?
21      A    Yes.
22      Q    When you replaced the HVAC system, did you
23  keep the damaged one?
24      A    No.
25      Q    Number two is replaced six room fans,
```



```
 1   May 14, 2014 for $2,310.  Do you have receipts
 2   associated with that replacement?
 3       A    I am not sure that I do.
 4       Q    And if you do have them, can you provide
 5   them to us?
 6       A    If I have them, we will provide them.
 7       Q    And did you keep the six fans that you
 8   were replacing?
 9       A    The original fans were thrown away.
10       Q    Number three is replaced dishwasher,
11   September 30th, 2013 for $717.  Do you have a
12   receipt associated with that replacement?
13       A    I believe I do.
14       Q    Can you provide that us?
15       A    Yes.
16       Q    Did you keep the dishwasher that you were
17   replacing?
18       A    No.
19       Q    Number four is replaced gas grill,
20   August 30th, 2015, for $428.  Do you have
21   receipts associated with that replacement?
22       A    I believe I do.
23       Q    Can you provide those to us?
24       A    I will try.
25       Q    And did you keep the gas grill that you
```

