# In the Matter Of:

# In Re: CHINESE-MANUFACTURED DRYWALL

14-cv-2722

## STEVE BINNS

*July 31, 2019*

EXHIBIT
BINNS B



800.211.DEPO (3376)
EsquireSolutions.com
ESQUIRE DEPOSITION SOLUTIONS

```
 1  areas.
 2      Q.   Was it from the appraisal or from the
 3  inspection?
 4      A.   Yeah, the inspection.
 5      Q.   What exactly did the buyer tell you after
 6  the inspection?
 7      A.   The buyer didn't tell me anything.  It was
 8  like, you didn't pay for it, you ain't getting
 9  nothing.
10      Q.   So who told you that the house had Chinese
11  drywall?
12      A.   When they did an inspection, the realtor.
13      Q.   Your realtor or the buyer's realtor?
14      A.   My realtor.
15      Q.   What did they say?
16      A.   That he pulled out because of this,
17  because they found it had Chinese drywall.
18      Q.   Pulled out because the inspector found
19  Chinese drywall?
20      A.   Chinese drywall.
21      Q.   When did you discover that the property
22  contained Chinese drywall?
23      A.   When I went and took pictures and sent
24  them in and saw the stamping on there, which I think
25  was around whatever that date was.
```



```
 1        Q.    January 31, 2018?
 2        A.    Yeah, approximately, yeah.
 3        Q.    Prior to the potential buyer's inspection,
 4   did you suspect that the house had Chinese drywall?
 5        A.    No, ma'am.
 6        Q.    Did you notice signs of Chinese drywall,
 7   contamination in the home prior to this?
 8        A.    I had no idea what Chinese drywall was.
 9        Q.    Have you or anyone that lived on the
10   property suffered from health complications?
11        A.    I have.  I just notice that -- I mean,
12   very, very often, like a chronic cough, chronic
13   nasal drains, sore throat, things of that kind.  I
14   always have to be running to my doctor, over and
15   over about it.
16        Q.    Anything else?
17        A.    No.  Now they say I have a terrible C.  I
18   have to start treatment.  I have terrible C, cancer.
19        Q.    When was that, diagnosed?
20        A.    Recently.
21        Q.    Did you ever notice any sort of smell on
22   the property?
23        A.    Yes, I had a stick-up all over the place,
24   but I never knew what it was coming from.
25        Q.    What was the smell?
```



```
 1  it would do or anything.
 2          MR. DOYLE:  Let's take a quick break.
 3          MS. JOHNSON:  Okay.
 4          (A recess was taken from 2:31 p.m. to 2:32
 5     p.m.)
 6  BY MS. JOHNSON:
 7     Q.   I think we were having some confusion
 8  about the chronology.
 9     A.   What I am trying to say is without
10  actually knowing what's going on, I moved out to
11  give myself a break from the smell.  That's what I
12  was trying to explain to you.  That was in 2017,
13  so...
14     Q.   I think I understood that.  I was just
15  making sure it was before the actual discovery of
16  the Chinese drywall?
17     A.   Yeah.  I was just trying to give myself a
18  break.
19     Q.   The smell, yeah.  I think I ask if it was
20  the smell.
21              But after that time, you continued to
22  live on the property temporarily?
23     A.   Yes, ma'am.
24     Q.   Five or less nights a week?
25     A.   Yes, ma'am.
```

