**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFF FACT SHEET**

Name of Plaintiff: __Hoan Bao__

Affected Property Address: __1008 Washington Court, Moody, AL  35004__

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

     (Month/Day/Year)     __12__ / __09__ / __14__

2.  When you took ownership of the Property, what was the name of the seller?

HUBZU

EXHIBIT
BOA/TRAN
B

EXHIBIT
3 BAO
9|18|19 SO

3.  Name and address of the realtor?

HUBZU, 1000 Abernathy Road, Suite 200, Atlanta, GA  30328

4.  Name and address of the closing agent?

HUBZU

5.  What was the price of the home when you purchased it?  $ 69,269.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes      [ ] No      [✓] I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
$ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. _____/_____/20_____

b. _____/_____/20_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #1:** Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.   Discovery of Drywall

12.   Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response:** Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF"). Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2:** Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.   Manufacturer/Seller of Drywall

13.   Who sold or distributed the drywall in the house?

**Response:** Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to Section X of the PPF. Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:  The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

We were unable to live in the property due to the defective Chinese sheetrock, so we

self-remediated the home at our expense while we postponed our move.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

    a. 6320 Lightburn Court, Centreville, VA  20121

    b. 6602 Patrick Court, Centreville, VA  20120

    c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

    a. __12__ / __09__ /20_14__    to    __01__ / __09__ /20_19__

    b. _____/_____/20_____    to    _____/_____/20_____

    c. _____/_____/20_____    to    _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

    a. $ 35,300.00

    b. $ _____

    c. $ _____

5

**PFS REQUEST FOR DOCUMENT PRODUCTION #5:**  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response:**   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

> **Response:**   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response:**   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☑ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

6

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII.  Already Remediated Properties



31. If you already remediated the Property, who conducted the remediation?

Miguel Construction

32. When did the remediation commencement date occur?

    06  /  07  /20 17

33. When did the remediation end date occur?

    03  /  01  /20 18

34. What was the scope of the remediation and the scope of the work carried out?

Full remediation of the home following the federal court's approved protocol attached

to the 2011 KPT Settlement Agreement as an exhibit.

7

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$51,511.45

36.  Were any samples from the remediation retained?

☑ Yes      ☐ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes      ☐ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes      ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes      ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

8

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**: Please produce the following documentation concerning the remediation of the Property: The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**: Please produce the following documentation concerning the remediation of the Property: An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**: Please produce the following documentation concerning the remediation of the Property: Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**: Please produce the following documentation concerning the remediation of the Property: A floor plan of the Affected Property with dimensions.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**: Please produce the following documentation concerning the remediation of the Property: An Environmental Certificate.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**: Please produce the following documentation concerning the remediation of the Property: An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____
Signature of Plaintiff

02 | 09 | 2019
Date

HOAN BAO
Printed Name

# Exhibit 1



# Exhibit 2

# Exhibit 3





# Exhibit 4

# Exhibit 5

# Exhibit 6

# Pictures



https://outlook.live.com/mail/inbox/id/AQMkADAwATY3ZmYAZS05NWQ1LWJyNTNmOWN5OSZAwzmZATAwACgGAADB9hEBovUmRUedID%2BPfd4IbOcApCu70...   1/2



https://outlook.live.com/mail/inbox/id/AQMkADAwATY3zmYxAZ05NWQ1LWJyNTYtMDACLTAwCgBGAAAD9hEBovUmRUed1D%2BBfd4ibOcApCu70...  1/2





























# Exhibit 7

# Exhibit 8

# Exhibit 9

# Contracts, Invoices and Cancel Check...

## Total: $44,241.95

# Proposal

# MIGUEL CONSTRUCTION (cont.)
415 Edgecrest Drive
Homewood AL 35209
Phone: 205-563-3530
Email:

| Proposal submitted to: | Job name: | Ref #: |
|---|---|---|

**Address** 1608 Washington ct moody Al 35004

| Proposal #: | Proposal / Bid date: | Number of Pages | 8/ |
|---|---|---|---|

**We hereby submit specifications and details for:**

Install new sheetrock in whole house
install new insulation in the ceiling only
rent dumpster for all trash
put back up grounp pipe
Finish - sand sheetrock in whole house
paint whole house
cover handrails with plastic
Install sinks, toilets, lights, shelves, covers
Fix the shower put back scene walls
remove all counters, then put back
take out all appliances, then put back
clean everything when finished
remove hardwood - garage - vent (crossed out)
remove hardwood carpet install laminent

Total: $90,000
price includes labor
+ materials
+ $10,000 for up front

**We hereby propose to furnish material and labor** complete in accordance **per the above specifications for a sum of:**

US$ _____ (In figures) US$ _____

**With the terms of payments as follows:**

**Please revert for any clarification / further details.**

**Authorized Signatory: Name** _____  Signature: Danielle Patton

## Acceptance of Proposal

I/We have reviewed your proposal and hereby indicate our acceptance of the same, as per the details, specifications and amounts mentioned in the proposal form. I/We agree to the proposed terms of payment and will release the funds as per agreed herein.

**Authorized Signatory / Name** HOAD BAO  Signature: _____  Date 5/27/17

12/30/2018

**Bank of America** ⟫⟫

Online Banking

---

**Adv Plus Banking - 1097: Account Activity Transaction Details**

---

| | |
|---|---|
| **Check number:** | 00000000881 |
| **Post date:** | 01/02/2018 |
| **Amount:** | -3,175.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**Bank of America** 🦅                                      Online Banking

---

**Adv Plus Banking – 1097: Account Activity Transaction Details**

---

|  |  |
|---:|:---|
| **Post date:** | 06/12/2017 |
| **Amount:** | -1,000.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER HOAN BAO:Rene Garcia<br>Confirmation# 1627516221 |
| **Merchant name:**<br>? | TRANSFER HOAN BAO:Rene Garcia<br>Confirmation# 1627516221 |
| **Transaction category:** | Uncategorized: Uncategorized |

Bank of America | Online Banking | Accounts | Account Details | A...        https://secure.bankofamerica.com/myaccounts/details/deposit/search...

**Bank of America** 🏛                                    Online Banking

---

**Adv Plus Banking – 1097: Account Activity Transaction Details**

---

|                       |                              |
|-----------------------|------------------------------|
| **Check number:**     | 00000000828                  |
| **Post date:**        | 06/30/2017                   |
| **Amount:**           | -400.00                      |
| **Type:**             | Check                        |
| **Description:**      | Check                        |
| **Merchant name:**    | Check                        |
| **Transaction category:** | Cash, Checks & Misc: Checks |



1 of 1                                                    12/18/2018, 9:08 AM

Bank of America | Online Banking | Accounts | Account Details | A...    https://secure.bankofamerica.com/myaccounts/details/deposit/search...

**Bank of America** 〰️                                                    Online Banking

## Adv Plus Banking - 1097: Account Activity Transaction Details

|  |  |
|---|---|
| **Check number:** | 00000000829 |
| **Post date:** | 07/03/2017 |
| **Amount:** | -420.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** ? | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



12/18/2018, 9:13 AM

Bank of America | Online Banking | Accounts | Account Details | A...       https://secure.bankofamerica.com/myaccounts/details/deposit/search...

**Bank of America** 🇺🇸                              Online Banking

---

## Adv Plus Banking – 1097: Account Activity Transaction Details

---

|  |  |
|--:|:--|
| **Check number:** | 00000000825 |
| **Post date:** | 06/27/2017 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



Bank of America | Online Banking | Accounts | Account Details | A...       https://secure.bankofamerica.com/myaccounts/details/deposit/search...

**Bank of America** 🇺🇸                                      Online Banking

**Adv Plus Banking – 1097: Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000000827 |
| **Post date:** | 06/27/2017 |
| **Amount:** | -700.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** ? | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

**Bank of America** 

## Online Banking

---

**Adv Plus Banking - 1097: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Check number:** | 00000000880 |
| **Post date:** | 12/29/2017 |
| **Amount:** | -5,843.50 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

HOAN BAO   04-08
HANH TRAN
6320 LIGHTBURN CT
CENTREVILLE, VA 20121-3523

880

12/29/17

Pay to the Order of _All About Roofing_    $ 5,843.50

_Five Thousand Eight hundred forty Three_ Dollars

**Bank of America**

ACH R/T 051000017

For _1008 Wahinton CT_

⑆051000017⑆

**Bank of America** ◆◆◆

Online Banking

**Adv Plus Banking - 1097: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000000865 |
| **Post date:** | 11/13/2017 |
| **Amount:** | -5,843.50 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



**Bank of America** ≫≫≫                                      Online Banking

---

### Adv Plus Banking - 1097: Account Activity Transaction Details

|  |  |
|---:|---|
| **Check number:** | 00000000866 |
| **Post date:** | 11/13/2017 |
| **Amount:** | -250.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |





MAY/14th/ 2018

## INVOICE#1571

## S-TEK HVAC/R LLC,

2021 Brook Highland Ridge
Birmingham, AL 35242
Hvac#16000
Refrigeration#53057

HOAN BAO
Rev: 1008 WASHINGTON

| Quantity | Description |
|---|---|
| 1 | Condenser Model: TSH536GKA  Serial# E180622830 |
| 1 | Air Handler Model: FXM4X3600AL  Serial# F180907932 |
|  | The following equipments were successfully installed per agreement.  Equipment shall have 5 years no hassle replacement warranty from manufacturer. 10 years standard warranty on compressor.  Three months warranty on labor from dealer. |
|  |  |
|  |  |
|  | **TOTAL CHARGE**            **$5,000.00** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

DANIEL VU/ S-TEK HVAC

# Order Confirmation from Sears Carpet & Upholstery Care

## support@searsservices.com

Tue 12/19/2017 1:26 PM

To:hoanbao@hotmail.com <hoanbao@hotmail.com>;

### Summary of Your Order

Thank you for your Order! Below you will see the items you requested. We will make every effort to honor your requested appointment timeframe. In addition, we will call you before your booked job to confirm our arrival time.

Thank you for choosing Sears Carpet & Upholstery Care. We look forward to servicing you.

Sears Office Information: AL Birmingham - Carpet
Sears Office Phone: 800-400-2976

### Customer Information

First Name: Hoan
Last Name: Bao
Phone 1: Home: 703-544-8846
Phone 2: Mobile: 571-243-9911

Service Address:
1008 Washington Ct
MOODY, AL 35004

Billing Address:
1008 Washington Ct
MOODY, AL 35004

Email: hoanbao@hotmail.com

### Order Information

Order #:71480
Order Date: 12/18/2017
Scheduled Date: 12/29/2017

### Order Details

| Service | Unit Price | Quantity | SubTotal |
|---|---|---|---|
| Clean 2 Rooms and FREE Hall | $89.95 | 1 | $89.95 |
| Trip Charge Standard | $20.00 | 1 | $20.00 |
| | | Service Total: | $109.95 |
| | | Tax: | $0.00 |
| | | Order Total: | $109.95 |

Special Instructions: CLM 12/19/17

- State and local taxes additional where applicable. Minimum order may apply.
- Satisfaction Guaranteed - If you are not completely satisfied, contact us within 30 days from the date of service and we will make our best attempt to resolve your issues.
- Payment - We accept Sears Credit card, MasterCard, Visa, American Express, Discover, cash and check. Some locations may not accept all

# Exhibit 10

# Exhibit 11

# Exhibit 12

Environmental Certificate (Exhibit B)

## Exhibit B

## ENVIRONMENTAL CERTIFICATE

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: _____

By:
(Signature) _____    Date _____

(Print Name) _____

(Print Title) _____

(Print Company) _____

Affected property:    1008 Washington Court, Moody, AL  35004

# Exhibit 13

# OWNER DISCLOSURE AFFIDAVIT

Owner name:   Hoan Bao & Hanh Bich Thi Tran

Affected Property address:  1008 Washington Court, Moody, AL  35004

Purchase date and price of Affected Property: _____

List the manufacturers of all drywall found in the Affected Property:   Knauf, USG, National

Gypsum

_____

Move-out date: _____

Move-in date: _____

Storage expenses paid: _____

Moving expenses paid: _____

Utility expenses paid: _____

Alternative living expenses paid: _____

Total cost of construction paid: _____

Total claim: _____

General Contractor name and phone #: _____

Total amount paid to general contractor: _____

Affected Property air conditioned square footage: _____

Was Owner aware of the defective drywall before purchasing the Affected Property:   No.

_____

Please describe the remediation of the Affected Property.  If you removed and reused an item, please circle 'reused'.  In the event that you replaced an item, with another of the same material and quality please circle 'replaced'.  In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank.  Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**                           Reused            Replaced

Owner Initial _____  Contractor Initial _____

**Kitchen countertop:**                                Reused              Replaced

If replaced indicate material:        Formica      Corion        Tile            Granite

**Kitchen Plumbing Fixtures:** (Faucets, sink)          Reused        Replaced

**Kitchen floor:**                                     Reused              Replaced

**Appliances:**                                        Reused              Replaced

If replaced, please list appliance manufacture and model: _____

_____

_____

_____

**Bathroom cabinets:**                                 Reused              Replaced

**Bathroom tops:**                                     Reused              Replaced

If replaced indicate material:  Formica      Cultured Marble      Tile            Granite

**Bathroom flooring:**                                 Reused              Replaced

**Bathroom enclosures:**                               Reused              Replaced

**Bathroom lighting:**                                 Reused              Replaced

**Bathroom Accessories** (towel bars, etc.):           Reused              Replaced

**Bathroom Mirrors:**                                  Reused              Replaced

**Tub:**                                               Reused              Replaced

If replaced indicate master bath tub type:        Fiberglass      Steel          Jacuzzi

**Plumbing fixtures** (toilets, sinks):                Reused              Replaced

If replaced please provide description of original manufactures:

_____

_____

**Plumbing faucets:**                                  Reused              Replaced

If replaced please provide description of original manufactures:

_____

_____

**Plumbing lines:**                                    Reused              Replaced

If replaced indicate material:          Copper        CPVC        PEX

                              Owner Initial _____ Contractor Initial _____

| | | | |
|---|---|---|---|
| **Base boards:** | | Reused | Replaced |
| **Interior doors:** | | Reused | Replaced |
| If replaced indicate: | Hollow core 6' 8" doors | Hollow core 8' doors | Solid core 8' doors |
| **Window wood molding:** | N/A | Reused | Replaced |
| **Crown molding:** | N/A | Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| | | | |
|---|---|---|---|
| **Chair Rail:** | N/A | Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| | | | |
|---|---|---|---|
| **Tile flooring:** | N/A | Reused | Replaced |

If replaced please indicate locations of tile floors:

_____

_____

| | | | |
|---|---|---|---|
| **Marble Flooring:** | N/A | Reused | Replaced |

If replaced please indicate locations of marble floors:

_____

_____

| | | | |
|---|---|---|---|
| **Wood Flooring Type:** | N/A | Wood | Pergo/float |
| **Wood flooring:** | N/A | Reused | Replaced |

If replaced please indicate locations of wood floors:

_____

_____

| | | | |
|---|---|---|---|
| **Carpet:** | | Reused | Replaced |

Owner Initial _____ Contractor Initial _____

If replaced please provide description of original manufactures:

_____

_____

If replaced please indicate locations of carpet:

_____

_____

| **HVAC replacement:** | Ducts | Coils | Air handler (interior) | Condenser(exterior) |
|---|---|---|---|---|
| **HVAC manufacturer:** | _____ | | | |
| **Insulation:** | | | Reused | Replaced |
| **Electrical fixtures:** | | | Reused | Replaced |
| **Electrical wiring:** | | | Reused | Replaced |
| **Electrical fans:** | | | | |

If replaced please indicate how many and which rooms:

| **Stair rails:** | N/A | Reused | Replaced |
|---|---|---|---|
| **Window sills:** | | Reused | Replaced |
| If replaced indicate original material: | Wood | Marble | Drywall |
| **Alarm system:** | N/A | Reused | Replaced |
| Fire suppression system: | N/A | Reused | Replaced |
| **Intercom:** | N/A | Reused | Replaced |
| **Surround sound:** | N/A | Reused | Replaced |
| **Wall papers:** | N/A | | Replaced |
| **Interior paint:** | | Total colors used: | _____ |

Additional construction related items replaced:

_____

_____

_____

Owner Initial _____   Contractor Initial _____

Personal items replaced:

_____

_____

_____

Items that were upgraded and deducted from construction replacement cost:

_____

_____

_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial _____   Contractor Initial _____

403800v2
10/17/13

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____   Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: _____

Homeowner Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Date: _____

Contractor Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Owner Initial _____  Contractor Initial _____

# Exhibit 14

Warranty Deed

Recorded in the above
(ELu   Book & Page
12-15-2014 01:54:21 PM
mike Bowling - Judge of Probate
St. Clair County, Alabama

**This Document Prepared By:**
Leila Hansen, Esq.
9041 South Pecos Road, Suite 3900
Henderson, NV 89074

**After Recording Send Tax Notice To:**
Hanh Bich Thi Tran, et al
6320 Lightburn Court
Centreville, Virginia 20121

Assessor's Parcel Number: 25-07-36-0-001-010.298

# SPECIAL WARRANTY DEED
### TITLE OF DOCUMENT

STATE OF ALABAMA

                KNOW ALL MEN BY THESE PRESENTS:

SAINT CLAIR COUNTY

THAT in consideration of SIXTY-SIX THOUSAND AND NO/100 DOLLARS ($66,000.00), to the undersigned GRANTOR, **Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2, By: Ocwen Loan Servicing, LLC, as Attorney-In-Fact**, whose mailing address is  C/o Ocwen Loan Servicing, LLC, 1661 Worthington Road Suite 100, West Palm Beach, Florida 33409, (herein referred to a grantor) in hand paid by the GRANTEE herein, the receipt and sufficiency of which is hereby acknowledged, the said GRANTOR, does by these presents, grant, bargain, sell, convey and SPECIALLY WARRANT unto **Hanh Bich Thi Tran and Hoan Bao, husband and wife, as joint tenants with right of survivorship,** (herein referred to as grantee), whose mailing address is 6320 Lightburn Court, Centreville, Virginia 20121, all right, title, interest and claim to the following described real estate, situated in Saint Clair County, Alabama, to wit:

LOT 348, ACCORDING TO THE SURVEY OF AVALON PHASE THREE, AS RECORDED IN MAP BOOK 2005, PAGE 38, IN THE PROBATE OFFICE OF ST. CLAIR, ALABAMA, PELL CITY DIVISION.

MORE commonly known as: 1008 Washington Court, Moody, Alabama 35004

Source of Title. Ref.: Deed: Recorded June 14, 2012; BK 2012, PG 4619

Date of Sale: November 10, 2014
Total Purchase Price: $66,000.00

Subject To: Restrictions, Conditions, Covenants, Rights, Rights of Way, and Easements now of record, if any

TO HAVE AND TO HOLD all of Grantor's right, title and interest in and to the above described property unto the said Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever IN FEE SIMPLE; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any part thereof.

Grantor further SPECIALLY WARRANTS and agrees to FOREVER DEFEND all and singular the said property unto the said Grantee, Grantee's heirs, executors, administrators, successors



**EXHIBIT**
7  BAO
9/18/19  83

Recorded in ~~~~~
~~~~ Book & Page
12-15-2014 01:58:21 PM
~~~~ Ewing - John of Probate
~~~~ Clair County Alabama

and/or assigns, against every person whomsoever claiming or to claim the same or any part thereof, by, through, or under Grantor, but not otherwise.

IN WITNESS WHEREOF, the said GRANTOR, by its ___**Contract Management Coordinator**___, who is authorized to execute this conveyance, has hereunto set its signature and seal, this __5th__ day of __November__, 20 14.

Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2, By: Ocwen Loan Servicing, LLC, as Attorney-In-Fact

Attest:

_____

___Jami Dorobiala___     Contract Management Coordinator
Printed Name & Title

By: ___Mark Stufft___

Mark Stufft     **Contract Management Coordinator**
Printed Name & Title

**STATE OF** ___Florida___

___Palm Beach___ **COUNTY**

I, _____**Erin Weston**_____, a Notary Public in and for said County, in said State, hereby certify that _____**Mark Stufft**_____, whose name as ___**Contract Management Coordinator**___ of **Ocwen Loan Servicing, LLC, as Attorney-In-Fact for Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2,** a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day, that, being informed of the contents of the above and foregoing conveyance, (he)/she, as such signor and with full authority, executed the same voluntarily for and as the act of said corporation on the day the same bears date.

**NOTARY STAMP/SEAL**     **Personally Known To Me** EMW

Given under my hand and official seal of office this __5th__ day of __November__, 20 14.

Notary Public State of Florida
Erin M Weston
My Commission FF 120501
Expires 05/06/2018

___c ___/___Weston___

NOTARY PUBLIC     **Erin Weston**
My Commission Expires: _____

POA recorded simultaneously herewith
Terra/Cassidy ~ RECORDED / Kin.
~~~~ ~~~~~~~~~~~~~~~~
~~~~~~~ 12-15-2014 13:~~:~5
~~~ Certification Fee            3.00
Deed Tax                       66.00
PJT ~~~~~ Index Fee             5.00
~~~ Recording Fee               6.00
Total Fees:   $ 80.00

Contracts, Invoices,
Cancelled Checks

# Contracts, Invoices and Cancel Check...

## Total: $44,241.95





**EXHIBIT**
8 BAO
9/18/19

## Proposal

# MIGUEL CONSTRUCTION (cont.)
**415 Edgecrest Drive**
**Homewood, AL 35209**
**Phone: 205-563-3530**
**Email:**

| Proposal Submitted to: | | Job Phone | | Ref # | |
|---|---|---|---|---|---|

**Address:** 1008 Washington ct moody AI 35004

| Proposal # | | Proposed Work Site at: | | Number of pages | 8/ |
|---|---|---|---|---|---|

**We hereby submit specifications and details for:**

Install new sheetrock in whole house
Install new insulation in the ceiling only
rent dumpster Do all trash
Put McClub Crown base
Finish + sand sheetrock in whole house
paint whole house
cover handrails with plastic
install sinks toilets lights shelvings covers
fix the shower put back shower walls
remove all counters + then put back
take out all appliances + then put back
clean everything when finished
remove cardboard + carpet + install laminate
remove cardboard + carpet + install laminate

Total + #50,000
price includes materials + labor
#10,000 up front

**We hereby propose to furnish material and labor** — complete in accordance with the above specifications for a sum of:

**US$** _____ (In figures) US$ _____

**With the terms of payments as follows:**

_____

_____

**Please revert for any clarification / further details.**

**Authorized Signatory: Name** _____ **Signature** Danielle Patton

## Acceptance of Proposal

I/We have reviewed your proposal and hereby indicate our acceptance of the same, as per the details, specifications and amounts mentioned in the proposal form. I/We agree to the proposed terms of payment and will release the funds as per agreed herein.

**Authorized Signatory: Name** HOAN BAO **Signature:** _____ **Date** 5/27/17

**Bank of America** 🇺🇸

Online Banking

---

📍**Adv Plus Banking – 1097: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000000881 |
| **Post date:** | 01/02/2018 |
| **Amount:** | -3,175.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** 📄 | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

**Bank of America** ⪡⪡⪡                                         Online Banking

---

**Adv Plus Banking – 1097: Account Activity Transaction Details**

---

|  |  |
|---|---|
| **Post date:** | 06/12/2017 |
| **Amount:** | -1,000.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER HOAN BAO:Rene Garcia Confirmation# 1627516221 |
| **Merchant name:** | TRANSFER HOAN BAO:Rene Garcia Confirmation# 1627516221 |
| **Transaction category:** | Uncategorized: Uncategorized |

Bank of America | Online Banking | Accounts | Account Details | A...    https://secure.bankofamerica.com/myaccounts/details/deposit/search...

# Bank of America ⋙

## Online Banking

---

**Adv Plus Banking – 1097: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Check number:** | 00000000828 |
| **Post date:** | 06/30/2017 |
| **Amount:** | -400.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| ? | |
| **Transaction category:** | Cash, Checks & Misc: Checks |

Bank of America | Online Banking | Accounts | Account Details | A...     https://secure.bankofamerica.com/myaccounts/details/deposit/search...

**Bank of America** 〰️                                    Online Banking

**Adv Plus Banking – 1097: Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000000829 |
| **Post date:** | 07/03/2017 |
| **Amount:** | -420.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** ? | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |



1 of 1                                                   12/18/2018, 9:13 AM

Bank of America | Online Banking | Accounts | Account Details | A...     https://secure.bankofamerica.com/myaccounts/details/deposit/search...

**Bank of America** 🇺🇸                                              Online Banking

---

**Adv Plus Banking – 1097: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Check number:** | 00000000825 |
| **Post date:** | 06/27/2017 |
| **Amount:** | -1,500.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

**Bank of America** ◥◥◥                                    Online Banking

---

**Adv Plus Banking – 1097: Account Activity Transaction Details**

---

|  |  |
|---|---|
| **Check number:** | 00000000827 |
| **Post date:** | 06/27/2017 |
| **Amount:** | -700.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| | ? |
| **Transaction category:** | Cash, Checks & Misc: Checks |

**Bank of America** 📈

**\dv Plus Banking – 1097: Account Activity Transaction Details**

| | |
|---|---|
| **Check number:** | 00000000880 |
| **Post date:** | 12/29/2017 |
| **Amount:** | -5,843.50 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

**Bank of America** 〰〰

Online Banking

**Adv Plus Banking - 1097: Account Activity Transaction Details**

| | |
|---:|:---|
| **Check number:** | 00000000865 |
| **Post date:** | 11/13/2017 |
| **Amount:** | -5,843.50 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

# Bank of America ⬧

## Online Banking

---

**Adv Plus Banking - 1097: Account Activity Transaction Details**

---

|  |  |
|---|---|
| **Check number:** | 00000000866 |
| **Post date:** | 11/13/2017 |
| **Amount:** | -250.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

MAY/14th/ 2018

## INVOICE#1571

S-TEK HVAC/R LLC,

2021 Brook Highland Ridge
Birmingham, AL 35242
Hvac#16000
Refrigeration#53057

HOAN BAO
Rev: 1008 WASHINGTON

| Quantity | Description |
|---|---|
| 1 | Condenser Model: TSH536GKA  Serial# E180622830 |
| 1 | Air Handler Model: FXM4X3600AL  Serial# F180907932 |
| | The following equipments were successfully installed per agreement.  Equipment shall have 5 years no hassle replacement warranty from manufacturer.  10 years standard warranty on compressor.  Three months warranty on labor from dealer. |
| | |
| | |
| | |
| | **TOTAL CHARGE**               **$5,000.00** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

DANIEL VU/ S-TEK HVAC

# Order Confirmation from Sears Carpet & Upholstery Care

## support@searsservices.com

Tue 12/19/2017 1:26 PM

To:hoanbao@hotmail.com <hoanbao@hotmail.com>;

### Summary of Your Order

Thank you for your Order! Below you will see the items you requested. We will make every effort to honor your requested appointment timeframe. In addition, we will call you before your booked job to confirm our arrival time.

Thank you for choosing Sears Carpet & Upholstery Care. We look forward to servicing you.

Sears Office Information: AL Birmingham - Carpet
Sears Office Phone: 800-400-2976

### Customer Information

First Name: Hoan
Last Name: Bao
Phone 1: Home: 703-544-8846
Phone 2: Mobile: 571-243-9911

Service Address:
1008 Washington Ct
MOODY, AL 35004

Billing Address:
1008 Washington Ct
MOODY, AL 35004

Email: hoanbao@hotmail.com

### Order Information

Order #:71480
Order Date: 12/18/2017
Scheduled Date: 12/29/2017

### Order Details

| Service | Unit Price | Quantity | SubTotal |
|---|---|---|---|
| Clean 2 Rooms and FREE Hall | $89.95 | 1 | $89.95 |
| Trip Charge Standard | $20.00 | 1 | $20.00 |
| | | Service Total: | $109.95 |
| | | Tax: | $0.00 |
| | | Order Total: | $109.95 |

Special Instructions: CLM 12/19/17

- State and local taxes additional where applicable. Minimum order may apply.
- Satisfaction Guaranteed - If you are not completely satisfied, contact us within 30 days from the date of service and we will make our best attempt to resolve your issues.
- Payment - We accept Sears Credit card, MasterCard, Visa, American Express, Discover, cash and check. Some locations may not accept all

Amended & Supp. Docs
Amended PFS Ex. 14