Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LITIGATION

                                    MDL 2047
                                    SECTION "L"


Elizabeth Bennett, et al

v.

Gebr, Knauf
Verwaltungsgesellschaft, KG,
et al.,




           *    *    *    *    *    *    *



                    HOAN BOA

              SEPTEMBER 18, 2019

                   1:15 P.M.

            3 Bethesda Metro Center

                  Suite 700

           Silver Spring, Maryland




        Reported By:  Stephanie C. Bridges

EXHIBIT BAO/TRAN B

Page 29

```
 1      Q    Are you aware that your neighbors have
 2   also had issues with Chinese drywall?
 3      A    I don't know.
 4      Q    Have you ever lived on the property?
 5      A    No.  We never lived.  We go and come
 6   back.
 7      Q    So you have visited though?
 8      A    Yes.  Also we go back after we bought
 9   it.
10      Q    So when you said you've never been to
11   Alabama you just meant before you bought the
12   property?
13      A    Yes.
14      Q    But since you bought the property you
15   have been?
16      A    Yes, I have been.
17      Q    Do you still own the property?
18      A    Yes.
19      Q    Has anyone else ever lived on the
20   property?
21      A    No.
22      Q    Have you ever leased the property?
23      A    Yes.  We have leased it for about one
24   year now.
25      Q    Who have you leased it to?
```

```
 1      A    No.  During that time, we planned to
 2   move right away.  We planned to move right away.
 3   We got ready for our son but later -- if he went
 4   to high school down there it was okay.  Then we
 5   found out about the Chinese drywall and we
 6   couldn't move, so we stayed here.
 7      Q    Now, you're waiting for your son to --
 8      A    Yes.  For him to finish high school and
 9   then we'll move down there.
10      Q    If you could turn to Tab 3, which is
11   Exhibit 3, and then to page 5 and it says, that
12   you're claiming moving expenses/alternative living
13   expenses in the amount of $35,300.
14      A    Yes.  It's all the expenses we have.  We
15   don't live there but we have to pay for the water.
16   We have to pay for the insurance.  We have to pay
17   for all the yardwork.  We have to pay taxes.  We
18   don't live there.  We can't live here but we have
19   to pay that.  That's been about three years that
20   we've had to spend that kind of money.  We have to
21   pay for taxes, insurances, yardwork, electrical
22   and for everything for the house.
23      Q    What time period does this amount cover?
24      A    Around '14 to '18.
25      Q    And this says that you vacated the
```

Page 43

1   property from December 9, 2014, to January 9,
2   2019; is that just because you've never moved onto
3   the property?
4        A    Yes.  We don't live there.
5        Q    When you were calculating this amount
6   did you look at receipts that you have in your
7   possession?
8        A    Yes.  We have all receipts that we spent
9   because we have to do the taxes every year.  We
10  calculated for about three years to come up with
11  this number.
12       Q    We would ask that you produce any
13  receipts that you referenced in coming up with the
14  amount of $35,300.
15       A    Yes.
16       Q    If you could turn to page 8 of that same
17  Exhibit 3 and number 35 says that your remediation
18  damages are $51,511.45; is that correct?
19       A    Yes.
20       Q    And this is different from the amount in
21  the other that was $49,500; is that correct?
22       A    Yes, I believe -- yes, sometimes
23  something -- yes, I believe, yes.
24       Q    And how did you calculate this value?
25       A    I had all the receipts, so I counted