**In the Matter Of:**

**Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft**

14-cv-2722

**TOBY BUTCHER**

*August 02, 2019*

| EXHIBIT |
| BUTCHER |
| B |



800.211.DEPO (3376)
EsquireSolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Case 2:09-md-02047-EEF-MBN   Document 22690-13   Filed 04/01/20   Page 2 of 3

TOBY BUTCHER                                                August 02, 2019
Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft              47

```
 1         Q.    In 2015 there's one page of clothing.  Are
 2   those the same answers?  Are you claiming that the
 3   clothing was damaged because it's allegedly been
 4   absorbing toxic chemicals?
 5         A.    Yes.
 6         Q.    Do you have any other information to support
 7   that this clothing from 2015 was damaged?
 8         A.    No.
 9         Q.    And did you dispose of this clothing that you
10   bought in 2015?
11         A.    Yes.
12         Q.    All right.  On the next page of 2015, there's
13   moving expenses from March of 2015.  You moved out of
14   the house in March 2015?
15         A.    Yes.
16         Q.    So as to the clothing then that you purchased
17   in, for example, May through December of 2015 -- yeah --
18   May through December of 2015, did you buy that clothing
19   and then put it back in the house on Island Lakes Drive?
20         A.    No.
21         Q.    So as to the claim clothing from May through
22   December of 2015 -- has any of that clothing been
23   damaged by Chinese drywall?
24         A.    Say that again.
25         Q.    You see on 2015 -- we have clothing from May
```



Case 2:09-md-02047-EEF-MBN   Document 22690-13   Filed 04/01/20   Page 3 of 3

TOBY BUTCHER                                                    August 02, 2019
Elizabeth Bennett vs Gebr. Knauf Verwaltungsgesellschaft                     49

```
 1      Q.    When did you dispose of the old mattress?
 2      A.    In May.
 3      Q.    Of 2016?
 4      A.    Yes.
 5      Q.    And why did you dispose of it?
 6      A.    Because we found out that our mattress was --
 7   because we found out we were in -- had Chinese drywall
 8   in our home -- in our previous home.
 9      Q.    Why did you wait a year and two months to
10   dispose of the mattress?
11      A.    We found out we had Chinese drywall in
12   February of 2016.
13      Q.    And do you have the old mattress, or did you
14   dispose of it?
15      A.    No, we disposed of it.
16      Q.    This clothing on 2016, are you claiming that
17   any of that clothing was damaged by Chinese drywall?
18      A.    No.
19      Q.    On the next page, all of that clothing -- are
20   you claiming that any of that clothing was damaged by
21   Chinese drywall?
22      A.    No.
23      Q.    And do you still have all the clothing on
24   those two pages?
25      A.    Yes.
```

