UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047 : : Section: L : |
| Elizabeth Bennett, et al., V. Knauff Gips, KG, et al. | : : 2:14-cv-02722-EEF-JCW : |

*****************************************
ORAL DEPOSITION OF
BECKY CHEDESTER
NOVEMBER 25, 2019
*****************************************

ORAL DEPOSITION OF BECKY CHEDESTER, produced as a witness at the instance of the Knauf Defendants, and duly sworn, was taken in the above-styled and numbered cause on November 25, 2019, from 10:09 a.m. to 11:07 a.m., before PHYLLIS WALTZ, RMR, CRR, CRC, Texas CSR, TCRR, Louisiana CCR, in and for the State of Texas, recorded by machine shorthand, at the offices of Worldwide Court Reporters, Inc., 3000 Weslayan, Suite 235, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto; signature having not been reserved.

EXHIBIT
CHEDESTER
B

```
 1   label the rooms, too.
 2        A.   This is the master bedroom.
 3        Q.   Okay.
 4        A.   This is the bath.  This is a bedroom.  This is
 5   a bedroom.  So there is a door here, here.  This is the
 6   entryway.  The laundry room.  The pantry, I think it is.
 7   So this is all the kitchen here.  Kind of went around
 8   like that, had a bar.  And this is the dining room.  A
 9   fireplace.  And the living room.  I'm not a architect,
10   I'm sorry.
11        Q.   You did better than some.
12             If you would please write kitchen where the
13   kitchen is.
14        A.   Oh, the kitchen, yeah, this is the kitchen.
15        Q.   And MB that you've labeled there is master
16   bedroom?
17        A.   Master bedroom, uh-huh.  And this is the bath,
18   master bath.
19             And this is windows.  A door going outside.
20   Windows.
21        Q.   All right.  I'll take that.
22        A.   Sorry.
23        Q.   No, you did great.
24        A.   I was, like, I'm trying to remember.
25        Q.   You lived at this property from 2007 to 2011;
```

```
 1   is that right?
 2        A.   Yes.
 3        Q.   Okay.  And is the house in a subdivision?
 4        A.   Yes, it is.
 5        Q.   Okay.  Was there a homeowners association for
 6   the subdivision?
 7        A.   No.
 8        Q.   All right.  When you moved out in 2011, did
 9   you list the house for sale?
10        A.   We rented it.
11        Q.   Okay.  You rented it to whom?
12        A.   I -- I don't remember.
13        Q.   And did you rent it --
14        A.   Through a Realtor.  They -- and they took care
15   of it.
16        Q.   And was it continuously rented from 2011
17   through when?
18        A.   It was rented -- we had one couple for a year,
19   another couple for a year, and then we had three in it
20   up until -- before we came back in 2011, our renters had
21   to leave because they were sick; and that's how we found
22   out about the drywall.
23        Q.   So 2016, you mean?  You said 2011.
24        A.   Yes, 20 -- whenever we came back.
25        Q.   So the renters left.  And after they left in
```

| | |
|---|---|
| 1 | **Q.   All right.  So on January 22nd, 2016 the** |
| 2 | **plaintiff profile form says that you and Michael** |
| 3 | **performed an inspection on the house and determined that** |
| 4 | **there was Chinese drywall on the property.  Describe the** |
| 10:46   5 | **inspection for me.  What did you do?** |
| 6 | A.   Well, he just climbed up in the attic.  We |
| 7 | drove -- we were coming back from Canada, and we stopped |
| 8 | at the house just to see.  They had already moved out. |
| 9 | And he got up in the attic and saw the -- the drywall |
| 10:47 10 | with the picture. |
| 11 | **Q.   And where -- what part of the attic was it in?** |
| 12 | **This is where the layout comes in.** |
| 13 | A.   I have no idea.  Because the attic thing is, |
| 14 | like, right up -- the -- |
| 10:47 15 | **Q.   Access?** |
| 16 | A.   The access was in this hallway here. |
| 17 | **Q.   Okay.** |
| 18 | A.   So -- I have no i- -- I wouldn't get up there, |
| 19 | because there was no stairs.  He had to get a ladder and |
| 10:47 20 | jump up in there.  So I don't know exactly where he was. |
| 21 | **Q.   Okay.  So other than going into the attic --** |
| 22 | **and, just for the record, you -- when you were talking** |
| 23 | **about the access a minute ago, you've kind of drawn a** |
| 24 | **little squiggly mark.  Can we write the --** |
| 10:47 25 | A.   There is the attic ac- -- put attic access? |