UNITED STATES FEDERAL COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                   SECTION "L"

This document relates to:

Elizabeth Bennett, et al     JUDGE ELDON FALLON
Versus Gebr. Knauf, et al
                             MAGISTRATE:

Case No. 14-cv-2722          JOSEPH WILKINSON, JR.

      The deposition of BHOLANATH DHUME, 1441 Homestead Avenue, Metairie, Louisiana 70005, taken in connection with the captioned cause, pursuant to the following stipulations before MELISSA M. EVANS, Certified Court Reporter, at the offices of Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, on the 17th of May, 2019.

EXHIBIT DHUME B

```
 1           presale appraisal to find the value of the
 2           property.
 3    Q.     Okay.  So before listing the property for
 4           sale?
 5    A.     Yes.
 6    Q.     When did you decide to list the property for
 7           sale?
 8    A.     When did I decide?  I listed the property in
 9           early May of 2017.
10    Q.     And why did you decide to list the property
11           for sale?
12    A.     We wanted to move out of the house because
13           the house was too big for us, really.
14           Because my kids had moved out and we only two
15           lived in the house, and this was a much
16           bigger house than what we needed.  So we
17           wanted a smaller house.  We required and
18           wanted to go into a smaller house.
19    Q.     Okay.  And had you already purchased another
20           home at this time?
21    A.     I was almost -- building another and
22           finishing the house, yes, smaller house.
23    Q.     And what was the address of that home?
24    A.     That is the 1441 Homestead, where I presently
25           reside.
```

```
 1           Plaintiff Profile Form and the Plaintiff Fact
 2           Sheet you claimed moving expenses as an
 3           expense?
 4    A.     Yes.
 5    Q.     And if you look at Exhibit 10, on the last
 6           page, I believe there is a check to Jerry
 7           Gordon --
 8    A.     Yes.
 9    Q.     -- on June 21, 2017.
10    A.     Yes.
11    Q.     Are these the moving expenses that you're
12           talking about?
13    A.     Yes, yes.
14    Q.     And when was this move scheduled?
15    A.     Move was scheduled -- we were going to move
16           anyway because we were going to sell the
17           house, but it happened in a way that we had
18           not anticipated.  The inspection was done,
19           and then we had so many days, you know,
20           before the Act of Sale.  But when the thing
21           came out to the inspection which was done by
22           Happy Home, I think, in May or June --
23           June 14th, we decided -- I mean, not before
24           the inspection, but we knew about the Chinese
25           drywall because of the buyer's inspection, so
```

1          then we got concerned about that, and then we
2          wanted -- we were going to move anyway, but
3        we might have moved in a hurry because of
4          that.
5    Q.    Have you filed any claim with your insurer
6          based on the alleged contamination of your
7          property?
8    A.    I was told the insurance does not cover that
9          kind of coverage.
10   Q.    Okay.  So have you received any payments from
11         your insurer based on the alleged
12         contamination of the property?
13   A.    No, ma'am.
14   Q.    Okay.  You're also claiming personal property
15         damage; is that correct?
16   A.    Yes, ma'am.
17   Q.    Okay.  And what personal property damages
18         have you suffered?
19   A.    I think we made a list of what -- to the best
20         of my knowledge, I think we have an exhibit
21         here.
22   Q.    I'm going to go ahead and give you another
23         one.
24   A.    Okay.
25   Q.    This is Exhibit 11.  And is this the full and