```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED          MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                           SECTION "L"
_____
This document relates to:            JUDGE ELDON FALLON
ELIZABETH BENNETT, et al.,           MAGISTRATE JOSEPH
                                        WILKINSON, JR.
        Plaintiffs,
VS.                                     CASE NUMBER
                                     14-CV-2722-EEF-JCW
GEBR. KNAUF
VERWALTUNGSGESELLSCHAFT,             DEPOSITION OF:
KG, et al.,
                                     KATIE HALLMARK
        Defendants.


          S T I P U L A T I O N S
        IT IS STIPULATED AND AGREED, by and between
the parties through their respective counsel, that
the deposition of:
                KATIE HALLMARK
may be taken before Nancy S. Holland, Commissioner
and Notary Public, State at Large, at the offices
of Bain & Associates Court Reporting Service, 505
North 20th Street, Suite 1250, Birmingham, Alabama,
on the 4th day of December, 2019, commencing at
approximately 9:15 a.m.
```

EXHIBIT HALLMARK B

```
 1   A.          Yes.
 2   Q.          All right.  And the inspection that
 3   was done before you purchased the home, did that
 4   inspector inspect for the presence of Chinese
 5   drywall?
 6   A.          Not to my knowledge.
 7   Q.          Do you know why not?
 8   A.          I do not know.
 9   Q.          And you do not still reside at the
10   home in Odenville, correct?
11   A.          No, I do not.
12   Q.          And when did you move out of the home
13   in Odenville?
14   A.          I'm not sure of the exact month,
15   but it was -- July of 2014.
16   Q.          All right.  Let's see if we can
17   refresh your recollection on that.  If you turn to
18   Page 5 of this form and if you look at question 19,
19   it asks, "If you vacated the property" -- "If you
20   vacated the property because of the alleged
21   presence of Chinese drywall, provide an address of
22   each location you stayed thereafter."  And you
23   answered 3250 Berrywood Road in Pinson, Alabama.
24   And that's the address that you gave to me at the
25   beginning of this deposition.  So you've resided in
```

1  property appraisal values the parcel at $179,560,
2  right?  It's on the first page.
3  A.         Yes.
4  Q.         So when did you discover that there
5  was what you believe to be Chinese-manufactured
6  drywall in the home in Odenville?
7  A.         I believe that it was either January
8  or February of 2015.
9  Q.         All right.  And how did you discover
10 that?
11 A.         We were trying to sell the property
12 and the buyer's inspector assessed for the presence
13 of Chinese drywall and found suspicion of drywall
14 then, Chinese drywall then.
15 Q.         Okay.  Did that buyer's inspector
16 provide you or your realtor with a report outlining
17 the suspicion of Chinese drywall?
18 A.         I do not believe so.
19 Q.         And you said that you moved out of the
20 house in July of 2014, so that was about six months
21 before you discovered the drywall, correct?
22 A.         Yes.
23 Q.         Okay.  So your move, then, was not
24 specifically tied to the discovery of the drywall,
25 correct?

```
 1   answered, "The defective drywall greatly reduces
 2   the value of our home.  We cannot afford to
 3   renovate and we cannot sell.  We are forced to wait
 4   on foreclosure."
 5              Have you provided any documentation of
 6   the reduced value of the home?
 7   A.         No.
 8   Q.         Okay.  And so we went earlier through
 9   questions 19 and 20 where you answered that you
10   moved to 3250 Berrywood Road in Pinson, Alabama in
11   July of 2014 and the original purpose for that move
12   was due to your husband's back injury, but you just
13   stayed because you learned of the Chinese drywall?
14   A.         Yes.
15   Q.         Okay.  And if you hadn't learned of
16   Chinese drywall, do you think that you would have
17   moved back to the home in Odenville?
18   A.         No.  We would have sold the property.
19   Q.         Okay.  So question 21 asks, "If you
20   vacated the property because of the alleged
21   presence of Chinese drywall, please provide:
22   Moving costs and/or alternative living expenses you
23   claim to have incurred as a result of the alleged
24   presence of Chinese drywall."  And you answered,
25   a., "500 per month rent," correct?
```

```
 1    A.            Correct.
 2    Q.            And then b., "$27,500 total to date,"
 3    correct?
 4    A.            Correct.
 5    Q.            So you're paying your relatives $500 a
 6    month to live with them?
 7    A.            Correct.
 8    Q.            Okay.  And which relatives are you
 9    living with?
10    A.            My husband's parents.
11    Q.            All right.  Do you have like a formal
12    lease --
13    A.            No.
14    Q.            -- document with them?  Do you pay
15    them by check $500 every month?
16    A.            Yes.
17    Q.            Do you have documentation of those
18    payments?
19    A.            Yes.
20    Q.            Okay.  And can you provide those,
21    please?
22    A.            Yes.
23    Q.            Okay.  And are you alleging any other
24    moving cost damages like the cost of the movers or
25    anything like that?
```