**In the Matter Of:**

Elizabeth Bennett vs Gebr. Knauf

14-cv-2722

# KARINA MARTINEZ

*July 12, 2019*

EXHIBIT
MARTINEZ
B



800.211.DEPO (3376)
*EsquireSolutions.com*

Case 2:09-md-02047-EEF-MBN   Document 22690-23   Filed 04/01/20   Page 2 of 3

KARINA MARTINEZ                                        July 12, 2019
Elizabeth Bennett vs Gebr. Knauf                                  25

```
 1        Q.    And have you disclosed Chinese drywall to the
 2   tenants?
 3        A.    Yes.
 4        Q.    Is that part of the lease agreement?
 5        A.    Yes.
 6        Q.    And are you renting it at fair-market value?
 7        A.    No.
 8        Q.    What would fair-market value be?
 9        A.    Probably around 2,000-something.  I believe
10   they're going for 23 or 2,400.
11        Q.    And that would be without Chinese drywall?
12        A.    Correct.
13        Q.    All right.  And have you ever tried to sell
14   the property?
15        A.    Yes.
16        Q.    And when did you decide to sell the property?
17        A.    March of 2018.
18        Q.    And why did you decide to sell the property?
19        A.    Because I was with my fiancé.  We were going
20   to sell it and buy a bigger house.  We have four dogs.
21   So we couldn't keep them in the townhouse.
22        Q.    Man, I understand that.  I don't have four
23   dogs, but my boyfriend just moved in with these two
24   cats.  And I have two dogs.
25        A.    Two big ones; two little ones.  I have two
```



Case 2:09-md-02047-EEF-MBN   Document 22690-23   Filed 04/01/20   Page 3 of 3

KARINA MARTINEZ                                              July 12, 2019
Elizabeth Bennett vs Gebr. Knauf                                        45

```
 1         A.   They just stopped working.
 2         Q.   Do you still have the original TVs?
 3         A.   No.
 4         Q.   Do you have the replacement TVs?
 5         A.   Yes.
 6         Q.   Okay.  And then this last item, loss of use of
 7    enjoyment, $15,000, where does that amount come from?
 8         A.   I don't remember right now.
 9         Q.   All right.  If you could go ahead and turn to
10    Tab 3, Exhibit 3, and then look at page 5.  And down at
11    the bottom, it says that you had $580 in moving
12    expenses.
13         A.   Yes.
14         Q.   And, again, to clarify, you were planning on
15    moving prior to the discovery of Chinese drywall; is
16    that correct?
17         A.   Yes.
18         Q.   Do you have receipts of your moving expenses?
19         A.   I have a copy of the check.
20         Q.   And what was the check for?
21         A.   To the movers, the company.
22         Q.   And that's the entirety of the $580?
23         A.   Yes.
24         Q.   All right.  And then alternative living
25    expenses is listed at $27,600; is that correct?
```

