Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Chinese Manufactured Drywall<br>Products Liability Litigation<br><br>This Document Relates to: | MDL NO. 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin    , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

> EXHIBIT
> PORCIUNCULA
> A

### Section I. Claimant and Property Information

Name of Claimant: Olivia              E.         Porciuncula
First Name          M.I.      Last Name                              Suffix

Leslie                I.         Porciuncula
Co-Claimant First Name (if applicable)   M.I.   Last Name                   Suffix

Business/Entity Name (if applicable)

> Exhibit
> Exhibit No.: 4
> Name: *Porciuncula*
> Date: *Sept 19*
> ❋ESQUIRE

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

339 Wilton Avenue SW
Address 1                                                                        Address 2

Palm Bay                                          CA        32908
City                                              State     Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:    Olivia                E.    Porciuncula
                         First Name           M.I.   Last Name                   Suffix

Mailing Address (if different):

601-C East Palomar Street, #262
Address 1                                                                        Address 2

Chula Vista                                        CA        91911
City                                               State     Zip Code

Phone Number of Person Completing This Form: (619   ) 507   - 2259

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 9     / 16    / 2005

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 6     / 1     / 2005

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 11     / 2016

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?   ☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:  _____

Date of filing:  _____ / _____ / _____
                  Month    Day      Year

Docket No.:  _____

*Present Status:* _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

***Section VII. Other Damages***

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.
$20,653.00 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.
$300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.
$93,000.00 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

***Section VIII. "Under Air" Square Footage***

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____Leslie and Olivia E. Porciuncula_____     4/30/2018
Claimant's signature                                        04/02/2018
                                                                     Date signed

Name:     Olivia E. Porciuncula _____

Address:  601-C East Palomar Street, #262 _____
          Address 1                          Address 2
          Chula Vista _____   CA     91911 _____
          City                   State   Zip Code

Phone No.: (619  ) 818   - 8866 _____

Email:     selvil@cox.net _____

7

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Alternative Living Expenses

We have incurred $20,653.00 in alternative living expenses since learning about the presence of defective Chinese sheetrock in our home.


Section VII.  Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.  This figure also includes damaged personal property and home repair directly attributable to the gasses produced by the defective sheetrock.


Section VII.  Diminution of Property Value

This property's value has diminished by approximately $93,000.00 due to the presence of defective Knauf Chinese Sheetrock in our home, according to the county property appraiser, tax assessor and zillow.com.

**PALM BAY AIR & HEAT, INC.**

1117 MALABAR ROAD NE
PALM BAY, FL 32907
(321) 728 - 7284
LIC. # CAC1815443

No. 029211

DATE ORDERED 2/17/18

NAME A.E. properties ELISHA

STREET 339 Wilson Ave SW

CITY Palm Bay    STATE FL    ZIP 32908

MAKE RCE3040AA    MODEL AMANA    SERIAL NUMBER AMANA

S# 040788051

DATE SCHEDULED

DONE BY PHONE SSI7-2902

WK OR CELL

☐ WARRANTY
☐ CONTRACT
☐ SERVICE CONTRACT
☐ NORMAL
☐ RES  ☐ COMM.

SERVICE 39.

**DESCRIPTION OF WORK**

* Service call
* Bad Compressor.
* Found Compressor not running
* Changed CAP and Performed HARD START
* Ran hose from neighbor onto Compressor
  it finally started - probably won't last.

*Recommend New System

| CHECK LIST | QUANTITY | ITEM OR PART DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| COMPRESSOR | | ✱ We do not Recommend Installing a New Strong | | |
| | | Compressor on old weak coils. Due to High Risk | | |
| | | of popping Leak.- Coils are very costly | $1395- | |
| | | ✱ Out of warranty New Compressor | | 30% |
| | | | | 1,036 |
| | | ✱ HIGHLY Recommend New System | | |
| | | 3 TON Straight cool | | |
| | | Goodman 14 seec AMAC HOEITIDOXAL WIIC | 2995 | |
| | | Referigerant added Atwilson | 12C | |
| | | Emailed 2/20/18 account | | $3120. |
| | | TOTAL PARTS | | |

**ENVIRONMENT**   **CHECK LIST**

SYSTEM   ☐ YES ☐ NO

TOTAL OTHER CHARGES $

OWNER'S INITIALS
ACCEPTED ☐  DECLINED ☐

**TERMS DUE UPON COMPLETION.**

I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.

TECHNICIAN SIGNATURE  Richard

AUTHORIZED SIGNATURE  EBrown

ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY.

X

SUB-TOTAL

TRIP CHARGE

TAX

TOTAL AMOUNT DUE  39.

DATE

TECH #1
TECH #2

HRS. @    REGULAR  /HR. =    OVERTIME  /HR. =
HRS. @    REGULAR  /HR. =    OVERTIME  /HR. =
CERT.#



Property Search

Brevard County Property Appraiser

Dana Blickley, CFA

*Diminution of value*
*3 pgs*

📄 Account: 2900435



Owners:

Porciuncula, Leslie I; Porciuncula, Olivia E

Mail Address:

~~Pmb 123 744 Otay Lakes Rd Chula Vista CA 91910~~ *601-C East Palomar St. #262,*
*Chula Vista, CA. 71911*

Site Address:

339 Wilton Ave SW Palm Bay FL 32908

Parcel ID:

29-36-01-25-1067-25

Taxing District: (Lookup.aspx?table=millagecodes)

54U0 - Palm Bay

Exemptions: (Lookup.aspx?table=exemptions)

| | | WD | | 5360/5465 |
| 08/29/2004 | $25,000 | (Lookup.aspx?table=deedTypes) | Vacant | (http://web1.brevardclerk.us/oncoreweb/Shov BookType=O&Book=5360&Page=5465) |
| | | WD | | 1241/0132 |
| 03/07/1972 | $6,400 | (Lookup.aspx?table=deedTypes) | -- | (http://web1.brevardclerk.us/oncoreweb/Shov BookType=O&Book=1241&Page=132) |

## 🐘 Buildings

### 🔖 Property Data Card #1

#### BUILDING MATERIALS

| Description | Value |
|---|---|
| Exterior Wall: | Stucco |
| Frame: | Wood Frame |
| Roof: | Asph/Asb Shngl |
| Roof Structure: | Hip/Gable |

#### BUILDING DETAILS

| Description | Value |
|---|---|
| Bldg. Use: (Lookup.aspx?table=usecodes) | 0110 - Single Family Residence |
| Year Built: | 2007 |
| Story Height: | 8 |
| Floors: | 1 |
| Residential Units: | 1 |
| Commercial Units: | 0 |

#### BUILDING SUB-AREAS

| Description | Square-Feet |
|---|---|
| Base Area 1st | 1,518 |
| Garage | 416 |
| Open Porch | 44 |
| Open Porch | 197 |
| Total Base Area | 1,518 |
| Total Sub Area | 2,175 |

#### BUILDING EXTRA FEATURES

| Description | Units |
|---|---|
| No Data Found | |

None

Property Use: (Lookup.aspx?table=usecodes)

0110 - Single Family Residence

Total Acres:

0.23

Site Code: (Lookup.aspx?table=sitecodes)

0001 - No Other Code Appl.

Plat Book/Page:

0015/0120

Subdivision Name: (Subdivisions.aspx)

Port Malabar Unit 19

Land Description:

Port Malabar Unit 19 Lot 25 Blk 1067

⚖️ Value

| Category | 2017 | 2016 | 2015 |
|---|---|---|---|
| Market Value: | $117,720 | $109,360 | $91,930 |
| Agricultural Value: | $0 | $0 | $0 |
| Assessed Value Non-School: | $101,640 | $92,400 | $84,000 |
| Assessed Value School: | $117,720 | $109,360 | $91,930 |
| Homestead Exemption: | $0 | $0 | $0 |
| Additional Homestead: | $0 | $0 | $0 |
| Other Exemptions: | $0 | $0 | $0 |
| Taxable Value Non-School: | $101,640 | $92,400 | $84,000 |
| Taxable Value School: | $117,720 | $109,360 | $91,930 |

🏛 Sales/Transfers

| Date | Price | Type | Parcel | Deed |
|---|---|---|---|---|
| 09/16/2005 | $210,300 | WD (Lookup.aspx?table=deedTypes) | Improved | 5539/0126 (http://web1.brevardclerk.us/oncoreweb/Shov BookType=O&Book=5539&Page=126) |
| 06/24/2005 | $39,000 | WD (Lookup.aspx?table=deedTypes) | Vacant | 5493/8651 (http://web1.brevardclerk.us/oncoreweb/Shov BookType=O&Book=5493&Page=8651) |
| 09/30/2004 | $22,900 | WD (Lookup.aspx?table=deedTypes) | Vacant | 5371/0130 (http://web1.brevardclerk.us/oncoreweb/Shov BookType=O&Book=5371&Page=130) |

# *Florida Inspect Pro LLC*
## **Property Inspection Report**



339 Wilton Ave SW, Palm Bay , FL 32908
Inspection prepared for: Alfred Luna
Date of Inspection: 11/1/2016 Time: 9:00
Age of Home: 2007 Size: 1934sqft
Weather: sunny

Inspector: Nick Wright
License #HI6134
1035 Jacaranda Circle, Rockledge, FL 32955
Phone: 321-863-4527
Email: floridainspectpro@gmail.com
www.floridainspectpro.com

**Florida Inspect Pro LLC**                                    339 Wilton Ave SW, Palm Bay , FL

# Inspection Details

**1. Attendance**

In Attendance: Buyer Agent present

**2. Home Type**

Home Type: Single Family Home

**3. Occupancy**

Occupancy: Vacant

**4. House Faces**

House Faces:   West

# Interior Areas

## 1. Ceiling Fans

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations: Operated normally when tested, at time of inspection.

## 2. Closets

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations: The closet is in serviceable condition.

## 3. Door Bell

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Operated normally when tested.

## 4. Electrical

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

## 5. Stairs & Handrail

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 6. Patio Doors

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• The hinged patio door was functional during the inspection.

## 7. Screen Doors

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 8. Wall Condition

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Drywall walls noted.

## 9. Fireplace

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 10. Ceiling Condition

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: There are drywall ceilings noted.

### 11. Smoke Detectors



| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | X | |

Observations:
• SMOKE DETECTORS and CARBON MONOXIDE DETECTORS are often connected to the fire and intrusion alarm systems, and operating detectors may result in unwanted visits by police or fire departments. The built-in test button, when present, only verifies proper battery and test-light function; it does not test sensing capabilities. Therefore, detectors will not be tested. Recommendation: Replace/add smoke detectors/ carbon monoxide where required by local authority.

### 12. Doors

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

### 13. Window Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Aluminum framed double hung window noted.

### 14. Floor Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Flooring Types: Carpet is noted. • Sheet vinyl flooring is noted.
Observations:
• Loose carpet noted throughout.  Re-stretch to prevent trip hazard.



Loose carpet noted throughout.  Re-stretch to prevent trip hazard.

**Florida Inspect Pro LLC**          339 Wilton Ave SW, Palm Bay , FL

# Bathroom

## 1. Locations

Locations: Master Bathroom • Guest bathroom

## 2. Cabinets

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• No deficiencies observed.

## 3. Ceiling Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: There are drywall ceilings noted.

## 4. Counters

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | X | | | |

Observations:
• Plastic laminate tops noted.
• Missing formica  noted.
• Loose backsplash noted.



Missing formica  noted.          Loose backsplash noted.

## 5. Doors

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | X | | | |

Observations:
• Door binds in jamb or floor.

**Florida Inspect Pro LLC**                                      **339 Wilton Ave SW, Palm Bay , FL**



Door binds in jamb or floor.

## 6. Electrical

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• No major system safety or function concerns noted at time of inspection.

## 7. GFCI

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• GFCI in place and operational

## 8. Exhaust Fan

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

## 9. Floor Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: Sheet vinyl flooring is noted.

## 10. Heating

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• See HVAC page for more information about this section.

## 11. Mirrors

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• No deficiencies noted.

## 12. Showers

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• functional

**Florida Inspect Pro LLC**                                    339 Wilton Ave SW, Palm Bay , FL

## 13. Shower Walls

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Fiberglass surround noted.

## 14. Bath Tubs

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Tub
• No deficiencies noted.

## 15. Sinks

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Stopper is missing/inoperable.



Stopper is missing/inoperable.

## 16. Toilets

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Operated when tested. No deficiencies noted.

## 17. Window Condition

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Aluminum framed double hung window noted.

# Kitchen

## 1. Cabinets

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• No deficiencies observed.

## 2. Counters

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• Plastic laminate tops noted.
• There is normal wear noted for the age of the counter tops.

## 3. Dishwasher

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | X | | | |

Observations:
• The dishwasher appears to be a worn unit, and may have reached the end of its useful life.

## 4. Garbage Disposal

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• Operated - appeared functional at time of inspection.

## 5. Microwave

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

## 6. Cook top condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• Electric cook top noted.
• All heating elements operated when tested.

## 7. Oven & Range

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• Oven(s): Electric
• All heating elements operated when tested.

## 8. Plumbing

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• No deficiencies noted.

## 9. Vent Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: Recirculating

## 10. Window Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: Aluminum framed double hung window noted.

**Florida Inspect Pro LLC**                                    339 Wilton Ave SW, Palm Bay , FL

## 11. Floor Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: Sheet vinyl flooring is noted.
Observations:
• No deficiencies noted.

## 12. Ceiling Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: There are drywall ceilings noted.

## 13. Patio Doors

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

## 14. Screen Doors

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

## 15. Electrical

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• No major system safety or function concerns noted at time of inspection.

## 16. GFCI

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• GFCI in place and operational.

## 17. Wall Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: Drywall walls noted.
Observations:
• No deficiencies noted.

# Laundry

## 1. Cabinets

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• None noted.

## 2. Counters

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• None noted.

## 3. Dryer Vent

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• No deficiencies noted.

## 4. Electrical

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• No deficiencies noted.

## 5. GFCI

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 6. Gas Valves

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• No gas present.

## 7. Plumbing

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

## 8. Wash Basin

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• None noted.

## 9. Floor Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | X | | | |

Observations:
• Floor is peeling.



Floor is peeling.

## 10. Ceiling Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: There are drywall ceilings noted.
Observations:
• No deficiencies noted.

## 11. Doors

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

## 12. Window Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Aluminum framed double hung window noted.

# Heat/AC

## 1. Heater Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  |  |  | X |  |

Observations:
• Could not test due to exterior temperature.

## 2. Heater Base

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X |  |  |  |  |

## 3. Enclosure

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  | X |  |  |  |

Observations:
• Could not access the evaporator as it is sealed.
• Opening needs sealed to prevent condensation.



Opening needs sealed to prevent condensation.

## 4. Venting

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  |  |  | X |  |

Observations:
• Non gas system noted.

## 5. Gas Valves

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  |  |  | X |  |

Observations:
• No gas present.

## 6. Refrigerant Lines

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X |  |  |  |  |

Observations:
• No defects found to the visible portions of refrigerant lines.

**Florida Inspect Pro LLC**                                    339 Wilton Ave SW, Palm Bay , FL

## 7. AC Compress Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Compressor Type: Electric
Location: The compressor is located on the exterior east.
Observations:
• The typical temperature differential split between supply and return air in an air conditioner of this type is 15 - 20 degrees F. This system responded and achieved an acceptable differential temperature of 15 degrees F.

## 8. Air Supply

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• The return air supply system appears to be functional.

## 9. Registers

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• The air supply registers are functional.

## 10. Filters

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | X | | |

Location: Located in a filter grill in kitchen area wall.
Observations:
• Filter is collapsed in return.

## 11. Thermostats

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Functional at the time of inspection.

**Florida Inspect Pro LLC**                          339 Wilton Ave SW, Palm Bay , FL

# Water Heater

## 1. Heater Enclosure

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• No deficiencies noted.

## 2. Combusion

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• Electric unit noted.

## 3. Venting

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• Electric unit noted.

## 4. Water Heater Condition

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Heater Type: Electric
Location: The heater is located in the garage.
Observations:
• No major system safety or function concerns noted at time of inspection.

## 5. TPRV

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Appears to be in satisfactory condition.

## 6. Number Of Gallons

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• 50 gallons

## 7. Gas Valve

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• None noted.

## 8. Plumbing

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | X | | | |

Materials: Copper • CPVC
• PEX
Observations:
• Evidence of Chinese drywall noted on piping.



Evidence of Chinese drywall noted on piping.

**Florida Inspect Pro LLC**                              339 Wilton Ave SW, Palm Bay , FL

# Garage

## 1. Roof Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Materials: Roofing is the same as main structure.

## 2. Walls/Ceiling

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Appeared satisfactory, at time of inspection.

## 3. Anchor Bolts

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• The anchor bolts were not visible, obscured by drywall.

## 4. Floor Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Bare concrete floors noted.
Observations:
• Typical cracks noted, monitor for expansion.

## 5. Electrical

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• No deficiencies noted.

## 6. Exterior Door

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 7. Fire Door

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• The door between the garage & house is not a fire rated.
• Appeared satisfactory and functional, at time of inspection.

## 8. Garage Door Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Metal sectional door noted.
Observations:
• No deficiencies observed.

## 9. Garage Door Parts

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• The garage door appeared functional during the inspection.
• Loose trim seal noted.



Loose trim seal noted.

## 10. Garage Opener Status

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  | X |  |  |  |

Observations:
• Chain drive opener noted.
• The garage door opener is functional, safety features are built in.
• Loose chain noted.

## 11. Garage Door's Reverse Status

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X |  |  |  |  |

Observations:
• Eye beam system present and operating.

## 12. Wash Basin

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  |  |  |  | X |

Observations:
• No wash basin noted.

# Electrical

## 1. Electrical Panel

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• No major system safety or function concerns noted at time of inspection at main panel box.

## 2. Main Amp Breaker

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• 150 amp

## 3. Breakers in off position

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• 0

## 4. Cable Feeds

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• There is an overhead service drop noted.

## 5. Breakers

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: Copper non-metallic sheathed cable noted.
Observations:
• All of the circuit breakers appeared serviceable.
• Evidence of Chinese drywall noted in the panel.



Evidence of Chinese drywall noted in the panel.

## 6. Fuses

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

Materials: Breakers noted.

**Florida Inspect Pro LLC**                                      339 Wilton Ave SW, Palm Bay , FL

# Roof

## 1. Roof Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Materials: Roof inspected from roof.
Materials: Asphalt shingles noted.
Observations:
 • Roof Deck damage/soft spot noted.
 • Blistering noted on some shingles.



Roof Deck damage/soft spot noted.                Blistering noted on some shingles.

## 2. Flashing

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
 • No deficiencies noted.

## 3. Chimney

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

Observations:
 • No chimney noted.

## 4. Sky Lights

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

Observations:
 • No skylights noted.

## 5. Spark Arrestor

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

## 6. Gutter

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

Observations:
 • No gutters or downspouts.  Full installation recommended to keep water away from structure.  Water can weaken the foundation and deteriorate the siding.

**Florida Inspect Pro LLC**                              **339 Wilton Ave SW, Palm Bay , FL**

# Attic

## 1. Access

Satisfactory | Marginal | Poor | Not Insp | N/A

X

Observations:
• Garage ceiling.

## 2. Structure

Satisfactory | Marginal | Poor | Not Insp | N/A

X (Marginal)

Observations:
• Evidence of leaks.  Have roofing contractor evaluate.



Evidence of  leaks.  Have roofing contractor evaluate.

## 3. Ventilation

Satisfactory | Marginal | Poor | Not Insp | N/A

X (Marginal)

Observations:
• Under eave soffit inlet vents noted.
• Attic is inadequately vented. Recommend review by a qualified professional
for repair as necessary to ensure proper ventilation.

## 4. Vent Screens

Satisfactory | Marginal | Poor | Not Insp | N/A

X (N/A)

Observations:
• No screens noted.

## 5. Duct Work

Satisfactory | Marginal | Poor | Not Insp | N/A

X

Observations:
• The visible portions of the ducts appear in satisfactory condition.

## 6. Electrical

Satisfactory | Marginal | Poor | Not Insp | N/A

X (Not Insp)

Observations:
• Most areas not accessible due to insulation.

## 7. Insulation Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Blown in fiberglass insulation noted. • Blown in cellulose insulation noted.
Observations:
• Insulation level in the attic is typical for homes this age
• Insulation has fallen off of the valued ceiling wall.
• Chinese Drywall markings.



Chinese Drywall markings.

## 8. Chimney

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 9. Exhaust Vent

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• No deficiencies noted.

# Exterior

## 1. Doors

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• Front door latch needs adjustment.

## 2. Window Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• Components appeared in satisfactory condition at time of inspection.

## 3. Siding Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

Materials: Stucco noted.

## 4. Soffit & Facia

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | X | | | |

Observations:
• Moisture damage, wood rot, observed. Recommend review for repair as necessary.



Moisture damage, wood rot, observed.          Moisture damage, wood rot, observed.
Recommend review for repair as necessary.     Recommend review for repair as necessary.

**Florida Inspect Pro LLC** 339 Wilton Ave SW, Palm Bay , FL



Moisture damage, wood rot, observed. Recommend review for repair as necessary.

## 5. Stucco

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• The exterior stucco has typical small cracks on the surface, monitor for expansion.
• Cracks noted on decorative stucco trim.



Cracks noted on decorative stucco trim.

**Florida Inspect Pro LLC**                          **339 Wilton Ave SW, Palm Bay , FL**

# Foundation

## 1. Slab Foundation

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  |  |  | X |  |

Observations:
• Concrete slab not visible due to floor coverings.

## 2. Foundation Perimeter

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
|  | X |  |  |  |

Observations:
• Low spots noted along the north side of the foundation.  Add fill to prevent structural damage.



Low spots noted along the north side of the foundation.  Add fill to prevent structural damage.

# Grounds

## 1. Driveway and Walkway Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Materials: Concrete driveway noted.
Observations:
• Driveway is in good condition. Typical cracks noted.

## 2. Grading

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | X | | |

Observations:
• Heavy erosion noted along the foundation.  Add dirt to prevent foundation settling and further damage.



Heavy erosion noted along the foundation.  Add dirt to prevent foundation settling and further damage.

## 3. Vegetation Observations

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Prune or remove any plants that are in contact or proximity to home to eliminate pathways of wood destroying insects.

## 4. Deck/Dock

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Observations:
• No deck noted.

## 5. Stairs & Handrail

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 6. Grounds Electrical

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• No major system safety or function concerns noted at time of inspection.

**Florida Inspect Pro LLC**                                   **339 Wilton Ave SW, Palm Bay , FL**

## 7. GFCI

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• GFCI receptacles are in good condition.

## 8. Main Gas Valve Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

Materials: No gas valve noted.

## 9. Plumbing

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | X | | | |

Materials: Copper piping noted. • PVC piping noted
Observations:
• Pump that supplies the sulfur tank has inconsistent flow. Have evaluated to determine the condition of the well and components.
• Leak noted on pump equipment.





Pump that supplies the sulfur tank has inconsistent flow. Have evaluated to determine the condition of the well and components.

Leak noted on pump equipment.

## 10. Water Pressure

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• 35

## 11. Pressure Regulator

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| | | | | X |

Observations:
• None.

## 12. Exterior Faucet Condition

| Satisfactory | Marginal | Poor | Not Insp | N/A |
|:---:|:---:|:---:|:---:|:---:|
| X | | | | |

Observations:
• All hose bibs are functional.

## 13. Patio

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| X | | | | |

Observations:
• Satisfactory condition with typical cracks noted.

## 14. Patio Enclosure

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 15. Patio and Porch Condition

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

Materials: The patio/porch roof is the same as main structure.

## 16. Retaining Walls

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

## 17. Sprinklers

| Satisfa ctory | Margin al | Poor | Not Insp | N/A |
|---|---|---|---|---|
| | | | | X |

| Florida Inspect Pro LLC | 339 Wilton Ave SW, Palm Bay , FL |
|---|---|

# Report Summary

| **Interior Areas** | | |
|---|---|---|
| Page 3 Item: 14 | Floor Condition | • Loose carpet noted throughout.  Re-stretch to prevent trip hazard. |
| **Bathroom** | | |
| Page 4 Item: 4 | Counters | • Missing formica  noted.<br>• Loose backsplash noted. |
| Page 4 Item: 5 | Doors | • Door binds in jamb or floor. |
| Page 6 Item: 15 | Sinks | • Stopper is missing/inoperable. |
| **Laundry** | | |
| Page 9 Item: 9 | Floor Condition | • Floor is peeling. |
| **Heat/AC** | | |
| Page 11 Item: 3 | Enclosure | • Opening needs sealed to prevent condensation. |
| Page 12 Item: 10 | Filters | • Filter is collapsed in return. |
| **Water Heater** | | |
| Page 13 Item: 8 | Plumbing | • Evidence of Chinese drywall noted on piping. |
| **Garage** | | |
| Page 15 Item: 9 | Garage Door Parts | • Loose trim seal noted. |
| Page 16 Item: 10 | Garage Opener Status | • Loose chain noted. |
| **Electrical** | | |
| Page 17 Item: 5 | Breakers | • Evidence of Chinese drywall noted in the panel. |
| **Roof** | | |
| Page 18 Item: 1 | Roof Condition | • Roof Deck damage/soft spot noted.<br>• Blistering noted on some shingles. |
| **Attic** | | |
| Page 19 Item: 2 | Structure | • Evidence of  leaks.  Have roofing contractor evaluate. |
| Page 19 Item: 3 | Ventilation | • Attic is inadequately vented. Recommend review by a qualified professional for repair as necessary to ensure proper ventilation. |
| Page 20 Item: 7 | Insulation Condition | • Insulation has fallen off of the valued ceiling wall.<br>• Chinese Drywall markings. |
| **Exterior** | | |
| Page 21 Item: 1 | Doors | • Front door latch needs adjustment. |
| Page 21 Item: 4 | Soffit & Facia | • Moisture damage, wood rot, observed. Recommend review for repair as necessary. |
| Page 22 Item: 5 | Stucco | • Cracks noted on decorative stucco trim. |
| **Foundation** | | |
| Page 23 Item: 2 | Foundation Perimeter | • Low spots noted along the north side of the foundation.  Add fill to prevent structural damage. |
| **Grounds** | | |

| Page 24 Item: 2 | Grading | • Heavy erosion noted along the foundation.  Add dirt to prevent foundation settling and further damage. |
|---|---|---|
| Page 25 Item: 9 | Plumbing | • Pump that supplies the sulfur tank has inconsistent flow. Have evaluated to determine the condition of the well and components.<br>• Leak noted on pump equipment. |

Prepared by
Jaimee Hartnett, an employee of
First American Title Insurance Company
201 S.W. Port St. Lucie Blvd., Suite 205
Port St. Lucie, Florida 34984
(772) 878-8700

Return to: Grantee

File No.: 1081-892558 (ᗑᑫ)



CFN 2005344134      09-23-2005 01:36 pm
OR Book/Page: 5539 / 0126

**Scott Ellis**
Clerk Of Courts, Brevard County
#Pgs: 2       #Names: 3
Trust: 1.50      Rec:  17.00      Serv: 0.00
Deed: 1,472.10            Excise: 0.00
Mtg:  0.00              nt Tax: 0.00

## CORPORATE WARRANTY DEED

This indenture made on **September 16, 2005** A.D., by

**Craftsmen Builders, Inc., a Florida Corporation**

whose address is:  **201 SW Port St. Lucie Blvd. Suite 108**, Port St. Lucie, FL 34984
hereinafter called the "grantor", to

**Leslie I. Porciuncula and Olivia E. Porciuncula, husband and wife**

whose address is: **1052 Camino Miel**, Chula Vista, CA 91910
hereinafter called the "grantee":

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **Brevard** County, **Florida**, to-wit:

**Lot 25, Block 1067 of PORT MALABAR UNIT NINETEEN, according to the plat thereof as recorded in Plat Book 15, Pages 120 through 128, of the Public Records of Brevard County, Florida.**

Parcel Identification Number: **29-36-01-25-01067.0-0025.00**

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
**In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Craftsmen Builders, Inc., a Florida Corporation

CFN 2005344134
OR Book/Page:  5539  /  0127

By:  Anthony J. Bruscino, President

(Corporate Seal)

Signed, sealed and delivered in our presence:

_____
Witness Signature

Print Name: _____ Jaimee Hartnett _____

_____
Witness Signature

Print Name:  Dorenda Garcia

State of   **Florida**

County of   **St. Lucie**

**THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED** before me on **September 28, 2005**,
by **Anthony J. Bruscino, as President , and , as   on behalf of Craftsmen Builders, Inc., a
Florida Corporation,**  existing under the laws of the State of **Florida**, who is/are personally known to
me or who has/have produced a valid drivers license as identification.

_____
NOTARY PUBLIC

Jaimee Hartnett

_____
Printed Name of Notary
My Commission Expires: _____

JAIMEE HARTNETT
Notary Public - State of Florida
My Commission Expires Mar 12, 2007
Commission # DD 354959
Bonded By National Notary Assn.

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

**Name (as shown on your income tax return)**
Leslie Porcincula

**Business name/disregarded entity name, if different from above**
N/A

**Check appropriate box for federal tax classification:**
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

**Exemptions (see instructions):**

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

**Address (number, street, and apt. or suite no.)**
601-C East Palamar Street, #262

**City, state, and ZIP code**
Chula Vista, CA., 9(?) 91911

**Requester's name and address (optional)**

**List account number(s) here (optional)**

*Print or type / See Specific Instructions on page 2.*

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**
5 6 6 - 3 9 - 4 2 9 2

**Employer identification number**

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ _____   Date ▶ 4/4/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                        Form **W-9** (Rev. 8-2013)

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

**Print or type**
**See Specific Instructions on page 2.**

Name (as shown on your income tax return)
*Olivia E. Porciuncula*

Business name/disregarded entity name, if different from above
*N/A*

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)
*601-C East Palomar Street, #262*

City, state, and ZIP code
*Chula Vista, CA. , 91911*

Requester's name and address (optional)

List account number(s) here (optional)

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number
5 4 6 - 9 3 - 5 4 6 5

Employer identification number

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**    Signature of U.S. person ▶ *Olivia E. Porciuncula*    Date ▶ *4/4/2018*

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)