## In the Matter Of:

## Elizabeth Bennettl vs Gebr. Knauf Verwaltungsgesellschaft

14-cv-2722

# OLIVIA ESCURAL PORCIUNCULA

*September 19, 2019*

EXHIBIT
PORCIUNCULA
B



800.211.DEPO (3376)
EsquireSolutions.com

Case 2:09-md-02047-EEF-MBN   Document 22690-25   Filed 04/01/20   Page 2 of 3

OLIVIA ESCURAL PORCIUNCULA                          September 19, 2019
Elizabeth Bennettl vs Gebr. Knauf Verwaltungsgesellschaft                57

```
 1  question in that section says "If you incurred
 2  alternative living expenses as a result of Chinese
 3  drywall, identify the total moving cost and/or
 4  alternative living expense you incurred," and you
 5  wrote "$20,653," correct?
 6      A.  I did put that down there, yes.
 7      Q.  Can you explain to me how -- what your
 8  understanding of your alternative living expenses
 9  damages are?
10          MR. DOYLE:  I object to the form of the
11  question.
12          You can answer.
13          THE WITNESS: Answer?
14          MR. DOYLE:  You can answer, yes.
15      A.  I think it's the rent.
16      Q.  (By Ms. Veith)  So that $20,653 figure is
17  lost rent that you are claiming?
18      A.  I didn't calculate it.  I don't know.  I
19  don't remember.
20      Q.  Okay.  But you have actually never lived in
21  the home at Southwest Wilton, right?
22      A.  Correct.
23      Q.  And so you haven't had to find an alternate
24  living arrangement due to the presence of Chinese
25  drywall in the home, right?
```



Case 2:09-md-02047-EEF-MBN   Document 22690-25   Filed 04/01/20   Page 3 of 3

OLIVIA ESCURAL PORCIUNCULA                                September 19, 2019
Elizabeth Bennettl vs Gebr. Knauf Verwaltungsgesellschaft                58

```
 1       A.   I haven't, no.
 2       Q.   Okay.
 3       A.   Or we haven't.
 4       Q.   And we talked earlier that you believe that
 5  you have documentation to support the lost rent
 6  figure if, in fact, this is what that figure is, but
 7  I just don't have it.  So we are going to try to get
 8  it, right?
 9       A.   Uh-huh.
10       Q.   Okay.  And then the next question is "If you
11  experienced any loss of use and/or loss of enjoyment
12  of the property as a result of Chinese drywall,
13  identify the total amount of such loss," and you put
14  "$300,000," is that correct?
15       A.   Yes.
16       Q.   And, again, there is an instruction that says
17  "Attach all documentation to support the total amount
18  claimed by the loss," and you saw that when you
19  filled this out?
20       A.   Yes.
21       Q.   And you provided all documentation that you
22  have to support this claim?
23       A.   I don't know.  I don't remember.
24       Q.   And then the third question is "If you claim
25  a diminution in value of the property as a result of
```

