UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering Defendants', Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), Omnibus Motion for Partial Summary Judgment on Claims Asserted by Jackelyn Aquirre o.b.o. Home and Land, Inc., Hoan Bao and Hahn Tran, Steve Binns Bholonath Dhume and Prabha Dhume, Santiago Guzman/Skyline Glass LLC, Michael A. Chedester and Becky Chedester, Tobi Butcher and Ken Butcher, Jason Hallmark and Katie Hallmark, Leslie Porciuncula and Olivia Porciuncula Dave Baldwin and Karen Baldwin, Karina Martinez, and Edward Ball and Margot Gravel against them in Plaintiffs' Fifth Amended Class Action Complaint;

**IT IS HEREBY ORDERED** that the Knauf Defendants' Motion is GRANTED and the claims of Jackelyn Aquirre o.b.o. Home and Land, Inc., Hoan Bao and Hahn Tran, Steve Binns Bholonath Dhume and Prabha Dhume, Santiago Guzman/Skyline Glass LLC, Michael A. Chedester and Becky Chedester, Tobi Butcher and Ken Butcher, Jason Hallmark and Katie Hallmark, Leslie Porciuncula and Olivia Porciuncula Dave Baldwin and Karen Baldwin, Karina Martinez, and Edward Ball and Margot Grave are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**