UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese Manufactured Drywall Products Liability Litigation | MDL 09-md-2047 |
| | SECTION "L" |
| *This Document Relates to:* | JUDGE ELDON E. FALLON |
| *Guilfort Dieuvil 13-609* | MAGISTRATE JOHN C. WILKINSON, JR. |
| | Fifth Circuit Case No. 20-30120 |

### KNAUF DEFENDANTS/APPELLEES' DESIGNATION OF RECORD ON APPEAL

**NOW INTO COURT,** through undersigned counsel, come the Knauf Defendants/Appellees,[1] who submit this Designation of the Record on Appeal pursuant to the Order of the U.S. Court of Appeals for the Fifth Circuit in Fifth Circuit case number 20-30120. Following consultation with Plaintiff/Appellant, the parties were unable to confirm a joint designation.

Unless otherwise indicated, docket entries designated herein should be included in their entirety (including all exhibits and attachments, whether filed electronically or manually, or under seal). And in addition to the specific docket entries listed below, we also designate the complete docket report for 2:09-md-2047 in the record on appeal.

---

[1] GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GMBH; KNAUF INSULATION GMBH; KNAUF UK GMBH; KNAUF AMF GMBH AND COMPANY, KG; KNAUF DO BRASIL, LIMITED; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN COMPANY, LIMITED; KNAUF PLASTERBOARD WUHU COMPANY, LIMITED; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS COMPANY, LIMITED.

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 6/15/2009 | 1 | TRANSFER ORDER FROM THE MDL PANEL transferring 9 actions to the Eastern District of Louisiana and becoming part of MDL 2047. by Clerk MDL Panel (Attachments: # 1 Schedule A, # 2 Schedule B, # 3 Letter) (Reference: 09md2047)(dno, ) (Main Document 1 , and Attachments 1, 2, and 3 flattened and replaced on 2/7/2019 to correct issues with transmittal to USCA) (jls). (Entered: 06/16/2009) |
| 6/16/2009 | 2 | PRETRIAL ORDER # 1 - Initial Pretrial Conference is set for 7/9/2009 at 2:00 PM before Judge Eldon E. Fallon. Case Management Orders or Agenda items, shall be submitted by 7/6/09. Position papers are due by 7/1/09. Applications/nominations for the Plaintiffs' Steering Committee must be filed by 7/10/09. Signed by Judge Eldon E. Fallon on 6/16/09. (Attachments: # 1 Schedule A, # 2 Schedule B)(Reference: 09md2047)(dno, ) (Entered: 06/16/2009) |
| 10/9/2009 | 337 | PRETRIAL ORDER No. 1(B) regarding preservation of physical evidence. Signed by Judge Eldon E. Fallon on 10/9/09.(Reference: All Cases)(dno, ) (Entered: 10/13/2009) |
| 12/20/2011 | 12061 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages, MOTION for Leave to File Exhibits Under Seal by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading Joint Motion for Preliminary Approval, # 4 Proposed Pleading Memorandum in Support, # 5 Proposed Pleading Exhibit A - Settlement Agreement, # 6 Proposed Pleading Exhibit A to Exhibit A, # 7 Proposed Pleading Exhibit A1 to Exhibit A, # 8 Proposed Pleading Exhibit B to Exhibit A, # 9 Proposed Pleading Exhibit C to Exhibit A, # 10 Proposed Pleading Exhibit C1 to Exhibit A, # 11 Proposed Pleading Exhibit C2 to Exhibit A, # 12 Proposed Pleading Exhibit D to Exhibit A (UNDER SEAL), # 13 Proposed Pleading Exhibit E to Exhibit A, # 14 Proposed Pleading Exhibit F to Exhibit A, # 15 Proposed Pleading Exhibit F.1 to Exhibit A, # 16 Proposed Pleading Exhibit F.1.1. to Exhibit A, # 17 Proposed Pleading Exhibit F.1.2. to Exhibit A, # 18 Proposed Pleading Exhibit F.1.3. to Exhibit A, # 19 Proposed Pleading Exhibit F.1.4. to Exhibit A, # 20 Proposed Pleading Exhibit F.1.5. to Exhibit A, # 21 Proposed Pleading Exhibit F.1.6. to Exhibit A, # 22 Proposed Pleading Exhibit F.1.7. to Exhibit A, # 23 Proposed Pleading Exhibit F.1.8. to Exhibit A, # 24 Proposed Pleading Exhibit G to Exhibit A, # 25 Proposed Pleading Exhibit H to Exhibit A (UNDER SEAL), # 26 Proposed Pleading Exhibit I to Exhibit A, # 27 Proposed Pleading Exhibit B - Preliminary Approval Order, # 28 Proposed Pleading Exhibit C - Class Notice)(Reference: 09-7628; 09-6690; 10-00362; 11-00252; 11-1363; 11-2349; 11-3023; 09-04117)(Davis, Leonard) (Additional attachment(s) added on 12/27/2011: # 29 Sealed Exhibit, # 30 Sealed Exhibit) (ala, ). (Attachment 5 replaced on 12/12/2012) (dno, ). (Entered: 12/20/2011) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 12/21/2011 | 12079 | ORDER granting 12061 Motion for Leave to File Excess Pages.; IT IS FURTHER ORDERED BY THE COURT that Exhibits D and H attached to the Settlement Agreement are hereby FILED UNDER SEAL. Signed by Judge Eldon E. Fallon on 12/21/11. (Reference: 09-7628,096690,10-362,11-252,11-1363,11-2349,11-3023,09-4117)(ala, ) (Entered: 12/27/2011) |
| 1/10/2012 | 12138 | ORDER granting 12080 Motion Preliminarily Approving Knauf Settlement, Conditionally Certifying a Knauf Settlement Class, Issuing Class Notice, Scheduling a Settlement Fairness Hearing, and Staying Claims as to the Knauf Defendants. Signed by Judge Eldon E. Fallon on 1/10/12. (Attachments: # 1 Exhibit) (Reference: 09-7628,096690,10-362,11-252,11-1363,11-2349,11-3023,09-4117)(ala, ) (Entered: 01/10/2012) |
| 8/31/2012 | 15742 | EXPARTE/CONSENT Joint MOTION to Substitute Amended Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 by Defendant. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A - Amended Settlement Agreement, # 3 Exhibit Exh A to Exh A - Amended Already Remediated Properties Protocol, # 4 Exhibit Exh A1 to Exh A - 12061-7, # 5 Exhibit Exh B to Exh A - 12061-8, # 6 Exhibit Exh C to Exh A - 12061-9, # 7 Exhibit Exh C1 to Exh A - 12061-10, # 8 Exhibit Exh C2 to Exh A - 12061-11, # 9 Exhibit Exh D to Exh A - Under Seal Cover Sheet, # 10 Exhibit Exh E to Exh A, # 11 Exhibit Exh F to Exh A - 12061-14, # 12 Exhibit Exh F1 to Exh A - 12061-15, # 13 Exhibit Exh F1.1 to Exh A - 12061-16, # 14 Exhibit Exh F1.2 to Exh A - 12061-17, # 15 Exhibit Exh F1.3 to Exh A - 12061-18, # 16 Exhibit Exh F1.4 to Exh A - 12061-19, # 17 Exhibit Exh F1.5 to Exh A - 12061-20, # 18 Exhibit Exh F1.6 to Exh A - 12061-21, # 19 Exhibit Exh F1.7 to Exh A - 12061-22, # 20 Exhibit Exh F1.8 to Exh A - 12061-23, # 21 Exhibit Exh G to Exh A - 12061-24, # 22 Exhibit Exh H to Exh A - Under Seal Cover Sheet, # 23 Exhibit Exh I to Exh A - 12061-26, # 24 Exhibit Exhibit B - Redline of Amended Settlement Agreement)(Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(Miller, Kerry) (Entered: 08/31/2012 |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 9/5/2012 | 15786 | ORDER granting 15742 Motion to Substitute Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants [12061-5], be substituted with the Amended Exhibit A and the amended exhibits attached to the Joint Motion. IT IS FURTHER ORDERED THAT the prior Preliminary Approval of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 [Rec. Doc. 12138] is equally applicable to the Amended Agreement, and the Court preliminarily approves the Amended Agreement. IT IS FURTHER ORDERED THAT the Amended Agreement shall be posted on the Courts website. Signed by Judge Eldon E. Fallon on 9/4/12. (Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117) (dno, ) (Entered: 09/07/2012) |
| 10/16/2012 | 15948 | EXPARTE/CONSENT Motion For Preliminary And Final Approval Of The Second Amendment To The Amended INEX and Knauf Class Settlements by Defendant (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Proposed Order, # 4 Proposed Pleading, # 5 Proposed Order)(Reference: All Cases)(Duplantier, Richard) Modified on 10/17/2012 (ala, ). (Entered: 10/16/2012) |
| 11/19/2012 | 16266 | ORDER - Having considered the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx and Knauf Class Settlements And For Judicial Recognition Of Exhaustion And The Memorandum In Support Thereof: 1. IT IS ORDERED that the Second Amendment to the InEx and Knauf Class Settlement is hereby preliminarily approved; and, 2. That this matter 15948 be set for final approval following the Monthly Status Conference on Tuesday, December 11, 2012. Signed by Judge Eldon E. Fallon on 11/19/12. (Reference: 09-8030, 09-8034, 09-7628, 10-361, 09-6690, 10-362, 10-932, 11-80, 11-252) (dno, ) (Entered: 11/19/2012) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 12/11/2012 | 16407 | EXPARTE/CONSENT Joint MOTION to Substitute Amended Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit A - Third Amended Settlement Agreement, # 4 Exhibit A - 1 to Exh A - 12061-7, # 5 Exhibit B to Exh A - 12061-8, # 6 Exhibit C to Exh A - 12061-9, # 7 Exhibit C - 1 to Exh A - 12061-10, # 8 Exhibit C - 2 to Exh A - 12061-11, # 9 Exhibit D to Exh A - (Under Seal Cover Sheet), # 10 Exhibit E to Exh A, # 11 Exhibit F to Exh A - 12061-14, # 12 Exhibit F - 1 to Exh A - 12061-15, # 13 Exhibit F - 1.1 to Exh A - 12061-16, # 14 Exhibit F - 1.2 to Exh A - 12061-17, # 15 Exhibit F - 1.3 to Exh A - 12061-18, # 16 Exhibit F - 1.4 to Exh A - 12061-19, # 17 Exhibit F - 1.5 to Exh A - 12061-20, # 18 Exhibit F - 1.6 to Exh A - 12061-21, # 19 Exhibit F - 1.7 to Exh A - 12061-22, # 20 Exhibit F - 1.8 to Exh A - 12061-23, # 21 Exhibit G to Exh A - 12061-24, # 22 Exhibit H to Exh A - (Under Seal Cover Sheet), # 23 Exhibit I to Exh A - 12061-26, # 24 Exhibit J to Exh A, # 25 Exhibit B - Third Amended Class Settlement Agreement (Redline))(Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117)(Spaulding, Kyle) (Entered: 12/11/2012) |
| 12/12/2012 | 16420 | ORDER granting 16407 the Joint Motion to Substitute Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants, with the Third Amended Exhibit A and the exhibits attached to the Joint Motion. FURTHER ORDERED that prior Preliminary Approval of the Settlement Agreement regarding claims against the Knauf Defendants is equally applicable to the Third Amended Agreement, and the Court preliminarily approved the Third Amended Agreement. FURTHER ORDERED that the Third Amended Agreement shall be posted on the Court's website. Signed by Judge Eldon E. Fallon on 12/12/12. (Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117)(dno, ) (Entered: 12/12/2012) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 2/7/2013 | 16570 | ORDER & REASONS that the 15764 Plaintiffs Steering Committee and Settlement Class Counsel's Motion for certification of five settlement classes and final approval of the class settlements with (1) Interior Exterior Building Supply, LP ("InEx") and its insurers (the "InEx Settlement"); (2) the Banner entities and their insurers (the "Banner Settlement"); (3) L&W Supply Corporation ("L&W") and USG Corporation (the "L&W Settlement"); (4) the Knauf Defendants (the "Knauf Settlement); and (5) more than 700 additional Participating Builders, Suppliers, and Installers ("Participating Defendants"), and their Participating Insurers ("Participating Insurers") (together the "Global Settlement") is GRANTED. IT IS FURTHER ORDERED that the Consent Motion to Withdraw Objections filed by attorney Christopher A. Bandas on behalf of Ronnie Garcia, Jan Petrus, Saul Soto, and Ernest Vitela 16357 is hereby GRANTED IN PART insofar as to allow the withdrawal of the objections therein and TAKEN UNDER SUBMISSION IN PART insofar as other relief requested therein shall be addressed in a separate Order and Reasons. IT IS FURTHER ORDERED AS SET FORTH IN DOCUMENT. Signed by Judge Eldon E. Fallon on 2/7/13. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Reference: 09-7628, 10-361, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117, 09-8030, 09-8034, 10-932, 11-80, 10-3070, 11-1077)(dno, ) (Attachment 1 replaced on 2/7/2013) (dno, ). (Entered: 02/07/2013) |
| 8/12/2013 | 16978 | NOTICE by Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel of Filing of Settlement Documents. (Attachments: # 1 Settlement Agreement Regarding Post-December 9, 2011 Claims, # 2 Exhibit A to Settlement Agreement, # 3 Exhibit B to Settlement Agreement, # 4 Exhibit C to Settlement Agreement, # 5 Exhibit D to Settlement Agreement, # 6 Exhibit E to Settlement Agreement, # 7 Exhibit F to Settlement Agreement)(Reference: 09-2047)(Miller, Kerry) Modified on 8/13/2013 (tbl). (Entered: 08/12/2013) |
| 9/27/2013 | 17157 | ORDERED that the Joint 17156 Motion to Extend Claim Submission Period is GRANTED as set forth in order. Signed by Judge Eldon E. Fallon on 9/27/13. (Reference: All Cases)(dno, ) (Entered: 09/27/2013) |
| 10/3/2013 | 17165 | EXPARTE/CONSENT Joint MOTION to Substitute Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047. Motion set for 10/24/13 following the monthly status conference before Judge Eldon E. Fallon, by Defendant. (Attachments: # 1 Exhibit 1, Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants in MDL. No. 2047, # 2 Exhibit K, Letter of Credit, # 3 Exhibit 2, Proposed Order, # 4 Notice of Submission)(Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(Spaulding, Kyle) (Entered: 10/03/2013) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 11/1/2013 | 17220 | ORDER granting 17165 the Joint Motion to Substitute the Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047.. Signed by Judge Eldon E. Fallon on 10/29/13. (Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(dno, ) (Entered: 11/01/2013) |
| 8/29/2017 | 20933 | ORDER & REASONS: For the foregoing reasons, IT IS ORDERED that Plaintiffs' 20764 Objections to the Special Masters Opinion and Decree are hereby OVERRULED. Signed by Judge Eldon E. Fallon on 8/28/2017.(Reference: ALL CASES)(cms) (Entered: 08/29/2017) |
| 8/29/2017 | 20934 | ORDER & REASONS: For the foregoing reasons, IT IS ORDERED that Plaintiffs' 20373 Objections and Motion for Reconsideration of the Special Master's Opinion and Decree is DENIED. Signed by Judge Eldon E. Fallon on 8/28/2017.(Reference: ALL CASES)(cms) (Entered: 08/29/2017) |
| 12/21/2017 | 21104 | OBJECTIONS to Special Master Report by Plaintiff Guilfort Dieuvil. (Attachments: # 1Exhibit)(Reference: Guilfot Dieuvil)(cms) (Entered: 12/22/2017) |
| 2/9/2018 | 21176 | Response/Memorandum in Opposition by Defendant re 21104 Objections (Attachments: # 1 Exhibit 1 - Special Master Decree, # 2 Exhibit 2 - Knauf Mediation Position Paper, # 3 Exhibit 3 - G Dieuvil Exs K, L & N)(Reference: All Cases)(Miller, Kerry) Modified text on 2/9/2018 (cms). (Entered: 02/09/2018) |
| 5/14/2018 | 21335 | ORDER re 21104 Objections to Special Master Report: IT IS ORDERED that the Plaintiffs' Liaison Counsel reviews Mr. Dieuvil's claim, confers with all necessary parties, and makes a recommendation to this Court regarding any further proceedings. The Court may conduct an evidentiary hearing on this matter on a future date. Signed by Judge Eldon E. Fallon on 5/14/2018.(Reference: Guilfort Dieuvil)(jls) (cc: Giulfort Dieuvil) (Entered: 05/14/2018) |
| 10/10/2018 | 21838 | REPORT AND RECOMMENDATIONS concerning the disposition of 16 already remediated properties (ARH) claims by Special Master, Daniel J. Balhoff, Signed on 8/10/18.(Reference: All Cases)(dno) (Entered: 10/11/2018) |
| 10/10/2018 | 21839 | SUPPLEMENTAL REPORT AND RECOMMENDATIONS concerning the disposition of 16 already remediated properties (ARH) claims. by Special Master Daniel J. Balhoff, Signed on 8/22/18.(Reference: All Cases)(dno) (Entered: 10/11/2018) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 10/22/2018 | 21871 | ORDER: the Court ADOPTS the Special Master's 21838 Report and Recommendations and 21839 Supplemental Report and Recommendations as its own as set forth in document. Signed by Judge Eldon E. Fallon on 10/22/2018.(Reference: All Cases)(mmv) (Entered: 10/22/2018) |
| 11/20/2018 | 21936 | NOTICE OF APPEAL by Plaintiffs Eric and Colleen Asch, Asset Portfolio Servicing Company, Inc., Doodnauth Bahadur, CDO Investments, LLC, Andrew Kubick, Mohammed Latiff, MCF Enterprises, Inc., Rebecca McIntyre, and Thomas and Martha Williams, as to 21871 Order. (Filing fee $ 505, receipt number 053L-7246576.) (Reference: 13-609)(Doyle, James) Modified filers on 12/13/2019 (jls). (Entered: 11/20/2018) |
| 2/13/2019 | 22101 | ORDER: IT IS ORDERED that Mr. Guilfort Dieuvil's 21104 objection be set for hearing following the Court's 3/26/2019 Monthly Status Conference, as set forth in document. Signed by Judge Eldon E. Fallon on 2/13/2019.(Reference: All Cases)(jls) (Entered: 02/13/2019) |
| 3/18/2019 | 22161 | EXPARTE/CONSENT MOTION to Continue Hearing Date re rec. doc. 21104 by Guilfort Dievuil. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 13-609)(Herman, Russ) Modified text/added link on 3/19/2019 (jls). (Entered: 03/18/2019) |
| 3/20/2019 | 22173 | ORDER GRANTING 22161 Motion to Continue Hearing Date. The hearing on the 21104 Objections filed by Plaintiff Guilfort Dieuvil is continued and rescheduled for 4/23/2019, immediately following the Court's monthly status conference. Signed by Judge Eldon E. Fallon on 3/20/2019.(Reference: 13-609)(jls) (Entered: 03/20/2019) |
| 4/12/2019 | 22213 | EXPARTE/CONSENT MOTION to Continue Hearing of 21104 Guilford Dieuvil's Objection to Special Master's Report by Knauf Defendants. (Attachments: # 1 Proposed Order)(Reference: All Cases)(Miller, Kerry) Modified text on 4/15/2019 (jls). (Entered: 04/12/2019) |
| 4/17/2019 | 22219 | ORDER GRANTING 22213 MOTION to Continue Hearing. The hearing on Guilford Dieuvil's 21104 Objection to the Special Master's Report is hereby continued to 5/13/2019, at 2:00 p.m. Signed by Judge Eldon E. Fallon on 4/15/2019.(Reference: All Cases)(jls) (Entered: 04/18/2019) |
| 5/2/2019 | 22234 | MOTION in Limine to Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence At the Hearing Regarding the Objection to the Special Master's Order and Decree by Knauf Defendants. Motion(s) will be submitted on 5/13/2019. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission)(Reference: All Cases)(Miller, Kerry) Modified text on 5/2/2019 (jls). (Entered: 05/02/2019) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 5/2/2019 | 22236 | ORDER: IT IS ORDERED that the hearing on Mr. Guilfort Dieuvil's 21104 objection, be and hereby is CONTINUED to be reset following the Court's disposition on Defendant's motion in limine. IT IS FURTHER ORDERED that Plaintiff respond to Defendant's 22234 motion in limine by no later than 5/8/2019. IT IS FURTHER ORDERED that Defendant file its reply, if any, by no later than 5/10/2019. IT IS FURTHER ORDERED that the parties participate in a telephone status conference with the Court on Monday, 5/13/2019 at 8:30 a.m. The Court will initiate the call. Signed by Judge Eldon E. Fallon on 5/2/2019.(Reference: Guilfort Dieuvil)(jls) (Entered: 05/02/2019) |
| 5/6/2018 | 22238 | ORDER: IT IS ORDERED that the telephone status conference currently set for Monday, 5/13/2019 at 8:30 a.m. be and hereby is CANCELLED. Signed by Judge Eldon E. Fallon on 5/6/2019.(Reference: Guilfort Dieuvil)(jls) (Entered: 05/06/2019) |
| 5/7/2019 | 22239 | RESPONSE/MEMORANDUM in Opposition filed by Guilfort Dieuvil re 22234 MOTION in Limine to Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence At the Hearing Regarding the Objection to the Special Master's Order and Decree. (Attachments: # 1 Exhibit D-A, # 2 Exhibit D-B, # 3 Exhibit D-C, # 4 Exhibit D-01, # 5 Exhibit D-02, # 6 Exhibit D-03 Part 1, # 7 Exhibit D-03 Part 2, # 8 Exhibit D-04, # 9 Exhibit D-05, # 10 Exhibit D-06, # 11 Exhibit D-07, # 12 Exhibit D-08, # 13 Exhibit D-09, # 14 Exhibit D-10, # 15 Exhibit D-11, # 16 Exhibit D-12, # 17 Exhibit D-13, # 18 Exhibit D-14, # 19 Exhibit D-15)(Reference: All Cases)(Herman, Russ) Modified text on 5/8/2019 (jls). (Entered: 05/07/2019) |
| 5/10/2019 | 22240 | REPLY to Response to Motion filed by the Knauf Defendants re 22234 MOTION in Limine to Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence At the Hearing Regarding the Objection to the Special Master's Order and Decree . (Attachments: # 1 Exhibit A - Doyle Term Sheet - Redacted, # 2 Exhibit B - Corres. from Counsel for Knauf Submitting Mediation Position Paper, # 3 Exhibit C - Corres. from Dieuvil to SM re Spouse Testimony)(Reference: All Cases)(Miller, Kerry) Modified text on 5/13/2019 (jls). (Entered: 05/10/2019) |
| 5/16/2019 | 22246 | ORDER: IT IS ORDERED that the Court shall hear oral argument on the 22234 MOTION in Limine to Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence At the Hearing Regarding the Objection to the Special Master's Order and Decree in the Courtroom of Judge Eldon Fallon on 5/17/2019, following the Court's Monthly Status Conference. Signed by Judge Eldon E. Fallon on 5/15/2019.(Reference: Guilfort Dieuvil)(jls) (Entered: 05/16/2019) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 5/17/2019 | 22249 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 5/17/2019 re 22234 MOTION in Limine to Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence At the Hearing Regarding the Objection to the Special Master's Order and Decree filed by Knauf Defendants. After Argument - Motion was taken under submission. (Court Reporter Nichelle Drake.) (Reference: 13-609 - Guilfort Dieuvil)(jls) (Entered: 05/17/2019) |
| 5/22/2019 | 22257 | ORDER AND REASONS: IT IS ORDERED that the 22234 motion in limine to "Prevent Claimant Guilfort Dieuvil from Introducing Any New Testimony and/or Evidence at the Hearing Regarding the Objection to the Special Master's Order and Decree," filed by the Knauf Defendants, be and hereby is DENIED AS MOOT, as set forth in document. Signed by Judge Eldon E. Fallon on 5/20/2019. (Reference: Guilfort Dieuvil)(jls) (Entered: 05/23/2019) |
| 8/20/2019 | 22306 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Hearing on 21104 Objections to the Special Master's Report by Plaintiff Guilfort Dieuvil held on 8/20/2019. After Argument Motion was passed for 15 days to allow the parties time to come to a final resolution of this matter without further Court involvement (Court Reporter Toni Tusa.) (Reference: 13-609 - Guilfort Dieuvil)(jls) (Entered: 08/21/2019) |
| 10/3/2019 | 22331 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Telephone Status Conference held on 10/3/2019. The parties discussed the status of the case. Accordingly, IT IS ORDERED that the parties provide the Court with a recommendation regarding the amount due to Mr. Dieuvil. Plaintiff's recommendation shall be due by Thursday, 10/10/2019. Defendant's opposing recommendation shall be due by Thursday, 10/17/2019. (Reference: 13-609)(jls) (Entered: 10/03/2019) |
| 10/9/2019 | 22338 | Memorandum by Plaintiff, Guilfort Dieuvil, pursuant to 22331 Minute Entry re Status Conference. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 13-609)(Herman, Stephen) Modified text on 10/10/2019 (jls). (Entered: 10/09/2019) |
| 11/25/2019 | 22366 | ORDER re 22344 Response/Reply: ORDERED that Guilfort Dieuvil's response to the memorandum filed by the Knauf Defendants addressing the amount allegedly owed to Mr. Dieuvil be filed into the record. Signed by Judge Eldon E. Fallon on 11/20/2019. (Attachments: # 1 Exhibit)(Reference: 13-609)(jeg) Modified text on 2/5/2020 (jls). (Entered: 11/25/2019) |
| 1/25/2019 | 22367 | ORDER re 22344 Response/Reply: ORDERED that Guilfort Dieuvil's response to the memorandum filed by the Knauf Defendants addressing the amount allegedly owed to Mr. Dieuvil be filed into the record. Signed by Judge Eldon E. Fallon on 11/20/2019. (Attachments: # 1 Exhibit)(Reference: 13-609)(jeg) Modified text on 2/5/2020 (jls). (Entered: 11/25/2019) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 1/27/2020 | 22527 | ORDER AND REASONS: IT IS ORDERED that Guilfort Dieuvil's Objection to the 21104 Special Master's Order and Decree is SUSTAINED IN PART and OVERRULED IN PART, as set forth in document. Mr. Dieuvil is entitled to recover $343,672.06 from Knauf. Signed by Judge Eldon E. Fallon on 1/27/2020.(Reference: 13-609)(jls) (Entered: 01/27/2020) |
| 2/19/2020 | 22602 | NOTICE OF APPEAL by Plaintiff Guilfort Dieuvil as to 22527 Order and Reasons. (Attachments: # 1 Exhibit)(Reference: 13-609)(jls) (Entered: 02/20/2020) |
| 2/20/2020 | 22603 | ORDERED that counsel review the attached document from Mr. Guilfort Dieuvil and respond to it, if a response is deemed necessary and appropriate. Signed by Judge Eldon E. Fallon on 2/20/2020. (Attachments: # 1 Notice)(Reference: 13-609)(jls) (Entered: 02/20/2020) |
| 2/26/2020 | 22605 | Response by Knauf Defendants to 22603 Order attaching document from Mr. Guilfort Dieuvil. (Reference: 13-609)(Miller, Kerry) Modified text on 2/27/2020 (jls). (Entered: 02/26/2020) |
| 3/5/2020 | 22614 | USCA Case Number 20-30120 appealed to USCA, Fifth Circuit for 22602 Notice of Appeal filed by Guilfort Dieuvil (Reference: 13-609)(jls) (Entered: 03/05/2020) |

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46th Floor
New Orleans, LA  70170
Telephone:    (504) 556-5549
Facsimile:     (504) 310-0275
Email:          kmiller@fishmanhaygood.com
Email:          pthibodeaux@fishmanhaygood.com
Email:          ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to File and Serve Express in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with both the Clerk of Court of the United States District Court for the Eastern District of Louisiana as and the Clerk of Court for the United States Court of Appeals for the Fifth Circuit on this the 1st day of April, 2020.

                                          */s/ Kerry J. Miller*
                                          **KERRY J. MILLER**