# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br><br>    Defendants. | Case No. 1:11-CV-22408-MGC |

**CLASS COUNSEL'S AMENDED MOTION AND MEMORANDUM OF LAW FOR AN AWARD OF COMMON BENEFIT COSTS AND/OR FEES OUT OF THE PROCEEDS OF THE FLORIDA INDIVIDUAL SETTLEMENT**

Pursuant to S.D. Fla. L.R. 7.1, Class Counsel hereby file this Amended Motion and Incorporated Memorandum of Law for an award of common benefit costs and/or fees out of the proceeds of the Florida Individual Settlement of certain Florida *Amorin* claims in this litigation ("FIS") and in support thereof, state as follows:

On August 8, 2019, Class Counsel filed a motion for an award of common benefit costs and/or fees out of the proceeds of the FIS and a request for oral argument [ECF No. 320, as revised in ECF No. 330]. In that motion, Class Counsel requested 20% of the total funds paid in the FIS for their common benefit efforts contributing to the FIS.

On January 10, 2020, Judge Fallon entered the MDL Court's Order and Reasons (a) granting final approval of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") and (b) ruling on Class Counsel's motion for an award of attorneys' fees and costs ("MDL Order and Reasons") (MDL Rec. Doc. 22460) [ECF No. 368-1]. On January 13, 2020, the MDL Court entered a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b) (MDL Rec. Doc. 22466) [ECF No. 368-2], from which no appeal was taken.

1

In approving the Taishan Class Settlement and awarding attorneys' fees, Judge Fallon held that "<u>a fair division of fees is 40% to contract counsel and 60% to common benefit counsel</u>." MDL Order and Reasons, at 67 (emphasis added). Judge Fallon granted common benefit counsel more fees than contract counsel to "account for the additional hours of discovery, travel (both domestic and foreign), motion practice, conferences, appeals, court appearances, and settlement negotiations that common benefit counsel expended in achieving resolution of the Taishan portion of this case." *Id.* at 66.

This evaluation and assessment of the common benefit efforts undertaken by common benefit counsel in the MDL was based on Judge Fallon's first-hand knowledge and experience overseeing the *Chinese Drywall* proceedings for over ten years. See ECF 112 at 3 ("The Court finds Judge Fallon's decisions well-reasoned and well-supported by the evidentiary record."). Given the MDL Court's ruling, Class Counsel seek to amend their request for attorneys' fees out of the proceeds of the FIS of, such that common benefit counsel receive 60% of the attorneys' fees charged by the Settling Attorneys to their Florida *Amorin* clients who participated in the FIS. This request adopts the reasoning of the MDL Court, and is based on the evidence presented in Class Counsel's fee petition, which was referred to the Magistrate Judge on February 4, 2020 [ECF No. 374].

**Certification of Pre-Filing Conference Pursuant to S.D. FLA. L.R. 7.1(A)(3)**

Counsel for Plaintiffs conferred with Counsel for the FIS in a good faith effort to resolve the issues raised in this amended motion, and Counsel for the FIS opposes the instant motion.

**Request for Oral Argument**

Class Counsel believes that given the prolix nature of this litigation oral argument of 1.5 hours would assist the Court in making its determination and is sufficient time for the parties to argue their respective positions.

Dated: March 10, 2020

                                                Respectfully Submitted,

                                                /s/ Patrick S. Montoya, Esq.
                                                Patrick Shanan Montoya
                                                Fla. Bar No. 0524441
                                                Email: Patrick@colson.com

Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*
*On behalf of Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 10th day of March, 2020.


/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*
*On behalf of Class Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>            v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br><br>    Defendants. | Case No. 1:11-CV-22408-MGC |

**PROPOSED ORDER GRANTING CLASS COUNSEL'S AMENDED MOTION AND MEMORANDUM OF LAW FOR AN AWARD OF COMMON BENEFIT COSTS AND/OR FEES OUT OF THE PROCEEDS OF THE FLORIDA INDIVIDUAL SETTLEMENT (ECF NO. )**

THIS MATTER is before the Court on Class Counsel's Amended Motion and Memorandum of Law for An Award of Common Benefit Costs and/or Fees Out of the Proceeds of the Florida Individual Settlement (ECF No. ), the Court, having reviewed the aforementioned motion, response, and reply and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. Class Counsel's Amended Motion and Memorandum of Law for An Award of Common Benefit Costs and/or Fees Out of the Proceeds of the Florida Individual Settlement (ECF No. ) is GRANTED.

2. 

DONE and ORDERED in Chambers, Miami, Florida, this ____ day of March, 2020.

 

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of record