**MINUTE ENTRY**
**FALLON, J.**
**APRIL 2, 2020**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **CIVIL ACTION** |
| | * | |
| | * | **MDL NO. 2047** |
| | * | |
| | * | **SECTION L (5)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Elizabeth Bennett, et al. v. Gebr. Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * | |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller participated on behalf of Defendants. The parties discussed the need to continue submission dates for a number of pending dispositive motions. R. Doc. 22385. Accordingly,

**IT IS ORDERED** the following motions, which all concerns the subsequent purchaser doctrine and/or prescription/statute of limitations, shall be set for submission on April 29, 2020:

- Motion for Summary Judgment on Claims Asserted by Jason Arnold; Feng Hu & Simin Liu; Mardechria Charles; Matthew & Susan Issman; Karen & Kerry McCann; Michael & Nicole Norris; Mark & Kimberlie Perez; Wayne & Kristal Province; Estate of Vernica Rosenaur; Chein Van Pham & Bich Nguyen; Ziaochun Xi and Junjiang Wang (R. Doc. 22631)
- Motion for Summary Judgment on Claims Asserted by Frank & Suzan Grande & CJ Properties; Karen Beth & David Neil Baldwin (R. Doc. 22632)
- Motion for Summary Judgment on Claims Asserted by Jackelyn Aquirre o.b.o. Home & Land, Inc.; Ed Ball & Margot Gravel; Steve Binns; Daniel Blonsky; Tobi Butcher; Consuelo Burgos; Isidro Calderon; CDO Investments, LLC; Mercedes & Nicole Gaspard; Cesar & Ines Jaramillo; Dolores Jarvis; John Judge; Kevin Karpel; M. Elena Kendall and A&B Real Estate Holdings, LLC; Christopher & Julianne Kopach; Vashti Alethia Locke-Esberry; Marie Y. Lorquet; M and M the Closers, LLC; Nancy & William Mansour; Karina Martinez; MCF Enterprises, Inc; Carl & Ellen Moore; Bruno Esteban Ullauri Paredes & Karina Jannine Svoboda Straka; Fred Pool & Raquel DeFigueiredo; Olivia & Les Porciuncula; Glenn Price; Mark & Sheri Rigopoulos; Byron & Fern Robbins; Ruben

JS10(00:08)

1

Dapena o.b.o. Annetta, LLC; Vince Russo; Carlos Salabarria; Skyline Glass, LLC; Frederick Stockton; Matthew Tabacchi (Allstate Servicing, Inc.); Sharon Timmons; Kurt Tolliver; Anjali Van Drie; Laura Veira; Peter Walimire; Michael Zelenenki (R. Doc. 22658)

- Motion for Summary Judgment on Claims Asserted by Robert Amuso and Stephane Amuso; Hoan Bao and Hanh Bich Thi Tran; Elizabeth Bennett; Jennifer Brady and William Brady; Damian Cason and Leslie Marie Cason; Becky Chedester and Michael Chedester; Katie Hallmark and Jason Hallmark; Ike Ijemere and Nancy Ijemere; Joshua Kelley and Ernest Hamilton; Booker Lee and Terri Lee; Nic Cornelison and R&S Properties, LLC; David Reynolds and Dahnelle Reynolds; Carl Russell and Lynn Russell; Jason Scott; and Ronald Stanfa and Patricia Stanfa (R. Doc. 22687)
- Motion for Summary Judgment on Claims Asserted by Martin Kuntz; Shona Blonsky; Kenneth Butcher; Marfelia Calderon; Abigail Cohen; Elvis Ferrera; Mark Floman; Santiago Guzman; Neville Marques; Julio Martinez; Joseph Niemiec and Susan Niemiec; Yvette Price; Amrita Roopchand and Rennie Roopchand; Ruben Dapena o.b.o. Baco Annetta, LLC; Rose Russo; Jessica Stockton; Albert Timmons; Suzanne Tolliver; Aliesky Santiago; and Karma Zelenenki (R. Doc. 22688)
- Motion for Summary Judgment on Claims Asserted by 1329 Gum, Jackson Land Trust; Richard Calevro; Mary Sue Caranna; William Foreman; Candace Forzard and David Fozard; Wade Gauthreaux and Sheryl Gauthreaux; Jeremy Jordan; Mark Lee and Shannon Renee Lee; David Martino and Brittany Martino; Billy McCullar, Peggy A. McCuller, and Andree McCuller; Dung Nguyen; Peter Robinson; Rachel Schoerner; and The Van Tran and Chin Thi Nguyen (R. Doc. 22689)
- Motion for Summary Judgment on Claims Asserted by Michael & Alice Ginart (R. Doc. 22628)
- Motion for Summary Judgment on Claims Asserted by Chein Van Pham & Bich Nguyen (R. Doc. 22636)
- Motion for Summary Judgment on Claims Asserted by Ronald & Bernice Pendleton (R. Doc. 22637)
- Motion for Summary Judgment on Claims Asserted by Jay Wang & Ruby Xiaochun Xi (R. Doc. 22664)
- Motion for Summary Judgment on Claims Asserted by Gerald Levin (R. Doc. 226790)
- Motion for Summary Judgment on Claims Asserted by Carl & Lynn Russell; Ronald & Patricia Stanfa (R. Doc. 22613)
- Motion for Summary Judgment on Claims Asserted by Toshonia & Martin Armstrong (R. Doc. 22633)
- Motion for Summary Judgment on Claims Asserted by William "Bill" Foreman (R. Doc. 22640)
- Motion for Summary Judgment on Claims Asserted by Dung Nguyen (R. Doc. 22641)
- Motion for Summary Judgment on Claims Asserted by R&S Properties, LLC (R. Doc. 22644)
- Motion for Summary Judgment on Claims Asserted by Michael Christovich and Carlisle Place, LLC (R. Doc. 22645)
- Motion for Summary Judgment on Claims Asserted by Consuelo Burgos; Johnny Tyler; & Carl & Ellen Moore (R. Doc. 22677)

- Motion for Summary Judgment on Claims Asserted by Ronald & Leslie Bogard (R. Doc. 22683)
- Motion for Summary Judgment on Claims Asserted by Rachel Renee Schoerner (R. Doc. 22685)

**IT IS FURTHER ORDERED** that the following motions shall be set for submission of

May 13, 2020.

- Motion for Summary Judgment on Claims Asserted by CDO Investments, LLC; MCF Enterprises, Inc. (R. Doc. 22630)
- Motion for Summary Judgment on Claims Asserted by Arrowhead Investments, LLC; Dr. Peter Walimire (R. Doc. 22650)
- Motion for Summary Judgment on Claims Asserted by Steve Binns (R. Doc. 22672)
- Motion for Summary Judgment on Claims Asserted by 1329 Gum, Jackson Land Trust (R. Doc. 22646)
- Motion for Summary Judgment on Claims Asserted by Jeremy Jordan (R. Doc. 22665)
- Motion for Summary Judgment on Claims Asserted by Toni Macksey; Ronald S. Martinez, Jr. & Catherine Martinez; Ronald T. & Maria S. Natal; Bank of Louisiana, by Timothy O'Brien; Nathan Junius; Scott & Kim Armstrong; Jacques & Sarah Brousseau; Bonnie & Carl Cordier; Michael & Alice Ginart; Jason Arnold; Feng Hu & Simin Liu; Mardechria McDonald Charles; Matthew & Susan Issman; Karen & Kerry McCann; Michael & Nicole Norris; Mark & Kimberlie Perez; Chein Van Pham & Bich Nguyen & Hanh Bich Thi Tran; Wayne & Kristal Province; Jay Wang & Ruby Xiaochun Xi; Ronald & Bernice Pendleton; Bholanath & Prabha Dhume; Melinda Milam & Clayton Latimer; Adelaide Levin; Carole Bonney; Cathey & Tommy Gueydan; Funches O. & Sharese Matthews Dixon; Jawad & Fatme Gharib; Veronica Rosenaur o.b.o Estate of Veronica Griffith Rayborn (R. Doc. 22659)
- Motion for Summary Judgment on Claims Asserted by Lisa Lofton, Executive of Estate of Catherine Baber; David & Candace Fozard; The Van Tran & Chin Thi Nguyen; Willaim "Bill" Foreman; Dung Nguyen; Sherwood & Jody Bailey o.b.o. Carlisle Place, LLC & Michael Christovich; 1329 Gum Street - 1329 Gum, Jackson Land Trust; Christopher Payton - Arrowhead Lodge, LLC & G. Robert Green o.b.o Arrowhead Investments, LLC; Michael Phillips; Ronald & Leslie Bogard; Rachel Renee Schoerner; Mary Sue Caranna; McAlister, Yulunda (Karen) & Stephanie Fussell; George & Mary Ann Ferry; Jack & Wanda Green; Mark & Shannon Renee Lee; Susyn Cain & Richard Calevro; David & Brittany Martino; George Humphries III & George Humphries IV; Nancy & Larry Lafontaine; Peggy A. & Billy McCullar; Peter & Lin Robinson; Wade & Sheryl Gauthreaux; Jeremy Jordan (R. Doc. 22659)
- Motion for Summary Judgment on Claims Asserted by Edward Laremore (R. Doc. 22684)
- Motion for Summary Judgment on Claims Asserted by Jackelyn Aquirre o.b.o. Home and Land, Inc.; Hoan Bao and Hahn Tran; Steve Binns; Bholonath Dhume and Prabha Dhume; Santiago Guzman/Skyline Glass LLC; Michael A. Chedester and Becky Chedester; Tobi Butcher and Ken Butcher; Jason Hallmark and Katie Hallmark; Leslie Porciuncula and Olivia Porciuncula; Dave Baldwin and Karen Baldwin; Karina Martinez; and Edward Ball and Margot Gravel (R. Doc. 22690)

- Motion for Summary Judgment on Claims Asserted by Byron & Fern Robbins (R. Doc. 22686)
- Motion to Dismiss Claims Asserted by Michael Phillips; Peter & Lin H. Robinson; Jeremy Jordan; Cesar & Ines Jaramillo; Annetta, LLC & Baco Annetta LLC (R. Doc. 22666)
- Motion to Dismiss Claims Asserted Martin Kuntz (R. Doc. 22671)
- Motion to Dismiss Claims Asserted Nicole Gaspard (R. Doc. 22673)
- Motion to Dismiss Claims Asserted Richard Calevro (R. Doc. 22682)
- Motion to Dismiss Claims Asserted Robert Amuso, Jr. (R. Doc. 22681)
- Knauf Gips KG's Motion for Summary Judgment Against *Bennett* Claimants (R. Doc. 22678)