UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

SETTLEMENT CLASS COUNSEL'S RESPONSE TO THE
COURT'S MARCH 16, 2020 ORDER [REC. DOC. 22635]

Settlement Class Counsel hereby submit the following pursuant to the Court's March 16, 2020 Order [Rec. Doc. 22635] regarding Gary Rollins ("Rollins"):

Rollins is an absent Class Member. He is a prior owner of property located at 5400 Hwy A-1-A, Unit G-5, Indian River Shores, FL 32963 ("the Property"). Rollins submitted a Global, Banner, InEx ("GBI") claim in 2013 for the Property and was awarded $5,166.75. To ensure all absent Class Members received notice of the Taishan Settlement, BrownGreer sent an email on January 14, 2020, advising that the Taishan Settlement had received final approval and the deadline for absent Class Members to submit a claim form was February 12, 2020. This email was sent to all email addresses registered in the Chinese Drywall portal. Rollins received the email and mailed his claim form to BrownGreer on January 30, 2020. The claim form and documents were uploaded to the portal by BrownGreer on February 10, 2020.

BrownGreer denied Rollins' claim on February 25, 2020. The stated reason for denying Rollins' claim was "failure to submit sufficient evidence of covered Chinese Drywall product."

Rollins' appeal was received by this Court on March 9, 2020, and filed on the docket on March 16, 2020 [Rec. Doc. 22635].

In his appeal, Rollins takes issue with the Claims Administrator's denial of his claim because BrownGreer had "already accepted [his] claim in 2013." As the Court is aware, the requirements and qualifications to satisfy a GBI claim are unrelated and distinct from the requirements of absent Class Members in this Taishan Settlement. The indicia submitted by Rollins allegedly showing that Covered Chinese Drywall existed in the property appears to be an excerpt from the Court's Drywall Indicia Guide [MDL Rec. Doc. 12061-10, at 7] that was inserted in the inspection report. Settlement Class Counsel acknowledge the notation on the inspection report, "ALL DEFECTIVE DRYWALL THAT WAS IDENTIFIED WAS TAISHAN DRYWALL," but cannot identify any independent photographs of Covered Chinese Drywall in the Property.  The evidence submitted by Rollins is illegible and inadequate and does not satisfy the criteria for eligibility under the Settlement.

Settlement Class Counsel will be filing an omnibus response that will address all objections and appeals to claim determinations no later than April 13, 2020.

                              Respectfully submitted,

Dated:  April 3, 2020                By: */s/ Stephen J. Herman*
                                                Russ M. Herman (Bar No. 6819)
                                                Leonard A. Davis (Bar No. 14190)
                                                Stephen J. Herman (Bar No. 23129)
                                                Herman, Herman & Katz, LLC
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                SHerman@hhklawfim.com

                                                *Plaintiffs' Liaison Counsel MDL 2047 and*
                                                *Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
Patrick@colson.com

*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com

*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 3rd day of April, 2020. I further certify that the above and foregoing has been served on Gary Rollins whose present address is 1801 Sterling Place, Livermore, CA 94550 and email address is rllga@aol.com, *via* electronic mail and regular mail.

*/s/ Stephen J. Herman*