# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## ORDER

Due to ongoing concerns regarding the outbreak of COVID-19,

**IT IS ORDERED** that the upcoming Monthly Status Conference, scheduled for Tuesday, April 21, 2020 at 1:30 p.m. be and hereby is **CANCELLED**. The Court will schedule another Monthly Status Conference when it is deemed advisable to do so.

New Orleans, Louisiana this 3rd day of April, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge