UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Randy G. and Antoinette Chevalier*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## APPEAL OF FINAL ALLOCATION AWARD

Plaintiffs, Randy G. and Antoinette Chevalier object to and appeal the Settlement Administrator's Final Allocation determination dated March 6, 2020. In support of their appeal, Plaintiffs state the following:

1. The initial claim submitted by Plaintiffs was for a 4-plex apartment building bearing municipal addresses of 3900 Franklin Avenue, 3902 Franklin Avenue, 3902B Franklin Avenue and 2585 Jonquil Street, New Orleans, LA. All units contained Chinese-manufactured drywall as evidenced by the photographs, inspection reports and indicia previously submitted to the Settlement Administrator in this case for all 4 units. Because the units were vacant due to remediation, the City of New Orleans reclassified the zoning to a 2-unit building and therefore, the report on the city tax assessor's website does not contain the correct square footage for the properties. The square footage of 3902B Franklin Avenue was completely eliminated by the tax assessor.

2. The New Orleans Tax Assessor's reports were used by the settlement administrator to

1

determine square footage for this claim. Those reports show 2,125 square feet for 3900-3902 Franklin Avenue, and 900 square feet for 2585 Jonquil Street. However, on October 14, 2019, in response to the Notice of Estimated Allocation Award, Plaintiff's submitted a report and floor plan with measurements by Murphy Appraisal Services, LLC, that show the correct and complete square footage for the claimed properties. This floor plan and report includes the approximately 908 square feet not shown on the tax assessor's drawings. This floor plan and report was submitted to the Settlement Administrator via the claim portal, and bears Doc ID #371698.

3. Plaintiffs assert that the New Orleans Tax Assessor's reports show an incorrect total of 3,025 square feet for the properties. Plaintiffs further assert that the floor plan and report from Murphy Appraisal Services, LLC, submitted previously by Plaintiffs, depicts a correct total of 3,783.85 square feet for the properties and should be used to calculate the final award under this settlement.

Dated: April 6, 2020           Respectfully Submitted,

              BY: */s/ Leonard A. Davis*
                  Russ M. Herman (La Bar No. 6819)
                  Leonard A. Davis (La Bar No. 14190)
                  Stephen J. Herman (La Bar No. 23129)
                  Herman, Herman & Katz, LLC
                  820 O'Keefe Avenue
                  New Orleans, LA 70113
                  Phone: (504) 581-4892
                  Fax: (504) 561-6024
                  ldavis@hhklawfirm.com
                  *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States

District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of April, 2020.

                                      Respectfully Submitted,

                                      BY:  */s/ Leonard A. Davis*
                                                   Leonard A. Davis