UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Individual claim of Michael Gallacher and Randall Baker*<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (FL)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Civ. Action No. 10-0361 (LA) | |

## PLAINTIFFS MICHAEL GALLACHER'S AND RANDALL BAKER'S OBJECTION TO SETTLEMENT ALLOCATION

Plaintiffs Michael Gallacher and Randall Baker hereby object to the Settlement Administrator's Taishan Class Settlement Allocation Amount Notice dated March 6, 2020, for their affected property located at 8911 Cobblestone Point Circle, Boynton Beach, Florida. In support of their objection, Plaintiffs state the following:

1. The total under air square footage of their affected property is 4134 square feet.

1

Proof of the under air square footage was uploaded to the Chinese Drywall Settlement Portal on August 30, 2013. See Doc. IDs. 105313 and 105315.

2. The aforementioned proof was accepted by the Settlement Administrator for the purposes of calculating under air square footage of this property for the Global and Banner Settlements. See Doc. ID. 227064.

3. The Settlement Administrator listed the under air square footage for this affected property at 3830 square feet in its Taishan Class Settlement Allocation Amount Notice dated March 6, 2020, which is incorrect.

Plaintiffs respectfully request that the correct under air square footage of 4134, as shown by the evidence previously submitted to the Settlement Administrator, be applied to the Allocation Model, and that they receive an Allocation Amount for their affected property based upon the accurate under air square footage.

Respectfully submitted,

Dated: April 6, 2020　　　　　　　　　　**BARON & BUDD, P.C.**

By:　/s/ *Holly R. Werkema*
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2020.

        /s/ Holly R. Werkema