# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Individual claim of Charles Robin, III and Lisa Robin*<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (FL)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (LA)<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (VA) | |

## PLAINTIFF CHARLES ROBIN, III'S AND CLAIMANT LISA ROBIN'S OBJECTION TO SETTLEMENT ALLOCATION

Plaintiff Charles Robin, III and Claimant Lisa Robin hereby object to the Settlement Administrator's Taishan Class Settlement Allocation Amount Notice dated March 6, 2020, for their affected property located at 1921 Russell Dr., St. Bernard, Louisiana. In support of their objection, they state the following:

1. Plaintiff Charles Robin, III's claims related to 1921 Russell Dr., St. Bernard, Louisiana were filed in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:11-cv-1672. See Rec. Doc. 15901-3, Pg. 327 of 412.

1

2. The undersigned counsel is unaware of any dismissal that was filed of Charles Robin, III's claims in the above referenced case.

3. Nonetheless, the claims of Charles Robin, III related to 1921 Russell Dr., St. Bernard, Louisiana were not included on the Revised Master Spreadsheet filed by Settlement Class Counsel on October 31, 2019. See Rec. Doc. 22355-1.

4. As instructed by the Court in its January 13, 2020 Order approving the Taishan Class Settlement[1], the undersigned counsel filed a timely claim to the Taishan Class Settlement with the Settlement Administrator on behalf of Charles Robin, III and his wife Lisa Robin, who is also a current owner of the affected property. The settlement claim filed by Charles Robin, III and Lisa Robin included all required documentation set forth in the claim form and also included proof that the claims of Charles Robin, III related to the affected property were originally filed in the *Amorin* complaint. See Brown Greer Doc ID 372622 (Rec. Doc. 15901-3).

5. The Taishan Class Settlement Allocation Amount Notice for Charles Robin, III and Lisa Robin incorrectly classified the settlement claim related to 1921 Russell Dr., St. Bernard, Louisiana as a "new claim" when it should have classified it as an "*Amorin* claim". This inappropriately reduced the Allocation Amount for this affected property by ninety five percent (95%).

6. Paragraph 17 of the Court's January 13, 2020 Order approving the Taishan class settlement states "[a]bsent Class Members and <u>any other Class Members not listed on the Master Spreadsheet</u> who seek an Allocation Amount must complete a court-approved Claim Form under oath and submit supporting proofs of Objective Allocation Criteria to the Claims Administrator no

---

[1] Rec. Doc. 22466.

later than 30 days from the date of this Judgment" (emphasis added). See Rec. Doc. 22466.

7. The Court's Order approving the Taishan settlement specifically contemplated the possibility that an existing Class Member would be inadvertently excluded from the Revised Master Spreadsheet, and required that a claim form be filed with the Settlement Administrator in that scenario. Accordingly, the timely and complete settlement claim of Charles Robin, III and Lisa Robin, was an appropriate settlement claim within the Court's Order.

8. Additionally, because Charles Robin, III's claims related to the affected property were filed in the *Amorin* complaint, the settlement claim of Charles Robin, III and Lisa Robin should not be classified as a "new claim" or subject to the ninety five percent (95%) allocation amount reduction assigned to new claims. Instead, it should be properly reclassified as an *Amorin* claim, and the ninety five percent (95%) allocation amount reduction should be removed.

Wherefore, for the reasons set forth above, the undersigned files this objection and requests that the "new claim" reduction assigned to the settlement claim of Charles Robin, III and Lisa Robin be removed and that the claim be appropriately categorized as an "*Amorin*" claim.

Respectfully submitted,

Dated: April 6, 2020                **BARON & BUDD, P.C.**

By: /s/ *Holly R. Werkema*
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2020.

                                                                 /s/ Holly R. Werkema