UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### MEMORANDUM IN SUPPORT OF PLAINTIFF PEGGY POWELL'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

This *Bennett* action has been pending for over five years. All discovery has been completed, experts have been disclosed and deposed by each party, and remand for trial of individual claims will occur within months. Plaintiff Peggy Powell is one of over one hundred twenty plaintiffs currently joined in this single action.

On March 6, 2020, this Court issued an order granting summary judgment against Plaintiff Peggy Powell and dismissed his claims from the above-styled action. An appeal by Plaintiff Pierre challenging the summary judgment ruling by this court would adversely affect the other remaining plaintiffs while the 5th Circuit Court of Appeals conducts a *de novo* review for many months.

Plaintiff Peggy Powell requests an extension of thirty (30) days (to May 6, 2020) to allow time to file a motion to sever his claim from the *Bennett* case prior to filing a notice of appeal. Such an extension is within the discretion of this court and specifically contemplated in the Local Rules of the Fifth Circuit. *See Fed. R. App. P.* 4(a)(5).

This extension request will not prejudice the defendants; consequently, the motion to extend time for filing a notice of appeal should be granted.

DATED: April 6, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Intervening Plaintiffs*