# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## ORDER

Upon consideration of Plaintiff Peggy Powell's Ex Parte Motion For Extension of Time to File A Notice of Appeal is hereby **GRANTED**. The date for Plaintiff Peggy Powell to file a notice of appeal is hereby extended to May 6, 2020.

New Orleans, Louisiana, this _____ day of April, 2020.

_____
Eldon E. Fallon
United States District Court Judge