UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Omnibus Motion for Summary Judgment:

1. The original Bennett Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs own a property in the State of Alabama.

4. Plaintiffs purchased their respective properties after the defective Knauf drywall was installed.

5. Plaintiffs discovered Knauf-manufactured drywall in their homes after purchase.

6. Plaintiffs each completed and executed a verified Plaintiff Profile Form.

1

7. Plaintiffs each completed and executed a verified Supplemental Plaintiff Profile Form.

8. Plaintiffs each completed and executed a verified Plaintiff Fact Sheet.

9. Plaintiffs were deposed by Knauf's Counsel in Birmingham, Alabama.

10. Alabama law provides a two-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

11. Alabama law recognizes a Discovery Rule to file product defect-related claims, an exception to the two-year statute of limitations.

12. Alabama recognizes the Alabama Extended Manufacturer Liability Doctrine for strict liability claims against manufacturers.

13. Alabama law allows traditional tort claims against manufacturers in addition to the AEMLD.

14. Plaintiffs each seek all damages available under Alabama law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Alabama Deceptive Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*