# Exhibit A

335 278

106

| CASH SALE | UNITED STATES OF AMERICA |
| --- | --- |
| SALE OF PROPERTY | |
| BY: | STATE OF LOUISIANA |
| MONA ANN LEE de BOUCHEL and DONALD J. de BOUCHEL, SR. | PARISH OF ORLEANS |
| TO: | |
| ALICE JOHNSON GINART and MICHAEL C. GINART, JR. | |

* * * * * * * * * BE IT KNOWN, That on this FIFTEENTH (15TH) day of the Month of MAY in the year of our Lord, One Thousand, Nine Hundred and Ninety Seven (1997);

BEFORE ME, JERRY D. WILLIAMSON, a Notary Public, duly commissioned and qualified, in and for the Parish and State aforesaid, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

MONA ANN LEE, wife of, and DONALD J. de BOUCHEL, SR., both of the full age of majority and residents of, and domiciled in the Parish of St. Bernard, State of Louisiana, who declared unto me, Notary, under oath, that they have each been married but once during their lifetime and then to each other and that they are presently living and residing together at 3501 East St. Bernard Highway, Meraux, Louisiana 70075.

Who declared that they do by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto

ALICE JOHNSON, wife of, and MICHAEL C. GINART, JR., both of the full age of majority and residents of, and domiciled in the Parish of St. Bernard, State of Louisiana, who declared unto me, Notary, under oath, that they have each been married but once during their lifetime and then to each other and that they are presently living and residing together at 2404 Blanchard Drive, Chalmette, Louisiana 70043.

here present accepting, and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

Recorded in COB 624 Folio 106
Parish of St. Bernard on the 19 day
of May, 19 97.

Lynn R. Torres
Clerk of Court and Recorder
filed Same Day

107

ONE CERTAIN PIECE OR PORTION OF GROUND, together with all of the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, being a portion of Section 3, Township 13 South, Range 13 East, in that part thereof known as deBouchel Estate, which said piece or portion of ground is bounded by Olivia Street, Lot W-2-B, St. Bernard Highway (La. State Highway #46), Existing Private Road - Lot R-4, Pecan Grove Subdivision and U.G.P.L. Right of Way, which said piece or portion of ground is designated as Lot W-2-A and commences at a point of 684.49 feet from the southeasterly sideline of Pecan Grove Subdivision and the northerly edge of St. Bernard Highway (La. State Highway #46), which point is the point of beginning and go from said point of beginning running in the direction of the U.G.P.L. Right of Way and parallel with the line of Pecan Grove Subdivision, a distance of 199.49 feet in the rear of the property to a point, thence at right angles and running in the direction of Olivia Street and parallel with St. Bernard Highway (La. State Highway #46), a distance of 374.26 feet on the sideline nearest to the U.G.P.L. Right of Way to a point, thence at right angles and running in the direction of St. Bernard Highway (La. State Highway #46) and front on Olivia Street a distance of 185.80 feet to a point, thence at right angles and running in the direction of Pecan Grove Subdivision and parallel with St. Bernard Highway (La. State Highway #46), a distance of 376.94 feet on the sideline partially common with Lot W-2-B to the point of beginning. Said Lot W-2-A contains 1,669 acres. All in accordance with a resubdivision survey made by Estopinal Surveying and Engineering, Stephen V. Estopinal, P.E., dated March 12, 1997 and approved on April 22, 1997 by the St. Bernard Parish Planning Commission by Resolution PC-R-12-97 adopted on April 22, 1997, a copy of which said resubdivision survey is annexed hereto and made a part hereof, for reference.

Being a part of the same property acquired by Mona Ann Lee, wife of, and Donald J. de Bouchel, Sr. from Park Investments Limited Partnership #3, a Louisiana Partnership in Commendam, by an Act of Exchange passed before Charles H. Livaudais, Notary Public, dated April 30, 1986 and registered in Conveyance Office Book 331, folio 251, for the Parish of St. Bernard, State of Louisiana.

SERVITUDE : The property is subject to a servitude on the sideline partially common with Lot W-2-B and measures thence ten (10') feet in width by the entire depth of the lot for drainage purposes as per the plan of resubdivision.

To have and to hold the above described property unto the said purchasers, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of ONE HUNDRED FORTY THOUSAND AND NO/100--($140,000.00)--DOLLARS, Cash, which the said purchasers have well and truly paid, in ready and current money to the said Vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

All Parish of St. Bernard taxes up to and including the taxes due and exigible in the year 1996 are paid as per researches annexed hereto and made a part hereof, for reference. The payment of the 1997

OFFICE OF THE SHERIFF
St. Bernard Parish
Chalmette, Louisiana 70044-1158

Jack A. Stephens
Sheriff & Ex-Officio Tax Collector

STATE OF LOUISIANA
PARISH OF ST. BERNARD

This is to certify that the following described property to-wit:

LOTS W-2 & R-4   DEBOUCHEL PLANT.
LOT W-2 CONT. 2 AC. MEAS. 185' ON OLIVIA ST. X DEPTH 374.26'X 199.49'
X 40.03' X 124.46' X 119.21' X 124.44' X 218'.
LOT R-4 MEAS. 40.03' ON ST. BER. HWY. (LA#46) X DEPTH 560.03' ADJ. TO
PECAN GROVE SUB. & LEADING INTO LOT W-2

| TYPE | ACR/LOT | ASSM | EXMP | TAXABLE |
|---|---|---|---|---|
| SL | 2 | 3,000 | | |
| TOTAL | | 3,000 | 0 | 3,000 |

is assessed in the name of

DEBOUCHEL, DONALD J., SR.
DEBOUCHEL, MONA ANN LEE
3501 E. ST. BERNARD HWY.
MERAUX, LA   70075

and that all taxes due and exigible assessed against said
property, from the year 1994 to the year 1996, have been paid.

WITNESS MY HAND officially at Chalmette,

Parish of St. Bernard, State of Louisiana, this

the  6 day of    March, 1997.


_____Carol A. Pertut_____
                    Deputy Tax Collector


       WARD   BILL NO.   AMOUNT PAID   PAID ON
1996 -  4      15230        264.96   12/20/96

PROPERTY ID# 4063000000W2

# STATE OF LOUISIANA
## PARISH OF ST. BERNARD

ANDRY, ANDRY & WILLIAMSON
210 BARONNE ST., SUITE 711
N.O., LA. 70112

**OFFICE CLERK OF COURT**

The undersigned CLERK OF COURT AND EX-OFFICIO REGISTRAR OF CONVEYANCES in and for the Parish of St. Bernard, duly commissioned and sworn, does hereby certify that from the INDICES in the Conveyance Office it does not appear that

MONA ANN LEE, wife of, and DONALD J. de BOUCHEL, SR.

has alienated the following property, to wit:

THIS CERTIFICATE HAS BEEN RUN EXCLUSIVELY IN THE EXACT NAME HEREINABOVE SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAME.

**ALICE JOHNSON, wife of, and MICHALE C. GINART, JR. (To be acquired)**

ONE CERTAIN PORTION OF GROUND, together with all of the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, being a portion of Section 3, Township 13 South, Range 13 East, in that part thereof known as de Bouchel Estate as shown on a survey prepared by Eugene I. Estopinal and Associates, Civil Engineers and Surveyors, dated April 22, 1986, a copy of which is annexed to an Act passed before Charles H. Livaudais, Notary Public, dated April 30, 1986, and made a part thereof, according to which said portion of ground measures as follows, to-wit:

Lot W-2 commences 684.49 feet from the intersection of the southeasterly sideline of Pecan Grove Subdivision and the northerly edge of Louisiana State Highway #46 right of way and measures thence 199.49 feet along the sideline of Pecan Grove, North 40 degrees, 35 minutes, 09 seconds East, thence 374.26 feet, South 50 degrees, 06 minutes, 45 seconds East, thence 185.80 feet, South 39 degrees, 53 minutes, 15 seconds West, thence 218.63 feet, North 52 degrees, 11 minutes, 30 seconds West, thence 124.44 feet, South 40 degrees, 26 minutes, 07 seconds West, thence 119.21 feet, North 52 degrees, 11 minutes, 30 seconds West, to the point of beginning. Lot W-2 contains 2 acres.

Being a part of the same property acquired by Mona Ann Lee, wife of, and Donald J. de Bouchel from Park Investments Limited Partnership #3, a Louisiana Partnership in Commendam, by an Act of Exchange passed before Charles H. Livaudais, Notary Public, dated April 30, 1986 and registered in Conveyance Office Book 331, folio 251, for the Parish of St. Bernard, State of Louisiana.

ALL MINERAL LEASES EXCLUDED

FROM THE TIME OF ACQUISITION THEREOF: TO DATE HEREOF: EXCEPT

Inter Vivos Trust By Dr. Maria Stella deBouchel to Donald Joachim deBouchel dated March 29, 1989, before Robert A. Buckley, N. P., recorded July 12, 1989 in COB 467 folio 503.

Clerk's Office                                          LENA R. TORRES
Parish of St. Bernard, La.                              CLERK OF COURT
March 5, 1997 (pb)

BY: _Patricia P Buzard_

335278
334610
Form No. 107

OVER

REDATED:

April 29, 1997 (pb)

BY: *Patricia P. Buzzard*
           Dy. Clerk

AT: (1) Sale by _P.C.R 12-97_ by St. Bernard Parish Planning Commission for Resubdivision of Lots _W2AYW2 B Orpheum_ Estate registered C. O. B. _625_ folio _185_

(2) Sale by Mr & Mrs _Donald J. de Boisblanc Sr._ to Mr & Mrs _Michael C. Ginart Jr._ act before _Jerry D. Williamson_ N. P. dated _May 15, 1997_ registered C. O. B. _636_ folio _106_

REDATED: _May 20_ 19_97_

           Chief Dy. Clerk & Ex-Officio Recorder

ANDRY, ANDRY & WILLIAMSON
210 BARONNE ST. SUITE 711
N.O., LA. 70112

State of Louisiana
PARISH OF ST. BERNARD
OFFICE OF CLERK OF COURT, EX-OFFICIO RECORDER OF MORTGAGES, ETC.
IN AND FOR THE PARISH OF ST. BERNARD

I, LENA R. TORRES, hereby certify that in the indices of this office it does not appear that there are any other Mortgages, (Chattel Mortgages Excepted), Liens or Privileges standing recorded in the name of _____
MONA ANN LEE, wife of, and DONALD J. de BOUCHEL, SR.
_____ AGAINST THE
FOLLOWING DESCRIBED PROPERTY, TO WIT:

THIS CERTIFICATE HAS BEEN RUN EXCLUSIVLEY IN THE EXACT NAMES HEREINABOVE SET FORTH AND NOT IN ANY VARIATIONS OF SAID NAME.

ALICE JOHNSON, wife of, and MICHALE C. GINART, JR. (To be acquired)

ONE CERTAIN PORTION OF GROUND, together with all of the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, being a portion of Section 3, Township 13 South, Range 13 East, in that part thereof known as de Bouchel Estate as shown on a survey prepared by Eugene I. Estopinal and Associates, Civil Engineers and Surveyors, dated April 22, 1986, a copy of which is annexed to an Act passed before Charles H. Livaudais, Notary Public, dated April 30, 1986, and made a part thereof, according to which said portion of ground measures as follows, to-wit:

Lot W-2 commences 684.49 feet from the intersection of the southeasterly sideline of Pecan Grove Subdivision and the northerly edge of Louisiana State Highway #46 right of way and measures thence 199.49 feet along the sideline of Pecan Grove, North 40 degrees, 35 minutes, 09 seconds East, thence 374.26 feet, South 50 degrees, 06 minutes, 45 seconds East, thence 185.80 feet, South 39 degrees, 53 minutes, 15 seconds West, thence 218.63 feet, North 52 degrees, 11 minutes, 30 seconds West, thence 124.44 feet, South 40 degrees, 26 minutes, 07 seconds West, thence 119.21 feet, North 52 degrees, 11 minutes, 30 seconds West, to the point of beginning. Lot W-2 contains 2 acres.

Being a part of the same property acquired by Mona Ann Lee, wife of, and Donald J. de Bouchel from Park Investments Limited Partnership #3, a Louisiana Partnership in Commendam, by an Act of Exchange passed before Charles H. Livaudais, Notary Public, dated April 30, 1986 and registered in Conveyance Office Book 331, folio 251, for the Parish of St. Bernard, State of Louisiana.

THAN THE FOLLOWING:

Inter Vivos Trust by Dr. Maria Stella deBouchel to Donald Joachim deBouchel dated March 29, 1989, before Robert A. Buckley, N. P., recorded July 12, 1989 in MOB 570 folio 372.

Notice of Federal Tax Lien against Mike Ginart, in favor of Department of Treasury, IRS Amount of Lien $3,786.05, dated March 16, 1981, recorded March 25, 1981 in MOB 213 folio 18.

Release of Federal TAx Lien by Department of Treasury, IRS in favor of Mike Ginart Amount of Release $3,786.05, dated January 29, 1982, recorded February 11, 1982 in MOB 226 folio 341.

Release of Federal TAx by Department of Treasury, IRS in favor of Mike Ginart. Amount of Release $3,786.05, dated June 28, 1990, recorded July 16, 1990 in MOB 596 folio 428.

Form No. 108

(over)

Clerk's Office
Parish of St. Bernard, La.
March 5, 1997 (pb)

LENA R. TORRES
CLERK OF COURT

BY: *Patricia S Buzzard*
       *Clerk*

REDATED:

April 29, 1997 (pb)

BY: *Patricia S Buzzard*
       *Clerk*

355279

EXCEPT: Mortgage by Mr. & Mrs. Michael C. Stuart Jr. in favor of Fidelity Homestead Assn. act before Jerry D. Williamson N. P. dated May 15, 1997, sum of $98,000.00 rep. by one note bearing ___% interest payable ___ recorded M.O.B. 837 folio 51

REDATED: May 20 19 97

By. Clerk & Ex-Officio Recorder



108

Parish of St. Bernard taxes is assumed by the purchasers herein.

By reference to the certificates of the Register of Conveyances and Recorder of Mortgages in and for the Parish of ST. BERNARD, annexed hereto and made a part hereof, it does not appear that said property has been heretofore alienated by the said Vendors or that it is subject to any encumbrance whatsoever.

The parties to this Act are aware that the Mortgage and Conveyance Certificates herein referred to are open and not yet dated and signed, and relieve and release me, Notary, from all responsibility by reason thereof.

**THUS DONE AND PASSED**, in duplicate original, in my office at NEW ORLEANS, LOUISIANA on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunder sign their names with the said appearers and me, Notary, after reading of the whole.

WITNESSES:

_____  
DONNA VINSON

_____  
KATHERINE BURTCHETT

_____  
MONA ANN LEE de BOUCHEL

_____  
DONALD J. de BOUCHEL, SR.

_____  
ALICE JOHNSON GINART

_____  
MICHAEL C. GINART, JR.

_____  
JERRY D. WILLIAMSON, NOTARY PUBLIC