# Exhibit B



**Healthy Home Solutions, LLC**

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GINART_2104
      **Property: 2104 Olivia Street, Meraux, LA 70075**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 6103.1 SF to determine a Living Space area of 5258.61 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
•  Phone: (985) 710-3789  •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address





Figure 3: Markings on drywall consistent with KPT brand drywall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com




Garage
Laundry Room
foyer/Entry (side)
Breakfast Area/Room
Bedroom 1
Kitchen
Living Room
Exercise Room
Bathroom 2
1/2 Bath
Area1 (A1)
Parlor
Dining Room
Foyer/Entry
Coat Closet
Office
Shower
23'
22' 4"
38' 5"
37' 9"
38' 3"
26' 6"
26' 10"
47' 5"
30' 8"
16' 7"

N

Main Level




Master Bath
Toilet
Master Bedroom
Masonry
Linen Closet
shower
Master Closet
Elevator Shaft
Chase
Bathroom 4
Closet 2
Stairs
Loft
Closet 3.2
Bathroom 3
open from below (1)
Up
Bedroom 2
Laundry Room
Closet 3
Bedroom 3
14' 6"
6' 1"
25' 3"
29' 6"
16' 4"
15' 10"

N

Level 2