UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs own properties in the State of Florida.

4. Plaintiffs purchased their respective properties after the drywall was installed.

5. Plaintiffs purchased their respective homes without knowledge that it contained defective drywall manufactured by the Knauf entities.

6. Plaintiffs discovered Knauf-manufactured drywall in their home after purchase.

7. On January 27, 2020, this Court issued an order denying certification for the *Bennett* class action against the Knauf entities.

8.  The State of Florida has a four-year statutory period for filing product liability claims after discovery.

9.  Florida recognizes a delayed discovery rule for product liability claims.

10. Florida does not require privity for filing a strict liability defective product claim.

11. Florida recognizes Chinese drywall as a latent defect in a home.

12. Plaintiffs each completed and executed a verified Plaintiff Profile Form.

13. Plaintiffs each completed and executed a verified Supplemental Plaintiff Profile Form.

14. Plaintiffs each completed and executed a verified Plaintiff Fact Sheet.

15. Plaintiffs each were deposed by Knauf's Counsel in Florida.

16. Plaintiffs seek all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Deceptive and Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*