UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## REURGED MOTION TO DISMISS CLAIMS ASSERTED BY VASHTI ALETHIA LOCKE-ESBERRY UNDER RULE 37

**NOW INTO COURT,** through undersigned counsel, come Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), who file this Reurged Motion to Dismiss pursuant to Rule 37 of the Federal Rules of Civil Procedure as to the claims asserted by Vashti Alethia Locke-Esberry ("Locke-Esberry") against them in Plaintiffs' Fifth Amended Class Action Complaint (the "Fifth Amended Complaint"). For the reasons set forth more fully in the attached Memorandum in Support, the Knauf Defendants' Motion should be granted.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:       504.556.5549
Facsimile:         504.310.0279
Email:               kmiller@fishmanhaygood.com

*Counsel for The Knauf Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 13th day of April, 2020.

                                              */s/ Kerry J. Miller*
                                              **KERRY J. MILLER**