**From:** Johnson, Kaki kjohnson@fishmanhaygood.com
**Subject:** Deposition of Locke-Esberry
**Date:** March 11, 2020 at 7:29 PM
**To:** James Doyle jimmy@doylefirm.com
**Cc:** Jim Doyle jim.doyle@doylefirm.com, Miller, Kerry kmiller@fishmanhaygood.com, Dysart, Daniel ddysart@fishmanhaygood.com, Johnson, Ashley ajohnson@fishmanhaygood.com, Clementin, Maria mclementin@fishmanhaygood.com

Jimmy:

In light of the Court's ruling regarding Ms. Locke-Esberry, please provide us with Ms. Locke-Esberry's availability in the next month for deposition in New Orleans. Please do so no later than Friday, March 13, 2019 at 5:00pm so that we can plan accordingly.

Warm regards,

**Kaki Johnson**
kjohnson@fishmanhaygood.com
_____

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170
t:  504.586.5252   d: 504.556.5515   f: 504.310.0250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.