UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  <br><br> **SECTION "L"** |
| **This document relates to:**  <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*  <br><br> **Case No. 14:cv-2722** | **JUDGE ELDON FALLON**  <br><br> **MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering Defendants', Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), Reurged Motion to Dismiss pursuant to Rule 37 of the Federal Rules of Civil Procedure as to the claims asserted by Vashti Alethia Locke-Esberry against them in Plaintiffs' Fifth Amended Class Action Complaint;

**IT IS HEREBY ORDERED** that the Knauf Defendants' Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the claims of Vashti Alethia Locke-Esberry are hereby dismissed with prejudice; and

**IT IS FURTHER ORDERED** that Vashti Alethia Locke-Esberry pay to the Knauf Defendants the fees and costs incurred by the Knauf Defendants defending against her claims.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**