# EXHIBIT 1

## VISUAL INSPECTION FORM PURSUANT TO SECTION E. 1 OF THE TIP

### GENERAL PROPERTY INFORMATION

| | | | | |
|---|---|---|---|---|
| Address: | 9008 Yazoo Str., Bay St. Louis MS 39520 | | Front of House Photo #: | 2 |
| Address ID: | 1 | Sampler Name/Company: Roxzana Moore | Camera Serial: | |
| Visit Date: | 1/14/2010 | Sampler Name/Company: Dan Tobiasz Bright Claims INC. | Photo Range: | 1-15 |

### ODOR OBSERVATIONS

| | | |
|---|---|---|
| Odor Present: | ☑ Check | cooking |

### Product Identification - Verification of Stamp and End Tape - Must Include a Clear Photo that Identifies the Product

| | | | | | |
|---|---|---|---|---|---|
| Stamp Description: | Harrod o7 / armadriz | Location Stamp Found: | attic | Photo #: | #3-7 |
| End Tape Found: | Yes | Color of End Tape: | white | | |
| Comments: | All ceilings and walls were replaced after storm with 1/2 " drywall. Customer service number was located on | | | | |

### HVAC/PLUMBING/LIGHT FIXTURE REPLACEMENT HISTORY

| | |
|---|---|
| HVAC | None noted by homeowner |
| Plumbing | None noted by homeowner |
| Light Fixtures | None noted by homeowner |

### DISCOLORATION INSPECTION (COPPER CONTAINING) CHECK ALL THAT APPLY

| Part | Copper U-bend | Straight Copper Tubing | Discoloration | Describe Discoloration | Color | Photo Number(s) |
|---|---|---|---|---|---|---|
| Heat exchange coil of HVAC | x | | yes | medium tarnish | brown/ black | 8 |
| Electro-mechanical portion of HVAC | | | no | | | 9 |
| Circuit Breaker | | | no | | | #10 |
| Refrigerator coils | | | no | | | 11 |
| Plumbing Connections (sinks, dishwasher connections, bathroom fixtures, hot water heater) | | | no | | | 12 |

### OTHER DISCOLORATION INSPECCTIONS

| Part | Discoloration/Residue? (do not include areas where routine hand contract occurs) | Describe, discoloration, color and location: | Photo Number(s) |
|---|---|---|---|
| Medicine Cabinets/Mirrors affixed to walls | No | | |
| Bathroom Light Fixtures and Plumbing (chrome finished) | Discoloration/Residue? No | | 12 |
| Other metallic fixtures or hardware | Discoloration/Residue? No | | |
| Electrical Receptacles and Switches | Discoloration/Residue? No | | 13-14 |

(USE ADDITIONAL PAGES AS NECESSARY)

BrightClaim

## Photo Mounting Sheet

Homeowner Name: Roxzana Moore
Location: 9008 Yazoo str., Bay St. louis MS 39520
Claim Number:



**1-Address**



**2-Structure**

BrightClaim

# Photo Mounting Sheet

Homeowner Name: Roxzana Moore
Location: 9008 Yazoo str., Bay St. louis MS 39520
Claim Number:



**3- DRYWALL MARKINGS**



**4- DRYWALL MARKINGS**

BrightClaim

# Photo Mounting Sheet

Homeowner Name: Roxzana Moore
Location: 9008 Yazoo str., Bay St. louis MS 39520
Claim Number:



**5- DRYWALL MARKINGS**



**6- DRYWALL MARKINGS**

BrightClaim

# Photo Mounting Sheet

Homeowner Name: Roxzana Moore
Location: 9008 Yazoo str., Bay St. louis MS 39520
Claim Number:



**7- DRYWALL MARKINGS**



8-a/c coil

BrightClaim

## Photo Mounting Sheet

| | |
|---|---|
| Homeowner Name: | Roxzana Moore |
| Location: | 9008 Yazoo str., Bay St. louis MS 39520 |
| Claim Number: | |



9-electrical a/c coil



10-circiut breaker

BrightClaim

## Photo Mounting Sheet

Homeowner Name: Roxzana Moore
Location: 9008 Yazoo str., Bay St. louis MS 39520
Claim Number:



11-refrigerator coil



12-plumbing connections note house was replumbed with pecks plumbing

BrightClaim

## Photo Mounting Sheet

Homeowner Name: Roxzana Moore
Location: 9008 Yazoo str., Bay St. louis MS 39520
Claim Number:



13- electrical receptacles



14- electrical receptacles

BrightClaim

## Photo Mounting Sheet

Homeowner Name: Roxzana Moore
Location: 9008 Yazoo str., Bay St. louis MS 39520
Claim Number:



15-Sample cut