# EXHIBIT 3

| Assessor Report | | Parcel Number | 00240250069 |
|---|---|---|---|

| Owner Information | |
|---|---|
| Current Owner | HOWELL, LOUMERTISTENE N. |
| Mailing Address 1 | |
| Mailing Address 2 | P.O. BOX 5312 |
| Mailing Address 3 | |
| City | DOUGLASVILLE |
| State | GA |
| Zip Code | 30154 |

*Please note: Questions regarding any information should be directed to the Douglas County Appraisal Department at (770)920-7228

| Property Information | | | |
|---|---|---|---|
| Property Address | 5275 SANDBAR CV | Acres | 0.00 |
| Legal Description | HSE/2.582 ACRES LOT #10 SHOALS @ RIVER POINTE | Landlot/District | 24 /25 |
| Class Code (Not Zoning) | Residential | Special | 3 |
| Neighborhood | SHOALS@RIVER POINTE 3296 | Tax District | COUNTY |
| Homestead Exemption | S1 | Water | No Water |
| Topography | Level | Sewer | No Sewer |
| Drainage | Poor | Electric | No Electricity |
| Road Class | Interstate | Gas | Tank Gas |
| Parcel Road Access | No Road | | |

| 2015 Values | | | | |
|---|---|---|---|---|
| Land | Improvements | Accessories | Total Value | Previous Value |
| $0 | $395,668 | $2,999 | $460,000 | $675,000 |

| Land Information | | | |
|---|---|---|---|
| Type | Description | Acres | Soil Productivity |
| RES | 0 | NA | NA |

| Residential Improvements | | | |
|---|---|---|---|
| Year Built | 2006 | Style | One Family |
| Condition | Average | Exterior Walls | Masnry/Wd or Vnl |
| Bedrooms/Full/Half Baths | 7/5/1 | Fire Places | 0 |
| Heated Area (SqFt) | 9245 | Improvement Value | $395,668 |
| Finished Basement (SqFt) | 0 | Photo   Photo | Sketch   Sketch |

| Accessory Information | | | |
|---|---|---|---|
| Description | Year Built | Dimensions/Units | Value |
| Site Improvement (Fair) | 2007 | 0x0 1.00 | $2,999 |

| Sales History | | | | | | |
|---|---|---|---|---|---|---|
| Sale Price | Sale Date | Reason | Grantor | Grantee | Deed Book | Plat Page |

| Assessor Report | | | | Parcel Number | 00240250069 | | |
|---|---|---|---|---|---|---|---|
| $99,000 | 06/29/2006 | Land Market Sale | WEST SHOALS PROPERTIES, LLC | HOWELL, LOUMERTISTENE N. | 2390 441 | 31 | 165 |
| $0 | 02/03/2004 | Non-Market Sale | | WEST SHOALS PROPERTIES, LLC | 1908 675 | 31 | 165 |