# EXHIBIT 5

| | |
|---|---|
| **Subject:** | RE: Chinese Drywall- Taishan Global Settlement- Master Spreadsheet- Martzell & Bickford |
| **Date:** | Thursday, August 22, 2019 at 2:56:02 PM Central Daylight Time |
| **From:** | Adam C. Thomas |
| **To:** | Emma Kingsdorf Schwab, Larry J. Centola |
| **Attachments:** | image001.png, Master Speadsheet of Known Class Members_Martzell Bickford.xlsx |

Emma,

==We have reviewed the attached spreadsheet and have determined the information to be accurate.  Please let us know when there is anything further needed from our office.==

Thank you for your attention to this matter.

Adam Thomas

---

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Tuesday, August 20, 2019 10:00 AM
**To:** Larry J. Centola <lcentola@mbfirm.com>; Adam C. Thomas <athomas@mbfirm.com>
**Subject:** Chinese Drywall- Taishan Global Settlement- Master Spreadsheet- Martzell & Bickford
**Importance:** High

Counsel,

The Class Settlement Agreement with Taishan Gypsum was filed on the MDL docket this morning (Rec. Doc. 22305-2). Pursuant to the Agreement, within 10 days Class Counsel will file a Master Spreadsheet setting forth all known Settlement Class Member Claims with sufficient proof of indicia of Covered Chinese Drywall in the Affected Property.  These Class Members will not need to fill out a claim form in order to participate in the Settlement.

The Master Spreadsheet includes the following information for each Claim: (i) Under Air Square Footage, (ii) Product Identification, (iii) Ownership Status, (iv) Remediation Status, (v) Set-Offs, (vi) Assignments of rights to pursue Claims, and (vii) whether the claimant is an *Amorin* Plaintiff or a *Brooke* Plaintiff. According to the Allocation Model filed yesterday by the Allocation Neutral (Rec. Doc. 22304-1), Ownership Status and Remediation Status will not affect any Class Member's Allocation Payment.

Please review the attached spreadsheet regarding the claims of your *Amorin* and *Brooke* clients for accuracy and completeness. Note that the information included on this spreadsheet was obtained by Class Counsel from documentation previously submitted in a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, and/or through discovery. This information was vetted and accepted based on the proofs uploaded to the BrownGreer Chinese Drywall portal and/or provided to my office.

If the information is correct, you MUST respond to this email stating you have completed your review of the spreadsheet as an officer of the Court, and the information for your clients' claims is accurate and complete and based upon evidentiary support.

If you believe any information on the spreadsheet is incorrect, please make the changes on the spreadsheet and highlight those changes in yellow. To the extent you are claiming a different Product ID bucket or square footage for any property, you must upload supporting documentation to the BrownGreer portal. All prior payments received by a claimant for Chinese Drywall claims must be disclosed. If a client received funds from

a settlement or litigation outside of the MDL, you must include the amount on this spreadsheet and highlight the amount accordingly. If Class Counsel accepts your changes, we will let you know by email. <u>Subject to acceptance of any proffered changes, you MUST respond to this email that you have completed your review of the spreadsheet as an officer of the Court, and that the information for your clients' claims is accurate and complete and based upon evidentiary support.</u>

The Master Spreadsheet will be filed on the Court's docket on <u>August 30, 2019</u>. Therefore, we need all responses confirming your review and acceptance of the information on the spreadsheet (and/or proposed changes), <u>no later than 5:00pm CST August 27, 2019</u>, to ensure your clients' claims are adequately protected and included on the Master Spreadsheet. Failure to comply with this deadline will adversely impact your clients' claims.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail