# EXHIBIT 6



LIVING AREA 2703 Sq Ft.
CEILING HIGHT 8 FT.

Alphonso Walker
# 100092