# EXHIBIT 8

# CHINESE DRYWALL PRODUCT I.D. INSPECTION REPORT
# JUSTIN AND MELISSA KELLEY
# 10/20/11

The following inspection was conducted on 10/20/11

JUSTIN AND MELISSA KELLEY
3319 12 ST NORTH
ST. PETERSBURGH, FLORIDA

We traveled to KELLEY and conducted a product identification search. MADE IN CHINA MEETS OR EXCEEDS ASTM C1396-04 drywall was documented in the following locations of the house:

**MADE IN CHINA**

1. **MASETR BEDROOM- EAST WALL**
2. **MASTER BEDROOM CLOSET – WEST WALL**
3. **WEST BEDROOM- CLOSET – SOUTH WALL**
4. **EAST BEDROOM- SOUTH WALL**
5. **KITCHEN HALL- NORTH WALL**

9297 JUSTIN & MELISSA KELLEY PRODUCT ID 102011
**JAVIER YANES**
**LICENSED PRIVATE INVESTIGATOR**
**LICENSE # A85-00426**
**305-461-5200**