# EXHIBIT 9

# Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages

| Client(s) Name: | Brian and Barbara Lewis |
|---|---|
| Affected CDW Property Address: | 6755 Lake Willow Drive<br>New Orleans, Louisiana 70126 |
| Verified Under Air Square Footage: | 5231 |

I declare the information listed above is true and correct to the best of my knowledge.

May 19, 2017
Date

Attorney Signature

Attorney Name Printed: Michael J. Ecuyer

Firm: Gainsburgh Benjamin David Meunier & Warshauer, LLC

Address: 2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2800
504/522-2304

-1-2012 08:34A FROM: *TO:5289973*  P.1

*NO: Helen@ 504-528-9973*
*From: Brian & Barbara Lewis 504-243-3234*
*11/1/12*

File No. File #903040 Page #18

**Building Sketch**

| Borrower | Brian and Barbara Lewis | | | |
|---|---|---|---|---|
| Property Address | 6755 Lake Willow Dr | | | |
| City | New Orleans | County Orleans | State LA | Zip Code 70128-2118 |
| Lender | Barkley Capital Group | | | |



Sketch by Apex IV™
Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 4107.02 | 4107.02 |
| GLA2 | Second Floor | 1123.99 | 1123.99 |
| GAR | Carport | 400.00 | 400.00 |
| OTH | Outside Bathroom | 75.36 | |
| | Guest | 490.68 | 566.04 |
| | | | |
| | TOTAL LIVABLE (rounded) | | 5231 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 17.2 x | 86.0 | 1479.20 |
| 4.5 x | 79.8 | 359.10 |
| 40.5 x | 53.4 | 2162.70 |
| 6.2 x | 17.1 | 106.02 |
| Second Floor | | |
| 3.5 x | 11.5 | 40.25 |
| 3.5 x | 11.5 | 40.25 |
| 17.3 x | 41.9 | 724.87 |
| 5.8 x | 32.9 | 190.82 |
| 4.5 x | 28.4 | 127.80 |
| | | |
| 9 Calculations Total (rounded) | | 5231 |

Lewis, B 0007    Form SKT.BldSkI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE