# EXHIBIT 10

```
 1                    E X H I B I T S
 2         No. 1    Plaintiff Profile Form          13
           No. 2    Declaration of Correctness      16
 3                  of Square Footage...
           No. 3    (Orleans Parish Assessor's      19
 4                  Office website printout)
           No. 4    Supplemental Plaintiff          25
 5                  Profile Form
                    (verification page)
 6         No. 5    Healthy Home Solutions Case     32
                    Narrative
 7         No. 6    (Road Home documents)           38
           No. 7    Short Term Assistance for       63
 8                  Rental Services (STARS)...
           No. 8    (Orleans Parish Assessor's      66
 9                  Office website printout)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1    to a terrarium, I just made it an outdoor living
 2    space.
 3        Q.   Okay.
 4        A.   So we just took away a few hundred square
 5    feet of the property.
 6        Q.   Okay.  That area is not air-conditioned?
 7        A.   No.
 8        Q.   Okay.  Do you know the square footage of
 9    the property?
10        A.   I believe it is somewhere in the area of
11    5,200.
12             MS. CARPENTER:
13                Okay.  I'm going to mark this as
14             Exhibit 2.
15             (Exhibit No. 2 was marked for
16             identification and attached hereto.)
17    BY MS. CARPENTER:
18        Q.   Mr. Lewis, do you recognize this document?
19        A.   Yes.  I do.
20        Q.   What is your understanding of what this
21    document is?
22        A.   I'm off by 31 square feet.
23        Q.   That's a -- that's a pretty good guess
24    either way.
25             Is -- is this your attorney's signature on
```

Confidential - Subject to Further Confidentiality Review

```
 1   this document?
 2        A.   I would say yes.
 3        Q.   Okay.  And this is your property address
 4   listed on it?
 5        A.   Yes.
 6        Q.   Okay.  And it lists the under-air square
 7   footage as 5,231; is that correct?
 8        A.   That would be correct.
 9        Q.   Okay.  If you flip over to the back
10   there's a floor plan here or a sketch of the
11   property.
12             Have you seen this before?
13        A.   Yes.  I have.
14        Q.   Do you know what this sketch is from?
15        A.   It's from my property.
16        Q.   Do you know who created the sketch?
17        A.   I believe we had an appraisal done of the
18   home --
19        Q.   Okay.
20        A.   -- and they created the sketch.
21        Q.   Do you have a copy of that appraisal?
22        A.   No.  I do not.
23        Q.   Okay.  So I just want to make sure that I
24   understand kind of the -- the layout of the home.
25   So it looks like there's -- there's the main house
```

Confidential - Subject to Further Confidentiality Review

```
 1   with -- to the right of that, it looks like -- I'm
 2   assuming maybe that's a -- is that an upstairs?
 3   If you look at the square to the --
 4        A.  No.  There was a guesthouse --
 5        Q.  Okay.
 6        A.  -- on the property.
 7        Q.  Okay.  Can you describe the guesthouse to
 8   me?
 9        A.  Yes.  The guesthouse, which I eventually
10   turned into a recording studio -- I couldn't
11   exactly give you the size.  Maybe it's written
12   down there.  But maybe one-and-a-half times the
13   size of this -- of this room.
14        Q.  Okay.  And was that separate from the main
15   house?
16        A.  Yes.
17        Q.  Were they connected at all?
18        A.  Yes.  They were connected by a -- over the
19   walkway --
20        Q.  Okay.
21        A.  -- they had a little -- just a little
22   tunnel of a roof.
23        Q.  Okay.  Was the guesthouse one or
24   two stories?
25        A.  One.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Okay.  Was it air-conditioned?
 2        A.   Yes.
 3        Q.   Okay.  Did you also have a garage or
 4   carport?
 5        A.   Carport.
 6        Q.   Okay.  Was any part of that
 7   air-conditioned?
 8        A.   No.
 9        Q.   Okay.  So you had the main house, the
10   guesthouse, and the carport?
11        A.   Correct.
12        Q.   Are there any other structures on the
13   property?
14        A.   No.
15        Q.   Okay.  And is the -- the main house one or
16   two floors?
17        A.   Two floors.
18             MS. CARPENTER:
19                  Okay.  I'm going to mark this as
20             Exhibit 3.
21             (Exhibit No. 3 was marked for
22             identification and attached hereto.)
23   BY MS. CARPENTER:
24        Q.   Mr. Lewis, do you recognize this document?
25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

 1      Q.  And is this your address printed at the
 2   top, 6755 Lake Willow Drive?
 3      A.  Yes.  It is.
 4      Q.  Now, if you look at this one, it shows the
 5   main area square footage as 3,214 square feet.
 6          Do you see that?
 7      A.  Yes.
 8      Q.  Do you have any understanding as to why
 9   there's a difference between these two square
10   footage measurements?
11      A.  I have no idea because I didn't do the
12   measuring.
13      Q.  Okay.  And the -- the footprint of the
14   house on this one looks a little different to me.
15      A.  Totally.
16      Q.  Okay.  Which do you think is a more
17   accurate depiction of your home?
18      A.  I would say the first.
19      Q.  Okay.  And that's Exhibit 2?
20      A.  Yes.
21      Q.  Okay.  Have you ever personally measured
22   the square footage of your home?
23      A.  No, ma'am.
24      Q.  Okay.  Do you have any reason to doubt
25   that 5,231 square feet is incorrect, or to -- do

```
 1    you have any reason to think that 5,231 is
 2    incorrect?
 3         A.   No.
 4         Q.   Okay.  Now let's talk a little bit about
 5    the renovations after Hurricane Katrina.
 6         A.   Okay.
 7         Q.   When did those renovations occur?
 8         A.   Okay.  I believe it began in the summer --
 9    I mean the winter of December 2016.
10         Q.   Okay.  2016 or 2006?
11         A.   I'm sorry.  '06.  2006.
12         Q.   Okay.
13         A.   2006.  I'm sorry.
14         Q.   That -- that makes a little more sense.
15    Okay.
16              And how long did those renovations take?
17         A.   It took until 2007.  I believe we returned
18    to the home in October of 2007.
19         Q.   Okay.  What all was done during that
20    renovation?
21         A.   Everything.
22         Q.   Okay.
23         A.   From the bottom to the top floors,
24    insulation, walls, Sheetrock, roof, windows,
25    everything.
```