# EXHIBIT 12

# Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages

| Client(s) Name: | Young, Melissa |
|---|---|
| Affected CDW Property Address: | 2909 Monica Lane, Marrero, Louisiana 70072<br>Marrero, LA  70072 |
| Verified Under Air Square Footage: | 1797 |

I declare the information listed above is true and correct to the best of my knowledge.

May 11 2017
Date

*(Attorney Signature)*
Attorney Signature

Attorney Name Printed: <u>Salvadore Christina, Jr</u>.

Firm: <u>Becnel Law Firm, LLC</u>

Address: <u>425 W. Airline Hwy., Suite B</u>
<u>LaPlace, LA 70068</u>

