# EXHIBIT 15

USF Report No. 09.04.780
Attachment B



Sq. Ft. 3,663 Down

USF Report No. 09.04.780
Attachment B



Sq.FT 875 up.

October 19, 2009                                                                 Page 41