# EXHIBIT 17

# Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages

| Client(s) Name: | Sutton, Shawnddrika |
|---|---|
| Affected CDW Property Address: | 103129 Lake Carmel Dr<br>New Orleans, LA 70128 |
| Verified Under Air Square Footage: | 1014 |

I declare the information listed above is true and correct to the best of my knowledge.

_8-4-2017_
Date

_[signature]_
Attorney Signature

Attorney Name Printed: <u>Salvadore Christina</u>

Firm:  <u>Becnel Law Firm, LLC</u>

Address: <u>425 W. Airline Hwy, Suite B</u>
<u>LaPlace, LA 70068</u>



# FLOOR PLAN

| | | | | |
|---|---|---|---|---|
| Borrower/Client | SUTTON | | | |
| Property Address | 12931 N Lake Carmel Dr | | | |
| City | NEW ORLEANS | County ORLEANS | State LA | Zip Code 70120-2523 |
| Lender | HOMECOMINGS FINANCIAL | | | |



