# EXHIBIT 18

**Subject:** Re: Chinese Drywall- Taishan Global Settlement- Master Spreadsheet- Becnel Law Firm
**Date:** Friday, August 23, 2019 at 3:15:34 PM Central Daylight Time
**From:** Salvadore Christina, Jr.
**To:** Emma Kingsdorf Schwab
**CC:** Toni Becnel
**Priority:** High

Emma,

I have completed my review of the spreadsheet as an officer of the Court, and the information in my clients' claims is accurate and complete and based upon evidentiary support.

Salvadore Christina, Jr.
Becnel Law Firm, LLC
425 W. Airline Hwy. Suite B
LaPLace, LA 70068
Phone: 985.536.1186
Fax:     985.536.6445

This document is intended for the use of the person to whom it is addressed.  It may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, any dissemination, distribution, copying, or use of this document is strictly prohibited.  If you have received this communication in error, please delete it from your inbox.

> On Aug 20, 2019, at 9:57 AM, Emma Kingsdorf Schwab <eschwab@bkc-law.com> wrote:
>
> have completed your review of the spreadsheet as an officer of the Court, and the information for your clients' claims is accurate and complete and based upon evidentiary support.