# EXHIBIT 19

# FLOOR PLAN

| Borrower/Client | SUTTON | | | | |
|---|---|---|---|---|---|
| Property Address | 12931 N Lake Carmel Dr | | | | |
| City | NEW ORLEANS | County | ORLEANS | State LA | Zip Code 70128-2523 |
| Lender | HOMECOMINGS FINANCIAL | | | | |

