# EXHIBIT 20

| | |
|---|---|
| **Subject:** | RE: CDW- Known Amorin and Brooke Claims- Allison Grant |
| **Date:** | Tuesday, July 16, 2019 at 3:46:18 PM Central Daylight Time |
| **From:** | Allison Grant |
| **To:** | Emma Kingsdorf Schwab |
| **CC:** | Allison Grant |
| **Attachments:** | image001.png, Amorin and Brooke Known Claimants Eligible for Settlement_Allison Grant only 7-16-19.xlsx |

Hi Emma.

See attached for Allison Grant, P.A. clients only.   Still working on the joint clients.

All insertions are highlighted in a gross orange color.   And any corrections are also in red font.

Note, in those instances where you have both an "H" and "I" for drywall markings, I deleted the "I" because all boards with Taihe tape necessarily have/had "MADE IN CHINA" markings on the same board.   It is just a matter of whether or not the markings were captured.

Let me know if you have any questions.

Allison


Sincerely,

Allison Grant, Esq.
Allison Grant, P.A.
14 Southeast 4th Street
Boca Raton, Florida  33432
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com


**Kindly skip the snail mail and email instead.**

*Confidentiality Note:  The information contained in this electronic transmission is legally privileged and confidential, and is intended solely for the use of the individual identified hereinabove as the intended recipient.  If the reader of this electronic transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, publication, discussion, retransmission or reproduction of this communication is unauthorized and prohibited.  If you have received this electronic transmission in error, please delete this communication immediately and notify the sender via reply email.  Thank you for your anticipated compliance*

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Friday, June 21, 2019 3:34 PM

| Claimant Identifier | Amorin or Brooke | Claimant Name | Affected Property Address | City | State | Zip | Under-Air Square Footage | Covered Chinese Drywall (A-L) | Current Owner as of May 23, 2019 (Yes/No) | If Former Owner as of May 23, 2019, Identify Sell/Transfer Date | Remediation Status as of May 23, 2019 (Not Remediated, Partially... | Did you assign your rights to a third party to pursue... | Prior Payments Received for Chinese Drywall Claims | Counsel Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3397 | Amorin | Wanadoo, LLC | 9275 Marsh Island Drive | Vero Beach | FL | 32963 | 5,977 | A | Yes | N/A | Partially remediated | N/A | 42141.47, plus 46,832.56 | Allison Grant, P.A. Allison Grant, Esq. 14 Southeast 4th Street Boca Raton, Florida 33432 (561) 994-9646 agrant@allisongrantpa.com |