# EXHIBIT 21

## Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages

| Client(s) Name: | Chevalier, Randy and G. And Antoinette |
|---|---|
| Affected CDW Property Address: | 2585 Jonquil Street New Orleans, LA 70122 |
| Verified Under Air Square Footage: | 900 |

I declare the information listed above is true and correct to the best of my knowledge.

May 19, 2017

_____
Date

_____
Attorney Signature

Leonard A. Davis, Esq.
Herman, Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

# Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages

| | |
|---|---|
| Client(s) Name: | Chevalier, Randy and G. And Antoinette |
| Affected CDW Property Address: | 3900-3902 Franklin Avenue New Orleans, LA 70122 |
| Verified Under Air Square Footage: | 2125 |

I declare the information listed above is true and correct to the best of my knowledge.

May 19, 2017

_____
Date

Attorney Signature

Leonard A. Davis, Esq.
Herman, Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113