# EXHIBIT 22



**Murphy Appraisal Services, LLC**
2305 Veterans Memorial Blvd, Ste. I, Metairie, LA 70002
(504) 838-6005   FAX (504) 838-6006
www.murphyappraisal.com

# INVOICE

| | |
|---|---|
| **INVOICE NUMBER** | 2019-2738 |
| **DATE** | 10/11/2019 |
| **REFERENCE** | |
| Internal Order #: | 2019-2738 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 2019-2738 |
| Other File # on form: | |
| Federal Tax ID: | 72-1259818 |
| Employer ID: | |

**TO:**
Randy G Chevalier
907 Port Street
New Orleans, LA 70117

Telephone Number: (504) 383-3009
Fax Number:
Alternate Number:
E-Mail: randygc@gmail.com

## DESCRIPTION

Lender: Randy G Chevalier        Client: Randy G Chevalier
Purchaser/Borrower: N/A
Property Address: 3900,3902,3902B &Franklin Ave. 2585 Jonquil St.
City: New Orleans
County: Orleans        State: LA        Zip: 70122
Legal Description: Lot1, Square 24, Edgewood Park S/D

## FEES                                                                                      AMOUNT

Building Area Measurement                                                              50.00
David W. LaBalle

**Paid in full $50.00 Cash on 10/10/2019**        SUBTOTAL     50.00

## PAYMENTS                                                                                  AMOUNT

Check #:      Date:      Description:
Check #:      Date:      Description:
Check #:      Date:      Description:

SUBTOTAL
**TOTAL DUE**   $   50.00

---

*Please Return This Portion With Your Payment*

**FROM:**
Randy G Chevalier
907 Port Street
New Orleans, LA 70117

Telephone Number: (504) 383-3009
Fax Number:
Alternate Number:
E-Mail: randygc@gmail.com

**AMOUNT DUE:** $ 50.00
**AMOUNT ENCLOSED:** $

| | |
|---|---|
| **INVOICE NUMBER** | 2019-2738 |
| **DATE** | 10/11/2019 |
| **REFERENCE** | |
| Internal Order #: | 2019-2738 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 2019-2738 |
| Other File # on form: | |
| Federal Tax ID: | 72-1259818 |
| Employer ID: | |

**TO:**
Murphy Appraisal Services, LLC
19411 Helenberg Road
Suite 204
Covington, LA 70433

Form NIV2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Subject Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 3900,3902,3902B &Franklin Ave. 2585 Jonquil St. |
| City | New Orleans     County Orleans     State LA     Zip Code 70122 |
| Lender/Client | Randy G Chevalier |



### Subject Front

3900,3902,3902B &Franklin Ave. 2585 Jor
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location        Interior
View            Residential
Site
Quality         Average
Age





### Subject Rear





### Street View

## Subject Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 3900,3902,3902B &Franklin Ave. 2585 Jonquil St. |
| City | New Orleans    County Orleans    State LA    Zip Code 70122 |
| Lender/Client | Randy G Chevalier |



### Side View

3900,3902,3902B &Franklin Ave. 2585 Jor
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location            Interior
View                Residential
Site
Quality             Average
Age



### Side View



### Cvd. Patio

# Building Sketch

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3900,3902,3902B &Franklin Ave. 2585 Jonquil St. | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70122 |
| Lender/Client | Randy G Chevalier | | | | | |



# SKETCH/AREA TABLE ADDENDUM

File No 2019-2738

| | |
|---|---|
| Property Address | 3900, 3902, 3902B Franklin Ave. & 2585 Jonquil St. |
| City | New Orleans    State LA    Zip 70122 |
| Borrower | |
| Lender/Client | Randy G. Chevalier |
| Appraiser Name | David W. LaBalle |



Ground Level | First Floor

Comments:

Scale: 1" = 30'

| AREA CALCULATIONS SUMMARY ||||
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GBA1 | 2585 Jonquil | 1004.06 | |
| | 3902B | 908.47 | 1912.53 |
| GBA2 | 3900 | 952.66 | |
| | 3902 | 918.66 | 1871.32 |
| P/P | Porch | 170.80 | 170.80 |

| BUILDING AREA BREAKDOWN |||
|---|---|---|
| Breakdown || Subtotals |
| 2585 Jonquil | | |
| 12.2 x | 82.3 | 1004.06 |
| 3902B | | |
| 12.2 x | 70.2 | 856.44 |
| 12.1 x | 4.3 | 52.03 |
| 3900 | | |
| 75.3 x | 12.2 | 918.66 |
| 4.0 x | 8.5 | 34.00 |
| 3902 | | |
| 75.3 x | 12.2 | 918.66 |

| Net BUILDING Area | (rounded) | 3784 | 6 Items | (rounded) | 3784 |
|---|---|---|---|---|---|

Murphy Appraisal Services    APEX SOFTWARE 800-858-9958    Apx8100-w Apex v5

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# QUALIFICATIONS OF
## David W. LaBalle

### EXPERIENCE

A.B. Miles & Associates- Appraisers/realtors providing residential and small income producing property valuation. (September 1989 to November 1994)

Murphy Appraisal Services, LLC- Providing residential and small income producing property valuation. (December 1994 to present)

### PROFESSIONAL MEMBERSHIPS

Louisiana Certified Residential Appraiser # R921
FHA Appraiser Roster #LA921

### TRAINING

Principals of Real Estate Appraising, Louisiana Certified Appraisers Law and Income Property Appraising, Review for Certified Appraisers Test.
National Association of Independent Fee Appraisers. LSU, Baton Rouge. LA
(November 1989)

Appraising Single Family Properties and FNMA Requirements.
Real Estate Market Data Center, University of New Orleans, New Orleans, LA
(September 1991)

Real Estate Salesperson Course
Real Estate Principals and Practices 90 hrs
Uptown Professional Real Estate School, New Orleans, LA
(December 1993)

7-Hour National USPAP Update Course
Louisiana Real Estate Commission, New Orleans, LA (April 2016)

HUD Handbook 4000.1, 7hrs (August 2015)
Appraisal Institute, Tangipahoa Technology Center, Hammond, LA

What's New in Technology, 7hrs (October 2016)
Appraisal Institute, Tangipahoa Technology Center, Hammond, LA

Divorce and Estate Appraisals: Elements of Non-Lender Work, 4hrs (December 2016)
McKissock Online

### APPRAISAL ASSIGNMENTS

Single Family Residences, Multi-Family Properties, Condominiums, Townhouses, and Small Commercial Properties.

