# EXHIBIT 23





Gary R. Nikolits, CFA
**Property Appraiser**
Palm Beach County

Property Appraiser's Public Access — PAPA

Owner Name: STITSKY MARSHALL &
Parcel Control Number: 00-42-45-20-05-001-1150
Location Address: 8561 COBBLESTONE POINT CIR

## Structural Element for Building 1

1. Exterior Wall 1: CB STUCCO
2. Year Built: 2006
3. Air Condition Desc.: HTG & AC
4. Heat Type: FORCED AIR DUCT
5. Heat Fuel: ELECTRIC
6. Bed Rooms: 5
7. Full Baths: 4
8. Half Baths: 1
9. Roof Structure: WOOD TRUSS
10. Roof Cover: CONC. TILE
11. Interior Wall 1: DRYWALL
12. Floor Type 1: MARBLE
13. Floor Type 2: CARPETING
14. Stories: 2

## Sketch for Building 1

Area 1 | Area 2 | Area 3
Area 4 | Area 5 | Area 6

*Correct UP STAIRS Sq Ft.* (handwritten annotation)

## Subarea and Sq. Footage for Building 1

| No. | Code Description | Sq. Footage |
|---|---|---|
| 1. | BAS BASE AREA | 2310 |
| 2. | FOP FINISHED OPEN PORCH | 398 |
| 3. | FOP FINISHED OPEN PORCH | 43 |
| 4. | FGR FINISHED GARAGE | 242 |
| 5. | FGR FINISHED GARAGE | 413 |
| 6. | FUS FINISHED UPPER STORY | 1824 |

Total Square Footage: 5230
Total Area Under Air: 4134

### Extra Feature

| Description | Year Built | Units |
|---|---|---|
| POOL - IN GROUND | 2008 | 100 |
| PATIO | 2008 | 545 |
| SCREEN ENCLOSURE | 2008 | 2320 |

Units may represent the perimeter, square footage, linear footage, total number or other measurement of the feature depending on the feature described.

**Land Details**