# EXHIBIT 24



Gary R. Nikolits, CFA
**Property Appraiser**
Palm Beach County

Property Appraiser's Public Access  PAPA

Owner Name: GALLACHER MICHAEL &
Parcel Control Number: 00-42-45-20-05-001-0660
Location Address: 8911 COBBLESTONE POINT CIR

## Structural Elements for Building 1

1. Exterior Wall 1: CB STUCCO
2. Year Built: 2006
3. Air Condition Desc.: HTG & AC
4. Heat Type: FORCED AIR DUCT
5. Heat Fuel: ELECTRIC
6. Bed Rooms: 5
7. Full Baths: 4
8. Half Baths: 1
9. Roof Structure: WOOD TRUSS
10. Roof Cover: CONC. TILE
11. Interior Wall 1: DRYWALL
12. Floor Type 1: MARBLE
13. Floor Type 2: CARPETING
14. Stories: 2

## Sketch for Building 1

[Area 1] [Area 2] [Area 3] [Area 4]
[Area 5] [Area 6]

## Subarea and Sq. Footage for Building 1

| No. | Code Description | Sq. Footage |
|-----|------------------|-------------|
| 1. | BAS BASE AREA | 2310 |
| 2. | FGR FINISHED GARAGE | 242 |
| 3. | FGR FINISHED GARAGE | 413 |
| 4. | FSP FINISHED SCREENED PORCH | 398 |
| 5. | FUS FINISHED UPPER STORY | 1520  1824 |
| 6. | UOP UNFINISHED OPEN PORCH | 56 |

Total Square Footage: 4939
Total Area Under Air: 3830   #336 (Bonus room Not Included)

total 4134  See Attached neighbor prpty

FLOORPLAN

| | |
|---|---|
| Borrower: GALLACHER, CPF# | File No.: 07-12145BF |
| Property Address: 8911 COBBLESTONE POINT CIR | Case No.: |
| City: BOYNTON BEACH          State: FL | Zip: 33437 |
| Lender: CENTERPOINTE FINANCIAL INC | |



FIRST FLOOR

SECOND FLOOR