# EXHIBIT 25

Case 2:09-md-02047-EEF-MBN   Document 22708-25   Filed 04/13/20   Page 1 of 2

# Declaration of Correctness of Square Footage on Chinese Drywall Client(s) Property for Remediation Damages

| | |
|---|---|
| Client(s) Name: | Michael Gallacher and Randall Baker |
| Affected CDW Property Address: | 8911 Cobblestone Point Circle<br>Boynton Beach, Florida 33472 |
| Verified Under Air Square Footage: | 3830 |

I declare the information listed above is true and correct to the best of my knowledge.

5/19/2017
Date

_[signature: Holly Werkema]_
Attorney Signature

Attorney Name Printed: Holly Werkema

Firm:   Baron & Budd, P.C.

Address: 3102 Oak Lawn Ave., Ste. 1100

            Dallas, TX 75219