# EXHIBIT 26



Owner Name: **GALLACHER MICHAEL &**
Parcel Control Number: 00-42-45-20-05-001-0660
Location Address: **8911 COBBLESTONE POINT CIR**

## Structural Element for Building 1

1. Exterior Wall 1 — CB STUCCO
2. Year Built — 2006
3. Air Condition Desc. — HTG & AC
4. Heat Type — FORCED AIR DUCT
5. Heat Fuel — ELECTRIC
6. Bed Rooms — 5
7. Full Baths — 4
8. Half Baths — 1
9. Roof Structure — WOOD TRUSS
10. Roof Cover — CONC. TILE
11. Interior Wall 1 — DRYWALL
12. Floor Type 1 — MARBLE
13. Floor Type 2 — CARPETING
14. Stories — 2

## Subarea and Sq. Footage for Building 1

| Code Description | Sq. Footage |
|---|---|
| BAS BASE AREA | 2310 |
|  | 242 |

| | |
|---|---|
| FGR FINISHED GARAGE | |
| FGR FINISHED GARAGE | 413 |
| FSP FINISHED SCREENED PORCH | 398 |
| FUS FINISHED UPPER STORY | 1520 |
| BLC BALCONY | 56 |
| Total Square Footage : | 4939 |
| Total Area Under Air : | 3830 |

### Extra Feature

| Description | Year Built | Units |
|---|---|---|
| POOL - IN-GROUND | 2006 | 91 |
| PATIO | 2006 | 680 |

Unit may represent the perimeter, square footage, linear footage, total number or other measurement of the feature depending on the feature described.

### Land Details

| Land Line # | Description | Zoning | Units | Acres |
|---|---|---|---|---|
| 1. | SFR WATER | AGR-PUD | 1 | 0.1795 |