# Exhibit A

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # 2007-53082  DT 07/27/07
TYPE: S FEE: $25.00 PG: 3

AUTHENTIC TITLE. LTD.
3445 N. Causeway Blvd.
Suite 103
Metairie, LA 70002

07-0601S

# CASH SALE

SALE OF PROPERTY

BY

DENISE MULLER PALLITTA,
wife of/and VINCENZO PALLITTA

TO

XIAOCHUN XI, wife of/and
JINJIANG WANG

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

**BE IT KNOWN,** That on this 23rd day of July in the year of our Lord two thousand and seven (2007);

**BEFORE ME,** THE UNDERSIGNED, a Notary Public, duly commission in and for the Parish and State aforesaid, in the presence of the undersigned competent witnesses,

**PERSONALLY CAME AND APPEARED,**

**DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA,** both persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 2708 Octavia Street, New Orleans, LA 70115;

hereinafter referred to as "Vendor" who declared that they do by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto:

**XIAOCHUN XI, wife of/and JINJIANG WANG,** both persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 4220 Vincennes Place, New Orleans, LA 70125;

hereinafter referred to as "Purchaser", here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular, the following described property, to wit:

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto belonging or in any wise appertaining situated in the SIXTH DISTRICT OF THE CITY OF NEW ORLEANS, STATE OF LOUISIANA, designated as LOT "B", BLOCK "E" of Vincennes Place, bounded by Vincennes Place, Grape Street, the Bloomingdale-Hurstville Line (State Street Drive side), and Dart Street, Said Lot commences at a distance of 185 feet from the corner of Vincennes Place and Grape Street, and measures thence 45 feet front on Vincennes Place, a width in the rear of 44 feet 11 inches, a depth on the sideline nearer Grape Street of 86 feet 3 inches 2 lines, a depth on the opposite sideline of 84 feet 5 inches 5 lines. All as more fully shown on survey by E.L. Eustis & Sons, Civil Engineering and Surveyors, dated August 11, 1988.

The improvements thereon bear municipal number 4220 Vincennes Place, New Orleans, Louisiana 70125.

THIS ACT IS MADE, ACCEPTED AND SUBJECT TO THE FOLLOWING:

1. Deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c).

2. Subject to the building restrictions contained in act dated July 12, 1944, registered in COB 528, folio 659.

3. Any and all encroachments, set back lines, overlaps, boundary line disputes, servitudes or other matters as disclosed on survey by E.L. Eustis & Sons, Civil Engineers and Surveyors, dated August 11, 1988.

**This property is sold "AS-IS" with Waiver of Redhibition as per the attached addendum.**

Being the same property acquired by DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA by act dated February 1, 2007, registered in CIN 338418, the Parish of Orleans, State of Louisiana.

To have and to hold the above described property unto the said Purchaser, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **Three Hundred Eighteen Thousand dollars & no cents DOLLARS, ($318,000.00)** cash, which the said Purchaser has well and truly paid in ready and current money to the vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All taxes up to and including the taxes due and exigible in 2007 are paid, and taxes for the current year have been prorated between the parties hereto.

Vendor represents and warrants: (1) that no other sale or grant of interest in said property has been or will be made by vendor, and (2) that said property is not, and will not become subject to any lien or encumbrance by act of omission of vendor, or claim against vendor, except as otherwise noted or excepted.

THUS DONE AND PASSED, in my office in the aforesaid Parish and State on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

**WITNESSES:**

_____
Print Name: Rose L. March

_____
Print Name: Lesha Nugent Freeland

_____
DENISE MULLER PALLITTA

_____
VINCENZO PALLITTA

_____
XIAOCHUN XI

_____
JINJIANG WANG

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES WITH LIFE

**MARIA GRAY DOLESE**
**ID NUMBER 38131**