# Exhibit E

SELECT A CITY ▾   COVID-19 SMALL BUSINESS RESOURCE GUIDE   Case 2:09-md-02047-EEF-MBN   Document 22709-5   Filed 04/14/20   Page 2 of 2
SOUTH FLORIDA BUSINESS JOURNAL   Where small and midsized business owners can find help   LIMITED TIME OFFER Subscribe Now   YOUR ACCOUNT Sign In ▾
INDUSTRIES & TOPICS   NEWS   LISTS & LEADS   PEOPLE & COMPANIES   EVENTS   LEADERSHIP TRUST   MORE...



BREAKING — CORONAVIRUS COVERAGE: Click to read our free stories
Sign up for Breaking News Alerts

Residential Real Estate

# Attorney: Chinese drywall ruined Banner Supply

✉ Email   Share   in Share   Tweet   ☆ Save   🖨 Print   Order Reprints

By Paul Brinkmann –
Jun 4, 2010, 2:47pm EDT Updated Jun 4, 2010, 2:47pm EDT

**IN THIS ARTICLE**

**Lisa Seifart**
Person

**Michael Peterson**
Person



Lease accounting: April 28 webcast
Learn about common implementation challenges for private companies.
Register today

Banner Supply Co. has been a fixture in the Miami building industry for 40 years.

Now, after a construction recession and the Chinese drywall fiasco, the company is "just trying to survive," said its attorney, Michael Peterson.

The company bought defective Chinese drywall from importers in 2006, as domestic supplies dwindled. Now, Banner is caught in a firestorm of lawsuits and allegations that it mishandled the crisis.

Its statewide network of warehouses has been decimated. In the last two years, the company closed locations in Port St. Lucie and Fort Myers, while downsizing operations in Tampa, West Palm Beach, Pompano Beach and Miami.

As a result, the company has slashed its workforce to 65 from 222.

The big question is whether Banner knew that Chinese drywall was dangerous and corrosive, not just smelly, and when the company knew it.

The company has long maintained that it stopped using Chinese imported drywall in early 2007 because a few complaints about a smell of rotten eggs came from homeowners who bought WCI Communities homes in South Florida, and because domestic wallboard became available.

Banner is the only defendant still fighting allegations in a lawsuit, *Seifart vs. Banner Supply*, which gets under way in Miami on Monday. As the *South Florida Business Journal* reported in this week's print edition, Armin Seifart and Lisa Seifart have sued over the installation of Chinese drywall in their home near Coconut Grove. They allege that Banner knew the wallboard was defective and damaging. Two other defendants, the builder and a drywall hanger, have settled, Peterson said.

But, Banner steadfastly denies that it had any inkling of Chinese drywall's corrosive effects on metal, or that it causes health problems, as has been alleged in lawsuits.

"All we knew was there was a complaint related to smell, five homes in WCI had it, and test results showed no health concern," Peterson said. "There was no indication of corrosion or personal injury."

==In 2007, the company signed a confidential agreement with the China-based manufacturer, Knauf Plasterboard Tianjin, which is owned by German conglomerate Knauf. Knauf agreed to take all remaining Chinese drywall from Banner and exchange it with domestic supply, if Banner agreed to stay quiet about the problem.==

Banner agreed, thinking the only problems were odor, Peterson said.

According to Peterson, it wasn't until 2008 that additional homeowners slapped Banner with formal complaints about odor and metal corrosion, especially in air conditioners.

Peterson said Banner's own workers unloaded the Knauf drywall and kept it stored for months, never noticing an odor. Knauf is not a party to the Seifarts' lawsuit in Miami-Dade County Circuit Court, but has been sued successfully in federal court.

Banner asked for a change of venue, so it can obtain a jury outside of Miami-Dade, he said.

Peterson said Banner is preparing its own claims against importers and manufacturers.

"We're financially devastated," he said. "Some homebuilders are starting to build again, but we can't even touch that business because of the stigma that was created. Banner is associated with the problem at this point, unfortunately."

BizSpotlight — PRESS RELEASE — LEARN MORE

RECOMMENDED

TRAVEL & TOURISM — Breaking: Walt Disney World to furlough 43K more workers after receiving union deal

BANKING & FINANCIAL SERVICES — Exclusive: John Hickenlooper shares details of his plan to help small businesses

HEALTH CARE — PHOTOS: This coronavirus testing team is the definition of 'essential workers'

SUBSCRIBE — Never hit a locked article again. — START READING

Keep your business healthy — FOR THE NEXT FOUR WEEKS, UNLOCK ALL ARTICLES FOR $4 — LEARN MORE

SPONSORED CONTENT BY CIGNA — The Health, Wellness & Balance in the Workplace section can help you during disruption
SPONSORED CONTENT BY CIGNA — Keeping your health, wellness & balance in your current workplace

MORE IN THIS TOPIC — More ›

Banks reflect on rocky first week of PPP loan program — BY ASHLEY PORTERO
Experts expect an influx of bankruptcy filings in South Florida — BY MATTHEW ARROJAS
Apple and Google team up to 'contact trace' the coronavirus — THE NEW YORK TIMES

PRIVATE EQUITY
Private equity wants a piece of SBA funding for coronavirus relief — BY ANDY MEDICI
Number of COVID-19 cases in South Florida eclipses 10,000 — BY MICHAEL ADAMS

MAY 28 — 2020 Healthiest Employers Awards and Health Fair — Meet the Healthiest Employers in South Florida. Arrive early for the... — MORE EVENTS

Subsidiary of local company to advise cities on COVID-19 federal aid — BY ASHLEY PORTERO
Former Under Armour spokeswoman joins Chewy — BY HOLDEN WILEN
HBR: How to manage coronavirus layoffs with compassion ▸ — HARVARD BUSINESS REVIEW

Latest BizSpotlight — More ›

UCS UNITED CLAIMS SPECIALISTS
OTHER — United Claims Sp... — Expansion — United Claims Specialists has a team of experienced and professional public adjuster who will work for you to ensure you get the settlement you deserv...

ADRIENNE ARSHT CENTER
PERFORMING ARTS — Adrienne Arsht C... — General News — The Adrienne Arsht Center for the Performing Arts of Miami-Dade County (@arshtcenter) is proud to announce that Georgiana Young has joined the...

ADRIENNE ARSHT CENTER
PERFORMING ARTS — Adrienne Arsht C... — General News — The Adrienne Arsht Center for the Performing Arts of Miami-Dade County (@arshtcenter) announces the addition of new officers to the Adrienne Arsht Cen...

Join the foremost network of South Florida business leaders.

Back to Top ▲

SOUTH FLORIDA BUSINESS JOURNAL   Home   News   Lists & Leads   People   Companies   Events   Jobs   Store

SUBSCRIBERS
Start a Subscription
Subscriber-Only Content
Digital Edition
Book of Lists
Book of Lists - Unlimited
Manage Your Account

ABOUT & CONTACT
About Us
About The Business Journals
Advertise
Help & FAQs
Contact Us
Circulation Sales Center Directory

APPS & SYNDICATION
Mobile Apps
Syndication/RSS

FOLLOW US
Twitter   LinkedIn   Facebook

NEWSLETTERS
Sign Up Now

ACBJ
American City Business Journals
AmericanInno
Bizwomen
Hemmings
Inside Lacrosse
Sports Business Journal

User Agreement   |   Privacy Policy   |   Your California Privacy Rights   |   Ad Choices

© 2020 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/20) and Privacy Policy and Cookie Statement (updated 1/1/20). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.