UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON <br><br> MAG. JUDGE WILKINSON |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

Plaintiffs Peggy Powell and Wicler Pierre hereby move this honorable court for an extension of time to file a notice of appeal, with the deadline moved to May 15, 2020 for each Plaintiff. For the reasons set forth in the accompanying memorandum of law filed contemporaneously herewith, Plaintiff's motion for an extension of time should be granted. This motion is unopposed by Defense Counsel.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs Peggy Powell and Wicler Pierre's Motion To Extend Time To File A Notice of Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2020.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC