UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS PEGGY POWELL AND WICLER PIERRE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

This *Bennett* action has been pending for over five years. All discovery has been completed, experts have been disclosed and deposed by each party, and remand for trial of individual claims will occur within months. Plaintiffs Peggy Powell and Wicler Pierre are two of over one hundred twenty plaintiffs currently joined in this single action.

This Court has issued an order granting summary judgment against both Plaintiff Peggy Powell and Plaintiff Wicler Pierre and dismissed their claims from the above-styled action. Both wish to file an appeal; however, a motion to sever the claims of both Powell and Pierre is pending and set for submission on April 29, 2020, the Court's next motion day. An appeal by Plaintiffs challenging the summary judgment ruling by this court would adversely affect the other remaining plaintiffs while the 5th Circuit Court of Appeals conducts its review for many months. Therefore, Plaintiffs Peggy Powell and Wicler Pierre request an extension to May 15, 2020 to allow sufficient time for this Court to rule on Plaintiffs motion and for the Clerk of Court to take all necessary steps to sever their claims from the *Bennett* case prior to filing a notice of

appeal.  Such an extension is within the discretion of this court and specifically contemplated in the Local Rules of the Fifth Circuit.  *See Fed. R. App. P.* 4(a)(5).

This extension request will not prejudice the defendants and Defendants do not oppose this motion; consequently, the motion to extend time for filing a notice of appeal should be granted.

DATED:  April 14, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Intervening Plaintiffs*