# Exhibit A

| | |
|---|---|
| This instrument was prepared by | Send Tax Notice To: Carl G. Russell |
| (Name) William H. Halbrooks, Attorney | name 5427 Creekside Lane |
| #1 Independence Plaza - Suite 704 | address |
| (Address) Birmingham, AL  35209 | Birmingham, AL  35244 |

## CORPORATION FORM WARRANTY DEED, JOINTLY FOR LIFE WITH REMAINDER TO SURVIVOR

STATE OF ALABAMA  }  KNOW ALL MEN BY THESE PRESENTS,
COUNTY OF JEFFERSON }

216,619.00
+ mtg

That in consideration of Two Hundred Eighty-Nine Thousand Six Hundred Nineteen and No/100--------
-----------------($289,619.00) Dollars

to the undersigned grantor,    Gibson & Anderson Construction, Inc.

a corporation, (herein referred to as GRANTOR), in hand paid by the GRANTEES herein, the receipt of which is hereby acknowledged, the said GRANTOR does by these presents, grant, bargain, sell and convey unto

Carl G. Russell and Lynn C. Russell

(herein referred to as GRANTEES) for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, the following described real estate, situated in       Jefferson County, Alabama       to-wit:

Lot 109, according to the Final Record Plat of Creekside Phase I, as recorded in Map Book 40, Page 90, in the Probate Office of Jefferson County, Alabama, Bessemer Division.

Subject to current taxes, easements and restrictions of record.

$      73,000.00                    of the purchase price recited above was paid from a mortgage loan closed simultaneously herewith.

TO HAVE AND TO HOLD, To the said GRANTEES for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever, together with every contingent remainder and right of reversion. And said GRANTOR does for itself, its successors and assigns, covenant with said GRANTEES, their heirs and assigns, that is lawfully seized in fee simple of said premises, that they are free from all encumbrances, that it has a good right to sell and convey the same as aforesaid, and that it will and its successors and assigns shall, warrant and defend the same to the said GRANTEES, their heirs, executors and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said GRANTOR, by its    Vice-President
who is authorized to execute this conveyance, has hereto set its signature and seal, this the 26th day of   July, 2006

ATTEST:                                          Gibson & Anderson Construction, Inc.

                                                 By_____
                                                 Edward T. Anderson, Vice-President

Carl C. Russell and Lynn C. Russell (herein referred to as GRANTEES) for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, the following described real estate, situated in Jefferson County, Alabama to-wit:

Lot 109, according to the Final Record Plat of Creekside Phase I, as recorded in Map Book 40, Page 90, in the Probate Office of Jefferson County, Alabama, Bessemer Division.

Subject to current taxes, easements and restrictions of record.

$ 73,000.00 of the purchase price recited above was paid from a mortgage loan closed simultaneously herewith.

TO HAVE AND TO HOLD, To the said GRANTEES for and during their joint lives and upon the death of either of them, then to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever, together with every contingent remainder and right of reversion. And said GRANTOR does for itself, its successors and assigns, covenant with said GRANTEES, their heirs and assigns, that is lawfully seized in fee simple of said premises, that they are free from all encumbrances, that it has a good right to sell and convey the same as aforesaid, and that it will and its successors and assigns shall, warrant and defend the same to the said GRANTEES, their heirs, executors and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said GRANTOR, by its Vice-President who is authorized to execute this conveyance, has hereto set its signature and seal, this the 26th day of July, 2006

ATTEST:

Gibson & Anderson Construction, Inc.

By _____

Edward T. Anderson, Vice-President

STATE OF ALABAMA
COUNTY OF JEFFERSON

I, William H. Halbrooks a Notary Public in and for said County in said State, hereby certify that Edward T. Anderson whose name as Vice-President of Gibson & Anderson Construction, Inc, a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation,

Given under my hand and official seal, this the 26th day of July, 2006

_____
Notary Public

My Commission Expires: 4/21/08        William H. Halbrooks

Recording Requested By:
VERDUGO TRUSTEE SERVICE CORPORATION

When Recorded Return To:

CARL G RUSSELL
LYNN C RUSSELL
5427 CREEKSIDE LN
HOOVER, AL 35244-3989



Bk: LR201263 Pg:21845
Jefferson County, Alabama
I certify this instrument filed on
09/20/2012 08:17:01 AM RM
Judge of Probate- Alan L. King

## RELEASE OF MORTGAGE

CITIMORTGAGE, INC. #:2003740781 "RUSSELL" Lender ID:03404/375634924  Jefferson (Bessemer Div.), Alabama
KNOW ALL MEN BY THESE PRESENTS, that CITIMORTGAGE, INC., hereinafter referred to as the Mortgagee, DOES HEREBY CERTIFY, that a certain Mortgage made and executed by CARL G RUSSELL AND LYNN C RUSSELL HUSBAND AND WIFE to secure payment of the principal sum of $73,000.00 plus interest, originally to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., in the County of Jefferson (Bessemer Div.), and the State of Alabama, Dated: 07/26/2006 Recorded: 08/07/2006 in Book/Reel/Liber: LR200664 Page/Folio: 11999 as Instrument No.: 20060807000989780, is now Paid and Satisfied, and is therefore discharged.

Assessor's/Tax ID No. 39-32-4-0-44

In all references in this instrument to any party, the use of a particular gender or number is intended to include the appropriate gender or number as the case may be.

IN WITNESS WHEREOF, the said Mortgagee has set his hand and has caused these presents to be signed by its duly authorized officer(s).

CITIMORTGAGE, INC.
On September 12th, 2012

By: _____
WALTER H EICHELBERGER,
Vice-President



20120920001032580    1/1
Bk: LR201263 Pg:21845
Jefferson County, Alabama
09/20/2012 08:17:01 AM RM
Fee - $16.00

Total of Fees and Taxes-$16.00
KKBESS

STATE OF Maryland
COUNTY OF Washington

On this 12th day of September 2012, before me, the undersigned officer personally appeared WALTER H EICHELBERGER , who made acknowledgment on behalf of CITIMORTGAGE, INC., who acknowledges himself/herself to be the Vice-President of CITIMORTGAGE, INC., a corporation, and that he/she as such Vice-President, being authorized so to do, executed the foregoing instrument in their capacity for the purposes therein contained, by signing the name of the corporation by himself/herself as Vice-President .

WITNESS my hand and official seal.

_____
ABIGAIL L. ROSS
Notary Expires: 08/03/2016

Abigail L. Ross
Notary Public
Washington Co., MD

(This area for notarial seal)

Prepared By:
PATRICIA DEAN, VERDUGO TRUSTEE SERVICE CORP PO BOX 10003, HAGERSTOWN, MD 21747-0003 1-800-283-7918

*D1G*BLKCITM*08/23/2012 04:17:00 AM* CITM01CITM00000000000000006724057* ALJEFFE* 2003740781 ALSTATE_MORT_REL *KB1*KB1CITM*

20061026000529310 1/3 $27.00
Shelby Cnty Judge of Probate,AL
10/26/2006 01:41:59PM FILED/CERT

This instrument was prepared by:
William B. Lloyd, Esq.
3800 Colonnade Parkway, Suite 340
Birmingham, Al 35243

SEND TAX NOTICE TO:
Joseph and Helen Stanfa
180 Sheffield Lane
Birmingham, AL 35242

## WARRANTY DEED

$10,000 VALUE

**STATE OF ALABAMA**

**COUNTY OF SHELBY**

  **KNOW ALL MEN BY THESE PRESENTS,** that in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration in hand paid to the undersigned JOSEPH STANFA and wife, HELEN STANFA (hereinafter referred to as Grantors) by the grantee herein, the receipt whereof is hereby acknowledged, do hereby grant, bargain, sell and convey unto RONALD L. STANFA (herein referred to as Grantee); specifically reserving unto the Grantors a life estate in the subject property; the following described real estate situated in Shelby County, Alabama, to-wit:

  Lot 2235, according to the Map of Highland Lakes, 22nd Sector, Phase 1, an Eddleman Community, as recorded in Map Book 33, Page 79, in the Probate Office of Shelby County, Alabama; being situated in Shelby County, Alabama.

Together with a nonexclusive easement to use the private roadways, common Area all as more particularly described in the Declaration of Easements and Master Protective Covenants for Highland Lakes, a Residential Subdivision recorded as Instrument #1994-07111 and amended in Inst. #1996-17543 and further amended in Inst. #1999-31095 in the Probate Office of Shelby County, Alabama, and the Declaration of Covenants, Conditions and Restrictions for Highland Lakes, a Residential Subdivision, 22nd Sector, Phase 1, recorded as Instrument No. 20040823000471390 in the Probate Office of Shelby County, Alabama (which, together with all amendments thereto, is collectively referred to as, the "Declaration").

Subject to:
Ad valorem taxes.
Existing covenants and restrictions, easements, building lines and limitations of record.

Shelby County, AL 10/26/2006
State of Alabama

Deed Tax:$10.00