# Exhibit B



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: STANFA_180
       **Property: 180 Sheffield Lane, Birmingham, AL 35242**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/9/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Office Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5934.98 SF to determine a Living Space area of 5202.62 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com





Master Bedroom
Enclosed Porch
Butler's Pantry
Master Bath
Shower
Toilet
Kitchen
fireplace
Living Room
alcove
Office
Master Closet
Laundry Room
Sitting Room
Foyer/Entry
Hallway
Bedroom 2
Closet 2
Coat Closet 2
Bathroom 2
Linen Closet
Stairs
Garage
Office 1 (1)
Closet 1
Toilet
Closet 2
Den Closet
Den
Bathroom (den)

N

Main Level



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: RUSSELL_5427
       **Property: 5427 Creekside Lane, Hoover, AL 35244**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2424.57 SF to determine a Living Space area of 2022.58 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com





Sitting Area (1)
Master Bedroom
Linen Closet
Master Bath
Alcove to Master Suite
Master Closet
Shower
Toilet
Closet 2
Living Room
Closet 1
Guest Room
Stairs
Up
Kitchen
Dining Room
Foyer/Entry
Hallway
Bathroom
Coat Closet
Linen Closet
Office Closet
Office
Pantry
Laundry Room
Dining Room
Garage
17' 5"
5' 4"
12' 2"
20' 10"
15' 10"
19' 10"
20' 6"

N

Main Level