UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiffs Carl & Lynn Russell and Ronald & Patricia Stanfa, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs Carl & Lynn Russell own a property in the State of Alabama with a street address of: 5427 Creekside Lane, Hoover, AL 35244.

4. Plaintiffs Ronald & Patricia Stanfa own a property in the State of Alabama with a street address of: 180 Sheffield Lane, Birmingham, AL 35242.

5. Plaintiffs Carl & Lynn Russell purchased the property on January 23, 2006.

6. Plaintiffs Ronald & Patricia Stanfa purchased the property on October 26, 2006.

7. Plaintiffs Carl & Lynn Russell discovered Knauf-manufactured drywall in their home on November 12, 2015, through a professional inspection by E- Services, Inc.

8. Plaintiffs Ronald & Patricia Stanfa discovered Knauf-manufactured drywall in their home on March 24, 2018, through a professional inspection by E- Services, Inc..

9. Plaintiffs Carl & Lynn Russell filed his claim against the Knauf Defendants in this action on January 30, 2016.

10. Plaintiffs Ronald & Patricia Stanfa filed his claim against the Knauf Defendants in this action on August 31, 2018.

11. On January 27, 2020, this Court issued an order denying certification for the *Bennett* class action against the Knauf entities.

12. The State of Alabama has a two-year statute of limitations period for product liability claims.

13. Alabama recognizes a discovery rule for product liability claims.

14. Plaintiffs completed and executed a verified Plaintiff Profile Form.

15. Plaintiffs completed and executed a verified Supplemental Plaintiff Profile Form.

16. Plaintiffs completed and executed a verified Plaintiff Fact Sheet.

17. Plaintiffs were deposed by Knauf's Counsel in Birmingham, Alabama.

18. Plaintiffs seek all damages available under Alabama law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Alabama Unfair Trade Practices Act.

3

        Respectfully submitted by:

        /s/ *James V. Doyle, Jr.*

        James V. Doyle, Jr.
        DOYLE LAW FIRM, PC
        2100 Southbridge Pkwy., Suite 650
        Birmingham, AL 35209
        Tele: 205-533-9500
        Fax: 844-638-5812
        jimmy@doylefirm.com

        *Attorney for Plaintiff*