# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| | MAGISTRATE JOSEPH WILKINSON, JR. |
| Case No. 14:cv-2722 | |

**MOTION FOR LEAVE TO FILE OMNIBUS REPLY MEMORANDUM
IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT ON THE CLAIMS ASSERTED
BY JACKELYN AQUIRRE O.B.O HOME AND LAND, INC.; ED BALL AND MARGOT
GRAVEL; STEVE BINNS AND MARTIN KUNTZ; DAN BLONSKY AND SHONA
BLONSKY; CONSUELA BURGOS; TOBI BUTCHER AND KENNETH BUTCHER;
ISIDRO CALDERON AND MARFELIA CALDERON; CDO INVESTMENTS, LLC;
ABIGAIL COHEN; ELVIS FERRERA; MERCEDES GASPARD AND NICOLE GASPARD;
CESAR JARAMILLO AND INES JARAMILLO; DOLORES JARVIS; JOHN JUDGE;
KEVIN KARPEL; M. ELENA KENDALL AND A&B REAL ESTATE HOLDINGS LLC;
CHRISTOPHER KOPACH AND JULIANNE KOPACH; V. ALETHIA LOCKE-ESBERRY;
MARIE LORQUET; MARK FLOMAN AND M AND M THE CLOSERS, LLC; NANCY
MANSOUR AND WILLIAM MANSOUR; NEVILLE MARQUES; JULIO MARTINEZ;
KARINA MARTINEZ; MCF ENTERPRISES, INC.; CARL MOORE AND ELLEN MOORE;
SUSAN NIEMIEC AND JOSEPH NIEMIEC; BRUNO ESEBAN ULLAURI PAREDES AND
KARINA JANNINE SVOBODA STRAKA; FRED POOL AND RAQUEL DEFIGUEIREDO;
OLIVIA PORCIUNCULA AND LES PORCIUNCULA; GLENN PRICE AND YVETTE
PRICE; MARK RIGOPOULOS AND SHERI RIGOPOULOS; BYRON ROBBINS AND
FERN ROBBINS; RUBEN DAPENA O.B.O. ANNETTA, LLC AND BACO ANNETTA, LLC;
AMRITA ROOPCHAND AND RENNIE ROOPCHAND; VINCE RUSSO AND ROSE
RUSSO; CARLOS SALABARRIA; SANTIAGO GUZMAN AND SKYLINE GLASS LLC;
FRED STOCKTON AND JESSICA STOCKTON; MATTHEW TABACCHI O.B.O.
ALLSTATE SERVICING, INC.; SHARON TIMMONS; KURT TOLLIVER AND SUZANNE
TOLLIVER; ANJALI VAN DRIE; LAURA VEIRA AND ALESKI SANTIAGO;
<u>PETER WALIMIRE; AND MICHAEL ZELENENKI AND KARMA ZELENENKI</u>**

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting them leave to file a Reply Memorandum in support of the Motions for Summary Judgment  (Rec. Doc. 22658 and Rec. Doc. 22688) filed against Jackelyn Aquirre o.b.o Home and Land, Inc.; Ed Ball and Margot Gravel; Steve Binns and Martin Kuntz; Dan Blonsky and Shona Blonsky; Consuela Burgos; Tobi Butcher and Kenneth Butcher; Isidro Calderon and Marfelia Calderon; CDO Investments, LLC; Abigail Cohen; Elvis Ferrera; Mercedes Gaspard and Nicole Gaspard; Cesar Jaramillo and Ines Jaramillo; Dolores Jarvis; John Judge; Kevin Karpel; M. Elena Kendall and A&B Real Estate Holdings LLC; Christopher Kopach and Julianne Kopach; V. Alethia Locke-Esberry; Marie Lorquet; Mark Floman and M and M the Closers, LLC; Nancy Mansour and William Mansour; Neville Marques; Julio Martinez; Karina Martinez; MCF Enterprises, Inc.; Carl Moore and Ellen Moore; Susan Niemiec and Joseph Niemiec; Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka; Fred Pool and Raquel DeFigueiredo; Olivia Porciuncula and Les Porciuncula; Glenn Price and Yvette Price; Mark Rigopoulos and Sheri Rigopoulos; Byron Robbins and Fern Robbins; Ruben Dapena o.b.o. Annetta, LLC and Baco Annetta, LLC; Amrita Roopchand and Rennie Roopchand; Vince Russo and Rose Russo; Carlos Salabarria; Santiago Guzman and Skyline Glass LLC; Fred Stockton and Jessica Stockton; Matthew Tabacchi o.b.o. Allstate Servicing, Inc.; Sharon Timmons; Kurt Tolliver and Suzanne Tolliver; Anjali Van Drie; Laura Veira and Aleski Santiago; Peter Walimire; and Michael Zelenenki and Karma Zelenenki.  The proposed omnibus reply, which is attached hereto, addresses arguments made by the plaintiffs in their Opposition (Rec. Doc. 22701).  The Knauf Defendants submit that the Reply Memorandum will assist the Court in resolving the Omnibus Motion for Summary Judgment.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File a Reply Memorandum in Support of the Omnibus Motion for Summary Judgment (Rec. Doc. 22692) and that the attached Omnibus Reply Memorandum be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:          kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 16th day of April, 2020.

/s/ *Kerry J. Miller*

**KERRY J. MILLER**