UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING the Motion for Leave to File Omnibus Reply Memorandum in Support of Omnibus Motion for Summary Judgment on the claims asserted by Jackelyn Aquirre o.b.o Home and Land, Inc.; Ed Ball and Margot Gravel; Steve Binns and Martin Kuntz; Dan Blonsky and Shona Blonsky; Consuela Burgos; Tobi Butcher and Kenneth Butcher; Isidro Calderon and Marfelia Calderon; CDO Investments, LLC; Abigail Cohen; Elvis Ferrera; Mercedes Gaspard and Nicole Gaspard; Cesar Jaramillo and Ines Jaramillo; Dolores Jarvis; John Judge; Kevin Karpel; M. Elena Kendall and A&B Real Estate Holdings LLC; Christopher Kopach and Julianne Kopach; V. Alethia Locke-Esberry; Marie Lorquet; Mark Floman and M and M the Closers, LLC; Nancy Mansour and William Mansour; Neville Marques; Julio Martinez; Karina Martinez; MCF Enterprises, Inc.; Carl Moore and Ellen Moore; Susan Niemiec and Joseph Niemiec; Bruno Eseban Ullauri Paredes and Karina Jannine Svoboda Straka; Fred Pool and Raquel DeFigueiredo; Olivia Porciuncula and Les Porciuncula; Glenn Price and Yvette Price; Mark Rigopoulos and Sheri Rigopoulos; Byron Robbins and Fern Robbins; Ruben Dapena o.b.o. Annetta, LLC and Baco Annetta, LLC; Amrita Roopchand and Rennie Roopchand; Vince Russo and Rose Russo; Carlos

Salabarria; Santiago Guzman and Skyline Glass LLC; Fred Stockton and Jessica Stockton; Matthew Tabacchi o.b.o. Allstate Servicing, Inc.; Sharon Timmons; Kurt Tolliver and Suzanne Tolliver; Anjali Van Drie; Laura Veira and Aleski Santiago; Peter Walimire; and Michael Zelenenki and Karma Zelenenki filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
U.S. DISTRICT JUDGE