**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**NOTICE OF FILING OF PROPOSED ORDER AND JUDGMENT PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) ALLOCATING**
**COMMON BENEFIT FEES AND REIMBURSING COSTS AND ASSESSMENTS**

On March 20, 2020, the Fee Allocation Committee ("FAC") filed its evaluation of 19 common benefit fee applications and its recommended allocation of common benefit fees awarded by the Court among the fee applicants [*see* Rec. Doc. 22648]. On March 27, 2020, the Court posted the FAC recommendations on the Court's official Chinese Drywall website. Rec. Doc. 22660. The Court permitted anyone having any objections to the recommendations to file their objection with the Court no later than Monday, April 6, 2020. No objections were filed.

Accordingly, the FAC is submitting for the Court's consideration the attached proposed Order and Judgment pursuant to Federal Rule of Civil Procedure 54(b) allocating common benefit fees and reimbursing costs and assessments incurred from January 1, 2015 through December 31, 2019.

Respectfully submitted,


Dated:  April 16, 2020

By: */s/ Leonard A. Davis*
Leonard A. Davis (Bar No. 14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class
Counsel*

Patrick Shanan Montoya (Fla. Bar No. 0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee,
and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee,
and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

Allison Grant, Esquire (Fla. Bar 858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*