**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**ORDER AND JUDGMENT PURSUANT TO FEDERAL RULE OF**
**CIVIL PROCEDURE 54(b) ALLOCATING COMMON BENEFIT**
**FEES AND REIMBURSING COSTS AND ASSESSMENTS**

On January 10, 2020, the Court entered its Order & Reasons (a) granting final approval of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") and (b) ruling on Class Counsel's motion for an award of attorneys' fees and costs ("Order & Reasons"). R. Doc. 22460. The Court awarded attorneys (both Common Benefit Counsel and individually retained attorneys) 19% of the $248,000,000 Taishan Settlement Fund – totaling $47,120,000. R. Doc. 22460 at 69, 71. The Court further ordered that "a fair division of fees is 40% to contract counsel and 60% to common benefit counsel." R. Doc. 22460 at 67. Accordingly, Common Benefit Counsel are entitled to 60% of the fees—totaling approximately $28,272,000.[1] In addition, the Court awarded Common Benefit Counsel reimbursement of $1,166,418.88 in held costs and $1,669,824.00 as cash assessments, for a total of $2,836,242.88, for costs incurred between January 1, 2015 and August 31, 2019. R. Doc. 22460 at 69, 71. On January 13, 2020, the Court entered a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b), R. Doc. 22466, from which no

---

[1] The remaining fees—$18,848,000—will be distributed to individually retained attorneys.

appeal was taken.

In addition to the attorneys' fees awarded from the Taishan Settlement, the Court previously awarded $633,129.09 in fees from the Taishan Assigned Claims Settlement on March 6, 2019. R. Doc. 22122. Using the Court's analysis and ruling on fees from the Taishan Settlement, Common Benefit Counsel are entitled to 60% of those fees – totaling $379,877.45.[2]

On January 16, 2020, the Court appointed a Fee Allocation Committee and ordered that "anyone interested in receiving a common benefit fee in this litigation must, within fifteen (15) days, file with the Court an application indicating the time spent and nature of the work performed." R. Doc. 22481 at 1. In response to the Court's order, 19 fee applications were filed.[3] The Fee Allocation Committee was charged with reviewing the fee requests and supporting documents from all attorneys who performed common benefit work in this portion of the litigation and thereafter making a recommendation to the Court regarding the allocation of common benefit fees as set in the Court's Order & Reasons from January 10, 2020. R. Doc. 22460. The Fee Allocation Committee evaluated the applications, discussed the requests, and reached a consensus agreeable to all attorneys with an interest in this matter. The Court received the Fee Allocation Committee's report and recommendations on the allocation of common benefit fees and reimbursement of costs and assessments through December 31, 2019.[4] R. Doc. 22648. On March

---

[2] The remaining 40% of the attorneys' fees awarded from the Taishan Assigned Claims Settlement—$253,251.64—will be distributed to individually retained attorneys.

[3] Two additional applications were filed (by Mrachek and Whitfield, Bryson, and Mason), but then withdrawn. R. Docs. 22559 & 22561.

[4] The Fee Allocation Committee recommended reimbursement of assessments paid and held costs incurred by the fee applicants from September 1, 2019 through December 31, 2019, totaling $94,299.59. There are two additional funds of common benefit attorneys' fees and costs awarded by Judge Hall from Virginia state court settlements with installers of Taishan drywall – Jay Sprays, Inc. and K&M Drywall. The common benefit fees and costs from the Jay Sprays, Inc. settlement totaling $102,576.33 (principal plus interest) and the common benefit fees and costs from the K&M Drywall settlement totaling $136,765.09

27, 2020, the Court posted the recommendations on the Court's website for the Chinese-Manufactured Drywall Liability Litigation. R. Doc. 22660. The Court permitted anyone having any objections to the recommendations to file their objection with the Court no later than Monday, April 6, 2020. No objections were filed.

**WHEREFORE**, upon consideration of the Fee Allocation Committee's proposed allocation of common benefits fees among fee applicants and reimbursement of assessments paid and costs incurred from January 1, 2015 through December 31, 2019 by common benefit counsel, and the Court's analysis of the common benefit contributions of these firms, **IT IS ORDERED** that the common benefit attorneys' fees and costs awarded from the Taishan Settlement and the Taishan Assigned Claims Settlement and the common benefit fees and costs awarded by Judge Hall from the Jay Sprays, Inc. and K&M Drywall settlements shall be allocated to the following firms in the following amounts, plus any interest accumulated over this amount:

| Firm | Allocation Recommendation | Held Costs 1/1/2015-12/31/2019 | Assessments 1/1/2015-12/31/2019 | Totals |
|---|---|---|---|---|
| Levin, Sedran & Berman | $ 9,800,000.00 | $ 759,837.15 | $ 608,133.01 | $ 11,167,970.16 |
| Herman Herman & Katz | $ 4,850,000.00 | $ 25,625.58 | $ 608,133.00 | $ 5,483,758.58 |
| Richard J. Serpe, P.C. | $ 2,000,000.00 | $ 63,963.41 | $ 70,236.00 | $ 2,134,199.41 |
| Colson Hicks Edison, PA | $ 2,000,000.00 | $ 83,227.52 | $ 80,000.00 | $ 2,163,227.52 |
| Barrios, Kingsdorf & Casteix | $ 1,925,000.00 | $ 22,850.55 | $ 54,718.00 | $ 2,002,568.55 |
| Irpino Law Firm | $ 1,925,000.00 | $ 55,109.53 | $ 72,039.00 | $ 2,052,148.53 |
| Gainsburgh, Benjamin, et al. | $ 1,200,000.00 | $ 24,281.77 | $ 54,340.00 | $ 1,278,621.77 |
| Seeger Weiss, LLP | $ 1,000,000.00 | $ 78,009.43 | $ 44,482.00 | $ 1,122,491.43 |
| Morgan & Morgan | $ 900,000.00 | $ 37,051.14 | $ 18,477.00 | $ 955,528.14 |
| Hausfeld, LLP | $ 800,000.00 | $ 37,449.02 | $ 33,104.00 | $ 870,553.02 |
| The Lambert Firm | $ 689,000.00 | $ 7,341.85 | $ 7,753.00 | $ 704,094.85 |
| Allison Grant, PA | $ 675,000.00 | $ 6,672.87 | $ - | $ 681,672.87 |
| The Steckler Law Firm | $ 675,000.00 | $ 41,036.91 | $ 15,768.00 | $ 731,804.91 |
| Becnel Law Firm, LLC | $ 125,000.00 | $ 1,038.36 | $ - | $ 126,038.36 |

---

(principal plus interest) were transferred to the Taishan Settlement Qualified Settlement Fund at Huntington National Bank on or about April 1, 2020.

| Firm | Allocation Recommendation | Held Costs 1/1/2015-12/31/2019 | Assessments 1/1/2015-12/31/2019 | Totals |
|---|---|---|---|---|
| Baron & Budd | $ 50,000.00 | $ - | $ - | $ 50,000.00 |
| Lieff Cabraser / Cunningham Bounds | $ 25,250.00 | $ - | $ - | $ 25,250.00 |
| Martzell Bickford | $ 7,627.45 | $ - | $ - | $ 7,627.45 |
| Thornhill Law Firm | $ 2,500.00 | $ 907.87 | $ - | $ 3,407.87 |
| Torres Law | $ 2,500.00 | $ - | $ - | $ 2,500.00 |
| Lemmon Law Firm | $ - | $ 65.43 | $ - | $ 65.43 |
| Pendley Baudin & Coffin | $ - | $ 229.95 | $ - | $ 229.95 |
| Reeves & Mestayer | $ - | $ 6,020.12 | $ 12,641.00 | $ 18,661.12 |
| | $ 28,651,877.45 | $ 1,250,718.46 | $ 1,679,824.01 | $ 31,582,419.92 |

**IT IS FURTHER ORDERED** that BrownGreer distribute the total common benefit fees and reimbursable costs and assessments to the common benefit counsel as set forth above in the amounts specified for each such counsel, together with the accrued interest on these funds allocated proportionally among counsel.

**IT IS FURTHER ORDERED** that BrownGreer be authorized to withhold from the accrued interest portion of the funds to be distributed, the amount required to pay taxes on interest earned on the funds during deposit in the Court Registry.

**IT IS FURTHER ORDERED** that each firm entitled to receive funds under this Order provide BrownGreer, through Jake Woody, a Social Security number or Tax Identification number prior to receiving any distribution.

The Court finds that, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay of entry of final judgment with respect to the foregoing.

This ____ day of _____, 2020, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge