# Exhibit A



```
CFN  2011R0701394
OR Bk 27863 Pg 2707; (1ps)
RECORDED 10/19/2011 08:33:48
DEED DOC TAX 390.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

Prepared by and return to:

John P. Maas, Attorney at Law
44 N.E. 16th Street
Homestead, FL 33030
305-247-7132
File Number: **2661-11**
Will Call No.:

Parcel Identification No. **10-7915-002-1090**

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 30th day of **September, 2011** between **Mark Lann and Kerri Lann f/k/a Kerri West, his wife** whose post office address is **107 SE 22 Terrace, Homestead, FL 33033** of the County of **Miami-Dade**, State of **Florida**, grantor*, and **Consuelo Burgos, a married woman** whose post office address is **384 NE 34 Terrace, Homestead, FL 33033** of the County of **Miami-Dade**, State of **Florida**, grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida**, to-wit:

> Lot 8, Block 3, EMILIO'S PLACE AT OASIS, according to the Plat thereof, recorded in Plat Book 165, Page 3, of the Public Records of Miami-Dade County, Florida.
>
> Subject to taxes for 2011 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: _____ John P. Maas

Witness Name: _____ CECILIA P. MAC PHERSON

_____(Seal)
Mark Lann

_____(Seal)
Kerri Lann

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 30th day of September, 2011 by Mark Lann and Kerri Lann f/k/a Kerri West, his wife, who [X] are personally known or [ ] have produced a driver's license as identification.

[Notary Seal]

Notary Public
Printed Name: _____ John P. Maas
My Commission Expires: _____

JOHN P. MAAS
MY COMMISSION # DD 813884
EXPIRES: October 17, 2012
Bonded Thru Notary Public Underwriters

DoubleTime®

```
RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2009057648 2 PGS

2009 MAY 14 10:56 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
DCOURSEY   Receipt#1163198
Doc Stamp-Deed:      1,225.00
```

Prepared by and Return to:
Realty Title Solutions, LLLP
Crystal Reyes
2326 Del Prado Boulevard South
Cape Coral, Florida 33990-6628

Parcel ID 1123-24-7602

File No.: 09-0712
Consideration Amount: $175,000.
Deed State Tax/Stamps: $1,225.


2009057648

# Special Warranty Deed

THIS INDENTURE, made this May 1, 2009, between **National Credit Union Administration as liquidating agent for Huron River Area Credit Union,** whose mailing address is: 4807 Spicewood Springs road, Austin, Texas 78759, party of the first part, and **Carl G. Moore and Ellen L. Moore, husband and wife** whose mailing address is: **3391 Sixteen Mile Road NE, Cedar Springs, MI 49319**, party/parties of the second part,

W I T N E S S E T H:

First party, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, aliens, remises, releases, conveys and confirms unto second party/parties, his/her/their heirs and assigns, the following described property, towit:

Lot 2, Block 2476, 49th ADDITION TO PORT CHARLOTTE, according to the plat thereof, as recorded in Plat Book 21, page 1, of the Public Records of Sarasota County, Florida.

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the same in fee simple forever.

AND the party of the first part hereby covenants with said party of the second part, that it is lawfully seized of said land in fee simple: that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the party of the first part.

EXCEPT FOR ANY WARRANTIES OR TITLE CONTAINED IN THIS DEED, SAID FIRST PARTY HEREBY DISCLAIMS, AND SAID SECOND PARTIES HEREBY WAIVE, ANY AND ALL WARRANTIES OF ANY NATURE REGARDING THE PROPERTY. SAID FIRST PARTY HAS NOT MADE AND DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR COVENANTS OF ANY KIND OR CHARACTER WHATSOEVER, WHETHER EXPRESS OR IMPLIED, WITH RESPECT TO THE SQUARE FOOTAGE OF THE PROPERTY; THE QUALITY OR THE CONDITION OF THE PROPERTY CONVEYED TO SAID SECOND PARTIES; THE SUITABILITY OR SAFETY OF THE PROPERTY FOR ANY AND ALL ACTIVITIES AND USES WHICH SAID SECOND PARTIES MAY CONDUCT THEREON; COMPLIANCE BY SAID FIRST PARTY AND/OR THE PROPERTY WITH

ANY LAWS, RULES, ORDINANCES, OR REGULATIONS OF ANY APPLICABLE GOVERNMENTAL AUTHORITY; OR THE HABITABILITY, MERCHANTABILITY, OR FITNESS OF THE PROPERTY FOR A PARTICULAR PURPOSE. SAID FIRST PARTY HAS NOT, DOES NOT AND WILL NOT MAKE ANY REPRESENTATIONS OR WARRANTIES WITH REGARD TO COMPLIANCE WITH ANY ENVIRONMENTAL PROTECTION, POLLUTION OR LAND USE LAWS, RULES, REGULATIONS, ORDERS OR REQUIREMENTS INCLUDING, BUT NOT LIMITED TO, THOSE PERTAINING TO THE USE, HANDLING, GENERATING, TREATING, STORING OR DISPOSING OF ANY HAZARDOUS WASTE, HAZARDOUS SUBSTANCES, PETROLEUM PRODUCT STORAGE TANKS OR ASBESTOS. THE PROVISIONS CONTAINED IN THIS PARAGRAPH SHALL SURVIVE DELIVERY OF THE DEED. SAID SECOND PARTIES ACCEPT THE PROPERTY "AS IS", "WHERE IS", AND WITH ALL FAULTS. SAID SECOND PARTIES HAVE MADE THEIR OWN INDEPENDENT INSPECTION OF ALL ASPECTS OF THE PROPERTY AND SHALL HAVE NO RECOURSE WHATSOEVER AGAINST SAID FIRST PARTY IN THE EVENT OF DISCOVERY OF ANY DEFECTS OF ANY KIND, LATENT OR PATENT. THIS WARRANTY DISCLAIMER SHALL NOT DIMINISH ANY WARRANTIES OF TITLE MADE BY SAID FIRST PARTY IN THIS DEED.

IN WITNESS WHEREOF, first party has signed and sealed these present the date set forth on May 1, 2009.

Signed, sealed and delivered
in the presence of:

_Diane Laube_
Witness signature
Diane Laube
Print witness name

_Krista M. Schizas_
Witness signature
Krista M. Schizas
Print witness name

National Credit Union Administration as liquidating agent
for Huron River Area Credit Union

By: _____
Print Name: Justin Burleson
Agent for the Liquidating Agent

(Corporate Seal)

STATE OF TEXAS
COUNTY OF TRAVIS

In the City of Austin, on this __30__ day of __April__ 2009 in said County, before me personally appeared **Justin Burleson** as Agent for the National Credit Union Administration as liquidating agent for Huron River Area Credit Union to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed, to be his free act and deed, in his said capacity, and the free act and deed of the said National Credit Union Administration as liquidating agent for Huron River Area Credit Union.

_Krista M. Schizas_
Notary Public

{seal} 

Printed Name: Krista M. Schizas
Commission Expires: 3/26/12

| | |
|---|---|
| Return to: Michelle McClure<br>Name: Alliance Title of the East Coast<br>Address: 705-E Sebastian Blvd.<br>Sebastian, Florida 32958 | 1634359<br>THIS DOCUMENT HAS BEEN RECORDED<br>IN THE PUBLIC RECORDS OF<br>INDIAN RIVER COUNTY FL<br>BK: 1856 PG:1058, Page1 of 1<br>04/06/2005 at 04:06 PM,<br>D DOCTAX PD $665.00<br>JEFFREY K BARTON, CLERK OF<br>COURT |

This Instrument Prepared:
   Michelle McClure
   Alliance Title of the East Coast
   705-E Sebastian Blvd.
   Sebastian, Florida 32958
as a necessary incident to the fulfillment of conditions
contained in a title insurance commitment issued by it.

Property Appraisers Parcel I.D. (Folio) Number(s):
**31-37-00-00011-2038-00003/0**
Grantee(s) S.S.#(s):
File No:**5030006**

## WARRANTY DEED

**This Warranty Deed** Made the **21st day of March, 2005**, by **Terry Whaley and David Rosendahl and Thomas A. Hunter Jr as Tennants in common**, hereinafter called the grantor, whose post office address is: **4271 NW 53 Court, Coconut Creek, Florida 33073**

to **Johnny C. Tyler**, whose post office address is: **3323 NW 69th Avenue, Margate, Florida 33063**, hereinafter called the grantee,

WITNESSETH: That said grantor, for and in consideration of the sum of $10.00 Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in **Indian River** County, Florida, viz:

Lots 3 and 4, Tract 2038, HOMEWOOD ADDITION, according to map or plat thereof as recorded in Plat Book 2, Page 15, of the Public Records of St. Lucie County, Florida; said land now lying and being in Indian River County, Florida.

The property **is not** the homestead of the Grantor(s).
**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold**, the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **2040**, reservations, restrictions and easements of record, if any.
*(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)*
    **In Witness Whereof,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Signature: _Veronica Duncan_
Printed Name: _Veronica Duncan_

    _Terry Whaley_
    Terry Whaley

Witness Signature: _L. Eddy Evans_
Printed Name: _L. Eddy Evans_

    _David Rosendahl_
    David Rosendahl

Witness Signature: _____
Printed Name: _Terry Hahn_

    _____
    Thomas A. Hunter Jr

Witness Signature: _Jeri Ally_
Printed Name: _Terre Ally_

STATE OF _Florida_
COUNTY OF _Broward_

The foregoing instrument was acknowledged before me this _23_ day of _March_, _2005_, by **Terry Whaley and David Rosendahl and Thomas A. Hunter Jr** as Tennants in common, who is/are personally known to me or who has/have produced driver license(s) as identification.