UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs Consuela Burgos, Johnny Tyler, and Carl & Ellen Moore, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs filed their claims in *Bennett* on March 6, 2018.

4. Plaintiff Consuela Burgos owns a property in the State of Florida with a street address of: 384 NE 24 TER, Miami, FL 33033.

5. Plaintiffs Carl & Ellen Moore own a property in the State of Florida with a street address of: 5427 Kedgewick Lane, North Port, FL 34288.

6. Plaintiff Johnny Tyler owns a property in the State of Florida with a street address of: 8675 130th Avenue, Fellsmere, FL 32948.

7. Plaintiff Consuela Burgos purchased the property on September 30, 2011.

8. Plaintiffs Carl & Ellen Moore purchased the property on May 1, 2009.

9. Plaintiff Johnny Tyler purchased the property on March 21, 2005.

10. Plaintiff Consuela Burgos discovered Knauf-manufactured drywall in her home on September 19, 2017, initially through a self-inspection, that was later confirmed by Healthy Home Solutions, LLC.

11. Plaintiffs Carl & Ellen Moore discovered Knauf-manufactured drywall in their home on January 24, 2017, through a professional inspection by Chinese Drywall, LLC that was later confirmed by Healthy Home Solutions, LLC.

12. Plaintiff Johnny Tyler discovered Knauf-manufactured drywall in his home on November 6, 2017, through a professional inspection by Chinese Drywall, LLC that was later confirmed by Healthy Home Solutions, LLC.

13. On January 27, 2020, this Court issued an order denying certification for the *Bennett* class action against the Knauf entities.

14. Plaintiffs' claims will now proceed individually after the denial of class certification.

15. The State of Florida has a four-year statutory period for filing product liability claims.

16. Florida recognizes a Delayed Discovery Rule for product liability claims.

17. Fraudulent concealment tolls the statute of limitations in Florida.

18. Florida recognizes Chinese drywall as a latent defect in a home.

19. Plaintiffs completed and executed a verified Plaintiff Profile Form.

20. Plaintiffs completed and executed a verified Supplemental Plaintiff Profile Form.

21. Plaintiffs completed and executed a verified Plaintiff Fact Sheet.

22. Plaintiffs were deposed by Knauf's Counsel in Miami, Florida.

23. Plaintiffs seek all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Deceptive and Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*