# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

The Court has received communications from the following plaintiffs, objecting to the denial of their claims under the Taishan Settlement Agreement or appealing their Allocation Amount Determination: Angela Rios [Exhibit A], Christopher Baker [Exhibit B], Gary Fredericks [Exhibit C], Juan Angulo [Exhibit D], Ryan and Cerissa Dillow [Exhibit E], Shawn Tennefosse [Exhibit F], Stephen and Elena Harriman [Exhibit G], and Westchester Apartments [Exhibit H].

**IT IS ORDERED** that the attached documents be filed into the record.

**IT IS FURTHER ORDERED** that Class Counsel file a response to these objections and appeals by Monday, April 27, 2020.

New Orleans, Louisiana this 16th day of April, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge