Taishan Class Settlement

On February 25th 2020 I received a denial notice on this class settlement. The reason given was that the Owner Affidavit was improperly signed and notarized. First I would like to state that the forms are very misleading. In the instructions never did it state that it had to be notarized. Prior to receiving the forms to fill out, I emailed someone in the BrownGreer group asking for information regarding the application. All he said was to fill out the form, sign and submit. I did as I was told, submitted the signed papers along with pictures. I was still denied. I would like for you to take into consideration the information I provided in the redetermination of this matter.

Thank you,

Angela Rios

*[signature]*

Claimant ID 115458
Affected Property ID 22856
Claim ID 14099

**EXHIBIT A**