**<u>Via Certified Mail</u>**

March 23, 2020
Michael A. Serreno, Esquire
The Law Firm of Michael A. Serrano
25275 Wesley Chapel Boulevard
Lutz, FL  33559

Re:      Taishan Chinese Drywall Settlement
          34131 Pennacook Drive, Dade City, FL
          Your File No. 00096

Michael,

Thank you for your letter dated March 16, 2020 regarding the Taishan Class Settlement Allocation Amount Notice dated 3/6/2020.   Please allow this letter to serve as my formal objection to the Allocation Amount of $33,613.81.

Per our conversation on March 10, 2020, there are primarily two (2) errors in computing the allocation amount.   They are as follows:

> 1) Class – Allocation Model states *Plaintiff Group Brooke* but should be *Plaintiff Group Amorian Class.*   The claimants in the Amorian class were either a part of the class action or had filed suit prior to 9/24/2016.   We began working together prior to this date and therefore should be included in the Amorian Class.
> 2) Product ID – Allocation Model Product ID states I-*Made in China Meet(s) or Exceeds.*  Pursuant to documentation and photos provided, the Product ID should reflect *H–Taian Taishan and Taihe edge tape.*

Because the allocation amount is significantly different ($33,613 v. $280,000) I object to the allocation model.

Please let me know if you would like to discuss further.  I am hopeful an agreement can be reached to bring this case to resolution.

**EXHIBIT B**

Sincerely,