3-25-20

Honorable Eldon E. Fallon
US District Court of Louisiana
500 Poydras St. RM C456  New Orleans, LA 70130
Chinese Drywall Settlement
Claimant ID:

RE: Gary Fredericks
Claimant ID # 104771

To Whom it May Concern:

Please be advised that I am writing your Court regarding my Taishan Settlement Claim. I have utilized several hours of time and preparation to be certain that all required documents were received via fax and mail to meet the required guidelines in a timely matter.

I have logged phone calls and conversations to affirm accuracy. I was informed via telephone today that a form was missing to complete my overall review.

I'm requesting that every consideration be given to me to recover and complete the required legal document.

EXHIBIT C

Respectfully Submitted
Gary Frederick

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIMANT INFORMATION

| | Last Name/Business Name | First | M.I. |
|---|---|---|---|
| 1. Claimant Name: | Fredericks | Gary | |
| 2. Claimant Identification Number (if you know it): | | | |
| 3. SSN or TIN (if you do not know the Affected Property Identification Number): | 426 08 3219 | | |

## B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in support of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law.

| Claimant's Signature: | Gary J Fred[signature] | Date: | 1/27/20 (Month/Day/Year) |
|---|---|---|---|
| Title (If a business): | | | |
| Printed Name: | First: Gary | Last: Fredricks | M.I. J |

CDW AFF-2

1

## Owner Affidavit

By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.

By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.

By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.

I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.

_Gary Frethke_  
**Claimant Signature**

_Gary Fredrick_  2-5-20  
**Print Name** — **Date**

_N/A_  
**Additional Claimant Signature (If Applicable)**

_____  
**Print Name** — **Date**

_N/A_  
**Attorney Signature (If Applicable)**

_____  
**Print Name** — **Date**

_Harrison, MS_  
**County, State**

_Jessica Hokamp_  
**Notary Public**

[Notary Seal: State of Mississippi, Jessica R. Hokamp, Notary Public, ID No. 114845, My Comm. Expires Jan. 10, 2024, Harrison County]

| | CHINESE DRYWALL SETTLEMENT PROGRAM |
| --- | --- |
| | AFFECTED PROPERTY INFORMATION AFFIDAVIT |
| 7. Under Air Square Footage: | Please provide the Under Air Square Footage of the Affected Property and the basis of your computation:<br><br>Under Air Square Footage: 2,650<br><br>Basis of Computation: |

### B. SIGNATURE AND CERTIFICATION

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Affidavit is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with my claim and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

I certify that I have made a good faith effort to obtain documentary evidence of the facts contained in this Affidavit, and that if I obtain documentary evidence after I submit this Affidavit I will provide this evidence to the Settlement Administrator as soon as practicable, but no later than any other relevant deadlines set by the Settlement Administrator.

| Claimant's Signature: | *[signature]* | Date: | 2/15/20 (Month/Day/Year) |
| --- | --- | --- | --- |
| Title (if Claimant is a business): | | | |
| Printed Name: | First: GARY | Last: Fredericks | M.I. |