# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

March 25, 2020

JUAN C. ANGULO

CLAIMANT I.D. 115439

AFFECTED PROPOERTY I.D. 22836

CLAIM I.D. 14007


DEAR DRYWALL SETTLEMENT PROGRAM:

My name is Juan C. Angulo and I am writing this **APPEAL** letter to appeal the Taishan Class Settlement Denial Notice I received on 2/25/2020. Mr. Joel B. Holton who is the owner of J.B. Holton and Associates, LLC has helped me from the moment I found out I might have Chinese Drywall. He has helped me with my inspection and submitting information because I am recovering from a stroke and English is not my first language. His company has been involved with the Chinese drywall settlement since 2011 as a court approved inspector for Benchmark Remediation Group and has performed several Chinese Drywall Remediations as a restoration contractor.

In Mr. Holton's haste to submit the needed documents before the deadline, he accidently uploaded the wrong version of the inspection report omitting the page with the photo of the Chinese drywall from the property located at 15043 Emory Road, New Orleans, LA. 70128. We have since uploaded the correct version of the inspection report to the settlement administrator Brown-Greer. We have also enclosed a copy of the inspection report page containing the Chinese Drywall sample from the property. We are asking that court review the updated version of the inspection report and reverse the court's decision on my eligibility for a settlement award.

Please contact me in writing or via digital mail on your decision on this appeal letter.


Sincerely,



Juan C. Angulo

EXHIBIT D

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## TAISHAN CLASS SETTLEMENT DENIAL NOTICE

**DATE OF NOTICE:** 2/25/2020

**DEADLINE TO REQUEST APPEAL:** 3/26/2020

### I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| **Claimant Name(s)** | Juan C Angulo |
| **Representative Claimant Name** | |

| | | | | | |
|---|---|---|---|---|---|
| **Claimant ID** | 115439 | **Affected Property ID** | 22836 | **Claim ID** | 14007 |

| **Affected Property Address** | Street: 15043 Emory Road <br> City: New Orleans <br> State: LA <br> Zip Code: 70128 |
|---|---|
| **Law Firm** | Pro Se |

### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

#### DENIAL REASON(S)

Product ID – Failure to submit sufficient evidence of covered Chinese Drywall product.

### III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.



**Made In China meets or exceeds Drywall: Laundry Room**



**WATER HEATER: COPPER**