Ryan & Cerissa Dillow

106 17th Street NE

Bradenton, FL 34208

3/25/2020

To Whom it May Concern:

I am appealing the denial of my claim for the Taishan Class settlement due to not providing a notarized statement in time. I was unable to have the document initially notarized as I found out about the class settlement program from my sister at 8 pm on the date that the information was due at 12am. Due to the timeframe I was unable get the document notarized before the deadline. I am also providing a photograph of the stamped drywall in our home and a copy of the inspector's report that we hired when we were still living in the home. In the attached documents you will find conformation that our home did have Chinese-drywall. Unfortunately we ended up losing our home due to the severe issues caused by the unsafe toxins being produced by the drywall.

Sincerely,

*[signature]*

Ryan & Cerissa Dillow

*[handwritten note:]* I will be a witness on the stand if needed! Cerissa Dillow 941-286-0083

Homeowners of Home infected with Chinese Drywall 5104 Bond Road, North Port FL 34288

EXHIBIT E

# CHINESE DRYWALL CLASS SETTLEMENT

## CLAIM FORM

*For the Taishan Class Action Settlement*

## THIS CLAIM FORM MUST BE COMPLETED, SIGNED UNDER OATH, AND UPLOADED TO THE BROWNGREER SETTLEMENT PORTAL ON OR BEFORE FEBRUARY 12, 2020, OR YOUR CLAIM MAY BE DENIED.

### The Taishan Class Settlement

This Taishan Class Settlement is intended to resolve all claims against Taishan and the Additional Released Parties. **This Claim Form shall only be completed by owners of Affected Properties with Covered Chinese Drywall who are not listed on the Revised Master Spreadsheet filed on the MDL Docket at Docket Number 22355-1.**

Covered Chinese Drywall is defined as all drywall products alleged to be attributable to Taishan and/or the Additional Released Parties, including, but not limited to: BNBM and Dragon Brand; C&K; Chinese Manufacturer #2 (purple stamp); Crescent City Gypsum; DUN; IMT Gypsum; ProWall; TAIAN TAISHAN and Taihe edge tape; MADE IN CHINA MEET[S] OR EXCEED[S]; various Drywall dimensions, including 4feet[x/*]12feet[x/*]1/2inch; Venture Supply; and White Edge Tape, boards with no markings or boards with no markings other than numbers or letters. Covered Chinese Drywall excludes the following drywall products: Knauf, Knauf Tianjin, KPT, Bedrock, ProRoc, Panel Rey, IMG, USG, Shamrock Gold, Lafarge, Georgia Pacific, National Gypsum, and any drywall manufactured outside of the People's Republic of China.

### Deadline

In order to be eligible to receive a payment from the Settlement, **this Claim Form and all required supporting evidence and corroborating documents and information must be uploaded to the BrownGreer Settlement Portal ("the Portal") by February 12, 2020.** The Claim Form and supporting proofs must be uploaded to the Portal at https://www3.browngreer.com/Drywall/Logon.aspx.

### Multiple Affected Properties

If any Claimant owns or has owned more than one Affected Property, that Claimant must complete and submit a separate Claim Form for each Affected Property.

### General Instructions

Upload this Claim Form and all required documentation as required by Section VI of this Claim Form to the BrownGreer Settlement Portal at: https://www3.browngreer.com/Drywall/Logon.aspx. All supporting documentation must be uploaded under the appropriate "Document Type" tab on the Portal. Failing to submit the supporting documentation will result in your claim being denied.

In completing this form, you must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. If you are represented by counsel, you should consult with your attorney if you have any questions regarding the completion of this form. Your attorney may assist you in completing this form. You must provide the documents and other evidence that are required by this document to prove your claim. You should submit all of your materials together. You should retain the original documents related to all copies submitted to the Claims Administrator. **This Claim Form must be signed under oath and notarized by the named claimant(s), in hard copy, and by counsel, if represented, and uploaded separately to the Portal.**

1

### III. DESCRIPTION AND INFORMATION RELATED TO THE AFFECTED PROPERTY

A. Affected Property Street Address  5104 Bond Road
City  North Port     State  FL     ZIP Code  34288

B. Total Under Air Square Footage

Verify the number of the under air square footage of this Affected Property. Under air Square Footage is defined as the area within the house that receives ventilation from the home's heating and air systems, not including garages, attics or basements that are not part of this ventilation system.

Total Under Air Square Footage: 2,145

C. Remediation Status (removal and replacement of Covered Chinese Drywall)

☐ Completely Remediated     ☐ Partially Remediated     ☑ No Remediation

If completely or partially remediated, identify the following:

Dates of remediation _____

Total cost of remediation _____

Who performed the remediation work _____

Did you assign the legal right to pursue your remediation claim to the party that performed the remediation or any other third party? ☐ Yes   ☐ No

D. Prior Payments Received

☐ I **have** received prior payments related to damages caused by Chinese Drywall in the Affected Property.

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

☑ I **have not** received any prior payment related to damages caused by Chinese Drywall in the Affected Property.

3

> For Affected Properties containing white edge tape and/or no markings, in addition to photographic indicia, one of the following corroborating evidence must be submitted:
>
> ☐ Certified inspection report of elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm.
>
> ☐ Certified laboratory confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils.
>
> ☑ Other clear and convincing evidence such as sales or delivery records, chain of custody records, inspection report(s) or other proof that demonstrates that the property contains or contained Covered Chinese Drywall.

---

[1] The CPSC Identification Guidance for Problem Drywall, March 18, 2011 (https://www.cpsc.gov/s3fs-public/IDguidance031811.pdf) utilizes confirmed markings of Chinese origin as important corroborating evidence. Since this category of markings is not confirmed with recognized markings, you must provide one other enumerated Corroborating Evidence from Step 2 of the CPSC Guidance Document to establish the existence of Covered Chinese Drywall.

## VI.   DOCUMENTATION PROOF REQUIRED TO BE ELIGIBLE FOR AN ALLOCATION PAYMENT

**Proof Requirement #1: Proof that the property has or had Covered Chinese Drywall identified in Section V**
*You must provide proof of Covered Chinese Drywall based on one of the following: photographic indicia, sales or delivery records, chain of custody records, inspection report(s) or other proof that demonstrates that the property contains or contained the Chinese Drywall identified above. If no markings are on the drywall, corroborating evidence must be submitted as identified in Section V.*

☑ **I have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.

☐ **I do not have** documents supporting this proof requirement.

**Proof Requirement #2:  Proof of the under air square footage of the Affected Property.**
*You must provide proof of under air square footage based on one of the following: Builder's floor plan, tax assessor's record identifying under air square footage, appraisal, ANSI sketch, condominium association document, or other proof demonstrating the square footage under air of the Affected Property.*

☑ **I have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.

☐ **I do not have** documents supporting this proof requirement.

5

# Owner Affidavit

*By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____
**Claimant Signature**

Cerissa Dillow    3/20/2020
Print Name        Date

_____
**Additional Claimant Signature (If Applicable)**

Ryan Dillow    3/20/2020
Print Name     Date

_____
**Attorney Signature (If Applicable)**

Manatee, FL
County, State

_____
Print Name        Date

[Notary signature]  3/20/20
Notary Public
NATHALIA ESCAMILLA
MY COMMISSION # GG139776
EXPIRES September 15, 2021

7



# Inspection Receipt

**Date of Inspection:**

11/5/09

**Property Address:**

5104 Bond Rd.

North Port, FL 34288

## Payment Receipt

Method of payment: __Check__  Ck# __1210__

Amount: __$150.00__

Signature of payee: __Paid in Full—GJC__

Thank You for the opportunity to work with you.
For all your future inspection needs, please feel free to contact me.



Gary J. Carbone
State Licensed Building Inspector
239.896.3671



# Inspection Summary

**Date of Inspection:**

<u>11/5/09</u>

**Property Address:**

<u>5104 Bond Rd.</u>
<u>North Port, FL 34288</u>

The following is a brief assessment of the evaluation relating to the above property:

    My services as a Home Inspector/Building Inspector were requested to verify whether or not the above listed property contained "Chinese Drywall". Upon entering the house, there was not a strong odor in the air that was consistent with the smell of the house that is confirmed to contain "Chinese Drywall". Once inside the house though, I smelled the strong odor in the Guest Bathroom, Kitchen pantry closet, and in various areas of the house. I proceeded further with the inspection, and made the copper wiring for the switches/receptacles visible. The copper ground wires in the Guest Bath, Guest Hallway, Formal Living Room, Baby's Room, and Kitchen Island were completely covered with a black coating that is consistent with the photos I have seen on the internet and other properties that I have personally inspected that have been confirmed to contain "Chinese Drywall". Nearly all of the other switches/receptacles throughout the house have some blackening of the copper ground wire, but not completely covered as described in the previously listed areas. Upon an inspection of the air handler coils, there was significant corrosion of the coils, which is consistent with the photos I have seen, and other properties I have inspected that have been positively identified as containing contaminated drywall.

    During the course of the inspection, I was starting feel a constriction in my lungs and a headache forming in the back of my head. Once outside for a few minutes, I started to feel better. This is consistent with other contaminated drywall houses I have personally inspected. Mrs. Dillow has expressed the exact same symptoms that I experienced, but she has them everyday she is in the house. I personally noticed their 2-year old Marley sneezing, which Mrs. Dillow expressed was an everyday occurrence they are living in the house.

    It is important to note that the Master Bathroom has been previously renovated by the Homeowner, Mr. Dillow a few years ago. During the course of the remodeling, he had to stop work due to an unknown at the time odor being emitted from the drywall removal. At the time, he thought it was mold, as it was unknown that there was a problem with contaminated drywall. Since the remodeling, new drywall has been installed in that Master Bath, and therefore, there is very little blackening of the copper ground wires, but is still present, which is most likely due to the circulation of the air in the house due to the A/C system.

Gary J. Carbone
State Licensed Building Inspector
Certified Home Inspector
239.896.3671
