3436 Magazine St. #416
New Orleans, LA. 70115
504.264.2393 Office



Judge Fallon
500 Poydras St
Room C 456
New Orleans, LA. 70130

Re: Taishan Drywall Settlement Appeal

March 08, 2020
Claimant ID#100193 Property #243, #244, #245

Dear Judge Fallon and Claims Administrator,

Since the claim for the above 3 properties which are identical was only denied based on a square footage verification and all other criteria has been met, please allow the NOLA Assessors web tax documentation to serve as verification of the total square footages for each of the 3 properties. This information was uploaded into the web portal but may have been overlooked.
The total under air square footage for each property is 1,176 square feet.
Please find a copy of the tax information below.
Thank you in advance for accepting this verification and forwarding my claim for payment.
I can be reached for questions, should they arise directly at 954.328.1216.

Regards,

Shawn M. Tennefoss
ReInvent Buildings, LLC.
Pelican Flight, LLC.

EXHIBIT F

# Orleans Parish Assessor's Office

Previous Parcel | Next Parcel | Return to Main Search Page | Orleans Home

## Owner and Parcel Information

| Field | Value | Field | Value |
|---|---|---|---|
| Owner Name | SERGEYEV VOLODYMYR V | Today's Date | March 20, 2020 |
| Mailing Address | 5911 GEN HAIG BL NEW ORLEANS, LA 70124 | Municipal District | 4 |
| Location Address | 2717 2ND ST | Tax Bill Number | 412304702 |
| Property Class | Residential | Special Tax District | |
| Subdivision Name | | Land Area (sq ft) | 1890 |
| Zoning District | Show Viewer (411284373) | Building Area (sq ft) | 1176 |
| Square | 379 | Revised Bldg Area (sqft) | |
| Book | 04 | Lot / Folio | A-2 / 025 |
| Line | 004 | Parcel Map | Show Parcel Map |
| Legal Description | 1. SQ 379 SECOND ST  2. LOT A-2 SECOND 30X63  3. 2717-19 SECOND ST | Assessment Area | MAGNOLIA  Show Assessment Area Map |

Assessment Notice: 2020

### Value Information

Estimate Taxes | Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | $9,500 | $65,900 | $75,400 | $950 | $6,590 | $7,540 | $0 | $7,540 | | | | |
| 2019 | $9,500 | $69,100 | $78,600 | $950 | $6,910 | $7,860 | $0 | $7,860 | | | | |
| 2018 | $9,500 | $69,100 | $78,600 | $950 | $6,910 | $7,860 | $0 | $7,860 | | | | |

Certified Values

### Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 05-12-2015 | $0 | FRINEA MARINA | SERGEYEV VOLODYMYR V | 201520402 | 577392 |
| 05-22-2013 | $22,000 | FIRSTBANK ASSETS, LLC | FRINEA MARINA | 201319488 | 533964 |
| 02-22-2011 | $0 | REINVENT BUILDINGS, LLC | FIRSTBANK ASSETS, LLC | 201107794 | 485060 |
| 06-17-2008 | $0 | REINVENT BUILDINGS, LLC | RANZINO GUY ANTHONY | 08-38588 | 411583 |
| 04-29-2008 | $100,000 | HENDERSON DERRICK P | REINVENT BUILDINGS, LLC | 08-29885 | 406852 |
| 01-26-2007 | $45,000 | RANZINO GUY ANTHONY | HENDERSON DERRICK P | 07-05760 | 337800 |
| 04-29-2004 | $65,000 | | | 06232004 | 000282255 |
| 04-29-2004 | $90,000 | | | 04-23883 | 000282732 |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### TAISHAN CLASS SETTLEMENT DENIAL NOTICE
**DATE OF NOTICE:** 2/25/2020
**DEADLINE TO REQUEST APPEAL:** 3/26/2020

## I. CLAIMANT AND CLAIM INFORMATION

| Field | Value | | | | |
|---|---|---|---|---|---|
| **Claimant Name(s)** | Shawn Tennefoss Tennefoss; ReInvent M Buildings, LLC. | | | | |
| **Representative Claimant Name** | | | | | |
| **Claimant ID** | 100193 | **Affected Property ID** | 243 | **Claim ID** | 14096 |
| **Affected Property Address** | Street: 2709-11 Second St. | | | | |
| | City: New Orleans | | State: LA | | Zip Code: 70113 |
| **Law Firm** | Pro Se | | | | |

## II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

### DENIAL REASON(S)

Under Air Square Footage – Failure to submit sufficient proof of the under air square footage of the Affected Property.

## III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### TAISHAN CLASS SETTLEMENT DENIAL NOTICE
**DATE OF NOTICE:** 2/25/2020
**DEADLINE TO REQUEST APPEAL:** 3/26/2020

#### I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| **Claimant Name(s)** | Shawn Tennefoss Tennefoss; ReInvent M Buildings, LLC. |
| **Representative Claimant Name** | |

| **Claimant ID** | 100193 | **Affected Property ID** | 244 | **Claim ID** | 14097 |
|---|---|---|---|---|---|

| **Affected Property Address** | Street: 2713-15 Second st. | City: New Orleans | State: LA | Zip Code: 70113 |
|---|---|---|---|---|

| **Law Firm** | Pro Se |
|---|---|

#### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

#### DENIAL REASON(S)

Under Air Square Footage – Failure to submit sufficient proof of the under air square footage of the Affected Property.

#### III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### TAISHAN CLASS SETTLEMENT DENIAL NOTICE
**DATE OF NOTICE:** 2/25/2020
**DEADLINE TO REQUEST APPEAL:** 3/26/2020

#### I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| **Claimant Name(s)** | Shawn Tennefoss Tennefoss; ReInvent M Buildings, LLC |
| **Representative Claimant Name** | |
| **Claimant ID** | 100193 **Affected Property ID** 245 **Claim ID** 14098 |
| **Affected Property Address** | Street: 2717-19 Second St. <br> City: New Orleans <br> State: LA <br> Zip Code: 70113 |
| **Law Firm** | Pro Se |

#### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

##### DENIAL REASON(S)

Under Air Square Footage – Failure to submit sufficient proof of the under air square footage of the Affected Property.

#### III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

