# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### TAISHAN CLASS SETTLEMENT DENIAL NOTICE
**DATE OF NOTICE:** 2/26/2020
**DEADLINE TO REQUEST APPEAL:** 3/27/2020

## I. CLAIMANT AND CLAIM INFORMATION

| | |
|---|---|
| **Claimant Name(s)** | Stephen D Harriman; Elena V Ivanova Harriman |
| **Representative Claimant Name** | |

| **Claimant ID** | 115460 | **Affected Property ID** | 22858 | **Claim ID** | 14049 |
|---|---|---|---|---|---|

| **Affected Property Address** | Street: 3208 NE 4 Street |
|---|---|
| | City: Pompano Beach — State: FL — Zip Code: 33062 |

| **Law Firm** | Pro Se |
|---|---|

## II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

### DENIAL REASON(S)

Product ID – Failure to submit sufficient evidence of covered Chinese Drywall product.

## III. Your Options After This Notice

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Stephen D. Harriman, Elena Ivanova Harriman          Civil Action

Claimant ID 115460, Affected Property ID 22858, Claim ID 14049

Plaintiff

- vs -

Chinese Drywall Settlement Administrator,

Defendant

## NOTICE OF APPEAL

**BRIEF HISTORY** : We closed on this property on Dec. 21, 2017, but up to the recent time not able to

move in due to grave condition of the unit.

In Southeastern Florida there is a group of individuals ( citizens and non-citizens ) providing fraudulent

activity : they buy foreclosed properties, only cosmetically spruce them and sell as fully remediated

dwellings. For number of years they sold in this way a few properties with defective Chinese drywall.

In our unit all signs of presence of this defective product have been meticulously disguised, and home inspector did not notice it.   This propery was sold under name of title owner - a foreign person, who escaped abroad.

The property was rented ( 23 different tenants and 3 LLC ) for 5 years, so we thought it safe to buy it.  Soon after closing we found all kinds of damages done by Chinese Drywall.  Both air conditions quitted, all coper plumbing corroded and have porous surface, all electrical wiring corroded, control wires torn by corrosion.

We had inspections done by licensed professionals, who found different types of drywalls in our unit : canadian, mexican, american and chinese ones.  Chinese Drywall were found BEHIND air handlers, kitchen cabinets, tiled bathrooms' walls, stonework and elevator shaft.  All elevator eguipment corroded and  is OUT of use.  Kitchen appliances do not work.  The unit is dangerous to be in.

COST of Remediation from 3 local licensed general contractors is from $ 344,000+ to $ 368,000+,

what is unbearble for us.

We presented all required evidence to the Settlement Administrator, but apprently they overlooked some photos, made by inspector's probe camera between walls. These places have limited illumination, so photos require particular overhaul. On the zoomed photos ( we forwarded them to the Administrator as well ) you can see clear marks of COVERED CDW : VENTURE SUPPLY INC. and White Edge Tape. They were part of inner walls in elevetor shaft and behind airhandlers.

We are seniors and Stephen Harriman is a disable war veteran. We pray for positive decision.

March 26, 2020

*Stephen D. Harriman* , *E.I.H.*

Stephen D. Harriman, Elena Ivanova Harriman

3208 NE 4 St. Pompano Beach, FL 33062

Tel. 954 - 326 -4194

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of above and foregoing Notice of Appeal was served on all consel of Chinese Drywall Settlement Administrator by mailing it postage prepaid on this 26 th day of 2020.

_____

_____

Stephen D. Harriman, Elena Ivanova Harriman

Chinese Drywall Settlement Administrator

250 Rocketts Way

Richmond, Virginia 23231

