UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs R&S Properties, LLC, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff owns a property in the State of Alabama with a street address of: 9810 Bay Road North, Foley, AL 36535

4. Plaintiff purchased the Affected Property on August 24, 2009.

5. Plaintiff discovered Knauf-manufactured drywall in their home on July 26, 2018, through a professional inspection by HomeSouth Inspections, Inc.

6. Plaintiff filed its claim against the Knauf Defendants in this action on August 31, 2018.

1

7. On January 27, 2020, this Court issued an order denying certification for the *Bennett* class action against the Knauf entities.

8. The State of Alabama has a two-year statute of limitations period for product liability claims.

9. Alabama recognizes a discovery rule for product liability claims.

10. Fraudulent concealment tolls the statute of limitation under Alabama law.

11. Plaintiff completed and executed a verified Plaintiff Profile Form.

12. Plaintiff completed and executed a verified Supplemental Plaintiff Profile Form.

13. Plaintiff completed and executed a verified Plaintiff Fact Sheet.

14. Plaintiff were deposed by Knauf's Counsel in Birmingham, Alabama.

15. Plaintiff seeks all damages available under Alabama law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Alabama Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*