UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**ORDER**

Upon consideration of Plaintiffs Peggy Powell and Wicler Pierre's Unopposed Motion For Extension of Time to File A Notice of Appeal is hereby **GRANTED**. The date for both Plaintiff Peggy Powell and Plaintiff Wicler Pierre to file a notice of appeal is hereby extended to May 15, 2020.

New Orleans, Louisiana, this  16th  day of       April       , 2020.

_____
Eldon E. Fallon
United States District Court Judge