# Exhibit B



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: NGUYEN_3
        **Property: 3 Laudeac Court, Long Beach, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1345.4 SF to determine a Living Space area of 1345.4 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



Main Level



Master Bath

Master Bedroom

Linen Closet

Master closet

alcove

Fire Place

Kitchen

Dining Room

Living Room

Pantry

Bathroom

Linen Closet

Laundry Room

Closet

Hallway

Closet

Closet

Bedroom

Bedroom



N

Main Level

NGUYEN_3

12/31/2019    Page: 1