# Exhibit A

Our File #B130136



2nd Judicial District
Instrument 2013    460 D – J2
Filed/Recorded  2/25/2013  04:36 P
Total Fees $   12.00
2 Pages Recorded

Prepared by & Return To:
Schwartz, Orgler & Jordan, PLLC
PO Box 4682
Biloxi MS 39535
228-388-7441

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## **WARRANTY DEED**

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, the undersigned,

**Rachel Renee Schoerner, a single person,**

451 Linda Drive, Biloxi, MS 39531, (228) 297-5563

does hereby sell, convey and warrant unto

**Ronald Ray Bogard, Sr. and wife, Leslie Susan Bogard**

451 Linda Drive, Biloxi, MS 39531, (228) 860-4908,

as joint tenants with full rights of survivorship and not as tenants in common, the following described land and property being located in the Second Judicial District of Harrison County, Mississippi, being more particularly described as follows, to-wit:

Lot Two (2) of the Second Addition to WHISPERING OAKS SUBDIVISION, a subdivision according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi in Plat Book 11 at Page 49 thereof, reference to which is hereby made in aid of and as a part of this description

THIS CONVEYANCE is subject to any and all recorded restrictive covenants, rights-of-way and easements applicable to subject property, and subject to any and all prior recorded reservations, conveyances and leases of oil, gas and minerals by previous owners.

TAXES for the current year have been pro-rated as of this date and are hereby assumed by the Grantees herein.

WITNESS MY SIGNATURE, on this the 22nd day of February, 2013.

*Rachel Renee Schoerner*
Rachel Renee Schoerner

STATE OF MISSISSIPPI

COUNTY OF HARRISON

THIS DAY PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Rachel Renee Schoerner, who acknowledged that the above and foregoing instrument was signed and delivered as the free and voluntary act and deed of the Grantor on the day and in the year therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, this the 22nd day of February, 2013.

NOTARY PUBLIC

My Commission Expires: