# Exhibit E

SELECT A CITY ▾
Phone: 206-xxx-xxxx? EDT HBR: Document 22727-6, Filed 04/20/10   Page 2 of 2
COVID-19 SMALL BUSINESS RESOURCE: How to manage and reduced business owners can find help ›

Keep your
business *healthy*

FOR THE NEXT FOUR WEEKS,
UNLOCK ALL ARTICLES FOR $4

LEARN MORE

CORONAVIRUS COVERAGE: Click to read our free stories                    ⌄

Sign up for Breaking News Alerts

Residential Real Estate

# Attorney: Chinese drywall ruined Banner Supply

✉ Email   f Share   in Share   🐦 Tweet     Save   🖨 Print   Order Reprints



By Paul Brinkmann –
Jun 6, 2010, 2:45pm EDT Updated Jun 6, 2010, 2:45pm EDT

IN THIS ARTICLE

Lisa Seifert
Person

Michael Peterson
Person

Deloitte.
Private
Lease accounting: April 10
webcast
Learn about common
implementation challenges
for private companies

Register today

Banner Supply Co. has been a fixture in the Miami building industry for 60 years.

Now, after a construction recession and the Chinese drywall fiasco, the company is "just trying to survive," said its attorney, Michael Peterson.

The company bought defective Chinese drywall from importers in 2006, as domestic supplies dwindled. Now, Banner is caught in a firestorm of lawsuits and allegations that it mishandled the crisis.

Its statewide network of warehouses has been decimated. In the last two years, the company closed locations in Port St. Lucie and Fort Myers, while downsizing operations in Tampa, West Palm Beach, Pompano Beach and Miami.

As a result, the company has slashed its workforce to 65 from 222.

The big question is whether Banner knew that Chinese drywall was dangerous and corrosive, not just smelly, and when the company knew it.

The company has long maintained that it stopped using Chinese imported drywall in early 2007 because a few complaints about a smell of rotten eggs came from homeowners who bought WCI Communities homes in south Florida, and because domestic wallboard became available.

Banner is the only defendant still fighting allegations in a lawsuit, *Seifert vs. Banner Supply*, which gets under way in Miami on Monday. As the *South Florida Business Journal* reported in this week's print edition, Armin Seifert and Lisa Seifart have sued over the installation of Chinese drywall in their home near Coconut Grove. They allege that Banner knew the wallboard was defective and damaging. Two other defendants, the builder and a drywall hanger, have settled, Peterson said.

But, Banner steadfastly denies that it had any inkling of Chinese drywall's corrosive effects on metal, or that it causes health problems, as has been alleged in lawsuits.

"All we knew was there was a complaint related to smell, five homes in WCI had it, and test results showed no health concern," Peterson said. "There was no indication of corrosion or personal injury."

In 2007, the company signed a confidential agreement with the China-based manufacturer, Knauf Plasterboard Tianjin, which is owned by German conglomerate Knauf. Knauf agreed to take all remaining Chinese drywall from Banner and exchange it with domestic supply, if Banner agreed to stay quiet about the problem.

Banner agreed, thinking the only problems were odor, Peterson said.

According to Peterson, it wasn't until 2008 that additional homeowners slapped Banner with formal complaints about odor and metal corrosion, especially in air conditioners.

Peterson said Banner's own workers unloaded the Knauf drywall and kept it stored for months, never noticing an odor. Knauf is not a party to the Seifarts' lawsuit in Miami-Dade County Circuit Court, but has been sued successfully in federal court.

Banner asked for a change of venue, so it can obtain a jury outside of Miami-Dade, he said.

Peterson said Banner is preparing its own claims against importers and manufacturers.

"We're financially devastated," he said. "Some homebuilders are starting to build again, but we can't even touch that business because of the stigma that was created. Banner is associated with the problem at this point, unfortunately."

BizSpotlight

PRESS RELEASE

LEARN MORE

RECOMMENDED

Breaking: Walt Disney World to furlough 43K more
workers after reaching union deal

Exclusive: John Hickenlooper shares details of his plan to help small businesses

PHOTOS: This coronavirus testing team is the definition of 'essential' workers

SUBSCRIBE
& Never hit a locked article again.
START READING

Keep your
business *healthy*

FOR THE NEXT FOUR WEEKS,
UNLOCK ALL ARTICLES FOR $4

LEARN MORE

SPONSORED CONTENT BY ...          SPONSORED CONTENT BY ...

                

The Health, Wellness &            Support your health,
Balance in the Workplace          wellness & balance in your
section can help you during       current workplace
...

MORE IN THIS TOPIC                                                    More ›



Banks reflect on rocky            Experts expect an influx        Apple and Google team
first week of PPP loan            of bankruptcy filings in        up to contact trace' the
program ›                         South Florida ›                 coronavirus ›
BY ASHLEY PORTERO            BY MATTHEW ARROJAS             THE NEW YORK TIMES



Private equity wants a            Number of COVID-19              2020 Healthiest
piece of SBA funding for          cases in South Florida         Employers Awards
small businesses ›                eclipses 10,000 ›              and Health Fair
BY ASHLEY PORTERO            BY BRIAN BANDELL             Meet the region's top companies
                                                          for employee wellness.

Subsidiary of local               Former Under Armour            HBR: How to manage
company to advise cities          spokeswoman joins              coronavirus layoffs
on COVID-19 federal aid           Chewy                          with compassion
›                                 BY RICHARD BILBAO             BY HARVARD BUSINESS REVIEW
BY ASHLEY PORTERO

Latest BizSpotlight                                                   More ›



United Claims Sp...          Adrienne Arsht Center          Adrienne Arsht Center

United Claims          The Adrienne Arsht Center has a          The Adrienne Arsht Center for
Specialists is a       team of experienced and                 the Performing Arts of Miami-
team of experienced    professional public adjuster who        Dade County (@ArshtCenter) is
and professional       will work for you to ensure you         dedicated to resourceful ...
public adjuster who    get the settlement you deserve ...
will work ...

Join the foremost network of
South Florida business leaders.

Back to Top ▲

SOUTH FLORIDA BUSINESS JOURNAL     Home   News   Lists & Leads   People   Companies   Jobs   Store

SUBSCRIBERS              ABOUT & CONTACT         APPS & SYNDICATION      FOLLOW US             ACBJ
Start a Subscription    About Us                Mobile Apps             f                     American City Business
Subscriber-Only         About The Business                             in                    Journals
Content                 Journals                Syndication/RSS                               AmericanInno
Digital Edition         Advertise                                      NEWSLETTERS            Bizwomen
Book of Lists           Help & FAQs                                    Sign Up Now            Hemmings
Book of Lists           Contact Us                                                            Inside Lacrosse
Unlimited               Circulation Sales                                                     Sports Business
Manage Your Account     Center Directory                                                      Journal

© 2020 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/20) and Privacy Policy and Cookie Statement (updated 1/1/20). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.