

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FOREMAN_7514
      **Property: 7514 Pinehurst Court, Diamondhead, MS 39525**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/8/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master bath wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3034.88 SF to determine a Living Space area of 2541.96 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com





Ground level







Master Bedroom
Master Bath
toilet
Linen Closet
KPT FOUND
Master Closet 2
Master Closet 1
Bedroom 1
Closet 1
Bathroom
Hallway
Pantry
Kitchen
Laundry Room
AC
Under stairs closet
Room1
Living Room
Dining Room

N

Main Level

Level 2