# Exhibit A

Our File: B190038

Prepared by & return to:
Robert T. Schwartz, Esq.
Schwartz, Orgler & Jordan, PLLC
P. .O Box 4682
Biloxi, MS 39535
228-388-7441
MSB # 10482
robert@sojlaw.net

INDEX: Part of Lot 34, of the Plan of Partition of the Henderson, Shipman and Hughes Partition of the B. Pellerin Claim and comprising Lots 95, 96 and 97 of the White & Calvert Survey, City Section Block 114, lying South of Second Street, City of Pass Christian, MS.

STATE OF MISSISSIPPI
COUNTY OF HARRISON

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, the undersigned,

CARLISLE PLACE, LLC, A MISSISSIPPI LIMITED LIABILITY COMPANY

P. O. Box 6039, Gulfport, MS 39506, (228) 313-1953,

does hereby sell, convey and warrant unto

MICHAEL MOSSY CHRISTOVICH,

208 Gray Oak Drive, Picayune, MS 39466, (504) 491-1018,

the following described land and property being located in the First Judicial District of Harrison County, Mississippi, being more particularly described as follows, to-wit:

Parcel 1:

A parcel of land situated and being located in a Part of Lot 34, lying South of Second Street of the Plan of Partition of the Henderson-Shipman-Hewes Partition and comprising Part of Lots 95, 96 & 97 of the White and Calvert Survey, City Section Block 114, City of Pass Christian, First Judicial District of Harrison County, Mississippi and being more particularly described as follows, to-wit:

Commencing at an iron rod found at the intersection of the easterly margin of Lang Avenue and the northerly margin of Scenic Drive; thence run North 64 degrees 47 minutes 52 seconds East along the northerly margin of Scenic Drive a distance of 213.60 feet to an iron rod found; thence run North 73 degrees 50 minutes 24 seconds East along the northerly margin of Scenic Drive a distance of 112.30 feet to an iron rod found at the Point of Beginning; thence run North 00 degrees 12 minutes 00 seconds West

True & Certified Copy of the original

a distance of 456.85 feet to an iron rod set; thence North 89 degrees 48 minutes 00 seconds East a distance of 329.66 feet to a iron rod set; thence South 00 degrees 19 minutes 32 seconds East a distance of 362.60 feet to an iron rod found at the northerly margin of Scenic Drive; thence run South 73 degrees 52 minutes 52 seconds West a distance of 343.63 along the northerly margin of Scenic Drive to the Point of Beginning. Said parcel contains 3.10 acres, more or less, North of Scenic Drive.

Described as Parcel #2 on that certain Notation of Re-subdivision of Lots, recorded as Instrument # 2018 8432 D-J1.

And for the same consideration, the Grantors do further hereby sell, convey, and quitclaim to the Grantee:

Parcel 2:

All property located South of the South boundary of Parcel 1 to the water's edge of the Mississippi Sound or Gulf of Mexico, together with all riparian, littoral and beach rights thereunto belonging or pertaining, and all artesian water rights and any and all other rights and privileges thereunto belonging.

Said parcels being a portion of that property acquired by Carlisle Place, LLC, in Instrument # 2005 11385 D-J1.

THIS CONVEYANCE is subject to:

1. Ad valorem taxes for year 2019, which are not yet due and payable;

2. Declaration of Covenants Running with the Land from Hurricane Katrina, recorded as Instrument # 2008 5377 D-J1.

3. Any and all prior recorded reservations, conveyances and leases of oil, gas and minerals by previous owners.

4. The right of way and easements for Scenic Drive a/k/a Old Front Street, U.S. Highway 90 a/k/a Beach Boulevard, seawall and road protection, telephone and electric power lines, gas and water mains, and subject to any right claim or title of the State of Mississippi (including the Secretary of State) to that portion of the property which constitutes sand beach, and which falls below the mean high tide mark on the date that Mississippi was accepted to the Union. (Parcel 2)

TAXES for the current year have been pro-rated as of this date and are hereby assumed by the Grantee herein.

IN WITNESS WHEREOF, Carlisle Place, LLC, a Mississippi Limited Liability Company, has caused this conveyance to be executed by its duly authorized officer, after having first been duly authorized to do so, on this the 30th day of January, 2019.

Carlisle Place, LLC, a Mississippi Limited Liability Company

BY: _____
Sherwood R. Bailey, Jr., Manager

STATE OF MISSISSIPPI

COUNTY OF HARRISON

THIS DAY PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Sherwood R. Bailey, Jr., who acknowledged that he is the Manager of Carlisle Place, LLC, a Mississippi Limited Liability Company and as its act and deed, he signed, sealed and delivered, the above and foregoing instrument of writing on the day and in the year therein mentioned, for and on behalf of said entity after having been first duly authorized to do so.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, this the 30th day of January, 2019.

_____
NOTARY PUBLIC

My Commission Expires: _____

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 4831, CYNTHIA D. CUEVAS, Commission Expires June 22, 2022, HARRISON COUNTY]