# Exhibit B

## ASSIGNMENT OF CLAIMS AGREEMENT

This Assignment of Claims Agreement ("Agreement") is executed on this 30th day of January, 2019 ("Effective Date"), by and between **Carlisle Place, LLC** (the "Individual Claimant" and "Seller") and **Michael Mossy Christovich** (the "Buyer"). All parties to this agreement will be collectively referred to herein as the "Parties."

**RECITALS**

WHEREAS, Seller is the owner of real property situated in Harrison County, State of Mississippi, purchased on or about December 31, 2004;

WHEREAS, Seller's real property has a residential structure situated on it and that structure has a street address of 829 East Scenic Drive, Pass Christian, MS 39571;

WHEREAS, the real property containing Seller's residential structure has a legal description of:

Parcel 1:

A parcel of land situated and being located in a Part of Lot 34, lying South of Second Street of the Plan of Partition of the Henderson-Shipman-Hewes Partition and comprising Part of Lots 95, 96 & 97 of the White and Calvert Survey, City Section Block 114, City of Pass Christian, First Judicial District of Harrison County, Mississippi and being more particularly described as follows, to-wit: Commencing at an iron rod found at the intersection of the easterly margin of Lang Avenue and the northerly margin of Scenic Drive; thence run North 64 degrees 47 minutes 52 seconds East along the northerly margin of Scenic Drive a distance of 213.60 feet to an iron rod found; thence run North 73 degrees 50 minutes 24 seconds East along the northerly margin of Scenic Drive a distance of 112.30 feet to an iron rod found at the Point of Beginning; thence run North 00 degrees 12 minutes 00 seconds West a distance of 456.85 feet to an iron rod set; thence North 89 degrees 48 minutes 00 seconds East a distance of 329.66 feet to a iron rod set; thence South 00 degrees 19 minutes 32 seconds East a distance of 362.60 feet to an iron rod found at the northerly margin of Scenic Drive; thence run South 73 degrees 52 minutes 52 seconds West a distance of 343.63 along the northerly margin of Scenic Drive to the Point of Beginning. Said parcel contains 3.10 acres, more or less, North of Scenic Drive.

Described as Parcel #2 on that certain Notation of Re-subdivision of Lots, recorded as Instrument # 2018 8432 D-J1.

And

Parcel 2:

187794.4                                                     1

All property located South of the South boundary of Parcel 1 to the water's edge of the Mississippi Sound or Gulf of Mexico, together with all riparian, littoral and beach rights thereunto belonging or pertaining, and all artesian water rights and any and all other rights and privileges thereunto belonging.

Said parcels being a portion of that property acquired by Carlisle Place, LLC, in Instrument # 2005 11385 D-J1.

WHEREAS, Seller's residential structure described herein was inspected on or about August 3, 2018, by Rickey Authement of Home Inspection Building Specialists, and the structure was found to contain defective Chinese-manufactured drywall;

WHEREAS, the markings on the Chinese-manufactured drywall indicate that the drywall is a "Knauf" product and the parties responsible for manufacturing, marketing, shipping, and selling it are identified as follows: Knauf GIPS, KG and Knauf Plasterboard Tianjin Company, Ltd.;

WHEREAS, after learning that the residential structure contained defective drywall, Seller engaged legal counsel at Doyle Law Firm, PC, and a claim was filed against the responsible parties on or about August 31, 2018, in a civil action styled *Elizabeth Bennett, et al. v. Knauf GIPS, KG, et al.*, with a civil action number of 2:14-cv-2722-EEF-JCW, pending in the United States District Court for the Eastern District of Louisiana;

WHEREAS, Seller has undertaken and initiated legal process against the responsible parties and understands that the result of this legal process is uncertain and recovery of the full amount necessary to fully and properly remediate the structure is not guaranteed;

WHEREAS, Buyer is aware of the presence of the Chinese-manufactured drywall contained in the structure of Seller's residential structure, as well as the ongoing legal proceedings, and wishes to purchase this property prior to remediation;

WHEREAS, the Parties have agreed to the terms of a sale for the real property and the residential structure situated upon it;

WHEREAS, the Parties have agreed that the transfer of ownership will occur at a closing to occur on January 30, 2019, at a time and place to be arranged by the Parties;

WHEREAS, the Parties have agreed to both the sale of this property and assignment of Seller's legal claims related to the Chinese-manufactured drywall as a material term of the sale in accordance with the terms and conditions of the Contract For The Sale and Purchase of Real Estate, including all exhibits thereto;

WHEREAS, the Parties understand that Mississippi law and/or federal law require the assignment of the legal claims to occur at closing and this agreement is to be executed with the same date of execution as the Warranty Deed in order to comply with the formalities required by law;

NOW, THEREFORE, in consideration of the preceding recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. The Seller hereby assigns and transfers to Buyer all claims it may possess, both filed and unfiled, related to the Chinese-manufactured drywall identified on this property which is contained within this residential structure in accordance with the terms and conditions of the Contract For The Sale and Purchase of Real Estate, including all exhibits thereto;

2. In exchange for this assignment of claims, Seller will only receive a portion of the agreed upon sale price as consideration;

3. The final sale price of this real property reflects an arms-length transaction between the Parties and Buyer accepts ownership of this property with full assumption of the risk that litigation entails, including the possibility that no recovery may come from the Knauf entities at the conclusion of the *Bennett* lawsuit;

4. Buyer consents and agrees to accept the Assigned Claims and understands that it shall be his obligation to retain legal counsel with Doyle Law Firm, PC, following this assignment and it shall be his obligation to follow through with the prosecution of any legal claim against the responsible parties that are either named in the *Bennett* lawsuit or which remain unnamed;

5. Buyer has demanded the Assigned Claims as a material term of the sale and Seller has agreed to transfer all claims in their entirety without any reservation and in accordance with the terms and conditions of the Contract For The Sale and Purchase of Real Estate, including all exhibits thereto; and,

6. Buyer accepts and assumes all rights, title, and interest conveyed through this Assignment of Claims Agreement and assumes all obligations and duties of the Seller against any responsible party beginning on the Effective Date declared herein.

IN WITNESS WHEREOF, the Parties have executed this Agreement on this the 30th day of January, 2019.

_____
Carlisle Place, LLC, Seller
By Sherwood R. Bailey, Jr., Manager of LLC

_____
Michael Mossy Christovich, Buyer

187794.4

3

STATE OF MISSISSIPPI
COUNTY OF HARRISON

THIS DAY PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, Sherwood R. Bailey, Jr., who acknowledged that he is the Manager of Carlisle Place, LLC, a Mississippi Limited Liability Company and as its act and deed, he signed, sealed and delivered, the above and foregoing instrument of writing on the day and in the year therein mentioned, for and on behalf of said entity after having been first duly authorized to do so.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, this the 30th day of January, 2019.

NOTARY PUBLIC

My Commission Expires: _____


STATE OF MISSISSIPPI
COUNTY OF HARRISON

Personally appeared before me, the undersigned authority in and for the said county and state, on this 30th day of January, 2019, within my jurisdiction, the within named Michael Mossy Christovich, who acknowledged that he executed the above and forgoing instrument.

NOTARY PUBLIC

My commission expires: _____

187794.4

4