UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff Michael Christovich, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff owns a property in the State of Mississippi with a street address of: 829 East Scenic Drive, Pass Christian, MS 39571.

4. Plaintiff purchased the property on January 30, 2019.

5. Plaintiff received an assignment of all legal claims at the time of sale from the previous owner, Carlisle Place, LLC.

6. Plaintiff discovered Knauf-manufactured drywall in his home on August 3, 2018, during a pre-purchase inspection through an inspection by Home Inspection Building

1

    Specialists, and later confirmed by Healthy Home Solutions, LLC, a professional Chinses drywall inspection company located in Slidell, Louisiana.

7. Plaintiff filed his claim against the Knauf Defendants in this action on October 7, 2019.

8. On February 7, 2013, this Court certified a settlement class that included the Knauf entities.

9. The State of Mississippi has a three-year statute of limitations for product liability claims.

10. Plaintiff completed and executed a verified Plaintiff Profile Form.

11. Plaintiff completed and executed a verified Supplemental Plaintiff Profile Form.

12. Plaintiff completed and executed a verified Plaintiff Fact Sheet.

13. Plaintiff was deposed by Knauf's Counsel on December 17, 2019 in Biloxi, Mississippi.

14. Plaintiff seeks all damages available under Mississippi law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Mississippi Consumer Protection Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*