# Exhibit 28

| | |
|---|---|
| **Subject:** | Registered: Re: Chinese Drywall- Taishan Global Settlement- Master Spreadsheet- Michael A. Serrano |
| **Date:** | Tuesday, August 20, 2019 at 1:20:15 PM Central Daylight Time |
| **From:** | Mike Serrano |
| **To:** | Emma Kingsdorf Schwab |
| **Attachments:** | BKC_e55199e2-9ca6-443c-ae49-8accc4c91d9a.png, Mike Sig.jpg |

***RPost Registered Email***

This is a Registered Email™ message from **Mike Serrano**.

Good afternoon, Emma.

==I have completed my review of the attached spreadsheet, as an officer of the Court, and the information for Mr. Baker'== ==accurate and complete and based upon evidentiary support.==

Please confirm receipt of this e-mail and advise if anything else is needed from me at this time.

Thank you.

*MICHAEL A. SERRANO, ESQUIRE*
*The Law Firm of Michael A. Serrano, P.A.*
*Civil Trial Attorney And Counselor At Law*
25275 Wesley Chapel Boulevard
Lutz, Florida  33559
Phone: (813) 929-4231
Fax: (813) 948-1905
www.mikeserranolaw.com

CONFIDENTIAL NOTICE: This e-mail is intended only for the individual(s) or entity(s) named within the message. Thi might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forw disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sende do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the ori message without reading same.

On Tue, Aug 20, 2019 at 10:59 AM Emma Kingsdorf Schwab <eschwab@bkc-law.com> wrote:

> Counsel,

The Class Settlement Agreement with Taishan Gypsum was filed on the MDL docket this morning (Rec. Doc. 22305). Pursuant to the Agreement, within 10 days Class Counsel will file a Master Spreadsheet setting forth all known Settlement Class Member Claims with sufficient proof of indicia of Covered Chinese Drywall in the Affected Property.  These Class Members will not need to fill out a claim form in order to participate in the Settlement.

The Master Spreadsheet includes the following information for each Claim: (i) Under Air Square Footage, (ii) Product Identification, (iii) Ownership Status, (iv) Remediation Status, (v) Set-Offs, (vi) Assignments of rights to pursue Claims, (vii) whether the claimant is an *Amorin* Plaintiff or a *Brooke* Plaintiff. According to the Allocation Model filed yesterday as Allocation Neutral (Rec. Doc. 22304-1), Ownership Status and Remediation Status will not affect any Class Member's Allocation Payment.

Please review the attached spreadsheet regarding the claims of your *Amorin* and *Brooke* clients for accuracy and completeness. Note that the information included on this spreadsheet was obtained by Class Counsel from documents previously submitted in a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, and/or through discovery. This information was vetted and accepted based on the proofs uploaded to the BrownGreer Chinese Drywall portal and/or to my office.

If the information is correct, you MUST respond to this email stating you have completed your review of the spreadsheet as an officer of the Court, and the information for your clients' claims is accurate and complete and based upon evidentiary support.

If you believe any information on the spreadsheet is incorrect, please make the changes on the spreadsheet and highlight those changes in yellow. To the extent you are claiming a different Product ID bucket or square footage for any property, you must upload supporting documentation to the BrownGreer portal. All prior payments received by a claimant for Chinese Drywall claims must be disclosed. If a client received funds from a settlement or litigation outside of the MDL, you must include the amount on this spreadsheet and highlight the amount accordingly. If Class Counsel accepts your changes, we will let you know by email. Subject to acceptance of any proffered changes, you MUST respond to this email that you have completed your review of the spreadsheet as an officer of the Court, and that the information for your clients' claims is accurate and complete and based upon evidentiary support.

The Master Spreadsheet will be filed on the Court's docket on August 30, 2019. Therefore, we need all responses of your review and acceptance of the information on the spreadsheet (and/or proposed changes), no later than 5:00pm on August 27, 2019, to ensure your clients' claims are adequately protected and included on the Master Spreadsheet. Failure to comply with this deadline will adversely impact your clients' claims.

Emma Kingsdorf Schwab

Associate

