# Exhibit 29



# The Home Experts, Inc

Licensed General Contractor for 35 years CGC007826

# Chinese Drywall Screening Report



The drywall label was found about 6' high in the kitchen.

Opened wall in hall to observe label.

| | |
|---|---|
| **Client Name:** | Mr. Chris Baker |
| **Address:** | 34131 Pennacook Dr. Dade City Fl. |
| **Date:** | 9/30/2011 |

15905 Prince William Place
Odessa, Fl 33556

Phone: 813-623-1177
Fax: 813-623-6469
www.HomeExpertsTampa.com

*The Customer is everything*



# The Home Experts, Inc

**Licensed General Contractor for 35 years CGC007826**

Page 2

## The Home Experts, Inc. and Chinese Drywall Screening, Testing and Remediations.

Please go to our website *ChineseDrywallRepairs.com* for all our information. We were involved with Chinese Drywall since early 2008, well before the public was aware of the issue. We have made hundreds of Chinese Drywall Inspections. We provide consulting for the Florida office of an international drywall supplier and others. Most importantly we have provided **Chinese Drywall Remediation** services for a national builder. We understand the protocols for remediation that have proved to be successful. Professionals and home owners call us from all over the nation to ask for our advise. We have spoken to professionals from as far away as California, Colorado and Maine. We have worked hard to stay on top of the latest information. In fact Mr. Herman attended both the Chinese Drywall Conference in Orlando and The Chinese Drywall Symposium in Tampa.
The agenda for these events are attached.

# Table of Contents

Page 1     1. Cover page and home information.
Page 2     1. About the Home Experts, Inc. and Chinese Drywall
           2. Table of contents
Page 3     1. Scope and LIMATATIONS of a Chinese Drywall Inspection.
           2. Florida Department of Health Criteria for a possible and confirmed case of Chinese Drywall
Page 4,5   1. The agenda from the Chinese Drywall Symposium we attended showing the attending scientist
Page 6     1. Objectives
           2. Methodology
           3. Home history
           4. Conclusion
Pages 7,8  Photos



# The Home Experts, Inc.
**Licensed General Contractor for 35 years CGC007826**
**Certified Mold Inspector Member of Professional Mold Inspection Institute**
813-623-1177 Fax 813-623-6964 www.HomeExpertsTampa.com
Tomherman@HomeExpertsTampa.com                                Page 3

## SCOPE AND LIMITATIONS OF A CHINESE DRYWALL SCREENING

The purpose of the Chinese Drywall SCREENING is to identify and report indications that the symptoms, as described by the State of Florida Health Department, of toxic Chinese Drywall exist in the home as evident to the inspector on the day of the screening. The above proposed limited screening will not identify the manufacture of the drywall in your home. We will not move furniture or other property. The screening does not include testing for chemical compounds in the air or drywall although that can be arranged. This is not a home inspection that can identify defects, mold or problems with the operations of various systems in your home. We will inspect the air-conditioning coils only if they can be observed by removing the metal access panel. This screening does not include destructive testing. It is agreed that should the screening not identify Chinese Drywall symptoms in your home and latter some is discovered, The Home Experts, Inc only responsibility if any would be to refund the cost of the screening. We are not responsible for a loss of value or other cost to the property, if we find symptoms of Chinese Drywall and latter it is found that there is little or no Chinese Drywall in the home. The screening is a non-intrusive, visual examination performed for a fee, and is limited to the primary building along with its parking structure. The screening includes only visual and readily accessible components and systems. The screening and report are performed and prepared for the sole, confidential and exclusive use and possession of the client. **The Chinese Drywall screening report is not transferable.** The client agrees to read the entire report upon receipt will promptly contact the inspector with any questions or concerns regarding the screening. THE CHINESE DRYWALL SCREENING AND REPORT ARE NOT A GUARANTEE OR WARRANTY that the home is free of Chinese Drywall.

### Florida Department of Health Criteria for a possible and confirmed case of Chinese Drywall

Sentinel Indicators of Drywall Associated Corrosion (**Possible Case = all 3**) Florida Department of Health

1. The home was constructed or renovated with new drywall since 2001.
2. <u>Observed corrosion</u> of air conditioner evaporator coil exemplified by black corrosion on copper tubing components. *The corrosion can result in refrigerant leakage making it impossible to cool the home requiring coil replacement. Coil failures indicative of this problem typically occur every 6-14 months*
3. <u>Observed metal corrosion</u>, indicated by blackening of **one or more** of the following:
- copper wires, ground wires, and electrical connectors
- un-insulated and un-coated copper pipes and fittings
- chrome-plated bathroom fixtures
- silver and copper jewelry
- mirror backing in bathrooms

If you have answered yes to all three of the above indicators, the home meets the criteria for "possible case". Continue to Criteria 2 or 3 **only** if home meets the criteria for "possible case". Trained professionals performing home assessments based upon this case definition should use their experience, training, and professional judgment to establish their inspection procedures and sampling strategies. Professional judgment is necessary to determine the number of samples and weight of evidence needed to meet each set of criteria. A trained professional, not the homeowner, should conduct inspections and testing described in Criteria 2 and 3.

**For a Confirmed Case**—Qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating drywall samples from the home emit gasses capable of corroding copper. *Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.*



# The Home Experts, Inc.

**Licensed General Contractor for 35 years CGC007826**
Certified Mold Inspector Member of Professional Mold Inspection Institute
813-623-1177 Fax 813-623-6964 www.HomeExpertsTampa.com
Tomherman@HomeExpertsTampa.com                                  Page 4

We have been deeply involved in Chinese Drywall before it became news. Mr. Herman recently attended an Exclusive CHINESE DRYWALL CONFERENCE and the CHINESE DRYWALL SYMPOSIUM. We have all the latest information. Go to the conference tab for more information. Mr. Herman keeps up with the latest in Chinese Drywall Informa-

## Thursday, November 5, 2009
### Session Chair Meeting
**Welcome** - Ana M. Viamonte Ros, M.D., M.P.H, the Florida Surgeon General



1

### Opening Remarks -- David Krause
- Emergence of Corrosive Drywall Issues and Demographics (FDOH) – David Krause
  - Recognizing the Emerging Issue (ENVIRON) - Jamie Poole
  - Gypsum (Materials and Nature) (USGS) - Rob Crangle
- Drywall (Materials, Nature and Manufacturing) (Gypsum Association Rep) - Jeff Dushack

11:30-12:00   **State Agencies Guidance Summaries** *State of Florida agency representatives describe agency actions and the current status of corrosive imported drywall research, regulation and policy development.*
- Tim Townsend, *Hinkley Center for Solid and Hazardous Waste Management*
  - Carl Chasteen, *Florida Division of State Fire Marshall*
  - Jim Richmond, *Florida Department of Community Affairs*
  - Lee Martin, *Florida Department of Environmental Protection*
  - Richard Tedder, *Florida Department of Environmental Protection*

1:00-1:30   **Federal Agencies Research Guidance Summaries** - *Federal agency representatives describe agency actions and the current status of corrosive imported drywall research, regulation and policy development.*
- David Krause, *Florida Department of Health*
- Arnold Layne, *Environmental Protection Agency*
- Mike McGeehin, *Centers for Disease Control and Prevention*
- Joel Recht, *Consumer Product Safety Commission*



# The Home Experts, Inc.

**Licensed General Contractor for 35 years CGC007826**
Certified Mold Inspector Member of Professional Mold Inspection Institute
813-623-1177 Fax 813-623-6964 www.HomeExpertsTampa.com
Tomherman@HomeExpertsTampa.com                                        Page 5

|  |  |
|---|---|
| | 1:30-3:00 |
| | **Materials Analysis** - *Environmental consulting firms discuss analysis techniques employed to evaluate the constituents of drywall.* |
| Tom Gauthier, *ENVIRON* Michael Tuday, *Columbia Analytical* | |
| 3:30-5:00 | **Emissions Testing** - *A presentation on the results of chamber studies and head space analysis performed to determine the chemicals released by corrosive drywall and the release rates.* |
| | • Bob DeMott, *ENVIRON* |
| | • Mark Alessandroni, *Lakeland Laboratories, LLC* |
| | • Joel Recht, *Consumer Product Safety Commission* |
| | • Tony Worthan, *Air Quality Sciences, Inc.* |
| 5:00-6:30 | **Poster Reception** (Author Attended) - *An opportunity to meet with researchers and review their latest efforts. The abstracts for posters presented have been reviewed by the technical committee to ensure applicability and usefulness for this meeting.* |

## Friday, November 6, 2009

|  |  |
|---|---|
| 9:00-10:30 | **Exposure & Toxicology Assessments** (Part 1) - *Private sector and government agencies who performed exposure sampling related to emissions from corrosive drywall present information and report on the toxological evaluation of sampling results.* |
| | • David Krause, *Florida Department of Health* |
| | • Lynn Wilder, *Agency for Toxic Substances and Disease Registry* |
| | • Hung Cheung, *Dr. Cheung/OEM Advisor, LLC* |
| | • Raj Singhvi, *Environmental Protection Agency* |
| 10:30-11:00 | **Break** |
| 11:00-12:30 | **Exposure & Toxicology Assessments** (Part 2) - (Continuation of earlier session) *Private sector and government agencies who performed exposure sampling related to emissions from corrosive drywall present information and report on the toxological evaluation of sampling results.* |
| | • David Krause, *Florida Department of Health* |
| | • Bob DeMott, *ENVIRON* |
| | • Phil Goad, *Center for Toxicology and Environmental Health* |
| | • Barbara Mannis, *Building Health Sciences* |
| 1:30-2:00 | **Keynote Speaker** - U.S Senator Bill Nelson |
| 2:00-3:30 | **Remediation Practice & Protocols** - *A discussion of observations and findings during efforts to repair homes and proposed best practices and standards for repair.* |
| | • Steve Mlynareck, *University of South Florida College of Public Health* |
| | • Jamie Poole, *ENVIRON* |
| | • Ed Light, *Building Dynamics* |
| | • Timothy Townsend, *University of Florida Department of Environmental Engineering Sciences* |

# The Home Experts, Inc
Screening Page 6

Objectives-The objective of this screening was to identify any components of the home that have been corroded per the State of Florida Health Department protocols for a Case for Chinese Drywall. This is not a home inspection to determine if the components are operating correctly or were installed correctly. The corrosive damage to a homes components associated with homes that contain Chinese Drywall are well documented.

Methodology-The inspector will walk through the home to observe the general condition of the home. The inspector will then remove the cover from the air handler and inspect the coils if they are accessible. The Inspector will then observe any exposed copper piping at the hot water heater and under the sinks and toilets. The inspector will remove the cover of at least 6 electrical outlets/switches and inspect the end of the wires and the ground wire. The inspector will looks for signs of corrosion throughout the home including mirrors and compare the corrosion with the photos posted on the DOH website.. The inspector will document their findings with written notes and photographs. Photographs are only taken of corroded components. We rarely photograph corroded ground wires as they don't come out well.

Home History-  The home was built in 2008. The client has lived in the home since completion.

Conclusion -There was a slight odor. (odor is not a criteria) I started my screening in the kitchen. I opened at least 1 outlet/switch in every major room in the home. (Total 8). The inspected ground wires were all affected. I found no cooper under the bath vanities. The copper hot gas lines were unaffected. The coils were affected. We found a "made in China" label.

**This home does meet all 3 sentinel indicators for Criteria 1 and 2 as listed by the Florida Department of Health's guidelines for a case for Chinese Drywall.**
**Therefore this home is a probable case for Chinese Drywall.**

The coils and hot gas line were affected.




See the next page for comparison.



The label found in the home is **TAIHE** brand Chinese Drywall. **MDL #16**

**MADE IN CHINA MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

**TAIHE Blue-Aqua Paper End Label**