# Exhibit 30



HOME INSPECTION

November 25, 2013

Gary Fredricks
3626 Meadowlark Drive
Gulfport, MS 39501

RE: Mold Report for samples taken at 3626 Meadowlark Drive, Gulfport, MS 39503.

Dear Gary:

On November 21, 2013, I obtained a swab sample of the suspected mold from the master bathroom ceiling and from the wall in the adjacent master bedroom closet. The sample was sent to an accredited laboratory for testing as requested.

Attached to this email are the results of the testing. Mold was confirmed in the areas tested. The types of mold found can pose serious health issues for the occupants. I recommend further evaluation immediately by a certified industrial hygienist.

If you have any further questions, please feel free to call me at 228-314-9464.

Sincerely,

Philip Hage
CMA/CMI/IAQT

WIN Gulfport
PO BOX 6725
Gulfport, MS 39506
228.314.9464
228.314.9465 Fax
phage@wini.com
www.wini.com/gulfport

WE SEE MORE. CLEARLY.