# Exhibit 31

February 2, 2014

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

RE: Claim #4461
3626 Meadowlark Drive, Gulfport, MS 39501

To Whom It May Concern:

As per requested in the Court Appointed Curator Pro Se Plaintiff's in the Chinese Drywall MDL Litigation, I am submitting additional documentation to support the evidence of Chinese Drywall at the home listed above.

I am submitting additional photos that exhibit corroded copper plumbing and corroded shut off value.

Additionally, I have attached under the guidelines instructed documents of appliances and electronics that exhibit potential Chinese Drywall corrosion and black discoloration of metal fixtures.

Sincerely,

*[signature: Gary Fredericks]*

Gary Fredericks

Enc.











Case 2:09-md-02047-EEF-MBN   Document 22730-4   Filed 04/20/20   Page 10 of 10

