# Exhibit 32



**Walmart** Photo

Last N

First N

Phone

**FREDERICKS, GARY   0108806000570**
(228)385-0801 | 4 x 6-36

Jan 22

Pickup - 01/22/2014  03:25:15 PM

ChineseDrywell
Claim
104771

# Home Video Transfer Service
Enjoy generations of videos & photos on DVD.
Videotapes • Film Reels • Photo Prints • Slides • Memory Cards

starting at
## $19⁹⁶



For details, ask a Photo Associate, contact 1-877-817-5375
or visit www.DVDWalmart.com











