# Exhibit 33




