# Exhibit 34



621 N. Pierce Street, New Orleans, LA 70119

October 24, 2019

15043 Emory Road
New Orleans, LA. 70128

Dear Sir or Madam:

Please let me begin by thanking you for the opportunity to work with you. Attached is the documentation for the visual inspection done at 15043 Emory Road, New Orleans, LA.

As a summary, the purpose of this inspection was to identify any obvious visible indications of contaminated drywall within the home, identify whether the home had any defective drywall, and identify whether the plumbing, electrical, and HVAC systems had any corrosion.

As a summary, we have identified corrosion of the copper wiring, plumbing fixtures, and HVAC system throughout the home. In addition, we have discovered the existence of contaminated/defective drywall made in China in the home. Please see our detailed report for further information or contact me should you have any questions.

Sincerely,

Joel B. Holton
Owner

## Validation Form

Date/Time: 10/3/2019 10:00 A.M.

Home Address:  15043 Emory Road, New Orleans, LA. 70128

Home Owner:  Juan C. Angulo

Builder:  N/A

Personnel Present: N/A

Name & Affiliation of other people present:  Joel B. Holton, J.B. Holton and Associates, LLC

| | | |
|---|---|---|
| **Defective Board Present:** | <u>Yes</u> | NO |
| **Type of Home:** | <u>One Story</u> | Two Story     Three Story |
| **Odor Present:** | <u>Yes</u> | No |
| **Bedrooms:** | 1     2     <u>3</u>     4     5     6     7 | |
| **Square Footage:** | 1,254 | |
| **HVAC Units:** | <u>1</u>     2     3     4 | |
| **Copper Plumbing:** | <u>Yes</u> | No |
| **Occupancy:** | <u>Occupied</u> | Vacant |

**Electrical:**

| | |
|---|---|
| Was Black Surface Accumulation Observed: | <u>YES</u>　　　NO |
| How Many Outlets Were Observed: | 1 per room or more |
| Was Power Connected at Time of Inspection: | <u>YES</u>　　　NO |

**Plumbing:**

| | |
|---|---|
| Type of Water line: | <u>COPPER</u>　　CPVC　　PEX |
| Black Surface Accumulation Water Lines: | <u>YES</u>　　　NO |
| Plumbing Fixtures Inspected: | <u>YES</u>　　　NO |

**HVAC:**

| | |
|---|---|
| Number of HVAC Units | <u>1</u>　　2　　3　　4 |
| Make of HVAC Units: | N/A |
| Black Surface Accumulation: | <u>1</u>　　2　　3　　4 |

## CONFIRMATION OF CONTAMINATED DRYWALL

The inspector checked for all known contaminated drywall manufacturer markings:

**The inspector observed drywall with the "Made In China meets or exceeds" marking and photographic evidence is included.**

The inspector will also perform a visual observation to the following:  *Electrical Outlets/Switches, Plumbing Lines/Fixtures, and HVAC Systems.*

**Types of Drywall Found throughout Home:**

**"Made In China meets or exceeds"**

## FINDINGS



**ADDRESS**



**FRONT ELEVATION**



**LIVING ROOM OUTLET: BLACK SURFACE ACCUMULATION**



**DINING ROOM OUTLET: BLACK SURFACE ACCUMULATION**



**LAUNDRY ROOM SWITCH: BLACK SURFACE ACCUMULATION**



**BEDROOM 2 SWITCH: BLACK SURFACE ACCUMULATION**



**BEDROOM 3 SWITCH: BLACK SURFACE ACCUMULATION**



**MASTER BEDROOM SWITCH: BLACK SURFACE ACCUMULATION**


**KITCHEN PLUMBING FIXTURE: PITTED**


**BATHROOM 2 PLUMBING FIXTURE: PITTED**



**BATHROOM 2 PLUMBING FIXTURE: PITTED**



**MASTER BATHROOM PLUMBING FIXTURE: PITTED**



**MASTER BATHROOM PLUMBING FIXTURE: PITTED**



**HVAC SUPPLY LINE: BLACK SURFACE ACCUMULATION**



**Made In China meets or exceeds Drywall: Laundry Room**



**WATER HEATER: COPPER**