# Exhibit 35



WARNING















Case 2:09-md-02047-EEF-MBN   Document 17894   Filed 7/29/03   Page 10 of 17















