# Exhibit 36

Statewidefl.homeinspections@gmail.com          1                          786-227-2541
FL. State License No. H11048                                Insurance Policy No. UDC-2224833-CGL-18



## CHINESE DRYWALL ASSESSMENT REPORT

Client: Stephen Harriman and Elena Ivanova
Address: 3208 NE 4th Street, Pompano Beach, Florida 33062
DATE OF INSPECTION: 04/09/2019



Statewidefl.homeinspections@gmail.com          2                    786-227-2541
FL. State License No. H11048                            Insurance Policy No. UDC-2224833-CGL-18

## PICTURES OF AFFECTED AREAS (ELECTRICAL PANEL)



MAIN PANEL



MAIN ELECTRICAL CONDUCTOR



MAIN ELECTRICAL CONDUCTOR



BRANCH WIRING (COPPER)





BRANCH WIRING (COPPER)

Statewidefl.homeinspections@gmail.com          3                    786-227-2541
FL. State License No. H11048                              Insurance Policy No. UDC-2224833-CGL-18

 

BRANCH WIRING (COPPER)



BRANCH WIRING (COPPER)

Statewidefl.homeinspections@gmail.com                    4                          786-227-2541
FL. State License No. H11048                                          Insurance Policy No. UDC-2224833-CGL-18

## PICTURES OF AFFECTED AREAS (HOT WATER HEATER)

 

HOT WATER HEATER/COPPER TUBING



HOT WATER HEATER VALVE

Statewidefl.homeinspections@gmail.com
FL. State License No. H11048

5

786-227-2541
Insurance Policy No. UDC-2224833-CGL-18

## PICTURES OF AFFECTED AREAS (ELECTRICAL OUTLETS)
### *A REPRESENTATIVE NUMBER OF OUTLETS THROUGHOUT THE HOUSE WAS CHECKED

 

ELECTRICAL OUTLETS

 

ELECTRICAL OUTLETS

Statewidefl.homeinspections@gmail.com     6     786-227-2541
FL. State License No. H11048     Insurance Policy No. UDC-2224833-CGL-18

 

ELECTRICAL OUTLETS

 

ELECTRICAL OUTLETS

Statewidefl.homeinspections@gmail.com
FL. State License No. H11048

7

786-227-2541
Insurance Policy No. UDC-2224833-CGL-18

## PICTURES OF AFFECTED AREAS (AIR CONDITIONER)

 

CONDENSER COIL (SECOND FLOOR)

 

CONDENSER COIL (THIRD FLOOR)

 

CONDENSER COIL (THIRD FLOOR)

Statewidefl.homeinspections@gmail.com          8                    786-227-2541
FL. State License No. H11048                              Insurance Policy No. UDC-2224833-CGL-18

## PICTURES OF AFFECTED AREAS (KITCHEN & BATHROOM SINKS)




KITCHEN SINK (INSIDE CABINETS)




KITCHEN SINK                        BATHROOM 1




BATHROOM 1                          BATHROOM 2

Statewidefl.homeinspections@gmail.com          9                          786-227-2541
FL. State License No. H11048                                    Insurance Policy No. UDC-2224833-CGL-18



BATHROOM 2



BATHROOM 3





BATHROOM 3

BATHROOM 4

Statewidefl.homeinspections@gmail.com          10                    786-227-2541
FL. State License No. H11048                          Insurance Policy No. UDC-2224833-CGL-18

PICTURES OF AFFECTED AREAS (BASEBOARDS - GROUND FLOOR)

 

WOOD BASEBOARDS ON GROUND FLOOR



WOOD BASEBOARDS ON GROUND FLOOR

PICTURE(S) OF AFFECTED AREAS (ELEVATOR SHAFT)

 

COPPER LINES IN ELEVATOR SHAFT      ELECTRICAL PANEL IN ELEVATOR SHAFT

Statewidefl.homeinspections@gmail.com                    11                                    786-227-2541
FL. State License No. H11048                                              Insurance Policy No. UDC-2224833-CGL-18

## PICTURES OF AFFECTED AREAS (DRYWAL)
### **A REPRESENTATIVE NUMBER OF WALLS THROUGHOUT THE HOUSE WAS CHECKED



BEHIND STONE WALL IN LIVING ROOM



BEHIND STONE WALL IN KITCHEN



BEHIND ELEVATOR SHAFT



BEHIND CORRODOR ON THIRD FLOOR



2ND FLOOR BEHIND AIR HANDLER

Statewidefl.homeinspections@gmail.com      12      786-227-2541
FL. State License No. H11048      Insurance Policy No. UDC-2224833-CGL-18

## PICTURES OF AFFECTED AREAS (SILVER JEWELRY)

 

SILVER JEWELRY INSIDE HOME SINCE THE PURCHASE OF THE PROPERTY

Statewidefl.homeinspections@gmail.com          13                     786-227-2541
FL. State License No. H11048                                    Insurance Policy No. UDC-2224833-CGL-18

# *PROPERTY DETAILS*

**ADDRESS:**
3208 NE 4th ST.
POMPANO BEACH, FLORIDA 33062

PROPERTY LEGAL DESCRIPTION:
SURFSIDE VILLAS 26-43 B PORTION LOTS 5 & 6 BLK 2 DESC AS COMM
AT SW COR LOT 6,E 86.56 ALG S/L,N 23.00 TO POB,N 54.00,E 21.67,S
54.00,W 21.67 TO POB AKA: UNIT 3208 OCEAN PARK ESTATES

**YEAR BUILT:**
2006

**PURCHASE DATES:**
***CURRENT OWNER (ELENA IVANOVA & STEPHEN HARRIMAN)***
***12/21/2017***
PRIOR OWNER (ANDREA LORINCZI) 10/5/2012
PRIOR OWNER (HOME CENTER OF FLORIDA CO.) 03/23/2012
PRIOR OWNER (KEITH & LINDA SAN FILIPPO) 11/08/2006 - BOUGHT
FROM BUILDER

Statewidefl.homeinspections@gmail.com          14                    786-227-2541
FL. State License No. H11048                              Insurance Policy No. UDC-2224833-CGL-18

## *OVERVIEW*

Chinese drywall refers to an environmental health issue involving defective drywall manufactured in China. Chinese drywall was imported to the United States and used in residential construction between the years 2001 and 2009, essentially affecting an estimated 100,000 homes in more than 20 states.

## *SIGNS OF CONTAMINATED DRYWALL PROBLEMS*

Homeowners with contaminated drywall usually notice following:

- a rotten egg smell within the home
- corrosion or blackening of metal items within the walls or protruding from the walls, and
- frequent failures of air conditioning units and other appliances and electronics.

The federal Consumer Product Safety Commission (CPSC) has issued guidelines for identifying contaminated drywall. The guidelines recommend a two-step process: first a threshold inquiry and then, if the threshold is met, a further investigation seeking corroborating evidence.

Threshold Inspection

In order to meet the threshold inspection, homeowners must (1) have blackened copper electrical wiring or air conditioning evaporator coils, and (2) have had the drywall installed between 2001 and 2008.

According to the CPSC, contaminated drywall is indicated if two of the below corroborating conditions are present and drywall was installed between 2005 and 2008 -- or if four of the below corroborating conditions are present and the drywall was installed between 2001 and 2004. To list a few:

- copper sulfide or sulfur in the home as confirmed by tests
- drywall is marked as coming from China
- **high levels of strontium in drywall core**
- high levels of sulfur in drywall core

Statewidefl.homeinspections@gmail.com                    15                    786-227-2541
FL. State License No. H11048                                                                Insurance Policy No. UDC-2224833-CGL-18

## *OBSERVATIONS*

### *Physical Symptoms:*

Immediately upon entering into the client's home, there was a very profound smell of "rotten egg" (sulfur). Within ten minutes of my entering the property, my skin was itching and my eyes started to water, these symptoms persisted throughout the entirety of the inspection, which was approximately fours hours long.

### *FINDINGS:*

- Electrical panel has severe corrosion and blackening of the the copper wiring.
- A representative amount of electrical outlets throughout the house has severe corrosion and blackening of the copper wiring.
- Copper pipes in bathrooms, kitchen, hot water heater, and inside the elevator shaft show signs of blackening.
- Electrical panels in elevator shaft show signs of blackening of the copper wiring.
- Damage to electrical systems such as the electrical outlets throughout the home and the electrical components of the elevator. Appliances such as the refrigerator, microwave, stove, and air conditioner have been compromised as well. The damage is extensive in so much that myself and a General Contractor have advised the client to stay away from using the electrical outlets where possible.
- Air conditioning evaporator coils (both air handlers) show severe blackening of the coils and need replacement.
- Client's silver jewelry is severely tarnished.
- Visible evidence of original drywall used during construction throughout the home (behind decorative walls, elevator shaft, kitchen cabinets, & air conditioning units).

### *Additional Testing:*

On 09/26/2018, *Chinese Drywall Screening, LLC* conducted a Chinese drywall screening report. A sample of the original drywall was taken and tested. The strontium levels from the sample that was tested came back at a level of 4400 ppm. This is significantly higher than non Chinese drywall.

### *FINAL ASSESSMENT & EVALUATION:*

After conducting a more than four hour inspection, it is my professional opinion that the property at 3208 NE 4th Street, Pompano Beach, Florida 33062 was not fully remediated prior to Mr. & Mrs. Harriman purchasing the property. The property was

partially remediated in areas that were visible. In other words, any area that was not accessible, such as behind the kitchen cabinets, in the elevator shaft, behind tiled or stoned walls, behind the air conditioning units, etc., were not remediated. According to the federal Consumer Product Safety Commission (CPSC) this property falls under the guidelines of a home contaminated with Chinese drywall. The evidence is overwhelming and undeniable.

## RECOMMENDATIONS:

In order to bring this home to "livable conditions", the house needs to be completely gutted and fully remediated. All kitchen cabinets, air conditioning units, elevator, and all "permanent structures" need removal. Complete removal of all existing drywall and re-installation of new drywall is needed. Complete & 100% removal of all electrical wiring and re-installation of all new electrical wiring is needed. Absolutely everything in the home needs to come out and made new. 100% remediation is needed! Since my inspection, additional components of the home continue to fail. The secondary air conditioning unit no longer works, the elevator has stopped working, and the kitchen appliances are no longer working properly. Leaving the home in its current condition is a severe health risk for Mr. & Mrs. Harriman. Living under these conditions can cause detrimental health affects that both Mr. & Mrs. Harriman could potentially not overcome.

Joseph Campadonico - Owner/Inspector
License # HI11048
Statewide Florida Home Inspections, Inc.
www.statewideflhomeinspections.com
786-227-2541

*Joseph Campadonico*