# Exhibit 37

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Property address: 3208 NE 4 St Pompano Beach, FL33062**

**Property description: Town House, 4 Beds, 3.5 Baths, 2, 621 sqft, Year built: 2006**

**Present: Clients**

**Date of inspection:  9.7.2018**

**Time of inspection: 11:00 am**

**Inspector: Jacob Baraban, Master of Architecture, FL licensed Home Inspector #Hi11203**

**Weather: Sunny**

---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com   Web site: barabaninspections.com

**Page 1 of 27**                          **CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



## Chinese Drywall Inspection Report

### General:

- Building contains eleven residential units.
- Building was built 2006.
- According to client's disclosure: In 2008 building was condemned and closed following the discovery that Chinese drywall was used. Also, according to client's disclosure: The Seller of the town house, at the time of the purchase, **did not** disclose to them that the town house (which they are purchasing) contains Chinese drywalls or that the Chinese drywalls were not replaced nor items damaged by the presence of the Chinese drywalls (a/c units, plumbing, plumbing fixtures, electric wiring, etc.).
- Client did not occupy the house since closing.
- A/C systems were installed in 2006 (top unit, top floor) and 2016 (bottom unit, kitchen floor).
- Chinese drywall refers to an environmental health issue involving defective drywall manufactured in China, imported to the U.S.A and used in residential construction between 2001 and 2009 – affecting "an estimated 100,000 homes in more than 20 states".
- Chinese drywall remediations is both a technical and a management challenge. Drywall, wiring, plumbing is taken out, and reinstalled, all while protecting and preserving the rest of the house required.
- Contaminated drywall signs are: corrosion or blackening of metal items within the walls or protruding from the walls, and
- Frequent failures of air conditioning units and other appliances and electronics.
- The federal Consumer Product Safety Commission (CPSC) has issued guidelines for identified contaminated drywalls. The guidelines recommend a two-step process: first a threshold inquiry and then, if the threshold is met, a further investigation seeking corroborating evidence.

---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com   Web site: barabaninspections.com

**Page 2 of 27**                                   **CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



InterNACHI
Certified

- To meet the threshold inspection, homeowners must (1) have blackened copper electrical wiring or air conditioning evaporator coils, and (2) have had the drywall installed between 2001 and 2008.
- According to the CPSC, contaminated drywall is indicated if two of the below corroborating conditions are present and drywall was installed between 2005 and 2008:
- copper sulfide or sulfur in the home as confirmed by tests.
- drywall is marked as coming from China.
- high levels of strontium in drywall core.
- high levels of sulfur in drywall core.
- elevated levels of hydrogen sulfide, carbonyl sulfide, or carbon disulfide emitted from drywall when tested in a chamber, and
- corrosion of copper metal when placed in a test chamber with drywall samples.

## Observations:

- **We detected corrosion or blackening of metal items within the walls or protruding from the walls (see pictures attached), all indicative of contaminated drywalls:**
- Top a/c unit (top floor).
- Receptacle near top a/c unit.
- Bottom a/c unit (kitchen floor).
- Receptacle near bottom a/c unit.
- Under kitchen sink.
- Receptacle in eastern living room wall.
- Water heater tank (2006), first floor.
- Main water shut-off.

---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



- Top a/c unit:



---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

                                        **CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector**: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224 Email: barabanjacob@gmail.com Web site: barabaninspections.com

**CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

### Inspector: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



Receptacle near top a/c unit:



---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 7 of 27**                                    **CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector**: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



Bottom a/c unit:



**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com   Web site: barabaninspections.com

Page 8 of 27                                         CLIENTS: Elena Ivanova, Stephen Harriman

# Property Inspection Report

### Inspector: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector**: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 10 of 27**
**Harriman**
CLIENTS: Elena Ivanova, Stephen

# Property Inspection Report

**Inspector**: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com   Web site: barabaninspections.com

**Page 11 of 27**                              **CLIENTS: Elena Ivanova, Stephen**
**Harriman**

# Property Inspection Report

### Inspector: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 12 of 27**                    **CLIENTS: Elena Ivanova, Stephen**
**Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



Receptacle near bottom a/c unit:



**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

Page 13 of 27                               CLIENTS: Elena Ivanova, Stephen
Harriman

# Property Inspection Report
**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 14 of 27**                              **CLIENTS: Elena Ivanova, Stephen**
**Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



Under kitchen sink:



**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 15 of 27**                    **CLIENTS: Elena Ivanova, Stephen**
**Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

Page 16 of 27                    CLIENTS: Elena Ivanova, Stephen
Harriman

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224 Email: barabanjacob@gmail.com Web site: barabaninspections.com

CLIENTS: Elena Ivanova, Stephen

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



Water heater tank:



---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

CLIENTS: Elena Ivanova, Stephen

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 19 of 27**                          **CLIENTS: Elena Ivanova, Stephen**
**Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com   Web site: barabaninspections.com

**Page 20 of 27**
**Harriman**

**CLIENTS: Elena Ivanova, Stephen**

# Property Inspection Report
### Inspector: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 21 of 27**                           **CLIENTS: Elena Ivanova, Stephen**
**Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 22 of 27**                                **CLIENTS:** Elena Ivanova, Stephen
Harriman

# Property Inspection Report
### Inspector: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 23 of 27**          **CLIENTS: Elena Ivanova, Stephen Harriman**

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

Page 24 of 27                                   CLIENTS: Elena Ivanova, Stephen
Harriman

# Property Inspection Report

**Inspector:** Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





---

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

CLIENTS: Elena Ivanova, Stephen

# Property Inspection Report

### Inspector: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203



Main Water Shut-Off:



**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**Page 26 of 27**                                     **CLIENTS: Elena Ivanova, Stephen**
**Harriman**

# Property Inspection Report

**Inspector**: Jacob Baraban
Master of Architecture, Ohio State University
FL Licensed Home Inspector #HI11203





## Conclusion:

We discovered corrosion or blackening of metal items within the walls or protruding from the walls, including in and air conditioning units, receptacles, plumbing, water heater tank, and main water shut – off. All indicative of contaminated drywalls.

**Baraban Home Inspections LLC**, 6494 West Sample Rd, Coral Springs, FL 33607
Cell: (754) 302-7224  Email: barabanjacob@gmail.com  Web site: barabaninspections.com

**CLIENTS:** Elena Ivanova, Stephen