# Exhibit 40

**Walker Scott**

| | |
|---|---|
| **From:** | Kevin Stephens <kustephensmd@gmail.com> |
| **Sent:** | Tuesday, February 11, 2020 6:52 PM |
| **To:** | Walker Scott |
| **Subject:** | Re: Chinese Drywall - Follow up to confirm claim submission |

Thank you for the information. We did the entire complex at the same time with the same sheetrock. We did no get other units inspected because it was all done at the same time with the same sheetrock. I will look to see if we have anything else.
thanks,
 KUS

On Tue, Feb 11, 2020 at 5:32 PM Walker Scott <wscott@browngreer.com> wrote:

> Good afternoon,
>
> As we discussed last week over the phone, we entered your claim into our electronic system last Thursday. To follow up on your question regarding a potential allocation of funds for extreme losses; that is not something that would be covered through this settlement. There is only one category of claim, where payment amounts will be based on the information verified in the submitted documents.
>
> More information on this settlement can be found at the following link: https://www.chinesedrywallsettlement.com/
>
> Additionally, if you have any other inspection reports, photos or other documents showing evidence of Chinese Drywall in other units, we recommend uploading those to your file prior to the submission deadline (12:00 AM Central on 2/13/2020). I see that the inspection report currently in your file is for one of the units, though it does mention that limited inspections were performed in other units. The proof requirements to determine eligibility can be fairly strict, so we recommend uploading as much proof for as many units as you have.
>
> Thank you,
>
> **Walker Scott**
>
> Analyst
>
> **B**ROWN**G**REER PLC
>
> 250 Rocketts Way

1

Richmond, Virginia  23231

Telephone:  (804) 521-7200

Facsimile:  (804) 521-7299

[www.browngreer.com](www.browngreer.com)


*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*