UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# ORDER

The Court has received communications from the following plaintiffs, objecting to the denial of their claims under the Taishan Settlement Agreement or appealing their Allocation Amount Determination: Bevalie Favre [Exhibit A] and Diges Little [Exhibit B]

**IT IS ORDERED** that the attached documents be filed into the record.

**IT IS FURTHER ORDERED** that Class Counsel file a response to these objections and appeals by Monday, April 27, 2020.

New Orleans, Louisiana this 17th day of April, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge

Reeves & 400 Main St.
Mestayer P.O. Drawer 1388
was our Biloxi, MS 39533
lawyers since
2009-2019

March 9, 2020

Judge Falon Sir,

My name is Bevalie Favre and my husband Laurence Favre live in Hancock Bay St Louis, MS. We built our house in 2006-2007. We discovered we had Chinese Drywall in 2009.

We signed on with Lumpkin Reeves & Mestayer in 2009. We thought we had Knauf Chinese Drywall you will see letters they sent us saying we had Knauf. Knauf settled in 2013 we didn't hear anything so I took them to the MS Bar after talking to Jim Hood the Attorney General. The MS Bar couldn't find they did anything wrong. They sent us a letter saying they had sent letters to us over the years. They never sent anything saying they were not representing

us. We would not hear anything for years because we found out we had the Chinese Drywall from the Chinese government. Never got anything saying they were not representing us. In 2015 got e-mail from them asking if we sold our house or redid it? I told them no, never heard anything else but they never said they were not representing us. I still have the e-mail on my Iphone.

In Jan. 2019 Lawrence starting getting sick in March 29, 2019 he fell at work and that was his last day of work. They started doing test he was diagnosed with MS (multiple sclerosis) on July 10, 2019. We were in shock and have spent the next months going to doctors.

In Sept. 6 Lawrence cousin down the street has same drywall and same lawyers she text me

And said our name was not on the master spread sheet. I don't have a computer but looked it up on my smart phone. Our names was not on the master spread sheet. I called Reeves + Mestayer's office they did not return my call so I e-mailed the lawyers on website and told them about Reeves + Mesteyer so one of the lawyers Jimmy Doyle from the Class Action Law Suit called me. He told me to go down and check to see if they were representing me still because he could not talk to me if they were. Then he would take our case when we got it in writing they were no longer our lawyers. We went down and they told us he was answering my letter that I sent in Aug. 2019. I never sent him a letter in Aug. We went to the doc 4 times that week he says I sent a letter.

We got our records and when I called Jimmy Doyle back he told us he could not represent us because we had to have a MS Lawyer he gave us Lucky + Mullins. When we went to Lucky + Mullins they said its not that much money and said we didn't have right case no. Well Reeves + Mestayer told the MS Bar we was in the Lawsuit now we don't have the right case no? That is our money for our home they don't have the poison drywall in there home, But we do have the right case no. What they have done is BLACK BALLED us. We can not get a Lawyer in MS, LA. to help us. No one will help us. We have to sell our home now!!

You know whats funny Lawrence's other cousin Larry Lafontaine lives in

5

Bay St Louis, MS He has same Chinese DryWall and guess what (Taishan)
his Lawyer is
    Jimmy Doyle
    305-773-7310

Judge Fallon - 1-504-589-7545
I even called his chambers and was told it was unethical for me to call the Judge but I think what they did us is unethical?

Levin + Sedran Berman Law Firm
Keith Verrier
215-592-1508
Herman, Herman, Katz
504-581-4892
Went over there to get someone to help us.
    Lenny Davis

When I called these lawyers in the Class Action Suit they said I needed a Ms Lawyer And they said we would not get the full Amount of money.

We know what Reekest Mestayer was going to do to us was keep us in the bottom Instead of getting the full amount of money they was going to give us a couple of thousand of dollars to punish us for taking them to the Ms Bar. So they Black Balled us. Now we have to sell our home. It is so sad. This has been A horrible year for us. If Anyone could help us or would want to help us we would be so so Grateful! We do not want to have to sell our home.

But we really don't have a choice. Lawrence has not worked since March 29, 2019. Anything to help us would be Appreciated so so much. We tried calling Jim Hood months ago would not help us.

Thank you
Bevalie Favre
&
Lawrence Favre

228-222-0347 Bevalie Favre cell phone

228-222-0348 Lawrence Favre cell phone

Lawrence & Bevalie Favre
10345 Old Lower Bay Rd.
Bay St Louis, MS 39520

Diges E Little

816 Marsha S. Ratchford Street

Prichard, Al 36610

dgslittle@yahoo.com

(251)229-5477

United States District Court

Eastern District of Louisiana

RE: TAISHAN CLASS SETTLEMENT DENIAL NOTICE

MDL 2047

Judge Fallon

MAG. Judge Wilkinson

Affected Property ID 21

Claim ID 14073

Objection to denial Taishan claim:

I, Diges E. Little, wish to file an appeal pursuant to the rules set forth by the courts regarding all claims. As of August 2012, my formal attorney Holston/Vaughan opted my case into the MDL which would allow me to pursue future claims. April/May 2013, Richard H. Holston and Gregory Vaughan when into Judge Young Peter court to remove themselves as my attorneys'. This was in part their refusal to repay previous attorney fees paid (40%) from settlement already paid. Pursuant to guidelines in the MDL, attorney fee would be (20%). Also, I received a letter tell me of my right to file claim in the MDL. (*Diges E. Little v. The Mitchell Co, Inc, et al. Case no.:CV-09901153*).

I further object to the denial of this claim, I have filed several previous claims. Most of which was also denied (Foreclosure and Bodily injuries claims) unfairly. All documentation as required was placed into portal accord to guidelines. It is my opinion all documents submitted through my portal have not truly been reviewed. Upon request I am willing to appear before the courts to

state my concerns directly. To the best of my knowledge, I have not signed any release to said plaintiff (Knauf Taishan and all named parties) mention in said action.

In closing, I appealing to the court to carefully consider all claims brought before the council. The victim of this disaster deserve a fair unbiased decision.

Sincerely

Diges E, Little

# HOLSTON VAUGHAN LLC
## LAWYERS

RICHARD H. HOLSTON
GREGORY E. VAUGHAN*

K. AMANDA HERNDON BARTON†
JOHN M. TEAGUE†

*ALSO ADMITTED IN FLORIDA
†ALSO ADMITTED IN MISSISSIPPI

Office Address:
211 South Cedar Street
Mobile, Alabama 36602

PHONE: 251.432.8883
FAX: 251.432.8884
MAILING ADDRESS: P.O. Box 195
Mobile, Alabama 36601
www.holstonvaughan.com

**May 8, 2013**
rhh@bellsouth.net

Letitia Washington
**827 Marsha S. Ratchford Street**
Prichard, AL 36610

Diges E. Little
**816 McCrory Avenue**
Prichard, AL 36610

      RE:    *Diges E. Little v. The Mitchell Co, Inc, et al.*
              *Mobile County Circuit Civil Case no.: CV-09-901153*

Dear Diges and Letitia:

      This letter is in follow-up to our firm's prior representation of you and your household concerning Chinese Drywall in your residence. Part of your settlement was the ability to make a claim in the "Other Loss Fund" that is part of the MDL Global Settlement (assuming you otherwise meet the MDL's criteria for such a claim). Judge Fallon has issued an Order setting out the way in which claimants should register their claims in the MDL. **You must be registered no later than May 25, 2013 in order to make a claim.** Enclosed is a copy of said Order. This letter is merely a courtesy to provide you with this information so that you can notify your current lawyer or register yourselves. In the event you have any questions about the registration process, I ask that you direct your inquiries to the associates at Brown Greer. Their main number is (804) 521-7200—or go to their registration website at https://www3.browngreer.com/drywall/ or https://chinesedrywallclass.com.

                        Best Regards,

                        RICHARD H. HOLSTON
                        For the Firm

RHH/seb
Enclosure

