# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <u>ON THE CLAIMS ASSERTED BY JAY JINJIANG WANG AND RUBY XIAOCHUN XI</u>

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting them leave to file a Reply Memorandum in support of the Motion for Summary Judgment (Rec. Doc. 22664) filed against Jay Jinjiang Wang and Ruby Xiaochun Xi. The proposed reply, which is attached hereto, addresses arguments made by the plaintiffs in their Opposition (Rec. Doc. 22709). The Knauf Defendants submit that the Reply Memorandum will assist the Court in resolving the Motion for Summary Judgment.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File a Reply Memorandum in Support of the Motion for Summary Judgment (Rec. Doc. 22664) and that the attached Reply Memorandum be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:      504.310.0275
Email:            kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 20th day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**