# Exhibit A

SHERIFF'S ACT OF SALE OF IMMOVABLES
21ST JUDICIAL DISTRICT COURT
PARISH OF LIVINGSTON          STATE OF LOUISIANA

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2006-QS9
VERSUS NO.          148612
LUCIANA BADO, THE LUCIANA BADO REVOCABLE TRUST, THE LYMAN
FAMILY TRUST AND FACUNDO MALBRAN
FACUNDO MALBRAN


WHEREAS I, Jason Ard, Sheriff & Tax Collector in and for the
Parish of Livingston, by virtue of the Writ of SEIZURE AND SALE
issued to me directed by the Honorable the Twenty-First Judicial
District Court for the Parish of Livingston.  In the above
entitled and numbered cause, ordering the sale of the property
belonging to
LUCIANA BADO
THE LUCIANA BADO REVOCABLE TRUST
THE LYMAN FAMILY TRUST
FACUNDO MALBRAN
to-wit:

One (1) certain lot or parcel of ground, together with all
the buildings and improvements thereon, and all of the
rights, ways, privileges, servitudes, appurtenances, and
advantages thereunto belonging or in anyway appertaining,
situated in the Parish of Livingston, State of Louisiana,
in that subdivision known as WESTMINISTER ESTATES, and
designated on a plat of Survey made and prepared by Lester
A. McLin, Jr., Professional Land Surveyor, dated September
15, 2004 recorded at Plat Book 52, page 132, Entry No.
561,287 of the official records of the Clerk and Recorder
for the Parish of Livingston, as LOT NUMBER 52, inclusive,
said subdivision, said lots having The size and dimensions
as shown on the plat referenced above and being subject to
such restrictions, servitudes, easements and rights of
way on file And of record with the Clerk of Court for the
Parish of Livingston.

After having given due notice to the interested parties herein
I advertised the property for sale, composed in English,
announcing the Sale to take place at Livingston, Louisiana on
WEDNESDAY, THE 16TH DAY OF SEPTEMBER, 2015 at 10:00 o'clock a.m.,
which advertisements were inserted and published in the City of
Denham Springs, to-wit: "The Denham Springs News", on
AUGUST 16, 2015 AND SEPTEMBER 13, 2015

After having further complied with all the additional
requirements I did expose the above described property for sale
according to law

WHEREUPON: JASON ARNOLD
on behalf of JASON ARNOLD,
bid the price and sum (          $137,101.32 ) DOLLARS,

JASON ARNOLD
12262 PENDARVIS LANE
WALKER, LA  70785
being the last and highest bidder for cash
the above described property was adjudicated to the said
JASON ARNOLD
12262 PENDARVIS LANE
WALKER, LA  70785
for the price and sum of (          $137,101.32)

The costs and charges amounting to          $6,156.07
as set forth in the following itemized list were paid to me by
JASON ARNOLD
and disbursed as follows, to-wit:

JASON ARD, SHERIFF--------------------------          $4,508.04
CLERK OF COURT-----------------------------          $910.00
ADVERTISING--------------------------------          $400.00

WALKER, LA  70785
for the price and sum of (          $137,101.32)

The costs and charges amounting to          $6,156.07
as set forth in the following itemized list were paid to me by
JASON ARNOLD
and disbursed as follows, to-wit:

| | |
|---|---:|
| JASON ARD, SHERIFF----------------------------- | $4,508.04 |
| CLERK OF COURT--------------------------------- | $910.00 |
| ADVERTISING------------------------------------ | $400.00 |
| APPRAISER-------------------------------------- | $125.00 |
| East Baton Rouge SHERIFF ---------------------- | $30.08 |
| OTHER COSTS------------------------------------ | $182.95 |

Which amounts were paid to the proper parties.  The balance or
the sum of          $130,945.25, I paid to
LAWRENCE R. ANDERSON JR , Attorney for the Plaintiff.

The Clerk of Court is hereby ordered to cancel and erase from the
records of his office all mortgages, liens and judgments
insofar as they affect the property described herein AND NO
MORE.  The bid was not sufficient to cover the amount of the
Writ and I hereby close this "PROCESS VERBAL", credit this writ
with          $137,101.32,  make this my return and return this writ
UNSATISFIED on this day of 17TH DAY OF SEPTEMBER, 2015.

Jason Ard, Sheriff                    DEPUTY SHERIFF
Parish of Livingston
State of Louisiana

SHERIFF'S RETURN
TWENTY-FIRST JUDICIAL DISTRICT COURT OF LOUISIANA
PARISH OF LIVINGSTON          STATE OF LOUISIANA

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2006-QS9
VERSUS NO.        148612
LUCIANA BADO, THE LUCIANA BADO REVOCABLE TRUST, THE LYMAN
FAMILY TRUST AND FACUNDO MALBRAN
FACUNDO MALBRAN

BE IT KNOWN AND REMEMBERED, That I, Jason Ard, Sheriff & Tax
Collector in and for the Parish of Livingston, State of
Louisiana, under and by virtue of the Writ of SEIZURE AND SALE
issued out of the Twenty-First Judicial District Court, Parish of
Livingston, State of Louisiana, bearing date of JUNE 25, 2015
commanding me to seize and sell certain IMMOVABLE property
belonging to:
LUCIANA BADO
THE LUCIANA BADO REVOCABLE TRUST
THE LYMAN FAMILY TRUST
FACUNDO MALBRAN

I did on JULY 28, 2015 , seize and take into my official
custody the property described herein and did advertise the same
in the "DENHAM SPRINGS NEWS", The official Journal, a newspaper
published in the City of Denham Springs, said Parish and State
for a period of  30 days.  Published AUGUST 16, 2015
AND SEPTEMBER 13, 2015 according to law to sell on

WEDNESDAY, THE 16TH DAY OF SEPTEMBER, 2015

at 10:00 o'clock a.m.,

One (1) certain lot or parcel of ground, together with all
the buildings and improvements thereon, and all of the
rights, ways, privileges, servitudes, appurtenances, and
advantages thereunto belonging or in anyway appertaining,
situated in the Parish of Livingston, State of Louisiana,
in that subdivision known as WESTMINISTER ESTATES, and
designated on a plat of Survey made and prepared by Lester
A. McLin, Jr., Professional Land Surveyor, dated September
15, 2004 recorded at Plat Book 52, page 132, Entry No.
561,287 of the official records of the Clerk and Recorder
for the Parish of Livingston, as LOT NUMBER 52, inclusive,
said subdivision, said lots having The size and dimensions
as shown on the plat referenced above and being subject to
such restrictions, servitudes, easements and rights of
way on file And of record with the Clerk of Court for the
Parish of Livingston.

After having given due notice to the interested parties, I
advertised the property for sale by advertisement composed in
English, announcing the Sale to take place at Livingston,
Louisiana.  At the hour of 10:00 o'clock a.m., At which time I
repaired to the principal front door of the Courthouse and after
complying with all the requisites of the law, by first reading
the Writ of SEIZURE AND SALE, the Advertisement in the
newspaper, the appraisement of the property, and the
Certificate of Mortgage, I then exposed the above described
property for sale.

After crying the same for some length of time,
JASON ARNOLD
on behalf of JASON ARNOLD
bid the price and sum (          $137,101.32 ) DOLLARS,

JASON ARNOLD
12262 PENDARVIS LANE
WALKER, LA  70785
being the last and highest bidder for cash
the above described property was adjudicated to the said
JASON ARNOLD
12262 PENDARVIS LANE

```
APPRAISER--------------------------------------        $125.00
East Baton Rouge SHERIFF ----------------------         $30.08
OTHER COSTS-----------------------------------        $182.95
```

Which amounts were paid to the proper parties.  The balance or
the sum of        $130,945.25, I paid to
LAWRENCE R. ANDERSON JR , Attorney for the Plaintiff.

The Clerk of Court is hereby ordered to cancel and erase from the
records of his office all mortgages, liens and judgments
insofar as they affect the property described herein AND NO MORE.
NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS, That I, the said
Sheriff in consideration of the premises and by virtue of the
laws of the State of Louisiana, in such cases made and provided
do sell and transfer the above described property to the said:

JASON ARNOLD
including all the rights and title which the said:
LUCIANA BADO
THE LUCIANA BADO REVOCABLE TRUST
THE LYMAN FAMILY TRUST
FACUNDO MALBRAN
has in and to the said property to have and to hold the same to
the said:

JASON ARNOLD
it heirs and assigns forever.

IN WITNESS WHEREOF, I have hereto signed my name at Livingston,
Louisiana on SEPTEMBER 17, 2015.

Jason Ard, Sheriff
Parish of Livingston
State of Louisiana

STATE OF LOUISIANA       **# 14470**
PARISH OF ST. JOHN THE BAPTIST

### *ACT OF CASH SALE*

 BE IT KNOWN, that on **June 18th, 2007** before me, SHEILA BONNETTE, Notary Public, duly commissioned and qualified, and in the presence of the undersigned witnesses, personally came and appeared:

 **ROY A MADERE, JR.,** Tax Identification Number XXX-XX-1278, **and REGINA ANN MORALES MADERE, Tax Identification Number** XXX-XX-3019, both persons of the full age of majority who declared unto me, Notary, that the said Roy A Madere, Jr. has been married twice; first to Sandra Quinn from whom he divorced in 1993, in the Parish of Jefferson, State of Louisiana, and secondly to Regina Ann Morales Madere with whom he is presently living and residing; the said Regina Ann Morales Madere is represented herein by Roy A. Madere, Jr. as her duly appointed and constituted Mandate, duly authorized by virtue of a Mandate an original of which is annexed hereto and made a part hereof, and here the said Agent declared unto me, Notary that his Principal is alive and said procuration has not been revoked, and further declared that she has been married twice first to Lynn Roy Brehem from whom she divorced in 1995, in the Parish of Jefferson, State of Louisiana, and secondly to Roy A. Madere, Jr., with whom she is presently living and residing; whose present mailing address is **716 WILLIAMS BLVD, KENNER, LA 70062** hereafter referred to as **"SELLER"**;

who declared that for the price of **One Hundred Eighty-Seven Thousand and 00/100, ($187,000.00) DOLLARS** cash, receipt of which is acknowledged, SELLER hereby sells and delivers with full warranty of title and subrogation to all rights and actions of warranty SELLER may have, unto:

 **MARDECHRJA LEE CHARLES,** Tax Identification Number XXX-XX-7321, a person of the full age of majority who declared unto me, Notary, that she is single and has never been married; whose present mailing address is **116 DUFRESNE DRIVE, WALLACE, LA 70049** hereafter referred to as **"PURCHASER"**;

the following described property, with all its component parts, including all rights, ways, privileges, servitudes and appurtenances thereto belonging, the possession of which PURCHASER acknowledges:

 One certain parcel of ground, situated in Wallace, Parish of St. John the Baptist, Louisiana, T-12-S, R-18-E, Sections 27 and 53, being further identified as Lot A 9 of Sugar Lane Estates, Phase 1, as shown on plan of resubdivision prepared by Riverlands Surveying Company, dated September 29, 2005, approved by St. John Parish Council as per Ordinance Number 05-58, dated October 13, 2005, recorded at Entry 26040, Map Number 695, said subdivision being a portion of that property formerly identified as a portion of Lots I, O, and P of Lower Lacaze Plantation, identified on plan of survey prepared by S.K. Landry, dated November 6, 1969.

 Said Lot A 9 is further identified as having a frontage of 80.00 feet along Dufresne Drive, by a depth along the sideline of Lot A 11 of 123.38 feet, a depth along the sideline of Lot A 8 of 123.97 feet, and a width in the rear of 80.00 feet.

 **Municipal address of the above described property is 116 DUFRESNE DRIVE, WALLACE, LA 70049**

This sale is made subject to and except the following:

1. Extant and subsisting subsurface mineral rights, if any, of whatever nature.
2. Taxes for the year 2007 and all subsequent years not yet due and payable.
3. Any and all restrictive covenants, reservations, easements, conditions, rights and servitudes contained in the public records.
4. Any lien, or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.
5. Roads, ways, streams, or easements, or claims of easements, if any, not shown by the public records, riparian rights and the title to any filled-in lands.
6. Loss or damage arising from failure to produce a certified copy of a valid divorce decree between parties and any community interest in the property in the event the parties are not validly divorced.
7. Taxes or special assessments which are not shown as existing liens by the public records.
8. Any minerals or mineral rights leased, granted or retained by current or prior owners.
9. Oil, Gas, and Mineral Lease in favor of Basin Properties, Inc., dated November 23, 2004, recorded at Entry 252157, records of St. John the Baptist Parish.
10. Agreement by and between Sugar Lane Estates and Entergy Louisiana, Inc., recorded at Entry 259843, records of St. John the Baptist Parish.
11. Rules and Regulations imposed by Sugar Lane Estates Homeowner's Association, duly recorded in the records of St. John the Baptist Parish, and its By-Laws.
12. Rules and Regulations imposed by Declaration of Covenants, Conditions, & Restrictions for Sugar Lane Estates, L.L.C., which are duly recorded at Entry 26040, records of St. John the Baptist Parish.
13. Conditions and stipulations imposed by that certain Act of Predial Servitude by Sugar Lane Estates, L.L.C., and William Patrick Roger, Ralph Roger, Elizabeth Roger, Marie Roger Foreman, and Patricia Roger Zeringue, granting predial servitude on, over, and across a 35 foot strip of land formerly identified as "The Farm Road", which is recorded at Entry 259510, records of St. John the Baptist Parish.
14. All servitudes shown on plan of resubdivision referenced herein, to include, but not limited to, a 12 foot utility servitude along the front of each property, a 25 foot minimum setback line along the front of each property, and various other setbacks and utility servitudes as imposed by St. John the Baptist Parish and resubdivision plan referenced herein.

. . . but omitting any covenants or restrictions, if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

The parties hereto declare that they do not hereby intend, by the execution of these presents, to interrupt, or suspend, the running of any prescription or preemption which has run or may run in connection with the foregoing, nor do the parties

intend to revive, establish or initiate any one or more of the foregoing which may not now or hereafter be binding upon the property and/or the parties hereto.

The Certificate of Mortgage as required by Article 3364 of the Revised Civil Code of Louisiana is hereby dispensed with by the consent of the parties hereto, and I, Notary, am relieved and released from any and all liability and responsibility in connection therewith.

Purchaser herein assumes all responsibility and liability in connection with reading and reviewing any and all Declarations, Restrictions, and/or Covenants of record before this transfer and do waive and release me, Notary, from any and all liability and responsibility in connection therewith.

All parties to this transaction have waived the production of any environmental studies and assessments, wetlands determinations, and a current survey which would show actual dimensions, servitudes, rights of way, encroachments, and other adverse matters which may affect title, and do hereby release the undersigned Notary Public, and Choice Title, Inc., from any responsibility or liability incurred from the non-production thereof.

Taxes for the current year will be assumed by Purchaser. The tax bill should be mailed to the Purchaser at 116 DUFRESNE DRIVE, WALLACE, LA 70049.

Purchaser hereby acknowledges and confirms the existence of that certain Act of Predial Servitude by Sugar Lane Estates, L.L.C., and William Patrick Roger, Ralph Roger, Elizabeth Roger, Marie Roger Foreman, and Patricia Roger Zeringue, granting predial servitude on, over, and across a 35 foot strip of land formerly identified as "The Farm Road", which is recorded at Entry 259510, records of St. John the Baptist Parish and does hereby relieve and release Choice Title and undersigned Notary from any and all responsibility with regard to production of a current survey and specific location of said servitude.

All parties signing the within instrument have declared themselves to be of full legal capacity and have declared that the name, marital status, domicile and address of each is correct as set forth above.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER, PURCHASER's heirs and assigns shall have and hold the described property in full ownership forever.

In accordance with La. R.S. 37:1469, as amended, all parties are hereby notified, and all acknowledge, that there is a statewide data base available to them listing those individuals required to register under La. R.S. 15:540 (certain sex offenders) and providing their locations and other information. The telephone number of this database is 1-800-858-0551 and its internet address is www.lasocpr.lsp.org/socpr.

THUS DONE AND PASSED at LaPlace, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

E.F. Rubi

Shantell Narcisse

REGINA ANN MORALES MADERE

BY: ROY A MADERE, JR., INDIVIDUALLY
& AS AGENT & ATTORNEY IN FACT

MARDECHRIA LEE CHARLES

SHEILA BONNETTE, *NOTARY PUBLIC*
*IDENTIFICATION # 47546*

SHEILA BONNETTE
1703 CHANTILLY DRIVE
LAPLACE, LA 70068
NOTARY # 47546
COMMISSIONED FOR LIFE
ST JOHN THE BAPTIST PARISH

07/19/2013 12:50:12 PM JEFF PAR 3697487 mw  $117.00
11335691 CONVEYANCE BOOK 3318  PAGE 98

FILED BY:    **Bayou Title Inc.**
               **8020 Crowder Blvd.**
               **New Orleans, LA 70127**
               **504-242-7882**
               **FILE NUMBER NO29613L/HU**

## ACT OF CASH SALE

    **BE IT KNOWN**, that on this **15th** day of **July, 2013**, before me, the undersigned, a Notary Public, duly commissioned in the Parish of Jefferson and qualified for the State of Louisiana, and in the presence of the undersigned competent witnesses, personally came and appeared:

    **JOHN A. HYLAND, JR. (\*\*\*-\*\*-2131)**, a person of the full age of majority and a resident of the County of Monterey, State of California, appearing herein by and through Terrilyn Levith, his Attorney-in-Fact, duly authorized by virtue of a Power of Attorney, an original of which is attached hereto and made a part hereof; John A. Hyland, Jr. has been married but twice, first to Nancy Krammer from whom he was divorced, and secondly to Theresa Ryan with whom he is presently living and residing; his mailing address is 19027 Fieldstone Court, Salinas, CA 93908;

    **JAMES R. HYLAND (\*\*\*-\*\*-9683)**, a person of the full age of majority and a resident of the County of Maricopa, State of Arizona, appearing herein by and through Terrilyn Levith, his Attorney-in-Fact, duly authorized by virtue of a Power of Attorney, an original of which is attached hereto and made a part hereof; James R. Hyland has been married but once and then to Natalya Shigalof from whom he was divorced, and he has not since remarried; his mailing address is 707 S. Saint Martin Drive, Gilbert, AZ 85233;

    **ROBERT C. HYLAND (\*\*\*-\*\*-9682)**, a person of the full age of majority and a resident of the County of Sacramento, State of California, appearing herein by and through Terrilyn Levith, his Attorney-in-Fact, duly authorized by virtue of a Power of Attorney, an original of which is attached hereto and made a part hereof; Robert C. Hyland has been married but once and then to Stephanie Philis with whom he is presently living and residing; his mailing address is 6400 Woodhills Way, Citrus Heights, CA 95621; (Vendor),

who, being by me first duly sworn, declared that Vendor does, by these presents grant, bargain, sell, convey, transfer, set over, assign, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all rights and actions of warranty which Vendor has or may have against all preceding owners and vendors, unto:

    **SIMIN LIU (\*\*\*-\*\*-_____)**, wife of **/and FENG HU (\*\*\*-\*\*-3268)**, both persons of the full age of majority and residents of the Parish of Jefferson, State of Louisiana, who, after having been first duly sworn did depose and say that they have each been married but once and then to each other with whom they are presently living and residing; their mailing address is 3016 Taft Park, Metairie, LA 70002; (Purchaser),

here present and accepting, purchasing for Purchaser, Purchaser's successors, heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

    **TWO CERTAIN LOTS OF GROUND**, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **Parish of Jefferson, State of Louisiana**, in that portion thereof known as **TAFT PARK** depicted upon a plan and partial survey made by S.A. Calongne, Civil Engineer and Surveyors, dated December 20, 1927, and being a subdivision of original tract designated as Lot Number 7 embracing Taft Park and being a part of rear or Lake portion of former Rosedale Plantation and lying within Section 45, Township 12 South, Range 10 East, of the Southeastern District of Louisiana, which plan is annexed to an Act passed before Roger Meunier, Notary Public, of date January 23, 1928, and which said lots are designated by the numbers, situated in the Square and have the boundaries and adjoin each other and measures as follows, to-wit:

    **LOTS 8 and 9 in SQUARE 34**, bounded by Taft Park, 25th Street, 27th Street and the western boundary of Tract Number 7. LOTS 8 and 9 adjoin each other and measure each 25 feet in width and front on Taft Park, the same in width in the rear, by the following depths: LOT 8 has a depth on the side of Lot 7 of 108.59 feet, and a depth on the side of Lot 9 of 108.82 feet, LOT 9 has a depth on the side of Lot 8 of 108.82 feet, and a depth on the side of Lot 10 of 109.05 feet, with Lot Number 8 being closer to and commencing at a distance of 195.08 feet from the corner of Taft Park and 27th Street. According to a survey made by Errol E. Kelly, Surveyor, dated March 14,

1963, a copy of which is annexed to an act passed before Robert J. Oster, Notary Public, dated March 19, 1963, said lots are designated by the Numbers 8 and 9, have the same location and dimensions as shown above. Said Lots are also designated by the Numbers 8 and 9 on a survey of Errol E. Kelly, Surveyor, dated March 14, 1963, redated September 7, 1963, and redated April 6, 1971, by James E. Couturie, Land Surveyor, and recertified by Errol E. Kelly , Surveyor, on May 16, 1974, a copy of which is annexed to an act passed before William L. Andry, Notary Pubic, dated June 24, 1974, and made a part thereof for reference; and according thereto said lots are situated in the same subdivision and square, which square is shown to be bounded by Taft Park, 25th Street, 27th Street and the West Line of the Subdivision, and has the same measurements and dimensions as shown above.

Improvements thereon bear the Municipal No. **3016 Taft Park, Metairie, Louisiana.**

Being the same property acquired by Gloria Canfill, wife of/and Lambert Callaghan from Catherine Lagrange, wife of/and Lester L. Gauthreaux by act of sale passed before Robert N. Andry, Notary Public, dated November 15, 1989 and recorded November 17, 1989 at COB 2273, Page 453, Jefferson Parish, Louisiana. Further acquired by Connie C. Carrigee, Christine C. Hamann, Colleen C. Holland and Charlene C. Jaquillard by Judgment of Possession in the Succession of Gloria Canfill, wife of/and Lambert G. Callaghan dated April 18, 2013 and recorded April 18, 2013 at COB 3312, Page 848, Jefferson Parish, Louisiana. Further acquired by John A. Hyland, Jr., James R. Hyland and Robert C. Hyland from Connie C. Carrigee, Christine C. Hamann, Colleen C. Holland and Charlene C. Jaquillard by Dation En Paiement recorded on April 18, 2013 at COB 3312, Page 849, Jefferson Parish, Louisiana.

To have and to hold the Property unto Purchaser, Purchaser's successors, heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **One Hundred Eighty Thousand and 00/100 ($180,000.00)  DOLLARS** cash, which Purchaser has well and truly paid, in ready and current money, to Vendor, who hereby acknowledges the sufficiency and receipt thereof and grants full acquittance and discharge therefor.

The Property is sold subject to any and all applicable covenants, conditions, restrictions, servitudes, rights of way, outstanding mineral interests and other matters which may appear in the chain of title of title or elsewhere in the public records of JEFFERSON Parish, Louisiana,including without limitation the following:

1.      Subject to The Road Home Declaration of Covenants Running With the Land ("Covenants") recorded at COB 3215, folio 284, in the records of the Parish of Jefferson.

the reference to or enumeration of which shall not serve to interrupt or revive prescription thereon, recognize the validity thereof, or acknowledge, ratify or confirm same.

All ad valorem taxes due the Parish of JEFFERSON up to and including the taxes due and payable in the year 2012 have been paid and have been prorated through the date of this transaction. The responsibility for the adjustment of any tax proration is assumed by Vendor and Purchaser. The responsibility for the application for a homestead exemption and/or the payment of taxes due in the year 2013 and all future years is assumed by Purchaser.

Vendor and Purchaser acknowledge that the Conveyance and Mortgage Certificates are open, undated and unsigned and relieve and release Bayou Title Inc., its members, managers, officers, agents and employees and the undersigned Notary Public from any and all responsibility in connection therewith. Vendor and Purchaser waive the production of Mortgage, Conveyance and Tax Research Certificates and relieve and release Bayou Title Inc., its members, managers, officers, agents and employees and the undersigned Notary Public from any and all responsibility in connection with the non-production of same.

Vendor and Purchaser acknowledge that a current survey has not been produced in connection with this transaction and relieve and release Bayou Title Inc., its members, managers, officers, agents and employees and the undersigned Notary Public from any and all responsibility for fence misalignments, servitudes, rights of way, encroachments, discrepancies in dimensions, rights of parties in possession and any and all other matters which might be disclosed on a current survey.

Vendor and Purchaser covenant and agree that the Property and all buildings, improvements and component parts thereon, and plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built-in appliances and all other items located on or in the Property are conveyed by Vendor and accepted by Purchaser "AS IS, WHERE IS," and "WITH ALL FAULTS," without any warranty of any kind whatsoever, even as to metes and bounds, the operation or suitability of such property for the use intended by purchaser, and without regard to the presence of apparent or hidden defects and with purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by the reason of any such defects. Purchaser acknowledges and declares that neither vendor nor any party whomsoever, acting or purporting to act in any capacity whatsoever on behalf of vendor, has made any direct, indirect, explicit or implicit statement, representation or declaration, whether by written or oral statement or otherwise, and upon which purchaser has relied, concerning the existence or non-existence of any quality, characteristic or condition of the property. Without limiting the foregoing, purchaser acknowledges and declares that neither vendor nor any party whomsoever, acting or purporting to act in any capacity whatsoever on behalf of vendor, has made any representation or warranty as to, and purchaser expressly waives any

warranty as to: (a) the quality, nature, adequacy or physical condition of the property including, but not limited to, the structural elements, foundation, roof, appurtenances, access, landscaping, parking facilities or the electrical, mechanical, hvac, plumbing, sewage or utility systems, facilities or appliances at the property, if any; (b) the quality, nature, adequacy or physical condition of soils, sub-surface support or ground water at the Property; (c) the existence, quality, nature, adequacy or physical conditions of any utilities serving the property, or access thereto; (d) the development potential of the Property or its habitability, marketability, fitness, suitability or adequacy for any particular purpose; (e) the zoning classification, use or other legal status of the Property; (f) the property's, or its operations' compliance with any applicable codes, laws, regulations, statutes, ordinances, covenants, setback requirements, conditions or restrictions of any governmental or quasi-governmental entity or of any other person or entity; (g) the quality of any labor or materials relating in any way to the property; or (h) the nature, status and extent of any right of way, servitude, lease, right of redemption, possession, lien, encumbrance, license, reservation, covenant, condition, restriction or any other matter affecting title to the Property. Purchaser has had full, complete and unlimited access to the property for all tests and inspections which Purchaser, in Purchaser sole discretion, deems sufficiently diligent for the protection of Purchaser's interests. Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by LSA - C.C. art. 2475, any other applicable state or federal law and the jurisprudence thereunder. Purchaser also waives any rights it may have in redhibition or to a reduction of the purchase price pursuant to LSA - C.C. arts. 2520 through 2548, inclusive, in connection with the property. Purchaser declares and acknowledges that these waivers have been brought to Purchaser's attention and explained in detail and that Purchaser has voluntarily and knowingly consented to these waivers. By its signature, purchaser expressly acknowledges all such waivers. Without limiting the foregoing, purchaser releases Vendor from any and all claims, demands, causes of action, judgments, losses, damages, liabilities, costs and expenses (including attorney's fees whether suit is instituted or not), whether known or unknown, liquidated or contingent (claims) arising from or related to (a) any defects, errors or omissions in the design or construction of the property, whether the same are a result of negligence or otherwise; (b) other conditions (including environmental conditions) affecting the property, patent or latent, whether the same are as a result of negligence or otherwise; (c) Purchaser's ability or inability to obtain or maintain building permits, either temporary or final certificates of occupancy or other licenses for the use or operation of the property and/or certificates of compliance for the property; (d) the actual or potential income or profits to be derived from the Property; or (e) the real estate taxes or assessments now or hereafter payable thereon. The release set forth in this paragraph specifically includes any claims under any environmental laws, under the Americans with Disabilities Act of 1990 (42 U.S.C. §12101 et seq.), or with respect to any environmental risk. "Environmental laws" include without limitation, the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act (42 U.S.C §6901, et seq.), the Emergency Planning and Community Right to Know Act (42 U.S.C. §110, et seq.), the Clean Air Act (42 U.S.C. §7401, et seq.), the Clear Water Act (33 U.S.C. §1251 et seq.), the Toxic Substances Control Act (15 U.S.C. §260,1 et seq.), the Hazardous Materials Transportation Act (49 U. S. C. §1801, et seq.), the Occupational Safety and Health Act (29 U.S.C. §651, et seq.), the Federal Insecticide, Fungicide and Rodenticide Act (7 U.S.C. §136, et seq.), the Safe Drinking Water Act (42 U.S.C. §300, et seq.), the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (42 U.S.C. §9601, et seq.), the Louisiana Environmental Quality Act (LSA -R. S. 30:2001, et seq.) and the Superfund Amendment and Reauthorization Act, as any of the same may be amended from time to time, and any state or local law dealing with environmental matters, and any regulation, order, rule, procedure, guideline and the like promulgated in connection therewith, regardless of whether the same are in existence on the date of this act. "Environmental risk" consists of any risk to persons or the environment, including without limitation (a) the presence of any friable, damaged asbestos upon the property; and/or (b) the release or discharge of any "hazardous substance" or "hazardous waste" (as defined by any environmental laws) onto or from the property of such a nature or to such an extent as to require clean-up under applicable law.

FENG HU                                         SIMIN LIU

SPECIAL POWER OF ATTORNEY

STATE OF *California*

COUNTY OF *Sacramento*   City of Citrus Heights

Date: *7/8/2013*

Before me, a Notary Public, duly commissioned and qualified in and for the above-indicated State and Parish (County), and in the presence of the undersigned witnesses, personally came and appeared the hereinafter named and undersigned PRINCIPAL'S, who declared under oath that they are of the legal age and their marital status is as hereinafter set forth, and further that they do by these presents have, name, ordain, constitute and appoint the hereinafter named AGENT and ATTORNEY-IN-FACT (hereinafter referred to as AGENT), of the full age of majority, to be their true and lawful AGENT, hereby giving and granting unto said AGENT full power and authority, for them, and in their name, place and stead, to do and perform all the things and acts specified herein and in the numbered paragraph (s) indicated or completed below.

PRINCIPAL further authorizes and empowers their said AGENT to do and perform any and every act, matter and thing whatsoever, or shall or may requisite and necessary in order to effectuate the purposes for which this power of attorney is granted, or fully and with like affect as if PRINCIPAL'S have been personally present and had done any such thing, performed any such act, and/or has signed all and any such document, deed, role, contract, application or other agreement, PRINCIPAL'S, hereby ratifying and confirming any and all things done by their said AGENT and adopting them as their own act and deed.

PRINCIPAL'S further expressly stipulates that any ambiguities which may arise in the interpretation hereof shall be liberally construed so as to effectuate the purposes hereof and to validate all things done by AGENT. Whenever used herein, the singular number shall include the plural, and the masculine gender shall include all genders.

THIS POA SHALL NOT BE EFFECTED BY THE DISABILITY, INCOMPETENCY OR INCAPACITY OF THE PRINCIPAL IN ACCORDANCE WITH STATE LAW.

The purpose for which this power of attorney is granted is:

I.   ☒  Applicable
     ☐  Not Applicable

To direct, instruct, authorize and permit AGENT to sign any and all documents in connection with  to sell, dation, donate and/or dispose and deliver the hereinafter described real estate, and/or all of PRINCIPAL'S right, title and interest therein, with warranty of title and with subrogation of all actions of warranty, unto any person, firm or corporation or association, for such price and on such terms and conditions as AGENT may deem proper, to pay and discharge any and all charges, expenses and encumbrances in connection therewith, and to receive and receipt for the selling price, and waived any and all usufructuary rights to which principal is entitled, and to execute any documents necessary, including succession pleadings, to accomplish these ends.

II.   ☐  Applicable
      ☒  Not Applicable

To direct, instruct, authorize and permit AGENT to purchase the hereinafter described real estate for the price and sum deemed necessary to purchase.

III.   ☐  Applicable
       ☒  Not Applicable

To direct, instruct, authorize and permit AGENT to borrow, the total sum of $0  said loan to be evidenced by PRINCIPAL'S promissory note and secured by vendor's lien and/or mortgage on the hereinafter described real estate, or PRINCIPAL'S undivided interest therein.

In the event that paragraphs II and/or III hereinabove shall be applicable, PRINCIPAL does hereby expressly authorize AGENT:

(a)   To execute the necessary sale and resale or act of mortgage to create a vendor's lien in favor of any building and loan association, and/or to execute any set of sale and/or mortgages, conventional mortgages, or any form of mortgage required to obtain mortgage loan insurance or loan guarantees from the Veterans Administration or Federal Housing Administration, on such form and on such terms and conditions as the lender shall require, the said instrument to contain all usual Louisiana security clauses, including by way of example, but not limited to, confession of judgment, waiver of appraisement, waiver of homestead exemption from seizure, and poct de non alienando.

(b)   To make, execute and deliver in PRINCIPAL'S name a promissory note in the amount of the credit portion of the purchase price or the amount of the loan, said note to be payable at such maturity and as such rate of interest and on such terms and conditions as AGENT shall deem proper.  AGENT may increase or decrease the amount of the note, not to exceed ten (10.00%) percent.

NO296-13L

(c) In the event that any loan is obtained from a building and loan association, to subscribe to shares of stock in said association and to pledge same to secure the loan, and to agree to comply with all of the provisions of the charter, by-laws, and rules and regulations of such building and loan association, and all other things as such building and loan association shall require.

(d) To obligate PRINCIPAL jointly and in solido in the event that there are other borrowers or purchasers.

**NAME and RESIDENCE OF PRINCIPAL:**

ROBERT C. HYLAND (***-**-9682), a person of the full age of majority and a resident of the County of Sacramento, State of California, who, after having been first duly sworn did depose and say that he has been married but once and then to Stephanie Philis with whom he is living and residing; and that his mailing address is 6400 Woodhills Way, Citrus Heights, CA 95621

**NAME AND RESIDENCE OF AGENT:**

TERRILYN LEVITH, a person of the full age of majority and a resident of the State of Louisiana

Mailing Address: 5320 Ithaca Street, Metairie, Louisiana 70003

**DESCRIPTION OF REAL ESTATE FORMING THE SUBJECT OF THIS POWER OF ATTORNEY:**

TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, in that portion thereof known as TAFT PARK depicted upon a plan and partial survey made by S.A. Calongne, Civil Engineer and Surveyors, dated December 28, 1927, and being a subdivision of original tract designated as Lot Number 7 embracing Taft Park and being a part of rear or Lake portion of former Rosedale Plantation and lying within Section 45, Township 12 South, Range 10 East, of the Southeastern District of Louisiana, which plan is annexed to an Act passed before Roger Atteuler, Notary Public, of date January 23, 1928, and which said lots are designated by the numbers, situated in the Square and have the boundaries and adjoin each other and measures as follows, to-wit:

LOTS 8 and 9 in SQUARE 34, bounded by Taft Park, 25th Street, 27th Street and the western boundary of Tract Number 7. LOTS 8 and 9 adjoin each other and measure each 25 feet in width and front on Taft Park, the same in width in the rear, by the following depths: LOT 8 has a depth on the side of Lot 7 of 108.59 feet, and a depth on the side of Lot 9 of 108.82 feet, LOT 9 has a depth on the side of Lot 8 of 108.82 feet, and a depth on the side of Lot 10 of 109.05 feet, with Lot Number 8 being closer to and commencing at a distance of 195.88 feet from the corner of Taft Park and 27th Street. According to a survey made by Errol E. Kelly, Surveyor, dated March 14, 1963, a copy of which is annexed to an act passed before Robert J. Oster, Notary Public, dated March 19, 1963, said lots are designated by the Numbers 8 and 9, have the same location and dimensions as shown above. Said Lots are also designated by the Numbers 8 and 9 on a survey of Errol E. Kelly, Surveyor, dated March 14, 1963, redated September 7, 1963, and redated April 6, 1971, by James E. Couturie, Land Surveyor, and recertified by Errol E. Kelly , Surveyor, on May 16, 1974, a copy of which is annexed to an act passed before William L. Andry, Notary Public, dated June 24, 1974, and made a part thereof for reference; and according thereto said lots are situated in the same subdivision and square, which square is shown to be bounded by Taft Park, 25th Street, 27th Street and the West Line of the Subdivision, and has the same measurements and dimensions as shown above.

Improvements thereon bear the Municipal No. 3016 Taft Park, Metairie, Louisiana.

THUS DONE AND PASSED, in multiple originals, at the City and State aforesaid on the date above set forth, in the presence of the undersigned competent witnesses, who have hereto signed their names with said PRINCIPAL and me, Notary, after due reading of the whole.

WITNESSES:

Print Name: _Clayton Riley_          ROBERT C. HYLAND

Print Name: _James J. Jimenez_       _Robert C. Hyland 7/8/2013_

NOTARY PUBLIC

My commission expires: _12/09/2015_
Notary No. _1963172_

NO296-13L          (SEAL)

ALEXANDRIA N. GREEN
COMM. #1963172
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES DEC. 9, 2015

## SPECIAL POWER OF ATTORNEY

STATE OF *Arizona*

COUNTY OF *Maricopa*

Date: *July 9, 2013*

Before me, a Notary Public, duly commissioned and qualified in and for the above-indicated State and Parish (County), and in the presence of the undersigned witnesses, personally came and appeared the hereinafter named and undersigned PRINCIPAL'S, who declared under oath that they are of the legal age and their marital status is as hereinafter set forth, and further that they do by these presents make, name, ordain, constitute and appoint the hereinafter named AGENT and ATTORNEY-IN-FACT (hereinafter referred to as AGENT), of the full age of majority, to be their true and lawful AGENT, hereby giving and granting unto said AGENT full power and authority, for them, and in their name, place and stead, to do and perform all the things and acts specified herein and in the numbered paragraph (s) indicated or completed below.

PRINCIPAL further authorizes and empowers their said AGENT to do and perform any and every act, matter and thing whatsoever, or shall or may requisite and necessary in order to effectuate the purposes for which this power of attorney is granted, or fully and with like affect as if PRINCIPAL'S have been personally present and had done any such thing, performed any such act, and/or had signed all and any such document, deed, role, contract, application or other agreement, PRINCIPAL'S, hereby ratifying and confirming any and all things done by their said AGENT and adopting them as their own act and deed.

PRINCIPAL'S further expressly stipulates that any ambiguities which may arise in the interpretation hereof shall be liberally construed so as to effectuate the purposes hereof and to validate all things done by AGENT. Whenever used herein, the singular number shall include the plural, and the masculine gender shall include all genders.

THIS POA SHALL NOT BE EFFECTED BY THE DISABILITY, INCOMPETENCY OR INCAPACITY OF THE PRINCIPAL IN ACCORDANCE WITH STATE LAW.

The purpose for which this power of attorney is granted is:

I.  ☒  Applicable

☐  Not Applicable

To direct, instruct, authorize and permit AGENT to sign any and all documents in connection with  to sell, dation, donate and/or dispose and deliver the hereinafter described real estate, and/or all of PRINCIPAL'S right, title and interest therein, with warranty of title and with subrogation of all actions of warranty, unto any person, firm or corporation or association, for such price and on such terms and conditions as AGENT may deem proper, to pay and discharge any and all charges, expenses and encumbrances in connection therewith, and to receive and receipt for the selling price, and waived any and all usufructuary rights to which principal is entitled, and to execute any documents necessary, including succession pleadings, to accomplish these ends.

II.  ☐  Applicable

☒  Not Applicable

To direct, instruct, authorize and permit AGENT to purchase the hereinafter described real estate for the price and sum deemed necessary to purchase.

III.  ☐  Applicable

☒  Not Applicable

To direct, instruct, authorize and permit AGENT to borrow, the total sum of $0 said loan to be evidenced by PRINCIPAL'S promissory note and secured by vendor's lien and/or mortgage on the hereinafter described real estate, or PRINCIPAL'S undivided interest therein.

In the event that paragraphs II and/or III hereinabove shall be applicable, PRINCIPAL does hereby expressly authorize AGENT:

(a)  To execute the necessary sale and resale or act of mortgage to create a vendor's lien in favor of any building and loan association, and/or to execute any set of sale and/or mortgages, conventional mortgages, or any form of mortgage required to obtain mortgage loan insurance or loan guarantees from the Veterans Administration or Federal Housing Administration, on such form and on such terms and conditions as the lender shall require, the said instrument to contain all usual Louisiana security clauses, including by way of example, but not limited to, confession of judgment, waiver of appraisement, waiver of homestead exemption from seizure, and poct de non alienando.

(b)  To make, execute and deliver in PRINCIPAL'S name a promissory note in the amount of the credit portion of the purchase price or the amount of the loan, said note to be payable at such maturity and as such rate of interest and on such terms and conditions as AGENT shall deem proper.  AGENT may increase or decrease the amount of the note, not to exceed ten (10.00%) percent.

NO296-13L

(c)   In the event that any loan is obtained from a building and loan association, to subscribe to shares of stock in said association and to pledge same to secure the loan, and to agree to comply with all of the provisions of the charter, by-laws, and rules and regulations of such building and loan association, and all other things as such building and loan association shall require.

(d)   To obligate PRINCIPAL jointly and in solido in the event that there are other borrowers or purchasers.

## NAME and RESIDENCE OF PRINCIPAL:

JAMES R. HYLAND (***-**-9683), a person of the full age of majority and a resident of the County of Maricopa, State of Arizona, who, after having been first duly sworn did depose and say that he has been married but once and then to Natalya Shigalof from whom he was divorced; that he has not since remarried; and that his mailing address is 707 S. Saint Martin Drive, Gilbert, Arizona 85233

## NAME AND RESIDENCE OF AGENT:

TERRILYN LEVITH, a person of the full age of majority and a resident of the State of Louisiana

Mailing Address: 5320 Ithaca Street, Metairie, Louisiana 70003

## DESCRIPTION OF REAL ESTATE FORMING THE SUBJECT OF THIS POWER OF ATTORNEY:

TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, in that portion thereof known as TAFT PARK depicted upon a plan and partial survey made by S.A. Calongne, Civil Engineer and Surveyors, dated December 20, 1927, and being a subdivision of original tract designated as Lot Number 7 embracing Taft Park and being a part of rear or Lake portion of former Rosedale Plantation and lying within Section 45, Township 12 South, Range 10 East, of the Southeastern District of Louisiana, which plan is annexed to an Act passed before Roger Meunier, Notary Public, of date January 23, 1928, and which said lots are designated by the numbers, situated in the Square and have the boundaries and adjoin each other and measures as follows, to-wit:

LOTS 8 and 9 in SQUARE 34, bounded by Taft Park, 25th Street, 27th Street and the western boundary of Tract Number 7. LOTS 8 and 9 adjoin each other and measure each 25 feet in width and front on Taft Park, the same in width in the rear, by the following depths: LOT 8 has a depth on the side of Lot 7 of 108.59 feet, and a depth on the side of Lot 9 of 108.82 feet, LOT 9 has a depth on the side of Lot 8 of 108.82 feet, and a depth on the side of Lot 10 of 109.05 feet, with Lot Number 8 being closer to and commencing at a distance of 195.08 feet from the corner of Taft Park and 27th Street. According to a survey made by Errol E. Kelly, Surveyor, dated March 14, 1963, a copy of which is annexed to an act passed before Robert J. Oster, Notary Public, dated March 19, 1963, said lots are designated by the Numbers 8 and 9, have the same location and dimensions as shown above. Said Lots are also designated by the Numbers 8 and 9 on a survey of Errol E. Kelly, Surveyor, dated March 14, 1963, redated September 7, 1963, and redated April 6, 1971, by James E. Couturie, Land Surveyor, and recertified by Errol E. Kelly , Surveyor, on May 16, 1974, a copy of which is annexed to an act passed before William L. Andry, Notary Pubic, dated June 24, 1974, and made a part thereof for reference; and according thereto said lots are situated in the same subdivision and square, which square is shown to be bounded by Taft Park, 25th Street, 27th Street and the West Line of the Subdivision, and has the same measurements and dimensions as shown above.

Improvements thereon bear the Municipal No. 3016 Taft Park, Metairie, Louisiana.

THUS DONE AND PASSED, in multiple originals, at the City and State aforesaid on the date above set forth, in the presence of the undersigned competent witnesses, who have hereto signed their names with said PRINCIPAL and me, Notary, after due reading of the whole.

WITNESSES:

Print Name: _Connie Dees_

Print Name: _Natalie Taylor_

JAMES R. HYLAND

_James R Hyland_

NOTARY PUBLIC

My commission expires: _May 1, 2015_
Notary No. _____

NO296-13L

(SEAL) PAUL B. ANDERSON
Notary Public - Arizona
Pinal County
My Comm. Expires May 1, 2015

## SPECIAL POWER OF ATTORNEY

**STATE OF** *Oregon*

**COUNTY OF** *Lane*

**Date:** *July 10, 2013*

Before me, a Notary Public, duly commissioned and qualified in and for the above-indicated State and Parish (County), and in the presence of the undersigned witnesses, personally came and appeared the hereinafter named and undersigned PRINCIPAL'S, who declared under oath that they are of the legal age and their marital status is as hereinafter set forth, and further that they do by these presents make, name, ordain, constitute and appoint the hereinafter named AGENT and ATTORNEY-IN-FACT (hereinafter referred to as AGENT), of the full age of majority, to be their true and lawful AGENT, hereby giving and granting unto said AGENT full power and authority, for them, and in their name, place and stead, to do and perform all the things and acts specified herein and in the numbered paragraph (s) indicated or completed below.

PRINCIPAL further authorizes and empowers their said AGENT to do and perform any and every act, matter and thing whatsoever, or shall or may requisite and necessary in order to effectuate the purposes for which this power of attorney is granted, or fully and with like affect as if PRINCIPAL'S have been personally present and had done any such thing, performed any such act, and/or had signed all and any such document, deed, role, contract, application or other agreement, PRINCIPAL'S, hereby ratifying and confirming any and all things done by their said AGENT and adopting them as their own act and deed.

PRINCIPAL'S further expressly stipulates that any ambiguities which may arise in the interpretation hereof shall be liberally construed so as to effectuate the purposes hereof and to validate all things done by AGENT. Whenever used herein, the singular number shall include the plural, and the masculine gender shall include all genders.

THIS POA SHALL NOT BE EFFECTED BY THE DISABILITY, INCOMPETENCY OR INCAPACITY OF THE PRINCIPAL IN ACCORDANCE WITH STATE LAW.

The purpose for which this power of attorney is granted is:

        I.   ☒  **Applicable**

             ☐  **Not Applicable**

To direct, instruct, authorize and permit AGENT to sign any and all documents in connection with  to sell, dation, donate and/or dispose and deliver the hereinafter described real estate, and/or all of PRINCIPAL'S right, title and interest therein, with warranty of title and with subrogation of all actions of warranty, unto any person, firm or corporation or association, for such price and on such terms and conditions as AGENT may deem proper, to pay and discharge any and all charges, expenses and encumbrances in connection therewith, and to receive and receipt for the selling price, and waived any and all usufructuary rights to which principal is entitled, and to execute any documents necessary, including succession pleadings, to accomplish these ends.

        II.   ☐  **Applicable**

             ☒  **Not Applicable**

To direct, instruct, authorize and permit AGENT to purchase the hereinafter described real estate for the price and sum deemed necessary to purchase.

        III.   ☐  **Applicable**

             ☒  **Not Applicable**

To direct, instruct, authorize and permit AGENT to borrow, the total sum of $0 said loan to be evidenced by PRINCIPAL'S promissory note and secured by vendor's lien and/or mortgage on the hereinafter described real estate, or PRINCIPAL'S undivided interest therein.

In the event that paragraphs II and/or III hereinabove shall be applicable, PRINCIPAL does hereby expressly authorize AGENT:

    (a)    To execute the necessary sale and resale or act of mortgage to create a vendor's lien in favor of any building and loan association, and/or to execute any set of sale and/or mortgage, conventional mortgages, or any form of mortgage required to obtain mortgage loan insurance or loan guarantees from the Veterans Administration or Federal Housing Administration, on such form and on such terms and conditions as the lender shall require, the said instrument to contain all usual Louisiana security clauses, including by way of example, but not limited to, confession of judgment, waiver of appraisement, waiver of homestead exemption from seizure, and post de non alienando.

    (b)    To make, execute and deliver in PRINCIPAL'S name a promissory note in the amount of the credit portion of the purchase price or the amount of the loan, said note to be payable at such maturity and as such rate of interest and on such terms and conditions as AGENT may deem proper.  AGENT may increase or decrease the amount of the note, not to exceed ten (10.00%) percent.

NO296-13L

(c)      In the event that any loan is obtained from a building and loan association, to subscribe to shares of stock in said association and to pledge same to secure the loan, and to agree to comply with all of the provisions of the charter, by-laws, and rules and regulations of such building and loan association, and all other things as such building and loan association shall require.

(d)      To obligate PRINCIPAL jointly and in solido in the event that there are other borrowers or purchasers.

NAME and RESIDENCE OF PRINCIPAL:

JOHN A. HYLAND, JR. (***-**-2131), a person of the full age of majority and a resident of the County of Monterey, State of California, who, after having been first duly sworn did depose and say that he has been married but twice, first to Nancy Krammer from whom he was divorced; second to Theresa Ryan with whom he is living and residing; and that his mailing address is 19027 Fieldstone Court, Salinas, CA, 93908

NAME AND RESIDENCE OF AGENT:

TERRILYN LEVITH, a person of the full age of majority and a resident of the State of Louisiana

Mailing Address: 5320 Ithaca Street, Metairie, Louisiana 70003

DESCRIPTION OF REAL ESTATE FORMING THE SUBJECT OF THIS POWER OF ATTORNEY:

TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, in that portion thereof known as TAFT PARK depicted upon a plan and partial survey made by S.A. Calongne, Civil Engineer and Surveyors, dated December 20, 1927, and being a subdivision of original tract designated as Lot Number 7 embracing Taft Park and being a part of rear or Lake portion of former Rosedale Plantation and lying within Section 45, Township 12 South, Range 10 East, of the Southeastern District of Louisiana, which plan is annexed to an Act passed before Roger Meunier, Notary Public, of date January 23, 1928, and which said lots are designated by the numbers, situated in the Square and have the boundaries and adjoin each other and measures as follows, to-wit:

LOTS 8 and 9 in SQUARE 34, bounded by Taft Park, 25th Street, 27th Street and the western boundary of Tract Number 7. LOTS 8 and 9 adjoin each other and measure each 25 feet in width and front on Taft Park, the same in width in the rear, by the following depths: LOT 8 has a depth on the side of Lot 7 of 108.59 feet, and a depth on the side of Lot 9 of 108.82 feet, LOT 9 has a depth on the side of Lot 8 of 108.82 feet, and a depth on the side of Lot 10 of 109.05 feet, with Lot Number 8 being closer to and commencing at a distance of 195.08 feet from the corner of Taft Park and 27th Street. According to a survey made by Errol E. Kelly, Surveyor, dated March 14, 1963, a copy of which is annexed to an act passed before Robert J. Oster, Notary Public, dated March 19, 1963, said lots are designated by the Numbers 8 and 9, have the same location and dimensions as shown above. Said Lots are also designated by the Numbers 8 and 9 on a survey of Errol E. Kelly, Surveyor, dated March 14, 1963, redated September 7, 1963, and redated April 6, 1971, by James E. Couturie, Land Surveyor, and recertified by Errol E. Kelly , Surveyor, on May 16, 1974, a copy of which is annexed to an act passed before William L. Andry, Notary Pubic, dated June 24, 1974, and made a part thereof for reference; and according thereto said lots are situated in the same subdivision and square, which square is shown to be bounded by Taft Park, 25th Street, 27th Street and the West Line of the Subdivision, and has the same measurements and dimensions as shown above.

Improvements thereon bear the Municipal No. 3016 Taft Park, Metairie, Louisiana.

THUS DONE AND PASSED, in multiple originals, at the City and State aforesaid on the date above set forth, in the presence of the undersigned competent witnesses, who have hereto signed their names with said PRINCIPAL and me, Notary, after due reading of the whole.

WITNESSES:

Print Name: _____ Theresa Hyland         JOHN A. HYLAND, JR.

Print Name: Sheeya E. Aris _____

NOTARY PUBLIC

My commission expires: Octu 2015
Notary No. 461267

NO296-13L      (SEAL)



OFFICIAL SEAL
JESSICA MARIE MERMIS
NOTARY PUBLIC - OREGON
COMMISSION NO. 461267
MY COMMISSION EXPIRES OCTOBER 11, 2015

**THUS DONE AND PASSED** in my office in JEFFERSON Parish, Louisiana, on the day, month and year herein above first written, in the presence of the undersigned competent witnesses, who hereunto sign their names with Vendor and Purchaser and me, Notary Public, after due reading of the whole.

WITNESSES:

PRINT NAME: MARY MICHAEL  SEALED

PRINT NAME: CONNIE CARRIGEE

JOHN A. HYLAND, JR.
and JAMES R. HYLAND
and ROBERT C. HYLAND
By: TERRILYN LEVITH, Attorney in fact

FENG HU

SIMIN LIU

NEIL LEVITH  #08681
NOTARY PUBLIC

Title Ins. Prod: Bayou Title Inc.
Address: 1820 Belle Chasse Hwy., Suite 205, Gretna, Louisiana 70056
Prod. Lic. # 257049
Title Ins. Underwriter: COMMONWEALTH LAND TITLE INSURANCE COMPANY
Title Opinion By: NEIL LEVITH
LA Bar Roll #: 08681

FILED BY:
CASE TITLE COMPANY, INC.
111 N. Causeway Boulevard, Suite 201
Mandeville, Louisiana 70448
(985) 624-9111
File Number: 060667M
Current Assessment Number: 104-002-4414 (BULK)

| | |
|---|---|
| **CASH SALE** | UNITED STATES OF AMERICA |
| SALE OF PROPERTY | STATE OF LOUISIANA |
| **BY**<br>SCOTT DESIGNER HOMES, INC. | PARISH OF ST. TAMMANY |
| **TO**<br>MATTHEW L. ISSMAN and<br>SUSAN A. ISSMAN | BE IT KNOWN THAT on 08/15/06 |

Before me, **JUDY ANN ST. ROMAIN**
Notary Public in and for St. Tammany
Parish, Louisiana, duly qualified, and in the
presence of witnesses hereinafter named and
undersigned,

## PERSONALLY CAME AND APPEARED

**Scott Designer Homes, Inc.,** a Louisiana corporation duly formed under the laws of the State of Louisiana, authorized to do and doing business in the State of Louisiana, represented herein by **Scott T. Fanning, its President,** duly authorized by virtue of a Resolution of its Board of Directors, an original of which is filed for registry in the official records of the office of the Clerk of Court for the Parish of St. Tammany, State of Louisiana.

**Tax Identification Number: XX-XXX0220**
**Mailing Address: 67070 DOLAN STREET, MANDEVILLE, LOUISIANA 70471**

("Vendor")

    Who declare that Vendor does by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver with full warranty of title and all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which Vendor has or may have against all preceding owners and vendors, unto

**MATTHEW L. ISSMAN and SUSAN A. ISSMAN,** husband and wife, both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that Matthew L. Issman has been married twice; first to Debbie Schrumps from whom he was divorced and second to Susan A. Issman, with whom he is presently living and residing; Susan A. Issman, declared that she has been married but once and then to Matthew L. Issman, with whom she is presently living and resding.
**Social Security Numbers: HIS: XXX-XX-4469 ◇ HER: XXX-XX-4936**
**Mailing Address: 669 TIMBERWOOD LOOP, MADISONVILLE, LOUISIANA 70447**

("Purchaser")

herein present, accepting and purchasing for their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to wit:

St. Tammany Parish 1814
Instrmnt #: 1570695
Registry #: 1638985 EEM
8/16/2006 10:44:00 AM
MB   CB X MI   UCC

ONE CERTAIN LOT OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining situated in the State of Louisiana, Parish of St. Tammany, in that area known as TIMBERLANE SUBDIVISION, PHASE II; and in accordance with the Plan of Subdivision by Kelly J. McHugh & Associates, Inc., filed for record as Map File No. 4026 in the official records of the Clerk of Court for the Parish of St. Tammany, Louisiana. Said lot is designated as LOT NO. 105, and has the same location and dimensions as shown therein, and is more fully described as follows, to-wit:

**LOT 105, TIMBERLANE SUBDIVISION, PHASE II, ST. TAMMANY PARISH, LOUISIANA.**

All as more fully shown on the survey by Wilson-Pope, Inc., dated October 17, 2005, as Job No. 11580.

The improvements thereon bear the municipal number: **669 Timberwood Loop, Madisonville, Louisiana 70447.**

Being the same property acquired by Scott Designer Homes Inc., from Tchefuncta Trace South, L.L.C. in an act dated October 19, 2005, and filed for registry in the official records of the office of the Clerk of Court for the Parish of St. Tammany, Louisiana as Conveyance Instrument Number: 1519698.

**THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:**

Restrictions, servitudes, reservations as may appear in the chain of title.

Restrictive covenants, servitudes, setbacks as reflected on the Plan of Subdivision.

Deed restrictions and covenants established by an act dated September 21, 2005, registered in CIN: 1515730.

Right of way in favor of Entergy of Louisiana, Inc. for 10 feet across the front of said lot dated February 11, 2005, registered in CIN: 1480421.

...hold and above described property unto the said Purchasers, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **THREE HUNDRED FORTY-TWO THOUSAND DOLLARS AND NO/100THS**** ($342,000.00)**, which the said Purchaser has well and truly paid, in ready and current money to the said Vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefore.

All State and city taxes up to and including the tax due and eligible in 2005 are paid as per tax research certificates. Taxes for the year 2006 and all subsequent years are the responsibility of the purchaser(s) after pro-ration.

The parties to this act hereby voluntarily waive the production and attachment of any and all research certificates required by law, statute or customarily obtained, including, Conveyance, Mortgage, Tax Research, Tax Sale, and Local Improvement Lien certificates. Pursuant to this waiver, the parties hereby indemnify and hold harmless the undersigned Notary Public, from any penalty, liability or responsibility whatsoever in connection with or resulting form this waiver of certificates.

Vendor represented and warrants that no other sale or grant of interest in said property has been, or will be made by Vendor, and that said property is not, and will not, become subject to any lien or encumbrance by act of omission by Vendor, or claim against Vendor.

**Thus Done and Passed** in duplicate original, in the aforesaid state and parish on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names together with the said appearers, and me, Notary, after due reading of the whole.

-Witness

Laura Basey
(Printed Name of Witness)

SCOTT DESIGNER HOMES, INC. -Vendor
By: Scott Fanning <> President

-Witness

Gabriel Cassagne
(Printed Name of Witness)

MATTHEW L. ISSMAN - Purchaser

SUSAN A. ISSMAN - Purchaser

JUDY ANN ST. ROMAIN <> Notary Public
Notary Identification Number: 42211

My commission expires: With Life



## CASH SALE

Sale of Property

by:

Shadowland Home Builders, L.L.C.

to:

Karen Bouanchaud McCann and Kerry L. McCann

*United States of America*
*State of Louisiana*
*Parish of St. Tammany*

*BE IT KNOWN,* That on this 2nd day of August, 2006,

*BEFORE ME,* Kenneth S. Moran a notary public, duly commissioned and qualified, in and for the Parish of St. Tammany and in the presence of the witnesses hereinafter named and undersigned:

*Personally Came and Appeared.*

**Shadowland Home Builders, L.L.C.** **(S.S. # XXX-XX-9729)**, a limited liability company organized under the laws of the State of Louisiana, whose Articles of Organization are recorded in the office of the Louisiana Secretary of State, said company being domiciled in St. Tammany Parish, Louisiana, herein appearing by and through its duly authorized member(s), authorized by virtue of that certificate of authority, dated August 2, 2006, original of which is annexed hereto and made a part hereof.

**MAILING ADDRESS:  P. O. Box 1193, Mandeville, Louisiana 70470**

Who declare that they do by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto,

**Karen Bouanchaud McCann (S.S.# XXX-XX-6657) and husband Kerry L. McCann (S.S.# XXX-XX-1293)**, both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, that they have been married but once and then to each other and that they are presently living and residing together.

**MAILING ADDRESS:  73244 Penn Mill Road, Covington, Louisiana 70435**

here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

"Description of Property"

A CERTAIN PIECE OR PORTION OF GROUND, together with al the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto

**Stewart Title of Louisiana**
Mandeville Office
543 N. Causeway Blvd.
Mandeville, Louisiana 70471
985-727-2700
www.stewartla.com
file no. 20061709
not'l see: Nancy Donaldson
(rev'd 12/10/03-jd)

St. Tammany Parish 1540
Instrmnt #: 1569242
Registry #: 1636580 LCM
08/08/2006 10:11:00 AM
MB   CB X MI   UCC

STATE OF LOUISIANA  PARISH OF ST. TAMMANY
I HEREBY CERTIFY that the above is a true and
correct copy of the original as recorded at
instrument # 1569242 of the original
records. Given under my hand and seal of office
this the 8 day of August 20 06

Dy. Clerk and Ex-Officio Recorder

belonging or in anywise appertaining, situated in the Parish of St. Tammany, State of Louisiana, being located in SECTION 25, TOWNSHIP 6 SOUTH, RANGE 10 EAST, ST. TAMMANY PARISH, LOUISIANA, as per survey by John E. Bonneau & Associates, inc. dated November 8, 1991 and more particularly described as follows, to-wit:

Commencing at a point described as being North 89 degrees 53 minutes 37 seconds West, a distance of 205.95 feet; thence South 30 degrees 31 minutes 58 seconds West 785.08 feet from the Northeast corner of Section 25, Township 6 South, Range 10East, being the POINT OF BEGINNING.

From the POINT OF BEGINNING, thence South 30 degrees 31 minutes 58 seconds West, 300 feet; thence North 59 degrees 29 minutes 04 seconds West 100 feet; thence North 30 degrees 31 minutes 58 seconds East 300 feet; thence South 59 degrees 29 minutes 04 seconds East, a distance of 100.0 feet to the POINT OF BEGINNING. Said tract contains .6887 acres more or less.   All as more fully shown on a survey by Wilson-Pope, Inc. dated July 8, 2005.

Being the same property acquired from Linda Morgan Brown by act before Paul J. Mayronne, Notary Public dated July 28, 2005 and registered in INST. 1508994 of the records of St. Tammany Parish.

**PURCHASER(s)** herein declared that all future notices of ad valorem tax bills and special assessments for the above-described property presently for the tax year of   2005   bearing Tax Assessment No. 1071408698 are to be forwarded to:
**Karen Bouanchaud McCann**
**Kerry L. McCann**

**MAILING ADDRESS: 73244 Penn Mill Road, Covington, and Louisiana 70435**

**THIS ACT IS MADE,  EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:**

Any and all rights of access in favor of the public to that part of caption that comprises Penn Mill Road.

Any and all restrictions, servitudes, easements, rights of way, mineral reservations and/or mineral leases as per the chain of title.

THE PARTIES HERETO TAKE COGNIZANCE THAT NO SURVEY ON THE HEREIN DESCRIBED PROPERTY IN CONNECTION WITH THE ACT OF SALE HAS BEEN MADE NOR HAS ONE BEEN PRODUCED OR ATTACHED AND THE PARTIES DO HEREBY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY, RESPONSIBILITY OR DAMAGE INCLUDING COURT COSTS AND ATTORNEYS' FEES IN CONNECTION HEREWITH.

To have and to hold the above described property unto the said purchaser(s) themselves heirs and assigns forever.

Stewart Title of Louisiana
Mandeville Office
543 N. Causeway Blvd.
Mandeville, Louisiana 70471
985-727-2700
www.stewartla.com
file no. 20061709
not'l sec: Nancy Donaldson
(rev'd 12/10/03-jd)

**CERTIFICATE OF AUTHORITY**
**OF**
**Shadowland Home Builders, L.L.C.**

At a meeting of the Members of **Shadowland Home Builders, L.L.C.**, held this 1st day of August, 2006 at its domicile, after due notice, with all members present and voting, the following authorizations were adopted unanimously:

**BE IT RESOLVED**, that **Gregg Brauwn**, be and he is hereby authorized and empowered for and on behalf of this Limited Liability Company to purchase and/or sell real estate on terms and conditions as she deems beneficial to the Limited Liability Company, and further he is hereby authorized and empowered for and on behalf of this Limited Liability Company to borrow any sums of money from any person, firm or Limited Liability Company willing to lend same, and/or arrange for the extension or renewal of any indebtedness due by this Limited Liability Company, and/or utilize the assets of this Limited Liability Company as security to induce any creditor of this Limited Liability Company not to call any demand notes of this Limited Liability Company. In order to accomplish such purposes and for any other purposes, the said agent is hereby authorized and empowered to enter into agreements to purchase, agreements to sell, acts of sale, including but not limited to cash sales, credit sales, sales with mortgages, and further authorized to execute and endorse on behalf of the Limited Liability Company any note or notes payable at such time and bearing such interest, and containing such terms and conditions and provisions, as in his absolute discretion may deem necessary and advisable, and to execute building contracts, condominium declarations, together with any necessary accompanying documents, partial releases, affidavits of completion, and any and all other necessary documents requisite to the construction of buildings of any nature as in his absolute discretion he may deem necessary and advisable.

**BE IT FURTHER RESOLVED**, that in order to secure the note or notes referred to hereinabove, the said agent is hereby authorized and empowered to appear before any Notary Public and execute an act of mortgage, or an act of collateral mortgage in such form and containing such terms and conditions as he in his absolute discretion may deem necessary and advisable, including without limitation of a waiver of appraisement, pact de non alienando, confession of judgment and the usual Louisiana security clauses, bearing against any properties standing of record in the name of the Limited Liability Company located in the Parish of Jefferson, State of Louisiana, and elsewhere.

BE IT FURTHER RESOLVED, that the said, **Gregg Brauwn**, be and they are hereby further authorized and empowered to execute any and all notes, documents or other instruments in writing, and to pledge, pawn and hypothecate such note or notes or any notes secured by mortgage or collateral mortgage to secure any other note executed for and on behalf of this Limited Liability Company to obtain such loans, to pledge, pawn, and hypothecate, any and all other securities belonging to this Limited Liability Company as in his absolute discretion may be deemed necessary and advisable and which may be required by any person, firm or Limited Liability Company as security for any indebtedness so created by said agent in accordance herewith, or prior existing indebtedness of this Limited Liability Company.

**BE IT FURTHER RESOLVED**, that said agent be and he is hereby authorized and empowered for and on behalf of this Limited Liability Company to sell any property standing in the name of this Limited Liability Company for such sums, whether cash or credit, which the said agent is his absolute discretion shall deem necessary or advisable. Said agent is further authorized and empowered to appear before any Notary Public and execute any acts of sale conveying with full warranty the Limited Liability Company's interest in and to any property owned by the Limited Liability Company, or to enter into any act of correction of any act of sale, mortgage, option, agreement, or any other document on behalf of this Limited Liability Company.

**BE IT FURTHER RESOLVED**, that **Gregg Brauwn** be and he is hereby authorized and empowered to execute on behalf of the Limited Liability Company construction loan agreements providing for interim financing for the purchase of property and /or construction of houses and/or other improvements, containing such terms and conditions as said agent, in his absolute discretion deems necessary and advisable.

**BE IT FURTHER RESOLVED**, that **Gregg Brauwn** be and he is hereby authorized and empowered to execute on behalf of this Limited Liability Company any and all other instruments and/or documents necessary in order to carry out the purposes of this authorization as in his absolute discretion he may deem necessary and advisable.

**CERTIFICATE**

I/WE, the undersigned Member(s) of this Limited Liability Company, do hereby certify that the above and foregoing authorization is true and correct copy of the authorization of the **Shadowland Home Builders, L.L.C.**, its domicile, all board members voting unanimously in favor thereof, which is in full force and effect, and has not been revoked or rescinded, so certified the same date as the meeting, this _____ day of August, 2006

Gregg Brauwn, Manager

This sale is made and accepted for and in consideration of the price and sum of **One Hundred Eighty Nine Thousand dollars and Zero cents ($189,000.00)** which the said purchaser(s) have well and truly paid, in ready and current money to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefore.

All State and City taxes up to and including the taxes due and exigible for the current tax year are paid as per a research of the tax rolls for the year 2005.

By reference to the research of the Registrar of Conveyances and Recorder of Mortgages records in and for the Parish of St. Tammany, it does not appear that said property has been heretofore alienated by the Vendor or that it is subject to any encumbrances whatever, except: NONE

The parties to this act take cognizance of the fact that no mortgage, conveyance, paving, sewerage and water lien ordinance research or tax sale certificates in connection with this act of sale have been made, nor were any produced or attached and the parties do hereby relieve and release me, Notary, from any and all liability, responsibility or damage including court costs and attorneys' fees in connection therewith.

*Thus Done and Passed,* in my office in St. Tammany Parish, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

WITNESSES:                                              SELLER(S):

_____            _____
(witness signature)                                      Shadowland Home Builders, L.L.C.,
                                                                 By Gregg Brauwn, Manager

Robyn Melville
(type/print name of witness)

_____            PURCHASER(S):

(witness signature)                                      _____
                                                                 Karen Bouanchaud McCann
Gayle Betz
(type/print name of witness)                        _____
                                                                 Kerry L. McCann

                                                                 _____
                                                                 Kenneth S. Moran
                                                                 NOTARY PUBLIC
                                                                 Bar/Notary No.: 25801

**Stewart Title of Louisiana**
Mandeville Office
543 N. Causeway Blvd.
Mandeville, Louisiana 70471
985-727-2700
www.stewartla.com
file no. 20061709
not'l sec: Nancy Donaldson
(rev'd 12/10/03-jd)

GD141-06C

BAYOU TITLE, INC.
1820 ST. CHARLES AVENUE, #201
NEW ORLEANS, LA  70130

**CASH SALE OF PROPERTY**

BY:   **SAMPSON CONSTRUCTION, LLC**

TO:   **NICOLE DIDIER wife of/and MICHAEL E. NORRIS**

**UNITED STATES OF AMERICA**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

St. Tammany Parish 1784
Instrmnt #: 1570096
Registry #: 1637984 SHC
8/14/2006 12:27:00 PM
MB    CB   X MI    UCC

BE IT KNOWN that on this 10th day of August, 2006.

BEFORE ME, **WILLIAM P. CURRY, JR.**, a Notary Public duly commissioned and

qualified, in and for the Parish of Orleans, and in the presence of the witnesses hereinafter named and

undersigned:

### PERSONALLY CAME AND APPEARED:

**SAMPSON CONSTRUCTION COMPANY, LLC (TIN: 72-1434837)**, a Louisiana
Limited Liability Company, domiciled in the Parish of St. Tammany, State of Louisiana, herein
represented herein by Donald R. Sampson, its duly authorized Member, by virtue of authorization of
the members, dated June 11, 1999, recorded at Instrument No. 1152161, and whose mailing address
is 832 E. Boston Street, #12, Covington, LA  70433;

who declared that they/she/he do/does by these presents grant, bargain, sell, convey, transfer, assign,

set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and

to all the rights and actions of warranty which they/she/he have/has or may have against all preceding

owners and vendors unto:

**NICOLE DIDIER NORRIS (SSN: xxx-xx-1193) wife of/and MICHAEL E. NORRIS**
(SSN: xxx-xx-1495), both persons of the full age of majority and residents of St. Tammany Parish,
Louisiana, who declare that their marital status is as follows: Nicole Didier has been married but once to
Michael E. Norris; Michael E. Norris has been married twice, first to Maralana Ogden, from whom he
is divorced; secondly to Nicole Didier; they will reside together at 700 Arctic Fox Run, Madisonville,
LA 70447;

here present accepting, and purchasing for themselves/itself, its heirs and assigns and acknowledge due

delivery and possession thereof, all singular the following described property to-wit:

ALL THAT CERTAIN TRACT OF PORTION OF LAND, together with all the buildings
and improvements thereon, and all the rights, ways, means, privileges, servitudes, prescriptions,

appurtenances and advantages thereunto belonging or anywise appertaining thereto, situated in **FOX BRANCH ESTATES, PHASE II,** located in Sections 8 and 9, Township 7 South, Range 10 East, St. Tammany Parish, Louisiana, all as per plan of subdivision by Foncuberta Surveys, Inc., filed for record on May 11, 2005, recorded in Clerks Map file No. 3958, and more particularly described as follows, to-wit:

**LOT 67, FOX BRANCH ESTATES, PHASE II, ST. TAMMANY PARISH, LOUISIANA.**

The improvements thereon bear the Municipal No. **700 Arctic Fox Run, Madisonville, Louisiana 70447.**

Being the same property acquired by vendor herein by act dated September 21, 2005 and registered in Instrument Number 1516991.

This act is made, executed and accepted subject to the following:

1.  Servitudes, restrictions, easements, encroachments, right of ways, green belts, fence misalignments, and/or building setback lines, if any, as shown on a current survey of the property or as shown on the plan of subdivision filed for record with the Clerk of Court for St. Tammany Parish.

2.  Restrictive covenants recorded under COB Instrument No. 1340291, but deleting any covenant, condition or restriction, if any, based upon race, color, religion, sex, handicap, familial status, or national origin unless and only to the extent that such covenants, conditions, or restrictions (1) are exempt under Chapter 42, Section 3607 of the United States Code or (b) relate to handicap but to not discriminate against handicapped persons; also deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604©).

3.  That servitude recorded at COB Instrument No. 1331141 and 1317994 and 1317992 of the official records of St. Tammany Parish, Louisiana.

To have and to hold the above described property unto the said purchaser(s), their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **THREE HUNDRED FIFTEEN THOUSAND FIVE HUNDRED NINETY FIVE AND  NO/100 ($315,595.00) DOLLARS,** which the said purchaser(s) has/have well and truly paid, in ready and current money to the said vendor(s), who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

All State, City and/or Parish taxes up to and including the taxes due and exigible in 2005 are paid.

By reference to the Abstract of Title, it does not appear that said property has been heretofore alienated by the vendor(s) or that it is subject to any encumbrances whatsoever, **EXCEPT:**

Multiple Indebtedness Mortgage i/f/o Citizens Bank & Trust Co., registered in Instrument Number 1516996, St. Tammany Parish, which will be cancelled by Bayou Title, Inc.

The parties to this Act are aware that the Mortgage and Conveyance certificates are waived by all parties and release and relieve me, Notary, from any and all liability and responsibility in connection therewith.

**THUS DONE AND PASSED** in my office at Covington, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading of the whole.

WITNESSES:

PRINTED NAME: _Nancy B. Pigrenet_

PRINTED NAME: _Wendy Costillo_

APPEARERS:

SAMPSON CONSTRUCTION, LLC
BY: Donald R. Sampson, Member

MICHAEL E. NORRIS

NICOLE DIDIER NORRIS

WILLIAM P. CURRY, JR.
NOTARY PUBLIC
BAR NO. 69118

UNITED STATES OF AMERICA

**CASH SALE**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BE IT KNOWN, That on **December 28, 2006,** before me, the undersigned Notary Public in and for the Parish and State aforesaid, and in the presence of the undersigned competent witnesses, PERSONALLY CAME AND APPEARED:

**SUNRISE CONSTRUCTION AND DEVELOPMENT L.L.C.,** a Louisiana Limited Liability Company organized under the laws of the State of Louisiana, successor in interest to Sunrise Construction and Development Corporation by merger effective December 31, 2003, represented herein by PATRICK J. BERRIGAN, OR MELISSA MARTINEZ, AGENTS, duly authorized by virtue of a Certificate of Authority dated October 3, 2006, recorded October 23, 2006 at Instrument No. 1585703 in the office of the Clerk of Court for St. Tammany Parish, Louisiana; its mailing address is declared to be 62250 West End Boulevard, Slidell, Louisiana, 70461; its Tax Id No. is 72-1257264,

who declared that it does by these presents, grant, bargain, sell, assign, convey, transfer, set-over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all rights and actions of warranty which seller has or may have against all preceding owners and vendors unto

**MARK VICTOR PEREZ AND KIMBERLIE HARRINGTON PEREZ,** husband and wife, both persons of the full age of majority and residents of the Parish of St. Tammany, State of Louisiana, who declared unto me, Notary, under oath that they have been married but once and then to each other, with whom they are presently living and residing.

**Mailing address: 3036 Whitty Drive, Slidell, Louisiana 70461**
**Social Security Numbers:   His XXX-XX-0357 Hers XXX-XX-9871**

here present, accepting and purchasing for himself, his heirs and assigns, and acknowledging delivery and possession thereof, the following described property, to-wit:

*THAT CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, means, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining,* situated in the Parish of St. Tammany, State of Louisiana, in that development known as **RIVER OAKS SUBDIVISION, ADDITION 10-B2,** and more fully described as follows, to wit:

**LOT 33, SQUARE A, RIVER OAKS SUBDIVISION, ADDITION 10-B2, ST. TAMMANY PARISH, LOUISIANA.**

Improvements thereon bear the Municipal No. **3036 Whitty Drive, Slidell, Louisiana  70461.**

Being a portion of the property acquired by Sunrise Construction and Development Corporation from Pearl Development Corporation by act before D. Rex English, Notary Public, dated October 10, 2001, and recorded October 15, 2001 at CIN 1269855 in the official records of St. Tammany Parish, Louisiana.

Further acquired by Merger of Sunrise Construction and Development Corporation into Sunrise Construction and Development, L.L.C., dated effective December 31, 2003, recorded January 16, 2004, at CIN 1412106.

THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:

Servitudes of drainage and passage granted by O. M. Pollard, Jr. et al, in favor of Clover Construction Corporation, dated April 18, 1978, recorded at COB 870, folio 629.

Act of Dedication of Survey Lane from Pearl Development Corporation to the Parish of St. Tammany, Louisiana, dated May 5, 1999, recorded at CIN 1154519.

Any and all matters set forth on Plan of Subdivision, Map File No. 2769, and Affidavit of Correction thereto dated March 3, 2003, recorded at CIN 1351922.

Page 1 of 3

## Livingston Parish Recording Page

Thomas L. Sullivan Jr.
**Clerk of Court**
PO Box 1150
Livingston, LA 70754-1150
(225) 686-2216

**Received From :**
   COMMERCE TITLE - SHERWOOD
   2051 SILVERSIDE DRIVE
   SUITE 160
   BATON ROUGE, LA 70808

**First VENDOR**
CANARY ISLAND DEVELOPMENT COMPANY LLC

**First VENDEE**
GRIFFITH, VERONICA FAYE

| | |
|---|---|
| **Index Type :**   Conveyances | **File Number :** 609967 |
| **Type of Document :** Cash Sale Or Cash Deed | |
| | **Book :**  937       **Page :** 103 |
| **Recording Pages :**        3 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Livingston Parish, Louisiana

On (Recorded Date) : 06/27/2006

At (Recorded Time) :  9:04:48AM

Deputy Clerk

Doc ID - 006292110003

Return To :

Do not Detach this Recording Page from Original Document

## ACT OF CASH SALE

**BE IT KNOWN**, that on June 23, 2006, before me, the undersigned, Notary Public, duly commissioned and qualified, in and for the Parish of East Baton Rouge, State of Louisiana, and in the presence of the undersigned witnesses, personally came and appeared:

**CANARY ISLAND DEVELOPMENT COMPANY, L.L.C.**, a Louisiana Limited liability company, represented herein by its member, duly authorized by virtue of a certificate of authority on file and of record with the Clerk and Recorder;

whose permanent mailing address is declared to be P. O. DRAWER 218, DEQUINCY, Louisiana 70633-0218 hereafter referred to as "SELLER(S)", who declared that for the price of **Three Hundred Sixty Nine Thousand dollars and Zero cents ( $369,000.00 ) DOLLARS** cash, receipt of which is acknowledged, SELLER(S) hereby sell and deliver with full warranty of title and subrogation to all rights and actions of warranty SELLER(S) may have, unto:

**VERONICA FAYE GRIFFITH**, a resident of the full age of majority of the Parish of Livingston, State of Louisiana, who declared that she is single;

whose permanent mailing address is declared to be 13891 CALLE SEVARIO DRIVE, PORT VINCENT, LA 70726, hereafter referred to as "PURCHASER(S)", the following described property, with all its component parts, including all rights, ways, privileges, servitudes and appurtenances thereto belonging, the possession of which PURCHASER(S) acknowledge:

ONE (1) CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, situated in that subdivision of the Parish of Livingston, State of Louisiana, known as **CANARY ISLAND SUBDIVISION, A PRIVATE RESIDENTIAL GATED COMMUNITY**, and being designated on the official subdivision map, on file and of record in the office of the Clerk and Recorder for said parish and state, as **LOT 6**, said subdivision; said lot having such measurements and dimensions as shown on said map.

Except as expressly provided in any separate writing, no title examination or title opinion has been requested or performed on behalf of the purchaser by the undersigned notary public, attorney, title company or settlement agent and the purchaser expressly rejects the necessity of the same and agrees to release and relieve the notary public, attorney, title company and settlement agent from any responsibility and liability in connection therewith.

Property is sold, conveyed and accepted subject to any and all servitudes, easements, restrictions, covenants, conditions, and any lease, grant, exception or reservation of mineral or mineral rights, if any, appearing in the public records of said parish and state.

All parties signing the within instrument declared themselves to be of full legal capacity.

All taxes assessed against the property herein conveyed have been paid. Taxes for the current year will be prorated and paid by the PURCHASER(s) with Notice to be mailed to PURCHASER(s) address herein.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER(S), PURCHASER(S)' heirs and assigns shall have and hold the described property in full ownership forever.



**THUS DONE AND PASSED** at Baton Rouge, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

X _____
Signature

_Potang Tom Burachaynna_
(Printed name of Witness #1)

X _____
Signature

_LYNN KNIGHT_
(Printed name of Witness #2)

CANARY ISLAND DEVELOPMENT COMPANY, L.L.C.
TIN#: XX-XXX

BY: _____

_____
VERONICA FAYE GRIFFITH
SS#: XXX-XX-8179

_____
NOTARY PUBLIC

Michael A. Grace, Jr.
LSBA Roll No. 6195

East Baton Rouge Parish Clerk of Court Orig/Bndl 477/11924

Page 1 of 1



ORIG  477   BNDL 11924

## CASH SALE

File # 07-0156

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BE IT KNOWN, that on this 15th day of February, 2007;

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified within and for the above Parish and State, and in the presence of the undersigned competent witnesses, personally came and appeared as Seller:

**HOLLOWAY HOMES, L.L.C.**, a Louisiana limited liability company, represented herein by Brett Holloway, its Manager, duly authorized pursuant to Authorization of record in Original 626, Bundle 11607, official records of East Baton Rouge Parish, Louisiana; whose permanent mailing address is declared to be P.O. Box 582, Madisonville, LA 70447;

who declared that for the price of **THREE HUNDRED EIGHTY-SIX THOUSAND NINE HUNDRED AND 00/100 ($386,900.00) DOLLARS**, cash in hand paid, receipt of which is hereby acknowledged, Seller does hereby sell and deliver, with full warranty of title and subrogation to all rights and actions of warranty Seller may have unto Buyers:

**CHIEN PHAM and BICH NGUYEN**, both residents of lawful age of majority of East Baton Rouge Parish, Louisiana, who declared that they are married to and living with each other in said Parish and State; whose permanent mailing address is declared to be 9549 Homestead Drive, Baton Rouge, LA 70817;

who acknowledge delivery and possession of the following described property:

One (1) certain lot or parcel of ground, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of East Baton Rouge, State of Louisiana, in that subdivision known as **THE HOMESTEAD AT OLD JEFFERSON**, and designated on the official plan thereof, on file and of record in the office of the Clerk and Recorder of the Parish of East Baton Rouge, State of Louisiana, as **LOT NUMBER FORTY-SIX (46)**, said subdivision, said lot having such measurements and dimensions and being subject to such servitudes and restrictions as are more particularly shown on said map.

The said property is sold, conveyed and accepted subject to any and all valid restrictions, servitudes, mineral conveyances and/or reservations of record affecting same, if any.

To have and to hold said property unto Buyers, Buyers' heirs, successors and assigns, forever.

All parties signing the within instrument, either as parties or as witnesses, have declared themselves to be of full legal capacity.

All agreements and stipulations, and all of the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties.

The production of mortgage, conveyance and/or tax certificates are dispensed with by the parties hereto. All taxes assessed against the property herein conveyed have been prorated as of the date of sale.

THUS DONE AND SIGNED at my office in the City of Baton Rouge, State of Louisiana, on the date first hereinabove written, in the presence of the undersigned competent witnesses and me, Notary, after due reading of the whole.

WITNESSES:

HOLLOWAY HOMES, L.L.C.

By: _____
Brett Holloway, Manager

Printed Name: CAROLYN B JONES

_____
Chien Pham

Printed Name: Stacy Clegg

_____
Bich Nguyen

_____
Notary Public

**AMY ORTIS MARTINEZ**
BAR ROLL #24857
NOTARY ID #55285
COMMISSIONED FOR LIFE

ORIG  477   BNDL 11924
FILED AND RECORDED
EAST BATON ROUGE PARISH, LA.

2007 FEB 16   PM 03:49:04
FIL BK    FOLIO
              DOUG WELBORN
CLERK OF COURT & RECORDER

CERTIFIED TRUE COPY
BY _____
DEPUTY CLERK & RECORDER

AUTHENTIC TITLE. LTD.
3440 N. Causeway Blvd.
Suite 103
Metairie, LA 70002

NOTARIAL ARCHIVES OF ORLEANS PARISH
NA # Z007-53062   DT 07/27/07
TYPE: S FEE: $25.00 PG. 3



07-0601S

# CASH SALE

**SALE OF PROPERTY**

**BY**

DENISE MULLER PALLITTA,
wife of/and VINCENZO PALLITTA

**TO**

XIAOCHUN XI, wife of/and
JINJIANG WANG

**UNITED STATES OF AMERICA**

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BE IT KNOWN,** That on this 23rd day of July in the year of our Lord two thousand and seven (2007);

**BEFORE ME,** THE UNDERSIGNED, a Notary Public, duly commission in and for the Parish and State aforesaid, in the presence of the undersigned competent witnesses,

**PERSONALLY CAME AND APPEARED,**

**DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA,** both persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 2708 Octavia Street, New Orleans, LA 70115;

hereinafter referred to as "Vendor" who declared that they do by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto:

**XIAOCHUN XI, wife of/and JINJIANG WANG,** both persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who declared before me, Notary, that they have been married but once and then to each other, that they are presently living and residing together, and that their current mailing address is 4220 Vincennes Place, New Orleans, LA 70125;

hereinafter referred to as "Purchaser", here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular, the following described property, to wit:

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes and appurtenances thereunto belonging or in any wise appertaining situated in the SIXTH DISTRICT OF THE CITY OF NEW ORLEANS, STATE OF LOUISIANA, designated as LOT "B", BLOCK "E" of Vincennes Place, bounded by Vincennes Place, Grape Street, the Bloomingdale-Hurstville Line (State Street Drive side), and Dart Street, Said Lot commences at a distance of 185 feet from the corner of Vincennes Place and Grape Street, and measures thence 45 feet front on Vincennes Place, a width in the rear of 44 feet 11 inches, a depth on the sideline nearer Grape Street of 86 feet 3 inches 2 lines, a depth on the opposite sideline of 84 feet 5 inches 5 lines. All as more fully shown on survey by E.L. Eustis & Sons, Civil Engineering and Surveyors, dated August 11, 1988.

The improvements thereon bear municipal number 4220 Vincennes Place, New Orleans, Louisiana 70125.

THIS ACT IS MADE, ACCEPTED AND SUBJECT TO THE FOLLOWING:

1. Deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c).

2. Subject to the building restrictions contained in act dated July 12, 1944, registered in COB 528, folio 659.

3. Any and all encroachments, set back lines, overlaps, boundary line disputes, servitudes or other matters as disclosed on survey by E.L. Eustis & Sons, Civil Engineers and Surveyors, dated August 11, 1988.

**This property is sold "AS-IS" with Waiver of Redhibition as per the attached addendum.**

Being the same property acquired by DENISE MULLER PALLITTA, wife of/and VINCENZO PALLITTA by act dated February 1, 2007, registered in CIN 338418, the Parish of Orleans, State of Louisiana.

To have and to hold the above described property unto the said Purchaser, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **Three Hundred Eighteen Thousand dollars & no cents DOLLARS, ($318,000.00)** cash, which the said Purchaser has well and truly paid in ready and current money to the vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All taxes up to and including the taxes due and exigible in 2007 are paid, and taxes for the current year have been prorated between the parties hereto.

Vendor represents and warrants: (1) that no other sale or grant of interest in said property has been or will be made by vendor, and (2) that said property is not, and will not become subject to any lien or encumbrance by act of omission of vendor, or claim against vendor, except as otherwise noted or excepted.

THUS DONE AND PASSED, in my office in the aforesaid Parish and State on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

**WITNESSES:**

Print Name: *Rose L. March*

Print Name: *Lesha Nugent Freeland*

DENISE MULLER PALLITTA

VINCENZO PALLITTA

XIAOCHUN XI

JINJIANG WANG

NOTARY PUBLIC
MY COMMISSION EXPIRES WITH LIFE

MARIA GRAY DOLESE
ID NUMBER 38131