# Exhibit B



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ARNOLD_26057
        **Property: 26057 Coronation Ave., Denham Springs, LA 70726**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2305.97 SF to determine a Living Space area of 1946.94 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**





N

Main Level



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: CHARLES_116
        **Property: 116 Dufresne Drive, Vacherie, LA 70090**

Mr. Doyle:

At your request, an inspection of the above property was attempted.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts.
Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 2200 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit

Figure 3: Markings on drywall consistent with KPT brand drywall.



Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn new information or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

Name Property Owner: Mardechria Charles

Address of Affected Property: 116 Dufresne Drive
Vacherie, LA 70090

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Mardechria Charles

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 225 )  624 - 9381

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant

Represented By: Jimmy Doyle

Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209

Phone: ( 205 )  533 - 9500

Case No. /Docket Info: Bennett v Knauf, 14-cv-2722

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: (          )          -

**+ Attach Copy of Insurance Declaration Page**

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Mardechria Charles | 06/18/07 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

　　1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Damien Wiggins

　　　　1.2. When did the inspection take place?   01 / 25 / 14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

　　2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Damien Wiggins

　　　　2.2. When was this determination made?   01 / 25 / 14

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | Ceiling & Walls |
|  | ASTM C 36 |  |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,200 | | | |
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of interior Walls | 9'-14' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | 06 / 18 / 07 | Date Acquired Home | 06 / 18 / 07 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | | / / | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
_____

Address: _____
_____

Phone: (         )         -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
_____

Address: _____
_____

Phone: (         )         -

## Section X. Drywall Supplier

Drywall Supplier's Name:
Interior Exterior Building Supply

Address: P.O. Box 4002
New Orleans, LA  70178

Phone: ( 504 )   488  -  1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 2/4/2014 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HU_3016
      **Property: 3016 Taft Park, Metairie, LA 70002**

Mr. Doyle:

At your request, an inspection of the above property was performed on 8/29/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1532.33 SF to determine a Living Space area of 1532.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Closet - Master Bedroom

Master Bedroom

Master Bath

Laundry Room

Water heater closet

Kitchen

Pantry

Dining Room

Bedroom 1

Living Room

Linen Closet

Closet Bedroom 1

Hallway

Bathroom

Closet - Bedroom 2

Bedroom 2



N

Main Level



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ISSMAN_669
       **Property: 669 Timberwood Loop, Madisonville, LA 70447**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/25/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2874.27 SF to determine a Living Space area of 2438.51 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**



M. CL. 1
Linen Closet
Master Bath
Closet 2
Bedroom 2
Bathroom
Vanity Area/Room
Master Bedroom
Shower
Toilet
M.CL 2
Chase
Hallway - Bedrooms
Coat Closet
Alcove
Fireplace
Bedroom 3
Closet 3
Foyer/Entry
Living Room
Pantry
Laundry Room
Hallway
Breakfast Area/Room
Kitchen
Bathroom 1
Garage
Linen Closet
closet
Bedroom 1

N

Main Level



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MCCANN_73244
      **Property: 73244 Penn Mill Road, Covington, LA 70435**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/26/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 1 & 2 Walls |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1905.09 SF to determine a Living Space area of 1579.22 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of
Property.

Figure 2: Address as seen from
street





Figure 3: Markings on drywall consistent with KPT brand drywall.



Garage

Laundry Room

Pantry

Dining Room

Kitchen

Living Room

Closet 2

Bedroom 2

Bedroom 1

Closet 1

Fireplace

Full Closet

Master Bathroom

Bathroom 1

Toilet

Linen Closet

Master Bedroom



N

Main Level



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: NORRIS_700
        **Property: 700 Artic Fox Run, Madisonville, LA 70447**

Mr. Doyle:

        At your request, an inspection of the above property was performed on 11/25/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

        While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2862.65 SF to determine a Living Space area of 2426.89 SF.

        If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**



Bedroom 2

Closet 2

Toilet

M. Closet

Linen Closet

Bathroom

Master Bath

Bedroom 1

Coat Closet

M. Closet

Master Bedroom

hallway (hallway)

Closet

Hallway

Foyer/Entry

Living Room

Dining Room

Butler's Pantry

Kitchen

Dining Room

Pantry

Hallway 1

Garage

Laundry Room

Powder Room



N

Main Level



Healthy Home Solutions, LLC

You deserve a
Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: PEREZ_3036
        **Property: 3036 Whitty Drive, Slidell, LA 70461**

Mr. Doyle:

        At your request, an inspection of the above property was performed on 9/25/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Wall |

        While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2754.27 SF to determine a Living Space area of 2375.65 SF.

        If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit

**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**



Breakfast Area/Room
fireplace
Master Bedroom
Kitchen
Living Room
Bedroom 3
Linen Closet
Closet 3
Linen Closet
Hallway (bedrooms)
Bathroom
AC chase
Pantry
Hallway
Master Bath
Closet
Powder Room
Toilet
Dining Room
Foyer/Entry
Bedroom 2
Master Closet
Laundry Room
Closet 2
Office
closet (office)
Garage

N

Main Level





Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PROVINCE_86048
       **Property: 86048 Highway 450, Franklinton, LA 70438**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/26/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1369.33 SF to determine a Living Space area of 1369.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**



Bedroom 2

Breakfast Area/Room

Kitchen

Laundry Room

Closet 2    Linen Closet

Shower

Pantry

Bathroom

Hallway

Linen Closet

Master Bath

Closet 3

Living Room

Master Closet

Bedroom 3

Master Bedroom



N

Main Level



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ROSENAUR_13891
        **Property: 13891 Calle Savario Drive, Prairieville, LA 70769**

Mr. Doyle:

At the owner's request, an inspection of the above property was performed on 9/30/14 . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Ceiling |

Healthy Home Solutions, LLC had previously inspected this property. The inspection report is attached. The report identifies a Living Space area of 2138 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

October 4, 2014

The Estate of Veronica Griffith Rayborn
13891 Calle Sevario
Prairieville, LA 70769

RE:   Chinese Drywall Screening Report Number: Rayborn_13891
       Property: 13891 Calle Sevario, Prairieville, LA 70769

Mrs Rosenaur:

At your request, an inspection of the above property was performed on September 30, 2014. The building is a single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | CEILING & WALLS |

At approximately 2138 sf total with 8-foot ceilings, we estimate that there is approximately 7404 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Indicia



**Figure 3: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



**Figure 4: KNAUF TIANJIN end tape identified in attic.**

**Healthy Home Solutions, LLC**
**•  Phone:  (985) 710-3789  •**
healthyhomesolutionsllc@gmail.com

5

Insured:    The Estate of Veronica Griffith Rayborn
Property:   13891 Calle Sevario
            Prairieville, LA 70769

**Claim Number:**                    **Policy Number:**                        **Type of Loss:**

Date of Loss:                              Date Received:
Date Inspected:                            Date Entered:    10/8/2014 2:41 PM

Price List:    TRAINING
               Restoration/Service/Remodel
Estimate:      RAYBORN_13891

## Grand Total Areas:

| | | |
|---|---|---|
| 5,412.26  SF Walls | 1,991.99  SF Ceiling | 7,404.25  SF Walls and Ceiling |
| 1,992.10  SF Floor | 221.34  SY Flooring | 676.53  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 676.53  LF Ceil. Perimeter |
| 1,992.10  Floor Area | 2,137.84  Total Area | 5,516.07  Interior Wall Area |
| 1,688.65  Exterior Wall Area | 187.63  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |



Main Level



## Building Sketch   FHA#2214802987

| Borrower/Client | Estate of Veronica Faye Griffith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 13891 Calle Sevario Dr | | | | | |
| City | Prairieville | County | Livingston Parish | State | LA | Zip Code 70769 |
| Lender/Client | Reverse Mortgage Servicing Department | | | | | |



**Area Calculations Summary**

| Living Area | | |
|---|---|---|
| Second Floor | | 2127.6 Sq ft |
| **Total Living Area (Rounded):** | | **2128 Sq ft** |
| Non-living Area | | |
| 2 Car Attached | | 794.13 Sq ft |
| Covered Porch | | 264 Sq ft |
| Porch | | 41.4 Sq ft |
| Game / Media Room | | 985.77 Sq ft |
| Storage | | 264 Sq ft |
| Covered Porch | | 329.8 Sq ft |
| Storage | | 297 Sq ft |
| Accessory Bldg 1 | | 726.68 Sq ft |
| Enclosed Porch | | 319.5 Sq ft |
| Outdr Hlf Bth | | 38.5 Sq ft |
| Covered Porch | | 568.75 Sq ft |
| Covered Porch | | 568.75 Sq ft |
| Accessory Bldg 2 | | 726.68 Sq ft |
| Accessory Bldg 2 | | 513.15 Sq ft |
| Covered Porch | | 380.38 Sq ft |

## Building Sketch    FHA#2214802987

| Borrower/Client | Estate of Veronica Faye Griffith | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 13891 Calle Sevario Dr | | | | | | |
| City | Prairieville | County | Livingston Parish | State | LA | Zip Code | 70769 |
| Lender/Client | Reverse Mortgage Servicing Department | | | | | | |

| Living Area | |
|---|---|
| Second Floor | 2127.6 Sq ft |
| **Total Living Area (Rounded):** | **2128 Sq ft** |
| **Non-living Area** | |
| 2 Car Attached | 794.13 Sq ft |
| Covered Porch | 264 Sq ft |
| Porch | 41.4 Sq ft |
| Game / Media Room | 985.77 Sq ft |
| Storage | 264 Sq ft |
| Covered Porch | 328.8 Sq ft |
| Storage | 297 Sq ft |
| Accessory Bldg 1 | 726.68 Sq ft |
| Enclosed Porch | 319.5 Sq ft |
| Outdr Hlf Bth | 38.5 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Accessory Bldg 2 | 726.68 Sq ft |
| Accessory Bldg 2 | 513.15 Sq ft |
| Covered Porch | 380.38 Sq ft |



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: PHAM_9549
        **Property: 9549 Homestead Drive, Baton Rouge, LA 70817**

Mr. Doyle:

        At your request, an inspection of the above property was performed on 12/24/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry/Garage wall |

        While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3525 SF to determine a Living Space area of 2812 SF.

        If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com











Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: WANG_4220
        **Property: 4220 Vincennes Place, New Orleans, LA 70125**

Mr. Doyle:

At the owner's request, an inspection of the above property was performed on 6/25/2015.  Healthy Home Solutions, LLC is pleased to submit the photo contact sheet form that report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2626.21 SF to determine a Living Space area of 2626.21 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



**IMG_1164.JPG**

June 24, 2015 at 11:40:49 AM



**IMG_1165.JPG**

June 24, 2015 at 11:40:56 AM



**IMG_1166.JPG**

June 24, 2015 at 11:42:12 AM



**IMG_1167.JPG**

June 24, 2015 at 11:42:18 AM



**IMG_1168.JPG**

June 24, 2015 at 11:44:27 AM



**IMG_1169.JPG**

June 24, 2015 at 11:44:33 AM



**IMG_1170.JPG**

June 24, 2015 at 11:44:38 AM



**IMG_1171.JPG**

June 24, 2015 at 11:47:30 AM



**IMG_1172.JPG**

June 24, 2015 at 11:47:40 AM



**IMG_1182.JPG**

June 24, 2015 at 11:56:52 AM



**IMG_1183.JPG**

June 24, 2015 at 11:57:03 AM



**IMG_1184.JPG**

June 24, 2015 at 11:57:13 AM



**IMG_1185.JPG**

June 24, 2015 at 11:57:42 AM



**IMG_1186.JPG**

June 24, 2015 at 11:58:47 AM



**IMG_1187.JPG**

June 24, 2015 at 11:58:51 AM



**IMG_1188.JPG**

June 24, 2015 at 12:09:16 PM



**IMG_1189.JPG**

June 24, 2015 at 12:24:16 PM



**IMG_1190.JPG**

June 24, 2015 at 12:24:22 PM



Laundry Room  1/2 bath

Kitchen

Pantry

Family Room

Dining Room

AC Chase  Closet

Hallway  Bedroom 1

Living Room

Closet

Foyer/Entry  Bathroom



N

Main Level