# Exhibit D



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: JACKSON_1329
        **Property: 1329 Gum Street, Ocean Springs, MS 39564**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Closet wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1260.07 SF to determine a Living Space area of 1059.38 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**



Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: CAIN_5040
        **Property: 5040 Georgia Street, Bay St. Louis, MS 39520**

Mr. Doyle:

        At your request, an inspection of the above property was attempted.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

        Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1436 SF.

        If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**



#1 Labeling it on the back of sheetrock in the attic indicates Chinese drywall- "INA" of china is visible



#2 Labeling on back of attic sheet rock shows presence of Chinese drywall

**Figure 2: Markings on drywall consistent with KPT brand drywall.**



#3 Blacke copper wiring and black copper tubing in attic indicating the presence of Chinese drywall



#4 Blacke copper tubing present outside of air handler in attic- indicating the presence of Chinese drywall

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: CARANNA_224
       **Property: 224 Pinewood Drive, Pass Christian, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/2/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall/ Master Bed |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3632.23 SF to determine a Living Space area of 3180.23 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



Garage



Ground Level



Main Level





Level 2



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: FOREMAN_7514
        **Property: 7514 Pinehurst Court, Diamondhead, MS 39525**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/8/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master bath wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3034.88 SF to determine a Living Space area of 2541.96 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Ground level





Ground level



Main Level

Main Level







Level 2



Healthy Home Solutions, LLC

You deserve a
Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: FOZARD_72685
        **Property: 72685 Diamondhead Drive North, Diamondhead, MS 39525**

Mr. Doyle:

        At your request, an inspection of the above property was performed on 12/30/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living room wall |

        While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2383.54 SF to determine a Living Space area of 1892.49 SF.

        If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Main Level


N



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: GAUTHREAUX_10171
        **Property: 10171 Lagan Street, Bay St. Louis, MS 39520**

Mr. Doyle:

        At your request, an inspection of the above property was performed on 12/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Ceiling |

        While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1520.38 SF to determine a Living Space area of 1520.38 SF.

        If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Main Level





Main Level





Level 2



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: JORDAN_11592
       **Property: 11592 Azalea Trace, Gulfport, MS 39503**

Mr. Doyle:

At your request, an inspection of the above property was attempted.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts.

Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1755 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Markings on drywall consistent with KPT brand drywall.**



**Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com





Healthy Home Solutions,
LLC

You deserve a
Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: LEE_308
        **Property: 308 Italian Isle, Gautier, MS 39553**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/11/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 6240.84 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall.

Main Level



Sunroom

Breakfast Area/Room

Living Room

Master Bedroom

Powder Room

Closet

Kitchen

closet (Nursery 2)

Office

Butler Pantry

Master Closet

Foyer/Entry

Shower

Toilet Room

Nursery

Closet (office)

Master Closet 2

Hallway 1

Hallway 2

Liner Closet

Hallway

closet (nursery)

Closet (Hall)

Craftroom

Bathroom

Vanity Area

Foyer Closet

Master Bath

Dressing Room

Bathroom (nursery)

closet (craft)

Pantry/Foyer Room

Linen Closet

Cedar Closet

Pantry 1

Wall

Master Bath (old)

Pantry 2

Bedroom

cedar closet

Closet

Pantry

Master Bedroom (old)

Laundry Room

Shower

Built in

Master Closet (old)

Built in



N

Main Level



Healthy Home Solutions, LLC

You deserve a
Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MARTINO_245
        **Property: 245 McDonnell Blvd., F-138, Biloxi, MS 39531**

Mr. Doyle:

        At your request, an inspection of the above property was performed on 10/2/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room |

        While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 718.79 SF to determine a Living Space area of 718.79 SF.

        If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall.





Main Level



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MCCULLAR_603
        **Property: 603 East Second Street, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/30/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen/ Bedroom 2 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 850.93 SF to determine a Living Space area of 850.93 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Main Level





Main Level



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: NGUYEN_3
        **Property: 3 Laudeac Court, Long Beach, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bedroom Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1345.4 SF to determine a Living Space area of 1345.4 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com







Main Level



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: SCHOERNER_451
        **Property: 451 Linda Drive, Biloxi, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/12/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Mud room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3464.1 SF to determine a Living Space area of 2992.39SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Master Bath
Shower
Toilet Room
Master Bedroom
Master Closet
Breakfast Area/Room
Living Room
Fireplace
Pantry
Kitchen
Powder Room 2
AC Chase
Closet 2
Hallway (bedrooms)
Bedroom 2
Coat Closet
Foyer/Entry
Dining Room
Laundry Room
Hallway
Closet
Bedroom 3
Vanity Area/Bathroom
Powder Room
Mud Room
Garage

N

Main Level

 Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: TRAN_12912
       **Property: 12912 Rosemont Street, Ocean Springs, MS 39564**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/2/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1666.43 SF to determine a Living Space area of 1412.21 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit

**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



Main Level

