# Exhibit E

GAC 2008067561 3 PGS

FILED BY
ALAMO TITLE COMPANY
40507640

## GENERAL WARRANTY DEED WITH VENDOR'S LIEN

THE STATE OF TEXAS

COUNTY OF **GALVESTON**

KNOW ALL MEN BY THESE PRESENTS

*Builder*
713-817-7201

THAT **K. HOVNANIAN OF HOUSTON II, L.P., A TEXAS LIMITED PARTNERSHIP,** hereinafter referred to as GRANTOR (whether one or more), for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to GRANTOR in hand paid by **MICAH LOUIS SCHOTT, A MARRIED PERSON,** hereinafter referred to as GRANTEE (whether one or more), the receipt and sufficiency of which are hereby acknowledged, and for the further consideration of the execution and delivery by said GRANTEE of one certain promissory note of even date herewith, in the original principal sum of **TWO HUNDRED SIXTY-ONE THOUSAND SEVEN HUNDRED FIFTY AND NO/100 DOLLARS ($261,750.00),** payable to the order of **K. HOVNANIAN AMERICAN MORTGAGE, LLC,** (hereinafter called BENEFICIARY), in installments as in said note provided, bearing interest at the rate therein provided, said Note containing an attorney's fee clause and various acceleration of maturity clauses in case of default, and being secured by Vendor's Lien and Superior Title retained herein in favor of said GRANTOR, and being additionally secured by a deed of trust of even date with said note, from GRANTEE to **CALVIN C. MANN, JR., TRUSTEE,** reference to which deed of trust is hereby made for all purposes, the said BENEFICIARY at the special instance and request of the GRANTEE herein having advanced the sum of said note as part purchase price for the property herein conveyed, the receipt of which is hereby acknowledged, the GRANTOR hereby transfers, sets over, assigns and conveys, without recourse, unto BENEFICIARY, and its successors and assigns, the Vendor's Lien and Superior Title retained and reserved herein against the property, subrogating said BENEFICIARY to all rights and remedies of GRANTOR in the premises by virtue of said liens,

and GRANTOR has GRANTED, SOLD and CONVEYED and by these presents does GRANT, SELL, and CONVEY unto GRANTEE, the following described property, to-wit

**LOT TWO (20), IN BLOCK ONE (1) FINAL PLAT LAKES OF FALCON RIDGE, SECTION TWO (2), A SUBDIVISION IN GALVESTON COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 2005A, PAGE 179 OF THE MAP RECORDS OF GALVESTON COUNTY, TEXAS.**

TO HAVE AND TO HOLD the above described premises, together with, all and singular, the rights and appurtenances thereto in anywise belonging unto GRANTEE and GRANTEE'S heirs and assigns forever   GRANTOR does hereby bind GRANTOR and GRANTOR'S heirs, executors, and administrators to warrant and forever defend, all and singular, the said premises unto GRANTEE and GRANTEE'S heirs and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof

This Deed is executed, delivered and accepted subject to all and singular any liens described herein, ad valorem taxes for the current and all subsequent years, subsequent assessments for prior years due to changes in land usage or ownership, zoning ordinances, utility district assessments and standby fees, if any, applicable to and enforceable against the above described property, and all valid utility easements

Page 1 of 2 Pages

I \CLIENT FORMS\K HOV KHH\SAVED FILES\KHH06-1415\JKC

created by the dedication deed or plat of the subdivision in which said real property is located, covenants, restrictions common to the platted subdivision in which said real property is located, mineral reservations, maintenance assessment liens, if any, applicable to and enforceable against the above described property as shown by the records of the County Clerk of the County in which said real property is located, and any statutory water rights, or the rights or interests of the State of Texas or the public generally in any waters, tidelands, beaches and streams being situated in proximity to the property described herein

But it is expressly agreed and stipulated that the Vendor's Lien and Superior Title are retained against the above described property, premises, and improvements, until the above described note and all accrued interest thereon are fully paid according to the face, tenor, effect, and reading thereof, when this deed shall become absolute

The contract between GRANTOR, as seller, and GRANTEE, as buyer, may contain limitations as to warranties, to the extent said contract provides for such limitations to survive this conveyance they shall be deemed incorporated herein by reference.  The warranty of title contained in this deed is hereby expressly excluded from the limitations referenced in this paragraph

When this Deed is executed by more than one person, or when the GRANTEE is more than one person, the instrument shall read as though pertinent verbs and pronouns were changed correspondingly, and when executed by or to a legal entity other than a natural person, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns."  Reference to any gender shall include either gender and, in the case of a legal entity other than a natural person, shall include the neuter gender, all as the case may be

DATED the **25TH** day of **SEPTEMBER, 2006**

> **K. HOVNANIAN OF HOUSTON II, L.P., A**
> **TEXAS LIMITED PARTNERSHIP**
>
> By:  **K. HOVNANIAN**
> **DEVELOPMENTS OF TEXAS,**
> **INC., ITS GENERAL PARTNER**
>
> By: _Mona Frederick_
> Name: MONA FREDERICK
> Title: OPERATIONS MANAGER

STATE OF TEXAS _HARRIS_                    §
COUNTY OF _HARRIS_                         §

This instrument was acknowledged before me on the _25_ day of _September,_ 2006 by _Mona Frederick, operations manager_ of K. Hovnanian Developments of Texas, Inc., A Texas Corporation, on behalf of said corporation in its capacity as general partner of K. HOVNANIAN OF HOUSTON II, L.P., A TEXAS LIMITED PARTNERSHIP, on behalf of said limited partnership.

_____
Notary Public, State of Texas

My commission expires

_____                    _____
                                                 Notary's Name (printed)

AFTER RECORDING RETURN TO GRANTEE
AT GRANTEE'S MAILING ADDRESS
**MICAH LOUIS SCHOTT**
**909 HIGH RIDGE DRIVE**
**FRIENDSWOOD, TEXAS 77546**

RENEE LYNN MARTINEZ
Notary Public, State of Texas
My Commission Expires 09/08/2008

Page 2 of 2 Pages

Taxes for the current year have been prorated and their payment is assumed by Grantee

This conveyance is made subject to any and all valid and subsisting restrictions, easements, rights of way, reservations, maintenance charges together with any lien securing said maintenance charges, zoning laws, ordinances of municipal and/or other governmental authorities, conditions and covenants, if any, applicable to and enforceable against the above-described property as shown by the records of the County Clerk of said County

The use of any pronoun herein to refer to Grantor or Grantee shall be deemed a proper reference even though Grantor and/or Grantee may be an individual (either male or female), a corporation, a partnership or a group of two or more individuals, corporations and/or partnerships, and when this Deed is executed by or to a corporation, or trustee, the words "heirs, executors and administrators" or "heirs and assigns" shall, with respect to such corporation or trustee, be construed to mean "successors and assigns"

It is expressly agreed that the Vendor's Lien is retained in favor of the payee of said Note against the above-described property, premises and improvements, until said Note and all interest thereon shall have been fully paid according to the terms thereof, when this Deed shall become absolute

EXECUTED this 9TH day of NOVEMBER, 2009

_____          _____
MICAH LOUIS SCHOTT                      SHERRI R. SCHOTT


STATE OF _____, COUNTY OF _____, ss:

This instrument was acknowledged before me on this 12 day of _____, 20 09 , by MICAH LOUIS SCHOTT. AND SPOUSE SHERRI R. SCHOTT

_____
NOTARY PUBLIC

GRANTEE'S ADDRESS
909 HIGH RIDGE DRIVE
FRIENDSWOOD, TEXAS 77546


TRINA K CAMERON
Notary Public, State of Texas
My Commission Expires 06-24-2010

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS

*Mary Ann Daigle*

2009063656

November 18, 2009  02:33:22 PM

FEE  $28.00

Mary Ann Daigle, County Clerk

Galveston County,  TEXAS

BALDWIN
Loan Number 745-9101900
MIN 100056374591019005

## WARRANTY DEED WITH VENDOR'S LIEN

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

THE STATE OF TEXAS                )(

COUNTY OF GALVESTON          )(          KNOW ALL MEN BY THESE PRESENTS

*

THAT   MICAH LOUIS SCHOTT A MARRIED PERSON, hereinafter called "Grantor" (whether one or more), for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to Grantor paid by DAVID N. BALDWIN AND KAREN B. KANE , HUSBAND AND WIFE, hereinafter called "Grantee" (whether one or more), the receipt of which is hereby acknowledged and confessed, and the further consideration of the execution and delivery by said Grantee of one certain Promissory Note in the principal sum of $240,000.00, of even date herewith, payable to the order of NETWORK FUNDING, L.P. , hereinafter called "Mortgagee", bearing interest at the rate therein provided; said Note containing the usual reasonable attorney's fee clause and various acceleration of maturity clauses in case of default, and being secured by Vendor's Lien and superior title retained herein in favor of said Mortgagee, and being also secured by a Deed of Trust of even date herewith from Grantee to SCOTT R. VALBY , Trustee, and

WHEREAS, Mortgagee has, at the special instance and request of Grantee, paid to Grantor a portion of the purchase price of the property hereinafter described, as included in the above-described Note, said Vendor's Lien against said property securing the payment of said Note is hereby assigned, transferred and delivered to Mortgagee, Grantor hereby conveying to said Mortgagee the said superior title to said property, subrogating said Mortgagee to all the rights and remedies of Grantor in the premises by virtue of said liens; and

Grantor has GRANTED, SOLD and CONVEYED, and by these presents does GRANT, SELL and CONVEY unto said Grantee, the following described property, to-wit·

LOT TWO (2), IN BLOCK ONE (1), OF FINAL PLAT LAKES OF FALCON RIDGE, SECTION TWO (2), A SUBDIVISION OUT OF THE SARAH MCKISSICK SURVEY, ABSTRACT 151 IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 2005A, PAGE 179, IN THE OFFICE OF THE COUNTY CLERK OF GALVESTON COUNTY, TEXAS.

* joined proforma by his spouse, Sherri R. Schott

TO HAVE AND TO HOLD the above-described premises, together with all and singular, the rights and appurtenances thereunto in anywise belonging unto said Grantee, his heirs and assigns, forever And Grantor does hereby bind himself, his heirs, executors and administrators, to warrant and forever defend all and singular the said premises unto said Grantee, his heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

STEWART TITLE HOUSTON DIVISION
51|092007801/TC

Page 1 of 2 pages
GV4000-1

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS OF REAL PROPERTY

*Mary Ann Daigle*

2006 OCT 04  09:00 AM 2006067581
NEAL_S $20.00
Mary Ann Daigle ,COUNTY CLERK
GALVESTON, TEXAS

**Doc# 2016006840**
**Pages 3**

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

7 NEVIN COURT
CONROE, TX 77301
512-0115095-703
0000000005599469

### SUBSTITUTE TRUSTEE'S DEED

GRANTOR(S):
  RENE PENA, JR. AND JUSTINE PADILLA

DEED OF TRUST DATE: October 8, 2010
DATE OF SALE OF PROPERTY: January 5, 2016

ORIGINAL MORTGAGEE:
  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE

TIME OF SALE: 1:12          AM/**PM**

PLACE OF SALE OF PROPERTY:
  501 N. THOMPSON, 4TH FLOOR, SUITE 402,
  COMMISSIONERS COURTROOM, CONROE, TX., OR THE
  LOCATION DESIGNATED BY THE COUNTY
  COMMISSIONERS' COURT

CURRENT MORTGAGEE:
  PENNYMAC LOAN SERVICES, LLC

GRANTEE/BUYER:
  CJ PROPERTIES

MORTGAGE SERVICER:
  PENNYMAC LOAN SERVICES, LLC

GRANTEE/BUYER'S MAILING ADDRESS:

  3807 EMERALD LAKE DRIVE
  MISSOURI CITY, TX 77459

RECORDED IN:
  CLERK'S FILE NO. 2010095591

AMOUNT OF SALE: $156,000.00

PROPERTY COUNTY/LEGAL DESCRIPTION: MONTGOMERY
LOT 22, BLOCK 1, OF STEWART'S FOREST, SECTION SIX, A SUBDIVISION OF MONTGOMERY COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN CABINET X, PAGE 55, OF THE PLAT RECORDS OF MONTGOMERY COUNTY, TEXAS.

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Mortgagee of the Note, through the Mortgage Servicer, accordingly has appointed Substitute Trustee and requested Substitute Trustee to enforce the trust.

Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required by law. Substitute Trustee sold the property to Buyer, who was the highest bidder at the public auction, for amount of sale in the manner prescribed by law. The Subject sale was conducted no earlier than 1:00PM as set forth in the Notice of Substitute Trustee's Sale and was concluded within three (3) hours of such time. All matters, duties and obligations of Mortgagee were lawfully performed

Substitute Trustee, subject to any matters of record, and for amount of sale paid by buyer as consideration, grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor. Substitute Trustee hereby sells the above referenced property AS IS without any expressed or implied warranties, except as to warranties of title, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant to the terms of Texas Property Code §§ 51.002 and 51.009.

WITNESS MY HAND, this 1-14-2016

VINCE ROSS
Substitute Trustee

STATE OF TEXAS,
COUNTY OF Montgomery

Before me, the undersigned Notary Public, on this day personally appeared VINCE ROSS as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification described as Texas DL , to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 1-14-2016.

My Commission Expires
02/18/2017

Notary Public for the State of TEXAS
Will Smith
Printed Name of Notary Public

WILL SMITH
MY COMMISSION EXPIRES
February 18, 2017

RETURN TO:
  BARRETT DAFFIN FRAPPIER
  TURNER & ENGEL, L.L.P.
  15000 Surveyor Boulevard, Suite 100
  Addison, Texas 75001

STD00000005599469

Substitute Trustee's Deed by File(PHA)
LttSubTrusteeDeed3rdParty.rpt - (09/17/2015) / Ver-08

## STATEMENT OF FACTS

7 NEVIN COURT
CONROE, TX  77301

BDFTE No: 00000005599469

BEFORE ME, the undersigned authority on this day personally appeared **Rudy Gonzalez** known to me, who upon oath administered by me deposed and stated:

1. I am a representative of the law firm BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP in connection with the administration of foreclosure of that certain Deed of Trust or Security Instrument ("Deed of Trust") dated October 08, 2010, recorded in CLERK'S FILE NO. 2010095591, Real Property Records, MONTGOMERY County, TEXAS, executed by RENE PENA, JR. AND JUSTINE PADILLA ("Grantor").

2. I am making this affidavit based upon certain records maintained within the firm's files in the regular course of its business, which may include images of notices, certified mail forms, the signed Substitute Trustee's Deed, title searches, and other documents and records obtained and maintained in the usual course of business. Together with my general knowledge of mortgage servicer practices for referring foreclosure matters to the firm, the statements and information shown in these records form the basis for the following statements made in this affidavit, which to the best of my knowledge and belief are true.

3. PENNYMAC LOAN SERVICES, LLC is the Mortgage Servicer for the Lender or its Nominee concerning the debt evidenced by the Deed of Trust.

4. The Mortgagee, through the Mortgage Servicer declared that the Grantor defaulted in performing the obligations of the Deed of Trust and lawfully performed service of a proper notice of default and other obligations and duties of the Mortgage Servicer.

5. All notices of acceleration were served on each debtor obligated on the debt according to records obtained from the Mortgage Servicer by certified mail at the last known address of each such debtor in accordance with law. Based upon these records, each mortgagor was alive at the time of the foreclosure sale or if deceased, title was restored to the debt owner through a court judgment, or an underwriter's approval letter obtained, or the statute of limitations to file a probate action has passed and no probate action was filed.

6. At the instructions and on behalf of the Mortgage Servicer, Notices stating the time, place and terms of sale of the property were mailed, posted and filed in accordance with law. Notices were served on each debtor obligated on the debt according to records obtained from the Mortgage Servicer by certified mail at the last known address of each such debtor at least twenty one (21) days before the date of the sale.

7. Through my work at the firm, I know that the firm follows a regular process in foreclosure matters to ascertain a Grantor's military service status for purposes of the Federal Service Member's Civil Relief Act and state law. I am familiar with this regular process, which involves submitting Grantors' names and identifying information obtained from the Mortgage Servicer or commercially available records searches to the Federal Defense Manpower Data Center ("DMDC") through that agency's official internet search site (the "DMDC" Site). Based upon my review of search returns obtained and maintained in the firm's files and loan records provided by the Mortgage Servicer, no Grantor is reported as on active duty military service or is reported as having concluded active duty military service within the preceding year or qualifies for foreclosure protection under the Federal Service Member's Civil Relief Act and state law.

Rudy Gonzalez

STATE OF          TEXAS          }
COUNTY OF      DALLAS         }

Given under my hand and seal of office this _____ day of     **JAN 1 3 2016**    ._____

ANGELA MARIE BRENNAN
ID # 129165446
Notary Public, State of Texas
My Commission Expires
10/17/2016

Notary Public for the State of Texas

AFFIDAVIT - 472
RETURN TO:
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
15000 Surveyor Boulevard, Suite 100
Addison, Texas 75001

STA00000005599469

Doc# 2016006840
Pages 3

E-FILED FOR RECORD
01/27/2016  1:37PM

*Mark Turnbull*

**COUNTY** CLERK
**MONTGOMERY** COUNTY, TEXAS

STATE OF TEXAS
COUNTY OF MONTGOMERY
I hereby certify this instrument was e-FILED in
file number sequence on the date and at the time
stamped herein by me and was duly e-RECORDED in
the Official Public Records of Montgomery County, Texas.

01/27/2016

*Mark Turnbull*

County Clerk
Montgomery County, Texas