# Exhibit I

# ASSIGNMENT OF PERSONAL RIGHT TO SUE
# FOR DEFECTIVE CHINESE-MANUFACTURED DRYWALL

This Assignment of Personal Right to Sue is executed on this ____ day of March, 2020, by and between **Shadowland Home Builders, LLC** (the "Seller") and **Karen B. McCann and Kerry L. McCann** (the "Buyers"). Seller and Buyers will be collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, Seller was the owner of real property situated in St. Tammany Parish, State of Louisiana, that was sold to Buyers on or about August 2, 2006;

WHEREAS, the real property has a residential structure situated on it with a street address of 73244 Penn Mill Road, Covington, LA 70435 ("Affected Property");

WHEREAS, Seller owned Affected Property at the time the drywall was installed and/or replaced prior to the sale to Buyers;

WHEREAS, defective Chinese-manufactured drywall is a latent defect;

WHEREAS, Seller was unaware at the time of sale that Affected Property contained defective Chinese-manufactured drywall;

WHEREAS, the Cash Sale states that Seller, "[w]ho declare that they do by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto" [Buyers];

WHEREAS, Seller intended to assign and subrogate all rights possessed at the time of sale related to Affected Property, including the personal right to sue third parties, to Buyers for all defects in the property, including all latent defects, that were both known and not known to Seller at the time of sale;

WHEREAS, Seller now understands that Louisiana law may require an explicit assignment or subrogation of a personal right to sue for a latent defect by a seller of real property after a sale, once the latent defect is discovered;

WHEREAS, Seller wishes to explicitly assign to Buyers the personal right to sue all third parties for defective Chinese-manufactured drywall in Affected Property;

1

2

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, as well as the Cash Sale, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. Seller hereby assigns, subrogates, and transfers to Buyers all personal rights to sue that may now be possessed related to the presence of defective Chinese-manufactured drywall in Affected Property;
2. Seller received adequate consideration for assignment of the personal right to sue third parties for legal claims related to defective Chinese-manufactured drywall discovered in Affected Property; and
3. Buyers accept and assume all personal rights to sue, title, and interest conveyed through this assignment and assume all obligations and duties of the Seller against any responsible third party for the latent defect contemplated herein.

IN WITNESS WHEREOF, the Parties have executed this Assignment Agreement on this the _____ day of March, 2020.

_____
SHADOWLAND HOME BUILDERS, LLC, Seller
Gregg Brauwn, Member of LLC


_____
Notary Public

My Commission Expires:_____

(SEAL)

2

_____
Kerry L. McCann, Buyer

_____
Karen B. McCann, Buyer


_____
Notary Public

My Commission Expires:_____

(SEAL)

**WAYNE J. McDOUGALL**
Notary Public
Parish of St. Bernard, State of LA
LA Bar No. 09298
My Commission is issued for life.

3

## ASSIGNMENT OF PERSONAL RIGHT TO SUE
## FOR DEFECTIVE CHINESE-MANUFACTURED DRYWALL

This Assignment of Personal Right to Sue is executed on this 19th day of April, 2020, by and between **Canary Island Development Company, LLC** (the "Seller") and **Veronica Rosenaur o.b.o. Estate of Veronica Griffith Rayborn** (the "Buyer"). Seller and Buyer will be collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Seller was the owner of real property situated in East Baton Rouge Parish, State of Louisiana, that was sold to Buyer on or about June 23, 2006;

WHEREAS, the real property has a residential structure situated on it and that residential structure has a street address of 13891 Calle Sevario Drive, Prairieville, LA 70769 ("Affected Property");

WHEREAS, Seller owned Affected Property at the time the drywall was installed and/or replaced prior to the sale to Buyer;

WHEREAS, defective Chinese-manufactured drywall is a latent defect;

WHEREAS, Seller was unaware at the time of sale that Affected Property contained defective Chinese-manufactured drywall;

WHEREAS, Seller now understands that Louisiana law may require an explicit assignment or subrogation of a personal right to sue for a latent defect by a seller of real property after a sale, once the latent defect is discovered;

WHEREAS, Seller now wishes to explicitly assign to Buyer the personal right to sue all third parties for defective Chinese-manufactured drywall in Affected Property;

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, as well as the Cash Sale, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. Seller hereby assigns, subrogates, and transfers to Buyer all personal rights to sue now possessed related to the presence of defective Chinese-manufactured drywall in Affected Property;
2. Seller received adequate consideration for assignment of the personal right to sue third parties for legal claims related to

1

3.     defective Chinese-manufactured drywall discovered in Affected Property; and
3.     Buyer accepts and assumes all personal rights to sue, title, and interest conveyed through this assignment and assume all obligations and duties of the Seller against any responsible third party for the latent defect contemplated herein.
4.     Buyer hereby releases and forever discharges the Seller from all past, present, or future actions, causes of action, lawsuits, claims, and demands arising in any way to the defective Chinese drywall in Affected Property.

IN WITNESS WHEREOF, the Seller has executed this Assignment of Personal Right to Sue for Defective Chinese-Manufactured Drywall Agreement on this the 19th day of April, 2020.

_____
Canary Island Development Company, LLC
Seller

GREGORY FUSSEL
Member's Print Name

OWNER
Title

Notary Public Geraldine A. Spears    Notary I.D. #8549
My Commission Expires: Life

(SEAL)

2

## ASSIGNMENT OF PERSONAL RIGHT TO SUE
## FOR DEFECTIVE CHINESE-MANUFACTURED DRYWALL

This Assignment of Personal Right to Sue is executed on this 4th day of ~~March, 2020~~ April, by and between **Holloway Homes, LLC** (the "Seller") and **Chien Pham and Bich Nguyen** (the "Buyers"). Seller and Buyers will be collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Seller was the owner of real property situated in East Baton Rouge Parish, State of Louisiana, that was sold to Buyers on or about February 15, 2007;

WHEREAS, the real property has a residential structure situated on it and that residential structure has a street address of 9549 Homestead Drive, Baton Rouge, LA 70817 ("Affected Property");

WHEREAS, Seller owned Affected Property at the time the drywall was installed and/or replaced prior to the sale to Buyers;

WHEREAS, defective Chinese-manufactured drywall is a latent defect;

WHEREAS, Seller was unaware at the time of sale that Affected Property contained defective Chinese-manufactured drywall;

WHEREAS, the Cash Sale states, "Seller does hereby sell and deliver, with full warranty of title and subrogation to all rights and actions of warranty Seller may have unto Buyers";

WHEREAS, Sellers intended to assign and subrogate all rights possessed at the time of sale related to Affected Property, including the personal right to sue third parties, to Buyer for all defects in the property, including all latent defects, that were both known and not known to Sellers at the time of sale;

WHEREAS, Sellers now understand that Louisiana law may require an explicit assignment or subrogation of a personal right to sue for a latent defect by a seller of real property after a sale, once the latent defect is discovered;

WHEREAS, Seller wishes to explicitly assign to Buyers the personal right to sue all third parties for defective Chinese-manufactured drywall in Affected Property;

1

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, as well as the Cash Sale, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. Seller hereby assigns, subrogates, and transfers to Buyers all personal rights to sue that may now be possessed related to the presence of defective Chinese-manufactured drywall in Affected Property;
2. Seller received adequate consideration for assignment of the personal right to sue third parties for legal claims related to defective Chinese-manufactured drywall discovered in Affected Property; and
3. Buyers accept and assume all personal rights to sue, title, and interest conveyed through this assignment and assume all obligations and duties of the Seller against any responsible third party for the latent defect contemplated herein.

IN WITNESS WHEREOF, the Parties have executed this Assignment Agreement on this the 4th day of April, 2020.

_____  Brett S. Holloway
HOLLOWAY HOMES, LLC, Seller
Brett Holloway, Member of LLC


_____
Notary Public

Cecelia Pham-LeDoux
Notary Public, ID # 58704

My Commission Expires: at death

(SEAL)

2

_____
CHIEN PHAM, Buyer

__Bich Nguyen_____
BICH NGUYEN, Buyer

_Heather M. Royer_____
Notary Public

My Commission Expires: _at death_

3

## ASSIGNMENT OF PERSONAL RIGHT TO SUE
## FOR DEFECTIVE CHINESE-MANUFACTURED DRYWALL

This Assignment of Personal Right to Sue is executed on this ____ day of March, 2020, by and between **Sunrise Construction and Development, LLC** (the "Seller") and **Mark V. Perez and Kimberlie H. Perez** (the "Buyers"). Seller and Buyers will be collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Seller was the owner of real property situated in St. Tammany Parish, State of Louisiana, that was sold to Buyers on or about December 28, 2006;

WHEREAS, the real property has a residential structure situated on it and that residential structure has a street address of 3036 Whitty Drive, Slidell, LA 70461 ("Affected Property");

WHEREAS, Seller owned Affected Property at the time the drywall was installed in Affected Property prior to the sale to Buyers;

WHEREAS, Seller wishes to explicitly assign to Buyers the personal right to sue all third parties for defective Chinese-manufactured drywall in Affected Property;

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, as well as the Cash Sale, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. Seller hereby assigns, subrogates, and transfers to Buyers all personal rights to sue now be possessed that are related to defective Chinese-manufactured drywall in Affected Property;
2. Seller received adequate consideration for assignment of the personal right to sue third parties for legal claims related to defective Chinese-manufactured drywall discovered in Affected Property; and
3. Buyers accept and assume all personal rights to sue, title, and interest conveyed through this assignment and assume all obligations and duties of the Seller against any responsible third party for the latent defect contemplated herein.
4. Buyers hereby release and forever discharge the Sellers from all past, present, or future actions, causes of action, lawsuits, claims, and demands arising in any way to the defective Chinese drywall in Affected Property.

1

IN WITNESS WHEREOF, the Parties have executed this Assignment of Personal Right to Sue For Defective Chinese-Manufactured Drywall on this the 2nd day of April, 2020.

_____
Sunrise Construction and Development, LLC
Seller

___Natalie Culpeper___
Print Name

___Operations Manager___
Title

_____
Notary Public

My Commission Expires: _With life_

(SEAL)

AIMEE KUYKENDALL
Notary Public
State of Louisiana
St. Tammany Parish
Notary ID # 136837
My Commission is for Life

2

_____
Mark V. Perez, Buyer


_____
Kimberlie H. Perez, Buyer


_____
Notary Public

My Commission Expires: _____

(SEAL)

[Notary seal: GARY W. FISCHER, NOTARY, ST TAMMANY #88213]

3

## ASSIGNMENT OF PERSONAL RIGHT TO SUE
## FOR DEFECTIVE CHINESE-MANUFACTURED DRYWALL

This Assignment of Personal Right to Sue is executed on this ____ day of March, 2020, by and between **Bruhl Road Builders, LLC** (the "Seller") and **Wayne and Kristal Province** (the "Buyers"). Seller and Buyers will be collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Seller was the owner of real property situated in St. Tammany Parish, State of Louisiana, that was sold to Buyers on or about February 10, 2007;

WHEREAS, the real property has a residential structure situated on it and that residential structure has a street address of 86048 Highway 450, Franklinton, LA 70438 ("Affected Property");

WHEREAS, Seller owned Affected Property at the time the drywall was installed and/or replaced prior to the sale to Buyers;

WHEREAS, defective Chinese-manufactured drywall is a latent defect;

WHEREAS, Seller was unaware at the time of sale that Affected Property contained defective Chinese-manufactured drywall;

WHEREAS, the Cash Sale states Seller "declared that it does by these presents, grant, bargain, sell assign, convey, transfer, set-over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all rights and actions of warranty which seller has or may have against all preceding owners and vendors unto [Buyers]";

WHEREAS, Seller intended to assign and subrogate all rights possessed at the time of sale related to Affected Property, including the personal right to sue third parties, to Buyer for all defects in the property, including all latent defects, that were both known and not known to Sellers at the time of sale;

WHEREAS, Seller now understands that Louisiana law may require an explicit assignment or subrogation of a personal right to sue for a latent defect by a seller of real property after a sale, after the latent defect is discovered;

WHEREAS, Seller wishes to explicitly assign to Buyers the personal right to sue all third parties for defective Chinese-manufactured drywall in Affected Property;

1

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, as well as the Cash Sale, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. Seller hereby assigns, subrogates, and transfers to Buyers all personal rights to sue that may now be possessed related to the presence of defective Chinese-manufactured drywall in Affected Property;
2. Seller received adequate consideration for assignment of the personal right to sue third parties for legal claims related to defective Chinese-manufactured drywall discovered in Affected Property; and
3. Buyers accept and assume all personal rights to sue, title, and interest conveyed through this assignment and assume all obligations and duties of the Seller against any responsible third party for the latent defect contemplated herein.

IN WITNESS WHEREOF, the Parties have executed this Assignment of Personal Right to Sue for Defective Chinese-Manufactured Drywall Agreement on this the 31 day of March, 2020.

_____
Bruhl Road Builders, LLC
Seller

EDWARD KEVEN MIZELL
Print Name

participating partner
Title


_____
Notary Public
My Commission Expires: 2020

(SEAL)

2

_____
Wayne Province, Buyer


_____
Kristal Province, Buyer


_____
Notary Public

My Commission Expires: _____

(SEAL)

3

## ASSIGNMENT OF PERSONAL RIGHT TO SUE
## FOR DEFECTIVE CHINESE-MANUFACTURED DRYWALL

This Assignment of Personal Right to Sue is executed on this 1 day of ~~March~~ April, 2020, by and between **Denise Muller Pallitta and Vincenzo Pallitta** (the "Sellers") and **Jinjiang Wang and Xiaochun Xi** (the "Buyers"). Sellers and Buyers will be collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Sellers were the owner of real property situated in Jefferson Parish, State of Louisiana, that was sold to Buyers on or about July 23, 2007;

WHEREAS, the real property has a residential structure situated on it and that residential structure has a street address of 4220 Vincennes Place, New Orleans, LA 70125 ("Affected Property");

WHEREAS, Sellers owned Affected Property at the time the drywall was installed and/or replaced prior to the sale to Buyers;

WHEREAS, defective Chinese-manufactured drywall is a latent defect;

WHEREAS, Sellers were unaware at the time of sale that Affected Property contained defective Chinese-manufactured drywall;

WHEREAS, the Cash Sale states Sellers "hereinafter referred to as 'Vendor' who declared that they do by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, unto" [Buyers];

WHEREAS, Sellers intended to assign and subrogate all rights possessed at the time of sale related to Affected Property, including the personal right to sue third parties, to Buyers for all defects in the property, including all latent defects, that were both known and not known to Sellers at the time of sale;

WHEREAS, Sellers now understand that Louisiana law may require an explicit assignment or subrogation of a personal right to sue for a latent defect by a seller after a sale, after the latent defect is discovered;

WHEREAS, Sellers wish to explicitly assign to Buyers the personal right to sue all third parties for defective Chinese-manufactured drywall in Affected Property;

1

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, as well as the Cash Sale, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. Sellers hereby assign, subrogate, and transfer to Buyers all personal rights to sue that are now possessed related to the presence of defective Chinese-manufactured drywall in Affected Property;
2. Sellers received adequate consideration for assignment of the personal right to sue third parties for legal claims related to defective Chinese-manufactured drywall discovered in Affected Property; and
3. Buyers accept and assume all personal rights to sue, title, and interest conveyed through this assignment and assume all obligations and duties of Sellers against any responsible third party for the latent defect contemplated herein.

IN WITNESS WHEREOF, the Parties have executed this Assignment of Personal Right to Sue For Defective Chinese-Manufactured Drywall on this the 1 day of ~~March~~ April, 2020.

_____
Denise Muller Pallitta, Seller

_____
Vincenzo Pallitta, Seller

_____
Notary Public

My Commission Expires: _____

Wendall Gonzales Hilker
Louisiana Notary Public # 49261
St. Tammany Parish * Statewide Jurisdiction
Commissioned for Life
(SEAL)

2

*This will attach to [...]
defective Chinese-manufactured Drywall.*

_____
Jinjiang Wang, Buyer


_____
Xiaochun Xi, Buyer


*This done & sworn this
1 April 2020.*

_____
Notary Public

My Commission Expires: *with my life*

**Wendall Gonzales Hilker**
Louisiana Notary Public # 49261    (SEAL)
St. Tammany Parish * Statewide Jurisdiction
Commissioned for Life

3