# Exhibit A

RDV. 4/24/95
VERIFIED
Date 4-21-95
MB6

WTC 95 0268T

CONVEYANCE OFFICE
GASPER J. SCHIRO

CASH SALE OF PROPERTY

UNITED STATES OF AMERICA

BY:  LORRAINE A. WINNINGKOFF,
     WIFE OF ARTHUR H. STOCK, JR.

STATE OF LOUISIANA

TO:  BERNICE FELLS, WIFE OF/AND
     RONALD MATTHEWS PENDELTON

PARISH OF ORLEANS

BE IT KNOWN, That on this 21ST day of MARCH, in the year of our Lord one thousand nine hundred ninety-five

BEFORE ME, MICHAEL E. WUPPERS, a Notary Public, duly commissioned and qualified, in and for the Parish of Orleans, City of New Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned

PERSONALLY CAME AND APPEARED:

LORRAINE A. WINNINGKOFF, WIFE OF ARTHUR H. STOCK, JR., a person of the full age of majority and resident of the Parish of St. Tammany, who declared unto me that she has been married but once and then to Arthur H. Stock, Jr., with whom she is presently living and residing, her social security number is 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, her mailing address is 3006 S. Palm Drive, Slidell, Louisiana 70458,

who declared that she by these presents grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which she has or may have against all preceding owners and vendors unto:

BERNICE FELLS, WIFE OF/AND RONALD MATTHEWS PENDELTON, both persons of the full age of majority and residents of the Parish of Orleans, who declared unto me that they each have been married but once and then to each other, her social security number is 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, his social security number is 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, their mailing address is 5224 Pasteur Boulevard, New Orleans, Louisiana 70122;

here present, accepting and purchasing for their heirs and assigns, and acknowledging due delivery and possession thereof; all and singular the following described property, to-wit:

SALE#20110  22.00

TWO CERTAIN LOTS OF GROUND, situated in the THIRD DISTRICT of the City of New Orleans, in SQUARE NO. 19 of PONTCHARTRAIN BOULEVARD SUBDIVISION, designated as LOTS 24 and 25, on a survey of F.G. Stewart, Surveyors, dated March 3, 1951, redated August 2, 1951, and according to which survey Square No. 19 is bounded by PASTEUR and CAMERON BOULEVARDS, FILMORE AVENUE and the line of GENTILLY LANDS, said lots being designated as LOTS 24 and 25, which said lots measure together fifty feet (50') front on Pasteur Boulevard, the same width in the rear by a depth between equal and parallel lines of one hundred twenty feet (120') lot 24 being the lot lying nearest to and commencing at a distance of one hundred fifty feet (150') from the corner of Filmore Avenue and Pasteur Boulevard.  The said Lots 24 and 25 are also delineated on a survey of W.J. & G. Seghers, D.C.S., dated December 30, 1926, attached to an act of Azzo J. Plough, Notary Public, dated September 16, 1943, and also a survey of Gilbert & Kelly, Surveyors dated June 22, 1945, annexed to an act passed before Michael Musson, Notary, dated April 28, 1947.

All in accordance with a survey made by Mandle Surveying, Inc., dated March 14, 1995.

The improvements on said lots bear Municipal No. 5224 Pasteur Boulevard.

Being the same property acquired by Vendor herein by act dated 6/24/94, recorded in CIN 89171.

SEE "AS IS" CLAUSE ANNEXED HERETO AND MADE A PART HEREOF.


To have and to hold the above described property unto the said purchasers, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the sum of SIXTY EIGHT THOUSAND FIVE HUNDRED AND NO/100 ($68,500.00) DOLLARS which the said purchasers have well and truly paid in ready and current money to the said vendor who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefore.

All State and/or City and/or Parish taxes up to and including the taxes due and exigible in 1995 are paid as per tax research.

By reference to the certificate of the Registrar of Conveyances and Recorder of Mortgages in and for the Parish of Orleans, annexed hereto it does not appear that said property has been heretofore alienated by the vendors or that it is subject to any encumbrances whatever.



SQUARE 19
PONTCHARTRAIN BOULEVARD SUBD.
THIRD DISTRICT - NEW ORLEANS
ORLEANS PARISH, LA.

CAMERON          BLVD. (SIDE)

THIS IS TO CERTIFY THAT I HAVE CONSULTED THE F.I.A. FLOOD HAZARD BOUNDARY MAP AND FOUND
THAT THE ABOVE DESCRIBED PROPERTY IS LOCATED IN A SPECIAL FLOOD HAZARD AREA. THIS
PROPERTY IS LOCATED IN FLOOD ZONE A7. Community No. 225203, Panel No. 95,
Suffix E, Date 3/1/84, Base Flood Elev. = -1.0'

I CERTIFY THAT THIS PLAT REPRESENTS AN ACTUAL GROUND SURVEY AND THAT NO
ENCROACHMENTS EXIST ACROSS ANY OF THE PROPERTY LINES EXCEPT AS SHOWN.

THE SERVITUDES AND RESTRICTIONS SHOWN ON THIS SURVEY ARE LIMITED TO THOSE SET
FORTH IN THE DESCRIPTION FURNISHED US AND THERE IS NO REPRESENTATION THAT ALL
APPLICABLE SERVITUDES AND RESTRICTIONS ARE SHOWN HEREON. THE SURVEYOR HAS MADE
NO TITLE SEARCH OR PUBLIC RECORD SEARCH IN COMPILING THE DATA FOR THIS SURVEY.

March 14, 1995
SURVEY CERTIFIED CORRECT TO Winters Title Agency, Inc., Deep South Mortgage,
Bernice Fells, wife of/and Ronald Matthews Rendleton, Sr., File 950268 T

(Class C Survey)   Scale 1" = 20'          **MANDLE SURVEYING, INC.**

BY _____                LAND SURVEYORS METAIRIE, LA.
All Angles Are 90°

AS IS CLAUSE

Prior to the execution of this agreement buyer(s) or (his/her) representatives have fully examined and inspected the entire building(s) which comprise the premises. Buyer(s) know and (is/are) satisfied with the physical condition of the premises in all respects, including but not limited to any visible or hidden termite infestation and resultant damage therefrom, and that same is acceptable to Buyer(s) "AS IS" and that buyer(s) agree(s) that no representation, statements or warranties have at any time been made by Seller(s), or its agents, as to the physical condition or state of repair of the premises in any respect, and that the purchase price takes into consideration the condition of the premises. Therefore Purchaser(s) declare the condition of the property satisfactory and the undersigned parties agree that the Purchase Agreement is made "AS IS" and that the following statement will be made a part of the Act of Sale.

PROPERTY CONDITION: PURCHASER accepts the property and all the improvements thereon in whatever condition it exists as of the date herein without any warranty other than as to the validity of the title. SELLER makes no warranties of any sort whatsoever and PURCHASER expressly waives any rights of redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., or for quanti minoris (diminution of purchase price) pursuant to Louisiana Civil Code Articles 2541, et seq. SELLER makes no representation nor warranties whatsoever relating to the use and occupancy of said premises the square footage of the dwelling and/or the fitness of the property and its improvements for any particular purpose. PURCHASER acknowledges that a diligent inspection of the premises has been made and PURCHASER has taken all deficiencies and defects, if any, into consideration in the purchase price. PURCHASER accepts the property in its existing "AS IS" condition and PURCHASER agrees that SELLER shall have no responsibility or liability whatsoever for any repairs after Act of Sale and these stipulations shall be made a part of the Act of Sale and survive the delivery of the title at the closing.

The parties to this Act are aware of the fact that the mortgage, conveyance and Paving Ordinance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from any responsibility and liability in connection therewith.

THUS DONE AND PASSED in my office in New Orleans, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers and me, Notary, after reading of the whole.

WITNESSES:                              APPEARERS:


_Gloria Menge_                          _Lorraine A. Winningkoff Stock_
                                        LORRAINE A. WINNINGKOFF STOCK

_____                         _Ronald Matthews Pendelton_
                                        RONALD MATTHEWS PENDELTON

                                        _Bernice Fells Pendelton_
                                        BERNICE FELLS PENDELTON




_____
MICHAEL E. WINTERS
NOTARY PUBLIC

INSTR No. 103238
CONVEYANCE OFFICE
PARISH OF ORLEANS
4-19-95