# Exhibit F

- Home
- Search
- Forms
- Instructions
- Logout

## Claimant Information

<< Back     **Pilot Program Participant**

View Property Information Sheet

### Claimant Details

| | | | |
|---|---|---|---|
| Claimant ID: | 111868 | | |
| Claimant Name: | Pendelton, Ronald<br>Pendelton, Bernice | | |
| Primary Law Firm: | Doyle Law Firm, PC | | |
| Affected Property Address: | 5224 Pasteur Boulevard<br>New Orleans, LA, 70122,<br>USA | Current/Mailing Address: | |
| Move out Date: | | | |

### Payment Summary

| | | | |
|---|---|---|---|
| ANSI Square Footage: | 1446 | | |
| Lump Sum Payment: | | Date Issued: | |
| Delay Period Payment: | | Date Issued: | |

### Review Status

**No Deficiencies.**

| | |
|---|---|
| Comments: | |
| Current Status: | Complete and Accepted / No Deficiencies |
| Funding Request Date: | N/A |
| Funds Received: | N/A |

### Events

| Event Type | Event Date |
|---|---|
| Release Complete and Accepted / No Deficiencies | 11/5/2014 12:12:16 PM |
| Release Not Accepted / Deficient | 11/5/2014 12:06:57 PM |
| Homeowner Affirmation Received | 10/31/2014 12:00:00 AM |
| Homeowner Affirmation Received | 11/3/2014 12:00:00 AM |
| Homeowner Affirmation Received | 11/26/2014 12:00:00 AM |
| Homeowner Affirmation Received | 12/2/2014 12:00:00 AM |

View Documents

### Document

| Document ID | Document Type | Submitted By | Received Date | File Name | |
|---|---|---|---|---|---|
| 137298 | ANSI Sketch | | 03/26/2014 | 11868\137298_111868_5224-PENDELTON-NEWORLEANS_Ansi.pdf | View |
| 137296 | Construction Duration Estimate | | 03/26/2014 | 11868\137296_111868_5224-PENDELTON-NEWOR_Construction Duration Estimate.pdf | View |
| 153747 | Final Cost Estimate | Moss Construction | 11/04/2014 | 11868\111868_153747.pdf | View |
| 141108 | Final Cost Estimate | | 05/07/2014 | 11868\141108_111868_5224-PENDELTON-NEWOR_CELSS-SUMMARY.pdf | View |
| 137297 | Full Xactimate | | 03/26/2014 | 11868\137297_111868_5224-PENDELTON-NEWOR_Final Draft.pdf | View |
| 154841 | Homeowner Affirmations | | 11/26/2014 | 11868\154841_111868_141125 - Pendelton, Ronald - Homeowner Affirmation - signed.pdf | View |
| 155234 | Homeowner Affirmations | Directly From Plaintiff | 12/02/2014 | 11868\111868_155234.pdf | View |
| 153809 | Homeowner Affirmations | Directly From Plaintiff | 11/03/2014 | 11868\111868_153809.pdf | View |
| 153505 | Homeowner Affirmations | | 10/31/2014 | 11868\153505_111868_141029 - Pendelton - Homeowner Affirmation - CDW - signed.pdf | View |
| 153507 | Homeowner Wire Instruction | | 10/31/2014 | 11868\153507_111868_141029 - Pendelton - Homeowner WTI - CDW - signed.pdf | View |
| 153506 | Lump Sum Payment Eligibility Form | | 10/31/2014 | 11868\153506_111868_141029 - Pendelton - Lump Sum - CDW - signed.pdf | View |
| 131588 | Remediation Program Inspection Report | Frilot | 02/03/2014 | 11868\111868_131588.pdf | View |
| 154842 | Remediation: Release | | 11/26/2014 | 11868\154842_111868_141125 - Pendelton, Ronald - Release - signed.pdf | View |
| 155233 | Remediation: Release | Directly From Plaintiff | 12/02/2014 | 11868\111868_155233.pdf | View |
| 153810 | Remediation: Release | Directly From Plaintiff | 11/03/2014 | 11868\111868_153810.pdf | View |
| 153504 | Remediation: Release | | 10/31/2014 | 11868\153504_111868_141029 - Pendelton - Release - CDW - signed.pdf | View |
| 153739 | Remediation: Work Authorization | | 11/04/2014 | 11868\153739_111868_Signed WA.pdf | View |
| 137295 | Xactimate Summary Pricing Page | | 03/26/2014 | 11868\137295_111868_5224-PENDELTON-NEWOR_Approved Xactimate.pdf | View |

### Upload

Upload

### Account Information

| | |
|---|---|
| Bank Name: | |
| Account Name: | |
| | |
| Confirm Rounting Number: | |
| Account Number: | 0 |
| Confirm Account Number: | |
| Further Credit to: | |
| Final Account Number: | |

Update