UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment on the claims asserted by Jay Jinjiang Wang and Ruby Xiaochun Xi filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this __21st__ day of _____April_____, 2020.

_____
U.S. DISTRICT JUDGE