UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                              SECTION "L"

This document relates to:
                              JUDGE ELDON FALLON
Elizabeth Bennett, et al
VERSUS Gebr. Knauf, et al
                              MAGISTRATE
                              JOSEPH WILKINSON, JR.

Case No. 14-cv-2722



        Deposition of JAY WANG, 510 Winbourne Drive, Slidell, Louisiana 70461, taken in the offices of Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, commencing at 1:00 p.m. on Wednesday, the 20th day of November, 2019.



REPORTED BY:

   BROOK KERRIGAN, RPR, CCR
   CERTIFIED COURT REPORTER
   (22037)
   Vincent P. Borrello, Jr. & Associates, Inc.
   2325 North Hullen Street, Suite 2D
   Metairie, Louisiana 70001
   (504)391-9878

1      line of questioning if we're in the middle of
2      it and then we can take a break.  Do you
3      understand?
4   A. I understand.
5   **Q. Is there anything preventing you from giving**
6      **full and complete testimony today?**
7   A. No.
8   **Q. Are you able to hear me okay?**
9   A. Yeah.
10  **Q. Mr. Wang, what is your understanding of what**
11     **this deposition is about?**
12  A. Yes.
13  **Q. What is your understanding of this**
14     **deposition?**
15  A. It's about the house, drywall.
16  **Q. And when did you first hear of issues with**
17     **Chinese drywall?**
18  A. You mean my house?
19  **Q. No.  Just generally.**
20  A. Since Katrina, after Katrina.
21  **Q. After Katrina.  And what did you hear about**
22     **Chinese drywall after Katrina?**
23  A. I saw on the news, something about it.
24  **Q. And do you watch the news every day?**
25  A. No.

| | | |
|---|---|---|
| 1 | Q. | How often do you watch the news? |
| 2 | A. | Once a week, maybe. |
| 3 | Q. | Do you have a channel that you watch most of |
| 4 | | the time? |
| 5 | A. | Like CNN? |
| 6 | Q. | CNN? |
| 7 | A. | Yeah. |
| 8 | Q. | And do you get the news in any other way? |
| 9 | | Like, do you read the news or do you look at |
| 10 | | it on your phone? |
| 11 | A. | No. |
| 12 | Q. | Do you get a newspaper? |
| 13 | A. | No. |
| 14 | Q. | Have you ever received the newspaper? |
| 15 | A. | Yes. |
| 16 | Q. | And you said that you recall seeing something |
| 17 | | about Chinese drywall on the news.  Do you |
| 18 | | know when that was? |
| 19 | A. | I cannot remember. |
| 20 | Q. | Do you remember seeing any commercial with |
| 21 | | the Saints' coach Sean Payton? |
| 22 | A. | Yes. |
| 23 | Q. | I actually had to look that commercial up.  I |
| 24 | | had never seen it myself.  Are you a Saints |
| 25 | | fan? |

1 A. Yes.
2 Q. **Did you ever hear any issues with Chinese**
3 **drywall from any of your friends?**
4 A. No.
5 Q. **So just from the news?**
6 A. Right.
7 Q. **Do you remember what you heard when you heard**
8 **of Chinese drywall for the first time?**
9 A. I cannot remember.
10 Q. **You just recall generally hearing about it?**
11 A. Right.
12 Q. **Have you ever heard of the company Interior**
13 **Exterior Building Supply?**
14 A. No.
15 Q. **Did you discuss this deposition with anyone**
16 **prior to our meeting?**
17 A. Say again your question. I'm sorry.
18 Q. **Did you discuss this deposition with anyone**
19 **prior to our meeting?**
20 A. With attorney, yes.
21 Q. **Just the attorney?**
22 A. Yes.
23 Q. **Anyone else?**
24 A. No.
25 Q. **Did you prepare for this deposition at all?**

1   A.   Yes.  You mean me?
2   **Q.   Yes.**
3   A.   Remediation?
4   **Q.   Yes.**
5   A.   Yes, partial, yes.
6   **Q.   To the best of your knowledge when was the**
7        Chinese drywall installed on the property?
8   A.   It was Tianjin.  What that name?  Knauf.
9   **Q.   K-N-A-U-F.  I don't know how to pronounce it.**
10  A.   I saw that.  When I renovate, I saw the word
11       on the Sheetrock®.
12  **Q.   And you think this was done during**
13       post-Katrina renovations?
14  A.   I think so.
15  **Q.   And flipping all the way back to Tab 1,**
16       Exhibit 1 and then to page 2, earlier you
17       said you had never heard of Interior Exterior
18       Building Supply.  If you would look down at
19       the bottom of the page.  It says, "Drywall
20       supplier" and you listed Interior Exterior
21       Building Supply.  Can you explain that to me?
22  A.   Where is that?  I'm sorry.
23  **Q.   It's at the very bottom corner.**
24  A.   So your question is?  I'm sorry.
25  **Q.   Earlier you said you never heard of this**

Page 26

1          company so I was just wondering how you
2          filled this in?
3     A.   Okay.  The renovation, the guy, the
4          contractor -- I'm looking for it.  I'm just
5          looking for the -- who renovated the house
6          after Katrina.  So he knows.  He got the
7          supplies.  So I asked him where he get it and
8          he told me this.
9     Q.   **So you know the contractor that renovated**
10         **post-Katrina?**
11    A.   After I find out the drywall and I look back
12         to him and say, What's going on?  Who did
13         this contractor -- I mean, who renovated this
14         house?  And he told me that guy, the
15         contractor.  And that's why I'm looking for
16         him.  He's still in New Orleans.  So I just
17         asked him, come in we need to renovate house
18         again because it's Chinese drywall.  We
19         cannot live in there.
20    Q.   **So who gave you the name of the contractor?**
21    A.   The former owner.
22    Q.   **The Pallittas gave you the name?**
23    A.   The husband.
24    Q.   **Vincenzo?**
25    A.   Yes.

1  Q.   Are there any other mortgages or liens on the
2       property?
3  A.   No.
4  Q.   And do you have documents that evidence the
5       current mortgage on the house?
6  A.   Yes.
7  Q.   We would ask that you produce those.
8  A.   Okay.
9  Q.   Is the property insured?
10 A.   Yes.
11 Q.   Do you know who the insurer is?
12 A.   I forgot the company name.
13 Q.   Is it Lighthouse Property?
14 A.   No.  It changed to another one last year.
15      That's on my home.  I would have to look up
16      that.
17 Q.   We would ask that you produce any insurance
18      declaration or evidence of current insurance
19      if you have it.
20 A.   Okay.
21 Q.   And you have flood insurance.  Is that still
22      with Liberty Mutual?  Yes?
23 A.   Yes, I think so.
24 Q.   Have you ever received payment from your
25      insurance company for the alleged

1          contamination of Chinese drywall?
2     A.   No.
3     Q.   **Have you ever received payment for any other**
4          **parties for the alleged contamination of**
5          **Chinese drywall?**
6     A.   No.
7     Q.   **Have you ever received money from FEMA for**
8          **the alleged contamination of the drywall?**
9     A.   No.
10    Q.   **Do you currently live on the property?**
11    A.   No.
12    Q.   **Where do you live currently?**
13    A.   510 Winbourne Drive, Slidell.
14    Q.   **How long have you lived there?**
15    A.   The current address?
16    Q.   **Yes.**
17    A.   Move in 2010, nine years, I think.
18    Q.   **Nine years?**
19    A.   Hold on.  2013.  So this will be six years.
20    Q.   **And why did you move?**
21    A.   We have to move out of the house because of
22         the drywall.
23    Q.   **In 2013?**
24    A.   Before we bought house at the address, we
25         live in the motel.  So we have moved twice.

Page 38

| | | |
|---|---|---|
| 1 | Q. | So when did you live in the motel? |
| 2 | A. | I think it was 2010. |
| 3 | Q. | 2010? |
| 4 | A. | Yes. |
| 5 | Q. | Why did you move to the motel in 2010? |
| 6 | A. | There are two reasons why.  We have financial |
| 7 | | problem.  We can't pay the mortgage in the |
| 8 | | house but also the strong smell and also the |
| 9 | | sulphur.  I have a sulphur allergy.  The |
| 10 | | drywall give off strong smell.  So we moved |
| 11 | | out of there and lived in a motel in Slidell. |
| 12 | Q. | And that was in 2010? |
| 13 | A. | Yes. |
| 14 | Q. | And you were in the motel from 2010 until |
| 15 | | 2013? |
| 16 | A. | Correct. |
| 17 | Q. | Have you ever lived on the property at issue |
| 18 | | here? |
| 19 | A. | No.  Since we moved out, no. |
| 20 | Q. | So you live there from 2007 until 2010? |
| 21 | A. | Correct. |
| 22 | Q. | Has anyone else lived there? |
| 23 | A. | Right now, yes.  We rent it out. |
| 24 | Q. | How long has it been rented out? |
| 25 | A. | Let's see.  After the remediation. |