**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**SETTLEMENT CLASS COUNSEL'S SECOND SUPPLEMENTAL OMNIBUS RESPONSE TO APPEALS FROM ALLOCATION AMOUNT DETERMINATIONS AND RULINGS ON CLAIM FORMS**

**INTRODUCTION**

On April 13, 2020, Settlement Class Counsel filed an omnibus response to 17 Class Member objections to Claim Form denials and appeals from Allocation Amount Determinations by the Claims Administrator BrownGreer [Rec. Doc. 22708] and on April 20, 2020, Class Counsel filed a supplemental omnibus response to 8 additional objections and appeals docketed by the Court [Rec. Doc. 22730]. On April 20, 2020, the Court docketed 2 additional objections submitted by Bevalie and Lawrence Favre and Diges Little [Rec. Doc. 22732]. Settlement Class Counsel hereby provide a second supplemental omnibus response to the newly docketed objections.

**SECOND SUPPLEMENTAL RESPONSE TO CLAIM FORM DENIALS AND APPEALS FROM ALLOCATION AMOUNT DETERMINATIONS**

1.      Bevalie and Lawrence Favre [Rec. Doc. 22732]: Bevalie and Lawrence Favre ("Favre") (*pro se*, but previously represented by Reeves & Mestayer) submitted a letter to the Court regarding their claim for a property located at 10345 Old Lower Bay Road, Bay Saint Louis, MS 39520. Favre is not an *Amorin* Class Member nor a Plaintiff named on any *Brooke* complaint. Favre did not submit a Claim Form as an absent Class Member, and did not opt out of the

Settlement. In 2013, Favre (or their former counsel) uploaded four documents to the BrownGreer portal: a registration form, a one-page handwritten letter to BrownGreer stating they have Chinese Drywall but no proof of drywall attached, a monthly mortgage statement, and the deed to the property. There is no indicia of Covered Chinese Drywall in Favre's property in the BrownGreer portal or anywhere in the record.

Class Counsel Recommendation: Because Favre did not submit a Claim Form or otherwise comply with the requirements of the Taishan Settlement, Favre is not entitled to any recovery.

2.      Diges Little [Rec. Doc. 22732]: Diges Little ("Little") (*pro se*, but previously represented by Holston & Vaughan) submitted a Claim Form as an absent Class Member for a property located at 816 Martha S. Ratchford Street, Prichard, AL 36610. The claim was denied by BrownGreer on February 25, 2020, for lack of Product ID. Previously, Little uploaded proof of KPT Drywall to the BrownGreer portal (*see* inspection report, attached hereto as Exhibit "41"), however, there is no indicia of Covered Chinese Drywall in the property.

Class Counsel Recommendation: Given Little's failure to submit any proof of Covered Chinese Drywall in the property, Class Counsel recommend that the denial of the claim be upheld.

Respectfully submitted,


Dated:  April 23, 2020                    By: */s/ Stephen J. Herman*
                                          Russ M. Herman (Bar No. 6819)
                                          Leonard A. Davis (Bar No. 14190)
                                          Stephen J. Herman (Bar No. 23129)
                                          Herman, Herman & Katz, LLC
                                          820 O'Keefe Avenue
                                          New Orleans, LA 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          SHerman@hhklawfim.com
                                          *Plaintiffs' Liaison Counsel MDL 2047 and*
                                          *Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 23rd day of April, 2020.

*/s/ Stephen J. Herman*