

**MZA Florida**
580 Village Blvd • Suite 110
West Palm Beach, Florida 33409
TEL 561 712 4777 • FAX 561 712 4677

http://www.mzaconsulting.com
mzainfo@mzaconsulting.com

January 19, 2012

Mr. Kyle Spaulding
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

**RE: Phase 1 Inspection – 816 Martha S. Ratchford Street, Prichard, Alabama**

Dear Kyle,

The Phase 1 Inspection Protocol performed by Morse Zehnter Associates (MZA) at 816 Martha S. Ratchford Street, Prichard, Alabama on January 13th, 2012 found the following information:

**Overall Findings**
The residence **was** determined to be a KPT Property. No other Chinese drywall was found in the house. Only KPT drywall was identified in the house. The calculated KPT percentage for the home is **100%**.

**Summary of Drywall Materials**
No domestic drywall was identified in the house. KPT drywall was identified on all walls and ceilings that were inspected. Based on these observations it appears that the house is majority KPT product (estimated 100%) and the domestic product is the minority (estimated 0%) of the drywall in the house.

**Environmental Conditions**
Upon entering the house, MZA did not detect a CDW type odor. There was blackening observed on copper wiring and on plumbing in the house. Blackening was observed of refrigerant piping to the air handler; however the cooling coils of the unit were not accessible for inspection.

This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey. Please see our attached report for further findings of the Phase I Inspection Protocol performed by Morse Zehnter Associates.

Sincerely,

**Morse Zehnter Associates**
Matt Divine, CIH, CIAQM
Senior Project Manager

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

MZA **Florida**    580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 1 of 13
816 Martha S. Ratchford Street, Prichard, Alabama

## Phase 1 Inspection Report

This report uses a procedure developed in the Phase 1 Protocol Inspection to identify the manufacturer of the gypsum drywall products installed in a house. This is performed by cutting holes in a limited amount of locations to allow visual observation of the labeling and endtape markings that are visible on the backside of the drywall. Visual observations of copper components were also obtained at selected electrical and plumbing building materials.

### General Data

| | |
|---|---|
| Address of House: | 816 Martha S. Ratchford Street, Prichard, Alabama |
| House Floor Area: | 1,675 square feet |
| Type of Home: | Single Family Home |
| Number of Stories: | 1 |
| # of Bedrooms: | 4 |
| Occupancy: | Occupied |
| Year of Construction: | 2006 |
| Community: | Prichard Housing |
| Builder: | Mitchell |
| Homeowner: | Diges Little |
| Homeowner Counsel: | Holston Vaughn, LLC |
| Date of Inspection: | January 13, 2012 |
| Individuals Present: | Diges Little and Marci Jones, attorney representation |
| Inspected By: | Matt Divine, MZA<br>Robert Wyre, MZA |

### House Inspection Summary

| | | |
|---|---|---|
| Drywall Findings: | Substantially KPT – Yes<br>• 100% KPT<br>• 0% Domestic<br>• 0% - Other CDW | KPT Property – Yes<br>• 7 = # of KPT boards<br>• 0 = # of Other CDW boards<br>• Percentage of KPT = 100% |
| CDW Odor Upon Entry: | No | |
| Blackening of Outlets and/or switches: | Yes | |
| Blackening of copper plumbing: | Yes | |
| A/C Cooling Coils: | No access | |

Note: percentages are approximate and based upon the board observed during the survey.

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

MZA **Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 2 of 13
816 Martha S. Ratchford Street, Prichard, Alabama

**Field Inspection:**

| Electrical | |
|---|---|
| Blackening of outlets and switches: | Yes |
| Number of outlets or switches observed: | One per room |
| Power Energized at Time of Inspection: | Yes |

| Plumbing | |
|---|---|
| Plumbing System: | Copper |
| Copper Plumbing Connections: | Hot water heater:  Significant blackening<br>Sink Connections:  PEX |

| HVAC | | | |
|---|---|---|---|
| Unit Designation: | 1 | 2 | 3 |
| Unit Location: | Hall closet | - | - |
| Manufacturer: | Trane | - | - |
| Refrigerant piping: | Significant blackening | - | - |
| Coil: | No Access | - | - |

| Drywall Observed |
|---|
| KNAUF TIANJAN CHINA ASTM C36 drywall (KPT) |
|  |

| Summary |
|---|
| No domestic drywall was identified in the house. KPT drywall was identified on all walls and ceilings that were inspected.  Based on these observations it appears that the house is majority KPT product (estimated 100%) and the domestic product is the minority (estimated 0%) of the drywall in the house. |

The purpose of this Phase 1 inspection is to determine sources of drywall products in the home, and the approximate percentage of products from each source.  This is a Phase 1 report and such relies on observations of representative boards rather than a detailed board by board survey.

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

MZA Florida    580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
MZA New York   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 3 of 13
816 Martha S. Ratchford Street, Prichard, Alabama

**Representative Photographs**



**Figure 1 – Address of House – 816 Martha S. Ratchfrod Street, Prichard, AL**



**Figure 2 – House view from street**

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

MZA **Florida**    580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 4 of 13
816 Martha S. Ratchford Street, Prichard, Alabama



**Figure 3 – Hot water tank in laundry room – Significant blackening**



**Figure 4 – Kitchen plumbing – PEX**

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 5 of 13
816 Martha S. Ratchford Street, Prichard, Alabama



**Figure 5 – HVAC refrigerant lines in hall closet – Significant blackening**



**Figure 6 – Attic – KPT labeled drywall on ceiling**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

**MZA Florida**    580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 6 of 13
816 Martha S. Ratchford Street, Prichard, Alabama


**Figure 7 – Living room outlet – Significant blackening**


**Figure 8 – Living room – KPT labeled drywall**

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

MZA **Florida**   580 Village Blvd • Suite 110  | West Palm Beach, Florida 33409  | TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road  | Troy, New York 12180  | TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 7 of 13
816 Martha S. Ratchford Street, Prichard, Alabama



**Figure 9 – Dining room switch – Significant blackening**



**Figure 10 – Dining room – KPT labeled drywall**

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

MZA **Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 8 of 13
816 Martha S. Ratchford Street, Prichard, Alabama



**Figure 11 – Kitchen outlet – Significant blackening**



**Figure 12 – Master bedroom outlet – Significant blackening**

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

**MZA Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
**MZA New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 9 of 13
816 Martha S. Ratchford Street, Prichard, Alabama



**Figure 13 – Master bedroom – KPT labeled drywall**



**Figure 14 – Bedroom 2 outlet – Significant blackening**

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

MZA **Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 10 of 13
816 Martha S. Ratchford Street, Prichard, Alabama


Figure 15 – Bedroom 2 – KPT labeled drywall


Figure 16 – Bedroom 3 outlet – Significant blackening

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

MZA **Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**  Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 11 of 13
816 Martha S. Ratchford Street, Prichard, Alabama



**Figure 17 – Bedroom 3 – KPT labeled drywall**



**Figure 18 – Bedroom 4 outlet – Significant blackening**

BUILDING SCIENCES  |  ENGINEERING  |  ENVIRONMENTAL CONSULTING

MZA **Florida**   580 Village Blvd • Suite 110  |  West Palm Beach, Florida 33409  |  TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road  |  Troy, New York 12180  |  TEL 518 283 7671 • FAX 518 283 9855

January 19, 2012
Page 12 of 13
816 Martha S. Ratchford Street, Prichard, Alabama



Figure 19 – Bedroom 4 – KPT labeled drywall



Figure 20 - Bath 2 - KPT labeled drywall

BUILDING SCIENCES | ENGINEERING | ENVIRONMENTAL CONSULTING

MZA **Florida**   580 Village Blvd • Suite 110 | West Palm Beach, Florida 33409 | TEL 561 712 4777 • FAX 561 712 4677
MZA **New York**   Rensselaer Technology Park • 165 Jordan Road | Troy, New York 12180 | TEL 518 283 7671 • FAX 518 283 9855