UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** | JUDGE ELDON FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| | MAGISTRATE JOSEPH WILKINSON, JR. |
| Case No. 14:cv-2722 | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT MOTIONS SET FOR SUBMISSION ON APRIL 29, 2020 AGAINST
MARTIN ARMSTRONG AND TOSHONIA ARMSTRONG, GERALD LEVIN,
RACHEL RENEE SCHOERNER, AND VASHTI ALETHIA LOCKE-ESBERRY**

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting them leave to file a Reply Memorandum in support of Motions Set for Submission on April 29, 2020, including their Motion for Summary Judgment on Claims asserted by Toshonia Jackson Armstrong and Martin Armstrong (Rec. Doc. 22633); Motion for Summary Judgment on Claims Asserted by Gerald Levin (Rec. Doc. 22679); Motion for Summary Judgment on Claims Asserted by Rachel Renee Schoerner (Rec. Doc. 22685); and Re-urged Motion to Dismiss Claims Asserted by Vashti Alethia Locke-Esberry (Rec. Doc. 22707). The proposed reply, which is attached hereto, addresses the fact that none of the listed claimants filed a timely opposition. The Knauf Defendants further submit that the Reply Memorandum will assist the Court in resolving the various motions.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File a Reply Memorandum in Support of support of Motions Set for Submission on April 29, 2020, including their Motion for Summary Judgment on Claims asserted by Toshonia Jackson Armstrong and Martin Armstrong (Rec. Doc. 22633); Motion for Summary Judgment on Claims Asserted by Gerald Levin (Rec. Doc. 22679); Motion for Summary Judgment on Claims Asserted by Rachel Renee Schoerner (Rec. Doc. 22685); and Re-urged Motion to Dismiss Claims Asserted by Vashti Alethia Locke-Esberry (Rec. Doc. 22707) and that the attached Reply Memorandum be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:        kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of April, 2020.

                                /s/ *Kerry J. Miller*
                                **KERRY J. MILLER**