UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**SETTLEMENT CLASS COUNSEL'S MOTION TO MODIFY PRETRIAL ORDER NOS. 1(B), 1(I) AND 1(J) AS TO SETTLING CLASS MEMBERS**

NOW come Settlement Class Counsel, who upon suggesting to the Court that settling Class Members (*i.e.*, all Class Members who did not opt out of the Taishan Settlement) and their counsel should be relieved of their obligation to preserve physical evidence as required by Pretrial Order Nos. 1(B), 1(I) and 1(J), provided they do not have pending claims against the Knauf Defendants (*i.e.*, Plaintiffs in *Bennett, et al. v. Knauf, et al.*, 14-cv-2722 (E.D. La.)), and as set forth in the attached memorandum, request that these pretrial orders be modified to require preservation only from the remaining parties to this litigation.

Settlement Class Counsel further request that any party that remains in the litigation that wishes to preserve physical evidence must file, within 30 days of the date of the Court's Order, a Notice of Transfer of Preservation Responsibility, including identification of the materials to be preserved, record of chain-of-custody procedures and acknowledgement of assumption of all expenses for continued preservation by the requesting remaining party, and that if no such Notice

of Transfer of Preservation Responsibility is timely filed, all materials identified herein may be destroyed by their custodian.

Taishan and the Additional Released Parties to the Taishan Settlement consent to the relief requested.

WHEREFORE, Settlement Class Counsel pray that this motion be granted and that PTOs 1(B), 1(I) and 1(J) be modified to eliminate the evidence preservation requirements with respect to all settling Class Members who do not have pending claims against the Knauf Defendants and modified to include specific preservation instructions as set forth in the attached memorandum for any parties remaining in the litigation that wish to have physical evidence preserved

Respectfully submitted,

Dated:  April 24, 2020

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 24th day of April, 2020.

*/s/ Stephen J. Herman*