## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14-cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of Motions Set for Submission on April 29, 2020, including their Motion for Summary Judgment on Claims asserted by Toshonia Jackson Armstrong and Martin Armstrong (Rec. Doc. 22633); Motion for Summary Judgment on Claims Asserted by Gerald Levin (Rec. Doc. 22679); Motion for Summary Judgment on Claims Asserted by Rachel Renee Schoerner (Rec. Doc. 22685); and Re-urged Motion to Dismiss Claims Asserted by Vashti Alethia Locke-Esberry (Rec. Doc. 22707) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this __24th__ day of _____April_____, 2020.

_____
U.S. DISTRICT JUDGE