UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment on Claims Asserted by William Foreman (the "Motion") filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this __28th__ day of ____April____, 2020.

_____
U.S. DISTRICT COURT JUDGE