# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO OMNIBUS MOTIONS FOR SUMMARY JUDGMENT REGARDING CLAIMS ASSERTED BY ALABAMA AND FLORIDA PLAINTIFFS (DOCS. 22687 and 22688)

Plaintiffs hereby move this Court for an Order granting them leave to file a Sur-Reply Memorandum in opposition to the Omnibus Motions for Summary Judgment (Rec. Docs. 22687 and 22688) filed by Defendants. The proposed sur-reply, which is attached hereto, addresses arguments made by the Defendants in their motion and their reply. Plaintiffs submit that the Reply Memorandum will assist the Court in resolving the Motions for Summary Judgment.

WHEREFORE, Plaintiffs request that this Court grant their Motion for Leave to File a Sur-Reply Memorandum in Opposition to the Omnibus Motions for Summary Judgment (Rec. Doc. 22687 and 22688) and that the attached Memorandum be filed into the record. Plaintiffs also request any additional relief deemed just and appropriate.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs Motion for Leave to File Sur-Reply in Opposition to Defendants' Omnibus Motions for Summary Judgment has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of April, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC