UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## OPPOSITION TO MOTION FOR LEAVE TO FILE SUR-REPLY

**MAY IT PLEASE THE COURT:**

Defendant, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Opposition to Plaintiffs' Motion for Leave to file Sur-Reply (R. Doc. 22724). Plaintiffs seek leave to file a supplemental opposition to the Knauf Defendants' Motions for Summary Judgment on Alabama and Florida subsequent purchasers as a sur-reply in an attempt to circumvent the federal and local rules. In any event, the untimely, supplemental arguments are meritless. Therefore, the motion for leave should be denied and the arguments disregarded.

After previously objecting to the Knauf Defendants' motion for extension to stagger the filing of dispositive motions in the interest of judicial economy, Plaintiffs moved and were granted their own extension to respond to the Knauf Defendants' dispositive motions. (R. Doc. 22651). After this Court allowed additional time for Plaintiffs' to oppose the motions (R. Doc. 22694), Plaintiffs filed oppositions to the Knauf Defendants' motions for summary judgment on Alabama

and Florida subsequent purchasers (R. Docs. 22701, 22705, 22706).  Now, Plaintiffs seek to file a sur-reply on the eve of the submission deadline.  Because these motions are set for submission on April 29, 2020, Plaintiffs failed to timely raise these new arguments in opposition and have provided no reason why the arguments set forth in the sur-reply could not and were not included in a timely opposition.  "Sur-replies are heavily disfavored by courts." *Warrior Energy Servs. Corp. v. ATP Titan M/V*, 551 F. App'x 749, 751 (5th Cir. 2014) (finding it was not abuse of discretion of District Court to deny leave to file sur-reply based on caselaw not previously addressed).  Therefore, pursuant to L.R. 7.5, leave should be denied because the supplemental arguments are untimely and should be disregarded.

Even if allowed, the untimely arguments are meritless.  The Knauf Defendants have already addressed Plaintiffs' inaccurate *Casa Clara*, Economic Loss Rule, and *res judicata* arguments in reply in support of Motions for Summary Judgment as to Louisiana, Mississippi, and Texas subsequent purchasers (R. Doc. 22773).   For the sake of brevity and judicial economy, the Knauf Defendants adopt and incorporate those arguments as if fully set forth here.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:     504.556.5549
Facsimile:      504.310.0275
Email:            kmiller@fishmanhaygood.com
***Counsel for the Knauf Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 29th day of April, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**