UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### ORDER AMENDING PRETRIAL ORDER NOS. 1(B), 1(I) AND 1(J)

Upon consideration of Settlement Class Counsel's Motion to Modify Pretrial Order Nos. 1(B), 1(I) and 1(J) as to Settling Class Members, R. Doc. 22753, and the consent of Taishan and the Additional Released Parties to the Taishan Settlement to the relief requested therein,

**IT IS ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that PTOs 1(B), 1(I) and 1(J) are hereby modified to eliminate the evidence preservation requirements with respect to all settling Class Members (*i.e.*, all Class Members who did not opt out of the Taishan Settlement), who do not have pending claims against the Knauf Defendants;

**IT IS FURTHER ORDERED** that PTOs 1(B), 1(I) and 1(J) are hereby modified to direct any party remaining in the litigation that wishes to preserve any physical evidence in the possession or control of the Plaintiffs' Steering Committee ("PSC") or any experts retained by the PSC to, within 30 days of the entry of this Order, file a Notice of Transfer of Preservation Responsibility which shall include identification of the materials to be preserved, record of chain-of-custody procedures, and acknowledgement of assumption of all expenses for continued preservation by the

requesting remaining party, and if such Notice is not timely filed, all materials identified herein may be destroyed by their custodian.

New Orleans, Louisiana, this  28th day of ___April___, 2020.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge