# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

### ORDER GRANTING EX PARTE MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT ON CLAIMS ASSERTED BY <u>CHIEN VAN PHAM AND BICH NGUYEN</u>

The Court having considered Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Ex Parte Motion to Withdraw Motion for Summary Judgment on Claims Asserted by Chien Van Pham and Bich Nguyen finds that Defendants' Ex Parte Motion should be granted; accordingly; it is,

ORDERED that Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Ex Parte Motion to Withdraw Motion for Summary Judgment on Claims Asserted by Chien Van Pham and Bich Nguyen is granted and Rec. Doc. 22636 is withdrawn.

New Orleans, Louisiana this _____ day of _____, 2020.

_____
Hon. Eldon E. Fallon
U. S. District Court Judge