# TIMELINE HISTORY

RONNIE & SUZI BOGARD

451 LINDA DRIVE - BILOXI, MS 39531

| Date | Description | Attachment |
|---|---|---|
| 2-03-06 | Purchased 451 Linda Drive, Biloxi, MS<br>Began renovation from hurricane Katrina | (attachment 1) |
| 2-14-06 | Purchased drywall for renovation of 451 Linda<br>From Interior Exterior Bldg Supply | (attachment 4) |
| 5-22-06 | Transferred house to daughter, Rachel Schoerner,<br>upon renovation completion | (attachment 2) |
| 2-07-12 | Appraisal - $450,000 | (attachment 3) |
|  | Explanation of why we re-purchased the house. Daughter's family continuously sick. In and out of ER, hospitalization, specialists, severe respiratory issues and skin issues including headaches and sinus issues. Health issues were constant along with mounting medical bills. The specialists believed they were coming into contact with something but with all the testing could not diagnosis what. So, we tested for Mold which came back negative. Specialists suggested to remove all curtains, carpet, and purchase new linens and furniture (any items that could hold the culprit). We did it all to no avail. Looking at **Attachment 8,** the last serious skin issue causing hospitalization, you will see why we moved them out of that house causing us major financial burdens. But, with mounting medical bills they certainly, could not do it on their own. Within a couple of weeks the skin and respiratory issues began to improve tremendously. As of today, they remain a healthier family. | (attachment 8) |
|  | Tested house for Mold – with Micro Methods<br>Negative results | (cannot find recpt) |
| 2-22-13 | Re-purchased house from daughter | (attachment 7b) |
| 4-5-14 | Appraisal - $420,000 | (attachment 3) |
| 12-6-15 | Put house up for sale and had buyer for $335K -<br>inspector discovered CDW and buyer rejected purchase | (attachment 5) |
|  | Loss of house sale made us send a sample of DW<br>to ALS Environmental for an analysis which<br>Confirmed CDW-Knauf | (attachment 7a) |
|  | List of items<br>I am sure there were more but cannot remember back that far. | (attachment 6) |

| A. | B. TYPE OF LOAN: | | | | |
|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT **SETTLEMENT STATEMENT** | 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
| | 6. FILE NUMBER: 34169 | | | 7. LOAN NUMBER: | |
| | 8. MORTGAGE INS CASE NUMBER: | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0 3/98 (BOGARD-GARY.PFD/34169/3)

| D. NAME AND ADDRESS OF BUYER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Ronald Bogard and Susan Bogard 451 Linda Drive Biloxi, MS 39531 | David A. Gary and Janis E. Gary 425 LeBlanc Cove Biloxi, MS 39531 | |

| G. PROPERTY LOCATION: 451 Linda Drive Biloxi, MS 39531 Harrison County, Mississippi Lot 2, Whispering Oaks S/D, 2nd Addition | H. SETTLEMENT AGENT: 64-0542332 Page, Mannino, Peresich & McDermott, PLLC PLACE OF SETTLEMENT 759 Vieux Marche Mall Biloxi, MS 39530 | I. SETTLEMENT DATE: February 3, 2006 |

| J. SUMMARY OF BUYER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 230,000.00 | 401. Contract Sales Price | 230,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (Line 1400) | 375.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes       to | | 406. City/Town Taxes       to | |
| 107. County Taxes       to | | 407. County Taxes       to | |
| 108. Assessments       to | | 408. Assessments       to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | **230,375.00** | **420. GROSS AMOUNT DUE TO SELLER** | **230,000.00** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 2,904.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to Hancock Bank | 139,326.97 |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. Deposit retained by seller | 5,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes       to | | 510. City/Town Taxes       to | |
| 211. County Taxes   01/01/06 to 02/04/06 | 443.80 | 511. County Taxes   01/01/06 to 02/04/06 | 443.80 |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | **5,443.80** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **147,675.17** |
| **300. CASH AT SETTLEMENT FROM/TO BUYER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Buyer (Line 120) | 230,375.00 | 601. Gross Amount Due To Seller (Line 420) | 230,000.00 |
| 302. Less Amount Paid By/For Buyer (Line 220) | ( 5,443.80) | 602. Less Reductions Due Seller (Line 520) | ( 147,675.17) |
| **303. CASH ( X FROM ) ( TO ) BUYER** | **224,931.20** | **603. CASH ( X TO ) ( FROM ) SELLER** | **82,324.83** |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Buyer _____        Seller _____
Ronald Bogard                                              David A. Gary

_____                   _____
Susan Bogard                                               Janis E. Gary

| L. SETTLEMENT CHARGES | | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ @ % | | | |
| *Division of Commission (line 700) as Follows:* | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission Paid at Settlement | | | | |
| 704. | to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee   1.0000 % | to | | | |
| 802. Loan Discount   % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report | to | | | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Ins. App. Fee | to | | | |
| 807. Assumption Fee | to | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From   to   @ $   /day ( days %) | | | | |
| 902. MIP TotIns. for LifeOfLoan  for  months to | | | | |
| 903. Hazard Insurance Premium for   1.0 years to | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | |
| 1002. Mortgage Insurance | months @ $ | per month | | |
| 1003. City/Town Taxes | months @ $ | per month | | |
| 1004. County Taxes | months @ $ | per month | | |
| 1005. Assessments | months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. | months @ $ | per month | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or Closing Fee | to | | | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Wire Fee | to | | | |
| 1106. Courier Fee | to | | | |
| 1107. Attorney's Fees | to Page, Mannino, Peresich & McDermott, PLLC | | 350.00 | |
| *(includes above item numbers:* | | ) | | |
| 1108. Title Insurance | to Biloxi Title and Guaranty | | | |
| *(includes above item numbers:* | | ) | | |
| 1109. Lender's Coverage | $ | | | |
| 1110. Owner's Coverage | $ | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees: Deed $   ; Mortgage $   ;   Releases $ | | | | |
| 1202. City/County Tax/Stamps: Deed   ; Mortgage | | | | |
| 1203. State Tax/Stamps:   Deed   ; Mortgage | | | | |
| 1204. Recording Fees | to Page, Mannino, Peresich & McDermott, PLLC | | 25.00 | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. 2005 Ad Valorem Taxes | to Tax Collector of Harrison County | | | 2,904.40 |
| 1304. | | | | |
| 1305. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | | 375.00 | 2,904.40 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Page, Mannino, Peresich & McDermott, PLLC, Settlement Agent

Certified to be a true copy.

(34169/34169/3)

ATTACHMENT #2

*Transfered to daughter 5/22/06 -*

1

Prepared by & Return To:
Schwartz, Orgler & Jordan, PLLC
PO Box 4682
Biloxi, MS 39535
228-388-7441
File #B060435

STATE OF MISSISSIPPI

COUNTY OF Harrison



2nd Judicial District
Instrument 2006 1758 D -J2
Filed/Recorded 5 26 2006 3 22 P
Total Fees 12.00
2 Pages Recorded

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of all of which is hereby acknowledged, the undersigned, RONALD BOGARD and wife, SUSAN BOGARD, 451 Linda Lane, Biloxi, MS 39531, (228) 860-4908, do hereby sell, convey and warrant unto JASON R SCHOERNER and wife, RACHEL RENEE SCHOERNER, 451 Linda Lane, Biloxi, MS 39531, (228) 860-7421 joint tenants with rights of survivorship in either and not as tenants in common, the following described land and property being located in the Second Judicial District of Harrison County, Mississippi, being more particularly described as follows, to-wit:

Lot Two (2) of the Second Addition to WHISPERING OAKS SUBDIVISION, a subdivision according to the official map or plat thereof on file and of record in the office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 11 at page 49 thereof, reference to which is hereby made in aid of and as a part of this description.

THIS CONVEYANCE is subject to any and all recorded restrictive covenants, rights-of-way and easements applicable to subject property, and subject to any and all prior recorded reservations, conveyances and leases of oil, gas and minerals by previous owners.

TAXES for the current year have been pro-rated as of this date and are hereby assumed by the Grantees herein.

2

WITNESS OUR SIGNATURES, on this the 22nd day of May, 2006.

_____
RONALD BOGARD

_____
SUSAN BOGARD

STATE OF MISSISSIPPI

COUNTY OF Harrison

THIS DAY PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, RONALD BOGARD and wife, SUSAN BOGARD, who acknowledged that the above and foregoing instrument was signed and delivered as the free and voluntary act and deed of the Grantors on the day and in the year therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL OF OFFICE, this the 22nd day of May, 2006.

_____
NOTARY PUBLIC

My Commission Expires:

March 2, 2008

*2012 Appraisal*
*(attach #3)*

BancorpSouth
2909 13th Street
Gulfport, MS 39501


RE:     Rachel Renee Bogard Schoerner
        451 Linda Drive
        Biloxi, MS 39531-2334
File No.  BXS/SCHOERNERR451
Case No.


Dear CLIENT,

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at:

### 451 Linda Drive, Biloxi, MS 39531-2334

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of **02/07/2012** is:

$           450,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist you. If I may be of further service to you in the future, please let me know.


Respectfully submitted,

Signature: _____


CAMILLE THOMAS
STATE CERTIFIED APPRAISER, RA 655

# Uniform Residential Appraisal Report
File # LindaDr14089

There are  2  comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 385,000  to $ 475,000.
There are  4  comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 350,000  to $ 422,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 451 Linda Drive<br>Biloxi, MS 39531-2334 | 452 Linda Drive<br>Biloxi, MS 39531-2334 | | 10013 Shady Place<br>Biloxi, MS 39532 | | 420 Chablis LN<br>Biloxi, MS 39531-2334 | |
| Proximity to Subject | | 0.04 miles E | | 2.75 miles NW | | 0.81 miles W | |
| Sale Price | $ 0 | | $ 390,000 | | $ 422,000 | | $ 350,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 115.32 sq.ft. | | $ 142.71 sq.ft. | | $ 118.24 sq.ft. | |
| Data Source(s) | | MLS;DOM 87 | | MLS;DOM 102 | | MLS;DOM 226 | |
| Verification Source(s) | | MLS#265539, seller | | MLS#263331, Broker | | MLS#264033, Broker | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Cash;0 | |
| Date of Sale/Time | | s09/13;c07/13 | | s07/13;c06/13 | | s12/13;c10/13 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 15238 sf | 16414 sf | 0 | 16975 sf | 0 | 12600 sf | +5,000 |
| View | B;Wtr; | N;Res; | +45,000 | B;Wtr; | +15,000 | N;Res; | +45,000 |
| Design (Style) | DT1.0;Ranch | DT1.0;Ranch | | DT1.0;Ranch | | DT1.0;Ranch | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 19 | ~17 | 0 | ~13 | 0 | ~9 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | -4,000 | Total  Bdrms.  Baths | -4,000 |
| Room Count | 8    3    2.1 | 10    3    2.0 | +2,500 | 8    4    2.1 | 0 | 9    4    3.1 | -5,000 |
| Gross Living Area | 3,209 sq.ft. | 3,382 sq.ft. | -6,900 | 2,957 sq.ft. | +10,100 | 2,960 sq.ft. | +10,000 |
| Basement & Finished<br>Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Windows,doors | Windows,doors | | Windows,doors | | Windows,doors | |
| Garage/Carport | 2gbi4dw | 2ga4dw | 0 | 2gbi4dw | | 2ga4dw | 0 |
| Porch/Patio/Deck | Porches,deck | Porch,patio,deck | 0 | Porches,deck | 0 | Porch, patio | +3,500 |
| Fireplace, etc. | F/P, sec.system | F/P, sec.system | | Sec.system | +1,500 | F/P, sec.system | |
| Fence, etc. | Fence,dock | Fence | +10,000 | Pool,f/p, kit. | -15,000 | Fence | +10,000 |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 50,600 | ☒ +  ☐ - | $ 7,600 | ☒ +  ☐ - | $ 64,500 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. 13 %<br>Gross Adj. 17 % | $ 440,600 | Net Adj. 2 %<br>Gross Adj. 11 % | $ 429,600 | Net Adj. 18 %<br>Gross Adj. 24 % | $ 414,500 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS | MLS | MLS | MLS |
| Effective Date of Data Source(s) | 04/05/2014 | 04/05/2014 | 04/05/2014 | 04/05/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales
I found no prior sale of the subject home in the past 36 months and no other prior sale of any of the 3 comparables in the past 12 months.

Summary of Sales Comparison Approach
My search for sales as large as the subject and also waterfront, resulted in only 1 waterfront sale, and 2 sales in the same area, with interior lots. There were no sales of waterfront homes in the general value range of the subject in the last 12 months. Sale #3 had a smaller site, and all 3 sales had inferior site values. Sale #2 had a slightly inferior valued site. All 3 sales were equal in quality and condition. All 3 sales differed in living area, two of the 3 had 4 bedrooms, and 2 required bathroom adjustments. Sale #3 had less porch, etc. area. sale #2 had no fireplace(inside the home)sales #1 and #3 had only a fence, and sale #2 had a pool, outside fireplace, and a kitchen at the pool. Sale #1 was located across the street from the subject and was considered the best sale despite not being on a canal lot. Consideration was given to all 3 sales.

Indicated Value by Sales Comparison Approach $  420,000

Indicated Value by: Sales Comparison Approach $ 420,000    Cost Approach (if developed) $ 432,153    Income Approach (if developed) $ 0
The sales comparison approach was given most weight, and the income approach was not considered applicable. The cost approach was given almost no weight.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  420,000  as of  04/05/2014 , which is the date of inspection and the effective date of this appraisal.



Attach # 4

| | |
|---|---|
| **INTERIOR EXTERIOR** BUILDING SUPPLY LIMITED PARTNERSHIP 504-488-1998 | NEW ORLEANS • MANDEVILLE<br>BATON ROUGE • BIRMINGHAM<br>MOBILE • GULFPORT • HOUSTON<br>FOLEY • LAFAYETTE • LONGVIEW<br>TUSCALOOSA • SHREVEPORT<br>LAKE CHARLES • MONTGOMERY<br>NICEVILLE • HATTIESBURG<br>JACKSON • TALLAHASSEE |

# ACKNOWLEDGEMENT

| TAKEN BY | ACK DATE | ORDER NO. |
|---|---|---|
| bac | 02/14/06 | 1176244-00 |
| P.O. NO. | | PAGE # |
| RONNIE BOGARD | | 1 |
| SALES INITIALS | 108 | |

CUST.#: 4891

SHIP TO: RONNIE BOGARD
451 LINDA DR
C.O.D.!!!!!!CALL 1ST 348-1494
BILOXI, MS

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002
NEW ORLEANS, LA 70178

BILL TO: CASH SALES GULPORT RESIDENTIAL
228-822-9440
12111 INTRAPLEX PKWY
GULFPORT, MS 39503

| INSTRUCTIONS | TERMS |
|---|---|
| | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| GULFPORT BRANCH | | 02/22/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QUANTITY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK | 60<br>48SF/PC | | 60 | PC | 300.00 | MSF | 864.00 |
| 2 | 4812MR<br>4' X 8' X 1/2" M/R GYP. BD. 32 SF | 10 | | 10 | PC | 372.00 | MSF | 119.04 |
| 3 | 541212R<br>54" X 12' X 1/2" REGULAR 54 SF/EA | 4 | | 4 | PC | 336.00 | MSF | 72.58 |
| 3 | Lines Total | Qty Shipped Total | | 74 | | Total<br>Taxes<br>Downpayment<br>Invoice Total | | 1055.62<br>73.89<br>1129.51<br>0.00 |

Last Page    ORDER #1176244-00



(Attach #5)

## SELLER'S COUNTER OFFER # 1

This form is provided as a courtesy to the parties only. It is not required to be used in this transaction and may not fit the needs, goals and purposes of the parties. The Mississippi Association of REALTORS® makes no statement or warranty as to this form, its contents or use, and the parties, by their use of this form, acknowledge said facts and agree that neither the Mississippi Association of REALTORS® nor any member thereof shall be liable to any party or person for its contents or use. If any party to this transaction does not fully understand it, or has any question, the party should seek advice from a competent legal professional before signing.

1  The offer to purchase the real property commonly known as:
2  431 Linda Drive, Biloxi, 39531
3
4  made by and between _____ David Houser _____ Buyer(s)
5  and _____ Ronald Ray Bogard, Leslie Susan Bogard _____ Seller(s)
6  dated _____ December 5, 2015 _____, is not acceptable in its present form but the following counter offer is hereby submitted:
7  (1) Purchase Price to be $335,000.
8  (2) Seller to choose closing attorney.
9
10
11
12
13
14  *Rejected due to Chinese Drywall*
15
16
17  OTHER TERMS: All other terms shall remain the same.
18  EXPIRATION: This counter offer shall expire unless a copy thereof with Buyer's written acceptance is delivered to Seller or its
19  agent by: _____ December 8, 2015 _____ (date).
20  Signed this the 6th day of December, 2015, at 4:05 ☐ a.m. ☒ p.m., and a copy hereof received:
21  SELLER _Ronald Ray Bogard_    SELLER _Leslie Susan Bogard_
22  A copy of this Counter Offer # _____ has been received this the _____ day of _____, at _____ ☐ a.m. ☐ p.m.
23  BUYER _____    BUYER _____

24  The foregoing Counter Offer # _____ is accepted this the _____ day of _____, _____, at _____ ☐ a.m.
25  ☐ p.m., and a copy hereof received:
26  BUYER _____    BUYER _____
27  A copy of this *acceptance* has been received this the _____ day of _____, at _____ ☐ a.m. ☐ p.m.
28  SELLER _____    SELLER _____

29  The Buyers have countered this Counter Offer subject to the terms of the attached Buyer's Counter Offer # _____ this the _____
30  day of _____, _____, at _____ ☐ a.m. ☐ p.m., and a copy hereof received:
31  BUYER _____    BUYER _____

32  The Buyers have rejected this Counter Offer and make no counter offer this the 8 day of December, 2015, at
33  ☐ a.m. ☒ p.m., and a copy hereof received:
34  BUYER _[signature]_    BUYER _____
35  A copy of this *rejection* has been received this the _____ day of _____, at _____ ☐ a.m. ☐ p.m.
36  SELLER _____    SELLER _____

Copyright ©2010 by Mississippi Association of REALTORS®
F14 Seller's Counter Offer                                                  Rev. Date 2/2010

RONNIE AND SUZI BOGARD – CDW – 441 WOODLAND PARK DRIVE, BILOXI, MS 39531

- 25,000 x 6 years = $150,000 as of 3/29/2018
- Sale of house rejected due to CDW, 12/15 –
    - Loss of annuity interest of 5% for 85,000 equity =$4250 annually for 2 years for a total of $8,500
- Mortgage Loan Paid                    Interest Paid
    - 2017 $26,675                      9,371
    - 2016 $26,675                      9,986
    - 2015 $26,675                      10,579
    - 2014 $17,548                      10,092
    - Interest only loan                8,174

*Can add another year to totals - 2018 AND NOW... - 2019

*unable to rent at market value of $3000 per month (waterfront/ 3250 SQ FT)

- Property taxes –
    - 2017 $5239
    - 2016 $5239
    - 2015 $5394
    - 2014 $3269
    - 2013 $3269
- House Insurance – (Fire, Wind, Flood)
    - 2017 $5430
    - 2016 $5430
    - 2015 $5520
    - 2014 $6001
    - 2013 $4011
- Utilities- (water, power, gas)
    - 2016 $74
    - 2015 $423.66
    - 2014 $672.00
    - 2013 $1983
- Repairs/upkeep
    - Refrigerator -    $1800
    - Microwave -       $225
    - Wine fridge-      $375
    - Repaced windows from loss of seal $3050 /2015 –
    - Micro Methods (looking for Mold) $250
    - Hot water heater $370
    - Loss of use of bulkhead/pier (enjoyment) $4451.43
    - Paint - $238.80
    - 2017 – Misc repairs $5546
    - 2016 – Misc repairs $1689
    - 2015 – Misc repairs $1161
    - 2014 – Misc repairs $11,219
    - 2013 – Misc repairs $1129

2 Ipads              $1000
2 Printers           $300
2 AIR COND units -   $3300
2 A/C Coils          -$1100
2 Gas Furnaces       -$1600
2 Computers          -$1400
1 Dishwasher         -$800
3 TVs                -$1600
1 CD Player          -$150
1 stove/DBL oven -   2300

- Yard Maintenance  while unrented                Cleaning/House Upkeep/ while unrented
    - 2017 –$180                                  2015 – $300
    - 2015 - $380                                 2014 - $100
    - 2014 - $255                                 2013 - $650
    - 2013 - $1025

## ALS ENVIRONMENTAL

### RESULTS OF ANALYSIS
Page 1 of 1

*file chinese drywall sample AND Purchase Closing statement*

Attach # 7A

Client: Unified Engineering, Inc.
Client Project ID: Bogard Residence / 5932

ALS Project ID: P1505537

### Orthorhombic Cyclooctasulfur

Test Code: ALS AQL 103A
Instrument ID: HP6890+/GC23/ECD
Analyst: Zheng Wang
Sample Type: Wallboard
Test Notes:

Date Received: 12/21/15
Date Extracted: 12/23/15
Date Analyzed: 12/21-12/23/15

| Client Sample ID | ALS Sample ID | Sample Amount Gram(s) | Extract Volume ml(s) | Dilution Factor | Result mg/Kg | LOQ mg/Kg | Data Qualifier |
|---|---|---|---|---|---|---|---|
| 5932 Bogard | P1505537-001 | 1.00 | 5.0 | 1.00 | 130 | 5.0 | |
| Negative Control Sample | P151223-NCS | 1.00 | 5.0 | 1.00 | ND | 5.0 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.
According to the Florida Department of Health (http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html, 1/5/2010), a positive result above 10 mg/kg is indicative of corrosive drywall.
A positive result between 5-10 mg/kg is inconclusive; further testing may be warranted.

### LABORATORY CONTROL SAMPLE / DUPLICATE LABORATORY CONTROL SAMPLE SUMMARY

| Client Sample ID | ALS Sample ID | Spike Amount LCS / DLCS mg/Kg | Result LCS mg/Kg | Result DLCS mg/Kg | % Recovery LCS | % Recovery DLCS | ALS Acceptance Limits | RPD | RPD Limit | Data Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| Dup Lab Control Sample | P151223-DLCS | 158 | 163 | 160 | 103 | 101 | 89-114 | 2 | 7 | |

Bogard Elemental sulfur lab results P1505537_S8 - S8

Verified By: _____ Date: _____

S8.xls - Page No:

## ALS ENVIRONMENTAL

### RESULTS OF ANALYSIS
Page 1 of 1

Client: **Unified Engineering, Inc.**
Client Project ID: Bogard Residence / 5932

ALS Project ID: P1600164

### Orthorhombic Cyclooctasulfur

Test Code: ALS AQL 103A
Instrument ID: HP6890+/GC23/ECD
Analyst: Zheng Wang
Sample Type: Wallboard
Test Notes:

Date Received: 1/13/16
Date Extracted: 1/18/16
Date Analyzed: 1/22/16

OK

| Client Sample ID | ALS Sample ID | Sample Amount Gram(s) | Extract Volume ml(s) | Dilution Factor | Result mg/Kg | LOQ mg/Kg | Data Qualifier |
|---|---|---|---|---|---|---|---|
| 5932-2 Bogard | P1600164-001 | 1.03 | 5.0 | 1.00 | ND | 4.9 | L |
| Negative Control Sample | P160118-NCS | 1.00 | 5.0 | 1.00 | ND | 5.0 | L |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.
According to the Florida Department of Health (http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html, 1/5/2010), a positive result above 10 mg/kg is indicative of corrosive drywall.
A positive result between 5-10 mg/kg is inconclusive; further testing may be warranted.

### LABORATORY CONTROL SAMPLE / DUPLICATE LABORATORY CONTROL SAMPLE SUMMARY

| Client Sample ID | ALS Sample ID | Spike Amount LCS / DLCS mg/Kg | Result LCS mg/Kg | Result DLCS mg/Kg | % Recovery LCS | % Recovery DLCS | ALS Acceptance Limits | RPD | RPD Limit | Data Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| Dup Lab Control Sample | P160118-DLCS | 152 | 177 | 181 | 116 | 119 | 89-114 | 3 | 7 | L |

L = Laboratory control sample recovery outside the specified limits, results may be biased high.

Elemental sulfur P1600164_SS-1 - S8

Verified By:_____ Date:_____

S8.xls - Page No.:

# Schwartz, Orgler, & Jordan, PLLC
## BUYER'S AND SELLER'S COMBINED CLOSING STATEMENT

*[Handwritten note at top right: "Purchased back from attach #7 B daughter"]*

**B. Type of Loan**

| | | | | |
|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☒ Conv. Unins. | 6. File Number: B130136 | 7. Loan Number: |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | 8. Mortgage Insurance Case Number: |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Buyer | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Ronald Ray Bogard, Sr.<br>Leslie Susan Bogard<br>451 Linda Drive<br>Biloxi, MS 39531 | Rachel Renee Schoerner<br>451 Linda Drive<br>Biloxi, MS 39531 | BancorpSouth Bank<br>P.O. Box 70<br>Biloxi, MS 39533 |

| G. Property Location | H. Settlement Agent  ((228) 388-7441) |
|---|---|
| 451 Linda Drive<br>Biloxi, MS 39531<br>Lot 2, Whispering Oaks, 2nd Adn<br>Harrison County, MS | Schwartz, Orgler, & Jordan, PLLC<br><br>Place of Settlement: 2355-B Pass Road, Biloxi, MS 39531<br>I. Settlement Date: 02/22/13   DD: 02/22/13 |

| J. SUMMARY OF BUYER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BUYER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 375,000.00 | 401. Contract sales price | 375,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | 2,058.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes         to | | 406. City/town taxes         to | |
| 107. County taxes         to | | 407. County taxes         to | |
| 108. Assessments         to | | 408. Assessments         to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BUYER** | 377,058.00 | **420. GROSS AMOUNT DUE TO SELLER** | 375,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 75,000.00 | 501. Excess Deposit (see instructions) | 75,000.00 |
| 202. Principal amount of new loan(s) | 300,000.00 | 502. Settlement charges to seller (line 1400) | 3,302.34 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan # 8000324120<br>BancorpSouth Bank | 124,488.10 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes         to | | 510. City/town taxes         to | |
| 211. County taxes    01/01/13 to 02/22/13 | 474.77 | 511. County taxes   01/01/13 to 02/22/13 | 474.77 |
| 212. Assessments         to | | 512. Assessments         to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |

| G. Property Location | H. Settlement Agent (228) 388-7441 | | I. Settlement Date | |
|---|---|---|---|---|
| 451 Linda Drive<br>Biloxi, MS 39531<br>Lot 2, Whispering Oaks, 2nd Adn<br>Harrison County, MS | Schwartz, Orgler, & Jordan, PLLC<br><br>Place of Settlement<br>2355-B Pass Road<br>Biloxi, MS  39531 | | 02/22/13<br><br>DD:  02/22/13 | |

| J. SUMMARY OF BUYER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BUYER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 375,000.00 | 401. Contract sales price | 375,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | 2,058.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes              to | | 406. City/town taxes              to | |
| 107. County taxes                 to | | 407. County taxes                 to | |
| 108. Assessments                  to | | 408. Assessments                  to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BUYER | 377,058.00 | 420. GROSS AMOUNT DUE TO SELLER | 375,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BUYER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 75,000.00 | 501. Excess Deposit (see instructions) | 75,000.00 |
| 202. Principal amount of new loan(s) | 300,000.00 | 502. Settlement charges to seller (line 1400) | 3,302.34 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan # 8000324120<br>BancorpSouth Bank | 124,488.10 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes              to | | 510. City/town taxes              to | |
| 211. County taxes    01/01/13   to   02/22/13 | 474.77 | 511. County taxes    01/01/13   to   02/22/13 | 474.77 |
| 212. Assessments                  to | | 512. Assessments                  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BUYER | 375,474.77 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 203,265.21 |
| 300. CASH AT SETTLEMENT FROM OR TO BUYER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from buyer (line 120) | 377,058.00 | 601. Gross amount due to seller (line 420) | 375,000.00 |
| 302. Less amounts paid by/for buyer (line 220) | 375,474.77 | 602. Less reduction amount due to seller (line 520) | 203,265.21 |
| 303. CASH            FROM        BUYER | 1,583.23 | 603. CASH               TO           SELLER | 171,734.79 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on Line 401 above constitutes the Gross Proceeds of this transaction.

SELLER INSTRUCTIONS:  To determine if you have to report the sale or exchange of your primary residence on your tax return, see the Schedule D (Form 1040) instructions. If the real estate was not your primary residence, complete the applicable parts of Form 4797, Form 6252, and /or Schedule D (Form 1040).

You ar͟͟͟   ͟ by law to provide the settlement agent  with your correct taxpayer identification number.  If you do not provide your correct taxpayer identification number, you may be subject to civil or crimin͟͟
im͟͟          ͟͟nder penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.