UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**ORDER**

    CONSIDERING Plaintiffs' Motion for Leave to File Sur-Reply Memorandum in Opposition to Defendants' Omnibus Motions for Summary Judgment (Docs. 22687 and 22688) on the claims asserted by Alabama and Florida Plaintiffs;

    **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the Sur-Reply Memorandum attached to the Motion be and is hereby filed into the record.

    New Orleans, Louisiana, this  30th  day of          April          , 2020.

_____
Eldon E. Fallon
United States District Court Judge
