UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## NOTICE OF COMPLIANCE

Settlement Class Counsel hereby file a Notice of Compliance with the obligations set forth in the Taishan Class Settlement Agreement and the Court's Final Order and Judgment approving the Settlement [Rec. Doc. 22466].

1. The Claims Administrator BrownGreer PLC ("BrownGreer") reviewed 192 Claim Forms that were timely submitted by absent Class Members and Class Members not included on the Master Spreadsheet. *See* Declaration of Jacob S. Woody ("Woody Declaration"), attached hereto as Exhibit "A," at ¶ 3. On or about February 25, 2020, BrownGreer issued letters of acceptance or denial to each of these Class Members based on the Objective Criteria submitted, informing them they had until March 26, 2020 to object. *Id.* at ¶ 4.

2. BrownGreer added the accepted claims to the Revised Master Spreadsheet and thereafter filed an Updated Revised Master Spreadsheet on the MDL docket [Rec. Doc. 22649-1]. *Id.* at ¶ 5.

3. On March 6, 2020, BrownGreer disseminated *via* first-class mail individual notices of Allocation Amount Determinations to all Eligible Class Members, which set forth the net claim payment under the Settlement and the factors used to calculate each claim payment. *See* Notice of

Filing [Rec. Doc. 22649] at 1. To determine the net payment to each claimant, BrownGreer subtracted from the Settlement Fund the amounts awarded by the Court for attorneys' fees and cost reimbursements, administrative costs, and a holdback necessary to ensure that funds are available for successful appeals, and used the remaining amount to determine each claimant's share of the remaining Settlement Funds based on the application of the Allocation Model to their Objective Criteria. *Id.* The Claims Administrator also sent a list of claimant payments to each law firm representing eligible claimants based on the information contained in the Updated Revised Master Spreadsheet. *Id.*

4.  On April 16, 2020, BrownGreer mailed settlement checks directly to *pro se* claimants and to counsel of record for each represented Eligible Class Member, totaling in the aggregate $195,982,679.23. Woody Declaration, at ¶ 9. BrownGreer withheld payments to Class Members who objected to Claim Form denials or appealed their Allocation Amount Determination [*see* Rec. Docs. 22708, 22730, 22747], pending a ruling by the Court on the objections and appeals. *Id.* at ¶ 10.

5.  After the Court rules on the objections and appeals, BrownGreer will distribute the holdback for appeals to successful claimants according to the Court's ruling, and thereafter will distribute any remaining holdback amounts and interest earned on the Settlement Funds to all Eligible Class Members, *pro rata*. *Id.* at ¶ 11.

Respectfully submitted,

Dated:  May 4, 2020			By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 4th day of May, 2020.

                                        */s/ Stephen J. Herman*