# Exhibit "A"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## DECLARATION OF JACOB WOODY

1.      I am a person of the full age of majority. I make this Declaration based upon my personal knowledge.

2.      I am an attorney at BrownGreer, PLC, ("BrownGreer"), the claims administrator for the Taishan Settlement Program.

3.      BrownGreer PLC reviewed 192 Claim Forms that were timely submitted by absent Class Members and Class Members not included on the Master Spreadsheet.

4.      On or about February 25, 2020, BrownGreer issued letters of acceptance or denial to each of these Class Members based on the Objective Criteria submitted, informing them they had until March 26, 2020 to object.

5.      BrownGreer added the accepted claims to the Revised Master Spreadsheet and thereafter filed an Updated Revised Master Spreadsheet on the MDL docket [Rec. Doc. 22649-1].

6.      On March 6, 2020, BrownGreer disseminated *via* first-class mail individual notices of Allocation Amount Determinations to all Eligible Class Members, which set forth the net claim payment under the Settlement and the factors used to calculate each claim payment. *See* Notice of Filing [Rec. Doc. 22649] at 1.

7.     To determine the net payment to each claimant, BrownGreer subtracted from the Settlement Fund the amounts awarded by the Court for attorneys' fees and cost reimbursements, administrative costs, and a holdback necessary to ensure that funds are available for successful appeals, and used the remaining amount to determine each claimant's share of the remaining Settlement Funds based on the application of the Allocation Model to their Objective Criteria.

8.     The Claims Administrator also sent a list of claimant payments to each law firm representing eligible claimants based on the information contained in the Updated Revised Master Spreadsheet.

9.     On April 16, 2020, BrownGreer mailed settlement checks directly to *pro se* claimants and to counsel of record for each represented Eligible Class Member, totaling in the aggregate $195,982,679.23.

10.     BrownGreer withheld payments to Class Members who objected to Claim Form denials or appealed their Allocation Amount Determination [*see* Rec. Docs. 22708, 22730, 22747], pending a ruling by the Court on the objections and appeals.

11.     After the Court rules on the objections and appeals, BrownGreer will distribute the holdback for appeals to successful claimants according to the Court's ruling, and thereafter will distribute any remaining holdback amounts and interest earned on the Settlement Funds to all Eligible Class Members, *pro rata*.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated:  May 4, 2020                    By: */s/ Jacob S. Woody*