# Exhibit B

```
From:     CN=Mark Norris/OU=BeiFang/O=Knauf_China
To:       ChengYiHong@mail.knauf.com.cn <ChengYiHong@mail.knauf.com.cn>; Ann Zhong <Ann
          Zhong/ShangHai/Knauf_China@Knauf>
CC:       knauf.isabel@knauf.com.tr <knauf.isabel@knauf.com.tr>; knauf.frederick@knauf.it@Knauf
          <knauf.frederick@knauf.it@Knauf>
BCC:      dgregory@knauf.co.id
Sent:     11/7/2006 3:06:43 AM
Subject:  Fw: USA smelly board
```

Dear All

Any ideas on how I can resolve this?? I am getting a very slow reaction from Germany.

It looks like it is going to get VERY nasty and expensive.

Regards
Mark

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China
07/11/2006 10:59 AM

To
Mark Norris/BeiFang/Knauf_China@Knauf
cc
jawahar@rothchilt.zjip.com
Subject
USA smelly board


Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark, would you please tell me when we can get the test result and when the Knauf expert will contact Salomon ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back .

Best Regards,

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

 Tel: 0086-22-26972777-8103
 Fax: 0086-22-26972656

