UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Louisiana Plaintiffs each own a property in the State of Louisiana.

4. Mississippi Plaintiffs each own a property in the State of Mississippi.

5. All Plaintiffs purchased their properties after defective Knauf-manufactured drywall was installed.

6. All Plaintiffs discovered Knauf-manufactured drywall in their home after purchase, most initially through a professional inspection, but all later had a professional inspection done

by Healthy Home Solutions, LLC, a professional Chinese drywall inspection company operating out of Slidell, Louisiana.

7. On January 27, 2020, this Court issued an order denying certification for the *Bennett* class action against the Knauf entities.

8. The State of Louisiana has a one-year prescription period for product liability claims.

9. The State of Mississippi has a three-year statute of limitations for filing defective product claims.

10. Louisiana recognizes a discovery rule for product liability claims under the theory *contra non valentum agree nulla currit praescriptio* that is settled law in the product liability context.

11. Mississippi has a discovery rule that tolls the statute of limitations.

12. Louisiana recognizes Chinese drywall as a latent defect in a home.

13. All Plaintiffs completed and executed a verified Plaintiff Profile Form.

14. All Plaintiffs completed and executed a verified Supplemental Plaintiff Profile Form.

15. All Plaintiffs completed and executed a verified Plaintiff Fact Sheet.

16. All Plaintiffs were deposed by Knauf's Counsel.

17. All Plaintiffs seek all appropriate damages available under Louisiana or Mississippi law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the state's consumer protection laws.

3

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*