# Exhibit A



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ANNETTA_363
       Property: 363 NE 30 Avenue Homestead, FL 33033

Mr. Doyle:

At your request, an inspection of the above property was attempted. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were not able to reach them after repeated attempts.

Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine the Living Space of 2733 SF.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

04/24/2015 12:55

04/24/2015 13:14

Case 2:09-md-02047-EEF-MBN Document 22791-1 Filed 08/05/20 Page 5 of 15

Important Message The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website (http://www.miamidade.gov/taxcollector/) directly for additional information.

(https://www.facebook.com/MiamiDadePA)
(https://twitter.com/MiamiDadePA)

## Building Sketch Viewer

| | | | |
|---|---|---|---|
| Folio: | 10-7916-005-0370 | Actual Area: | 3,249 Sq. Ft. |
| Address: | 363 NE 30 AVE | Living Area: | 2,664 Sq. Ft. |
| Owner: | ANNETTA LLC | Adjusted Area: | 2,733 Sq. Ft. |

FL
FL
GRF

Generated on: 4/20/2015

Disclaimer:
The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full Liability Disclaimer and User Agreement. See full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Exemptions & Benefits

Deployed Military (http://www.miamidade.gov/pa/exemptions_military.asp)

Disability Exemptions (http://www.miamidade.gov/pa/exemptions_disabilities.asp)

Real Estate

40 Yr Building Re-Certification (http://www.miamidade.gov/pa/property_recertification.asp)

Appealing Your Assessment (http://www.miamidade.gov/pa/appealing_assessment.asp

Tangible Personal Property

Appealing your Assessment (http://www.miamidade.gov/pa/appealing_assessment.asp)

Assessment Information Search (http://www.miamidade.gov/pa/business_lookup.asp#/

Public Records

Address Blocking (http://www.miamidade.gov/pa/public_records_address_block.asp)

Change of Name (http://www.miamidade.gov/pa/public_records_name_change.asp)

Online Tools

Property Search (http://www.miamidade.gov/propertysearch/#/)

Property Sales (http://www.miamidade.gov/pa/property_sales.asp

Tax Estimator

Tax Roll Administration



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE: Chinese Drywall Screening Report Number: JARAMILLO_5301
Property: 5301 Nicklaus Drive Winter Haven, FL 33884

Mr. Doyle:

At your request, an inspection of the above property was attempted. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1682 SF.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

EST

Home » Return To Search Results

## Parcel Details: 26-29-24-690596-001590

TAX EST
PRT CALC
PRC
TRIM
TAX BILL

### Owners

| | |
|---|---|
| JARAMILLO CESAR | 50% |
| JARAMILLO INES | 50% |

### Mailing Address

| | |
|---|---|
| Address 1 | **5301 NICKLAUS DR** |
| Address 2 | |
| Address 3 | **WINTER HAVEN FL 33884-3593** |

### Site Address

| | |
|---|---|
| Address 1 | **5301 NICKLAUS DR** |
| Address 2 | |
| City | **WINTER HAVEN** |
| State | **FL** |
| Zip Code | **33884** |

### Parcel Information

| | |
|---|---|
| Neighborhood | **210361.00** Show Recent Sales in this Neighborhood |
| Subdivision | **LAKE ASHTON WEST PHASE I** |
| Property (DOR) Use Code | **SFR up to 2.49 AC (Code: 0100)** |
| Acreage | **0.17** |
| Taxing District | **WINTER HAVEN/SWFWMD (Code: 90410)** |

### Property Desc

**DISCLAIMER:** This property description is a condensed version of the original legal description recorded in the public records. It does not include the section, township, range, or the county where the property is located. The property description should not be used when conveying property. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property description. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation.

LAKE ASHTON WEST PHASE I PB 138 PGS 11 THRU 21 LOT 159

### Area Map

Inline Map Unavailable.

### Recorded Plat

Visit the Polk County Clerk of Courts website to view the Recorded Plat for this parcel

Note: Some plats are not yet available on the Clerk's website. The site contains images of plats recorded on 01/05/1973 (beginning with book 058 Page 020) or later. For information on Plats recorded before 01/05/1973 (Book 058 Page 019 or less) please contact the Polk County Clerk's Office.

### Mapping Worksheets (plats) for 262924

Mapping Worksheet Info

Section_262924.pdf

## Sales History

**Note:** If you wish to obtain a copy of a deed on this parcel click on the blue OR Book/Page number. Doing so will access the Polk County Clerk of the Courts Official Records Search. Click here for a list of the system requirements. Once the document opens click the printer icon to print the document. If the deed does not have a blue link to official records, the deed may not be available through the online records of the Clerk of the Circuit Court. In order to obtain a copy of that deed you will need to contact the Clerk's Indexing Department at 863-534-4524. If the Type Inst is an R it is not available through the Clerk of the Court. To order R type instruments you need to contact the Property Appraiser.

| OR Book/Page | Date | Type Inst | Vacant/ Improved | Grantee | Sales Price |
|---|---|---|---|---|---|
| 7117/1003 | 12/2006 | W | I | JARAMILLO CESAR | $255,300 |
| 7026/0498 | 10/2006 | Q | V | | $100 |
| 6122/1541 | 03/2005 | W | I | LAKE ASHTON DEVELOPMENT GROUP II LLC | $199,000 |
| 6126/0001 | 03/2005 | W | I | LAKE ASHTON DEVELOPMENT GROUP II LLC | $5,000,000 |

| | | | | |
|---|---|---|---|---|
| 3184/1574 | 12/1992 | Q | V | $100 |
| 2290/0564 | 03/1984 | W | E | $56,000 |
| 2106/1745 | 08/1982 | Q | E | $100 |
| /4964 | 02/1980 | R | E | $0 |
| /4039 | 01/1979 | R | E | $0 |
| 1677/1406 | 01/1976 | Q | E | $100 |

## Exemptions

**Note:** The drop down menus below provide information on the amount of exemption applied to each taxing district. The HX—first $25,000 homestead exemption may be allocated to one or more owners. The HB –second $25,000 amended homestead exemption reflects the name of the first owner only.

| Code | Description | % Ownership | Renew Cd | Year | Name | Value |
|---|---|---|---|---|---|---|
| ⊞ HX | 01-26-FS196.031(1)(A)-HOMESTEAD | 50% | | 2007 | JARAMILLO CESAR | $25,000 |
| ⊞ HB | AMENDED HOMESTEAD | 100% | | 2007 | JARAMILLO CESAR | $25,000 |

**Total Exemption Value (County)** **$50,000**

Senior Exemption(Additional Homestead Exemption for Persons 65 and Older): For the 2014 tax year, the allowable total household adjusted gross income received during 2013 could not exceed $27,994. If your total household adjusted gross income exceeded this limit, YOU MUST NOTIFY THIS OFFICE. Receiving no notification from the qualified senior will be considered a sworn statement, under penalty of perjury, that the income does not exceed the limit. Improperly claiming any exemption could result in a lien against your property. If you would like to receive a notice of renewal electronically, please send us an email at paoffice@polk-county.net with your name, property address, and confirmation of your request.

## Buildings

**BUILDING 1** (SF - Single Family)

### Building Characteristics

**Total Under Roof:** 2,411 sqft
**Living Area (as originally constructed):** 1,682 sqft
**Actual Year Built:** 2006
**Effective Year:** 2006

| Element | Units | Information |
|---|---|---|
| Style | | SINGLE FAMILY |
| Living Units | | 1 UNIT |
| Story Height Info Only | | 1 Story for info only |
| Substruct | | Continuous Wall |
| Construction Type | | MASONRY |
| Exterior Wall | | STUCCO |
| Roof Structure | | HIP-SHINGLE |
| Room: Bedroom | 2 | |
| Room: Full Bath | 2 | |
| Room: Half Bath | 0 | |
| Fireplace | N | |
| Cntrl Heating / AC | Y | |

**5301 NICKLAUS DR**

### Building Subareas

| Code | Description | Total |
|---|---|---|
| BAS | BASE AREA | 1682 |
| FSP | FSP FIN. SCREEN PORCH 50% | 225 |
| FOP | FOP FINISHED OPEN PORCH 40% | 60 |

| | | |
|---|---|---|
| UGR | UGR UNFINISHED GARAGE 50% | 444 |
| **Total Under Roof** | | **2,411 ft$^2$** |

## PERMITS

The Polk County Property Appraiser's Office does not issue or maintain permits. Please contact the appropriate permit issuing agency to obtain information. This property is located in the **WINTER HAVEN/SWFWMD** taxing disrict. The beginning of the description indicates permit agency (UNINCORP is an abbreviation for Unincorporated **POLK COUNTY**).

## Land Lines

| LN | Land Dscr | Ag/GreenBelt | Land Unit Type | Front | Depth | Units |
|---|---|---|---|---|---|---|
| 1 | * Residential | N | U | 0 | 0 | 1 |

* for current Future Land Use (Zoning) contact Polk County or the Municipality the parcel is located in.

**NOTICE: All information ABOVE this notice is current (as of Friday, August 08, 2014 at 2:26:27 AM). All information BELOW this notice is from the 2013 Tax Roll, except where otherwise noted.**

## Value Summary (2013)

| Desc | Value |
|---|---|
| Land Value | $45,000 |
| Building Value | $103,009 |
| Misc. Items Value | $0 |
| Land Classified Value | $0 |
| Just Market Value | $148,009 |
| *Cap Differential and Portability | $1,590 |
| Agriculture Classification | $0 |
| Assessed Value | $146,419 |
| Exempt Value (County) | $50,000 |
| Taxable Value (County) | $96,419 |

*This property contains a Homestead Cap with a differential of $1,590.

## Values by District (2013)

| District Description | Final Tax Rate | Assessed Value | Final Assessed Taxes | Exemption | Final Tax Savings | Taxable Value | Final Taxes |
|---|---|---|---|---|---|---|---|
| BOARD OF COUNTY COMMISSIONERS | 6.866500 | $146,419 | $1,005.39 | $50,000 | $343.33 | $96,419 | $662.06 |
| POLK COUNTY SCHOOL BOARD - STATE | 5.299000 | $146,419 | $775.87 | $25,000 | $132.48 | $121,419 | $643.40 |
| POLK COUNTY SCHOOL BOARD - LOCAL | 2.248000 | $146,419 | $329.15 | $25,000 | $56.20 | $121,419 | $272.95 |
| CITY OF WINTER HAVEN | 5.790000 | $146,419 | $847.77 | $50,000 | $289.50 | $96,419 | $558.27 |
| SOUTHWEST FLA WATER MGMT DIST | 0.381800 | $146,419 | $55.90 | $50,000 | $19.09 | $96,419 | $36.81 |
| | | **Assessed Taxes:** | **$3,014.08** | **Tax Savings:** | **$840.60** | **Total Taxes:** | **$2,173.49** |

## Non-Ad Valorem Assessments (2013)

| LN | Code | Desc | Units | Rate | Assessment |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | CD008 | LAKE ASHTON II CDD MAINT | 1.00 | 1,885.49 | $1,885.49 |
| 2 | CD007 | LAKE ASHTON II CDD DEBT | 1.00 | 1,263.44 | $1,263.44 |
| **Total Assessments** | | | | | **$3,148.93** |

**Taxes**

| **Desc** | **Last Year** | **2013 Final** |
|---|---|---|
| Taxing District | WINTER HAVEN/SWFWMD (Code: 90410) | WINTER HAVEN/SWFWMD (Code: 90410) |
| Millage Rate | 20.5413 | 20.5853 |
| Ad Valorem Assessments | $2,117.58 | $2,173.49 |
| Non-Ad Valorem Assessments | $3,044.44 | $3,148.93 |
| **Total Taxes** | **$5,162.02** | **$5,322.42** |

**Your final tax bill may contain Non-Ad Valorem assessments which may not be reflected on this page, such as assessments for roads, drainage, garbage, fire, lighting, water, sewer, or other governmental services and facilities which may be levied by your county, city or any other special district.** Visit the Polk County Tax Collector's site for Tax Bill information related to this account. **Use the** Property Tax Estimator **to estimate taxes for this account.**

**Prior Year Final Values**

| **2012** | |
|---|---|
| Land Value | $46,000.00 |
| Building Value | $97,971.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $143,971.00 |
| SOH Deferred Val | $0.00 |
| Assessed Value | $143,971.00 |
| Exempt Value (County) | $50,000.00 |
| Taxable Value (County) | $93,971.00 |

| **2011** | |
|---|---|
| Land Value | $48,500.00 |
| Building Value | $104,228.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $152,728.00 |
| SOH Deferred Val | $0.00 |
| Assessed Value | $152,728.00 |
| Exempt Value (County) | $50,000.00 |
| Taxable Value (County) | $102,728.00 |

| **2010** | |
|---|---|
| Land Value | $60,000.00 |
| Building Value | $108,353.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $168,353.00 |
| SOH Deferred Val | $0.00 |
| Assessed Value | $168,353.00 |
| Exempt Value (County) | $50,000.00 |

| | |
|---|---|
| Taxable Value (County) | $118,353.00 |
| **2009** | |
| Land Value | $60,000.00 |
| Building Value | $124,631.00 |
| Misc. Items Value | $0.00 |
| Just Value (Market) | $184,631.00 |
| SOH Deferred Val | $0.00 |
| Assessed Value | $184,631.00 |
| Exempt Value (County) | $50,000.00 |
| Taxable Value (County) | $134,631.00 |

**DISCLAIMER:**
The Polk County Property Appraiser makes every effort to produce and publish the most current and accurate information possible. The PCPA assumes no responsibility for errors in the information and does not guarantee that the data are free from errors or inaccuracies. Similarly the PCPA assumes no responsibility for the consequences of inappropriate uses or interpretations of the data. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of the search facility indicates understanding and acceptance of this statement by the user.

Last Updated: Friday, August 08, 2014 at 2:26:27 AM



Healthy Home Solutions, LLC

*You deserve a Healthy Home*

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE: Chinese Drywall Screening Report Number: JORDAN_11592
**Property: 11592 Azalea Trace, Gulfport, MS 39503**

Mr. Doyle:

At your request, an inspection of the above property was attempted. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts.

Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1755 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Markings on drywall consistent with KPT brand drywall.**



**Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

Jordan
File No. 2008090

## SKETCH ADDENDUM

Borrower or Owner: Jeremy S. Jordan
Property Address: 11592 Azalea Trace
City: Gulfport County: Harrison State: MS Zip Code: 39503
Client: Keesler Federal Credit Union

Sketch by Apex Medina™
Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1755.3 | 1755.3 |
| GAR | Garage | 548.2 | 548.2 |
| P/P | Covered Patio | 150.2 | 150.2 |
| | Net LIVABLE Area | (rounded) | 1755 |

### LIVING AREA BREAKDOWN

| Breakdown | | | | | Subtotals |
|---|---|---|---|---|---|
| First Floor | | | | | |
| 0.5 x | 0.2 | x | 12.8 | | 1.3 |
| | 3.0 | x | 12.8 | | 38.4 |
| | 43.8 | x | 29.3 | | 1283.3 |
| | 12.7 | x | 15.0 | | 190.5 |
| | 15.0 | x | 15.0 | | 225.0 |
| 0.5 x | 5.8 | x | 5.8 | | 16.8 |
| 6 Items | | | | (rounded) | 1755 |

JCB Properties, Inc.