# Exhibit D

This Instrument Prepared by and Return to:
**Toks Oladejo**
Nautica Title USA, Inc.
1035 South State Road 7, Suite 315-3
Wellington, FL 33414
Our File No.: **NT-18215**
Property Appraisers Parcel Identification (Folio) Number: **3420-590-2608-000/9**

Florida Documentary Stamps in the amount of **$1,260.00** have been paid hereon.

_____ Space above this line for Recording Data _____

# *WARRANTY DEED*

**THIS WARRANTY DEED,** made the **11th** day of **January, 2019** by **Steve A. Binns, Divorced, and Jean A. Williams-Binns, His Ex-Wife**, whose post office address is **1417 SW Devera Avenue, Port St. Lucie, FL 34953** herein called the Grantors, to **Martin Kuntz, A Married Man** whose post office address is **1417 SW Devera Avenue, Port St. Lucie, FL 34953**, hereinafter called the Grantee:
*(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the Grantors, for and in consideration of the sum of TEN AND 00/100'S ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee all that certain land situate in ST. LUCIE County, State of Florida, viz.:

> **Lot 10, Block 1982, Port St. Lucie Section Nineteen, according to the plat thereof, recorded in Plat Book 13, Page(s) 19, 19A, through 19K, of the Public Records of St. Lucie County, Florida.**
>
> **Subject to easements, restrictions and reservations of record and taxes for the year 2019 and thereafter.**

**TOGETHER,** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD,** the same in fee simple forever.

**AND,** the Grantors hereby covenant with said Grantee that the Grantors are lawfully seized of said land in fee simple; that the Grantors have good right and lawful authority to sell and convey said land, and hereby warrant the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2018.

**IN WITNESS WHEREOF,** the said Grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature

_____HUGH MEIKLE_____
Witness #1 Printed Name

_____
Witness #2 Signature

_____Okunbor Oladeji_____
Witness #2 Printed Name

_____Steve Binns_____ (Seal)
Steve A. Binns

**State of Florida**
**County of** ____PALM BEACH____

The foregoing instrument was acknowledged before me this 11th day of January, 2019, by Steve A. Binns who are personally known to me or have produced ____VALID PHOTO ID____ as identification.

**SEAL**

_____
Notary Public

_____Hugh Meikle_____
Printed Notary Name

My Commission Expires:

[Notary Seal: HUGH MEIKLE, MY COMMISSION EXPIRES March 9, 2019, #FF 207515, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

File No.: **NT-18215**

LTF

In Witness Whereof, the parties of the first part have hereunto set their hands and seals this 11th day of January, 2019.

_____
Witness #1 Signature

_____
Witness #1 Printed Name

_____
Witness #2 Signature

_____
Witness #2 Printed Name

Jean Williams-Binns (Seal)
_____
Jean A. Williams-Binns

Signed, sealed and delivered in the presence of us:

**State of Florida**
**County of ST. LUCIE**

The foregoing instrument was acknowledged before me this 11th day of January, 2019, by Jean A. Williams-Binns who are personally known to me or have produced _VALID PHOTO ID_ as identification and ☐ did ☒ did not take an oath.

**SEAL**

_____
Notary Public

My Commission Expires:

_____
Printed Notary Name

[Notary Seal: HUGH MEIKLE, MY COMMISSION EXPIRES March 9, 2019, #FF 207515, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

File No.: NT-18215

LTF