# Exhibit E



**Healthy Home Solutions, LLC**

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BINNS_1417
      Property: 1417 SW Devera Place Port St. Lucie, FL 34953

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 4 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,928 sq. ft. to determine a Living Space area of 2,125 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit

Figure 1: Front elevation of Property.

Figure 2: Address as seen from street






Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is Bedroom 4.