UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiff Martin Kuntz by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistric*t Litigation. (R. Doc. 18181).*

2. *The* Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff Martin Kuntz owns a property in the State of Florida with a street address of: 1417 SW Devera Place, Port St. Lucie, FL 34953.

4. Plaintiff Martin Kuntz purchased the property with knowledge of Chinese drywall in the home.

1

5. Plaintiff was assigned certain legal rights by the two prior owners, Steve Binns and Jean Williams-Binns.

6. Plaintiff completed and executed a verified Plaintiff Profile Form.

7. Plaintiff completed and executed a verified Supplemental Plaintiff Profile Form.

8. Plaintiff completed and executed a verified Plaintiff Fact Sheet.

9. Plaintiff were deposed by Knauf's Counsel in Tampa, Florida.

10. Florida law provides a four-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

11. Florida law recognizes a Delayed Discovery Rule to file product defect-related claims, an exception to the four-year statute of limitations.

12. Plaintiff seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Deceptive and Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*