# Exhibit B

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

|For Internal Use Only|
|File No. _____|

Date Received:
_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall            MDL NO. 2047
Products Liability Litigation                             SECTION: L
                                                                            JUDGE FALLON
This Document Relates to:                             MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

**Section I. Claimant and Property Information**

Name of Claimant: __Richard_____  ____Calevro_____  _____
                                First Name                              M.I.   Last Name                              Suffix

_____  ____  _____  _____
Co-Claimant First Name (if applicable)   M.I.   Last Name                              Suffix

_____
Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| 5040 Georgia Street | |
|---|---|
| Address 1 | Address 2 |
| Bay St. Louis          MS | 39520 |
| City                                State | Zip Code |

Is the Property residential or commercial? __Residential__

Name of Person Completing this Form: __Richard__   __Calevro__
First Name          M.I.   Last Name          Suffix

Mailing Address (if different):

_____
Address 1                                Address 2

_____
City                          State          Zip Code

Phone Number of Person Completing This Form: ( 601 ) 569 - 6365

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: __1__ / __31__ / _____

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / __2007__

When you acquired the Property, were you aware that it contained Chinese drywall?   ☑ Yes   ☐ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: _____ / _____

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?    ☑ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?
__At the time I purchased the property.__

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____ / _____ / _____
                Month    Day       Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?                         _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                                Month    Day    Year

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                                Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated?  Partially remediated

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:
February 2019 - May 2019

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): subcontractors: Mackey Brazil, John Huffman, and Bobby Whitfield

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

All drywall was removed except in the bathroom areas.

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ 80,000.00

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☑ Yes    ☐ No

If you have preserved samples, where are the samples located?
In my possession.

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?    ☐ Yes    ☑ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes    ☑ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☑ Yes    ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☑ Yes    ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes    ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 23,000.00

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 50,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____       May 2, 2020
Claimant's signature       Date signed

Name: Richard Calevro

Address: 5040 Georgia Street
Address 1     Address 2
Bay St. Louis     MS     39520
City     State     Zip Code

Phone No.: ( 601 ) 569 - 6365

Email: caesarmini@yahoo.com

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$50,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

*[signature]* 5-2-20

## ASSIGNMENT OF CLAIMS & RETENTION OF RIGHTS AGREEMENT

This Assignment of Claims & Retention of Rights Agreement ("Agreement") is executed on this 31st day of January, 2019 ("Effective Date"), by and between **Susyn Cain** (the "Individual Claimant" and "Seller") and **Richard Calevro** (the "Buyer"). All parties to this agreement will be collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, Seller is the owner of real property situated in Hancock County, State of Mississippi, purchased on or about July 30, 1999;

WHEREAS, Seller's real property has a residential structure situated on it with a street address of 5040 Georgia Street, Bay St. Louis, MS 39520;

WHEREAS, the real property containing Seller's residential structure has a legal description of: The Point of Beginning being a 3/8 inch rod at the Northwestern corner of Lot 21, Block 314, Unit 3, Addition 1, SHORELINE PARK SUBDIVISION, Hancock County, Mississippi and thence run South 54 degrees 55 minutes 03 seconds East, along the Southeastern Right-of-Way of Georgia Street for 25.0 feet thence North 35 degrees 04 minutes 57 seconds East for 102 feet more or less to an existing canal bank, thence North 54 degrees 27 minutes 33 seconds West, along canal bank for 25.0 feet, thence South 35 degrees 04 minutes 57 seconds West for 102 feet more or less to the Point of Beginning.  Said parcel being the Northwestern ½ of Lot 21, Block 314, Unit 3 Addition 1, SHORELINE PARK SUBDIVISION, Hancock County, MS, this portion having been conveyed via Warranty Deed on 7/10/98 and recorded in Book BB 173, Page 696;

WHEREAS, Seller's residential structure described herein was inspected on or about May 4, 2016, by Pro-Spect Property Inspections and the structure was found to contain defective Knauf Chinese Drywall;

WHEREAS, the markings on the Chinese-manufactured drywall indicate that the drywall is a "Knauf" product and the parties responsible for manufacturing, marketing, shipping, and selling it are identified as follows:  Knauf Plasterboard Tianjin Company, Ltd. and Knauf GIPS, KG;

WHEREAS, after learning that her residential structure contained defective drywall, Seller engaged legal counsel at Doyle Law Firm, PC, and a claim was filed against the responsible parties on or about June 7, 2016, in a civil action styled *Bennett, et al. v. Knauf GIPS, KG, et al.*, with a civil action number of 2:14-cv-2722, now pending in the United States District Court for the Eastern District of Louisiana;

1

WHEREAS, Seller has undertaken and initiated legal process against the responsible parties and she understands that the result of this legal process is uncertain and recovery of the full amount necessary to fully and properly remediate the structure is not guaranteed;

WHEREAS, Buyer is aware of the presence of the Chinese-manufactured drywall contained in the structure, as well as the ongoing legal proceedings, and wishes to purchase this property prior to remediation;

WHEREAS, the Parties have agreed to the terms of a sale for the real property and the residential situated upon it;

WHEREAS, the Parties have agreed that the transfer of ownership will occur at a closing to occur on January 31, 2019, at a time and place to be arranged by the Parties;

WHEREAS, the Parties have agreed to both the sale of this property and assignment of a portion of Buyer's legal claims related to the Chinese-manufactured drywall as a material term of the sale;

WHEREAS, the Parties understand that Mississippi law and/or federal law require the assignment of the legal claims to occur at closing and this agreement is to be executed with the same date of execution as the Warranty Deed in order to comply with the formalities required by law;

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. The Seller hereby assigns a fifty percent (50%) interest in all compensable claims in the existing *Bennett* case, described herein, and transfers to Buyer a fifty percent (50%) interest in all compensable claims she may possess;
2. Seller will retain the right to pursue all pecuniary and non-pecuniary damages that have been filed in the complaint or declared during discovery during the pendency of the lawsuit now pending in the Eastern District of Louisiana;
3. Buyer, through this assignment, has an interest in all pending claims and has a fifty percent (50%) interest in all remediation and non-remediation claims possessed by Seller on the date of this assignment, including, but not limited to, the cost of remediaiton, alternative living expenses, personal property damage, loss of equity, diminution of value, and loss of use and enjoyment;

4. In exchange for this assignment, Buyer will only receive a portion of the agreed upon sale price as consideration;

5. The final sale price of this real property reflects an arms-length transaction between the Parties and Buyer accepts ownership of this property with full assumption of the risk that litigation entails, including the possibility that no recovery may come from the Knauf entities at the conclusion of the *Bennett* lawsuit;

6. Buyer agrees to follow through with all steps in the litigation process necessary to fully recover all damages, including following the court approved remediation protocol and preservation of evidence orders adopted in MDL-2047, if the Buyers choose to self-remediate the residential structure;

7. Buyer agrees to engage Doyle Law Firm, PC to prosecute the remediation claim in the Chinese drywall litigation;

8. Buyer and Seller waive any potential conflict of interest that may be related to the dual representation of Buyer and Seller in the Chinese Drywall Litigation and agree to move forward without interruption with the attorneys at Doyle Law Firm, PC continuing legal representation regarding claims related to this property and its residential struction contained thereon;

9. Buyer retains the right to receive settlement proceeds related to remediation of the structure in an amount equivalent to fifty percent (50%) of the projected average pre-remediation cost for homes in Hancock County, Mississippi, based on the previous Knauf Remediation Program created and utilized in prior settlements in MDL-2047 between 2011 and 2015 – with the final pre-remediation scope of work projection and cost adjusted to reflect 2019 values;

10. Buyer will receive the value of the remediation cost in the final accounting whether there is a cash settlement, reimbursement for self remediation, or a remediation of the structure through an agreed program where a contractor receives direct payment from a settlement administrator;

11. Parties agree that it shall be Buyer's obligation to consult with Doyle Law Firm, PC regarding the proper steps to self-remediate the structure (if Buyer chooses to remediate in this manner) and it shall be Buyer's obligation to cooperate with Seller and follow through with the prosecution of any legal claim against the responsible parties and not take any action which might adversely affect or jeopardize any pending claims that are either specified in the *Bennett* lawsuit or which remain unspecified;

12. Buyer has demanded the assignment of a fifty percent (50%) interest in the pending claims as a material term of the sale and Parties have agreed that Seller will retain a fifty percent (50%)

|     | interest in all claims, both pecuniary and non-pecuniary in nature; and, |
|-----|---|
| 13. | Buyer accepts and assumes all rights, title, and interest conveyed through this Agreement and assumes all obligations and duties of the Seller against any responsible party (unrelated to the *Bennett* action) beginning on the Effective Date declared herein. |

IN WITNESS WHEREOF, the Parties have executed this Agreement on this the 31st day of January, 2019.

_____          _____
Susyn Cain, Seller                                            Richard Calevro, Buyer

STATE OF MISSISSIPPI         )
                             )
COUNTY OF HANCOCK            )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **SUSYN CAIN and RICHARD CALEVRO,** whose names are signed to the foregoing Assignment of Claims & Retention of Rights Agreement, and who are known to me, acknowledged before me on this day that, being informed of the contents of the Agreement, they executed the same voluntarily on the day the same bears date.

    On this the 31ST day of January, 2019.

*Melissa D. Favre*
Notary Public

My Commission Expires: Feb. 25, 2019

(SEAL)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 111579
MELISSA D. FAVRE
Commission Expires
Feb. 25, 2019
HANCOCK COUNTY

5