# Exhibit C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## PLAINTIFF FACT SHEET

Name of Plaintiff:  Richard Calevro _____

Affected Property Address:  5040 Georgia Street, Bay St. Louis, MS 39520 _____

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

     (Month/Day/Year)       01 / 31 / 2019 ____

2.  When you took ownership of the Property, what was the name of the seller?

Susyn Cain _____

3.  Name and address of the realtor?

Pam Scott , Ashman-Mollere Realty - Waveland, MS _____

4.  Name and address of the closing agent?

Landmark Title & Escrow Co., 521 Ulman Ave, Bay St. Louis, MS 39520 _____

5.  What was the price of the home when you purchased it?  $ 65,000.00 _____

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes    ☐ No    ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A _____

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A _____

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A _____

10.   If you sold or transferred ownership of the Property, what was the price paid for home?
$ N/A _____

## II.  Appraisal of the Home

11.  Date of each appraisal:

     a. ___06___/___01___/20___19_____     Value = $178,000
     b. ___10___/___05___/20___19_____     Value = $179,000

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.   Discovery of Drywall

12.   Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

(Month/Day/Year)    ____/____/20_07__    ** I have no independent knowledge regarding this date.

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.   Manufacturer/Seller of Drywall

13.   Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know._____

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.   Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Damage was done to the house and the personal property within the house. _____

_____

15.   If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A_____

16.   If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A_____

_____

_____

_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.   If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A_____

_____

_____

_____

18.   Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**:  An list of damaged items is attached as "Exhibit 14."

19.   If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. N/A_____

b. _____

c. _____

20.   If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a. N/A /_____/20_____   to   _____/_____/20_____

b. _____/_____/20_____   to   _____/_____/20_____

c. _____/_____/20_____   to   _____/_____/20_____

21.   If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A_____

b. $_____

c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____
_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:  ☑ N/A

## VI.   Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes ☐ No ☑ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____
_____

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

_____

_____

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

_____

_____

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

_____

_____

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

I employed a variety of trade contractors to assist with the remediation, but I oversaw the entire project.

32. When did the remediation commencement date occur?

02 / 01 /20 19

33. When did the remediation end date occur?

May / 31 /20 19

34. What was the scope of the remediation and the scope of the work carried out?

Partial remediation - bathroom areas were not repaired.

_____

_____

_____

7

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

Approximately $80,000.00
_____

36.  Were any samples from the remediation retained?

☑ Yes    ☐ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes    ☐ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes    ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes    ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property: Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

>  **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property: Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following: The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____
Signature of Plaintiff

5-2-20
_____
Date

Richard L. CALEVRO
_____
Printed Name


_____
Signature of Plaintiff

_____
Date


_____
Printed Name


_____
Signature of Plaintiff

_____
Date


_____
Printed Name

11

# Exhibit 2

# Drywall Inspection Report



5040 Georgia Street
Bay St Louis, MS 39520

Prepared for:  Susyn Cain

Prepared by:  Pro-Spect Property Inspections
17464 Country Oak Lane
Gulfport, MS. 39503
MHIB#0185

# Pro-Spect Property Inspections

06:32 May 04, 2016

Page 1 of 7
5040 Georgia St Susyn Cain.alb6



#1 Labeling it on the back of sheetrock in the attic indicates Chinese drywall- "INA" of china is visible



#2 Labeling on back of attic sheet rock shows presence of Chinese drywall



#3 Blacke copper wiring and black copper tubing in attic indicating the presence of Chinese drywall



#4 Blacke copper tubing present outside of air handler in attic- indicating the presence of Chinese drywall

Palm-Tech Picture Album, Copyright © 1998-2016 PDmB, Inc.

# Pro-Spect Property Inspections



#5 Blacke copper tubing in attic indicating the presence of Chinese drywall



#6 Blacke copper wiring present inside air handler indicating the presence of Chinese drywall



#7 Aluminum coils present in the air handler



#8 Entry outlet inspected

# Pro-Spect Property Inspections



#9 Black copper present at entry outlet
indicating the presence of Chinese drywall



#10 Living room outlet inspected



#11 Black copper wiring present at living
room outlet indicating the presence of
Chinese drywall



#12 Black copper tubing under kitchen sink
indicating presence of Chinese drywall

# Pro-Spect Property Inspections



#13 Black copper tubing under kitchen sink indicating presence of Chinese drywall



#14 Black copper tubing in hallway bathroom indicating presence of Chinese drywall



#15 Electrical panel in laundry room inspected



#16 Black copper wire present in electrical panel indicating the presence of Chinese drywall

# Pro-Spect Property Inspections

06:32 May 04, 2016

Page 5 of 7
5040 Georgia St Susyn Cain.alb6



#17 Black copper wire present in electrical panel indicating the presence of Chinese drywall



#18 Black copper wire present in electrical panel indicating the presence of Chinese drywall



#19 Black copper wire present in electrical panel indicating the presence of Chinese drywall



#20 South east bedroom outlet inspected

# Pro-Spect Property Inspections



#21 Black wiring on south east bedroom outlet indicating the presence of Chinese drywall



#22 Southwest bedroom outlet inspected



#23 Black wiring present on southwest corner bedroom outlet indicating the presence of Chinese drywall



#24 Master bedroom outlet inspected

Case 2:09-md-02047-EEF-MBN   Document 22793-3   Filed 05/05/20   Page 21 of 48

# Pro-Spect Property Inspections



#25 Black copper wiring present on master bedroom outlet indicating the presence of Chinese drywall



#26 Blacke copper tubing present in master bathroom indicating the presence of Chinese drywall

# Pro-Spect Property Inspections

17464 Country Oak Lane
Gulfport, MS. 39503

Cell   (228) 365-5454
Email prospectpi@cableone.net
www.pro-spectpi.com

5/2/2016

To Whom It May Concern:

This letter is to verify that there is **<u>strong evidence</u>** of "Chinese Sheetrock" at the home located at 5040 Georgia Street Bay St Louis, MS 39520. The inspection was performed on the evening of 5/2/2016 for Susyn Cain. I inspected the interior air conditioner coils, copper plumbing tubing, and household wiring at A/C, and electrical panel. I found a black discoloration on all inspected copper. Sheetrock labeling indicated toxic drywall present in the attic. There was a strong sulfur odor detected. Attached are photos to support the above statement. Lab testing would be needed for conclusive determination. If you have any questions, please contact me.

Sincerely,

Randy Westrick
Pro-Spect Property Inspections

Mississippi State Licensed Home Inspector MHIB# 0185
Certified Indoor Air Quality Technician
Certified Mold inspector/Assessor

# Exhibit 3



# Exhibit 12

Environmental Certificate (Exhibit B)

## Exhibit B

## ENVIRONMENTAL CERTIFICATE

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: _Richard Calevro_

By:
(Signature) _Richard L. Calevro_       Date _5-2-20_

(Print Name) _Richard L. Calevro_

(Print Title) _____

(Print Company) _____

# Exhibit 13

## OWNER DISCLOSURE AFFIDAVIT

Owner name: _Richard L Calevro_

Affected Property address: _5040 Georgia St, Bay St Louis MS 39520_

Purchase date and price of Affected Property: _1-31-19  Lease purchase date_

List the manufacturers of all drywall found in the Affected Property: _was march-2017_

_____

_____

Move-out date: _May 1 2018_

Move-in date: _Jan 31 - 2019_

Storage expenses paid: _1200_

Moving expenses paid: _2800_

Utility expenses paid: _1450_

Alternative living expenses paid: _9,000.00_

Total cost of construction paid: _80,000_

Total claim: _____

General Contractor name and phone #: _Richard L Calevro   601-569-6365_

Total amount paid to general contractor: _0_

Affected Property air conditioned square footage: _1625_

Was Owner aware of the defective drywall before purchasing the Affected Property: _YES_

_____

_____

Please describe the remediation of the Affected Property.  If you removed and reused an item, please circle 'reused'.  In the event that you replaced an item, with another of the same material and quality please circle 'replaced'.  In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank.  Circling 'replaced' indicates that you replaced the items with one of equal value.

_used half_

**Kitchen cabinets:**          (Reused)          (Replaced)

Owner Initial _RLC_   Contractor Initial _RLC_

**Kitchen countertop:**               (Reused)        Replaced

If replaced indicate material:     (Formica)     Corion     Tile          Granite

**Kitchen Plumbing Fixtures:** (Faucets, sink)     Reused     (Replaced)

**Kitchen floor:**                    (Reused)  ½  (Replaced)

**Appliances:**                        Reused     (Replaced)

If replaced, please list appliance manufacture and model: _____

_____

_____ *Scat copy* _____

_____

**Bathroom cabinets:**                Reused     (Replaced)

**Bathroom tops:**                    Reused     (Replaced)

If replaced indicate material:  Formica     (Cultured Marble)     Tile          Granite

**Bathroom flooring:**                (Reused)        Replaced

**Bathroom enclosures:**              Reused     (Replaced)

**Bathroom lighting:**                Reused     (Replaced)

**Bathroom Accessories** (towel bars, etc.):     Reused     (Replaced)

**Bathroom Mirrors:**                 Reused     (Replaced)

**Tub:**                              Reused     (Replaced)

If replaced indicate master bath tub type:  (Fiberglass)  Steel     (Jacuzzi)

**Plumbing fixtures** (toilets, sinks):     Reused     Replaced

If replaced please provide description of original manufactures:

_____ *walkin Shower + walls with tile* _____

**Plumbing faucets:**                 Reused     (Replaced)

If replaced please provide description of original manufactures:

_____ *Replaced* _____

**Plumbing lines:**                   (Reused)  ½  (Replaced)

If replaced indicate material:     (Copper)     CPVC          PEX

Owner Initial *RLC*  Contractor Initial *RLC*

**Base boards:**                              Reused          (Replaced)
**Interior doors:**                           Reused          (Replaced)
If replaced indicate:        (Hollow core 6' 8" doors)   Hollow core 8' doors      Solid core 8' doors
**Window wood molding:**          N/A         Reused          (Replaced)
**Crown molding:**                N/A         Reused          (Replaced)
If replaced please indicate original locations:

_in kitchen_
_____

_____

**Chair Rail:**                    (N/A)        Reused          Replaced
If replaced please indicate original locations:

_____
_Repaird_
_____

**Tile flooring:**                 N/A     (Reused)        (Replaced)
If replaced please indicate locations of tile floors:

_____

_____

**Marble Flooring:**               (N/A)        Reused          Replaced
If replaced please indicate locations of marble floors:

_____

_____

**Wood Flooring Type:**            (N/A)        Wood            Pergo/float
**Wood flooring:**                 (N/A)        Reused          Replaced
If replaced please indicate locations of wood floors:

_____

_____

**Carpet:**                                   Reused          Replaced




Owner Initial _RLC_  Contractor Initial _RLC_

If replaced please provide description of original manufactures:

*Electric Fire Place with Marble Front & Top still have it works when it wants*

If replaced please indicate locations of carpet:

_____

_____

**HVAC replacement:**   Ducts   Coils   Air handler (interior)   Condenser(exterior)

**HVAC manufacturer:** _____   *Repair*

**Insulation:**                         Reused   *&*   Replaced

**Electrical fixtures:**            Reused        Replaced

**Electrical wiring:**              Reused        Replaced

**Electrical fans:**                                    *Replaced*

If replaced please indicate how many and which rooms:

*6 i 3 bedrooms 1-Kitchen  2-Living Room 3 porch*

**Stair rails:**            N/A     Reused         Replaced

**Window sills:**                   Reused         Replaced

If replaced indicate original material:   Wood     Marble     Drywall

**Alarm system:**          N/A     Reused         Replaced

Fire suppression system:   N/A     Reused         Replaced

**Intercom:**              N/A     Reused         Replaced

**Surround sound:**        N/A     Reused         Replaced

**Wall papers:**           N/A                     Replaced

**Interior paint:**                         Total colors used: _____

Additional construction related items replaced:

*6 Security Camers Replace*

_____

_____

Owner Initial *RLC*   Contractor Initial *RLC*

Personal items replaced:

_____ *Seat List* _____

_____

_____

Items that were upgraded and deducted from construction replacement cost:

_____

_____

_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

    a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial *RLC*   Contractor Initial *RLC*

403800v2
10/17/13

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _RLC_  Contractor Initial _RLC_

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: _5 - 2 - 20_

Homeowner Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Date: _____

Contractor Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Owner Initial _____ Contractor Initial _____

403800v2
10/17/13

Page 7 of 7

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff:   Richard Calevro

Property Address:   5040 Georgia Street, Bay St. Louis, MS 39520

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Samsung 65" TV    QN65Q80TAFXZA | 1800 |
| 2 | Whirlpool Refrigerator    WRX986SIHZ | 2599 |
| 3 | Samsung Range Top 36"    NZ36R5330RK | 549 |
| 4 | Whirlpool Double Oven    WOD77EC0HS | 2699 |
| 5 | GE Profile Microwave    PSB9100SFSS | 1889 |
| 6 | Various Small Kitchen Appliances | 1400 |
| 7 | Dishes, Utensils, Glassware, etc | 725 |
| 8 | Dyson Vacuum Cleaner | 399 |
| 9 | 6 Hunter Romulus Low Profile Ceiling Fans  54"  SKU 59481 | 2094 |
| 10 | 3 Outdoor Hunter 52" Fans    SKU 23845 | 1497 |
| 11 | 3's Samsung 50" TV    50UN7300PUF | 1200 |
| 12 | Bose Lifestyle 650 Home System | 4775 |
| 13 | HP Envy Laptop    17M-CG0013DX | 1250 |
| 14 | HP Pavillion Desktop    27-XA0014 | 1299 |
| 15 | HP Pro 477 Printer    D3Q20A#B1H | 700 |
| 16 | Furniture, LV Rm, 3 Bdrms, Dining | 11,289 |

| | | |
|---|---|---|
| 17 | CLoThes + Shoes | 9000 |
| 18 | ArT + Pictures | 2300 |
| 19 | Rugs | 1750 |
| 20 | SubToTaL | 49214 |
| 21 | 7% SaLes Tax | 3445 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 52,659.

 Gmail

Dottie Mitchell <dotti7490@gmail.com>

## Lifestyle 650 home entertainment system - Black

**Dottie Mitchell** <dotti7490@gmail.com>
To: Dottie Mitchell <dotti7490@gmail.com>

Sun, May 3, 2020 at 1:13 PM

Lifestyle 650 home entertainment system - Black
IN STOCK
QTY: 1
$3,999.95

SoundTouch® SA-5 amplifier Black - Black
IN STOCK
QTY: 1
$449.95

OmniJewel center channel wall bracket - Black
IN STOCK
QTY: 1
$24.95

OmniJewel wall bracket - Black
IN STOCK
QTY: 1
$49.95

OmniJewel floor stands - Black

QTY: 1
$179.95

OmniJewel ceiling brackets - Black
IN STOCK
QTY: 1
$69.95
Make Changes >
Subtotal:
$4,774.70
Shipping:
FREE
Order total:
$4,774.7

Dotti Mitchell 🌹

**SHIP & DELIVER TO SLIDELL, LA**

- **FURNITURE**
- **KIDS & TEENS**
  - **PATIO**
- **MATTRESSES**
  - **SALES**

# ONLINE CART



**Eric Church Highway To Home Headliner Gray Leather 5 Pc Dual Power Reclining Sectional**

SKU: 1998934P

Quantity Select

removefrom cart

$2999.99
$50 A MONTH*

**Add:**
- 3 Year Furniture Protection Plan
  What's covered?

$338.45



**Edlie Gold Cocktail Table**

SKU: 23142906

removefrom cart

Quantity Select

$299.99



**Clairview Gold End Table**

SKU: 23181617

removefrom cart

Quantity Select

$399.98



**Lafayette Place Brown 5 Pc King Upholstered Sleigh Bedroom**

SKU: 3320418P

removefrom cart

Quantity Select

$1799.99
**$30 A MONTH\***

## INCLUDES:



**Dresser**



**Mirror**



### 3 Pc King Upholstered Bed



**Cindy Crawford Home Golden Isles Tobacco 5 Pc Queen Panel Bedroom**

SKU: 3213409P

Quantity Select

removefrom cart

$1455
$25 A MONTH*

**Add:**

- 3 Year Furniture Protection Plan
  What's covered?

$145.50

## INCLUDES:



**Dresser**



**Mirror**



**3 Pc Queen Panel Bed**



**Rustic Haven Tobacco 5 Pc Queen Panel Bedroom**

SKU: 3314180P

Quantity Select

removefrom cart

$1199.99
$20 A MONTH*

**Add:**

- 3 Year Furniture Protection Plan
  What's covered?

$120

## INCLUDES:



**Dresser**



**Mirror**



**3 Pc Queen Bed**



**Lavonne Spring Blue Set of 2 Lamps**

SKU: 90129404

Quantity Select

removefrom cart

$219.99



**Lilian Lane Gray Lamp**

SKU: 90129670

Quantity Select

removefrom cart

$716

$12 A MONTH*



**Herrling Taupe Set of 2 Lamps**

SKU: 90192508

removefrom cart                    Quantity Select

$299.99



**Deodate Gray Lamp**

SKU: 90131295

removefrom cart                    Quantity Select

$498



**Cindy Crawford Home Pine Manor Brown 5 Pc 102 in. Dining Room**

SKU: 4233900P

removefrom cart                    Quantity Select

$1399.99
$24 A MONTH*

**Add:**
- 3 Year Furniture Protection Plan
  What's covered?

$140

INCLUDES:



**Dining Table**



**Ladderback Side Chair (4)**

**We Accept**

      

Total

$11288.91