# Exhibit D



**Healthy Home Solutions, LLC**

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:  Chinese Drywall Screening Report Number: CAIN_5040
**Property: 5040 Georgia Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was attempted. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1436 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

*[signature]*

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.




Figure 2: Markings on drywall consistent with KPT brand drywall.

#1 Labeling it on the back of sheetrock in the attic indicates Chinese drywall- "INA" of china is visible

#2 Labeling on back of attic sheet rock shows presence of Chinese drywall




#3 Blacke copper wiring and black copper tubing in attic indicating the presence of Chinese drywall

#4 Blacke copper tubing present outside of air handler in attic- indicating the presence of Chinese drywall

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com