# Exhibit A

This Instrument Prepared By: Tara Torrone
**PATRIOT TITLE SERVICES, LLC**
825 E. Cowboy Way
Labelle, Florida 33935
File Number: **TT-0769**
Strap Number: 4-10-43-29-070-2224-011.0

# Warranty Deed

(The terms "grantor" and "grantee" herein shall be construed to include all genders and singular or plural as the context indicates.)

Made this 17th day of October, 2005, BETWEEN

**Robert Charles, LLC, a Florida Limited Liability Company**

whose post office address is:     15500 Idalia Drive, Alva, FL 33920, **grantor**

and

**Ralph Cochran and Edward Laremore**

whose post office address is: 5012 Church Road, MountLaurel, NJ 08054     , **grantee,**

WITNESSETH: That the said grantor, for and in consideration of the sum of Ten ($10.00) Dollars, and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs, successors and assigns forever, the following described land, situate, lying and being in Hendry County, Florida towit:

**Lot 11, Block 2224, Unit 7, Port LaBelle, a Subdivision according to the plat thereof as recorded in Plat Book 3, Page 116, Public Records of Hendry County, Florida.**

Subject to easements and restrictions of record, if any, which are specifically not extended or reimposed hereby.

Said grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; the the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; that the land is free of all encumbrances except taxes accruing subsequent to December 31, 2005.

**IN WITNESS WHEREOF,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 signature

Tara Torrone
Witness #1 print name

Amanda Hudgins
Witness #2 signature

Amanda Hudgins
Witness #2 print name

Robert Charles, LLC, a Florida Limited Liability Company

_____
By: Kimberly Trapp
Title: Managing Member

**STATE OF** Florida    **COUNTY OF** Hendry

I HEREBY CERTIFY, that on this __17th__ day of __October__, 2005 before me personally appeared **Kimberly Trapp, AS Managing Member** of Robert Charles, LLC, a Florida Limited Liability Company, who is personally known to me or who has provided _____ as identification and who is the person described in and who executed the foregoing instrument and who after being duly sworn says that the execution hereof is free act and deed for the uses and purposed herein mentioned.

SWORN TO AND SUBSCRIBED before me the undersigned Notary Public by my hand and official seal, the day and year last aforesaid.

My Commission Expires: 4/22/06
(seal)

_____
Notary Public

Tara Torrone
Notary printed

(Notary seal: TARA TORRONE, MY COMMISSION EXPIRES April 22, 2006, #DD 110787, Bonded thru Notary Public Underwriters, NOTARY PUBLIC STATE OF FLORIDA)

Page 2 of 2