# Exhibit A

5/10/2017 02:45 PM    Instrument # 2017092994 #1 Book: 7396 Page: 2385    Laura E. Roth, Volusia County Clerk of Court
Doc Stamps $2,030.00 Transfer Amt $290,000.00

Case 2:09-md-02047-EEF-MBN   Document 22795-1   Filed 05/05/20   Page 2 of 2

Record and Return to:
Southern Title Holding Company, LLC
2335 Beville Road
Daytona Beach, FL 32119

Prepared by:
Cathy H. Pulliam, C.L.C.
Southern Title Holding Company, LLC
555 W. Granada Blvd, Ste H-12
Ormond Beach, FL 32174

File Number: OB171108

(Space Above This Line For Recording Data)

# Warranty Deed

This **Warranty Deed** made this 8th day of May, 2017, between **Dawn M. Johnson, a married person, Individually and as Trustee of the Dawn M. Johnson Trust dated 4/15/2011** whose post office address is **1522 Poplar Drive, Ormond Beach, FL 32174**, grantor, and **Byron W. Robbins and Fern L. Robbins, husband and wife** whose post office address is **421 Chelsea Place Avenue, Ormond Beach, FL 32174**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in the **Volusia** County, Florida, to-wit:

> Lot 97, Chelsea Place, Phase 1, according to the Plat thereof, recorded in Map Book 51, Pages 151 through 158, inclusive, of the Public Records of Volusia County, Florida
>
> Parcel Identification Number: 4230-14-00-0970

The property is not the homestead of the Grantor(s).

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2016.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Signature
Witness Name: CATHY H. PULLIAM

Witness Signature
Witness Name: _____

_____
Dawn M. Johnson, Individually and as Trustee of the Dawn M. Johnson Trust dated 4/15/2011

State of Florida
County of Volusia

The foregoing instrument was acknowledged before me this 8th day of May, 2017, by **DAWN M. JOHNSON, INDIVIDUALLY AND AS TRUSTEE OF THE DAWN M. JOHNSON TRUST DATED 4/15/2011**, she (___) is personally known to me or (_x_) has produced Driver(s) License as identification.

_____
Notary Public
Printed Name:
My Commission Expires:



CATHY H. PULLIAM
Commission # FF 138493
Expires July 2, 2018
Bonded Thru Troy Fain Insurance 800-385-7019

*Warranty Deed* - Page 1