# Exhibit B

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

| | |
|---|---|
| Name Property Owner | Byron & Fern Robbins |
| Address of Affected Property | 421 Chelsea Place Avenue |
| | Ormond Beach, FL 32174 |
| Is this Property:* | **Residential** Commercial Governmental |
| Name of Person Completing this Form | Byron & Fern Robbins |
| Is above your primary residence? | **Yes** No |
| Mailing Address (if different) | |
| Phone: | ( 856 ) 305 - 2766 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | **Owner-Occupant** Owner Only Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

## Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | State Farm Fire and Casualty Insurance Company |
| Policy #: | 80-83-L725-9 |
| Agent: | Tony Pearson |
| Address: | 1387 West Granada Blvd. |
| | Ormond Beach, FL 32174 |
| Phone: | ( 386 ) 673 - 3611 |

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Byron Robbins | 11/07/17 | / / | **M** / F | / / | Yes **No** | Owner - Occupant |
| Fern Robbins | 11/07/17 | / / | M / **F** | / / | Yes **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Byron Robbins

    1.2. When did the inspection take place?    01/05/18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    (Yes)    No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Byron Robbins

    2.2. When was this determination made?    01/05/18

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,552 |  | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X |  |
| Height of interior Walls | 10' | Year-round | X |  |
| Number of Bedrooms: | 4 | Summer |  |  |
| Number of Bathrooms: | 3 | Winter |  |  |

#### Plumbing System

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping |  | X |  |
| Copper Piping | X |  |  |
| Copper Fixtures | X |  |  |
| Other Fixtures | X |  |  |
| Were repairs made to the plumbing system? |  | X |  |
| Dates: |  |  |  |

#### Electrical System

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| Receptacles | X |  |  |
| Switches | X |  |  |
| Main Panel | X |  |  |
| 2nd Panel |  |  | X |
| Exposed Copper Wires | X |  |  |
| Were repairs made to the electrical system? |  | X |  |
| Dates: |  |  |  |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

Start Date:

Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced |  |  |  |
| First Floor: Full Wall of drywall replaced |  |  |  |
| Second Floor: Any drywall replaced |  |  |  |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

    ICI Homes

Address:

Phone: ( )

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____  1/10/18          _____  _____
Claimant's Signature       Date Signed       Claimant's Signature    Date Signed

_____  1/10/18          _____  _____
Claimant's Signature       Date Signed       Claimant's Signature    Date Signed

_____  _____       _____  _____
Claimant's Signature       Date Signed       Claimant's Signature    Date Signed

*Home owners Insurance* (handwritten)

**StateFarm** **State Farm Florida Insurance Company**
A Stock Company With Home Offices in Winter Haven, Florida

7401 Cypress Gardens Blvd.
Winter Haven, FL 33888-0007

**DECLARATIONS PAGE** — AMENDED NOV 9 2017

| Policy Number | 80-B3-L725-9 |
|---|---|

**Named Insured**

AT 1   H-19-6536-FAE9   H   F
000762   0046
ROBBINS, BYRON
421 CHELSEA PLACE AVE
ORMOND BEACH FL 32174-0688

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | MAY 8 2017 | MAY 8 2018 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

## HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

**Your policy is amended NOV 9 2017**
CLAIM RATING CHANGED

| Coverages & Property | Limits of Liability |
|---|---|
| **SECTION I** | |
| A Dwelling | $ 273,000 |
|    Dwelling Extension up to | $ 27,300 |
| B Personal Property | $ 204,750 |
| C Loss of Use | Actual Loss Sustained |
| **SECTION II** | |
| L Personal Liability (Each Occurrence) | $ 100,000 |
|    Damage to Property of Others | $ 500 |
| M Medical Payments to Others (Each Person) | $ 1,000 |

Inflation Coverage Index: 233.7

| Deductibles - Section I | | |
|---|---|---|
| All Losses   1% | $ | 2,730 |
| Hurricane | $ | 2,730 |

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy.

**Loss Settlement Provision (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

Forms, Options, & Endorsements
Homeowners Policy                       FP-7955.FL
Fungus (Including Mold) Excl            FE-5453
Homeowners Policy Endorsement           FE-3440
Actual Cash Value Endorsement           FE-3650
Back-Up of Sewer or Drain               FE-5702.2
FL Cat Grnd Cover Collapse Cov          FE-3564.1
Jewelry and Furs $1,500 Each            Option JF
  Article/$2,500 Aggregate
Increase Dwlg Up to $ 54,600            Option ID

For questions, problems, or to obtain information about coverage call: 386-673-3611

| Endorsement Premium | | |
|---|---|---|
| DECREASE | $ | 65.08 |
| 2012 FL GUARANTY-REG | $ | .05cr |

Discounts Applied:
  Home/Auto
  Utility Rating Cr
  Claim Record
  Bldg Code Rating
  Continued on Reverse

— Other limits and exclusions may apply - refer to your policy —

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7002.5C                    **Continued on Reverse**

3321  252  I
N             Prepared    NOV 28 2017

**TONY PEARSON INS AGENCY INC**
386-673-3611

555-7020    555-7020.1 Rev. 10-2002 (o1f039fc)

Floor plan 1st & 2nd Floor





2nd Floor

8 ft ceiling



bath 8 x 5 1/2
5 1/2 x 5 1/2
WIC 6 x 5 1/2