# Exhibit D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Byron W. Robbins & Fern L. Robbins

Affected Property Address: 421 Chelsea Place Avenue, Ormond Beach, FL  32174

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1. On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)         05  / 18  /  2017

2. When you took ownership of the Property, what was the name of the seller?

Dawn M. Johnson

1

3. Name and address of the realtor?

William Butcher, Exit Beach Realty, 959 Parkwood Drive, Ormond Beach, FL  32174

4. Name and address of the closing agent?

Southern Title, 555 West Granada Blvd., Suite H-12, Ormond Beach, FL  32174

5. What was the price of the home when you purchased it?  $  290,000.00

6. Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes   ☐ No   ☐ I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?
$ N/A

## II.  Appraisal of the Home

11. Date of each appraisal:

a. _____/_____/20_____
b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.   Discovery of Drywall

12.   Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)         ____/____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.   Manufacturer/Seller of Drywall

13.   Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response:**  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Significant loss of use and/or enjoyment of the property as a result of Chinese drywall.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

**Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. N/A _____

b. _____

c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a. _____/_____/20_____  to  _____/_____/20_____

b. _____/_____/20_____  to  _____/_____/20_____

c. _____/_____/20_____  to  _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A _____

b. $_____

c. $_____

5

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

6

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII. Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

    **Response:** ☑ N/A

32. When did the remediation commencement date occur?

    **Response:** ☑ N/A

33. When did the remediation end date occur?

    **Response:** ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

    **Response:** ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

    **Response:** ☑ N/A

36. Were any samples from the remediation retained?

   **Response:**   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   **Response:**   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   **Response:**   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   **Response:**   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          _____
Signature of Plaintiff                              Date   6/3/19

_Byron W. Robbins_
_____
Printed Name


_____          _____
Signature of Plaintiff                              Date   6/3/19

_Fern L. Robbins_
_____
Printed Name


_____          _____
Signature of Plaintiff                              Date

_____
Printed Name

# Exhibit 1

# Exhibit 2

# Exhibit 3

Document 2279

Chelsea Place Ave.
Ormond Beach, FL 32174

1-5-18

Byron Robbins
421 Chelsea Place Ave.
Ormond Beach, FL  32174

1-5-18

Byron Robbins
401 Chelsea Place Ave
Orchard Beach, FL 32174

1-5-18

ocument 2279

Byron  Robbins
421 Chelsea Place Ave
Ormond Beach, FL 32174

1-5-18

document 2279

Byron Robbins
421 Chelsea Place Ave.
Ormond Beach, FL 32174

1-5-18

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: <u>Byron & Fern Robbins</u>

Property Address: <u>421 Chelsea Place Ave   Ormond Beach, FL  32174</u>

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | GE Professional series over the range micro wave  (replaced) | $629 |
| 2 | GE Double  Electric Convection wall oven    (replaced below) | $2339 |
| 3 | GE Profile oven/microwave  model PT7800DH6WW | $3499 |
| 4 | Zephyl hood replaced hood from above (#1)  model | $310 |
| 5 | Garage door opener repair  overhead door phantom | $188 |
| 6 | Surround sound system - builder installed | $3110 |
| 7 | GE dishwasher (replaced with Bosch model SHE863WF2N/01) | $943 |
| 8 | 5 ton HVAC unit and air handler (Rheem replacement) PR1560 | $7000 |
| 9 | 2 ton HVAC repairs | $400 |
| 10 | 2 ton HVAC unit (above line)  (Rheem replacement)  PR14188 | $1850 |
| 11 | Ground fault receptacle replacement | $22 |
| 12 | 65 inch Samsung TV  model UN65MU6290FXZA | $1098 |
| 13 | Yamaha amplifier model RX-V859 | $280 |
| 14 | Sony Blueray DVD player | $215 |
| 15 | Sony 5 disk CD player | $146 |
| 16 | GE profile range model  PP9036DJBB | $1350 |

| 17 | Cub 2 subwoofer  s/n 12A002145 | $399 |
|---|---|---|
| 18 | Panasonic 42 inch TV  model TH-42PX600U    plasma | $1400 |
| 19 | Roku XD  model 2050X | $45 |
| 20 | Maytag washer  model MVWC65FWO | $549 |
| 21 | Maytag dryer  modelMEDC215EW1 | $549 |
| 22 | Samsung refrigerator  model RF260BEAEWW/AA | $999 |
| 23 | Samsung refrigerator model RS277ACWP | $1049 |
| 24 | Frigidare Freezer  model  LFFU14F5HWL | $350 |
| 25 | Toshiba laptop Satellite  model L55t-B5278 | $951 |
| 26 | ViewSonic 21 inch monitor  model VS13814 | $121 |
| 27 | Westinghouse 42 INCH TV  model TW-69701-A037F | $249 |
| 28 | 2 ea Samsung Galaxy Grand phones  $125 each | $250 |
| 29 | Apple MacBook Pro  lap top  11inch 500GB memory | $1995 |
| 30 | CW radio  model CCRadioSW   s/n 112003686 | $149 |
| 31 | HP office jet printer pro  model 6970 | $140 |
| 32 | Whirlpool water softener  model WHES60 | $889 |
| 33 | TOTAL | $33,463 |
| 34 | 6.5% SALES TAX | $2175 |
| 35 | | |

Total: $   35,638

# Plaintiff Fact Sheet

Plaintiff:   Byron & Fern Robbins

Property Address:   421 Chelsea Place Ave Ormond Beach, FL. 32174

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | GE Professional series over the range microwave and vent fan. Model FPBM3077RF. **Replaced below**. Original cost $629 | |
| 2 | GE Double Electric Convection Oven model WOD93ECOAS. **Replaced below**   Original cost   $2339 | |
| 3 | GE Profile oven/microwave. Model PT7800DHWW replacement for item #1 & 2 | 2925 |
| 4 | Zephyl hood (Essentials Breeze II) + recirculation kit  part of replacement (vent fan) for item #1 | 335 |
| 5 | Garage door opener repair. Replacement motor model Genie model 737050 | 188 |
| 6 | GE Dishwasher.    Have no info.  **Replaced below** | |
| 7 | Bosch dishwasher. Model SHE863WF2N/01.  Replacement for item #6 | 943 |
| 8 | 5 ton HVAC. (ground floor) unit and air handler replacement for original.    Rheem  Model RP1560. &  RHIV6024STANJA | 7000 |
| 9 | 2 ton  HVAC (2nd floor). Attempted repairs | 400 |
| 10 | 2 ton HVAC (2nd floor). Replacement.  Rheem Model. RP1418BJ1NA | 1850 |
| 11 | Sub Total      $ | 13,641 |
| 12 | Sales tax      6.5% | 886.67 |
| 13 | TOTAL | 14527.67 |

Shop Frigidaire Professional 1.8-cu ft Over-the-Range Convection Mic...of Stainless Steel] (Common: 30-in; Actual: 29.875-in) at Lowes.com          3/29/18, 5:41 PM



**Open until 10PM!**
**Ormond Beach Lowe's** ⌄

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

*Item # 1*

*been replaced!*

Item # 669030 Model # FPBM3077RF

## Frigidaire Professional 1.8-cu ft Over-the-Range Convection Microwave with Sensor Cooking Controls (Smudge-Proof Stainless Steel) (Common: 30-in; Actual: 29.875-in)



544 Ratings
★★★★⯪
4.5 Average

**87%**
Recommend this product

💬
Community Q&A
View Now

$**629.00** Was $699.00
SAVE 10% thru 04/04/2018

- 1.8-cu ft capacity and a 14.18-in turntable ensure even cooking and provide room to…
- 1050-watts provides the power to heat everything from hot chocolate to casseroles
- Smudge-Proof™ stainless steel exterior reduces fingerprints, making it easier to…

**Lowe's Extended Protection Plans**

| 5 YEAR: $119.97 | 3 YEAR: $79.97 |




**Ships to Store FREE**
✓ Ready for pickup: Estimated by 04/19/2018


**FREE Delivery**
✓ Ready for delivery: Estimated on 04/19/2018

Shop Whirlpool Self-Cleaning Convection Double Electric Wall Oven (Stainless Steel) (Common: 30 Inch; Actual: 30-in) at Lowes.com          3/29/18, 5:39 PM

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >



**LOWE'S**  Open until 10PM!
Ormond Beach Lowe's ∨

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

*Item # 2*

*been replaced*

Item # 489713 Model # WOD93EC0AS

# Whirlpool Self-Cleaning Convection Double Electric Wall Oven (Stainless Steel) (Common: 30 Inch; Actual: 30-in)

323 Ratings
★★★★☆
4.0 Average

79%
Recommend this product

💬 Community Q&A
View Now



Includes oven only; Installation available for additional fees; Contact local store for availability

**$2,339.00** Was $2,599.00
SAVE 10% thru 04/04/2018

- AccuBake Temperature Management System surrounds food with even...
- True convection cooking system delivers exceptional results and faster baking on...
- Rapid preheat option preheats the oven 25% faster and saves time and energy

**Manufacturer Color/Finish**

Stainless Steel ∨

**Common Oven Size**

30 Inch ∨

**Lowe's Extended Protection Plans**

| 5 YEAR: $229.97 | 3 YEAR: $129.97 |



**JOHN'S APPLIANCE &
BEDDING**
**949 BEVILLE ROAD**
**SOUTH DAYTONA, FL 32119**
**(386)760-2776    FAX:(386)760-3386**
**WWW.JOHNSABC.COM**

LAYAWAY MODIFY      9044371
PAGE:   1 OF   1   11/26/18 10:02:18
Date Needed   09/26/18



*Items # 3 & 4*

| Sold to:A9-024160 | Ship to:A9-024160 |
|---|---|
| BYRON & FERN ROBBINS<br>421 CHELSEY PL<br><br>ORMOND BEACH,FL  32174<br>(856)305-2766 | BYRON & FERN ROBBINS<br><br>421 CHELSEY PL<br>ORMOND BEACH,FL  32174<br>(856)305-2766 |

| CUSTOMER CODE | ANT.DEL DATE | ORG DATE | SALESREP-DR & | PAYMENT |
|---|---|---|---|---|
| A9-024160 | Future | 09/26/18 | JOHN DREISTADT | CHECK 080 |

| Mfr | Model Number | Description | Unit Price | Qty | Ext Price |
|---|---|---|---|---|---|
| GEP | PT7800DHWW | WALL OVEN SINGLE 30" *Item# 3* | 2925.00 | 1 | 2925.00 |
| GEP | PP9036DJBB | GE PROFILE SERIES 36" BUILT-IN TOUCH CONTROL COOKTOP | 1156.00 | 1 | 1156.00 |
| ZEP | AK1236W *Item#4* | ZEPHYR ESSENTIALS BREEZE II COLLECTION 36" UNDER CABINET HOO | 310.00 | 1 | 310.00 |
| DEL | NOTE | DELIER WITH CABINETS | 0.00 | 1 | 0.00 |
| ZEP | OAK11-21001 *Item#4* | RECIRCULATION KIT W/CHARCOAL | 25.00 | 1 | 25.00 |

____YES ____NO : PHONE ORDER

I DECLINE PURCHASE PROTECTION

SIGN:_____

| SubTotal | 4416.00 |
|---|---|
| *Sales Tax FL6 6.500% | 287.05 |
| Total Sale | 4703.05 |
| Previous Deposits | 2200.00 |
| New Deposits | 2503.04 |
| --Payment Detail-- | |
| Check 080      .... | 2503.04 |
| **Total Due** | **0.00** |

*Note:  Item PT7800DHWW
replaces Items 1 & 2  on Q18 Itemization
Item's  AK1236W & OAK11-21001 are  vent fan for above*

SIGN_____

**PLEASE NOTE, CANCELLATIONS MAY BE SUBJECT TO A 20% RESTOCKING FEE. IN THE EVENT OF
COLLECTION BY ATTORNEY, ALL ATTORNEY, COURT COSTS AND OTHER LEGAL FEES SHALL BE BORNE BY
THE BUYER: IN THE EVENT OF NON-PAYMENT, PURCHASER AGREES TO ALLOW SELLER ON PREMISES TO
REMOVE EQUIPMENT INSTALLED. DEPOSITS LEFT OVER 30 DAYS ARE NONREFUNDABLE.**

 **Bank of America**

Online Banking

---

## Adv Plus Banking - 3358: Account Activity Transaction Details

| | |
|---|---|
| **My Description:** | John's |
| **Check number:** | 00000000063 |
| **Post date:** | 09/27/2018 |
| **Amount:** | -2,200.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

*Items #3 & 4* (handwritten)

BYRON W ROBBINS
FERN L ROBBINS
421 CHELSEA PLACE AVE
ORMOND BEACH, FL 32174-0688

063
55-33/212 NJ
1184

Date 9/26/18

Pay to the Order of _John's Appliance_   $ 2200.00

_Twenty Two Hundred and_ 00/100 Dollars

Bank of America

ACH R/T 021200339

For _____

⑆021200339⑆ 00900 1083358⑈0063

Bank of America | Online Banking | Accounts | Account Details | Account Activity                                      6/1/19, 6:19 PM

   **Bank of America**                                                                    Online Banking

---

## Adv Plus Banking - 3358: Account Activity Transaction Details

---

| | |
|---|---|
| **My Description:** | john's |
| **Check number:** | 00000000080 |
| **Post date:** | 11/27/2018 |
| **Amount:** | -2,503.04 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

*Items # 3 & 4*

BYRON W ROBBINS
FERN L ROBBINS                                                           080
421 CHELSEA PLACE AVE                                         55-33/212 NJ
ORMOND BEACH, FL 32174-0688                                      1184

                                                            11/26/18
                                                                Date

Pay to the
Order of   John's Appliance                              $ 2503. 04

Twenty Five Hundred Three       04/100              Dollars

**Bank of America**
ACH R/T 021200339

For  # 9044371-2                          Fern Robbins

⑆021200339⑆ 00900108335811⑉0080

Shop Genie 1.25-HP Ultra Quiet, Stealthdrive Belt Drive Garage Door Opener with Battery Back-Up at Lowes.com                                    3/29/18, 6:11 PM

SAVE ON ALL THINGS SPRING + FREE PARCEL SHIPPING WITH MYLOWE'S. SHOP NOW >



**LOWE'S**  Open until 10PM!
Ormond Beach Lowe's ⌄

Prices, promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

*Item #5*

*replacement for Item #5*

Item # 737050 **Model #** 7055-TKV

## Genie 1.25-HP Ultra Quiet, Stealthdrive Belt Drive Garage Door Opener with Battery Back-Up

166 Ratings
★★★★½
4.5 Average

94%
Recommend this product


Community Q&A
View Now

## $188.00

- Integrated backup battery operates opener when your power goes out
- Belt drive provides maximum quiet for garage located near living areas
- Pre-programmed remotes are ready to use with no programming necessary

**Lowe's Replacement Plans**

| 1 YEAR: $19.97 | 2 YEAR: $24.97 |
|---|---|




**FREE Store Pickup**

✓ 4 available today at Ormond Beach Lowe's!


**Shipping & Delivery**

✓ Available!

https://www.lowes.com/pd/Genie-1-25-HP-Ultra-Quiet-Stealthdrive-Belt-Drive-Garage-Door-Opener-with-Battery-Back-Up/50426250

Page 1 of 4

*Item #7*

*Bosch Dishwasher, replacement*

# LOWE'S

**INSTALLATION SERVICES CUSTOMER CONTRACT - APPL - DISHWASHERS**

LOWE'S OF ORMOND BEACH, FL, STORE # 742
1340 WEST GRANADA BLVD
ORMOND BEACH, FL 32174-5917

| STORE PHONE: (386) 671-9112 |
| SALESPERSON: PHILLIP SOLANO JR. |
| SALESPERSON ID: 1628870 |
| Document Print Date : 11/27/2017 |

**CUSTOMER COPY**

This is only a Quote for the merchandise and services printed below. This becomes an agreement upon payment and issuance of a Lowe's receipt, upon which the entire agreement, including the specifically completed pages of this document, the Terms and Conditions included with this document, the applicable portion(s) of Lowe's receipt, and any other addenda or attachments hereto, shall be referred to herein as this "Contract."

**PLEASE READ THIS ENTIRE DOCUMENT, INCLUDING THE "TERMS AND CONDITIONS," BEFORE SIGNING.**

Lowe's Registration or Contractor License Number / Lowe's Contractor Name

Florida Contractor License Number CGC1508417

| | | Merchandise Contractor Name |
|---|---|---|

| Customer Name | | Home Phone |
| BYRON ROBBINS | | 856-305-2766 |
| Customer Address | | Other Phone |
| 421 CHELSEA PL DR | | |
| City | State / Province | Zip / Postal Code |
| ORMOND BEACH | FL | 32174 |
| Installation Address | | |
| 421 CHELSEA PL DR | | |
| Installation City | Installation State/Province | Installation Zip/Postal Code |
| ORMOND BEACH | FL | 32174 |

## MERCHANDISE AND INSTALLATION SUMMARY

### MERCHANDISE SUMMARY

12253 : 98524 : STK : 8-FT UNIV DW FILL HOSE : 8-FT UNIV DW FILL HOSE : EZ-FLO INTL IMPORT INC - QTY 1
82359 : L304458800 : STK : SC COUNTERTOP DSHWSHR MOUNT KIT : UNIVERSAL DISHWASHER MOUNTING KIT (COUNTERTOP MOUNT) (METAL) :
ELECTROLUX - QTY 1
575623 : 32028 : STK : 6-FT DISHWASHER CORD KIT : 6-FT DISHWASHER CORD KIT : JIANGTONG SOUTHERN LIMITED - QTY 1
731576 : STK : 3YR EPP MAJ APPL $400-699.99 : 3YR EPP MAJ APPL $400-699.99 - QTY 1
814059 : SHE863WF2N : STK : BSH DW SHE863WF2N (-498134) : BSH DW SHE863WF2N (-498134) - QTY 1

| | Materials Price | |
|---|---|---|
| | $ 793.91 | |

*Labor 149 to tot*

*1942.91*

Store 742 Project No. 526103274 for BYRON ROBBINS

Page 1 of 7

465261037748

Store 742 Project No. 526103274 for BYRON ROBBINS

*Item #7* (handwritten)

## INSTALLATION DESCRIPTION

Dimensions Customer Is Interested In : 814059

Move or Extend Plumbing Supply Charge : None

Countertop Type : Yes

Customer Understands Scope of Electric Project : Yes

Additional Miles Traveled Over 20 : 0

Describe Other Work Needed : None

| | Labor Charges | Detail Deduction |
|---|---|---|
| | $ 149.00 | -$    0.00 |

Existing Plumbing and Electrical : Yes

Extend Electrical Lines Charge : None

Braided Supply Line : Yes

Flooring Type : None/Not Applicable

Permit Required : No

Bring Up To Code Description : None

Comments : No Comment

## Additional Specifications:

Notation: Lowe's will not make structural modifications, remove cabinetry to accommodate new appliance, or upgrade electrical service.

**Additional Specifications:** Federal law requires Lowe's to provide you with the pamphlet *Renovate Right: Important Lead Hazard Information for Families, Child Care Providers and Schools.* By signing this Contract, Customer acknowledges having received a copy of this pamphlet before work began informing Customer of the potential risk of the lead hazard exposure from renovation activity to be performed in Customer's dwelling unit.

**PHOTO RELEASE:** Customer grants to Lowe's and Lowe's employees and independent contractors the right to take photographs of the Premises where Installation Services will be performed and all work performed at the Premises related to this Contract, and irrevocably grants to Lowe's all right, title, interest in and to the photographs for use in all markets and media, worldwide, in perpetuity. Customer authorizes Lowe's to copyright, use and publish the photographs in print and/or electronically, and agrees that Lowe's may use such photographs for any lawful purpose, including, but not limited to, marketing, advertising, publicity, illustration, training and Web content. By initialing here, Customer agrees to the foregoing. ___ (Customer to initial to the left).

**NOTICE TO CUSTOMER-PRICE CALCULATIONS:** In order to properly perform the installation of certain Goods, the Contract Price may include more Goods than actually will be installed based on the measured square footage of the Project Area. As a result, the parties agree that the lump-sum Price stated in this Contract is calculated upon both the value of the estimated Goods required to fulfill the Contract (including waste), which may exceed the actual square footage of the Project Area, and the labor which may be estimated based on the amount of Goods required to fulfill the Contract (including waste). By signing this Contract below, Customer acknowledges receipt of this notice and agrees and understands that the Price includes these costs which may not be refunded once the Installation Services are performed.

**NOTICE OF ARBITRATION AGREEMENT**
This Contract provides that all claims by Customer or Lowe's will be resolved by BINDING ARBITRATION. Customer and Lowe's GIVE UP THE RIGHT TO GO TO COURT to enforce this Contract (EXCEPT for matters that may be taken to SMALL CLAIMS COURT). Lowe's and Customer's rights will be determined by a NEUTRAL ARBITRATOR and NOT a judge or jury. Lowe's and Customer are entitled to a FAIR HEARING, But the arbitration procedures are SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT. Arbitrator decisions are as enforceable as any court order and are subject to VERY LIMITED REVIEW BY A COURT. FOR MORE DETAILS: Review the section titled ARBITRATION AGREEMENT, WAIVER OF JURY TRIAL AND WAIVER OF CLASS ACTION ADJUDICATION found in the Terms and Conditions of this Contract.

**CUSTOMER COPY**

Page 2 of 7

Item #7

## TOTAL CHARGES OF ALL MERCHANDISE AND SERVICES

CUSTOMER COPY

| *where applicable | |
|---|---|
| SUB-TOTAL | $ 942.91 |
| *TAX | $ 0.00 |
| DELIVERY | $ 0.00 |
| ORDER TOTAL | $ 942.91 |
| BALANCE DUE | |

Work is to commence upon reasonable availability of Contractor which is anticipated to be 12/6/2017 (fill in date);

Estimated completion date is 1/10/2018 (fill in date).

### NOTICE TO CUSTOMER

All items listed in this contract and specification sheet(s) are to be installed under conditions agreed upon at time of purchase and at the price appearing on this contract form. This assumes sound existing substructures, superstructure and points of attachment. Extra labor or material incident to installation necessitated by defective substructures, superstructure, or the moving of fixtures or appliances to be billed at extra cost to customer. DO NOT SIGN THIS CONTRACT UNTIL COMPLETE AND YOU HAVE READ THE TERMS AND CONDITIONS OF THIS CONTRACT. BY SIGNING BELOW, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS SET FORTH ON THIS CONTRACT. YOU ARE ENTITLED TO A COPY OF THIS CONTRACT AT THE TIME OF SIGNATURE.

NOTICE TO OWNER:-ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001- 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND SERVICES AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, THOSE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE ALREADY PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. TO PROTECT YOURSELF, YOU SHOULD STIPULATE IN THIS CONTRACT THAT BEFORE ANY PAYMENT IS MADE, YOUR CONTRACTOR IS REQUIRED TO PROVIDE YOU WITH A WRITTEN RELEASE OF LIEN FROM ANY PERSON OR COMPANY THAT HAS PROVIDED TO YOU A "NOTICE TO OWNER." FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX, AND IT IS RECOMMENDED THAT YOU CONSULT AN ATTORNEY.

WITNESS OUR HAND(S) AND SEAL(S) BELOW THIS 27th DAY OF Nov. 2017.

Item #8
5 ton hunter replacement 5m



**Billing Address**
PO BOX 2516
Ormond Beach, FL 32175
State Certified Lic. # CAC1816404
www.mycentralheatandair.info

**IMPROVING YOUR WORLD**

10198
HVAC
PROPOSAL

Volusia 386-265-5907    Flagler 386-597-7877    West Volusia 386-873-4990

| SUBMITTED TO: Byron Robbins | | | JOB LOCATION: | | |
|---|---|---|---|---|---|
| BILL TO: 421 Chelsea Place Ave | | | CITY: Install Schedule for | | |
| CITY: Ormond Beach STATE: Fl | | | STATE: | | ZIP: 8/7/17 |
| ZIP: 32174 PHONE: 856-825-0437 | | | PHONE: | | |

WE HEREBY PROPOSE TO FURNISH LABOR AND MATERIALS, COMPLETE IN A ACCORDANCE WITH THE SPECIFICATIONS LISTED BELOW, FOR THE AMOUNT SET FORTH. PAYMENT IS DUE UPON COMPLETION.

| Condensing Unit | | | | Case Coil | | Tons | |
|---|---|---|---|---|---|---|---|
| Make Rheem | | Model RP1560 | | Make | | Model | |
| Tons 5 | Seer | A/C | Heat Pump X | BTU Cooling | | BTU Heating | |
| Air Handler | | | | Package Unit | | Tons | |
| Make Rheem | | Model RHIV6021STANDA | | Make | | Model | |
| Tons 5 | | KW 25kW | | Furnace | Up Flow | | Down Flow |

### VENTILATION SYSTEM

| No. of Supply | | Floor | | Ceiling ___ SW |
|---|---|---|---|---|
| No. of Return | | Floor | | Ceiling ___ SW |
| New Supply/ Return ☐ | | Reattach Supply ☑ | | Reattach Return ☑ |
| Float Switch ☑ SSi | | Retop Platform ☐ | | Concrete Pad ☐ w/ Tiedowns |

### INDOOR AIR QUALITY

| ~~Electrostatic~~ Filter 2nd 5" ☑ | Electronic Air Cleaner ☐ | Ultra Violet Lights ☐ |
|---|---|---|
| Air Duct Cleaning ☐ | Preventative Maintenance Agreement ☑ 2 x 2 year | |

| COPPER LINE | | | DRAINAGE | | | | |
|---|---|---|---|---|---|---|---|
| Liquid Line 3/8 | Suction Line 7/8 - Flush | Drain Line ☐ | Condensation Pump ☐ | Float Switch ☐ | 1150 ☐ | 120 ☐ |

### MODIFICATIONS

| Copper Wiring to A/H ☐ | Copper to Cond. Unit ☐ | Upgrade to 200 Amp ☐ |
|---|---|---|
| Heat/ Cool T-Stat ☐ | Heat Pump T-Stat ☐ | Programmable T-Stat ☑ TH521 |
| Disconnects, Switches, Breakers, and Conduit ☑ | | |

### WARRANTY

| 5 Year Parts, 1 Year Labor ☐ | Optional Extended Warranty ( Additional Cost) _____ ☐ |
|---|---|
| 10 Year Parts, 2 Year Labor ☑ | 10 Years Compressor Limited Warranty ☐ |

**TERMS:** This proposal is effective for __30__ days, and void thereafter; Due upon completion. Any alteration or deviation from the above specification involving extra costs will be executed only upon orders and will become an extra charge over and above estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

I have authority to order work outlined above. In the event of collection by attorney, court costs and other legal fees shall be borne by buyer; in the event of nonpayment, purchaser agrees to allow seller on premises to remove equipment installed. This sales agreement shall be binding upon the heirs, successor, or assigns of party hereto. It is understood that the title of all products and equipment covered by the contract remains solely in the seller until the entire purchase price has been paid in full and the manner of installation and/or attachment to any equipment and/ or any portion of the building structure in which the installation is made shall not in any manner jeopardize the seller's title.

TOTAL INCLUDING TAX: _____

Cash Discount Total ___$7000.00___

### ACCEPTANCE OF PROPOSAL
The above prices, specifications and conditions are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

DATE OF ACCEPTANCE:_____ SIGNATURE _____

Item #

PO BOX 2516
Ormond Beach, FL 32175

State Certified Lic. # CAC1816404

www.mycentralheatandair.info



**central heat&air**
IMPROVING YOUR WORLD

HVAC
Service Order
Invoice

6121

Volusia 386-265-5907        Flagler 386-597-7877        West Volusia 386-873-4990

| | |
|---|---|
| LAST Robbins | FIRST Byron |
| STREET 421 Chelsea Place Ave | DATE 8/7/17 |
| CITY Ormond Beach, Fl 32174 | |
| PHONE 856-825-0434 | TIME IN 1:30 |
| TECHNICIAN Michael / Brian | TIME OUT 1:30 |
| WORK TO BE PERFORMED Install | |

**CONDENSER**
MAKE: Rheem
M#: RP1560AJ1NA
S#: W291714557

**AIR HANDLER**
MAKE: Rheem
M#: RH1V2024STANJA
S#: W281716390

### DESCRIPTION OF WORK PERFORMED

Removed old Carrier system. Flush copper lines sets with R11 and R22. Flush drain line - install new heating system. W/ 21/25 SEER rated w/ 5" media filter. Hi - SS, float switch and inline filter dryer. Modified duct connectors and electric - tidings - outside. Tools and all parts Items Installed Tested & hot and cool all good -

### RECOMMENDATIONS

60 and 50 C.O - Ready for inspection

### WORK PERFORMED / SITE INFORMATION

| REFRIG/ELEC UNIT | FURNACE/ELEC HTR | COMPRESSOR | |
|---|---|---|---|
| RPLCD UNIT | RPLCD UNIT | SUCTION 175 PSI | CLEAN COIL & CHECK FIN COND |
| CHNGD COMPRESSOR | RPLCD GAS VALVE | HEAD 375 PSI | ENT ___ LVG ___ |
| CHNGD MOTOR | CHNGD MOTOR | VOLTS 247 | OIL LEVEL & CONDITION |
| CHKD CHARGE | CHECKED MOTOR | ELECTRICAL CONNECTIONS | FAN AND MOTOR |
| ADD REFRIGERANT | RPLCD THERMOCOUPLE | CONTACTS TIGHT & CLEAN | VOLTS ___ AMPS ___ |
| CLND COILS | CLND BURNERS | FAN AND MOTOR | ELECTRICAL CONNECTIONS |
| LEAK CHECK | CLND BLOWER | VOLTS 247 AMPS ___ | CONTACTS TIGHT & CLEAN |
| LEAK REPAIRED | RPLCD LIMIT SWITCH | ELECTRICAL CONNECTIONS | FAN PULLEY (ADJUST BELT) |
| RPLCD FUSE / BREAKER | CK/REPLACE HEATER | CONTACTS TIGHT & CLEAN | CHECK LUBE BEARINGS & MOTOR |
| INSTALL DISCONNECT | LIT PILOT | FAN PULLEY (ADJUST BELT) | EVAPORATOR COIL |
| RPRD WIRING | RPRD WIRING | CHECK LUBE BEARINGS & MOTOR | CLEAN COIL & CHECK FILL |
| RPLCD CONTACTOR | RPLCD TRANSFORMER | CONDITION OF EQUIPMENT | ENT WB 80 °F |
| RPLCD CAPACITOR | RPLCD CAPACITOR | | LBF DB 60 °F |
| RPLCD RELAY | ADJUSTMENT | NEW ☑ GOOD | EVAPORATOR COIL |
| ADJUSTMENT | CO TEST | FAIR POOR | HEATING 80 °F |
| NEW FILTER/DRIER | SERVICE HOUSING | | LBF WB 10 °F |

**DUCT / EVAPORATOR COIL**

| DUCT | ✓ | EVAPORATOR COIL |
|---|---|---|
| ADJUSTED | ✓ | RPLCD UNIT |
| INSTALLED | | RPRD LEAK |
| CHECKED | ✓ | SEAL |
| THERMOSTAT | | RPLCD EXP. DEVICE |
| ADJUSTED | | CLND COIL |
| REPLACED | ✓ | CLND DRAIN ✓ |
| FILTER | | RPLCD PAN |
| CLEANED | | RPLCD PVC |
| REPLACED | ✓ | INSTALL SAFETY SWITCH ✓ |

### ENVIROMENTAL CHECKLIST

| | QTY | TYPE/POSITION |
|---|---|---|
| RECOVERED | | |
| RECYCLED | | |
| RECLAIMED | | |
| RETURNED | | |
| DISPOSAL | | |
| CHANGED OUT REPLACED | | |
| TOTAL | | |

C.C. IMPRINT

We Accept: Terms Due Upon Completion

### I HAVE AUTHORITY TO ORDER THE WORK OUTLINED AND AGREE TO THE TERMS FOR PAYMENT.

_____ _____
Customer Initial      Company Rep.

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT | HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | REFRIGERANT LBS | | | | | | |
| | FILTER X X | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Service Call | 59.95 |
| | | TOTAL MAT. | 700 | | | TOTAL LABOR | |

### TOTAL SUMMARY

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TRAVEL CHARGE | |
| TAX | |
| DISCOUNT | |
| SR DISCOUNT | |
| TOTAL | 700 |

### METHOD OF PAYMENT

☐ CASH
☐ DL#
☐ CHECK #
☐ CREDIT CARD 3 Digit ___ ☐ MC ☐ VISA ☐ AMEX ☐ DISC
EXP. DATE ___ ZIP ___ HOUSE # ___
C.C. # _____

LIMITED WARRANTY: All materials, parts, and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, expressed or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company. Furthermore, mold is excluded as a liability for the above named company as it is the homeowners sole responsibility to properly maintain equipment, filtration products, and temperature setting within the home at all times.
☐ REGULAR      ☐ WARRANTY      ☐ SERVICE CONTRACT

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/ materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/ materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/ Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller. I agrees to indemnify and hold harmless the above company and it's agents from any claims arising from services performed which has been satisfactorily completed.

Customer Signature _____ Date 8/7/17

ITEM #8          5 TON   HVAC   Replacement



**Capture Date: 08/07/2017 Sequence #: 7352407958**

---

BYRON W ROBBINS
FERN ROBBINS
1421 SILVER RUN RD
MILLVILLE, NJ 08332-7331

7390
54-33/212 NJ
1784

August 7, 20 17   Date

Pay to the order of   Central Heat & Air        $ 7,000 00/100

SEVEN THOUSAND ————————— 00/100   Dollars

**Bank of America**
ACH R/T 021200339

For   Invoice # 6427

Wealth Management Banking

Fern Robbins

⑆021200339⑆ 009001083358⑈ 7390

For Deposit Only
Central Heat and Air
8980526528261

No Electronic Endorsements Found

PO BOX 2516
Ormond Beach, FL 32175

State Certified Lic. # CAC1816404

www.mycentralheatandair.info



6933

**HVAC**
**Service Order**
**Invoice**

Volusia 386-265-5907          Flagler 386-597-7877          West Volusia 386-873-4990

| LAST | Robbins | FIRST | |
|---|---|---|---|
| STREET | 421 Chelsea Place Ave | DATE | 3/27/18 |
| CITY | Ormond Beach Fl 32174 | | |
| PHONE | 856-305-2766 | TIME IN | |
| TECHNICIAN | Michael | TIME OUT | |
| WORK TOBE PERFORMED | Se | | |

### DESCRIPTION OF WORK PERFORMED

Repaired Condsm unt 4 new
capisiter od new capisiter also
replace schader valve and added
14/08 to bring unt to proper charge —

Also updated thermostat of hanywell size
741 — Replaced three weak cmss
in Condenser unt.
Tested all good —

| CONDENSER | | AIR HANDLER | |
|---|---|---|---|
| MAKE: | Carrier | MAKE: | Carrier |
| M#: | 2.0 | M#: | 20 |
| S#: | 2006 | S#: | 2006 |

### RECOMMENDATIONS

Problems already could be
related to because in
Wiring from Chinese drywall

| WORK PERFORMED | | SITE INFORMATION | |
|---|---|---|---|
| CONDENSING UNIT | FURNACE/ELEC. HTR | COMPRESSOR | COMPRESSOR |
| RPLCD UNIT | RPLCD UNIT | SUCTION 120 PSI | CLEAN COIL & CHECK FIN COND |
| CHNGD COMPRESSOR | RPLCD GAS VALVE | HEAD 225 PSI | ENT 11 °F LVG °F |
| CHNGD MOTOR | CHNGD MOTOR | VOLTS AMP | OIL LEVEL & CONDITION |
| CHED CHARGE | CHECKED MOTOR | ELECTRICAL CONNECTIONS | FAN AND MOTOR |
| ADD REFRIGERANT | RPLCD THERMOCOUPLE | CONTACTS TIGHT & CLEAN | VOLTS AMPS |
| CLND COILS | CLND BURNERS | FAN AND MOTOR | ELECTRICAL CONNECTIONS |
| LEAK CHECK | CLND BLOWER | VOLTS AMPS | CONTACTS TIGHT & CLEAN |
| LEAK REPAIRED | RPLCD LIMIT SWITCH | ELECTRICAL CONNECTIONS | FAN PULLEY (ADJUST BELT) |
| RPLCD FUSE/BREAKER | CK/REPLACE HEATER | CONTACTS TIGHT & CLEAN | CHECK LUBE BEARINGS & MOTOR |
| INSTALL DISCONNECT | LIT PILOT | FAN PULLEY (ADJUST BELT) | EVAPORATOR COIL |
| RPRD WIRING | RPRD WIRING | CHECK LUBE BEARINGS & MOTOR | CLEAN COIL & CHECK FILL |
| RPLCD CONTACTOR | RPLCD TRANSFORMER | CONDITION OF EQUIPMENT | COOLING |
| RPLCD CAPACITOR | RPLCD CAPACITOR | | ENT WB °F |
| RPLCD RELAY | ADJUSTMENT | NEW GOOD | LBF DB °F |
| ADJUSTMENT | CO TEST | FAIR POOR | HEATING |
| NEW FILTER/DRIER | SERVICE HOUSING | | ENT DB °F |
| | EVAPORATOR COIL | | LBF WB °F |
| DUCT | RPLCD UNIT | ENVIROMENTAL CHECKLIST | |
| ADJUSTED | RPRD LEAK | | |
| INSTALLED | SEAL | QTY | TYPE/ POSITION |
| CHECKED | RPLCD EXP. DEVICE | REFRIGERANT LBS | |
| THERMOSTAT | CLND COIL | RECOVERED | |
| ADJUSTED | CLND DRAIN | RECYCLED | |
| REPLACED | RPLCD PAN | RECLAIMED | |
| FILTER | RPLCD PVC | RETURNED | |
| CLEANED | INSTALL SAFETY SWITCH | DISPOSAL | |
| REPLACED | | CHANGED OUT REPLACED | |
| | | TOTAL $ | |

I HAVE AUTHORITY TO ORDER THE WORK OUTLINED AND AGREE TO THE TERMS FOR PAYMENT.

Customer Initial _____ Company Rep. _____

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT | HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | REFRIGERANT LBS | | | | | | |
| | FILTER X X | | | | | | |
| | | | | | Service Call | 59.95 | |
| | | | TOTAL MAT. 400 | | | TOTAL LABOR | |

| We Accept | C.C. IMPRINT |
|---|---|
| Terms Due Upon Completion | |

**LIMITED WARRANTY:** All materials, parts, and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, expressed or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company. Furthermore, mold is excluded as a liability for the above named company as it is the homeowners sole responsibility to properly maintain equipment, filtration products, and temperature setting within the home at all times.

☐ REGULAR     ☐ WARRANTY     ☐ SERVICE CONTRACT

| TOTAL SUMMARY | | METHOD OF PAYMENT | |
|---|---|---|---|
| TOTAL MATERIALS | | ☐ CASH ☐ CHECK # | |
| TOTAL LABOR | | ☐ DL# | |
| TRAVEL CHARGE | | CREDIT CARD ☐ ☐ ☐ ☐ | |
| TAX | | 3 Digit ___ MC VISA AMEX DISC | |
| DISCOUNT | | EXP. DATE __/__ ZIP ___ HOUSE # ___ | |
| SR DISCOUNT | | C.C. # | |
| TOTAL | 400 = | | |

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/ materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/ materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/ Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller. I agree to indemnify and hold harmless the above company and it's agents from any claims arising from services performed which has been satisfactorily completed.

Customer Signature ___Raymond N.___  Date 3/27/18

**Bank of America**    *Item #9*   Online Banking

---

## Adv Plus Banking - 3358: Account Activity Transaction Details

---

| | |
|---|---|
| **My Description:** | central heat and air |
| **Check number:** | 00000007470 |
| **Post date:** | 03/27/2018 |
| **Amount:** | -400.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

BYRON W ROBBINS
FERN ROBBINS
1421 SILVER RUN RD
MILLVILLE, NJ 08332-7331

7470
55-33/212 NJ
1184

3/27/18 Date

Pay to the order of  Central Heat & Air       $ 400 00

Four hundred and                              Dollars

Bank of America
ACH R/T 021200339

Wealth Management Banking

For _____          Byron W Robbins

⑆021200339⑆ 009001083358⑈ 7470

*Item #* *2 ton 16 seer replacement* 6977

PO BOX 2516
Ormond Beach, FL 32175

**State Certified Lic. # CAC1816404**

www.mycentralheatandair.info

# central heat&air
## IMPROVING YOUR WORLD

HVAC
Service Order
Invoice

**Volusia 386-265-5907**          **Flagler 386-597-7877**          **West Volusia 386-873-4990**

| LAST | Robbins | FIRST | |
|---|---|---|---|
| STREET | 421 Chelsea Place | DATE | 5/23/18 |
| CITY | Ormond Beach, Fl 32174 | | |
| PHONE | | TIME IN | |
| TECHNICIAN | Mike | TIME OUT | |
| WORK TO BE PERFORMED | | | |

## CONDENSER / AIR HANDLER

| CONDENSER | AIR HANDLER |
|---|---|
| MAKE: Rheem | MAKE: |
| M#: | M# |
| S#: | S# |

## DESCRIPTION OF WORK PERFORMED

New 2 Ton 16 seer condenser
w/ new ... both Freon
...heat and cool.

$3,095

## RECOMMENDATIONS

I HAVE AUTHORITY TO ORDER THE WORK OUTLINED ABOVE AND AGREE TO THE TERMS FOR PAYMENT.

Customer Initial _____   Company Rep. _____

| QTY | MATERIALS & SERVICES | UNIT PRICE | AMOUNT | HRS | LABOR | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | REFRIGERANT LBS | | | | | | |
| | FILTER X X | | | | | | |
| | | | | | Service Call | 59.95 | |
| | | | TOTAL MAT. | | | TOTAL LABOR | |

**LIMITED WARRANTY:** All materials, parts, and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, expressed or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company. Furthermore, mold is excluded as a liability for the above named company as it is the homeowners sole responsibility to properly maintain equipment, filtration products, and temperature setting within the home at all times.

☐ REGULAR          ☐ WARRANTY          ☐ SERVICE CONTRACT

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/ materials until final payment is made. If payment is not made as agreed, Seller can remove said equipment/ materials at Seller's expense and/or impose a 2% liquidation fee on the entire amount contained in the Seller/ Buyer transaction. Any damage resulting from said removal shall not be the responsibility of Seller. I agree to indemnify and hold harmless the above company and it's agents from any claims arising from services performed which has been satisfactorily completed.

Customer Signature _____   Date 5/23/18

## WORK PERFORMED

| CONDENSING UNIT | FURNACE/ELEC. HTR |
|---|---|
| RPLCD UNIT | RPLCD UNIT |
| CHNGD COMPRESSOR | RPLCD GAS VALVE |
| CHNGD MOTOR | CHNGD MOTOR |
| CHKD CHARGE | CHECKED MOTOR |
| ADD REFRIGERANT | RPLCD THERMOCOUPLE |
| CLND COILS | CLND BURNERS |
| LEAK CHECK | CLND BLOWER |
| LEAK REPAIRED | RPLCD LIMIT SWITCH |
| RPLCD FUSE/ BREAKER | CK/REPLACE HEATER |
| INSTALL DISCONNECT | LIT PILOT |
| RPRD WIRING | RPRD WIRING |
| RPLCD CONTACTOR | RPLCD TRANSFORMER |
| RPLCD CAPACITOR | RPLCD CAPACITOR |
| RPLCD RELAY | ADJUSTMENT |
| ADJUSTMENT | CO TEST |
| NEW FILTER/DRIER | SERVICE HOUSING |
| DUCT | EVAPORATOR COIL |
| ADJUSTED | RPLCD UNIT |
| INSTALLED | RPRD LEAK |
| CHECKED | SEAL |
| THERMOSTAT | RPLCD EXP. DEVICE |
| ADJUSTED | CLND COIL |
| REPLACED | CLND DRAIN |
| FILTER | RPLCD PAN |
| CLEANED | RPLCD PVC |
| REPLACED | INSTALL SAFETY SWITCH |

## SITE INFORMATION

| COMPRESSOR | | COMPRESSOR | |
|---|---|---|---|
| SUCTION | PSI | CLEAN COIL & CHECK FIN COND | |
| HEAD | PSI | ENT °F LVG °F | |
| VOLTS AMP | | OIL LEVEL & CONDITION | |
| ELECTRICAL CONNECTIONS | | FAN AND MOTOR | |
| CONTACTS TIGHT & CLEAN | | VOLTS AMPS | |
| FAN AND MOTOR | | ELECTRICAL CONNECTIONS | |
| VOLTS AMPS | | CONTACTS TIGHT & CLEAN | |
| ELECTRICAL CONNECTIONS | | FAN PULLEY (ADJUST BELT) | |
| CONTACTS TIGHT & CLEAN | | CHECK LUBE BEARINGS & MOTOR | |
| FAN PULLEY (ADJUST BELT) | | EVAPORATOR COIL | |
| CHECK LUBE BEARINGS & MOTOR | | CLEAN COIL & CHECK FILL | |
| CONDITION OF EQUIPMENT | | COOLING ENT WB °F | |
| NEW GOOD | | LBF DB °F | |
| FAIR POOR | | HEATING ENT DB °F | |
| | | LBF WB °F | |

## ENVIRONMENTAL CHECKLIST

| | QTY | TYPE/ POSITION |
|---|---|---|
| RECOVERED | | |
| RECYCLED | | |
| RECLAIMED | | |
| RETURNED | | |
| DISPOSAL | | |
| CHANGED OUT REPLACED | | |
| TOTAL | $ | |

We Accept:
**Terms Due Upon Completion**
**C.C. IMPRINT**

## TOTAL SUMMARY

| TOTAL MATERIALS | |
|---|---|
| TOTAL LABOR | |
| TRAVEL CHARGE | |
| TAX | |
| DISCOUNT | |
| SR DISCOUNT | |
| TOTAL | 1000 |

## METHOD OF PAYMENT

☐ CASH          ☐ CHECK # 10
☐ DL#
CREDIT CARD  ☐ MC  ☐ VISA  ☐ AMEX  ☐ DISC
3 Digit ___
EXP. DATE __/__  ZIP ___  HOUSE # ___
C.C. # ___



Item #10

**Online Banking**

---

**Adv Plus Banking - 3358: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **My Description:** | central heat air |
| **Check number:** | 00000000010 |
| **Post date:** | 05/23/2018 |
| **Amount:** | -1,850.00 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

BYRON W ROBBINS
FERN L ROBBINS
421 CHELSEA PLACE AVE
ORMOND BEACH, FL 32174-0688

010
55-33/212 312
1194

5/23/18
Date

Pay to the Order of   Central Heat & Air            $ 1850 00/100

One thousand eight hundred and fifty    00/100   Dollars

Bank of America

ACH R/T 021200339

For   6977              Byron W. M

Replaced appliances



Note:   Microwave display was very dim,  could hardly read





