# *Korr & Company LLC*
## Property Inspection Report



**421 Chelesea Place Av., Ormond Beach, FL 32174**
**Inspection prepared for: Byron & Fern Robbins**
**Date of Inspection: 4/7/2017 Time: 9:30**
**Age of Home: 11**
**Weather: Dry**

**Inspector: Matthew C. Korr**
**License # HI7712 InterNACHI # 13082101**
**Phone: 386-295-4142**
**Email: InspectorKorr@gmail.com**
**www.InspectorKorr.com**



## Mission Of The Company

Korr &Company is committed to our customers. We understand that purchasing a home is an important decision. Although everyone would love for things to go smoothly, we are aware that it can be stressful at times. We will do our best to be a positive part of the process. If you have any questions after the inspection do not hesitate to call. Be aware that if I am on another inspection, you may have to leave a message. I will return your call as soon as possible. Our goal is to make sure you walk away as informed as possible about your prospective purchase. We have set a high standard for our own values and integrity, and will do what we can to send you home feeling the same about us. Thank you.

## Limitations Of The Inspection

For the full list of limitations please refer to your Pre-Inspection Agreement. Please understand that the inspection is considered to be visual, non-invasive, and as a representative sampling of the components of the home. Certain items will not be accessible on the day of inspection for many different reasons. This can be as simple as furniture or personal items in the way, or as complex as the design of the attic and ductwork. It is the client's responsibility to ensure the utilities are on for the inspection. I will inspect a home without utilities on, but this will greatly reduce the accuracy of the inspection. This inspection should not be considered as a guarantee or warranty of any kind. This report is limited by what is observed on the day of inspection only.

## Repair Recommendations

Several comments may recommend the item be repaired or replaced. Many homeowners may choose to take on their own repairs. If you feel confident in doing your own repairs and local codes permit, this can be undertaken at your own discretion. Different homeowners obviously have different skill sets and the report cannot accommodate the variations of each homeowner. For the purpose of uniformity, we recommend that all repairs be undertaken by a licensed and insured professional of your choice for the trade associated with the repair. Once again, thank you for your business. We love our job and our customers. Comments, positive and negative, are also welcome.

Korr & Company LLC                                    421 Chelsea Place Av., Ormond Beach, FL

# ROOF & ATTIC

1. Roof & Attic Construction:

## Construction Type(s)
• For the purpose of inspection the home generally faces South.
• Primary Roof Covering:  Architectural Asphalt/Composite Shingles
• Primary Roof Estimated Age (+ or - 2 years): <1
• Roof Framing: •Pre-Engineered Truss
• Roof Decking: •OSB (Oriented Strand Board)
• Predominant Roof Shape: Hip
• Fascia & Soffits: •Aluminum •Vinyl
• Skylights: •None Present
• Attic Ventilation: •Soffit Vents •Ridge Vents
• Gutters: Not Present
• Method Of Roof Inspection: Walked
• Method Of Attic Inspection (Entry Location - Garage): Walked
• Method Of Secondary Attic Inspection (Entry Location - 2nd Floor Recreation Room): Viewed
From Access Point Only - Restricted Entry
• Attic Insulation Type(s): •Cellulose
• Attic Insulation Approximate Average Depth: 7 to 9

## Comments
• The roof covering is in good condition overall.
• The roof appears to be well maintained in general.
• Architectural Asphalt/Composite shingles generally last about 17 to 20 years when properly
maintained. Under some rare circumstances they can last up to 25 years.
• The steep pitch of the roof along with maintenance will generally help lengthen its life expectancy.
• All visible roof flashings are in good condition.
• No signs of active leaking were observed.
• The soffits and fascia consist of low maintenance materials.
• The attic appears to have adequate ventilation sources.
• Some portions of the attic were not accessible due to clearances such as framing, plumbing,
ductwork, electrical wiring, high ambient temperatures and personal property. These areas of
limited access could not be thoroughly inspected.
• Attic insulation is at a normal depth for a home of this age.
• A secondary water resistance membrane underlayment has been applied to the roof.  This
material is called self-adhering polymer modified bitumen and is applied directly to the roof deck
before installing shingles. This is a positive upgrade from standard underlayment and is resistant to
leaks should the shingles be damaged or torn off during a storm.

2. Roof & Attic Pictures

Korr & Company LLC                                    421 Chelsea Place Av., Ormond Beach, FL



Roof                                                  Roof

Roof                                                  Roof

Roof                                                  Roof

Korr & Company LLC                                421 Chelesea Place Av., Ormond Beach, FL



Roof



Attic Structure & Insulation



Attic Structure



Attic Structure & Insulation



Attic Structure

Korr & Company LLC                                    421 Chelesea Place Av., Ormond Beach, FL

### 3. Roof Covering

Observations:
• Three mounts were present on the roof which appeared to be related to a lightning protection system. These mounts were not properly secured or sealed at their penetrations through the roof. Repair is recommended.



Lightning Protection Mount Poorly Sealed / Secured



Lightning Protection Mount Poorly Sealed / Secured

Korr & Company LLC                                    421 Chelesea Place Av., Ormond Beach, FL

# EXTERIOR & GROUNDS

## 1. Exterior Overview Construction:

### Construction Type(s)
• Wall Structure:  •Concrete Block •Wood Frame
• Wall Foundation: •Poured Concrete Monolithic Slab
• Support Columns: •Concrete Block •Wood Frame
• Wall Covering & Trim Material(s): •Stucco •Engineered Wood
• Window Type(s): •Single Hung •Fixed Pane
• Window Material(s): •Aluminum
• Window Panes: •Double Pane
• Door Type(s): •Hinged Slab •Sliding Glass
• Door Material(s): •Metal •Aluminum
• Driveway: •Pavers
• Porches, Patios & Walkways: •Pavers •Concrete
• Fencing: •None Present
• Surface Drainage: Relatively Level

### Comments
• The exterior wall structure appears to be in a stable condition. Very little movement was observed.
• All of the windows present are double pane.  These are generally far more energy efficient than single pane windows.
• It is noteworthy that all single hung windows tested had properly functioning balance springs during the inspection. The balance springs help hold the window up when opened.
• The exterior of the home appears to be well maintained in general.
• Stucco finish coating over a wood frame structure is conducive to moisture penetration and subsequent wood rot. The siding should be closely monitored and repaired as necessary. It is also suggested to have a WDO (Wood Destroying Organism) inspection performed periodically by a licensed professional.
• Hairline cracks were noted to the block walls at various areas around the home. This is very typical and is present on most block homes. Hairline cracks to the block walls have the tendency to transfer to the siding materials. Although this is a normal condition, as maintenance, these should be resealed to prevent moisture intrusion. Monitor these for future issues.

## 2. Exterior General Pictures



Southeast Elevation



Northeast Elevation

Korr & Company LLC | 421 Chelesea Place Av., Ormond Beach, FL



North Elevation



West Elevation



Southwest Elevation



Front Entryway

## 3. Siding,Trim & Ductwork

Observations:
• A bathroom vent hood was located on the North exterior wall. The louvers covering the vent opening were damaged. The vent cover should be replaced to prevent pest and moisture intrusion.
• The second floor structure of the home was wood frame with a stucco finish coat. Stucco, a cementation material, expands and contracts at different rates than the wood frame. Several hairline cracks were present at areas of the second floor stucco likely as a result of this expansion and contraction. An area of severe cracking was observed over the back porch. Control joints were not observed that should have been installed during construction to help mitigate cracking. Further evaluation by a licensed contractor is recommended. The paint to the home was also faded. In the short-term the house should be painted with a high quality paint that will help seal the hairline cracks. The large crack over the porch will require immediate repair. In the long term more extensive repairs may be necessary throughout. Further observation should be performed by a licensed contractor and corrected as necessary.

Korr & Company LLC                                    421 Chelsea Place Av., Ormond Beach, FL



Cracked Stucco & Damaged Vent



Control Joints Not Found



Cracked Stucco

Cracked Stucco



Control Joints Not Found

Cracked Stucco - Severe

Korr & Company LLC                                    421 Chelesea Place Av., Ormond Beach, FL



Cracked Stucco - Severe



Cracked Stucco - Severe

## 4. Exterior Windows

Observations:

• The home has been provided with double pane windows. Double pane windows are sealed with an inert gas inside meant to seal out contaminates and moisture.  If this seal is compromised, the energy efficient properties decrease, and its liklihood to allow moisture between the panes will increase.  If moisture enters the space between the windows they may "fog". The NorthWest window in the Master Bedroom appears fogged and can be replaced at your discretion.



Fogged Window



Fogged Window

# HVAC

## 1. HVAC Overview Construction:

## Construction Type(s)
• Number Of Central Air Systems: 2
• System #1 Cooling Type: •Heat Pump
• System #1 Estimated Cooling Capacity: 4 Tons
• System #1 Exterior Air Conditioner Estimated Age: 11
• System #1 Heating Type: •Heat Pump
• System #1 Interior Air Handler/Furnace Estimated Age: 11
• System #1 Condensate Drain Float Switch: Present
• System #1 Thermostat Location: East Hallway
• System #1 Service Area: 1st Floor
•
• System #2 Cooling Type: •Heat Pump
• System #2 Estimated Cooling Capacity: 1.5 Tons
• System #2 Exterior Air Conditioner Estimated Age: 11
• System #2 Heating Type: •Heat Pump
• System #2 Interior Air Handler/Furnace Estimated Age: 11
• System #2 Condensate Drain Float Switch: Present
• System #2 Thermostat Location:   Recreation Room
• System #2 Service Area: 2nd Floor
• Typical system life expectancy in this area is 10 to 12 years with regular maintenance. If the unit is nearing this age it is suggested to consider budgeting for replacement in the near future.

## Comments
• As general maintenance it is recommended to have any system that is not brand new or lacking a clear history of service records evaluated and professionally cleaned by a licensed air conditioning technician.
• A temperature split was measured for the air conditioning system(s). A temperature split is a measurement comparing the air entering and leaving the system at the registers. An acceptable temperature split is between 14 and 22 degrees.
• System #1 produced a temperature split of approximately 19 degrees.
• System #2 produced a temperature split of approximately 8  degrees.
• The systems were briefly tested in heating mode and responded as intended during the inspection.

## 2. HVAC Pictures



Air Handler #1



Air Handler Evaporator Coil



Air Handler #2



Air Handler Evaporator Coil




Heat Pump #1



Condenser Mechanicals




Heat Pump #2



Condenser Mechanicals

Korr & Company LLC                                           421 Chelesea Place Av., Ormond Beach, FL

## 3. System Performance

Observations:
• As mentioned above the 2nd floor system produced an 8 degree temperature split. This system did produce a variation, but a split of 14 to 22 degrees indicates an adequately functioning system. The outdoor ambient air temperature was also mild during the inspection and therefore the system should not be inhibited from reaching a proper temperature split. This system should be immediately evaluated and repaired by a licensed air conditioning technician.

## 4. Exterior Unit(s)

Observations:
• Some severe corrosion was observed to the exterior air conditioning units' mechanical components.  The units should be further evaluated by a licensed air conditioning technician if retaining the systems is anticipated. Due to their age and general condition these systems, which are at or near the end of their expected lifespan, will likely need to be replaced in the near future.


Corroded Components


Corroded Components (Paint Covering Corrosion)


Corroded Components


Corroded Components

# PLUMBING

## 1. Plumbing Construction:

### Construction Type(s)
• Water Supply Source: Public Water Supply
• Main Water Supply Shut Off Location: SouthEast Garage
• Waste Water Destination: Public Sanitary Sewer
• Supply Plumbing Materials: •CPVC
• Waste Plumbing Materials: •PVC
• #1 Water Heater Type: Electric Heating Element
• #1 Water Heater Capacity(Gallons): 50
• #1 Water Heater Estimated Age (Years): 11
• #1 Water Heater TPR Valve Present (Safety Valve): Present

### Comments
• The plumbing supply and waste system functioned well during the inspection.
• Hot and cold water supplies provided an adequate supply of water when turned on. A very typical drop in pressure was observed when operating more than one valve simultaneously.
• The water heater's capacity of 50 gallons is well suited for the home.
• Water heaters typically last 10 to 15 years.
• This water heater produced ample hot water on the day of inspection.
• The visible portions of the water heater appear to be in good overall condition.
• A lawn irrigation system is likely present but is maintained by the association. This system was not inspected.
• The house was vacant at the time of the inspection and it is very common for leaks to develop when the seals dry out at plumbing fixtures, faucets, and the like. These leaks and drips may or may not be present at the time of the inspection but should be expected for the first few weeks once the house is occupied.

## 2. Plumbing Pictures




Kitchen Plumbing



Bathroom Plumbing



Utility Wash Tub Plumbing



Water Heater

Main Water Shut-Off



Bathroom Plumbing



Bathroom Plumbing



Bathroom Plumbing

Korr & Company LLC                    421 Chelesea Place Av., Ormond Beach, FL

### 3. Supply Plumbing

Observations:
• Small drip leaks were observed at the water supply lines to both guest bathroom toilets. These supply hoses should be replaced to prevent moisture damage to the home.



Supply Plumbing Leak



Supply Plumbing Leak

Korr & Company LLC                                    421 Chelesea Place Av., Ormond Beach, FL

# ELECTRICAL

1. Electrical Construction:

## Construction Type(s)
• Service Disconnect #1: Single Breaker In The Main Distribution Panel
• Service Disconnect #1 Location: SouthEast Garage
• Service Amperage Rating #1: 150A
•
• Service Disconnect #2: Single Breaker In The Main Distribution Panel
• Service Disconnect #2 Location: SouthEast Garage
• Service Amperage Rating #2: 150A
• Supply Voltage: 120/240 Volts
• Overload Protection Type Present: Breakers
• Service Enters From: Underground
• Main Service Conductor: •Strand Aluminum
• Branch Wiring: •Copper
• Ground Rod Location (Often Buried): Not Found
• Smoke Detectors: Present

## Comments
• The electric panel(s) have been installed in an organized and professional fashion.
• All accessible outlets tested as being properly grounded.
• The size of the service appears to be adequate for a home of this size.
• Expansion of the system may be possible if desired.
• No deficiencies were observed with this system during the inspection.
• If not present, smoke detectors ideally should be installed in all bedrooms, outside all sleeping areas, on each floor and in common areas of the home. Their components wear out over time and may not function as intended during an emergency and therefore it is suggested to replace smoke detectors every seven years. At a bare minimum new batteries and testing of all units should be performed prior to occupancy. If not present, adding CO (Carbon Monoxide) detectors would also add to the safety of the home. Although CO monitors are suggested in every home they are very strongly recommended in homes with any fuel burning appliance such as a fireplace or stove.

2. Electrical Pictures


Service Panels


Service Panels

3. Smoke Detectors

Observations:
• The smoke detector(s) present are likely original to the home and should be replaced.

Korr & Company LLC                                    421 Chelesea Place Av., Ormond Beach, FL

# INTERIOR

## 1. Interior Construction:

### Construction Type(s)
• Floor Structure (Ground Floor): •Poured Concrete
• Floor Structure (2nd Floor): •Wood Frame
• Interior Wall & Ceiling Material(s): •Drywall
• Flooring Materials: •Tile •Carpet
• Number Of Garage Doors: 1
• Garage Door #1 Material: •Metal
• Garage Door #1 Automatic Opener: Present But Improperly Functioning
• Garage Door #1 Automatic Safety Reversing Mechanism: Present & Functional
• Personal Property: Not Present

### Comments
• The walls, floors, and ceiling are relatively plumb and level.
• The garage is well maintained in general.
• The interior appears to be well maintained.
• Ceiling fans have been provided in a few areas of the home.
• The house was clean on the day of inspection.

## 2. Interior Pictures




Breakfast Nook                          Kitchen



Living Room



Dining Area



Entrance



Guest Bathroom

Guest Bedroom



Guest Bedroom

Korr & Company LLC                                    421 Chelsea Place Av., Ormond Beach, FL



Laundry Room



Garage



Garage



Master Bedroom



Master Bathroom



Stairway

Korr & Company LLC                                      421 Chelsea Place Av., Ormond Beach, FL





Recreation Room                                      Guest Bathroom

3. Interior General Observations

Observations:
• Blackened copper was observed in areas throughout the home as follows: Portions of the bare electrical ground wires and exposed ends of the neutral wires in the electric panel(s). A random sample of outlets throughout the home were removed for evaluation that revealed a range from slightly discolored to a dark flat black. Some of the metal plumbing supply fittings. The copper portions of the refrigerant lines and coils for the air handler(s). The discoloration on the copper was a very dark flat black similar to charcoal, and left a powdery residue when touched. Most of the metal fixtures throughout the home were shiny and clean, as were the mirrors, and the metal fittings at the water heater. The cause is not clear but this discoloration is very premature for a home of this age. All copper within the home should be relatively clean and bright, and at the most have a patina. Further observation and testing should be performed by a qualified IAC (Indoor Air Consultant) and/or lab to determine the cause and course for any corrective action if necessary. Causes can range from contaminated / corrosive drywall (aka Chinese Drywall), to escaping sewer gases, to environmental factors such as sulfur in the irrigation water. Although very uncommon in this area, the year of construction for this home was during the height of importation of defective drywall. The reported years were between 2001 and 2009, with the majority of cases being reported for homes built in 2006 and 2007. According to the CPSC, 56% of these cases were in Florida. The drywall contained elevated levels of sulfur and/or strontium. Although the defect mostly causes issues with escalated metal corrosion or the formation of copper sulfide, the contaminated drywall is an inherent risk to the health of occupants. Research has not discovered any adverse effect on the electrical system. Nonetheless, if the source of the affected copper cannot be determined, the electrical system should be evaluated by a licensed electrician. Further information can be obtained from The Consumer Product Safety Commission at https://www.cpsc.gov/safety-education/safety-education-centers/drywall-information-center . This condition should have a comprehensive evaluation by a licensed professional prior to proceeding.



Discolored Copper

Discolored Copper



Discolored Copper



Slightly Discolored Copper



Discolored Copper



Slightly Discolored Copper (1st Floor Air Handler)



Discolored Copper (2nd Floor Air Handler)



Discolored Copper & Residue



Corroded Plumbing Fittings



Corroded Plumbing Fittings



Discolored Copper

### 4. Garage

Observations:

• The garage door opener failed to function upon initial testing. Both wall buttons were depressed for which only the light turned on and off at the opener. The current homeowner arrived and after several attempts to reset the breaker in the electrical panel the garage door opener functioned. The garage door was also manually operated. When the door was manually lifted it failed to hold itself open. The torsion spring, intended to help counterbalance the weight of the door, is likely out of adjustment. Although a definitive diagnosis was not achieved, the malfunction of the door opener is likely related to a bad breaker, an issue with the door opener motor, or strain incurred on the motor from the out of balance spring causing the motor to overload and trip the breaker. Further evaluation and repair by a licensed contractor is recommended.



Torsion Spring Not Supporting Door Weight

Korr & Company LLC                                    421 Chelsea Place Av., Ormond Beach, FL

# APPLIANCES

## 1. Appliances Inspected

- Dishwasher
- Cooktop Stove
- Wall Oven
- Range Exhaust Fan/Light
- Built-In Microwave
- Garbage Disposal

**Comments**
- Most appliances that were tested operated as intended on the day of inspection.

## 2. Appliance Pictures


Cooktop Range


Built-In Microwave


Dishwasher


Wall Oven

## 3. Deficiencies

Observations:
- The digital display on the microwave was very dim. It was not clear if this was a setting in the computer or a malfunction of the display itself. Further observation and / or repair is recommended.



Microwave Display Very Dim