# Exhibit A



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: HOME_3310
        Property: 3310 NE 3 DR Homestead, FL 33033

Mr. Doyle:

      At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

      Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bedroom 2 |

      While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,384 sq. ft. to determine a Living Space area of 1,913 sq. ft.

      If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



## Photo Exhibit-Indicia



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is Bedroom 2.**



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: BAO_1008
        **Property: 1008 Washington Court, Moody, AL 35004**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2261.64 SF to determine a Living Space area of 1887.92 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall.**



**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



Master Bedroom

Kitchen

Toilet (under stairs)

Hallway

Master Bath

Pantry

Master Closet

Stairs

Living Room



Closet Under Stairs

Powder Room

Laundry Room

Hallway

Foyer/Entry

Garage



N

Main Level

BAO_1008

12/31/2019    Page: 1



Bedroom 2

Closet 2

Bathroom

Vanity Area/Room

Chase

Bedroom 3

Hallway

Linen Closet

Closet 3



N

Upstairs



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: BINNS_1417
        Property: 1417 SW Devera Place Port St. Lucie, FL 34953

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 4 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,928 sq. ft. to determine a Living Space area of 2,125 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit

Figure  1: Front elevation of Property.

Figure 2: Address as seen from street 



## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is Bedroom 4.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



**Healthy Home Solutions, LLC**

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: DHUME_150
      **Property: 150 Spencer Avenue, New Orleans, LA 70124**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3746.07 SF to determine a Living Space area of 3457.66 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall.





Breakfast Area/Room
Kitchen
Pantry
Living Room
Hallway (laundry)
Laundry Room
Bar
Closet
Closet (LR)
Dining Room
AC
Powder Room
Bathroom (Bed 1)
Stairs
Hallway
Closet (Bed 1)
Foyer/Entry
Bedroom
START Sitting Room
under the stairs
N
Main Level





Attic





Garage/Poolhouse



Bedroom
Bedroom
Closet
Closet
Closet
AC
Built In
Bathroom
Hallway
Hallway
Stairs
Closet
Built In
Bedroom
Master Bedroom
Prayer Room
Hallway
Closet
Closet
Linen Closet
Toilet
Shower
Master Bath
N
Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: SKYLINE_GLASS_GUZMAN_10769
        **Property: 10769 NW 81 LN. Doral, FL 33178**

Mr. Doyle:

At your request, an inspection of the above property was attempted .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC had previously inspected this property. The inspection report is attached. The report identifies a Living Space area of 1683 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC



# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 7/16/2018



### Property Information

| | |
|---|---|
| Folio: | 35-3007-008-3450 |
| Property Address: | 10769 NW 81 LN<br>Doral, FL 33178-6049 |
| Owner | SKYLINE GLASS LLC |
| Mailing Address | 7311 NW 12 ST STE 5<br>MIAMI, FL 33126 USA |
| PA Primary Zone | 2800 TOWNHOUSE |
| Primary Land Use | 0410 RESIDENTIAL - TOTAL VALUE<br>: TOWNHOUSE |
| Beds / Baths / Half | 3 / 2 / 1 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | 1,911 Sq.Ft |
| Living Area | 1,683 Sq.Ft |
| Adjusted Area | 1,683 Sq.Ft |
| Lot Size | 1,495 Sq.Ft |
| Year Built | 2007 |

### Assessment Information

| Year | 2018 | 2017 | 2016 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $250,000 | $259,270 | $22,425 |
| Assessed Value | $250,000 | $259,270 | $22,425 |

### Benefits Information

| Benefit | Type | 2018 | 2017 | 2016 |
|---|---|---|---|---|

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

### Short Legal Description

ISLANDS AT DORAL 1ST ADDN
PB 163-50 T-21659
LOT 5 BLK 74
LOT SIZE 1495 SQ FT
FAU 35 3007 001 0700 0701 & 0702

### Taxable Value Information

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |

### Sales Information

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 05/31/2018 | $251,000 | 30999-2179 | Federal, state or local government agency |
| 08/06/2015 | $40,100 | 29732-1364 | Financial inst or "In Lieu of Forclosure" stated |
| 03/01/2007 | $397,990 | 25514-0353 | Sales which are qualified |
| 10/01/2005 | $3,134,254 | 23881-3544 | Other disqualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:



# Chinese Drywall Inspection Report

| | | | |
|---|---|---|---|
| Customer Name: | **Santiago Guzman** | Inspection #: | **070318-1076** |
| Property Address: | **10769 NW 81st Lane** | Inspection Date: | **07/03/2018** |
| Address Line 2: | | Inspector: | **Jorge Garcia** |
| City (State): | **Doral (FL)** | License: | **HI 9540** |
| ZIP: | **33178** | Time: | **5:30 PM** |
| Phone: | **(305) 370-2546** | Weather/Temp: | |

Residences built from 2002 to 2006 may have gypsum board manufactured in China installed on partition walls and/or ceilings. Recent findings have indicated that some Gypsum board manufactured in China may contain elements that "off gas" corrosive agents, causing a varying range of problems to the metallic components in the home.

The purpose of this inspection is to perform visual observations to identify symptoms or evidence consistent with the presence of Chinese manufactured gypsum board. We performed visual inspections of the following components and areas:

1. Removal of air handler panels and visual inspection of copper evaporator coils for oxidation and corrosion.
2. Removal of breaker panel cover and visual inspection of copper wiring for oxidation and corrosion.
3. Removal of a representative number of receptacle covers (1-2 per room) and inspection of copper wiring for oxidation and corrosion.
4. Inspection of all visible copper piping at the water heater and under the sinks for oxidation and corrosion.
5. Inspection of all door hardware, plumbing fixtures and electrical fixtures for visible pitting, corrosion and oxidation.
6. Limited wall cavity inspection with Milwaukee 2310 Digital Inspection Camera (Borescope) for visible manufacturer markings on back of gypsum board (through CATV outlets, 1 per room).
7. Limited attic crawlspace inspection involving moving of blown-in insulation in 3 locations to view backside of ceiling gypsum board to view manufacturer stamps or labels.

Our inspection of these components was limited to observing for symptoms and signs of Chinese manufactured gypsum board. We did not inspect for function, condition of component or any other deficiencies.

Please note that very little backside area of the gypsum board is visible and this inspection is limited to what could be viewed during our limited inspection period and to the degree reasonably possible. Therefore, it is possible that some Chinese manufactured gypsum board may be present in the home but not visible in the areas inspected and not contributing to any symptoms. Furthermore, this is not a complete home inspection. We recommend a complete home inspection be performed to provide condition information on the other components of the home not inspected in the scope of this inspection.

**SUMMARY FINDINGS AND COMMENTS**

**1. Our inspection of these components was limited to observing for symptoms and signs of oxidation known to be caused by off-gassing from Chinese manufactured gypsum board. We did not inspect for function, condition of component or any other deficiencies. Our inspection found the following noted components to have oxidation consistent with evidence of Chinese manufactured gypsum board. Additionally, we perceived a slight smell of sulfur within the interior of the unit at the time of the inspection, which is also one of the symptoms of Chinese gypsum board.**

**2. Based on the above noted findings, we recommend buyer obtain trade estimates, prior to expiration of the due diligence period, to determine the actual scope, options and costs. Costs will vary.**

**The inspection involved visual observations only. No material sampling or lab testing was performed as a part of this inspection.**

INSPECTED BY **Jorge Garcia** # **HI 9540**



ADDRESS



FRONT ELEVATION



COPPER PLUMBING



ELECTRICAL PANEL WIRING



ELECTRICAL PANEL WIRING



BEDROOM OUTLET WIRING



ELECTRICAL PANEL WIRING



ELECTRICAL PANEL WIRING



COPPER PLUMBING



COPPER PLUMBING



BEDROOM OUTLET WIRING



BEDROOM OUTLET WIRING



DOOR HANDLES



COPPER PLUMBING



COPPER PLUMBING

COPPER PLUMBING



COPPER PLUMBING



CHINESE MANUFACTURE



COPPER PLUMBING



COPPER PLUMBING



COPPER PLUMBING



BEDROOM OUTLET WIRING



COPPER PLUMBING



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CHEDESTER_10955
      **Property: 10955 West Brighton Drive, Chunchula, AL 36521**

Mr. Doyle:

At your request, an inspection of the above property was attempted.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1596 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



**Figure 2: Markings on drywall consistent with KPT brand drywall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Bldg_1    Bldg_MISCIMP

## BUILDINGS

### GENERAL INFO

| | |
|---|---|
| Parcel | 14 08 37 0 000 015.027 |
| Building | 1 |
| Type | 0101 |
| Eff. Type | 0101 |
| Built | 2006 **[ 2009 ]** |
| Class | D+ |
| No. Stories | 1   No. Rooms 4 |
| Assmt. Class | 3   Bldg. Ht. 0 |

**Current Owners**
**CHEDESTER MICHAEL A & BECKY**

**10955 W BRIGHTON DR**
**MOBILE AL 36521**

**7458-882**

**Last Modified: 8/10/2015 7:12:56 PM**

### BUILDING VALUE

| | |
|---|---|
| Base Area | 1596 |
| Base Rate | $51.25 |
| Const. Units | 101 |
| Adj. Rate | $51.76 |
| Total Adj. Area | 1647 |
| Sub Total | $85,248.72 |
| Extra Features | $16,223.00 |
| Base Cost | $101,471.72 |
| Index | 1.18 |
| Replacement Cost | $119,729.49 |
| Condition | 94 |
| Value | $112,545.72 |
| Market Adj. | 0 |
| Final Value | $112,500.00 |
| Misc. Imp. | $0.00 |
| **TOTAL IMP. VALUE** | $112,500.00 |

### Construction Units

| Category | SubCategory | Code | Percent | Units |
|---|---|---|---|---|
| FOUNDATION | SLAB,CONRETE | S01 | 100 | 0 |
| EXTERIOR WALLS | BRICK ON WOOD | W12 | 100 | 38 |
| ROOF TYPE | HIP GABLE | T02 | 100 | 8 |
| ROOF MATERIAL | ASPHALT SHINGLES | M04 | 100 | 4 |
| FLOORS | TILE,CERAMIC | F1200 | 25 | 4 |
| FLOORS | CARPET | F1400 | 75 | 9 |
| INTERIOR FINISH | SHEETROCK | I0700 | 100 | 30 |
| PLUMBING | AVERAGE | P03 | 1 | 8 |
| | | | **Total** | **101** |

### Extra Features

| Code | SubCategory | Qty | Sqft | Base | Total |
|---|---|---|---|---|---|
| HTR-FHA/AC-1 | ELEC HEAT & A/C W/DUCTS,1... | 1 | 1596 | $4.30 | $6,863.00 |
| PLB,BATH/10 | BATH, 5-FIX W/WHRLPOOLTUB | 1 | 0 | $8,030.00 | $8,030.00 |
| FIREPL/29 | FIREPLACE +1 PREFAB | 1 | 0 | $1,330.00 | $1,330.00 |
| | | | | **Total** | **$16,223.00** |

### MISC IMPROVEMENTS

| Code | Assmt. | SubCategory | Size | Value |
|---|---|---|---|---|
| | | | **TOTAL:** | **$0.00** |

### APPENDAGES

| Symbol | Decimal | Area | Adjusted Area |
|---|---|---|---|
| OP 0.2 | 0.2 | 160 | 32 |
| OP 0.2 | 0.2 | 96 | 19 |
| 1+1 | 1 | 1596 | 1596 |
| | | **TOTAL: 1647 Sqft** | |



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: BUTCHER_4020
        Property: 4020 Island Lakes Dr. Winter Haven FL. 33881

Mr. Doyle:

At your request, an inspection of the above property was attempted.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts.

Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1862 SF.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



# Polk County Property Record Card

4/3/2018 1:18:09 AM

| Parcel ID:262809530005000400 |
|---|

Owner: BUTCHER TOBI S

Mailing Address

10575 PAUL BUCHMAN HWY

PLANT CITY FL 33565-7231

Site Address
4020 ISLAND LAKES DR
WINTER HAVEN FL 33881

### Value Information

| | |
|---|---|
| Land Value: | $45,000.00 |
| Building Value: | $0.00 |
| Misc. Item(s) Value: | $0.00 |
| Total Just Value (Market): | $45,000.00 |

### Exemption Information
Addt'l Homestead does not apply to all tax districts

| | |
|---|---|
| Homestead: | 0 |
| Addtl. Homestead: | 0 |
| Other: | 0 |

### Non Ad-Valorem Assessments

| | |
|---|---|
| Fire: | |
| Other: | |

### General Property Information

| | |
|---|---|
| Neighborhood # | 210730.00 |
| Subdivision # | 530005 |
| Subdivision Name | ISLAND LAKES |
| DOR Use Code (DOR) | 0180 |
| DOR Description | Res. Lakefront |
| Short Legal: | |
| ISLAND LAKES PLAT BOOK 134 PGS 4 & 5 LOT 40 | |

### Taxable Value (Tax Dist: 92410)

| District Description | Tax Rate | Assessed Value | Assessed Taxes | Exemption | Tax Savings | Taxable Value | Taxes |
|---|---|---|---|---|---|---|---|
| BOARD OF COUNTY COMMISSIONERS | 6.781500 | $44,000.00 | $298.39 | $0.00 | $0.00 | $44,000.00 | $298.39 |
| POLK COUNTY SCHOOL BOARD - STATE | 4.266000 | $45,000.00 | $191.97 | $0.00 | $0.00 | $45,000.00 | $191.97 |
| POLK COUNTY SCHOOL BOARD - LOCAL | 2.248000 | $45,000.00 | $101.16 | $0.00 | $0.00 | $45,000.00 | $101.16 |
| CITY OF WINTER HAVEN | 5.790000 | $44,000.00 | $254.76 | $0.00 | $0.00 | $44,000.00 | $254.76 |
| LAKE REGION LAKES MGMT DIST | 0.421400 | $44,000.00 | $18.54 | $0.00 | $0.00 | $44,000.00 | $18.54 |
| SOUTHWEST FLA WATER MGMT DIST | 0.313100 | $44,000.00 | $13.78 | $0.00 | $0.00 | $44,000.00 | $13.78 |
| **Total** | **19.82000** | | **$878.60** | | **$0.00** | | **$878.60** |

### Sketch

| | | |
|---|---|---|
| BAS | 1,862 | BASE AREA |
| USP | 52 | USP UNFIN. SCREEN PORCH 40% |
| UGR | 400 | UGR UNFINISHED GARAGE 50% |
| UOP | 130 | UOP UNFIN. OPEN PORCH 30% |

### Residential Building Information

| | | | |
|---|---|---|---|
| Year Built: | 2006 | Stories: | 1 |
| Eff Yr Built: | 2006 | Bedrooms: | 4 |
| Description: | Single Family | Full Baths: | 2 |
| Units: | | Half Baths: | 0 |
| Total Under Roof: | 2,444 | Fireplaces: | 0 |
| | | Living Area (SFLA): | 1,862 |

### Sales Information

| | Grantee Name | Vac/Imp | Sale Date | Sale Amount | OR Book | OR Page | Deed Type | Multi-Parcel Sale |
|---|---|---|---|---|---|---|---|---|
| 1 | BUTCHER TOBI S | I | 03-Jun-2011 | $0.00 | 08416 | 01067 | Q | 30 |
| 2 | JESSELL TOBI | I | 29-Jun-2007 | $275,000.00 | 7347 | 1947 | W | 00 |
| 3 | ADAMS HOMES OF NORTHWEST FLORIDA INC | V | 04-Jan-2006 | $2,320,000.00 | 6582 | 1380 | W | 02 |

### Land Information

| Description | Ag/GreenBelt | Land Unit Type | Front | Depth | Units |
|---|---|---|---|---|---|
| Water Influence | N | U | 0 | 0 | 1 |

### Miscellaneous Item(s) Information

| Description | Yr Blt | Eff Yr Blt | Length | Width | Units |
|---|---|---|---|---|---|
| SCREEN ENCLOSURE 3500 | 2009 | 2009 | 0 | 0 | 1 |
| BOAT DOCK 1500 | 2009 | 2009 | 0 | 0 | 1 |

Please Note:  All Value Information is from  2017 Final tax roll.  All taxes and tax rates are 2017.  Historic and economic exceptions are not reflected in these totals.  The information provided is believed to be correct but is subject to change and is not guaranteed.  If multiple structures exist on a parcel, only the first is shown.   **Additional lines of information pertaining to this record are not displayed due to field size limitation of this report. *** Count includes buildings designated as future year.



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: HALLMARK_775
       **Property: 775 Ridgefield Way, Odenville, AL 35120**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3077.31 SF to determine a Living Space area of 2253.89 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall.





N

Main Level

downstairs



Finished Basement

Garage

Under stairs closet

Stairs

Close


N

downstairs

12/31/2019     Page: 2



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: PORCIUNCULA_339
         Property: 339 Wilton Avenue, SW Palm Bay, FL 32908

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,175 sq. ft. to determine a Living Space area of 1,518 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bedroom.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:  Chinese Drywall Screening Report Number: BALDWIN_909
     Property: 909 High Ridge Drive Friendswood, TX 77546

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/17/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

While measuring, inspecting and documenting the above referenced property, Healthy Home Solutions, LLC identified the home as containing fit and finishes that far exceeded those found in a typical home of this size and/or area. It is my opinion that the cost for remediation produced by using RS Means averages would fall substantially short of the full cost of remediation. For this reason, I recommend producing a detailed scope of work and cost estimate using software, such as Xactimate, designed specifically for this purpose.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master Bedroom Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4,639 sq. ft. to determine a Living Space area of 3,960 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Master Bedroom Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Healthy Home Solutions, LLC

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MARTINEZ_23631
      Property: 23631 SW 112 CT Homestead, FL 33032

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master Bedroom Closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,050 sq. ft. to determine a Living Space area of 1,706 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Master Bedroom Closet.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: BALL_2464
       Property: 2464 Silver Palm Road North Port, FL 34288

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/19/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bed 3/Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  3669 Sq. ft. to determine a Living Space area of 2510 Sq.ft .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the  Bed 3 Kitchen.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com