UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiffs Jackelyn Aguirre o.b.o. Home and Land, Inc., Hoan Bao & Hahn Tran, Steve Binns, Bholonath & Prabha Dhume, Skyline Glass, LLC, Becky Chedester, Tobi & Ken Butcher, Jason & Katie Hallmark, Leslie & Olivia Porciuncula, Dave & Karen Baldwin, Karina Martinez, and, Edward Ball & Margot Gravelby and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistric*t Litigation. (R. Doc. 18181).*
2. *The* Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.
3. Plaintiffs' affected properties are in the states of Alabama, Florida, Louisiana, and Texas.
4. Plaintiffs purchased their properties without knowledge of Chinese drywall in the home.

1

5. Plaintiffs completed and executed a verified Plaintiff Profile Form.

6. Plaintiffs completed and executed a verified Supplemental Plaintiff Profile Form.

7. Plaintiffs completed and executed a verified Plaintiff Fact Sheet.

8. Plaintiffs were deposed by Knauf's Counsel and testified regarding the expense they've incurred as monthly holding costs of the affected property .

9. Alabama law provides a two-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

10. Florida law provides a four-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

11. Louisiana law provides a one-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

12. Texas law provides a two-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

13. Alabama, Florida, Louisiana, and Texas law recognizes a Delayed Discovery Rule to file product defect-related claims, an exception to the statute of limitations.

14. Plaintiffs each seek all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the consumer protection laws of the states of Alabama, Florida, Louisiana, and Texas.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*