UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion for Partial Summary Judgment (Rec. Doc. 22690) as to claims filed by Plaintiffs Jackelyn Aguirre o.b.o. Home and Land, Inc., Hoan Bao & Hahn Tran, Steve Binns, Bholonath & Prabha Dhume, Skyline Glass, LLC, Becky Chedester, Tobi & Ken Butcher, Jason & Katie Hallmark, Leslie & Olivia Porciuncula, Dave & Karen Baldwin, Karina Martinez, and, Edward Ball & Margot Gravel;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion for Summary Judgment is **DENIED**.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge