# Exhibit A

# Contacts with US Market



## Commercial-Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | |
|---|---|
| Number | Date | Sheet |
| 76205535 | 17.03.2006 | 1 |
| No. of customer | | |
| 113954 | | |
| Date of order | Order | |
| 01.03.2006 | LW2 CAN | |
| Your VAT-Reg-No. | Your ILN-No. | |

**Order initiator**
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

**Delivery address**
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

Our VAT-Reg-No.
DE133017134
Delivery note
94346187
Order
5194964
Contact person
HIRTH-J
Currency
USD

Our ILN-No.
4003982 00000 2
Service rendered
17.03.2006
Date
01.03.2006
Mode of delivery
Seafreight
County
75945
99200

Offer

POD
0085

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| Item | Material | Quantity | Grossprice | Rebate | | Netprice | Item value |
|---|---|---|---|---|---|---|---|
| | | | | % | USD | | |
| 10 | 88094 | 127.976 ST   571.412,840 M2 | | | | 236,82 / 100 M2 | 1.353.219,89 |
| | GKB 12,7 1220 3660 AK (68) | | | | | | |
| | KOLLO N. 1 - 1882 | | | | | | |
| | STANDARD WALLBOARD 1/2" x 4 x 12 feet | | | | | | |
| | TAPERED EDGE | | | | | | |
| | 68 pcs. / pallet | | | | | | |
| | Customs tariff no.: 68091100 | | | | | | |
| | Country of origin: Germany | | | | | | |

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel. +49 9323 31-0, Fax +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2734, Steuer-Nr. 257 168 01692
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 804 1, IBAN: DE 69 7902 0076 0001 4980 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 306 588 00, IBAN: DE 57 7007 0016 0030 5009 00, SWIFT-BIC: DEUTDEMM759

KNAUFGIPS0000017



## Commercial-Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| Number | Date | Sheet |
| 76205535 | 17.03.2006 | 2 |
| No. of customer | | |
| 113954 | | |

GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1 - 1882
GROSSWEIGHT: ..................... KOS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
+++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 1882 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
+++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| Total amount (items) | | | 1.353.219,89 |
| V.A.T. | 0,00 % | | |
| Total amount | | 1.353.219,89 USD | |
| | | | in USD1.353.219,89 |
| | | | in Euro1.132.401,47 |

Grossweight   5.199.966 KG    Netweight   4.913.902 KG
Total freight 0,00  + package (VP) 0,00  + logistic costs (LK) 0,00  incl. V.A.T.          0,00
Discountable amount (Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)   1.353.219,89
Terms of payment      Up to 16.04.2006 without deduction, payable
Terms of delivery      CIF Canaveral                                                        1.353.219,89

Knauf Gips KG
Am Bahnhof 7 · 97346 Iphofen

| | | |

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2764, Steuer-Nr: 227 166 01692
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9841, IBAN: DE 09 7902 0076 0001 4998 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 395 568 00, IBAN: DE 57 7907 0016 0039 5568 00, SWIFT-BIC: DEUTDEMM790

KNAUFGIPS0000018

Knoechel, Bernd

Von:
Gesendet: Dienstag, 11. April 2006 14:12
An: tricks@usg.com; 'Jerry Jacobs'; 'Barry Topple'; jcain@usg.com
Cc: Muenk, Kurt; Knoechel, Bernd
Betreff: Vessels Rebecca / Anja

Attn. Tom

On behalf of Mr. Münk, sorry for the worries regarding the damages of the vessel MV Rebecca.

Regarding your e-mail from yesterday please note:

1.    As per your statement / statement of Jerry Jacobs, the vessel Rebecca has had heavy sea during the ocean transit.
      Further to that fact it seems that a large amount of airbags were broken and cargo was shifting. If cargo shifts without
      airbags and in heavy sea, no packaging can secure boards, only wooden cases.
      For example, vessel MV Anja had some bad weather, too, but only for 1 or 2 days. But with the good condition of the airbags,
      only 4 units were broken (2 with export packaging and 2 with special export packaging / as per report of Mr. David Hamilton).
      Regarding the 4 broken units on the MV Anja, I am waiting for information from my boss if we will send you a credit note.
      I will send the information to you as soon as I get them.

2.    In accordance with Knauf Insurance Company Iphofen we will take a claims survey agent in Canaveral to clear the matter.
      Please note that we can't agree anything with you before a statement of the claims survey agent of the vessel Rebecca lay in
      our hands.

3.    Wharfages are not to our account. Our agreement is CIF based on charter parties.
      Cargo is shipped on free out bases, which means that all cargo related charges as from arrival of the vessel and opening of
      the hatches at discharging port are for receivers account (same procedure as everytime – as well as in 1999).

4.    Regarding slow capacity, please see comment of our Supercargo.

The following section was written by Mr. David Hamilton (Supercargo)

      MV Anja
      In respect of your comments as to slow down in unloading productivity we regret but cannot follow/accept your comments.
      You accepted the vessel for the carriage of the goods. The vessel only had one crane which was not able to reach all
      compartments of the holds and you had to hire a shore crane. Fortunately the vessels crane had a capacity of 60 tons and on the
      first day you discharged always 10 pallets per lift (more than 30 tons incl. Spreader).
      The turnaround of the vessels crane was much more faster than the shore crane's. When the vessel commenced discharging all
      persons involved (especially the stevedores) expected to complete discharging by end of the regular shift on Friday. When they
      have noticed the speed of the vessels crane they corrected the estimation for Friday noon time.
      Of course we agree, that due to lifting the pallets , slinging them with stevedore's slings the discharging took a little bit more time.
      But if you see the discharging in average, the vessel completed as calculated in first instance. At the time close to completion of the
      vessel, even stevedore have not been in a position to clearly stipulate what kind of extra charges they have in mind to charge.
      In our opinion, stevedores just see a possibility to gain for some extra money, which is by no means justified.
      In case the vessel would have had a crane of only 20 tons capacity, the vessels crane could only have:

1

CONFIDENTIAL

discharged 5-6 pallets incl
     spreader per lift.

    On the first day a total number of 1100 packages (including lost time after accident) had been discharged, which, according to all parties,
    was a fantastic result and came down a little bit on Friday. Please also do not forget the time lost in hatch number two on Friday morning
    when one man of stevedores was injured and discharging was stopped for about 1 - 1,5 hours.

    Concerning overtime for loading the dunnage on board., kindly adv by return extra expenses (as far as upstand about USD 600,- for the stevedores
    and about USD 400,- for the crane) stevedores will charge.

    MV Rebecca
    As informed by Jerry, you have managed to discharge about 1050 pallets yesterday on the MV Rebecca, which compared to the MV Anja also
    is a very good result (having in mind the damages obtained) and therfore nobody really can talk about low productivity on this vessel. Any extra
    expenses in this respect will also be rejected from our side.


If you have any further questions, please do not hesitate to contact us.

Kind regards,

Knauf Gips KG
Auftragsmanagement
und Logistik
- Export / Import -
Shipping Department
John Hirth
Am Bahnhof 7
97346 Iphofen
Tel. +49 (0) 9323 31 578
Fax +49 (0) 9323 31 485
mailto:Hirth.John@knauf.de

CONFIDENTIAL

KNAUFGIPS0000058

KNAUFGIPS0000058

Knoechel, Bernd

| | |
|---|---|
| Von: | Cain, John [jcain@usg.com] |
| Gesendet: | Donnerstag, 22. Juni 2006 00:40 |
| An: | Knoechel, Bernd; Ricks, Tom |
| Cc: | Barry Topple; Deely, Brendan |
| Betreff: | RE: Delieveries from Germany |

Bernd,  Thank you for the opportunity on additional plasterboard shipments.  We are interested in the
additional product and would like to have it shipped to Charleston NC or Savannah, SC.  What is the price
and estimated shipping time?

*John W. Cain*
*Executive Vice President, Business Development and Strategy*
*L & W Supply Corporation*

From: Knoechel, Bernd [mailto:Knoechel.Bernd@knauf.de]
Sent: Tuesday, June 20, 2006 7:47 AM
To: Cain, John; Ricks, Tom
Subject: WG: Delieveries from Germany

Hallo John! Hallo Tom!

We will have free plasterboard capacities again end of July / early August (approx. 1.5 million sq-meters per
month).

Could you please inform us if there is any interest from your side in getting amounts from Germany.

Many thanks in advance!

Kind regards
*Bernd Knöchel*
Knauf Gips KG ·
Leiter
Auftragsmanagement
und Logistik - Iphofen
Tel.    [09323]31-547
FAX:  [09323]31-699

mailto:knoechel.bernd@knauf.de

09.10.2009

ONFIDENTIAL

Reiseprogramm USG -- June 2005

Tuesday, June 14, 2005

Prof. Hans-Ulrich Hummel arrives
Chicago O'Hare **Lufthansa #430** arriving 12:05 PM.
Bill White and Bill Hodgson will meet Prof. Hummel at the International Terminal arrivals area.
Will then proceed directly to United States Gypsum East Chicago Indiana plant with target arrival 14:30.
Tour the East Chicago board and joint treatment department. Depart East Chicago 16:30
Check in Prof. Hummel at the Hilton Garden Inn.  The Ritz Carlton was unavailable and rates are high because of the NEOCON show in Chicago this week.
http://www.merchandisemart.com/neocon/

```
14 JUN 05 - TUESDAY
    GARDEN INN                  01 NT/S - OUT 15JUN           CONFIRMED
    HILTON GARDEN INN C         1 ROOM/S              GUARANTEE-CREDIT CARD
    10 E. GRAND AVENUE          RATE-      269.00     GUARANTEED
    CHICAGO IL 60611            PHONE-312 595-0000
    FAX-312 527-1989
                                NAME-HUMMEL HANS
    CORP ID-N0005810
                                CONFIRMATION-3212857058
```

Dinner with Bill Hodgson, Bill White and Mike Geoffrey
18:30  **Weber Grill Restaurant**
(312) 467-9696
539 N State St
Chicago, IL 60610


**Wednesday June 15, 2005**

Bill White Pick up Prof. Hummel at Hilton Garden Inn.
At **8:30 AM** travel to USG Solution Center, 222 W. Hubbard Street to visit USG showroom that will be open as part of NEOCON spend 1 to ½ hours there and then head to Libertyville.
Approximate arrival 11:00 – 11:30 AM depending on traffic.

11:30-1:00 PM Lunch with Dr. Don Mueller, Bill White, and (Dr. Mueller handling the reservation)
**Gridley's Grille of Long Grove**
RFD 4868 Route 83
Long Grove, IL 60047
847-478-3663
Located at Gilmer Road and Route 83
1:00 -4:30 PM General discussions Knauf R&D Organization, Cleaneo, Piano and MW stud and any other areas of interest.

Overnight stay at
```
COURTYARD BY MARRIOTT         01 NT/S - OUT 16JUN           CONFIRMED
    CRTYRD LINCOLNSHIRE        1 ROOM/S              GUARANTEE-CREDIT CARD
    505 MILWAUKEE AVENUE       RATE-      159.00     GUARANTEED
    LINCOLNSHIRE IL 60069      PHONE-847 634-9555
    FAX-847 634-8320
                              NAME-HUMMEL: PROFESSOR
                              CONFIRMATION-83750748
```

Dinner 18:30 (6:30 PM for us Americans) at
**Carlucci's Lincolnshire**
250 Marriott Drive
Lincolnshire, IL 60069-3664
tel: (847) 478-0990

03.06.2005 W. White                     - 1 -

KNAUFGIPS0000378

To:        Halbach, Martin[halbach.martin@knauf.de]
From:      Zhong.Ann@mail.knauf.com.cn
Sent on behalf of:   Zhong.Ann@mail.knauf.com.cn
Sent:      Tue 11/7/2006 3:52:10 AM
Importance:   Low
Sensitivity:   None
Subject:   ??: Fw: USA smelly board

Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to explain that our boaurds are nothing wrong?   We should not leave this issue only on Mark.   This morning Mark received a call from America again and insists Mark to go America.

Thanks & regards
Ann

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China

| | |
|---|---|
| Mark Norris/BeiFang/Knauf_China@Knauf | 07/11/2006 10:59 AM  To |
| jawahar@rothchilt.zip.com | cc |
| USA smelly board | Subject |

Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon   ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back .

KNAUFGIPS0000382

Best Regards,

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000383

To:      Halbach, Martin[Halbach.Martin@knauf.de]
From:          YuanHongWen@mail.knauf.com.cn
Sent on behalf of:    YuanHongWen@mail.knauf.com.cn
Sent:          Wed 11/29/2006 8:35:21 AM
Importance:     Low
Sensitivity:     None
Subject:         ??: Gypsum for Tianjin


-----Forwarded by YuanHongWen/NanFang/Knauf_China on 11/29/2006 04:32 PM -----

wayne.studdon@knauf.co.id

                                                    11/29/2006 01:57 PM  To

<yuan.hongwen@mail.knauf.com.cn>                                     cc
                                                                    Subject
Gypsum for Tianjin



Dr Yuan,

could you please send me you telephone number, I think I received your business card last
week but I don't have it with me right now. We need to talk further on this issue of the
board smell from Tianjin. I understand that there is testing presently underway in Germany
however this is something that David has asked to get involved in as the concern is what do
we do right now in terms of board for particularly export but even for local. I'll give you a
call back to discuss further.

By the way my mobile number is + 62 815 1122 3431

Regards

Wayne Studdon

KNAUFGIPS0000483

To:     mark@mail.knauf.com.cn[mark@mail.knauf.com.cn]
Cc:     Halbach, Martin[Halbach.Martin@knauf.de];
ChenJie@mail.knauf.com.cn[ChenJie@mail.knauf.com.cn]
From:             YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:             Mon 10/30/2006 3:44:21 AM
Importance:        Low
Sensitivity:       None
Subject:           Re: Fw: Knauf smelling
Categories:        <OF82F871CF.D4AAFA47-ON48257217.00084D2A-
                   48257217.0008533B@LocalDomain>

Dear Mark,
as you know, our board has no special smell. During the production of these board, we used mainly
natural gypsum. Other additives were also normal as before. It is very strange for me and needs some
detailed information to confirm the problem.

Mit freundlichen Gruessen / Best Regards

------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

Mark Norris/BeiFang/Knauf_China

                                                    10/30/2006 09:30 AM   To
YuanHongWen/NanFang/Knauf_China@Knauf                                     cc
                                                                         Subject

Fw: Knauf smelling

please call me

—— Forwarded by Mark Norris/BeiFang/Knauf_China on 30/10/2006 09:30 AM ——

WangLan/BeiFang/Knauf_China

                                                    30/10/2006 09:05 AM   To
Mark Norris/BeiFang/Knauf_China@Knauf                                     cc
                                                                         Subject

KNAUFGIPS0000503

Knauf smelling

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer want to take this matter to court...

Best Regards

Cecilia Wang

Knauf Plasterboard  (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
---- 转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 ----

"jawahar" <jawahar@rothchilt.zjip.com>

<WangLan@mail.knauf.com.cn>                                    2006-10-28 10:32  收件人

                                                                              抄送
                                                                              主题

Re: (Rising Spam Alert)

Dear Cecilia,

Below message marked in blue is from Salomon's  buyer whom he has sold your boards, he is trying to
get more information, please check very  carefully

SOLOMAN, PLEASE NOTIFY KNAUFF  THAT WE HAVE A PROBLEM WITH A VERY BAD

SMELL COMMING FROM THERE  BOARD

KNAUFGIPS0000504

A TEST WAS DONE ON ALL D/W IN  A HOUSE

THE KNAUFF HAD 20 TIMES  STRONGER SMELL THEN ALL THE OTHER BOARD

WCI IS THE MAIN   BUILDER ALSO G.L. HOMES IS ALSO HAVING A PROBLEM.


bst rgds
Jawahar
——— Original Message ———
From: <Wanglan@mail.knauf.com.cn>
To: <jawahar@rothchilt.zjin.com>
Sent: Friday, October 27, 2006 4:42 PM
Subject: (Rising Spam  Alert)

KNAUFGIPS0000505

To:            Halbach, Martin[Halbach.Martin@knauf.de]
From:          YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:          Mon 10/30/2006 3:38:53 AM
Importance:    Low
Sensitivity:   None
Subject:       FW: Fw: Knauf smelling


Hallo Herr Halbach,
haben Wir aehnleche Problem bei andere Laende?
Ist es moeglich jemand in USA (z.B. USG leute) anzurufen, diesen Geruch zu pruefen?

Mit freundlichen Gruessen / Best Regards

--------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn
----- Forwarded by YuanHongWen/NanFang/Knauf_China on 10/30/2006 11:34 AM -----

Mark Norris/BeiFang/Knauf_China

                                                                10/30/2006 09:30 AM  To
YuanHongWen/NanFang/Knauf_China@Knauf
                                                                            cc
                                                                          Subject
Fw: Knauf smelling



please call me

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 30/10/2006 09:30 AM -----

WangLan/BeiFang/Knauf_China

                                                                30/10/2006 09:05 AM  To
Mark Norris/BeiFang/Knauf_China@Knauf
                                                                            cc
                                                                          Subject
Knauf smelling

KNAUFGIPS0000506

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer
want to take this matter to court...

Best Regards

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
—-- 转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 —-—

"jawahar" <jawahar@rothchilt.zjip.com>

                                                           2006-10-28 10:32  收件人

<WangLan@mail.knauf.com.cn>                                 抄送
                                                            主题

Re: (Rising Spam Alert)

Dear Cecilia,

Below message marked in blue is from Salomon's  buyer whom he has sold your boards, he is
trying to
get more information, please check very  carefully


SOLOMAN, PLEASE NOTIFY KNAUFF   THAT WE HAVE A PROBLEM WITH A VERY BAD

SMELL COMMING FROM THERE   BOARD

A TEST WAS DONE ON ALL D/W IN   A HOUSE

THE KNAUFF HAD 20 TIMES   STRONGER SMELL THEN ALL THE OTHER BOARD

KNAUFGIPS0000507

WCI IS THE MAIN    BUILDER ALSO G.L.HOMES IS ALSO HAVING A PROBLEM.


bst rgds
Jawahar
——— Original Message ———
From: <WangLan@mail.knauf.com.cn>
To: <jawahar@rothchilt.zjip.com>
Sent: Friday, October 27, 2006 4:42 PM
Subject: (Rising Spam  Alert)

KNAUFGIPS0000508

```
To:         Hoefner, Nicole[Hoefner.Nicole@knauf.de]
Cc:         ChenJie@mail.knauf.com.cn[ChenJie@mail.knauf.com.cn]; Halbach,
Martin[Halbach.Martin@knauf.de]
From:       ChenJie@mail.knauf.com.cn
Sent on behalf of:    ChenJie@mail.knauf.com.cn
Sent:       Fri 11/10/2006 2:31:42 AM
Importance:   Low
Sensitivity:   None
Subject:    ??: important! in addition to Mail Miss Osterl
Categories:
```

<4E16E0017E66FD41A5BF4FD1C41D2DCE0320BEAE@IPHMX01.KN
AUF.LOC>

Dear Mr.Hoefner,Nicole,

I will post the Gypsum sample and FGD sample and process water to
Dr.Hummel today, then I will send you the post number.

kind regards

chenjie


         "Hoefner, Nicole"
         <Hoefner.Nicole@k
            nauf. de>                                        收件人
                <ChenJie@mail.knauf.com.cn>
         2006-11-10  01:30                                   抄送
               "Halbach, Martin"
               <Halbach.Martin@knauf.de>
                                                             主题
         important! in addition to Mail Miss
         Osterl


Dear Mr.  Chenje,

Mr. Halbach  told me right now  to send us also -  in the quickest
possible  way -  one litre of process water.

Thanks a lot, Mr.  Chenje,

and kind  regards!

N. Höfner

KNAUFGIPS0000676

(in representation of Miss Oster)

Knauf Gips KG
Direktion Technik / Rohstoffsicherung

Nicole Höfner (Sekretariat)

Am Bahnhof 7, 97343 Iphofen
Tel. +49 9323 31-1142
Fax +49 9323 31- 671
<mailto: hoefner.nicole@knauf.de

KNAUFGIPS0000677

To:         'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn];
            dgregory@knauf.co.id[dgregory@knauf.co.id]
Cc:         wayne.studdon@knauf.co.id[wayne.studdon@knauf.co.id]
From:              Halbach, Martin
Sent on behalf of:   Halbach, Martin
Sent:              Mon 11/27/2006 6:58:13 AM
Importance:        Low
Sensitivity:       None
Subject:           AW: Production and profile reports for Nov 2006

Dear David,

there downtime in Tinajin is ok, see BDE report. The stop time is quite high, but this depends on low sells volume.

Rgds

Martin

-----Ursprüngliche Nachricht-----
Von: YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]
Gesendet: Sonntag, 26. November 2006 04:11
An: dgregory@knauf.co.id
Cc: wayne.studdon@knauf.co.id
Betreff: Re: Production and profile reports for Nov 2006

Dear David,
only the production stop on 21th was for smell checking by Martin's visit.
The rest time was waiting for orders. We can run max. 2mil. now in Tianjin after our continuous improvements this year and proposaled only 1.7mil., but it's still too much for sale.
That is the reason why we try to put some more products to Tianjin, if the sales price is ok. Unfortunately I was being always misunderstanded.

Mit freundlichen Gruessen / Best Regards

---------------------------------------------

KNAUFGIPS0000696

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

dgregory@knauf.co.id

11/26/2006 10:32 AM

To

<yuanhongwen@mail.knauf.com.cn>

cc

<wayne.studdon@knauf.co.id>

Subject

Production and profile reports for Nov 2006

Dear Dr Yuan

There is a lot of down-time in Tianjin this month. Please can you let me know why?

regards

David

Please note that   my email address has changed to dgregory@knauf.co.id

---- Forwarded by David N Gregory/Knauf Indonesia on 11/26/2006 12:31 AM ----

KNAUFGIPS0000697

LuXianZhen@mail.knauf.com.cn

11/24/2006 12:59 PM

To:       dgregory@knauf.co.id, "Herr Halbach" <Halbach.martin@knauf.de>
cc:       "Betz, Heiko" <Betz.Heiko@knauf.de>, YuanHongWen@mail.knauf.com.cn, Mark_Norris@mail.knauf.com.cn,
Zhong.Ann@mail.knauf.com.cn, Knauf.Frederick@knauftrading.cn, qiushiming@mail.knauf.com.cn
Subject:       Production and profile reports for Nov 2006

Dear Mr. Gregory and Dear Mr.Halbach ,

Please see the attached the production and profile reports for November for your reference!

Anything unclear for you please don't hesitate to le me know!

Mit freudlichen Grüssen/Best regards,

Lu

KNAUFGIPS0000698

KNAUFGIPS0000699

[附件 "Production Report 2006 for Nov.pdf" 被 YuanHongWen/NanFang/Knauf_China 删除]
[附件 "Profile Report 2006 for Nov.pdf" 被 YuanHongWen/NanFang/Knauf_China 删除]

KNAUFGIPS0000700

To:        'Zhong.Ann@mail.knauf.com.cn'[Zhong.Ann@mail.knauf.com.cn]
Cc:        Hummel Prof. Dr., Hans-Ulrich[Hummel.Hans-Ulrich@knauf.de]
From:      Halbach, Martin
Sent on behalf of:    Halbach, Martin
Sent:      Tue 11/7/2006 6:29:54 AM
Importance:    Low
Sensitivity:    None
Subject:    AW: Fw: USA smelly board

Dear Ann,


there was nobody sent to the US. A Knauf deligation is visiting USG at this time, that has nothing to do
with the smelly boards. This visit was scheduled 6 month ago.



Martin



-----Ursprüngliche Nachricht-----
**Von:** Zhong.Ann@mail.knauf.com.cn [mailto:Zhong.Ann@mail.knauf.com.cn]
**Gesendet:** Dienstag, 7. November 2006 04:52
**An:** Halbach, Martin
**Betreff:** ??: Fw: USA smelly board



Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to
explain that our boaurds are nothing wrong?  We should not leave this issue only on Mark.  This morning
Mark received a call from America again and insists Mark to go America.

Thanks & regards
Ann


---- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM ----

WangLan/BeiFang/Knauf_China

KNAUFGIPS0000701

07/11/2006 10:59 AM

To

Mark Norris/BeiFang/Knauf_China@Knauf

cc

jawahar@rothchilt.zjip.com

Subject

USA smelly board

Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon  ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017883165658 . Please let me know if you need I ring him back .

Best Regards,

  Cecilia Wang

Knauf Plasterboard  (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000702

| To: | 'mark@mail.knauf.com.cn'[mark@mail.knauf.com.cn] |
|---|---|
| From: | Halbach, Martin |
| Sent on behalf of: | Halbach, Martin |
| Sent: | Mon 10/30/2006 3:21:07 PM |
| Importance: | Low |
| Sensitivity: | None |
| Subject: | WG: Board from China complaint |

FYI

-----Ursprüngliche Nachricht-----
Von: White, William [mailto:wwhite@usg.com]
Gesendet: Montag, 30. Oktober 2006 15:58
An: Hummel Prof. Dr., Hans-Ulrich
Cc: Halbach, Martin; Sims, Robert; Cain, John
Betreff: RE: Board from China complaint


Hi Uli,
I have tracked down through our L&W division the following.
We have a small complaint ongoing in Houston with China board.  Bob
Sims is in the middle of it.  Bob Sims manages AMS (L&W division)  His
e-mail is rmsims@usg.com and I have copied him on this reply.  Since
this is not USG produced wallboard the complaint would be investigated
by AMS.

PS Bob,
Martin Halbach is responsible for Knauf Chinese operations and wanted to
know something about a complaint as described below.  Knauf head of R&D
will be visiting USG Libertyville Nov. 6th.
Bill


-----Original Message-----
From: Hummel Prof. Dr., Hans-Ulrich [mailto:Hummel.Hans-Ulrich@knauf.de]

Sent: Monday, October 30, 2006 2:33 AM
To: White, William
Cc: halbach.martin@knauf.de
Subject: Board from China complaint

Hi Bill
Hope you had a good weekend! Next Monday we will be together at
Libertyville.

Martin Halbach just has sent some e-mails because I am on the way to
Spain.

He told me that we do have problems with some boards from China in the
US. There are complaints about a bad smell. It would be extremely
helpful to get an independent report about the boards. Martin will send
you the address and it would be very kind if some USG expert could check
the situation locally.

Please keep me informed.

KNAUFGIPS0000703

Thanks very much. Best regards
Uli

Confidentiality Notice: This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy or delete all copies of the original message and any attachments. Thank you.

KNAUFGIPS0000704

To:    'mark@mail.knauf.com.cn'[mark@mail.knauf.com.cn]
Cc:    Hummel Prof. Dr., Hans-Ulrich[Hummel.Hans-Ulrich@knauf.de];
'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn]
From:    Halbach, Martin
Sent on behalf of:    Halbach, Martin
Sent:    Mon 10/30/2006 8:29:39 AM
Importance:    Low
Sensitivity:    None
Subject:    AW: AW: Fw: Knauf smelling

Dear Mark,

please wait a while, Prof Hummel will inform us asap.

Martin

-----Ursprüngliche Nachricht-----
**Von:** mark@mail.knauf.com.cn [mailto:mark@mail.knauf.com.cn]
**Gesendet:** Montag, 30. Oktober 2006 08:58
**An:** Halbach, Martin
**Betreff:** Re: AW: Fw: Knauf smelling

Dear Martin

I will have the US warehouse address to you tomorrow sometime.

If we are to stay away from it how can I handle the customer and prevent a knauf law suit?

If there is a problem I will need to know sometime so I can discuss a plan of action (or compensation) with Ms Knauf.

Regards
Mark

KNAUFGIPS0000705

"Halbach, Martin" <Halbach.Martin@knauf.de>

30/10/2006 02:19 PM

To

<mark@mail.knauf.com.cn>, <YuanHongWen@mail.knauf.com.cn>

cc

<ChenJie@mail.knauf.com.cn>, "Hummel Prof. Dr., Hans-Ulrich" <Hummel.Hans-Ulrich@knauf.de>

Subject

AW: Fw: Knauf smelling

Everybody has to stay away from this, this will be handeled by Prof. Hummel

Please confirm

Halbach

-----Ursprüngliche Nachricht-----
Von: mark@mail.knauf.com.cn [mailto:mark@mail.knauf.com.cn]
Gesendet: Montag, 30. Oktober 2006 04:59
An: YuanHongWen@mail.knauf.com.cn
Cc: ChenJie@mail.knauf.com.cn; Halbach, Martin
Betreff: Re: Fw: Knauf smelling

KNAUFGIPS0000706

Dear Dr Yuan

Absolutely I could not agree with you more that we need more information.

I would like to know if we can get a USG guy to visit the warehouse to tell us the truth as I will not believe the customer.....:or maybe the customer can send some board to USG to test for us???

Please let me now as these Americans are crazy when it comes to suing each other in court and I do not want Knauf dragged into a court case.

Regards
Mark

YuanHongWen/NanFang/Knauf_China

30/10/2006 11:44 AM

To

Mark Norris/BeiFang/Knauf_China@Knauf

cc

Halbach.Martin@knauf.de, ChenJie/BeiFang/Knauf_China@Knauf

Subject

Re: Fw: Knauf smelling Link

KNAUFGIPS0000707

Dear Mark,
as you know, our board has no special smell. During the production of these board, we used mainly natural gypsum. Other additives were also normal as before. It is very strange for me and needs some detailed information to confirm the problem.

Mit freundlichen Gruessen / Best Regards

------------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

Mark Norris/BeiFang/Knauf_China

10/30/2006 09:30 AM

To

YuanHongWen/NanFang/Knauf_China@Knauf

cc

Subject

Fw: Knauf smelling

please call me

----- Forwarded by Mark Norris/BelFang/Knauf_China on 30/10/2006 09:30 AM -----

WangLan/BelFang/Knauf_China

30/10/2006 09:05 AM

To

KNAUFGIPS0000709

Mark Norris/BeiFang/Knauf_China@Knauf

cc

Subject

Knauf smelling

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer want to take this matter to court...

Best Regards

KNAUFGIPS0000710

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
---- 转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 ----

"jawahar" <jawahar@rothchilt.zjjp.com>

2006-10-28 10:32

收件人

<WangLan@mail.knauf.com.cn>

抄送

主题

Re: (Rising Spam Alert)

KNAUFGIPS0000711

Dear Cecilia,

Below message marked in blue is from Salomon's   buyer whom he has sold your boards, he is trying to get more information, please check very   carefully

SOLOMAN,PLEASE NOTIFY KNAUFF   THAT WE HAVE A PROBLEM WITH A VERY BAD.

SMELL COMMING FROM THERE   BOARD

A TEST WAS DONE ON ALL D/W IN   A HOUSE

THE KNAUFF HAD 20 TIMES   STRONGER SMELL THEN ALL THE OTHER BOARD

WCI IS THE MAIN     BUILDER ALSO G.L.HOMES IS ALSO HAVING A PROBLEM.

bst rgds
Jawahar
----- Original Message -----
From: <WangLan@mail.knauf.com.cn>
To: <jawahar@rothchill.zjjp.com>
Sent: Friday, October 27, 2006 4:42 PM

KNAUFGIPS0000712

Subject: (Rising Spam   Alert)

KNAUFGIPS0000713

To:           'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn]
From:         Halbach, Martin
Sent on behalf of:   Halbach, Martin
Sent:         Mon 10/30/2006 6:22:45 AM
Importance:   Low
Sensitivity:  None
Subject:      AW: Fw: Knauf smelling


Bitt Rueckruf



-----Ursprüngliche Nachricht-----
Von: YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]
Gesendet: Montag, 30. Oktober 2006 04:44
An: mark@mail.knauf.com.cn
Cc: Halbach, Martin; ChenJie@mail.knauf.com.cn
Betreff: Re: Fw: Knauf smelling



Dear Mark,
as you know, our board has no special smell. During the production of these board, we used mainly
natural gypsum. Other additives were also normal as before. It is very strange for me and needs some
detailed information to confirm the problem.

Mit freundlichen Gruessen / Best Regards

------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


Mark Norris/BeiFang/Knauf_China

10/30/2006 09:30 AM

To

YuanHongWen/NanFang/Knauf_China@Knauf

cc

KNAUFGIPS0000714

Subject

Fw: Knauf smelling

please call me

--- Forwarded by Mark Norris/BeiFang/Knauf_China on 30/10/2006 09:30 AM ---

WangLan/BeiFang/Knauf_China

30/10/2006 09:05 AM

To

Mark Norris/BeiFang/Knauf_China@Knauf

cc

Subject

Knauf smelling

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer want to take this matter to court...

Best Regards

KNAUFGIPS0000715

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
—— 转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 ——

"jawahar" <jawahar@rothchilt.zjlp.com>

2006-10-28 10:32

收件人

<WangLan@mail.knauf.com.cn>

抄送

主题

Re: (Rising Spam Alert)

Dear Cecilia,

Below message marked in blue is from Salomon's  buyer whom he has sold your boards, he is trying to
get more information, please check very  carefully


SOLOMAN, PLEASE NOTIFY KNAUFF   THAT WE HAVE A PROBLEM WITH A VERY BAD

SMELL COMMING FROM THERE   BOARD

A TEST WAS DONE ON ALL D/W IN   A HOUSE

KNAUFGIPS0000716

THE KNAUFF HAD 20 TIMES   STRONGER SMELL THEN ALL THE OTHER BOARD

WCI IS THE MAIN    BUILDER ALSO G.L. HOMES IS ALSO HAVING A PROBLEM.

bst rgds
Jawahar
————— Original Message —————
From: <WangLan@mail.knauf.com.cn>
To: <jawahar@rothchilt.zjjp.com>
Sent: Friday, October 27, 2006 4:42 PM
Subject: (Rising Spam  Alert)

KNAUFGIPS0000717

To:    'knauf.isabel@knauf.com.tr'[knauf.isabel@knauf.com.tr]
Cc:    'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn]
From:    Halbach, Martin
Sent on behalf of:    Halbach, Martin
Sent:    Fri 9/29/2006 5:43:01 AM
Importance:    Low
Sensitivity:    None
Subject:    WG: production during holiday next week

Hallo Frau Knauf,

zur Info

Mit freundlichen Grüßen

Martin Halbach

Hallo Herr Dr. Yuan,

bitte Frau Knauf in Zukunft mit in den Verteiler.

Gruss

Martin Halbach

-----Ursprüngliche Nachricht-----
**Von:** YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]
**Gesendet:** Dienstag, 26. September 2006 09:11
**An:** ChengYiHeng@mail.knauf.com.cn; Halbach, Martin; mark@mail.knauf.com.cn;
QiuShiMing@mail.knauf.com.cn; Ann_Zhong@mail.knauf.com.cn
**Cc:** ChenJie@mail.knauf.com.cn; QinYuSheng@mail.knauf.com.cn; ChenYong@mail.knauf.com.cn;

KNAUFGIPS0000718

LuXianZhen@mail.knauf.com.cn
**Betreff:** production during holiday next week

Dear all,
please be informed that the production for national holiday will be as follows:
1. Dongguan plant will stop production on 1st of Oct. for big maintenance. Next production will be started at 7th. Oct. (Stock estimated 700,000m2)
2. Tianjin plant will have no production stop. The big reconstruction for kettle as proposaled half years ago will be delayed and estimated to begin at 8th. Oct, until we have full stock in warehouse (ca. 450,000m2)
3. Wuhu plant will have only two shifts time for routine maintenance on 1st of Oct. and run through the holiday too, in order to built up safe stock.

Mit freundlichen Gruessen / Best Regards

--------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

KNAUFGIPS0000719

# Conducting Business in US

SFX FRA 2771 9324

SFX-2771 9324

| Shipper's Name and Address | NOT NEGOTIABLE Number | Not Negotiable |

KNAUF GIPS KG
MR. BAYER, PHO :09323/31-448
AM BAHNHOF 7

SCHENKER DEUTSCHLAND AG
Air Waybill AIR-/SEAFREIGHT, LOGISTICS
Issued by GOTTFRIED-SCHENKER-STRASSE
97424 SCHWEINFURT

97346 IPHOFEN

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

| Consignee's Name and Address | Consignee's Account Number |

CBT
MR MARKUS VON ZABERN
110 CANAL STREET
PHONE: 001 617 646 52 38
USA-BOSTON, MA 02114

MAWB 057-7023 8593

Accounting Information

Issuing Carrier's Agent Name and City

SCHENKER DEUTSCHLAND AG
97424 SCHWEINFURT

ENCL.: COMMERCIAL INVOICE

Agent's IATA Code          Account No.

Airport of Departure (Addr. of First Carrier) and Requested Routing

FRANKFURT

| Reference Number | Optional Shipping Information |
| E.C.05..06 |

To | By First Carrier | to | by | to | by | Currency | CHGS Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
HUM | AF | | | OG | AF | BOS | AF | EUR | PPD | | NVD | N.V.

Airport of Destination

BOSTON LOGAN

BE7030U/25AE6950U/26. NTL
DE.RAG.0410
VA. VON 24.02.0o/HERR BAYER

SCHENKER DEUTSCHLAND AG

NOT SECURED

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
| 1 | 114.0K | | | 114.0 | 1.00 | 114.00 | PERFORATED PLASTER- BOARDS |

MARKS: ADDRESS

NOT RESTRICTED

DIMS:1/125x125x26 cm

SCHENKER airbcargo BUSINESS          DOOR-TO-AIRPORT
1  114.0K                              114.00        .406 cbm

| Prepaid | Weight Charge | Collect | Other Charges |
| 114.00 | | | SLAC:   1   FUEL ASC   57.00 C |
| | Valuation Charge | | SEC /RISK   17.10 C |
| | Tax | | |
| | Total Other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct... |
| | Total Other Charges Due Carrier | | |
| 24.10 | | | |

SCHENKER DEUTSCHLAND

| Total Prepaid | Total Collect |
| 138.10 | |

SCHENKER DEUTSCHLAND AG
AS CARRIER

| Currency Conversion Rates | CC Charges in Dest Currency |

SCHENKER DEUTSCHLAND AG
AS CARRIER
24.02.00.

| | For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |

KNAUFGIPS0000210

Nachricht

Knoechel, Bernd

| | |
|---|---|
| Von: | Ruegamer, Luitgart |
| Gesendet: | Montag, 24. Oktober 2005 07:54 |
| An: | Knoechel, Bernd |
| Betreff: | WG: Wallboard Requirements for Knauf USA Customers |

-----Ursprüngliche Nachricht-----
**Von:** Knauf Frederick [mailto:knauf.frederick@knauf.it]
**Gesendet:** Montag, 24. Oktober 2005 03:12
**An:** jeff.brisley@knaufusa.com; Hertkorn, Heinrich; Halbach, Martin
**Cc:** Paul, Manfred; Cyrille_Fournier@mail.knauf.com.cn; Norris Mark; taojun@mail.knauf.com.cn
**Betreff:** Fwd: Wallboard Requirements for Knauf USA Customers

Dear Jeff,
dear Mr Halbach,
dear Mr Hertkorn,

thank you all for your coordination efforts regarding the US wallboard market.

As I've just learned, also Mr Hertkorn in Iphofen tries to coordinate some inquiries from the US. Apparently the latest price which has been accepted there was 1,20 EUR/m2 ex-works from Germany, whereas Jeff sees substantially lower prices.

To Mr Hertkorn: Is that still the situation or has this just been a single project price? Please provide us with an update regarding your coordination efforts.

To Mr Halbach/Hertkorn: Please take into account that we don't have to reschedule our capacity expansions in Europe as long as we have available capacity in China at competitive transportation costs.

Additionally to that also other people from the industry approach Knauf China trying to secure volumes. As soon as we have their prices and volumes we'll get back to you.

Best regards,

FK

--
Frederick Knauf
Deputy General Manager

Knauf Plasterboard China (Tianjin) Company Ltd.
18/A2), SH Ya Building
18 Cao Xi Bei Road
Shanghai 200030
People's Republic of China

Tel: +86 21 64278888
Fax:+86 21 64897814
Mobile: +86 133 18245847
E-Mail: knauf.frederick@knauf.it
www.knauf.com.cn

CONFIDENTIAL

KNAUFGIPS0000232

KNAUFGIPS0000232

Nachricht

## Knoechel, Bernd

| | |
|---|---|
| Von: | Koch, Klaus |
| Gesendet: | Donnerstag, 27. Oktober 2005 22:23 |
| An: | Tillmann, Claus; Knoechel, Bernd; Hertkorn, Heinrich; Schanow, Joerg |
| Betreff: | WG: Exports to the United States |

FYI

——Ursprüngliche Nachricht——
Von: Plank, Silke
Gesendet: Dienstag, 25. Oktober 2005 15:10
An: 'robson'; 'Topple'; 'katanopoulos'; 'Steinhausen'; 'Isabel Knauf'; Koch, Klaus; Paul, Manfred;
'Clopez@knauf.com.ar'
Betreff: Exports to the United States

Dear Sirs,

Yesterday I agreed with Tony Robson that our coordinator for all supplies of plasterboards to the United
States should be Barry Topple. In 1999 he was also responsible for the exports to the United States.

Originally our intention was to supply only L&W. Because of marketing reasons we were also agreeing to sell
to Woolsley and to Hochtief. I asked Barry Topple to get the acceptance of L&W for the supplies to Woolsley
and Hochtief. For legal reasons our price basis should be ex works on palettes and packaging or FOB. Each
Knauf- company, which has excess capacity, should calculate their own ex works prices based on the current
cost situation. I gave a price indication to Hochtief of 1.20 Euro / m² ex works for 12.5 standard boards with
normal packaging. The payment terms should be 30 days net. If you need special packaging and / or you are
requested to arrange the transportation to the port and the loading of the ship you should add the respective
additional costs to the above mentioned price indication.

Best regards,

Baldwin Knauf

Knauf Gips KG
Am Bahnhof
97346 Iphofen

Tel.: 09323 31 315
Fax: 09323 31 555

CONFIDENTIAL

# KNAUFDRYWALL

9 November 2005

To:   J Brisley
      M Casalini
      M Katanopoulos
      I Knauf
      M Koch
      G Leitner
      C Lopez
      M Norris
      M Paul
      M A Robson
      I Steinhausen

Exports to the USA

The purpose of this note is to clarify the position with regard to the possible opportunities to export plasterboard to the USA.

Firstly, despite the early interest from dealers and others in the US market, it is not certain that demand will significantly exceed the capacity of the local manufacturers (USG etc). If this does occur, it is likely to be during 2006 only and confined to the South East, i.e. Florida, Gulf of Mexico.

A number of Knauf Group companies have received enquiries from the US and it is important that we establish a controlled strategy for our approach to this market.

The prime strategy for the Knauf Group is to work in collaboration with USG and their distribution business, L&W Supply. Whilst they have yet to commit to taking volume, we will be having further discussions with them regarding supplies for 2006.

In addition to this commitment to USG we have reached an agreement with them that we will, if requested, offer supplies to a limited, and already identified, number of other Knauf customers.

These are:

*Knauf Insulation USA* – four key accounts

*Wolseley* – major European customer with a dealer network in the US

*Hochtief* – major German parent contractor

At this stage we will not be offering to supply to others.

Cont./

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E:mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent.  Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL

KNAUFGIPS0000235

../2

In terms of contacts to co-ordinate supplies to the above, these are:

| | | |
|---|---|---|
| *Knauf Insulation* | Jeff Brisley | jeff.brisley@knaufusa.com |
| *USG / Wolseley* | Barry Topple | btopple@knauf.co.uk |
| *Hochtief* | Bernd Knoechel | Knoechel.Bernd@knauf.de |

To establish some uniformity the following price levels have been established and should be followed:

Distributors    ex works $1.30/m$^2$
Contractors    ex works €1.20/m$^2$ (reference BK)

The basis of trading (except USG) must be limited to an ex works or FOB basis.

I hope this clarifies the current position.  If you require further information, please do not hesitate to contact me.

Regards

Barry Topple
Managing Director
Knauf Drywall

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E-mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent.  Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL

KNAUFGIPS0000236

Knoechel, Bernd

| | |
|---|---|
| Von: | Hirth, John |
| Gesendet: | Donnerstag, 16. Februar 2006 16:56 |
| An: | 'tricks@usg.com'; 'jerryj.nyc@weiss-rohlig.us'; 'jcain@usg.com' |
| Cc: | Knoechel, Bernd |
| Betreff: | Shipments to the US |

Anlagen: USA1.jpg; USA2.jpg

 

USA1.jpg (166 KB) USA2.jpg (147 KB)

Hello together,

I hope I got all the infomation you wanted to have from us.

The opening of the pallets are only 7 cm high (= 2.75 inches). My collegues told me that our pallets always had these dimensions for the forklifters, also when they were shipped to the US.
I hope this isn't a problem for you.
As you can see on the pictures, we will also have plastic protection, as well as extra boards around each unit.

The total dimension including the protection for one unit is: 145.28 inches x 49.21 inches x 38.98 inches ( 369cm x 125 cm x 99cm).
The total weight of one unit is approx. 2,870 kos = approx. 6,314 lbs. (I hope I took the right rate: 1 kg = 2.2 lbs).
You can stack the units up to a height of 7 units in your warehouse.

The boards would be produced in Germany and maybe in Austria.

We will load approx. 1,645 units on the first ship. 1 unit = 303,63 square-mtr = 3,268 square-feet. So we will have a approx. total of 500,000 square-mtr. = 5,382,000 square-feet.

We will probably have single decker ships with approx:

    lengt o.a.:  132.20 mtr.
    lenght bpp: 123.84 mtr.
    breadth mld: 15.87 mtr.
    depth:     9.65 mtr.

We are still looking for the right ships, so we cannot give you a final shipping date yet. We will keep you informed about the shipping date as soon as we have further information.

Please send us the invoicing address and a order no. for the first two ships as soon as you know them, so we can proceed with documentation.

Kind regards,
John

Knauf Gips KG
Auftragsmanagement
und Logistik
- Export / Import -
Shipping Department
John Hirth
Postfach 10
97343 Iphofen
Tel. +49 (0) 9323 31 578
Fax +49 (0) 9323 31 485
mailto:Hirth.John@knauf.de

1

CONFIDENTIAL

KNAUFGIPS0000244

Message

Knoechel, Bernd
_____

Von:       Jerry Jacobs [jerryj.nyc@weiss-rohlig.us]
Gesendet:  Dienstag, 21. Februar 2006 11:26
An:        Hirth, John; tricks@usg.com; jcain@usg.com
Cc:        Knoechel, Bernd; Muenk, Kurt; BTOPPLE@KNAUF.CO.UK
Betreff:   RE: Shipments to the US

Attn John,

We have been helping Knauf China find vessels for L=W cargoes to the USA, Can we offer the same to you?

PLease advise.

Jerry

       -----Original Message-----
       From: Hirth, John [mailto:Hirth.John@knauf.de]
       Sent: Monday, February 20, 2006 5:48 AM
       To: tricks@usg.com; jerryj.nyc@weiss-rohlig.us; jcain@usg.com
       Cc: Knoechel, Bernd; Muenk, Kurt; BTOPPLE@KNAUF.CO.UK
       Subject: Shipments to the US

       Hi Tom,

       How are you? I'm fine. Hope you had a nice weekend.

       Could you please give me the excact invoicing address by e-Mail and an order no. for the first
       shipment,
       so that we can mark the units.
       Unfortunately we are still looking for the right vessel and this big amount/dimensions of heat treated
       pallets,
       but I think we can inform you end of this week about the final details.


       Best regards,
       John

       Knauf Gips KG
       Auftragsmanagement
       und Logistik
       - Export / Import -
       Shipping Department
       John Hirth
       Postfach 10
       97343 Iphofen
       Tel. +49 (0) 9323 31 578
       Fax +49 (0) 9323 31 485
       mailto:Hirth.John@knauf.de

Reiseprogramm USG -- June 2005

Reiseprogramm Prof. Hummel USG USG
June 14-16, 2005

Tuesday, June 14, 2005

Prof. Hans-Ulrich Hummel arrives
Chicago O'Hare **Lufthansa #430** arriving 12:05 PM.
Bill White and Bill Hodgson will meet Prof. Hummel at the International Terminal arrivals area.
Will then proceed directly to United States Gypsum East Chicago Indiana plant with target arrival 14:30.
Tour the East Chicago board and joint treatment department. Depart East Chicago 16:30
Check in Prof. Hummel at the Hilton Garden Inn.  The Ritz Carlton was unavailable and rates are high because of the NEOCON show in Chicago this week.
http://www.merchandisemart.com/neocon/

```
14 JUN 05 - TUESDAY
   GARDEN INN                  01 NT/S - OUT 15JUN              CONFIRMED
   HILTON GARDEN INN C         1 ROOM/S              GUARANTEE-CREDIT CARD
   10 E. GRAND AVENUE          RATE-      269.00     GUARANTEED
   CHICAGO IL 60611            PHONE-312 595-0000
   FAX-312 527-1989
                               NAME-HUMMEL HANS
   CORP ID-N0005810
                               CONFIRMATION-3212857058
```

Dinner with Bill Hodgson, Bill White and Mike Geoffrey
18:30  **Weber Grill Restaurant**
(312) 467-9696
539 N State St
Chicago, IL 60610

**Wednesday June 15, 2005**

Bill White Pick up Prof. Hummel at Hilton Garden Inn.
At 8:30 AM travel to USG Solution Center, 222 W. Hubbard Street to visit USG showroom that will be open as part of NEOCON spend 1 to ½ hours there and then head to Libertyville.
Approximate arrival 11:00 – 11:30 AM depending on traffic.

11:30-1:00 PM Lunch with Dr. Don Mueller, Bill White, and (Dr. Mueller handling the reservation)
Gridley's Grille of Long Grove
RFD 4868 Route 83
Long Grove, IL 60047
847-478-3663
Located at Gilmer Road and Route 83
1:00 -4:30 PM General discussions Knauf R&D Organization, Cleaneo, Piano and MW stud and any other areas of interest.

Overnight stay at
```
COURTYARD BY MARRIOTT        01 NT/S - OUT 16JUN              CONFIRMED
   CRTYRD LINCOLNSHIRE        1 ROOM/S              GUARANTEE-CREDIT CARD
   505 MILWAUKEE AVENUE       RATE-      159.00     GUARANTEED
   LINCOLNSHIRE IL 60069      PHONE-847 634-9555
   FAX-847 634-8320
                             NAME-HUMMEL PROFESSOR
                             CONFIRMATION-83750748
```

Dinner 18:30 (6:30 PM for us Americans) at
**Carlucci's Lincolnshire**
250 Marriott Drive
Lincolnshire, IL 60069-3664
tel: (847) 478-0990

03.06.2005 W. White                    - 1 -

KNAUFGIPS0000378

To:      Halbach, Martin[halbach.martin@knauf.de]
From:      Zhong.Ann@mail.knauf.com.cn
Sent on behalf of:    Zhong.Ann@mail.knauf.com.cn
Sent:      Tue 11/7/2006 3:52:10 AM
Importance:    Low
Sensitivity:    None
Subject:     ??: Fw: USA smelly board

Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to explain that our boaurds are nothing wrong?   We should not leave this issue only on Mark.   This morning Mark received a call from America again and insists Mark to go America.

Thanks & regards
Ann

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China

| | |
|---|---|
| Mark Norris/BeiFang/Knauf_China@Knauf | 07/11/2006 10:59 AM  To |
| jawahar@rothchilt.zip.com | cc |
| USA smelly board | Subject |

Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon   ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back .

KNAUFGIPS0000382

Best Regards,

 Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000383

# Alter Ego - Nature of Relationship between GIPS and Other Entities

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax:    +86 (0769) 88 22 27 01
Tel:    +86 (0769) 88 22 27 08 – 345
        +86 (0769) 88 62 94 11
Email: yuan.hongwen@mail.knauf.com.cn



## Comments on production in Mar. 2006

### 1.  Review of production

Overview: The production in March has achieved own best record. Total we finished 6,064,511m$^2$ boards (net production), exceeds planning by 247,715m$^2$. The other KPI for production remained at good level too.

Production plan & stock control in plant warehouse: The safety stock level for each plant has been reviewed, although the safety stock level control procedure still needs improvement. The production plan for one coming week can be fixed now, however, two weeks planning still not to be done properly. A daily report regarding plan, production, boards for sale etc. are prepared already in Dongguan & Tianjin, this report will be ready from May.

Board quality complaints: There is 0m$^2$ complaint reported in Wuhu, ca. 900m$^2$ in Dongguan and 0m$^2$ in Tianjing. The main reason of quality complaint in Dongguan is the paper at board ends being easy to be ripped off under high moisture environment in construction site. That is not considered as an effective claim. These complained board samples are tested again in our laboratory, the quality is fully matching Chinese standard.

### 2.  Materials supply

Natural gypsum: As mentioned last month, all 3 plants are still under pressure of natural gypsum price increase. The supplier for Tianjin plant asked a huge increase to issue a stable supply after the strict overload controlling planned from 1st April in Shandong province, the new price will be confirmed in first week of April. The similar situation took place for Wuhu & Dongguan plants. Because we have long time cooperation with these suppliers, though our natural supply is tight, but still workable.

FGD: The supply has no big change for 3 plants. With the instruction of Mr. Halbach & Dr. Müller we'll work with power stations together to improve FGD's quality.

Paper: Huarun agreed with us to keep the 2005's price for first half year. Wuhu plant has started to test light paper (170g) from them. Up to date the paper showed a good potential for application. Because of the diesel price increase Huarun had already received pressure from transporters.

### 3.  EHS project

Training in Tianjin plant: With the assistance of Dr. Cheng, we have decided to use ERM as trainer. 2 days site training with practice will be conducted on 18th & 19th April. The participants will be plant manager (EHS group leader for each site), current safety officer, production manager, HR manager/supervisor and technical trainer or other guy from commercial division.

Progress of EHS project: All 3 Chinese plants reviewed present documents, specially the

CONFIDENTIAL

KNAUFGIPS0000102

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax:    +86 (0769) 88 22 27 01
Tel:    +86 (0769) 88 22 27 08 – 345
         +86 (0769) 88 82 94 11
Email: yuan.hongwen@mail.knauf.com.cn



procedures for Emergency Response. First EHS Committee Meeting will be held after training course in Tianjin.

**Confirmation of EHS policy & targets:** After 2 times inquiring, most of related departments sent their feedback. The modified version will be submitted to Dr. Cheng for approval and release on first EHS Committee Meeting.

## 4.  Misc. in Production division

**Recruitment:** No progress for plant manager search, HR is still keeping contact with headhunter. One new electrical engineer joined Tianjin plant team, this makes all 3 plant teams are complete with required engineers. 3 more engineers each in electrical, mechanical & civil engineering will be also in search list as backup.
**Investments:**
- ✓  Wheel loader for Wuhu & Dongguan plants: Supplier fixed, price in negotiation for final contract.
- ✓  Gypsum storage reconstruction in Wuhu: Budget first audit finished, new quotation need to be confirmed.
- ✓  Metal line in Dongguan: Suppliers are visited, machinery details still in discussion.

CONFIDENTIAL

KNAUFGIPS0000103

KNAUFGIPS0000103

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax:   +86 (0769) 88 22 27 01
Tel:    +86 (0769) 88 22 27 08 -- 345
         +86 (0769) 88 82 94 11
Email: yuan.hongwen@mail.knauf.com.cn



## Comments on production in April 2006

### 1.  Review of production

Production & Stock: In general the production was always in urgent board change in April, to ensure the on time delivery. Total gross production of boards is 5634963m². The net production is 5645263 m², 482390m² less than dispatch. Because of good dispatch this month, the total stock level is the minimum for each plant. In Dongguan & Wuhu the board stock each has just half Mil, less than controlled safe stock for the May holiday. Therefore Wuhu plant ran through the holidays. In Tianjin there is no stock for whole month.

Board quality complaints: There is no complaint reported in Wuhu and Tianjing, ca. 107m² in Dongguan. The complaint in Dongguan is some boards with bubbles on surface.

### 2.  Materials supply

Natural gypsum: After the freight costs increase, confirmed by Knauf seriously, the natural gypsum were delivered smoothly again to Wuhu by boat and Dongguan by railway. In Wuhu the stock reached 4000 tons after half years NULL stock. The unacceptable case took place in Tianjin plant: because of lack of raw gypsum, the production was stopped for two and half days, although Knauf agreed to increase the purchase price 15% (19,50RMB/t). After price change the supply increased from 300t/day to 500t/day, it's still very critical to keep a continuous production. The ex-mine price is yet under big pressure to go up. To solve this problem following measures are being done.

1. To find more qualified gypsum suppliers.
2. By using railway & their stations to have more transport ways and temporary storage.
3. To rebuild present gypsum warehouse to increase stock level up to 5000t.
4. To keep close contact with trucking company to know the exact transport situation.

FGD: The FGD supply in Tianjin kept at low level maybe stops in May, because of too few power stations with proper operation of FGD factory. In south China there is no change with old FGD suppliers. We'll try to develop new supplier. For Wuhu plant the supply is also stable. With the support of Mr. Fournier, the strategic purchase manager (future FGD specialist in Asia) will start his job soon.

### 3.  EHS project

Training in Tianjin plant: 2 days site training with practice was done on 18ᵗʰ & 19ᵗʰ April by consulting co. ERM in Tianjin plant. The participants are plant manager (EHS group leader for each site), current safety officer, production manager, HR manager/supervisor and technical trainer or other guy from commercial division. A very positive impression about EHS was given to each

Page 1 in Total 2

CONFIDENTIAL

KNAUFGIPS0000113

KNAUFGIPS0000113

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax: +86 (0769) 88 22 27 01
Tel: +86 (0769) 88 22 27 08 – 345
+86 (0769) 88 82 94 11
Email: yuan.hongwen@mail.knauf.com.cn




attendee.
Progress of EHS project: EHS project first meeting was hold after training course. The EHS policies for Knauf Asia, EHS Targets in short and long term were released. The update of Reaction procedure by Emergency started in April and will be closed in the middle of May.

## 4. Misc in Production division

Recruitment: To build up a more flexible engineering team, 3 more engineers for electrical, mechanical & civil engineering will be recruited in May. One good plant manager candidate for new plant is keeping in contact. Further seeking continues in Tianjin-Beijing area.
Investments:

- ✓ Gypsum storage reconstruction in Wuhu was started and will be closed before end of May..
- ✓ Metal line in Dongguan: Machinery details comparison was finished. Final technical & financial judgments are still on going.
- ✓ Location Investigation for new plant: Zhangjiagang was visited. Compared with Taicang, there are 2 advantages here: one is energy supply with NG or steam; another is the logistics center with Tax-free zone. More detailed background investigation will be done in May.

REDACTED

**Von:** Halbach, Martin
**Gesendet:** Montag, 10. April 2006 13:59
**An:** 'ROBSON Tony
**Betreff:** AW: Comments on Monthly Report of March

Tony,

that was not a regular maintenance. The bricks in the combustion chamber were broken. For this case:

2 days cooling the kettle
2 days work
2 days heating up the system in 5 °C steps.

For any kind of maintenance in a kettle you need the cooling time, if there is now repair on the bricks you can start with full operation.

Rgds

Martin

-----Ursprüngliche Nachricht-----
**Von:** ROBSON Tony [mailto:tony.robson@knaufinsulation.com]
**Gesendet:** Montag, 10. April 2006 09:45
**An:** Halbach, Martin

13.02.2009

CONFIDENTIAL

KNAUFGIPS0000118

Cc: Cheng Yi-Heng
Betreft: FW: Comments on Monthly Report of March

Martin

What is 'regular maintenance on the kettle' in Indonesia that necessitated a 6 day shutdown?

Rgds
Tony

From: ChengYiHeng@mail.knauf.com.cn [mailto:ChengYiHeng@mail.knauf.com.cn]
Sent: dimanche 9 avril 2006 07:29
To: Knauf, Baldwin; ROBSON Tony
Cc: zhaosiyuan@mail.knauf.com.cn; Zhang.Ann@mail.knauf.com.cn;
Mark_Norris@mail.knauf.com.cn; dgregory@knauf.co.id; Cyrille_Fournier@mail.knauf.com.cn;
yuanhongwen@mail.knauf.com.cn
Subject: Comments on Monthly Report of March

Dear all,

Summary of Monthly Report March (All statistics and reports will be sent separately)
- Organization:

Further organizational change proceeded in separating functional and administrative reporting for
Marketing, National DIY Accounts, Strategic Purchasing and Export.
- Production:

Plasterboards

China:.

With a total production of 6.06 Mio m2 in this month, without any loss in production day, we are close
to our max. capacity. Production planning according to Safety Stock Level is implemented in
Dongguan and Tianjin.

First EHS Training to be conducted by ERM is scheduled on April 18 to 19.

Government has implemented more stringent control measures against overloading in road transport,
this will affect cost of raw material supply.

Total production in March for USG was 516 K, with 66 K from Tianjin, 138 K from Wu Hu and 313 K
from Dongguan.

From April till end of 2006, max. available quantity for additional export from 3 plants together is
around 200 K a month.

Indonesia:

Shut down 6 days for regular maintenance on kettle.

Metal profiles

Project in Dongguan is in the process of deciding machinery details.
- Sales/Marketing/Technical Service:

Plasterboards

13.02.2009

CONFIDENTIAL

KNAUFGIPS0000119

China in general: Construction is picking up after released control of central government. Sales achieved record in Central. South has also improved due to higher market growth.

North: Improved sales volume in Tianjin, Beijing, Shandong area, despite newly released credit policy of BNBM and strong publicity via minister's visit as well as public listing in Hong Kong.

Central: Sales record in the coastal area Zhejiang, Jiangsu, good improvement also in the west area Wuhan, Changsha and Chengdu.

South: Sales volume improved due to market demand and better distribution management.

Indonesia: Sales volume reduced by 1/3. Fuel price hike turned into fear on spending in construction became obvious. Despite price support, demand remained low. Further erosion in price is expected.

HK/Taiwan: Less HK hospital projects resulted in lower sales volume.

Export to USG: 2nd shipment was completed by one chartered vessel with 4,680 pallets, 1,421,036 m2.

Metal profiles

Record sales in Central and North. South and Hong Kong have lost sales volume due to less major projects.

- Competitors activities:

North: BNBM formed 3 teams to fight against Knauf.
Central: BPB did a special rebate in Zhejiang to get cash into their account. The location of Lafrage's Shanghai plant is still pending. BPB's Changzhou project is progressing, Beilun project is pending.

Indonesia: BPB boards is not yet imported in sensible amount.
- Investment projects:

Taicang project negotiation team has completed first round of discussion. Steam price and FGD supply remained as major issue. Other option should be considered.
- PR/Promotion functions:

Logo has been decided with Chinese wording in gray. Moto in Chinese is necessary, texts need to be drafted.
- Outlook:

China

Raining season starts in April, it may affect the sales volume in Central. In general, the market of construction trend is positive.

Due to more stringent control of overload on the road and fuel price increase cost of raw material may increase.

Saint Gobain has combined the Isover's distributors with BPB's. This may affect distribution network.


South East Asia

BPB, Lafrage/Boral may be more aggressive due to slower market demand. Price erosion is expected.

- Visitors:

13.02.2009

CONFIDENTIAL

KNAUFGIPS0000120

KNAUFGIPS0000120

No visitors are announced in April.
- Attachments:

Comments from Individual division

Best regards

Yi-Heng Cheng

13.02.2009

CONFIDENTIAL

KNAUFGIPS0000121

KNAUFGIPS0000121

REDACTED

---

**Von:** ROBSON Tony
**Gesendet:** Dienstag, 4. Oktober 2005 09:33
**An:** Mark_Norris@mail.knauf.com.cn; Cyrille_Fournier@mail.knauf.com.cn
**Cc:** Bob Britton; Jeff Brisley; BARRY TOPPLE ; David Gregory ; Halbach, Martin
**Betreff:** Shipments to the USA

We are getting a number of requests through KI, USA for shipments of drywall to the port of Mobile, Alabama following Hurricane Katrina. I have agreed that we will not offer product to others until we have evaluated the viability of this route as I prefer to be able to supply existing Insulation customers first if we can.  If this does not come to fruition we will sell to others, inc L&W as before (assuming they are interested).

Jeff Brisley is the principal contact in KI, USA. Please keep him supplied with information as he requires it.  Jeff, for your information we have 3 plants in China under the control of Mark Norris (Tianjin,  coastal port near Beijing) & Cyrille Fournier (Wuhu, inland of Shanghai & DongGuan, coastal port above Hong Kong)  All the plants have spare capacity

Rgds
Tony

**Tony Robson**
Group CEO

*KNAUFINSULATION*
Z.A
FR-68800 Wolfgantzen
France
Tel  +33 3 89 72 12 23
Fax  +33 3 89 72 12 11

CONFIDENTIAL

KNAUFGIPS0000177

REDACTED

-----Ursprüngliche Nachricht-----
Von: ChenJie@mail.knauf.com.cn [mailto:ChenJie@mail.knauf.com.cn]
Gesendet: Mittwoch, 14. September 2005 11:41
An: Halbach, Martin
Cc: DaiQiHong@mail.knauf.com.cn; YuanHongWen@mail.knauf.com.cn
Betreff: chinese plaster board

Dear Mr.Halbach,

TianShang plaster-board factory is bought by TaiHe. it has two brand for his product,
one is TianShan the other is TaiShan.

the capacity is 6 million m2/per year. the price of Tianshan is 16.8RMB/ pcs(9mm*1200*
3000).part of his product is imported to Russia.

the other plaster-board in YingChuan ( ZhongWeishilin plaster board factory). its
gypsum is really good, so his board quality is better than TianShan board. its old
production line capacity is 10 million m2/year and now it is building a new production
line (15 million

m2/per year). our distributor said TaiShan had bought part stock of this company.

kind regards

chenjie

1

CONFIDENTIAL

KNAUFGIPS0000178

Nachricht

Knoechel, Bernd

| | |
|---|---|
| Von: | Ruegamer, Luitgart |
| Gesendet: | Montag, 24. Oktober 2005 07:54 |
| An: | Knoechel, Bernd |
| Betreff: | WG: Wallboard Requirements for Knauf USA Customers |

-----Ursprüngliche Nachricht-----
Von: Knauf Frederick [mailto:knauf.frederick@knauf.it]
Gesendet: Montag, 24. Oktober 2005 03:12
An: jeff.brisley@knaufusa.com; Hertkom, Heinrich; Halbach, Martin
Cc: Paul, Manfred; Cyrille_Fournier@mail.knauf.com.cn; Norris Mark; taojun@mail.knauf.com.cn
Betreff: Fwd: Wallboard Requirements for Knauf USA Customers

Dear Jeff,
dear Mr Halbach,
dear Mr Hertkorn

thank you all for your coordination efforts regarding the US wallboard market.

As I've just learned, also Mr Hertkorn in Iphofen tries to coordinate some inquiries from the US. Apparently the latest price which has been accepted there was 1,20 EUR/m2 ex-works from Germany, whereas Jeff sees substantially lower prices.

To Mr Hertkorn: Is that still the situation or has this just been a single project price? Please provide us with an update regarding your coordination efforts.

To Mr Halbach/Hertkorn: Please take into account that we don't have to reschedule our capacity expansions in Europe as long as we have available capacity in China at competitive transportation costs.

Additionally to that also other people from the industry approach Knauf China trying to secure volumes. As soon as we have their prices and volumes we'll get back to you.

Best regards,

FK

—
Frederick Knauf
Deputy General Manager

Knauf Plasterboard China (Central) Company Ltd.
15/A2, Shi Ye Building
18 Cao Xi Bei Road
Shanghai 200030
People's Republic of China

Tel: +86 21 64279292
Fax: +86 21 64897814
Mobile: +86 133 18245847
E-Mail: knauf.frederick@knauf.it
www.knauf.com.cn

KNAUFGIPS0000232

KNAUFGIPS0000232

Nachricht

## Knoechel, Bernd

Von:          Koch, Klaus
Gesendet:   Donnerstag, 27. Oktober 2005 22:23
An:           Tillmann, Claus; Knoechel, Bernd; Hertkorn, Heinrich; Schanow, Joerg
Betreff:      WG: Exports to the United States

FYI

----Ursprüngliche Nachricht----
Von: Plank, Silke
Gesendet: Dienstag, 25. Oktober 2005 15:10
An: 'robson'; 'Topple'; 'katanopoulos'; 'Steinhausen'; 'Isabel Knauf'; Koch, Klaus; Paul, Manfred; 'Clopez@knauf.com.ar'
Betreff: Exports to the United States

Dear Sirs,

Yesterday I agreed with Tony Robson that our coordinator for all supplies of plasterboards to the United States should be Barry Topple. In 1999 he was also responsible for the exports to the United States.

Originally our intention was to supply only L&W. Because of marketing reasons we were also agreeing to sell to Woolsley and to Hochtief. I asked Barry Topple to get the acceptance of L&W for the supplies to Woolsley and Hochtief. For legal reasons our price basis should be ex works on palettes and packaging or FOB. Each Knauf- company, which has excess capacity, should calculate their own ex works prices based on the current cost situation. I gave a price indication to Hochtief of 1.20 Euro / m² ex works for 12.5 standard boards with normal packaging. The payment terms should be 30 days net. If you need special packaging and / or you are requested to arrange the transportation to the port and the loading of the ship you should add the respective additional costs to the above mentioned price indication.

Best regards,

Baldwin Knauf

Knauf Gips KG
Am Bahnhof
97346 Iphofen

Tel.: 09323 31 315
Fax: 09323 31 555

CONFIDENTIAL

KNAUFGIPS0000233

KNAUFGIPS0000233

# KNAUFDRYWALL

9 November 2005

To:   J Brisley
      M Casalini
      M Katanopoulos
      I Knauf
      M Koch
      G Leitner
      C Lopez
      M Norris
      M Paul
      M A Robson
      I Steinhausen

Exports to the USA

The purpose of this note is to clarify the position with regard to the possible opportunities to export plasterboard to the USA.

Firstly, despite the early interest from dealers and others in the US market, it is not certain that demand will significantly exceed the capacity of the local manufacturers (USG etc). If this does occur, it is likely to be during 2006 only and confined to the South East, i.e. Florida, Gulf of Mexico.

A number of Knauf Group companies have received enquiries from the US and it is important that we establish a controlled strategy for our approach to this market.

The prime strategy for the Knauf Group is to work in collaboration with USG and their distribution business, L&W Supply. Whilst they have yet to commit to taking volume, we will be having further discussions with them regarding supplies for 2006.

In addition to this commitment to USG we have reached an agreement with them that we will, if requested, offer supplies to a limited, and already identified, number of other Knauf customers.

These are:

*Knauf Insulation USA* – four key accounts

*Wolseley* – major European customer with a dealer network in the US

*Hochtief* – major German parent contractor

At this stage we will not be offering to supply to others.

Cont../

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E:mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent.  Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL

KNAUFGIPS0000235

../2

In terms of contacts to co-ordinate supplies to the above, these are:

| Knauf Insulation | Jeff Brisley | jeff.brisley@knaufusa.com |
| USG / Wolseley | Barry Topple | btopple@knauf.co.uk |
| Hochtief | Bernd Knoechel | Knoechel.Bernd@knauf.de |

To establish some uniformity the following price levels have been established and should be followed:

Distributors    ex works $1.30/m$^2$
Contractors    ex works €1.20/m$^2$ (reference BK)

The basis of trading (except USG) must be limited to an ex works or FOB basis.

I hope this clarifies the current position.  If you require further information, please do not hesitate to contact me.

Regards

*Barry Topple*

Barry Topple
Managing Director
Knauf Drywall

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E-mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent.  Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL

To:             'Zhong.Ann@mail.knauf.com.cn'[Zhong.Ann@mail.knauf.com.cn]
From:           Stuermer, Martin
Sent on behalf of:   Stuermer, Martin
Sent:           Wed 2/1/2006 9:32:10 AM
Importance:     Low
Sensitivity:    None
Subject:        AW: Consolidation 2005

Dear Ann,

some questions concerning the bank situation as of December 31, 2005 of the Chinese companies:

-    No company shows bank loans, is that correct? I thought you still use the back-to-back-financing, i.e. Wuhu makes a deposit with a bank to secure a loan given to a sister company. Are all "intercompany" loans payed back at yearend or is the bank report wrong?

-    Wuhu shows a net position of a 4,2 Mio. €. Is the shown deposit used as a guarantee for a loan of another company? If not, it should be used to make a further repayment of the still existing € – loan (currently outstanding 3,5 Mio. €).

-    To finance further projects in Europe we currently collect the money from our subsidiaries all over the world. Please prepare a cash forecast showing the amount of a further repayment of the loan for Wuhu or even better for all Chinese companies.

-    Guangdong also shows a net position of 3,3 Mio. €. This is too much. Please check if you can transfer the money to Wuhu for the repayment of the loan.

-    Knauf Hongkong also shows a bank balance of 1,0 Mio. €. Please prepare all documents necessary for a cash dividend.

Furthermore, we talked about the Knauf Insulation Tianjin project. I'am waiting for a financial forecast. Please send one. If necessary, can we give a "sister" loan from Wuhu or Guangdong to finance Knauf Insulation Tianjin (you mentioned that it should be a small project ..?

Thanks a lot in advance!

Martin

KNAUFGIPS0000363

# Plant Manager Conference 2005
# Wallboard Plants and Plaster plants
# at Rottleberode

**Organisation:**

| | | | |
|---|---|---|---|
| *Monday* | *24.10.2005* | *8.00 am – 5.30 pm:* | *subjects regarding wallboard plants* |
| *Tuesday* | *25.10.2005* | *8.00 am –12.00 am:* | *subjects regarding wallboard plants* |
| *Tuesday* | *25.10.2005* | *1.30 pm – 5.30 pm:* | *Subjects regarding wallboard and plaster plants* |
| *Wednesday* | *26.10.2005* | *8.00 am–12.00 am:* | *Subjects regarding wallboard and plaster plants* |
| *Wednesday* | *26.10.2005* | *1.30 pm – 5.00 pm:* | *Visit of the Plant and the quarry* |
| *Thursday* | *27.10.2005* | *8.00 am – 5.00 pm:* | *subjects regarding plaster plants* |

KNAUFGIPS0000370

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

<u>Monday, October 24th, 2005, 8 am – 5.30 pm:</u>
<u>Subjects regarding wallboard plants</u>

**1.    General remarks**

1.1    Introduction (Mr. Seth)

1.2    Benchmarking and comparison of key manufacturing data (Mr. Seth)

1.3    Development of board line speed and board weight in the plants of Knauf Group (Mr. Halbach)

1.4    To Do list of last conference (all participants)


**2.    Paper**

2.1    Planning 2005: quantity and price development (Mr. Kestel)

2.2    Claims regarding paper: experiences and analysis (Mr. Kestel)

2.3    Actual situation at INLAND (Mr. Alsterhäll)

2.4    Actual situation / problems with the paper quality of Inland, Tecno, KPK, Peters, Papirus, Huarun, St. Regis, Cordillera etc. (all participants)

2.5    Actual Situation of the development of HWG/Snowboard-paper (Dr. Scheller)

2.6    Online colour coating of paper (Mr. Martin)

2.7    Planned rebuilding measures at Tecnokarton (Mr. Melchert)

2.8    Experiences with Mexican paper (Mr. Michahelles)


**3.    Additives/Aggregates**

3.1    The supply situation for H-Siloxanes and wax (Mr. Kestel)

3.2    Influence on the consumption of H-Siloxanes (Dr. Scheller)

3.3    Use of dispersion-based H-Siloxanes; initial experiences in the plants Iphofen, Kiew, Kungur und Amphilochia (Mrs. Dr. Lupold, Jurjew, Dr. Galbenis)

3.4    Core porosity: combination of foam and liquifiers (Mr. Martin)

3.5    Actual status on the use of STMP in the plants (Dr. Scheller)
       Blend of paraffins and STMP in Queimados (Mr. Michahelles)

3.6    Effect of foam and foam persistence: effect of water temperature, water hardness and quantity of foamwater (Dr. Scheller)

KNAUFGIPS0000371

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

**4.    Board line / Technics**

4.1    Equipment of the new board line at Iphofen/take off device (Mr. Krämer)

4.2    Board weight differences (Dr. Scheller)

4.3    Experiences with ELS-dense-pump combination (Mrs. Mauerlechner, T. Seth, Dr. Hildebrand, Frolik, Martin)

4.4    The old and the new ELS-system in Sittingbourne; reduction of board weights (Mr. Höll)

4.5    Experiences with the Entoleter mills in Hobro, Belchatów and Lauffen (Mr. Halbach; Mr. Kleczkowski; Mr. Mauerlechner )

4.6    Production of 900 mm boards by three lines running through the dryer (Mr. T. Seth, Mr. Hojer)

4.7    Use of FGD gypsum in the plant Tianjin (Mr. Chenjie)

4.8    Start up of FGD gypsum drying in Wuhu (Mr. Dai)

4.9    Automated packing and storage construction for profiles production (Dr. Hildebrandt)

4.10    Pre-mixer: duty and function, settings and measures at increased performance (Mr. Martin)

4.11    Back side spraying through movable spray installation and extraction of the nozzles (Mr. Martin)


**5.    Dryer**

5.1    Status of dryer modifications: Overview (Mr. Martin); Shortening of dryer in the plants Drammen, Hobro, Kankaanpää (Mr. Amundsen, Mr. Andersen, Mr. Santahuhta )

5.2    Exhaust stream and quantity of circulating air in cross ventilated dryers. Increased performance of cross ventilated dryers and experiences with the start up of the plant Wielsbeke after increase of circulating air vans (Mr. Martin, Mr. Pieters)

5.3    Extraction of the nozzles in the plant Riga (Mr. Martin)

5.4    Air mixing devices for circulation air; experiences with extension of the dryer in the plant Teheran (Mr. Martin)

5.5    Automated chain lubrication based on System Mayer (Mr. Seufert)

KNAUFGIPS0000372

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

## Tuesday, October 25th, 2005, 8 am – 12 am:
### Subjects regarding wallboard plants

**6.    Quality Management**

6.1    Overview of claims (Dr. Espert)

6.2    Edge formation at boards of Lauffen (Mr. Mauerlechner)

6.3    Screwing of Diamond boards

6.4    Board distortion at Rottleberode (Mr. Materlik)

**7.    Miscellaneous**

7.1    Overview of the new board Standard EN 520, remaining standards (Mr. Krüger)

7.2    CE marking on Knauf boards (Dr. Scheller, Mr. Krüger)

## Tuesday, October 25th, 2005, 1.30 pm – 5.30 pm:
### Subjects regarding wallboard and plaster plants

**16.30 h: Paul Hildebrand, Linde: gas powered fork lifts**

**8.    Calcination/Cooling**

8.1    Overview of stucco quality: calcination process, phase analysis, particle sizes, particle disintegration values, acceleration behaviour, options of rehydration (Dr. Scheller, Mr. Haas; all participants)

8.2    Stucco quality of CP and Pfeiffer mills (Machong, Mendoza)

8.3    Experiences with torch-burner installation in boiler (Mr. Rensinghoff )

8.4    External gypsum discharging of boiler Immingham; order of the new boiler (Mr. Höll )

8.5    Overview of installed coolers; plant safety (Mr. Rensinghoff, Mr. Seufert)

8.6    Break of the cooler girth ring in Queimados (Mr. Michahelles)

**9.    Stucco quality**

9.1    The influence of grainsize on  particle disintegration (Prof. Hummel)

9.2    Rehydration behaviour of milled and unmilled stucco (Mrs. Limmer, Mr. Haas, Prof. Hummel)

9.3    Analysis to the flow behaviour of stucco slurries (Mrs. Limmer)

9.4    Filtration speed of different FGD gypsum qualities (Mr. Klose)

KNAUFGIPS0000373

Plant Manager Conferences 2005 -- Wallboard Plants and Plaster Plants

9.5     Start up of the FGD dryer in Wuhu (Mr. Dai)

9.5     Influence of cooler on stucco quality at Weißenbach (Mr. C. Knauf)

KNAUFGIPS0000374

Plant Manager Conferences 2005 -- Wallboard Plants and Plaster Plants

## Wednesday, October 26th, 2005, 8 am – 12 am:
## Subjects regarding wallboard and plaster plants

8.00 Uhr:   Meinrad Grieshaber, Eclipse Combustion GmbH

9.00 Uhr:   Klaus Koch, General Manager Knauf Gips KG:
            Activities and marketing strategies of Knauf Gips KG

8.     **General Remarks**

8.1    Price development of heavy oil, gas, lignite powder and electricity (Mr. Kestel)

8.2    Purchase of electricity, costs for electricity, peak consumption and utilization factors (Mr. Kestel)

8.3    Measures to avoid peak currents and peak consumptions (all participants)

8.4    State-of-the-art: dispatch department Iphofen (Mr. Kestel)

8.5    E-Procurement -- actual situation of the project (Mr. Kestel)

8.6    Introduction of the SAP-based maintenance system; Introduction of the MIS system in Satteldorf (Mr. Voigt)

8.7    Actual situation at Rottleberode (Mr. Materlik)

8.8    Experiences with the Vortex crusher in Rottleberode (Mr. Materlik)

8.9    The new call and lead system for trucks in Weißenbach (Dr. Hildebrandt)

## Wednesday, October 26th, 2005, 1.30 pm – 5 pm:
## Visit of  Plant and quarry

KNAUFGIPS0000375

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

### Thursday, October 27th, 2005, 8.00 am – 5.00 pm:
### Plaster issues

**1.**  **General remarks**

1.1   Introduction (Mr. Seth)

1.2   Benchmarking and comparison of key manufactoring data (Mr. Seth)

1.3   To Do list of last conference (all participants)


**2.**  **Additives/Aggregates/Bags**

2.1   Waterretention products: development of quantities and prices (Mr. Kestel)

2.2   Tartaric acid: market-situation, development of quantities and prices (Mr. Kestel)

2.3   Paperbags: development of quantities and costs (Mr. Kestel)

2.4   New bag design / Haver und Boecker-trials (Mr. Brüninghaus)


**3.**  **Quality of Products**

3.1   Complaints in 2005 (Dr. Espert)

3.2   Side tests in 2005 (Mr. Haas)

3.3   Plaster development at Rottleberode: actual situation (Mr. Haas)

3.4   New recipies for plaster products of Neuss (Mr. Haas)


**4.**  **Technology**

4.1   New insulation of Kalzinator Fenne (Mr. Schmidt)

4.2   Filters of primary or secondary supplier:  a quality survey (Mr. Simons)

4.3   Modifications on hot product bin of Neuherberg: Recent results (Mr. Schirmer)

4.4   Predrying of perlite: results regarding quality and production costs (Mrs. Limmer)

4.5   Energy-related comparison of perlite-expanders at Jaworzno and Grafenau/AMF (Mr. Rensinghoff)

4.6   Reduction of emission at perlite production (Mrs. Limmer, Mr. Klose)

KNAUFGIPS0000376

Plant Manager Conferences 2005 -- Wallboard Plants and Plaster Plants

**5.    Alphagypsum Plants**

5.1    State-of-the-art at Niederaußem; Alphagypsum qualities (Mrs. Limmer)

5.2    State-of-the-art at Lochau; Alphagypsum qualities (Mrs. Limmer)

5.3    Corrosion problems of autoclaves at Lochau (Mrs. Limmer)

5.4    Optimization of dryer-adjustment at Lochau (Mr. Rensinghoff)

**6.    Miscellaneous**

6.1    Package: an overview (Mr. Brüninghaus)

6.2    Preventive explosion protection and advice of staff at Iphofen II (Mr. Klose)

6.3    Expandable contaminations produced by lignite powder burning (Prof. Hummel, Dr. Espert, Mr. Simons)

KNAUFGIPS0000377

To:        Halbach, Martin[halbach.martin@knauf.de]
From:      Zhong.Ann@mail.knauf.com.cn
Sent on behalf of:   Zhong.Ann@mail.knauf.com.cn
Sent:      Tue 11/7/2006 3:52:10 AM
Importance:   Low
Sensitivity:  None
Subject:    ??: Fw: USA smelly board


Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to explain that our boaurds are nothing wrong?   We should not leave this issue only on Mark.   This morning Mark received a call from America again and insists Mark to go America.

Thanks & regards
Ann


----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China

| | |
|---|---|
| Mark Norris/BeiFang/Knauf_China@Knauf | 07/11/2006 10:59 AM  To |
| jawahar@rothchilt.zjp.com | cc |
| USA smelly board | Subject |


Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon   ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back .

KNAUFGIPS0000382

Best Regards,

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000383

To:      Halbach, Martin[Halbach.Martin@knauf.de]
From:        YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:        Mon 12/18/2006 8:21:53 AM
Importance:      Low
Sensitivity:     None
Subject:     Re: AW: Record of cutter fault removing in Tianjin plant

Record of cutter fault removing in Tianjin plant.doc
Record of cutter fault removing in Tianjin plant.pdf

zum Test:

Mit freundlichen Gruessen / Best Regards

----------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

"Halbach, Martin" <Halbach.Martin@knauf.de>

                                                       12/15/2006 08:57 PM  To

<YuanHongWen@mail.knauf.com.cn>                                           cc
                                                                         Subject
AW: Record of cutter fault removing in Tianjin plant

Hallo Herr Yuan,

ich kann die Datzei nicht oeffnen!!
Gruss

Halbach

-----Ursprüngliche Nachricht-----
Von: YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]

KNAUFGIPS0000388

Gesendet: Mittwoch, 13. Dezember 2006 09:53
An: Halbach, Martin; Halbach, Martin
Betreff: FWD: Record of cutter fault removing in Tianjin plant


Dear David,
I hope this report can help you to understand me and our decision-making
process better. It shown the ability to solve problem by my team, not the
opposite.

Mit freundlichen Gruessen / Best Regards

---------------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn
------ Forwarded by YuanHongWen/NanFang/Knauf_China on 12/13/2006 01:27 PM
------

YuanHongWen/NanFang/Knauf_
China
To
11/14/2006 01:09 PM                          Martin Halbach
cc
ChenJie/BeiFang/Knauf
_China@Knauf
Subject
Record of cutter
fault removing in
Tianjin plant


Dear Mr.Halbach
enclosed is our working record for cutter fault in Tianjin, as you asked.
main points concluded from this report:
1. we need to know the control program's detail, as we do with S5/S7.
Otherwise our machine will be always a "black-box", we can not improve or
adjsut them, only can replace the finished parts. If there are so many
upgrades in future for software & hardware like this time, it maybe a
catastrophe for us again.
2. the spare parts (software & hardware) are most important issues for a
fully operation plant. This fault shown again, when the people, who didn't

KNAUFGIPS0000389

know the Knauf production, made own decision based on only costs, which
kind of spare parts we can have. We'll have same problem again. Fortunately
we can make decision now by our self.
3. we should be always very clear: don't try to solve all problems by one
occasional production stop, just let it run first!

Soll ich den Bericht an I.K. und Dr. Cheng verteilen?

Mit freundlichen Gruessen / Best Regards

---------------------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


(See attached file: Record of cutter fault removing in Tianjin plant.doc)

KNAUFGIPS0000390

To:        dgregory@knauf.co.id[dgregory@knauf.co.id]
Cc:        Halbach, Martin[halbach.martin@knauf.de];
wayne.studdon@knauf.co.id[wayne.studdon@knauf.co.id]
From:      YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:      Fri 12/15/2006 2:29:36 AM
Importance: Low
Sensitivity: None
Subject:   Re: Luneng Mine


Dear David,
as mentioned in the mail to I.K., we'll try to use more FGD (up to 100%).
In Nov. we put natural gypsum order only to this supplier. Becuase of no possiblity to get again from other old suppliers, we are negotiating with new one. The purchase target in dec is to get n. gypsum only from this one.

Mit freundlichen Gruessen / Best Regards


--------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn



dgregory@knauf.co.id

<YuanHongWen@mail.knauf.com.cn>                                    12/14/2006 04:04 PM  To

<halbach.martin@knauf.de>, <wayne.studdon@knauf.co.id>                          cc

Re: Luneng Mine                                                     Subject




Dear Dr Yuan

How are we progressing regarding introducing a test for both the natural gypsm  and the finished board for this problem?

What percentage of our natural gypsum is still coming from this particular mine?

regards

KNAUFGIPS0000399

David

Please note that my email address has changed to dgregory@knauf.co.id

YuanHongWen@mail.knauf.com.cn

12/14/2006 09:20 AM

To:      dgregory@knauf.co.id
cc:      halbach.martin@knauf.de, wayne.studdon@knauf.co.id
Subject:    Re: Luneng Mine

Dear David,
sure we had already actions to avoid this possible cause:
1. to reduce the order from this mine, until we have alternative
2. to pick up old suppliers in Shangdong & Hebei province (in progress) & to seek new possible suppliers as alternative
3. to use more FGD, up to 100% (will be tested soon, to the limit of plaster factory). This may be workable, becuase we have very low capacity utilization in Tianjin right now, ie, we have plenty time to try.

Mit freundlichen Gruessen / Best Regards

_____

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

dgregory@knauf.co.id

12/14/2006 06:51 AM

To       <yuanhongwen@mail.knauf.com.cn>
cc       <halbach.martin@knauf.de>, <wayne.studdon@knauf.co.id>
Subject  Luneng Mine

KNAUFGIPS0000400

Dear Dr Yuan

I note that you believe the shale layer to be the cause of the problem.

If this is the case then that is good news. However, what are we now doing to ensure that we do not get a repeat of the same problem in the future?


regards

David

Please note that my email address has changed to dgregory@knauf.co.id

KNAUFGIPS0000401

To:      Halbach, Martin[Halbach.Martin@knauf.de]
From:                YuanHongWen@mail.knauf.com.cn
Sent on behalf of:  YuanHongWen@mail.knauf.com.cn
Sent:               Wed 11/29/2006 8:35:21 AM
Importance:         Low
Sensitivity:        None
Subject:            ??: Gypsum for Tianjin

---- Forwarded by YuanHongWen/NanFang/Knauf_China on 11/29/2006 04:32 PM ----

wayne.studdon@knauf.co.id

                                                        11/29/2006 01:57 PM  To

<yuan.hongwen@mail.knauf.com.cn>                                             cc
                                                                            Subject
Gypsum for Tianjin


Dr Yuan,

could you please send me you telephone number, I think I received your business card last
week but I don't have it with me right now. We need to talk further on this issue of the
board smell from Tianjin. I understand that there is testing presently underway in Germany
however this is something that David has asked to get involved in as the concern is what do
we do right now in terms of board for particularly export but even for local. I'll give you a
call back to discuss further.

By the way my mobile number is + 62 815 1122 3431

Regards

Wayne Studdon

KNAUFGIPS0000483

To:       ChengYiHeng@mail.knauf.com.cn[ChengYiHeng@mail.knauf.com.cn]; Halbach,
Martin[Halbach.Martin@knauf.de]
From:        YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:        Mon 11/6/2006 11:04:23 AM
Importance:     Low
Sensitivity:    None
Subject:     Comments ro production in Oct.

Comments on production in Oct. 2006.doc


Sehr geehrte Herrn
bitte finden Sie den Bericht in der Anlage.


Mit freundlichen Gruessen / Best Regards

--------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

KNAUFGIPS0000494

To:      mark@mail.knauf.com.cn[mark@mail.knauf.com.cn]
Cc:      Halbach, Martin[Halbach.Martin@knauf.de];
ChenJie@mail.knauf.com.cn[ChenJie@mail.knauf.com.cn]
From:            YuanHongWen@mail.knauf.com.cn
Sent on behalf of:    YuanHongWen@mail.knauf.com.cn
Sent:            Mon 10/30/2006 3:44:21 AM
Importance:      Low
Sensitivity:     None
Subject:         Re: Fw: Knauf smelling
Categories:      <OF82F871CF.D4AAFA47-ON48257217.00084D2A-
                 48257217.0008533B@LocalDomain>

Dear Mark,
as you know, our board has no special smell. During the production of these board, we used mainly
natural gypsum. Other additives were also normal as before. It is very strange for me and needs some
detailed information to confirm the problem.

Mit freundlichen Gruessen / Best Regards

--------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


Mark Norris/BeiFang/Knauf_China

                                                    10/30/2006 09:30 AM   To
YuanHongWen/NanFang/Knauf_China@Knauf
                                                                          cc
                                                                          Subject

Fw: Knauf smelling


please call me

—— Forwarded by Mark Norris/BeiFang/Knauf_China on 30/10/2006 09:30 AM ——

WangLan/BeiFang/Knauf_China

                                                    30/10/2006 09:05 AM   To
Mark Norris/BeiFang/Knauf_China@Knauf
                                                                          cc
                                                                          Subject

KNAUFGIPS0000503

Knauf smelling

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer want to take this matter to court...

Best Regards

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
----转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 ----

"jawahar" <jawahar@rothchilt.zljp.com>

2006-10-28 10:32  收件人

<WangLan@mail.knauf.com.cn>
抄送
主题

Re: (Rising Spam Alert)

Dear Cecilia,

Below message marked in blue is from Salomon's  buyer whom he has sold your boards, he is trying to
get more information, please check very  carefully

SOLOMAN, PLEASE NOTIFY KNAUFF  THAT WE HAVE A PROBLEM WITH A VERY BAD

SMELL COMMING FROM THERE  BOARD

KNAUFGIPS0000504

A TEST WAS DONE ON ALL D/W IN  A HOUSE

THE KNAUFF HAD 20 TIMES  STRONGER SMELL THEN ALL THE OTHER BOARD

WCI  IS THE MAIN    BUILDER ALSO G.L. HOMES  IS  ALSO HAVING  A PROBLEM.


bst rgds
Jawahar
———— Original Message ————
From: <Wanglan@mail.knauf.com.cn>
To: <jawahar@rothchilt.zjin.com>
Sent: Friday, October 27, 2006 4:42 PM
Subject: (Rising Spam  Alert)

KNAUFGIPS0000505

To:            Halbach, Martin[Halbach.Martin@knauf.de]
From:          YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:          Mon 10/30/2006 3:38:53 AM
Importance:    Low
Sensitivity:   None
Subject:       FW: Fw: Knauf smelling


Hallo Herr Halbach,
haben Wir aehnleche Problem bei andere Laende?
Ist es moeglich jemand in USA (z.B. USG leute) anzurufen, diesen Geruch zu pruefen?

Mit freundlichen Gruessen / Best Regards

---------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn
----- Forwarded by YuanHongWen/NanFang/Knauf_China on 10/30/2006 11:34 AM -----

Mark Norris/BeiFang/Knauf_China

YuanHongWen/NanFang/Knauf_China@Knauf                     10/30/2006 09:30 AM   To
                                                                              cc
                                                                         Subject
Fw: Knauf smelling



please call me

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 30/10/2006 09:30 AM -----

WangLan/BeiFang/Knauf_China

Mark Norris/BeiFang/Knauf_China@Knauf                     30/10/2006 09:05 AM   To
                                                                              cc
                                                                         Subject
Knauf smelling

KNAUFGIPS0000506

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer
want to take this matter to court...

Best Regards


Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972658
—— 转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 ——

"jawahar" <jawahar@rothchilt.zjip.com>

2006-10-28 10:32  收件人

<WangLan@mail.knauf.com.cn>
                                                            抄送
                                                            主题
Re: (Rising Spam Alert)


Dear Cecilia,

Below message marked in blue is from Salomon's  buyer whom he has sold your boards, he is
trying to
get more information, please check very  carefully


SOLOMAN, PLEASE NOTIFY KNAUFF   THAT WE HAVE A PROBLEM WITH A VERY BAD

SMELL COMMING FROM THERE   BOARD

A TEST WAS DONE ON ALL D/W IN   A HOUSE

THE KNAUFF HAD 20 TIMES   STRONGER SMELL THEN ALL THE OTHER BOARD

KNAUFGIPS0000507

WCI IS THE MAIN    BUILDER ALSO G.L.HOMES IS ALSO HAVING A PROBLEM.


bst rgds
Jawahar
——— Original Message ———
From: <WangLan@mail.knauf.com.cn>
To: <jawahar@rothchilt.zjip.com>
Sent: Friday, October 27, 2006 4:42 PM
Subject: (Rising Spam  Alert)

KNAUFGIPS0000508

To:      ChengYiHeng@mail.knauf.com.cn[ChengYiHeng@mail.knauf.com.cn]; Halbach,
Martin[Halbach.Martin@knauf.de]
From:              YuanHongWen@mail.knauf.com.cn
Sent on behalf of:  YuanHongWen@mail.knauf.com.cn
Sent:              Tue 10/10/2006 4:11:55 AM
Importance:        Low
Sensitivity:       None
Subject:           Production report for Sept.

Comments on production in Sept. 2006.doc


Sehr geehrte Herrn,
anbei bitte finden Sie meinen Bericht fuer Sept.:

Mit freundlichen Gruessen / Best Regards

_____
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

KNAUFGIPS0000509

To:     Halbach, Martin[Halbach.Martin@knauf.de]
From:       YuanHongWen@mail.knauf.com.cn
Sent on behalf of:    YuanHongWen@mail.knauf.com.cn
Sent:       Thur 7/20/2006 1:29:04 AM
Importance:   Low
Sensitivity:   None
Subject:     Working paper


Sehr geehrter Herr Halbach,
beiliegend bitte finden Sie das Besuchsprotokoll von Dr. Cheng. Bezüglich
auf Produktion sind

    Optimization of metal production and safety stock management in Central
    (Kevin/Dr. Yuan)
    Capacity benchmark of metal line: 2 Mio m (Production/all Commercial GM)
    Cheaper version metal for market needs? (Commercial/Production)
    Metal slitting line? (Dr. Yuan)
    Casting, Skim plaster and moisture resistant filler production in Wu Hu
    (Commercial/Production)
    Lamination/Embossing/Printing line from Woodmaster (Dr. Yuan)


Ich werde versuchen, alles zu erledigen.

Mit freundlichen Gruessen / Best Regards

---------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No. 2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn
------ Forwarded by YuanHongWen/NanFang/Knauf_China on 2006-07-20 09:10
------

        ChengYiHeng/Wuhu/
        Knauf_China
                                                    To
        2006-07-20 08:01      Mark_Norris@mail.knauf.com.cn,
                              Cyrille_Fournier@mail.knauf.com.cn,
                              dgregory@knauf.co.id,
                              Zhong.Ann@mail.knauf.com.cn,
                              yuanhongwen,
                              knauf.frederick@knauf.it
                                                    cc
                              knauf.isabel@knauf.com.tr
                                                    Subject
                              Working paper

KNAUFGIPS0000531

Dear all,

Ms. Knauf's visit to China and Indonesia has stipulated quite a number of deficiencies which can help us improve our organization, efficiencies and capabilities.

I have put all points together. Some are easily implemented regionally, some need centralized effort.

Please read this through and we will have a video conference in the next week.

Monthly statistics on Dry wall system (domestic only): (Reporting/all Commercial GM)
m metal profile/m2 total boards
g jointing compounds/m2 total boards
m2 fire boards/m2 total boards
m2 moisture boards/ m2 total boards
turnover accessories/total turnover

Metal line study: (Logistics/Production)
Delivery benchmark: 1 day for standards, 2 days for specialties (Kevin)
Optimization of production and safety stock management in Central (Kevin/Dr. Yuan)
Capacity benchmark: 2 Mio m (Production/all Commercial GM)
Detail list of systems in North, Central, South (Technical/Commercial)
Cheaper version for market needs? (Commercial/Production)
2nd hand line for Indonesia (Frederick check with Richter System)
Metal slitting line? (Dr. Yuan)

Market study (Sales/Marketing)
Normal and acoustic ceiling tiles (Technical)
Chinese Separation Wall systems (Brick/Cements; Cement Block/Cement; Cement Block/Plaster) (Technical)
Chinese Ceiling System (Technical)
AMF market (Commercial)

Advertisement: (Marketing/Commercial)
Signs on scaffolds with Knauf brand and distributors contact
Net or Flag
Yearly meeting for distributors
Gifts (slide ruler, flex ruler, tool box.. those are used on construction site)

Training program improvement (comparing with material from Knauf Turkey, Technical)
For Developer
For Architect
For Distributor
For installer

KNAUFGIPS0000532

Knauf Chinese registration in Hong Kong (through Knauf Hong Kong/Asar)
Cost list of handling charges at harbor (Logistic)
Study 500 k ex Tianjin to supply central customers (Logistic/Commercial)
SWOT Analysis (Knauf/Lafarge/BPB/BNBM/Taihe)
(Commercial/Logistic/Finance)
Casting, Skim plaster and moisture resistant filler production in Wu Hu
(Commercial/Production)
CSR or SAP for project updating (Ann)
Lamination/Embossing/Printing line from Woodmaster (Dr. Yuan)
Visit to Ankara of Mark and Cheng and one marketing staff (August 14-16,
Meeting Ranzinger)

Best regards

Yi-Heng

KNAUFGIPS0000533

| To: | Halbach, Martin[Halbach.Martin@knauf.de] |
| --- | --- |
| From: | YuanHongWen@mail.knauf.com.cn |
| Sent on behalf of: | YuanHongWen@mail.knauf.com.cn |
| Sent: | Tue 7/18/2006 10:16:11 AM |
| Importance: | Low |
| Sensitivity: | None |
| Subject: | Besuchsprotokoll |
| Categories: | vps-41(zzaf6W31c5Mfa7M3116J62a3R1437Mzzzz1c17bz2dh34l41i43i) |

Protokoll des Besuches von I. Knauf, KW 28.pdf

Hallo Herr Halbach,
anbei sende ich Ihnen das Protokoll, was ich letzte Woche notiert habe.
Wenn Sie noch mehr Punkten haben, bitte ich Ihre Anweisungen. Ich werde an
Ihnen zurück melden, wenn alles erledigt.
(See attached file: Protokoll des Besuches von I. Knauf, KW 28.pdf)


Mit freundlichen Gruessen / Best Regards

---

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

KNAUFGIPS0000534

Dr. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
Fax:   +86    (0769) 822 27 01
Tel:   +86    (0769) 822 27 08 – 345
       +86    (0769) 882 94 11
Email: yuan.hongwen@mail.knauf.com.cn



## Besuchsprotokoll

### (vom 10. bis zum 14.07.2006, Frau I. Knauf & Herr Halbach)

## 1 Machong

- ✓ Rampe für Containerladung: Farbestreichung; Überdeckung; Sicherungskette bei Ladung
- ✓ T-Profile: Lieferanten? Verpackung und Lagerung? (in Tianjin auch)
- ✓ Kühlungssystem für Prozesswasser
- ✓ Ölschmierung undicht am Heizzeitband
- ✓ Anwendung von Trilon C: zur Verbesserung der Nassfilzung
- ✓ Motorlagerprüfung vor dem Tippie
- ✓ Mehr Naturgips für 12mm Platten
- ✓ Nur Holzstreifen, keine geschnittene GKB-Streifen

## 2 Tianjin

- ✓ Vollautomatik der Verpackung bei der Profilproduktion: Umreifungsmaschine kostet €30,000.-
- ✓ Kaschierungsmaschine: besser ohne Trockner, mit Warmkleber
- ✓ Schmierung der Kohlenaschenketten
- ✓ Optimierung der Taktzeit von Nasswender
- ✓ Möglichkeit mit OEM für Ceiling-Tile
- ✓ Farbeunterschied von Ceiling-Tile's Folie?

## 3 Wuhu

- ✓ Filter für Putzgipsproduktion: Umgebung muss sauber sein
- ✓ Verbesserung des Filters: Umbau mit schränke Blech am Eintritt
- ✓ Bestätigung alter Profilslager: FIRST IN / FIRST OUT
- ✓ Blumenecke nach dem Gipslagerumbau
- ✓ Saubermache Magazin
- ✓ Abgasleitungsumbau beim FGD-Trockner (ähnlich in Machong)
- ✓ Eimer unter undichten Ölschmierungen
- ✓ Profilanlage: Bestellung und Produktionsplanung; Umbau der Verpackung. Ziel: normale Profil in ein Tag, sondere 2 Tagen geliefert!
- ✓ Neue Wasserbecken für Scherestation
- ✓ Gewichtanzeiger auf Radladerschaufel (auch für TJ & DG)
- ✓ Sparung der Vorhangfolie ist möglich?
- ✓ Trocknertürdichtung (auch in Machong)

KNAUFGIPS0000535



Total manufacture costs (excl. capital) of 9.5mm board in Wuhu

KNAUFGIPS0000543



Total manufacture costs (excl. capital) of 12mm board in Tianjin

KNAUFGIPS0000548

**To:**      QinYuSheng@mail.knauf.com.cn[QinYuSheng@mail.knauf.com.cn]
**Cc:**      WangJianQiang@mail.knauf.com.cn[WangJianQiang@mail.knauf.com.cn];
LuXianZhen@mail.knauf.com.cn[LuXianZhen@mail.knauf.com.cn]; Halbach,
Martin[Halbach.Martin@knauf.de]; Meier, Achim[Meier.Achim@Knauf.de]
**From:**      YuanHongWen@mail.knauf.com.cn
**Sent on behalf of:**      YuanHongWen@mail.knauf.com.cn
**Sent:**      Wed 6/28/2006 5:00:01 AM
**Importance:**      Low
**Sensitivity:**      None
**Subject:**      WG: Wuhu ..

Dear Cill,
pls prepare 15kg stucco made from FGD and 5kg limestione powder and send to Iphofen for test. The
contact person see below:

Herr Meier Achim
Knauf Gips KG
Forschung & Entwicklung
Am Bahnhof 7, 97346 Iphofen
Tel.-Nr. +49 9323 31-1286
Fax-Nr. +49 9323 31-1358
mailto:Meier.Achim@Knauf.de

Mit freundlichen Gruessen / Best Regards

--------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country,
Dongguan, Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01

KNAUFGIPS0000556

**To:** ChengYiHeng@mail.knauf.com.cn[ChengYiHeng@mail.knauf.com.cn]; Halbach, Martin[Halbach.Martin@knauf.de]; Ann_Zhong@mail.knauf.com.cn[Ann_Zhong@mail.knauf.com.cn]; mark@mail.knauf.com.cn[mark@mail.knauf.com.cn]
**Cc:** ChenJie@mail.knauf.com.cn[ChenJie@mail.knauf.com.cn]
**From:** YuanHongWen@mail.knauf.com.cn
**Sent on behalf of:** YuanHongWen@mail.knauf.com.cn
**Sent:** Wed 4/19/2006 5:56:55 AM
**Importance:** Low
**Sensitivity:** None
**Subject:** Gypsum situation

Dear All,
after we started production last Thu. we have still big pressure on gyspum stone supply, because Luneng's daily dispatch was limited by truck freight. If we can not solve this problem, we may have not enough gypsum again this week, as I informed on Monday. The main reason is the truck traffic tured to local market, not like before prefer to long distence transport between provinces.
Until now the production is running, we'll pay extra for a steady supply by Luneng to ensure non-stop production as our first solution. Meanwhile we'll be ready to send own truck Co. with special price to take gypsum, when there is no really steady supply from Luneng, that is our 2nd. solution, hope no need to use.

Mit freundlichen Gruessen / Best Regards

---------------------
Dr.-Ing. Yuan, Hongwen
Guangdong Knauf new building materials Co. Ltd.
No.2 Xinsha Development Zone, Machong Counlry Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01

KNAUFGIPS0000574

To:      ChenJie@mail.knauf.com.cn[ChenJie@mail.knauf.com.cn];
LiMuQin@mail.knauf.com.cn[LiMuQin@mail.knauf.com.cn];
QinYuSheng@mail.knauf.com.cn[QinYuSheng@mail.knauf.com.cn];
WangJianQiang@mail.knauf.com.cn[WangJianQiang@mail.knauf.com.cn];
ChenYong@mail.knauf.com.cn[ChenYong@mail.knauf.com.cn]
Cc:      ChengYiHeng@mail.knauf.com.cn[ChengYiHeng@mail.knauf.com.cn];
Ann_Zhong@mail.knauf.com.cn[Ann_Zhong@mail.knauf.com.cn]
From:            YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:            Wed 4/12/2006 3:18:00 AM
Importance:      Low
Sensitivity:     None
Subject:         board line stop


Dear All,
it's so unlucky that after one month full production in Tianjin, we have to
stop becuase of gypsum purchase problem. The effects of production stop on
our improving sales is obvious & negative. To avoid same situation in our
plants in the future, please review our present procedure for raw material
supply with purchase dept. or other related peoples in your plant:
1. Do we have monthly, quarterly & annually main raw material purchase
plan? How often is the plan updated?
2. Does purchase know this plan already, also with corresponding purchase
requests (PR) every month? Does purchase send purchase order (PO) on time
after having PR?
3. Who is in charge of purchase implement? If there is a problem, do we
have any procedure for information & decision?
4. Who is in charge of raw material stock controlling? If there is a
problem, do we have any procedure for information & decision?
5. Are there any documents, e.g. plan/report/record for above procedures?
If yes, please send me a copy for March & April asap.
6. What is your suggestion to ensure our non-stop supply?


Mit freundlichen Gruessen / Best Regards


------------------------
Dr.-Ing. Yuan, Hongwen
Guangdong Knauf new building materials Co. Ltd.
No.2 Xinsha Development Zone, Machong Country Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
----- Forwarded by YuanHongWen/NanFang/Knauf_China on 2006-04-12 10:11
-----

        LiMuQin/BeiFang/K
        nauf_China
                                        To
        2006-04-10 10:28      YuePengCheng/BeiFang/Knauf_China@Kn
                          auf,
                          LiuYing/BeiFang/Knauf_China@Knauf,
                          YangHuiQing/BeiFang/Knauf_China@Kna
                          uf,
                          YangHua/BeiFang/Knauf_China@Knauf
                                        cc

KNAUFGIPS0000575

Mark
Norris/BeiFang/Knauf_China@Knauf,
Ann
Zhong/ShangHai/Knauf_China@Knauf,
YuanHongWen/NanFang/Knauf_China@Kna
uf
                              Subject
board line stop

Dear all,

Due to gypsum stone transportation problem, we have no gypsum now. The board line has to stop.

Base on gypsum transportation situations, we stop in this afternoon and foresee to re-start in Thursday morning.

Pls take emergency remedy for this change.

Rgds,

Lmq

KNAUFGIPS0000576

To:     Halbach, Martin[Halbach.Martin@knauf.de]
From:      mark@mail.knauf.com.cn
Sent on behalf of:  mark@mail.knauf.com.cn
Sent:     Wed 6/21/2006 2:08:43 AM
Importance:   Low
Sensitivity:   None
Subject:    Fw: Management

---- Forwarded by Mark Norris/BeiFang/Knauf_China on 2006-06-21 10:02 ----

"ROBSON Tony " <tony.robson@knaufinsulation.com>

2006-06-20 23:27 To

<Cyrille_Fournier@mail.knauf.com.cn>, <Mark_Norris@mail.knauf.com.cn>, "Ann Zhong" <Zhong.Ann@mail.knauf.com.cn>, "David Gregory " <dgregory@knauf.co.id>

cc

"Isabel Knauf" <knauf.isabel@knauf.com.tr>, "Baldwin Knauf" <knauf.baldwin@knauf.de>, <ChengYiHeng@mail.knauf.com.cn>

Subject

Management

Dear Ann, gentlemen

As you are all aware from both correspondance, and discussions with me, the group management structure changed with effect from January this year. As you know the new structure involves the overall responsibility for our Gypsum activities in Asia passing from myself to Isabel Knauf, however as you also know, this was delayed due to the personal circumstances of Isabel.

This will now take place with effect from July 1 and Isabel is planning a trip to meet you all early in July. I am sure you will offer her the same support you have always done me.

I will still retain an interest in the region, not least because of the Knauf Insulation plant in Tianjin (for ease of management this is to remain managed by the China team for the forseeable future) and I am planning a visit with Baldwin in early September where, hopefully even Ann will join us for dinner!

We have built a fine business together, both profitable & productive, in one of the most commercially aggressive environments in the world. That is to your lasting credit. My personal thanks to you all for both your support, friendship and working with me in one of the most challenging but stimulating projects that I

KNAUFGIPS0000655

have ever experienced.

I will always be available to talk to and offer advice,  you all know my phone number !

Regards

Tony

**Tony Robson**
*Group CEO*

*KNAUFINSULATION*
Z.A.
FR-68600 Wolfgantzen
France
Tel: +33 3 89 72 12 23
Fax: +33 3 89 72 12 11

KNAUFGIPS0000656

To:      Hoefner, Nicole[Hoefner.Nicole@knauf.de]
Cc:      ChenJie@mail.knauf.com.cn[ChenJie@mail.knauf.com.cn]; Halbach,
Martin[Halbach.Martin@knauf.de]
From:    ChenJie@mail.knauf.com.cn
Sent on behalf of:    ChenJie@mail.knauf.com.cn
Sent:    Fri 11/10/2006 2:31:42 AM
Importance:    Low
Sensitivity:    None
Subject:    ??: important! in addition to Mail Miss Osterl
Categories:
                <4E16E0017E66FD41A5BF4FD1C41D2DCE0320BEAE@IPHMX01.KN
AUF.LOC>

Dear Mr.Hoefner,Nicole,

I will post the Gypsum sample and FGD sample and process water to
Dr.Hummel today, then I will send you the post number.

kind regards

chenjie


        "Hoefner, Nicole"
        <Hoefner.Nicole@k
            nauf. de>                                收件人
                    <ChenJie@mail.knauf.com.cn>
        2006-11-10 01:30                            抄送
                    "Halbach, Martin"
                    <Halbach.Martin@knauf.de>
                                                    主题
        important! in addition to Mail Miss
        Osterl


Dear Mr.  Chenje,

Mr. Halbach   told me right now  to send us also -  in the quickest
possible  way -  one litre of process water.

Thanks a lot, Mr.  Chenje,

and kind  regards!

N. Höfner

KNAUFGIPS0000676

(in representation  of Miss Oster)

Knauf Gips KG
Direktion Technik / Rohstoffsicherung

Nicole Höfner (Sekretariat)

Am Bahnhof 7, 97343 Iphofen
Tel.  +49 9323  31-1142
Fax  +49 9323 31-  671
<mailto: hoefner.nicole@knauf.de

KNAUFGIPS0000677

To:         'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn];
            dgregory@knauf.co.id[dgregory@knauf.co.id]
Cc:         wayne.studdon@knauf.co.id[wayne.studdon@knauf.co.id]
From:       Halbach, Martin
Sent on behalf of:   Halbach, Martin
Sent:       Mon 11/27/2006 6:58:13 AM
Importance: Low
Sensitivity: None
Subject:    AW: Production and profile reports for Nov 2006

Dear David,


there downtime in Tinajin is ok, see BDE report. The stop time is quite high, but this depends on low sells
volume.


Rgds


Martin



-----Ursprüngliche Nachricht-----
Von: YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]
Gesendet: Sonntag, 26. November 2006 04:11
An: dgregory@knauf.co.id
Cc: wayne.studdon@knauf.co.id
Betreff: Re: Production and profile reports for Nov.2006



Dear David,
only the production stop on 21th was for smell checking by Martin's visit.
The rest time was waiting for orders. We can run max. 2mil. now in Tianjin after our continuous
improvements this year and proposaled only 1.7mil., but it's still too much for sale.
That is the reason why we try to put some more products to Tianjin, if the sales price is ok. Unfortunately I
was being always misunderstanded.

Mit freundlichen Gruessen / Best Regards

--------------------------------------

KNAUFGIPS0000696

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

dgregory@knauf.co.id

11/26/2006 10:32 AM

To

<yuanhongwen@mail.knauf.com.cn>

cc

<wayne.studdon@knauf.co.id>

Subject

Production and profile reports for Nov 2006

Dear Dr Yuan

There is a lot of down-time in Tianjin this month. Please can you let me know why?

regards

David

Please note that   my email address has changed to dgregory@knauf.co.id

---- Forwarded by David N Gregory/Knauf Indonesia on 11/26/2006 12:31 AM ----

KNAUFGIPS0000697

LuXianZhen@mail.knauf.com.cn

11/24/2006 12:59 PM

To:      dgregory@knauf.co.id, "Herr Halbach" <Halbach.martin@knauf.de>
cc:      "Betz, Heiko" <Betz.Heiko@knauf.de>, YuanHongWen@mail.knauf.com.cn, Mark_Norris@mail.knauf.com.cn,
Zhong.Ann@mail.knauf.com.cn, Knauf.Frederick@knauftrading.cn, qiushiming@mail.knauf.com.cn
Subject:      Production and profile reports for Nov 2006

Dear Mr. Gregory and Dear Mr.Halbach ,

Please see the attached the production and profile reports for November for your reference!

Anything unclear for you please don't hesitate to le me know!

Mit freundlichen Grüssen/Best regards,

Lu

KNAUFGIPS0000698

KNAUFGIPS0000699

[附件 "Production Report 2006 for Nov.pdf" 被 YuanHongWen/NanFang/Knauf_China 删除]
[附件 "Profile Report 2006 for Nov.pdf" 被 YuanHongWen/NanFang/Knauf_China 删除]

KNAUFGIPS0000700

| To: | 'Zhong.Ann@mail.knauf.com.cn'[Zhong.Ann@mail.knauf.com.cn] |
|---|---|
| Cc: | Hummel Prof. Dr., Hans-Ulrich[Hummel.Hans-Ulrich@knauf.de] |
| From: | Halbach, Martin |
| Sent on behalf of: | Halbach, Martin |
| Sent: | Tue 11/7/2006 6:29:54 AM |
| Importance: | Low |
| Sensitivity: | None |
| Subject: | AW: Fw: USA smelly board |

Dear Ann,

there was nobody sent to the US. A Knauf deligation is visiting USG at this time, that has nothing to do with the smelly boards. This visit was scheduled 6 month ago.

Martin

-----Ursprüngliche Nachricht-----
**Von:** Zhong.Ann@mail.knauf.com.cn [mailto:Zhong.Ann@mail.knauf.com.cn]
**Gesendet:** Dienstag, 7. November 2006 04:52
**An:** Halbach, Martin
**Betreff:** ??: Fw: USA smelly board

Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to explain that our boaurds are nothing wrong?  We should not leave this issue only on Mark.  This morning Mark received a call from America again and insists Mark to go America.

Thanks & regards
Ann

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China

KNAUFGIPS0000701

07/11/2006 10:59 AM

To

Mark Norris/BeiFang/Knauf_China@Knauf

cc

jawahar@rothchilt.zjlp.com

Subject

USA smelly board

Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017883165658 . Please let me know if you need I ring him back .

Best Regards,

Cecilia Wang

Knauf Plasterboard  (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000702

To:      'mark@mail.knauf.com.cn'[mark@mail.knauf.com.cn]
From:      Halbach, Martin
Sent on behalf of:      Halbach, Martin
Sent:      Mon 10/30/2006 3:21:07 PM
Importance:      Low
Sensitivity:      None
Subject:      WG: Board from China complaint

FYI

-----Ursprüngliche Nachricht-----
Von: White, William [mailto:wwhite@usg.com]
Gesendet: Montag, 30. Oktober 2006 15:58
An: Hummel Prof. Dr., Hans-Ulrich
Cc: Halbach, Martin; Sims, Robert; Cain, John
Betreff: RE: Board from China complaint

Hi Uli,
I have tracked down through our L&W division the following.
We have a small complaint ongoing in Houston with China board.  Bob
Sims is in the middle of it.  Bob Sims manages AMS (L&W division)  His
e-mail is rmsims@usg.com and I have copied him on this reply.  Since
this is not USG produced wallboard the complaint would be investigated
by AMS.

PS Bob,
Martin Halbach is responsible for Knauf Chinese operations and wanted to
know something about a complaint as described below.  Knauf head of R&D
will be visiting USG Libertyville Nov. 6th.
Bill

-----Original Message-----
From: Hummel Prof. Dr., Hans-Ulrich [mailto:Hummel.Hans-Ulrich@knauf.de]

Sent: Monday, October 30, 2006 2:33 AM
To: White, William
Cc: halbach.martin@knauf.de
Subject: Board from China complaint

Hi Bill
Hope you had a good weekend! Next Monday we will be together at
Libertyville.

Martin Halbach just has sent some e-mails because I am on the way to
Spain.

He told me that we do have problems with some boards from China in the
US. There are complaints about a bad smell. It would be extremely
helpful to get an independent report about the boards. Martin will send
you the address and it would be very kind if some USG expert could check
the situation locally.

Please keep me informed.

KNAUFGIPS0000703

Thanks very much. Best regards
Uli

Confidentiality Notice: This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy or delete all copies of the original message and any attachments. Thank you.

KNAUFGIPS0000704

To:       'mark@mail.knauf.com.cn'[mark@mail.knauf.com.cn]
Cc:       Hummel Prof. Dr., Hans-Ulrich[Hummel.Hans-Ulrich@knauf.de];
          'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn]
From:     Halbach, Martin
Sent on behalf of:   Halbach, Martin
Sent:     Mon 10/30/2006 8:29:39 AM
Importance:   Low
Sensitivity:  None
Subject:  AW: AW: Fw: Knauf smelling


Dear Mark,


please wait a while, Prof Hummel will inform us asap.


Martin




-----Ursprüngliche Nachricht-----
Von: mark@mail.knauf.com.cn [mailto:mark@mail.knauf.com.cn]
Gesendet: Montag, 30. Oktober 2006 08:58
An: Halbach, Martin
Betreff: Re: AW: Fw: Knauf smelling


Dear Martin

I will have the US warehouse address to you tomorrow sometime.

If we are to stay away from it how can I handle the customer and prevent a knauf law suit?

If there is a problem I will need to know sometime so I can discuss a plan of action (or compensation) with Ms Knauf.

Regards
Mark

KNAUFGIPS0000705

"Halbach, Martin" <Halbach.Martin@knauf.de>

30/10/2006 02:19 PM

To

<mark@mail.knauf.com.cn>, <YuanHongWen@mail.knauf.com.cn>

cc

<ChenJie@mail.knauf.com.cn>, "Hummel Prof. Dr., Hans-Ulrich" <Hummel.Hans-Ulrich@knauf.de>

Subject

AW: Fw: Knauf smelling

Everybody has to stay away from this, this will be handeled by Prof. Hummel

Please confirm

Halbach

----Ursprüngliche Nachricht----
**Von:** mark@mail.knauf.com.cn [mailto:mark@mail.knauf.com.cn]
**Gesendet:** Montag, 30. Oktober 2006 04:59
**An:** YuanHongWen@mail.knauf.com.cn
**Cc:** ChenJie@mail.knauf.com.cn; Halbach, Martin
**Betreff:** Re: Fw: Knauf smelling

Dear Dr Yuan

Absolutely I could not agree with you more that we need more information.

I would like to know if we can get a USG guy to visit the warehouse to tell us the truth as I will not believe the customer.....or maybe the customer can send some board to USG to test for us???

Please let me now as these Americans are crazy when it comes to suing each other in court and I do not want Knauf dragged into a court case.

Regards
Mark


YuanHongWen/NanFang/Knauf_China

30/10/2006 11:44 AM

To


Mark Norris/BeiFang/Knauf_China@Knauf

cc


Halbach.Martin@knauf.de, ChenJie/BeiFang/Knauf_China@Knauf

Subject


Re: Fw: Knauf smelling Link



KNAUFGIPS0000707

Dear Mark,
as you know, our board has no special smell. During the production of these board, we used mainly natural gypsum. Other additives were also normal as before. It is very strange for me and needs some detailed information to confirm the problem.

Mit freundlichen Gruessen / Best Regards

--------------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


Mark Norris/BeiFang/Knauf_China

10/30/2006 09:30 AM


To


YuanHongWen/NanFang/Knauf_China@Knauf

KNAUFGIPS0000708

cc

Subject

Fw: Knauf smelling

please call me

—— Forwarded by Mark Norris/BeiFang/Knauf_China on 30/10/2006 09:30 AM ——

WangLan/BeiFang/Knauf_China

30/10/2006 09:05 AM

To

KNAUFGIPS0000709

Mark Norris/BeiFang/Knauf_China@Knauf

cc

Subject

Knauf smelling

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer want to take this matter to court...

Best Regards

KNAUFGIPS0000710

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
----- 转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 -----

"jawahar" <jawahar@rothchilt.zjp.com>

2006-10-28 10:32

收件人

<WangLan@mail.knauf.com.cn>

抄送

主题

Re: (Rising Spam Alert)

KNAUFGIPS0000711

Dear Cecilia,

Below message marked in blue is from Salomon's    buyer whom he has sold your boards, he is trying to get more information, please check very    carefully

SOLOMAN,PLEASE NOTIFY KNAUFF   THAT WE HAVE A PROBLEM WITH A VERY BAD

SMELL COMMING FROM THERE   BOARD

A TEST WAS DONE ON ALL D/W IN   A HOUSE

THE KNAUFF HAD 20 TIMES   STRONGER SMELL THEN ALL THE OTHER BOARD

WCI IS THE MAIN    BUILDER ALSO G.L.HOMES IS ALSO HAVING A PROBLEM.

bst rgds
Jawahar
----- Original Message -----
From: <WangLan@mail.knauf.com.cn>
To: <jawahar@rothchill.zijp.com>
Sent: Friday, October 27, 2006 4:42 PM

KNAUFGIPS0000712

Subject: (Rising Spam   Alert)

KNAUFGIPS0000713

To:          'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn]
From:        Halbach, Martin
Sent on behalf of:   Halbach, Martin
Sent:        Mon 10/30/2006 6:22:45 AM
Importance:  Low
Sensitivity: None
Subject:     AW: Fw: Knauf smelling


Bitt Rueckruf


-----Ursprüngliche Nachricht-----
Von: YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]
Gesendet: Montag, 30. Oktober 2006 04:44
An: mark@mail.knauf.com.cn
Cc: Halbach, Martin; ChenJie@mail.knauf.com.cn
Betreff: Re: Fw: Knauf smelling


Dear Mark,
as you know, our board has no special smell. During the production of these board, we used mainly
natural gypsum. Other additives were also normal as before. It is very strange for me and needs some
detailed information to confirm the problem.

Mit freundlichen Gruessen / Best Regards

------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


Mark Norris/BeiFang/Knauf_China

10/30/2006 09:30 AM

To

YuanHongWen/NanFang/Knauf_China@Knauf

cc

KNAUFGIPS0000714

Subject

Fw: Knauf smelling

please call me

—— Forwarded by Mark Norris/BeiFang/Knauf_China on 30/10/2006 09:30 AM ——

WangLan/BeiFang/Knauf_China

30/10/2006 09:05 AM

To

Mark Norris/BeiFang/Knauf_China@Knauf

cc

Subject

Knauf smelling

Dear Mark,

Follows mail transfer by Salomon's partner ...

Does Knauf have any laboratory in USA ? Salomon want do some test , his customer want to take this matter to court...

Best Regards

KNAUFGIPS0000715

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
—— 转发人 WangLan/BeiFang/Knauf_China 时间 2006-10-30 08:54 ——

"jawahar" <jawahar@rothchilt.zjip.com>

2006-10-26 10:32

收件人

<WangLan@mail.knauf.com.cn>

抄送

主题

Re: (Rising Spam Alert)

Dear Cecilia,

Below message marked in blue is from Salomon's  buyer whom he has sold your boards, he is trying to
get more information, please check very  carefully

SOLOMAN, PLEASE NOTIFY KNAUFF   THAT WE HAVE A PROBLEM WITH A VERY BAD

SMELL COMMING FROM THERE   BOARD

A TEST WAS DONE ON ALL D/W IN   A HOUSE

KNAUFGIPS0000716

THE KNAUFF HAD 20 TIMES  STRONGER SMELL THEN ALL THE OTHER BOARD

WCI IS THE MAIN    BUILDER ALSO G. L. HOMES  IS ALSO HAVING A PROBLEM.


bst rgds
Jawahar
——— Original Message ———
From: <WangLan@mail.knauf.com.cn>
To: <jawahar@rothchilt.zjip.com>
Sent: Friday, October 27, 2006 4:42 PM
Subject: (Rising Spam  Alert)

KNAUFGIPS0000717

To:     'knauf.isabel@knauf.com.tr'[knauf.isabel@knauf.com.tr]
Cc:     'YuanHongWen@mail.knauf.com.cn'[YuanHongWen@mail.knauf.com.cn]
From:           Halbach, Martin
Sent on behalf of:    Halbach, Martin
Sent:           Fri 9/29/2006 5:43:01 AM
Importance:     Low
Sensitivity:    None
Subject:        WG: production during holiday next week

Hallo Frau Knauf,


zur Info


Mit freundlichen Grüßen


Martin Halbach




Hallo Herr Dr. Yuan,


bitte Frau Knauf in Zukunft mit in den Verteiler.


Gruss


Martin Halbach



-----Ursprüngliche Nachricht-----
**Von:** YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]
**Gesendet:** Dienstag, 26. September 2006 09:11
**An:** ChengYiHeng@mail.knauf.com.cn; Halbach, Martin; mark@mail.knauf.com.cn;
QiuShiMing@mail.knauf.com.cn; Ann_Zhong@mail.knauf.com.cn
**Cc:** ChenJie@mail.knauf.com.cn; QinYuSheng@mail.knauf.com.cn; ChenYong@mail.knauf.com.cn;

KNAUFGIPS0000718

LuXianZhen@mail.knauf.com.cn
**Betreff:** production during holiday next week

Dear all,
please be informed that the production for national holiday will be as follows:
1. Dongguan plant will stop production on 1st of Oct. for big maintenance. Next production will be started at 7th. Oct. (Stock estimated 700,000m2)
2. Tianjin plant will have no production stop. The big reconstruction for kettle as proposaled half years ago will be delayed and estimated to begin at 8th. Oct. until we have full stock in warehouse (ca. 450,000m2)
3. Wuhu plant will have only two shifts time for routine maintenance on 1st of Oct. and run through the holiday too, in order to built up safe stock.

Mit freundlichen Gruessen / Best Regards

------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

KNAUFGIPS0000719

# Knauf Education

**Plant Manager Conference 2005**

**Wallboard Plants and Plaster plants**

**at Rottleberode**

**Organisation:**

| | | | |
|---|---|---|---|
| *Monday* | *24.10.2005* | *8.00 am – 5.30 pm:* | *subjects regarding wallboard plants* |
| *Tuesday* | *25.10.2005* | *8.00 am –12.00 am:* | *subjects regarding wallboard plants* |
| *Tuesday* | *25.10.2005* | *1.30 pm – 5.30 pm:* | *Subjects regarding wallboard and plaster plants* |
| *Wednesday* | *26.10.2005* | *8.00 am–12.00 am:* | *Subjects regarding wallboard and plaster plants* |
| *Wednesday* | *26.10.2005* | *1.30 pm – 5.00 pm:* | *Visit of the Plant and the quarry* |
| *Thursday* | *27.10.2005* | *8.00 am – 5.00 pm:* | *subjects regarding plaster plants* |

KNAUFGIPS0000370

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

**Monday, October 24th, 2005, 8 am – 5.30 pm:**
**Subjects regarding wallboard plants**

**1.   General remarks**

1.1   Introduction (Mr. Seth)

1.2   Benchmarking and comparison of key manufacturing data (Mr. Seth)

1.3   Development of board line speed and board weight in the plants of Knauf Group (Mr. Halbach)

1.4   To Do list of last conference (all participants)


**2.   Paper**

2.1   Planning 2005: quantity and price development (Mr. Kestel)

2.2   Claims regarding paper: experiences and analysis (Mr. Kestel)

2.3   Actual situation at INLAND (Mr. Alsterhäll)

2.4   Actual situation / problems with the paper quality of Inland, Tecno, KPK, Peters, Papirus, Huarun, St. Regis, Cordillera etc. (all participants)

2.5   Actual Situation of the development of HWG/Snowboard-paper (Dr. Scheller)

2.6   Online colour coating of paper (Mr. Martin)

2.7   Planned rebuilding measures at Tecnokarton (Mr. Melchert)

2.8   Experiences with Mexican paper (Mr. Michahelles)


**3.   Additives/Aggregates**

3.1   The supply situation for H-Siloxanes and wax (Mr. Kestel)

3.2   Influence on the consumption of H-Siloxanes (Dr. Scheller)

3.3   Use of dispersion-based H-Siloxanes; initial experiences in the plants Iphofen, Kiew, Kungur und Amphilochia (Mrs. Dr. Lupold, Jurjew, Dr. Galbenis)

3.4   Core porosity: combination of foam and liquifiers (Mr. Martin)

3.5   Actual status on the use of STMP in the plants (Dr. Scheller)
       Blend of paraffins and STMP in Queimados (Mr. Michahelles)

3.6   Effect of foam and foam persistence: effect of water temperature, water hardness and quantity of foamwater (Dr. Scheller)

KNAUFGIPS0000371

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

**4.     Board line / Technics**

4.1     Equipment of the new board line at Iphofen/take off device (Mr. Krämer)

4.2     Board weight differences (Dr. Scheller)

4.3     Experiences with ELS-dense-pump combination (Mrs. Mauerlechner, T. Seth, Dr. Hildebrand, Frolik, Martin)

4.4     The old and the new ELS-system in Sittingbourne; reduction of board weights (Mr. Höll)

4.5     Experiences with the Entoleter mills in Hobro, Belchatów and Lauffen (Mr. Halbach; Mr. Kleczkowski; Mr. Mauerlechner )

4.6     Production of 900 mm boards by three lines running through the dryer (Mr. T. Seth, Mr. Hojer)

4.7     Use of FGD gypsum in the plant Tianjin (Mr. Chenjie)

4.8     Start up of FGD gypsum drying in Wuhu (Mr. Dai)

4.9     Automated packing and storage construction for profiles production (Dr. Hildebrandt)

4.10    Pre-mixer: duty and function, settings and measures at increased performance (Mr. Martin)

4.11    Back side spraying through movable spray installation and extraction of the nozzles (Mr. Martin)


**5.     Dryer**

5.1     Status of dryer modifications: Overview (Mr. Martin); Shortening of dryer in the plants Drammen, Hobro, Kankaanpää (Mr. Amundsen, Mr. Andersen, Mr. Santahuhta )

5.2     Exhaust stream and quantity of circulating air in cross ventilated dryers. Increased performance of cross ventilated dryers and experiences with the start up of the plant Wielsbeke after increase of circulating air vans (Mr. Martin, Mr. Pieters)

5.3     Extraction of the nozzles in the plant Riga (Mr. Martin)

5.4     Air mixing devices for circulation air; experiences with extension of the dryer in the plant Teheran (Mr. Martin)

5.5     Automated chain lubrication based on System Mayer (Mr. Seufert)

KNAUFGIPS0000372

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

## Tuesday, October 25th, 2005, 8 am – 12 am:
## Subjects regarding wallboard plants

**6.   Quality Management**

6.1   Overview of claims (Dr. Espert)

6.2   Edge formation at boards of Lauffen (Mr. Mauerlechner)

6.3   Screwing of Diamond boards

6.4   Board distortion at Rottleberode (Mr. Materlik)

**7.   Miscellaneous**

7.1   Overview of the new board Standard EN 520, remaining standards (Mr. Krüger)

7.2   CE marking on Knauf boards (Dr. Scheller, Mr. Krüger)

## Tuesday, October 25th, 2005, 1.30 pm – 5.30 pm:
## Subjects regarding wallboard and plaster plants

16.30 h: Paul Hildebrand, Linde: gas powered fork lifts

**8.   Calcination/Cooling**

8.1   Overview of stucco quality: calcination process, phase analysis, particle sizes, particle disintegration values, acceleration behaviour, options of rehydration (Dr. Scheller, Mr. Haas; all participants)

8.2   Stucco quality of CP and Pfeiffer mills (Machong, Mendoza)

8.3   Experiences with torch-burner installation in boiler (Mr. Rensinghoff )

8.4   External gypsum discharging of boiler Immingham; order of the new boiler (Mr. Höll )

8.5   Overview of installed coolers; plant safety (Mr. Rensinghoff, Mr. Seufert)

8.6   Break of the cooler girth ring in Queimados (Mr. Michahelles)

**9.   Stucco quality**

9.1   The influence of grainsize on particle disintegration (Prof. Hummel)

9.2   Rehydration behaviour of milled and unmilled stucco (Mrs. Limmer, Mr. Haas, Prof. Hummel)

9.3   Analysis to the flow behaviour of stucco slurries (Mrs. Limmer)

9.4   Filtration speed of different FGD gypsum qualities (Mr. Klose)

KNAUFGIPS0000373

Plant Manager Conferences 2005 -- Wallboard Plants and Plaster Plants

9.5     Start up of the FGD dryer in Wuhu (Mr. Dai)

9.5     Influence of cooler on stucco quality at Weißenbach (Mr. C. Knauf)

KNAUFGIPS0000374

Plant Manager Conferences 2005 -- Wallboard Plants and Plaster Plants

### Wednesday, October 26th, 2005, 8 am – 12 am:
### Subjects regarding wallboard and plaster plants

8.00 Uhr:   Meinrad Grieshaber, Eclipse Combustion GmbH

9.00 Uhr:   Klaus Koch, General Manager Knauf Gips KG:
            Activities and marketing strategies of Knauf Gips KG

8.     **General Remarks**

8.1   Price development of heavy oil, gas, lignite powder and electricity (Mr. Kestel)

8.2   Purchase of electricity, costs for electricity, peak consumption and utilization factors (Mr. Kestel)

8.3   Measures to avoid peak currents and peak consumptions (all participants)

8.4   State-of-the-art: dispatch department Iphofen (Mr. Kestel)

8.5   E-Procurement -- actual situation of the project (Mr. Kestel)

8.6   Introduction of the SAP-based maintenance system; Introduction of the MIS system in Satteldorf (Mr. Voigt)

8.7   Actual situation at Rottleberode (Mr. Materlik)

8.8   Experiences with the Vortex crusher in Rottleberode (Mr. Materlik)

8.9   The new call and lead system for trucks in Weißenbach (Dr. Hildebrandt)

### Wednesday, October 26th, 2005, 1.30 pm – 5 pm:
### Visit of  Plant and quarry

KNAUFGIPS0000375

Plant Manager Conferences 2005 – Wallboard Plants and Plaster Plants

## Thursday, October 27th, 2005, 8.00 am – 5.00 pm:
## Plaster issues

**1.    General remarks**

1.1    Introduction (Mr. Seth)

1.2    Benchmarking and comparison of key manufactoring data (Mr. Seth)

1.3    To Do list of last conference (all participants)


**2.    Additives/Aggregates/Bags**

2.1    Waterretention products: development of quantities and prices (Mr. Kestel)

2.2    Tartaric acid: market-situation, development of quantities and prices (Mr. Kestel)

2.3    Paperbags: development of quantities and costs (Mr. Kestel)

2.4    New bag design / Haver und Boecker-trials (Mr. Brüninghaus)


**3.    Quality of Products**

3.1    Complaints in 2005 (Dr. Espert)

3.2    Side tests in 2005 (Mr. Haas)

3.3    Plaster development at Rottleberode: actual situation (Mr. Haas)

3.4    New recipies for plaster products of Neuss (Mr. Haas)


**4.    Technology**

4.1    New insulation of Kalzinator Fenne (Mr. Schmidt)

4.2    Filters of primary or secondary supplier:  a quality survey (Mr. Simons)

4.3    Modifications on hot product bin of Neuherberg: Recent results (Mr. Schirmer)

4.4    Predrying of perlite: results regarding quality and production costs (Mrs. Limmer)

4.5    Energy-related comparison of perlite-expanders at Jaworzno and Grafenau/AMF (Mr. Rensinghoff)

4.6    Reduction of emission at perlite production (Mrs. Limmer, Mr. Klose)

KNAUFGIPS0000376

Plant Manager Conferences 2005 -- Wallboard Plants and Plaster Plants

**5.    Alphagypsum Plants**

5.1    State-of-the-art at Niederaußem; Alphagypsum qualities (Mrs. Limmer)

5.2    State-of-the-art at Lochau; Alphagypsum qualities (Mrs. Limmer)

5.3    Corrosion problems of autoclaves at Lochau (Mrs. Limmer)

5.4    Optimization of dryer-adjustment at Lochau (Mr. Rensinghoff)


**6.    Miscellaneous**

6.1    Package: an overview (Mr. Brüninghaus)

6.2    Preventive explosion protection and advice of staff at Iphofen II (Mr. Klose)

6.3    Expandable contaminations produced by lignite powder burning (Prof. Hummel, Dr. Espert, Mr. Simons)

KNAUFGIPS0000377

# Employees of Knauf Gips & Other Entities

To:          Halbach, Martin[halbach.martin@knauf.de]
From:        Zhong.Ann@mail.knauf.com.cn
Sent on behalf of:   Zhong.Ann@mail.knauf.com.cn
Sent:        Tue 11/7/2006 3:52:10 AM
Importance:  Low
Sensitivity: None
Subject:     ??: Fw: USA smelly board

Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to explain that our boaürds are nothing wrong?   We should not leave this issue only on Mark.   This morning Mark received a call from America again and insists Mark to go America.

Thanks & regards
Ann

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China

Mark Norris/BeiFang/Knauf_China@Knauf                              07/11/2006 10:59 AM  To

jawahar@rothchilt.zjp.com                                                              cc

USA smelly board                                                                      Subject

Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon   ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back .

KNAUFGIPS0000382

Best Regards,

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000383



# Business unit export sales
# KNAUF GIPS KG Germany



KNAUFGIPS0000725



KNAUFGIPS0000726

## Export-targets of business unit exports



Contact management to KNAUF-partner-companies

- – contact persons in management
- – contact persons in sales-organisations
- – contact persons in marketing-departments





KNAUFGIPS0000727

## Export-targets of business unit exports



Information management to and from KNAUF-partner-companies (bi-directional)

- – information about new products
  - • commercial data
  - • technical data
- – information about new applications and functionalities
- – informatoin about refererence-objects
- – InterCompany-news
- – information about cross-border-acting customers
- – competitor news



4

KNAUFGIPS0000728

## Export-targets of business unit exports



Market management (1)

- – which geographical markets can be further developed
- – which product markets can be further developed
- – which products are strategic products in our local markets
- – how can marketing-tools be optimized
- – how can benefits be created from experiences and success-stories in different countries



KNAUFGIPS0000729

## Export-targets of business unit exports



Market management (2)

- how can new products and new product-systems be launched in markets
- how can activities of competitors be evaluated
- how can advantages of our product range against competition-products be communicated to our customers
- what additional commercial benefits can we create in our partner-companies and for the business of our customers



6

## Export-targets of business unit exports



Pricing and conditions

– how can we communicate together about the value of our products

– how can we find regional-market-conform pricing- and conditions-systems which allow us to run the market and to earn money

– how can we avoid cannibalism of prices and profits in cross-border-business InterCompany and in our customer-business



KNAUFGIPS0000731

## Export-targets of business unit exports



Documentation

– which documentations do we already have in which
languages (technical data, marketing data)
– which documentations do we need further on
– which types of media do we use already
– which types of media do we need further on





## Export-targets of business unit exports



Logistics

– how can we arrange optimized logistical services

- transportation
- customs clearing
- cross-border cooperation of logistics-service-providers
- selection of optimal production-sites regarding production capacities, product-range, distance to sales-market and logistics-costs



KNAUFGIPS0000733

**Export-targets of business unit exports** 

# So -  what can I do for you?



KNAUFGIPS0000734



KNAUF CHINA



KNAUFGIPS0000735

# Gypsum-Supply to Knauf TIANJIN; China





Distance to ● KNAUF Tianjin:

YANGLIUQING:        18 km
JUNLIANGCHENG:      48 km
DAGANG:             80 km
CANGDONG:           165 km
Natural gypsum:     380 km

KNAUFGIPS0000736





KNAUFGIPS0000737





KNAUFGIPS0000738





KNAUFGIPS0000739

# Loans, Sharing of Funds & Cost Sharing Agreements

To:    'Zhong.Ann@mail.knauf.com.cn'[Zhong.Ann@mail.knauf.com.cn]
From:    Stuermer, Martin
Sent on behalf of:    Stuermer, Martin
Sent:    Wed 2/1/2006 9:32:10 AM
Importance:    Low
Sensitivity:    None
Subject:    AW: Consolidation 2005

Dear Ann,

some questions concerning the bank situation as of December 31, 2005 of the Chinese companies:

- No company shows bank loans, is that correct? I thought you still use the back-to back-financing, i.e. Wuhu makes a deposit with a bank to secure a loan given to a sister company. Are all "intercompany" loans payed back at yearend or is the bank report wrong?

- Wuhu shows a net position of a 4,2 Mio. €. Is the shown deposit used as a guarantee for a loan of another company? If not, it should be used to make a further repayment of the still existing € – loan (currently outstanding 3,5 Mio. €).

- To finance further projects in Europe we currently collect the money from our subsidiaries all over the world. Please prepare a cash forecast showing the amount of a further repayment of the loan for Wuhu or even better for all Chinese companies.

- Guangdong also shows a net position of 3,3 Mio. €. This is too much. Please check if you can transfer the money to Wuhu for the repayment of the loan.

- Knauf Hongkong also shows a bank balance of 1,0 Mio. €. Please prepare all documents necessary for a cash dividend.

Furthermore, we talked about the Knauf Insulation Tianjin project. I am waiting for a financial forecast. Please send one. If necessary, can we give a "sister" loan from Wuhu or Guangdong to finance Knauf Insulation Tianjin (you mentioned that it should be a small project ..?

Thanks a lot in advance!

Martin

# Direct Shipment of Building Materials to the U.S. Market



## Commercial-Invoice

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | |
|---|---|
| **Number** 76205535 | **Date** 17.03.2006 | **Sheet** 1 |
| **No. of customer** 113954 | | |
| **Date of order** 01.03.2006 | **Order** LW2 CAN | |
| **Your VAT-Reg-No.** | **Your ILN-No.** | |
| **Our VAT-Reg-No.** DE133017134 | **Our ILN-No.** 4003982 00000 2 | |
| **Delivery note** 94346187 | **Service rendered** 17.03.2006 | |
| **Order** 5194964 | **Date** 01.03.2006 | **Offer** |
| **Contact person** HIRTH-J | **Mode of delivery** Seafreight | |
| **Currency** USD | **County** 75945 99200 | **POD** 0085 |

Order Initiater
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

Delivery address
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| Item | Material | Quantity | Grossprice | Rebate % | USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|
| 10 | 88094 | 127.976 ST   571.412,840 M2 | | | | 236,82 / 100 M2 | 1.353.219,89 |
| | GKB 12,7 1220 3660 AK (68) | | | | | | |
| | KOLLO N. 1 - 1882 | | | | | | |
| | STANDARD WALLBOARD 1/2" x 4 x 12 feet | | | | | | |
| | TAPERED EDGE | | | | | | |
| | 68 pcs. / pallet | | | | | | |
| | Customs tariff no.: 68091100 | | | | | | |
| | Country of origin: Germany | | | | | | |

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel. +49 9323 31-0, Fax +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr. 227 166 01692
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 804 1, IBAN: DE 69 7902 0076 0001 4980 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 306 183 00, IBAN: DE 57 7907 0016 0030 5609 00, SWIFT-BIC: DEUTDEMM790

KNAUFGIPS0000017



## Commercial-Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| Number | Date | Sheet |
|--------|------|-------|
| 76205535 | 17.03.2006 | 2 |
| No. of customer | | |
| 113954 | | |

GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1 - 1882
GROSSWEIGHT: ..................... KOS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 1882 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | | |
|---|---|---|---|---|
| Total amount (Items) | | | | 1.353.219,89 |
| V.A.T. | | 0,00 % | | |
| Total amount | | | 1.353.219,89 USD | |
| | | | | in USD1.353.219,89 |
| | | | | in Euro1.132.401,47 |

Grossweight  5.199.966 KG   Netweight   4.913.982 KG
Total freight 0,00  + package (VP) 0,00  + logistic costs (LK) 0,00  incl. V.A.T.      0,00
Discountable amount (Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)    1.353.219,89
Terms of payment     Up to 16.04.2006 without deduction, payable
Terms of delivery    CIF Canaveral                                          1.353.219,89

Knauf Gips KG
Am Bahnhof 7 · 97346 Iphofen

| | |
|---|---|

KNAUFGIPS0000018

Knoechel, Bernd

Von:                Hirth, John
Gesendet:          Dienstag, 11. April 2006 14:12
An:                tricks@usg.com; 'Jerry Jacobs'; 'Barry Topple'; jcain@usg.com
Cc:                Muenk, Kurt; Knoechel, Bernd
Betreff:           Vessels Rebecca / Anja

Attn. Tom

On behalf of Mr. Münk, sorry for the worries regarding the damages of the vessel MV Rebecca.

Regarding your e-mail from yesterday please note:

1.      As per your statement / statement of Jerry Jacobs, the vessel Rebecca has had heavy sea during the ocean transit.
        Further to that fact it seems that a large amount of airbags were broken and cargo was shifting. If cargo shifts without
        airbags and in heavy sea, no packaging can secure boards, only wooden cases.
        For example, vessel MV Anja had some bad weather, too, but only for 1 or 2 days. But with the good condition of the airbags,
        only 4 units were broken (2 with export packaging and 2 with special export packaging / as per report of Mr. David Hamilton).
        Regarding the 4 broken units on the MV Anja, I am waiting for information from my boss if we will send you a credit note.
        I will send the information to you as soon as I get them.

2.      In accordance with Knauf Insurance Company Iphofen we will take a claims survey agent in Canaveral to clear the matter.
        Please note that we can't agree anything with you before a statement of the claims survey agent of the vessel Rebecca lay in
        our hands.

3.      Wharfages are not to our account. Our agreement is CIF based on charter parties.
        Cargo is shipped on free out bases, which means that all cargo related charges as from arrival of the vessel and opening of
        the hatches at discharging port are for receivers account (same procedure as everytime – as well as in 1999).

4.      Regarding slow capacity, please see comment of our Supercargo.

The following section was written by Mr. David Hamilton (Supercargo)

        MV Anja
        In respect of your comments as to slow down in unloading productivity we regret but cannot follow/accept your comments.
        You accepted the vessel for the carriage of the goods. The vessel only had one crane which was not able to reach all
        compartments of the holds and you had to hire a shore crane. Fortunately the vessels crane had a capacity of 60 tons and on the
        first day you discharged always 10 pallets per lift (more than 30 tons incl. Spreader).
        The turnaround of the vessels crane was much more faster than the shore crane's. When the vessel commenced discharging all
        persons involved (especially the stevedores) expected to complete discharging by end of the regular shift on Friday. When they
        have noticed the speed of the vessels crane they corrected the estimation for Friday noon time.
        Of course we agree, that due to lifting the pallets , slinging them with stevedore's slings the discharging took a little bit more time.
        But if you see the discharging in average, the vessel completed as calculated in first instance. At the time close to completion of the
        vessel, even stevedore have not been in a position to clearly stipulate what kind of extra charges they have in mind to charge.
        In our opinion, stevedores just see a possibility to gain for some extra money, which is by no means justified.
        In case the vessel would have had a crane of only 20 tons capacity, the vessels crane could only have:

1

KNAUFGIPS0000057

KNAUFGIPS0000057

discharged 5-6 pallets incl
     spreader per lift.

     On the first day a total number of 1100 packages (including lost time after accident) had been discharged, which, according to all parties,
     was a fantastic result and came down a little bit on Friday. Please also do not forget the time lost in hatch number two on Friday morning
     when one man of stevedores was injured and discharging was stopped for about 1 - 1,5 hours.

     Concerning overtime for loading the dunnage on board., kindly adv by return extra expenses (as far as upstand about USD 600,- for the stevedores
     and about USD 400,- for the crane) stevedores will charge.

     MV Rebecca
     As informed by Jerry, you have managed to discharge about 1050 pallets yesterday on the MV Rebecca, which compared to the MV Anja also
     is a very good result (having in mind the damages obtained) and therfore nobody really can talk about low productivity on this vessel. Any extra
     expenses in this respect will also be rejected from our side.


If you have any further questions, please do not hesitate to contact us.

Kind regards,

Knauf Gips KG
Auftragsmanagement
und Logistik
- Export / Import -
Shipping Department
John Hirth
Am Bahnhof 7
97346 Iphofen
Tel. +49 (0) 9323 31 578
Fax +49 (0) 9323 31 485
mailto:Hirth.John@knauf.de

CONFIDENTIAL

KNAUFGIPS0000058

KNAUFGIPS0000058

Knoechel, Bernd
_____

Von:
Gesendet:        Hirth, John
An:              Donnerstag, 16. Februar 2006 16:56
Cc:              'tricks@usg.com'; 'jerryj.nyc@weiss-rohlig.us'; 'jcain@usg.com'
Betreff:         Knoechel, Bernd
                 Shipments to the US

Anlagen:         USA1.jpg; USA2.jpg

   

USA1.jpg (166 KB)  USA2.jpg (147 KB)

Hello together,

I hope I got all the infomation you wanted to have from us.

The opening of the pallets are only 7 cm high (= 2.75 inches). My collegues told me that our pallets always had these dimensions for the forklifters, also when they were shipped to the US.
I hope this isn't a problem for you.
As you can see on the pictures, we will also have plastic protection, as well as extra boards around each unit.

The total dimension including the protection for one unit is:  145.28 inches x 49.21 inches x 38.98 inches ( 369cm x 125 cm x 99cm).
The total weight of one unit is approx. 2,870 kos = approx. 6,314 lbs. (I hope I took the right rate: 1 kg = 2.2 lbs).
You can stack the units up to a height of 7 units in your warehouse.

The boards would be produced in Germany and maybe in Austria.

We will load approx. 1,645 units on the first ship. 1 unit = 303,63 square-mtr = 3,268 square-feet. So we will have a approx. total of 500,000 square-mtr. = 5,382,000 square-feet.

We will probably have single decker ships with approx:

              lengt o.a.:    132.20 mtr.
              lenght bpp:  123.84 mtr.
              breadth mid:  15.87 mtr.
              depth:          9.65 mtr.

We are still looking for the right ships, so we cannot give you a final shipping date yet. We will keep you informed about the shipping date as soon as we have further information.

Please send us the invoicing address and a order no. for the first two ships as soon as you know them, so we can proceed with documentation.

Kind regards,
John

Knauf Gips KG
Auftragsmanagement
und Logistik
- Export / Import -
Shipping Department
John Hirth
Postfach 10
97343 Iphofen
Tel. +49 (0) 9323 31 578
Fax +49 (0) 9323 31 485
mailto:Hirth.John@knauf.de

1

CONFIDENTIAL

Message

Knoechel, Bernd
_____

Von:        Jerry Jacobs [jerryf.nyc@weiss-rohlig.us]
Gesendet:   Dienstag, 21. Februar 2006 11:26
An:         Hirth, John; tricks@usg.com; jcain@usg.com
Cc:         Knoechel, Bernd; Muenk, Kurt; BTOPPLE@KNAUF.CO.UK
Betreff:    RE: Shipments to the US

Attn John,

We have been helping Knauf China find vessels for L=W cargoes to the USA, Can we offer the same to you?

PLease advise.

Jerry

        -----Original Message-----
        **From:** Hirth, John [mailto:Hirth.John@knauf.de]
        **Sent:** Monday, February 20, 2006 5:48 AM
        **To:** tricks@usg.com; jerryf.nyc@weiss-rohlig.us; jcain@usg.com
        **Cc:** Knoechel, Bernd; Muenk, Kurt; BTOPPLE@KNAUF.CO.UK
        **Subject:** Shipments to the US

        Hi Tom,

        How are you? I'm fine. Hope you had a nice weekend.

        Could you please give me the excact invoicing address by e-Mail and an order no. for the first shipment,
        so that we can mark the units.
        Unfortunately we are still looking for the right vessel and this big amount/dimensions of heat treated pallets,
        but I think we can inform you end of this week about the final details.


        Best regards,
        John

        Knauf Gips KG
        Auftragsmanagement
        und Logistik
        - Export / Import -
        Shipping Department
        John Hirth
        Postfach 10
        97343 Iphofen
        Tel. +49 (0) 9323 31 578
        Fax +49 (0) 9323 31 485
        mailto:Hirth.John@knauf.de

CONFIDENTIAL

Indirect Shipment of Building Materials to U.S.

REDACTED

---

**Von:** ROBSON Tony
**Gesendet:** Dienstag, 4. Oktober 2005 09:33
**An:** Mark_Norris@mail.knauf.com.cn; Cyrille_Fournier@mail.knauf.com.cn
**Cc:** Bob Britton; Jeff Brisley; BARRY TOPPLE ; David Gregory ; Halbach, Martin
**Betreff:** Shipments to the USA

We are getting a number of requests through KI, USA for shipments of drywall to the port of Mobile, Alabama following Hurricane Katrina. I have agreed that we will not offer product to others until we have evaluated the viability of this route as I prefer to be able to supply existing Insulation customers first if we can. If this does not come to fruition we will sell to others, inc L&W as before (assuming they are interested).

Jeff Brisley is the principal contact in KI, USA. Please keep him supplied with information as he requires it. Jeff, for your information we have 3 plants in China under the control of Mark Norris (Tianjin, coastal port near Beijing) & Cyrille Fournier (Wuhu, inland of Shanghai & DongGuan, coastal port above Hong Kong) All the plants have spare capacity

Rgds
Tony

**Tony Robson**
Group CEO

*KNAUFINSULATION*
Z A
FR-68600 Wolfgantzen
France
Tel +33 3 89 72 12 23
Fax +33 3 89 72 12 11

CONFIDENTIAL

KNAUFGIPS0000177

Nachricht

Knoechel, Bernd

| | |
|---|---|
| Von: | Ruegamer, Luitgart |
| Gesendet: | Montag, 24. Oktober 2005 07:54 |
| An: | Knoechel, Bernd |
| Betreff: | WG: Wallboard Requirements for Knauf USA Customers |

----Ursprüngliche Nachricht----
Von: Knauf Frederick [mailto:knauf.frederick@knauf.it]
Gesendet: Montag, 24. Oktober 2005 03:12
An: jeff.brisley@knaufusa.com; Hertkom, Heinrich; Halbach, Martin
Cc: Paul, Manfred; Cyrille_Fournier@mail.knauf.com.cn; Norris Mark; taojun@mail.knauf.com.cn
Betreff: Fwd: Wallboard Requirements for Knauf USA Customers

Dear Jeff,
dear Mr Halbach,
dear Mr Hertkorn,

thank you all for your coordination efforts regarding the US wallboard market.

As I've just learned, also Mr Hertkorn in Iphofen tries to coordinate some inquiries from the US. Apparently the latest price which has been accepted there was 1,20 EUR/m2 ex-works from Germany, whereas Jeff sees substantially lower prices.

To Mr Hertkorn: Is that still the situation or has this just been a single project price? Please provide us with an update regarding your coordination efforts.

To Mr Halbach/Hertkorn: Please take into account that we don't have to reschedule our capacity expansions in Europe as long as we have available capacity in China at competitive transportation costs.

Additionally to that also other people from the industry approach Knauf China trying to secure volumes. As soon as we have their prices and volumes we'll get back to you.

Best regards,

FK

--
Frederick Knauf
Deputy General Manager

Knauf Plasterboard China (Tianjin) Company Ltd.
16/A2, SM Ye Building
18 Cao Xi Bei Road
Shanghai 200030
People's Republic of China

Tel: +86 21 64279292
Fax: +86 21 64997914
Mobile: +86 139 18245847
E-Mail: knauf.frederick@knauf.it
www.knauf.com.cn

CONFIDENTIAL

KNAUFGIPS0000232

Nachricht

Knoechel, Bernd
_____

Von:        Koch, Klaus
Gesendet:   Donnerstag, 27. Oktober 2005 22:23
An:         Tillmann, Claus; Knoechel, Bernd; Hertkorn, Heinrich; Schanow, Joerg
Betreff:    WG: Exports to the United States

FYI

——Ursprüngliche Nachricht——
Von: Plank, Silke
Gesendet: Dienstag, 25. Oktober 2005 15:10
An: 'robson'; 'Topple'; 'katanopoulos'; 'Steinhausen'; 'Isabel Knauf'; Koch, Klaus; Paul, Manfred; 'Clopez@knauf.com.ar'
Betreff: Exports to the United States

Dear Sirs,

Yesterday I agreed with Tony Robson that our coordinator for all supplies of plasterboards to the United States should be Barry Topple. In 1999 he was also responsible for the exports to the United States.

Originally our intention was to supply only L&W. Because of marketing reasons we were also agreeing to sell to Woolsley and to Hochtief. I asked Barry Topple to get the acceptance of L&W for the supplies to Woolsley and Hochtief. For legal reasons our price basis should be ex works on palettes and packaging or FOB. Each Knauf- company, which has excess capacity, should calculate their own ex works prices based on the current cost situation. I gave a price indication to Hochtief of 1.20 Euro / m² ex works for 12.5 standard boards with normal packaging. The payment terms should be 30 days net. If you need special packaging and / or you are requested to arrange the transportation to the port and the loading of the ship you should add the respective additional costs to the above mentioned price indication.

Best regards,

Baldwin Knauf

Knauf Gips KG
Am Bahnhof
97346 Iphofen

Tel.: 09323 31 315
Fax: 09323 31 555

CONFIDENTIAL

# KNAUFDRYWALL

9 November 2005

To:    J Brisley
       M Casalini
       M Katanopoulos
       I Knauf
       M Koch
       G Leitner
       C Lopez
       M Norris
       M Paul
       M A Robson
       I Steinhausen

Exports to the USA

The purpose of this note is to clarify the position with regard to the possible opportunities to export plasterboard to the USA.

Firstly, despite the early interest from dealers and others in the US market, it is not certain that demand will significantly exceed the capacity of the local manufacturers (USG etc). If this does occur, it is likely to be during 2006 only and confined to the South East, i.e. Florida, Gulf of Mexico.

A number of Knauf Group companies have received enquiries from the US and it is important that we establish a controlled strategy for our approach to this market.

The prime strategy for the Knauf Group is to work in collaboration with USG and their distribution business, L&W Supply. Whilst they have yet to commit to taking volume, we will be having further discussions with them regarding supplies for 2006.

In addition to this commitment to USG we have reached an agreement with them that we will, if requested, offer supplies to a limited, and already identified, number of other Knauf customers.

These are:

*Knauf Insulation USA* – four key accounts

*Wolseley* – major European customer with a dealer network in the US

*Hochtief* – major German parent contractor

At this stage we will not be offering to supply to others.

Cont./

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E:mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent. Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL

KNAUFGIPS0000235

../2

In terms of contacts to co-ordinate supplies to the above, these are:

| | | |
|---|---|---|
| *Knauf Insulation* | Jeff Brisley | jeff.brisley@knaufusa.com |
| *USG / Wolseley* | Barry Topple | btopple@knauf.co.uk |
| *Hochtief* | Bernd Knoechel | Knoechel.Bernd@knauf.de |

To establish some uniformity the following price levels have been established and should be followed:

Distributors     ex works $1.30/m$^2$
Contractors     ex works €1.20/m$^2$ (reference BK)

The basis of trading (except USG) must be limited to an ex works or FOB basis.

I hope this clarifies the current position.  If you require further information, please do not hesitate to contact me.

Regards

*Barry Topple*

Barry Topple
Managing Director
Knauf Drywall

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E-mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent.  Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL                                                     KNAUFGIPS0000236

# Sharing of Services Between Entities

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax:    +86 (0769) 88 22 27 01
Tel:    +86 (0769) 88 22 27 08 – 345
        +86 (0769) 86 82 94 11
Email: yuan.hongwen@mail.knauf.com.cn



## Comments on production in Mar. 2006

### 1.  Review of production

Overview: The production in March has achieved own best record. Total we finished 6,064,511m² boards (net production), exceeds planning by 247,715m². The other KPI for production remained at good level too.

Production plan & stock control in plant warehouse: The safety stock level for each plant has been reviewed, although the safety stock level control procedure still needs improvement. The production plan for one coming week can be fixed now, however, two weeks planning still not to be done properly. A daily report regarding plan, production, boards for sale etc. are prepared already in Dongguan & Tianjin, this report will be ready from May.

Board quality complaints: There is 0m² complaint reported in Wuhu, ca. 900m² in Dongguan and 0m² in Tianjing. The main reason of quality complaint in Dongguan is the paper at board ends being easy to be ripped off under high moisture environment in construction site. That is not considered as an effective claim. These complained board samples are tested again in our laboratory, the quality is fully matching Chinese standard.

### 2.  Materials supply

Natural gypsum: As mentioned last month, all 3 plants are still under pressure of natural gypsum price increase. The supplier for Tianjin plant asked a huge increase to issue a stable supply after the strict overload controlling planned from 1st April in Shandong province, the new price will be confirmed in first week of April. The similar situation took place for Wuhu & Dongguan plants. Because we have long time cooperation with these suppliers, though our natural supply is tight, but still workable.

FGD: The supply has no big change for 3 plants. With the instruction of Mr. Halbach & Dr. Müller we'll work with power stations together to improve FGD's quality.

Paper: Huarun agreed with us to keep the 2005's price for first half year. Wuhu plant has started to test light paper (170g) from them. Up to date the paper showed a good potential for application. Because of the diesel price increase Huarun had already received pressure from transporters.

### 3.  EHS project

Training in Tianjin plant: With the assistance of Dr. Cheng, we have decided to use ERM as trainer. 2 days site training with practice will be conducted on 18th & 19th April. The participants will be plant manager (EHS group leader for each site), current safety officer, production manager, HR manager/supervisor and technical trainer or other guy from commercial division.

Progress of EHS project: All 3 Chinese plants reviewed present documents, specially the

CONFIDENTIAL

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax:   +86 (0769) 88 22 27 01
Tel:   +86 (0769) 88 22 27 08 – 345
        +86 (0769) 88 82 94 11
Email: yuan.hongwen@mail.knauf.com.cn



procedures for Emergency Response. First EHS Committee Meeting will be held after training course in Tianjin.

Confirmation of EHS policy & targets: After 2 times inquiring, most of related departments sent their feedback. The modified version will be submitted to Dr. Cheng for approval and release on first EHS Committee Meeting.

## 4.  Misc. in Production division

Recruitment: No progress for plant manager search, HR is still keeping contact with headhunter. One new electrical engineer joined Tianjin plant team, this makes all 3 plant teams are complete with required engineers. 3 more engineers each in electrical, mechanical & civil engineering will be also in search list as backup.

Investments:

- ✓  Wheel loader for Wuhu & Dongguan plants: Supplier fixed, price in negotiation for final contract.
- ✓  Gypsum storage reconstruction in Wuhu: Budget first audit finished, new quotation need to be confirmed.
- ✓  Metal line in Dongguan: Suppliers are visited, machinery details still in discussion.

CONFIDENTIAL

KNAUFGIPS0000103

KNAUFGIPS0000103

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax:    +86 (0769) 88 22 27 01
Tel:     +86 (0769) 88 22 27 08 -- 345
           +86 (0769) 88 82 94 11
Email: yuan.hongwen@mail.knauf.com.cn



## Comments on production in April 2006

### 1. Review of production

Production & Stock: In general the production was always in urgent board change in April, to ensure the on time delivery. Total gross production of boards is 5634963m$^2$. The net production is 5645263 m$^2$, 482390m$^2$ less than dispatch. Because of good dispatch this month, the total stock level is the minimum for each plant. In Dongguan & Wuhu the board stock each has just half Mil, less than controlled safe stock for the May holiday. Therefore Wuhu plant ran through the holidays. In Tianjin there is no stock for whole month.

Board quality complaints: There is no complaint reported in Wuhu and Tianjing, ca. 107m$^2$ in Dongguan. The complaint in Dongguan is some boards with bubbles on surface.

### 2. Materials supply

Natural gypsum: After the freight costs increase, confirmed by Knauf seriously, the natural gypsum were delivered smoothly again to Wuhu by boat and Dongguan by railway. In Wuhu the stock reached 4000 tons after half years NULL stock. The unacceptable case took place in Tianjin plant; because of lack of raw gypsum, the production was stopped for two and half days, although Knauf agreed to increase the purchase price 15% (19.50RMB/t). After price change the supply increased from 300t/day to 500t/day, it's still very critical to keep a continuous production. The ex-mine price is yet under big pressure to go up. To solve this problem following measures are being done.

1. To find more qualified gypsum suppliers.
2. By using railway & their stations to have more transport ways and temporary storage.
3. To rebuild present gypsum warehouse to increase stock level up to 5000t.
4. To keep close contact with trucking company to know the exact transport situation.

FGD: The FGD supply in Tianjin kept at low level maybe stops in May, because of too few power stations with proper operation of FGD factory. In south China there is no change with old FGD suppliers. We'll try to develop new supplier. For Wuhu plant the supply is also stable. With the support of Mr. Fournier, the strategic purchase manager (future FGD specialist in Asia) will start his job soon.

### 3. EHS project

Training in Tianjin plant: 2 days site training with practice was done on 18th & 19th April by consulting co. ERM in Tianjin plant. The participants are plant manager (EHS group leader for each site), current safety officer, production manager, HR manager/supervisor and technical trainer or other guy from commercial division. A very positive impression about EHS was given to each

Page 1 In Total 2

CONFIDENTIAL

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (Dongguan) Co. Ltd.
Fax:    +86 (0769) 88 22 27 01
Tel:    +86 (0769) 88 22 27 08 -- 345
        +86 (0769) 88 62 94 11
Email: yuan.hongwen@mail.knauf.com.cn



attendee.

Progress of EHS project: EHS project first meeting was hold after training course. The EHS policies for Knauf Asia, EHS Targets in short and long term were released. The update of Reaction procedure by Emergency started in April and will be closed in the middle of May.

## 4.  Misc in Production division

Recruitment: To build up a more flexible engineering team, 3 more engineers for electrical, mechanical & civil engineering will be recruited in May. One good plant manager candidate for new plant is keeping in contact. Further seeking continues in Tianjin-Beijing area.

Investments:

- ✓ Gypsum storage reconstruction in Wuhu was started and will be closed before end of May..
- ✓ Metal line in Dongguan: Machinery details comparison was finished. Final technical & financial judgments are still on going.
- ✓ Location investigation for new plant: Zhangjiagang was visited. Compared with Taicang, there are 2 advantages here: one is energy supply with NG or steam; another is the logistics center with Tax-free zone. More detailed background investigation will be done in May.

CONFIDENTIAL

KNAUFGIPS0000114

REDACTED

---

**Von:** Halbach, Martin
**Gesendet:** Montag, 10. April 2006 13:59
**An:** 'ROBSON Tony
**Betreff:** AW: Comments on Monthly Report of March

Tony,

that was not a regular maintenance. The bricks in the combustion chamber were broken. For this case:

2 days cooling the kettle
2 days work
2 days heating up the system in 5 °C steps.

For any kind of maintenance in a kettle you need the cooling time, if there is now repair on the bricks you can start with full operation.

Rgds

Martin


-----Ursprüngliche Nachricht-----
**Von:** ROBSON Tony [mailto:tony.robson@knaufinsulation.com]
**Gesendet:** Montag, 10. April 2006 09:45
**An:** Halbach, Martin


13.02.2009

CONFIDENTIAL                    KNAUFGIPS0000118

Cc: Cheng Yi-Heng
Betreff: FW: Comments on Monthly Report of March

Martin

What is 'regular maintenance on the kettle' in Indonesia that necessitated a 6 day shutdown?

Rgds
Tony

From: ChengYiHeng@mail.knauf.com.cn [mailto:ChengYiHeng@mail.knauf.com.cn]
Sent: dimanche 9 avril 2006 07:29
To: Knauf, Baldwin; ROBSON Tony
Cc: zhaosiyuan@mail.knauf.com.cn; Zhang.Ann@mail.knauf.com.cn;
Mark_Norris@mail.knauf.com.cn; dgregory@knauf.co.id; Cyrille_Fournier@mail.knauf.com.cn;
yuanhongwen@mail.knauf.com.cn
Subject: Comments on Monthly Report of March

Dear all,

Summary of Monthly Report March (All statistics and reports will be sent separately)
- Organization:

Further organizational change proceeded in separating functional and administrative reporting for
Marketing, National DIY Accounts, Strategic Purchasing and Export.
  ○ Production:

Plasterboards

China:

With a total production of 6.06 Mio m2 in this month, without any loss in production day, we are close
to our max. capacity. Production planning according to Safety Stock Level is implemented in
Dongguan and Tianjin.

First EHS Training to be conducted by ERM is scheduled on April 18 to 19.

Government has implemented more stringent control measures against overloading in road transport,
this will affect cost of raw material supply.

Total production in March for USG was 516 K, with 66 K from Tianjin, 138 K from Wu Hu and 313 K
from Dongguan.

From April till end of 2006, max. available quantity for additional export from 3 plants together is
around 200 K a month.

Indonesia:

Shut down 6 days for regular maintenance on kettle.

Metal profiles

Project in Dongguan is in the process of deciding machinery details.
- Sales/Marketing/Technical Service:

Plasterboards

13.02.2009

CONFIDENTIAL

KNAUFGIPS0000119

KNAUFGIPS0000119

China in general: Construction is picking up after released control of central government. Sales achieved record in Central. South has also improved due to higher market growth.

North: Improved sales volume in Tianjin, Beijing, Shandong area, despite newly released credit policy of BNBM and strong publicity via minister's visit as well as public listing in Hong Kong.

Central: Sales record in the coastal area Zhejiang, Jiangsu, good improvement also in the west area Wuhan, Changsha and Chengdu.

South: Sales volume improved due to market demand and better distribution management.

Indonesia: Sales volume reduced by 1/3. Fuel price hike turned into fear on spending in construction became obvious. Despite price support, demand remained low. Further erosion in price is expected.

HK/Taiwan: Less HK hospital projects resulted in lower sales volume.

Export to USG: 2nd shipment was completed by one chartered vessel with 4,680 pallets, 1,421,036 m2.

Metal profiles

Record sales in Central and North. South and Hong Kong have lost sales volume due to less major projects.

- Competitors activities:

North: BNBM formed 3 teams to fight against Knauf.
Central: BPB did a special rebate in Zhejiang to get cash into their account. The location of Lafrage's Shanghai plant is still pending. BPB's Changzhou project is progressing, Beilun project is pending.

Indonesia: BPB boards is not yet imported in sensible amount.
- Investment projects:

Taicang project negotiation team has completed first round of discussion. Steam price and FGD supply remained as major issue. Other option should be considered.
- PR/Promotion functions:

Logo has been decided with Chinese wording in gray. Moto in Chinese is necessary, texts need to be drafted.
- Outlook:

China

Raining season starts in April, it may affect the sales volume in Central. In general, the market of construction trend is positive.

Due to more stringent control of overload on the road and fuel price increase cost of raw material may increase.

Saint Gobain has combined the Isover's distributors with BPB's. This may affect distribution network.

South East Asia

BPB, Lafrage/Boral may be more aggressive due to slower market demand. Price erosion is expected.

- Visitors:

13.02.2009

CONFIDENTIAL

KNAUFGIPS0000120

KNAUFGIPS0000120

No visitors are announced in April.
- Attachments:

Comments from Individual division

Best regards

Yi-Heng Cheng

13.02.2009

KNAUFGIPS0000121

KNAUFGIPS0000121

Nachricht

Knoechel, Bernd

| | |
|---|---|
| Von: | Ruegamer, Luitgart |
| Gesendet: | Montag, 24. Oktober 2005 07:54 |
| An: | Knoechel, Bernd |
| Betreff: | WG: Wallboard Requirements for Knauf USA Customers |

——Ursprüngliche Nachricht——
Von: Knauf Frederick [mailto:knauf.frederick@knauf.it]
Gesendet: Montag, 24. Oktober 2005 03:12
An: jeff.brisley@knaufusa.com; Hertkorn, Heinrich; Halbach, Martin
Cc: Paul, Manfred; Cyrille_Fournier@mail.knauf.com.cn; Norris Mark; taojun@mail.knauf.com.cn
Betreff: Fwd: Wallboard Requirements for Knauf USA Customers

Dear Jeff,
dear Mr Halbach,
dear Mr Hertkorn,

thank you all for your coordination efforts regarding the US wallboard market.

As I've just learned, also Mr Hertkorn in Iphofen tries to coordinate some inquiries from the US. Apparently the latest price which has been accepted there was 1,20 EUR/m2 ex-works from Germany, whereas Jeff sees substantially lower prices.

To Mr Hertkorn: Is that still the situation or has this just been a single project price? Please provide us with an update regarding your coordination efforts.

To Mr Halbach/Hertkorn: Please take into account that we don't have to reschedule our capacity expansions in Europe as long as we have available capacity in China at competitive transportation costs.

Additionally to that also other people from the industry approach Knauf China trying to secure volumes. As soon as we have their prices and volumes we'll get back to you.

Best regards,

FK

Frederick Knauf
Deputy General Manager

Knauf Plasterboard China (Central) Company Ltd.
16/A/2, SH Ye Building
18 Cao Xi Bei Road
Shanghai 200030
People's Republic of China

Tel: +86 21 64270222
Fax: +86 21 64897214
Mobile: +86 133 18245847
E-Mail: knauf.frederick@knauf.it
www.knauf.com.cn

CONFIDENTIAL

KNAUFGIPS0000232

KNAUFGIPS0000232

Nachricht

## Knoechel, Bernd

**Von:** Koch, Klaus
**Gesendet:** Donnerstag, 27. Oktober 2005 22:23
**An:** Tillmann, Claus; Knoechel, Bernd; Hertkorn, Heinrich; Schanow, Joerg
**Betreff:** WG: Exports to the United States

FYI

----Ursprüngliche Nachricht----
**Von:** Plank, Silke
**Gesendet:** Dienstag, 25. Oktober 2005 15:10
**An:** 'robson'; 'Topple'; 'katanopoulos'; 'Steinhausen'; 'Isabel Knauf'; Koch, Klaus; Paul, Manfred; 'Clopez@knauf.com.ar'
**Betreff:** Exports to the United States

Dear Sirs,

Yesterday I agreed with Tony Robson that our coordinator for all supplies of plasterboards to the United States should be Barry Topple. In 1999 he was also responsible for the exports to the United States.

Originally our intention was to supply only L&W. Because of marketing reasons we were also agreeing to sell to Woolsley and to Hochtief. I asked Barry Topple to get the acceptance of L&W for the supplies to Woolsley and Hochtief. For legal reasons our price basis should be ex works on palettes and packaging or FOB. Each Knauf- company, which has excess capacity, should calculate their own ex works prices based on the current cost situation. I gave a price indication to Hochtief of 1.20 Euro / m² ex works for 12.5 standard boards with normal packaging. The payment terms should be 30 days net. If you need special packaging and / or you are requested to arrange the transportation to the port and the loading of the ship you should add the respective additional costs to the above mentioned price indication.

Best regards,

Baldwin Knauf

Knauf Gips KG
Am Bahnhof
97346 Iphofen

Tel.: 09323 31 315
Fax: 09323 31 555

CONFIDENTIAL

KNAUFGIPS0000233

KNAUFGIPS0000233

# KNAUFDRYWALL

9 November 2005

To:     J Brisley
        M Casalini
        M Katanopoulos
        I Knauf
        M Koch
        G Leitner
        C Lopez
        M Norris
        M Paul
        M A Robson
        I Steinhausen

Exports to the USA

The purpose of this note is to clarify the position with regard to the possible opportunities to export plasterboard to the USA.

Firstly, despite the early interest from dealers and others in the US market, it is not certain that demand will significantly exceed the capacity of the local manufacturers (USG etc). If this does occur, it is likely to be during 2006 only and confined to the South East, i.e. Florida, Gulf of Mexico.

A number of Knauf Group companies have received enquiries from the US and it is important that we establish a controlled strategy for our approach to this market.

The prime strategy for the Knauf Group is to work in collaboration with USG and their distribution business, L&W Supply. Whilst they have yet to commit to taking volume, we will be having further discussions with them regarding supplies for 2006.

In addition to this commitment to USG we have reached an agreement with them that we will, if requested, offer supplies to a limited, and already identified, number of other Knauf customers.

These are:

*Knauf Insulation USA* – four key accounts

*Wolseley* – major European customer with a dealer network in the US

*Hochtief* – major German parent contractor

At this stage we will not be offering to supply to others.

Cont./

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E:mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent.  Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL                                        KNAUFGIPS0000235

../2

In terms of contacts to co-ordinate supplies to the above, these are:

| | | |
|---|---|---|
| *Knauf Insulation* | Jeff Brisley | jeff.brisley@knaufusa.com |
| *USG / Wolseley* | Barry Topple | btopple@knauf.co.uk |
| *Hochtief* | Bernd Knoechel | Knoechel.Bernd@knauf.de |

To establish some uniformity the following price levels have been established and should be followed:

Distributors    ex works $1.30/m$^2$
Contractors     ex works €1.20/m$^2$ (reference BK)

The basis of trading (except USG) must be limited to an ex works or FOB basis.

I hope this clarifies the current position.  If you require further information, please do not hesitate to contact me.

Regards

*Barry Topple*

Barry Topple
Managing Director
Knauf Drywall

PO Box 133, Sittingbourne, Kent, ME10 3HW.
Tel: 01795 424499  Fax: 01795 428651  E-mail: info@knauf.co.uk  Website: www.knauf.co.uk
Factory Locations: Ridham Dock, Sittingbourne, Kent.  Queens Road, Immingham, NE Lincolnshire
Registered in England and Wales.  Branch Registration Number: BR000595  VAT Registered Number: GB 509 8325 32

CONFIDENTIAL                                                  KNAUFGIPS0000236

To:       Halbach, Martin[halbach.martin@knauf.de]
From:     Zhong.Ann@mail.knauf.com.cn
Sent on behalf of:   Zhong.Ann@mail.knauf.com.cn
Sent:     Tue 11/7/2006 3:52:10 AM
Importance:   Low
Sensitivity:  None
Subject:  ??: Fw: USA smelly board


Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to explain that our boaurds are nothing wrong?   We should not leave this issue only on Mark.   This morning Mark received a call from America again and insists Mark to go America.

Thanks & regards
Ann


----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China

Mark Norris/BeiFang/Knauf_China@Knauf                        07/11/2006 10:59 AM   To

jawahar@rothchilt.zjp.com                                                          cc

USA smelly board                                                                   Subject




Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon   ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back .

KNAUFGIPS0000382

Best Regards,

 Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000383

To:      Halbach, Martin[Halbach.Martin@knauf.de]
From:         YuanHongWen@mail.knauf.com.cn
Sent on behalf of:     YuanHongWen@mail.knauf.com.cn
Sent:         Mon 12/18/2006 8:21:53 AM
Importance:      Low
Sensitivity:     None
Subject:         Re: AW: Record of cutter fault removing in Tianjin plant

Record of cutter fault removing in Tianjin plant.doc
Record of cutter fault removing in Tianjin plant.pdf


zum Test:


Mit freundlichen Gruessen / Best Regards

-----------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


"Halbach, Martin" <Halbach.Martin@knauf.de>

                                                        12/15/2006 08:57 PM  To
<YuanHongWen@mail.knauf.com.cn>
                                                                            cc
                                                                        Subject
AW: Record of cutter fault removing in Tianjin plant




Hallo Herr Yuan,

ich kann die Datrei nicht oeffnen!!
Gruss

Halbach


-----Ursprüngliche Nachricht-----
Von: YuanHongWen@mail.knauf.com.cn [mailto:YuanHongWen@mail.knauf.com.cn]

KNAUFGIPS0000388

Gesendet: Mittwoch, 13. Dezember 2006 09:53
An: Halbach, Martin; Halbach, Martin
Betreff: FWD: Record of cutter fault removing in Tianjin plant


Dear David,
I hope this report can help you to understand me and our decision-making
process better. It shown the ability to solve problem by my team, not the
opposite.

Mit freundlichen Gruessen / Best Regards

--------------------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn
------ Forwarded by YuanHongWen/NanFang/Knauf_China on 12/13/2006 01:27 PM
------

YuanHongWen/NanFang/Knauf_
China
To
11/14/2006 01:09 PM                          Martin Halbach
cc
ChenJie/BeiFang/Knauf
_China@Knauf
Subject
Record of cutter
fault removing in
Tianjin plant




Dear Mr.Halbach
enclosed is our working record for cutter fault in Tianjin, as you asked.
main points concluded from this report:
1. we need to know the control program's detail, as we do with S5/S7.
Otherwise our machine will be always a "black-box", we can not improve or
adjust them, only can replace the finished parts. If there are so many
upgrades in future for software & hardware like this time, it maybe a
catastrophe for us again.
2. the spare parts (software & hardware) are most important issues for a
fully operation plant. This fault shown again, when the people, who didn't

KNAUFGIPS0000389

know the Knauf production, made own decision based on only costs, which kind of spare parts we can have. We'll have same problem again. Fortunately we can make decision now by our self.
3. we should be always very clear: don't try to solve all problems by one occasional production stop, just let it run first!

Soll ich den Bericht an I.K. und Dr. Cheng verteilen?

Mit freundlichen Gruessen / Best Regards

---------------------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


(See attached file: Record of cutter fault removing in Tianjin plant.doc)

KNAUFGIPS0000390

To:         dgregory@knauf.co.id[dgregory@knauf.co.id]
Cc:         Halbach, Martin[halbach.martin@knauf.de];
wayne.studdon@knauf.co.id[wayne.studdon@knauf.co.id]
From:       YuanHongWen@mail.knauf.com.cn
Sent on behalf of:   YuanHongWen@mail.knauf.com.cn
Sent:       Fri 12/15/2006 2:29:36 AM
Importance:  Low
Sensitivity:  None
Subject:    Re: Luneng Mine


Dear David,
as mentioned in the mail to I.K., we'll try to use more FGD (up to 100%).
In Nov. we put natural gypsum order only to this supplier. Becuase of no possiblity to get again from other
old suppliers, we are negotiating with new one. The purchase target in dec is to get n. gypsum only from
this one.

Mit freundlichen Gruessen / Best Regards


————————————————————
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn



dgregory@knauf.co.id


<YuanHongWen@mail.knauf.com.cn>                                    12/14/2006 04:04 PM  To

                                                                                        cc
<halbach.martin@knauf.de>, <wayne.studdon@knauf.co.id>
                                                                                      Subject
Re: Luneng Mine




Dear Dr Yuan

How are we progressing regarding introducing a test for both the natural gypsm  and the finished board
for this problem?

What percentage of our natural gypsum is still coming from this particular mine?

regards

KNAUFGIPS0000399

David

Please note that my email address has changed to dgregory@knauf.co.id


YuanHongWen@mail.knauf.com.cn

12/14/2006 09:20 AM

    To:     dgregory@knauf.co.id
    cc:     halbach.martin@knauf.de, wayne.studdon@knauf.co.id
    Subject:    Re: Luneng Mine


Dear David,
sure we had already actions to avoid this possible cause:
1. to reduce the order from this mine, until we have alternative
2. to pick up old suppliers in Shangdong & Hebei province (in progress) & to seek new possible suppliers as alternative
3. to use more FGD, up to 100% (will be tested soon, to the limit of plaster factory). This may be workable, becuase we have very low capacity utilization in Tianjin right now, ie, we have plenty time to try.

Mit freundlichen Gruessen / Best Regards

_____

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn


dgregory@knauf.co.id

12/14/2006 06:51 AM

    To      <yuanhongwen@mail.knauf.com.cn>
    cc      <halbach.martin@knauf.de>, <wayne.studdon@knauf.co.id>
    Subject    Luneng Mine

KNAUFGIPS0000400

Dear Dr Yuan

I note that you believe the shale layer to be the cause of the problem.

If this is the case then that is good news. However, what are we now doing to ensure that we do not get a repeat of the same problem in the future?

regards

David

Please note that my email address has changed to dgregory@knauf.co.id

KNAUFGIPS0000401

To:      ChengYiHeng@mail.knauf.com.cn[ChengYiHeng@mail.knauf.com.cn]; Halbach,
Martin[Halbach.Martin@knauf.de]
From:          YuanHongWen@mail.knauf.com.cn
Sent on behalf of:    YuanHongWen@mail.knauf.com.cn
Sent:          Mon 11/6/2006 11:04:23 AM
Importance:      Low
Sensitivity:     None
Subject:       Comments ro production in Oct.

Comments on production in Oct. 2006.doc


Sehr geehrte Herrn
bitte finden Sie den Bericht in der Anlage.


Mit freundlichen Gruessen / Best Regards

---------------------------------------------------
Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

KNAUFGIPS0000494

To:      ChengYiHeng@mail.knauf.com.cn[ChengYiHeng@mail.knauf.com.cn]; Halbach,
Martin[Halbach.Martin@knauf.de]
From:           YuanHongWen@mail.knauf.com.cn
Sent on behalf of:      YuanHongWen@mail.knauf.com.cn
Sent:           Tue 10/10/2006 4:11:55 AM
Importance:     Low
Sensitivity:    None
Subject:        Production report for Sept.

Comments on production in Sept. 2006.doc

Sehr geehrte Herrn,
anbei bitte finden Sie meinen Bericht fuer Sept.:

Mit freundlichen Gruessen / Best Regards

_____

Dr.-Ing. Yuan, Hongwen
Knauf Plasterboard (China) Co. Ltd.
No.2 Xinsha Development Zone, Machong Country, Dongguan
Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01
Email: yuan.hongwen@mail.knauf.com.cn

KNAUFGIPS0000509



# Business unit export sales KNAUF GIPS KG Germany



KNAUFGIPS0000725

Sales organisation KNAUF Gips KG Germany

KNAUF Gips KG

SALES

drywall
and floor
systems

plaster and
fassade
systems

exports, industrial
and prefabricated
housing business

shared services

marketing, administration, finance,
purchasing, production, innovation

KNAUFGIPS0000726

## Export-targets of business unit exports



Contact management to KNAUF-partner-companies

- – contact persons in management
- – contact persons in sales-organisations
- – contact persons in marketing-departments





KNAUFGIPS0000727

## Export-targets of business unit exports



Information management to and from KNAUF-partner-companies (bi-directional)

- – information about new products
  - • commercial data
  - • technical data
- – information about new applications and functionalities
- – informatoin about refererence-objects
- – InterCompany-news
- – information about cross-border-acting customers
- – competitor news



4

## Export-targets of business unit exports



Market management (1)

- – which geographical markets can be further developed
- – which product markets can be further developed
- – which products are strategic products in our local markets
- – how can marketing-tools be optimized
- – how can benefits be created from experiences and success-stories in different countries



KNAUFGIPS0000729

## Export-targets of business unit exports



Market management (2)

- how can new products and new product-systems be launched in markets
- how can activities of competitors be evaluated
- how can advantages of our product range against competition-products be communicated to our customers
- what additional commercial benefits can we create in our partner-companies and for the business of our customers



6

## Export-targets of business unit exports



Pricing and conditions

- how can we communicate together about the value of our products
- how can we find regional-market-conform pricing- and conditions-systems which allow us to run the market and to earn money
- how can we avoid cannibalism of prices and profits in cross-border-business InterCompany and in our customer-business



KNAUFGIPS0000731

# Export-targets of business unit exports



Documentation

- which documentations do we already have in which languages (technical data, marketing data)
- which documentations do we need further on
- which types of media do we use already
- which types of media do we need further on





KNAUFGIPS0000732

## Export-targets of business unit exports



Logistics

– how can we arrange optimized logistical services

- transportation
- customs clearing
- cross-border cooperation of logistics-service-providers
- selection of optimal production-sites regarding production capacities, product-range, distance to sales-market and logistics-costs



KNAUFGIPS0000733

**Export-targets of business unit exports**



# So -  what can I do for you?



10

KNAUFGIPS0000734





KNAUFGIPS0000735

## Gypsum-Supply to Knauf TIANJIN; China





KNAUFGIPS0000736





KNAUFGIPS0000737





KNAUFGIPS0000738





KNAUFGIPS0000739

Travel by Knauf Gips Employees

To:        Halbach, Martin[halbach.martin@knauf.de]
From:      Zhong.Ann@mail.knauf.com.cn
Sent on behalf of:    Zhong.Ann@mail.knauf.com.cn
Sent:      Tue 11/7/2006 3:52:10 AM
Importance:    Low
Sensitivity:    None
Subject:    ??: Fw: USA smelly board


Dear Martin,

We really need your help to solve the problem. Don't you think we shall send the Knauf people to USA to explain that our boaürds are nothing wrong?   We should not leave this issue only on Mark.   This morning Mark received a call from America again and insists Mark to go America.


Thanks & regards
Ann


----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China


Mark Norris/BeiFang/Knauf_China@Knauf                            07/11/2006 10:59 AM  To

jawahar@rothchilt.zjp.com                                                                cc

USA smelly board                                                                      Subject




Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at present , he said the sample test report from USG is not enough now , Knauf representative must explain to his customer , he need someone from Knauf with him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the Knauf expert will contact Salomon   ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back .


KNAUFGIPS0000382

Best Regards,

Cecilia Wang

Knauf Plasterboard   (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KNAUFGIPS0000383