UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiffs by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf Gips, KG's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistric*t* Litigation.  (R. Doc. 18181).

2. *The* Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. In this action, Plaintiffs own properties in the states of Alabama, Florida, Louisiana, Mississippi and Texas that is alleged to be defective as a result of actions by Knauf Gips, KG and Knauf Plasterboard Tianjin Company, Ltd.

4. Plaintiffs all completed and executed a verified Plaintiff Profile Form.

5. Plaintiffs all completed and executed a verified Supplemental Plaintiff Profile Form.

6. Plaintiffs all completed and executed a verified Plaintiff Fact Sheet.

7. Plaintiffs were deposed by Knauf's Counsel in 2019.

8. Plaintiff seek all damages available under state laws outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under state consumer protection laws from Knauf Gips, KG and Knauf Plasterboard Tianjin Company, Ltd.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*