UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering defendants, Knauf Gips KG's Motion for Summary Judgment (Rec. Doc. 22678) as to all claims filed by Plaintiffs in this action;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG's Motion for Summary Judgment is **DENIED**.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge