UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### SETTLEMENT CLASS COUNSEL'S RESPONSE TO THE
### COURT'S MAY 5, 2020 ORDER & REASONS [REC. DOC. 22788]

Settlement Class Counsel hereby submit the following pursuant to the Court's May 5, 2020 Order & Reasons [Rec. Doc. 22788] regarding the appeals of Christopher Baker ("Baker") and Gary Fredericks ("Fredericks"):

Christopher Baker: the Court deferred ruling on Baker's appeal and instructed Settlement Class Counsel to provide any documentation submitted in conjunction with Baker's claim that "could indicate what type of drywall was discovered in Baker's property." Order & Reasons [Rec. Doc. 22788], at 17. The only documentation submitted for this claimant, however, is the inspection report Class Counsel previously attached as Exhibit 29 [Rec. Doc. 22730-2]. No other photographs or indicia were submitted by Baker for this property.

The inspection report contains images of drywall in the property labeled "MEETS OR EXCEEDS ASTM C1396-04 STANDARD." On page 7 of Baker's inspection report is a notation "See the next page for comparison." Baker Inspection Report [Rec. Doc. 22730-2], at 7. The next page of the inspection report shows two exemplar black and white photographs (MADE IN CHINA MEETS OR EXCEEDS ASTM C1396 04 STANDARD and Taihe Edge Tape), referencing photos from the Court's Photo Catalog in PTO 10 (*i.e.*, photos that do not show drywall

markings found in Baker's property). The inspection report does not identify any photos from Baker's property showing an image of aqua blue edge tape that says "Taihe." For these reasons, Class Counsel recommend that the Court uphold the Claims Administrator's classification of this property as Category I (MADE IN CHINA MEETS OR EXCEEDS).

<u>Gary Fredericks</u>: the Court deferred ruling on Fredericks' appeal and ordered Settlement Class Counsel to provide "the materials submitted by Mr. Fredericks, if any, in support of his claim." Order & Reasons [Rec. Doc. 22788], at 17. After searching the BrownGreer portal, it appears that the only additional document provided by Fredericks is the lab results of the mold test in the property (attached hereto as Exhibit "A"). This document does not identify any Covered Chinese Drywall in the property. The cover page of the lab results from the mold test was previously attached as Exhibit 30 [Rec. Doc. 22730-3] and the photographs of the finished and painted side of drywall boards in the property and evidence of corrosion and mold were previously attached as Exhibits 31 – 33 [Rec. Doc. 22730-4 – Rec. Doc. 22730-6]. None of these photos or documents identify any markings of Covered Chinese Drywall in the property. Class Counsel submit that based on the lack of Product ID, the Court should uphold the denial of this claim.

Respectfully submitted,

Dated:  May 6, 2020

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 6th day of May, 2020.

*/s/ Stephen J. Herman*