# Exhibit "A"



**EMSL Analytical, Inc.**

2205 Corporate Plaza Parkway SE, Suite 200  Smyrna, GA  30080
Phone/Fax: (770) 956-9150 / (770) 956-9181
http://www.EMSL.com / atlantalab@emsl.com

| Order ID: | 071306667 |
|---|---|
| Customer ID: | WINH78 |
| Customer PO: | cc02285P |
| Project ID: | |

**Attn:** Phil Hage
Win Home Inspection
PO Box 6725
Gulfport, MS  39506

| Phone: | (228) 314-9464 |
|---|---|
| Fax: | |
| Collected: | 11/21/2013 |
| Received: | 11/22/2013 |
| Analyzed: | 11/22/2013 |

**Proj:** G Fredricks

### Test Report: Microscopic Examination of Fungal Spores, Fungal Structures, Hyphae, and Other Particulates from Swab Samples (EMSL Method: M041)

| Lab Sample Number: | 071306667-0001 |
|---|---|
| Client Sample ID: | 1 |
| Sample Location: | Bathroom Ceiling/Bedroom |
| **Spore Types** | **Category** |
| Agrocybe/Coprinus | - |
| Alternaria | - |
| Ascospores | - |
| Aspergillus/Penicillium | Medium |
| Basidiospores | - |
| Bipolaris++ | - |
| Chaetomium | - |
| Cladosporium | Low |
| Curvularia | - |
| Epicoccum | - |
| Fusarium | - |
| Ganoderma | - |
| Myxomycetes++ | - |
| Paecilomyces | - |
| Rust | - |
| Scopulariopsis | - |
| Stachybotrys | *High* |
| Torula | - |
| Ulocladium | - |
| Unidentifiable Spores | - |
| Zygomycetes | - |
| Fibrous Particulate | - |
| Hyphal Fragment | - |
| Insect Fragment | - |
| Pollen | - |

Category: Count/per area analyzed
Rare: 1 to 10   Low: 11 to 100   Medium: 101 to 1000   High: >1000

Bipolaris++ = Bipolaris/Dreschlera/Exserohilum   Myxomycetes++ = Myxomycetes/Periconia/Smut
* = Sample contains fruiting structures and/or hyphae associated with the spores.

No discernable field blank was submitted with this group of samples.

EMSL maintains liability limited to cost of analysis. This report relates only to the samples reported above and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. Interpretation of the data contained in this report is the responsibility of the client. "-" denotes not detected. Samples received in good condition unless otherwise noted.
Samples analyzed by EMSL Analytical, Inc Smyrna, GA AIHA-LAP, LLC --EMLAP Accredited #100882

Initial report from: 11/25/2013 08:03:21

Daoxin Li, PhD, Lab Director
or Other Approved Signatory

For information on the fungi listed in this report please visit the Resources section at  www.emsl.com

Test Report DEVER1-7.30.1  Printed: 11/25/2013 08:03:21AM

Page 1 of 1