UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | * * * | |

# ORDER

The Court has received an objection from Dorothy LaFrance, objecting to the denial of her claims under the Taishan Settlement Agreement. Accordingly,

**IT IS ORDERED** that this correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Settlement Class Counsel file a response to this objection by Wednesday, May 13, 2020.

New Orleans, Louisiana on this 6th day of May, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge