Clerk of Court
United States District Court
Eastern District of Louisiana

IN Re: Chinese Manufacturing Drywall Products Liability Litigation

Dorothy LaFrance Claimant : MDL No. 2047
ID: 112711 : Sect: "L"
Claim ID: 14068 : Judge Fallon
Pro-se / Layperson : Mag. Wilkinson

Objection To Taishan Class Settlement

Note: Due to Public offices Closed plaintiff has NO access to Computer(s) therefore she request that (legibly hand written claim(s)) be accepted here IN.

TENDERED FOR FILING
MAR 25 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Furthermore, Plaintiff request that the Clerk's office accept these documents via faxed to (504) 310-8159 for purpose of filing and for Certificate of Service.

United States District Court
Eastern District of Louisiana

In Re: Chinese Manufacturing Drywall
Products Liability Litigation

Dorothy LaFrance Claimant :  MDL No. 2047
ID: 112711                  :  Section "L"
Claim ID: 14068             :  Judge Fallon
                            :  Mag. Wilkinson

Objection To Taishan Class
Settlement Denial Notice

Now comes Claimant Dorothy LaFrance filing this Objection Pro-se as a layperson of the law, to wit:

1. Claimant asserts that evidence supporting Chinese Drywall found in her home at 2316 Caluda Lane Violet, La. is in the possession of Kath & Katz Law Firm, and the settlement Claims administrator.

2. Claimant further asserts that the final & complete (analysis report) of the offensive Drywall products was not provided to plaintiff via the Company hired by Habitat's lawyers due to Client privilege. Therefore, plaintiff pray that this support of evidence is hereby verified accordingly.

Page 1.

3. Claimant asserts that the third party to this claim does not prohibit Claimant from being eligible for reimbursement to wit:

4. Claimant asserts that she is not pursuing (Remediation Compensation), rather she is claiming reimbursement for work/materials provided that was not (remediated) by Habitat for Humanity as evidence/proof attached to the initial pleadings to this claim approved by Judge Fallon.

5. Therefore, plaintiff does have standing for reimbursement for work/materials provided independently to her home excluding the remediation performed by the third-party Habitat for Humanity.

Plaintiff prays that the foregoing pleadings herein be granted accordingly.

/s/ Respectfully submitted,
Mrs. Dorothy LaFrance
Dorothy LaFrance, Pro-se
2316 Caluda Lane
Violet, La. 70092
(504) 304-0549

March 25, 2020

Page 2

Page 3

## Certificate of Service

I hereby certify that the foregoing was filed via Faxed to/with the Clerk of Court of the U.S. District Court for the Eastern District of Louisiana which plaintiff request be sent to all parties in accordance with the procedures established in MDL 2047, this 25th day of March, 2020.

B/ Dorothy LaFrance