UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTIONS SET FOR SUBMISSION ON MAY 13, 2020 AGAINST
ARROWHEAD INVESTMENTS, LLC; DR. PETER WALIMIRE; STEVE BINNS;
1329 GUM, JACKSON LAND TRUST; JEREMY JORDAN;
NICOLE GASPARD; AND ROBERT AMUSO, JR.**

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting them leave to file a Reply Memorandum in support of: (1) Motion for Summary Judgment on Claims asserted by Arrowhead Investments, LLC ("Arrowhead") (Rec. Doc. 22650); (2) Motion for Summary Judgment on Claims Asserted by Dr. Peter Walimire ("Walimire") (Rec. Doc. 22650); (3) Motion for Summary Judgment on Claims Asserted by Steve Binns ("Binns") (Rec. Doc. 22672); (4) Motion for Summary Judgment on Claims Asserted by 1329 Gum, Jackson Land Trust ("1329 Gum") (Rec. Doc. 22646); (5) Motion for Summary Judgment on Claims Asserted by Jeremy Jordan ("Jordan") (Rec. Doc. 22665); (6) Motion to Dismiss Claims Asserted by Nicole Gaspard ("Gaspard") pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (Rec. Doc. 22673); and (7) Motion for Summary

Judgment on Claims Asserted by Robert Amuso, Jr. ("Amuso") (Rec. Doc. 22681). The proposed reply, which is attached hereto, addresses the fact that Robert Amuso's claims are barred because he does not have any interest in the subject property and the fact that none of the remaining plaintiffs opposed the Knauf motions. The Knauf Defendants submit that the Reply Memorandum will assist the Court in resolving the Motions for Summary Judgment and Motions to Dismiss.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File a Reply Memorandum in Support of the Motion for Summary Judgment (Rec. Doc. 22613) and that the attached Reply Memorandum be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:      504.310.0275
Email:             kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 6th day of May, 2020.

                                                /s/ *Kerry J. Miller*
                                                **KERRY J. MILLER**