UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

SETTLEMENT CLASS COUNSEL'S RESPONSE TO
THE COURT'S MAY 6, 2020 ORDER [REC. DOC. 22799]

Settlement Class Counsel hereby submit the following pursuant to the Court's May 6, 2020 Order [Rec. Doc. 22799] regarding Dorothy LaFrance ("LaFrance"):

LaFrance is an absent Class Member, who filed a Claim Form as an owner of a property located at 2316 Caluda Lane, Violet, LA 70092 ("the Property"). The Property has 1,152 under air square feet. It contained Crescent City Drywall that was remediated by New Orleans Area Habitat for Humanity ("Habitat") in 2011. In exchange for Habitat remediating the Property, LaFrance assigned Habitat her Chinese Drywall claims except for personal property damage. *See* LaFrance Assignment (attached hereto as Exhibit "A"), at ¶ 17.

LaFrance uploaded a Claim Form and supporting documentation to the BrownGreer Chinese Drywall portal on February 10, 2020. The supporting documentation included proof of ownership, proof of under air square footage, a copy of the assignment, and the notarized claim form affidavit. On February 25, 2020, the claim was denied for failing to provide proof of Product ID pursuant to Section VI, Proof Requirement #1 of the Claim Form. *See* Claim Form [Rec. Doc. 22305-6], at 5. LaFrance timely filed an appeal, contending the Settlement Administrator has evidence of Product ID for the Property since Habitat asserted a claim for remediation damages

related to the Property. *See* Revised Master Updated Revised Master Spreadsheet [Rec. Doc. 22649-1], at #2241.

<span style="text-decoration: underline">Class Counsel Recommendation</span>: The Allocation Model acknowledges that the Taishan Settlement resolves property damage claims as well as "claims for other types of losses and damages, such as loss of use and enjoyment, personal property damage and repair, bankruptcy, foreclosure, emotional distress, alternatives living expenses, punitive damages, and attorney fees ("Other Losses")." Allocation Model [Rec. Doc. 22304-1], at 2. Eligible Class Members receive a single Allocation Amount as compensation for remediation damages and Other Losses, although some Allocation Amounts may be split in certain circumstances. For example, where a Class Member assigned his or her remediation claim to a non-profit organization but retained the claim for Other Losses, the Allocation Model prescribes that the Class Member is entitled to the Other Loss Allocation Amount — 7.5% of the claim. *See* Allocation Model at 5-6 ("I have allocated 7.5% for Other Losses").

LaFrance is entitled to the Other Loss portion of this claim because she retained her right to assert personal property damages. Evidence of Product ID for the Property was uploaded to the BrownGreer portal in connection with Habitat's claim with respect to the Property. Accordingly, the denial of the claim should be overturned. Class Counsel estimates that 7.5% of the Allocation Amount for this absent Class Member totals $178.47.

Respectfully submitted,

Dated:  May 7, 2020

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 7th day of May, 2020. I further certify that the above and foregoing has been served on Dorothy LaFrance whose present address is 2316 Caluda Lane, Violet, LA 70092 *via* regular mail.

*/s/ Stephen J. Herman*

4