IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 20-30212

_____

PLAINTIFFS,

    Plaintiffs

v.

HOMEBUILDERS AND INSTALLERS STEERING COMMITTEE; ET AL,

    Defendants

v.

RAYMOND J. FARLEY; AMELIA J. FARLEY,

    Claimants - Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana

_____

**A True Copy**
Certified order issued May 07, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of May 07, 2020, pursuant to appellants' motion.

                                  LYLE W. CAYCE
                                  Clerk of the United States Court
                                  of Appeals for the Fifth Circuit

                                  By: _____
                                  Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT