UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| STEPHEN AND DIANE BROOKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | MAG. JUDGE WILKINSON |
| PLAINTIFFS | CASE NO. 2:15-CV-04126-EEF-JCW |
| VERSUS | |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL; TAISHAN GYPSUM CO., LTD., F/K/A SHANDONG TAIHE DONGXIN CO., LTD., TAI'AN TAISHAN PLASTERBOARD CO., LTD., BEIJING NEW BUILDING MATERIAL CO., LTD., BEIJING NEW BUILDING MATERIALS (GROUP) CO., LTD.; CHINA NATIONAL BUILDING MATERIALS GROUP CORPORATION, DEFENDANTS. | |

**ENTRY OF APPEARANCE**

NOW INTO COURT, comes Kevin O'Bryon and enters his appearance as counsel for plaintiffs, Terrence M. Ross and Rhonda B. Ross in the above-entitled and numbered cause.

S/KEVIN O'BRYON
KEVIN O'BRYON, LSBA 10151
O'Bryon & Schnabel, APLC
935 Gravier St., Suite 900
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211

## **CERTIFICATE OF SERVICE**

A copy of the foregoing has been served on all counsel of record through a filing in the ECF/Pacer system this 8th day of May, 2020.

s/Kevin O'Bryon
KEVIN O'BRYON
