## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### LEAD AND LIAISON COUNSEL'S MOTION FOR ENTRY OF AN ORDER: (1) REIMBURSING EXPENSES INCURRED IN 2020 BY THE PLAINTIFFS' STEERING COMMITTEE AND THE FEE AND COST COMMITTEE; AND (2) AUTHORIZING PAYMENT OF OUTSTANDING SHARED EXPENSES

Plaintiffs' Lead and Liaison Counsel hereby move for entry of an Order: (1) reimbursing expenses incurred from January 1, 2020 through the present date by Plaintiffs' Lead and Liaison Counsel, certain members of the Plaintiffs' Steering Committee, and the Fee and Cost Committee in the performance of their Court-appointed functions; and (2) authorizing payment of outstanding Shared Expenses. A supporting memorandum is filed herewith.

Respectfully submitted,

Dated: May 8, 2020

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047, Settlement Class Counsel, Fee and Cost Committee Chair*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 8th day of May, 2020.

                                                      */s/ Stephen J. Herman*
                                                      Stephen J. Herman
                                                      Herman, Herman & Katz, LLC
                                                      820 O'Keefe Avenue
                                                      New Orleans, LA 70113
                                                      Phone: (504) 581-4892
                                                      Fax: (504) 561-6024
                                                      SHerman@hhklawfim.com
                                                      *Plaintiffs' Liaison Counsel MDL 2047 and*
                                                      *Settlement Class Counsel*