# Exhibit "A"

**In Re: Chinese Drywall, MDL No. 2047**
**Held Costs and FAC Expenses Incurred Since January 1, 2020**

| Firm | Bill To | Travel | Meals / Meetings | Printing / Copying | Transcripts | Equipment | Legal Research | Phone | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Allison Grant PA | FAC/MDL | $3,230.06 | $112.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$3,342.93** |
| Barrios, Kingsdorf & Casteix | MDL | $1,101.16 | $163.79 | $20.00 | $0.00 | $38.30 | $331.96 | $0.00 | **$1,655.21** |
| Colson Hicks | FAC/MDL | $7,493.46 | $1,346.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$8,839.71** |
| Gainsburgh Benjamin | MDL | $1,226.38 | $85.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,311.62** |
| Herman Herman & Katz | FAC/MDL | $2,930.94 | $1,902.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$4,833.57** |
| Irpino Law Firm | MDL | $1,162.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,162.53** |
| Lambert Law Firm | FAC | $3,290.92 | $89.18 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$3,395.10** |
| Levin Sedran & Berman LLP | FAC/MDL | $11,287.02 | $7,582.55 | $67.97 | $5,730.70 | $0.00 | $2,842.65 | $19.96 | **$27,530.85** |
| The Law Office of Richard J. Serpe | FAC/MDL | $6,040.26 | $1,184.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$7,224.76** |
| **Total** | | **$37,762.73** | **$12,467.01** | **$102.97** | **$5,730.70** | **$38.30** | **$3,174.61** | **$19.96** | **$59,296.28** |

EXHIBIT "A"