**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**EXHIBIT "B" TO**
**MEMORANDUM IN SUPPORT OF LEAD AND LIAISON COUNSEL'S MOTION FOR ENTRY OF AN ORDER: (1) REIMBURSING EXPENSES INCURRED IN 2020 BY THE PLAINTIFFS' STEERING COMMITTEE AND THE FEE AND COST COMMITTEE; AND (2) AUTHORIZING PAYMENT OF OUTSTANDING SHARED EXPENSES**

# FILED UNDER SEAL