# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF OMNIBUS MOTION FOR PARTIAL SUMMARY JUDGMENT (REC. DOC. 22690)

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting them leave to file a Reply Memorandum in support of the Omnibus Motion for Partial Summary Judgment (Rec. Doc. 22690) filed against Jackelyn Aquirre o.b.o. Home and Land, Inc., Hoan Bao and Hahn Tran, Steve Binns, Bholonath Dhume and Prabha Dhume, Santiago Guzman/Skyline Glass LLC, Michael A. Chedester and Becky Chedester, Tobi Butcher and Ken Butcher, Jason Hallmark and Katie Hallmark, Leslie Porciuncula and Olivia Porciuncula, Dave Baldwin and Karen Baldwin, Karina Martinez, and Edward Ball and Margot Gravel.  The Knauf Defendants submit that the Omnibus Reply Memorandum will assist the Court in resolving the Motion for Partial Summary Judgment.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File an Omnibus Reply Memorandum in Support of the Motion for Partial Summary Judgment

(Rec. Doc. 22690) and that the attached Omnibus Reply Memorandum be filed into the record.

The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.310.0275
Email:       kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 8th day of May, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**