UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### NOTICE OF FILING OF PROPOSED ORDER DISTRIBUTING CONTRACT COUNSEL ATTORNEYS' FEES

Settlement Class Counsel hereby file a proposed Order distributing the contract counsel attorneys' fees awarded by the Court in the Taishan Settlement and the *Allen* Settlement (attached hereto as Exhibit "A").

On January 10, 2020, the Court entered its Order and Reasons granting final approval of the Class Settlement with Taishan (the "Taishan Settlement") and awarding attorneys' fees to common benefit counsel and contract counsel [Rec. Doc. 22460]. The Court awarded contract counsel $18,848,000 from the Taishan Settlement. On January 13, 2020, the Court entered a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b) [Rec. Doc. 22466], from which no appeal was taken. Accordingly, the fee award to contract counsel having claimants in the Taishan Settlement is final.

On May 4, 2020, Class Counsel filed a Notice of Compliance confirming that the obligations of Class Counsel and the Claims Administrator BrownGreer have been performed [Rec. Doc. 22787]. As set forth in the Supplemental Declaration of Jacob S. Woody, attached hereto as Exhibit "B," the payments to Eligible Class Members who were successful in their appeals from Claim Form denials and Allocation Amount Determinations are in the process of

being distributed.[1] Distribution of the contract fees awarded by the Court *pro rata* based on the claimant recoveries under the Taishan Settlement is set forth in the chart attached hereto as Exhibit "C."

Previously, on February 17, 2019, the Court awarded $633,129.09 in attorneys' fees for common benefit counsel and contract counsel in the Assigned Claims Class Settlement for Virginia claimants (the "*Allen* Settlement") [Rec. Doc. 22122]. The Court has allocated 40% of those fees – $253,251.64 – to contract counsel. *See* Order & Reasons Allocating Common Benefit Fees and Reimbursing Costs and Assessments [Rec. Doc. 22741] at 5-6 (allocating 60% to common benefit counsel). Distribution of the contract fees awarded by the Court *pro rata* based on the claimant recoveries under the *Allen* Settlement is set forth in the chart attached hereto as Exhibit "D."

Given the lengthy time that this litigation has proceeded, on behalf of all contract counsel, Class Counsel respectfully submit that the proposed Order distributing contract attorneys' fees should be entered.

Respectfully submitted,

Dated: May 8, 2020

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

---

[1] There are three pending appeals remaining (Christopher Baker, Gary Fredericks, and Dorothy La France). Only Mr. Baker is represented by counsel, and BrownGreer set aside a holdback for fees in the event the Baker appeal is granted.

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 8th day of May, 2020.

*/s/ Stephen J. Herman*