# Exhibit "A"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**ORDER AND JUDGMENT AUTHORIZING DISTRIBUTION**
**OF CONTRACT COUNSEL ATTORNEYS' FEES**

On January 10, 2020, the Court entered its Order & Reasons (a) granting final approval of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") and (b) ruling on Class Counsel's motion for an award of attorneys' fees and costs ("Order & Reasons"). R. Doc. 22460. The Court awarded attorneys (both Common Benefit Counsel and individually retained contract attorneys) 19% of the $248,000,000 Taishan Settlement Fund – totaling $47,120,000. R. Doc. 22460 at 69, 71. The Court further ordered that "a fair division of fees is 40% to contract counsel and 60% to common benefit counsel." R. Doc. 22460 at 67. Accordingly, contract counsel with claimants in the Taishan Settlement are entitled to $18,848,000.[1] On January 13, 2020, the Court entered a final order and judgment pursuant to Federal Rule of Civil Procedure 54(b), R. Doc. 22466, from which no appeal was taken.

In addition to the attorneys' fees awarded from the Taishan Settlement, the Court previously awarded $633,129.09 in fees from the Taishan Assigned Claims Settlement (*Allen*

---

[1] The remaining Taishan Settlement fees—$28,272,000—were allocated to Common Benefit Counsel. R. Doc. 22741.

Settlement) on March 6, 2019. R. Doc. 22122. The Court allocated 40% of these fees to contract counsel. R. Doc. 22741, at 5-6 (allocating 60% to Common Benefit Counsel). Accordingly, contract counsel with claimants in the *Allen* Settlement are entitled to $253,251.64.[2]

**WHEREFORE**, upon consideration of the Court's prior Orders awarding fees to contract counsel in the Taishan Settlement and contract counsel in the *Allen* Settlement, the Notice of Filing of Class Counsel, the Declaration and Supplemental Declaration of Jacob Woody, Claims Administrator for the Taishan Settlement, and the Notice of Compliance, R. Doc. 22787, **IT IS ORDERED** that BrownGreer distribute contract counsel fees as follows in the amounts specified for each such counsel, together with the accrued interest on these funds allocated proportionally among counsel:

| Law Firm | Taishan Settlement *Pro Rata* Fee Distribution |
|---|---|
| Allison Grant, P.A. | $619,767.08 |
| Allison Grant, P.A.  Baron & Budd, P.C. | $2,463,089.50 |
| Baron & Budd P.C. | $639,376.45 |
| Barrett Law Group | $14,122.64 |
| Barrios, Kingsdorf & Casteix | $937,680.47 |
| Becnel Law Firm, LLC | $785,119.62 |
| Bencomo & Associates | $11,682.18 |
| Berman Law Firm | $4,343.67 |
| Berniard Law Firm, LLC | $20,603.85 |
| Berrigan Litchfield, LLC | $28,645.34 |
| Billing, Cochran, Lyles, Mauro & Ramsey, P.A. | $191,761.49 |
| Binegar Christian, LLC | $112,226.90 |
| Bruno & Bruno, LLP | $321,334.51 |
| Burdman Law Group | $46,031.45 |
| C.S. Chiepalich, PC | $5,903.96 |
| Carey, Danis & Lowe | $6,949.87 |
| Carol A. Newman APLC | $2,880.54 |

---

[2] The remaining *Allen* Settlement fees—$379,877.45—were allocated to Common Benefit Counsel. R. Doc. 22741.

| Law Firm | Taishan Settlement *Pro Rata* Fee Distribution |
|---|---|
| COLEMAN, HAZZARD & TAYLOR, PA | $177.18 |
| Colson, Hicks, Eidson | $1,225,069.64 |
| Daniell, Upton & Perry, P.C. | $61,085.69 |
| David L. Horsley, H Arthur Edge, P.C. | $117,279.03 |
| Don Barrett P.A. and Lovelace Law Firm | $45,406.90 |
| Doyle Law Firm | $978,788.68 |
| F. Page Gamble, PC | $4,783.75 |
| F.A. Branscombe Beavers  T. Michael Brown | $12,505.19 |
| Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P.A. | $28.58 |
| Gainsburgh Benjamin | $445,718.20 |
| Galante & Bivalacqua, LLC | $6,566.94 |
| Gentle, Turner & Sexton | $105,539.70 |
| Gould, Cooksey, Fennell, PA | $13,882.59 |
| Gregory D'Angelo | $2,126.11 |
| Handley Farah & Anderson PLLC | $10,647.70 |
| Hawkins Gibson | $90,548.33 |
| Herman, Herman & Katz, L.L.C. | $1,717,259.12 |
| Holston Vaughan & Barton Law | $771.57 |
| Irpino, Avin & Hawkins | $5,932.54 |
| Kaufman & Canoles, P.C. | $685.84 |
| Krupnick Campbell | $739,349.40 |
| Law Offices of Richard J. Serpe | $1,955,810.92 |
| Law Offices of Sidney D. Torres, III | $373,693.09 |
| Lemmon Law Firm | $62,000.14 |
| Levin Papantonio | $40,287.52 |
| Lucas Magazine | $61,222.85 |
| Martzell & Bickford | $254,802.57 |
| McCallum, Hoaglund, Cook & Irby | $155,274.69 |
| Michael A. Serrano, Esquire | $3,229.17 |
| Moeller Law Firm, LLC | $491.52 |
| Morgan & Morgan | $1,751,609.24 |
| Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | $2,543.34 |
| Norton, Hammersley, Lopez & Skokos, P.A. | $11,682.18 |
| Parker Waichman | $234,369.46 |
| Parker Waichman and Whitfield Bryson | $485.81 |

| Law Firm | Taishan Settlement *Pro Rata* Fee Distribution |
|---|---|
| Pasley, Nuce, Mallory & Davis, LLC | $1,520.28 |
| Paul A. Lea, Jr., APLC | $138,100.06 |
| Paulson & Paulson, P.L.C. | $11,167.80 |
| Pender & Coward, P.C. | $12,276.58 |
| Pita Weber Del Prado | $15,008.52 |
| Pittman, Dutton & Hellums | $23,215.76 |
| Podhurst Orseck | $18,986.40 |
| Reeves & Mestayer | $46,105.75 |
| Reich & Binstock | $117,907.96 |
| Roberts & Durkee PA  Milstein Adelman LLP | $54,135.83 |
| Seeger Weiss | $61,102.83 |
| Simon, Peragine, Smith & Redfearn, LLP | $145,244.25 |
| Smiley Law Firm | $10,944.90 |
| Steckler, LLP | $8,121.52 |
| Strom Law Firm, LLC | $5,183.82 |
| Taylor Martino, PC | $23,632.98 |
| The Braswell Firm, LLC | $11,567.87 |
| The Lambert Firm | $296,725.17 |
| Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | $84,930.38 |
| Toxic Litigation Group, LLC | $14,025.47 |
| Trenam Kemker Scharl Barkin Frye O'Neill & Mullis P.A. | $714.42 |
| Vaughn & Bowden, PA | $7,361.37 |
| Viles & Beckman, LLC | $25,341.87 |
| VM Diaz and Partners | $97,532.49 |
| WHITFIELD BRYSON & MASON LLP | $864,024.58 |
| Willis & Buckley | $49,946.46 |
| | **$18,848,000.00** |

| Law Firm | *Allen* Settlement *Pro Rata* Fee Distribution |
|---|---:|
| Baron & Budd, P.C. | $1,014.02 |
| Beavers Law Firm | $1,267.53 |
| Collins & Horsely PC | $1,521.03 |
| Doyle Law | $7,605.15 |
| Gentle, Turner, Sexton, Debrosse, & Harbison | $4,056.09 |
| Kaufman & Canoles, P.C. | $1,267.53 |
| Law Offices of Richard J. Serpe, P.C. | $225,619.56 |
| Parker Waichman LLP | $1,014.02 |
| Paulson & Paulson, PLC | $1,014.02 |
| Pender & Coward, P.C. | $1,267.53 |
| Reeves & Mestayer | $2,535.05 |
| Reich & Binstock, LLP | $1,267.53 |
| Seeger Weiss, LLP | $760.51 |
| Pasley & Nuce | $3,042.06 |
| | **$253,251.64** |

**IT IS FURTHER ORDERED** that BrownGreer be authorized to withhold from the accrued interest portion of the funds to be distributed, the amount required to pay taxes on interest earned on the funds during deposit in the Court Registry.

**IT IS FURTHER ORDERED** that each firm entitled to receive funds under this Order provide BrownGreer, through Jake Woody, a Social Security number or Tax Identification number prior to receiving any distribution.

The Court finds that, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay of entry of final judgment with respect to the foregoing.

This _____ day of _____, 2020, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge