# Exhibit "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**SUPPLEMENTAL DECLARATION OF JACOB WOODY**

1. I am a person of the full age of majority. I make this Supplemental Declaration based upon my personal knowledge.

2. I am an attorney at BrownGreer, PLC ("BrownGreer"), the claims administrator for the Taishan Settlement Program.

3. On May 4, 2020, I submitted a Declaration in Support of Class Counsel's notice of compliance with the obligations of the Taishan Settlement [Rec. Doc. 22787-1].

4. On May 5, 2020, the Court entered its Order & Reasons ruling on the objections to and appeals from BrownGreer's determination of eligibility for settlement funds and the allocation of said funds [Rec. Doc. 22788].

5. Based on the Court's ruling, BrownGreer is preparing to issue settlement checks directly to *pro se* claimants and to counsel of record for represented Class Members who were eligible for a payment. They will be mailed shortly.

6. There are three appeals that remain pending (Christopher Baker, Gary Fredericks, and Dorothy LaFrance). BrownGreer has reserved funds to account for potential favorable rulings

regarding those claims and corresponding attorneys' fees for Baker's counsel (Fredericks and LaFrance are *pro se*).

7.     BrownGreer distributed charts to all counsel of record for Eligible Class Members in the Taishan Settlement and to all counsel of record for Assigned Claims Class Members in the *Allen* Settlement setting forth their claimant recoveries and expected contract fees. BrownGreer received no objections.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated:  May 8, 2020                    By: */s/ Jacob S. Woody*