# Exhibit "C"

| | Chinese Drywall Taishan Class Settlement<br>Contract Counsel Attorney Fees by Firm | | |
|---|---|---|---|
| Row | Law Firm | Claimant Recovery | Fee Amount |
| 1. | Allison Grant, P.A. | $6,451,411.39 | $619,767.08 |
| 2. | Allison Grant, P.A.  Baron & Budd, P.C. | $25,639,315.38 | $2,463,089.50 |
| 3. | Baron & Budd P.C. | $6,655,533.42 | $639,376.45 |
| 4. | Barrett Law Group | $147,008.34 | $14,122.64 |
| 5. | Barrios, Kingsdorf & Casteix | $9,752,916.82 | $937,680.47 |
| 6. | Becnel Law Firm, LLC | $8,172,634.19 | $785,119.62 |
| 7. | Bencomo & Associates | $121,604.64 | $11,682.18 |
| 8. | Berman Law Firm | $45,215.03 | $4,343.67 |
| 9. | Berniard Law Firm, LLC | $214,473.93 | $20,603.85 |
| 10. | Berrigan Litchfield, LLC | $298,181.22 | $28,645.34 |
| 11. | Billing, Cochran, Lyles, Mauro & Ramsey, P.A. | $1,996,124.54 | $191,761.49 |
| 12. | Binegar Christian, LLC | $1,168,216.15 | $112,226.90 |
| 13. | Bruno & Bruno, LLP | $3,344,903.51 | $321,334.51 |
| 14. | Burdman Law Group | $479,160.33 | $46,031.45 |
| 15. | C.S. Chiepalich, PC | $61,456.75 | $5,903.96 |
| 16. | Carey, Danis & Lowe | $72,344.05 | $6,949.87 |
| 17. | Carol A. Newman APLC | $29,984.71 | $2,880.54 |
| 18. | COLEMAN, HAZZARD & TAYLOR, PA | $1,844.30 | $177.18 |
| 19. | Colson, Hicks, Eidson | $12,752,255.53 | $1,225,069.64 |
| 20. | Daniell, Upton & Perry, P.C. | $635,866.12 | $61,085.69 |
| 21. | David L. Horsley, H Arthur Edge, P.C. | $1,220,805.83 | $117,279.03 |
| 22. | Don Barrett P.A. and Lovelace Law Firm | $480,445.40 | $45,406.90 |
| 23. | Doyle Law Firm | $10,188,615.44 | $978,788.68 |
| 24. | F. Page Gamble, PC | $49,796.03 | $4,783.75 |
| 25. | F.A. Branscombe Beavers  T. Michael Brown | $130,171.69 | $12,505.19 |
| 26. | Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P.A. | $297.47 | $28.58 |
| 27. | Gainsburgh Benjamin | $4,639,664.74 | $445,718.20 |
| 28. | Galante & Bivalacqua, LLC | $68,357.99 | $6,566.94 |
| 29. | Gentle, Turner & Sexton | $1,098,606.26 | $105,539.70 |
| 30. | Gould, Cooksey, Fennell, PA | $144,509.63 | $13,882.59 |
| 31. | Gregory D'Angelo | $22,131.57 | $2,126.11 |
| 32. | Handley Farah & Anderson PLLC | $110,836.32 | $10,647.70 |
| 33. | Hawkins Gibson | $942,554.92 | $90,548.33 |
| 34. | Herman, Herman & Katz, L.L.C. | $17,875,659.00 | $1,717,259.12 |
| 35. | Holston Vaughan & Barton Law | $8,031.62 | $771.57 |
| 36. | Irpino, Avin & Hawkins | $61,754.22 | $5,932.54 |
| 37. | Kaufman & Canoles, P.C. | $7,139.22 | $685.84 |
| 38. | Krupnick Campbell | $7,696,193.13 | $739,349.40 |
| 39. | Law Offices of Richard J. Serpe | $20,358,843.17 | $1,955,810.92 |
| 40. | Law Offices of Sidney D. Torres, III | $3,889,925.65 | $373,693.09 |
| 41. | Lemmon Law Firm | $645,385.08 | $62,000.14 |
| 42. | Levin Papantonio | $419,369.39 | $40,287.52 |
| 43. | Lucas Magazine | $637,293.95 | $61,222.85 |
| 44. | Martzell & Bickford | $2,652,345.12 | $254,802.57 |
| 45. | McCallum, Hoaglund, Cook & Irby | $1,616,318.36 | $155,274.69 |
| 46. | Michael A. Serrano, Esquire | $33,613.81 | $3,229.17 |
| 47. | Moeller Law Firm, LLC | $5,116.44 | $491.52 |
| 48. | Morgan & Morgan | $18,233,223.57 | $1,751,609.24 |
| 49. | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | $26,474.63 | $2,543.34 |
| 50. | Norton, Hammersley, Lopez & Skokos, P.A. | $121,604.63 | $11,682.18 |

| | Chinese Drywall Taishan Class Settlement<br>Contract Counsel Attorney Fees by Firm | | |
|---|---|---|---|
| Row | Law Firm | Claimant Recovery | Fee Amount |
| 51. | Parker Waichman | $2,439,648.44 | $234,369.46 |
| 52. | Parker Waichman and Whitfiled Bryson | $5,056.95 | $485.81 |
| 53. | Pasley, Nuce, Mallory & Davis, LLC | $15,825.26 | $1,520.28 |
| 54. | Paul A. Lea, Jr., APLC | $1,437,540.52 | $138,100.06 |
| 55. | Paulson & Paulson, P.L.C. | $116,250.22 | $11,167.80 |
| 56. | Pender & Coward, P.C. | $127,791.95 | $12,276.58 |
| 57. | Pita Weber Del Prado | $156,229.83 | $15,008.52 |
| 58. | Pittman, Dutton & Hellums | $241,662.44 | $23,215.76 |
| 59. | Podhurst Orseck | $197,637.27 | $18,986.40 |
| 60. | Reeves & Mestayer | $479,933.77 | $46,105.75 |
| 61. | Reich & Binstock | $1,227,352.66 | $117,907.96 |
| 62. | Roberts & Durkee PA  Milstein Adelman LLP | $563,522.18 | $54,135.83 |
| 63. | Seeger Weiss | $636,044.61 | $61,102.83 |
| 64. | Simon, Peragine, Smith & Redfearn, LLP | $1,511,907.34 | $145,244.25 |
| 65. | Smiley Law Firm | $113,929.98 | $10,944.90 |
| 66. | Steckler, LLP | $84,540.22 | $8,121.52 |
| 67. | Strom Law Firm, LLC | $53,960.57 | $5,183.82 |
| 68. | Taylor Martino, PC | $246,005.46 | $23,632.98 |
| 69. | The Braswell Firm, LLC | $120,414.76 | $11,567.87 |
| 70. | The Lambert Firm | $3,088,734.75 | $296,725.17 |
| 71. | Thornhill Law Firm, Fayard & Honeycutt APLC and N. Frank Elliot III, LLC | $884,075.41 | $84,930.38 |
| 72. | Toxic Litigation Group, LLC | $145,996.95 | $14,025.47 |
| 73. | Trenam Kemker Scharl Barkin Frye O'neill & Mullis P.A | $7,436.69 | $714.42 |
| 74. | Vaughn & Bowden, PA | $76,627.58 | $7,361.37 |
| 75. | Viles & Beckman, LLC | $263,794.01 | $25,341.87 |
| 76. | VM Diaz and Partners | $1,015,255.92 | $97,532.49 |
| 77. | WHITFIELD BRYSON & MASON LLP | $8,993,988.49 | $864,024.58 |
| 78. | Willis & Buckley | $519,913.35 | $49,946.46 |
| 79. | Total | $196,196,612.21 | $18,848,000.00 |