# Exhibit "D"

| Row | Law Firm | Claimant Recovery | Fee Amount |
|---|---|---:|---:|
| | **Chinese Drywall Allen Settlement** <br> **Contract Counsel Attorney Fees by Firm** | | |
| 1. | Baron & Budd, P.C. | $4,318.61 | $1,014.02 |
| 2. | Beavers Law Firm | $6,378.78 | $1,267.53 |
| 3. | Collins & Horsely PC | $7,828.55 | $1,521.03 |
| 4. | Doyle Law | $37,745.60 | $7,605.15 |
| 5. | Gentle, Turner, Sexton, Debrosse, & Harbison | $18,877.93 | $4,056.09 |
| 6. | Kaufman & Canoles, P.C. | $6,601.39 | $1,267.53 |
| 7. | Law Offices of Richard J. Serpe, P.C. | $1,079,884.12 | $225,619.56 |
| 8. | Parker Waichman LLP | $4,897.23 | $1,014.02 |
| 9. | Paulson & Paulson, PLC | $5,332.28 | $1,014.02 |
| 10. | Pender & Coward, P.C. | $5,866.43 | $1,267.53 |
| 11. | Reeves & Mestayer | $11,526.84 | $2,535.05 |
| 12. | Reich & Binstock, LLP | $6,266.20 | $1,267.53 |
| 13. | Seeger Weiss, LLP | $3,533.53 | $760.51 |
| 14. | Pasley & Nuce | $14,574.22 | $3,042.06 |
| 15. | **Total** | **$1,213,631.71** | **$253,251.64** |