## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### ORDER

The Court has received communications from the following plaintiffs, objecting to the denial of their claims under the Taishan Settlement Agreement or appealing their Allocation Amount Determination: Rizwan Ahmad [Exhibit A] and Dustin Fleetwood [Exhibit B]

**IT IS ORDERED** that the attached documents be filed into the record.

**IT IS FURTHER ORDERED** that Class Counsel file a response to these objections and appeals by Monday, May 18, 2020.

New Orleans, Louisiana this 11th day of May, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge

Appeal CDWQuestions
February 12 2020

Hello
To whom it may concern,
I have filled out the form, but felt I can explain some things a
little better on separate letter.
Most Of the form was clear and easy to fill but some options
were a little confusing.

I have been living in this property since new back November
2007. First I was renter and when bank took over this property,
bank gave me the option to buy.
From the April 2011 I owned this property.
In September 2012 it was tested positive to have some Taishan
Chinese drywall.
Fast forward to 2014 when we were told that the condo will be
remediated under some umbrella settlement. In mid of 2014
June / July time frame i was contacted by some attorneys office
from DC area. The attorneys office advised me to move out so
the unit can be remediated. Developers of this condo was
losing money on his rental units so he decided to get special
assessments added to our HOA. The goal was for the developer
by adding special assessments and get the whole building
painted. At the same time by doing this developer will have his
units remediated and exterior all painted so he can sell those

100 plus units.

1. My wife was pregnant and due in September 2014 plus the attorneys office was making me move plus these special assessments of about $3400 were added.
2. Not only I have to take care of my family plus move out so the unit can be remediated plus
3. I don't have a place to move to for 3-4 months time frame when remediation of unit taking place.
4. No one wants to do short term lease for apt so I can move my family.
5. Special assessments of $3400
6. All from my own pocket plus HOA dues.
7. Payment
8. Monthly expenses.

After talking to attorneys office and lots of back and forth the attorneys in DC finally gave 2-3k for little help. In what expense I don't know. I guess the attorneys office was given some funds for this reason or else they wouldn't have given anything.

Let me remind here all this is going on during the months of June - July of 2014.

I moved out of the unit and rented a place that was more of distance from work. For three months or so. My son was born in September of 2014 and mid October I moved back in my unit. The unit was presented back to make it look like by the remediation company sub contractors as "new". Let me tell you

there were lots of issues with the unit. The whole construction work was sloppy. Workmanship was horrible and material was no match when the original construction was done back in 2006-2007.
This subcontractor used same doors and trim material and kitchen cabinets with just sloppy paint on it. Some old Appliances(dishwasher)were **_used_** and some new appliances they put in the unit were not the same quality so ended breaking down again a lot sooner. New carpet but horrible quality. New AC unit but lower quality and no brand where I used to have Carrier AC unit before remediation.
Based on what I found out from the whole process the contractor charged for this sloppy job around 70k
I was given no options to contest this. Either moved back in or keep on living in same temporary rental.

Back to claim forms again
I am not sure about these options.
Page 6 and Section proof requirement #5 proof of assignment of right of remediation claim....
The unit was remediated with very sloppy workmanship so I don't know what option to select in this section.
Based on the documents I was given from Brown Greer, the letter states I only qualify for $400 plus only and for remediation the document states 90k which doesn't make any sense at all.

In the end I hope you grant me maximum possible amount for my pain and suffering through this ordeal.
Looking forward to favorable solutions.

Rizwan Ahmad
1690 Renaissance Commons Blvd
Apt 1521
Boynton Beach, FL 33426

Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, VA 23231

Rizwan Ahmad
1690 Renaissance Commons Blvd unit # 1521
Boynton Beach , FL 33426

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### TAISHAN CLASS SETTLEMENT ALLOCATION AMOUNT NOTICE
### DATE OF NOTICE: 3/6/2020
### DEADLINE TO REQUEST APPEAL: 4/6/2020

#### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name(s) | Rizwan Ahmad | | | | |
|---|---|---|---|---|---|
| Representative Claimant Name | | | | | |
| Claimant ID | 105316 | Affected Property ID | 7761 | Claim ID | 14004 |

| Affected Property Address | Street<br>1690 Renaissance Commons BlvdApt 1521 | | |
|---|---|---|---|
| | City<br>Boynton Beach | State<br>FL | Zip Code<br>33426 |

| Law Firm | Pro Se |
|---|---|

## II. ELIGIBILITY DETERMINATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. The table below shows a brief summary of how your objective facts and circumstances were applied under the Allocation Model.

**Please note that if you previously received an Estimate Letter, the amount of the estimate was a _gross_ allocation amount (_before_ deducting attorneys' fees and reasonable costs). The Allocation Amount identified below is your <u>net award</u> after deducting attorneys' fees and costs awarded by the Court.**

**We calculated your Allocation Amount by applying the Allocation Model approved by the Court to the following information on the Revised Master Spreadsheet for this Property:**

| 1. | PRODUCT ID | J- "DRYWALL" WITH DIMENSIONS |
|---|---|---|
| 2. | UNDER AIR SQUARE FOOTAGE | 1119 |
| 3. | PRIOR PAYMENTS | $90,636.71 |
| 4. | ASSIGNMENT | No |
| 5. | PLAINTIFF GROUP | NEW CLAIM |
| 6. | MULTIPLE OWNERS | No |
| 7. | ALLOCATION AMOUNT | $ 416.46 |

## III. Your Options After This Notice

If you agree with the information we confirmed, no action is required.

If you believe the Allocation Model has been misapplied to your claim, you may file an Appeal with the Court. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

We are available to help you if you have questions or need assistance; however, we cannot assist with filing an appeal. If necessary, you can contact us at (804) 521-7200 or send an email to CDWQuestions@browngreer.com.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### TAISHAN CLASS SETTLEMENT DENIAL NOTICE
### DATE OF NOTICE: 2/25/2020
### DEADLINE TO REQUEST APPEAL: 3/26/2020

### I. CLAIMANT AND CLAIM INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Claimant Name(s)** | Dustin M Fleetwood | | | | |
| **Representative Claimant Name** | | | | | |
| **Claimant ID** | 113980 | **Affected Property ID** | 17783 | **Claim ID** | 14042 |

| | | | |
|---|---|---|---|
| **Affected Property Address** | Street<br>3517 Golden Dr. | | |
| | City<br>Chalmette | State<br>LA | Zip Code<br>70043 |
| **Law Firm** | Pro Se | | |

### II. DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Taishan Class Settlement Program and relates to the claim and Affected Property identified in Section I. Your claim is denied for the following reason(s):

### DENIAL REASON(S)

1. Under Air Square Footage – Failure to submit sufficient proof of the under air square footage of the Affected Property.

2. Ownership – Failure to submit proof of ownership of the Affected Property.

3. Owner Affidavit – You failed to submit a properly signed and notarized Owner Affidavit.

### III. YOUR OPTIONS AFTER THIS NOTICE

You may file an Appeal to the Court if you disagree with the denial of your claim. The deadline to appeal is 30 days from the date of this Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

The decision of the Court with respect to appeals from Allocation Amount determinations shall be final and binding on Class Members, and there shall be no appeal to any other court including the U.S. Court of Appeals for the Fifth Circuit, such right of appeal having been knowingly and intentionally waived by each Settlement Class Member.

From: Dustin Fleetwood
Property Address:     3517 Golden Drive Apt. A, B, C, D
                     Chalmette, LA 70043

Mailing Address:     3220 N. Arnoult Rd. #152
                     Metairie, LA 70002

To: The Honorable Judge Eldon E. Fallon
    500 Poydras Street, Room C-456
    New Orleans, LA 70130

Date: March 23, 2020

Dear Judge Fallon,

I'm writing this letter concerning an appeal for the Chinese Drywall Settlement Program for my property on **3517 Golden Drive. Apt. A, B, C, D.** I received a denial notice on 2/25/2020 for my claim **# 14042).** The denial notice listed the following explanations:

- *Under Air Square Footage – Failure to submit sufficient proof of the under air square footage of the affected property*

- *Ownership – failure to submit proof of ownership of the affected property*

- *Owner Affidavit – failure to submit a properly signed and notarized Owner Affidavit.*

I purchased the property on April 25, 2010.  After learning that the property had Chinese drywall in September of 2013, I sought local legal representation, but several of the firms stated they were no longer accepting new clients.  My wife Windy spoke with Sondleta Johnson with Bruno and Bruno law firm and she informed my wife and I about filing for the settlement with administrators from Brown Greer (Exhibit A.) We went ahead and contacted Brown Greer. Honestly, we are individuals with no legal knowledge, we were lost and stressed throughout the process. I was informed we would need an inspection to confirm that my property had Chinese drywall, the

inspector found that all of the units on the property, including the unit I occupied, had Chinese drywall with Made in China written on back. After learning about the effects of Chinese drywall, a lot of the issues plaguing the property made sense, such as the a/c problems, electrical issues, appliances breaking, and the corrosion of the copper plumbing. These are still ongoing issues I face with the property today, that cannot be fixed without the removal of the drywall.

This is my second time submitting documents for the settlement program, the first time I applied and completed all the uploads on the Brown Greer website was October 16, 2013. I sent an email asking administrators if they received my verification of claims attached (Exhibit C). I received a response from them confirming receipt (Exhibit C). Despite getting a portal ID and claimant number assigned log plus confirm receipt before October 25, 2013 deadline.(Exhibit B&D), I was told by email over January 12, 2015 by administrators that they could not locate my claim and I missed the October 25, 2013 deadline. I was being informed over a year later (Exhibit D). I was devastated and could not believe how the administrators lost my claim. (Exhibit D) This January I was emailed and told that I could resubmit for the Chinese Drywall settlement and proceeded again to upload my documents via the online portal.   Again, it seems my documents are getting lost. I submitted all the documents they are saying they did not receive (Exhibit E), I have included the documents they have lost again in Exhibit E. I am someone who is not well versed in legal proceedings, but I hope this letter and documents that I already submitted before to Brown Greer are proof of my qualifying since 2013.

During the time I first applied, I had a mental break down and had to leave my job due to the stress of dealing with the problems with my property and the compiled stress on the job. I started seeing a psychiatrist who treated me for depression and anxiety, and I am still being treated by a doctor.

I could not work for a couple of years and started receiving SSI for my mental breakdown. I've gotten better with medication and therapy, but the Chinese Drywall is still a problem for me and causes me anxiety and headaches.

My mother and youngest son have preexisting breathing and respiratory problems, and the drywall makes it worse. I was sold this toxic property by a contractor who bought it after Hurricane Katrina. This was the worst thing to ever happen to me, my family, and low-income tenants I rent to. My mom can no longer stay on the property because her asthma is terrible. Honestly, your Honor, I tried to get a lawyer to no avail. I apologize for my lack of legal knowledge. I am not a wealthy person and I cannot afford to remove the drywall. I just got laid off from my job on film sets due to the Covid -19 Coronavirus.

At this point I don't know what to do anymore. I was happy that I had a second chance to get my property fixed. I'm thinking maybe Brown Greer site gets occasional virus or hacked. I am trying to understand why some of my documents never get uploaded or lost by them. Maybe they are overloaded and the system crash and deletes? Who really knows? However, I am begging and pleading with the court and the Honorable Judge Fallon to please reverse this denial and right this wrong for me, my family and so many others, please allow me to receive the compensation to help repair my home and remove the Chinese Drywall for good. No one and their family should have to live in a toxic environment at no fault of their own. I thank you for your time, consideration and understanding in these difficult times for all of us.


Kindest Regards,

Dustin Fleetwood

Fwd: Registration Form

From:  Windy Fleetwood (fleetwoodwindy@gmail.com)                    Exhibit A

To:      dustinf2005@yahoo.com

Date:   Wednesday, September 11, 2013, 11:26 AM CDT


Sent from my iPhone

Begin forwarded message:

> **From:** "Sondleta Johnson" <letha@brunobrunolaw.com>
> **Date:** September 9, 2013, 12:42:17 PM CDT
> **To:** <fleetwoodwindy@gmail.com>
> **Subject: Registration Form**
>
> Hi Windy,
>
> It was a pleasure to speak with you earlier today.  Per the email sent to Brown Greer, Rachel informed me that you will need to complete the attached the registration form and submit it as soon as possible and return it to CDWQuestions@browngreer.com .  You will need to provide as much information and documentation stating your reasons (i.e. out of town due to employment) why you missed the registration deadline so hopefully your registration will be accepted into the settlement program.  Again, you will have until September 30 to produce the other documentation (i.e. inspection report) to validate your claim.  As I mentioned during our telephone conversation, the company that a client utilized to have their home inspected is called Industrial Safety & Health.  They are located in Metairie the address is 4713 Utica Street and their phone number is (504)885-6391.  Wishing you many blessings on getting your claim accepted and reviewed into the settlement program.
>
> Have a great day!
>
> Sondleta B. Johnson
> Bruno & Bruno
> Legal Assistant to Joseph M. Bruno,
> Melissa DeBarbieris & Daniel Meyer
> 855 Baronne Street
> New Orleans, Louisiana 70113
> Office:  (504)525-1335 ext. 149
> Fax:  (504)561-6775
>
> letha@brunobrunolaw.com
>
> The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.   If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.   If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

## Chinese Drywall Settlement Program

From:   CDWQuestions (cdwquestions@browngreer.com)

To:      dustinf2005@yahoo.com

Date:   Tuesday, October 1, 2013, 01:53 PM CDT

*EXhibit B*

You are receiving this email because you submitted a Registration Form past the deadline of July 8th. We have submitted your registration as a Provisional Registration. It is up to the court whether or not these Registrations will be accepted into the program, which we do not have further information on at this time.

Now that you have a Provisional Registration, you may file your Claim Forms. We have created an online portal for you to use that is linked to your Claimant ID number. You may login to your online portal and complete your Claim Form(s) by the deadline of 10/25/13. If you do not wish to use the portal to complete the Claim Form(s), then you may print and complete hard copy Claim Forms through the website at https://www3.browngreer.com/drywall.

Login ID:  dfleetwood

Login Password: ███████

If you have any questions please call or email us and we will be happy to assist you.

Thank you,

Chinese Drywall Settlement Administrator

**BROWNGREER PLC**

P.O. Box 25401

Richmond, Virginia  23260

Telephone:  (804) 521-7200

Facsimile:  (804) 521-7299

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

Yahoo Mail - Re: Verification of Claims



**To:** CDWQuestions
**Subject:** Re: Verification of Claims

Can you please let me know the status of my claim? I have not received any updates on the status of my claim.

Thanks

On Wednesday, October 16, 2013 2:22 PM, CDWQuestions <CDWQuestions@browngreer.com> wrote:

We confirm receipt.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Dustin Fleetwood [mailto:dustinf2005@yahoo.com]
**Sent:** Wednesday, October 16, 2013 1:25 PM
**To:** CDWQuestions
**Subject:** Verification of Claims

Please confirm that you have received the attached Verification of Claims attached.

Thanks,
Dustin Fleetwood
(504) 913-4605

The Court has extended the deadline to file claims in the Chinese Drywall Settlement Program to October 25, 2013.  All claims must be submitted to the Settlement Administrator by October 25, 2013.  In order to submit claims you must be registered in the Chinese Drywall Settlement Program.
If you did not register before the July 8, 2013 Registration deadline and still wish to participate in the Class Settlements, you may file a Provisional Registration on or before October 18, 2013.  To file a provisional registration, you must go to https://www3.browngreer.com/Drywall/Un-Secure/RequestAccess.aspx and complete the Provisional Registration process.  You can email CDWQuestions@browngreer.com if you have any questions about the Provisional Registration process.  If you do not have internet access, you may request a Provisional Registration Form by calling 1-866-866-1729 or by

3/25/2020                                   Yahoo Mail - Re: Verification of Claims

Re: Verification of Claims                              *Exhibit D*

From:  Dustin Fleetwood (dustinf2005@yahoo.com)

To:     CDWQuestions@browngreer.com

Date:  Monday, January 12, 2015, 09:07 AM CST

We also submitted the attached Registration Form on September 12, 2013.

On Monday, January 12, 2015 9:04 AM, Dustin Fleetwood <dustinf2005@yahoo.com> wrote:

We sent the verification of claim October 16, 2013 and received a confirmation the same day.

Please see the attached CDW verification of claim that we sent in.

On Monday, January 12, 2015 8:59 AM, CDWQuestions <CDWQuestions@browngreer.com> wrote:

Mr. Fleetwood,

We could not locate a claim submitted by you to the Chinese Drywall Settlement Program. The deadline to file claims in the Chinese Drywall Settlement Program was set by the Court and expired on October 25, 2013. As a neutral party, the Settlement Administrator cannot accept Claims after the deadline set by the Court.

You must have submitted a claim form in order to be eligible for payment. Having submitted the Verification of Claims form does not mean you will be paid. Attached are two emails sent to you before the 10/25/13 stating that claims/claim forms must have been filed by 10/25/13.

Thank you,

Chinese Drywall Settlement Administrator
BROWNGREER PLC
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

From: Dustin Fleetwood [mailto:dustinf2005@yahoo.com]
Sent: Sunday, January 11, 2015 8:39 PM

Exhibit E

REC'D JUN 1 4 2010

File No.   NO096-10

Bayou Title, Inc.
1820 Belle Chasse Hwy., #205
Gretna, LA 70056
(504) 393-0315

ACT OF CASH SALE

FROM: HOLLY INVESTMENTS, LLC

TO:  DUSTIN MICHAEL FLEETWOOD

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ST. BERNARD

BE IT KNOWN that on this 26th day of April , 2010 :
BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish of ST. TAMMANY, State of Louisiana, and in the presence of the undersigned competent witnesses, personally came and appeared:

HOLLY INVESTMENTS, LLC (**-***9493), a limited liability company organized under the laws of the State of Louisiana, represented herein through Philip L. Capitano, Member, duly authorized by virtue of a Certificate of Authority, an original of which is attached hereto and made a part hereof; mailing address is 4041 Teche Drive, Kenner, LA 700651

herein called SELLER, who declared that for and in consideration of the price and sum of  One Hundred Seventy-Three Thousand Five Hundred and 00/100 ($173,500.00), receipt of which is acknowledged by the SELLER, Seller hereby sells and delivers with full warranty of title and subrogation to all rights and actions of warranty SELLER may have, unto:

DUSTIN MICHAEL FLEETWOOD (***-**-7925), a person of the full age of majority and a resident of the Parish of St. Bernard, State of Louisiana, who after having been first duly sworn did depose and say that he has been married but once and then to Windy Coleman, with whom he is presently living and residing; he did further depose and say that the property being purchased herein will be his separate and paraphernal property, being purchased with his separate and paraphernal funds, and will not form any part of the community of acquets and gains which currently exists between he and his spouse; his mailing address is 3517 Golden Drive, Chalmette, LA 70043;

herein called BUYER, the following described property the possession and delivery of which BUYER acknowledges:

ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as GOLDEN PLACE SUBDIVISION, on a plan of subdivision by Eugene I. Estopinal, C.E., dated December 26, 1968, revised March 29, 1973, being the resubdivision of a portion of original Lot 15, Lacoste Plantation, a copy of which is annexed to an Ordinance of St. Bernard Parish Police Jury, granting final approval to said subdivision in which the hereinafter described lot is located which ordinance is dated February 12, 1973, and according to said plan said lot is designated as follows to wit:

LOT 56, GOLDEN PLACE SUBDIVISION, St. Bernard Parish, Louisiana, being bounded by Golden Drive, Genie Street, Rosetta Drive, eastern boundary of subdivision and Josephine Street. Lot 56 measures 59.85 feet front on Golden Drive, same width in the rear, by a depth of 100.40 feet between equal and parallel lines. All in accordance with a survey made by Eugene I. Estopinal, C.E., dated December 16, 1975, resurveyed April 12, 1977, located improvements May 19, 1977.  All as more fully shown on a survey made by Estopinal Surveying and Engineering, Inc., C.E., dated May 10, 2001.

Improvements thereon bear the Municipal No. 3517 Golden Drive, Chalmette, Louisiana.

Being the same property acquired by Holly Investments, LLC from Philip Capitano by act passed before Lynne Fruchtnicht, Notary Public dated November 7, 2006 and recorded November 13, 2006 at File Number: 478152, Book 813, Page 898, official records of St. Bernard Parish, State of Louisiana.

**THIS ACT IS FURTHER MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1.    Restrictions contained in the act dated May 31, 1974, filed in COB 122, folio 367.

2.    Right of way in favor of LP&L Company dated 1/22/74, recorded in COB 121, folio 89, measuring 10 feet along the entire rear or easterly line of Lot 56.

3.    Ten foot servitude along the entire rear of the lot as shown on survey made by Eugene I. Estopinal Surveying and Engineering, Inc., C.E. & S., dated May 10, 2001.

4.    Any and all items shown on the plan of subdivision by Eugene I. Estopinal, C.E., dated December 26, 1968, revised March 29, 1973.

5.    Deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604©.

6.    The reference to any mineral reservations, restrictions, servitudes, easements, rights of way or other encroachments adversely affecting the title or physical condition of the hereinabove described property shall not be construed as an acknowledgment, confirmation or reestablishment thereof.

This transfer is subject to such prior servitudes, reservations and lease of record in the office of the Clerk and Recorder for the Parish of St. Bernard, State of Louisiana.

Taxes for the current year (2010) will be prorated.

*AND NOW TO THIS ACT INTERVENES, WINDY COLEMAN FLEETWOOD,* a person of the full age of majority and a resident of the Parish of St. Bernard, State of Louisiana, appearing herein to acknowledge that the property being purchased herein will be the separate and paraphernal property of her spouse, DUSTIN MICHAEL FLEETWOOD, being purchased with his separate and paraphernal funds and will not form any part of the community of acquets and gains which currently exists between them.

The parties to this act take cognizance that a current survey of the property has not been obtained; that the purchaser has waived his rights to same; and that all parties hereto relieve and release me, Notary, from any and all liability and responsibility in connection therewith.

### AS-IS, WHERE-IS WITH WAIVER OF REDHIBITION

The undersigned agree that the terms stated herein do not affect any right either the Purchaser or Seller may have under any inspection clauses that may be a part of the Agreement to Purchase.

Providing that Purchaser(s) inspections, as per the property Condition Clause on the Agreement to Purchase, are satisfactory to Purchaser(s) agree that the FOLLOWING STATEMENT WILL BE MADE A PART OF THE ACT OF SALE AND SHALL GO INTO EFFECT AT THE ACT OF SALE.

Buyers or their representative have fully examined and inspected the entire building which comprise the premises prior to the execution of this Agreement, and Buyers know and are satisfied with the physical condition (including but not limited to foundation, structures, and utilities, and concerning, but not limited to, design, material, construction and workmanship) of the premises in all respects, including, but not limited to, any visible or hidden termite infestation and resultant damage therefrom, and that same is acceptable to Buyers "AS IS" and that Buyers agree that no representation, statements or warranties have at any time been made by Sellers, or their agents, as to the physical condition (including, but not limited to, foundation, structures and utilities, and concerning, but not limited to, design, material, construction and workmanship) or state of repair of the premises in any respect, and that the purchase price takes into consideration the condition of the premises.

Seller(s) and Purchaser(s) hereby acknowledge and recognize that this sale is in an "AS IS" condition, and accordingly, Purchaser(s) do hereby relieve and release Seller(s) and all real estate agents, real estate brokers, real estate agencies, and/or real estate companies, and all previous owners thereof from any and all claims for any vices or defects in said property, whether obvious or latent, known or unknown, easily discoverable or hidden, and particularly for any claim or cause of action for redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., or for diminution of

purchase price pursuant to Louisiana Civil Code Articles 2541, et seq., or for fitness for Purchaser's ordinary use pursuant to Civil Code Article 2524, et seq..." Purchaser further waives any and all rights or causes of action pertaining to any environmental condition, hazardous substance or material, or physical contamination of the herein conveyed property.

Purchaser(s) acknowledge that the foregoing waivers have been called to their attention and read and explained to them and that they are a material and integral consideration for this Act of Sale.

*Dustin Michael Fleetwood*
**DUSTIN MICHAEL FLEETWOOD**

Seller(s) and Purchaser(s) hereby acknowledge that Seller(s) affirmatively transfers all mineral rights, if any are owned, and any future causes of actions or benefits that may inure to the property, or to the benefit of the owner of the property, simultaneously with this act of sale.

*P C*
Seller(s) Initial

*DMF*
Buyer(s) Initial

All parties signing the within instrument have declared themselves to be of full legal capacity, and all agreements and stipulations herein, and all obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors, and assigns of the respective parties, and the BUYER, his/her heirs and assigns shall have and hold the described property in full ownership.

THUS DONE AND SIGNED by the parties at my office at NEW ORLEANS, Louisiana on the date first above written, in the presence of me Notary, and the following competent witnesses who have signed in the presence of me, Notary.

Witnesses:

HOLLY INVESTMENTS, LLC

*Tara Unbehagen*
Tara Unbehagen

*Philip L. Capitano*
By: PHILIP L. CAPITANO, Sole
Member/Manager

*Christina S. Jupiter*
Christina S. Jupiter

*Dustin Michael Fleetwood*
**DUSTIN MICHAEL FLEETWOOD**

*Windy Coleman Fleetwood*
**WINDY COLEMAN FLEETWOOD (Intervenor)**

*William P. Curry*
WILLIAM P. CURRY, JR., NOTARY PUBLIC
#69118

# Affidavit of Ownership

State of Louisiana
Parish of St. Bernard


I, Dustin Fleetwood, owner of 3517 Golden Drive Apt. 4-Plex, Chalmette, Louisiana 70043, being of legal age, depose and say that:

**Description of Property**
I am presently the owner of real property situated at 3517 Golden Drive Apt. A, B, C, & D, in Chalmette, Louisiana 70043.

**Ownership**
I acquired ownership of the above property on April 26th, 2010.

**Possession**
I personally took possession of the property from the date of purchase and I currently  have possession of the property. I have no knowledge of any facts which would indicate that my ownership or possession of the subject real property would be called into question or dispute. To my knowledge, my title to the subject premises has never been disputed, rejected, or questioned.

**Lien and Encumbrances**
No claim or action has been brought to my attention which questions my title or right to possession of the property and to my knowledge no actions are pending against me in any Court.


This affidavit is being made as proof that I am the rightful owner of the property described in this Affidavit.



_____               02-03-2020
OWNER   -  Dustin Fleetwood                                              DATE

WITNESSES

_____               _____
Windy Fleetwood                                                         Macy McFeld
                                       NOTARY

# BJC CONSTRUCTION, INC.

Phone (504)913-3587 Fax (504)272-0116
6013 EAST ST. BERNARD HWY VIOLET, LA 70092
LA License #17434

## *Prepared for Dustin Fleetwood*

**January 31, 2020**

I am license contractor and home builder, I have measured the under air square footage of 3517 Golden Dr. Chalmette, Louisiana 70043. Measurements are as follows:

Unit A    1,000

Unit B    1,000

Unit C    1,000

Unit D.   1,000

A total of 4,000 Under air square footage.

**Bradley Cantrell**
**Owner/Builder**