UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED    MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                                SECTION "L"
This document relates to:
                                JUDGE ELDON
                                FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                MAGISTRATE:
                                JOSEPH
                                WILKINSON, JR.
Case No. 14-cv-2722


        Deposition of SUSYN CAIN,
 51171 Wade Street, Metairie, Louisiana
 70003, taken at the Law Offices of Fishman
 Haygood, LLP, 201 St. Charles Avenue, 46th
 Floor, New Orleans, Louisiana 70170, on
 Thursday, the 21st day of November, 2019.



 REPORTED BY:
 MICHELINE COSSE' BURAS, CCR, RPR
 Certified Court Reporter

```
 1          Q.  And have you ever had an appraisal
 2     completed on the property?
 3          A.  I'm not sure they -- I'd have --
 4     I'm not sure.
 5          Q.  Okay.  Do you recall if there was
 6     an appraisal completed on the property
 7     prior to purchase?
 8          A.  I don't recall.  It's been so long
 9     ago.
10          Q.  And back to the most recent sale,
11     who purchased the property?
12          A.  Richard Calevro, Richard Calevro.
13             MR. DOYLE:
14                 Calevro, yeah.
15     EXAMINATION BY MS. JOHNSON:
16          Q.  What was that, Ms. Cain?
17          A.  Richard Calevro, C-A-L-E-V-R-O.
18          Q.  Okay.  And he was also noticed for
19     the deposition today.  Do you know where he
20     is?
21          A.  No.
22          Q.  Okay.
23          A.  No.
24          Q.  And how much did he purchase the
25     property for?
```