**From:** **Jimmy Doyle** jimmy@doylefirm.com 
**Subject:** Re: Bennett Depositions
**Date:** November 12, 2019 at 4:26 PM
**To:** Dysart, Daniel ddysart@fishmanhaygood.com
**Cc:** Miller, Kerry kmiller@fishmanhaygood.com, Johnson, Ashley ajohnson@fishmanhaygood.com, Dodson, Michael mdodson@fishmanhaygood.com, Johnson, Kaki kjohnson@fishmanhaygood.com, Veith, Rebekka C. rveith@fishmanhaygood.com

Kerry:

Attached you'll find a table with the availability of plaintiffs for deposition in the coming weeks.  We'll continue to update as the dates/times are confirmed.  Please issue the deposition notices for those who have confirmed their availability so that we can forward them and allow time to address your expected additional discovery requests.

Thanks.

Jimmy Doyle
DOYLE LAW FIRM, PC
(205) 533-9500   phone
(844) 638-5812   fax
jimmy@doylefirm.com


On Nov 11, 2019, at 10:19 AM, Dysart, Daniel <ddysart@fishmanhaygood.com> wrote:

Jimmy,

We previously provided November deposition availability almost a month ago, along with availability in October on multiple occasions but without any plaintiff confirmations since September.  We have included the updated availability for November here again. Please confirm by end of the day tomorrow, November 12, 2019 if any plaintiff depositions can be confirmed for the remainder of November based on the availability below.

November:

18th -  4 depositions – ARH or Non-ARH
19th – 2 Depositions anywhere (ARH) ; 1 deposition (Non ARH -NOLA PM Only)
20th  – 4 Depositions – ARH or Non-ARH
21th  – 4 Depositions – ARH or Non-ARH
22nd – 1 Deposition AM (Non ARH; Nola Only))
25th – 4 depositions – (Non -ARH)
26th – 4 Depositions (Non-ARH)
27th – 2 Depositions (NON-ARH; NOLA Only)


I am also attaching the draft stipulation you requested from Kerry.  Let us know if you want to discuss.


**Danny Dysart**
ddysart@fishmanhaygood.com

**Fishman**Haygood LLP

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170
t: 504.586.5252  d:504.556.5547  f: 504.310.0279

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Jimmy Doyle <jimmy@doylefirm.com>
**Sent:** Friday, November 8, 2019 5:41 PM
**To:** Miller, Kerry <kmiller@fishmanhaygood.com>
**Cc:** Ajohnson@fishmanyhaygood.com; Dysart, Daniel <ddysart@fishmanhaygood.com>; Dodson, Michael <mdodson@fishmanhaygood.com>; Johnson, Kaki <kjohnson@fishmanhaygood.com>; Veith, Rebekka C. <rveith@fishmanhaygood.com>
**Subject:** Re: Bennett Depositions

Kerry:

We're going to send you the dates we'll make the remaining plaintiffs available starting on November 18, 2019.  Given the limited time remaining for discovery, we can't wait until December to start scheduling them.

Regards,

Jimmy Doyle
DOYLE LAW FIRM, PC
(205) 533-9500   phone
(844) 638-5812   fax
jimmy@doylefirm.com

> On Nov 8, 2019, at 3:20 PM, Miller, Kerry <kmiller@fishmanhaygood.com> wrote:
>
> Jimmy,
>
> We previously provided October and November dates without further depositions being scheduled.  In light of the Court's recent extension of discovery deadlines, please provide times, dates, and locations for ***all remaining claimants in the Bennett operative action that have not been deposed*** on the following dates:

December 2 – 6
December 9-13
December 16-20
December 23
December 30-31.

**Please provide confirmation of depositions and dates to be noticed for all remaining active Bennett Claimants by COB November 15, 2019.**

Once the remaining first depositions are scheduled, we will send a list of claimants and dates for re-depositions required due to supplemental PPF, SPPF, and PFS documents produced after the time of deposition.

**Kerry Miller**
kmiller@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t:504.586.5252 d:504.556.5549  f:504.310.0250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

<DRAFT - Stip.docx>



191112 –
Deposi...od.pdf

Deposition Scheduling - Plaintiffs
*Bennett v. Knauf*
November-December 2019

| Day of Week | Date | Start Time | Name | | Location | Status |
|---|---|---|---|---|---|---|
| Monday | Nov 18, 2019 | 10:00 am | Skyline Glass, LLC | ARH or non-ARH | Miami, FL | Confirmed |
| Monday | Nov 18, 2019 | 1:00 pm | Salabarria | ARH or non-ARH | Miami, FL | Confirmed |
| Tuesday | Nov 19, 2019 | 10:00 am | Blonsky | ARH | Miami, FL | |
| Tuesday | Nov 19, 2019 | 1:00 pm | Ferry | Non-ARH | New Orleans | Confirmed |
| Wednesday | Nov 20, 2019 | 10:00 am | Arrowhead Investments, LLC | ARH or non-ARH | New Orleans | Confirmed |
| Wednesday | Nov 20, 2019 | 2:00 pm | CDO | ARH or non-ARH | Ft. Myers, FL | Confirmed |
| Wednesday | Nov 20, 2019 | 1:00 pm | Wang | ARH or non-ARH | New Orleans | Confirmed |
| Thursday | Nov 21, 2019 | 9:00 am | Walimire | ARH or non-ARH | Ft. Myers, FL | Confirmed |
| Thursday | Nov 21, 2019 | 10:00 am | Cain | ARH or non-ARH | New Orleans | Confirmed |
| Thursday | Nov 21, 2019 | 1:00 pm | Jordan | ARH or non-ARH | New Orleans | Confirmed |
| Friday | Nov 22, 2019 | 10:00 am | Thomas | Non-ARH | New Orleans | Confirmed |
| | | | | | | |
| Monday | Nov 25, 2019 | 10:00 am | Humphries | Non-ARH | New Orleans | |
| Monday | Nov 25, 2019 | 10:00 am | Armstrong, Baldwin, Chedester & Grande | Non-ARH | Houston, TX | |
| Monday | Nov 25, 2019 | 1:00 pm | McCullar | Non-ARH | New Orleans | |
| Monday | Nov 25, 2019 | 1:00 pm | Armstrong, Baldwin, Chedester & Grande | Non-ARH | Houston, TX | |
| Tuesday | Nov 26, 2019 | 10:00 am | Mark Lee | Non-ARH | New Orleans | |
| Tuesday | Nov 26, 2019 | 10:00 am | Armstrong, Baldwin, Chedester & Grande | Non-ARH | Houston, TX | |
| Tuesday | Nov 26, 2019 | 1:00 pm | Carlisle Place LLC & Christovich | Non-ARH | New Orleans | |
| Tuesday | Nov 26, 2019 | 1:00 pm | Armstrong, Baldwin, Chedester & Grande | Non-ARH | Houston, TX | |
| Wednesday | Nov 27, 2019 | 10:00 am | Dung Nguyen | Non-ARH | New Orleans | |
| Wednesday | Nov 27, 2019 | 1:00 pm | Gauthreaux | Non-ARH | New Orleans | |
| | | | | | | |
| Thursday | Nov 28, 2019 | | | | | Thanksgiving |
| Friday | Nov 29, 2019 | | | | | Thanksgiving |
| | | | | | | |
| Monday | Dec 2, 2019 | 11:00 am | Estate of Catherine Baber | Non-ARH | Jackson, MS | |
| Monday | Dec 2, 2019 | 10:00 am | R&S Properties | Non-ARH | Huntsville, AL | |
| Monday | Dec 2, 2019 | 2:00 pm | Phillips | Non-ARH | Jackson, MS | |
| Monday | Dec 2, 2019 | 1:00 pm | Cason | Non-ARH | Huntsville, AL | |
| Tuesday | Dec 3, 2019 | 9:00 am | Scott | Non-ARH | Huntsville, AL | |
| Tuesday | Dec 3, 2019 | 9:00 am | Bennett | Non-ARH | Huntsville, AL | |
| Tuesday | Dec 3, 2019 | 12:00 pm | Reynolds | Non-ARH | Huntsville, AL | |
| Tuesday | Dec 3, 2019 | 2:00 pm | Amuso | Non-ARH | Birmingham | |
| Wednesday | Dec 4, 2019 | 9:00 am | Brady | Non-ARH | Birmingham | |
| Wednesday | Dec 4, 2019 | 9:00 am | Hallmark | Non-ARH | Birmingham | |
| Wednesday | Dec 4, 2019 | 1:00 pm | Ijemere | Non-ARH | Birmingham | |
| Wednesday | Dec 4, 2019 | 1:00 pm | Stanfa | Non-ARH | Birmingham | |
| Thursday | Dec 5, 2019 | 9:00 am | Kelley | Non-ARH | Birmingham | |
| Thursday | Dec 5, 2019 | 9:00 am | Russell | Non-ARH | Birmingham | |
| Thursday | Dec 5, 2019 | 1:00 pm | Judge | Non-ARH | Birmingham | |
| Thursday | Dec 5, 2019 | | | | | |
| Friday | Dec 6, 2019 | | | | | |
| Friday | Dec 6, 2019 | 12:00 pm | Russo | ARH | Detroit, MI | |
| | | | | | | |
| Monday | Dec 9, 2019 | 10:00 am | Booker Lee | Non-ARH | Mobile, AL | |
| Monday | Dec 9, 2019 | 10:00 am | Annetta, LLC / Baco Annetta, LLC | ARH | Miami, FL | |

Updated:     7/19/19     7:00 PM

| Monday | Dec 9, 2019 | 1:00 pm | 1329 Gum, Jackson Land Trust | Non-ARH | Mobile, AL | |
|---|---|---|---|---|---|---|
| Monday | Dec 9, 2019 | | Jaramillo | Non-ARH | Miami, FL | |
| Tuesday | Dec 10, 2019 | | | | | |
| Tuesday | Dec 10, 2019 | | | | | |
| Tuesday | Dec 10, 2019 | | | | | |
| Tuesday | Dec 10, 2019 | | | | | |
| Wednesday | Dec 11, 2019 | | | | | |
| Wednesday | Dec 11, 2019 | | | | | |
| Wednesday | Dec 11, 2019 | | | | | |
| Wednesday | Dec 11, 2019 | | | | | |
| Thursday | Dec 12, 2019 | | | | | |
| Thursday | Dec 12, 2019 | | | | | |
| Thursday | Dec 12, 2019 | | | | | |
| Thursday | Dec 12, 2019 | | | | | |
| Friday | Dec 13, 2019 | | | | | |
| Friday | Dec 13, 2019 | | | | | |
| Friday | Dec 13, 2019 | | | | | |
| Friday | Dec 13, 2019 | | | | | |

Updated:     7/19/19     7:00 PM