# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| Case No. 14:cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

Defendant, Knauf Gips KG ("Gips"), moves this Court for an Order granting it leave to file a reply in support of its Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure (Rec. Doc. 22678) as to the claims asserted against it. The proposed Reply, which is attached hereto, addresses arguments made by Plaintiffs in their Opposition (Rec. Doc. 22797). Gips submits that a Reply will assist the Court in resolving the Motion to for Summary Judgment.

WHEREFORE, defendant, Knauf Gips KG, requests that this Court grant its Motion for Leave to File Reply in Memorandum In Support of Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure (Rec. Doc. 22678) and that the attached Reply be filed into the record. Knauf Gips KG also requests any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:           kmiller@fishmanhaygood.com
***Counsel for Defendant,***
***Knauf Gips KG***

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of May, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**