IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to:<br>Case No. 09-4119 | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

**DEFENDANT MANUFACTURERS' PROFILE FORM**

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

A. Manufacturer Name Knauf Gips KG ("Knauf Gips")[1]

B. Address Am Bauhof 7, 97346, Iphofen, Germany

C. Phone number +49 9323 31-0

D. Email address info@mail.knauf.de

E. Web site http://www.knauf.de

F. President or CEO Klaus Koch

G. Headquarters if Foreign Iphofen, Germany

H. Address of USA Headquarters None

I. Name of supervisor at USA Headquarters None

[1] Knauf Gips KG is responding to Defendant Manufacturers' Profile Form voluntarily and in the spirit of cooperation in these multidistrict proceedings but without waiving any of its rights to object, in these or in any other proceedings, to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery and that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

J. Principal Place of Business in USA None

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009 None

L. Name of Manager at each office or location identified in I(J) above None

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

## II. COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

A. Name: Doug Sanders, Baker & McKenzie LLP; Don Hayden, Baker & McKenzie LLP

B. Address: 130 E. Randolph Dr., One Prudential Plaza, Chicago IL 60657;
Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami FL 33131

C. Phone Number: +1 312 861-8075; +1 305 789-8966

D. Fax Number: +1 312 698-2375; +1 305 789-8953

E. E-Mail: douglas.b.sanders@bakernet.com; donald.j.hayden@bakernet.com

## III. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1. Product Identification: Knauf Gips has not manufactured Chinese Drywall and responds none or not applicable to all of the questions in Section III.

Name of Manufacturer(s)' drywall product:

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

List all trademarks applicable to the product: :

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

Exporter Name: ______

Address of Exporter: ______

Date of Export: ____/____/________ (Month / Day / Year)

Name of all ports through which shipment was in transit. ________________

Name of final port where shipment was offloaded: ____________________

Date shipment was offloaded: ____/____/________ (Month / Day / Year)

Amount of Drywall exported: ______________________________

Name of shipper: ______________________________

Address of shipper: ______________________________

______________________________

______________________________

Mode of Shipment: ______________________________

Name of vessel: ______________________________

3. Importer Information (identify the following for each importer):

Importer Name: ______________________________

Address of Importer: ______________________________

______________________________

______________________________

Date of Import: ____/____/________ (Month / Day / Year)

Amount of Drywall imported: ______________________________

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

5. Are you are of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? .

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:

Address of entity providing storage: ______________________________

______________________________

______________________________

Dates product was stored:

___/___/_______ (Month / Day / Year) to ___/___/_______ (Month / Day / Year)

Quantity of product stored: ____________________

Price paid for storage: ____________________

Name of contact person at storage facility: ______________________________

Phone number: ____________________

Email address: ______________________________

List any complaints made or received regarding storage of the product:

______________________________________________________________

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

a. Express warranties:______________________________

b. Product specifications:______________________________

c. Product information and/or instructions for storage or use:______________________________

## IV. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

1. For each policy, identify the following:

Insurer: ______________________________

Dates policy in effect: ______________________________

01/01/2009 (Month / Day / Year) to 12/31/2009 (Month / Day / Year)

Policy Number: ______________________________

Type of Policy: ______________________________

Insurance Agent ______________________________

Policy Coverage Limits ______________________________

______________________________

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

1. For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: ____________________

Description of claim: ____________________

Insurer's response to claim: ____________________

If in litigation:

Caption of Case: ____________________

Name and address of attorneys involved: ____________________

Insurance carriers involved: ____________________

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

[signature]
Signature

Oliver Fröhlich
Print Name

September 01, 2009
Date

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **: MDL No. 2047**<br>**: Section L**<br>**:** |
| **This Document Relates to ALL CASES** | **: JUDGE FALLON**<br>**: MAG. JUDGE WILKINSON** |

**DISTRIBUTOR PROFILE FORM**

All Defendant Drywall Distributors must complete and submit this Defendant Distributors' Profile Form. Additionally, each Defendant Drywall Distributor must sign and date Exhibit A to the Defendant Distributors' Profile Form for each property owned, rented or occupied by persons who are named Plaintiffs in suits pending in the MDL. The term "Chinese Drywall or Wallboard" encompasses all wallboard of Chinese origin or manufacture without reference to whether the particular wall board has been found to be defective. If additional knowledge becomes known after completion, this Defendant Distributors' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

## I. IDENTIFICATION AND CONTACT INFORMATION

A. Distributor's Name: L&W Supply Corporation

B. Distributor's Address: 550 W. Adams Street, Chicago, IL 60661

C. Website: www.lwsupply.com

D. Headquarters if Foreign: N/A

E. Address of USA Headquarters: 550 W. Adams Street Chicago, IL 60661

F. Name of supervisor at USA Headquarters: Brendan Deely, President & CEO

G. Principal Place of Business in USA: Chicago, IL

H. Has Distributor operated under any names from 2001 to 2009? If so, please list and explain for each different locale.

L&W Supply is a wholly owned subsidiary of USG Corporation and operates under various names that have regional significance. A list of names is attached as **Exhibit 1.**

I. Did Distributor also install Chinese Drywall? If so, describe involvement as installer.

L&W Supply did not install Chinese Drywall.

## II. COUNSEL INFORMATION OF DEFENDANT DISTRIBUTOR

A. Name: W. David Conner & Moffatt G. McDonald

B. Address: Haynsworth Sinkler Boyd, P.A., P.O. Box 2048, Greenville, SC 29602

C. Phone Number: 864-240-3200

D. Fax Number: 864-240-3300

E. E-Mail: dconner@hsblawfirm.com; mgmcdonald@hsblawfirm.com

## III. DISTRIBUTOR'S PURCHASE OF CHINESE DRYWALL

For each purchase of Chinese Drywall between 2001 and 2009, please describe all sources from which Distributor purchased Chinese drywall, including manufacturers, exporters, importers, other distributors, sales agents, and/or sales brokers. Attach additional sheets as necessary.

A. Source: See attached **Exhibit 2** for items 1 through 8.

1. Name of Chinese Drywall Manufacturer, if known:

______________________________

______________________________

______________________________

2. Address of Chinese Drywall Manufacturer, if known:

______________________________

3. Name of Chinese Drywall Product, if known:

______________________________

4. Dates of purchase(s): ______________________________

5. Total Volume of received Chinese Drywall product:

______________________________

6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):

______________________________

7. List all trademarks of the product, if known:

______________________________

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

______________________________

9. If known, prior to your receipt of or taking title to the Chinese Drywall, if any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: See attached **Exhibit 3.**

Address of entity providing storage: ________________________________

Dates product was stored: Unknown

____/____/________ (Month / Day / Year) to ____/____/________ (Month / Day / Year)

Quantity of product stored: ________________

Price paid for storage: ____________________

Name of contact person at storage facility: ________________________________

Phone number: ________________________

Email address: ________________________

List any complaints made or received regarding storage of the product:

________________________________________

## IV. DISTRIBUTOR'S ABILITY TO TRACK SHIPMENTS

Please state whether you are able to track the distribution of Chinese drywall? If yes, provide names and/or entities of those to whom you supplied Chinese drywall. If you cannot track the distribution of Chinese drywall, please provide a description of your distribution process, including a description of database accessibility of this information, and the name and address of the person or persons with knowledge of the same:

The vast majority of wallboard (more than 95%) that L&W Supply sold during the relevant time period was made in North America. However, due to a domestic shortage of drywall during the 2006-07 timeframe, L&W Supply did sell a limited amount of wallboard made in China or other countries to meet the needs of L&W Supply's customers. L&W Supply's customers are typically drywall installers, general contractors, and in some cases homebuilders, but not homeowners. L&W Supply is a specialty distributor, and we deliver the drywall purchased by our customers directly to the home where the drywall is going to be installed.

L&W Supply can determine from its records whether or not it supplied drywall to a particular home, but our records do not indicate the brand name or manufacturer of the drywall. This is typical in our industry. Therefore, we cannot tell from our sales records whether Chinese Drywall was delivered to a particular home. However, when an inquiry is made of L&W Supply regarding whether L&W supplied any wallboard to a particular address, L&W Supply has been able to verify whether it delivered wallboard to the home by checking its historical records. A visual inspection of the wallboard in the home is required to determine whether the wallboard was domestically manufactured or made in China. Many L&W Supply employees have knowledge of the applicable sales records, which are under the authority of Mike Anderson, Financial Services Manager, L&W Supply Corporation. 21195 Boca Rio Road, Boca Raton, FL.

## V. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.[1]

1. For each policy, identify the following:

Insurer: Policy information for USG is provided as L&W is a wholly owned subsidiary of USG – See **Exhibit 4.**

Dates policy in effect:

____/____/________ (Month / Day / Year) to ____/____/________ (Month / Day / Year)

Policy Number: ____________________

Type of Policy: ____________________

Insurance Agent ____________________

Policy Coverage Limits ____________________

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession custody or control.

9-10-09
Date

L & W Supply Corporation
Entity
By: Timothy R. Mahaffey
Its: General Manager, Florida Region

[1] Listing policies does not purport to represent coverage status.

# EXHIBIT 1

| STATE | L&W CENTER NAME |
|---|---|
| Alabama | Alabama Drywall<br>Seacoast Supply |
| Arizona | Desert Building Materials |
| Arkansas | River City Materials |
| California | Cal-Wal Gypsum Supply<br>CALPLY<br>CALPLY – Surface Materials Division<br>Gypsum Drywall Supply / Pinnacle<br>Gypsum Drywall Supply<br>Sierra Building Materials<br>Cen-Cal Wallboard Supply |
| Colorado | Building Specialties |
| Connecticut | Building Specialties |
| Delaware | Building Specialties |
| Florida | Seacoast Supply |
| Georgia | C-K Supply<br>Building Specialties |
| Idaho | Building Specialties |
| Illinois | Roselle Building Materials<br>State Line Drywall<br>Zechman Supply<br>Ceiling & Building Specialties |
| Indiana | South County Gypsum<br>Indianapolis Drywall Supply<br>Wabash Valley Supply |
| Kansas | Arrowhead Drywall Supply |
| Kentucky | Acoustical & Drywall Supply |
| Louisiana | River City Materials |
| Maryland | Building Specialties<br>Building Specialties / Northern Virginia/Maryland |
| Michigan | Great Lakes Gypsum & Supply<br>Great Lakes Gypsum & Supply Door Division |
| Minnesota | M&S Drywall Supply |
| Mississippi | River City Materials |
| Missouri | Arch City Drywall Supply<br>Arrowhead Drywall Supply<br>River City Materials |
| Nevada | Capital Building Materials |

| | |
|---|---|
| | CALPLY<br>CALPLY – Door Systems Division<br>Ponderosa Wholesale |
| New Jersey | Building Specialties |
| New Mexico | CALPLY |
| New York | Building Specialties |
| North Carolina | C-K Supply |
| Ohio | Capital Drywall Supply<br>Building Specialties<br>Great Lakes Gypsum & Supply |
| Oklahoma | Building Specialties |
| Oregon | Rose City Building Specialties<br>Cascade Gypsum & Building Supply<br>Scharpf's Building Specialties<br>Building Specialties |
| Pennsylvania | Building Specialties |
| South Carolina | C-K Supply |
| Tennessee | River City Materials<br>C-K Supply |
| Texas | Building Specialties<br>CALPLY<br>CALPLY – Door Systems Division<br>Acoustical Material Supply<br>Drywall Supply<br>Barnett Drywall & Supply |
| Utah | Capitol Building Materials<br>CALPLY |
| Virginia | Building Specialties |
| Washington | Building Specialties |
| Wisconsin | E-C Drywall Supply<br>Wausau Brick & Gypsum<br>Wisconsin Drywall Dist.<br>Builders Supply of Wisconsin |
| Wyoming | Building Specialties |

# EXHIBIT 2

A. Source: Knauf

1. Name of Chinese Drywall Manufacturer, if known:

   Knauf apparently manufactured the Chinese Drywall purchased by L&W Supply in the following facilities:

   Knauf Tianjin plant

   Knauf Dongguan plant

   Knauf Wuhu plant

2. Address of Chinese Drywall Manufacturer, if known:

   a. Knauf Tianjin plant
   North Yinhe Bridge, East Jingin Road
   Belchen District
   Tianjin, P.R. China Post
   Post Code 300400

   b. Knauf Dongguan plant
   Dongguan Plant, No. 2 Xinsha Development Zone
   Machong Country
   Dongguan Guangdong, P.R. China

   c. Knauf Wuhu plant
   No. 2, Gangwan Road Wuhu Development Zone
   Wuhu City
   Anhui, P.R. China Post
   Post Code 241009

3. Name of Chinese Drywall Product, if known:

   All of the Knauf wallboard was marked with the name of the plant at which it was manufactured. All of the Knauf wallboard was also marked with the ASTM C36 designation.

4. Dates of purchase(s):

   a. Knauf Tianjin Plant – shipment arrived on or about May 17, 2006

   b. Knauf Dongguan Plant – shipments arrived on or about March 8, 2006, May 1, 2006 and June 3, 2006

   c. Knauf Wuhu Plant – shipments arrived on or about April 25, 2006 and May 1, 2006

5. Total Volume of received Chinese Drywall product:

   a. Knauf Tianjin plant –approximately 5.4 million square feet total purchase received; however, approximately 2.2 million square feet was damaged beyond use during overseas transit. The remaining Tianjin wallboard was trucked to various L&W Supply Centers in the Florida region, although an additional but undetermined quantity of the Tianjin board was deemed damaged beyond use at the various centers.

   b. Knauf Dongguan plant – approximately 13.2 million square feet

c. Knauf Wuhu plant – approximately 11.9 million square feet

6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):

Knauf brand name and name of plant (Tianjin, Dongguan, Wuhu); ASTM C 36

7. List all trademarks of the product, if known:

Not known

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

N/A

B. Source: Beijing New Building Materials

1. Name of Chinese Drywall Manufacturer, if known:

Beijing New Building Materials Public Limited Company

2. Address of Chinese Drywall Manufacturer, if known:

16 West Road Jiancaicheng Xisanqi, Haidian District, Beijing 10096, China

3. Name of Chinese Drywall Product, if known:

BNBM Drywall

4. Dates of purchase(s): April 2006, May, 2006, January 2007 and February 2007

5. Total Volume of received Chinese Drywall product:

L&W Supply has identified approximately 4.0 million square feet, consisting of approximately 3.4 million square feet of 5/8" wallboard purchased in April and May of 2006, and approximately 650,000 square feet of ½" wallboard purchased in January and February of 2007.

6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):

Beijing New Building Materials

7. List all trademarks of the product, if known:

Not Known

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

EAC and Sons Corporation, 828 East Vine Street, Kissimmee, FL 34743

Dinorio Imports, LLC, 2916 Professional Parkway, Augusta, GA 30907

C. Source: Bedrock Building Materials, LLC

1. Name of Chinese Drywall Manufacturer, if known:

The China Corporation, Ltd.

2. Address of Chinese Drywall Manufacturer, if known:

One Market Street, Spear Tower, 36th Floor, San Francisco, CA 94105

3. Name of Chinese Drywall Product, if known:

   Bedrock Gypsum Board

4. Dates of purchase(s): February 2007 and March of 2007

5. Total Volume of received Chinese Drywall product:

   L&W Supply has identified purchases totaling approximately 1 million square feet of ½" wallboard.

6. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):

   Bedrock Gypsum Board

7. List all trademarks of the product, if known:

   Unknown

8. The name and address of any importer, exporter, purchasing agent, or sales broker involved or referenced in any way with respect to your purchases of Chinese Drywall:

   Dinorio Imports, LLC, 2916 Professional Parkway, Augusta, GA 30907

   The China Corporation, One Market Street, Spear Tower 36F, San Francisco, CA 94105

# Exhibit 3

In general, L&W Supply is informed and believes that the Knauf wallboard it received from China was transported by Knauf from its manufacturing facility to a Chinese port for shipment to the United States. On at least one occasion, L&W is informed and believes that Knauf stored wallboard from its Tianjin facility at the port in Tianjin for an unknown period of time. Details regarding storage by Knauf are prior to shipment are otherwise unknown; however, the other ports from which Knauf shipped wallboard to L&W were, upon information and belief, Shanghai and Huangpu. The wallboard was then stored on the following vessels while being shipped to the United States, all dates approximate: M/V Afra (1/23/06 to 3/8/06), M/V Yong en Cheng (3/19/06 to 4/25/06 for cargo from Knauf's WuHu facility and 3/9/06 to 5/1/06 for cargo from Knauf's Dongguan facility), M/V Great Immensity (3/31/06 to 5/17/06), and M/V Vishva Karma (4/7/06 to 6/3/06). The wallboard would then be temporarily stored by the respective port authorities in the United States until L&W could arrange carrier pickup to its facilities.

# EXHIBIT 4

USG Corporation - Liability Policy Coverage

General Liability, Umbrella Liability and Excess Liability

| Effective Date | Expiration Date | Coverage | Insured | Insurer | Policy Number | Limit - $ | Broker |
|---|---|---|---|---|---|---|---|
| 4/1/2009 | 4/1/2010 | General Liability | USG Corporation | Alabaster Assurance Co. Ltd | GL 100637/09 | 2MM Occur; 5MM Aggre | Direct |
| 4/1/2009 | 4/1/2010 | Umbrella Liability | USG Corporation | National Union Fire Ins Co of Pittsburgh | 3323631 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2009 | 4/1/2010 | Excess Liability - Layer 1 | USG Corporation | Great American Assurance Co. | EXC 8242099 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2009 | 4/1/2010 | Excess Liability - Layer 2 | USG Corporation | Endurance American Insurance Co. | EXC 10001304700 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2009 | 4/1/2010 | Excess Liability - Layer 3 | USG Corporation | American Zurich Insurance Co. | AEC 293501708 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2009 | 4/1/2010 | Excess Liability - Layer 4 | USG Corporation | Endurance American Insurance Co. | EXC 10001312200 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2009 | 4/1/2010 | Excess Liability - Layer 5 | USG Corporation | AIG Excess Liability Insurance Co. | 1730984 | 125,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2008 | 4/1/2009 | General Liability | USG Corporation | Alabaster Assurance Co. Ltd | GL 100637/08 | 2MM Occur; 5MM Aggre | Direct |
| 4/1/2008 | 4/1/2009 | Umbrella Liability | USG Corporation | Illinois National Insurance Co. | 5380790 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2008 | 4/1/2009 | Excess Liability - Layer 1 | USG Corporation | Great American Assurance Co. | EXC 5749886-03 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2008 | 4/1/2009 | Excess Liability - Layer 2 | USG Corporation | Lexington Insurance Co. | 5238395 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2008 | 4/1/2009 | Excess Liability - Layer 3 | USG Corporation | American Zurich Insurance Co. | AEC 2935017-07 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2008 | 4/1/2009 | Excess Liability - Layer 4 | USG Corporation | Endurance American Insurance Co. | ELD 10000864100 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2008 | 4/1/2009 | Excess Liability - Layer 5 | USG Corporation | AIG Excess Liability Insurance Co. | 1657374 | 125,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2007 | 4/1/2008 | General Liability | USG Corporation | Alabaster Assurance Co. Ltd | GL 100637/97-07 | 2MM Occur; 5MM Aggre | Direct |
| 4/1/2007 | 4/1/2008 | Umbrella Liability | USG Corporation | Illinois National Insurance Co. | BE 9834813 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2007 | 4/1/2008 | Excess Liability - Layer 1 | USG Corporation | Great American Assurance Co. | EXC 5749886-02 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2007 | 4/1/2008 | Excess Liability - Layer 2 | USG Corporation | Lexington Insurance Co. | 0028363 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2007 | 4/1/2008 | Excess Liability - Layer 3 | USG Corporation | American Zurich Insurance Co. | AEC 2935017-06 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2007 | 4/1/2008 | Excess Liability - Layer 4 | USG Corporation | Endurance American Insurance Co. | ELD 10000363000 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2007 | 4/1/2008 | Excess Liability - Layer 5 | USG Corporation | Starr Excess Liability Ins. Co. Ltd. | 5132036 | 125,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2006 | 4/1/2007 | General Liability | USG Corporation | Alabaster Assurance Co. Ltd | GL 100637/97-06 | 2MM Occur; 5MM Aggre | Direct |
| 4/1/2006 | 4/1/2007 | Umbrella Liability | USG Corporation | Illinois National Insurance Co. | BE 4485263 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2006 | 4/1/2007 | Excess Liability - Layer 1 | USG Corporation | Great American Assurance Co. | EXC 5749886-01 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2006 | 4/1/2007 | Excess Liability - Layer 2 | USG Corporation | Lexington Insurance Co. | 4585368 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2006 | 4/1/2007 | Excess Liability - Layer 3 | USG Corporation | American Zurich Insurance Co. | AEC 2935017-05 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2006 | 4/1/2007 | Excess Liability - Layer 4 | USG Corporation | St. Paul Fire & Marine Insurance Co. | QI 01200972 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2006 | 4/1/2007 | Excess Liability - Layer 5 | USG Corporation | Starr Excess Liability Ins. Co. Ltd. | 6072803 | 125,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2005 | 4/1/2006 | General Liability | USG Corporation | Alabaster Assurance Co. Ltd | GL 100637/97-05 | 2MM Occur; 5MM Aggre | Direct |
| 4/1/2005 | 4/1/2006 | Umbrella Liability | USG Corporation | Illinois National Insurance Co. | BE 4484641 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2005 | 4/1/2006 | Excess Liability - Layer 1 | USG Corporation | Great American Assurance Co. | EXC 5749886 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2005 | 4/1/2006 | Excess Liability - Layer 2 | USG Corporation | Lexington Insurance Co. | 4149528 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2005 | 4/1/2006 | Excess Liability - Layer 3 | USG Corporation | American Zurich Insurance Co. | AEC 293501704 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2005 | 4/1/2006 | Excess Liability - Layer 4 | USG Corporation | St. Paul Fire & Marine Insurance Co. | QI01200747 | 25,000,000 | Aon Risk Services, Inc. of IL |
| 4/1/2005 | 4/1/2006 | Excess Liability - Layer 5 | USG Corporation | Starr Excess Liability Ins. Co. Ltd. | 4274648 | 125,000,000 | Aon Risk Services, Inc. of IL |