UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS CLAIMS ASSERTED BY MARTIN KUNTZ
UNDER RULE 27 OR, ALTERNATIVELY,
FOR OTHER SANCTIONS AND PARTIAL SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting leave to file a reply in support of their Motion To Dismiss Claims Asserted by Martin Kuntz under Rule 37 or, Alternatively, for Other Sanctions and Partial Summary Judgment (Doc. 22671). The proposed Reply, which is attached hereto, addresses arguments made by Martin Kuntz in his Opposition (Doc. 22792). The Knauf Defendants submit that a Reply will assist the Court in resolving the Motion to for Summary Judgment.

WHEREFORE the Knauf Defendants request that this Court grant their Motion for Leave to File Reply in Memorandum In Support of their Motion To Dismiss Claims Asserted by Martin Kuntz under Rule 37 or, Alternatively, for Other Sanctions and Partial Summary Judgment (Doc.

22671) and that the attached Reply be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:        kmiller@fishmanhaygood.com
***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co., Ltd.***

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of May, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**