UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

**ORDER**

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of their Motion To Dismiss Claims Pursuant to Rule 37 of the Federal Rules of Civil Procedure as to the claims Asserted by Michael Phillips; Peter & Lin H. Robinson; Jeremy Jordan; Cesar & Ines Jaramillo; and Annetta, LLC & Baco Annetta LLC or, Alternatively, for Other Sanctions (Rec. Doc. 22666) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2020.

                                                                            U.S. DISTRICT COURT JUDGE