# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## EX PARTE MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBITS

In response to Defendants' Motion For Summary Judgment on Claims Asserted by Byron and Fern Robbins and Alternative Motion For Adverse Presumption and to Strike Pleadings (Rec. Doc. 22686), Plaintiffs filed an opposition (Rec. Doc. 22795). In support of Plaintiffs' opposition, eight exhibits were submitted; however, at the time of filing, counsel for Plaintiffs Byron and Fern Robbins was not in possession of exhibits that were referenced in Defendants' motion: 1) Pre-purchase home inspection; and, 2) lab results for samples of drywall from the home. In addition to these two exhibits, Plaintiffs have also located two additional exhibits that may be instructive during this Court's evaluation of the filings: 1) Comprehensive Rider to the Residential Contract for Sale and Purchase; and, 2) email from realtor regarding representation by seller of property. All four of these additional exhibits are germane to the issues raised by Defendants and it is believed by the undersigned counsel that all four documents will assist the court in its consideration of the motion and opposition. The undersigned requests leave of Court to file these exhibits into the record in support of Plaintiffs opposition.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion For Leave to File Additional Exhibits has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC