

1910 Harden Boulevard
Suite 101
Lakeland, FL 33803
(863) 686-4271 Phone
(863) 686-4389 Fax

William D. Butcher
William D. Butcher
959 Parkwood Drive
Ormond Beach, FL 32174

**18 April 2017**
**Lab Work Order (COC): 1704059**

RE:  Dawn M. Johnson
Project Location:  421 Chelsea Place Ave., Ormond Beach, FL
Project Number:  [none]

Dear William D. Butcher:

This report details the analytical results of samples collected at the above-referenced project location as well as the results of any associated quality control samples. These samples were taken into custody by Lakeland Laboratories at **12-Apr-17 15:10**.

The work detailed herein has been conducted in accordance with generally accepted professional standards using recognized testing methodologies and quality control measures. It must be noted that the results detailed within this final report apply only to those samples submitted for analysis and reported here.

Your samples will be retained by Lakeland Laboratories for a period of at least 30 days following sample receipt or until the longest of the preparation and/or analytical hold times expires, whichever is shorter. After that time, they will be properly disposed without further notice, unless there exists an explicit contractual agreement to the contrary. We reserve the right to return any unused samples, extracts, or related materials or solutions to you if we consider it necessary. Examples might include those samples identified as hazardous wastes, submissions where the sample sizes significantly exceed those required for analysis, samples containing controlled substances, etc.

The validity and integrity of this report will remain intact as long as it is accompanied by this letter and reproduced in full. We will maintain a copy of this report, electronic or otherwise, in our files for at least five years, after which time it may be destroyed without further notice, unless there exists an explicit contractual agreement to the contrary.

We thank you for selecting Lakeland Laboratories to serve your analytical needs. Should you have any questions or require additional information regarding any of the information in this report, please feel free to contact us at any time. We appreciate the opportunity to be of service.

Sincerely,

*[signature: Jim Crawford]*

Technical Director
Jim Crawford For Chris E. Harris



1910 Harden Boulevard
Suite 101
Lakeland, FL 33803
(863) 686-4271 Phone
(863) 686-4389 Fax

William D. Butcher
959 Parkwood Drive
Ormond Beach, FL 32174

Project Name: Dawn M. Johnson
Project Number: [none]
Project Location: 421 Chelsea Place Ave., Ormond Beach, FL
Project Manager: William D. Butcher

**Reported:**
18-Apr-17 16:44
Lab Work Order (COC): 1704059

## ANALYTICAL REPORT FOR SAMPLES

| Sample ID | Laboratory ID | Matrix | Date Sampled | Date Received |
|---|---|---|---|---|
| Kitchen | 1704059-01 | Drywall | 11-Apr-17 00:00 | 12-Apr-17 15:10 |

The United States Consumer Product Safety Commission (CPSC) cites elemental sulfur concentrations exceeding 10 ppm (10 mg/kg) as one of five pieces of corroborating evidence of problem drywall.  The concentrations reported here indicate elemental sulfur was not detected at concentrations equal to or in excess of 1.00 mg/kg, one-tenth the guidance concentration established by the CPSC.  One could infer that elemental sulfur concentrations in the samples submitted to us for analysis do not exceed the threshold level established by the CPSC as corroborating evidence of problem drywall.  **Data users are cautioned however, that these results relate only to the samples submitted to us for analysis.  These results must be evaluated as one small part of an overall assessment protocol.  We make absolutely no representation as to the presence or absence of problem drywall in the structures from which these samples may have been collected.**



**LAKELAND LABORATORIES**

1910 Harden Boulevard
Suite 101
Lakeland, FL 33803
(863) 686-4271 Phone
(863) 686-4389 Fax

William D. Butcher
959 Parkwood Drive
Ormond Beach, FL 32174

| | |
|---|---|
| Project Name: | Dawn M. Johnson |
| Project Number: | [none] |
| Project Location: | 421 Chelsea Place Ave., Ormond Beach, FL |
| Project Manager: | William D. Butcher |

**Reported:**
18-Apr-17 16:44
Lab Work Order (COC): 1704059

### Kitchen
### 1704059-01 (Drywall)

| Analyte | Result | PQL | MDL | Units | Dilution | %Rec | %Rec Limits | Qualifiers |
|---|---|---|---|---|---|---|---|---|

**Lakeland Laboratories, LLC**

**Elemental Sulfur by HPLC**

Prepared: 14-Apr-17 13:39
Analyzed: 18-Apr-17 13:25

Batch: B704078

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Elemental Sulfur | U | 2.00 | 1.00 | mg/kg | 1 | | | |



1910 Harden Boulevard
Suite 101
Lakeland, FL 33803
(863) 686-4271 Phone
(863) 686-4389 Fax

William D. Butcher
959 Parkwood Drive
Ormond Beach, FL 32174

Project Name:     Dawn M. Johnson
Project Number:   [none]
Project Location: 421 Chelsea Place Ave., Ormond Beach, FL
Project Manager:  William D. Butcher

**Reported:**
18-Apr-17 16:44
Lab Work Order (COC): 1704059

## Elemental Sulfur by HPLC - Quality Control

## Lakeland Laboratories, LLC

| Analyte | Result | PQL | MDL | Units | Spike Level | Source Result | %Rec | %Rec Limits | RPD | RPD Limit | Qualifiers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Batch: B704078 - Prep Method: None.** | | | | | | | | | | | |
| **Blank (B704078-BLK1)** | | | | | **Prepared:** 14-Apr-17 13:39 | | **Analyzed:** 18-Apr-17 12:49 | | | | |
| Elemental Sulfur | U | 2.00 | 1.00 | mg/kg | | | | | | | |
| **LCS (B704078-BS1)** | | | | | **Prepared:** 14-Apr-17 13:39 | | **Analyzed:** 18-Apr-17 13:07 | | | | |
| Elemental Sulfur | 153 | 2.00 | 1.00 | mg/kg | 167 | | 92 | 65.6-114 % | | | |
| **Duplicate (B704078-DUP1)** | Source: 1704066-01 | | | | **Prepared:** 14-Apr-17 13:39 | | **Analyzed:** 18-Apr-17 14:37 | | | | |
| Elemental Sulfur | U | 2.00 | 1.00 | mg/kg | | U | | | | 30 | |
| **Matrix Spike (B704078-MS1)** | Source: 1704059-01 | | | | **Prepared:** 14-Apr-17 13:39 | | **Analyzed:** 18-Apr-17 13:43 | | | | |
| Elemental Sulfur | 147 | 2.00 | 1.00 | mg/kg | 167 | U | 88 | 54.8-112 % | | | |
| **Matrix Spike Dup (B704078-MSD1)** | Source: 1704059-01 | | | | **Prepared:** 14-Apr-17 13:39 | | **Analyzed:** 18-Apr-17 14:01 | | | | |
| Elemental Sulfur | 150 | 2.00 | 1.00 | mg/kg | 167 | U | 90 | 54.8-112 % | 2 | 30 | |



**LAKELAND LABORATORIES**

1910 Harden Boulevard
Suite 101
Lakeland, FL 33803
(863) 686-4271 Phone
(863) 686-4389 Fax

William D. Butcher
959 Parkwood Drive
Ormond Beach, FL 32174

Project Name: Dawn M. Johnson
Project Number: [none]
Project Location: 421 Chelsea Place Ave., Ormond Beach, FL
Project Manager: William D. Butcher

**Reported:**
18-Apr-17 16:44
Lab Work Order (COC): 1704059

## Notes and Definitions

DET     Analyte DETECTED

U     Analyte NOT DETECTED at or above the MDL

NR     Not Reported

dry     Sample results reported on a dry weight basis

RPD     Relative Percent Difference

PQL     Practical Quantitation Limit

Results of liquid samples are reported on a wet-weight basis unless otherwise indicated. Results of solid samples are reported on a dry-weight basis unless otherwise indicated.



**Lakeland Laboratories, LLC**
1910 Harden Boulevard, Suite 101
Lakeland, FL 33803-1829
Phone: (863) 686-4271  Fax: (863) 686-4389

**CHAIN OF CUSTODY**

Page 1 of 1

Lab Work Order Number: 1704059

| Client Name | Project Name | Requested Turn Around |
|---|---|---|
| William D Butcher | Dawn M Johnson | FDEP Facility No.: |
| **Project Manager** | **Project Number** | |
| William D Butcher | | |
| **Client Address** | **Project Location** | Rush requests subject to additional charge. |
| 959 Parkwood Dr. | 421 Chelsea Place Ave. ormond Beach, | |
| **City** | **PO Number** | Rush requests subject to lab approval. |
| Ormond Beach | | |
| **State/Zip** | **Shipped By** | Standard (days) |
| FL 32174 | William D Butcher | |
| **Phone** / **Fax** | **Tracking Number** | Expedited (days) |
| 707-953-2869 / Cell or Hor 386-256-54 | | |
| **Sampler** | **Sampler Signature** | Requested Due Date |
| William D Butcher | | |

Preservation Code: LL-Sulfur

| Sample Name or Field ID | Sampled Date | Sampled Time | Sample Type (Grab/Composite) | Matrix Code | Container Count | | | | | | | | | Sample Comments | Lab ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kitchen | | | drywall | drywall | 1 | X | | | | | | | | | |
| (Use if you have more than one Sample) | | | | | | | | | | | | | | | |

| Item Numbers | Relinquished By | Received By | Date/Time | Sample Kit Prepared By | Date/Time |
|---|---|---|---|---|---|
| 1 | WDB | [signature] | 4.12.17 @ 1510 | | |
| Item Numbers | Relinquished By | Received By | Date/Time | Comments | |
| Item Numbers | Relinquished By | Received By | Date/Time | | |
| Item Numbers | Relinquished By | Received By | Date/Time | | |

Cooler Numbers and Temperatures: 25°C

Total # of Containers: 0

Matrix Codes: GW=Ground Water

Preserv. Codes: ICE=(NH4)2SO4/NH4OH, Store cool at 4°C, H2SO4=pH<2 w/ H2SO4+Store 4°C, HNO3=pH<2 w/ HNO3+Store 4°C, ICE=Store cool at 4°C, ICE=Store cool at 4°C., ICE+=Store cool at 4°C+No Headspace, ICE=Store cool at 4°C+No Headspace,, ICE+=Store cool at