# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## ORDER

Upon consideration of Plaintiffs' Ex Parte Motion For Leave To File Additional Exhibits, Plaintiffs' motion is hereby **GRANTED**. The four additional exhibits submitted in support of Plaintiffs' opposition (Rec. Doc. 22795) are hereby entered into this court's record and will be considered when evaluating Defendants' motion for summary judgment (Rec. Doc. 22686).

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge