UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| NO. 2:15-CV-04127 | |
| | MAG. JUDGE WILKINSON |

*************************************************************************

## ENTRY OF APPEARANCE

NOW INTO COURT, comes Kevin O'Bryon and enters his appearance as counsel for plaintiffs, Terrence M. Ross and Rhonda B. Ross in the above-entitled and numbered cause.

S/KEVIN O'BRYON
KEVIN O'BRYON, LSBA 10151
O'Bryon & Schnabel, APLC
935 Gravier St., Suite 900
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served on all counsel of record through a filing in the ECF/Pacer system this 12th day of May, 2020.

s/Kevin O'Bryon
KEVIN O'BRYON