# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE WILKINSON** |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

On May 5, 2020, Plaintiffs filed an opposition (Doc. 22789) to Defendant Knauf's Motion For Summary Judgment Related to Claims By CDO Investment, LLC, and MCF Enterprises, Inc. (Rec. Doc. 22630). On May 6, 2020, the Clerk of Court notified counsel that the opposition exceeded the limitation contained in the local rules of this court and instructed the undersigned counsel to seek leave of court for the filing which includes a refiling of the document in its entirety.

As required by the clerk of court, Plaintiffs' opposition filed on May 5, 2020, attached hereto is the pleading in its entirety with all of the same exhibits, statement of uncontested facts, and proposed order. No alterations to the previous filing have been made as the deadline for filing the opposition has now passed. Plaintiffs request an order granting leave of court to for the opposition to exceed the page limitation contained in the local rules and allow the opposition to be filed into the court's record.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Exceed Page Limitation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC