# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** <br><br> **SECTION "L"** |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> **Case No. 14:cv-2722** | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE JOSEPH WILKINSON, JR.** |

## ORDER

CONSIDERING defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Strike Additional Exhibits Filed by Byron and Fern Robbins;

IT IS HEREBY ORDERED that the Motion to Strike is GRANTED and the Motion to File Additional Exhibits filed by Byron and Fern Robbins will not be considered.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE