UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**MOTION FOR EXPEDITED CONSIDERATION OF THE KNAUF DEENDANTS' MOTION TO STRIKE ADDITIONAL EXHIBITS FILED BY BYRON AND FERN ROBBINS**

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants") move this Court for an Order granting expedited consideration of their Motion to Strike Additional Exhibits Filed by Byron and Fern Robbins (Rec. Doc. 22824). Byron and Fern Robbins filed an "Ex Parte" Motion for Leave to File Additional Exhibits in support of their opposition (Rec. Doc. 22795) to the Knauf Defendants' Motion for Summary Judgment (Rec. Doc. 22686). As set forth more fully in the Motion to Strike, the Knauf Defendants oppose any consideration of these late-produced documents in connection with their Motion for Summary Judgment, which is set for submission tomorrow, May 13, 2020. The next available submission date for motions is May 27, 2020, at which point the motion will have already been taken under submission. The Knauf Defendants request expedited consideration of their Motion to Strike to ensure that the Motion is considered in connection with their Motion for Summary Judgment.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Expedited Consideration of their Motion to Strike Additional Exhibits Filed by Byron and Fern Robbins, and that this Court set the Motion to Strike for submission as soon as possible. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:    504.310.0275
Email:         kmiller@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 12th day of May, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**