## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* **Case No. 14-cv-2722** | **JUDGE ELDON FALLON** **MAGISTRATE JOSEPH WILKINSON, JR.** |

## **ORDER**

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of Motion for Partial Summary Judgment (Rec. Doc. 22684) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. against Edward Laremore;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this  12th  day of            May           , 2020.

_____
U.S. DISTRICT JUDGE