# Exhibit "A"

# Ashley Dwyre

| | |
|---|---|
| **From:** | Phil Adams <padams@mossemail.com> |
| **Sent:** | Tuesday, October 29, 2013 2:05 PM |
| **To:** | Ashley Dwyre |
| **Cc:** | Spaulding, Kyle; Jacob S. Woody; Mindy Nunnally |
| **Subject:** | RE: AW: Renaissance Commons |

Every unit will be the same $90,636.70
Too simple!

*Philip A. Adams*
*Sr. Project Manager |* **Moss & Associates**
o (954) 769-8199 | m (954) 812-0524 | f (954) 524-5677
2101 N. Andrews Ave., Suite 300, Fort Lauderdale, Fl 33311

---

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Tuesday, October 29, 2013 2:03 PM
**To:** Phil Adams
**Cc:** Spaulding, Kyle; Jacob S. Woody; Mindy Nunnally
**Subject:** RE: AW: Renaissance Commons

Phil –

Can you provide us with the CELSS amounts and/or CELLS documents for each affected unit?

---

**From:** Phil Adams [mailto:padams@mossemail.com]
**Sent:** Thursday, October 10, 2013 7:09 AM
**To:** Lindenmayr, Alexander
**Cc:** Ashley Dwyre; Spaulding, Kyle; Jacob S. Woody; Köhler, Christian ; Helfer, Cerstin; Michel, Theresa; Patricia Chen; Mindy Nunnally; Müller, Sonja ; Bergmann, Anastasia
**Subject:** Re: AW: Renaissance Commons

There are 328 units at RC. Only the 268 affected units will have to move out. Each for only 3 months.

Sent from my iPhone

1