# Exhibit "B"



# Corrosive Dry Wall Assessment of
# 3517 Golden Dr.
# Chalmette, LA

**Conducted By Industrial Safety & Health, Inc. (ISH, Inc.)**
**4713 Utica St. Metairie, LA 504-885-6391**

**On September 13, 2013**

**Assessor: Julie Murphy, MS, BS**
**Indoor Air Quality Technician #55465388C86B1C090**
**EPA 608 Type 1 Technician #811C831FAFCD1C090**

**1.0     PROJECT DESCRIPTION AND OBJECTIVES**

Industrial Safety & Health, an industrial hygiene and indoor air quality consulting firm, was contracted by Dustin Fleetwood to conduct a corrosion assessment for possible problematic sheetrock at the four-plex (apartments A-D) located at 3517 Golden Dr. Chalmette, LA. The apartments were renovated after Hurricane Katrina between the years of 2006-2007.

Prior to the inspection, the following issues that may be related to the installation of corrosive dry wall were observed.

- Approximately 1-1.5 years ago HVAC (heating, ventilation, and air condition) units were replaced in apartment B and D due to the leaking of Freon.

- The HVAC systems in each apartment were recently inspected by a licensed HVAC technician who found leaks and corrosion on the HVAC coils. The technician discovered the Chinese labeling on the dry wall in a HVAC closet. Prior to this inspection the property owners were unaware of "Chinese dry wall" and the related issues to HVAC systems.

- Electrical outlets throughout the apartments have not been functioning properly.

- Plumbing leaks have been detected in all apartments.

- Severe pitting on mirrors was observed which lead to replacements.

Julie Murphy, an experienced indoor air quality consultant for ISH, Inc., conducted the assessment on September 13, 2013.

**Background Information**

In 2004, hurricane damage and flooding in the southeastern United States coupled with a nationwide home building boom created a strong demand for gypsum wallboard which outstripped domestic supplies. Drywall was, therefore, imported from China beginning as early as 1999; quantities increased dramatically between 2004 and 2007. Approximately 550 million pounds / 7 million sheets of drywall were imported, enough for 40,000 homes or more, if mixed with domestic drywall. Approximately 60% was delivered to Florida predominantly for new home construction and 11% to Louisiana for storm-related water damage. The rest is scattered across 35 other states including the District of Columbia and Puerto Rico. Years since its arrival in the United States, some of the drywall imported from China has caused corrosion of mechanical and electrical systems. Some of this drywall produces an unpleasant odor. The preferred descriptive term for this building material is "corrosive drywall" frequently abbreviated as "CDW."

Initially, the primary confirming factors for the presence of corrosive drywall in a residence were noticeable odor, corrosion attacking copper tubing on HVAC evaporator coils, premature coil failure with associated refrigerant leakage, visible black corrosion on un-insulated electrical wiring and Chinese factory markings on the back of installed gypsum wallboard.

Homeowners were encouraged to report drywall problems to their state department of health. As complaints, reports of problems and health effects continued to escalate, a revised case definition was released on December 18, 2009. This revision delineated a more rigorous set of criteria which included laboratory analysis of samples and investigative processes through which suspect drywall could be confirmed as corrosive, after having progressed through the staged categories of possible, probable and, finally, confirmed. By adding the necessity for specialized laboratory testing of samples and the associated development of a sampling plan, this revision also mandated participation of trained professionals to collect and analyze samples for case definition confirmation only.

The Consumer Product Safety Commission (CPSC) the Environmental Protection Agency (EPA), the Centers for Disease Control (CDC) and the Agency for Toxic Substances and Disease Registry (ATSDR) became involved in the direction and performance of basic scientific research into the chemical characteristics and human health effects related to CDW.

The first report describing results of the federal agencies' research were published at the end of November 2009. In addition to testing of drywall itself, the CPSC published results of residential indoor air testing and field corrosivity testing on 51 homes in 5 states. The CPSC database has approximately 2900 reports of contaminated drywall. Based on information gathered from all of the federal research, the CPSC and HUD (Housing and Urban Development) issued Interim Guidance – "Identification of Homes with Corrosion from Problem Drywall" January 28, 2010.

With or without insurance coverage, remediation activity has been stalled until the MDL decision due to the lack of satisfactory remediation guidance on how to move forward with confidence. Previously, on April 2, 2010, CPSC and HUD published remediation protocols. Federally-sanctioned MDL remediation guidelines have removed this reluctance to act. The National Association of Home Builders will also be issuing investigative and remediation guidance to its members soon.

## 2.0     ASSESSMENT STRATEGY AND METHODS

The following tools were used in the assessment.

| Instrument | Manufacture | Model |
|---|---|---|
| Thermometer/Humidity meter | Extech Instruments | 44550 |
| MultiRae Realtime air monitor | Rae | PGM 6500 |

A digital camera, in addition to intensive visual inspection for suspected corrosion amplification was used to conduct the assessment in the specified areas of the facility.

The Inspection includes examination of corrosion or blackening in the following areas:

- Appliances
- Plumbing
- Electrical fixtures
- A/C evaporator coils, refrigerant lines
- Coppers wires

## 3.0     INTERIOR LIVING SPACE

On September 13, a walk through inspection of each apartment located at 3517 Golden Dr. Chalmette, LA was begun in the living room, kitchen, upstairs bedrooms, and both bathrooms. A pungent sulfur odor was detected during the inspection, being very apparent in unit A. The average indoor environment in each unit was 77ºF and 47% relative humidity. Elevated humidity and temperature have been associated with worsened conditions by increasing the output of volatile emissions from defected dry wall.

Several electrical outlets and switches were inspected by the removal of the wall plate and visually inspecting exposed copper wiring.  Electrical outlets, light switches, bathroom fixtures, visible plumbing, wires, and HVAC coils were inspected throughout the units.

## 4.0     RESULTS AND CONCLUSIONS

The time period of the property renovations (2006-2007) in addition to the visual inspection of the copper wires, HVAC coils, bathroom fixtures, Chinese markings, and the previous HVAC replacements and Freon leaks suggest that the property located at 3517 Golden Dr. has accelerated corrosion problems that are related to problematic corrosive dry wall that was imported from China.

- All inspected copper wiring in each apartment had the appearance of blackening or corrosion (See Pictures).

- The HVAC coils and the refrigerant lines were blackened in appearance (See Pictures).

- The bathroom fixtures and mirrors had the appearance of black pitting and corrosion (See Pictures).

- Chinese markings were found in the HVAC closets in apartments A and B (See Pictures).

- A pungent sulfur odor was detected in each unit, being most apparent in unit A.


**References**

SUMMARY OF IDENTIFICATION GUIDANCE FOR HOMES WITH CORROSION
FROM PROBLEM DRYWALL AS OF MARCH 18, 2011
http://www.cpsc.gov/info/drywall/IDguidance031811.pdf
HUD and CPSC Issue Guidance on Repairing Homes with Problem Drywall

www.cpsc.gov/info/**drywall**/hud10068.html


Questions regarding this report can be addressed to Industrial Safety & Health, Inc.  504.885.6391

Assessment and report by Julie Murphy, ISH, Inc.

**Photos**

| | |
|---|---|
|  | Picture 1<br><br>Apartment A<br><br>Living room electrical outlet<br>Blackened copper appearance |
|  | Picture 2<br><br>Apartment A<br><br>Living room electrical outlet<br>Blacked copper appearance |
|  | Picture 3<br><br>Apartment A<br><br>Living room electrical outlet<br>Blackened copper appearance |

|  | Picture 4<br><br>Apartment A<br><br>Dry wall in HVAC closet<br>China labeling |
| --- | --- |
|  | Picture 5<br><br>Apartment A<br><br>HVAC refrigerant line<br>Blackened appearance |
| | Picture 6<br><br>Apartment A<br><br>Kitchen electrical outlet<br>Blackened copper appearance |

| | |
|---|---|
|  | Picture 7<br><br>Apartment A<br><br>Washer water hookup<br>Blackened and corrosion appearance |
|  | Picture 8<br><br>Apartment A<br><br>Downstairs bathroom faucet<br>Black pitting and corrosion |
|  | Picture 9<br><br>Apartment A<br><br>Downstairs bathroom toilet handle<br>Black pitting and corrosion |



Picture 10

Apartment A

Downstairs bathroom toilet valve
Corrosion appearance



Picture 11

Apartment A

Bedroom electrical outlet
Blackened copper appearance



Picture 12

Apartment A

Bedroom electrical outlet
Blackened copper appearance



Picture 13

Apartment A

Bedroom electrical outlet
Blackened copper appearance



Picture 14

Apartment A

Bedroom electrical outlet
Blackened copper appearance



Picture 15

Apartment A

Upstairs bathroom faucet
Black pitting and corrosion appearance



Picture 16

Apartment A

Upstairs bathroom shower head
Black pitting and corrosion appearance



Picture 17

Apartment A

Upstairs bathroom valve
Black pitting and corrosion appearance



Picture 18

Apartment A

Upstairs bathroom electrical outlet
Blackened copper appearance



Picture 19

Apartment A

HVAC coil
Blackened appearance



Picture 20

Apartment D

Living room electrical outlet
Blackened copper appearance



Picture 21

Apartment D

Kitchen electrical outlet
Blackened copper appearance



Picture 22

Apartment D

Downstairs bathroom faucet
Black pitting and corrosion appearance



Picture 23

Apartment D

Downstairs bathroom valve
Black pitting and corrosion appearance



Picture 24

Apartment D

bedroom electrical outlet
Blackened copper appearance



Picture 25

Apartment D

bedroom electrical outlet
Blackened copper appearance



Picture 26

Apartment D

Upstairs bathroom light switch
Blackened copper appearance



Picture 27

Apartment D

Upstairs bathroom faucet
Black pitting and corrosion appearance



Picture 28

Apartment D

Upstairs bathroom valve
Black pitting and corrosion appearance

09/13/2013



Picture 29

Apartment D

Upstairs bathroom shower head
Black pitting and corrosion appearance

09/13/2013



Picture 30

Apartment D

Bedroom electrical outlet
Blackened copper

09/13/2013



| | |
|---|---|
| | Picture 31<br><br>Apartment D<br><br>Bedroom electrical outlet<br>Blackened copper |
| | Picture 32<br><br>Apartment D<br><br>Bedroom Light switch<br>Blackened copper |
| | Picture 33<br><br>Apartment D<br><br>HVAC refrigerant line<br>Blackened appearance |

|  | Picture 34<br><br>Apartment C<br><br>HVAC coil<br>Blackened appearance |
| --- | --- |
|  | Picture 35<br><br>Apartment C<br><br>Kitchen sink valve and line<br>Blackened and corrosion appearance |
|  | Picture 36<br><br>Apartment C<br><br>Kitchen electrical outlet<br>Blackened appearance |



Picture 37

Apartment C

HVAC refrigerant line
Blackened appearance



Picture 38

Apartment C

HVAC coil
Blackened appearance



Picture 39

Apartment C

Downstairs bathroom faucet
Black pitting and corrosion appearance



| | |
|---|---|
| | Picture 40<br><br>Apartment C<br><br>Downstairs bathroom valve<br>Corrosion appearance |
| | Picture 41<br><br>Apartment C<br><br>Living room electrical outlet<br>Blackened appearance |
| | Picture 42<br><br>Apartment C<br><br>Living room electrical outlet<br>Blackened appearance |



Picture 43

Apartment C

Living room light switch
Blackened appearance



Picture 44

Apartment C

Upstairs bathroom faucet
Black pitting and corrosion appearance



Picture 45

Apartment C

Upstairs bathtub drain
Black pitting and corrosion appearance



Picture 46

Apartment C

Upstairs bathroom shower head
Black pitting and corrosion appearance

09/13/2013



Picture 47

Apartment C

Upstairs bathroom valve
Black pitting and corrosion appearance

09/13/2013



Picture 48

Apartment C

Bedroom electrical outlet
Blackened appearance

09/13/2013



Picture 49

Apartment C

Bedroom electrical outlet
Blackened appearance



Picture 50

Apartment B

Hot-water heater pipe
Blackened appearance



Picture 51

Apartment B

Downstairs bathroom light switch
Blackened appearance

| | |
|---|---|
|  | Picture 52<br><br>Apartment B<br><br>Downstairs bathroom valve<br>Corrosion appearance |
|  | Picture 53<br><br>Apartment B<br><br>Downstairs toilet handle<br>Black pitting and corrosion appearance |
|  | Picture 54<br><br>Apartment B<br><br>Downstairs bathroom faucet<br>Black pitting and corrosion appearance |



Picture 55

Apartment B

HVAC closet dry wall
China labeling



Picture 56

Apartment B

HVAC refrigerant line
Blackened appearance



Picture 57

Apartment B

HVAC coil
Blackened appearance



Picture 58

Apartment B

Living room electrical outlet
Blackened appearance



Picture 59

Apartment B

Living room light switch
Blackened appearance



Picture 60

Apartment B

Upstairs bathroom shower head
Black pitting and corrosion appearance



Picture 61

Apartment B

Upstairs bathroom water spout
Black pitting and corrosion appearance



Picture 62

Apartment B

Upstairs bathroom faucet
Black pitting and corrosion appearance



Picture 63

Apartment B

Upstairs bathroom valve
Black pitting and corrosion appearance



Picture 64

Apartment B

Bedroom electrical outlet
Blacked appearance



Picture 65

Apartment B

Bedroom light switch
Blacked appearance



Picture 66

Apartment B

Bedroom electrical outlet
Blacked appearance