# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al; Powell v. Knauf Gips KG, et al; Wicler Pierre v. Knauf Gips KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Strike Supplemental Claims in Amended Complaints of Powell and Pierre;

IT IS HEREBY ORDERED that the Motion to Strike is GRANTED and the supplemental claims in the Amended Complaints of Peggy Powell and Wicler Pierre are hereby STRICKEN.

New Orleans, Louisiana, this _____ day of _____, 2020.

 

_____
U.S. DISTRICT COURT JUDGE