# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al; Peggy Powell v. Knauf Gips KG, et al; Wicler Pierre v. Knauf Gips KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## MOTION FOR EXPEDITED CONSIDERATION OF THE KNAUF DEENDANTS' MOTION TO STRIKE SUPPLEMENTAL CLAIMS IN AMENDED COMPLAINTS

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants") move this Court for an Order granting expedited consideration of their Motion to Strike Supplemental Claims in Amended Complaints filed by Peggy Powell and Wicler Pierre.[1] R. Docs. 22826, 22827. As set forth more fully in the Motion to Strike, the Knauf Defendants oppose any attempt to allege new claims following this Court's previous orders and pursuant to the undue delay and undue prejudice on the Court and the parties. The Knauf Defendants request expedited consideration of their Motion to Strike to ensure that the Motion is considered prior to the Pierre and Powell matters proceeding to appeal in the United States Fifth Circuit.

---

[1] The severed actions had not been given their own case numbers at the time of this filing but were filed in MDL-2047 and are related to the Bennett action captioned above.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Expedited Consideration, and that this Court set the Motion to Strike for submission as soon as possible. The Knauf Defendants also request any additional relief deemed just and appropriate.

                                      Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.310.0275
Email:   kmiller@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 13th day of May, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**