UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al; Peggy Powell v. Knauf Gips KG, et al; Wicler Pierre v. Knauf Gips KG, et al* <br><br> **Case No. 14:cv-2722** | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING the Motion for Expedited Consideration of the Motion to Strike Supplemental Claims in Amended Complaints (the "Motion") filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.

IT IS HEREBY ORDERED that the Motion is DENIED and that the Motion remains set for submission on May 27th, 2020. Plaintiff may file an Opposition on or before May 19th, 2020.

New Orleans, Louisiana, this  18th  day of          May         , 2020.

_____
U.S. DISTRICT COURT JUDGE