# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 20, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30120   In re: Chinese-Manufactured
                         USDC No. 2:09-MD-2047
                         USDC No. 2:13-CV-609

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Nancy F. Dolly, Deputy Clerk
                                  504-310-7683

cc w/encl:
    Mr. Guilfort Dieuvil
    Mr. Daniel John Dysart
    Mr. Kerry J. Miller