# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM IN SUPPORT OF LEAD AND LIAISON COUNSEL'S MOTION FOR ENTRY OF AN ORDER: (1) REIMBURSING EXPENSES INCURRED IN 2020 BY THE PLAINTIFFS' STEERING COMMITTEE AND THE FEE AND COST COMMITTEE; AND (2) AUTHORIZING PAYMENT OF OUTSTANDING SHARED EXPENSES**

Plaintiffs' Lead and Liaison Counsel submit this memorandum in support of their motion for entry of an Order: (1) reimbursing expenses incurred from January 1, 2020 through the present date by Plaintiffs' Lead and Liaison Counsel, certain members of the Plaintiffs' Steering Committee ("PSC"), and the Fee and Cost Committee ("FAC") in the performance of their Court-appointed functions; and (2) authorizing payment of outstanding Shared Expenses.

Since January 1, 2020, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel, certain members of the PSC, and the members of the FAC have incurred common benefit expenses totaling in the aggregate $60,393.08 for: travel (to MDL status conferences in January and February 2020, the Fifth Circuit argument on the CNBM/BNBM jurisdictional appeal on February 5, 2020, status conferences before Judge Cooke and Judge Williams in the Southern District of Florida on February 12, 2020, and FAC interviews of common benefit fee applicants); meals for meetings[1]; FAC transcripts; legal research; and copying, telephone, and equipment charges, as

---

[1] One of the meals occurred on December 11, 2019, in connection with the final fairness hearing, but was not submitted previously for reimbursement, and is included with this motion.

summarized in the Chart of Held Costs and FAC Expenses, attached hereto as Exhibit "A." Receipts for these expenses are in the possession of Plaintiffs' Liaison Counsel and will be made available to the Court upon request. Lead and Liaison Counsel submit that these are reasonable common benefit expenditures that may be reimbursed out of the two funds of common benefit attorney fees from Virginia state court settlements with installers of Taishan Drywall: Jay Sprays, Inc. and K&M Drywall, which are held in the Taishan Settlement QSF at Huntington Bank. *See* Order & Reasons [Rec. Doc. 22741] at 7-8.

In addition, Lead and Liaison Counsel seek authorization to pay the following Shared Expenses:

> Philip A. Garrett, CPA (for Court-appointed CPA services performed in 2019) - $15,967.01;
>
> File and ServeXpress - $290.00; and
>
> File Link (for winding down of litigation regarding document retention) - $7,380.48.

These common benefit expenses were incurred in the performance of Lead and Liaison Counsel's Court-appointed functions in this litigation, but they have not been paid. Lead and Liaison Counsel submit that the funds from the Jay Sprays and K&M settlements, which are held in the Taishan Settlement QSF at Huntington Bank, may be used to pay these Shared Expenses.

A proposed Order authorizing the requested cost reimbursements and payment of Shared Expenses is filed herewith.

Respectfully submitted,

Dated: May 21, 2020					By: */s/ Stephen J. Herman*
							Russ M. Herman (Bar No. 6819)
							Leonard A. Davis (Bar No. 14190)
							Stephen J. Herman (Bar No. 23129)
							Herman, Herman & Katz, LLC
							820 O'Keefe Avenue
							New Orleans, LA 70113
							Phone: (504) 581-4892
							Fax: (504) 561-6024
							SHerman@hhklawfim.com
							*Plaintiffs' Liaison Counsel MDL 2047 and*
							*Settlement Class Counsel*

							Arnold Levin
							Sandra L. Duggan
							Levin Sedran & Berman LLP
							510 Walnut Street, Suite 500
							Philadelphia, PA 19106
							Phone: (215) 592-1500
							Fax: (215) 592-4663
							alevin@lfsblaw.com
							*Plaintiffs' Lead Counsel MDL 2047, Settlement*
							*Class Counsel, Fee and Cost Committee Chair*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 21st day of May, 2020.

                                              */s/ Stephen J. Herman*
                                              Stephen J. Herman
                                              Herman, Herman & Katz, LLC
                                              820 O'Keefe Avenue
                                              New Orleans, LA 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              SHerman@hhklawfim.com
                                              *Plaintiffs' Liaison Counsel MDL 2047 and*
                                              *Settlement Class Counsel*