**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on June 10, 2020, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Lead and Liaison Counsel's Motion for Entry of an Order:  (1) Reimbursing Expenses Incurred in 2020 by the Plaintiffs' Steering Committee and the Fee and Cost Committee; and (2) Authorizing Payment of Outstanding Shared Expenses, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated:  May 21, 2020                    By: */s/ Stephen J. Herman*
                                        Russ M. Herman (Bar No. 6819)
                                        Leonard A. Davis (Bar No. 14190)
                                        Stephen J. Herman (Bar No. 23129)
                                        Herman, Herman & Katz, LLC
                                        820 O'Keefe Avenue
                                        New Orleans, LA 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        SHerman@hhklawfim.com
                                        *Plaintiffs' Liaison Counsel MDL 2047 and*
                                        *Settlement Class Counsel*

                                        Arnold Levin
                                        Sandra L. Duggan
                                        Levin Sedran & Berman LLP
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        Phone: (215) 592-1500
                                        Fax: (215) 592-4663
                                        alevin@lfsblaw.com
                                        *Plaintiffs' Lead Counsel MDL 2047, Settlement*
                                        *Class Counsel, Fee and Cost Committee Chair*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 21st day of May, 2020.

> */s/ Stephen J. Herman*
> Stephen J. Herman
> Herman, Herman & Katz, LLC
> 820 O'Keefe Avenue
> New Orleans, LA 70113
> Phone: (504) 581-4892
> Fax: (504) 561-6024
> SHerman@hhklawfim.com
> *Plaintiffs' Liaison Counsel MDL 2047 and*
> *Settlement Class Counsel*