**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## MOTION TO WITHDRAW MOTIONS

NOW COME Plaintiffs' Lead and Liaison Counsel who hereby respectfully withdraw, without prejudice, the Motion for Entry of an Order: (1) Reimbursing Expenses Incurred in 2020 by the Plaintiffs' Steering Committee and the Fee and Cost Committee; and (2) Authorizing Payment of Outstanding Shared Expenses filed on May 8, 2020 at Rec. Doc. 22805, as well as the Motion for Leave to File Exhibits Under Seal filed on May 8, 2020 at Rec. Doc. 22806. A Motion for Entry of an Order: (1) Reimbursing Expenses Incurred in 2020 by the Plaintiffs' Steering Committee and the Fee and Cost Committee; and (2) Authorizing Payment of Outstanding Shared Expenses was filed on May 21, 2020 at Rec. Doc. 22855 and is the proper motion to be considered.

Respectfully submitted,

Dated: May 26, 2020

By: */s/ Leonard A. Davis*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047, Settlement Class Counsel, Fee and Cost Committee Chair*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 26th day of May, 2020.

                         */s/ Leonard A. Davis*
                         Leonard A. Davis
                         Herman, Herman & Katz, LLC
                         820 O'Keefe Avenue
                         New Orleans, LA 70113
                         Phone: (504) 581-4892
                         Fax: (504) 561-6024
                         ldavis@hhklawfim.com
                         *Plaintiffs' Liaison Counsel MDL 2047 and*
                         *Settlement Class Counsel*