**TENDERED FOR FILING**

**May 27 2020**

**U.S. DISTRICT COURT**
**Eastern District Of Louisiana**
**Deputy Clerk**

Clerk of Court
United States District Court
Eastern District of Louisiana

FILED May 27 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CAROL L. MICHEL
CLERK

In Re: Chinese Manufacturing Drywall Products Liability Litigation

Dorothy LaFrance : Claimant
Id: 112711
Claim Id: 14068
Pro se / Lay Person

MDL No. 2047
Section: "L"
Judge Fallon
Mag: Wilkinson

<u>Objection to Class Counsel's Response To the Court's May 6, 2020 (Rec Doc. 22799.) order</u>

1. Claimant hereby submitt the following argument(s) in response to Class Counsel's May 7, 2020 briefings to this court to wit:

2. Class Counsel recommended that Claimant is entitled to only 7.5% of her claim as agreed upon by this court. See Allocation Model at 5-6.

Page 1 of 4

\*\* INBOUND NOTIFICATION : FAX RECEIVED WITH ERRORS \*\*
TIME RECEIVED                REMOTE CSID          DURATION   PAGES    STATUS
May 27, 2020 at 1:24:38 PM CDT                    83         1        Failed to receive

ERROR CODE ( 700 )
Error in fax transmission.

Page 2 of 4

3. Class Counsel further recommended that Claimant is entitled to $118.47 as reimbursement for monies she paid in addition to the (remediations) performed by Habitat for Humanity.

4. Claimant asserts that in the Interest of Justice this Court amend, modify, and, or reverse its' judgment approving the 7.5% for claims/funds spent to replace, fix and cover items, not remediated, and, or performed by Habitat for Humanity.

5. Claimant affirms that she only have an 8th grade education, 72 years of age at the time of signing the remediations agreement, and that no one from Habitat for Humanity nor Hermankatz Law Firm informed her intelligently of the 7.5 % for the allocation model progeny.

6. As attached hereto this pleadings, plaintiff request that this Court grant her full compensation of the monies paid for items destroyed, overlooked and neglected by the parties who entered hers into this agreement.

7. Claimant further asserts that this Court has the complete authority to amend, modify, and/or reverse the allocation model in the interest of justice.

8. Plaintiff prays that the foregoing pleadings herein be granted accordingly.

This 27th day March 2020

/s/ Respectfully Submitted
Dorothy LaFrance
Dorothy LaFrance
2316 Cahda Lane
Violet, La 70092
(504) 304-0549

## Certificate of Service

I hereby certify that the foregoing was filed via (hand delivered) to/with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by which plaintiff request be sent to all parties in accordance with the proceedings established in MDL 2047, this 27th day of May, 2020.

/s/ Dorothy LaFrance

Page 4 of 4

FAX No. (504) 810-8139

Attention to: Judge Fallons
Pro-se Law Clerk
MDL No. 2047
Section: "L"

Claimant: Dorothy LaFrance

In Re: Chinese Manufacturing Drywall Products Liability Litigation

Objection to Class Counsel's Response Ordered by this Court May 6, 2020 which Attach Is self-explanatory for filing