UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2:09-md-2047 SECTION L (JUDGE. FALLON) |
| THIS DOCUMENT RELATES TO: | * | MAG. (2) (JUDGE WILKINSON) |
| ALL CASES | * | |

### MOTION TO WITHDRAW DONNA PHILLIPS CURRAULT AS DEFENDANTS' COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant China National Building Material Company Ltd. ("CNBM Entities") which in accordance with Local Rule 83.2.11, moves this Court for an Order allowing Donna Phillips Currault to withdraw as one of the attorneys of record for Defendants in this matter. In support of this motion, Defendants represent:

1.

Ewell E. Eagan, Jr., Donna Phillips Currault and Alex B. Rothenberg of the law firm of Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC serve as counsel in this matter, along with pro hac vice counsel L. Christopher Vejnoska, James L. Stengel, Xiang Wang and Eric A. Shumsky of the law firm of Orrick, Herrington & Sutcliffe, LLP.

2.

Ms. Currault has been selected to serve as the new U.S. Magistrate Judge for the Eastern District of Louisiana, effective June 1, 2020. Accordingly, Ms. Currault will withdraw from the

3241245

Gordon, Arata firm on May 31, 2020 and will no longer be engaged in the private practice of law. Accordingly, she will no longer be able to participate in the defense of this matter.

3.

Ms. Currault's withdrawal as counsel of record will have no impact on the progress of this matter as numerous attorneys are currently enrolled as co-counsel, including Mr. Eagan, Mr. Rothenberg, Mr. Stengel, and Mr. Vejnoksa, and they will remain counsel for Defendants.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court enter an Order allowing Donna Phillips Currault (La. Bar No. 19533) to withdraw as counsel of record for CNBM Entities in this matter.

Respectfully submitted,

By: _/s/ Alex B. Rothenberg_____

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>San Francisco, CA 94105<br>T: 415-773-5700<br>Email: cvejnoska@orrick.com | Ewell E. Eagan, Jr. (LA Bar No. 5239)<br>Donna Phillips Currault (LA Bar No. 19533)<br>Alex B. Rothenberg (LA Bar No. 34740)<br>GORDON, ARATA, MONTGOMERY,<br>BARNETT, MCCOLLAM, DUPLANTIS &<br>EAGAN, LLC<br>210 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170-4000<br>Tel: (504) 582-1111<br>Email: eegan@gamb.com<br>     dcurrault@gamb.com<br>     arothenberg@gamb.com |
| James L. Stengel (NY Bar No. 1800556)<br>Xiang Wang (NY Bar No. 4311114)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY, 10019<br>T: 212-506-5000<br>Email: jstengel@orrick.com<br>     xiangwang@orrick.com | Eric A. Shumsky (D.C. Bar No. 477926)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street NW<br>Washington, D.C. 20005<br>T: 202-339-8400<br>Email: eshumsky@orrick.com |

Attorneys for Defendants China National Building Materials Company Ltd.