UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2:09-md-2047 |
| | | SECTION L (JUDGE. FALLON) |
| **THIS DOCUMENT RELATES TO:** | * | MAG. (2) (JUDGE WILKINSON) |
| **ALL CASES** | * | |

## **O R D E R**

Considering the foregoing Motion to Withdraw Donna Phillips Currault as Counsel of Record,

**IT IS HEREBY ORDERED** that the motion is **GRANTED;**

**IT IS FURTHER ORDERED** that Donna Phillips Currault be withdrawn as counsel of record for Defendants in this matter.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE