**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| | * | **MDL NO. 2047** |
| | * | |
| | * | **SECTION L (2)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Elizabeth Bennett, et al. v. Gebr. Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * | |

**ORDER**

On May 22, 2020, the Court denied without prejudice the Knauf Defendant's Motion to Strike Plaintiff's Motion for Leave to File Additional Exhibits in Support of Opposition to Summary Judgment. R. Doc. 22824. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Expedite Consideration of the Knauf Defendant's Motion to Strike Byron & Fern Robbins' Motion for Leave to File Additional Exhibits, R. Doc. 22825, is **DENIED** as **MOOT**.

New Orleans, Louisiana this 29th day of May, 2020.

Eldon E. Fallon
United States District Judge