# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## O R D E R

Considering the Motion to Withdraw Motions filed by Plaintiffs' Lead and Liaison Counsel;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and that the Motion for Entry of an Order:  (1) Reimbursing Expenses Incurred in 2020 by the Plaintiffs' Steering Committee and the Fee and Cost Committee; and (2) Authorizing Payment of Outstanding Shared Expenses filed on May 8, 2020 at Rec. Doc. 22805 AND the Motion for Leave to File Exhibits Under Seal filed on May 8, 2020 at Rec. Doc. 22806, be and are hereby WITHDRAWN from the docket.

New Orleans, Louisiana, this 29th day of _____May_____, 2020.

_____
Eldon E. Fallon
United States District Court Judge