UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Motion to Exceed Page Limitation filed by Plaintiffs:

IT IS ORDERED BY THE COURT that the motion is GRANTED, Plaintiffs are allowed to exceed the page limitation and the attached: 1) Plaintiffs' Opposition to Defendant Knauf's Motion For Summary Judgment Related to Claims By CDO Investments, LLC and MCF Enterprises, Inc., 2) exhibits, 3) statement of uncontested facts, and proposed order, shall be and hereby is filed into the record.

New Orleans, Louisiana, this  2nd  day of _____June_____, 2020.

_____
Eldon E. Fallon
United States District Court Judge