**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** <br><br> **ALL ACTIONS** | |

## ORDER

The Court has received a communication from Kevin Kramer objecting to the denial of his claims under the Taishan Settlement Agreement.

**IT IS ORDERED** that the attached documents be filed into the record.

**IT IS FURTHER ORDERED** that Class Counsel file a response to this objection by Tuesday, June 9, 2020.

New Orleans, Louisiana this 2nd day of June, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge

Kevin Kramer
234 NW 15th Place
Cape Coral FL 33993
Claimant ID: 113235

The Honorable Eldon E. Fallon
500 Poydras St, Room C-456
New Orleans, LA 70130

Dear The Honorable Eldon E. Fallon:

I am appealing the decision to exclude my claim from the Taishan Settlement Agreement. I
submitted my claim in a timely manner and was only denied due to: "Product ID – Failure to submit
sufficient evidence of covered Chinese Drywall product." I did not submit photos of the actual
drywall but did submit photos of corrosion and a certified report from Greentree Environmental
Services stating that the house has extensive amounts of Chinese drywall. I assumed this would be
enough and was attempting to avoid the destructive testing necessary to photograph the back side
of the drywall. The Brown Greer instructions also state that the best evidence is photographs of the
backside of the sheetrock, it should have stated that these are required as proof. The next sentence
states that the photos of corrosion on electrical devices and fixtures could also be submitted which
is misleading being I submitted those photos instead of the drywall photos. The instructions should
have clearly stated that actual drywall photos are required and photos of corrosion will not be
sufficient proof for the claim to be accepted. I have since hired a contractor to remove panels from
every wall in the house and have found marking consistent with the drywall being covered by the
Taishan settlement, photo evidence is attached. Please accept this claim in the settlement, I have
owned it as a rental property since 2006 but it has remained vacant for over 8 years due to this
drywall and during this time have suffered a large financial loss. I currently have monthly mortgage

TENDERED FOR FILING

APR 23 2020

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

The Honorable Eldon E. Fallon
Date
Page 2

payments, property tax and insurance, with any settlement money I will be able to replace the

Taishan drywall, I am trying to avoid losing this house to the bank.

Sincerely,

Kevin Kramer

fykramer@yahoo.com    (650)520-3711



**All sheets of drywall in entire house are marked:**
**4 feet\*12feet\*1/2inch**
**which is covered in the Taishan Gypsum settlement**

# CHINESE DRYWALL
## MDL 2047

TAISHAN CLAIM FORM INSTRUCTIONS

## I.  ACCESSING THE CHINESE DRYWALL PORTAL

### A.  Online Portal

1.  Go to https://www3.browngreer.com/Drywall/ to access the online portal.

2.  Click *Online Portal* on the left side of the screen.



### B.  Log In

1.  Enter your Login ID and Password.

2.  Click Login.

3.  If you do not have portal access, email CDWQuestions@browngreer.com to request access.

Insert shipping document here. ▸

ORIGIN ID:TWHA     (650) 520-3711
KEVIN KRAMER

118 GRAND CANAL

BALBOA ISLAND, CA 92662
UNITED STATES US

SHIP DATE: 24MAR20
ACTWGT: 0.50 LB
CAD: 103068668/INET4220

BILL SENDER

TO

**UNITED STATES DISTRICT COURT**
**500 POYDRAS ST ROOM C-456**

**NEW ORLEANS LA 70130**
(650) 520-3711          REF:
INV:
PO:                     DEPT:



FedEx
Express

E

Extremely Urgent

WED - 25 MAR 10:30A
PRIORITY OVERNIGHT

TRK#
0201   **7700 9708 9194**

**XH NEWA**          70130
                     LA-US   MSY








Align top of FedEx Express® shipping label here.

Envelope

FedEx Express.