UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## GENERAL ORDER

**IT IS ORDERED** that multidistrict litigation action 10-md-2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, and all consolidated actions, currently assigned to retired U.S. Magistrate Judge Joseph C. Wilkinson, Jr., Magistrate Division "2", are hereby reassigned to U.S. Magistrate Judge Donna Phillips Currault. All future filings in the lead case, in consolidated cases, in member case civil action 12-968, BELO, and in related BELO matters are to be assigned to Magistrate Judge Currault.

**IT IS FURTHER ORDERED** that multidistrict litigation action 09-md-2047, *In Re: Chinese-Manufactured Drywall Products Litigation*, and all consolidated actions, currently assigned to retired U.S. Magistrate Judge Joseph C. Wilkinson, Magistrate Division "2", are hereby reassigned to U.S. Magistrate Judge Michael B. North, Magistrate Division "5". All future filings in the lead case, and in consolidated cases are to be assigned to Magistrate Judge North.

**IT IS FURTHER ORDERED** that, with the exception of multidistrict litigation case 10-md-2179 and multidistrict litigation case 09-md-2047, and consolidated actions, all civil, criminal, and miscellaneous cases currently assigned to retired U.S. Magistrate Joseph C. Wilkinson, Jr., Magistrate Judge Division "2", are hereby reassigned to U.S. Magistrate Judge Donna Phillips Currault, Magistrate Judge Division "2".

The District Judge assignments are unchanged.

1

**IT IS FURTHER ORDERED** that commencing immediately, all civil, criminal, and miscellaneous cases be assigned to Magistrate Judge Division "2" in the same proportion of the total case assignment as are assigned to the remaining active Magistrate Judge Divisions of this Court.

New Orleans, Louisiana, this <u>1st</u> day of June, 2020.

*[signature]*

**NANNETTE JOLIVETTE BROWN**
Chief United States District Judge