# CHINESE DRYWALL CLASS SETTLEMENT

# CLAIM FORM

## For the Taishan Class Action Settlement

**THIS CLAIM FORM MUST BE COMPLETED, SIGNED UNDER OATH, AND UPLOADED TO THE BROWNGREER SETTLEMENT PORTAL ON OR BEFORE FEBRUARY 12, 2020, OR YOUR CLAIM MAY BE DENIED.**

### The Taishan Class Settlement

This Taishan Class Settlement is intended to resolve all claims against Taishan and the Additional Released Parties. **This Claim Form shall only be completed by owners of Affected Properties with Covered Chinese Drywall who are not isted on the Revised Master Spreadsheet filed on the MDL Docket at Docket Number 22355-1.**
Covered Chinese Drywall is defined as all drywall products alleged to be attributable to Taishan and/or the Additional Released Parties, including, but not limited to: BNBM and Dragon Brand; C&K; Chinese Manufacturer #2 (purple stamp); Crescent City Gypsum; DUN; IMT Gypsum; ProWall; TAIAN TAISHAN and Taihe edge tape; MADE IN CHINA MEET[S] OR EXCEED[S]; various Drywall dimensions, including 4feet [x/*]12feet[x/*]1/2inch; Venture Supply; and White Edge Tape, boards with no markings or boards with no markings other than numbers or letters. Covered Chinese Drywall excludesthe following drywall products: Knauf, Knauf Tianjin, KPT, Bedrock, ProRoc, Panel Rey, IMG, USG, Shamrock Gold, Lafarge, Georgia Pacific, National Gypsum, and any drywall manufactured outside of the People's Republic of China.

### Deadline

In order to be eligible to receive a payment from the Settlement, **this Claim Form and all required supporting evidence and corroborating documents and information must be uploaded to the BrownGreer Settlement Portal ("the Portal") by February 12, 2020.** The Claim Form and supporting proofs must be uploaded to the Portal at https://www3.browngreer.com/Drywall/Logon.aspx.

### Multiple Affected Properties

If any Claimant owns or has owned more than one Affected Property, that Claimant must complete and submit a separate Claim Form for each Affected Property.

### General Instructions

Upload this Claim Form and all required documentation as required by Section VI of this Claim Form to the BrownGreer Settlement Portal at: https://www3.browngreer.com/Drywall/Logon.aspx. All supporting documentation must be uploaded under the appropriate "Document Type" tab on the Portal. Failing to submit the supporting documentation will result in your claim being denied.
In completing this form, you must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. If you are represented by counsel, you should consult with your attorney if you have any questions regarding the completion of this form. Your attorney may assist you in completing this form. You must provide the documents and other evidence that are required by this document to prove your claim. You should submit all of your materials together. You should retain the original documents related to all copies submitted to the Claims Administrator. **This Claim Form must be signed under oath and notarized by the named claimant (s), in hard copy, and by counsel, if represented, and uploaded separately to the Portal.**

## I. PERSONAL AND BACKGROUND INFORMATION OF CLAIMANT(S)

### A. Claimant

Property ID: 6781

EXHIBIT F

First Name: Fred   M.I.: L   Last Name: Nolte

Current Street Address 9243 US Hwy 98

City Fairhope   State AL   Zip Code 36532

Telephone Number 2515975008

E-mail Address fln1263@yahoo.com

Claimant Type ☑ Person(s)   ☐ Business

**B. Additional Claimant (if applicable.)**

First Name: Donnie   M.I.: P   Last Name: Castleberry

Current Street Address 9243 US Hwy 98

City Fairhope   State AL   Zip Code 36532

Telephone Number 251-610-7735

E-mail Address donpal77@aol.com

Claimant Type ☑ Person(s)   ☐ Business

## II.   REPRESENTATION BY LEGAL COUNSEL

Are you represented by any lawyer in connection with this claim?

☑ Yes   ☐ No

If "Yes," provide the following requested information:

Lawyer's First Name: Edward   Last Name: Rowan

Law Firm's Name Taylor Martino, PC

Law Firm's Street Address 455 St. Louis St., Suite 2100

City Mobile   State AL   Zip Code 36602

Lawyer's Telephone Number 251-433-3131

Lawyer's Fax Number 251-433-4207

Lawyer's E-mail Address ed@taylormartino.com

## III.   DESCRIPTION AND INFORMATION RELATED TO THE AFFECTED PROPERTY

A.   Affected Property Street Address 9243 Highway 98
City Fairhope   State AL   Zip Code 36532

B.   Total Under Air Square Footage

Verify the number of the under air square footage of this Affected Property. Under air Square Footage is defined as the area within the house that receives ventilation from the home's heating and air systems, not including garages, attics or basements that are not part of this ventilation system.

Total Under Air Square Footage: 2700

C.   Remediation Status (removal and replacement of Covered Chinese Drywall)

Property ID: 6781

EXHIBIT F

☐ Completely Remediated   ☐ Partially Remediated   ☑ No Remediation

If completely or partially remediated, identify the following

Dates of remediation

Total cost of remediation

Who performed the remediation work

Did you assign the legal right to pursue your remediation claim to the party that performed the remediation or any other third party? ☐ Yes   ☑ No

D. Prior Payments Received

☐ **I have** received prior payments related to damages caused by Chinese Drywall in the Affected Property.

Source:

Amount of payments received:

Source:

Amount of payments received:

Source:

Amount of payments received

☑ **I have not** received any prior payment related to damages caused by Chinese Drywall in the Affected Property.

## IV.   GENERAL ELIGIBILITY

A. Ownership of Affected Property as of May 23, 2019

☑ **I currently own** the Affected Property containing Covered Chinese Drywall

☐ **I previously owned** the Affected Property containing Covered Chinese Drywall.
Date Ownership Transferred:

☐ **I have never owned** the Affected Property containing Covered Chinese Drywall but am submitting this claim on behalf of a minor, deceased, or incompetent Claimant who owns or has owned the Affected Property.

Your Full Name:

Relationship to Claimant:

B. When did you acquire the Affected Property? Month/Day/Year <u>May/??/2005</u>

When was Chinese Drywall installed in the Affected Property? <u>09/2008</u>

When did you become aware that the Property contained Chinese Drywall? <u>2009</u>

## V.   DRYWALL MARKINGS

A list of Covered Chinese Drywall products that are included in the Taishan Class Settlement is provided below. **Please check all that apply.**

Property ID: 6781

EXHIBIT F

- ☐ BNBM/ Dragon Brand
- ☐ C&K
- ☐ Chinese Manufacturer #2 (purple stamp)
- ☐ Crescent City
- ☐ DUN
- ☐ IMT Gypsum
- ☐ ProWall
- ☒ TAIAN TAISHAN or Taihe edge tape
- ☐ MADE IN CHINA MEET[S] OR EXCEED[S] ASTM C1396 04 STANDARD
- ☐ Drywall 4feet[x/*]12feet[x/*]1/2inch
- ☐ Venture Supply
- ☐ White edge tape, boards with no markings or boards with no markings other than numbers or letters.

For Affected Properties containing white edge tape and/or no markings, in addition to photographic indicia, one of the following corroborating evidence <u>must</u> be submitted:

- ☐ Certified inspection report of elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm.

- ☒ Certified laboratory confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils.

- ☐ Other clear and convincing evidence such as sales or delivery records, chain of custody records, inspection report(s) or other proof that demonstrates that the property contains or contained Covered Chinese Drywall.

## VI. DOCUMENTATION PROOF REQUIRED TO BE ELIGIBLE FOR AN ALLOCATION PAYMENT

**Proof Requirement #1: Proof that the property has or had Covered Chinese Drywall identified in Section V**

<u>You must provide proof of Covered Chinese Drywall based on one of the following:</u> photographic indicia, sales or delivery records, chain of custody records, inspection report(s) or other proof that demonstrates that the property contains or contained the Chinese Drywall identified above. If no markings are on the drywall, corroborating evidence must be submitted as identified in Section V.

☒ I **have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.

☐ I **do not have** documents supporting this proof requirement.

**Proof Requirement #2: Proof of the under air square footage of the Affected Property.**
<u>You must provide proof of under air square footage based on one of the following:</u> Builder's floor plan, tax assessor's record identifying under air square footage, appraisal, ANSI sketch, condominium association document, or other proof demonstrating the square footage under air of the Affected Property.

☒ I **have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.

☐ **I do not have** documents supporting this proof requirement.

**Proof Requirement #3: Proof of ownership of the Affected Property.**

*You must provide proof of ownership based on one of the following:* Deed, mortgage documents, purchase documents or other conveyance record demonstrating ownership of the Affected Property.

☑ **I have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.

☐ **I do not have** documents supporting this proof requirement.

**Proof Requirement #4: Proof of remediation costs <u>if the Affected Property has been remediated.</u>** <u>*You must provide proof of remediation based on one of the following:*</u> *Invoices, receipts, remediation contract, cancelled checks, or other proof of actual remediation expenses.*

☐ The Affected Property **has been** remediated and I have uploaded documents supporting this proof requirement simultaneously with this Claim Form

☐ The Affected Property **has been** remediated but I do not have documents supporting this proof requirement or I have not submitted these documents.

☑ The Affected Property **has not** been remediated such that no proof is required.

**Proof Requirement #5: Proof of assignment of right of remediation claim**

☐ The remediation claim for the Affected Property **has been** assigned to a third party and I have uploaded documents supporting this proof requirement simultaneously with this Claim Form.

☐ The remediation claim for the Affected Property **has been** assigned to a third party but I do not have documents supporting this proof requirement.

☐ The remediation claim for the Affected Property has not been assigned to a third party or I have not remediated the Affected property such that no proof is required.

**Proof Requirement #6: Sign the Affidavit on the following page which includes a certification that the proof documents submitted comprise all of the available documentation to prove Requirements #1 - #5. <u>This affidavit must be signed by the named claimant(s), in hard copy, and uploaded separately to the Portal.</u>**

**Owner Affidavit**

5

Property ID: 6781

**EXHIBIT F**

*By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

Claimant Signature                                              Additional Claimant Signature (If Applicable)

Date

Attorney Signature (If Applicable)                              County, State

Print Name                                                      Notary Public

6

Property ID: 6781

**EXHIBIT F**

### Owner Affidavit

By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.

By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.

By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.

I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.

_____
Claimant Signature

_____
Additional Claimant Signature (If Applicable)

Fred L Walker Jr.   02/12/2020
Print Name            Date

_____
Print Name            Date

_____
Attorney Signature (If Applicable)

Baldwin  AL
County, State

_____
Print Name            Date

Elizabeth A. Wright
Notary Public

ELIZABETH A. WRIGHT
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES NOVEMBER 17 2020

7

EXHIBIT F