Attorney Information:
Edward P. Rowan
TAYLOR MARTINO
51 Saint Joseph Street, Mobile, AL 36602
Post Office Box 894, Mobile, AL 36601
Tel: (251) 433-3131  Fax: (251) 433-4207
Toll Free: (800) 256-7728

Client Information:
Valentine & Kimberly Frego, Owner
8080 Bishop Road
Fairhope, AL 36532

Frego V. 0001





EXHIBIT K