# TAYLOR ♦ MARKTINO
## ♦ ROWAN ♦
### ATTORNEYS AT LAW

⁺RICHARD H. TAYLOR
STEVEN A. MARTINO
⁺EDWARD P. ROWAN
W. LLOYD COPELAND
⁺#†AMANDA D. SUMMERLIN

⁺BENJAMIN N. KEARNS
RUTH R. LICHTENFELD
EATON G. BARNARD
*Also Admitted in Mississippi*
*#Also Admitted in New York*
*†Also Admitted in Pennsylvania*

Friday, February 28, 2020

**VIA PORTAL UPLOAD:**
Chinese Drywall Settlement Administrator

Re:  **Claimant Name:**  Valentine & Kim Frego
     **Claimant ID:**    104751
     **Property ID:**    6784
     **Claim ID:**       14043

Dear Claims Administrator:

Please let this serve as claimants' appeal of the denial of this claim. As stated in the denial notice (02/25/2020), this claim was denied for failure to submit sufficient proof of under air square footage of the affected property.

Contemporaneously with this correspondence, we have uploaded the applicable tax appraisal documents which show the under air square footage of 4,200 square feet [Doc.373182]. This complies with the terms of the settlement and the Court's orders.

Please contact me immediately if additional information is needed.

With kindest regards, I remain,

♦ Representing Victims for Over 30 Years ♦

455 Saint Louis St., Suite 2100
Mobile, Alabama 36602
Tel: 251.433.3131
Fax: 251.433.4207

Post Office Box 894
Mobile, Alabama 36601
Toll Free: 800.256.7728
www.TaylorMartino.com

EXHIBIT N

Very Truly Yours,

*[signature]*

Edward P. Rowan

Attorney at Law

Ed@taylormartino.com

EPR/ewy

EXHIBIT N



# Property Appraisal Link

## BALDWIN COUNTY, AL

Current Date **2/28/2020**          Tax Year **2019**
                                    Valuation Date **October 1, 2018**

### BUILDING APPRAISAL

**PARCEL**   56-02-09-0-001-008.000     **PPIN** 059247   **TAX DIST** 02
**NAME**     FREGO, VALENTINE JR ETAL FREGO, KIMBERLY
**BUILDING** 4                           **CLASS** B
**STRUCTURE CODE** B42 -          BARN, B-42
**AREA:**    TOTAL LIVING AREA
             4200
**ACTUAL YEAR BUILT...**   2000
**YEAR IMPROVEMENT ADDED TO ABSTRACT...**   2014
**CLASS** 3   **HOMESTEAD** Y   **PENALTY** N

### IMPROVEMENT CALCULATIONS - STRUCTURE CLASS B AND O
**CLASS** A (E=Low Cost, D=Average, C=Good, B=Excellent)

| | |
|---|---|
| RATE | 3.90   **OVERRIDE RATE** |
| X LOCATION INDEX | 1.170 |
| = SQUARE FOOT COST | 4.56 |
| X AREA | 4200 |
| = BASIC COST | 16380 |
| + EXTRA FEATURES | |
| = ADJUSTED COST | 19165 |
| DEPRECIATION | 50 |
| = DEPRECIATED COST | 9583 |
| FINAL VALUE | 9600 |
| PRIOR YEAR VALUE | 9600 |
| **NEIGHBORHOOD** | FHOPESOUTH   1.00 |

**YEAR BUILT** 2000 **AGE** 17 **EFFECTIVE YEAR BUILT** 2000 **AGE** 17

### IMPROVEMENT CALCULATIONS - EXTRAS
**EXTRAS** ( INDEX = 1.170 )

| CODE | DESCRIPTION | QUANTITY | UNIT VALUE | TOTAL |
|---|---|---|---|---|
| \*\*\*No Extras On Record\*\*\* | | | | |

View Tax Record

[Back]

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help

EXHIBIT N



# Property Appraisal Link
## BALDWIN COUNTY, AL

Current Date **2/28/2020**                                     Tax Year **2019**
                                                               Valuation Date **October 1, 2018**

### OWNER INFORMATION
| | | | |
|---|---|---|---|
| **PARCEL** | 56-02-09-0-001-008.000 | **PPIN** 059247 | **TAX DIST** 02 |
| **NAME** | FREGO, VALENTINE JR ETAL FREGO, KIMBERLY | | |
| **ADDRESS** | 8080 BISHOP RD | | |
| | FAIRHOPE   AL 36532 | | |
| **DEED TYPE** IN | **BOOK** 0000 | | **PAGE** 1009768 |
| **PREVIOUS OWNER** | UTILITIES BOARD OF THE CITY OF FOLEY, TH | | |
| **LAST DEED DATE** | 10/17/2006 | | |

### DESCRIPTION
6.7 AC(C) 7.06 AC(D) FM THE NW COR OF SW1/4 OF SEC 9 RUN TH E 294.5', TH S 15' TO POB TH CONT E 304.5', TH S 980'(S), TH W 294.5', TH N 980' TO POB SEC 9-7S-2E (WD - SURVIV0RSHIP)

### PROPERTY INFORMATION
| | | |
|---|---|---|
| **PROPERTY ADDRESS** | 8080 BISHOP RD | |
| **NEIGHBORHOOD** | FHOPESOUTH | SOUTH FAIRHOPE |
| **PROPERTY CLASS** | | **SUB CLASS** |
| **LOT**     **BLOCK** | | |
| **SECTION/TOWNSHIP/RANGE** | 00-00 -00 | |
| **LOT DIMENSION** | | **ZONING** |

### PROPERTY VALUES
| | | | | | |
|---|---|---|---|---|---|
| **LAND:** | 113900 | **CLASS 1:** | | **TOTAL ACRES:** | 6.70 |
| **BUILDING:** | 164300 | **CLASS 2:** | | **TIMBER ACRES:** | |
| | ======== | **CLASS 3:** | 278200 | | |
| **TOTAL PARCEL VALUE:** | 278200 | | | | |
| **ESTIMATED TAX:** | $0.00 | | | | |
| **TOTAL USE VALUE:** | 20032 | | | | |

### DETAIL INFORMATION
| CODE | TYPE | REF | METHOD | DESCRIPTION | LAND USE | TC | HsPn | MARKET VALUE | USE VALUE |
|---|---|---|---|---|---|---|---|---|---|
| U | USE | 2 | ST AC8S | 5.70 acres | 8210-PASTURE(GOOD B1) | 3 | Y N | | 3032 |
| U | USE | 3 | ST AC8S | 1.00 acres | 1110-RESIDENTIAL | 3 | Y N | | 17000 |
| M | LAND | 4 | ST AC8S | 5.70 acres | 8100-AGRICULTURAL | 3 | Y N | 96900 | |
| M | LAND | 5 | ST AC8S | 1.00 acres | 1110-RESIDENTIAL | 3 | Y N | 17000 | |
| | BLDG | 1 | R   111 | SINGLE FAMILY RESIDENCE | - | 3 | Y N | 154700 | |
| | BLDG | 4 | B   B42 | BARN, B-42 | - | 3 | Y N | 9600 | |

View Tax Record

Back

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help

EXHIBIT N