**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS
LIABILITY LITIGATION                      CIVIL ACTION
                                          Case 2:09-md-02047-EEF-JCW
                                          SECTION "L" (5)


STATE OF ALABAMA

COUNTY OF MOBILE


**AFFIDAVIT OF ELIZABETH WRIGHT YZAGUIRRE**

The affiant stated below hereby certifies under oath the following:

1. My name is Elizabeth Wright Yzaguirre and I am over the age of nineteen (19) years.
2. I have personal knowledge of all matter stated herein.
3. I am employed by Taylor Martino Rowan as a paralegal for attorney Ed Rowan.
4. On February 12, 2020, we complied with the Taishan Class Action Settlement by filing the completed claim forms and uploading the requested documents. Unfortunately, we failed to upload the deed for the Nolte claim (Claimant ID 104748) and the tax assessor's document for the Frego claim (Claimant ID 104751).
5. On February 25, 2020, we received the denial notices for the Nolte and Frego claims. Mr. Rowan and I reviewed this notice together and agreed it was unclear exactly <u>how</u> we were supposed to file this appeal, meaning <u>where</u> it should be filed.

EXHIBIT P

6. Upon request of Mr. Rowan, I called the Brown Greer Settlement Administrator at 804-521-7200, as directed on the denial notice. I do not remember the name of the person I spoke with, but I told her about our confusion, and asked her <u>how</u> we were supposed to file this appeal. The representative did not know how to file the appeal, but said she would find out and email me. She also said that the claims representatives were "trying to figure it out and obtain a more nuts-and-bolts description" of the procedure.

7. On February 28, 2020, at 3:01 p.m., I received an email from the Settlement Administrator's office. The email instructed us to file using the "regular filing procedure." Mr. Rowan and I discussed this, and it was decided that the "regular filing procedure" meant uploading the appeal to the portal, just as had been done previously on many occasions. Accordingly, on February 28, 2020, the same day of receiving the Settlement Administrator's email, we uploaded the necessary documents and filed an appeal of the denials. The first sentence of the upload stated that this was an appeal of the denial of this claim.

8. Mr. Rowan and I mistakenly believed that these uploaded appeals would be transmitted to the Court.

9. The Claims Administrator never communicated to us that this method of filing these appeals was incorrect.

10. Had the Claims Administrator communicated to us that the appeals were incorrectly filed, we would have immediately filed the same information with the Clerk of the Eastern District of Louisiana.

EXHIBIT P

*Elizabeth Wright Yzaguirre*
ELIZABETH WRIGHT YZAGUIRRE

STATE OF ALABAMA §

COUNTY OF MOBILE §

    I, the undersigned, a Notary Public in and for said County and State, hereby certify that ELIZABETH WRIGHT YZAGUIRRE, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, she executed the same voluntarily on the day that same bears date.

    Given under my hand this, the __4th__ day of __June__, 2020.

CHRISTINA A TROTT
My Commission Expires
February 6, 2022

NOTARY PUBLIC
My commission expires: __Feb. 06, 2022__

3

EXHIBIT P