# Elizabeth Wright

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Friday, February 28, 2020 3:01 PM |
| **To:** | Elizabeth Wright; CDWQuestions |
| **Subject:** | Chinese Drywall - Appeals |

Good afternoon Elizabeth,

Thank you for speaking with me today. We have been advised that attorneys who wish to file appeals to the Court on behalf of their clients should still follow the regular filing procedure.

As a reminder, the deadline to appeal is 30 days from the date of the Notice. If you wish to file an appeal, you must present a written objection, no longer than three-pages, double-spaced, to the Court. Class Members may not submit any new or additional evidence for purposes of appealing his or her Allocation Amount determination.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

EXHIBIT Q