# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Considering Claimants Valentine and Kim Frego and Fred L. Nolte's appeal of the Settlement Administrator's denial of their claims, R. Doc. 22873,

**IT IS ORDERED** that Class Counsel file a response to these appeals by Friday, June 12, 2020.

New Orleans, Louisiana this 4th day of June, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge