UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

This *Bennett* action has been pending for over five years. All discovery has been completed, experts have been disclosed and deposed by each party, and remand of individual claims for trial is expected to occur within months. During the past several months, pursuant to the scheduling order, this Court has been ruling on Defendants' dispositive motions.

Recently, this Court issued an order (Doc. 22823) on May 12, 2020, granting summary judgment against the following Plaintiffs: Ronald & Patricia Stanfa; R&S Properties, LLC; Consuelo Burgos; Johnny Tyler; Ellen Moore; Michael & Alice Ginart; Ronald & Bernice Pendelton; Gerald Levin; William Foreman; Dung Nguyen; Carlisle Place, LLC; Ronald & Leslie Bogard; Rachel Schoerner; and, Toshonia & Martin Armstrong. Through the instant motion, Plaintiffs request an extension of time for these Plaintiffs to file a notice of appeal to the Fifth Circuit Court of Appeals. These Plaintiffs represent fourteen of more than one hundred twenty claims joined in this action against Defendants related to their defective product.

Many of the Plaintiffs affected by this Court's order wish to file an appeal; however, claims will need to be severed prior to filing an appeal to avoid delaying other Plaintiffs' trial

dates. Plaintiffs intend to file a motion to sever after this Court concludes its rulings on Defendants' remaining dispositive motions. In addition, several of the moving Plaintiffs in this motion have also been named in other motions that are yet to be ruled upon; therefore, an appeal by certain Plaintiffs in the instant motion should not occur prior to the court issuing rulings on those other remaining motions.

Without severance of these individual claims prior to filing, an appeal by Plaintiffs would transfer jurisdiction to the Fifth Circuit Court of Appeals would halt the other claims during the pendency of the proceedings. Plaintiffs have requested an extension to July 24, 2020, to file their notice of appeal. Plaintiffs believe that this extension would to allow sufficient time for this Court to rule on Defendants' remaining motions and allow for severance motion(s) to be filed. This requested extension is within the discretion of this court and specifically contemplated in the Local Rules of the Fifth Circuit. *See Fed. R. App. P.* 4(a)(5).

This extension request will not prejudice the Defendants in any way. The undersigned counsel conferred with Defense Counsel and they do not oppose this motion; consequently, the motion to extend time for filing a notice of appeal should be granted.

DATED: June 9, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*