UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion For Extension of Time to File A Notice of Appeal regarding Doc. 22823, Plaintiffs' motion is hereby **GRANTED**. The date for Plaintiffs Ronald & Patricia Stanfa, R&S Properties, LLC, Consuelo Burgos, Johnny Tyler, Ellen Moore, Michael & Alice Ginart, Ronald & Bernice Pendelton, Gerald Levin, William Foreman, Dung Nguyen, Carlisle Place, LLC, Ronald & Leslie Bogard, Rachel Schoerner, and, Toshonia & Martin Armstrong to file a notice of appeal is hereby extended to July 24, 2020.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge