# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 11, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30329    In Re: Chinese-Manufactured
                        USDC No. 2:09-MD-2047
                        USDC No. 2:20-CV-1437

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Mary C. Stewart, Deputy Clerk
                        504-310-7694

Mr. James Victor Doyle Jr.
Ms. Carol L. Michel
Mr. Kerry J. Miller