UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## SETTLEMENT CLASS COUNSEL'S RESPONSE TO THE COURT'S JUNE 9, 2020 ORDER [REC. DOC. 22875]

Settlement Class Counsel hereby submit the following pursuant to the Court's June 9, 2020 Order [Rec. Doc. 22875] regarding Claimants Valentine and Kim Frego ("Frego") and Fred L. Nolte ("Nolte"):

**Frego**: Valentine and Kim Frego are absent Class Members who submitted a Claim Form for a property located at 8080 Bishop Road, Fairhope, AL 36532. They are represented by Taylor Martino, PC ("Taylor Martino"). The Product ID for this property is MADE IN CHINA (Category "I"). Frego's claim was denied by the Claims Administrator BrownGreer on February 25, 2020, for failing to submit proof of under air square footage. Counsel for Frego uploaded proof that the property has 4,200 under air square feet to the BrownGreer portal on February 28, 2020.

On that same day, Frego's counsel attempted to appeal the denial of the claim, but failed to file the appeal on the Court's docket. Instead, Frego's counsel uploaded the appeal to the BrownGreer portal under the mistaken belief that the appeal would be transmitted to the Court for a ruling. Frego's counsel explains that they inquired of BrownGreer as to how to submit an appeal in this matter and were told to follow the "regular filing procedure." Taylor Martino contends that with prior settlements in this litigation, the "regular filing procedure" for appeals of claim denials

was through the BrownGreer portal. Frego's counsel states that they recently discovered the filing error when Frego did not receive a claim payment from the Settlement and request that the appeal be considered by the Court.

<u>Class Counsel Recommendation</u>: Counsel for Frego uploaded the missing documentation for this claim within three days of the claim denial by BrownGreer. Had the appeal been timely filed on the Court's docket, Class Counsel would recommend that it be granted. The estimated value of the claim is $9,340.47. It is within the Court's discretion to determine whether the attempt by Frego's counsel to timely appeal the claim denial by uploading the requisite documentation to the BrownGreer portal, after making an inquiry of the Claims Administrator and not understanding how to file the appeal, is sufficient to justify counsel's failure to file the appeal on the Court's docket.

**Nolte**: Fred Nolte is an absent Class Member who submitted a claim for a property located at 9243 Highway 98, Fairhope, AL 36532. Nolte is represented by Taylor Martino. The property has 1,597 under air square feet according to the builder's floor plan, but the Claim Form states 2,700 square feet, which is not supported by the evidence. The Product ID for this property is MADE IN CHINA (Category "I"). The claim was denied by BrownGreer on February 25, 2020, for failing to submit proof of ownership. Nolte uploaded proof of ownership to the BrownGreer portal on February 28, 2020.

On that same day, Nolte's counsel attempted to appeal the denial of the claim, but failed to file the appeal on the Court's docket, for the same reason that counsel mistakenly believed that the appeal should be uploaded to the BrownGreer portal, and it would then be transmitted to the Court for a ruling. Nolte's counsel recently discovered the filing error and requests that the appeal be considered by the Court.

Class Counsel Recommendation: Counsel for Nolte uploaded the missing documentation for this claim within three days of the claim denial by BrownGreer. Had the appeal been timely filed on the Court's docket, Class Counsel would recommend that it be granted. The estimated value of the claim is $3,569.61, according to the square footage specified on the builder's floor plan submitted for this property. It is within the Court's discretion to determine whether the attempt by Nolte's counsel to timely appeal the claim denial by uploading the requisite documentation to the BrownGreer portal, after making an inquiry of the Claims Administrator and not understanding how to file the appeal, is sufficient to justify counsel's failure to file the appeal on the Court's docket.

Respectfully submitted,

Dated:  June 11, 2020

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
Patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 11th day of June, 2020.

*/s/ Stephen J. Herman*