UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER REIMBURSING EXPENSES AND AUTHORIZING PAYMENT OF OUTSTANDING SHARED EXPENSES

Upon consideration of the motion of Plaintiffs' Lead and Liaison Counsel for entry of an Order: (1) reimbursing expenses incurred from January 1, 2020 through the present date by Plaintiffs' Lead and Liaison Counsel, certain members of the Plaintiffs' Steering Committee, and the Fee and Cost Committee ("FAC") in the performance of their Court-appointed functions; and (2) authorizing payment of outstanding Shared Expenses, IT IS HEREBY ORDERED THAT the motion is GRANTED as follows:

1.  The firms listed below shall be reimbursed for MDL held costs and/or FAC expenses incurred from January 1, 2020 through the date of this Order, in the amounts set forth below:

| Firm | Cost Reimbursement |
|---|---:|
| Levin, Sedran & Berman | $28,627.65 |
| Herman Herman & Katz | $4,833.57 |
| Richard J. Serpe, P.C. | $7,224.76 |
| Colson Hicks Edison, PA | $8,839.71 |
| Barrios, Kingsdorf & Casteix | $1,655.21 |
| Irpino Law Firm | $1,162.53 |
| Gainsburgh, Benjamin, et al. | $1,311.62 |
| The Lambert Firm | $3,395.10 |
| Allison Grant, PA | $3,342.93 |
| | **$60,393.08** |

    2.       The following Shared Expenses are approved for payment:

        a. Philip A. Garrett, CPA - $15,967.01

        b. File and ServeXpress - $290.00

        c. File Link - $7,380.48.

    3.       BrownGreer shall distribute the cost reimbursements and pay the Shared Expenses approved herein out of the two funds of common benefit attorney fees from Virginia state court settlements with installers of Taishan Drywall: Jay Sprays, Inc. and K&M Drywall, which are being held in the Taishan Settlement QSF at Huntington Bank. *See* Order & Reasons Allocating Common Benefit Fees and Reimbursing Costs and Assessments (R. Doc. 22741), at 6-7.

New Orleans, Louisiana, this 11th day of June, 2020.

*[signature: Eldon E. Fallon]*

Eldon E. Fallon
U.S. District Court Judge