UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese Manufactured Drywall Products Liability Litigation | MDL 09-md-2047 |
| | SECTION "L" |
| *This Document Relates to:* | JUDGE ELDON E. FALLON |
| *Guilfort Dieuvil 13-609* | MAGISTRATE MICHAEL B. NORTH |

**O R D E R**

Considering the above Motion for Status Conference;

**IT IS ORDERED** that Defendants, Knauf Gips, KG and Knauf Plasterboard (Tianjin) Co, Ltd.'s motion is GRANTED.

A Status Conference is hereby scheduled for Thursday, June 18, 2020 at 2:00 p.m.

New Orleans, Louisiana, this 12th day of ____June____, 2020.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE