# BERNARD, CASSISA, ELLIOTT & DAVIS
## A PROFESSIONAL LAW CORPORATION
3838 N. Causeway Blvd., Suite 3050
Metairie, Louisiana 70002-8357

Telephone: (504) 834-2612
Facsimile: (504) 838-9438

Caroline D. Elliott., Attorney

E-mail: elliottc@bcedlaw.com

June 12, 2020

Clerk of Court,
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      RE:   *Rogers et al v. Knauf Gips KG et al*
              2:10-cv-00362-EEF-MBN
              Our File No.: PKSI.015132

Dear Sir or Madam:

      We received via email an order reassigning this case. As we were dismissed from this case years ago, we ask that you please remove us from your email list.

      Thank you.

Very truly yours,

BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation

BY:    */s/ Caroline Elliott*
          **CAROLINE D. ELLIOTT**

CDE/pld