# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 16, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30326    In re: Chinese-Manufactured
                             USDC No. 2:09-MD-2047
                             USDC No. 2:20-CV-1436

Enclosed is an order entered in this case.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Majella A. Sutton, Deputy Clerk
                             504-310-7680

Mr. James Victor Doyle Jr.
Ms. Carol L. Michel
Mr. Kerry J. Miller