# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>**Guilfort Dieuvil No. 13-609** | |

## ORDER

A telephone status conference in the above-captioned matter is scheduled for Thursday, June 18, 2020 at 2:00 p.m. Accordingly,

**IT IS ORDERED** that the parties use the following information to participate. Parties are expected to be on the call at least five minutes before the conference is scheduled to begin.

Dial-In: (877) 336 1839

Access Code: 4227405

New Orleans, Louisiana this 15th day of June, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge