**EXHIBIT 1**

# Comprehensive Rider to the Residential Contract For Sale And Purchase

THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

When initialed by all parties, the parties acknowledge that the disclosure set forth below was provided to Buyer prior to execution of the Florida Realtors/Florida Bar Residential Contract For Sale and Purchase between _____Dawn M Johnson_____ (SELLER) and _____ (BUYER) concerning the Property described as ____421____Chelsea Place_____
Ormond Beach                                                                                    FL 32174

Buyer's Initials _____  _____                Seller's Initials __DMJ__  _____

## B. HOMEOWNERS' ASSOCIATION/COMMUNITY DISCLOSURE

IF THE DISCLOSURE SUMMARY REQUIRED BY SECTION 720.401, FLORIDA STATUTES, HAS NOT BEEN PROVIDED TO THE PROSPECTIVE PURCHASER BEFORE EXECUTING THIS CONTRACT FOR SALE, THIS CONTRACT IS VOIDABLE BY BUYER BY DELIVERING TO SELLER OR SELLER'S AGENT OR REPRESENTATIVE WRITTEN NOTICE OF THE BUYER'S INTENTION TO CANCEL WITHIN 3 DAYS AFTER RECEIPT OF THE DISCLOSURE SUMMARY OR PRIOR TO CLOSING, WHICHEVER OCCURS FIRST. ANY PURPORTED WAIVER OF THIS VOIDABILITY RIGHT HAS NO EFFECT. BUYER'S RIGHT TO VOID THIS CONTRACT SHALL TERMINATE AT CLOSING.

BUYER SHOULD NOT EXECUTE THIS CONTRACT UNTIL BUYER HAS RECEIVED AND READ THIS DISCLOSURE.

Disclosure Summary For _____Chelsea Place_____
(Name of Community)

(a) AS A BUYER OF PROPERTY IN THIS COMMUNITY, YOU WILL BE OBLIGATED TO BE A MEMBER OF A HOMEOWNERS' ASSOCIATION ("ASSOCIATION").
(b) THERE HAVE BEEN OR WILL BE RECORDED RESTRICTIVE COVENANTS ("COVENANTS") GOVERNING THE USE AND OCCUPANCY OF PROPERTIES IN THIS COMMUNITY.
(c) YOU WILL BE OBLIGATED TO PAY ASSESSMENTS TO THE ASSOCIATION. ASSESSMENTS MAY BE SUBJECT TO PERIODIC CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ 265.0 PER __month__. YOU WILL ALSO BE OBLIGATED TO PAY ANY SPECIAL ASSESSMENTS IMPOSED BY THE ASSOCIATION. SUCH SPECIAL ASSESSMENTS MAY BE SUBJECT TO CHANGE. IF APPLICABLE, THE CURRENT AMOUNT IS $ _____ PER _____. *incorrect*
(d) YOU MAY BE OBLIGATED TO PAY SPECIAL ASSESSMENTS TO THE RESPECTIVE MUNICIPALITY, COUNTY, OR SPECIAL DISTRICT. ALL ASSESSMENTS ARE SUBJECT TO PERIODIC CHANGE.
(e) YOUR FAILURE TO PAY SPECIAL ASSESSMENTS OR ASSESSMENTS LEVIED BY A MANDATORY HOMEOWNERS' ASSOCIATION COULD RESULT IN A LIEN ON YOUR PROPERTY.
(f) THERE MAY BE AN OBLIGATION TO PAY RENT OR LAND USE FEES FOR RECREATIONAL OR OTHER COMMONLY USED FACILITIES AS AN OBLIGATION OF MEMBERSHIP IN THE HOMEOWNERS' ASSOCIATION. IF APPLICABLE, THE CURRENT AMOUNT IS $ _____ PER _____.
(g) THE DEVELOPER MAY HAVE THE RIGHT TO AMEND THE RESTRICTIVE COVENANTS WITHOUT THE APPROVAL OF THE ASSOCIATION MEMBERSHIP OR THE APPROVAL OF THE PARCEL OWNERS.
(h) THE STATEMENTS CONTAINED IN THIS DISCLOSURE FORM ARE ONLY SUMMARY IN NATURE, AND, AS A PROSPECTIVE PURCHASER, YOU SHOULD REFER TO THE COVENANTS AND THE ASSOCIATION GOVERNING DOCUMENTS BEFORE PURCHASING PROPERTY.
(i) THESE DOCUMENTS ARE EITHER MATTERS OF PUBLIC RECORD AND CAN BE OBTAINED FROM THE RECORD OFFICE IN THE COUNTY WHERE THE PROPERTY IS LOCATED, OR ARE NOT RECORDED AND CAN BE OBTAINED FROM THE DEVELOPER.

__4/4/17__                    _[signature]_
DATE                          BUYER

__4/4/17__                    _[signature]_
DATE                          BUYER

Page 1 of 1  B. HOMEOWNERS' ASSOCIATION/COMMUNITY DISCLOSURE
CR-4 Rev. 9/15 © 2015 Florida Realtors® and The Florida Bar. All rights reserved.

This software is licensed to [William Butcher - EXIT Beach Realty] www.transactiondesk.com

instanet forms

**EXHIBIT Robbins 10**

|   | Yes | No | Don't Know |
|---|---|---|---|

4. **Plumbing:**
   (a) What is your drinking water source? ☒public ☐private ☐well ☐other
   (b) Have you ever had a problem with the quality, supply, or flow of potable water? ☐ ☒ ☐
   (c) Do you have a water treatment system? ☐ ☒ ☐
   If yes, is it ☐owned ☐leased?
   (d) Do you have a ☒sewer or ☐septic system? If septic system, describe the location of each system: _____
   (e) Are any septic tanks, drain fields, or wells that are not currently being used located on the Property? ☐ ☐ ☐
   (f) Have there been any plumbing leaks since you have owned the Property? ☐ ☒ ☐
   (g) Are any polybutylene pipes on the Property? ☐ ☒ ☐
   (h) If any answer to questions 4(b), 4(c), and 4(e) - 4(g) is yes, please explain: _____

5. **Pools; Hot Tubs; Spas:**
   Note: Florida law requires swimming pools, hot tubs, and spas that received a certificate of completion on or after October 1, 2000, to have at least one safety feature as specified by Section 515.27, Florida Statutes.
   (a) If the Property has a swimming pool, hot tub, or spa that received a certificate of completion on or after October 1, 2000, indicate the existing safety feature(s): ☐enclosure that meets the pool barrier requirements ☐approved safety pool cover ☐required door and window exit alarms ☐required door locks ☐none
   (b) Has an in-ground pool on the Property been demolished and/or filled? ☐ ☒ ☐

6. **Sinkholes:**
   Note: When an insurance claim for sinkhole damage has been made by the seller and paid by the insurer, Section 627.7073(2)(c), Florida Statutes, requires the seller to disclose to the buyer that a claim was paid and whether or not the full amount paid was used to repair the sinkhole damage.
   (a) Does past or present settling, soil movement, or sinkhole(s) affect the Property or adjacent properties? ☐ ☒ ☐
   (b) Has any insurance claim for sinkhole damage been made? ☐ ☒ ☐
   (c) If any insurance claim for sinkhole damage was made, was the claim paid? ☐ ☒ ☐
   (d) If any insurance claim for sinkhole damage was paid, were all the proceeds used to repair the damage? ☐ ☒ ☐
   (e) If any answer to questions 6(a) - 6(c) is yes or the answer to question 6(d) is no, please explain: _____

7. **Deed/Homeowners' Association Restrictions; Boundaries; Access Roads:**
   (a) Are there any deed or homeowners' restrictions? See HoA ☒ ☐ ☐
   (b) Are there any proposed changes to any of the restrictions? ☐ ☒ ☐
   (c) Are there any resale or leasing restrictions? ☒ ☐ ☐
   (d) Is membership mandatory in a homeowners' association? ☒ ☐ ☐
   (e) Are fees charged by the homeowners' association? ☒ ☐ ☐
   (f) Are any driveways, walls, fences, or other features shared with adjoining landowners? ☐ ☒ ☐
   (g) Are there any encroachments on the Property or any encroachments by the Property's improvements on other lands? ☐ ☒ ☐
   (h) Are there boundary line disputes or easements affecting the Property? ☐ ☒ ☐
   (i) Are access roads ☐private ☒public? If private, describe the terms and conditions of the maintenance agreement: _____
   (j) If any answer to questions 7(a) - 7(h) is yes, please explain: _____
   See HoA Disclosure

Buyer (___)(___) and Seller (___)(___) acknowledge receipt of a copy of this page, which is Page 2 of 4.
SPDR-1                                              ©2013 Florida Association of REALTORS
Serial#: 040306-600137-8517457

|   |   | Yes | No | Don't Know |
|---|---|---|---|---|
| 8. | Environmental: |   |   |   |
| (a) | Was the Property built before 1978? If yes, please see Lead-Based Paint Disclosure. | ☐ | ☒ | ☐ |
| (b) | Does anything exist on the Property that may be considered an environmental hazard, including but not limited to, lead-based paint; asbestos; mold; urea formaldehyde; radon gas; methamphetamine; defective drywall; fuel, propane, or chemical storage tanks (active or abandoned); or contaminated soil or water? | ☐ | ☒ | ☐ |
| (c) | Has there been any damage, clean up, or repair to the Property due to any of the substances or materials listed in subsection (b) above? | ☐ | ☒ | ☐ |
| (d) | Are any mangroves, archeological sites, or other environmentally sensitive areas located on the Property? | ☐ | ☒ | ☐ |
| (e) | If any answer to questions 8(b) - 8(d) is yes, please explain: _____ | ☐ | ☒ | ☐ |
| 9. | Governmental: |   |   |   |
| (a) | Are there any zoning violations or nonconforming uses? | ☐ | ☒ | ☐ |
| (b) | Are there any zoning restrictions affecting additions, improvements, or replacement of the Property? | ☐ | ☒ | ☐ |
| (c) | Do any zoning, land use, or administrative regulations conflict with the existing or intended use of the Property? | ☐ | ☒ | ☐ |
| (d) | Do any restrictions, other than association and flood area requirements, affect improvements or replacement of the Property? | ☐ | ☒ | ☐ |
| (e) | Are any improvements, including additions, located below the base flood elevation? | ☐ | ☒ | ☐ |
| (f) | Have any improvements been constructed in violation of applicable local flood guidelines? | ☐ | ☒ | ☐ |
| (g) | Have any improvements or additions to the Property, whether by you or by others, been constructed in violation of building codes or without necessary permits? | ☐ | ☒ | ☐ |
| (h) | Are there any active permits on the Property that have not been closed by a final inspection? | ☐ | ☒ | ☐ |
| (i) | Is there any violation or non-compliance regarding any unrecorded liens; code enforcement violations; or governmental, building, environmental, and safety codes, restrictions, or requirements? | ☐ | ☒ | ☐ |
| (j) | If any answer to questions 9(a) - 9(i) is yes, please explain: _____ | ☐ | ☒ | ☐ |

10. ☐ (If checked) Other Matters; Additional Comments: The attached addendum contains additional information, explanation, or comments.

Seller represents that the information provided on this form and any attachments is accurate and complete to the best of Seller's knowledge on the date signed by Seller. Seller authorizes listing broker to provide this disclosure statement to real estate licensees and prospective buyers of the Property. Seller understands and agrees that Seller will promptly notify Buyer in writing if any information set forth in this disclosure statement becomes inaccurate or incorrect.

Seller: _Dawn M. Johnson_ (signature) / _Dawn M Johnson_ (print)   Date: 1/2/2016
Seller: _____ (signature) / _____ (print)   Date: _____

Buyer acknowledges that Buyer has read, understands, and has received a copy of this disclosure statement.

Buyer: _Byron W. Rob_ (signature) / _Byron W. Robbins_ (print)   Date: 4/4/17
Buyer: _Fern L. Robbins_ (signature) / _Fern L. Robbins_ (print)   Date: 4/4/17

Buyer (BWR) (FLR) and Seller (___) (___) acknowledge receipt of a copy of this page, which is Page 3 of 4.
SPDR-1
Serial: 043306-500137-6517457                                ©2013 Florida Association of REALTORS