**From:** William Butcher billbutcher15@gmail.com 
**Subject:** Re: Lakeland Labs - Drywall Sample Status
**Date:** April 17, 2017 at 4:11 PM
**To:** Byron Robbins bwfl@comcast.net

EXHIBIT 3

Hi Byron,

Attached is the addendum to extend the inspection period to 04/28/17.
According to the seller, the builder is very confident that Chinese drywall was never used in any of their homes. They strongly recommended having it tested in a lab.
I asked about the other items. They said that they had their garage door repair man come to the house and he tested it 5 or 6 times, he concluded there was nothing wrong with it.
They did not call the roofer or the heating and air conditioning company. They gave me all the roof warranty information for me to give to you and all the service records for the heating and air conditioning system. Total Comfort is the company's name. I have a pile of papers for me to give to you or I could scan them and email them to you.
I'll let you know as soon as I hear back from the lab.

Thank you,
Bill

**Bill Butcher**
Exit Beach Realty
707-953-2869
billbutcher15@gmail.com
www.billbutcherbabyboomer.com



On Mon, Apr 17, 2017 at 12:21 PM, Byron Robbins <bwfl@comcast.net> wrote:
> Hi Bill,
>
> Thanks for keeping us in the loop. The seven day extension is of upmost importance.
>
> Thanks, Byron
>
>> On Apr 17, 2017, at 11:37 AM, William Butcher <billbutcher15@gmail.com> wrote:
>>
>> Hi Byron,
>>
>> I just got this email from the lab. It looks like we may not have the results for a couple of days. I also forwarded it the seller and asked for a 7 day increase in the inspection period.
>> I also mentioned your other concerns.
>> Buyers and seller will all have to sign the extention.
>>
>> Thank you,
>>
>> **Bill Butcher**
>> Exit Beach Realty
>> 707-953-2869
>> billbutcher15@gmail.com
>> www.billbutcherbabyboomer.com
>>
>> 
>>
>> ---------- Forwarded message ----------
>> From: **James Crawford** <jim@lakelandlabs.com>
>> Date: Mon, Apr 17, 2017 at 11:10 AM
>> Subject: Lakeland Labs - Drywall Sample Status
>> To: "billbutcher15@gmail.com" <billbutcher15@gmail.com>
>>
>> Hi Bill,

EXHIBIT
Robbins 08