UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|  | Section "L" |
| _____ | Judge Eldon Fallon |
| This document relates to: |  |
| Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al | MAGISTRATE JOSEPH WILKINSON, JR. |
| Case No. 14-cv-2722 |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL DEPOSITION OF

BYRON ROBBINS

JUNE 11, 2020

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORAL DEPOSITION OF BYRON ROBBINS, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on the 11th day of June, 2020, from 9:03 a.m. to 9:42 a.m., via ZOOM videoconference, by Mary Abbott Burkes, Certified Shorthand Reporter, in and for the State of Texas and Louisiana, taken by machine shorthand, witness located at 421 Chelsea Place Avenue, Ormand Beach, Florida, pursuant to Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

**EXHIBIT 5**

```
 1      A.   Because it says the builder never used
 2   Chinese drywall.
 3      Q.   Okay.  Does it -- it actually says "the
 4   builder is very confident that Chinese drywall was
 5   never used," right?
 6      A.   That's what it says.
 7      Q.   It doesn't say the builder never used
 8   Chinese drywall, right?
 9      A.   Right.
10      Q.   Okay.  And did you -- when you got this
11   email, did you decide to purchase the house because
12   of the representation from the builder?
13      A.   No.
14      Q.   Okay.  So why did you decide to purchase the
15   house?
16      A.   After the lab report came back.
17      Q.   Okay.  And that's the lab report from
18   Lakeland Labs?
19      A.   Yes.
20      Q.   All right.  Well, let's go ahead and look at
21   that.
22           Okay.  Do you see a lab report from
23   Lakeland Labs on your screen?
24      A.   Yes.
25      Q.   Okay.  And this is the Lakeland Labs report
```

```
 1   the home?
 2        A.  Yes.
 3             MR. DOYLE:  Object to the form of that
 4   question.
 5             You can answer.
 6        Q.  (BY MS. VEITH)  Can you answer again just
 7   for the record?
 8        A.  Yes.
 9        Q.  The answer to my question is "yes"?
10        A.  Yes.
11        Q.  Okay.  So this report, then, did not confirm
12   or deny the presence of problem drywall in your
13   house, correct?
14        A.  If you say so.
15        Q.  That's not -- I'm asking you if that
16   sentence -- if you read it at the time you received
17   the report, did you understand that the lab testing
18   company made no representation as to the presence or
19   absence of problem drywall in the structures from
20   which these samples may have been collected?
21        A.  My understanding -- my understanding was
22   that the house did not contain Chinese drywall.
23        Q.  Okay.  So you read that sentence, and you
24   just didn't believe it?
25        A.  My understanding was that the house did
```

```
 1     Q.  Okay.  So I just want to go through these
 2  pictures.  The first one -- I'm going to start where
 3  my mouse is, at the top left-hand corner, the first
 4  photo, that says "Discolored copper."  Do you know
 5  what this is a photo of?
 6     A.  It's the circuit breaker box.
 7     Q.  Okay.  And where in your house is the
 8  circuit breaker box located?
 9     A.  Garage.
10     Q.  The garage.  Okay.  So it's not in the
11  kitchen?
12     A.  Right.
13     Q.  And then next photo, "Discolored copper," do
14  you know what this is a photo of?
15     A.  Looks like the same box.
16     Q.  Okay.  So same box that's in the garage.
17         And then I'm going down -- they all say
18  some version of "Discolored copper," so it's not
19  really helpful for me to identify it that way.  But
20  it's in the second row on the left-hand side.
21         It looks like this is a photo of an
22  electrical outlet.  Do you know where in the house
23  this electrical outlet is located?
24     A.  No.
25     Q.  Okay.  What about the next photo on the
```

```
 1   right that's also an electrical outlet?  Do you know
 2   where in the house this electrical outlet is
 3   located?
 4        A.   No.
 5        Q.   Okay.  Going down, the third row, left side,
 6   there's another photo that says "Discolored copper."
 7   Do you know where in the house this electrical
 8   outlet is located?
 9        A.   No.
10        Q.   Last photo on this page, third row, right
11   side, "Slightly discolored copper, first-floor air
12   handler."  Do you know where in your house this is
13   located?
14        A.   Garage.
15        Q.   Going down, "Discolored copper, second-floor
16   air handler."  We're now on page 22 of the report,
17   by the way, or -- yeah, 22.
18             "Discolored copper, second-floor air
19   handler."  Do you know where this is in your house?
20        A.   Second floor.
21        Q.   The second floor of the garage?
22        A.   House.
23        Q.   Okay.  And so is it like in a bedroom?  Is
24   it in the hallway?
25        A.   There's only one room, second floor.
```

```
 1        Q.  Okay.  So it's just in the one room that's
 2   on the second floor.  And that's not the kitchen,
 3   right?
 4        A.  Right.
 5        Q.  Okay.  And then the next photo, top row,
 6   right-hand side, it says "Discolored copper and
 7   residue."  It looks, again, like an electrical
 8   outlet.  Do you know where this is located?
 9        A.  No.
10        Q.  Okay.  Going down, "Corroded plumbing
11   fittings."  Do you know where in your house this is
12   located?
13        A.  No.
14        Q.  And then there's another photo titled
15   "Corroded plumbing fittings" on the right-hand side
16   of this row.  Do you know where in your house this
17   is located?
18        A.  No.
19        Q.  And then, finally, going down, the last
20   photo says "Discolored copper."  Do you know where
21   in your house this is located?
22        A.  I don't know if that's in the garage or
23   second floor.
24        Q.  Okay.  It is not in --
25        A.  If you give me a minute -- if you give me a
```