UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation**<br><br>*This Document Relates to:*<br>*Wicler Pierre v. Knauf Gips, KG, et al.*<br>**2:20-cv-1437-EEF-MBN** | MDL 09-md-2047<br><br>SECTION "L"<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE MICHAEL B. NORTH |

## JOINT DESIGNATION OF RECORD ON APPEAL

Plaintiff/Appellant and Defendants/Appellees, Knauf Gips KG and Knauf Plasterboard Tianjin Company, Limited, submit this Joint Designation of the Record on Appeal pursuant to the June 11, 2020 Order of the U.S. Court of Appeals for the Fifth Circuit in case no. 20-30329.

Unless otherwise indicated, docket entries designated herein should be included in their entirety (including all exhibits and attachments, whether filed electronically or manually, or under seal).

**Designated Record Documents in Case 2:09-md-2047**

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 06/15/2009 | 1 | TRANSFER ORDER FROM THE MDL PANEL transferring 9 actions to the Eastern District of Louisiana and becoming part of MDL 2047. by Clerk MDL Panel (Attachments: # 1 Schedule A, # 2 Schedule B, # 3 Letter) (Reference: 09md2047)(dno, ) (Main Document 1 , and Attachments 1, 2, and 3 flattened and replaced on 2/7/2019 to correct issues with transmittal to USCA) (jls). (Entered: 06/16/2009) |
| 6/16/09 | 2 | PRETRIAL ORDER # 1 - Initial Pretrial Conference is set for 7/9/2009 at 2:00 PM before Judge Eldon E. Fallon. Case Management Orders or Agenda items, shall be submitted by 7/6/09. Position papers are due by 7/1/09. Applications/nominations for the Plaintiffs' Steering Committee must be filed by 7/10/09. Signed by Judge Eldon E. Fallon on 6/16/09. (Attachments: # 1 Schedule A, # 2 Schedule B)(Reference: 09md2047)(dno, ) (Entered: 06/16/2009) |
| 6/16/09 | 3 | PRETRIAL ORDER #2 regarding procedures for transfer of cases. Signed by Judge Eldon E. Fallon on 6/16/09.(Reference: 09md2047)(dno, ) (Entered: 06/16/2009) |
| 8/21/09 | 171 | PRETRIAL ORDER #10 - the Court orders that all parties provide either the Plaintiffs' Liaison Counsel or the Defendants' Liaison Counsel with a photographic catalog of markings, brands, endtapes and other identifying markers that they have found in the affected homes to date by no later than August 26, 2009 and that the Plaintiffs' Steering Committee and the Defendants' Steering Committee collect this data and submit to this Court and the inspection company chosen for the Threshold Inspection Program a joint catalog of the data to assist in the training of the inspectors for the Threshold Inspection Program by no later than August 28, 2009. Signed by Judge Eldon E. Fallon on 8/21/09.(Reference: ALL CASES)(blg) (Entered: 08/21/2009) |
| 8/27/09 | 181 | PRETRIAL ORDER NO. 13 - The Court hereby institutes a Threshold Inspection Program (herein "TIP") to accomplish early property inspections and facilitate prompt and efficient case management. The Threshold Inspection Program will be run under the supervision of the Court as set forth in document. The Court has determined that Crawford & Company will carry out the inspections. The findings made by the Court approved inspectors pursuant to this protocol are determinative for the TIP only. Signed by Judge Eldon E. Fallon on 8/27/09.(Reference: All Cases)(dno, ) (Entered: 08/27/2009) |
| 8/28/09 | 186 | PRETRIAL ORDER NO. 1A - ORDERED that 2 Pretrial Order No. 1 is MODIFIED as set forth herein. Pretrial Order No. 1 and the Minute Entry of 8/11/09 165 are further modified to reflect that the stay in effect shall not impede counsel's obligation to timely enter their appearance on behalf of |

| Date Filed | Record Number | Docket Text |
|---|---|---|
|  |  | their client(s) upon effectuation of service on their client. All other pleading obligations shall be stayed consistent with this Court's previous orders. Signed by Judge Eldon E. Fallon on 8/28/09.(Reference: All Cases) (dno, ) (Entered: 08/28/2009) |
| 9/18/09 | 248 | PRETRIAL ORDER NO. 2A regarding transfer of records in these proceedings. Signed by Judge Eldon E. Fallon on 9/17/09.(Reference: All Cases)(dno, ) (Entered: 09/18/2009) |
| 9/25/09 | 288 | PRETRIAL ORDER #16 regarding the flow of discovery material, facilitation of the prompt resolution of disputes over confidentiality, protection of material entitled to be kept confidential, and ensuring that protection is afforded only to material entitled to such treatment, pursuant to the Court's authority under Fed. R. Civ. P. 26(c), and with the consent of the parties. Signed by Judge Eldon E. Fallon on 9/25/09. (Attachments: # 1 Exhibit A)(Reference: All Cases)(dno, ) (Entered: 09/28/2009) |
| 9/28/09 | 289 | PRETRIAL ORDER #15 - This Order shall govern the treatment of all privileged or work product materials in MDL 2047. This Order applies equally to all parties, who for the purposes below shall be designated as either the "Producing Party" or the "Receiving Party." Signed by Judge Eldon E. Fallon on 9/25/09. (Reference: All Cases) (dno, ) (Entered: 09/28/2009) |
| 10/9/09 | 337 | PRETRIAL ORDER No. 1(B) regarding preservation of physical evidence. Signed by Judge Eldon E. Fallon on 10/9/09.(Reference: All Cases)(dno, ) (Entered: 10/13/2009) |
| 11/02/09 | 401 | PRETRIAL ORDER #17 recognizing and confirming Knauf Plasterboard (Tianjin) Co., Ltd. agreement to accept service of PSC's omnibus class action complaint. The Court will conduct a telephonic conference in which the Court will speak to the issues germane to this Order on November 4, 2009 at 11:00 a.m. CST. Signed by Judge Eldon E. Fallon on 11/2/09. (Attachment(s): # 1 Chart) (Reference: All Cases) (dno, ) (Entered: 11/02/2009) |
| 11/25/09 | 508 | PRETRIAL ORDER #13A - Modification of the Initial Threshold Inspection Program. Signed by Judge Eldon E. Fallon on 11/23/2009.(Reference: ALL CASES)(cms, ) (Entered: 11/25/2009) |
| 11/25/09 | 509 | PRETRIAL ORDER #1C - Modification of Pretrial Order #1 through Pretrial Order No. 1A to reflect that the stay in effect shall not impede counsels obligation to timely enter their appearance on behalf of their client(s) upon effectuation of service on their client. Signed by Judge Eldon E. Fallon on 11/23/2009.(Reference: ALL CASES)(cms, ) (Entered: 11/25/2009) |
| 1/8/10 | 718 | PRETRIAL ORDER NO. 1D - The Court clarifies, that IT IS ORDERED that the stay established in Pretrial Order No.1 is now lifted with regard to responsive pleadings, along with all other matters. Signed by Judge Eldon E. Fallon on 1/7/10. (Reference: All Cases)(dno, ) (Entered: 01/08/2010) |
| 2/12/10 | 1078 | PRETRIAL ORDER NO. 1E - regarding stay of responsive pleadings in Gross. Signed by Judge Eldon E. Fallon on 2/12/10.(Reference: 09-6690)(dno, ) (Entered: 02/12/2010) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 3/9/10 | 1692 | PRETRIAL ORDER NO. 1F - ORDERED all defendants be and they hereby are granted an automatic extension of time in which to respond to Complaints in the MDL. Responsive pleadings are now due (50) days after service of a Complaint on a defendant. FURTHER ORDERED that counsel shall enter their appearance on behalf of their client(s) within (20) days after service of a Complaint on a defendant. FURTHER ORDERED that each plaintiff shall submit a plaintiff profile form within (40) days of filing a complaint. FURTHER ORDERED that defendants shall respond to the appropriate profile form within (40) days after service of a Complaint on a defendant. Once completed, the profile form is to be provided to Liaison Counsel. Profile forms are not filed with the Court and are not served on Lexis Nexis File & Serve. The Court has approved a Plaintiff Profile Form, a Defendant Manufacturers' Profile Form, a Contractor/Installer Profile Form, a Builder Defendant Profile Form, a Defendant Distributor Profile Form, and the Importer/Exporter/Broker Profile Form. See Pre- Trial Order Nos. 11, 12A, and 14. Profile forms for other defendants are still under discussion. Any questions regarding these deadlines and/or proper filing techniques should be directed to a party's respective Liaison Counsel. Signed by Judge Eldon E. Fallon on 3/9/10. (Reference: All Cases)(dno, ) (Entered: 03/10/2010) |
| 5/28/10 | 3348 | PRETRIAL ORDER NO. 1G - the Court hereby enters the following Order regarding response times for complaints, that applies to the five Omnibus complaints collectively and to all other cases in this MDL proceeding which shall be held in abeyance until such time as the suspension described in this Order is terminated. Signed by Judge Eldon E. Fallon on 5/27/10.(Reference: All Cases)(dno, ) (Entered: 05/28/2010) |
| 10/05/2010 | 5668 | PLAINTIFFS' MOTION TO INTERVENE - *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Case 2:09-cv-07628-EEF-JCW |
| 10/25/10 | 6083 | PRETRIAL ORDER 1H regarding Post-Notice of Completion Motions Practice. Signed by Judge Eldon E. Fallon on 10/22/10.(Reference: All Cases)(dno, ) (Entered: 10/25/2010) |
| 01/24/2011 | 7181 | PLAINTIFFS' BONNIE AND JOHN H. ADAMS, III, et al., OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(C)) - *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Case 2:09-cv-07628-EEF-JCW |
| 12/13/2011 | 11795 | PLAINTIFFS OMNIBUS CLASS ACTION COMPLAINT (I) -  Jessica Cassidy*, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*., Case 2:11-cv-0323-EEF-JCW |
| 01/10/2012 | 12138 | ORDER granting 12080 Motion Preliminarily Approving Knauf Settlement, Conditionally Certifying a Knauf Settlement Class, Issuing Class Notice, Scheduling a Settlement Fairness Hearing, and Staying Claims as to the Knauf Defendants. Signed by Judge Eldon E. Fallon on 1/10/12. (Attachments: # 1 Exhibit) (Reference: 09-7628,096690,10-362,11-252,11-1363,11-2349,11-3023,09-4117)(ala, ) (Entered: 01/10/2012 |

4

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 1/24/12 | 12257 | PRE-TRIAL ORDER NO. 1(I)- Preservation of Physical Evidence. Signed by Judge Eldon E. Fallon on 1/24/12.(Reference: all cases)(ala, ) (Entered: 01/24/2012) |
| 08/31/2012 | 15472 | EXPARTE/CONSENT Joint MOTION to Substitute Amended Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 by Defendant. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A - Amended Settlement Agreement, # 3 Exhibit Exh A to Exh A - Amended Already Remediated Properties Protocol, # 4 Exhibit Exh A1 to Exh A - 12061-7, # 5 Exhibit Exh B to Exh A - 12061-8, # 6 Exhibit Exh C to Exh A - 12061-9, # 7 Exhibit Exh C1 to Exh A - 12061-10, # 8 Exhibit Exh C2 to Exh A - 12061-11, # 9 Exhibit Exh D to Exh A - Under Seal Cover Sheet, # 10 Exhibit Exh E to Exh A, # 11 Exhibit Exh F to Exh A - 12061-14, # 12 Exhibit Exh F1 to Exh A - 12061-15, # 13 Exhibit Exh F1.1 to Exh A - 12061-16, # 14 Exhibit Exh F1.2 to Exh A - 12061-17, # 15 Exhibit Exh F1.3 to Exh A - 12061-18, # 16 Exhibit Exh F1.4 to Exh A - 12061-19, # 17 Exhibit Exh F1.5 to Exh A - 12061-20, # 18 Exhibit Exh F1.6 to Exh A - 12061-21, # 19 Exhibit Exh F1.7 to Exh A - 12061-22, # 20 Exhibit Exh F1.8 to Exh A - 12061-23, # 21 Exhibit Exh G to Exh A - 12061-24, # 22 Exhibit Exh H to Exh A - Under Seal Cover Sheet, # 23 Exhibit Exh I to Exh A - 12061-26, # 24 Exhibit Exhibit B - Redline of Amended Settlement Agreement)(Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(Miller, Kerry) (Entered: 08/31/2012) |
| 09/05/2012 | 15786 | ORDER granting 15742 Motion to Substitute Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants [12061-5], be substituted with the Amended Exhibit A and the amended exhibits attached to the Joint Motion. IT IS FURTHER ORDERED THAT the prior Preliminary Approval of the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 [Rec. Doc. 12138] is equally applicable to the Amended Agreement, and the Court preliminarily approves the Amended Agreement. IT IS FURTHER ORDERED THAT the Amended Agreement shall be posted on the Courts website. Signed by Judge Eldon E. Fallon on 9/4/12. (Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117) (dno, ) (Entered: 09/07/2012) |
| 10/16/2012 | 15948 | EXPARTE/CONSENT Motion For Preliminary And Final Approval Of The Second Amendment To The Amended INEX and Knauf Class Settlements by Defendant (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Proposed Order, # 4 Proposed Pleading, # 5 Proposed Order)(Reference: All Cases)(Duplantier, Richard) Modified on 10/17/2012 (ala, ). (Entered: 10/16/2012) |
| 11/19/2012 | 16266 | ORDER - Having considered the Joint Motion For Preliminary And Final Approval Of The Second Amendment To The Amended InEx and Knauf Class Settlements And For Judicial Recognition Of Exhaustion And The Memorandum In Support Thereof: 1. IT IS ORDERED that the Second |

5

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | Amendment to the InEx and Knauf Class Settlement is hereby preliminarily approved; and, 2. That this matter 15948 be set for final approval following the Monthly Status Conference on Tuesday, December 11, 2012. Signed by Judge Eldon E. Fallon on 11/19/12. (Reference: 09-8030, 09-8034, 09-7628, 10-361, 09-6690, 10-362, 10-932, 11-80, 11-252) (dno, ) (Entered: 11/19/2012) |
| 12/11/2012 | 16407 | EXPARTE/CONSENT Joint MOTION to Substitute Amended Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 by Defendant. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Exhibit A - Third Amended Settlement Agreement, # 4 Exhibit A - 1 to Exh A - 12061-7, # 5 Exhibit B to Exh A - 12061-8, # 6 Exhibit C to Exh A - 12061-9, # 7 Exhibit C - 1 to Exh A - 12061-10, # 8 Exhibit C - 2 to Exh A - 12061-11, # 9 Exhibit D to Exh A - (Under Seal Cover Sheet), # 10 Exhibit E to Exh A, # 11 Exhibit F to Exh A - 12061-14, # 12 Exhibit F - 1 to Exh A - 12061-15, # 13 Exhibit F - 1.1 to Exh A - 12061-16, # 14 Exhibit F - 1.2 to Exh A - 12061-17, # 15Exhibit F - 1.3 to Exh A - 12061-18, # 16 Exhibit F - 1.4 to Exh A - 12061-19, # 17 Exhibit F - 1.5 to Exh A - 12061-20, # 18 Exhibit F - 1.6 to Exh A - 12061-21, # 19 Exhibit F - 1.7 to Exh A - 12061-22, # 20 Exhibit F - 1.8 to Exh A - 12061-23, # 21 Exhibit G to Exh A - 12061-24, # 22Exhibit H to Exh A - (Under Seal Cover Sheet), # 23 Exhibit I to Exh A - 12061-26, # 24 Exhibit J to Exh A, # 25 Exhibit B - Third Amended Class Settlement Agreement (Redline))(Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117)(Spaulding, Kyle) (Entered: 12/11/2012) |
| 12/12/2012 | 16420 | ORDER granting 16407 the Joint Motion to Substitute Exhibit A to the Joint Motion for an Order: (1) Preliminarily Approving the Knauf Settlement; (2) Conditionally Certifying a Settlement Class; (3) Issuing Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying Claims Against the Knauf Defendants, with the Third Amended Exhibit A and the exhibits attached to the Joint Motion. FURTHER ORDERED that prior Preliminary Approval of the Settlement Agreement regarding claims against the Knauf Defendants is equally applicable to the Third Amended Agreement, and the Court preliminarily approved the Third Amended Agreement. FURTHER ORDERED that the Third Amended Agreement shall be posted on the Court's website. Signed by Judge Eldon E. Fallon on 12/12/12. (Reference: 09-7628, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117)(dno, ) (Entered: 12/12/2012) |
| 02/07/2013 | 16570 | ORDER & REASONS that the 15764 Plaintiffs Steering Committee and Settlement Class Counsel's Motion for certification of five settlement classes and final approval of the class settlements with (1) Interior Exterior Building Supply, LP ("InEx") and its insurers (the "InEx Settlement"); (2) the Banner entities and their insurers (the "Banner Settlement"); (3) L&W Supply Corporation ("L&W") and USG Corporation (the "L&W Settlement"); (4) the Knauf Defendants (the "Knauf Settlement); and (5) more than 700 additional Participating Builders, Suppliers, and Installers ("Participating Defendants"), and their Participating Insurers ("Participating Insurers") |

6

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | (together the "Global Settlement") is GRANTED. IT IS FURTHER ORDERED that the Consent Motion to Withdraw Objections filed by attorney Christopher A. Bandas on behalf of Ronnie Garcia, Jan Petrus, Saul Soto, and Ernest Vitela 16357 is hereby GRANTED IN PART insofar as to allow the withdrawal of the objections therein and TAKEN UNDER SUBMISSION IN PART insofar as other relief requested therein shall be addressed in a separate Order and Reasons. IT IS FURTHER ORDERED AS SET FORTH IN DOCUMENT. Signed by Judge Eldon E. Fallon on 2/7/13. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Reference: 09-7628, 10-361, 09-6690, 10-362, 11-252, 11-1363, 11-2349, 11-3023, 09-4117, 09-8030, 09-8034, 10-932, 11-80, 10-3070, 11-1077)(dno, ) (Attachment 1 replaced on 2/7/2013) (dno, ). (Entered: 02/07/2013) |
| 10/03/2013 | 17165 | EXPARTE/CONSENT Joint MOTION to Substitute Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047. Motion set for 10/24/13 following the monthly status conference before Judge Eldon E. Fallon, by Defendant. (Attachments: #1Exhibit 1, Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants in MDL. No. 2047, # 2 Exhibit K, Letter of Credit, # 3 Exhibit 2, Proposed Order, # 4 Notice of Submission)(Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(Spaulding, Kyle) (Entered: 10/03/2013) |
| 11/01/2013 | 17220 | ORDER granting 17165 the Joint Motion to Substitute the Fourth Amendment to Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047.. Signed by Judge Eldon E. Fallon on 10/29/13. (Reference: 09-7628, 09-6690, 10-00362, 11-00252, 11-1363, 11-2349, 11-3023, 09-4117)(dno, ) (Entered: 11/01/2013) |
| 3/14/2015 | 18477 | AMENDED COMPLAINT with Jury Demand against Defendant filed by Plaintiff. (Reference: 14-2722)(Doyle, James) Modified on 3/16/2015 (plh). Modified on 2/18/2016 (dno). (Document allowed per Rec. Doc. No. 20077) (Entered: 03/14/2015) |
| 3/20/15 | 18528 | PRETRIAL ORDER NO. 1(J) - Preservation and Disposal of Physical Evidence. Signed by Judge Eldon E. Fallon on 3/20/15.(Reference: All Cases)(plh) (Entered: 03/23/2015) |
| 1/31/16 | 20020 | First MOTION to Amend/Correct Class Action Complaint by Plaintiff, Elizabeth Bennett. Motion(s) will be submitted on 2/17/2016. (Attachments: # 1 Memorandum in Support, # 2 Proposed Pleading, # 3 Proposed Order, # 4 Notice of Submission) (Reference: 14-2722)(Doyle, James) Modified on 2/1/2016 (cml). (Entered: 01/31/2016) |
| 2/17/16 | 20077 | ORDER granting 20020 Plaintiff Elizabeth Bennett's Motion for Leave to Amend Class Action Complaint. Plaintiffs' request for leave is well taken and both the Amended Class Action Complaint submitted on March 14, 2015 18477 and the Second Amended Class Action Complaint filed January 31, 2016, are accepted as filed. Claims asserted by the additional plaintiffs contained in those amendments shall be deemed members of the class described in the complaint effective on the date of filing. Signed by |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | Judge Eldon E. Fallon on 2/16/16. (Reference: 14-2722)(dno) (Entered: 02/18/2016) |
| 6/7/16 | 20292 | MOTION to Amend/Correct Class Action Complaint by Plaintiff. Motion(s) will be submitted on 6/29/2016. (Attachments: # 1 Memorandum in Support, # 2 Proposed Pleading Third Amended Complaint, # 3 Proposed Pleading Exhibit A to Third Amended Complaint, # 4 Proposed Order, # 5 Notice of Submission)(Reference: 14-2722)(Doyle, James) (Entered: 06/07/2016) |
| 20327 | 20327 | ORDER granting 20292 Motion to Amend/Correct Complaint. Signed by Judge Eldon E. Fallon. (Reference: All Cases)(cml) (Entered: 06/24/2016) |
| 6/24/16 | 20328 | Third AMENDED COMPLAINT with Jury Demand against All Defendants filed by Plaintiff. (Attachments: # 1 Exhibit A)(Reference: 14-2722)(cml) (Entered: 06/24/2016) |
| 11/21/16 | 20554 | Fourth MOTION to Amend/Correct 20327 Order on Motion to Amend/Correct Class Action Complaint by Plaintiff. Motion(s) will be submitted on 12/12/2016. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission, # 3 Exhibit Amended Complaint, # 4 Exhibit Exhibit A - Plaintiffs Named In Amended Class Action)(Reference: 14-2722)(Doyle, James) (Entered: 11/21/2016) |
| 2/1/18 | 21167 | EXPARTE/CONSENT MOTION To Set Status Conference by the Knauf Defendants . (Attachments: # 1 Proposed Order)(Reference: All Cases)(Miller, Kerry) Modified text/filer on 2/2/2018 (mmm). (Entered: 02/01/2018) |
| 3/6/18 | 21234 | EXPARTE/CONSENT MOTION to Amend/Correct 20554 Fourth MOTION Class Action Complaint by Plaintiff Elizabeth Bennett. (Attachments: # 1 Memorandum in Support, # 2 Complaint, # 3 Exhibit A to Complaint, # 4 Notice of Submission, # 5 Proposed Order)(Reference: 14-2722)(Doyle, James) Modified on 3/7/2018 (cms). (Entered: 03/06/2018) |
| 3/7/18 | 21238 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Status Conference held on 3/7/2018. (Reference: ALL CASES) (cms) (Entered: 03/09/2018) |
| 3/28/18 | 21274 | PRETRIAL ORDER #31- Access to the PSC's Knauf Trial Package. Signed by Judge Eldon E. Fallon on 3/27/2018. (Reference: ALL CASES)(cms) (Entered: 03/28/2018) |
| 5/14/18 | 21332 | ORDER: it is hereby ORDERED, ADJUDGED AND DECREED that said 21234 motion is GRANTED. Plaintiffs' requests for leave are well taken and both the Fourth Amended Class Action Complaint (Doc. 20554) and Fifth Amended Class Action Complaint submitted on March 6, 2018, are accepted as filed. Claims asserted by the additional plaintiffs contained in those amendments shall be deemed members of the class described in the complaint effective on the date of filing. Signed by Judge Eldon E. Fallon on 5/14/2018. (Reference: 14- 2722)(jls) (Entered: 05/14/2018) |
| 5/14/18 | 21333 | FOURTH AMENDED CLASS ACTION COMPLAINT with Jury Demand filed by Plaintiff Elizabeth Bennett, et al. (Attachments: # 1 Exhibit)(Reference: 14-2722)(jls) (Entered: 05/14/2018) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 5/14/18 | 21334 | FIFTH AMENDED CLASS ACTION COMPLAINT with Jury Demand filed by Plaintiff Elizabeth Bennett, et al. (Attachments: # 1 Exhibit)(Reference: 14-2722)(jls) (Entered: 05/14/2018) |
| 08/27/2018 | 21731 | MOTION for Summary Judgment pursuant to FRCP 56 by Defendant, Knauf Insulation GmbH. Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Statement of Contested/Uncontested Facts, # 12 Proposed Order, # 13 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21732 | MOTION to Dismiss for Lack of Jurisdiction by Defendant, Knauf International GmbH . Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Proposed Order, # 12 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21733 | MOTION to Dismiss for Lack of Jurisdiction by Defendant, Knauf AMF GmbH & Co. KG . Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Proposed Order, # 12 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21734 | MOTION to Dismiss for Lack of Jurisdiction by Defendant, Knauf UK GmbH . Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Proposed Order, # 12 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21736 | MOTION for Summary Judgment Pursuant to FRCP 56 By Gebr. Knauf KG f/k/a Gebr. Knauf Verwaltungsgesellschaft KG . Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Statement of Contested/Uncontested Facts, # 12 Proposed Order, # 13 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21737 | MOTION for Summary Judgment pursuant to FRCP 56 by Defendant, Knauf International GmbH. Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Statement of Contested/Uncontested Facts, # |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | 12 Proposed Order, # 13 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21738 | MOTION for Summary Judgment pursuant to FRCP 56 by Defendant Knauf AMF GmbH & Co. KG . Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Statement of Contested/Uncontested Facts, # 12 Proposed Order, # 13 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21739 | MOTION for Summary Judgment pursuant to FRCP 56 by Defendant, Knauf UK GmbH . Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Statement of Contested/Uncontested Facts, # 12 Proposed Order, # 13 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21735 | ANSWER to 21334 Fifth Amended Class Action Complaint by Defendant, Knauf Gips KG .(Reference: 14- 2722)(Miller, Kerry) Modified text on 8/28/2018 (jls). (Entered: 08/27/2018) |
| 08/27/2018 | 21740 | MOTION for Summary Judgment pursuant to FRCP 56 by Defendant, Knauf Insulation GmbH. Motion(s) will be submitted on 9/26/2018. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Statement of |
| 09/26/2018 | 21762 | ORDER GRANTING 20297 Motion to Lift Stay. It is hereby ORDERED that the stay in this case is LIFTED without limitation. Signed by Judge Eldon E. Fallon on 9/5/2018. (Reference: 14-2722)(jls) (Entered: 09/06/2018) |
| 09/26/2018 | 21794 | ORDER AND REASONS: IT IS ORDERED that the motions to dismiss filed by Defendants 27131 Gebrueder Knauf Verwaltungsgesellschaft, KG; 21732 Knauf International GmbH; 21733 Knauf AMF GmbH & Co., KG; and 21734 Knauf UK GmbH, are hereby GRANTED and Plaintiffs' claims against them are hereby DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that the unopposed motions for summary judgment filed by Defendants 21736 Gebrueder Knauf Verwaltungsgesellschaft, KG; 21737 Knauf International GmbH; 21738 Knauf AMF GmbH & Co., KG; and 21739 Knauf UK GmbH, are hereby DENIED AS MOOT, as set forth in document. Signed by Judge Eldon E. Fallon on 9/26/2018. (Reference: 14-2722)(jls) (Entered: 09/26/2018) |
| 09/26/2018 | 21795 | ORDER AND REASONS: IT IS ORDERED that the 21740 motion for summary judgment filed by Defendant Knauf Insulation GmbH, is hereby GRANTED and Plaintiffs' claims against Defendant Knauf Insulation GmbH are hereby DISMISSED WITH PREJUDICE. Signed by Judge |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | Eldon E. Fallon on 9/26/2018. (Reference: 14- 2722)(jls) (Entered: 09/26/2018 |
| 10/19/2018 | 21866 | ANSWER to 21334 Fifth Amended Class Action Complaint by Defendant, Knauf Plasterboard (Tianjin) Co., Ltd..(Reference: 14-cv-2722)(Miller, Kerry) Modified text on 10/23/2018 (jeg). (Entered: 10/19/2018) |
| 11/05/2018 | 21902 | NOTICE of Voluntary Dismissal Without Prejudice as to Knauf Do Brasil, Ltd.; PT Knauf Gypsum Indonesia; Knauf Plasterboard Wuhu Co., Ltd.; Guangdong Knauf New Building Material Products Co., Ltd. by Plaintiff. (Reference: 14-2722)(Doyle, James) (Entered: 11/05/2018) |
| 11/22/2018 | 21938 | MOTION for Leave to File Sixth Amended Complaint by Plaintiffs Elizabeth Bennett, et al. Motion(s) will be submitted on 12/19/2018. (Attachments: # 1 Memorandum in Support, # 2 Proposed Pleading – Sixth Amended Complaint, # 3 Proposed Pleading - Exhibit A to Sixth Amended Complaint, # 4 Notice of Submission, # 5 Proposed Order)(Reference: 14-2722)(Doyle, James) Modified text on 11/26/2018 (jls). (Entered: 11/22/2018) |
| 12/19/2018 | 21991 | ORDER AND REASONS: IT IS ORDERED that Plaintiffs' 21938 Motion for Leave to File a Sixth Amended Complaint, be and hereby is DENIED, as set forth in document. Signed by Judge Eldon E. Fallon on 12/19/2018. (Reference: 14-2722)(jls) (Entered: 12/19/2018) |
| 12/19/2018 | 21992 | CASE MANAGEMENT ORDER with Attachment A. Signed by Judge Eldon E. Fallon on 12/18/2018.(Reference: 14-2722)(jls) (Entered: 12/19/2018) |
| 04/02/2019 | 22206 | MOTION to Dismiss /Strike Certain Bennett Claims by Knauf Plasterboard (Tianjin) Co. Ltd. and Knauf Gips KG. Motion(s) will be submitted on 4/23/2019. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Summary of Deficiencies, # 3 Proposed Order)(Reference: 14-2722)(Miller, Kerry) Modified text on 4/3/2019 (jls). (Additional attachment(s) added on 4/3/2019: # 4 Notice of Submission (Civil Only)) (jls). (Entered: 04/02/2019) |
| 04/04/2019 | 22209 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Telephone Status Conference held on 4/4/2019. The parties discussed the status of the case and procedural plans to move the case forward. IT IS ORDERED that the Plaintiffs listed in Defendants' 22206 motion to dismiss certain Plaintiffs based on deficiencies identified in their respective Plaintiff Profile Forms, SHOW CAUSE why their forms should not be considered deficient on 4/23/2019, following the Court's monthly status conference. (Reference: 14- 2722)(jls) (Entered: 04/04/2019) |
| 04/15/2019 | 22218 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs through James V. Doyle, Jr. of Doyle Law Firm, PC re 22206 MOTION to Dismiss /Strike Certain Bennett Claims . (Attachments: # 1 Proposed Order)(Reference: 14-2722)(Doyle, James) Modified text on 4/16/2019 (jls). (Entered: 04/15/2019) |
| 04/23/2019 | 22227 | Minute Entry for Proceedings held before Judge Eldon E. Fallon: After Oral Argument was heard, IT IS ORDERED that 22130 , 22170 , 22181 , 22153 and 22155 are hereby TAKEN UNDER ADVISEMENT. IT IS FURTHER ORDERED that 22107 and 22206 were DENIED for the reasons stated |

11

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | orally on the record. (Court Reporter Nichelle Drake.) (Reference: All Cases)(jls) (Entered: 04/23/2019) |
| 07/19/2019 | 22291 | AMENDED CASE MANAGEMENT ORDER, per 22286 Order granting motion to amend/correct. Signed by Judge Eldon E. Fallon on 7/19/2019.(Reference: 14-2722)(jls) (Entered: 07/19/2019) |
| 11/04/2019 | 22359 | AMENDED CASE MANAGEMENT ORDER. Signed by Judge Eldon E. Fallon on 11/1/2019.(Reference: 14- 2722)(jls) (Entered: 11/04/2019) |
| 11/25/2019 | 22374 | MOTION for Summary Judgment as to the Claims Asserted by Wicler Pierre by Knauf Defendants. Motion(s) will be submitted on 12/18/2019. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Plaintiff Profile Form, # 3 Exhibit 2 - Supp. Plaintiff Profile Form, # 4 Exhibit 3 - Plaintiff Fact Sheet, # 5 Exhibit 4 – Wicler Pierre Deposition Excerpts, # 6 Statement of Contested/Uncontested Facts, # 7 Proposed Order, # 8 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 2/5/2020 (jls). (Entered: 11/25/2019) |
| 12/09/2019 | 22399 | MOTION To Deny Class Certification Pursuant to FRCP Rule 23 by Knauf Defendants. Motion(s) will be submitted on 1/8/2020. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 - Charles Plaintiff Fact Sheet, # 3 Exhibit 2 - Macksey Plaintiff Fact Sheet, # 4 Exhibit 3 - Junius Plaintiff Fact Sheet, # 5 Exhibit 4 - Martinez Plaintiff Fact Sheet, # 6 Exhibit 5 - Baber Plaintiff Fact Sheet, # 7 Exhibit 6 - Arnold Plaintiff Fact Sheet, # 8 Exhibit 7 - Baldwin Plaintiff Fact Sheet, # 9 Exhibit 8 - Powell Plaintiff Fact Sheet, # 10 Exhibit 9 - Bennett Plaintiff Fact Sheet, # 11 Exhibit 10 - Blevins Plaintiff Fact Sheet, # 12 Exhibit 11 - Natal Plaintiff Fact Sheet, # 13 Exhibit 12 - CDO Investments Plaintiff Fact Sheet, # 14 Exhibit 13 - Arrowhead Plaintiff Fact Sheet, # 15 Exhibit 14 - Russo Plaintiff Fact Sheet, # 16 Exhibit 15 - Jaramillo Plaintiff Fact Sheet, # 17 Exhibit 16 - Bank of LA Plaintiff Fact Sheet, # 18 Exhibit 17 - Levin Plaintiff Fact Sheet, # 19 Proposed Order, # 20 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified on 12/10/2019 (jls). (Entered: 12/09/2019) |
| 01/08/2020 | 22547 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Wicler Pierre re 22374 MOTION for Summary Judgment as to the Claims Asserted by Wicler Pierre . (Attachments: # 1 Exhibit Warranty Deed, # 2 Exhibit Plaintiff Profile Form, # 3 Exhibit Supplemental Plaintiff Profile Form, # 4 Exhibit Plaintiff Fact Sheet, # 5 Exhibit Statement of Uncontested Material Facts, # 6 Proposed Order)(Reference: 14-2722)(Doyle, James) Modified text on 1/9/2020 (jls). (Entered: 01/08/2020) |
| 01/14/2020 | 22473 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs, Elizabeth Bennett, et al., re 22399 MOTION To Deny Class Certification Pursuant to FRCP Rule 23 . (Reference: 14-2722)(Doyle, James) Modified text on 1/15/2020 (jls). (Entered: 01/14/2020) |
| 01/15/2020 | 22476 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of Motion for Summary Judgment on Claims Asserted by Wicler Pierre re rec. doc. 22374 by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (Attachments: # 1 Proposed Pleading, # 2 Exhibit 1 - Deposition Excerpts, # 3 Proposed Order)(Reference: 14-2722)(Miller, Kerry) Modified text on 1/16/2020 (jls). (Entered: 01/15/2020) |

12

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 01/15/2020 | 22478 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum in Support of Rule 23 Motion to Deny Class Certification, rec. doc. 22399 by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 14-2722)(Miller, Kerry) Modified text on 1/16/2020 (jls). (Entered: 01/15/2020) |
| 01/15/2020 | 22479 | ORDER - The Court has received notice from Plaintiffs' and Defense counsel in this matter involving Plaintiffs' Motion for Extension of Time to File a Response 22467 . IT IS ORDERED that said Motion is GRANTED IN PART and DENIED IN PART. The following motions, which are all related to properties located in Louisiana and Mississippi, are continued to February 19, 2020 with oral argument. Oppositions to these motions are due by February 11, 2020: 22368 , 22369 , 22370 , 22371 , 22372 , 22373 , 22412 , 22430 , 22431 , 22432 , 22436 , 22442 , 22446 and 22451 . IT IS FURTHER ORDERED that the following motions, which are all related to properties located in Florida and Alabama, remain scheduled for oral argument on January 22, 2020: 22374 ,22375 , 22376 , 22407 , 22408 , 22428 , 22433 , 22435 , 22437 , 22438 , 22439 , 22440 , 22441 , 22447,22452 and 22453. IT IS FURTHER ORDERED that Plaintiffs' file any oppositions to the motions that remain set for January 22, 2020, by Friday, January 17, 2020 at 5:00 p.m. Signed by Judge Eldon E. Fallon on 1/15/20.(Reference: 14-2722) (dno) (Entered: 01/16/2020) |
| 01/17/2020 | 22485 | **DEFICIENT** Amended RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re doc. 22374 MOTION for Summary Judgment as to the Claims Asserted by Wicler Pierre Amended. (Attachments: # 1 Exhibit Deed, # 2 Exhibit Plaintiff Profile Form, # 3 Exhibit Supplemental Plaintiff Profile Form, # 4 Exhibit Plaintiff Fact Sheet, # 5 Exhibit Knauf 2006 Email, # 6 Exhibit Plaintiff Wicler Pierre's Declaration, # 7 Statement of Contested/Uncontested Facts, # 8 Proposed Order)(Reference: 14-2722)(Doyle, James) Modified on 1/21/2020 (jls). (Entered: 01/17/2020) |
| 01/21/2020 | 22490 | MOTION to Strike 22485 Amended Response/Memorandum in Opposition to Motion for Summary Judgment as to the Claims Asserted by Wicler Pierre by Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. Motion(s) will be submitted on 2/5/2020. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission)(Reference: 14-2722)(Miller, Kerry) Modified text on 1/21/2020 (jls). (Entered: 01/20/2020) |
| 01/21/2020 | 22495 | REPLY to Response to Motion filed by Defendants Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. re 22374 MOTION for Summary Judgment as to the Claims Asserted by Wicler Pierre. (Attachments: # 1 Exhibit 1)(Reference: 14-2722)(jls) (Entered: 01/21/2020) |
| 01/21/2020 | 22496 | ORDER GRANTING 22478 Motion for Leave to File Reply Memorandum in Support of Rule 23 Motion to Deny Class Certification. Signed by Judge Eldon E. Fallon on 1/21/2020. (Reference: 14-2722)(jls) (Entered: 01/21/2020) |
| 01/28/2020 | 22528 | ORDER AND REASONS GRANTING 22399 Motion to Deny Class Certification, as set forth in document. Signed by Judge Eldon E. Fallon on 1/27/2020. (Reference: 14-2722)(jls) (Entered: 01/28/2020) |

| Date Filed | Record Number | Docket Text |
|---|---|---|
| 02/14/2020 | 22586 | ORDER AND REASONS - IT IS ORDERED that Defendant's 22374 Motion for Summary Judgment as to Wicler Pierre is GRANTED. IT IS FURTHER ORDERED that Defendants 22407, 22408, 22428, 22433, 22435, 22437, 22438, 22439, 22440, and 22441 Motions for Summary Judgment are DENIED. IT IS FURTHER ORDERED that with respect to Defendants 22447 Motion for Summary Judgment as to Kurt and Suzanne Tolliver, Defendants provide evidence that the prior owner of the Affected Property received Settlement Funds and released his claims against the Participating Defendants within two weeks of this Order's issuance. The Court will defer ruling on this motion until such evidence is provided. IT IS FURTHER ORDERED that Defendant's 22452 and 22453 Motions for Summary Judgment are GRANTED IN PART and DENIED IN PART, as set forth in document. Signed by Judge Eldon E. Fallon on 2/12/2020. (Reference: 14-2722)(jls) (Entered: 02/14/2020) |
| 02/20/2020 | 22601 | TRANSCRIPT of Motion Hearing held on February 19, 2020 before Judge Eldon E. Fallon. Court Reporter/Recorder Mary Thompson, Telephone number 504-589-7783. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 5/20/2020. (Reference: 14-2722)(rsg) (Entered: 02/20/2020) |
| 04/14/2020 | 22710 | MOTION to Sever Claims of Plaintiff Peggy Powell and Plaintiff Wicler Pierre by Plaintiffs Wicler Pierre and Peggy Powell. Motion(s) will be submitted on 4/29/2020. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission, # 3 Proposed Order)(Reference: 14-2722)(Doyle, James) Modified text on 4/15/2020 (jls). (Entered: 04/14/2020) |
| 04/14/2020 | 22711 | EXPARTE/CONSENT MOTION for Extension of Deadlines to File Notice of Appeal for Plaintiff Wicler Pierre and Plaintiff Peggy Powell by Plaintiffs Peggy Powell and Wicler Pierre. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: 14-2722)(Doyle, James) Modified text on 4/15/2020 (jls). (Entered: 04/14/2020) |
| 04/16/2020 | 22720 | ORDER GRANTING 22711 Plaintiffs Peggy Powell and Wicler Pierre's Unopposed Motion For Extension of Time to File A Notice of Appeal. The date for both Plaintiff Peggy Powell and Plaintiff Wicler Pierre to file a notice of appeal is hereby extended to 5/15/2020. Signed by Judge Eldon E. Fallon on 4/16/2020. (Reference: 14-2722)(jls) (Entered: 04/16/2020) |
| 04/21/2020 | 22737 | RESPONSE/MEMORANDUM in Opposition filed by Knauf Defendants re 22710 MOTION to Sever Claims of Plaintiff Peggy Powell and Plaintiff Wicler Pierre . (Reference: 14-2722)(Miller, Kerry) Modified text on 4/22/2020 (jls). (Entered: 04/21/2020) |
| 04/28/2020 | 22765 | ORDER AND REASONS GRANTING 22710 Motion to Sever the claims of Plaintiffs Peggy Powell and Wicler Pierre, as set forth in document. IT IS FURTHER ORDERED that within fourteen (14) days of this Order's issuance, Plaintiffs' counsel shall file amended complaints with respect to Plaintiffs Wicler Pierre and Peggy Powell. The caption of the amended |

14

| Date Filed | Record Number | Docket Text |
|---|---|---|
| | | complaints shall contain only the names of the individual plaintiffs whose claims have been severed and the defendants that are the subject of that specific claim. Upon filing of the amended complaints, the Clerk of Court shall issue individual civil actions numbers for Plaintiffs Wicler Pierre and Peggy Powell to proceed apart from the above-captioned action, but the claims shall remain consolidated in MDL 09-2047. Signed by Judge Eldon E. Fallon on 4/27/2020. Reference: 14-2722)(jls) (Entered: 04/28/2020) |
| 05/12/2020 | 22826 | AMENDED COMPLAINT with Jury Demand against Knauf Gips, KG and Knauf Pasterboard Tianjin, Co., Ltd. filed by Plaintiff Wicler Pierre.(Reference: 14-2722)(Doyle, James) Modified text on 5/13/2020 (jls). (Entered: 05/12/2020) |
| 05/13/2020 | 22848 | MOTION to Strike Supplemental Claims in Amended Complaints by Knauf Defendants. Motion(s) will be submitted on 5/27/2020. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission)(Reference: 14-2722, 20-1436, 20-1437)(Miller, Kerry) Modified text on 5/14/2020 (jls). (Entered: 05/13/2020) |
| 05/15/2020 | 22851 | NOTICE OF APPEAL by Plaintiff Wicler Pierre as to 22586 Order and Reasons on Motion for Summary Judgment. (Filing fee $ 505, receipt number ALAEDC-8306114.) (Reference: 20-1437)(Doyle, James) Modified text/filer on 5/18/2020 (jls). (Entered: 05/15/2020) |
| 05/22/2020 | 22856 | ORDER AND REASONS: IT IS ORDERED that Defendants' 22824 Motion to Strike Plaintiffs' Motion for Leave to File Additional Exhibits in Support of Opposition to Summary Judgement is DENIED without prejudice to the right to refile the motion in the event Plaintiffs fail to abide by this Order. IT IS FURTHER ORDERED the parties arrange a second deposition of the Robbinses to discuss the documents attached to Plaintiffs' 22820 Motion for Leave to File Additional Exhibits in Support of Opposition to Summary Judgment (Doc. 22795) at Plaintiffs' cost, by Wednesday, 6/17/2020. IT IS FURTHER ORDERED that the submission date on Defendants' 22686 Motion for Summary Judgment and Alternative Motion for Adverse Inference is CONTINUED to 7/8/2020. Defendants' supplemental motion shall be filed by 6/23/2020, and Plaintiffs' supplemental response shall be filed by 6/30/2020. IT IS FURTHER ORDERED that Defendants' 22849 Motion to Expedite Hearing of the Knauf Defendants' Motion to Strike Supplemental Claims in Amended Complaints is DENIED as moot. Signed by Judge Eldon E. Fallon on 5/20/2020.(Reference: 14-2722)(jls) (Entered: 05/22/2020) |
| 06/11/2020 | 22878 | ORDER of USCA as to 22851 Notice of Appeal filed by Plaintiff Wicler Pierre: The parties are instructed to file a joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court. By USCA Clerk (Attachments: # 1 USCA Transmittal Letter)(Reference: 20-1437)(jls) (Entered: 06/11/2020) |

**Designated Record Documents From Related Cases**

| Date Filed | Record Number | Case Number | Docket Text |
|---|---|---|---|
| 10/07/2009 | 1 | 2:09-cv-06690 | COMPLAINT – *Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 2:09-cv-06690 |
| 12/09/2009 | 1 | 2:09-cv-07628 | COMPLAINT - *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Case 2:09-cv-07628-EEF-JCW |
| 02/10/2010 | 1 | 2:10-cv-00362 | COMPLAINT – *Joyce W. Rogers, et al. v. Knauf Gips, KG, et al.*, Case 2:10-cv-00362-EEF-JCW |
| 06/08/2011 | 1 | 2:11-cv-01363 | COMPLAINT - *Robert W. Block, III, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case 2:11-cv-01363-EEF-JCW |
| 09/20/2011 | 1 | 2:11-cv-02349 | COMPLAINT - *Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Case 2:11-cv-02349-EEF-JCW |

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

***Attorney for Plaintiffs - Appellants***

# CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Joint Designation of Record on Appeal, memorandum in support, notice of submission, and proposed orders have been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC