UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| DEAN and DAWN AMATO, et al. v. LIBERTY MUTUAL INS. CO., et al. Case No. 10-0932 OMNI V | * * * * | MAGISTRATE MICHAEL B. NORTH |

******************************************

## NOTICE OF CHANGE OF MAILING AND E-MAIL ADDRESS

REBECCA C. APPELBAUM, ESQ. counsel for Defendant, EVANSTON INSURANCE COMPANY, hereby gives notice to this Court and all counsel of her change of mailing and e-mail address, effective immediately. All pleadings and document should be henceforth sent to:

Rebecca Appelbaum, Esq.
GARTNER+BLOOM
1101 E. Cumberland Ave, Suite 201H-153
Tampa, Florida 33602
Telephone: (813) 518-6000
Facsimile: (888) 822-3122
rca@gartnerbloom.com (Primary)
gbfl@gartnerbloom.com (Secondary)

Dated this 26th day of June, 2020.

By: */s/ Rebecca C. Appelbaum, Esq.*
REBECCA C. APPELBAUM, ESQ.
Florida Bar No.: 0179043
*Attorney For Evanston Insurance Company, as successor by merger to Essex Insurance Company*

**Certificate of Service**

I hereby certify that the above and foregoing NOTICE OF CHANGE OF MAILING AND E-MAIL ADDRESS has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of June, 2020.

By: */s/ Rebecca C. Appelbaum, Esq.*
Rebecca C. Appelbaum, Esq.