UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Christopher Baker, No. 15-4127 | |

### ORDER

Pending before the Court is Christopher Baker's appeal of the Settlement Administrator's Allocation Amount Determination. R. Doc. 22718-2. The Court would benefit from discussing the matter with the parties. Accordingly,

**IT IS ORDERED** that the parties participate in a telephone status conference on Wednesday, July 8, 2020 at 1:30 p.m. The parties are instructed use the following information to participate and must be on the call at least five minutes before the conference is scheduled to begin.

Dial-In: (877) 336 1839

Access Code: 4227405

**IT IS FURTHER ORDERED** that Plaintiff's Liaison Counsel alert Mr. Baker's individually retained attorney of this conference.

New Orleans, Louisiana this 26th day of June, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge