UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Claimant Allison Booth Elliot | |

## ORDER

The Court has received the following communication from Allison Booth Elliot. Accordingly,

**IT IS ORDERED** that the attached communication be filed in the record under seal.

**IT IS FURTHER ORDERED** that Plaintiff's Liaison Counsel review the communication and take appropriate action.

**IT IS FURTHER ORDERED** that a copy of this order and the attached communication be provided to Plaintiff's Liaison Counsel.

New Orleans, Louisiana this 26th day of June, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge

CC:  Allison Booth Elliot
     20 Orange Avenue, Apt. 304
     Fort Pierce, Florida 34950