**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## SETTLEMENT CLASS COUNSEL'S NOTICE OF FILING

PLEASE TAKE NOTICE that Settlement Class Counsel hereby file into the record a color copy of an inspection report that was previously provided to the Court in black in white that relates to claimant Christopher Baker (attached hereto as Exhibit "A"). Mr. Baker's appeal of the Settlement Administrator's Allocation Amount Determination [Rec. Doc. 22718-2] is pending before the Court and a telephonic status conference is presently set for July 8, 2020 [Rec. Doc. 22892].

                                                            Respectfully submitted,

Dated: July 1, 2020                         By: */s/ Stephen J. Herman*
                                                   Russ M. Herman (Bar No. 6819)
                                                   Leonard A. Davis (Bar No. 14190)
                                                   Stephen J. Herman (Bar No. 23129)
                                                   Charles King (Bar No.34621)
                                                   Herman, Herman & Katz, LLC
                                                   820 O'Keefe Avenue
                                                   New Orleans, LA 70113
                                                   Phone: (504) 581-4892
                                                   Fax: (504) 561-6024
                                                   SHerman@hhklawfim.com
                                                   *Plaintiffs' Liaison Counsel MDL 2047 and*
                                                   *Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone:  (757) 233-0009
Fax:  (757) 233-0455
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 1st day of July, 2020.

<u>/s/ Stephen J. Herman</u>
Stephen J. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
sherman@hhklawfirm.com