**MINUTE ENTRY**
**FALLON, J.**
**JULY 8, 2020**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| | * | **MDL NO. 2047** |
| | * | |
| | * | **SECTION L (5)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Christopher Baker* **No. 15-4127** | * | |
| | * | |

A telephone status conference was held on this date from the Chambers of the Honorable Eldon E Fallon. Mike Serrano participated on behalf of Plaintiff Christopher Baker. Sandra Duggan, Arnold Levin, Richard Serpe, and Emma Schwab participated on behalf of Settlement Class Counsel. The parties discussed the status of Mr. Baker's appeal to Brown Greer's Allocation Amount Determination. An order on Mr. Baker's appeal is forthcoming.

JS10(00:13)

1