UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION FOR DEPOSIT OF DISPUTED TAISHAN INDIVIDUALLY RETAINED ATTORNEY FEE FUNDS INTO THE REGISTRY OF THE COURT**

The Settlement Administrator for the Chinese Drywall Settlement Program,~ respectfully moves this Court to allow the Settlement Administrator to deposit certain Taishan Individually Retained attorney fee funds into the registry of the Court.

On May 27, 2020, the Court entered an Order authorizing the Settlement Administrator to disburse Taishan Individually Retained Attorney Fee funds to eligible firms. R. Doc. 22861.

The Settlement Administrator received notice from several parties that there was a dispute between firms as to the proper allocation of attorney fees for certain addresses, a list of which is attached as Exhibit A. The total fee amount in dispute is $1,094,114.55.

Upon receiving notification of the dispute, the Settlement Administrator held the attorney fee funds allocated to the disputed properties. The parties have been unable to resolve this fee dispute to date and require Court intervention to resolve their dispute.

These firms had a similar dispute as to the disbursement of the Knauf Attorney Fee Funds. The Settlement Administrator made an identical motion for those Knauf Attorney Fee Funds. R Doc 22348. The Court authorized the Settlement Administrator to deposit Knauf Attorney Fee Funds into the registry for adjudication of their dispute. R. Doc 22353.

The Settlement Administrator has disbursed the bulk of the Taishan Individually Retained Attorney Fee amounts and is not aware of any other disputes as to the allocation of fees.

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve the deposit of $1,094,114.55, which is the total allocated to fees for the properties listed on Exhibit A, into the registry of the Court.

    Respectfully submitted,

    __/s/ Jacob Woody_____
    Jacob S. Woody, Esquire (Va. Bar No. 77485)
    BrownGreer, PLC
    250 Rocketts Way
    Richmond, VA 23231
    Telephone:  (804) 521-7200
    Facsimile:  (804) 521-7299
    jswoody@browngreer.com
    *Settlement Administrator for the Chinese Drywall Settlement Program*