UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**<u>ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION FOR DEPOSIT OF DISPUTED TAISHAN INDIVIDUALLY RETAINED ATTORNEY FEES INTO THE REGISTRY OF THE COURT</u>**

Considering the Settlement Administrator's Motion for Deposit;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and the Settlement Administrator is ORDERED to deposit $1,094,114.55 into the registry of the Court.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge