| Claim ID | Claimant Name(s) | Affected Property Address | Attorney of Record | Fee Amount |
|---|---|---|---|---|
| 10028 | Allen, Cathy Williams | 3380 Montgomery Street, Mandeville, LA | WHITFIELD BRYSON & MASON LLP | $97.30 |
| Incentive Award | Allen, Cathy Williams | 3380 Montgomery Street, Mandeville, LA | WHITFIELD BRYSON & MASON LLP | $481.01 |
| 10034 | Almeida, Ximena | 3513 Golden Drive, Chalmette, LA | WHITFIELD BRYSON & MASON LLP | $16,551.94 |
| 10035 | Almeida, Ximena Bragg, Elisa | 3329 Golden Drive, Chalmette, LA | WHITFIELD BRYSON & MASON LLP | $15,453.06 |
| 10072 | Archer, Kent & Lindsey | 10424 Gallant Road, Gallant, AL | David L. Horsley, H Arthur Edge, P.C. | $1,396.50 |
| 10082 | Arnold, Mike And Nicole | 9413 Brighton Avenue, Elberta, AL | WHITFIELD BRYSON & MASON LLP | $4,784.73 |
| 10118 | Ball, Jeffery | 205 12th Street, Pleasant Grove, AL | WHITFIELD BRYSON & MASON LLP | $6,307.14 |
| 10123 | Baptiste, Judy | 6131 Craigie Road, New Orleans, LA | WHITFIELD BRYSON & MASON LLP | $6,118.27 |
| 10158 | Bell, Marvalean | 4720 Terrace Street, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $5,213.98 |
| 10160 | Bell, Thomes E. | 180 Tessa Circle, Albertville, AL | WHITFIELD BRYSON & MASON LLP | $3,657.22 |
| 10166 | Bennett, Andrew | 100 Jewell Circle, Bessemer, AL | WHITFIELD BRYSON & MASON LLP | $17,038.43 |
| 10196 | Bishop, Robert | 529 57th Street S, Birmingham, AL | David L. Horsley, H Arthur Edge, P.C. | $1,842.92 |
| 10199 | Blackburn, Benton And Amy | 2076 Mohican Drive, Waverly, AL | WHITFIELD BRYSON & MASON LLP | $7,440.36 |
| 10272 | Boglin, Richard And Regina | 2028 Pratt Highway, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $8,321.76 |
| 10287 | Boothe, Nell | 483 Tranquil Drive, Winder, GA | WHITFIELD BRYSON & MASON LLP | $9,661.02 |
| 10288 | Borklund, Stephen | 917 Alford Avenue, Hoover, AL | WHITFIELD BRYSON & MASON LLP | $7,509.04 |
| 10304 | Boyce, Gary E. And Christine L.(Deceased) | 4049 Greenway Way Drive, Gulf Shores, AL | Gentle, Turner & Sexton | $13,123.65 |
| 10315 | Brasher, Robert | 43 Pleasant Circle, Odenville, AL | David L. Horsley, H Arthur Edge, P.C. | $1,928.77 |
| 14025 | Braxton H. Collins; Kerrie F. Collins | 10720 Hwy 614, Moss Point, MS | WHITFIELD BRYSON & MASON LLP | $389.19 |
| 10347 | Bruce, Patricia | 603 Darden Road, Brent, AL | David L. Horsley, H Arthur Edge, P.C. | $1,373.61 |
| 10368 | Butler, Bernice | 2999 Silver Hill Drive, Douglasville, GA | WHITFIELD BRYSON & MASON LLP | $4,675.98 |
| 10369 | Butler, Kenneth (Deceased) And | 1311 Wenasoga Road, Corinth, MS | Gentle, Turner & Sexton | $4,349.75 |
| 10413 | Cardinal, Michael And Suyon | 4883 Registry Lane, Kennesaw, GA | WHITFIELD BRYSON & MASON LLP | $3,371.06 |
| 10426 | Cashion, William | 183 Cashion Avenue, Wetumpka, AL | WHITFIELD BRYSON & MASON LLP | $11,532.56 |
| 10500 | Chaney, Wesley And Sheila | 411 Sandflat Road, Thomasville, AL | WHITFIELD BRYSON & MASON LLP | $11,647.03 |
| 10544 | Coleman, Tim And Misty | 13091 Concord Drive, West Lillian, AL | WHITFIELD BRYSON & MASON LLP | $8,670.88 |
| 10600 | Corvin, Patrick | 1495 Milner Cresent, Birmingham, AL | David L. Horsley, H Arthur Edge, P.C. | $2,163.43 |
| 10621 | Crow, Joshua And Melinda | 875 Lovejoy Road, Ashville, AL | David L. Horsley, H Arthur Edge, P.C. | $9,723.98 |
| 10631 | Cummins, Chris | 13623 Johns Road, Vance, AL | David L. Horsley, H Arthur Edge, P.C. | $1,150.39 |
| 10644 | Dalton, Inc. | 502 A&B Shiloh Road, Corinth, MS | WHITFIELD BRYSON & MASON LLP | $6,438.77 |
| 10654 | Davis, Anita | 2513 Repose, Violet, LA | David L. Horsley, H Arthur Edge, P.C. | $1,030.20 |
| 10656 | Davis, Lakeisha | 5543 Charlotte Drive, New Orleans, LA | WHITFIELD BRYSON & MASON LLP | $7,978.36 |
| 10659 | Davis, Walter And Melissa | 276 Jessie Smith Road, Lucedale, MS | WHITFIELD BRYSON & MASON LLP | $10,513.80 |
| 10711 | Demarrais, William S. | 205 41st St. South, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $13,209.50 |
| 10724 | Dickey, Jeremy | 60 Pinebark Court, Wetumpka, AL | Gentle, Turner & Sexton | $10,725.57 |

| Claim ID | Claimant Name(s) | Affected Property Address | Attorney of Record | Fee Amount |
|---|---|---|---|---|
| 10751 | Donmyer, Scott D. And Kristin | 4436 Park Shore Drive, Marrero, LA | WHITFIELD BRYSON & MASON LLP | $8,235.91 |
| 10778 | Dykes, Jacob And Anny | 1690 Montague Street, Leeds, AL | WHITFIELD BRYSON & MASON LLP | $8,064.21 |
| 10788 | Egermayer, Craig | 21705 First Street , Silverhill, AL | Gentle, Turner & Sexton | $6,427.33 |
| 10808 | England, Charles P., Sr. | 2516 Reunion Drive, Violet, LA | WHITFIELD BRYSON & MASON LLP | $4,687.43 |
| 10819 | Essary, Gerald & Beebe | 244-A County Road 620, Corinth, MS | Gentle, Turner & Sexton | $2,403.81 |
| 10829 | Everett, Michael | 202 Allison Circle, Gulfport, MS | Gentle, Turner & Sexton | $1,350.71 |
| 10840 | Farmer, Eva Pearl | 521 Triumph Way, Winder, GA | Gentle, Turner & Sexton | $1,963.11 |
| 10843 | Fatta, Joseph And Tracy | 2622 College Street, Slidell, LA | WHITFIELD BRYSON & MASON LLP | $12,408.23 |
| Incentive Award | Fatta, Joseph And Tracy | 2622 College Street, Slidell, LA | WHITFIELD BRYSON & MASON LLP | $481.01 |
| 10881 | Fomby, Kenneth & Bonita | 3500 McMurry Drive, Pinson, AL | David L. Horsley, H Arthur Edge, P.C. | $5,185.36 |
| 10894 | Foster, Van (C/O Good Ole Boyz, Llc) | 1514 11th Street N, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $5,837.82 |
| 10895 | Foster, Van (C/O Good Ole Boyz, Llc) | 1610 13th Street North , Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $6,152.61 |
| 10984 | Gibson, Robert And Peggy | 494 County Road 800, Calera, AL | WHITFIELD BRYSON & MASON LLP | $15,498.84 |
| 10991 | Glasscox, Travis | 1441 Valley Grove Road, Remlap, AL | WHITFIELD BRYSON & MASON LLP | $8,962.77 |
| 11025 | Graham, Estates Of Gerald W. And Terry H. (C/O Frank Kruse, Administrator) | 414 Ruben Avenue , Saraland, AL | WHITFIELD BRYSON & MASON LLP | $14,027.94 |
| 14126 | Greg E. Wiggins; Sherry Wiggins | 1047 Well Road, Brewton, AL | WHITFIELD BRYSON & MASON LLP | $538.00 |
| 11064 | Gregerson, John & Charlotte | 201 Roberts Lee Drive, Gadsden, AL | David L. Horsley, H Arthur Edge, P.C. | $2,409.53 |
| 11137 | Hall, Timothy & Sebrina | 1426 Marvin Pearce Road, Boaz, AL | David L. Horsley, H Arthur Edge, P.C. | $1,041.65 |
| 11141 | Hamlin, Wayne | 2005 Riverlake Drive, Hoover, AL | WHITFIELD BRYSON & MASON LLP | $15,201.23 |
| 11142 | Hampton, Helen (Aka Helen | 2013 Caluda Lane, Violet, LA | WHITFIELD BRYSON & MASON LLP | $8,585.03 |
| 11157 | Harper, Mathew | 949 Golf Course Road , Pell City, AL | WHITFIELD BRYSON & MASON LLP | $7,400.30 |
| 11160 | Harris, James, Edward And Booker | 5401 7th Avenue North, Bessemer, AL | WHITFIELD BRYSON & MASON LLP | $8,344.65 |
| 11173 | Harwood, Kevin Cort | 8442 Scott Drive , Trussville, AL | Gentle, Turner & Sexton | $18,566.56 |
| 11176 | Hatcher, Cecil And Lena | 7400 Arabia Avenue, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $9,540.83 |
| 11183 | Hayes, Joseph And Selena | 3930 Walter Moore Road, Chunchula, AL | WHITFIELD BRYSON & MASON LLP | $13,667.37 |
| 11186 | Head, Clinton And Ashley | 992 Carrington Drive , Mt. Olive, AL | WHITFIELD BRYSON & MASON LLP | $10,988.84 |
| 11187 | Headley, Danny And Cathy | 5313 County Road 24, Verbena, AL | WHITFIELD BRYSON & MASON LLP | $6,003.80 |
| 11189 | Heath, John And Vicky | 47 Greenbriar Drive , Gulfport, MS | WHITFIELD BRYSON & MASON LLP | $11,898.85 |
| 11195 | Heger, Scott And Deborah | 4701 Royal Birkdale Way, Wesley Chapel, | WHITFIELD BRYSON & MASON LLP | $3,926.22 |
| 11211 | Hensley, Donna | 5387 Quail Ridge Road , Gardendale, AL | David L. Horsley, H Arthur Edge, P.C. | $11,383.75 |
| 11227 | Hersey, Benjamin And Kandice | 6762 Tanglewood Drive, Blackshear, GA | WHITFIELD BRYSON & MASON LLP | $8,951.33 |
| 11233 | Hill, Leonard And Luverdia | 2708 20th Avenue North , Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $9,918.57 |

| Claim ID | Claimant Name(s) | Affected Property Address | Attorney of Record | Fee Amount |
|---|---|---|---|---|
| 11241 | Hodo, Mary And Simpson, Jessee And Melinda | 4941 Zoba Circle, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $7,205.70 |
| 11244 | Holifield, Kent And Laurie | 87 Red Holifield Road, Laurel, MS | WHITFIELD BRYSON & MASON LLP | $2,592.68 |
| 11259 | Howell, Victor And Loumertistene | 5275 Sandbar Cove, Winston, GA | WHITFIELD BRYSON & MASON LLP | $37,487.97 |
| 11274 | Hunt, Walter And Catherine Ii | 16095 Durban Fork Road, Bay Minette, AL | WHITFIELD BRYSON & MASON LLP | $5,797.76 |
| 11338 | Johnson, Henry | 6524 Peoples Avenue, New Orleans, LA | WHITFIELD BRYSON & MASON LLP | $6,850.86 |
| 11344 | Johnson, Micheal | 351 County Road 6, Heflin, AL | David L. Horsley, H Arthur Edge, P.C. | $1,322.09 |
| 11347 | Johnson, Robert And Elizabeth | 2607 Nina Drive, Picayune, MS | WHITFIELD BRYSON & MASON LLP | $6,684.88 |
| 11394 | Kidd, Elvira (O/B/O Visionary Ministries) | 1829 Dartmouth Avenue, Bessemer, AL | David L. Horsley, H Arthur Edge, P.C. | $28,582.43 |
| 11400 | King, Robert | 294 Grand View Parkway, Maylene, AL | WHITFIELD BRYSON & MASON LLP | $12,076.28 |
| 11456 | Ledbetter, William And Wendy | 24969 Steadfast Court, Daphne, AL | WHITFIELD BRYSON & MASON LLP | $8,401.88 |
| 11457 | Ledford, Samuel | 10308 Renfroe Road, Alpine, AL | WHITFIELD BRYSON & MASON LLP | $7,211.43 |
| 11483 | Lewis, Felicia | 1637 Dunhill Drive, Birmingham, AL | David L. Horsley, H Arthur Edge, P.C. | $6,770.73 |
| 11486 | Lewis, Gary And Rhonda | 22870 Country Ridge Parkway, McCalla, AL | Gentle, Turner & Sexton | $10,628.27 |
| 11487 | Lewis, Judith | 940 46th Street Ensley, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $6,599.03 |
| 11489 | Lewis, Leonard | 6201 Eastern Valley Road, McCalla, AL | WHITFIELD BRYSON & MASON LLP | $11,509.67 |
| 11580 | Madero, Fernando And Bridget | 17105 78th Road North, Loxahatchee, FL | WHITFIELD BRYSON & MASON LLP | $9,975.81 |
| 11681 | Magnolia Holiness Church (C/O Reed, Corey) | 3112 John-Johnson Road, McInstosh, AL | WHITFIELD BRYSON & MASON LLP | $17,170.06 |
| 11987 | Marvray, Andre | 4020 Crossings Lane, Hoover, AL | David L. Horsley, H Arthur Edge, P.C. | $1,676.94 |
| 12003 | Maxwell, Richard And Gretchen | 13664 Hidden Oaks Drive, Gulfport, MS | WHITFIELD BRYSON & MASON LLP | $6,112.54 |
| 12025 | Mcdonald, Gary And Tricia | 136 Merrill Road, Lucedale, MS | WHITFIELD BRYSON & MASON LLP | $10,147.51 |
| 12035 | Mckinley, Jacob | 23 Hammock Road, Carriere, MS | WHITFIELD BRYSON & MASON LLP | $9,363.41 |
| 12044 | Mcmurray, Jason Scott | 47 Monarch Blvd., Hattiesburg, MS | Gentle, Turner & Sexton | $15,092.49 |
| 12055 | Melton, Carolyn And Jackson, Ivory | 3408 13th Avenue North, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $10,742.74 |
| 12108 | Moore, Jerry And Rhonda | 20001 US Hwy 411, Springville, AL | WHITFIELD BRYSON & MASON LLP | $8,413.33 |
| 12109 | Moore, John And Debra | 1568 Pleasant Grove, Dolomite, AL | WHITFIELD BRYSON & MASON LLP | $8,195.84 |
| 12110 | Moore, Johnny And Brenda | 1464 Edward Street, Dolomite, AL | WHITFIELD BRYSON & MASON LLP | $8,642.27 |
| 12124 | Moses, Bryant And Brenda | 1312-14 Coffin Avenue, New Orleans, LA | WHITFIELD BRYSON & MASON LLP | $7,417.47 |
| 12129 | Mount Joy Baptist Church | 5640 Smith Lake Damn Road, Jasper, AL | WHITFIELD BRYSON & MASON LLP | $23,488.65 |
| 12136 | Mullins, Bobby W. And Darlyne | 195 Charley Circle, Ramer, TN | WHITFIELD BRYSON & MASON LLP | $8,104.27 |
| 12410 | Norris, Melissa | 721 Hundred Acre Road, Neely, MS | WHITFIELD BRYSON & MASON LLP | $8,762.46 |
| 12465 | Owens, Brenda | 2105 Lane Avenue, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $3,113.51 |
| 12473 | Palmer, Sonja And Strachan, Patricia | 27 County Road 144, Corinth, MS | WHITFIELD BRYSON & MASON LLP | $6,444.50 |
| 12477 | Parker, Jason | 1499 Highway 57, Vincent, AL | WHITFIELD BRYSON & MASON LLP | $5,191.08 |
| 12488 | Patton, Kevin And Laura | 129 Cheaha Trail, Childersburg, AL | WHITFIELD BRYSON & MASON LLP | $13,226.67 |

| Claim ID | Claimant Name(s) | Affected Property Address | Attorney of Record | Fee Amount |
|---|---|---|---|---|
| 12826 | Prestridge, John | 12535 Maddox Road , Chunchula, AL | WHITFIELD BRYSON & MASON LLP | $11,212.05 |
| 12939 | Reed, Corey Ike And Angelynn | 32 Ike and Ann Road, McIntosh, AL | WHITFIELD BRYSON & MASON LLP | $6,753.56 |
| 12942 | Reed, Randy | 494 Cedar Creek Road, Odenville, AL | WHITFIELD BRYSON & MASON LLP | $13,581.52 |
| 12941 | Reed, Theresa | 701 60th Street , Fairfield, AL | David L. Horsley, H Arthur Edge, P.C. | $8,144.33 |
| 12943 | Reeves, Carrie H. | 4926 Paradise Lake Circle , Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $7,320.17 |
| 12963 | Riddle, Jeanette | 4659 Lancelot Drive, New Orleans, LA | David L. Horsley, H Arthur Edge, P.C. | $864.23 |
| 12996 | Robinson, James And Stephanie | 15 Rebel Lane, Laurel, MS | WHITFIELD BRYSON & MASON LLP | $9,363.41 |
| 13051 | Rydberg, Don | 467 Magnolia Circle, Warrior, AL | David L. Horsley, H Arthur Edge, P.C. | $22,343.98 |
| 13087 | Scalco, Robert | 99 Hilton Drive, Sylacuga, AL | David L. Horsley, H Arthur Edge, P.C. | $2,730.04 |
| 13118 | Seratt, Douglas And Bernice | 213 Shore Front Lane , Wilsonville, AL | WHITFIELD BRYSON & MASON LLP | $15,201.23 |
| 13123 | Seymore, Melvin | 920 County Road 946 , Cullman, AL | WHITFIELD BRYSON & MASON LLP | $412.08 |
| 13132 | Sheppard, Austin | 16502 A Davis Road , Summerdale, AL | WHITFIELD BRYSON & MASON LLP | $17,021.26 |
| 13183 | Shiyou, Norman | 6030 Wanda Circle, Kiln, MS | WHITFIELD BRYSON & MASON LLP | $8,539.24 |
| 13213 | Smith Enterprises, Inc.  (Erik C. Smith - President) | 2503-A North Melody Lane, Corinth, MS | WHITFIELD BRYSON & MASON LLP | $3,216.53 |
| 13214 | Smith Enterprises, Inc.  (Erik C. Smith - President) | 2503-B North Melody Lane, Corinth, MS | WHITFIELD BRYSON & MASON LLP | $3,216.53 |
| 13215 | Smith Enterprises, Inc.  (Erik C. Smith - President) | 2505-A North Melody Lane, Corinth, MS | Gentle, Turner & Sexton | $3,216.53 |
| 13216 | Smith Enterprises, Inc.  (Erik C. Smith - President) | 2505-B North Melody Lane, Corinth, MS | Gentle, Turner & Sexton | $3,216.53 |
| 13217 | Smith Enterprises, Inc.  (Erik C. Smith - President) | 2507-A North Melody Lane, Corinth, MS | Gentle, Turner & Sexton | $3,216.53 |
| 13218 | Smith Enterprises, Inc.  (Erik C. Smith - President) | 2507-B North Melody Lane, Corinth, MS | WHITFIELD BRYSON & MASON LLP | $3,216.53 |
| 13219 | Smith, Estates Of Allen And Janis (C/O David Dupre) | 25720 E. Sycamore Street , Lacombe, LA | WHITFIELD BRYSON & MASON LLP | $5,946.57 |
| 13225 | Smith, Linda | 5001 North Prieur Street, New Orleans, LA | WHITFIELD BRYSON & MASON LLP | $6,221.29 |
| 13238 | Somma, Joseph | 4739 Quarter Staff Road , Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $7,365.96 |
| 13299 | Strickland, Melody L. | 18 County Road 315, Corinth, MS | Gentle, Turner & Sexton | $6,873.75 |
| 13423 | Tarver, Theodore And Cynthia | 1016 Woodbrook Road, Birmingham, AL | WHITFIELD BRYSON & MASON LLP | $6,873.75 |
| 13441 | Thornton, Stanley And April | 336 County Road 703, Jemison, AL | WHITFIELD BRYSON & MASON LLP | $12,957.67 |
| 13521 | Tony Vu | 501 E. North Street, Pass Christian, MS | WHITFIELD BRYSON & MASON LLP | $6,507.45 |
| 13526 | Walker, Barry | 30 Lang Place, Ragland, AL | David L. Horsley, H Arthur Edge, P.C. | $4,378.37 |
| 13528 | Walker, Demetra | 485 Tranquil Drive , Winder, GA | WHITFIELD BRYSON & MASON LLP | $9,037.18 |
| 13531 | Wallace, Alonza | 108 Old Folkston Road, Kingsland, GA | WHITFIELD BRYSON & MASON LLP | $4,178.05 |
| 13532 | Wallace, Kim L. | 25715 E. Spruce Street, Lacombe, LA | WHITFIELD BRYSON & MASON LLP | $6,181.22 |

| Claim ID | Claimant Name(s) | Affected Property Address | Attorney of Record | Fee Amount |
|---|---|---|---|---|
| 13551 | Weaver, Mary (Nka Mary Mcpherson) | 1403 Lovelady Lane, Lawley, AL | WHITFIELD BRYSON & MASON LLP | $3,857.54 |
| 13563 | Welshans, Kent Robert | 174 Blount Parkway, Trafford, AL | Gentle, Turner & Sexton | $4,532.90 |
| 13568 | Wester, Billy Ray | 346 Talton Circle , Attalla, AL | WHITFIELD BRYSON & MASON LLP | $11,275.01 |
| 13575 | White, Charles And Joann | 194 Heasletts Road, Childersburg, AL | WHITFIELD BRYSON & MASON LLP | $6,868.03 |
| 13596 | Williams, Deborah | 2101 Caluda Lane, Violet, LA | WHITFIELD BRYSON & MASON LLP | $10,302.04 |
| 13641 | Yokers, Stephanie Deann (N/K/A Stephanie Hill) | 1322 Railroad Drive, Hayden, AL | WHITFIELD BRYSON & MASON LLP | $5,294.10 |
| N/A | Allen Settlement - Individually Retained Attorney Fees | Allen IR Fees | Collins & Horsely PC | $1,685.37 |
| N/A | Allen Settlement - Individually Retained Attorney Fees | Allen IR Fees | Gentle, Turner, Sexton, Debrosse, & Harbison | $4,064.14 |