# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**. If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown. Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along. Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com. If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

EXHIBIT 1

| 1. CLAIMANT INFORMATION |||||
|---|---|---|---|---|
| 1. | Name: | Last/ Business Name<br>Nolte | First<br>Fred | M.I. |
| 2. | Taxpayer Information: (check the appropriate Taxpayer Type) ||||
| | ☒ Social Security Number ||||
| | ☐ Individual Taxpayer Identification Number || ███████████████ ||
| | ☐ Employer Identification Number || (Enter numbers only) ||
| | **Social Security Number (SSN):**<br>Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.<br><br>**Individual Taxpayer Identification Number** (ITIN):<br>A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).<br><br>**Employer Identification Number (EIN):**<br>Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN. ||||
| 3. | Mailing Address: | Street<br>9243 Highway 98 ||||
| | | City<br>Fairhope | State<br>Alabama | Zip Code<br>36532 | Parish/County<br>Baldwin |
| 4. | Email Address: |||||
| 5. | Telephone Numbers: | Home/Business<br>(251) 597-5008 | Cell<br>(   )    -     ||
| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2. | DBA Name ||||
| | | Authorized Representative Last Name || Authorized Representative First Name ||
| | | Title ||||

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

| 7. Affected Property Address: | ☐ Check here if this is a Rental or Commercial property. |||||
|---|---|---|---|---|---|
| | Street<br>9243 Highway 98 |||||
| | City<br>Fairhope | | State<br>Alabama | Zip Code<br>36532 | Parish/County<br>Baldwin |

| 8. Attorney Information: | ☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section. ||
|---|---|---|
| | Firm Name<br>Taylor Martino, P.C. ||
| | Attorney Last Name | Attorney First Name |
| | Street ||
| | City | State / Zip Code |
| | Email<br>Kelsey@taylormartino.com | Phone Number |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☐ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☒ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim**.

| 3. SIGNATURE | | | | |
|---|---|---|---|---|
| \multicolumn{5}{l}{I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.} |
| **Signature:** | /s/Fred Nolte | | **Date:** | 06/21/2013 (Month/Day/Year) |
| **Printed Name:** | First | Last | | M.I. |

Reg-Form v.2

4

To Register online visit https://chinesedrywallclass.com/

EXHIBIT 1