UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## IMPORTANT TAISHAN NOTICE
## (must be completed by April 15, 2015)

### SUPPLEMENTAL SUBMISSION OF EVIDENCE DEMONSTRATING CLASS MEMBERSHIP AND THE EXISTENCE OF CLASS DAMAGES FOR THE TAISHAN TRIAL SCHEDULED ON APRIL 28, 2015

This supplemental submission is to be completed by all property owners with Taishan drywall[1] installed in their properties, including any mixed homes (*i.e.*, those with Taishan and non-Taishan drywall).[2] The completed form must be returned to Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, or by e-mail to drywall@hhklawfirm.com, by Wednesday April 15, 2015. The Verification to this Supplemental Submission should be signed by all co-owners of the subject properties. If you own more than four properties, you should attach additional pages to this supplement as necessary.

#### Section 1. Property Information

1. Do you currently own a property or properties with Taishan Chinese manufactured drywall? ☒ Yes ☐ No

    If no, skip to No. 3.

    If yes, complete all of the following questions.

2. For each property identified below please identify the following information:

---

[1] Taishan drywall was manufactured by Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd and Tai'an Taishan Plasterboard Co., Ltd.

[2] A complete catalog of markings and identification of Taishan board can be found in pretrial order no. 10, which can be accessed on the court's website located at http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm.

1

EXHIBIT 5

**Property 1**

Street address of the property:
9243 U.S. Highway 98

City: Fairhope

State and Zip: Alabama, 36532

Additional owners of the property, if any:
NONE

Total square footage of the property: 2,100

Is this property currently in a foreclosure proceedings?

☐ Yes  ☒ No

**Property 2**

Street address of the property:

City:

State and Zip:

Additional owners of the property, if any:

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?

☐ Yes  ☐ No

**Property 3**

Street address of the property:

City:

State and Zip:

Additional owners of the property, if any:

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?

☐ Yes  ☐ No

**Property 4**

Street address of the property:

City:

State and Zip:

Additional owners of the property, if any:

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?

☐ Yes  ☐ No

(If you own additional properties attach additional pages as necessary)

2

EXHIBIT 5

(For each property identified above, attach copies of all inspection reports and/or photographic evidence of the drywall in the property or properties in question)

3. If you are the former owner of a property or properties containing Chinese manufactured drywall, identify the information below for each such property:

Property 1

| Name of current owner |
| --- |
| Street _____ |
| City _____ |
| State and Zip: _____ |
| Phone _____ |
| Date of Transfer _____ |

Property 2

| Name of current owner |
| --- |
| Street _____ |
| City _____ |
| State and Zip: _____ |
| Phone _____ |
| Date of Transfer _____ |

Property 3

| Name of current owner |
| --- |
| Street _____ |
| City _____ |
| State and Zip: _____ |
| Phone _____ |
| Date of Transfer _____ |

Property 4

| Name of current owner |
| --- |
| Street _____ |
| City _____ |
| State and Zip: _____ |
| Phone _____ |
| Date of Transfer _____ |

(If you own additional properties attach additional pages as necessary)

EXHIBIT 5

4. My current mailing address is

| | |
|---|---|
| Street | 9243 US Hwy 98 |
| City | Fairhope Al |
| State and Zip: | Alabama 36532 |

5. I am represented by the following law firm

| | |
|---|---|
| Firm | Taylor Martino, P.C. |
| Street | 51 St. Joseph Street |
| City | Mobile |
| State and Zip: | Alabama, 36602 |

### Section 2. Class Member Verification

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that all information provided in this document is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

Claimant Name: Fred L Nolte, Jr.
Claimant Phone: 251 597 5008
Claimant E-Mail: FLN1263@yahoo.com
Claimant Signature: [signature]   Date: 4-14-15

Claimant Name:
Claimant Phone:
Claimant E-Mail:
Claimant Signature:   Date:

4

EXHIBIT 5

Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____ Date: _____

Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____ Date: _____

5

EXHIBIT 5