**Friday, February 28, 2020**

**VIA PORTAL UPLOAD:**
Chinese Drywall Settlement Administrator

| **Re:** | **Claimant Name:** | **Fred L. Nolte & Donnie P. Castleberry** |
|---|---|---|
| | **Claimant ID:** | **104748** |
| | **Property ID:** | **6781** |
| | **Claim ID:** | **14080** |

Dear Claims Administrator:

Please let this serve as claimants' appeal of the denial of this claim. As stated in the denial notice (02/25/2020), this claim was denied for failure to submit sufficient proof of ownership of the affected property.

Contemporaneously with this correspondence, we have uploaded the following documents: (1) 2004 deed showing Fred Nolte, Jr. as the titleholder of the affected property [Doc.373180]; (2) 2018 deed showing Fred Nolte, Jr. and Donnie P. Castleberry as the owners of the affected property [Doc. 373179]; and (3) 2019 tax appraisal which shows the address of the property and "Page #1721649," which corresponds with the deeds [Doc. 373181].

These documents comply with the requirements of the settlement to show proof of ownership. Please contact me immediately if additional information is needed.

EXHIBIT 8

With kindest regards, I remain,

Very Truly Yours,

Edward P. Rowan

Attorney at Law

Ed@taylormartino.com

EPR/ewy

State of Alabama, Baldwin County
I certify this instrument was filed
and taxes collected on:

2004 December -10 8:29AM

Instrument Number 857201 Pages 3
Recording 9.00 Mortgage
Deed 35.50 Min Tax
Index DP 5.00
Archive 5.00
Adrian T. Johns, Judge of Probate

STATE OF ALABAMA)

COUNTY OF BALDWIN) WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS that FRED L. NOLTE, SR., a married man conveying property not a part of his homestead, and FRED L. NOLTE, JR., a single man, the Grantors, for and in consideration of the sum of TEN ($10.00) DOLLARS and other good and valuable consideration hereby acknowledged to have been paid to the said Grantor by FRED L. NOLTE, JR., the Grantee, does hereby GRANT, BARGAIN, SELL AND CONVEY unto the said Grantee, subject to the provisions hereinafter contained, all that real property in the County of Baldwin, State of Alabama, described as follows:

Commence at the Southwest Corner of the Northwest Quarter of Section 22, Township 7 South, Range 2 East, St. Stephens Meridian, and run thence North, 78.8 feet to a point; thence run North 89° 41' East, along and with the North right-of-way of U.S. Highway No. 98, 1102.6 feet to a capped iron pin marker for the POINT OF BEGINNING: thence run North, 465.7 feet to a capped iron pin marker; thence run North 89°41' East, parallel with said North right-of-way, 225.75 feet, more or less, to the East line of the Southwest Quarter of the Northwest Quarter of said Section 22; thence run South, along and with said East line, 465.7 feet to a point situated on said North right-of-way; thence run South 89° 41' West, along said North right-of-way, 225.75 feet, more or less, to the POINT OF BEGINNING.

Tract contains 2.4 acres, more or less, and lies within the Southwest Quarter of the Northwest Quarter of Section 22, Township 7 South, Range 2 East, Baldwin County, Alabama.

SUBJECT TO an Easement for Cellular Telephone Tower Site.

SUBJECT TO a 125-foot highway construction setback from centerline of right-of-way of U. S. Highway No. 98 by Act. No. 94-572 Alabama Legislature.

857201



EXHIBIT 8

together with all and singular the rights, privileges, tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining; TO HAVE AND TO HOLD the same unto the said Grantee, and to his heirs and assigns, forever.

This conveyance is made subject to restrictive covenants and easements applicable to said property of record in the said Probate Court records.

And, except as to the above, and the taxes hereafter falling due, the said Grantor, for themselves and for their heirs and assigns, hereby covenant with the Grantee that they are seized of an indefeasible estate in fee simple in and to said property, that said property is free and clear of all encumbrances and that they do hereby WARRANT AND WILL FOREVER DEFEND the title to said property, and the possession thereof, unto the said Grantee, his heirs and assigns, against the lawful claims of all persons, whomsoever.

IN WITNESS WHEREOF, the said Grantors have hereunto set their hands and seal this the 10th day of December, 2004.

_Fred L Nolte Sr._ (SEAL)
FRED L. NOLTE, SR.

_[signature]_ (SEAL)
FRED L. NOLTE, JR.

STATE OF ALABAMA)

COUNTY OF BALDWIN)

I, the undersigned Notary Public, in and for said State and County, hereby certify that FRED L. NOLTE SR. and FRED L. NOLTE, JR., the Grantors herein, whose names are signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, they executed the same voluntarily on the day same bears date.

Given under my hand and seal this 10th day of December, 2004.

NOTARY PUBLIC, STATE AT LARGE

My Commission Expires:

11-15-08

Grantor's address: ____________________

Grantee's address: 3651 Co Rd 11 Fairhope, AL 36532

The within instrument prepared by:
Ron E. Kopesky
451 Magnolia Street
Fairhope, AL 36532

1/2 Appraised Value: $102,600.00

BALDWIN COUNTY, ALABAMA
TIM RUSSELL PROBATE JUDGE
Filed/cert. 9/25/2018 1:44 PM
DEED TAX $ 103.00
TOTAL $ 122.00
3 Pages
1721649

WARRANTY DEED

STATE OF ALABAMA
COUNTY OF BALDWIN

KNOW ALL MEN BY THESE PRESENTS:

That FRED L. NOLTE, JR. joined herein by his spouse, DONNIE CASTLEBERRY, hereinafter referred to as Grantors, for and in consideration of the sum of TEN AND 00/100 ($10.00) DOLLARS and other good and valuable consideration to them in hand paid by FRED L. NOLTE, JR. and DONNIE CASTLEBERRY, hereinafter referred to as Grantees, the receipt whereof is hereby acknowledged, do hereby GRANT, BARGAIN, SELL and CONVEY unto the said Grantees, as tenants in common, in fee simple, subject to the provisions hereinafter contained, all that real property in the County of Baldwin, State of Alabama, described as follows, to-wit:

Commence at the Southwest Corner of the Northwest Quarter of Section 22, Township 7 South, Range 2 East, St. Stephens Meridian, and run thence North, 78.8 feet to a point; thence run North 89°41′ East, along and with the North right-of-way of U.S. Highway No. 98, 1102.6 feet to a capped iron pin marker for the POINT OF BEGINNING: thence run North, 465.7 feet to a capped iron pin marker; thence run North 89°41′ East, parallel with said North right-of-way, 225.75 feet, more or less, to the East line of the Southwest Quarter of the Northwest Quarter of said Section 22; thence run South, along and with said East line, 465.7 feet to a point situated on said North right-of-way; thence run South 89°41′ West, along said North right-of-way, 225.75 feet, more or less, to the POINT OF BEGINNING.

Tract contains 2.4 acres, more or less, and lies within the Southwest Quarter of the Northwest Quarter of Section 22, Township 7 South, Range 2 East, Baldwin County, Alabama.

SUBJECT TO an Easement for Cellular Telephone Tower Site.

SUBJECT TO a 125-foot highway construction setback from centerline of right-of-way of U.S. Highway No. 98 by Act. No. 94-572 Alabama Legislature.

SUBJECT, HOWEVER, TO THE FOLLOWING:

(1) Underground Electric Line-Right of Way Easement from Fred L. Nolte, Jr. to Baldwin County Electric Membership Corporation, a Rural Electric Cooperative, dated March 6, 2017 and recorded at Instrument Number 1629922.

(2) That certain Mortgage executed by Fred L. Nolte, who acquired title as Fred L. Notle, Jr., a single man to Administrator of the Small Business Administration, an agency of the Government of the United States of America, dated March 9, 2005 and recorded at Instrument Number 879129 and subsequently modified by that certain Modification of Mortgage, dated September 18, 2006 and recorded at Instrument Number 1001952.

(3) Any and all zoning, subdivision or other governmental or environmental regulations pertaining to the use of said property.

THE RECORDING REFERENCES REFER TO THE RECORDS IN THE OFFICE OF THE JUDGE OF PROBATE OF BALDWIN COUNTY, ALABAMA, UNLESS OTHERWISE INDICATED.

TOGETHER with all and singular the rights, privileges, tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

This conveyance is made subject to any and all restrictive covenants, easements, reservations, mineral reservations, conveyance of minerals and rights-of-way applicable to said property of record in the Probate Court of Baldwin County, Alabama.

TO HAVE AND TO HOLD unto the said Grantees, as tenants in common, in fee simple, FOREVER.

And except as for taxes hereinafter falling due, the Grantors, and for themselves, and for their heirs and assigns, do hereby covenant to and with the Grantees, that they are seized in fee simple of said premises; that said property is free and clear of all encumbrances, and that they will hereby warrant and defend the title to same, unto the said Grantees, against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantors have hereunto set their hands and seals on this the 25th day of September, 2018.

FRED L. NOLTE, JR.

DONNIE CASTLEBERRY

STATE OF ALABAMA
COUNTY OF BALDWIN

I, Carol L. Nielsen, a Notary Public in and for said County in said State, hereby certify that FRED L. NOLTE, JR., whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal on this the 25th day of September, 2018.

Notary Public

My Commission Expires:
7/30/2022

CAROL L. NIELSEN
My Commission Expires
July 30, 2022

deeds\noltefred.wd

STATE OF ALABAMA
COUNTY OF BALDWIN

I, Wm. Daniel Calhoun, a Notary Public in and for said County in said State, hereby certify that DONNIE CASTLEBERRY, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal on this the 24th day of September, 2018.

Notary Public

My Commission Expires:
2/23/19

THIS INSTRUMENT PREPARED BY:
DUCK, CALHOUN & MEGGINSON
WM. DANIEL CALHOUN
Attorney at Law
Post Office Box 1188
Fairhope, Alabama 36533
Telephone: (251) 928-2191

GRANTORS' ADDRESS:
9243 US Hwy 98
Fairhope Al 36532

GRANTEES' ADDRESS:
9243 US Hwy 98
Fairhope, Al 36532

THIS INSTRUMENT IS PREPARED WITHOUT THE BENEFIT OF A TITLE SEARCH OR SURVEY.

deeds\noltefred.wd




# Property Appraisal Link

## BALDWIN COUNTY, AL

Current Date **2/28/2020**

**Tax Year 2019**
**Valuation Date October 1, 2018**

| OWNER INFORMATION | | | |
|---|---|---|---|
| **PARCEL** | 56-05-22-0-000-013.008 | **PPIN** 243648 | **TAX DIST** 02 |
| **NAME** | NOLTE, FRED L JR ETAL CASTLEBERRY, DONNI | | |
| **ADDRESS** | 9243 US HWY 98 | | |
| | FAIRHOPE AL 36532 | | |
| **DEED TYPE** IN | **BOOK** 0000 | **PAGE** 1721649 | |
| **PREVIOUS OWNER** | NOLTE, FRED L JR | | |
| **LAST DEED DATE** | 9/25/2018 | | |

| DESCRIPTION | |
|---|---|
| | 225.8' X 465.7' COM AT SW COR OF NW1/4 SEC 22, TH N 78.8', T |
| | H E 1102.6' TO POB, TH N 465.7', TH E 225.8', TH S 465.7' TO |
| | N R/W, TH W 225.8' TO POB SEC 22-T7S-R2E (WD/TENANTS IN COM |
| | MON) |

| PROPERTY INFORMATION | | |
|---|---|---|
| **PROPERTY ADDRESS** | 9243 US HWY 98 | |
| **NEIGHBORHOOD** | TOWER | |
| **PROPERTY CLASS** | | **SUB CLASS** |
| **LOT** **BLOCK** | | |
| **SECTION/TOWNSHIP/RANGE** | 00-00 -00 | |
| **LOT DIMENSION** | | **ZONING** |

| PROPERTY VALUES | | | | | |
|---|---|---|---|---|---|
| **LAND:** | 60000 | **CLASS 1:** | | **TOTAL ACRES:** | 2.40 |
| **BUILDING:** | 152300 | **CLASS 2:** | | **TIMBER ACRES:** | |
| | ========= | **CLASS 3:** | 212300 | | |
| **TOTAL PARCEL VALUE:** | 212300 | | | | |
| **ESTIMATED TAX:** | $588.92 | | | | |

**DETAIL INFORMATION**

| CODE | TYPE | REF | METHOD | | DESCRIPTION | LAND USE | TC | HsPn | | MARKET VALUE | USE VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | LAND | 1 | ST | AC8S | 1.90 acres | 1110-RESIDENTIAL | 3 | Y | N | 47500 | |
| M | LAND | 2 | ST | AC8S | .50 acres | 4750-TOWER SITE | 3 | Y | N | 12500 | |
| | BLDG | 3 | O | 33 CLBW6 | FENCE,CHAIN LINK,BARB WI | - | 3 | Y | N | 1400 | |
| | BLDG | 4 | O | 34 PCR06 | PAVING, CONCRETE REINFOR | - | 3 | Y | N | 1000 | |
| | BLDG | 5 | R | 111 | SINGLE FAMILY RESIDENCE | - | 3 | Y | N | 142600 | |
| | BLDG | 6 | O | 26 WCC | UTILITY, WOOD OR C.B. | - | 3 | Y | N | 7300 | |

View Tax Record

Back



EXHIBIT 8