**Friday, February 28, 2020**

**VIA PORTAL UPLOAD:**
Chinese Drywall Settlement Administrator

      Re:        **Claimant Name:**    **Valentine & Kim Frego**
                   **Claimant ID:**       **104751**
                   **Property ID:**       **6784**
                   **Claim ID:**          **14043**

Dear Claims Administrator:

Please let this serve as claimants' appeal of the denial of this claim. As stated in the denial notice (02/25/2020), this claim was denied for failure to submit sufficient proof of under air square footage of the affected property.

Contemporaneously with this correspondence, we have uploaded the applicable tax appraisal documents which show the under air square footage of 4,200 square feet [Doc.373182]. This complies with the terms of the settlement and the Court's orders.

Please contact me immediately if additional information is needed.

With kindest regards, I remain,

EXHIBIT 15

Very Truly Yours,

Edward P. Rowan

Attorney at Law

Ed@taylormartino.com

EPR/ewy

EXHIBIT 15



# Property Appraisal Link
## BALDWIN COUNTY, AL

Current Date 2/28/2020                    Tax Year 2019
                                          Valuation Date October 1, 2018

### BUILDING APPRAISAL

**PARCEL**   56-02-09-0-001-008.000     **PPIN** 059247    **TAX DIST**  02
**NAME**     FREGO, VALENTINE JR ETAL FREGO, KIMBERLY
**BUILDING** 4                           **CLASS**   B
**STRUCTURE CODE** B42  -         BARN, B-42
**AREA:**    TOTAL LIVING AREA
             4200
**ACTUAL YEAR BUILT...**   2000
**YEAR IMPROVEMENT ADDED TO ABSTRACT...**   2014
**CLASS**   3    **HOMESTEAD**   Y    **PENALTY**   N

### IMPROVEMENT CALCULATIONS - STRUCTURE CLASS B AND O
   CLASS    A  (E=Low Cost, D=Average, C=Good, B=Excellent)
   RATE                         3.90    OVERRIDE RATE
**X LOCATION INDEX**             1.170
**= SQUARE FOOT COST**           4.56
**X AREA**                       4200
**= BASIC COST**                 16380
**+ EXTRA FEATURES**
**= ADJUSTED COST**              19165
   DEPRECIATION                  50
**= DEPRECIATED COST**           9583
   FINAL VALUE                   9600
   PRIOR YEAR VALUE              9600
         **NEIGHBORHOOD**    FHOPESOUTH       1.00
**YEAR BUILT**   2000  **AGE**   17  **EFFECTIVE YEAR BUILT**   2000  **AGE**   17

### IMPROVEMENT CALCULATIONS - EXTRAS
         EXTRAS    ( INDEX =  1.170 )
**CODE**    **DESCRIPTION**      **QUANTITY**      **UNIT VALUE**      **TOTAL**
            ***No Extras On Record***

View Tax Record

Back

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help

EXHIBIT 15



# Property Appraisal Link
## BALDWIN COUNTY, AL

Current Date **2/28/2020**  **Tax Year 2019**
**Valuation Date October 1, 2018**

| OWNER INFORMATION | |
|---|---|
| **PARCEL** | 56-02-09-0-001-008.000   **PPIN** 059247   **TAX DIST** 02 |
| **NAME** | FREGO, VALENTINE JR ETAL FREGO, KIMBERLY |
| **ADDRESS** | 8080 BISHOP RD |
| | FAIRHOPE   AL 36532 |
| **DEED TYPE** IN   **BOOK** 0000 | **PAGE** 1009768 |
| **PREVIOUS OWNER** | UTILITIES BOARD OF THE CITY OF FOLEY, TH |
| **LAST DEED DATE** | 10/17/2006 |

| DESCRIPTION |
|---|
| 6.7 AC(C) 7.06 AC(D) FM THE NW COR OF SW1/4 OF SEC 9 RUN TH |
| E 294.5', TH S 15' TO POB TH CONT E 304.5', TH S 980'(S), TH |
| W 294.5', TH N 980' TO POB SEC 9-7S-2E (WD - SURVIV0RSHIP) |

| PROPERTY INFORMATION | |
|---|---|
| **PROPERTY ADDRESS** | 8080 BISHOP RD |
| **NEIGHBORHOOD** | FHOPESOUTH   SOUTH FAIRHOPE |
| **PROPERTY CLASS** | **SUB CLASS** |
| **LOT**   **BLOCK** | |
| **SECTION/TOWNSHIP/RANGE** | 00-00 -00 |
| **LOT DIMENSION** | **ZONING** |

| PROPERTY VALUES | | | | | |
|---|---|---|---|---|---|
| **LAND:** | 113900 | **CLASS 1:** | | **TOTAL ACRES:** | 6.70 |
| **BUILDING:** | 164300 | **CLASS 2:** | | **TIMBER ACRES:** | |
| | ======== | **CLASS 3:** | 278200 | | |
| **TOTAL PARCEL VALUE:** | 278200 | | | | |
| **ESTIMATED TAX:** | $0.00 | | | | |
| **TOTAL USE VALUE:** | 20032 | | | | |

| DETAIL INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CODE** | **TYPE** | **REF** | **METHOD** | **DESCRIPTION** | **LAND USE** | **TC** | **HsPn** | **MARKET VALUE** | **USE VALUE** |
| U | USE | 2 | ST AC8S | 5.70 acres | 8210-PASTURE(GOOD B1) | 3 | Y N | | 3032 |
| U | USE | 3 | ST AC8S | 1.00 acres | 1110-RESIDENTIAL | 3 | Y N | | 17000 |
| M | LAND | 4 | ST AC8S | 5.70 acres | 8100-AGRICULTURAL | 3 | Y N | 96900 | |
| M | LAND | 5 | ST AC8S | 1.00 acres | 1110-RESIDENTIAL | 3 | Y N | 17000 | |
| | BLDG | 1 | R  111 | SINGLE FAMILY RESIDENCE | - | 3 | Y N | 154700 | |
| | BLDG | 4 | B  B42 | BARN, B-42 | - | 3 | Y N | 9600 | |

View Tax Record

Back

Home | Search | Real Property | Appraisals | Terms of Use | Privacy Policy | Contact Us | Help

EXHIBIT 15