From: Dawn Barrios <barrios@bkc-law.com>
Sent: Tuesday, April 7, 2015 2:46 PM
To: Dawn Barrios <barrios@bkc-law.com>
Subject: CDW- Taishan Evidence Requirement TIME SENSITIVE

Counsel,

Attached is an important notice for any claimant with Taishan drywall regarding the supplemental submission of evidence demonstrating class membership in the Taishan class.  The Taishan class damage hearing is set for April 28, 2015.

THIS FORM MUST BE COMPLETED AND SIGNED BY EVERY CLAIMANT WHO HAS TAISHAN MANUFACTURED CHINESE DRYWALL. IT MUST BE RETURNED TO

      HERMAN, HERMAN & KATZ, LLC
      820 O'KEEFE AVENUE
      NEW ORLEANS, LA  70113
         OR
      drywall@hhklawfirm.com

BY WEDNESDAY, APRIL 15, 2015.

For more details, please see Document number 18612 on the MDL docket and its exhibits.

If you have any questions, contact Arnold Levin, Fred Longer, Russ Herman or Leonard Davis.

Please give this your top priority.

Many thanks,
Dawn


**Dawn M. Barrios**



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail