**From:** Kelsey Baker <Kelsey@taylormartino.com>
**Sent:** Friday, May 8, 2015 4:10 PM
**To:** dmartin@gainsben.com
**Cc:** Ed Rowan <ed@taylormartino.com>
**Subject:** Chinese Drywall

Please find attached the Attorney Verification Form with Exhibit for Ed Rowan's Taishan clients.  Please advise if you need anything additional.  Thank you for your assistance with this matter.

Kelsey Baker
Paralegal to Edward Rowan
Taylor Martino, P.C.
51 St. Joseph Street
Mobile, AL 36602
251-433-3131
251-433-4207 facsimile
Kelsey@taylormartino.com

1
EXHIBIT 20