**From:** Ed Rowan <ed@taylormartino.com>
**Sent:** Thursday, June 25, 2015 11:20 AM
**To:** Kelsey Baker <Kelsey@taylormartino.com>
**Subject:** FW: Chinese Drywall - Taishan

It looks like Herringtons and Hudsons are on the Complaint – get in touch with Jill at Dawn Barrios' office and make sure Note and Frego get on the new complaint.

**Ed Rowan**
**Taylor Martino, PC**
ed@taylormartino.com
tele:    (251) 433-3131
direct: (251) 378-0126
cell:    (251) 455-1510

---

**From:** Ed Rowan
**Sent:** Thursday, June 25, 2015 10:08 AM
**To:** Dawn Barrios (barrios@bkc-law.com); Zachary Wool
**Cc:** Kelsey Baker
**Subject:** FW: Chinese Drywall - Taishan

Dawn or Zach, who can I speak with to verify that my Taishan clients are getting on the Omnibus Complaint?

**Herrington-Willis, Brandi**
**Hudson, Melissa**
**Nolte, Fred**
**Frego, Valentine & Kimberly**

Thank you for your assistance.

Ed Rowan
Taylor Martino, PC
ed@taylormartino.com
tele:    (251) 433-3131
direct:  (251) 378-0126

1
EXHIBIT 21

cell:   (251) 455-1510

2

EXHIBIT 21