**From:** Dawn Barrios <barrios@bkc-law.com>
**Sent:** Monday, June 29, 2015 11:14 AM
**To:** Ed Rowan <ed@taylormartino.com>
**Cc:** Kelsey Baker <Kelsey@taylormartino.com>
**Subject:** RE: Chinese Drywall

Ed,
Please forgive me as I lost the context of our conversation.  If all your Taishan clients are on an OC and you have done PFSs for them, you have nothing more to do.
d



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Ed Rowan [mailto:ed@taylormartino.com]
**Sent:** Friday, June 26, 2015 3:58 PM
**To:** Dawn Barrios
**Cc:** Kelsey Baker
**Subject:** FW: Chinese Drywall

Dawn, We have four Taishan cases.  They are on Omni IX and Omni XVIII.  I have attached and highlighted the relevant portion.  I am just making sure that there is nothing further to do regarding the new Omni Complaint.  Please let me know if being on one of these previous Complaints is insufficient to protect our claim.  Thank you for your assistance.

**Ed Rowan**

1

EXHIBIT 22

**Taylor Martino, PC**
ed@taylormartino.com
tele:     (251) 433-3131
direct:  (251) 378-0126
cell:     (251) 455-1510

**From:** Kelsey Baker
**Sent:** Friday, June 26, 2015 3:13 PM
**To:** Ed Rowan
**Subject:** Chinese Drywall

Please find attached Exhibit A-1 to Omnibus Complaint IX showing Melissa Hudson & Brandi Herrington and the Fourth Supplement to Exhibit A to Omnibus Complaint XVIII showing Valentine & Kimberly Frego and Fred Nolte.

Kelsey Baker
Paralegal to Edward Rowan
Taylor Martino, P.C.
51 St. Joseph Street
Mobile, AL 36602
251-433-3131
251-433-4207 facsimile
Kelsey@taylormartino.com