**From:**      Merideth Landry
**Sent:**      Tuesday, May 30, 2017 1:51 PM
**To:**        Sarah Wallace
**Subject:**   FW: Chinese Drywall

**Importance:**   High

What are we going to do?  Can you respond to her?

**From:** Jill Winn [mailto:jwinn@bkc-law.com]
**Sent:** Tuesday, May 30, 2017 1:49 PM
**To:** Merideth Landry <Merideth@taylormartino.com>
**Cc:** Ed Rowan <ed@taylormartino.com>
**Subject:** FW: Chinese Drywall
**Importance:** High

I am following up again to see if you were able to obtain proof of square footage for St. Martin Lion's Club.

Thanks,

Jill

Jill C. Winn | Paralegal to Dawn M. Barrios, Esq. and Bruce S. Kingsdorf, Esq.



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Jill Winn
**Sent:** Wednesday, May 24, 2017 2:36 PM
**To:** Merideth Landry (Merideth@taylormartino.com)
**Cc:** Ed Rowan (ed@taylormartino.com)
**Subject:** RE: Chinese Drywall

I am following up to see if you were able to obtain proof of square footage for St. Martin Lion's Club.

Thanks,

Jill

EXHIBIT 24

Jill C. Winn | Paralegal to Dawn M. Barrios, Esq. and Bruce S. Kingsdorf, Esq.



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Merideth Landry [mailto:Merideth@taylormartino.com]
**Sent:** Friday, May 19, 2017 3:34 PM
**To:** Dena White
**Subject:** RE: Chinese Drywall

Please see attached. We obtained this document from their insurance company. Thanks!

---

**From:** Dena White [mailto:dwhite@bkc-law.com]
**Sent:** Friday, May 19, 2017 2:38 PM
**To:** Merideth Landry <Merideth@taylormartino.com>
**Subject:** RE: Chinese Drywall

You can email it to me.

Thanks,

Dena



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Merideth Landry [mailto:Merideth@taylormartino.com]
**Sent:** Friday, May 19, 2017 2:36 PM
**To:** Dena White
**Subject:** RE: Chinese Drywall

Do we need to upload the document or can I send to you? Thanks!

EXHIBIT 24

**From:** Dena White [mailto:dwhite@bkc-law.com]
**Sent:** Thursday, May 18, 2017 4:31 PM
**To:** Ed Rowan <ed@taylormartino.com>; Jill Winn <jwinn@bkc-law.com>
**Cc:** Merideth Landry <Merideth@taylormartino.com>
**Subject:** RE: Chinese Drywall

Mr. Rowan,

The documentation submitted for St. Martin Lion's Club is a hand drawn floor plan.  Hand drawn floor plans are not accepted.  Please submit documentation from the approved list.

Thanks,

Dena



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Ed Rowan [mailto:ed@taylormartino.com]
**Sent:** Tuesday, May 09, 2017 9:25 AM
**To:** Jill Winn
**Cc:** Merideth Landry; Dena White
**Subject:** RE: Chinese Drywall

Thanks Jill – I got my wires crossed somewhere.   They are Knauf Plaintiffs, not Taishan.

**Ed Rowan, Esq.**
**TAYLOR • MARTINO**
51 Saint Joseph Street
Mobile, Alabama 36602
Telephone: 251-433-3131
Facsimile: 251-433-4207
www.taylormartino.com

ATTORNEY-CLIENT PRIVILEGE; WORK PRODUCT NOTICE:  This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, and is legally privileged.  This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed.  If you have received this e-mail message in error, please notify the sender immediately by telephone at 1-800-256-7728 or e-mail and destroy the original message without making a copy.

**From:** Jill Winn [mailto:jwinn@bkc-law.com]
**Sent:** Tuesday, May 09, 2017 9:17 AM
**To:** Ed Rowan

EXHIBIT 24

**Cc:** Merideth Landry; Dena White
**Subject:** RE: Chinese Drywall

Ed,

OC XVIII, which you say these claimants are listed is a Knauf complaint. If they are listed on only that complaint, they are not a part of the class.

Thanks,

Jill Winn



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Ed Rowan [mailto:ed@taylormartino.com]
**Sent:** Tuesday, May 09, 2017 6:16 AM
**To:** Dawn Barrios
**Cc:** Jill Winn; Merideth Landry
**Subject:** Re: Chinese Drywall

Thank you.  Jill, I am free all day today.  Could we talk this am?

Ed Rowan
(251) 455-1510 - cell
(251) 433-3131 - office
ed@taylormartino.com
Sent from my iPhone

On May 8, 2017, at 9:37 PM, Dawn Barrios <barrios@bkc-law.com> wrote:

> Jill should be able to help.
>
> **Dawn M. Barrios, Esq.**
>
>
> <BKC_e55199e2-9ca6-443c-ae49-8accc4c91d9a.png>
>
> 701 Poydras Street, Suite 3650
> New Orleans, LA 70139
> 504.524.3300 (phone)
> 504.524.3313 (fax)

EXHIBIT 24

 Please consider the environment before printing this e-mail

On May 8, 2017, at 4:42 PM, Ed Rowan <ed@taylormartino.com> wrote:

> Dawn, I have two Taishan cases which appear to be on Omnibus XVIII – Nolte and Frego.  They are NOT on the list you recently sent.  Can you explain and/or assist?  Thank you.
>
> **Ed Rowan, Esq.**
> **TAYLOR • MARTINO**
> 51 Saint Joseph Street
> Mobile, Alabama 36602
> Telephone: 251-433-3131
> Facsimile: 251-433-4207
> www.taylormartino.com
>
> ATTORNEY-CLIENT PRIVILEGE; WORK PRODUCT NOTICE:  This confidential e-mail is governed by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, and is legally privileged.  This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person(s) to whom this e-mail message is addressed.  If you have received this e-mail message in error, please notify the sender immediately by telephone at 1-800-256-7728 or e-mail and destroy the original message without making a copy.
>
> ---
>
> **From:** Ed Rowan
> **Sent:** Friday, June 26, 2015 3:58 PM
> **To:** Dawn Barrios (barrios@bkc-law.com)
> **Cc:** Kelsey Baker
> **Subject:** FW: Chinese Drywall
>
> Dawn, We have four Taishan cases.  They are on Omni IX and Omni XVIII.  I have attached and highlighted the relevant portion.  I am just making sure that there is nothing further to do regarding the new Omni Complaint.  Please let me know if being on one of these previous Complaints is insufficient to protect our claim.  Thank you for your assistance.
>
> **Ed Rowan**
> **Taylor Martino, PC**
> ed@taylormartino.com
> tele:    (251) 433-3131
> direct:  (251) 378-0126
> cell:    (251) 455-1510
>
> ---
>
> **From:** Kelsey Baker
> **Sent:** Friday, June 26, 2015 3:13 PM
> **To:** Ed Rowan
> **Subject:** Chinese Drywall
>
> Please find attached Exhibit A-1 to Omnibus Complaint IX showing Melissa Hudson & Brandi Herrington and the Fourth Supplement to Exhibit A to Omnibus Complaint XVIII showing Valentine & Kimberly Frego and Fred Nolte.
>
> N hovh| #E dnhu#
> Paralegal to Edward Rowan
> Taylor Martino, P.C.
> 51 St. Joseph Street

EXHIBIT 24

Mobile, AL 36602
251-433-3131
251-433-4207 facsimile
Kelsey@taylormartino.com

<Omni IX_Herrington and Hudson.pdf>

<16972-1 Fourth Supplement to Exhibit A.pdf>

<Attorney Verification.pdf>

EXHIBIT 24