UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 |
| | : | SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON |
| ................................................ | : | MAG. JUDGE WILKINSON |

**ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION FOR DEPOSIT OF DISPUTED TAISHAN INDIVIDUALLY RETAINED ATTORNEY FEES INTO THE REGISTRY OF THE COURT**

Considering the Settlement Administrator's Motion for Deposit;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and the Settlement Administrator is ORDERED to deposit $1,094,114.55 into the registry of the Court. At a later date, the Court shall set a procedure for the distribution of the funds in an appropriate manner.

New Orleans, Louisiana, this 15th day of July, 2020.

_____
Eldon E. Fallon
United States District Court Judge