UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* Civil Action No. 09-4115 (E.D. La.))

## CLAIMANTS VALENTINE AND KIM FREGO AND FRED L. NOLTE'S MOTION FOR RELIEF PURSUANT TO RULES 59(e), 60(b)(1) AND 60(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE REGARDING THE COURT'S ORDER DATED JUNE 11, 2020

COME NOW Claimants Valentine and Kim Frego (Claimant ID 104751) ("Frego") and Fred L. Nolte (Claimant ID 104748) ("Nolte"), and move this court to reconsider, alter, amend or provide other relief pursuant to Rules 59(e), 60(b)(1) and 60(b)(6) of the Federal Rules of Civil Procedure. Claimants request relief regarding this Court's previous Order [Doc. 22880] by (1) awarding the full compensation to these Taishan claimants pursuant to the settlement of the *Amorin* claimants, (2) awarding 20% of the full compensation pursuant to the settlement of the *Brooke* claimants, (3) and/or any other appropriate relief within the power of this Court to prevent the significant reduction of the actual value of these claims. In support of this motion, claimants have contemporaneously filed their memorandum in support of this motion.

Respectfully submitted,

TAYLOR MARTINO, P.C.,
Attorney for the Claimants

 */s/ Edward P. Rowan*_____
EDWARD P. ROWAN (Fed Bar ID ROWA3430)

Post Office Box 894<br>
Mobile, Alabama 36601<br>
Phone: (251) 433-3131<br>
Email: ed@taylormartino.com

OF COUNSEL:
TAYLOR MARTINO, P.C.
455 St. Louis St., Ste 2100
Mobile, Alabama  36602
(251) 433-331
(251) 433-4207 (Fax)

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of July, 2020, I electronically filed the foregoing with the Clerk of the Court by electronically uploading the same to the MEC/ECF system which will serve a notice of the uploading in accordance with the procedures established in MDL 2047.

/s/ Edward P. Rowan
EDWARD P. ROWAN