UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* Civil Action No. 09-4115 (E.D. La.))

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring the foregoing Motion for relief pursuant to Rules 59(e), 60(b)(1) and 60(b)(4) of the Federal Rules of Civil Procedure and for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Easter District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 5th day of August, 2020, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

            Respectfully Submitted,
            TAYLOR MARTINO, P.C.,
            Attorney for the Claimants

             */s/ Edward P. Rowan*
            EDWARD P. ROWAN (Fed Bar ID ROWA3430)
            Post Office Box 894
            Mobile, Alabama 36601
            Phone: (251) 433-3131
            Email: ed@taylormartino.com

OF COUNSEL:
TAYLOR MARTINO, P.C.
455 St. Louis St., Ste 2100
Mobile, Alabama 36602
(251) 433-331
(251) 433-4207 (Fax)

## CERTIFICATE OF SERVICE

 I hereby certify that on the 21st day of July, 2020, I electronically filed the foregoing with the Clerk of the Court by electronically uploading the same to the MEC/ECF system which will serve a notice of the uploading in accordance with the procedures established in MDL 2047.

        <u>/s/ Edward P. Rowan</u>
        EDWARD P. ROWAN