# CHINESE DRYWALL SETTLEMENT PROGRAM
# MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | |
|---|---|---|
| **1. Claimant Name:** | Last Name: **Nolte** | First Name: **Fred** — M.I. |
| | Co-Owner Last Name/Business Name | Co-Owner First — M.I. |
| | DBA or Fictitious Name (if applicable) | |

| | | | |
|---|---|---|---|
| 2. | Individual Claimant's Social Security Number (SSN): | [redacted] | |
| 3. | Business Claimant's Employer Identification Number (EIN): | | |
| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes  ☒ No | |
| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: SSN: | |

Nolte, Fred
104748

1

EXHIBIT 6

| | **CHINESE DRYWALL SETTLEMENT PROGRAM** <br> **MISCELLANEOUS CLAIM FORM** | | | |
|---|---|---|---|---|
| **6. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 5. If you are represented by an attorney, complete this section. | | | |
| | Firm Name <br> Taylor Martino, P.C. | | | |
| | Attorney Last Name <br> Rowan | | Attorney First Name <br> Edward | |
| | Street <br> P.O. Box 894 | | | |
| | City <br> Mobile | State <br> AL | | Zip <br> 36601 |
| | Email <br> Kelsey@taylormartino.com | | Phone Number <br> (251) 433-3131 | |
| **7. Affected Property Address:** | Street <br> 9243 Highway 98 | | | |
| | City <br> Fairhope | State <br> AL | Zip <br> 36532 | County/Parish <br> Baldwin |
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☐ Knauf. <br> ☐ Knauf. <br> ☐ InEx. <br> ☐ Global. <br>   Participating Supplier Name: <br>   Participating Builder Name: <br>   Participating Installer Name: <br><br> ☐ L&W. <br> ☒ Unknown. <br><br> Additional Comments (attached additional pages if necessary): | | | |

Nolte, Fred
104748

2

EXHIBIT 6

| | CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM |
|---|---|
| 9. **Lawsuit:** | Jurisdiction:<br>Case/Docket Number:<br>Date Filed: _/_/_<br>            (Month/Day/Year) |
| 10. **Drywall Manufacturer:** | ☐ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☒ Non-Knauf<br>☐ Unknown |
| 11. **Tell us your relationship to the Affected Property (check the boxes that best describe your relationship):** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other: |
| 12. **Select the option that best describes how you used the Affected Property:** | ☐ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other |

Nolte, Fred

104748

3

EXHIBIT 6

| CHINESE DRYWALL SETTLEMENT PROGRAM |
|---|
| MISCELLANEOUS CLAIM FORM |
| **B. CLAIM INFORMATION** |
| Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, upload all documents that you believe support your claim by using the Document Upload feature located below. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it. You may attach pages with any additional comments regarding your claim. |
| Claimant has Taihe Chinese Drywall throughout his home.  Claimant has had to replace appliances and coils in his home. Claimant wishes to have his home remediated. |

Nolte, Fred                                                                     4

104748

EXHIBIT 6

| CHINESE DRYWALL SETTLEMENT PROGRAM MISCELLANEOUS CLAIM FORM |||||
|---|---|---|---|---|
| **C. SIGNATURE** |||||
| I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.<br><br>By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form. |||||
| **Signature of Claimant/Attorney:** | Fred Nolte || **Date:** | <mark>10/ 25/ 2013</mark><br>(Month/Day/Year) |
| **Printed Name:** | First | Last || M.I. |

Nolte, Fred

104748

5

EXHIBIT 6