Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | For Internal Use Only |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Valentine & Kimberly Frego

Address of Affected Property: 8080 Bishop Road
Fairhope, AL 36532

Is this Property:* [X] Residential   [ ] Commercial   [ ] Governmental

Name of Person Completing this Form: Kelsey Baker, Paralegal

Is above your primary residence? (•) Yes   No ( )

Mailing Address (if different):

Phone: (251) 990 - 9466

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant   [ ] Owner Only   [ ] Renter-Occupant

Represented By: Edward P. Rowan

Address: 51 Saint Joseph Street
Mobile, AL 36601

Phone: (251) 433 - 3131

Case No. /Docket Info: 13-0609

**Section II. Insurance Information**

Homeowner / Renter Insurer: Farmers

Policy #: ALH000643500

Agent: Hill Robinson

Address: 28080 U.S. Highway 98 STE C
Daphne, AL 36526

Phone: (251) 626 - 1085

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identity Claimant Status as an Owner Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Valentine Frego | 10 80/ 07 | / / | [X] / F | | (•)Yes  No( ) | Owner-Occupant |
| Kimberly Frego | 10 80/ 07 | / / | M / [X] | | (•)Yes  No( ) | Owner-Occupant |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |
| | / / | / / | M / F | / / | ( )Yes  No( ) | |

* Personal Injuries include claims for mental anguish and medical monitoring.

Page 1

Frego, V. 0001

EXHIBIT 11

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⦿ Yes   No ○

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Moisture Management/Patrick Nooner

1.2. When did the inspection take place?   06 20 /13

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   ⦿ Yes   No ○

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Moisture Management/Patrick Nooner

2.2. When was this determination made?   06 20 /13

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taihe | Made in China Meet or Exceeds ASTM C1936 04 Standard | Throughout First Floor |
| | | |
| | | |

## Section VI. Home Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 4,000 | | | | |
| Estimated Sq. Ft. of Drywall | 17,060 | Occupied | | ☒ | |
| Height of Interior Walls | 8 ft | Year-round | | ☒ | |
| Number of Bedrooms: | 3 | Summer | | ☐ | ☐ |
| Number of Bathrooms: | 2 1/2 | Winter | | ☐ | ☐ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☒ | ☐ | ☐ |
| Copper Piping | | ☐ | ☐ |
| Copper Fixtures | | ☐ | ☐ |
| Other Fixtures | | ☐ | ☐ |
| Were repairs made to the plumbing system? | ☐ | ☐ | ☐ |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | ☐ | ☐ |
| Switches | ☒ | ☐ | ☐ |
| Main Panel | ☐ | ☐ | ☐ |
| 2nd Panel | ☐ | ☐ | ☐ |
| Exposed Copper Wires | ☒ | ☐ | ☐ |
| Were repairs made to the electrical system? | ☐ | ☒ | ☐ |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | 10 80 /07 | Date Acquired Home | 10 /30 /07 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (     )     -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (     )     -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: (     )     -

Frego, V. 0002

EXHIBIT 11

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Valentine J. Frego_ | _6-18-13_ | | | |
|---|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | | Date Signed |
| _Kimberly Frego_ | _6-18-13_ | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | | Date Signed |
| | | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | | Date Signed |

Page 5

Frego, V. 0003

EXHIBIT 11



**Declarations Page**

| | | |
|---|---|---|
| **Policy Number:**<br>ALH000643500 | **Producer:**<br>W500607F<br>Hill Robinson<br>28080 US HIGHWAY 98 STE C<br>DAPHNE, AL 365267012 | **CUSTOMER SERVICE**<br><br>**For Policy Service Call Your Producer:**<br>(251)626-1085 |
| **Named Insured:**<br>VALENTINE FREGO JR<br>KIMBERLY FREGO<br>8080 BISHOP RD<br>FAIRHOPE, AL 36532 | **Broker of Record:**<br>Coastal Risk Underwriters, LLC | **For Claim Service Call Wilshire Claims:**<br>(800)780-8423 |
| **Additional Insured:**<br>None | | **For All Other Inquires:**<br>(800)481-0643 |

| | | | |
|---|---|---|---|
| **Policy Period:**<br>September 24, 2011 to September 24, 2012 *<br><br>* 12:01 Standard time at location<br>of the residence premises | **Residence Premises:**<br>8080 Bishop Rd<br>Fairhope, AL 36532 | **Transaction Type:**<br><br>**Trans Effective Date:**<br><br>**Trans Amount:** | New Business<br><br>09/24/2011<br><br>$ 5,484 |

**Your Insurer:**
Wilshire Insurance Company
PO Box 12999
Tallahassee, FL 32317-2999

**The Contract is registered and delivered as surplus line coverage under the Alabama Surplus Line Insurance Law.**

**Policy Deductible:**
In case of loss under Section I, we cover only that part of the loss over the deductible stated.

| | | |
|---|---|---|
| Named Storm Deductible | $16,250 | (5% of Coverage A) |
| All Other Perils | $5,000 | |

**Coverages / Limits:**

| | Limits of Liability ($) | Premium ($) |
|---|---|---|
| Section I Property | | |
| A. Dwelling | 325,000 | 5,043 |
| B. Other Structures | 32,500 | Included |
| C. Personal Property | 162,500 | Included |
| D. Loss of Use | 65,000 | Included |
| | | |
| Section II Liability | | |
| E. Personal Liability - Each Occurance | 300,000 | 31 |
| F. Medical Payment to Others - Each Occurance | 1,000 | Included |

Policy Forms & Endorsements (see following page)

| | |
|---|---|
| Total Premium | 5,074 |
| Fees & Taxes (see following page) | 410 |
| **Total Premium and Fees** | **5,484*** |

*Your insurance policy contains a "short-rate" provision that applies when a policy is canceled mid-term if requested by the insured. This could impact the amount of premium refund due, or the amount owned following a cancellation.

HC200014 02 11                         Insured Copy                         Page **1** of **2**
                                                                            Frego, V. **0004**

EXHIBIT 11



**Declarations Page**

| Named Insured: | VALENTINE FREGO JR | Policy Number: | ALH000643500 |

| Policy Forms & Endorsements: | Limits of Liability | | |
|---|---|---|---|
| | Increase | Total | Premium |
| HO03001000 - Homeowner Policy | | | Included |
| HO01010508 - Special Provisions | | | Included |
| HO04961000 - No Coverage For Home Day Care Business | | | Included |
| HO16101000 - Water Exclusion | | | Included |
| HC02213010610 - Escaped Liquid Fuel and Lead Liability Exclusion | | | Included |
| HC02212020610 - Additional Exclusions | | | Included |
| HC02530010610 - Limited Fungi Section I and II Exclusion | | | Included |
| HC02213050610 - Short-rate Calculation Condition | | | Included |
| HC02213060610 - Swimming Pool and/or Patio Enclosure Exclusion | | | Included |
| HC02213040610 - Windstorm Exterior Paint or Waterproofing Exclusion | | | Included |
| HC02417010610 - Named Storm Deductible - Alabama | | | Included |
| HO04901000 - Replacement Cost on Contents | | | Included |
| | | Total | 0 |

| Fees & Taxes: | |
|---|---|
| Inspection fee | 50 |
| Policy fee | 50 |
| Surplus lines tax | 310 |
| Total | 410 |

** The Policy fee is a flat expense charge to cover the costs of administering your policy and is nonrefundable if coverage is cancelled after the policy effective date.

**Additional Interest(s):**

REGIONS BANK, DBA REGIONS MORTGAGE ISAOA/ATIMA
PO BOX 200401
FLORENCE, SC 29502
LOAN #: 1898004829

CITIZENS BANK
PO BOX 569
ROBERTSDALE, AL 36567
LOAN #: 4901237

IN WITNESS WHEREOF, the Company has caused the facsimile signatures of its President and Secretary to be affixed hereto, and has caused this policy to be signed by an authorized representative of the Company.

Wilshire Insurance Company

9/20/2011

Countersign date

Steve Stephano
President

Michael Blinson
Secretary

EXHIBIT 11



FREGO HOUSE

Frego, V. 0006

EXHIBIT 11



FREGO HOUSE

FIRST FLOOR RENOVATION PLAN

Frego, V. 0007

EXHIBIT 11



Frego, V. 0008

EXHIBIT 11



FREGO HOUSE

BISHOP ROAD ELEVATION

WEST ELEVATION

Frego, V. 0009

EXHIBIT 11



Frego, V. 00010

EXHIBIT 11