## ATTORNEY VERIFICATION

  I declare, under penalty of perjury, that I am counsel for the clients on the attached Exhibit, and that pursuant to my contract of representation with my clients, I prepared and submitted to BrownGreer, through its online service, information necessary to update their Plaintiff Profile Forms, and to the best of my knowledge, the information provided was truthful, accurate, and current.

_5/7/15_
Date

Attorney Signature
Firm: Taylor Martino, PC
Address: 51 St. Joseph St.
City/State/Zip: Mobile, AL 36602
Phone: (251) 433-3131
Email: ed@taylormartino.com

EXHIBIT 14

**EXHIBIT**

Herrington-Willis, Brandi

Hudson, Melissa

Nolte, Fred

Frego, Valentine & Kimberly

EXHIBIT 14