# CHINESE DRYWALL SETTLEMENT PROGRAM
# MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | |
|---|---|---|
| **1. Claimant Name:** | Last Name: Hudson | First Name: Melissa   M.I. |
| | Co-Owner Last Name/Business Name: | Co-Owner First   M.I. |
| | DBA or Fictitious Name (if applicable): | |
| **2. Individual Claimant's Social Security Number (SSN):** | | **3. Business Claimant's Employer Identification Number (EIN):** |
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No | |
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name: <br><br>SSN: | |

| | CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM | | | | |
|---|---|---|---|---|---|
| **6. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 5. If you are represented by an attorney, complete this section. | | | | |
| | Firm Name<br>Taylor Martino, P.C. | | | | |
| | Attorney Last Name<br>Rowan | | Attorney First Name<br>Edward | | |
| | Street<br>P.O. Box 894 | | | | |
| | City<br>Mobile | State<br>AL | | Zip<br>36601 | |
| | Email<br>Kelsey@taylormartino.com | | Phone Number<br>(251) 433-3131 | | |
| **7. Affected Property Address:** | Street<br>5522 Travelers Court | | | | |
| | City<br>Satsuma | State<br>AL | Zip<br>36572 | | County/Parish<br>Mobile |
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☐ Knauf.<br>☐ Knauf.<br>☐ InEx.<br>☐ Global.<br>        Participating Supplier Name:<br>        Participating Builder Name:<br>        Participating Installer Name:<br><br>☐ L&W.<br>☒ Unknown.<br><br>        Additional Comments (attached additional pages if necessary): | | | | |

*Online Portal Submission*

# CHINESE DRYWALL SETTLEMENT PROGRAM
# MISCELLANEOUS CLAIM FORM

| | | |
|---|---|---|
| 9. | **Lawsuit:** | Jurisdiction:<br>Case/Docket Number:<br>Date Filed: _/_/_<br>　　　　(Month/Day/Year) |
| 10. | **Drywall Manufacturer:** | ☐ Knauf<br>　☐ I am a member of the Knauf Settlement Class<br>　☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☒ Non-Knauf<br>☐ Unknown |
| 11. | **Tell us your relationship to the Affected Property (check the boxes that best describe your relationship):** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other: |
| 12. | **Select the option that best describes how you used the Affected Property:** | ☐ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other |

| CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM |
|---|
| **B. CLAIM INFORMATION** |
| Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, upload all documents that you believe support your claim by using the Document Upload feature located below. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it. You may attach pages with any additional comments regarding your claim. |
| Claimant has Taishan Chinese Drywall throughout her home. |

Hudson, Melissa

102687

4

EXHIBIT 16

| CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM ||||
|---|---|---|---|
| **C. SIGNATURE** ||||
| I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.<br><br>By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form. ||||
| **Signature of Claimant/Attorney:** | Melissa Hudson | **Date:** | <u>10/ 25/ 2013</u><br>(Month/Day/Year) |
| **Printed Name:** | First | Last | M.I. |

Hudson, Melissa
102687

5

EXHIBIT 16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# IMPORTANT TAISHAN NOTICE
## (must be completed by April 15, 2015)

### SUPPLEMENTAL SUBMISSION OF EVIDENCE DEMONSTRATING CLASS MEMBERSHIP AND THE EXISTENCE OF CLASS DAMAGES FOR THE TAISHAN TRIAL SCHEDULED ON APRIL 28, 2015

This supplemental submission is to be completed by all property owners with Taishan drywall[1] installed in their properties, including any mixed homes (*i.e.*, those with Taishan and non-Taishan drywall).[2] The completed form must be returned to Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, or by e-mail to drywall@hhklawfirm.com, by Wednesday April 15, 2015. The Verification to this Supplemental Submission should be signed by all co-owners of the subject properties. If you own more than four properties, you should attach additional pages to this supplement as necessary.

### Section 1. Property Information

1. Do you currently own a property or properties with Taishan Chinese manufactured drywall?  ☐ Yes  ☐ No

    If no, skip to No. 3.

    If yes, complete all of the following questions.

2. For each property identified below please identify the following information:

---

[1] Taishan drywall was manufactured by Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd and Tai'an Taishan Plasterboard Co., Ltd.

[2] A complete catalog of markings and identification of Taishan board can be found in pretrial order no. 10, which can be accessed on the court's website located at http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm.

1

EXHIBIT 16

Property 1

Street address of the property:
5522 Travelers Court

City: Satsuma

State and Zip: Alabama, 36572

Additional owners of the property, if any:
Chad Hudson

Total square footage of the property: 1,840

Is this property currently in a foreclosure proceedings?

☐ Yes  ☐ No

Property 2

Street address of the property: _____

City: _____

State and Zip: _____

Additional owners of the property, if any: _____

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?

☐ Yes  ☐ No

Property 3

Street address of the property: _____

City: _____

State and Zip: _____

Additional owners of the property, if any: _____

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?

☐ Yes  ☐ No

Property 4

Street address of the property: _____

City: _____

State and Zip: _____

Additional owners of the property, if any: _____

Total square footage of the property: _____

Is this property currently in a foreclosure proceedings?

☐ Yes  ☐ No

(If you own additional properties attach additional pages as necessary)

2

EXHIBIT 16

(For each property identified above, attach copies of all inspection reports and/or photographic evidence of the drywall in the property or properties in question)

3. If you are the former owner of a property or properties containing Chinese manufactured drywall, identify the information below for each such property:

Property 1

| Name of current owner |
| --- |
| _____ |
| Street           _____ |
| City             _____ |
| State and Zip:   _____ |
| Phone            _____ |
| Date of Transfer _____ |

Property 2

| Name of current owner |
| --- |
| _____ |
| Street           _____ |
| City             _____ |
| State and Zip:   _____ |
| Phone            _____ |
| Date of Transfer _____ |

Property 3

| Name of current owner |
| --- |
| _____ |
| Street           _____ |
| City             _____ |
| State and Zip:   _____ |
| Phone            _____ |
| Date of Transfer _____ |

Property 4

| Name of current owner |
| --- |
| _____ |
| Street           _____ |
| City             _____ |
| State and Zip:   _____ |
| Phone            _____ |
| Date of Transfer _____ |

(If you own additional properties attach additional pages as necessary)

4. My current mailing address is

   | | |
   |---|---|
   | Street | _____ |
   | City | _____ |
   | State and Zip: | _____ |

5. I am represented by the following law firm

   | | |
   |---|---|
   | Firm | Taylor Martino, P.C. |
   | Street | 51 St. Joseph Street |
   | City | Mobile |
   | State and Zip: | Alabama, 36602 |

**Section 2. Class Member Verification**

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that all information provided in this document is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____   Date: _____

Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____   Date: _____

4

EXHIBIT 16

Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____ Date: _____


Claimant Name: _____

Claimant Phone: _____

Claimant E-Mail: _____

Claimant Signature: _____ Date: _____

EXHIBIT 16