**From:** Dawn Barrios <barrios@bkc-law.com>
**Sent:** Friday, May 8, 2015 9:10 AM
**To:** Dawn Barrios <barrios@bkc-law.com>
**Subject:** CDW- ATTORNEY VERIFICATION DUE TODAY

Counsel,

This is a gentle reminder that your Attorney Verification form for Taishan clients we circulated yesterday is due ==today==.

For you convenience, we attach the form for you. Please enter your clients' names on the attached Exhibit, sign your name (no electronic signatures, please) and date it.  Send it to:

        Denise Martin
        Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC

        Fax: (504) 528-9973
        Email: dmartin@gainsben.com

If you have any questions, please do not hesitate to contact me.

**Dawn M. Barrios**

1

EXHIBIT 19



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)


Please consider the environment before printing this e-mail

2

EXHIBIT 19