**From:**          Ed Rowan
**Sent:**          Friday, October 25, 2019 1:45 PM
**To:**            jwinn@bkc-law.com
**Cc:**            Elizabeth Wright
**Subject:**       Chinese Drywall - Taihee Plaintiff
**Attachments:**   16972-1  Fourth Supplement to Exhibit A.pdf

**Importance:**    High

**Follow Up Flag:**  Follow up
**Flag Status:**     Flagged


Jill, I called but you are out of the office today.  I received a call from Mrs. Kim Frego today inquiring about the status of her CDW case.  She has Taihee CDW.  My paralegal who handled these is no longer at this firm, so I am at a bit of a loss.  I believe that Taihee CDW was included in the recent settlement for the Taishon Drywall.  However, I have not received any information regarding the settlement of Mrs. Frego's claim.  While looking into this, I also noticed the same for Fred Nolte.  **I have attached the 4th Supplement to Ex A of the XVIII Omnibus Complaint, which lists both of these two folks.**

Please help with this, as I am at a loss.  Thank you for your assistance.


**Edward P. Rowan, Esq.**
**Taylor Martino, P.C.**
*Shareholder*
455 St. Louis Street; Suite 2100
Mobile, Alabama 36602
Tel: (251) 433-3131
Fax:  (251) 433-4207
Email:  ed@taylormartino.com
www.taylormartino.com

EXHIBIT 25

**Elizabeth Wright**

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab <eschwab@bkc-law.com> |
| **Sent:** | Friday, October 25, 2019 2:28 PM |
| **To:** | Ed Rowan; Elizabeth Wright |
| **Cc:** | Jill Winn |
| **Subject:** | Re: Chinese Drywall - Taihee Plaintiff |

Hi Ed,

Jill forwarded your email. The excerpt you attached is from the *Beane* complaint, which was against Knauf. Taishan was <u>not</u> a named defendant in the *Beane* complaint. The Taishan settlement includes those plaintiffs named on *Amorin*, *Brooke*, and absent class members. If Ms. Frego and Mr. Nolte were not named on *Amorin* or *Brooke*, they can make a claim as an absent class member.

Please call me with any further questions. I can be reached at 504-669-2501.

Emma Kingsdorf Schwab
Associate

Begin forwarded message:



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

> **From:** Ed Rowan <ed@taylormartino.com>
> **Date:** October 25, 2019 at 1:45:11 PM CDT
> **To:** "jwinn@bkc-law.com" <jwinn@bkc-law.com>
> **Cc:** Elizabeth Wright <ewright@taylormartino.com>
> **Subject: Chinese Drywall - Taihee Plaintiff**
>
> Jill, I called but you are out of the office today.  I received a call from Mrs. Kim Frego today inquiring about the status of her CDW case.  She has Taihee CDW.  My paralegal who handled these is no longer at this firm, so I am at a bit of a loss.  I believe that Taihee CDW was included in the recent settlement for the Taishon Drywall.  However, I have not received any information regarding the settlement of Mrs. Frego's claim.  While looking into this, I also noticed the same for Fred Nolte.  **I have attached the 4th Supplement to Ex A of the XVIII Omnibus Complaint, which lists both of these two folks.**
>
> Please help with this, as I am at a loss.  Thank you for your assistance.

EXHIBIT 25

**Edward P. Rowan, Esq.**
**Taylor Martino, P.C.**
*Shareholder*
455 St. Louis Street; Suite 2100
Mobile, Alabama 36602
Tel: (251) 433-3131
Fax:  (251) 433-4207
Email:  ed@taylormartino.com
www.taylormartino.com

2

EXHIBIT 25