# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

The instant motion is Plaintiffs' second request for an extension of time to file a notice of appeal related to this Court's order issued on May 12, 2020 (Doc. 22823). With the current deadline set for July 24, 2020, Plaintiffs seek expedited consideration of this request and entry of the proposed order, submitted herewith, prior to the expiration of the current deadline. Plaintiffs seek an extension to August 28, 2020.

The order at issue (Doc. 22823) was entered on May 12, 2020, granting summary judgment against the following Plaintiffs: Ronald & Patricia Stanfa; R&S Properties, LLC; Consuelo Burgos; Johnny Tyler; Ellen Moore; Michael & Alice Ginart; Ronald & Bernice Pendelton; Gerald Levin; William Foreman; Dung Nguyen; Carlisle Place, LLC; Ronald & Leslie Bogard; Rachel Schoerner; and, Toshonia & Martin Armstrong. Through the instant motion, Plaintiffs request an extension of time for these Plaintiffs to file a notice of appeal to the Fifth Circuit Court of Appeals. These Plaintiffs represent fourteen of more than one hundred twenty claims joined in this action against Defendants related to their defective product.

Many of the Plaintiffs affected by this Court's order wish to file an appeal; however, claims will need to be severed prior to filing an appeal to avoid delaying other Plaintiffs' trial dates.  In addition, several of the moving Plaintiffs in this motion have also been named in other motions that are yet to be ruled upon; therefore, an appeal by certain Plaintiffs in the instant motion should not occur prior to the court issuing rulings on those other remaining motions.  Plaintiffs intend to file a motion to sever after this Court concludes its rulings on Defendants' remaining dispositive motions.

Without severance of these individual claims prior to filing an appeal notice, jurisdiction would transfer to the Fifth Circuit Court of Appeals for the entire group of Plaintiffs and would halt the other non-affected claims during the pendency of the proceedings.  Plaintiffs make this second extension request, moving the deadline to August 28, 2020, to allow this Court to conclude its evaluation of the pending motions and enter its ruling accordingly.  Plaintiffs believe that this extension would to allow sufficient time for this Court to rule on Defendants' remaining motions and allow for severance motion(s) to be filed.  This requested extension is within the discretion of this court and specifically contemplated in the Local Rules of the Fifth Circuit.  *See Fed. R. App. P.* 4(a)(5).

The undersigned counsel conferred with Defense Counsel and, after having no objection to the first extension request, Defense Counsel has indicated that they oppose this extension request, although their rationale for opposition was not provided.  Plaintiffs' extension request will not prejudice the Defendants in any way; consequently, the motion to extend time for filing a notice of appeal should be granted.

DATED:  July 21, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*