# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | **JUDGE ELDON FALLON** **MAGISTRATE MICHAEL B. NORTH** |

## OPPOSITION TO EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

**MAY IT PLEASE THE COURT:**

Defendant, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Opposition to Expedited Motion for Extension of Time to File Notice of Appeal (Rec. Doc. 22910).

Plaintiffs urge that they want their claims to proceed to appeal. Yet, the dismissed claims have been ripe for severance, and Plaintiffs have not demonstrated why they cannot now proceed to appeal like other severed *Bennett* claims that are pending in the U.S. Fifth Circuit. Although a party may obtain an extension of time to file a notice of appeal, it must show good cause or excusable neglect, which has not been shown here. FED. R. APP. P. 4(a)(5)(ii).

First, to the extent the dismissed claims cannot be appealed before such claims are severed, the Court entered the order at issue (the "Order") over two months ago. Rec. Doc. 22823. The Court has already ordered the severance of other claims in this matter, and Plaintiffs have not

demonstrated good cause or excusable neglect as to why they have not sought severance. Rec. Doc. 22765. It is irrelevant whether one or more of the claims at issue are included in pending motions before the Court. The Order dismissed the claims at issue. Any ruling on the pending motions that encompasses the dismissed claims will be moot insofar as it pertains to the dismissed claims unless the dismissed claims are revived following appeal. Plaintiffs have not demonstrated that the pending motions prevented their ability to seek severance.

Nonetheless, if or when the claims at issue in this Motion are severed, the claims must be limited to those raised in the Fifth Amended Complaint as the Court recognized when it denied Plaintiffs' previous request to amend to add claims in a sixth amended complaint. Rec. Doc. 21991 (Order and Reasons Denying Plaintiffs' Motion for Leave to File Sixth Amended Company adding claims for (1) fraudulent misrepresentation, (2) negligent misrepresentation, (3) fraudulent concealment, and (4) fraud citing *Fin. Acquisition Partners LP v. Blackwell*, 440 F.3d 278, 291 (5th Cir. 2006); *Ascon Props., Inc. v. Mobile Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989); *In re Vioxx Prods. Liab. Litig.*, No. MDL 1657, 2012 WL 6045910, at *4 (E.D. La. Dec. 4, 2012)); see also Rec. Doc. 22484-1, the Knauf Defendants' Memorandum in Support of Motion to Strike Supplemental Claims in Amended Complaints, and the authorities cited therein.)

Overall, Plaintiffs' request for yet another extension should be denied because they have not shown good cause or excusable neglect. To the extent severance is a prerequisite to the claims at issue being appealed, the claims have been ripe for severance and appeal for over two months. Accordingly, the request for an extension of time to file a notice of appeal should be denied.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:     504.556.5549
Facsimile:      504.310.0275
Email:           kmiller@fishmanhaygood.com
*Counsel for Defendant,*
*The Knauf Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 22nd day of July, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**