**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## **ORDER**

Considering the unopposed Motion of Class Counsel for an extension of time to respond to the Motion of Claimants Valentine and Kim Frego and Fred L. Nolte for relief pursuant to Fed. R. Civ. P. 59(e), 60(b)(1), and 60(b)(6) ("Motion for Relief") (R. Doc. 22909), **IT IS ORDERED** that the Motion is **GRANTED**. Class Counsel may file a response to the Motion for Relief by August 10, 2020, and Claimants may file a reply by August 19, 2020.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE