IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-30742

D.C. Docket No. 2:09-MD-2047

United States Court of Appeals
Fifth Circuit
**FILED**
July 9, 2020
Lyle W. Cayce
Clerk

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

------------------------------------------------

EDUARDO AMORIN; STEPHEN BROOKE; PERRY FONTENOT; DAVID GROSS; KENNETH WILTZ,

      Plaintiffs - Appellees

v.

CHINA NATIONAL BUILDING MATERIALS COMPANY, LIMITED; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY; BEIJING NEW BUILDING MATERIAL GROUP COMPANY LIMITED,

      Defendants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana

Before DENNIS, GRAVES, and WILLETT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued as the mandate on Jul 31, 2020**

**Attest:** *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**