# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 31, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 18-30742   In Re: Chinese-Manufactured, et al
                         USDC No. 2:09-MD-2047

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Shea E. Pertuit, Deputy Clerk
                                  504-310-7666

cc:
    Mr. Benjamin Paul Chagnon
    Ms. Donna Phillips Currault
    Mr. Kory James DeClark
    Ms. Sandra Duggan
    Mr. Ewell Elton Eagan Jr.
    Mr. Russ M. Herman
    Mr. Stephen Jay Herman
    Mr. Arnold Levin
    Mr. Frederick S. Longer
    Mr. Robert Stephen Peck
    Mr. Harry A. Rosenberg
    Mr. Alex Benjamin Rothenberg
    Mr. Marc Shapiro
    Mr. Eric Shumsky
    Mr. James Stengel
    Mr. Charles William Tyler
    Mr. Lawrence Christopher Vejnoska

Mr. Xiang Wang