# EXHIBIT C

**From:**          Amanda Howell <Amandah@taylormartino.com>
**Sent:**          Wednesday, September 26, 2012 10:41 AM
**To:**            Arnold Levin
**Cc:**            Ed Rowan; Kelsey Baker
**Subject:**       CDW - Amorin (Taishan and Tai'an Taishan) All Plaintiffs' List
**Attachments:**   All Plaintiffs' List.pdf; ALL PLAINTIFFS' LIST COMPLETED.pdf

       Please find attached the completed all Plaintiffs' list for Taishan cases on behalf of Edward P. Rowan/Taylor Martino, P.C.   I also attached the previous All Plaintiffs' list completed previously, for your convenience.  Should you require any additional information or documentation, please contact our office.  Thank you.

*Amanda L. Howell*
TAYLOR MARTINO, P.C.
Paralegal to Edward P. Rowan
51 Saint Joseph Street
Mobile, Alabama  36602
PO Box 264
Mobile, Alabama  36601
(251) 433-3131
(251) 433-4207 facsimile
amanda@taylormartino.com

*Chinese Drywall Litigation – Plaintiffs' List – Amorin (Taishan and Tai'an Taishan)*

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating |
|---|---|---|---|---|
| | | | | |
| Chad and Melissa Hudson | 5522 Travellers Court Satsuma, AL 36572 | | Taylor Martino, P.C. 51 St. Joseph Street Mobile, AL  36601 | Omnibus IX |
| Brandi Herrington and Joey Willis | 116 Northgate Drive S. Satsuma, AL  36572 | | Taylor Martino, P.C. 51 St. Joseph Street Mobile, AL  36601 | Omnibus IX |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Chinese Drywall Litigation* – Plaintiffs' List – Omnibus IX (markings that have been linked to Taishan and Tai'an Taishan)

**Important Instructions: Please note that each defendant may only be listed in one of the categories below (for instance, a party may be listed as builder or a contractor/installer, but not as both). Also, you must identify prospective defendants using their "full legal names" as set forth on the Secretary of State website of the state where that defendant is incorporated/organized. When identifying multiple defendants in one of the categories below (*i.e.*, distributor/supplier/exporter/importer/broker), use semicolons to separate the defendants. Also for each of the additional defendants you identify in your submissions, the Defendants' List MUST BE COMPLETED or that defendant will NOT BE INCLUDED IN THE COMPLAINT.**

| Plaintiff(s) | Current Address and Citizenship of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | All Prior Omnibus Complaints in which Plaintiff(s) is/are participating | Exact Description of markings on drywall | Builder Defendant (full legal name) | Contractor/ Installer Defendant - Should not be the same as the builder defendant (full legal name) | Distributor Defendant/ Exporter/ Importer/ Broker Defendant (full legal name) |
|---|---|---|---|---|---|---|---|---|
| Chad and Melissa Hudson | 5522 Travellers Court Satsuma, AL 36572 | | Taylor Martino, P.C. 51 Saint Joseph St. Mobile, AL 36601 | | Made In China | Donald Wayne Tindle PO Box 1092 Saraland, AL | Tindle Homes 26692 Dean CT. North Daphne, AL 36526 | Pate Stevedore Co., Inc. David M. O'Brien, One St. Louis Center, STE 1000, Mobile, AL 36652-2025 |
| Brandi Herrington and Joey Willis | 116 Northgate Drive S. Satsuma, AL 36572 | | Taylor Martino, P.C. 51 Saint Joseph St. Mobile, AL 36601 | | Made in China | Donald Wayne Tindle PO Box 1092 Saraland, AL | Tindle Homes 26692 Dean CT. North Daphne, AL 36526 | Pate Stevedore Co., Inc. David M. O'Brien, One St. Louis Center, STE 1000, Mobile, AL 36652-2025 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |