# EXHIBIT D



Fri 6/12/2015 4:11 PM

**Dawn Barrios**

CDW- New Omnibus Complaint for Taishan Properties

To  Barrios, Dawn M.

Bcc  tom@thornhilllawfirm.com; ktorregano@berriganlaw.net; storres@torres-law.com; sweinstein@forthepeople.com; jwitkin@awkolaw.com; zimbec@aol.com; rmcid@podhurst.com; sem@grossmanroth.com; beth@abbrclaw.com; jcain@hhkc.com; cdunbar@pivachlaw.com; cpeterson@lambertandnelson.com; scott@wolfelaw.com; mmalonelaw@aol.com; amcclelland@jfhumphreys.com; gri@sgdlaw.com; Julianne.VanNorman@zimmreed.com; cullens@lawbr.net; selswick@jfhumphreys.com; egibson@higlawfirm.net; carroll@ingramlawyers.com; Jennifer@ingramlawyers.com; john@higlawfirm.net; bpanter@panterlaw.com; diliberto@attorneys-louisiana.com; kirin@attorneys-louisiana.com; ameyer@forthepeople.com; joe@jbrunolaw.com; jadwyer@plantcitylawyers.com; ljg735@aol.com; rherman@hhkc.com; Barrios, Dawn M.; dfolts@bkc-law.com; mgaughan@ifsblaw.com; ljhymel@hymeldavis.com; mdavis@hymeldavis.com; rthompson@wgclawfirm.com; ed@taylormartino.com; aronfeld@aronfeld.com; hflowers@baronbudd.com; eblizzard@blizzardlaw.com

You forwarded this message on 6/22/2015 2:11 PM.



Blank All Plaintiffs List (Omni XX).xlsx
16 KB

Taishan Profile Form.pdf
4 MB

Counsel,

The Plaintiffs' Steering Committee ("PSC") is in the process of assembling information to prepare and file an additional Omni Complaint in MDL 2047 against Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"). The Complaint will not include any claims for bodily/personal injury. We understand that many of your clients may have Chinese drywall in their property and these claims are not presently in suit; however, they may want to file suit. If the client already has a lawsuit pending in one of the Omni complaints but do not have a claimant suing the Taishan Defendants, this new lawsuit provides your clients with the opportunity to bring that claim. The request only applies to new claims never asserted against the Taishan Defendants.

The PSC makes no representations or assurances that any statute of limitations or prescriptive period has been interrupted or that the filing of this new Omni Complaint will timely preserve your claim. However, the PSC intends on filing the suit and incur the cost necessary to effect service of process. The new complaint will not be served pursuant to the Hague, but rather we will attempt service through Defense Counsel who has made an appearance in the litigation.

At this time, Taishan has not agreed to resolve or settle any cases brought against it as a result of defective Chinese drywall. Seven (7) cases have been paid as a result of the *Germano* trial and judgment. We do not know if any additional cases will be resolved.

If your client(s) desire to pursue a claim against Taishan, it is essential that you completely fill out the attached spreadsheet and return the completed spreadsheet in the Excel format that is being provided to us by June 22, 2015. We cannot accept a PDF or any other format for this information. If the chart is not in Excel, it will be returned to you. Failure to fully complete the chart and return it will mean that your client(s) may not be included on the next Omni Complaint.

In addition to completing the spreadsheet, it will be necessary for you to provide to us by July 1, 2015 the following:

1. Proof or indicia that the property each client's property contains Taishan board (see PTO 10 and the Taishan Profile Form). This proof or indicia must be in the form of photographs or video identifying markings or products identification on the drywall in your property; or a report from a qualified investigator identifying the manufacturer of the drywall in the property; and

2. If the property has already been remediated, we need a summary of the amount spent to remediate the property and a packet of materials consistent with Pre-Trial Order No. 26 which applied to Knauf already remediated homes. The information should <u>not</u> be sent to Knauf.

Be aware that the MDL Court has issued Pre-Trial Order No. No. 1(J) that addresses preservation and disposal of physical evidence. Appropriate steps may need to be taken by your client(s). Also, please be sure to comply with all Orders of the Court, including Pre-Trial Orders that can be located on the Court's website at www.laed.uscourts.gov (MDL Class Action tab, then select Chinese-Manufactured Drywall).

Be aware that Pre-Trial Order No. 11 contains a copy of the Plaintiff Profile Form that needs to be completed and returned to Plaintiffs' Liaison Counsel, Russ M. Herman, either electronically to drywall@hhkc.com; or in hard copy to Russ M. Herman, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113. All completed Profile Forms must be submitted within thirty (30) days.

Please submit all of the completed material requested directly to Dawn Barrios. If you have any questions whatsoever, please contact Dawn Barrios, Barrios Kingsdorf & Casteix, 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139, PH: (504) 524-3300, Email: barrios@bkc-law.com.

Sincerely,