# EXHIBIT B



Thu 9/20/2012 9:34 AM

Dawn Barrios

CDW - Additional Taishan Plaintiffs Accepted on Intervention

To

Bcc: rick.stimson@comcast.net; petestrom@stromlaw.com; Tom W. Thornhill; ktorregano@berriganlaw.net; storres@torres-law.com; Scott Weinstein; gweiss@leopoldkuvin.com; 'Justin Witkin'; jwoods@gainsben.com; zinbec@aol.com; rmcid@podhurst.com; sem@grossmanroth.com; beth@abbrclaw.com; Joseph Edward Cain; cdunbar@pivachlaw.com; Cayce Peterson; pburkhalter@candblc.com; Scott G. Wolfe, Jr.; mmalonelaw@aol.com; amcclelland@jfhumphreys.com; George Irvine; Julianne.VanNorman@zimmreed.com; cullens@lawbr.net; selswick@jfhumphreys.com; egibson@hsglawfirm.net; carroll@ingramlawyers.com; Jennifer@ingramlawyers.com; john@hsglawfirm.net; bpanter@panterlaw.com; mcw@wgclawfirm.com; diliberto@attorneys-louisiana.com; klrin@attorneys-louisiana.com; ameyer@forthepeople.com; joe@jbrunolaw.com; jaduyer@plantcitylawyers.com; ljg735@aol.com; rherman@hhkc.com; Dawn Barrios; dfeits@bkr-law.com; Matthew Gaughan; L. J. Hymel; Michael Reese Davis; rthompson@wgclawfirm.com; rd@taylormartino.com; aronfeld@aronfeld.com; hflowers@baronbudd.com; mik@bermankean.com; eblizzard@blizzardlaw.com; borrellodm@cox.net; georgecrosbygaskell@gmail.com; stephaniep@jbrunolaw.com; across@careydanis.com; creynolds@csgrr.com; jdubreuil@daiglefisse.com; gflattman@darlaw.com; jjochumnola@gmail.com; Rick Fernandez; scott@gb-lawfirm.com;

🛈 This message was sent with High importance.

📎 All Plaintiffs' List.wpd
142 KB

Counsel,

The PSC has decided to add new Taishan clients on the intervention against CNBM and BMBN you received emails on Monday of this week. This is a new decision made today, so any information to the contrary received earlier this week is superseded by today's PSC decision.

Although new plaintiffs will be added, no additional defendants such as a builder, supplier, seller, etc. will be named. Attached is the form for you to complete and forward to Arnold Levin at alevin@lfsblaw.com. This list must be received by Arnold Levin by **5:00 pm (ET) on Friday, September 28, 2012.**

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

🌱 Please consider the environment before printing this e-mail