UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion of Class Counsel to Withdraw Response Filed at Rec. Doc. 22928;

IT IS ORDERED BY THE COURT that the motion is granted and the Settlement Class Counsel's Response to Motion of Claimants Valentine and Kim Frego and Fred L. Nolte for Relief Pursuant to Rules 59(e), 60(b)(1) and 60(b)(6) of the Federal Rules of Civil Procedure Regarding the Court's Order Dated June 11, 2020 filed on August 4, 2020 at Rec. Doc. 22928 be and is hereby withdrawn.

New Orleans, Louisiana, this  7th  day of      August     , 2020.

_____
Eldon E. Fallon
United States District Court Judge