# EXHIBIT A



# City of Pompano Beach
## Department of Development Services
### Building Division

100 W. Atlantic Blvd Pompano Beach, FL 33060
**Phone:** 954.786.4670 **Fax:** 954.786.4677

**Change of Prime Contractor**

**Permit Number:** 15-00005736        **Date:** 5/18/2020

**Job Address:** 3236 NE 4 St        Pompano Beach, FL **33062** (Zip Code)

**Subdivision:** Surfside villas 26-43 B Portion lot 3 BLK 2 Desc as Comm SW corner 6 E 238.25 *(If Acreage, attach legal description.)* **Block** **Lot(s)**

**Job Description:** Paint, Previous contractor left job and we authorize owner/builder to take over the permit

**Original Contractor:** Sepicorp General Contractors

**Proposed New Contractor:** Owner/Builder

### Florida Building Code
### Broward County Amendments Chapter 1 - Administration

**105.13.4** Upon request of the owner and/or permit holder and on investigation by the Building Official to determine that the work has been abandoned or that the contractor is unable or unwilling to complete the contract a second permit may be issued where there is a change of contractor without the initial permit being revoked or suspended.

    **105.13.4.1** The foregoing will be permitted only when the following stated persons have filed with the Building Official a letter stating the reason for a second permit being required and holding the Building Official harmless from legal involvement. All interested parties shall be notified before action is taken.

        **105.13.4.1-1** Where a prime contractor is the permit holder the **owner** shall both file such hold - harmless letter.

### Hold Harmless

**BUILDING OFFICIAL:**

As legal owner of the above mentioned property, and pursuant to the Florida Building Code, Broward County Amendments Sec. 105.10.4.4, I request issuance of second permit for the referenced project, for the following reasons: _____

_____

I HEREBY apply as (owner,) or authorize  Joan Glickman  to apply for such permits as are necessary to construct or complete the construction on referenced property.

I agree to hold the City of Pompano Beach, its officers and employees harmless and to relieve the City, its officers and employees from any responsibility or liability for any legal action or damage which may result from the issuance of a new permit.

I further acknowledge that as the owner, I am responsible for compliance with the code of any and all corrections, if required, of work performed under the prior permit.

**Signature of Legal Owner/ Agent**

STATE OF FLORIDA- COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this
21 day of May, 20 20 by
Joan Glickman
Type/ Print Owner's Name

Susan D Hammock
NOTARY as to Owner or Agent (Signature)
Name & Title
(print or Stamp)
Personally Know ___ OR Produced Identification ✓
Type of Identification Produced FLDL G425481589090

Notary Public State of Florida
Susan D Hammock
My Commission GG 160210
Expires 11/14/2021

G:\Zoning 2009\Forms and Sample documents\Website Documents\Building\Forms\change_prime.pdf        **Modified:** 12.14.2012



**pompano beach**
Florida's Warmest Welcome

# City of Pompano Beach
Department of Development Services
Building Inspections Division

100 W. Atlantic Blvd Pompano Beach, FL 33060
Phone: 954.786.4670   Fax: 954.786.4677

**Owner Builder Statement/ Affidavit**
As Per F.S. 489.103(7)(3)(c)

*[Stamp: CITY OF POMPANO BEACH - REVIEWED FOR CODE COMPLIANCE - SUBJECT TO ALL CODES OF THE CITY OF POMPANO BEACH - APPROVED 07/29/20]*

I, __David & Joan Glickman__, am the legal owner of the following described property:

Subdivision: __Surfside villas 26-43B Port'inn lot 3 Block 2 Desc as Comm SW corner__ (If Acreage, attach legal description.)   Block _____   Lot(s) __6, E 239.25__

Street Address: __3236 NE 4 Street__   Pompano Beach, Florida __33062__

For the purposes of this subsection, the term "owner of property" includes the owner of a mobile home situated on a leased lot. To qualify for exemption under this subsection, an owner must personally appear and sign the building permit application and must satisfy local permitting agency requirements, if any proving that the owner has a complete understanding of the owner's obligations under the law as specified in the disclosure statement in this section. If any person violates the requirements of this subsection, the local permitting agency shall withhold final approval, revoke the permit, or pursue any action or remedy for unlicensed activity against the owner and any person performing work that requires licensure under the permit issued. The local permitting agency shall provide the person with a disclosure statement in substantially the following form:

(Please initial each box on the left, after reading the statements.)

## DISCLOSURE STATEMENT

 I understand that state law requires construction to be done by a licensed contractor and have applied for an owner-builder permit under an exemption from the law. The exemption specifies that I as the owner of the property listed, may act as my own contractor with certain restrictions even though I do not have a license.

[initialed] I understand that building permits are not required to be signed by a property owner unless he or she is responsible for the construction and is not hiring a licensed contractor to assume responsibility.

 I understand that, as an owner-builder, I am the responsible party of record on a permit. I understand that I may protect myself from potential financial risk by hiring a licensed contractor and having the permit filed in his or her name instead of my own name. I also understand that a contractor is required by law to be licensed in Florida and to list his or her license numbers on permits and contracts.

[initialed] I understand that I may build or improve a one-family or two-family residence or a farm outbuilding. I may also build or improve a commercial building if the costs do not exceed $75,000. The building or residence must be for my own use or occupancy. It may not be built or substantially improved for sale or lease. If a building or residence that I have built or substantially improved myself is sold or leased within 1 year after the construction is complete, the law will presume that I built or substantially improved it for sale or lease, which violates the exemption.

[initialed] I understand that, as the owner-builder, I must provide direct, onsite supervision of the construction.

 I understand that I may not hire an unlicensed person to act as my contractor or to supervise persons working on my building or residence. It is my responsibility to ensure that persons whom I employ have the licenses required by law and by county or municipal ordinance.

[initialed] I understand that it is a frequent practice of unlicensed persons to have the property owner obtain an owner-builder permit that erroneously implies that the property owner is providing his or her own labor and materials. I, as an owner-builder, may be held liable and subjected to serious financial risk for any injuries sustained by an unlicensed person or his or her employees while working on my property.

☒ I understand that I may not delegate the responsibility for supervising work to a licensed contractor who is not licensed to perform the work being done.  Any person working on my building who is not licensed must work under my direct supervision and must be employed by me, which means that I must comply with laws requiring the withholding of federal income tax and social security contributions under the Federal Insurance Contributions Act (FICA) and must provide workers' compensation for the employee.  I understand that my failure to follow these laws may subject me to serious financial risk.

☒ I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern owner-builders as well as employers.  I also understand that the construction must comply with all applicable laws, ordinances, building codes, and zoning regulations.

☒ I understand that I may obtain more information regarding my obligations as an employer from the Internal Revenue Service, the United States Small Business Administration, the Florida Department of Financial Services, and the Florida Department of Revenue.  I also understand that I may contact the Florida Construction Industry Licensing Board at 850-487-1395 or myfloridalicense.com/dbpr/pro/cilb for more information about licensed contractors.

☒ I am aware of, and consent to, an owner-builder building permit applied for in my name and understand that I am the party legally and financially responsible for the proposed construction activity.

☒ I agree to notify City of Pompano Beach Building Inspection Division immediately of any additions, deletions, or changes to any of the information that I have provided on this disclosure.

Licensed contractors are regulated by laws designed to protect the public.  If you contract with a person who does not have a license, the Construction Industry Licensing Board and Department of Business and professional regulation may be unable to assist you with any financial loss that you sustain as a result of complaint.  Your only remedy against an unlicensed contractor may be in civil court. It is also important for you to understand that, if an unlicensed contractor or employee of an individual or firm is injured while working on your property, you may be held liable for damages.  If you obtain an owner-builder permit and wish to hire a licensed contractor, you will be responsible for verifying whether the contractor is property licensed and the status of the contractor's worker's compensation coverage.

Before a building permit can be issued, this disclosure statement must be completed and signed by the property owner and returned to the local permitting agency responsible for issuing the permit.  A copy of the property owner's driver license, the notarized signature of the property owner, or other type of verification acceptable to the local permitting agency is required when the permit is issued.

I have read the above statement and agree to abide by it.

X _____

Check below the types of permits you are seeking:

☐ Building
☐ Roofing/ Reroofing
☐ Electrical
☐ Plumbing
☒ Mechanical
☒ Other  previous contractor left job and we authorize owner/builder to take over permit, looking to close permit # 15-00005736

STATE OF FLORIDA- COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 21 day of May, 20 20 by Joan Glickman
Type / Print Owner's Name

_Susan D Hammock_
NOTARY'S Signature as to Owner Signature

Name & Title (Print/Type/Stamped)
Notary Public State of Florida
Susan D Hammock
My Commission GG 160310
Expires 11/14/2021

Personally Known _____ or Produced Identification ✓
Type of Identification Produced:
FDL  6425 4815 89090

### DISPLAY THIS CARD IN A PROMINENT LOCATION
### CITY OF POMPANO BEACH
### BUILDING PERMIT

Permit Number: 15-00005736
Owner/Contractor: GLICKMAN, DAVID & JOAN
Purpose: Drywall remediation
Job Address: 3236 NE 4 ST
Folio: 8331-48-010-0   000000
Subdivision:



REVIEWED FOR CODE COMPLIANCE
SUBJECT TO ALL CODES OF THE
CITY OF POMPANO BEACH
BP15-00005736
06/18/20

"WARNING TO OWNER: YOUR FAILURE TO RECORD A NOTICE OF COMMENCEMENT MAY RESULT IN YOUR PAYING TWICE FOR IMPROVEMENTS TO YOUR PROPERTY. A NOTICE OF COMMENCEMENT MUST BE RECORDED AND POSTED ON THE JOB SITE BEFORE THE FIRST INSPECTION. IF YOU INTEND TO OBTAIN FINANCING, CONSULT WITH YOUR LENDER OR AN ATTORNEY BEFORE RECORDING YOUR NOTICE OF COMMENCEMENT"

### DO NOT REMOVE THIS CARD BEFORE THE WORK IS COMPLETED
CERTIFICATE OF OCCUPANCY MUST BE SECURED BEFORE THIS BUILDING CAN BE USED FOR ANY PURPOSE

"NOTICE: IN ADDITION TO THE REQUIREMENTS OF THIS PERMIT, THERE MAY BE ADDITIONAL RESTRICTIONS APPLICABLE TO THIS PROPERTY THAT MAY BE FOUND IN THE PUBLIC RECORDS OF THIS CITY OR COUNTY, AND THERE MAY BE ADDITIONAL PERMITS REQUIRED FROM OTHER GOVERNMENTAL ENTITIES SUCH AS WATER MANAGEMENTS DISTRICT, STATE AGENCIES OR FEDERAL AGENCIES"

| STRUCTURAL | | | FIRE MARSHAL | | | MECHANICAL | | |
|---|---|---|---|---|---|---|---|---|
| Inspection | Init. | Date | Inspection | Init. | Date | Inspection | Init. | Date |
| Set-up / Tie Down | | | Alarm Rough | | | Air-conditioning | | |
| Soil Compaction | | | Alarm Final | | | Slab | | |
| Soil Treatment | | | Pump Test | | | Stand/Curb | | |
| Pile Cap / Log | | | Sprinkler Rough | | | Rough | | |
| Footing | | | Sprinkler Final | | | Hood Rough | | |
| Footing | | | Fire Suppression | | | Paint Booth Rough | | |
| Slab | | | Suppression Sys. | | | Fire System | | |
| Slab | | | Temporary C/O | | | Ventilation | | |
| Columns | | | Site Final | | | Piping | | |
| Tie Beam | | | | | | Risers | | |
| Truss / Joist | | | FINAL | | | Chiller System | | |
| Roof Sheathing | | | LANDSCAPE / LAND USE | | | Refrigeration | | |
| Wall Sheathing | | | | | | Cooler | | |
| Tin Cap | | | Inspection | Init. | Date | Pneumatic System | | |
| Mop | | | Parking | | | Vacuum Rough | | |
| Shingle / Tile | | | Trees | | | Hood Final | | |
| Wall Framing | | | Hedges | | | Paint Booth Final | | |
| Ceiling Framing | | | Sod | | | Vacuum Final | | |
| Ceiling Grid | | | | | | | | |
| Roof Framing | | | FINAL | | | FINAL | | |

NO INSPECTIONS WILL BE MADE UNLESS THIS PERMIT CARD IS DISPLAYED
AND APPROVED PLANS ARE READILY AVAILABLE

| STRUCTURAL Cont'd | | | PLUMBING | | |
|---|---|---|---|---|---|
| Inspection | Init. | Date | Inspection | Init. | Date |
| Floor / Deck Framing | | | Rough | | |
| Window Bucks | | | 2nd Rough | | |
| Door Bucks | | | Top Out | | |
| Window Installation | | | Fire Sprinkler Rough | | |
| Door Installation | | | Fire Sprinkler Final | | |
| Sound Transmission | | | Sep. Tank Hook-up | | |
| Wall Insulation | | | Sewer | | |
| Ceiling Insulation | | | Roof Drainage | | |
| Wire Lath | | | Solar Systems | | |
| Drywall | | | Gas Rough | | |
| Pool Steel | | | LP Tank | | |
| | | | Well | | |
| Attachment | | | Reuse Water | | |
| | | | Lawn Sprinklers | | |
| Shutter Attachment | | | Main Drain | | |
| Storm Panel | | | Pool Piping | | |
| | | | Pool Heater | | |
| | | | Pool Final | | |
| | | | Process Piping | | |
| | | | Backflow Prev. | | |
| | | | Interceptor | | |
| Shutter Final | | | Catch Basins | | |
| Roof Final | | | Storm Drainage | | |
| | | | Water Service | | |
| Erosion Control (Initial) | | | Reuse Water | | |
| Erosion Control (Mid) | | | **FINAL** | | |
| Erosion Control (Final) | | | | | |
| **FINAL** | | | **NOTICE OF COMMENCEMENT** | | |
| | | | **RECORDED** | | |

**City of Pompano Beach - Approved**
pompano beach
Florida's Warmest Welcome
REVIEWED FOR CODE COMPLIANCE
SUBJECT TO ALL CODES OF THE
CITY OF POMPANO BEACH
BP15-00005736
06/18/20

| ELECTRICAL | | |
|---|---|---|
| Inspection | Init. | Date |
| Footing Ground | | |
| Temp. Pole | | |
| Service Retap | | |
| Service | | |
| Pool Bonding | | |
| Pool Niche Light | | |
| Pool Slab Bonding | | |
| Underground | | |
| Slab | | |
| Wall Rough | | |
| Ceiling Rough | | |
| Partial Rough | | |
| Rough | | |
| Fire Alarm Rough | | |
| Telephone Rough | | |
| TV Rough | | |
| Intercom Rough | | |
| Alarm Rough | | |
| Vacuum Rough | | |
| 30 Day Temp. | | |
| Temp. C.O. | | |
| Fire Alarm Final | | |
| Telephone Final | | |
| TV Final | | |
| Intercom Final | | |
| Alarm Final | | |
| Vacuum Final | | |
| **FINAL** | | |

NOTES:

___

TO SCHEDULE AN INSPECTION
VISIT OUR WEBSITE

WWW.POMPANOBEACHFL.GOV
OR CALL: 954-786-4198

BUSINESS PHONE NUMBER
954-786-4669

**NO INSPECTIONS WILL BE MADE UNLESS THIS PERMIT CARD IS DISPLAYED AND APPROVED PLANS ARE READILY AVAILABLE**