# EXHIBIT B

**CITY OF POMPANO BEACH**
DEVELOPMENT SERVICES DEPARTMENT
*BUILDING INSPECTIONS DIVISION*
100 W Atlantic Boulevard #360
Pompano Beach, FL 33060
Phone: 954-786-4670 ∞ Fax: 954-786-4677

**TO:** GLICKMAN, DAVID & JOAN
3236 NE 4 ST

POMPANO BEACH FL 33062

### CERTIFICATE OF COMPLETION
OWNER - BUILDER

*Permit #: 15-00005736*

| | |
|---|---|
| **JOB ADDRESS:** | 3236 NE 4 ST |
| **DESCRIPTION OF WORK:** | Drywall remediation |
| **NAME TYPE:** | OW – OWNER |
| **PERMIT TYPE:** | A~ BUILDING APPLICATION NO CO |

**2017 Florida Building Code, Broward County Administrative Provisions**

**Section 111.2; Certificate of Completion.** A certificate of completion is proof that a structure or system is complete and for certain types of permits is released for use and may be connected to a utility system. This certificate does **not** grant authority to occupy or connect a building, such as a shell building, prior to the issuance of a Certificate of Occupancy.

**Section 111.3; Revocation**. The *Building Official* is authorized to, in writing, suspend or revoke a certificate of occupancy or completion issued under the provisions of this Code wherever the certificate is issued in error, or on the basis of incorrect information supplied, or where it is determined that the building or structure or portion thereof is in violation of any ordinance, regulation, any of the provisions of this Code, Fire Protection Provisions of this Code and the FFPC.

Certificate Issued By: *Joyce Grant*            Date: *August 10, 2020*

# Permit Status Detail

Select to view permit fees or related inspections.

**Parcel ID:**

8331-48-010-0000000

**Address:**

3236 NE 4 ST

**Application Date:**

07/20/15

**Owner:**

GLICKMAN,DAVID & JOAN

**Application #:**

15 - 5736

**Application Type:**

A~ BUILDING APPLICATION NO CO

**General Contractor:**

## Permit Number: 000 000 6COC 00 - A~B CHANGE OF CONTRACTOR-BLDG

**Status for Permit Number:**

FINAL INSPECTION COMPLETE

**Last Maintained:**

07/23/20

**Permit Value:**

$0

**Issue Date:**

06/18/20

**Permit Square Footage:**

0

**Expiration Date:**

12/15/20

**Additional Permit Description:**

OWNER BUILDER

**Reissue Date:**

No Sub Contractor Found

View Related Inspections (selectinsp.html?OWASP_CSRFTOKEN=B4XQ-LNGU-5AH2-SOGC-QXBF-NM5D-JB97-1KD7&inspStatusDetailView=true&functionCode=I)