UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE MICHAEL B. NORTH |

### MOTION TO DISMISS CLAIMS ASSERTED BY MICHAEL PHILLIPS AND PETER & LIN H. ROBINSON <u>UNDER RULE 37 OR, ALTERNATIVELY, FOR OTHER SANCTIONS</u>

**NOW INTO COURT,** through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, who move this Honorable Court for an Order pursuant to Federal Rule of Civil Procedure 37 dismissing the claims asserted by Michael Phillips and Peter & Lin H. Robinson against them in Plaintiffs' Fifth Amended Class Action Complaint. For the reasons set forth more fully in the attached Memorandum in Support, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Dismiss Claims Asserted by Michael Phillips, Peter Robinson and Lin H. Robinson, Under Rule 37 or, Alternatively, For Other Sanctions should be granted.

**WHEREFORE**, the Knauf Defendants respectfully request that this Court dismiss the claims of Michael Phillips and Peter & Lin H. Robinson pursuant Rule 37 or, alternatively, to sanction Michael Phillips and Peter & Lin H. Robinson as it deems appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:	504.556.5549
Facsimile:	504.310.0279
Email:		kmiller@fishmanhaygood.com

***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co., Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 19th day of August, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**