| | |
|---|---|
| **From:** | Clementin, Maria |
| **Sent:** | Friday, December 13, 2019 6:02 PM |
| **To:** | 'James Doyle' |
| **Cc:** | Miller, Kerry; Dysart, Daniel; Dodson, Michael; Johnson, Ashley; 'Chad Woodard'; 'Vincent P. Borrello Jr.' |
| **Subject:** | In Re Chinese Drywall - Bennett Depositions |
| **Attachments:** | Re-NOD - Bogard - 12.17.19.pdf; Re-NOD - Feng Hu & Simin Liu - 12.18.19.pdf; RE-NOD - Michael Phillips - 12.18.19.pdf; 2d RE-NOD - Arrowhead & Payton - 12.17.19.pdf; 2d RE-NOD - Carlisle Place-Christovich 12.17.19.pdf |

Jimmy,

I am attaching re-notices of depositions for December 17 and 18. Chad, the depositions set for Dec. 17 are yours. One reporter will suffice. Vinny, the depositions set for Dec. 18 are yours. One reporter will suffice for you as well.

Have a good evening everybody.

**Maria Clementin**
Assistant to Kerry J. Miller, Paul C. Thibodeaux
& Daniel J. Dysart
mclementin@fishmanhaygood.com
_____

**Fishman**Haygood **LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t:504.586.5252 d:504.556.5550  f:504.310.0250

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT H

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* **Case No. 14-cv-2722** | **JUDGE ELDON FALLON** **MAGISTRATE JOSEPH WILKINSON, JR.** |

## RULE 30 RE-NOTICE OF DEPOSITION OF PLAINTIFF, <u>MICHAEL PHILLIPS</u>

TO: Plaintiff, Michael Phillips,  **Court Reporter**
Through his counsel of record:  **Vincent Borrello & Associates**
James V. Doyle, Jr.
**Doyle Law Firm**
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209

Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiff, Michael Phillips**,** on December 18, 2019, beginning at 1:00 p.m. before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

Pursuant to FRCP Rule 30(b)(2), plaintiff shall produce for inspection copies of any and all documents, electronically stored information, and tangible things for inspection and other purposes as set forth in the attached Rule 34 Requests for Production.

The deposition will be conducted at the offices of:

Kerry J. Miller
**Fishman Haygood LLP**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170

You are invited to attend and participate as you deem fit and proper.  The deposition may be videotaped.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30 Re-Notice of Deposition was served via electronic mail on all counsel of record this 13th day of December, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

ATTACHMENT "A"

RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiff, Michael Phillips, who has claims pending in MDL 2047 against Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. Plaintiff shall provide responses to these Requests for Production to the attention of Michael Dodson, **Fishman Haygood, LLP**, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170:

1. Please produce all documents relating to any pre-purchase inspection of the property that is the subject of this litigation, including but not limited to property inspections and Chinese-drywall inspections.

2. Please produce your entire loan file for the property that is the subject of this litigation, including but not limited to all documents and correspondence with or concerning the State of Louisiana.

3. Please produce all documents relating to any purchase of the property that is the subject of this litigation, including but not limited to closing statements, bills of sale, agreements to purchase, advertisements, disclosures, etc.

4. Please produce all documents relating to any contemplated or completed sales or transfers of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, agreements to purchase, bills of sale, disclosures, etc.

5. Please produce any and all lease agreements that have been active on the property that is the subject of this litigation during your ownership of the subject property.

6. Please produce all inspection reports generated by the inspections identified in your response to Section IV of the Plaintiff Profile Form.

7. Please produce any other post-purchase inspections performed on the property that is subject of this litigation that have not been previously produced, including but not limited to Chinese Drywall inspections.

8. Please produce all appraisals performed on the property that is subject of this litigation.

9. Please produce all documents evidencing and/or supporting property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any other covered expenses, remediation expenses, or expected remediation expenses.

10. Please produce any and all copies of statements or reports prepared in connection with any interview conducted by plaintiffs or on your behalf concerning the circumstances of the claims asserted in the petition.

11. Please produce any and all copies of notes, logs, blogs, memoranda, or diaries maintained in connection with any of your activities that concern or are in any way related to the claims asserted in the petition.

12. Please produce any and all evidence not previously produced, including but not limited to photographs and/or inspection reports, of corrosion or blackening or other evidence that the KPT Chinese Drywall was reactive.

13. Please produce any and all documentation evidencing or supporting your claims for damages in this matter, including but not limited to all receipt, invoices, photos, reports, and accountings.

14. Please produce any and all documentation supporting or evidencing any and all alleged personal property damage, including but not limited to legible receipts and invoices.

15. Please produce any and all documentation and/or physical items evidencing or supporting your claims and/or alleged damages in this matter that have not been previously uploaded to Brown Greer's web portal or are otherwise illegible.

16. Please produce any and all photographs and/or video images of all drywall removed from the Property during remediation. For those Owners with claims pending in *In re: Chinese Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), where available, such submission shall be in the form required by MDL Pretrial Order 1B. For those Owners with claims pending in state court, the submission shall comply with the state court's rules regarding the preservation of evidence.

17. Please produce any and all photos or videos of actual demolition.