| | |
|---|---|
| **From:** | Dysart, Daniel |
| **Sent:** | Tuesday, December 10, 2019 11:36 AM |
| **To:** | James Doyle; Jim Doyle |
| **Cc:** | Miller, Kerry; Veith, Rebekka C.; Dodson, Michael; Johnson, Kaki; Johnson, Ashley |
| **Subject:** | Bennett - Remaining Deposition Scheduling |

Jimmy,

In light of the court's directions this morning,  we have put together the schedule and locations below.  Please let us know by ***12 PM tomorrow***  if we may proceed with re-notice and depositions for any ***this week***.   Please let us know by ***COB Thursday, 12/12 on all remaining depositions*** so we can make arrangements with travel and court reporters and issue re-notices.


**December 12, 2019  (8 depositions: 9 AM, 12 PM, 3 PM, 5PM) December 13 (4 depositions  9 Am and 11AM)**

- Bogard (Biloxi/Gulfport or NOLA) (currently scheduled for 12/12)
- Robinson (Biloxi/Gulfport or NOLA) (currently scheduled for 12/12)
- Christovich (Biloxi/Gulfport or NOLA)
- Arrowhead (Biloxi/Gulfport or NOLA)
- Jordan(Biloxi/Gulfport or NOLA)
- Phillips(Biloxi/Gulfport or NOLA)
- Hu (NOLA)
- Province (NOLA)

**December 13 (4 depositions  9 Am and 11AM)**

- Christovich (Biloxi/Gulfport or NOLA)
- Arrowhead (Biloxi/Gulfport or NOLA)
- Bogard (Biloxi/Gulfport or NOLA)
- Robinson (Biloxi/Gulfport or NOLA)
- Jordan(Biloxi/Gulfport or NOLA)
- Phillips(Biloxi/Gulfport or NOLA)
- Hu (NOLA)
- Province (NOLA)


**December 16 ( 8 depositions – 9 am, 12 PM, 3 pm, 5 pm)**

- Christovich (Biloxi/Gulfport or NOLA)
- Arrowhead (Biloxi/Gulfport or NOLA)
- Bogard (Biloxi/Gulfport or NOLA)
- Robinson (Biloxi/Gulfport or NOLA)
- Jordan(Biloxi/Gulfport or NOLA)
- Phillips(Biloxi/Gulfport or NOLA)
- Hu (NOLA)
- Province (NOLA)



EXHIBIT I

- Straka/Pareda (Miami)
- Martinez (Miami)
- Binns (Miami)
- Kendall (Miami)

- MCF (Tampa)
- Jamarillo (Tampa)
- Kopach (Tampa)

- Annetta (Skype)

**December 17, 2019 (8 depositions – 9 am, 12 PM, 3 pm, 5 pm)**

- Christovich (Biloxi/Gulfport or NOLA)
- Arrowhead (Biloxi/Gulfport or NOLA)
- Bogard (Biloxi/Gulfport or NOLA)
- Robinson (Biloxi/Gulfport or NOLA)
- Jordan(Biloxi/Gulfport or NOLA) (currently set for 12/17)
- Phillips(Biloxi/Gulfport or NOLA)
- Hu (NOLA)
- Province (NOLA)

- Straka/Pareda (Miami)
- Martinez (Miami)
- Binns (Miami)
- Kendall (Miami)

- MCF (Tampa)
- Jamarillo (Tampa)
- Kopach (Tampa)

- Annetta (Skype)

**December 18 – Parties in Court in EDLA in AM.  4 afternoon depos in NOLA ( 1 PM and 4 Pm) or 2 NOLA afternoon depos and 3 FLA depos (9 am, 12pm, and 3 pm)**

- Christovich (Biloxi/Gulfport or NOLA)
- Arrowhead (Biloxi/Gulfport or NOLA)
- Bogard (Biloxi/Gulfport or NOLA)
- Robinson (Biloxi/Gulfport or NOLA)
- Jordan(Biloxi/Gulfport or NOLA)
- Phillips(Biloxi/Gulfport or NOLA)
- Hu (NOLA)
- Province (NOLA)

- Straka/Pareda (Miami)
- Martinez (Miami)
- Binns (Miami)
- Kendall (Miami)

- MCF (Tampa)
- Jamarillo (Tampa)
- Kopach (Tampa)

- Annetta (Skype)

**December 19, 2019 (6 depositions in NOLA or Biloxi Gulfport or 3 in NOLA/MS and 3 in FLA)**

- Christovich (Biloxi/Gulfport or NOLA)
- Arrowhead (Biloxi/Gulfport or NOLA)
- Bogard (Biloxi/Gulfport or NOLA)
- Robinson (Biloxi/Gulfport or NOLA)
- Jordan(Biloxi/Gulfport or NOLA)
- Phillips(Biloxi/Gulfport or NOLA)
- Hu (NOLA)
- Province (NOLA)

- Straka/Pareda (Miami)
- Martinez (Miami)
- Binns (Miami)
- Kendall (Miami)

- MCF (Tampa)
- Jamarillo (Tampa)
- Kopach (Tampa)

- Annetta (Skype)

**December 20, 2019 (4 depositions 9 am, 12 PM, 3 PM, 5 PM)**

- Straka/Pareda (Miami)
- Martinez (Miami)
- Binns (Miami)
- Kendall (Miami)

- MCF (Tampa)
- Jamarillo (Tampa)
- Kopach (Tampa)

- Annetta (Skype)

**December 23, 2019 6 depositions: 9 AM, 12 PM, 3 PM, and 5 PM)**

- Christovich (Biloxi/Gulfport or NOLA)
- Arrowhead (Biloxi/Gulfport or NOLA)
- Bogard (Biloxi/Gulfport or NOLA)
- Robinson (Biloxi/Gulfport or NOLA)
- Jordan(Biloxi/Gulfport or NOLA)
- Phillips(Biloxi/Gulfport or NOLA)
- Hu (NOLA)
- Province (NOLA)

- Straka/Pareda (Miami)
- Martinez (Miami)
- Binns (Miami)
- Kendall (Miami)

- MCF (Tampa)
- Jamarillo (Tampa)
- Kopach (Tampa)

- Annetta (Skype)

**Danny Dysart**
ddysart@fishmanhaygood.com

**Fishman**Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5547  f: 504.310.0279

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.