# Clementin, Maria

| | |
|---|---|
| **From:** | Dysart, Daniel |
| **Sent:** | Wednesday, August 5, 2020 9:26 AM |
| **To:** | James V. Doyle, Jr. |
| **Cc:** | Miller, Kerry; Johnson, Ashley; Veith, Rebekka C.; Mizell, Will; Dodson, Michael; Johnson, Kaki |
| **Subject:** | Bennett Depositions |

Jimmy,

Per Judge Fallon's order yesterday, please provide confirmed dates and times for the below deponents.   Please provide your client's confirmed dates/times based on available dates/time below by 5PM CDT Friday, August 7, 2020.

Robinson   (8/10, 8/11, 8/13, or 8/14)

Jordan  (8/10, 8/11, 8/12, 8/13, 8/14, 8/17, 8/18)

Jaramillo (8/10 (PM), 8/11, 8/14 (AM), 8/17 (PM), 8/18)

Annetta (8/10 (PM), 8/11, 8/14 (AM), 8/17 (PM), 8/18)

Phillips (8/10, 8/11, 8/12, 8/13, 8/14, 8/17, 8/18)

Calvero  (8/10, 8/11, 8/12 (PM), 8/13, 8/14)


**Danny Dysart**
ddysart@fishmanhaygood.com

**FishmanHaygood LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5547  f: 504.310.0279

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**EXHIBIT H**