**Clementin, Maria**

| | |
|---|---|
| **From:** | James Doyle <jimmy@doylefirm.com> |
| **Sent:** | Friday, August 7, 2020 5:44 PM |
| **To:** | Dysart, Daniel |
| **Cc:** | Miller, Kerry; Johnson, Ashley; Veith, Rebekka C.; Mizell, Will; Dodson, Michael; Johnson, Kaki |
| **Subject:** | Re: Bennett Depositions |

Counsel:

Here's the confirmed schedule for the remaining Plaintiff depositions:

Jordan - Tuesday, August 11 at 2:00 pm. CST
Calevro - Thursday, August 13 at 2:00 pm.  CST
Annetta (Dapena) - Monday, August 17 at 2:00 pm. CST (Spanish translator required)

Phillips -
Robinson -

We'll provide information for Phillips if/when it can be confirmed; however, the Phillips deposition will not take place earlier than Wednesday, August 12th.  Send us the notices and video links for the three depositions confirmed above once you finalize the arrangements.

Thanks.


Jimmy Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone
(844) 638-5812   fax



> On Aug 5, 2020, at 9:25 AM, Dysart, Daniel <ddysart@fishmanhaygood.com> wrote:
>
> Jimmy,
>
> Per Judge Fallon's order yesterday, please provide confirmed dates and times for the below deponents.   Please provide your client's confirmed dates/times based on available dates/time below by 5PM CDT Friday, August 7, 2020.
>
> Robinson   (8/10, 8/11, 8/13, or 8/14)

**EXHIBIT I**

1

Jordan  (8/10, 8/11, 8/12, 8/13, 8/14, 8/17, 8/18)

Jaramillo (8/10 (PM), 8/11, 8/14 (AM), 8/17 (PM), 8/18)

Annetta (8/10 (PM), 8/11, 8/14 (AM), 8/17 (PM), 8/18)

Phillips (8/10, 8/11, 8/12, 8/13, 8/14, 8/17, 8/18)

Calvero  (8/10, 8/11, 8/12 (PM), 8/13, 8/14)

**Danny Dysart**
ddysart@fishmanhaygood.com
_____

**Fishman**Haygood **LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d:504.556.5547  f: 504.310.0279

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.