UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE MICHAEL B. NORTH |

## PROPOSED ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion to Dismiss Claims Asserted by Michael Phillips and Peter & Lin H. Robinson Under Rule 37 or, Alternatively, For Other Sanctions;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion to Dismiss Claims Asserted by Michael Phillips and Peter & Lin H. Robinson Under Rule 37 is GRANTED and the claims of Michael Phillips, Peter Robinson and Lin H. Robinson against the Knauf Defendants are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**