**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Motion to Extend/Clarify Pre-Trial Order No. 32 filed by Settlement Class Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Pre-Trial Order No. 32 (Establishing Initial Step to Determine Allocation of Settlement Funds or Judgment Awards to Plaintiffs and Attorneys Resulting from Remanded Cases), entered by the Court on May 14, 2018 [Rec. Doc. 21328] ("PTO 32") be and is hereby extended to any opt-out case not "remanded" and remaining in the MDL or to be filed (absent class members) and/or is hereby clarified to state that PTO 32 applies to ALL remand cases, which includes the Louisiana cases remaining in the MDL.

New Orleans, Louisiana, this  21st  day of _____August_____, 2020.

_____
Eldon E. Fallon
United States District Court Judge