# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

## MEMORANDUM IN SUPPORT OF UNOPPOSED PLAINTIFFS' THIRD EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

The instant motion is Plaintiffs' third request for an extension of time to file a notice of appeal related to this Court's order issued on May 12, 2020 (Doc. 22823). With the current deadline set for August 28, 2020, Plaintiffs seek expedited consideration of this request and entry of the proposed order, submitted herewith, prior to the expiration of the current deadline. Plaintiffs seek an extension to October 2, 2020.

The order at issue (Doc. 22823) was entered on May 12, 2020, granting summary judgment against the following Plaintiffs: Ronald & Patricia Stanfa; R&S Properties, LLC; Consuelo Burgos; Johnny Tyler; Ellen Moore; Michael & Alice Ginart; Ronald & Bernice Pendelton; Gerald Levin; William Foreman; Dung Nguyen; Carlisle Place, LLC; Ronald & Leslie Bogard; Rachel Schoerner; and, Toshonia & Martin Armstrong. Through the instant motion, Plaintiffs request an extension of time for these Plaintiffs to file a notice of appeal to the Fifth Circuit Court of Appeals. These Plaintiffs represent fourteen of more than one hundred twenty claims joined in this action against Defendants related to their defective product.

Many of the Plaintiffs affected by this Court's order wish to file an appeal; however, claims will need to be severed prior to filing an appeal to avoid delaying other Plaintiffs' trial dates. In addition, several of the moving Plaintiffs in this motion have also been named in other motions that were ruled upon on August 27, 2020; therefore, an appeal by certain Plaintiffs in the instant motion will need to occur after Plaintiffs file motions to sever now that the pending dispositive motions have been resolved.

Plaintiffs make this third extension request, moving the deadline to October 2, 2020, to allow sufficient time for this Court to act on the severance motions that will be filed in the coming days. This requested extension is within the discretion of this court and specifically contemplated in the Local Rules of the Fifth Circuit. *See Fed. R. App. P.* 4(a)(5).

In accordance with the Local Rules, the undersigned counsel conferred with opposing counsel and opposing counsel has indicated in writing that they do not oppose this extension request. Plaintiffs' extension request will not prejudice the Defendants in any way; consequently, the motion to extend time for filing a notice of appeal should be granted.

DATED: August 27, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*