UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL  *<br>PRODUCTS LIABILITY LITIGATION  *<br>  *<br>  *<br>  *<br>  *<br>THIS DOCUMENT RELATES TO:  *<br>*Elizabeth Bennett, et al. v. Gebr. Knauf*  *<br>*Verwaltungsgesellschaft, KG, et al.*, No. 14-2722  * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |

## **ORDER & REASONS**

Pending before the Court is Defendants' Motion to Strike Supplemental Claims in Amended Complaints, R. Doc. 22848. Plaintiffs have not filed an opposition to the motion. Having considered the parties' arguments and the applicable law, the Court now rules as follows.

### I.   PENDING MOTION

Although the Court assumes familiarity with the factual background of this case for the purposes of this perfunctory order, it takes the opportunity to discuss the procedural history associated with the particular claims at issue in the present motion.

On January 22, 2020, the Court granted summary judgment in Defendants' favor with respect to the claims asserted by Wicler Pierre and Peggy Powell, on the grounds that these Plaintiffs' claims were barred by the applicable status of limitations. R. Doc. 22586. Pierre and Powell sought to appeal the Court's decision and accordingly filed a motion to sever their claims from the *Bennett* action in order to proceed individually on appeal without delaying the resolution of the *Bennett* litigation. R. Doc. 22710. The Court granted the motion and ordered Pierre and Powell to file amended complaints to allow for these claims to proceed independently of the Bennett action while remaining consolidated in the MDL. R. Doc. 22765.

Pierre and Powell filed amended complaints on May 12, 2020. R. Docs. 22826, 22827. Thereafter, Defendants filed a Motion to Strike Supplemental Claims in Amended Complaints, R. Doc. 22848, noting that the amended complaints raise supplemental claims for fraudulent misrepresentation, negligent misrepresentation, fraudulent concealment, fraud, and punitive damages. R. Doc. 22848-1 at 8. Defendants contend these additional claims must be stricken because Plaintiffs' never sought leave to file these additional claims and that their inclusion would unduly prejudice Defendants because the discovery deadline had passed. *Id.* at 6. Additionally, Defendants argue these additional claims are barred by the doctrine of *res judicata* because the Court has already denied Plaintiffs leave to file new claims in a sixth amended complaint. R. Doc. 21991.

Pierre and Powell individually appealed the Court's Order and Reasons on May 15, 2020. R. Docs. 22850, 22851. "[A]n appeal of a judgment determining the entire action divests the district court of jurisdiction, while that appeal is pending, over any further matters for that action, 'except in aid of the appeal or to correct clerical errors.'" *United States v. Pena*, 713 F. App'x 271, 272–73 (5th Cir. 2017). Here, Pierre and Powell have appealed a judgment dismissing their cases; accordingly, the Court may not entertain the instant motion at this time. Notably, if the Fifth Circuit affirms this Court's decision, the issue will be moot. Alternatively, if this Court's decision is overturned, Defendants may re-file the instant motion.

II.     **CONCLUSION**

Based on the foregoing,

**IT IS ORDERED** that Defendants' Motion to Strike Supplemental Claims in Amended Complaints, R. Doc. 22848, is **DENIED** as premature without prejudice.

2

New Orleans, Louisiana this 28th day of August 2020.

                                                   Eldon E. Fallon  
                                                   United States District Judge