# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Upon consideration of Unopposed Plaintiffs' Third Expedited Motion For Extension of Time to File A Notice of Appeal regarding Doc. 22823, Plaintiffs' motion is hereby **GRANTED**. The date for Plaintiffs wishing to appeal this Court's ruling in Doc. 22823 shall have the deadline for filing a notice of appeal extended to October 2, 2020.

New Orleans, Louisiana, this  28th   day of      August      , 2020.

_____
Eldon E. Fallon
United States District Court Judge