UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722 | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## EXPEDITED MOTION TO SEVER

Pursuant to Rule 21 of the Federal Rules of Civil Procedure, Plaintiffs hereby submit this Motion to Sever the claims of Michael & Alice Ginart, William Foreman, Dung Nguyen, Ronald & Leslie Bogard, Ronald & Patricia Stanfa, R&S Properties, LLC, Consuelo Burgos, Johnny Tyler, Carl & Ellen Moore, Ronald & Bernice Pendelton, Jeremy Jordan, 1329 Gum, Jackson Land Trust, Jason Arnold, Mardechria Charles, Feng Hu & Simin Liu, Mathew & Susan Issman, Karen & Kerry McCann, Nicole & Michael Norris, Mark & Kimberlie Perez, Wayne & Kristal Province, Estate of Veronica Rosenaur, Chien Van Pham & Bich Nguyen, and Xiaochun Xi & Jinjian Wang from the above-styled action for the purpose of appealing this Court's Orders (Docs. 22823, 22941 and 22947). In support, Plaintiffs offer their memorandum being filed concurrently herewith and request an order of this court granting the relief described.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Sever has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of September, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC