UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Upon consideration, Plaintiffs' Motion to Sever is hereby **GRANTED**. The Clerk of Court shall issue seven (7) individual civil action numbers for Plaintiffs to proceed apart from the above-styled action as described in the Memorandum in Support of Plaintiffs' Expedited Motion to Sever.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge