# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

The instant motion is Plaintiffs' request for an extension of time to file a notice of appeal related to this Court's three orders, entered on May 12, 2020, August 21, 2020, and August 28, 2020 (Docs. 22823, 22941 and 22947). With the current deadlines set on October 2, 2020, September 20, 2020, and September 27, 2020, for the three orders, respectively. Plaintiffs seek expedited consideration of this request and entry of the proposed order, submitted herewith, and grant an extension to appeal to November 2, 2020.

All dispositive motions filed by Defendants have now been evaluated by this court and rulings have been entered. Plaintiffs previously requested extensions for filing a notice of appeal for those Plaintiffs affected by Doc. 22823 until such time as all remaining motions were resolved by this Court in order to avoid confusion where multiple plaintiffs were named in multiple motions. With that process now concluded, the time is now appropriate to sever claims from *Bennett*, have the Clerk of Court issue new civil action numbers, and allow Plaintiffs to file new complaints for the severed claims before filing their appeal. Plaintiffs have now filed a

consolidated motion to sever (Doc. 22951) and a date of submission will be on this court's next Civil Motion Day, set for October 14, 2020.

 Because severance is necessary in order to allow the remaining active claims to move forward, additional time is required to accomplish this step. To be clear, the Plaintiffs seeking to appeal will need to be severed prior to filing an appeal in order to avoid delaying the other Plaintiffs' trial dates. This requested extension is within the discretion of this court and specifically contemplated in the Local Rules of the Fifth Circuit. *See Fed. R. App. P.* 4(a)(5).

 Plaintiffs' extension request will not prejudice the Defendants in any way; consequently, the motion to extend time for filing a notice of appeal should be granted.

DATED: September 20, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*