## FORM 1. NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

**United States District Court**
**Eastern District of Louisiana**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* Civil Action No. 09-4115 (E.D. La.)) | **Notice of Appeal** |

PLEASE TAKE NOTICE that Claimants Frederick Nolte, Kim Frego and Valentine Frego hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order & Reasons (R. Doc. No. 22942), dated and entered August 21, 2020, which denied claimants the appropriate relief for damages allowed in the Taishan Settlement in the above-referenced matter, and from any and all prior orders and opinions embodied therein or upon which the Order & Reasons were based.

    Respectfully Submitted,
    TAYLOR MARTINO, P.C.,
    Attorney for the Claimants

    */s/ Edward P. Rowan*_____
    EDWARD P. ROWAN (Fed Bar ID ROWA3430)
    Post Office Box 894
    Mobile, Alabama 36601
    Phone: (251) 433-3131
    Email: ed@taylormartino.com

OF COUNSEL:
TAYLOR MARTINO, P.C.
455 St. Louis St., Ste 2100
Mobile, Alabama 36602
(251) 433-331
(251) 433-4207 (Fax)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 21st day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the MEC/ECF system which will send notifications to all counsel of record.

            /s/ Edward P. Rowan
            EDWARD P. ROWAN