UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"(5) |

**THIS DOCUMENT RELATES TO:**

*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
**2:14-cv-02722-EEF**

## ORDER

Considering Plaintiffs' Expedited Motion For Extension of Time to File a Notice of Appeal (R. Doc. 22952) related to R. Docs. 22823, 22941, and 22947,

It is **ORDERED** that Plaintiffs' motion is hereby **GRANTED**. The date for all Plaintiffs wishing to appeal this Court's ruling in the Orders entered on May 12, 2020, August 21, 2020, and August 28, 2020 (Docs. 22823, 22941 and 22947 respectively) shall be extended to November 2, 2020.

New Orleans, Louisiana, this 21st day of September, 2020.

_____
Eldon E. Fallon
United States District Court Judge