**Appealing Plaintiffs in R. Doc. 22951**

| Claimant | Address | District Court |
| --- | --- | --- |
| Michael & Alice Ginart | 2104 Olivia Street<br>Meraux, LA 70075 | Eastern District of Louisiana |
| Ronald & Bernice Pendelton | 5224 Pasteur Blvd.<br>New Orleans, LA 70122 | Eastern District of Louisiana |
| Mardechria McDonald Charles | 116 Dufresne Drive<br>Vacherie, LA 70090 | Eastern District of Louisiana |
| Feng Hu & Simin Liu | 3016 Taft Park<br>Metairie, LA 70002 | Eastern District of Louisiana |
| Matthew & Susan Issman | 669 Timberwood Loop<br>Madisonville, LA 70447 | Eastern District of Louisiana |
| Karen & Kerry McCann | 73244 Penn Mill Road<br>Covington, LA 70435 | Eastern District of Louisiana |
| Michael & Nicole Norris | 700 Arctic Fox Run<br>Madisonville, LA 70447 | Eastern District of Louisiana |
| Mark & Kimberlie Perez | 3036 Whitty Drive<br>Slidell, LA 70461 | Eastern District of Louisiana |
| Carl & Ellen Moore | 5427 Kedgewick Lane<br>North Port, FL 34288 | Middle District of Florida |
| Jay Wang & Ruby Ziaochun (Xiaochun) Xi | 4220 Vincennes Place<br>New Orleans, LA 70125 | Middle District of Louisiana |
| Jason Arnold | 26057 Coronation Avenue<br>Denham Springs, LA 70726 | Middle District of Louisiana |
| Wayne & Kristal Province | 86048 Highway 450<br>Franklinton, LA 70438 | Middle District of Louisiana |
| Veronica Rosenaur o.b.o Estate of Veronica Griffith Rayborn | 13891 Calle Sevario Drive<br>Prairieville, LA 70769 | Middle District of Louisiana |
| Chein Van Pham & Bich Nguyen | 9549 Homestead Drive<br>Baton Rouge, LA 70817 | Middle District of Louisiana |
| Ronald & Patricia Stanfa | 180 Sheffield Lane<br>Birmingham, AL 35242 | Norther District of Alabama |
| R&S Properties, LLC | 9810 Bay Road North<br>Foley, AL 36535 | Southern District of Alabama |
| Consuelo Burgos | 384 NE 34 TER<br>Homestead, FL 33033 | Southern District of Florida |
| Johnny Tyler | 8675 130th Avenue<br>Fellsmere, FL 32948 | Southern District of Florida |
| William "Bill" Foreman | 7514 Pinchurst Court<br>Diamondhead, MS 39525 | Southern District of Mississippi |
| Dung Nguyen | 3 Laudeac Court<br>Long Beach, MS 39571 | Southern District of Mississippi |
| Ronald & Leslie Bogard | 451 Linda Drive<br>Biloxi, MS 39531 | Southern District of Mississippi |
| Jeremy Jordan | 11592 Azalea Trace<br>Gulfport, MS 39503 | Southern District of Mississippi |
| 1329 Gum Street - 1329 Gum, Jackson Land Trust | 1329 Gum Street<br>Ocean Springs, MS 39564 | Southern District of Mississippi |