Exhibit A

| Claimant | Address | District Court |
|---|---|---|
| Robert & Stephanie Amuso | 9461 Ambrose Lane<br>Kimberly, AL 35091 | Northern District of Alabama |
| Michael & Becky Chedester | 10955 West Brighton Drive<br>Chunchula, AL 36521 | Southern District of Alabama |
| Carl & Lynn Russell | 5427 Creekside Lane<br>Hoover, AL 35244 | Northern District of Alabama |
| Elizabeth Bennett | 102 Morningwalk Lane<br>Huntsville, AL 35824 | Northern District of Alabama |
| Jennifer & William Brady | 2089 Knollwood Place<br>Birmingham, AL 35242 | Northern District of Alabama |
| Hoan Bao & Hanh Bich Thi Tran | 1008 Washington Court<br>Moody, AL 35004 | Northern District of Alabama |
| Booker & Terri Lee | 3258 Clubhouse Road<br>Mobile, AL 36605 | Southern District of Alabama |
| Damian & Leslie Marie Cason | 124 Arbor Hill Lane<br>Huntsville, AL 35824 | Northern District of Alabama |
| David & Dahnelle Reynolds | 101 Spotted Fawn Road<br>Madison, AL 35758 | Northern District of Alabama |
| Ike & Nancy Ijemere | 7012 Eagle Point Trail<br>Birmingham, AL 35242 | Northern District of Alabama |
| Jason Scott | 149 Silo Hill Road<br>Madison, AL 35758 | Northern District of Alabama |
| Katie & Jason Hallmark | 775 Ridgefield Way<br>Odenville, AL 35120 | Northern District of Alabama |
| Mercedes & Nicole Gaspard | 1402 O'Donnell Lane, SE<br>Port St. Lucie, FL 34983 | Southern District of Florida |
| Steve Binns | 1417 SW Devera Avenue<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Martin Kuntz | 1417 SW Devera Avenue<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Jackelyn Aquirre-Matat / o.b.o Home and Land, Inc. | 3310 NE 3 Dr.<br>Homestead, FL 33033 | Southern District of Florida |
| Karina Martinez | 23631 SW 112 Ct.<br>Homestead, FL 33032 | Southern District of Florida |
| Olivia & Les Porciuncula | 339 SW Wilton Avenue<br>Palm Bay, FL 32908 | Middle District of Florida |
| James Blevins | 2636 SE 19th Place<br>Cape Coral, FL 33904 | Middle District of Florida |
| John & Rebecca Judge | 2618 50th Street West<br>Lehigh Acres, FL 33971 | Middle District of Florida |
| Cesar & Ines Jaramillo | 5301 Nicklaus Drive<br>Winter Haven, FL 33884 | Middle District of Florida |
| Ruben Dapena o.b.o. Annetta, LLC & Baco Annetta LLC | 363 NE 30th Avenue<br>Homestead, FL 33033 | Southern District of Florida |
| Santiago Guzman o.b.o Skyline Glass, LLC | 10769 NW 81 Lane<br>Doral, FL 33178 | Southern District of Florida |
| Daniel & Shona Blonsky | 8220 SW 60 CT<br>South Miami, FL 33143 | Southern District of Florida |
| Elena Kendalll & A&B Real Estate Holdings, LLC | 23205 SW 217 Avenue<br>Miami, FL 33031 | Southern District of Florida |
| Isidro & Marfelia Calderon | 3441 SW Haines Street<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Abigail Cohen | 20305 Chestnut Grove Drive<br>Tampa, FL 33647 | Middle District of Florida |
| Anjali Van Drie | 4101 NW 22nd Street<br>Cape Coral, FL 33993 | Middle District of Florida |

Exhibit A

| | | |
|---|---|---|
| Elvis Ferrera | 22079 SW 88 Path<br>Cutler Bay, FL 33190 | Southern District of Florida |
| Julio Martinez | 14731 SW 34 Lane<br>Miami, FL 33185 | Southern District of Florida |
| Levi Taylor | 4090 SW Kallen Street<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Carlos Salabarria | 12940 SW 135 St.<br>Miami, FL 33186 | Southern District of Florida |
| Edward Laremore | 7018 Pilgrim Court<br>Labelle, FL 33935 | Middle District of Florida |
| CDO Investments, LLC | 25409 Durango Court<br>Punta Gorda, FL 33955 | Middle District of Florida |
| MCF Enterprises, Inc. | 8554 Pegasis Drive<br>Lehigh Avenue, FL 33971 | Middle District of Florida |
| Christopher & Julianne Kopach | 20318 Chestnut Grove Drive<br>Tampa, FL 33647 | Middle District of Florida |
| Marie Y. Lorquet | 284 James Circle<br>Lake Alfred, FL 33850 | Middle District of Florida |
| Vince & Rose Russo | 9800 Quinta Artesa Way<br>Ft. Myers, FL 33908 | Middle District of Florida |
| Dolores Jarvis | 1743 North Olivia Drive<br>Avon Park, FL 33825 | Southern District of Florida |
| Glenn & Yvette Price | 1751 Bobcat Trail<br>North Port, FL 34288 | Middle District of Florida |
| Fred Pool & Raquel DeFigueiredo | 14531 Coronado Drive<br>Spring Hill, FL 34609 | Middle District of Florida |
| Matthew Tabacchi (Allstate Servicing, Inc.) | 13430 NE 30th Court<br>Anthony, FL 32617 | Middle District of Florida |
| Sharon & Albert Timmons | 1820 NE 7th Avenue<br>Cape Coral, FL 33909 | Middle District of Florida |
| Bruno Esteban Ullauri Paredes & Karina Jannine Svoboda Straka | 5952 SW 102 St.<br>Pinecrest, FL 33156 | Southern District of Florida |
| Kevin Karpel | 17770 64th Place North<br>Loxahatchee, FL 33470 | Southern District of Florida |
| Laura Veira & Aliesky Santiago | 14763 SW 35 Lane<br>Miami, FL 33185 | Southern District of Florida |
| Tobi & Kennetth Butcher | 4020 Island Lakes Drive<br>Winter Haven, FL 33881 | Middle District of Florida |
| Byron & Fern Robbins | 421 Chelsea Place Avenue<br>Ormond Beach, FL 32174 | Middle District of Florida |
| Ed Ball & Margot Gravel | 2464 Silver Palm Road<br>North Port, FL 34288 | Middle District of Florida |
| M and M the Closers, LLC (Mark Floman) | 1924 SE 21st Court<br>Homestead, FL 33035 | Southern District of Florida |
| Mark & Sheri Rigopoulos | 3411 24th Avenue NE<br>Naples, FL 34120 | Middle District of Florida |
| Michael & Karma Zelenenki) | 4331 Ferrari Drive<br>Sebring, FL 33872 | Southern District of Florida |
| Nancy & William Mansour | 8678 Tally Ho Lane<br>Royal Palm Beach, FL 33411 | Southern District of Florida |
| Joseph & Susan Niemiec | 6881 Brompton Drive<br>Lakeland, FL 33809 | Middle District of Florida |
| Frederick & Jessica Stockton | 13095 Montego Street<br>Spring Hill, FL 34609 | Middle District of Florida |
| Neville Marques | 1722 NE 6th Street<br>Boynton Beach, FL 33435 | Southern District of Florida |

Exhibit A

| | | |
|---|---|---|
| Rennie & Amrita Roopchand | 15320 87th Road North<br>Loxahatchee, FL 33470 | Southern District of Florida |
| Tim Hoffman | 624 NE 2nd Place<br>Cape Coral, FL 33909 | Middle District of Florida |
| Michelle & Michael Goldenberg | 12176 SW 49th Court<br>Cooper City, FL 33330 | Southern District of Florida |
| Ina & Gary Helmick | 13237 Emerald Acres Avenue<br>Dover, FL 33527 | Middle District of Florida |
| Leonard & Loretha Armstrong | 121 11th Avenue East<br>Bradenton, FL 34208 | Middle District of Florida |
| Bholanath & Prabha Dhume | 150 Spencer Avenue<br>New Orleans, LA 70124 | Eastern District of Louisiana |
| Nathan Junius | 6537 Marshall Foch Street<br>New Orleans, LA 70124 | Eastern District of Louisiana |
| Scott & Kim Armstrong | 42296 Forest Lane<br>Hammond, LA 70403 | Eastern District of Louisiana |
| Jacques & Sarah Brousseau | 437 Delgado Drive<br>Baton Rouge, LA 70808 | Middle District of Louisiana |
| Bonnie & Carl Cordier | 11429 Maxine Drive<br>New Orleans, LA 70128 | Eastern District of Louisiana |
| Melinda Milam & Clayton Latimer | 4625/4627 Palmyra Street<br>New Orleans, LA 70119 | Eastern District of Louisiana |
| Carole Bonney | 35471 Reese Lane<br>Slidell, LA 70460 | Eastern District of Louisiana |
| Cathey & Tommy Gueydan | 42055 Jefferson Davis<br>Hammond, LA 70403 | Eastern District of Louisiana |
| Funches O. & Sharese Matthews Dixon | 20 Cross Creek Drive<br>Slidell, LA 70461 | Eastern District of Louisiana |
| Jawad & Fatme Gharib | 4 Beresford Drive<br>Metairie, LA 70001<br><br>8807 South Claiborne Ave.<br>Apartments A, B, C<br>New Orleans, LA 70118 | Eastern District of Louisiana |
| Christopher Payton | 19 Money Hill Lane<br>Poplarville, MS 39470 | Southern District of Mississippi |
| Sherwood & Jody Bailey o.b.o. Carlisle Place, LLC & Michael Christovich | 829 East Scenic Drive<br>Pass Christian, MS 39571 | Southern District of Mississippi |
| Susyn Cain & Richard Calevro | 5040 Georgia Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| David & Candace Fozard | 72685 Diamondhead Drive North<br>Diamondhead, MS 39525 | Southern District of Mississippi |
| The Van Tran<br>& Chin Thi Nguyen | 12912 Rosemont Street<br>Ocean Springs, MS 39564 | Southern District of Mississippi |
| Mary Sue Caranna | 224 Pinewood Drive<br>Pass Christian, MS 39571 | Southern District of Mississippi |
| Yulunda (Karen) McAlister & Stephanie Fussell | 229 Felicity Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| George & Mary Ann Ferry | 101 Lakeside Drive<br>Waveland, MS 39576 | Southern District of Mississippi |
| Jack & Wanda Green | 1709 Seacrest Drive<br>Gautier, MS 39553 | Southern District of Mississippi |
| Mark & Shannon Renee Lee | 308 Italian Isle Road<br>Gautier, MS 39553 | Southern District of Mississippi |
| David & Birttany Martino | 245 McDonnell Blvd., F-138<br>Biloxi, MS 39531 | Southern District of Mississippi |

Exhibit A

| George Humphries III & George Humphries IV | 11209 Texas Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| --- | --- | --- |
| Nancy & Larry Lafontaine | 478 St. Charles Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| Peggy A. & Billy McCullar | 603 East Second Street<br>Pass Christian, MS 39571 | Southern District of Mississippi |
| Wade & Sheryl Gauthreaux | 10171 Lagan Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| Karen Beth & David Neil Baldwin | 909 High Ridge Drive<br>Friendswood, TX 77546 | Southern District of Texas |
| Frank & Suzan Grande/CJ Properties | 7 Nevin Court<br>Conroe, TX 77301 | Southern District of Texas |