# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL NO. 2047 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | SECTION: L |
| ALL CASES | ) | |
| | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

## JOINT MOTION FOR DISBURSEMENT OF FUNDS HELD IN THE REGISTRY OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

The "Bryson Group" (consisting of: Daniel K. Bryson,  Whitfield Bryson, LLP, Whitfield, Bryson & Mason, LLP & Lewis & Roberts; Stephen W. Mullins, Luckey & Mullins, PLLC; Gary E. Mason, Mason, Lietz & Klinger, LLP & Mason, LLP; Joel Rhine, Rhine Law Firm & Lea, Rhine & Rosbrugh, PLLC; and Christopher L. Coffin, Pendley, Baudin & Coffin, LLP), William Brian Collins, Collins & Horsley ("Collins"), and Arthur Edge III and Arthur Edge, PC ("Edge"), having reached a resolution of their dispute arising from the Bryson Group's claim for certain funds currently on deposit with Registry of the Court for the United States District Court for the Eastern District of Louisiana (the "Registry"),  request this Court to direct the Clerk of Court to distribute funds from the Registry in the manner set forth herein.

1.       On or about March 31, 2010, the Bryson Group entered into a Co-Counsel Agreement Chinese Drywall Litigation (the "Co-Counsel Agreement") with the Collins Group (consisting of Collins, Edge and Edward Sexton) that provided the Bryson Group would receive 25% of the attorneys' fees ("Attorney Fees") generated from 174 Chinese Dry Wall cases.

2.     The Parties agree that the total fee generated from the 174 plaintiffs represented jointly by the Bryson Group and the Collins Group is $4,452,045.34 ($4,055,762.14 from the Knauf Settlement and $396,283.20 from the Taishan Settlement).

3.     The Parties agree that 25% of the Attorneys' Fees amounts to $1,113,011.34, allocated as follows: Knauf: $1,013,940.64; Taishan: $99,070.80.

4.     As a result of the Parties' fee dispute, on October 10, 2019, this Court issued an Order Granting Settlement Administrator's Motion to Deposit Disputed Attorney Fees into the Registry of the Court [Doc. 22343], whereby it caused the disputed sum of $6,866,796.33 to be deposited into the registry of the Court. On October 31, 2019, the Court ordered any party with an interest in these funds to file a motion asserting a claim thereto and addressing the proper allocation thereof. [Doc. 22356].  After receiving submissions from the Bryson Group, Collins and Edge, the court issued an Order dated February 20, 2020, granting Edge's Motion to Compel Arbitration.

5.     The Parties have agreed to an allocation of the $1,113,011.34 in disputed funds in the Registry as follows:

a.     Total to be disbursed to Bryson Group: $1,073,011.34 with payment to be made to "Pendley Baudin & Coffin, LLP Trust Account" and mail check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163.

b.     Total to be paid to Collins: $40,000 with payment to be made to "Gentle, Turner, Sexton & Harbison, LLC Trust Account" and mail check to K. Edward Sexton, II, Gentle, Turner, Sexton & Harbison, LLC, 501 Riverchase Parkway East, Suite 100, Hoover, AL 35244.

6.      Pursuant to Local Rule 67.3, Movants certify that they have provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the registry account.

WHEREFORE, for the reasons set forth herein, the Parties request disbursement of funds held in the Registry in the manner set forth herein.

Respectfully submitted this the 23rd day of October, 2020.

FOR THE BRYSON GROUP:

| | |
|---|---|
| _s/ Daniel K. Bryson_<br>Daniel K. Bryson<br>WHITFIELD BRYSON, LLP<br>PO Box 12638<br>Raleigh, NC 27605<br>Tel: (919) 600-5000<br>Dan@whitfieldbryson.com | _s/ Christopher L. Coffin_<br>Christopher L. Coffin<br>PENDLEY BAUDIN & COFFIN, LLP<br>1100 Poydras Street, Suite 2505<br>New Orleans, LA 70163<br>Tel: (504) 355-0086<br>CCoffin@pbclawfirm.com |
| _s/ Joel R. Rhine_<br>Joel R. Rhine<br>RHINE LAW FIRM, PC<br>1612 Military Cutoff Rd, Suite 300<br>Wilmington, NC 28403<br>Tel: (910) 772-9960<br>JRR@rhinelawfirm.com | _s/ Gary Mason_<br>Gary Mason<br>MASON LIETZ & KLINGER, LLP<br>5101 Wisconsin Ave NW, Suite 305<br>Washington, DC 20016<br>Tel: (202) 429-2290<br>GMason@masonllp.com |
| _s/ Stephen Mullins_<br>Stephen Mullins<br>LUCKEY & MULLINS, PLLC<br>1629 Government Street<br>Ocean Springs, MS 39564<br>Tel: (228) 875-3175<br>JackFish28@gmail.com | |

FOR WILLIAM BRIAN COLLINS and COLLINS & HORSLEY:


__*s/ K. Edward Sexton, II*___
K. Edward Sexton, II
Gentle, Turner, Sexton & Harbison, LLC
501 Riverchase Parkway East, Suite 100
Hoover, AL 35244
Tel: (205) 716-3000
ESexton@gtandslaw.com

FOR ARTHUR EDGE, III and ARTHUR EDGE, PC:


__*s/ H. Arthur Edge, III*_____
H. Arthur Edge, III
Arthur Edge, III, PC
2320 Highland Avenue South, Suite 175
Birmingham, AL 35205
Tel: (205) 453-0322
Art@edgelawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and forgoing has been served upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 23rd day of October, 2020.

*/s/ Daniel K. Bryson*
Daniel K. Bryson