## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## ORDER

Plaintiff and defense lead and liaison counsel have requested a telephonic conference with the Court to discuss the current status of MDL proceedings. Accordingly;

**IT IS HEREBY ORDERED** that a telephonic status conference be set for Thursday, October 29, 2020 at 8:30 AM.  The Court has circulated dial-in information to the appropriate parties.

New Orleans, Louisiana, this 23rd day of October 2020.

_____
UNITED STATES DISTRICT COURT JUDGE