*Certification of Funds in the Registry*
PRINCIPAL: $ 6,866,796.33
Financial Deputy: MBR   Date: 10/23/2020

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| ALL CASES ) ) | JUDGE FALLON |
| ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE IN THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

**IT IS ORDERED BY THE COURT** that the Motion for Disbursement is **GRANTED**. The clerk is authorized and directed to draw two checks on the funds on deposit in the registry of this court in the principal amount of $1,113,011.34 plus all interest earned as follows:

a. $1,073,011.34 plus all interest earned, payable to "Pendley Baudin & Coffin, LLP Trust Account" and mail the check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163.

b. $40,000.00 plus all interest earned payable "Gentle, Turner, Sexton & Harbison, LLC Trust Account" and mail the check to K. Edward Sexton, II, Gentle, Turner, Sexton & Harbison, LLC, 501 Riverchase Parkway East, Suite 100, Hoover, AL 35244.

New Orleans, Louisiana this the 26th of October 2020

_____
Eldon E. Fallon
United States District Court Judge