MINUTE ENTRY
FALLON, J.
OCTOBER 29, 2020

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

A telephone status conference was held on this date. Plaintiff and defense lead and liaison counsel participated, including Christy Eikhoff, Jimmy Doyle, Arnold Levin, Kerry Miller, Leonard Davis, Gerald Menuier, Sandra Duggan, Harry Rosenberg, Jim Stengel, Richard Serpe, and Danny Dysart. Jake Woody of BrownGreer PLC also participated. The parties discussed the pending motion to sever; BrownGreer's final payment calculations and payouts and to the Settlement Class; the Knauf settlement and litigation updates; and the remanded cases outside of Louisiana. Ms. Eikhoff and Mr. Doyle agreed to jointly propose a case management order before the Court by November 5, 2020.

**IT IS HEREBY ORDERED** that a telephonic status conference be set for Monday, November 9, 2020 at 10:00 AM CT. The Court will circulate dial-in information to the appropriate parties.

JS10 (00:22)