# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## PLAINTIFFS' MOTION TO EXTEND TIME TO SUBSTITUTE PARTIES

Plaintiffs hereby move this honorable court for an extension of time to substitute estate representatives for Cesar and Ines Jaramillo, both of whom passed away during the pendency of this action. A suggestion of death was previously filed with this Court on August 7, 2020, when it was learned that Mr. Jaramillo passed. It is the understanding of the undersigned counsel that a probate process is underway in Florida, but an estate representative has not yet been appointed. Plaintiffs request an additional 30 days to allow the process in Florida to proceed and result in the appointment of an estate representative. A motion to substitute will be filed with this court without delay once the Letters of Administration are received.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Motion To Extend Time To Substitute Parties has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC