# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

## ORDER

Upon consideration of Plaintiffs' Motion To Extend Time to Substitute Parties, Plaintiffs' motion is hereby **GRANTED**. Plaintiffs shall have an additional 30 days to move this court to substitute the estate representatives for Ines and Cesar Jaramillo, with the deadline extended to December 5, 2020.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge