# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2047 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| ALL CASES ) | JUDGE FALLON |
| ) | |
| ) | MAG. JUDGE WILKINSON |
| ) | |

## [Proposed] ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE IN THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw two checks on the funds on deposit in the registry of this court in the principal amount of $217,664.94 plus all interest earned as follows:

   a. $28,000 with payment to be made to "Pendley Baudin & Coffin, LLP Trust Account" and mail check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP, 1100 Poydras Street, Suite 2505, New Orleans, LA 70163.

   b. $189,664.94 with payment to be made to "Gentle, Turner, Sexton & Harbison, LLC Trust Account" and mail check to K. Edward Sexton, II, Gentle, Turner, Sexton & Harbison, LLC, 501 Riverchase Parkway East, Suite 100, Hoover, AL 35244.

New Orleans, Louisiana this the _____ of October 2020.

_____
Eldon E. Fallon
United States District Court Judge