UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF | |

## ORDER

It has been brought to the Court's attention that the previously extended deadline for filing a notice of appeal related to R. Docs. 22823, 22941, and 22947 expired on November 2, 2020. *See* R. Doc. 22955. At the telephone status conference attended by plaintiffs' and defendants' lead and liaison counsel on October 29, 2020, the parties discussed certain plaintiffs' plan to appeal these Orders and Reasons granting summary judgment. The Court stated that it will grant the pending motion to sever, R. Doc. 22951, so these plaintiffs can begin the appeals process before the remaining *Bennett* cases are remanded. The Court requested that Ms. Eikhoff and Mr. Doyle review and verify the list of plaintiffs for inclusion in this motion and jointly propose a case management order by November 5, 2020. In the interest of fairness to these plaintiffs, and to ensure the accuracy of its upcoming Order and Reasons, the Court hereby extends the notice of appeal deadline. Accordingly;

**IT IS HEREBY ORDERED** that the deadline for filing a notice of appeal related to R. Docs. 22823, 22941, and 22947 is **EXTENDED** to November 9, 2020.

**IT IS FURTHER ORDERED** that Plaintiffs' Expedited Motion to Extend Time to File Notice of Appeal, R. Doc. 22961, is **DENIED** as **MOOT**.

New Orleans, Louisiana, this 3rd day of November 2020.

_____
UNITED STATES DISTRICT COURT JUDGE