UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF | |

## ORDER

The Court has been informed that Plaintiffs' *Exparte* Consent Motion to Extend Time to Substitute Parties, R. Doc. 22962, was not actually consented to by Defendants. Accordingly;

**IT IS HEREBY ORDERED** that this motion is **SET FOR SUBMISSION** on November 18, 2020.

**IT IS FURTHER ORDERED** that oral argument on this motion is **SCHEDULED** for November 18, 2020 at 9:00 AM via Zoom. Case Manager Dean Oser will circulate the participation information amongst the appropriate parties.

New Orleans, Louisiana, this 3rd day of November 2020.

_____
UNITED STATES DISTRICT COURT JUDGE