*Certification of Funds in the Registry*
PRINCIPAL: $5,753,784.99
Financial Deputy: MBR   Date: 11/03/2020

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION: L |
| ALL CASES | ) ) ) ) ) ) | JUDGE FALLON  MAG. JUDGE WILKINSON |

### ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE IN THE REGISTRY OF THE COURT

Considering the Motion for Disbursement, R. Doc. 22963;

**IT IS ORDERED BY THE COURT** that the Motion for Disbursement is **GRANTED**. The clerk is authorized and directed to draw two checks on the funds on deposit in the registry of this court in the principal amount of $217,664.94 plus all interest earned as follows:

a. $28,000 with payment to be made to "Pendley Baudin & Coffin, LLP Trust Account" and mail check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP, 1100 Poydras Street, Suite 2505, New Orleans, LA 70163.

b. $189,664.94 with payment to be made to "Gentle, Turner, Sexton & Harbison, LLC Trust Account" and mail check to K. Edward Sexton, II, Gentle, Turner, Sexton & Harbison, LLC, 501 Riverchase Parkway East, Suite 100, Hoover, AL 35244.

New Orleans, Louisiana this the 3rd of November 2020.

Eldon E. Fallon
United States District Court Judge