**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 9, 2020**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED    DRYWALL PRODUCTS    LIABILITY LITIGATION | * * * * | MDL Docket No. 2047  SECTION L |
| This document relates to All Cases | * * * | JUDGE FALLON  MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * *

  A telephonic status conference was held on this date from the Chambers of District Judge Eldon E. Fallon. Plaintiff and defense lead and liaison counsel participated, including Christy Eikhoff, Jimmy Doyle, Arnold Levin, Kerry Miller, Harry Rosenberg, Sandra Duggan, Danny Dysart, David Vanderbush, Christopher Vejnoska. The parties discussed the two jointly-proposed Case Management Orders which address the remaining *Amorin* and *Brooke* plaintiffs. The Court stated that it plans to issue the *Amorin* CMO shortly, while Defendants' counsel agreed to resubmit the *Brooke* CMO once the Court sets complaint-related deadlines. The parties also discussed remand of the remaining *Bennett* cases. The Court stated that it plans to retain jurisdiction over the Louisiana-based *Bennett* cases and suggest remand for the rest of the *Bennett* cases. Mr. Miller and Mr. Doyle agreed to jointly move for this and to send an updated list of plaintiffs pursuant to the discussion. The Court also stated that it plans to host monthly status conferences from this point forward. Accordingly,

**IT IS HEREBY ORDERED** that a telephonic status conference is **SCHEDULED** for Tuesday, December 8, 2020 at 9:00 AM CT. The Court will circulate dial-in information to the appropriate parties.

**IT IS FURTHER ORDERED** that the deadline for the remaining *Brooke* plaintiffs to motion for leave of Court to file an Amended Complaint is November 16, 2020, and the deadline for responding to Plaintiffs' motion for leave to file an Amended Complaint is November 25, 2020.

JS10(00:13)

*Eldon E. Fallon*