UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, 2:15-cv-004127-EEF | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on December 2, 2020, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Plaintiffs' Motion Leave to Amend Complaint and for any other relief as the Court may deem just and appropriate. No hearing is requested, but counsel will appear as the court requires. The undersigned counsel requests notice if the Court will require such a hearing with oral argument.

Respectfully submitted:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*