UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, 2:15-cv-004127-EEF | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. Plaintiffs' proposed Amended Complaint shall be filed individually into this Court's docket within ten (10) days of the entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge