MINUTE ENTRY
FALLON, J.
NOVEMBER 18, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 09-2047 |
| REF: 14-2722 | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Jimmy Doyle, Esq. for Plaintiffs
Danny Dysart, Esq., for Knauf Defendants

Motion hearing was held via Zoom

Motion of Plaintiffs Cesar and Ines Jaramillo, for Extension of Time to Substitute Parties (22962)

After argument – Motion was granted and Plaintiffs have 30 days in which to substitute the proper party plaintiffs.


JS10:   :10