UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF** | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering Plaintiffs' Motion To Extend Time to Substitute Parties, R. Doc. 22962;

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED**. Plaintiffs shall have an additional thirty days to move this court to substitute the estate representatives for Ines and Cesar Jaramillo. The extended deadline is **December 2, 2020.**

New Orleans, Louisiana, this 18th day of November, 2020.

_____
Eldon E. Fallon
United States District Court Judge