UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*All cases.* | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO ENROLL ATTORNEY

The undersigned counsel moves this Court for an order enrolling attorney James V. Doyle as an attorney with e-filing privileges in MDL-2047. Mr. Doyle is an attorney at Doyle Law Firm, PC with an address of 2100 Southbridge Parkway, Suite 650, Birmingham, Alabama 35209. Mr. Doyle is an attorney licensed to practice in Alabama, Florida, and New Jersey, and is a member in good standing with all courts. Through enrollment of Mr. Doyle in these MDL proceedings, he will be registered to use the electronic filing system and it is understood that he must file a notice of appearance in all individual cases involving clients of his firm.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll Attorney has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of November, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC