UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF | |

## ORDER

The Court will convene a telephonic conference to discuss the current status of *Bennett* appeals and remand proceedings, as well as the outstanding case management orders for other cases. Accordingly,

**IT IS HEREBY ORDERED** that a telephonic status conference is **SCHEDULED** for November 23, 2020 at 9:00 AM CT. The Court circulated the dial-in information to the appropriate parties.

New Orleans, Louisiana, this 19th day of November 2020.

_____
UNITED STATES DISTRICT COURT JUDGE