UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL          PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | | |

## MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION TO WIND DOWN KNAUF ATTORNEY FEE QSF

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully moves this Court to approve the procedures necessary to wind down the Knauf Attorney Fee QSF. Specifically, the Settlement Administrator respectfully requests authorization to:

1) Pay of administrative fees and expenses associated with administering the Knauf Attorney Fee QSF;

2) Disburse remaining Individually Retained Counsel funds to firms on a pro rata basis;

3) Pay any funds held by the Settlement Administrator as of December 18, 2020 into the registry of the Court; and

4) Close the Knauf Attorney Fee QSF before January 1, 2021.

**I.  Knauf Attorney Fee Fund Disbursal.**

On August 8 2019, the Court approved the disbursal of fees to Individually Retained Counsel, as well as a holdback of $868,380 for administrative fees and expenses. Rec. Doc. 22302.

Shortly thereafter, the Settlement Administrator began disbursing fees to Individually Retained Counsel on a pro rata basis. To date, the Settlement Administrator has disbursed a total of $209,500,783.76 in Attorney Fee payments to Common Benefit Counsel and Individually Retained Counsel.

1

The only amount disbursed from the holdback amount was a payment to the Court approved CPA of $6,780.

### A. Settlement Administrator Fees and Expenses.

The holdback amount included $500,000 for estimated fees and expenses. To date, the Settlement Administrator has incurred a total of $149,027 in fees and expenses, and anticipates incurring additional fees expenses as part of the wind down process. In the interest of achieving finality and winding down the Knauf Attorney Fee QSF in tax year 2020, the Settlement Administrator has estimated that the total fees and expenses will be $200,000. The remaining $300,000 in funds held back for fees and expenses can be re-allocated among eligible Individually Retained Counsel.

### B. Tax Preparation Fees.

The Settlement Administrator has filed tax returns for tax year 2019 and will need to file a final tax return for tax year 2020. The holdback amount included $10,000 for tax preparation fees in 2019 and $10,000 for 2020. The Settlement Administrator respectfully requests that these funds be released to the Settlement Administrator to pay tax preparation fees for 2019, and to pre-pay tax preparation fees for 2020. The total amount to be disbursed for tax preparation fees is $20,000.

### C. 1099 Processing and Mailing.

The Settlement Administrator issued 1099s for disbursals made in 2019, and will need to issue a second round of 1099s to cover this second distribution of fees. The holdback amount included $50,000 to cover processing and mailing, all of which will be necessary to cover the cost of processing, printing, and postage two rounds of 1099s.

The total amount proposed for fees and expenses is $270,000, which represents 0.13% of the total amount of the Knauf Attorney Fee QSF. Table 1 shows a summary of the amounts held back for fees and expenses, and the amounts now requested to be disbursed for fees and expenses.

| Table 1. Knauf Attorney QSF Fees and Expenses | | |
|---|---|---|
| Category | Holdback Amount | Disbursement Amount |
| 2019 Tax Preparation Fees | $10,000.00 | $10,000.00 |
| 2020 Tax Preparation Fees | $10,000.00 | $10,000.00 |
| Estimated Administrative Fees | $500,000.00 | $200,000.00 |
| 1099 Processing and Mailing | $50,000.00 | $50,000.00 |
| Total | $570,000.00 | $270,000.00 |

**II. Re-Allocation of Certain Attorney Fee Funds.**

When calculating Individually Retained fee amounts, the Settlement Administrator included a fee payment to a firm for work related to the Villa Lago Settlement, but subsequently determined that the Settlement Agreement applicable to that settlement included a waiver of all attorney fees. The Settlement Administrator has determined that the funds allocated to this firm should be added to the unused holdback amounts and disbursed on a pro rata basis. The amount to be re-allocated is $1,004,938.72.

**III. Second Distribution of Knauf Attorney Fees**

The total amount to be disbursed amount Individually Retained Counsel in this second distribution is $1,434,102.22, which includes the amounts to be re-allocated as detailed above and interest earned by the QSF. The pro rata amounts for each firm are listed on Exhibit A.

The Settlement Administrator proposes issuing pro rata payments to Individually Retained counsel by wire, which is the same manner as the initial fee disbursement. This disbursal will be

subject to 1099 reporting requirements and the Settlement Administrator will issue 1099s in early 2021.

### IV. Transfer of Remaining Funds to the Registry of the Court.

In order to avoid the obligation to file a tax return in 2022 for tax year 2021, the Settlement Administrator requests authorization to transfer any funds still held in the Knauf Attorney Fee QSF as of December 18, 2020 into the Registry of the Court, and to take all steps necessary to close the Knauf Attorney Fee QSF in 2020. The Settlement Administrator will provide a detailed accounting of all funds transferred to the Registry and will assist with any tasks necessary to disburse the funds from the Registry.

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve the wind down of the Knauf Attorney Fee Fund as detailed above.

Respectfully submitted,

   /s/ Jacob Woody
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*