| Row | Law Firm | Pro Rata Share of Second Disbursement |
|---|---|---|
| 1. | Akerman LLP | $2,469.77 |
| 2. | Allison Grant, P.A. | $56,982.42 |
| 3. | Alton C. Hale, Jr., P.A. | $16.37 |
| 4. | Antin Law Firm | $184.48 |
| 5. | Aronfeld Trial Lawyers; WHITFIELD BRYSON & MASON LLP | $2,479.78 |
| 6. | Jeffrey P. Mauro LLC (BADDLEY & MAURO, LLC) | $1,050.35 |
| 7. | Baron & Budd P.C. | $51,900.26 |
| 8. | Baron & Budd/Allison Grant | $125,131.95 |
| 9. | Barrett Law Group, PA | $2,665.81 |
| 10. | BARRIOS KINGSDORF & CASTEIX, LLP | $14,248.65 |
| 11. | Beavers Law Firm, Inc. | $30.65 |
| 12. | BECKER & POLIAKOFF | $149.11 |
| 13. | Becnel Law Firm, LLC | $35,719.08 |
| 14. | BEEVERS & BEEVERS, L.L.P. | $8.91 |
| 15. | BELT & BRUNER, P.C. | $28.07 |
| 16. | Bencomo & Associates | $215.28 |
| 17. | BERNIARD LAW FIRM, L.L.C | $2,662.91 |
| 18. | Berrigan Litchfield, LLC | $436.23 |
| 19. | Billing, Cochran, Lyles, Mauro & Ramsey, P.A. | $1,515.41 |
| 20. | Blizzard & Nabers | $358.42 |
| 21. | BOGGS LOEHN & RODRIGUE | $137.14 |
| 22. | BOYLE, LEONARD & Anderson PA | $5.99 |
| 23. | BRINEY FORET CORRY | $38.78 |
| 24. | BRUNO & BRUNO, L.L.P. | $4,963.90 |
| 25. | Burgess Roberts, LLC | $468.87 |
| 26. | C. S. CHIEPALICH, P.C. | $2.77 |
| 27. | Campbell Partners, LLC (Campbell, Guin, et. al.) | $1,412.82 |
| 28. | Carey Danis & Lowe | $292.51 |

| Row | Law Firm | Pro Rata Share of Second Disbursement |
|---|---|---|
| 29. | Carol A. Newman, A Professional Law Corporation | $184.56 |
| 30. | Cheffy Passidomo PA | $78.86 |
| 31. | Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, LLP | $381.08 |
| 32. | COLEMAN, HAZZARD & TAYLOR, PA | $46.84 |
| 33. | Collins & Horsley, P.C. (Art Edge PC) | $30,896.90 |
| 34. | Collins & Horsley, P.C.; Law Offices of Joe Buffington | $8,413.26 |
| 35. | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $64,568.87 |
| 36. | Colson Hicks Eidson, P.A. | $98,662.00 |
| 37. | Cuneo Gilbert LaDuca LLP | $70.57 |
| 38. | Daigle, Fisse, & Kessenich, PLC | $212.32 |
| 39. | Daniell, Upton & Perry, P.C. | $55.20 |
| 40. | Davis & Duncan, LLC | $24.50 |
| 41. | Degan, Blanchard & Nash, APLC | $3,409.04 |
| 42. | deGravelles, Palmintier, Holthaus & Fruge' | $1,948.30 |
| 43. | Derrevere, Hawkes, Black & Cozad | $143.06 |
| 44. | Donna M. Borrello, LLC | $797.72 |
| 45. | Donohue Patrick & Scott, P.L.L.C. | $1,100.04 |
| 46. | Doyle Law Firm, PC | $87,741.53 |
| 47. | Ellis, Ged & Bodden, P.A | $22.20 |
| 48. | Sanders & Williams, LLC | $158.95 |
| 49. | F. Gerald Maples, P.A. | $236.18 |
| 50. | F. PAGE GAMBLE, P.C. | $53.17 |
| 51. | Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P.A. | $325.56 |
| 52. | Gainsburgh, Benjamin, David, Meunier & Warshauer,LLC | $21,154.76 |
| 53. | Galante & Bivalacqua, LLC | $16.28 |
| 54. | Gentle, Turner, Sexton & Harbison, LLC | $9,789.28 |
| 55. | Gentle, Turner, Sexton & Harbison, LLC; WHITFIELD BRYSON & MASON L | $15,586.51 |
| 56. | Geoffrey C. Bennett, P.A. | $107.92 |

| Row | Law Firm | Pro Rata Share of Second Disbursement |
|---|---|---|
| 57. | Geraghty, Dougherty & Stockman, P.A. | $282.10 |
| 58. | Givner Law Group | $89.01 |
| 59. | GOULD COOKSEY FENNELL | $4,789.47 |
| 60. | GreenspoonMarder, P.A. | $352.09 |
| 61. | HAWKINS GIBSON PLLC | $11,593.47 |
| 62. | Hawthorne Law Firm, LLC | $383.30 |
| 63. | Henderson, Franklin, Starnes & Holt, P.A. | $41.54 |
| 64. | Grady J. Flattmann, Attorneys at Law, LLC (Henry Dart Attorneys at Law) | $228.96 |
| 65. | Herman, Herman & Katz, L.L.C. | $36,945.57 |
| 66. | Higley & Szabo (Shutts & Bowen, LLP) | $452.78 |
| 67. | HOLSTON VAUGHAN LAWYERS LLC | $2,731.31 |
| 68. | Howard F. Ullman, P.A. | $90.33 |
| 69. | Hymel Davis & Petersen, LLC | $1,926.74 |
| 70. | Irpino Law Firm LLC | $1,387.37 |
| 71. | J. Scott Gunn, P.A. | $215.13 |
| 72. | James Hoyer, P.A. | $334.72 |
| 73. | Johnson Law Group | $345.05 |
| 74. | Johnson, Ratliff & Waide, PLLC | $265.19 |
| 75. | Jones Walker LLP | $477.33 |
| 76. | KATZ & ASSOCIATES PL | $12.75 |
| 77. | Krupnick Campbell Malone Buser Slama Hancock  P.A. | $92,481.94 |
| 78. | Landskroner - Grieco - Merriman, LLC | $41.16 |
| 79. | Law Office of Peyton B. Burkhalter | $258.77 |
| 80. | Law Office of Wayne J. Jablonowski, APLC | $200.72 |
| 81. | Law Offices of Alex T. Barak, P.A. | $241.51 |
| 82. | Law Offices of Gregg M. Horowitz, PA | $271.87 |
| 83. | LAW OFFICES OF RICHARD J. SERPE, PC | $212.99 |
| 84. | Law Offices of Robert A. Stutman, P.C. | $11.51 |

| Row | Law Firm | Pro Rata Share of Second Disbursement |
|---|---|---|
| 85. | Law Offices of Robert G. Harvey, Sr. | $285.82 |
| 86. | Law Offices of Sidney D. Torres III | $2,560.15 |
| 87. | Law Offices of Stephen K. Hachey, P.A. | $24.50 |
| 88. | Law Offices of Wayne E. Ferrell Jr., PLLC | $6.74 |
| 89. | Lee & Amtzis, P.L. | $5.08 |
| 90. | Lemmon Law Firm | $1,436.32 |
| 91. | Lestelle & Lestelle APLC | $145.70 |
| 92. | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor P.A | $12,937.23 |
| 93. | Licciardi Law Office | $456.01 |
| 94. | Liskow and Lewis | $652.47 |
| 95. | Lucas|Magazine | $1,924.82 |
| 96. | ML Sunkel LLC | $6.13 |
| 97. | Martzell, Bickford & Centola APC | $8,649.36 |
| 98. | McCallum, Hoaglund & Irby, L.L.P. | $34,068.20 |
| 99. | McCallum, Hoaglund & Irby, L.L.P.; WHITFIELD BRYSON & MASON LLP | $15,305.80 |
| 100. | McInnis Law Firm, LLC | $425.46 |
| 101. | Michael L. Fondren, PC | $417.43 |
| 102. | Michael R. Delesdernier | $216.96 |
| 103. | Mills Paskert Divers | $13.92 |
| 104. | Moeller Law Firm, LLC | $2.11 |
| 105. | Moffa & Breuer, PLLC | $447.92 |
| 106. | Morgan & Morgan, FT. Myers, PLLC | $66,589.10 |
| 107. | Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. | $33,070.07 |
| 108. | Murphy, Rogers, Sloss, Gambel & Tompkins | $1,716.38 |
| 109. | Norton, Hammersley, Lopez & Skokos, P.A. | $1,513.69 |
| 110. | O'Steen Law Group | $8,147.96 |
| 111. | Parker Waichman LLP | $68,209.67 |
| 112. | Pasley & Nuce, LLC | $112.00 |

| Row | Law Firm | Pro Rata Share of Second Disbursement |
|---|---|---|
| 113. | Paul A Lea, Jr. APLC | $14,435.80 |
| 114. | DARRIN M. PHILLIPS, P.A. d/b/a PHILLIPS LAW FIRM | $907.72 |
| 115. | PITA & DEL PRADO | $1,479.90 |
| 116. | PITTMAN, DUTTON & HELLUMS, P.C. | $6,893.87 |
| 117. | Pivach, Pivach, Hufft, Thriffiley & Dunbar, L.L.C. | $1,002.35 |
| 118. | Podhurst Orseck, P.A. | $913.39 |
| 119. | Ponnock Law, PLC | $46.04 |
| 120. | Pujol, Pryor and Irwin, LLC | $367.73 |
| 121. | REEVES & MESTAYER | $66,251.88 |
| 122. | REICH & BINSTOCK, LLP | $20,185.44 |
| 123. | Robbins Geller Rudman & Dowd LLP | $24.50 |
| 124. | Roberts & Durkee PA / Milstein Jackson Fairchild & Wade, LLP | $46,448.99 |
| 125. | Roger E. Bloomfield | $24.50 |
| 126. | Rosenbaum PLLC | $1,757.11 |
| 127. | Saiber Attorneys At Law | $623.71 |
| 128. | Schutt Law Firm PA | $102.76 |
| 129. | SEALE & ROSS | $754.28 |
| 130. | Seeger Weiss LLP | $515.29 |
| 131. | Shumaker, Loop & Kendrick LLP | $13.64 |
| 132. | Siegfried Rivera | $7,499.72 |
| 133. | Simon & Sigalos, LLP | $1,444.73 |
| 134. | Simon, Peragine, Smith & Redfearn, LLP | $165.59 |
| 135. | Sivyer Barlow & Watson, P.A. | $7.63 |
| 136. | Steckler LLP | $1,286.01 |
| 137. | Strom Law Firm, L.L.C. | $46.62 |
| 138. | Sutton Law Group, P.A. | $63.18 |
| 139. | Talbot, Carmouche & Marcello | $268.79 |
| 140. | Taylor Martino, P.C. | $19,392.03 |

| Row | Law Firm | Pro Rata Share of Second Disbursement |
|---|---|---|
| 141. | Taylor, Porter, Brooks & Phillips LLP | $57.94 |
| 142. | The Andry Law Group, L.L.C. | $195.50 |
| 143. | The Hand Law Firm, APLC | $76.10 |
| 144. | The Lambert Firm, PLC | $17,181.12 |
| 145. | The Lane Law Firm, P.L.L.C f/k/a MIDDAGH & LANE, P.L.L.C. | $2,250.29 |
| 146. | THE LAW OFFICE OF TIMOTHY H. NICHOLS, PLLC | $136.40 |
| 147. | The Law Offices of Travis R. Walker, P.A. | $602.79 |
| 148. | The Singleton Law Firm | $400.95 |
| 149. | Thornhill Law Firm | $9,424.91 |
| 150. | TOXIC LITIGATION GROUP stuart barasch, atty | $338.40 |
| 151. | Trenam Kemker Scharl Barkin Frye O'neill & Mullis P.A | $85.88 |
| 152. | Vargas Gonzalez Hevia Baldwin, LLP | $974.30 |
| 153. | Vaughn & Bowden PA | $6,731.57 |
| 154. | Viles & Beckman L L C | $565.69 |
| 155. | VM Diaz & Partners, LLC | $20,504.65 |
| 156. | Walters, Papillion, Thomas, Cullens LLC | $2,247.39 |
| 157. | Mikal C. Watts, P.C.  (Watts Hilliard LLC) | $1,413.97 |
| 158. | Weisberg & Associates PA | $303.67 |
| 159. | WHITFIELD BRYSON & MASON LLP | $102,473.43 |
| 160. | Willis & Buckley | $613.36 |
| 161. | Smiley Law Firm, LLC (Wolfe Law Group, LLC) | $2,235.41 |
| 162. | Yance Law Firm, LLC | $4,537.76 |
| 163. | BINEGAR CHRISTIAN, LLC | $53.70 |
| 164. | Total | $1,434,102.22 |