UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : | MDL NO. 2047 <br><br> SECTION: L |
| This Document Relates to All Cases | : <br> : | JUDGE FALLON |
| ............................................................. | : | MAG. JUDGE WILKINSON |

### ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION TO WIND DOWN THE KNAUF ATTORNEY FEE QSF

Considering the Settlement Administrator's Motion to Wind Down the Knauf Attorney Fee QSF;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and the Settlement Administrator is ORDERED to

1) Pay of administrative fees and expenses associated with administering the Knauf Attorney Fee QSF;

2) Disburse remaining Individually Retained Counsel funds to firms on a pro rata basis;

3) Pay any funds held by the Settlement Administrator as of December 18, 2020 into the registry of the Court; and

4) Close the Knauf Attorney Fee QSF before January 1, 2021.

New Orleans, Louisiana, this ___ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge