**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 23, 2020**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | * * * * | MDL Docket No. 2047  SECTION L |
| This document relates to All Cases | * * * * | JUDGE FALLON  MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A telephonic status conference was held on this date from the Chambers of District Judge Eldon E. Fallon. Plaintiff and defense lead and liaison counsel participated, including Lenny Davis, Christy Eikhoff, Jimmy Doyle, Kerry Miller, Harry Rosenberg, James Stengel, Sandra Duggan, Danny Dysart, and Marc Shapiro. The Court addressed the parties' disagreement regarding the remaining *Bennett* cases. The Court stated that it plans to retain jurisdiction over the Louisiana-based *Bennett* cases and transfer any that do not belong in the Eastern District to the correct Louisiana district pursuant to 28 U.S.C. § 1404. The Court will then suggest remand for the rest of the *Bennett* cases. The parties agreed that the Court will need to first sever the remaining Louisiana *Bennett* cases. The parties also discussed the two jointly-proposed Case Management Orders which address the remaining *Amorin* and *Brooke* plaintiffs. Defendants' counsel explained that it plans to oppose Plaintiffs' motion to amend the *Brooke* complaint, so the Court will need to rule on this before issuing the CMO. The Court reminded the parties that the next status conference will be held on December 8, 2020 at 9:00 AM CT. The parties are instructed to use the same dial-in information.

JS10(00:14)