UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (2) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * | |

## ORDER

The Court is preparing to suggest remand for the remaining active *Bennett* claims in the above-captioned lawsuit. Before suggesting remand, the Court will sever the claims of those plaintiffs with affected property in Louisiana. The Court will retain jurisdiction over plaintiffs with affected property in the Eastern District and transfer cases involving property outside of this district to the appropriate Louisiana district pursuant to 28 U.S.C. § 1404. Accordingly,

**IT IS HEREBY ORDERED** that the claims of plaintiffs Bholanath & Prabha Dhume, Nathan Junius, Scott & Kim Armstrong, Bonnie & Carl Cordier, Melinda Milam & Clayton Latimer, Carole Bonney, Cathey & Tommy Gueydan, Funches O. & Sharese Matthews Dixon, Jawad & Fatme Gharib, and Jacques & Sarah Brousseau be and are severed from the above-captioned action.

**IT IS FURTHER ORDERED** that within fourteen (14) days of this Order's issuance, Plaintiffs' counsel shall file amended complaints with respect to these plaintiffs. The caption of the amended complaints shall contain only the names of the individual plaintiffs whose claims have been severed and the defendants that are the subject of that specific claim. Upon filing of the amended complaints, the Clerk of Court shall issue individual civil action numbers for the

plaintiffs to proceed apart from the above-captioned action, but the claims shall remain consolidated in MDL 09-2047 until further action.

New Orleans, Louisiana, this 23rd day of November 2020.

                                                   Hon. Eldon E. Fallon
                                                 United States District Court