UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           SECTION: L
LITIGATION

_____

THIS DOCUMENT RELATES TO:

                                     JUDGE ELDON FALLON
*Stephen and Diane Brooke, individually,*
*et al. v. The State-Owned Assets Supervision*          MAG. JUDGE NORTH
*and Administration Commission of the*
*State Council, et al.,* 2:15-cv-004127-EEF-MBN

_____

## <u>MOTION FOR LEAVE TO AMEND FILING</u>

The undersigned counsel filed a motion for leave to amend the complaint in this action on November 16, 2020 (Doc. 22971). A proposed amended complaint was attached to that motion as an exhibit. After several meet and confers between counsel, the issues regarding the contents of that proposed amended complaint have been resolved.

The Exhibit to this motion, titled "[Proposed] Amended Complaint" is a reflection of the parties' agreements regarding the clear identification of remaining parties, the narrowing of claims for Louisiana plaintiffs, and the removal of CNBM Group as a named defendant. Plaintiffs request leave to amend its previous filing and substitute this version of the [Proposed] Amended Complaint for that filed in Doc. 22971. Should this Court grant leave both in this instance and with regard to Doc. 22971, the Exhibit to this motion would be the version filed into the record. This motion is without opposition by Defendants.

Respectfully submitted:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs Barbara Alfonso,*
*Bessie Barnett, Kerry Barre, Gwendolyn*
*Bierria, Joseph Bourlet, Gregory Cross,*
*Stephanie Fortenberry, Greater NOLA*
*Homes, LLC, and Howard Jones*


/s/ Kevin O'Bryon
Kevin O'Bryon (LSBA#10151)
O'BRYON & SCHNABEL, PLC
935 Gravier Street, Suite 900
New Orleans, LA 70112
Tele: (504) 799-4200
Fax: (504) 799-4211
kob@obryonlaw.com

*Attorney for Plaintiffs Terrence Ross and*
*Rhonda Ross*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Motion For Leave To Amend Filing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Taishan-BNBM-CNBM Defendants' Liaison Counsel, Harry Rosenberg, and Knauf Defendants' Liaison Counsel, Kerry Miller, by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, followed by electronically filing of the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, which will send a notice in accordance with the procedures established in MDL 2047, on this 25th day of November, 2020.


/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
jimmy@doylefirm.com