UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           SECTION: L
LITIGATION

_____

THIS DOCUMENT RELATES TO:

*Stephen and Diane Brooke, individually,*          JUDGE ELDON FALLON
*et al. v. The State-Owned Assets Supervision*
*and Administration Commission of the*            MAG. JUDGE NORTH
*State Council, et al.,* 2:15-cv-004127-EEF

_____

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend Filing, it is hereby

ORDERED that said motion is GRANTED.   Plaintiffs' new version of the proposed amended

complaint, filed without opposition on November 25, 2020, will be accepted by this Court and

will be the Amended Complaint filed into the record if this Court grants the leave previously

sought in Doc. 22971.


New Orleans, Louisiana, this _____ day of November, 2020.


_____
Eldon E. Fallon
United States District Court Judge