UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Ronald & Leslie Bogard v. Knauf Gips, KG, et al.,*   2:20-cv-03199-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Ronald & Leslie Bogard hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order & Reasons (R. Doc. No. 22823), dated and entered May 12, 2020, which granted Defendants Knauf Gips, KG and Knauf Plasterboard Tianjin Company, Ltd.'s Motion for Summary Judgment in the above-referenced matter, and from any and all prior orders and opinions embodied therein or upon which the Order & Reasons were based.

Respectfully submitted,

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC