UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     SECTION: L
LITIGATION

―――――――――――――――――

THIS DOCUMENT RELATES TO:

*Stephen and Diane Brooke, individually,*   JUDGE ELDON FALLON
*et al. v. The State-Owned Assets Supervision*
*and Administration Commission of the*   MAG. JUDGE NORTH
*State Council, et al.,* 2:15-cv-004127-EEF

―――――――――――――――――

## ORDER

   Having been advised by Defendants' counsel that Defendants consent to Plaintiffs'

Motion for Leave to Amend Filing, R. Doc. 22981;

   **IT IS HEREBY ORDERED** that said motion is **GRANTED**.  Plaintiffs' updated

version of the proposed amended complaint will be accepted by this Court and substituted as

the proposed complaint associated with Plaintiffs' motion for leave amend complaint, R.

Doc. 22971.

   New Orleans, Louisiana, this  30th  day of November, 2020.


           _____
           Eldon E. Fallon
           United States District Court Judge