UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*All cases.* | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Before the Court is James V. Doyle, Jr.'s Motion to Enroll attorney James V. Doyle, R. Doc. 22974. The Court has been advised that the James V. Doyle referred to in the motion is James V. Doyle, Sr., who works with James Doyle, Jr. and shares the same name. Accordingly;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to enroll Mr. Doyle, Sr. as an attorney in these MDL proceedings. Mr. Doyle, Sr. is instructed to contact the Clerk's Office to be advised of further paperwork required to complete the process.

New Orleans, Louisiana, this 30th day of November, 2020.

_____
Eldon E. Fallon
United States District Court Judge