UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, 2:15-cv-004127-EEF | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Considering Plaintiffs' Motion for Leave to Amend, R. Doc. 22971, and having been advised that the parties agreed upon the proposed amended complaint;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiffs' proposed Amended Complaint shall be filed individually into this Court's docket within ten (10) days of the entry of this Order.

New Orleans, Louisiana, this __1st__ day of _____December_____, 2020.

_____
Eldon E. Fallon
United States District Court Judge