UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PROPER PARTY

**COMES NOW**, the undersigned counsel, James V. Doyle, Jr. of Doyle Law Firm, PC, on behalf of the Estate of Cesar Augusto Jaramillo, to file this Motion to Substitute Proper Party and show the Court:

1. Cesar Augusto Jaramillo, Plaintiff in this action, died on December 22, 2019, at JFK Medical Center in Palm Beach County, Florida.

2. Maritza Jaramillo, the daughter of Cesar Jaramillo, will serve as the Personal Representative of the Estate of Cesar Jaramillo, with full powers to administer the estate.

3. Pursuant to Rule 25 of the Federal Rules of Civil Procedure, notice of Plaintiff Cesar Jaramillo's passing was provided to this Court via a Suggestion of Death (Doc. 22933) on August 7, 2020.

4. Following the filing of the Suggestion of Death, the family members of Cesar Augusto Jaramillo initiated the probate process and established the estate.

5. As with many courts during this COVID pandemic, the process has taken longer than normal, so an extension of time was requested (Doc. 22962) on November 2, 2020, and granted

by order of this Court (Doc. 22973) to file a motion to substitute the proper party on or before December 2, 2020.

6. The Estate of Cesar Augusto Jaramillo, through the undersigned counsel, requests an order allowing the Estate of Cesar Augusto Jaramillo to be substituted for Plaintiff Cesar Jaramillo as the proper party in this lawsuit.

**WHEREFORE**, the Estate of Cesar Augusto Jaramillo, by and through the undersigned counsel, requests an order from this Honorable Court approving the Estate of Cesar Augusto Jaramillo as the proper party in this lawsuit and for such further relief to which the Estate may be justly entitled.

DATED: December 1, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Substitute Proper Party has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of December, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC