UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of James V. Doyle, of Doyle Law Firm, PC, as additional counsel for Plaintiffs in the above-entitled action. Pursuant to Fed.R.Civ.P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon the undersigned.

/s/ *James V. Doyle*
James V. Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
Jim.Doyle@doylefirm.com

*Attorney for Plaintiffs*

DATED: December 2, 2020.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Taishan-BNBM-CNBM Liaison Counsel, Harry Rosenberg, and Knauf Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of December, 2020.

/s/ *James V. Doyle*

James V. Doyle
DOYLE LAW FIRM, PC