# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 13, 2020

Lyle W. Cayce
Clerk

—————————

No. 20-30326

—————————

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS
LIABILITY LITIGATION

**Certified as a true copy and issued
as the mandate on Dec 07, 2020**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

————————————————————————

PEGGY POWELL,

*Plaintiff—Appellant*,

*versus*

KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN COMPANY,
LIMITED,

*Defendants—Appellees.*

————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:20-CV-1436

————————————————————

Before DAVIS, STEWART, and DENNIS, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on
file.

No. 20-30326

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.