# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 07, 2020

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30326   In re: Chinese-Manufactured
                            USDC No. 2:09-MD-2047
                            USDC No. 2:20-CV-1436

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Majella A. Sutton, Deputy Clerk
                                       504-310-7680

cc:
    Mr. James Victor Doyle Jr.
    Mr. Daniel John Dysart
    Mr. Kerry J. Miller