# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  **SECTION "L"** |
| **This document relates to:**  14-cv-2722; 20-cv-3267; 20-cv-3268; 20-cv-3269; 20-cv-3261; 20-cv-3263; 20-cv-3264; 20-cv-3256; 20-cv-3258; 20-cv-3259; 20-cv-3265 | **JUDGE ELDON FALLON**  **MAGISTRATE MICHAEL B. NORTH** |

## PROPOSED ORDER

Considering the above and foregoing Motion to Strike Supplemental Claims in Amended Complaints filed by the Knauf Defendants;

**IT IS ORDERED** that the Motion is GRANTED and any supplemental claims in the Amended Complaints of plaintiffs, Bholanath & Prabha Dhume, Nathan Junius, Scott & Kim Armstrong, Bonnie & Carl Cordier, Melinda Milam & Clayton Latimer, Carole Bonney, Cathey & Tommy Gueydan, Funches O. & Sharese Matthews Dixon, Jawad & Fatme Gharib, and Jacques & Sarah Brousseau, inconsistent with R. Doc. 21334 and this Court's prior rulings are hereby STRICKEN.

New Orleans, Louisiana, this _____ day of _____, 202___.

_____
**HONORABLE ELDON E. FALLON**
**U.S. DISTRICT JUDGE**