**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 8, 2020**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE NORTH |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

A telephonic status conference was held on this date from the Chambers of Judge Eldon E. Fallon. A number of attorneys participated, including Christy Eikhoff, Jimmy Doyle, James Doyle, Sr., Kerry Miller, Harry Rosenberg, Matt Lawson, David Venderbush, Sandra Duggan, Danny Dysart, and Marc Shapiro. The Court provided an update on the status of the remaining *Bennett* cases and explained that it is prepared to suggest remand to the transferor court. Jimmy Doyle and Kerry Miller provided an update on the ongoing dispute to substitute the correct parties for Cesar and Ines Jaramillo, who are now deceased. After hearing their arguments, the Court explained that it will take Plaintiffs' pending motion under consideration and rule on it shortly. Ms. Eikhoff then provided an update on the Taishan settlement opt-out plaintiffs that remain before this Court. The Court set another status conference in January 2021 to check in with the parties. Accordingly,

**IT IS HEREBY ORDERED** that a telephonic status conference is **SCHEDULED** for January 8, 2021 at 9:00 AM. The Court will circulate the dial-in information with the appropriate parties.

JS10 (00:10)