# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 09, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-30596   In re: Chinese-Mft Drywall  
                  USDC No. 2:09-MD-2047  
                  USDC No. 2:13-CV-609

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Majella A. Sutton, Deputy Clerk  
504-310-7680

Mr. Stephen Jay Herman  
Ms. Carol L. Michel  
Mr. Edward P. Rowan