# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## PLAINTIFFS' MOTION TO EXTEND TIME TO SUBSTITUTE PARTIES

Plaintiffs hereby move this honorable court for a seven (7) day extension of time to move for the substitution of the administrator of the Estate of Cesar Augusto Jaramillo, appointed today, as a proper party in this case for Plaintiff Jaramillo. The purpose of this motion for an additional seven days is solely to allow the motion to substitute, also filed today, to be considered by this Court as timely filed when it takes the matter under submission. For the reasons provided in the memorandum accompanying this motion, Plaintiffs request an order granting an additional seven days, expiring on December 9, 2020, to be entered in this action. A proposed order is being offered herewith.

Per the local rules, the undersigned attempted a meet-and-confer via email today. Counsel for Defendants were nonresponsive to the undersigned counsel's communication regarding this motion; therefore, Plaintiffs cannot represent to this Court that the motion is unopposed.  A Notice of Submission is attached hereto setting oral arguments to be heard by this Court, if it desires, on January 6, 2021, at 9:00 am CST.

Respectfully submitted:

Dated: December 9, 2020.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Motion To Extend Time To Substitute Parties has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of November, 2020.


/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC