UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

Upon consideration of Plaintiffs' Motion To Extend Time to Substitute Parties, Plaintiffs' motion is hereby **GRANTED**. Plaintiffs shall have an additional 7 days to move this court to substitute the estate representatives for Cesar Jaramillo, with the deadline extended to December 9, 2020.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge