IN THE CIRCUIT COURT FOR
PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

CESAR AUGUSTO JARAMILLO
Deceased

File Number  502020CP005432XXXXSB

Division  IY

ORDER APPOINTING PERSONAL REPRESENTATIVE

(Intestate - Single)

On the Petition of MARITZA PINEDA JARAMILLO for administration of the Estate of CESAR AUGUSTO JARAMILLO, deceased, the court finding that the decedent died on December 22, 2019, and that MARITZA PINEDA JARAMILLO is entitled to appointment as Personal Representative by reason of being a surviving heir of the decedent, it is

ADJUDGED that MARITZA PINEDA JARAMILLO is appointed Personal Representative of the Estate of the decedent, and that upon taking the prescribed oath, filing designation of resident agent and acceptance, Letters of Administration shall be issued.

ORDERED THIS 9th day of December, 2020.

50-2020-CP-005432-XXXX-SB   12/09/2020
Charles E. Burton
Judge

_____
Circuit Judge

This estate shall be closed within __12__ months of this order, pursuant to Florida Probate Rule 5.400.

Page **1** of **1**