IN THE CIRCUIT COURT FOR
PALM BEACH COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF

CESAR AUGUSTO JARAMILLO
   Deceased

File Number    502020CP005432XXXXSB

Division    IY

LETTERS OF ADMINISTRATION
(Single Personal Representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, CESAR AUGUSTO JARAMILLO, a resident of Palm Beach County died on December 22, 2019, owning assets in the State of Florida, and

WHEREAS, MARITZA PINEDA JARAMILLO has been appointed Personal Representative of the Estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the Estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare MARITZA PINEDA JARAMILLO to be duly qualified under the laws of the State of Florida to act as Personal Representative of the Estate of CESAR AUGUSTO JARAMILLO, deceased, with full power to administer the Estate according to law; to ask, demand, sue for, sell real property, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the Estate will permit and law directs; and to make distribution of the Estate according to law.

WITNESS my hand and seal of this court this <u>9th</u> day of December, 2020.

50-2020-CP-005432-XXXX-SB    12/09/2020
Charles E. Burton
Judge

_____
Circuit Judge

This estate shall be closed within __12__ months of this order, pursuant to Florida Probate Rule 5.400.