UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## **ORDER**

Upon consideration of Plaintiff's Motion To Substitute Proper Party, it is hereby ORDERED that said motion is GRANTED. The Clerk of Court is hereby directed to substitute Maritza Pineda Jaramillo o.b.o. Estate of Cesar Augusto Jaramillo, for Plaintiff Cesar Jaramillo in this Court's record.

New Orleans, Louisiana, this _____ day of December, 2020.

_____
Eldon E. Fallon
United States District Court Judge