# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-MBN** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE NORTH** |

## MEMORANDUM IN SUPPORT OF
## PLAINTIFFS' MOTION TO SUBSTITUTE PROPER PARTY

Plaintiff Cesar Augusto Jaramillo passed away during the pendency of this action. A suggestion of death (Doc. 22933) was filed by Plaintiffs' counsel per Fed.R.Civ.P. 25 with this Court on August 7, 2020, within days of learning of Mr. Jaramillo's passing. The children of Mr. Jaramillo subsequently opened an estate in the Circuit Court of Palm Beach County, Florida, Probate Division, and followed the court's process for appointment of an estate representative.

Cesar Augusto Jaramillo, Plaintiff in this action, died on December 22, 2019, at JFK Medical Center in Palm Beach County, Florida. Maritza Pineda Jaramillo, the daughter of Cesar Jaramillo, will serve as the Personal Representative of the Estate of Cesar Jaramillo, with full powers to administer the estate. The Circuit Court for Palm Beach County, Florida, Probate Division, has entered an order on December 9, 2020, appointing her in this capacity. A copy of both the Order and Letters of Administration are attached hereto as exhibits.

In accordance with Rule 25 of the Federal Rules of Civil Procedure, notice of Plaintiff Cesar Jaramillo's passing was provided to this Court via a Suggestion of Death (Doc. 22933) by

Plaintiffs on August 7, 2020. Following the filing of the Suggestion of Death, the family members of Cesar Augusto Jaramillo initiated the probate process and established the estate. As with many courts during this COVID pandemic, the process has taken longer than normal, so an extension of time was requested (Doc. 22962) on November 2, 2020, and granted by order of this Court (Doc. 22973) to file a motion to substitute the proper party on or before December 2, 2020. Fed.R.Civ.P. 6 provides this court with the discretion to extend the 90 day period specified in Fed.R.Civ.P. 25, as necessary to allow the process of appointment in the probate court to be accomplished. Fed.R.Civ.P. 6 provides this court with the discretion to extend the 90 day period. "Rule 6(b) permits the court to extend the Rule 25 ninety-day period for good cause ***with or without motion***. Fed.R.Civ.P. 6(b)(1)(A)." *Broady v. Chatman*, 5:15-CV-303 (LJA-CHW), ROSS 11940625 at *1 (M.D. Ga. Jan. 11, 2018) (emphasis added); *citing Lizarazo*, 2017 WL 6629153, at *4.

Concurrent with the originally filed motion to substitute, Plaintiffs files a motion for an additional seven (7) day extension (Doc. 23023) to allow this motion to be considered as timely. Obviously, with the required re-filing of this motion per the Clerk of Court's directive, the Court may either allow this re-filing to relate back to the December 9th filing or extend the period for filing to December 14, 2020. As Broady v. Chatman provides, this Court may extend the filing period without motion as Fed.R.Civ.P. 6(b)(1)(A) allows.

Maritza Pineda Jaramillo o.b.o. Estate of Cesar Augusto Jaramillo, through the undersigned counsel, requests an order allowing her to be substituted for Plaintiff Cesar Jaramillo as the proper party in this lawsuit. Per the local rules, the undersigned attempted a meet-and-confer prior to the orginal filing on December 9, 2020. Counsel for Defendants were nonresponsive to the undersigned counsel's communication regarding this motion. A response

was received by Defense Counsel on December 10, 2020, but Defense counsel were non-committal regarding the motion or the requested extension; therefore, Plaintiffs cannot represent to this Court that the motions are unopposed.  A Notice of Submission is attached hereto setting oral arguments to be heard by this Court, if it desires, on January 6, 2021, at 9:00 am CST.

For the reasons contained herein, Maritza Pineda Jaramillo o.b.o. Estate of Cesar Augusto Jaramillo requests an order from this Honorable Court approving her substitution as the personal representative of the Estate of Cesar Augusto Jaramillo as the proper party in this lawsuit and for such further relief to which the Estate may be justly entitled.  Once this matter has been resolved, this Court will be in a position to remand the non-Louisiana claims to the Northern District of Alabama for further proceedings on the individual claims remaining in this action.

Respectfully submitted:

DATED:  December 14, 2020.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*