UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO WITHDRAW FILING, DOCUMENT 23007

A suggestion of death (Doc. 22933) was previously filed per Fed.R.Civ.P. 25 with this Court on August 7, 2020, within days of learning of Mr. Jaramillo's passing. The children of Mr. Jaramillo subsequently opened an estate in the Circuit Court of Palm Beach County, Florida, Probate Division, and followed the court's process for appointment of an estate representative.

On December 1, 2020, prior to the deadline to move this court to substitute parties and prior to the Probate Court of Palm Beach County, Florida, Probate Division, acting on the petition to appoint Ms. Maritza Pineda Jaramillo as the estate representative, Plaintiffs filed a motion to substitute the Estate of Cesar Augusto Jaramillo (Doc. 23007). As counsel for the defendants suggested during our status conference call on December 8, 2020, the personal representative of the estate and not the estate itself should be the proper party substituted for Mr. Cesar Jaramillo.

On the following day, December 9, 2020, the Probate Court in Palm Beach County, Florida, issued its Order appointing Maritza Pineda Jaramillo as the estate representative and also

issued Letters of Administration.  Those documents were filed with this Court  in support of a new motion to substitute her as the proper party in this action (Doc. 23024).  Appointment of Ms. Martitza Pineda Jaramillo would fully comport with both the federal rules and Florida law; consequently, Plaintiffs wish to withdraw its prior motion to substitute (Doc. 23007) and have this court only consider the new motion seeking substitution of Ms. Maritza Pineda Jaramillo for Plaintiff Cesar Jaramillo (Doc. 23027).

As noted in Plaintiffs' motion to substitute, adjustment of the proper party following Mr. Jaramillo's passing is the final issue to be resolved prior to remand of the remaining non-Louisiana claims in this action to the Northern District of Alabama.

Respectfully submitted:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*