# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-MBN** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE NORTH** |

## ORDER

Upon consideration of Plaintiff's Motion To Withdraw Filing regarding Document 23007, it is hereby ORDERED that said motion is GRANTED. The Clerk of Court is hereby directed to strike Document 23007 from this Court's record. The Court will consider only Plaintiffs' motion to substitute, identified as Document 23027, offering Maritza Pineda Jaramillo o.b.o. Estate of Cesar Augusta Jaramillo as the proper party, on the submission date of January 6, 2021.

New Orleans, Louisiana, this _____ day of December, 2020.

_____
Eldon E. Fallon
United States District Court Judge