UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering Plaintiffs' Motion To Extend Time to Substitute Parties, R, Doc. 23023.

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED**. Plaintiffs must move for the substitution of an estate representative for Cesar Jaramillo by **December 16, 2020**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Substitute Proper Party, R. Doc. 23007, is **DENIED IN PART.** The claims of plaintiff Ines Jaramillo against Defendants are hereby **DISMISSED** because Plaintiffs' counsel has not timely moved for the substitution of Ines Jaramillo. The Motion is **GRANTED IN PART** insofar as it relates to the proper substitution of Cesar Jaramillo.

New Orleans, Louisiana, this 14th day of December 2020.

_____
Eldon E. Fallon
United States District Court Judge