# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| ALL CASES ) ) ) ) ) ) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## MOTION FOR DISBURSEMENT OF FUNDS HELD IN THE REGISTRY OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

The "Bryson Group" (consisting of: Daniel K. Bryson, Whitfield Bryson, LLP, Whitfield, Bryson & Mason, LLP & Lewis & Roberts; Stephen W. Mullins, Luckey & Mullins, PLLC; Gary E. Mason, Mason, Lietz & Klinger, LLP & Mason, LLP; Joel Rhine, Rhine Law Firm, P.C., Lea, Rhine & Rosbrugh, PLLC; and Christopher L. Coffin, Pendley, Baudin & Coffin, LLP), request this Court to direct the Clerk of Court to distribute funds from the Registry of the Court for the United States District Court for the Eastern District of Louisiana (the "Registry") in the manner set forth herein.

1. The Bryson Group filed 46 cases outside of any Co-Counsel Agreement with.

2. The Bryson Group's Attorney Fees were held due to a dispute involving a Co-Counsel Agreement. That dispute has since been resolved through mediation and all parties have received their agreed upon fees.

3. The Bryson Group's Attorney Fees for the 46 cases were NOT subject to the Co-Counsel Agreement and is being held on deposit with Registry of the Court for the United States District Court for the Eastern District of Louisiana (the "Registry").

4. The Bryson Group requests that the court issue an order for the disbursement of the Attorney Fees for their 46 cases. The total to be disbursed to Bryson Group: $356,851.65 with payment to be made to "Pendley Baudin & Coffin, LLP Trust Account" and mail check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163.

5. Pursuant to Local Rule 67.3, Movants certify that they have provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the registry account.

WHEREFORE, for the reasons set forth herein, the Parties request disbursement of funds held in the Registry in the manner set forth herein.

Respectfully submitted this the 16th day of December, 2020.

FOR THE BRYSON GROUP:

| _s/ Daniel K. Bryson_____<br>Daniel K. Bryson<br>WHITFIELD BRYSON, LLP<br>PO Box 12638<br>Raleigh, NC 27605<br>Tel: (919) 600-5000<br>Dan@whitfieldbryson.com | __s/ Christopher L. Coffin_____<br>Christopher L. Coffin<br>PENDLEY BAUDIN & COFFIN, LLP<br>1100 Poydras Street, Suite 2505<br>New Orleans, LA 70163<br>Tel: (504) 355-0086<br>CCoffin@pbclawfirm.com |
|---|---|
| __s/ Joel R. Rhine_____ | __s/ Gary Mason_____ |

| | |
|---|---|
| Joel R. Rhine<br>RHINE LAW FIRM, PC<br>1612 Military Cutoff Rd, Suite 300<br>Wilmington, NC 28403<br>Tel: (910) 772-9960<br>JRR@rhinelawfirm.com | Gary Mason<br>MASON LIETZ & KLINGER, LLP<br>5101 Wisconsin Ave NW, Suite 305<br>Washington, DC 20016<br>Tel: (202) 429-2290<br>GMason@masonllp.com |
| __s/ Stephen Mullins_____<br>Stephen Mullins<br>LUCKEY & MULLINS, PLLC<br>1629 Government Street<br>Ocean Springs, MS 39564<br>Tel: (228) 875-3175<br>JackFish28@gmail.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing has been served upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 16th day of December, 2020.

*/s/ Daniel K. Bryson*
Daniel K. Bryson