**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
| DRYWALL PRODUCTS LIABILITY | ) | MDL NO. 2047 |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| ALL CASES | ) | JUDGE FALLON |
| | ) | |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |
| | ) | |

**[Proposed] ORDER GRANTING MOTION FOR  DISBURSEMENT FROM THE  IN THE REGISTRY OF THE COURT**

Considering the Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED.  The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $356,851.65 plus all interest earned, payable to "Pendley Baudin & Coffin, LLP Trust Account" and mail the check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163.

New Orleans, Louisiana this the _____ of December, 2020.

_____
Eldon E. Fallon
United States District Court Judge