UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Upon consideration of Plaintiff's Motion To Substitute Proper Party, R. Doc. 23027;

**IT IS HEREBY ORDERED** that said motion is **GRANTED**. The Clerk of Court is hereby directed to substitute Maritza Pineda Jaramillo o.b.o. Estate of Cesar Augusto Jaramillo, for Plaintiff Cesar Jaramillo in this Court's record.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Withdraw Document, R. Doc. 23028, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 16th day of December 2020.

_____
Eldon E. Fallon
United States District Court Judge