"Certification of Funds in the Registry"
PRINCIPAL. $6,531,163.80
Financial Deputy: K Laney  Date: 12-17-20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| ALL CASES | ) ) ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE REGISTRY OF THE COURT

Considering the Motion for Disbursement, R. Doc. 23040;

**IT IS HEREBY ORDERED** that the Motion for Disbursement is **GRANTED**. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $356,851.65 plus all interest earned, payable to "Pendley Baudin & Coffin, LLP Trust Account" and mail the check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163.

New Orleans, Louisiana this the 17th of December, 2020.

Eldon E. Fallon
United States District Court Judge