UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: | CHINESE MANUFACTURED DRYWALL PRODUCTS | ) MDL NO. 2047 )  ) ) SECTION: L ) |
| This Document Relates to all Cases | | ) JUDGE FALLON ) Mag. Judge Wilkinson |

## MOTION TO RELEASE FUNDS FROM REGISTRY COURT

On November 20, 2020, Honorable Eldon E. Fallon issued an Order granting Settlement Administrator's Motion to Wind Down Knauf Attorney Fee OSF.

Movant Law offices of Joseph William Buffington requests the Court Registry to disburse remaining individually retained counsel funds to his firm on a pro rata basis and pay and funds held by the Settlement Administrator as of December 18, 2020 into the registry of the Court. These motions are made in anticipation of closing the Knauf attorney fee QSF before January 1, 2021.

Funds in numerous cases in which Joseph Buffington is retained counsel have been in dispute among various attorneys since Spring of 2020. Although Buffington filed Motions and Affidavits during those proceedings, his firm has not been a formal party to the negotiations, mediations or arbitrations of the fee disputes, Buffington is still unaware of any settlement of the parties regarding those outstanding fees.

The Law Offices of Joe Buffington has an interest in numerous Chinese drywall cases as shown by the spreadsheets furnished by Brown Greer. Buffington

has represented dozens of CDW homeowners. To date, Buffington has received no fees or expenses whatsoever in these cases.

Buffington moves to receive a fair portion of the fees associated with the cases he is listed as an attorney of record.

In addition, Buffington asserts he is entitled to the normal amount of fees awarded to retained cousnel.

Buffington requests the Court to award any additional fees it deems appropriate.

                                Respectfully submitted,

                                /s/ Joseph W. Buffington
                                Joseph W. Buffington

OF COUNSEL:
Law Offices of Joseph Buffington, LLP (formerly)
Law Offices of Joe Buffington, LLP
12217 Sam Sutton Road
Coker, AL 35452
T: 205-200-1755
Email: buffingtonjoe9@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File & Service in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2057 on the 29th day of December, 2020.

/s/ Joseph W. Buffington
Joseph W. Buffington