UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * CIVIL ACTION * * MDL NO. 2047 * * SECTION L (5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Bennett, et al. v. Gebr. KnaufVerwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * |

### ORDER TRANSFERRING CASE

On November 23, 2020, the Court severed claims involving Louisiana property from the above-captioned action. R. Doc. 22980. The Court will retain jurisdiction over all but one of these claims because they relate to property situated in the Eastern District of Louisiana. Plaintiffs' and Defendants' counsel have stipulated to the fact that *Bennett* Plaintiffs Jacques and Sarah Brousseau's affected property is located in Baton Rouge, Louisiana, which is in the Middle District of Louisiana. The parties have consented to transfer of the Brousseau's claims to the Middle District of Louisiana pursuant to 28 U.S.C. § 1404. Accordingly,

**IT IS HEREBY ORDERED** that the severed claims of Jacques and Sarah Brousseau are **TRANSFERRED** to the Middle District of Louisiana for further proceedings pursuant to 28 U.S.C. § 1404.

New Orleans, Louisiana, this 22nd day of December 2020.

_____
United States District Judge