UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> Case Nos. 14-cv-2722; 20-cv-3267; 20-cv-3268; 20-cv-3269; 20-cv-3261; 20-cv-3263; 20-cv-3264; 20-cv-3256; 20-cv-3258; 20-cv-3259; 20-cv-3265 | JUDGE ELDON FALLON <br><br> MAGISTRATE MICHAEL B. NORTH |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF OMNIBUS MOTION TO STRIKE SUPPLEMENTAL CLAIMS IN AMENDED COMPLAINTS

**NOW INTO COURT,** through undersigned counsel, come Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who move this Court for an Order granting them leave to file a Reply Memorandum in support of the Omnibus Motion to Strike Supplemental Claims in Amended Complaints (Rec. Doc. 23018) filed against Plaintiffs severed from the Bennett action: Bholanath & Prabha Dhume, Nathan Junius, Scott & Kim Armstrong, Bonnie & Carl Cordier, Melinda Milam & Clayton Latimer, Carole Bonney, Cathey & Tommy Gueydan, Funches O. & Sharese Matthews Dixon, Jawad & Fatme Gharib, and Jacques & Sarah Brousseau.[1] The proposed reply, which is attached hereto, addresses arguments made by the plaintiffs in their Opposition (Rec. Doc. 23046).  The Knauf Defendants submit that the Reply Memorandum will assist the Court in resolving the Motion to Strike.

---

[1] Order severing claims (R. Doc. 22980). Although the Brousseau claim is in process of being transferred to the Middle District of Louisiana, the current motion was pending before this Court transferred the matter.

1

**WHEREFORE**, the Knauf Defendants request that this Court grant their Motion for Leave to File a Reply Memorandum in Support of the Omnibus Motion to Strike Supplemental Claims in Amended Complaints (Rec. Doc. 23018) and that the attached Reply Memorandum be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.310.0275
Email:   kmiller@fishmanhaygood.com
***Counsel for the Knauf Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 4th day of January, 2021.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**