UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

**ALL ACTIONS (except** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* **Civil Action No. 09-4115 (E.D. La.))**

## JOINT DESIGNATION OF RECORD

**COME NOW** the parties and jointly submit their designation of the record pursuant to the Fifth Circuit Court of Appeals' Order dated December 9, 2020. (Exh. A).

| | |
|---|---|
| **Rec. Doc. 17774** Order requiring Taishan Gypsum Co., Ltd. to appear in open court | **Rec. Doc. 18879** Taishan's Motion to Decertify the Class |
| **Rec. Doc. 17869** Order holding Taishan in contempt | **Rec. Doc. 18028** Findings of Fact and Conclusions of Law with Respect to Plaintiffs' Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3)<br>**Rec. Doc. 18028-1** Legal Notice |
| **Rec. Doc. 19559** Court's Findings of Fact and Conclusions of Law regarding January 8, 2016 Hearing | **Rec. Doc. 18086** Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and Request for Approval of Supplemental Notice |
| **Rec. Doc. 20668** Memorandum of Law in Opposition to the Substituted Motion of the Plaintiff Intervenors and the PSC to Enforce the Court's July 17, 2014 Contempt Order and Injunction | **Rec. Doc. 18405** Plaintiffs' Proposed Findings of Fact and Conclusions of Law |
| **Rec. Doc. 19526** Minute Entry of September 17, 2015 Telephone Status Conference | **Rec. Doc. 20688** Plaintiffs' Reply to Defendants' Oppositions to Plaintiff's Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction |
| **Rec. Doc. 17883** Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23 (b)(3) | |

| | |
|---|---|
| **Rec. Doc. 19035** May 28, 2015 Minute Entry | **Rec. Doc. 20824** PSC's Supplemental Submission of An Updated Class Plaintiffs' Spreadsheet of Taishan Properties with RS Means Factors, Costs per Square Foot, and Extended Costs in Connection with the Court's FOFCOL Related to the June 9, 2015 Damages Hearing Dated April 21, 2017 |
| **Rec. Doc. 19490** Taishan's Supplemental Class Damages Opposition | |
| **Rec. Doc. 19572** PSC's Opposition To Taishan's Motion to Decertify the Class | **Rec. Doc. 20887** PSC's Addition and Errata to PSC's Supplemental Submission of an Updated Class Plaintiffs' Spreadsheet of Taishan Properties with RS Mean Factors, Costs per Square Foot, and Extended Costs |
| **Rec. Doc. 20824** PSC's Updated Class Plaintiffs' Spreadsheet | **Rec. Doc. 20912** PSC's Submission of Updated Discovery Materials, Documents, and Other Information Regarding Plaintiffs' Claims against the Taishan Defendants |
| **Rec. Doc. 20875** PSC's Updated Class Plaintiffs' Spreadsheet | **Rec. Doc. 20952** PSC's Submission of Updated Discovery Materials, Documents, and Other Information Regarding Plaintiffs' Claims against the Taishan Defendants |
| **Rec. Doc. 19705 PSC's** Motion for Expedited Hearing on Setting Phased Individual Damage Trials against Taishan | **Rec. Doc. 20846** PSC's Analysis of All Taishan Claimants with Regard to Location of Their Properties |
| **Rec. Doc. 20634** PSC's Supplemental Brief in Support of Motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages and Proposed Trial Plan | **Rec. Doc. 20865** Builder Plaintiffs' Renewed Motion for Class Certification Against Taishan |
| **Rec. Doc. 20620** Taishan Defendants' Motion to Exclude Portions of Plaintiffs' Supplemental Brief in Support of Motion for Class Damages | **Rec. Doc. 20591** PSC's Supplement Omnibus Response in Opposition to Defendants' Motion to Dismiss |
| **Rec. Doc. 20625** PSC's Response to Taishan's Motion to Strike December 23, 2015 Declaration of Ronald E. Wright, P.E., and Taishan's Motion to Exclude Portions of Plaintiffs' Supplemental Brief in Support of Motion for Class Damages | **Rec. Doc. 20615** BNBM Response to the PSC's Supplement to Omnibus Response in Opposition to Defendants' Motion to Dismiss |
| **Rec. Doc. 20741** Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing | **Rec. Doc. 20739** Order and Reasons on the various Motions to Dismiss |

| | |
|---|---|
| **Rec. Doc. 20778** Taishan's Motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal Under Section 1292(b) | **Rec. Doc. 20627** CNBM's Motion to Decertify the Class Action |
| **Rec. Doc. 20824** Updated Class Plaintiffs' Spreadsheet of Taishan Properties with Verified Under Air Living Square Footage Pursuant to the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing Dated April 21, 2017 | **Rec. Doc. 20632** Taishan's Joinder in CNBM's Motion to Decertify the Class Action |
| **Rec. Doc. 20837** PSC's Errata to Submission of An Updated Class Plaintiffs' Spreadsheet of Taishan Properties | **Rec. Doc. 20675** Plaintiffs' Opposition to Taishan Defendants' Motion to Decertify the Class Pursuant to Rule 23(c)(1)(C). |
| **Rec. Doc. 20797** PSC's Reply in Further Support of Its Motion | **Rec. Doc. 20740** Order and Reasons |

| | |
|---|---|
| **Rec. Doc. 20776** Taishan's Motion for Access to Claims Support and for Evidentiary Hearings on Remediation Damages | **Rec. Doc. 20848** Taishan's Reply Memorandum in support of Taishan's Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages |
| **Rec. Doc. 20828** PSC's Response in Opposition to Taishan's Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages | **Rec. Doc. 20876** BNBM/CNBM's Proposed MDL Litigation Plan |

| | |
|---|---|
| **Rec. Doc. 20828** PSC's Response in Opposition to Taishan's Motion for Access to Claims Support | **Rec. Doc. 22297** Transcript of Status Conference on March 26, 2019 |
| **Rec. Doc. 20848** Taishan's Reply to PSC's Response to Motion for Access to Claims Support | **Rec. Doc. 22088** Transcript of Status Conference on January 30, 2019 |
| **Rec. Doc. 20880** CNBM's Motion to Compel Discovery from Plaintiffs | **Rec. Doc. 22015** Transcript of Status Conference on December 20, 2018 |
| **Rec. Doc. 20935** PSC's Memorandum in Opposition to Defendants' Supplemental Motion of Jurisdiction and Class Certification | **Rec. Doc. 21946** Transcript of Status Conference on October 16, 2018 |
| **Rec. Doc. 20548** Joint Report | **Rec. Doc. 21811** Transcript of Status Conference on September 27, 2018 |
| **Rec. Doc. 21000** PSC's Supplemental Memorandum Addressing *In Re Depuy Orthopaedics, Inc.* in Further Opposition to Defendants' Supplemental Motion on Jurisdiction and Class Certification | **Rec. Doc. 21602** Transcript of Status Conference on July 18, 2018 |
| **Rec. Doc. 21031** PSC's Second Memorandum in Further Opposition to | **Rec. Doc. 21419** Transcript of Status Conference on June 12, 2018 |

| | |
|---|---|
| Defendants' Supplemental Motion on Jurisdiction and Class Certification | |
| **Rec. Doc. 21038** Defendants' Supplemental Brief Addressing the Difference, If Any, Between a Mass Action and a Class Action in which Every Member is a Named Plaintiff | **Rec. Doc. 21256** Transcript of Status Conference on March 20, 2018 |
| **Rec. Doc. 21088** Order & Reasons | **Rec. Doc. 21165** Transcript of Status Conference on January 23, 2018 |
| **Rec. Doc. 20913** PSC's End Game Proposal | **Rec. Doc. 21098** Joint Report |
| **Rec. Doc. 20937** PSC's Supplement to End Game Proposal | **Rec. Doc. 21074** Transcript of Status Conference on October 12, 2017 |
| **Rec. Doc. 20923** CNBM and BNBM's MDL Issues List | **Rec. Doc. 20893** Transcript of Status Conference on August 3, 2017 |
| **Rec. Doc. 20928** Taishan's Suggestion of Next Steps in MDL Litigation | **Rec. Doc. 20844** Transcript of Status Conference June 27, 2017 |
| **Rec. Doc. 20938** CNBM and BNBM's Memorandum of Joinder | **Rec. Doc. 20804** Transcript of Status Conference on June 9, 2017 |
| **Rec. Doc. 21108** Order on Motion to Vacate | **Rec. Doc. 20743** Transcript of Status Conference on April 25, 2017 |
| **Rec. Doc. 22352** Transcript of Status Conference on October 31, 2019 | **Rec. Doc. 20700** Transcript of Status Conference on March 6, 2017 |
| **Rec. Doc. 22327** Transcript of Status Conference on September 24, 2019 | **Rec. Doc. 20645** Transcript of Status Conference on January 31, 2017 |
| **Rec. Doc. 22293** Transcript of Status Conference on July 25, 2019 | **Rec. Doc. 20555** Transcript of Status Conference on November 18, 2016 |
| **Rec. Doc. 22279** Transcript of Status Conference on June 29, 2019 | **Rec. Doc. 20526** – Transcript of Status Conference on October 20, 2016 |
| **Rec. Doc. 22254** Transcript of Status Conference on May 17, 2019 | **Rec. Doc. 20465** Transcript of Status Conference on August 25, 2016 |
| **Rec. Doc. 22230** Transcript of Status Conference on April 23, 2019 | **Rec. Doc. 20463** Transcript of Status Conference on July 27, 2016 |

| | |
|---|---|
| **Rec. Doc. 20468** Transcript of Hearing on May 5, 2016 | **Rec. Doc. 22942** Order Denying Claimants Frego & Nolte's Motion for Relief |
| **Rec. Doc. 20197** Transcript of Status Conference on March 22, 2016 | **Rec. Doc. 22314** Order Preliminarily Approving the Class Settlement Agreement with Taishan, Etc. |
| **Rec. Doc. 20005** Transcript of Status Conference on January 14, 2016 | **Rec. Doc. 22460** Order on Motion for Attorney Fees |
| **Rec. Doc. 19904** Transcript of Status Conference on December 7, 2015 | **Rec. Doc. 22882** Order and Reasons |

| | |
|---|---|
| **Rec. Doc. 19776** Rec. Doc 19335 Transcript of Hearing on November 16, 2015 | **Rec. Doc. 22788** Order and Reasons |
| **Rec. Doc. 19579** Transcript of Status Conference on October 7, 2015 | **Rec. Doc. 22312** SCC's Notice of Filing Master Spreadsheet of Known Settlement Class Member Claims |
| **Rec. Doc. 19531** Transcript of Status Conference on August 7, 2015 | **Rec. Doc. 20811** Plaintiffs' Motion to Intervene |
| **Rec. Doc 19335** Transcript of Hearing on July 14, 2015 | **Rec. Doc. 21056** Plaintiffs' Motion to Intervene |
| **Rec. Doc. 18764** Transcript of Status Conference on April 17, 2015 | **Rec. Doc. 21105** Plaintiffs' Motion to Intervene |
| **Rec. Doc. 18579** Transcript of Status Conference on March 26, 2015 | **Rec. Doc. 21163** Plaintiffs' Motion to Intervene |
| **Rec. Doc. 18386** Transcript of Status Conference on February 12, 2015 | **Rec. Doc. 21342** Plaintiffs' Motion to Intervene |
| **Rec. Doc. 18276** Transcript of Status Conference on January 22, 2015 | **Rec. Doc. 21599** Plaintiffs' Motion to Intervene |
| 5th Circuit Opinion - 00512636188 | **Rec. Doc. 21882** Plaintiffs' Motion to Intervene |
| **Rec. Doc. 18493** Minute Entry of March 17, 2015 | **Rec. Doc. 16225** Intervenor Complaint |
| **Rec. Doc. 10269** Order and Reasons Regarding Personal Jurisdiction Discovery | **Rec. Doc. 17883** Plaintiffs' Omnibus Motion for Class Certification |
| **Rec. Doc. 8310** Taishan Defendants' Supplemental Memorandum | Rec. Doc. 22937 Claimants Valentine & Kim Frego's and Fred L. Nolte's Reply in Support of Their Motion for Relief Regarding the Court's Order Dated June 11, 2020 |
| **Rec. Doc. 22909** Claimants Valentine & Kim Frego and Fred L. Nolte's Motion for Relief Regarding the Court's Order Dated June 11, 2020 | **Rec. Doc 22304** Notice of Filing Allocation Model and Allocation Model |
| **Rec. Doc. 22930** Class Counsel Response to Motion by Frego & Nolte<br>Rec. Docs. 22930-1 through 22930-5— Exhibits A-E | **Rec. Doc. 22305** Motion for Preliminary Approval<br>**Rec. Doc 22305-2** Class Settlement Agreement<br>**Rec. Doc 22305-4** Class Notice |
| **Rec. Doc. 22312** Notice of Filing Master Spreadsheet<br>**Rec. Doc. 22312-1** Master Spreadsheet | **Rec. Doc. 22310** Notice of Filing Supplement to Allocation Model<br>**Rec. Doc. 22310-1** Supplement to Allocation Model |
| **Rec. Doc. 22928** Class Counsel Initial Response to Motion by Frego and Nolte | **Rec. Doc.22355** Notice of Filing of Revised Master Spreadsheet<br>**Rec. Doc. 22355-1** Revised Master Spreadsheet |

                                      Respectfully Submitted,
                                      TAYLOR MARTINO, P.C.,
                                      Attorney for the Claimants

                                      */s/ Edward P. Rowan*_____
                                      EDWARD P. ROWAN (Fed Bar ID ROWA3430)
                                      Post Office Box 894
                                      Mobile, Alabama 36601
                                      Phone: (251) 433-3131
                                      Email: ed@taylormartino.com

OF COUNSEL:
TAYLOR MARTINO, P.C.
455 St. Louis St.; Ste 2100
Mobile, Alabama  36602
(251) 433-331
(251) 433-4207 (Fax)

                                      */s/Stephen J. Jerman (with permission)*
                                      STEPHEN J. HERMAN (LA Bar No. 23129)
                                      Herman Herman & Katz, LLC
                                      820 O'Keefe Ave.
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 680-0554
                                      Email: sherman@hhklawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court using the MEC/ECF system which will send notifications to all counsel of record.

                                      /s/ Edward P. Rowan
                                      EDWARD P. ROWAN