# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CHINESE−MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                           MDL No. 2047

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Louisiana.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 05, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: CHINESE–MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION**  MDL No. 2047

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| LAE | 2 | 14–02722 | ALN | 5 | 14–02204 | Bennett et al v. Gebrueder Knauf Verwaltungsgesellschaft KG et al |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. KnaufVerwaltungsgesellschaft, KG, et al.*, No. 14-2722 | | |

**SUGGESTION OF REMAND, OPINION AND ORDER**

**I.    BACKGROUND**

From 2004 through 2006, the housing boom in Florida and rebuilding efforts necessitated by Hurricanes Rita and Katrina led to a shortage of construction materials, including drywall. As a result, drywall manufactured in China was brought into the United States and used to construct and refurbish homes in coastal areas of the country, notably the Gulf Coast and East Coast. Sometime after the installation of the Chinese drywall, homeowners began to complain of emissions of foul-smelling gas, the corrosion and blackening of metal wiring, surfaces, and objects, and the breaking down of appliances and electrical devices in their homes. *See In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, 894 F. Supp. 2d 819, 829–30 (E.D. La. 2012), *aff'd*, 742 F.3d 576 (5th Cir. 2014). Many of these homeowners also began to complain of various physical afflictions believed to be caused by the Chinese drywall.

These homeowners then began to file suit in various state and federal courts against homebuilders, developers, installers, realtors, brokers, suppliers, importers, exporters, distributors, and manufacturers who were involved with the Chinese drywall. As a result, many homebuilders also filed suit seeking to recoup their damages. Because of the commonality of facts in the various

cases, this litigation was designated as a multidistrict litigation. Pursuant to a Transfer Order from the United States Judicial Panel on Multidistrict Litigation on June 15, 2009, all federal cases involving Chinese drywall were consolidated for pretrial proceedings in MDL 09-2047 before this Court. The Chinese drywall at issue was largely manufactured by two groups of defendants: (1) the Knauf Entities and (2) the Taishan Entities. The litigation has focused upon these two entities and their downstream associates and has proceeded on strikingly different tracks for the claims against each group. Because the *Bennett* action only involves the Knauf Entities, the Court does not address the Taishan portion of the litigation in this Order.

## II.     PROCEDURAL HISTORY

### A.     *The Knauf Defendants*

The Knauf Entities are German-based, international manufacturers of building products, including drywall, whose Chinese subsidiary, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), advertised and sold its Chinese drywall in the United States. The Knauf Entities are named defendants in numerous cases consolidated with the MDL litigation and litigation in state courts. The Knauf Entities first entered their appearance in the MDL litigation on July 2, 2009. Thereafter, the Court presided over a bellwether trial in *Hernandez v. Knauf Gips KG*, Case No. 09-6050, involving a homeowner's claims against KPT for defective drywall. The Court found in favor of the plaintiff family in *Hernandez*, issued a detailed Findings of Fact and Conclusions of Law, and entered a Judgment in the amount of $164,049.64, including remediation damages in the amount of $136,940.46—which represented a remediation cost of $81.13 per square foot based on the footprint square footage of the house.

Subsequently, the Knauf Entities agreed to institute a pilot remediation program utilizing the remediation protocol formulated by the Court from the evidence in *Hernandez*. The Knauf

pilot remediation program is now completed and more than 2,200 homes containing KPT Chinese drywall have been remediated using the same general protocol.  At the Court's urging, the parties began working together to monetize this program and make it available to a broader class of plaintiffs.

On December 20, 2011, the Knauf Entities and the PSC entered into a global, class Settlement Agreement ("Knauf Settlement Agreement"), which was designed to resolve all Knauf-related, Chinese drywall claims. In addition to the Knauf Settlement Agreement and after a jury trial in a bellwether case, numerous defendants in the chain-of-commerce with the Knauf Entities entered into class settlement agreements, the effect of which settles almost all of the Knauf Entities' chain-of-commerce litigation.  The total amount of the Knauf Settlement is approximately $1.1 billion. Thereafter, additional claims were filed against Knauf and others, as in the instant case.

### III.    SUGGESTION OF REMAND

The instant suggestion of remand involves claims asserted by Plaintiffs who did not participate in the Knauf settlement. After managing this MDL for ten years, the Court concludes that the purpose behind consolidating these related actions in this Court have now been served. The Court has addressed numerous discovery disputes, dispositive motions, and other pretrial issues involving facts and legal questions common to the various cases in this MDL proceeding. No further pretrial motions raising common questions are pending in these cases, and remand to the transferor court appears to be in the interest of judicial efficiency and fairness to the parties.

This suggestion of remand relates to *Elizabeth Bennett, et al. v. Gebr. KnaufVerwaltungsgesellschaft, KG, et al*., No. 14-2722 ("Bennett Complaint"). On November 13, 2014, Elizabeth Bennett filed suit in the Northern District of Alabama on her own behalf and on

behalf of a nationwide class of similarly situated homeowners who allegedly suffered damages due to defective Chinese drywall in their homes. The Plaintiffs raised claims against the Knauf Entities for negligence, negligence *per se*, strict liability, breach of express and/or implied warranty, redhibition, violations of the Louisiana Products Liability Act, private nuisance, negligent discharge of a corrosive substance, unjust enrichment, violations of consumer protection laws, and equitable and injunctive relief and medical monitoring with respect to the manufacture of allegedly defective Chinese drywall. In January 2015, the Judicial Panel on Multidistrict Litigation transferred the case to the Eastern District of Louisiana and consolidated it with the *In re Chinese Manufactured Drywall Liability Litigation,* MDL 09-2047, currently pending before this Court. Upon learning that twenty-three *Bennett* plaintiffs planned to appeal the Court's Orders and Reasons granting summary judgment against them, the Court severed these cases so as not to delay the instant suggestion of remand. R. Doc. 22967.

Given the extensive motions practice that has occurred in this MDL, the Court finds it appropriate to transfer the remaining *Bennett* cases to the transferor court. *See* Attachment A. This Court recognizes that parties may still need to conduct some discovery before trial. Nevertheless, this discovery is case-specific, so it should be supervised by the transferor court. This Court has worked diligently for the past ten years, and transferor court and parties are now equipped with abundant resources to steer these cases to a fair and just conclusion. In particular, this Court has denied class certification of the purported *Bennett* class action. R. Docs. 22528. At this point in the litigation, centralizing these cases has minimal benefit to parties; local courts are well-suited to evaluate the losses incurred by the Plaintiffs.

**V.     CONCLUSION**

Based on the foregoing reasons and pursuant to Rule 10.1(b)(i) of the Rules of the Judicial Panel on Multidistrict Litigation, the Court **SUGGESTED** that the remaining *Bennett* cases listed in Attachment A be remanded to the transferor court for further proceedings. The Court submitted this suggestion to the Judicial Panel on Multidistrict Litigation by means of the attached letter. *See* Attachment B.

**IT IS SO ORDERED.**

New Orleans, Louisiana, this 18th day of December 2020.

_____
**ELDON E. FALLON**
United States District Judge

5

## Bennett - Active Claims

| Claimant | Address | District Court |
|---|---|---|
| Robert & Stephanie Amuso | 9461 Ambrose Lane Kimberly, AL 35091 | Northern District of Alabama |
| Carl & Lynn Russell | 5427 Creekside Lane Hoover, AL 35244 | Northern District of Alabama |
| Elizabeth Bennett | 102 Morningwalk Lane Huntsville, AL 35824 | Northern District of Alabama |
| Jennifer & William Brady | 2089 Knollwood Place Birmingham, AL 35242 | Northern District of Alabama |
| Hoan Bao & Hanh Bich Thi Tran | 1008 Washington Court Moody, AL 35004 | Northern District of Alabama |
| Damian & Leslie Marie Cason | 124 Arbor Hill Lane Huntsville, AL 35824 | Northern District of Alabama |
| David & Dahnelle Reynolds | 101 Spotted Fawn Road Madison, AL 35758 | Northern District of Alabama |
| Ike & Nancy Ijemere | 7012 Eagle Point Trail Birmingham, AL 35242 | Northern District of Alabama |
| Jason Scott | 149 Silo Hill Road Madison, AL 35758 | Northern District of Alabama |
| Katie & Jason Hallmark | 775 Ridgefield Way Odenville, AL 35120 | Northern District of Alabama |
| Booker & Terri Lee | 3258 Clubhouse Road Mobile, AL 36605 | Southern District of Alabama |
| Michael & Becky Chedester | 10955 West Brighton Drive Chunchula, AL 36521 | Southern District of Alabama |
| Olivia & Les Porciuncula | 339 SW Wilton Avenue Palm Bay, FL 32908 | Middle District of Florida |
| James Blevins | 2636 SE 19th Place Cape Coral, FL 33904 | Middle District of Florida |
| John & Rebecca Judge | 2618 50th Street West Lehigh Acres, FL 33971 | Middle District of Florida |
| Cesar & Ines Jaramillo | 5301 Nicklaus Drive Winter Haven, FL 33884 | Middle District of Florida |
| Abigail Cohen | 20305 Chestnut Grove Drive Tampa, FL 33647 | Middle District of Florida |
| Anjali Van Drie | 4101 NW 22nd Street Cape Coral, FL 33993 | Middle District of Florida |
| Edward Laremore | 7018 Pilgrim Court Labelle, FL 33935 | Middle District of Florida |
| CDO Investments, LLC | 25409 Durango Court Punta Gorda, FL 33955 | Middle District of Florida |
| MCF Enterprises, Inc. | 8554 Pegasis Drive Lehigh Avenue, FL 33971 | Middle District of Florida |
| Christopher & Julianne Kopach | 20318 Chestnut Grove Drive Tampa, FL 33647 | Middle District of Florida |
| Marie Y. Lorquet | 284 James Circle Lake Alfred, FL 33850 | Middle District of Florida |
| Vince & Rose Russo | 9800 Quinta Artesa Way Ft. Myers, FL 33908 | Middle District of Florida |
| Glenn & Yvette Price | 1751 Bobcat Trail North Port, FL 34288 | Middle District of Florida |
| Fred Pool & Raquel DeFigueiredo | 14531 Coronado Drive Spring Hill, FL 34609 | Middle District of Florida |
| Matthew Tabacchi (Allstate Servicing, Inc.) | 13430 NE 30th Court Anthony, FL 32617 | Middle District of Florida |
| Sharon & Albert Timmons | 1820 NE 7th Avenue Cape Coral, FL 33909 | Middle District of Florida |

## Bennett - Active Claims

| | | |
|---|---|---|
| Tobi & Kennetth Butcher | 4020 Island Lakes Drive<br>Winter Haven, FL 33881 | Middle District of Florida |
| Byron & Fern Robbins | 421 Chelsea Place Avenue<br>Ormond Beach, FL 32174 | Middle District of Florida |
| Ed Ball & Margot Gravel | 2464 Silver Palm Road<br>North Port, FL 34288 | Middle District of Florida |
| Mark & Sheri Rigopoulos | 3411 24th Avenue NE<br>Naples, FL 34120 | Middle District of Florida |
| Joseph & Susan Niemiec | 6881 Brompton Drive<br>Lakeland, FL 33809 | Middle District of Florida |
| Frederick & Jessica Stockton | 13095 Montego Street<br>Spring Hill, FL 34609 | Middle District of Florida |
| Tim Hoffman | 624 NE 2nd Place<br>Cape Coral, FL 33909 | Middle District of Florida |
| Ina & Gary Helmick | 13237 Emerald Acres Avenue<br>Dover, FL 33527 | Middle District of Florida |
| Leonard & Loretha Armstrong | 121 11th Avenue East<br>Bradenton, FL 34208 | Middle District of Florida |
| Mercedes & Nicole Gaspard | 1402 O'Donnell Lane, SE<br>Port St. Lucie, FL 34983 | Southern District of Florida |
| Steve Binns | 1417 SW Devera Avenue<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Martin Kuntz | 1417 SW Devera Avenue<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Jackelyn Aquirre-Matat / o.b.o Home and Land, Inc. | 3310 NE 3 Dr.<br>Homestead, FL 33033 | Southern District of Florida |
| Karina Martinez | 23631 SW 112 Ct.<br>Homestead, FL 33032 | Southern District of Florida |
| Ruben Dapena o.b.o. Annetta, LLC & Baco Annetta LLC | 363 NE 30th Avenue<br>Homestead, FL 33033 | Southern District of Florida |
| Santiago Guzman o.b.o Skyline Glass, LLC | 10769 NW 81 Lane<br>Doral, FL 33178 | Southern District of Florida |
| Daniel & Shona Blonsky | 8220 SW 60 CT<br>South Miami, FL 33143 | Southern District of Florida |
| Elena Kendalll & A&B Real Estate Holdings, LLC | 23205 SW 217 Avenue<br>Miami, FL 33031 | Southern District of Florida |
| Isidro & Marfelia Calderon | 3441 SW Haines Street<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Elvis Ferrera | 22079 SW 88 Path<br>Cutler Bay, FL 33190 | Southern District of Florida |
| Julio Martinez | 14731 SW 34 Lane<br>Miami, FL 33185 | Southern District of Florida |
| Levi Taylor | 4090 SW Kallen Street<br>Port St. Lucie, FL 34953 | Southern District of Florida |
| Carlos Salabarria | 12940 SW 135 St.<br>Miami, FL 33186 | Southern District of Florida |
| Dolores Jarvis | 1743 North Olivia Drive<br>Avon Park, FL 33825 | Southern District of Florida |
| Bruno Esteban Ullauri Paredes & Karina Jannine Svoboda Straka | 5952 SW 102 St.<br>Pinecrest, FL 33156 | Southern District of Florida |
| Kevin Karpel | 17770 64th Place North<br>Loxahatchee, FL 33470 | Southern District of Florida |
| Laura Veira & Aliesky Santiago | 14763 SW 35 Lane<br>Miami, FL 33185 | Southern District of Florida |
| M and M the Closers, LLC (Mark Floman) | 1924 SE 21st Court<br>Homestead, FL 33035 | Southern District of Florida |

# Bennett - Active Claims

| | | |
|---|---|---|
| Michael & Karma Zelenenki) | 4331 Ferrari Drive<br>Sebring, FL 33872 | Southern District of Florida |
| Nancy & William Mansour | 8678 Tally Ho Lane<br>Royal Palm Beach, FL 33411 | Southern District of Florida |
| Neville Marques | 1722 NE 6th Street<br>Boynton Beach, FL 33435 | Southern District of Florida |
| Rennie & Amrita Roopchand | 15320 87th Road North<br>Loxahatchee, FL 33470 | Southern District of Florida |
| Michelle & Michael Goldenberg | 12176 SW 49th Court<br>Cooper City, FL 33330 | Southern District of Florida |
| Christopher Payton | 19 Money Hill Lane<br>Poplarville, MS 39470 | Southern District of Mississippi |
| Sherwood & Jody Bailey o.b.o. Carlisle Place, LLC & Michael Christovich | 829 East Scenic Drive<br>Pass Christian, MS 39571 | Southern District of Mississippi |
| Susyn Cain & Richard Calevro | 5040 Georgia Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| David & Candace Fozard | 72685 Diamondhead Drive North<br>Diamondhead, MS 39525 | Southern District of Mississippi |
| The Van Tran<br>& Chin Thi Nguyen | 12912 Rosemont Street<br>Ocean Springs, MS 39564 | Southern District of Mississippi |
| Mary Sue Caranna | 224 Pinewood Drive<br>Pass Christian, MS 39571 | Southern District of Mississippi |
| Yulunda (Karen) McAlister & Stephanie Fussell | 229 Felicity Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| George & Mary Ann Ferry | 101 Lakeside Drive<br>Waveland, MS 39576 | Southern District of Mississippi |
| Jack & Wanda Green | 1709 Seacrest Drive<br>Gautier, MS 39553 | Southern District of Mississippi |
| Mark & Shannon Renee Lee | 308 Italian Isle Road<br>Gautier, MS 39553 | Southern District of Mississippi |
| David & Birttany Martino | 245 McDonnell Blvd., F-138<br>Biloxi, MS 39531 | Southern District of Mississippi |
| George Humphries III & George Humphries IV | 11209 Texas Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| Nancy & Larry Lafontaine | 478 St. Charles Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| Peggy A. & Billy McCullar | 603 East Second Street<br>Pass Christian, MS 39571 | Southern District of Mississippi |
| Wade & Sheryl Gauthreaux | 10171 Lagan Street<br>Bay St. Louis, MS 39520 | Southern District of Mississippi |
| Karen Beth & David Neil Baldwin | 909 High Ridge Drive<br>Friendswood, TX 77546 | Southern District of Texas |
| Frank & Suzan Grande/CJ Properties | 7 Nevin Court<br>Conroe, TX 77301 | Southern District of Texas |