# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-30751
_____

In re: Chinese-Manufactured Drywall Products
Liability Litigation

_____

Feng Hu; Simin Liu,

*Plaintiffs—Appellants*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company,
Limited,

*Defendants—Appellees*,

_____

Mardechria Charles McDonald,

*Plaintiff—Appellant*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company,
Limited,

*Defendants—Appellees*,

No. 20-30751

_____

Jason Arnold,

        *Plaintiff—Appellant,*

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

        *Defendants—Appellees,*

_____

Matthew L. Issman; Susan Issman,

        *Plaintiffs—Appellants,*

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

        *Defendants—Appellees,*

_____

Kerry McCann; Karen McCann,

        *Plaintiffs—Appellants,*

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

        *Defendants—Appellees,*

No. 20-30751

_____

Michael Norris; Nicole Norris,

*Plaintiffs—Appellants,*

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees,*
_____

Mark Perez; Kimberlie Perez,

*Plaintiffs—Appellants,*

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees,*
_____

Jay Jinjiang Wang; Ruby Xiaochun Xi,

*Plaintiffs—Appellants,*

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees,*

No. 20-30751

_____

Wayne Province; Kristal Province,

*Plaintiffs—Appellants*,

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

_____

Chien Van Pham; Bich Nguyen,

*Plaintiffs—Appellants*,

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

_____

Veronica Rosenaur, *on behalf of* Estate of Veronica Griffith Rayborn,

*Plaintiff—Appellant*,

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*.

4

No. 20-30751

───────────────────────────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:20-CV-3213
USDC No. 2:20-CV-3214
USDC No. 2:20-CV-3217
USDC No. 2:20-CV-3218
USDC No. 2:20-CV-3219
USDC No. 2:20-CV-3220
USDC No. 2:20-CV-3221
USDC No. 2:20-CV-3224

───────────────────────────────────

Before WILLETT, HO, and DUNCAN, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the appellees' motion to dismiss the appeal for lack of jurisdiction is GRANTED.