# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 07, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 20-30751    McDonald v. Knauf Gips KG
                USDC No. 2:09-MD-2047
                USDC No. 2:20-CV-3213
                USDC No. 2:20-CV-3214
                USDC No. 2:20-CV-3217
                USDC No. 2:20-CV-3218
                USDC No. 2:20-CV-3219
                USDC No. 2:20-CV-3220
                USDC No. 2:20-CV-3221
                USDC No. 2:20-CV-3224
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. James Victor Doyle Jr.
Mr. Daniel John Dysart
Ms. Carol L. Michel
Mr. Kerry J. Miller