**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 8, 2021**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | * * * * | MDL Docket No. 2047  SECTION L |
| This document relates to All Cases | * * * | JUDGE FALLON  MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * *

    A telephonic status conference was held on this date from the Chambers of Judge Eldon E. Fallon. A number of attorneys participated, including Christy Eikhoff, Jimmy Doyle, Kerry Miller, Harry Rosenberg, Matt Lawson, Sandra Duggan, Jake Woody, Arnold Levin, Lenny Davis, Jim Stengel, and Harry Rosenberg. The Court asked for an update on the *Taishan* cases that had been remanded to various district courts. Next, the Court discussed the pending Motion to Strike Claims filed by the *Knauf* plaintiffs and asked each side to summarize its position. The Court explained that it would rule on this motion in the coming days. Next, Jake Woody of Brown Greer provided a financial-related status update. The Court set another status conference in February to check back in with the parties. Accordingly,

    **IT IS HEREBY ORDERED** that a telephonic status conference is **SCHEDULED** for February 9, 2021 at 9:00 AM. The Court will circulate the dial-in information with the appropriate parties.

JS10 (00:11)