# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** Case Nos. 14-cv-2722; 20-cv-3267; 20-cv-3268; 20-cv-3269; 20-cv-3261; 20-cv-3263; 20-cv-3264; 20-cv-3256; 20-cv-3258; 20-cv-3259; 20-cv-3265 | **JUDGE ELDON FALLON** **MAGISTRATE MICHAEL B. NORTH** |

## ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum in support of the Omnibus Motion to Strike Supplemental Claims in Amended Complaints (Rec. Doc. 23018) filed by Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

**IT IS ORDERED** that the Motion for Leave is GRANTED and that the Reply Memorandum attached to the Motion be and is hereby filed into the record.

New Orleans, Louisiana, this __8th__ day of January, 2021.

HONORABLE ELDON E. FALLON
U.S. DISTRICT JUDGE