# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-30741
_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Michael Ginart; Alice Ginart,

*Plaintiffs—Appellants,*

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees,*

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Ronald Stanfa; Patricia Stanfa,

*Plaintiffs—Appellants,*

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees,*

No. 20-30741

_____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION

_____

R&S PROPERTIES, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN COMPANY, LIMITED,

*Defendants—Appellees*,

_____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION

_____

CARL MOORE; ELLEN MOORE;

*Plaintiffs—Appellants*,

*versus*

KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN COMPANY, LIMITED,

*Defendants—Appellees*,

2

No. 20-30741

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Consuelo Burgos

        *Plaintiff—Appellant*,

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

        *Defendants—Appellees*,

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Johnny Tyler

        *Plaintiff—Appellant*,

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

        *Defendants—Appellees*,

No. 20-30741

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

William Foreman,

*Plaintiff—Appellant*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Dung Nguyen,

*Plaintiff—Appellant*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

No. 20-30741

_____

In re: Chinese-Manufactured Drywall Products
Litigation

_____

Ronald Bogard; Leslie Bogard,

*Plaintiffs—Appellants*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company,
Limited,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:20-CV-3199
USDC No. 2:20-CV-3200
USDC No. 2:20-CV-3203
USDC No. 2:20-CV-3204
USDC No. 2:20-CV-3205
USDC No. 2:20-CV-3206
USDC No. 2:20-CV-3208
USDC No. 2:20-CV-3212
USDC No. 2:20-CV-3216

_____

No. 20-30741

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the appellees' motion to dismiss the appeal for lack of jurisdiction is GRANTED.