# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 19, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 20-30741    Ginart v. Knauf Gips KG
                USDC No. 2:09-MD-2047
                USDC No. 2:20-CV-3200
                USDC No. 2:20-CV-3203
                USDC No. 2:20-CV-3204
                USDC No. 2:20-CV-3205
                USDC No. 2:20-CV-3206
                USDC No. 2:20-CV-3208
                USDC No. 2:20-CV-3199
                USDC No. 2:20-CV-3212
                USDC No. 2:20-CV-3216
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. James Victor Doyle Jr.
Ms. Carol L. Michel
Mr. Kerry J. Miller
Ms. Rebekka Claire Veith