# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 29, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30751    McDonald v. Knauf Gips KG
                        USDC No. 2:09-MD-2047
                        USDC No. 2:20-CV-3213
                        USDC No. 2:20-CV-3214
                        USDC No. 2:20-CV-3217
                        USDC No. 2:20-CV-3218
                        USDC No. 2:20-CV-3219
                        USDC No. 2:20-CV-3220
                        USDC No. 2:20-CV-3221
                        USDC No. 2:20-CV-3224

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Whitney M. Jett, Deputy Clerk
                                        504-310-7772

cc:
    Mr. James Victor Doyle Jr.
    Mr. Daniel John Dysart
    Mr. Kerry J. Miller