# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-30749

---

Jeremy Jordan; 1329 Gum, Jackson Land Trust,

*Plaintiffs—Appellants*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:20-CV-3209
USDC No. 2:20-CV-3210

---

Before Jones, Costa, and Wilson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the Appellees' motion to dismiss the appeal for lack of jurisdiction is GRANTED.

Certified as a true copy and issued
as the mandate on Feb 04, 2021

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit