# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 04, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30749   Jordan v. Knauf Gips KG
                            USDC No. 2:09-MD-2047
                            USDC No. 2:20-CV-3209
                            USDC No. 2:20-CV-3210

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                 /s/ Shea E. Pertuit
                          By: _____
                          Shea E. Pertuit, Deputy Clerk
                          504-310-7666

cc:
    Mr. James Victor Doyle Jr.
    Mr. Daniel John Dysart
    Mr. Kerry J. Miller