# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-30741

---

In re: Chinese-Manufactured Drywall Products
Litigation

---

Michael Ginart; Alice Ginart,

*Plaintiffs—Appellants,*

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company,
Limited,

*Defendants—Appellees,*

---

In re: Chinese-Manufactured Drywall Products
Litigation

---

Ronald Stanfa; Patricia Stanfa,

*Plaintiffs—Appellants,*

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company,
Limited,

*Defendants—Appellees,*

No. 20-30741

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

R&S Properties, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Carl Moore; Ellen Moore;

*Plaintiffs—Appellants*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

2

No. 20-30741

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Consuelo Burgos

*Plaintiff—Appellant*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Johnny Tyler

*Plaintiff—Appellant*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*,

No. 20-30741

_____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION

_____

WILLIAM FOREMAN,

*Plaintiff—Appellant*,

*versus*

KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN COMPANY, LIMITED,

*Defendants—Appellees*,

_____

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION

_____

DUNG NGUYEN,

*Plaintiff—Appellant*,

*versus*

KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN COMPANY, LIMITED,

*Defendants—Appellees*,

4

No. 20-30741

_____

In re: Chinese-Manufactured Drywall Products Litigation

_____

Ronald Bogard; Leslie Bogard,

*Plaintiffs—Appellants*,

*versus*

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:20-CV-3199
USDC No. 2:20-CV-3200
USDC No. 2:20-CV-3203
USDC No. 2:20-CV-3204
USDC No. 2:20-CV-3205
USDC No. 2:20-CV-3206
USDC No. 2:20-CV-3208
USDC No. 2:20-CV-3212
USDC No. 2:20-CV-3216
_____

5

No. 20-30741

Before DENNIS, SOUTHWICK, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that the appellees' motion to dismiss the appeal for lack of jurisdiction is GRANTED.

**Certified as a true copy and issued as the mandate on** Feb 10, 2021

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**