# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 10, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

        No. 20-30741     Ginart v. Knauf Gips KG
                         USDC No. 2:09-MD-2047
                         USDC No. 2:20-CV-3199
                         USDC No. 2:20-CV-3200
                         USDC No. 2:20-CV-3203
                         USDC No. 2:20-CV-3204
                         USDC No. 2:20-CV-3205
                         USDC No. 2:20-CV-3206
                         USDC No. 2:20-CV-3208
                         USDC No. 2:20-CV-3212
                         USDC No. 2:20-CV-3216

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Whitney M. Jett, Deputy Clerk
                    504-310-7772

cc:
        Mr. James Victor Doyle Jr.
        Mr. Kerry J. Miller
        Ms. Rebekka Claire Veith