**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 9, 2021**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * *

A telephonic status conference was held on this date from the Chambers of Judge Eldon E. Fallon. A number of attorneys participated, including Christy Eikhoff, Jimmy Doyle, Kerry Miller, Harry Rosenberg, Matt Lawson, Sandra Duggan, Jake Woody, Arnold Levin, Lenny Davis, and Jim Stengel. First, the Court requested a status update regarding the Knauf cases. After some discussion, the Court also requested an update regarding the *Amorin* and *Brooke* cases which remain pending before this Court. The Court stated that it will touch base with Magistrate Judge North regarding the Rule 55 damages hearing for *Amorin.* Defense counsel explained that there are currently Taishan cases with motions pending in the Southern District of Florida. The Court requested that Mr. Woody be kept apprised of these developments. Ms. Eikhoff then suggested that the Court set Taishan-specific status conferences on a monthly basis as the *Amorin* and *Brooke* cases proceed. Accordingly,

**IT IS HEREBY ORDERED** that a Taishan-related telephonic status conference is **SCHEDULED** for March 9, 2021 at 9:30 AM Central Time. **Dial-in: 877-336-1839; access code:**

**4227405**. The Court requests that Jimmy Doyle, Christy Eikhoff, and Jake Woody attend this conference. Knauf attorneys and the Plaintiffs' Steering Committee are not required to attend.

JS10 (00:12)