UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

## ORDER SCHEDULING STATUS CONFERENCE

A telephone status conference in the above matter is hereby SCHEDULED for March 1, 2021 at 10:00 a.m. before Magistrate Judge Michael B. North. Dial-in information will be circulated to counsel via email. Counsel are expected to be on the line **five (5) minutes** before the scheduled start time.

New Orleans, Louisiana, this 18th day of February, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE