## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Case No. 2:09-md-2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

### JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiffs John Carter, Gene Gibbs, and Darla Gibbs and Defendants China National Building Materials Co., Ltd., Beijing New Building Materials Public Limited Co., and Beijing New Building Materials (Group) Co., Ltd., as well as Specially Appearing Defendant China National Building Materials Group Corporation[1] (collectively "B & C Defendants"), by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the Dismissal With Prejudice of all claims and causes of action against B & C Defendants, with each party to bear its own attorney's fees and costs.

---

[1] CNBM Group, which has also been referred to in this litigation as China New Building Materials Group and China National Building Materials Group Co., appears specially solely for purposes of stipulating to this dismissal.  By doing so, it reserves, and does not waive, any rights or defenses, including those based on jurisdiction and immunity (as recognized by this Court's March 10, 2016, Order, Rec. Doc. 20150).

4160-8406-3275.2

Dated: February 26, 2021

                                              Respectfully Submitted,

                                              */s/ Marc R. Shapiro*

| | |
|---|---|
| L. Christopher Vejnoska (CA Bar No. 96082) | James L. Stengel (NY Bar No. 1800556) |
| Andrew K. Davidson (CA Bar No. 266506) | Xiang Wang (NY Bar No. 4311114) |
| Daniel S. Guerra (CA Bar No. 267559) | Marc R. Shapiro (NY Bar No. 4403606) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| The Orrick Building | 51 West 52nd Street |
| San Francisco, CA  94105 | New York, NY, 10019 |
| T:  415-773-5700 | T:   212-506-5000 |
| Email:  cvejnoska@orrick.com | Email:  jstengel@orrick.com |
| adavidson@orrick.com | xiangwang@orrick.com |
| dguerra@orrick.com | mrshapiro@orrick.com |

*Attorneys for China National Building Materials Co., Ltd., Beijing New Building Materials Public Limited Co., and Beijing New Building Materials (Group) Co., Ltd., and Specially Appearing Defendant China National Building Materials Group Corporation*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.com
        arothenberg@gamb.com

                                        *Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

                                *Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

*/s/ James V. Doyle Jr.*

James V. Doyle Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing stipulation was served by via CM/ECF on all parties authorized to receive service via CM/ECF, this 26th day of February, 2021.

*/s/ Marc R. Shapiro*
Marc R. Shapiro