# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>All Cases | Case No. 2:09-md-2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER

Upon consideration of Plaintiffs' John Carter, Gene Gibbs, and Darla Gibbs and Defendants' China National Building Materials Co., Ltd., Beijing New Building Materials Public Limited Co., and Beijing New Building Materials (Group) Co., Ltd., and Specially Appearing Defendant China National Building Materials Group Corporation[1] Joint Stipulation of Dismissal With Prejudice, **IT IS HEREBY ORDERED** that the claims and causes of action against these Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs. The claims against the remaining Defendants are not affected by the entry of this order dismissing claims against these four Defendants.

**IT IS SO ORDERED**.

New Orleans, Louisiana, this _____ day of March, 2021.

_____
Eldon E. Fallon
United States District Court Judge

---

[1] Also referred to in this litigation as China New Building Materials Group and China National Building Materials Group Co.

4160-8406-3275.2