MINUTE ENTRY
NORTH, M.J.
MARCH 1, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

    This matter was referred to the undersigned by the District Judge to conduct a Rule 55 damages hearing if necessary.

    PARTICIPATING:    Jimmy Doyle    Harry Rosenberg
                                   Matt Lawson    Christy Eikhoff

    The parties disagree as to how the Court should proceed with such a hearing. No later than Friday, March 5, 2021, the parties shall file their respective proposed procedures for briefing, a potential evidentiary hearing, and post-hearing briefing. The Court will thereafter set a schedule and convene another status conference to discuss its chosen procedure with counsel for the parties.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:10)