**MINUTE ENTRY**
**FALLON, J.**
**MARCH 9, 2021**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * *

A telephonic status conference was held on this date from the Chambers of Judge Eldon E. Fallon. A number of attorneys participated, including Christy Eikhoff, Kevin O'Bryon, Harry Rosenberg, Matt Lawson, Jake Woody, Mrac Shapiro, and Chris Vejnoska. Jimmy Doyle did not participate on behalf of Plaintiffs despite being contacted twice by the Court.

The parties discussed the dispute regarding the upcoming Rule 55 hearing before Magistrate Judge North in *Amorin*. Mr. O'Bryon and Ms. Eikhoff then provided an update regarding the remaining *Brooke* opt-out plaintiffs. The parties agreed to contact the Court in the event they need another status conference.

JS10 (00:08)