UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL DOCKET NO. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                             SECTION: "L"(5)

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

## ORDER SCHEDULING EVIDENTIARY HEARING

The Court has considered the positions of the parties concerning whether it should conduct an evidentiary hearing on damages in this matter and has determined that such a hearing is appropriate.

Accordingly, an evidentiary hearing by Zoom shall be conducted on March 31 , 2021 beginning at 9:00 a.m.  A Zoom for Government link will be circulated to counsel of record via email.

No later than March 19, 2021, the Parties shall submit to the Court their respective proposed witness and exhibit lists, along with copies of the exhibits they intend to use at the hearing.  Also no later than March 19, 2021, each Party shall submit to the Court a pre-hearing brief in support of its respective position, said brief not to exceed 20 pages.

No later than March 26, 2019, the Parties shall submit to the Court any objections to exhibits listed by their opponent.  The Court will rule and any such objections in advance of the hearing.

New Orleans, Louisiana, this __12th__ day of _____March_____, 2021.

                                                                                  MICHAEL B. NORTH
                                                          UNITED STATES MAGISTRATE JUDGE