IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Valentine Frego;<br>Kimberly Frego;<br>Fred Nolte,<br><br>Plaintiffs—Appellants,<br><br>v.<br><br>Settlement Class Counsel,<br>Appellee. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case No. 20-30596 |

## **APPELLANTS' MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

Come now Appellants, Kim Frego, Valentine Frego, and Fred L. Nolte, through undersigned counsel, and request a supplementation of the record in the above-styled matter, as follows:

1. Appellants' brief was timely filed on March 15, 2021.

2. While drafting said brief, Appellants' counsel noted several documents not designated, which Appellants believe are material to this appeal.

3. The records by trial court document number and a description are as follows:

    a. Doc.22954: Notice of Appeal;

    b. Doc.19625-10625-5: the *Brooke* amended complaint;

    c. Doc.5669: the *Amorin* complaint;

    d. Doc. 21: Pre-Trial Order No. 3 re appointment of Plaintiff's Liaison Counsel;

    e. Doc.144-2: Pre-Trial Order No. 8 re appointment of the PSC;

    f. Doc. 211: Pre-Trial Order No. 10 re identification of markings on Chinese Drywall; and

    g. Doc. 22397-15: Affidavit of Jacob Woody.

4. Appellants' counsel has consulted with Appellee's counsel, who has advised he does not oppose this motion.

WHEREFORE, Appellants respectfully request that the Court allow these documents to added to the record.

Respectfully Submitted,

TAYLOR MARTINO, P.C.,
Attorney for the Claimants

*/s/ Edward P. Rowan*
EDWARD P. ROWAN (Fed Bar ID ROWA3430)
Post Office Box 894
Mobile, Alabama 36601
Phone:   (251) 433-3131
Email: ed@taylormartino.com

OF COUNSEL:
TAYLOR MARTINO, P.C.
455 St. Louis St.; Ste 2100
Mobile, Alabama 36602
(251) 433-3131
(251) 433-4207 (Fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the MEC/ECF system which will send notifications to all counsel of record.

    /s/ Edward P. Rowan
    EDWARD P. ROWAN

1. This document complies with the type-volume limit of FED. R. APP. P. 27(d)(2)(A) because this document contains 173 words.

2. This document complies with the typeface requirements of FED. R. APP. P. 27(d)(1)(D), and 5th CIR. R. 27.4 because this document has been prepared in a proportionally spaced typeface using Word 2019 in Times New Roman 14-point font.

    S/Edward P. Rowan