# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

March 22, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-30596   Frego v. Stlmnt Class Cnsl
                 USDC No. 2:09-MD-2047
                 USDC No. 2:13-CV-609

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Stephen Jay Herman
Ms. Carol L. Michel
Mr. Edward P. Rowan