UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., ET AL., 2:11-cv-01395-EEF-JCW

**ORDER**

The evidentiary hearing set for Wednesday, March 31, 2021 is hereby converted to a hearing on Taishan's objections to Plaintiffs' exhibits. Plaintiffs shall provide the Court with a response to said objections no later than 12 noon on Tuesday, March 30, 2021. The evidentiary hearing will be rescheduled.

New Orleans, Louisiana, this  29th  day of  March , 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE