UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrence Ross and Rhonda Ross, | Case No. 2:15-CV-04127-EEF-JCW |
| Plaintiffs, | |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council, | |
| Defendants. | |

## TAISHAN'S MOTION FOR SUMMARY JUDGMENT AGAINST CERTAIN OPT-OUT PLAINTIFFS

Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Taishan) respectfully move for summary judgment as to all claims by Plaintiffs Barbara Alfonso, Kerry Barre, Joseph Bourlet, Gregory Cross, Greater NOLA Homes, LLC, Howard Jones, and Terrence and Rhonda Ross (collectively, "Plaintiffs")[1]. In support, Taishan

---

[1] The Court's Case Management Order No. 1 permits the filing or "early Motions for Summary Judgment for any or all Plaintiffs" and clarifies that "[t]he filing and denial of an early Motion for Summary Judgment will not preclude the later filing of a Rule 56 Motion for Summary Judgment on other grounds." Rec. Doc. 23012 at 3. Taishan does not move for summary judgment, at this stage of the proceedings, against the following opt-out plaintiffs: Gwendolyn Bierria, Bessie Barnett, and Stephanie Fortenberry.

1

files herewith a memorandum of law in support of this Motion, the attached exhibits, a Statement of Undisputed Material Facts, and proposed order.

Dated: March 29, 2021

Respectfully submitted,

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2021.

                                              <u>/s Christina Hull Eikhoff</u>
                                              Christina Hull Eikhoff, Esq.
                                              Georgia Bar No. 242539
                                              ALSTON & BIRD LLP
                                              1201 West Peachtree Street NW
                                              Atlanta, Georgia 30309
                                              Phone: (404) 881-7000
                                              Fax: (404) 881-7777
                                              christy.eikhoff@alston.com

                                              *Counsel for Taishan Gypsum Co., Ltd. and*
                                              *Tai'an Taishan Plasterboard Co., Ltd.*