# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| | |
| THIS DOCUMENT RELATES TO: | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | |
| Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrence Ross and Rhonda Ross, | Case No. 2:15-CV-04127-EEF-JCW |
| | |
|        Plaintiffs, | |
| | |
| v. | |
| | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council, | |
| | |
|        Defendants. | |

## TAISHAN'S STATEMENT OF UNDISPUTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Taishan), who submit this Statement of Undisputed Material Facts in support of its Motion for Summary Judgment:

1. The *Brooke* Louisiana complaint was filed in the Eastern District of Louisiana on September 4, 2015 and subsequently transferred and consolidated into this MDL. EDLA Case No. 15-4127, ECF No. 1; 3.

2. The Plaintiffs' Steering Committee added hundreds of additional claims to the *Brooke* complaint through "Motions to Intervene." *See* Rec Docs. 20811; 21056; 21105; 21163; 21342; 21599; 21882; 21932.

3. The following chart shows when each of the Plaintiffs at issue in Taishan's Motion filed

his or her claim in the *Brooke* Louisiana case:

| Plaintiff Name | Date of Claim | Record Citation |
|---|---|---|
| Barbara Alfonso | October 25, 2018 | Rec. Doc. 21882 |
| Kerry Barre | November 1, 2017 | Rec. Doc. 21056 |
| Joseph Bourlet | September 4, 2015 | EDLA Case No. 15-4127, ECF No. 1 |
| Gregory Cross | September 4, 2015 | EDLA Case No. 15-4127, ECF No. 1 |
| Greater NOLA Homes, LLC | October 25, 2018 | Rec. Doc. 21882 |
| Howard Jones | September 4, 2015 | EDLA Case No. 15-4127, ECF No. 1 |
| Terrence and Rhonda Ross | September 4, 2015 | EDLA Case No. 15-4127, ECF No. 1 |

4. Plaintiff Kerry Barre ("Barre") purchased her property located at 11150 South Idlewood

Court, New Orleans, Louisiana (the "Barre Property") on August 20, 2015. Barre Exhibit

A (SPPF) at 2.

5. The alleged Chinese drywall was installed in the Barre Property in 2006. Barre Exhibit A

(SPPF) at 2.

6. Barre has not acquired and has not been assigned or subrogated from the prior owner(s)

the personal right to sue for damages. *See* Barre Exhibit B (Orleans Parish Complaint) at

12-15 (attaching Sale Record for Barre Property, which contains no express assignment of

claim).

7. Plaintiff Greater NOLA Homes, LLC ("Greater NOLA Homes") purchased the property at

8287 Benjamin Street, Chalmette, Louisiana (the "Greater NOLA Homes Property") on

January 24, 2018. Greater NOLA Homes Exhibit A (SPPF) at 2.

8. The alleged Chinese drywall was installed in the Property in 2006. Greater NOLA Homes

Exhibit A (SPPF) at 2.

9. At the time of sale, Greater NOLA Homes did not acquire and was not assigned or subrogated from the prior owner(s) the personal right to sue for damages. *See* Greater NOLA Homes Exhibit B (Sale Record).

10. Greater NOLA Homes, LLC entered into a transaction with the prior owner of the Greater NOLA Homes Property, Robin Marie Jarvis, in November 2020, which transaction is memorialized at Greater NOLA Homes Exhibit C (Agreement).

11. Ms. Jarvis did not opt out from the Taishan Class Settlement. Rec Doc. 22859.

12. Plaintiff Gregory Cross ("Cross") purchased the property at 284 Vintage Drive, Covington, Louisiana (the "Cross Property") on January 5, 2007. Cross Exhibit A (SPPF) at 2.

13. The alleged Chinese drywall was installed in the Cross Property in 2006. Cross Exhibit A (SPPF) at 2.

14. At the time of sale, Cross did not acquire and was not assigned or subrogated from the prior owner(s) the personal right to sue for damages. *See* Cross Exhibit B (Sale Record, which contains no express assignment of claim).

15. Cross entered into a transaction with the prior owner of the Cross Property, Royal Homes, LLC, in December 2020. Cross Exhibit C (Agreement).

16. Royal Homes, LLC did not opt out from the Taishan Class Settlement. Rec Doc. 22859.

17. Terrence and Rhonda Ross (the "Rosses") purchased the property located at 316 Woodvine Avenue, Metairie, Louisiana (the "Ross Property") on January 3, 2007. Ross Exhibit A (SPPF) at 2.

18. The alleged Chinese drywall was installed in the Ross Property in September 2006. Ross Exhibit A (SPPF) at 2.

19. At the time of sale, the Rosses did not acquire and were not assigned or subrogated from the prior owner(s) to the personal right to sue for damages. *See* Ross Exhibit B (Sale Record).

20. The Rosses claim that they discovered the alleged Chinese drywall in the Ross Property in March 2009. Ross Exhibit A (SPPF) at 2.

21. The Rosses filed a suit against their homebuilder (C. Adams) in Jefferson Parish District Court on July 30, 2009. Ross Exhibit C (State Court Complaint).

22. On January 22, 2014, the Rosses amended their petition in Jefferson Parish to name Taishan as a defendant. Ross Exhibit D (Amended State Court Complaint).

23. The Rosses never served that amended complaint on Taishan. *See Terrence M Ross, et al. v. C Adams Construction and Design LLC, et al.*, Case No. 676185, 24th Judicial District Court for the Parish of Jefferson, electronic docket attached as Ross Exhibit F.

24. On February 3, 2014, C. Adams entered into a transaction purporting to assign to the Rosses its personal right to sue for damages as part of a broader settlement. Ross Exhibit E (C. Adams Release and Assignment).

25. Plaintiffs Joseph Bourlet, Gregory Cross, and Howard Jones (the "*Little* Plaintiffs"), filed suit against Taishan on  December 31, 2013 in the Southern District of Alabama in the case of *Little, et al. v. Taishan Gypsum Co., Ltd., et al*. SDAL Case No. 1:13-cv-0612, ECF No. 1.

26. The *Little* case was transferred to this MDL on March 17, 2014 as EDLA Case No. 2:14-cv-00587. *See* EDLA Case No. 2:14-cv-00587, ECF No. 1.

27. The *Little* complaint was never served on Taishan. SDAL Case No. 1:13-cv-0612, ECF No. 1-10.

28. A request for summons was filed by the *Little* Plaintiffs on September 7, 2016, but service was never effectuated under the Hague Convention. Rec. Doc. 20494; 20495.

29. Plaintiffs' counsel in the *Little* case announced to the MDL Court his intention to withdraw the Motion for Leave to file a Second Amended *Little* Complaint prior to the November 2016 Monthly Status Conference. Rec. Doc. 21363.

30. The Motion for Leave to file a Second Amended *Little* Complaint was denied as moot by the MDL Court on June 7, 2018. Rec. Doc. 21363.

31. The *Little* case was dismissed by the MDL Court's May 26, 2020 dismissal order. Rec Doc. 22859.

32.  Plaintiff Barbara Alfonso alleges in this case that her property located at 2412 Edgar Drive, Violet, Louisiana ("Alfonso Property") has been damaged due to the alleged presence of defective Chinese Drywall. Alfonso Exhibit A (SPPF) at 2.

33. In her deposition in this case taken on January 12, 2021, Alfonso testified that she discovered the alleged Chinese drywall in the Alfonso Property "six or seven years ago" after an air conditioning repair person told her to check the drywall in her house during a service visit. Alfonso Exhibit B, Deposition Transcript at 17:5 – 22:11.

Respectfully submitted,

Dated: March 29, 2021

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com

5

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

6