# ALFONSO EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED    ) MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     ) SECTION: L
LITIGATION,                    ) JUDGE FALLON
                               )
THIS DOCUMENT RELATES TO:      )
                               )
Alfonso v. Beijing New Building)
Materials Group, Co., Ltd.,    )
Case No. 15-4127 (E.D. La.)    )


ZOOM VIDEOCONFERENCE DEPOSITION OF

BARBARA ALFONSO

(Taken by Defendants)

January 13, 2021

10:09 a.m.

Deposition held via Zoom Videoconference


Reported by:

F. Renee Finkley, RPR, RMR, CRR, CLR, CCR-B-2289

(Via Videoconference)

```
                                                           Page 2
 1   APPEARANCES:

 2

 3   On behalf of the Defendants

 4   Taishan Gypsum Co., Ltd. and

 5   Tai'an Taishan Plasterboard Co., Ltd.:

 6        MATTHEW D. LAWSON, Esq. (Via Videoconference)

 7        Alston & Bird, LLP

 8        One Atlantic Center

 9        1201 West Peachtree Street

10        Atlanta, Georgia   30309-3424

11        (404) 881-4650

12        matt.lawson@alston.com

13

14   On behalf of the witness Barbara Alfonso:

15        JIMMY DOYLE, Esq. (Via Videoconference)

16        Doyle Law Firm, P.C.

17        2100 Southbridge Parkway

18        Suite 650

19        Birmingham, Alabama   35209

20        (205) 533-9500

21

22

23

24

25
```

```
 1   APPEARANCES (continued):

 2

 3   On behalf of the Defendants

 4   Beijing New Building Materials Public Limited

 5   Company; Beijing New Building Materials Group

 6   Corporation; and China National Building

 7   Materials Company, Limited:

 8        DAN GUERRA, Esq. (Via Videoconference)

 9        Orrick

10        The Orrick Building

11        405 Howard Street

12        San Francisco, California  94105

13        (415) 773-5545

14        dguerra@orrick.com

15

16

17

18

19

20

21

22

23

24

25
```

1  them, and talk with them.
2       Q.    That you had to go to talk to the person
3  who had built your house with Chinese drywall?
4       A.    Yes.
5       Q.    And at that time, in 2014 or 2015, did you
6  have any suspicion that you might have Chinese
7  drywall in your house?
8       A.    Yes.
9       Q.    Why did you have that suspicion?
10      A.    Appliances going out, just a very real odd
11 smell.  Air conditioning didn't last.  Things falling
12 down, rusting.
13      Q.    And at that time, in 2014 or 2015, had you
14 heard that those kinds of issues were related to
15 Chinese drywall?
16      A.    Yes.
17      Q.    And where did you hear that?
18      A.    Actually, the news.
19      Q.    When you spoke about hearing about Chinese
20 drywall first about eight or nine years ago on the
21 news, did you suspect, then, that you might have
22 Chinese drywall in your house?
23      A.    No.
24      Q.    Did you have issues with your electrical
25 system eight or nine years ago in your house?

Page 18

1     A.     Yes.

2     Q.     Did you have an unusual odor in your house
3  eight or nine years ago?

4     A.     Yes.

5     Q.     When did you first suspect that you might
6  have Chinese drywall in your house?

7     A.     Approximately, say, seven years.  Six,
8  seven years.

9     Q.     And why did you suspect it around six or
10 seven years ago?

11    A.     We would -- the air condition gentleman.
12 The coils were really rusted and bad.  And he asked
13 me about checking the drywall.  And that's what we
14 did.

15    Q.     So about six or seven years ago, an air
16 condition repairman came to look at coils on your air
17 conditioning unit; is that right?

18    A.     Yes, they were changing -- yes.

19    Q.     And that air condition repair person told
20 you to check on the drywall in your home, to see if
21 it was Chinese drywall?

22    A.     Yes.

23    Q.     And did you do that at that time six or
24 seven years ago?

25    A.     Yes.

1    Q.    And what happened when you checked on it?
2    A.    Had to see exactly what we were looking
3　for.
4    Q.    Did you inspect the drywall in your house
5　to see what it was?
6    A.    Yes.  And looked at things.  Looked at the
7　drywall, but had no -- had to see it.
8    Q.    What did you see when you looked at the
9　drywall?
10   A.    The makers and the wiring in the attic.
11   The wiring in the -- especially, like, you know,
12   just, things like that.
13   Q.    So when you had this conversation with the
14   air conditioning repairman six or seven years ago,
15   you then investigated the drywall in your house,
16   correct?
17   A.    Yes.
18   Q.    And did you see where the drywall was made
19   when you looked at the markings on the drywall?
20   A.    Yes.
21   Q.    And where did it say on the drywall where
22   the drywall was made?
23   A.    I cannot recall.
24   Q.    Have you ever seen a marking on the
25   drywall in your house that says, "Made in China"?

1      A.     Can't recall.
2      Q.     Do you recall seeing what the marking on
3    the drywall said when you looked at it six or seven
4    years ago?
5      A.     Cannot recall.
6      Q.     But you did look at the drywall markings
7    at that time, six or seven years ago?
8      A.     Yes.
9      Q.     And what did you do after you looked at
10   the drywall markings?
11     A.     Took pictures.
12     Q.     Did you do anything, other than taking
13   pictures?
14     A.     Researched, Internet.
15     Q.     And what did you research on the Internet?
16     A.     Just to see what the problems that -- what
17   would I have to do for the -- for the house to get
18   back home, and to be home.
19     Q.     What did you find when you researched
20   that?
21     A.     That it was damaging to the home and to
22   the appliances.
23     Q.     Did the research that you found on the
24   Internet six or seven years ago, after having that
25   conversation with the air condition repairman, tell

Page 21

```
 1   you that you had Chinese drywall in your house?
 2        A.    His -- no.
 3        Q.    But you said that the research that you
 4   did on the Internet told you that the drywall was
 5   damaging to your house; is that right?
 6              MR. DOYLE:  Object to the form.
 7        Q.    (By Mr. Lawson)  You can answer the
 8   question.
 9              MR. DOYLE:  You can answer.
10              THE WITNESS:  Okay.  Repeat, please?
11        Q.    (By Mr. Lawson)  The research that you did
12   on the Internet after you spoke with the air
13   conditioning repairman six or seven years ago, did it
14   tell you that the drywall in your house could be
15   damaging to your house?
16        A.    Internet -- the Internet, yes, said it.
17        Q.    The Internet research said that, that it
18   could be damaging to your house?
19        A.    Yes.
20        Q.    So after seeing that the drywall in your
21   house could be damaging your house, what did you do
22   next?
23        A.    Just I went back to Project -- St. Bernard
24   Project, who done the house.
25        Q.    And who is St. Bernard Project?
```

Page 22

```
 1       A.    They're actually our company that -- well,
 2   down in St. Bernard.  It's a company that helped us
 3   rebuild after Katrina.
 4       Q.    And did they build your house after
 5   Katrina?
 6       A.    Yes.
 7       Q.    Did you contact them six or seven years
 8   ago?
 9       A.    Yes.
10       Q.    And what did they say when you contacted
11   them?
12       A.    Did not get a response.
13       Q.    How did you contact them?
14       A.    Went to the office.
15       Q.    And what happened when you went to their
16   office?
17       A.    Took my name and number.
18       Q.    Did they ever call you back?
19       A.    No, sir.
20       Q.    Have you ever spoken with anyone at
21   St. Bernard Project about the drywall in your house?
22       A.    No, sir.
23       Q.    Did you contact anyone else after you
24   learned about the drywall in your house six or seven
25   years ago?
```