# BARRE EXHIBIT A

Supplemental Plaintiff Profile Form – Residential and Commercial Properties



| For Internal Use Only |
| File No. _____ |
| Date Received: |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall  MDL NO. 2047
Products Liability Litigation  SECTION: L
  JUDGE FALLON
This Document Relates to:  MAG. JUDGE NORTH

*Brooke, et al. v. SASC, et al.*, Case No. 15-cv-4127-EEF-MBN (E.D.LA).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

**Section I. Claimant and Property Information**

Name of Claimant: __Kerry_____  __M__  __Barre_____  _____
　　　　　　　　　　First Name　　　　　M.I.　　Last Name　　　　　　　Suffix

　　　　　　　　　_____  ____  _____  _____
　　　　　　　　　Co-Claimant First Name (if applicable)  M.I.  Last Name  Suffix

　　　　　　　　　_____
　　　　　　　　　Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| 11150 South Idlewood Court | | |
|---|---|---|
| Address 1 | | Address 2 |
| New Orleans | LA | 70128 |
| City | State | Zip Code |

Is the Property residential or commercial? Residential

Name of Person Completing this Form: Kerry   M   Barre
First Name   M.I.   Last Name   Suffix

Mailing Address (if different):

Address 1   Address 2
City   State   Zip Code

Phone Number of Person Completing This Form: (504) 239 - 2458

---

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year: 8 / 20 / 2015

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ___ / ___ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 11 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☑ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ___ / ___ / ___

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to your attorney to be provided to Defendants?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to your attorney?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                Month    Day      Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?          _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                      Month  Day  Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                      Month  Day  Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

*Section V. Already Remediated Property*

Has the Property been partially or completely remediated? No_____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

[                                                                                                         ]

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?
_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 0.00_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 125,000.00_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature: *Kerry M Barré*   Date signed: 12/8/2020

Name: KERRY M BARRÉ

Address: 11150 South Idlewood Court
City/State/Zip: New Orleans, LA 70128

Phone No.: 504 259 2458
Email: Kbarre1950At gmail.com

7

Section VII.  Loss of Use / Loss of Enjoyment

$125,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation ($25,000/yr), based on the number of years I and my family have owned and/or lived in the home containing this nuisance, the defective Chinese-manufactured drywall produced by the Taishan-BNBM-CNBM Defendants.



# Orleans Parish Assessor's Office

| Return to Main Search Page | Orleans Home |
|---|---|

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | BARRE KERRY M | **Today's Date** | November 11, 2020 |
| **Mailing Address** | 11150 S IDLEWOOD CT<br>NEW ORLEANS, LA 70128 | **Municipal District** | 3 |
| **Location Address** | 11150 S IDLEWOOD CT | **Tax Bill Number** | 39W077406 |
| **Property Class** | Residential | **Special Tax District** | |
| **Subdivision Name** | IDLEWOOD | **Land Area (sq ft)** | 6710 |
| **Zoning District** | Show Viewer (41105161) | **Building Area (sq ft)** | 2235 |
| **Square** | 3 | **Revised Bldg Area (sqft)** | |
| **Book** | 17 | **Lot / Folio** | 36 / 106 |
| **Line** | 041 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. SQ 3 IDLEWOOD PLACE SUBD<br>2. LOT 36 SOUTH IDLEWOOD COURT<br>3. 61X110 BR/SGLE 11/RMS DBLE<br>4. GARAGE SEE 002 | **Assessment Area** | IDLEWOOD<br>Show Assessment Area Map |

**Assessment Notice: 2020**

## Value Information — Estimate Taxes — Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | $ 13,400 | $ 145,900 | $ 159,300 | $ 1,340 | $ 14,590 | $ 15,930 | $ 7,500 | $ 8,430 | | | | |
| 2020 | $ 13,400 | $ 145,900 | $ 159,300 | $ 1,340 | $ 14,590 | $ 15,930 | $ 7,500 | $ 8,430 | | | | |
| 2019 | $ 20,100 | $ 127,500 | $ 147,600 | $ 2,010 | $ 12,750 | $ 14,760 | $ 7,500 | $ 7,260 | | | | |

Certified Values

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 08-20-2015 | $ 177,000 | LABEAUD PIERRE F | BARRE KERRY M | 201535515 | 583549 |
| 04-01-2015 | $ 0 | LABEAUD GLADYS | LABEAUD PIERRE F | 201512541 | 573338 |
| 12-31-2007 | $ 170,000 | CARRERA PROPERTIES,LLC | LABEAUD GLADYS | 08-02342 | 386389 |
| 09-28-2006 | $ 75,000 | | CARRERA PROPERTIES,LLC | 06-38990 | 330801 |
| 04-06-1999 | $ 93,000 | | | 06301999 | 000176276 |
| 12-21-1998 | $ 104,376 | | | 06101999 | 000171286 |
| 06-18-1998 | $ 70,000 | | | 09221998 | 000164973 |
| 05-31-1996 | $ 105,000 | | | 07011996 | 000007980 |
| 01-10-1985 | $ 97,400 | | | 05041983 | 000000000 |
| 04-15-1983 | $ 102,000 | | | 05041983 | 000000000 |
| 02-06-1980 | $ 0 | | | 02141980 | 000000000 |
| 10-05-1979 | $ 990,000 | | | 11271979 | 000000000 |

| Building Sketch 1 | Building Photos  Enlarge/Show All |
|---|---|
|  |  |

| Return to Main Search Page | Orleans Home |
|---|---|

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: November 10, 2020

© 2009 by the Orleans Parish Assessor's Office | Website design by gpublic.net