# BARRE
# EXHIBIT B

**Exhibit**

**1**

Tuesday, February 2, 2021

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. 16 – 10020                                       DIVISION ____

### KERRY M. BARRE

### VERSUS

### PIERRE F. LABEAUD and ABC INSURANCE COMPANY

FILED: _____

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
(504)-592-9100

DEPUTY CLERK

#### PETITION FOR REDHIBITION
#### AND FOR DAMAGES

Receipt Date          10/7/2016 2:44:00 PM
Receipt Number        588912
Cashier               mgagliano
Register              CDCCASH1
Case Number           2016 - 10020

Amount Received    $ 1328.00
Balance Due        $ 0.00
Change Due         $ 0.00

Payment / Transaction List
Check #  3617 $1328.00

NOW INTO COURT, through undersigned counsel, respectfully comes Kerry M. Barre ("Petitioner"), who is of the age of majority and is domiciled in this State and Parish, who based upon information and belief, respectfully asserts as follows:

**1.**

Made Defendants in this action are the following:

Type                     Rec'd       Paid      Bal
- Pierre F. LaBeaud, a private individual who is of the age of majority
  Petition for Damages     $444.50    $444.50   $0.00
  and domiciled in New Orleans (hereinafter "Seller");
  Judicial College         $0.50      $0.50     $0.00
  Building Fund Fee        $25.00     $25.00    $0.00
- ABC Insurance Company, a presently unknown foreign or domestic
  Indigent Legal Fee       $10.00     $10.00    $0.00
  insurance carrier who provide insurance to Seller, or otherwise insure
  Request for Trial by      $780.00    $780.00   $0.00
  Seller for the damages prayed for herein ("ABC Insurance");
  Exhibits (Paper)         $44.00     $44.00    $0.00

**2.**

Jurisdiction is proper in this Court because the Court maintains subject matter jurisdiction over the dispute based on the object of the demand and the amount in controversy.



**3.**

Venue is proper in this Court pursuant to Louisiana Code of Civil Procedure Articles 42, 74, and 76.1 because the contracts in controversy were executed in Orleans Parish, the Defendant is domiciled in Orleans Parish, and the property at issue is located in Orleans Parish. Further, the damages were sustained in this Parish.

## BACKGROUND AND FACTS

**4.**

On August 20, 2015, the Petitioner signed an Act of Cash Sale to buy property bearing the municipal address: 11150 South Idlewood Court, New Orleans, Louisiana 70128, and more particularly described therein.

> The Third District of the City of New Orleans, Parish of Orleans, State of Louisiana, designated as LOT 36, SQUARE 3, of that part thereof known as IDLEWOOD PLACE SUBDIVISION, bounded by South Idlewood Court, Berg Canal (side), Parkwood Court North (side), and Wright Road. Said lot measures 61 feet front on South Idlewood Court, same in width in the rear, by a depth of 110 feet between equal and parallel lines. All as more fully shown on survey by Universal Engineers, dated February 3, 1983. [EXHIBIT A, Act of Cash Sale].

**5.**

Both Seller and Petitioner were independently represented by their own real estate agents. Malone Real Estate via Danielle Celestine served as the listing agent for the property and Ms. Jeannine Relf represented Petitioner.

**6.**

In the Act of Cash Sale, Pierre F. LaBeaud is identified as the seller of the property. Mr. LaBeaud has also performed work as a contractor.

**7.**

On July 21, 2015, a home inspection was performed by a professional contractor, Metro Home Inspection, and an inspection report was issued (EXHIBIT B, Metro Home Inspection Report). The July 21, 2015 Metro Home Inspection report does not indicate the presence of Chinese drywall, the presence of sulphuric gas, volatile chemicals, or anything that would indicate a defect in the property. The Chinese drywall is a hidden defect in this case.

**8.**

On or about August 20, 2015, Petitioner closed on the property and moved into the home making it his permanent residence (EXHIBIT A, Act of Cash Sale).

**9.**

Since Petitioner moved into the property, several air conditioning unit coils have failed and components of the property are covered with a black substance.

**10.**

On November 18, 2015, Petitioner hired Hamilton Air Conditioning and Heating Service ("Hamilton") to inspect the property's HVAC System. Hamilton's representative, Jarmall Hamilton, discovered that the coils of the AC unit and the water line on top of the furnace were covered in a black substance. Thereafter, Mr. Hamilton went into the attic of the home where he discovered the property contained Chinse drywall (EXHIBIT C, photographs of Chinese drywall in property's attic).

**11.**

Mr. Hamilton stated in the company's invoice to Petitioner that the property contained Chinese drywall (EXHIBIT D, Mr. Hamilton's Invoice reflecting "Drywall made in China in attic"). Thereafter, on or about

November 19, 2015, the Petitioner notified the Seller of Mr. Hamilton's discovery of Chinese drywall throughout the property.

**12.**

The Petitioner received various estimates to remedy the Chinese drywall defect throughout the property.  Despite the Petitioner's requests to Seller to pay the costs to remediate the defect, the Seller refused.

**13.**

Thereafter, on or about November 25, 2015, the Seller offered to pay Petitioner $1,000.00 toward the $11,000.00 cost for a replacement AC System needed as a result of the home's defect.  Petitioner was forced to decline Seller's offer because the AC repair estimate far exceeded Seller's $1,000.00 offer.  The Seller has since made no effort to remedy the Chinese drywall defect or damages caused as a result of the Chinese drywall in Petitioner's home.

**14.**

The Seller's installation of the Chinese drywall is the cause for the aforementioned physical damages to the property.

**15.**

The Seller was apprised of the defects in the property's construction and Petitioner provided Seller with a reasonable opportunity to remedy the noted defects to no avail.

**16.**

The drywall installed in Petitioner's home is commonly referred to as "Chinese drywall" because it was imported for use into the United States from China.  The Chinese drywall installed in Petitioner's property is defective.  It emits levels of sulfur, methane, or other volatile organic chemical compounds that cause corrosion of HVAC coils and refrigerator units, electrical writing,

4

plumbing components, and other household items.  The drywall itself is defective, and thereby renders the walls of the property defective.  Further, the drywall causes damage to other building elements.  The defective drywall also creates a noxious "rotten egg-like" odor and prolonged exposure can cause allergic reactions, coughing, sinus and throat infections, nose bleeds, eye irritation, respiratory problems, and other health concerns.

**17.**

Chinese drywall is not suitable for its intended use, is inherently defective, and may cause actual physical damage to the walls, partitions, wiring, and appliances in Petitioner's property.

**18.**

To remedy the defective drywall, the Petitioner must remove all defective drywall, perform extensive remedial repairs to the property, and repair the damaged property made visible during the performance of said repairs.

**19.**

The Chinese drywall's presence in Petitioner's property has caused extensive damage, including, but not limited to: (i) costs of inspection; (ii) costs and expenses necessary to remove and replace the defective drywall and adjoining components; (iii) costs and expenses to remove, replace, and remedy the electrical wiring, internal finishes, HVAC coils, damaged building elements, plumbing fixtures and tubing, other affected appliances, fixtures, and other personal property; (iv) costs of relocation during the remedial process; (v) personal injuries and future health concerns; and (vi) substantial diminution in the value of the property.

## CAUSES OF ACTION
## ACTION IN REDHIBITION

**20.**

The Seller is a merchant of property containing Chinese drywall, and an action is asserted against him in redhibition.

**21.**

Louisiana Civ. Code art. 2520 provides that a seller warrants the buyer against redhibitory defects, or vices, in the thing sold.

**22.**

The thing sold and/or supplied and/or installed by the Seller has a defect that renders the property, 11150 South Idlewood Court, New Orleans, Louisiana 70128, useless, or so inconvenient that it must be presumed that a buyer would not have bought the thing had he known of the defect.

**23.**

In addition, a defect is redhibitory when, without rendering the thing totally useless, it diminishes its usefulness or its value so that it must be presumed that a buyer would still have bought it, but for a lesser price. The existence of such a defect limits the right of a buyer to a reduction of the price. La. Civ. Code art. 2520.

**24.**

The Petitioner asserts that the property containing Chinese drywall at controversy is defective, its usefulness and value has been significantly diminished, and the property may expose Petitioner to significant health risks; therefore, Petitioner is entitled to bring a cause of action and recovery for its damages related to the defect as pursuant to La. Civ. Code art. 2520.[1]

---

[1] La. C.C. Article 2520 provides that the seller warrants the buyer against redhibitory defects, or vices, in the thing sold. A defect is redhibitory when it renders the thing useless, or its use

**25.**

However, notwithstanding the defectiveness, diminished usefulness, and exposure to health risks, the Petitioner expended his life savings and has been financially unable to reside anywhere else other than his home. Sadly, these circumstances have inflicted an enormous amount of emotional distress and aggravated health related issues for the Petitioner.

## FRAUDULENT MISREPRESENTATION

**26.**

Seller knew or should have known that the property contained Chinese drywall since seller is a contractor and had performed renovation to the property.

**27.**

Despite that knowledge, Seller failed to disclose the presence of Chinese drywall to Petitioner.

**28.**

Seller's knowing failure to disclose the presence of Chinese drywall was a fraudulent misrepresentation.

**29.**

Petitioner reasonably relied upon seller's misrepresentation to Petitioner's detriment.

**30.**

The Seller's failure to inform the Petitioner of Chinese drywall in the subject property resulted in an unjust advantage over the Petitioner. Furthermore, the Seller's failure to inform the Petitioner of Chinese drywall

---

so inconvenient that it must be presumed that a buyer would not have bought the thing had he known of the defect. The existence of such a defect gives a buyer the right to obtain rescission of the sale.

in the property substantially influenced Petitioner's consent to purchase the property thus resulting in injury and damages to the Petitioner.

### 31.

Seller's fraudulent misrepresentation vitiated Petitioner's consent to the waiver of warranty and redhibition contained in the Act of Cash Sale per Louisiana C.C. articles 1948, 1953, and 1955.

### 32.

Further, Louisiana Civ. Code Art. 2545 provides that a seller who knows that a thing he sells has a defect, but omits to declare it, or a seller who declares that the thing has a quality that he knows it does not have, is liable to the buyer for the return of the price with interest from the time it was paid, for the reimbursement of the reasonable expenses occasioned by the sale and those incurred for the preservation of the thing, and also for damages and reasonable attorney fees.

### 33.

After learning of the presence of Chinese drywall in the Petitioner's home, Seller fraudulently concealed and/or intentionally omitted the fact to Petitioner by not disclosing it prior to the sale.  The Seller then contracted against his own fraud to relieve himself of liability by inducing the Petitioner to sign a "Waiver of Warranty and Redhibition Rights Addendum" to buy the subject property (EXHIBIT E, Waiver of Warranty and Redhibition Rights Addendum).  These concealments were also made with the intent of obtaining an unjust advantage over the Petitioner, thus causing the Petitioner's injuries.

### 34.

The Waiver of Warranty and Redhibition Rights Addendum to the Act of Cash Sale is null, void, and of no effect due to Seller's knowing failure to disclose the presence of Chinese drywall.

## NEGLIGENT MISREPRESENTATION
## UNKNOWN DEFECT

### 35.

Louisiana Civ. Code art. 2315 provides Petitioner a cause of action against the Seller for negligent misrepresentations.

### 36.

Louisiana Civ. Code art. 2531 provides that a seller who did not know that the thing he sold had a defect is only bound to repair, remedy, or correct the defect.

### 37.

On November 25, 2015, the Seller alleged that he was not aware that Chinese drywall was installed in the Property and was further unaware of any problems resulting thereof.

### 38.

Upon information and belief, the Seller made intentional or negligent misrepresentations to Petitioner. The Seller knew or should have known that Chinese drywall had been installed at the Petitioner's property, and his representation to the contrary was made with the intent of obtaining an unjust advantage over the Petitioner, thus causing Petitioner's injury.

### 39.

Even if the Seller did not know of the defect in the subject property, he is still liable for the remediation of the property per La. C.C. Article 2531.

## FAILURE TO WARN

### 40.

The Seller had a duty to warn the Petitioner about the presence of Chinese drywall in the Petitioner's home. The Seller breached this duty by

9

failing to warn the Petitioner of the defective product at the time of its installation, and thereafter, specifically did not warn the Petitioner of the contaminated drywall and its negative effects after Seller learned of supplying and/or installing the drywall into Petitioner's home.

### 41.

Petitioner suffered damages as a result of the Seller's failure to warn, and Petitioner asserts a cause of action for breach of this duty under La. Civ. Code art. 2315, and other applicable statutes.

### INSURER'S LIABILITY

### 42.

All causes of action against the Seller are asserted directly against ABC Insurance pursuant to Louisiana's direct action statute La. R.S. 22:1269.

### JURY DEMAND

### 43.

Petitioner demands a trial by jury.

### DAMAGES AND PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that the Defendants be served with process, and that after due proceedings are had, a judgment be entered in favor of the Petitioner and against the Defendants, jointly and severally, for (i) damages, (ii) attorneys' fees, (iii) costs, (iv) all statutory damages, (v) that all Chinese drywall be removed, all hardware, including wiring and plumbing be repaired, and all mechanical systems be repaired or replaced, (vi) reimbursement for all costs and expenses insured for the remediation, repair, and/or corrections made to Petitioner's home as a result of the defect subject of this litigation, (vii) diminution in the value of the home; (viii) pain and

suffering, inconvenience, additional living expenses, and emotional distress,

(ix) any and all other relief that this Court determines just and equitable.

Respectfully submitted,

ROY J. RODNEY, JR. (LA BAR #02079)
JOHN K. ETTER (LA BAR #25042)
RODNEY & ETTER, LLC
365 Canal Street, Suite 2690
New Orleans, LA 70130
Phone: (504) 483-3224
Fax: (504) 483-2259
E-Mail: rjr@rodneylaw.com
        jke@rodneylaw.com


PLEASE SERVE:

**PIERRE F. LABEAUD**
**141 Torrey Pines Drive**
**New Orleans, Louisiana 70128**


PLEASE WITHHOLD SERVICE:

**ABC INSURANCE COMPANY**
Through its registered agent for service of process

11

ACT OF CASH SALE

UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF ORLEANS

FROM:   PIERRE F. LEBEAUD

UNTO:   KERRY M. BARRE

CIVIL
DISTRICT COURT

BE IT KNOWN, That on this 20th day of the month of **AUGUST, 2015.**

BEFORE ME, the undersigned Notary Public, in and for the Parish and State aforesaid, duly commissioned and qualified and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

PIERRE F. LABEAUD, of legal age and resident of Orleans Parish, Louisiana, who declared under oath that he has been married but three times, first unto Dionne Johnson, from whom he is divorced, secondly unto Bonnie Dinvaut, from whom he is divorced, and third unto Kelly Meilleur, with whom he is presently living and residing,

Mailing address: 142 Torrey Pines Drive, New Orleans, La. 70128

THE PROPERTY HEREIN CONVEYED IS THE SEPARATE PROPERTY OF PIERRE F. LABEAUD, HAVING BEEN ACQUIRED AS HIS SEPARATE PROPERTY, ACQUIRED WITH HIS SEPARATE AND PARAPHERNAL FUNDS, UNDER HIS SEPARATE ADMINISTRATION AND CONTROL, AND THE SAID KELLY MEILLEUR HAS NO INTEREST IN SAME.

who declared and said that for the price and consideration, and on the terms and conditions hereinafter expressed, he does, by these presents, grant, bargain, sell, convey, transfer, assign, set over, abandon, and deliver any and all interest with, all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have in the hereinafter described property, against all preceding owners and vendors unto:

KERRY M. BARRE, of legal age and resident of Orleans Parish, Louisiana, who declared under oath that he has been married but once and then to Jacqueline Barre, from whom he is divorced and has not since then remarried,

Mailing address: 11150 South Idlewood Court, New Orleans, La. 70128

here present, accepting and purchasing for himself and his heirs, and assigns, and acknowledging delivery and possession thereof, the following described property, to wit:

See Attached Exhibit "A"

TO HAVE AND TO HOLD, the above described property herein conveyed unto the said purchaser, his heirs and assigns forever.

Hon Dale N Atkins
CLERK OF CIVIL DISTRICT COURT
INST # 2015-39515  08/21/2015  03:09:02 PM
TYPE  E S PA(S)

CIN# 583549
COPY


EXHIBIT
A

EXHIBIT "A"
LEGAL DESCRIPTION AND EXCEPTIONS

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all of the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT of the City of New Orleans, Parish of Orleans, State of Louisiana, designated as LOT 36, SQUARE 3, of that part thereof known as IDLEWOOD PLACE SUBDIVISION, bounded by South Idlewood Court, Berg Canal (side), Parkwood Court North (side), and Wright Road. Said lot measures 61 feet front on South Idlewood Court, same in width in the rear, by a depth of 110 feet between equal and parallel lines. All as more fully shown on survey by Universal Engineers, dated February 3, 1983.

Improvements thereon bear Municipal No. 11150 South Idlewood Court, New Orleans, Louisiana

Being the same property herein acquired by vendor on December 31, 2008, registered in COB Instrument No. 386389.

SEE ATTACHED EXHIBIT 'B'F OR PROPERTY CONDITION CLAUSE.

THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:

The restrictive covenants, contained in act dated October 31, 1979, registered in COB 768A folio 19, but omitting any covenants or restrictions if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

Underground electric distribution system and servitude agreement between Harry B. KeKay, Jr. and New Orleans Public Service, Inc., dated April 14, 1977, registered in COB 748A folio 772, Orleans parish, Louisiana.

Utility Servitude across the entire width of the rearmost five feet of the land as shown on plan of subdivision.

Reservation of oil, gas, and other minerals including a waiver of surface rights by Lake Forest, Inc., contained in act dated September 17, 1975, registered in COB 730 folio 567, dated June 14, 1976, registered in COB 735 folio 554, and dated April 28, 1977, registered in COB 744 folio 63, and May 24, 1977, registered din COB 747 folio 179, Orleans parish.

TAX ASSESSOR FORWARD FUTURE TAX NOTIFICATIONS TO: KERRY M . BARRE, 11150 SOUTH IDLEWOOD COURT, NEW ORLEANS, LA 70128

SUBJECT TO ALL COVENANTS, RESTRICTIONS, RESERVATIONS, EASEMENTS, CONDITIONS, AND RIGHTS APPEARING OF RECORD AND TO ANY STATE OF FACTS AN ACCURATE SURVEY WOULD SHOW.

EXHIBIT "B" - PROPERTY CONDITION CLAUSE

"AS IS" CLAUSE

WAIVER OF WARRANTY AND REDHIBITION RIGHTS ADDENDUM

It is expressly agreed that the immovable property herein conveyed and all improvements and component parts, plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built-in-appliances, and all other items located thereon are conveyed by Seller and accepted by Purchaser "AS IS, WHERE IS." without any warranties whatsoever, even as to the metes and bounds, zoning, operation, or suitability of such properties for the use intended by the Purchaser, without regard to the presence of apparent or hidden defects and with the Purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by reason of any such defect.

Purchaser acknowledges and declares that neither the Seller nor any party, whomsoever, acting or purporting to act in any capacity whatsoever on behalf of the Seller has made any direct, indirect, explicit, or implicit statement, representation or declaration, whether by written or oral statement or otherwise, and upon which Purchaser has relied, concerning the existence or non-existence of any quality, characteristic, or condition of the property herein conveyed. Purchaser has had full, complete, and unlimited access to the property herein conveyed for all tests and inspections which Purchaser, in Purchaser's sole discretion deems sufficiently diligent for the protection of Purchaser's interests.

Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Articles 2520 through 2548, inclusive, and any other applicable state or federal law and the jurisprudence thereunder.

Purchaser also waives any rights Purchaser may have in redhibition or to a reduction of the purchase price pursuant to Louisiana Civil Code Articles 2520 through 2548 inclusive, in connection with the property hereby conveyed to Purchaser by Seller. By Purchaser's signature, Purchaser expressly acknowledges all such waivers, and Purchaser's exercise of Purchaser's right to waive warranty pursuant to Louisiana Civil Code Articles 2520 through 2548, inclusive.

_____
PIERRE F. LEBEAUD


_____
KERRY M. BARRE

The said vendor does hereby moreover transfer unto said purchaser all and singular the rights and actions of warranty to which the said vendor is or may be entitled, against any and all former owners and proprietors of the property herein conveyed, hereby subrogating said purchaser to all the said rights and actions, to be by him enjoyed and exercised in the same manner as they might have been by the said vendor.

This sale is made for and in consideration of the price and sum of One Hundred Seventy-Seven Thousand and 00/100 ($177,000.00), all of which said amount has been well and truly paid unto said appearer, in lawful, current funds of the United States of America, the receipt and sufficiency of which is hereby acknowledged and full acquittance granted therefor.

By reference to the Mortgage and Conveyance Certificates of the Clerk of Court and Ex-Officio Recorder of Mortgages, annexed hereto and made a part hereof in the name of vendor, it does not appear that the herein described property has been heretofore alienated or is presently encumbered.

The parties hereto take cognizance that the Mortgage and Conveyance Certificates are undated and unsigned and relieve and release me, Notary, from any and all liability and responsibility in connection therewith.

The masculine pronoun as used herein shall include the feminine; the singular shall include the plural.

All taxes assessed against the herein conveyed property up to and including the current tax year, have been paid.

THUS DONE AND PASSED, in my office in the State and Parish aforesaid, on the day, month, and year first hereinabove written, in the presence of the undersigned, competent witnesses of lawful age, who hereunto sign their names with the said appearers and me, Notary, after reading of these presents.

WITNESSES:

_____          _____
                                          PIERRE F. LEBEAUD
_____           Social Security #---/--/0199
Laura Durico
PRINT NAME

_____
Danielle D. Celestine                     _____
_____           KERRY M. BARRE
PRINT NAME                                 Social Security #---/--/2269


_____
JAMES M. MOUNGER
NOTARY PUBLIC

1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112



Chelsey Richard Napoleon
Chief Deputy Clerk

Telephone (504) 407-0005

Land Records Division

# Hon. Dale N. Atkins
### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2015-35515

Recording Date: 8/21/2015 03:09:02 PM

Document Type: SALE

Addtl Titles Doc Types:

Conveyance Instrument Number: 583549

Filed by:  JAMES MOUNGER
1539 JACKSON AVE
STE 600
NEW ORLEANS, LA 70130

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

INVOICE # *10123*

## METRO HOME INSPECTION

FILED

### BUILDING ANALYSIS REPORT

✓ Single Family ____ Detached ____ Semi-Detached ____ Townhouse ____ Condominium ____ Unit Apartment

Client Name __Kenny Barro__

Address __6961   Cambronne Ct.__

City, State __N.O. LA 70128__

Telephone __504-239-2458__

| Property Location |
|---|
| 11150 Idlewood Ct. |
| N.O. EAST |
| Reported Age 20(+) |
| Start 3:00 PM        End 4:30 PM |

This inspection is performed in accordance with the Standards of Practice of the American Society of Home Inspectors (ASHI), and are a part of this report. These guidelines are intended to provide the client with a better understanding of the property conditions, as observed at the time of the inspection.

Inspections done in accordance with these Standards are visual and are not technically exhaustive. These Standards are applicable to buildings with four or less dwelling units and their garages or carports.

Soil conditions, geological stability, or engineering analysis are beyond the scope and purpose of this inspection. The inspection is not a compliance inspection or certificate for past or present governmental or local codes or regulations, or the suitability of the property for any specialized use.

Determining the presence or absence of radon, safety glass, lead paint or any suspected hazardous substance, including but not limited to toxins, carcinogens, noise, contaminants in soil, water and air are beyond the scope and purpose of this inspection. Additional clarification of the purpose and scope of this inspection, as well as general limitations and exclusions are included with this report beginning on page 17, Standards of Practice.

The inspection and report are furnished on an opinion only basis. **THE INSPECTION AND REPORT ARE NOT INTENDED TO BE USED AS A GUARANTEE OR WARRANTY EXPRESSED OR IMPLIED. Some inspection components may or may not be covered by your Real Estate Contract. Consult your real estate agent or attorney regarding your contractual conditions.**

**The client is STRONGLY ADVISED to perform a diligent walk through inspection prior to closing. Problems may develop between the time of our inspection and the time of possession. Page 21, a "Walk Through Checklist" is provided as a convenience for this purpose.**

This report is prepared for the sole use and benefit of the client and shall not be relied upon by anyone else. Under no circumstances shall the inspection be considered for the benefit of any third party.

Estimates for repair costs are to be used as a guide only, and are based on current rates of professional licensed contractors. **ACTUAL REPAIR COSTS MUST BE DETERMINED BY THE CUSTOMER PRIOR TO CLOSING. DO NOT RELY ON COST ESTIMATES IN THE REPORT.**

| CONTENTS | | | |
|---|---|---|---|
| INTRODUCTION | 1 | INTERIOR, KITCHEN, & APPLIANCES | 9-10 |
| SCHEMATIC DIAGRAM | | LAWN SPRINKLERS, POOL, | |
| OF A HOME | 2 | SPA (if applicable) | 11-12 |
| SUMMARY | 3 | SUGGESTED IMPROVEMENTS | 15 |
| TYPICAL ROOF SYSTEMS | 4 | EXTERIOR SURFACES/SIDING | 16 |
| ROOF, ATTIC, STRUCTURAL | 5-6 | STANDARDS OF PRACTICE/GLOSSARY/ | |
| MECHANICAL SYSTEMS | 7-8 | CONSUMER TIPS | 17-20 |
| | | WALK THROUGH CHECKLIST | 21 |

Note: Not all pages or phases apply to all inspections, especially partial or condominium inspections.

✓ If client did not accompany inspector call office.

Building Analyst(s) __W. Wy__    Date __7-21-15__

Recent Weather: Rain very wet __Pty cldy__ ; Occasional rain __NONE__ ; Dry __90°__

| PAYMENT RECORD |
|---|
| Fee $ __350.00__ |
| Paid by: ____ Check    ✓ Cash    ____ Visa    ____ Mastercard |
| Present at Inspection: ✓ Client, ____ Seller, ✓ Listing Agent, ____ Selling Agent, ____ Inspector Only |
| ✓ Client Received Report ☑ At Inspection, ☐ By Mail ☐ By Third Party |

EXHIBIT
B

1

INVOICE # 10123

# INSPECTION REPORT SUMMARY

## CONDITION DEFINITIONS

NOTE: Ages
shown
componer
are estimate.

A rating code is used to describe the apparent condition of many inspected items.
A checkmark (✓) means only that an item was inspected or observed.
A — Present condition is satisfactory, average wear and tear, typical for age and type.
B — Present condition is marginal or aging. May need early updating.
C — Present condition is functional but repair or replacement is needed or advisable.
D — Present condition of item requires repair or replacement, non functional.
N.A. — Not applicable or not inspected due to conditions.
N.V. — Not visible or not readable.

## STRUCTURAL OVERVIEW

The following conditions were observed during our visual inspection, and based on our opinion
to be as follows:

| Construction | Maintenance | Wear and Tear | Signs of Settlement | Normal Cracks | Termites or Wood Decay Found* |
|---|---|---|---|---|---|
| ✓ Professional | ✓ Very Good | ✓ Minor | ✓ Minor | ___ Foundation | ✓ None Found |
| ___ Workmanlike | ___ Average | ___ Average | ___ Average | ___ Ext. Walls | ___ Minor Damage |
| ___ Quality Built | ___ Fair | ___ Above Avg. | ___ Above Avg. | ___ Int. Walls | ___ Moderate |
| ___ Garage Const. | ___ Neglected | ___ Extensive | ___ Extensive | ___ Concrete Flrs. | ___ Damage |
| ___ Amateur Workmanship | | | | ✓ Walks/Drives | ___ Major Damage |

The presence or absence of termites, wood borers, carpenter ants, fire ants, bees, rodents, insects or pests is not a part of this inspection.

## MAJOR REPAIRS
Page

Recommend review and repair as required by qualified licensed contractor prior
to closing. Costs of $1000.00 or more each.                    Estimates

Dish washer need's Attention

## MODERATE REPAIRS
Page

Recommend review and repair as required by qualified licensed contractor
to closing. Most buildings usually found to have one or more moderate defects
costing $500.00 or each.

2 Electrical wall outlets not working over sink in Master Bath (2)

## MINOR REPAIRS
Page

Recommend review and repair as required by qualified licensed
to closing. Most buildings have serveral minor defects costing
                                                          Estimates

Expose wire in Bed room closet - Need Coverplate B.R. #1 (Hall)
Missing Electrical face plate in Master B.R. Walk in closet.
Electrical outlets on Patio Not working

ALL BUILDINGS REQUIRE REPAIRS AND MAINTENANCE, ROUTINE AS WELL AS UNEXPECTED. GENERALLY, OLDER
PROPERTIES HAVE GREATER REQUIREMENTS. WE SUGGEST A YEARLY BUDGET OF $500.00 TO $1000.00 OR MORE, FOR
REPAIRS, DEPENDING ON THE SIZE, AGE AND CONDITION OF THE BUILDING, AND AN EQUAL AMOUNT FOR MAINTENANCE.

## POSITIVE FEATURES

Some systems or components that are desirable or noteworthy, in our opinion;

| | | |
|---|---|---|
| ✓ Newer Roof | ✓ Newer Heating System | ✓ Bldg. Reflects |
| ✓ Many Quality | ___ High Eff. Heating System | ✓ Pride of Ownership |
| ___ Components | ✓ Electric | ___ Solar Water Heating |
| ___ Newer Air Cond. | ✓ Attic Insulation | ___ High Eff. Water Htg. |
| ✓ High Eff. Air Cond. | ___ Copper Pipes | ___ Newer Appliances |

___ Landscaping
___ Lawn Sprinkler System
___ Inground Pool
___ Patio/Porch/Deck
___ Screen Enclosure

## NEGATIVE FEATURES

Some systems or components that may be marginal or aging and may require early updating, in our
opinion;

| | | |
|---|---|---|
| ___ Aging Roof | ___ Inefficient Storm | ___ Marginal |
| ___ Older Air Cond. System | ___ Windows or Doors | ___ Sliding Doors |
| ___ Aging Heating System | ___ Aging Appliances | ___ Old Garage Vehicle Door |
| | ___ Marginal Windows | ___ Aging Exterior Siding |

___ Aging Water Heater
___ Aluminum Branch Circuit
___ Wiring
___ Marginal Electric Service

Schematic Diagram of a Home

Source: Florida Cooperative Extension Service

# THE TRUTH ABOUT LEAKS

The truth is that while many roof leaks are easy to repair, their sources are often difficult to find. Water dripping from a ceiling may not be from a leak directly above, but from a leak many feet away that runs down the rafter or across the ceiling before coming in. It could also be caused by the condensation of moisture rising from a bathroom or kitchen, collecting on the roof sheathing and then dripping through to the floor below. It might just as easily be from a plumbing leak situated in a wall or ceiling, and incorrectly attributed to a roof leak.

The best way to start tracking a roof leak is to become familiar with the many possible causes. Then, by carefully examining the roof and using the process of elimination, you should be able to locate its source.

## The most frequent causes of roof leaks are:

- Improper flashing, sealing or worn-through flashing around projections through the roof such as plumbing stacks (vent pipes), chimneys, skylights, antennas, dormers, etc.
- Missing, broken or pierced shingles, caused by stones, hail, broken branches or walking on the roof.
- Tears in roof valleys, created by expanding and contracting metal or by someone walking in the valley. Also, debris can build up in the valley and block run-off.
- Exposed nails, nails in the wrong places or nails not set flush with the underlying shingles.
- Wind driven rain: through an attic window or louver, into the chimney brick or mortar or under shingles, through the siding and behind the step flashing where a lower roof joins the vertical side of the main house.
- Ice dams, which prevent proper run-off and force water to back up under the shingles.
- Improperly hung gutters or drip edges.
- Improperly installed roofing, or a roofing type which is incorrect for the slope involved.
- Cracking and blistering of roof mastic on rolled asphalt or on built-up roofing.
- Ponds of water, created when flat or low sloped roofs begin to sag. Clogged roof drains.
- Cracked or disintegrating chimney caps.

Source: American Society of Home Inspectors A.S.H.I., Washington, D.C.

### TYPICAL ROOF STYLES



L-SHAPED HIP

HIP

FLAT

LOW GABLE

L-SHAPED GABLE

CONTINUOUS STEEP GABLE

SHED

"DUTCH" HIP

4

INVOICE # 10123

# ROOF, ATTIC, STRUCTURAL FEATURES

## ROOF COVERING

1. Type _____ Slope. 2. Type _____ Slope. 3. Type _____ Slope.
Non-Permanent Roofs and are NOT INSPECTED (Most leak periodically).

OBJECTIVE: Inspection for Visible Evidence of Whether or Not the Roof Covering is in a Watertight (Leak Free) Condition.

✓ Inspected from Rooftop or
✓ Other Means *From ground w/ binoculars*

| Material | Age | Material | Age | Building Faces  N  E  S  W |
|---|---|---|---|---|
| __ Concrete/Clay Tile | | __ Built Up | | |
| __ Spanish S. | | __ Asphalt Roll | | |
| __ Barrel | | __ Membrane | | |
| __ Wood Shgl. | | __ Metal | | |
| __ Wood Shake | | __ Slate | | |
| ✓ Asphalt Shgl. | 7⁺ | __ Other | | |

*NONE*

__ Evidence of roof leaking     __ None Found

| ✓ Flashings | __ Valleys | ✓ Gutters |
| ✓ Steel | __ Steel | __ Steel |
| __ Copper | __ Copper | __ Alum. |
| __ Asphalt | ✓ Asphalt | __ Plastic |
| __ Skylights | __ Chimneys | __ Copper |

Date: **7-21-15**  Building Analyst _____     Street     Not to Scale

## ATTIC

__ Inspected.  __ Portions Not Inspected Due to Low Clearance and/or A/C Ducts.

| Framing | Ventilation | Insulation | Avg. Inches | Type | "R" Rating | Access |
|---|---|---|---|---|---|---|
| ✓ Trusses | ✓ Soffit | ✓ Batt | 6½ | R | 19 | __ Scuttle |
| ✓ Rafters | __ Louvers | __ Loosefill | | | | __ Pulldown |
| ✓ Joists | __ Turbines | __ Recommend add'l insulation to achieve R-19 | | | | __ No Access |
| __ On Center | __ Fan(s) | __ Recommend add'l ventilation. | | | | |
| ✓ Plywood/Boards (Sheathing). | | ✓ Evidence of Roof Leaking in Attic __ None Found | | | | |

## STRUCTURE EXTERIOR SURFACES/SIDING

__ Concrete Block Stucco __ %
__ Frame Stucco __ %          ✓ Soffit    Wood    Stucco    Alum    Other
✓ Simulated Stone/Brick Veneer    ✓ Facia
__ Plywood/Hardboard/Alum./Vinyl    ✓ Foundation-Concrete
✓ Attached/Detached Garage

## DOORS EXTERIOR

Note: Glass is not Checked to Determine if it is Safety Type.

|  | Wood | Metal | Hardboard |
|---|---|---|---|
| ✓ Front Entrance | __ | __ | __ |
| ✓ Gar. Pedestrian | __ | __ | __ |
| ✓ Gar. Vehicle | __ | __ | __ |
| __ " " Automatic Opener | __ | __ | __ Safety Reverse Tested |
| __ Sliding Glass | __ | __ | __ Missing/Damaged Screen(s) |
| __ Other | | | |

## BASEMENT/ CRAWLSPACE

Crawlspace not Readily Accessable
¹ Most basements or crawlspaces have water penetration periodically.
² Wood damage may be present in unseen areas.

✓ NONE       __ Slab on Grade        __ Partial          __ Full Basement/Crawlspace
✓ Evidence of Prior Water Penetration *NONE*  __ Dampness Signs
✓ Foundation-Walls  ✓ Poured Conc.  __ Block  __ Brick  __ Stone.  __ Cracks Min/Mod/Maj
__ Floor __ Concrete/Dirt   __ Columns __ Steel/Wood/Concrete
__ Main Beam(s) __ Steel/Wood/Concrete     __ Framing/Sills²  __ Wood/Steel/Concrete
__ Sump Pump __ Operated     __ Stairs     __ Signs of Wood Destroying Insects³

## GRADING

✓ General Grading, Slope and Drainage Adequate  *DRAINS TO STREET*
__ Grading and Slope Within 5 Feet of Foundation Wall

## SITE IMPROVEMENTS

°Balusters or railings 30" or more above ground level should be not more than 4"/6" apart (required on new installation).

| | Asphalt | Concrete | Stamped Conc. | Kool Deck/ Keystone | Paver Blocks/ Brick | Wood |
|---|---|---|---|---|---|---|
| ✓ Driveway | | ✓ | | | | |
| ✓ Sidewalk | | ✓ | | | | |
| __ Patio/Deck¹ | | | | | | |
| __ Porche(s)¹ | | | | | | |
| __ Retaining Walls | | | | | | |

## MAINTENANCE TIPS/ SUGGESTED IMPROVEMENTS

May be normal or preventive maintenance or may improve safety, or reduce energy costs.
__ Trim trees, shrubs, remove dead wood        __ Regrade add'l. soil against house
__ Trim wood siding min. 6" above ground       __ Clean, align, tighten up gutters & spouts
__ Point up caulk all open joints & cracks      __ Caulk/seal doors/siding/trim
__ Pressure clean & seal patio/deck            __ Screen soffit vents
__ Scrape/prime/paint siding trims             __ Repair/replace porch screening

5

## ROOF INFORMATION

| COVERING | LIFE EXPECT. | GENERAL REMARKS |
|---|---|---|
| Asphalt Shingles* | 15-20 years in the North<br>12-15 years in the South/S.W. | Approximate weight 235#.** From the 1920's to present, asphalt shingles are used on more than 80% of all homes today. Usually 3-tab design with self-sealing strips to protect against blow-o Replacement costs are about $1.00 to $1.50 P.S.F.*** |
| Asphalt Multi-Thickness Shingles* | 20-25 years in North<br>15-18 years in South/S.W. | Approximate weight is 245#/400#.** Multi-thickness shingl are of heavier weight, are more expensive, have somewhat long life expectancies, and are usually used for architectural effec Replacement costs are about $1.25 to $2.00 P.S.F.*** |
| Asphalt/Fiberglass Shingles* | 15-20 years in North<br>12-15 years in South/S.W. | Approximate weight is 215#.** Used from the mid-1970's t present. In general usage today as replacement for aspha shingles. The mat is of a fiberglass material that is impregnat with asphalt, and covered with fine stone granules in variou colors. Replacement costs are about $1.00 to $1.50 P.S.F.*' |
| Asphalt Roll Roofing | 8-12 years In North<br>6-10 years in South/S.W. | Approximate weight is 90#.** Used from the 1930's to presen Usually used on low-slope roofs. Each roll covers one square. Ma be single cover type, 3 foot wide strips, mineral covered, or doubl coverage type (called Selvage) with granules over half the rol Replacement costs are $1.00 to $1.50 P.S.F.*** |
| Built-up Roofing | 15-20 years in North<br>8-12 years in S.W. | Approximate weight is 400#/650#.** Used on low-slope or fla roofs. Usually applied in a minimum of 3 alternating layers of ho tar and 15# felt paper. Covered with hot tar and gravel, slag, o sometimes painted with aluminum coating to repel ultra-violet su rays. Replacement costs are $2.50 to $3.50 P.S.F.*** |
| Wood Shingles/ Shakes | 15-30 years in North<br>10-15 years in South/S.W. | Approximate weight is 200#/300#.** Used from the 1800's t present. May be redwood, cypress or cedar; with cedar being th most common, and No. 1 handsplit being the best. Require periodic maintenance and treatment with a preservative. Th recommended minimum slope for applications is 4/12. Best installed with hot dipped galvanized or copper nails. Staples ar used in cheaper construction. Replacement costs are $3.00 t $4.50 P.S.F.*** |
| Clay or Concrete Tile | 20-25 years<br>40-60 years for some types | Approximate weight is 900#/1600#.** Used from the 1800's t present. Manufactured in flat, half barrel (mission), or "S" shap (spanish). May be nailed down or set in mortar with all joint mortared, may last 50 years or more. Other types are no waterproof and depend on sub-surface roofing (usually 90# rolle for watertightness. Replacement costs are $3.00 to $4.00 P.S.F.** |
| Slate Shingles | 30-100 years | Approximate weight is 800#/1800#.** Used from the 1800's t present. Buckingham and Vermont slates are the longest lasting Bangor or Pennsylvania have a shorter life expectancy. Ver expensive, heavy, brittle material. Should be installed with ho dipped galvanized or copper nails. Do not walk on surface Replacement costs are $8.00 to $12.00 P.S.F.*** |
| Asbestos-Cement Shingles | 30-60 years | Approximate weight is 300#/600#.** Used from the 1940's to th late 1960's. Durable and brittle. Repairs may not be feasible Replacement materials are not readily available. |
| Metal Roofing | 15-40+ years | Approximate weight is #150 to 250#.** May be standing, flat, o batten seam type and either galvanized, painted steel, or copper Aluminum is less common, but is growing in popularity. Meta roofing can also be found as individual shingles, or sheets stampe to resemble individual shingles. Can be used successfully on lov pitches, and may be used on flat roofs as flat metal with soldere joints. Steel must be kept painted or coated to prevent rust. I coated with tar, expect early replacement, as the real condition o the metal cannot be determined. Replacement costs are $4.00 t $6.00 P.S.F.*** |
| Single-Ply Membranes | 15-25 years | Approximate weight is 150#/300#.** Almost as many products a there are letters in the alphabet CPE, CSPE, PVC, EPDM, PIB Neoprene, and modified Bitumen. These are commonly calle rubber roofs. May be sealed down with adhesive and/or heat, o laid loose, and covered with stones for ballast. Some, early technology materials are showing signs of significant failures known as shattering. These materials have not stood the test o time. Replacement costs $2.00 to $4.00 P.S.F.*** |

\* Not recommended on slope of less than 3/12
\*\* Approximate weight per 100 square foot of coverage (one square means 100 square feet) .
\*\*\* Replacement cost vary with degree of difficulty, disposal fees of removed materials, and amount of preparation of roof deck.

Additional information about roofs, structural, exterior surfaces and sidings on page 16.

INVOICE # 10125

# MECHANICAL SYSTEMS AND EQUIPMENT

OBJECTIVE: Visual Inspection of Functioning Components for Functionability (Working Order)

## ELECTRICAL SYSTEM

Wiring and fixtures and each system is not attached building with beyond the this room.

detectors recommended test of any bedroom monthly.

☑ Service¹  ☑ Underground  ___ Overhead  ___ Fuses  ☑ Breakers
☑ Grounded to  ☑ Rod  ___ Waterpipe _____
☑ Amps. Capacity  ___ AWG Ent. Cable  ___ Copper  ___ Aluminum
☑ 120/240 Volts  ___ AMP ___, Main Svc. Disconnect(s) at ___ Meter ___ Panel
☑ Main Panel(s) **200** Max. Amps. Capy. at ___ Garage  ___ Hall  ___ Other
☑ Sub Panel(s)  ___ Max. Amps. Capy. at ___ Garage  ___ Hall  ___ Other
☑ 120 Volt Ckts.²  Sub ☑ 15 Amps.  ☑ 20 Amps.  ☑ 240 Volt Ckts
        Main _____
☑ Branch Wiring  ___ Copper  ___ Aluminum  ___ Cable  ☑ Cond
☑ GFCI(s) _____  ___ Smoke Detector(s)³ _____  Note: Timers ... not tested

## AIR CONDITIONING SYSTEM

Temperature differential difference between input and usually 14-22 degrees to Condensing Unit.

inspection does not determine balancing or sizing of system, air handlers are not dismantled for inspection, recommend service prior to clo.

Temp. Below 65°F

☑ Central Air.  ___ Zone(s).  ☑ Split Sys.  ☑ Pkg. Sys.  ___ Unable to Test
☑ Electric Compressor,  ☑ Condenser.  ___ Heat Pump,  ☑ Circ. Water Sys
☑ Uncooled Finished Space _____  ___ Thermostat/Controls
☑ Distr. Heating Ductwork,  ☑ Airflow,  ___ Room Units

| Make | Age | Mod. # | Comp. Amps. | Fan² | Tons Capy. |
|------|-----|--------|-------------|------|------------|
| Heil H/A | 7? | N2A360CKB | ☑ | **3** | Tons Capy. |
|  | Age, | Mod.#, | Comp. Amps. | Fan² | Tons Capy |
|  | Age, | Mod #, | Comp. Amps, | Fan², | Tons Capy |
|  | Age, | Mod #, | Comp. Amps, | Fan², | Tons Capy |

## HEATING SYSTEM

Note: inspection does not determine balancing or sizing of system.

☑ Furnace,  ___ Boiler.  ___ Heat Pump,  ☑ Gas/Oil/Electric
☑ Zone(s).  ___ Filter(s),  ☑ Washable/Disposable,  ___ ...
☑ Distribution,  ___ Forced Air,  ☑ Ductwork,  ___ Radiators,  ___ ...
☑ Unheated Finished Space _____  ___ Thermostat/Controls
☑ Pipes,  ___ Circ. Pump.  ___ Oil Tank,  ___ Size,  ___ Flue Pipe/Chimney

| Make | Age, | Model#, | Capy. BTU/H |
|------|------|---------|-------------|
| American Standard | TWE060C15FDD | ☑ Capy. BTU/H | 125 000 |
|  | Age, | Model#, | Capy. BTU/H |
|  | Age, | Model#, | Capy. BTU/H |
|  | Age, | Model#, | Capy. BTU/H |

## PLUMBING SYSTEM

advise a Full Laboratory Analysis

Waste Disposal System - Getting History Records what.

Pushed—Toilets Flushed Times and Faucets Run Minutes or So.

Conditioning Equipment pected or tested, (usually)

☑ Water Svc. Supply  ___ Public,  ___ Private¹  ___ Water System Equipment
☑ Pipes  ☑ Copper  ___ Plastic  ___ Galvanized  ___ Unknown _____
☑ Main Shut Off  Front @ Sidewalk  ☑ Pressure  Good
☑ Waste Disposal.  ☑ Public  ___ Private²  ___ Pushed³  ___ Func. Drainage
☑ Waste Pipes  ☑ Plastic  ☑ Copper  ___ Cast Iron  ___ Unknown
☑ Main Cleanout  Right side of House  ☑ Vent Stacks Thru Roof
☑ Interior Pipes  ___ Copper  ___ Galv.  ___ Plastic  ___ Functional Flow
☑ **2** Bathroom(s)  **2** Bathtub(s)  **2** Shower Pan(s)  ___ Leak Tested
☑ **2** Toilet(s)  ___ Fill Valve(s) Leaking  ___ Faucets _____
☑ Ceramic Tile  ☑ In Mastic  ___ In Mortar Bed _____
☑ Ventilation  **2** Fan(s)  ___ Window(s) _____
☑ Water Heater(s) 1. **1** Age **50** Gals. 2. ___ Age ___ Gals. ___ Flue Pipe
☑ Thermostats Set _____ (Advise a setting of 120° - 130° SEE BACK)
☑ Electric  ☑ Gas  ___ Solar  ___ Energy Conservation Unit _____

## MAINTENANCE TIPS SUGGESTED IMPROVEMENTS

May be normal or preventative maintenance or may improve safety, or reduce energy costs.
___ Trip Breakers Every Six Months          ___ Check Faucets, Hose Bibbs and Valves
___ Check Cond. of Lamp Cords,                      for Leaks
___ Ext. Cords                                               ___ Check for Leaks at Sink and House
___ Change or Clean A/C or Furnace                 Traps
      Filter as Needed                                     ___ Know the Location of Main Water Shut
___ Trim Trees or Shrubs Near A/C Unit

Most regulatory agencies now require a smoke detector within 15 feet of a bedroom and/or near the furnace equipment. Fire department officials are unanimous in their appeal that smoke detectors be used in all residences, apartments, houses, and motels/hotels. Smoke detectors should be checked every 30 days to verify that they are performing as intended.



**ALUMINUM WIRING**
Between 1965 and 1972, 1,500,000 homes were built using aluminum wiring for the lower branch circuits. Many other homes were remodeled or added-on to during this same period. Many home fires have been related to the use of aluminum wiring. The hazard occurs at connections at the outlets and at the switches. Aluminum tends to oxidize, which causes increased resistance to the flow of electricity, and in turn causes overheating. If aluminum wire in the lower branch circuit is found, we recommend that a qualified electrician review and repair as required. The only repair recognized by the Consumers Product Safety Commission (C.P.S.C.) is known as the crimp connector repair. A copper wire is attached (pigtailed) to the aluminum by means of a specially designed metal sleeve and a powered crimping tool. This forms a cold weld, which is then covered with an insulating sleeve.



**KNOB AND TUBE WIRING**
In homes built between 1900 and 1930, the wiring was made with two single conductors. A ceramic or porcelain tube was then used at the framing penetrations, or a knob was placed where the wires changed direction. Knob and tube wiring may still be used if in service, but most local jurisdictions require that it be removed when the electrical system is remodeled.

**GFCI**
The GFCI or Ground Fault Circuit Interrupter reduces the hazard of electrical shock. This device senses an imbalance in the flow of current - if there is a ground fault - and immediately (in a fraction of a second) shuts off the electricity. Code requires that all residences be equipped with a GFCI on all 120 volts single phase 15 to 20 ampere circuits leading to outside receptacles and on all bathroom receptacles. This is only required on new wiring installations, however, not on existing installations. These devices may be installed as outlets or breakers.



**AIR CONDITIONING COMPRESSOR**
An air conditioning compressor has a normal life expectancy of 8 to 12 years. Compressors need to be serviced once a year. warranties require that at least 12" clearance be maintained on all sides of outside units, and at least 4' clear space above the unit for proper operation and air circulation. The life expectancy of the unit may be diminished and higher energy costs will result if the unit cannot breathe properly.



**CENTRAL HEATING SYSTEMS**

| TYPE | LIFE EXPECT. | COMMENTS & GENERAL REMARKS |
|---|---|---|
| Gas or Oil Gravity | Indefinite | Usually old coal or wood furnaces, converted to gas or oil burners. Very inefficient systems. Generally resembles an octopus. Large ducts that may be wrapped with suspected asbestos containing material. |
| Gas Forced-Air | 15-20 years | Most common type of air furnace. Relatively maintenance free. Maintain at least 12 inches of clear space from combustibles. IMPORTANT: furnaces require an ample supply of air for proper combustion. Do not close off or restrict the air supply to the furnace. |
| Oil Forced-Air | 15-20 years | Most are pressure or gun types, but some older versions that use a vaporizing or pot-type burner still exist. We recommend yearly professional maintenance. |
| Hot Water Systems | 15-20 yrs.-Steel 40-60 yrs. Cast Iron | May be gas, oil, or electric fired, and may be a one or two-pipe system. Water flow is accomplished by gravity or a circulating pump, which is controlled by an aquastat. All oil-fired boilers or furnaces should have yearly professional maintenance. |
| Steam Systems | 40-60 years Cast Iron | May be oil, gas, or electric fired. Most are a one-pipe system. If it has a sight glass, it's a steam system. Yearly professional maintenance is recommended. |
| Electric Furnace | 20-25 years | Relatively maintenance free and dependable. Usually more expensive to operate. Generally sized in 5 kilowatt increments from 5 KW to 40 KW, with 10 KW equal to 34,120 BTUH. |
| Electric Heat Pump | 10-15 years | Basically a reverse-cycle air conditioner. Domestic units are always designed for cooling loads. Relatively economical to operate. Should have yearly, professional maintenance. |
| Electric Baseboard Heat | 25-30 years | No pipes or ducts required. Each unit is individually controlled by a thermostat. |
| Electric Radiant Heat | Indefinite | Generally electric resistance coils, embedded in plaster on ceilings. Each room individually controlled by a thermostat. |

Estimated life expectancies represent averages and can be greatly affected by usage, relative care, the mineral content or acidity of water and luck.



**AIR FILTERS**
Air filters should be cleaned or replaced, depending on the type, every 30 to 60 days. Dirty filters reduce the efficiency of furnaces and air conditioning systems and increase energy costs. Especially for an air conditioning system, "cleanliness is next to Godliness", as a dirty filter can cause the evaporator coil to become matted with dirt and lint, and can lead to expensive repairs.



**HUMIDIFIERS**
These devices add needed moisture to the air during the heating season. Clean and maintain these units every 30-60 days. We recommend that a tablespoon of fabric softener be added monthly to the water pan to reduce the build up of mineral deposits. Shut off the water supply to the unit when not in use.



**WATER HEATERS**
The life expectancy of a water heater is 5 to 10 years. Water heaters generally need not be replaced unless they leak. CAUTION---- This U.S. Consumer Product Safety Commission advises that general purpose water temperatures be no hotter than 130°F. Water temperature above 120°F can cause severe burns or scalds where small children or invalids have access to hot water taps.

**GALVANIZED STEEL**
Galvanized water supply piping has a life expectancy of about 40 to 60 years. This type of piping generally becomes encrusted inside due to mineral deposits and rust, which adversely effects the functional flow of water. In areas where high acidity or mineral content are present in the water supply, the galvanized piping may clog up at an even faster rate.



**COPPER**
Copper piping is a sign of quality plumbing, even today. It is generally more expensive to install and has a long life expectancy. However, acidic water which may be present in well systems, can attack the pipe and cause the entire distribution system to need early replacement. Signs of small pinhole leaks along the length of the pipe (indicated by bluish deposits) can cause copper pipe to fail in less than 15 years.

8

# INTERIOR, KITCHEN AND APPLIANCES

**OBJECTIVE:** Visual Inspection of the Functional Components for Functionability (Working Order).

**FLOORS / STAIRS**
- ✓ Concrete ___ with Carpet/Ceramic Tile/Marble/Terrazzo ___
- ___ Hardwood/Softwood ___
- ___ Plywood/Particle Board ___
- ___ Stairs ___ Handrails/Balustrades ___

**WALLS**
- ✓ Drywall ___
- ___ Plaster on Gypsum/Wood Lath ___
- ___ Wood ___

**CEILINGS**
- ✓ Drywall ___
- ___ Plaster on Gypsum/Wood Lath ___
- ___ Wood ___

**CLOSETS**
- ✓ Shelves ___ Vinyl Coated Steel ___ Wood ___
- ✓ Doors ___ Louvered ___ Bi-fold ___ Bypass ___ Mirrored ✓ Pocket
- ___ Need Trimming/Adjusting ___ Undercutting ___

**DOORS (Inside)**
- ✓ Flush ___ Pocket ___ Panel ___ ✓ Pocket
- ✓ Knobs ___ Locks ___
- ___ Need Trimming/Adjusting ___ Undercutting ___

NOTE: The inspection does not determine the presence or absence of safety glass in any location.

**WINDOWS**
- ___ Wood ✓ Aluminum ___ Awning ___ Single Hung ___ Sliding
- ✓ Double Hung ___ Single Glass ___ Insulated Glass ___ Casement
- ___ Missing/Damaged Screen(s) ___ Cracked/Fogged Panes ___

NOTE: Most buildings have cracked panes or other defects.

NOTE: The inspection does not determine the presence or absence of safety glass in any location.

**FIREPLACE(S)**
- ✓ Metal Pre-fab ✓ Masonary ___ Damper Operated ___
- ✓ Chimney ___ Metal ✓ Masonary ___

**KITCHEN and APPLIANCES**
- ✓ Floor ✓ Ceramic Tile ___ Sheet Goods ___ Resilient Tile ___
- ✓ Cabinets ___ Wood ✓ Plastic Laminate ___
- ✓ Countertop ✓ Sink ✓ Single/Double ___ Stainless ___ Porcelain
- ✓ Dishwasher ___ Age² ✓ Air Gap ✓ Operated ___
- ✓ Disposer ___ Age² ✓ Operated ___
- ✓ Range/Oven(s)¹ ___ Age² ✓ Electric ___ Gas ___
- ✓ Refrigerator ___ Age² ✓ Frost Free ___ Ice Maker ___
- ___ Water/Ice Dispenser ___ °F. Freezer ___ °F. Refrigerator ___
- ✓ Exhaust Fan ___ Ductless ___ Vented to Outside ___
- Not tested @ inspection ✓ Microwave Oven ___ Trash Compactor ___

¹Self cleaning function of oven not tested.   ²Ages shown are estimated.

**OTHER APPLIANCES**
- ___ Central Vacuum ___ Bar Sink(s)/Refrigerator ___
- ___ Built In Grill(s) ___ Instant Hot Water Dispenser ___
- ___ Clothes Washer ___ Age² ___ Operated ___
- ___ Clothes Dryer ___ Age² ___ Operated ___ Vented ___ Electric ___ Gas

Note: Timers are not tested nor do we inspect intercom or burglar alarm systems. We suggest having the seller demonstrate satisfactory operation of such systems.   ²Ages shown are estimated.

**COMMENTS AND ADVICE**

**MAINTENANCE TIPS / SUGGESTED IMPROVEMENTS**
May be normal or preventive maintenance or may improve safety or reduce energy costs.
- ___ Clean Refg. Back/Bot.
- ___ Tighten/Adjust Cab. Hinges
- ___ Clean Dryer Vent/Duct
- ___ Repair Screens/Lubricate Sliding Doors
- ___ Lubricate/Adjust Window Hardware
- ___ Check Bath. Tile Joints, Tub Grout. and Caulk.
- ___ Check Caulk. Around Doors, Windows for Decay
- ___ Check Faucets/Valves for Leaks

9



### FLOORS

Most wood floors have or will develop squeaks, even in well-built homes. To remove these squeaks, try applying graphite or talcum powder between the floor boards and the floor joist, if they are accessible. Sometimes, cedar shims can be lightly driven into these spaces to solve the problem. Another method is to drive a screw of the proper length through the floor joist and into the floor boards - drawing the boards down firmly.

Periodically, check the floors in bathrooms, kitchens, and laundry areas for signs of leaks or excessive moisture. Undetected water damages can lead to deterioration of floor coverings or structural framing members. Also, excess moisture can promote mold, fungus, or bacteria, and provide nesting areas for insects.



### STAIRS

Steps should be of a uniform height and soundly constructed. Do not allow household items or toys to be stored on stairways. Check the handrails periodically and tighten them to the wall as necessary. Handrails should be at a uniform height (usually 30 to 34 inches above the leading edge of the treads) and should have a 1½ inch space between the rail and the wall. Railings should be checked occasionally to be sure that they are secure, and the upright pieces (called balusters) should be constructed so that a sphere larger than 6 inches will not pass through.



### WALLS AND CEILINGS

Most wall surfaces constructed of drywall or plaster will develop cracks. Houses are like people -- the older they get, the more they show their age. Many buildings constructed prior to about 1935 had plaster applied over wood strips, called lath. Over time the lath may pull away from the framing members due to the nails rusting through. It is usually not possible to correct this condition, but sometimes new drywall can be laminated over the plaster and secured with screws.

Buildings erected with walls constructed of drywall, prior to about 1980, may be subject to a condition called "nail pops". This condition is caused from the normal expansion and contraction of wood framing. To correct this condition, drive the nail back into the drywall (a new nail may be installed above the "popped nail"), spackle, and paint. Newer installations of drywall frequently used special screws and/or adhesive between the drywall and framing or in many instances, metal framing is now used, making the nail pop problem less common. Plaster on gypsum board was commonly used in well-constructed buildings between about 1935 to about 1975. It is seldom used today, even in premium quality construction. If cracks are present in plaster surfaces, the loose material can be removed by scraping it out with a standard screwdriver. Spackle and paint the surface as necessary. Larger cracks can be repaired by installing a special mesh-type tape in drywall joint compound and feathering the edges out for a professional looking job. A broad blade (about 6 inches or wider) drywall finishing tool will make the job easier.

Check the bath tile joints, especially around plumbing penetrations, windows in the shower area, or towel bars and soap dishes. Remove any loose grout or caulk and replace as necessary. Even hairline cracks in the tub or shower area can allow undesirable water penetration, cause mold or mildew to form, and damage to surrounding surfaces, the backing materials, and framing members.



### DOORS

Interior doors require little routine maintenance. An air gap of ½ to 1 inch at the bottom is usually desirable to permit proper airflow or circulation for heating and cooling systems. Lubricate knobs, locks, and hinges with a silicone type spray as needed. Occasionally it may be necessary to tighten the screws in the latch striker plates so the doors will close properly.



### WINDOWS

The primary purpose of a window is light and ventilation. The secondary, and possibly more important purpose, is that windows are usually provided as an emergency means of egress, especially in sleeping rooms. For this reason, windows should remain accessible and operate freely. If windows are painted shut, they can be freed up by cutting through the paint with a stiff putty knife. Wood frame windows should be kept well-painted to prevent the intrusion of water and moisture. Remove loose glazing compound (putty) and reglaze as required.



### FIREPLACES AND WOOD BURNING STOVE CHIMNEYS

Solid fuel device chimneys should be professionally cleaned on a yearly basis to remove excess build-ups of creosote. The old-time chimney sweep is back, and is probably best qualified to perform this work. Creosote can cause a chimney fire if not removed on a regular basis. Pine and other softwoods tend to cause more of a problem with creosote than do hardwoods like oak and maple.

| APPLIANCES | EST. LIFE EXPECT. | COMMENTS |
|---|---|---|
| Dishwasher | 5-10 years | Routinely remove food particles and debris from the sump area in the bottom of the tub. |
| Garbage Disposer | 5-10 years | Should be used sparingly when the building is served with a private waste disposal system. |
| Ranges/Ovens | 15-20 years | Ranges and ovens may become cosmetically obsolete long before they are functionally defective. |
| Refrigerator | 15-20 years | Clean the refrigerator back and bottom yearly. |
| Exhaust Fan | 15-20 years | Many newer installations have ductless model fans, which seem to do a relatively good job of removing odors and smoke. The charcoal filters need to be washed regularly, depending on the amount of use. |
| Clothes Washer | 5-8 years | Check washer shut-off valves periodically for leaks, and keep both supply valves shut off when the washer is not in use to prevent burst hose flooding. |
| Clothes Dryer | 5-10 years | Dryers should be vented to the exterior to prevent excessive moisture conditions. Clean dryer vents and ducts periodically. |

Estimated life expectancies represent averages and can be greatly effected by amount of usage, relative care, the mineral content or acidity of water and luck.

10123

# SUGGESTED IMPROVEMENTS

Listed below are some suggestions that we think will improve safety or convenience. Some improvements may reduce energy costs. The costs shown are average price estimates and should be used as a guide only.

On larger projects we recommend that you obtain three estimates. (See page 16 for additional tips on hiring contractors.)

**ITEM**                                                                    **AVERAGE COST**

## SAFETY

____ Recommend Back-Flow Preventers (vacuum breakers) at Hose Bibbs ......... $4-6 Ea.
____ Smoke Detectors (check monthly) (test/repair/replace/install) ....... Battery — $5-15
                                                                Electric Hard Wired — $20-50
____ Fire Extinguisher 5-10 lb. .................................................. $20-40
____ Reduce Closet Bulbs to 15 W .............................................. $1-Ea.
____ Change Closet Bulbs to Fluorescent ...................................... $10-20
____ Re-Key Entrance Door Locks ............................................. $30-40 Ea.
____ Install Deadbolts on Entrance Doors ...................................... $60-80 Ea.
____ Install Patio Door Locks / Security Locks ................................. $6-8 Ea.
____ Install Auxiliary Window Locks ........................................... $1-2 Ea.
____ Add Stairway Handrail to ____ ............................................ $60-90
____ Install New Railing with balusters not more than 4/6 inches apart ......... ____ ____
____ Replace or Install a Garage Door Opener with Automatic Safety Reverse .... $200-300
____ Fence Pool Area (Consult Qualified Contractor) ......................... $ ____ ____
____ Install Safety Glass in or Near Doors (Consult Licensed Glass Contractor) .... ____ ____
____ Obtain Garage Door Remote Control(s) from Seller

## ENERGY SAVINGS

____ Install Reflective Solar Film to Windows ................................... ____ ____
____ Install Add'l Attic Insulation ____" .............................. @ 60¢ PSF ____ ____
____ Install Energy Conservation Unit to A/C for Hot Water ................... $500-700
____ Attic Exhaust Fan (with Thermostat at 120°F) ........................... $200-300
____ Roof Turbines or Gable Louvers for Additional Attic Ventilation ......... $150-250 Ea.
____ Clear Soffit Vents of Insulation ......................................... $60-120
____ Install Insulation Blanket to Water Heater ............................... $20-30
____ Install Ceiling Paddle Fans (Consult Qualified Electrician) .............. $90-150 Ea.
____ Install Time Clock Control for Electric Water Heater ..................... $80-120
____ Install Humidistat Control for Air Conditioning System .................. $90-120
____ Install Set Back Thermostat for Heating System .......................... $90-150
____ Contact your local Power and Light for Energy Audit ..................... Free
                                                              Phone _____

## ELECTRICAL

____ Install GFCI Outlets on Exterior, and Outlets Near all Wet Areas,
      Baths, Garage and Kitchen ......................................... $45-60 Ea.
                                                              Consult Licensed Electrician
____ Ground Washer Dryer, Kitchen Outlets .................................. $20-40 Ea.
                                                              Consult Licensed Electrician
____ Install Light Sensitive Solenoids for Yard Lights/Spotlights ............. $60-80 Ea.
____ Upgrade Electrical Service
____ 100 Amp. ................................................................ $600-900
____ 150 Amp. ................................................................ $800-1200
____ 200 Amp. ................................................................ $900-1300

## MISCELLANEOUS

____ Install ____ Gallon Water Heater .................................... $300-450
____ Grade Soil at Foundation to Provide Proper Runoff ...................... ____ ____
____ Install Clothes Dryer Vent ............................................. $90-150
____ Vent Bath Fans to Outside ............................................. $60-120

II

# STANDARDS OF PRACTICE (Contd.)

**10. SYSTEM: CENTRAL AIR CONDITIONING**

10.1 The *Inspector* shall *observe*:
A. *central air conditioning* including:
1. cooling and air handling equipment
2. *normal operating controls*
B. distribution *systems* including:
1. fans, pumps, ducts, and piping, with supports, dampers, insulation, air filters and registers.
2. the presence of an *installed* cooling source in each room.

10.2 The *Inspector* shall:
A. *describe*
1. energy sources
2. cooling equipment type.
B. *operate* the systems using *normal operating controls*.
C. open *readily openable access panels* provided by the manufacturer or installer for routine homeowner maintenance.

10.3 The *Inspector* is NOT required to:
A. *operate* cooling *systems* when weather conditions or other circumstances may cause equipment damage.
B. *observe* non-*central air conditioners*.
C. observe the uniformity or adequacy of cool air supply to the various rooms.

**11. SYSTEM: INTERIORS**

11.1 The *Inspector* shall *observe*:
A. walls, ceilings, and floors
B. steps, stairways, balconies, and railings
C. counters and representative number of cabinets
D. a *representative number* of doors and windows
E. separation walls, ceilings, and doors between a dwelling unit and an attached garage or another dwelling unit.

11.2 The *Inspector* shall:
A. *operate* a *representative number* of *primary windows* and interior doors.
B. report signs of water penetration into the building or signs or abnormal or harmful condensation on building *components*.

11.3 The *Inspector* is NOT required to *observe*:
A. paint, wallpaper, and other finish treatments on the interior walls, ceilings, and floors
B. carpeting
C. draperies, blinds, or other window treatments
D. *household appliances*
E. *recreational facilities* or another dwelling unit.

**12. SYSTEM: INSULATION & VENTILATION**

12.1 The *Inspector* shall *observe*:
A. insulation and vapor retarders in unfinished spaces
B. ventilation of attics and foundation areas
C. kitchen, bath, and laundry venting systems

12.2 The *Inspector* shall *describe*:
A. insulation and vapor retarders in unfinished spaces
B. absence of same in unfinished space at *conditioned surfaces*.

12.3 The *Inspector* is NOT required to report on:
A. concealed insulation and vapor retarders
B. venting equipment which is integral with *household appliances*.

## GLOSSARY

*Automatic Safety Controls:*
Devices designed and installed to protect systems and components from excessively high or low pressures and temperatures, excessive electrical current, loss of water, loss of ignition, fuel leaks, fire, freezing, or other unsafe conditions.

*Central Air Conditioning:*
A system which uses ducts to distribute cooled and/or dehumidified air to more than one room or uses pipes to distribute chilled water to heat exchangers in more than one room, and which is not plugged into an electrical convenience outlet.

*Component:*
A readily accessible and observable aspect of a system such as a floor, or wall, but not individual pieces such as boards or nails where many similar pieces make up the component.

*Cross Connection:*
Any physical connection or arrangement between potable water and any source of contamination.

*Dangerous or Adverse situations:*
Situations which pose a threat of injury to the inspector and those situations which require use of special protective clothing or safety equipment.

*Describe:*
Report in writing a system or component by its type, or other observed characteristics, to distinguish it from other components used for the same purpose.

*Dismantle:*
To take apart or remove any component, device or piece of equipment that is bolted, screwed, or fastened by other means, that would not be dismantled by a homeowner in the course of normal household maintenance.

*Engineering:*
Analysis or design work requiring extensive preparation and experience in the use of mathematics, chemistry, physics, and the engineering sciences.

*Enter:*
To go into an area to observe all visible components.

*Functional Drainage:*
A drain is functional when it empties in a reasonable amount of time and does not overflow when another fixture is drained simultaneously.

*Functional Flow:*
A reasonable flow at the highest fixture in a dwelling when another fixture is operated simultaneously.

*Household Appliances:*
Kitchen and laundry appliances, room air conditioners, and similar appliances.

*Inspector:*
Any person who examines any component of a building through visual means and through normal user controls, without the use of mathematical sciences.

*Installed:*
Attached or connected such that the installed item requires tools for removal.

*Normal Operating Controls:*
Homeowner operated devices such as a thermostat, wall switch or safety switch.

*Observe:*
The act of making a visual examination.

*On-site Water Supply Quality:*
Water quality is based on the bacterial, chemical, mineral, and solids content of the water.

*On-site Water Supply Quantity:*
Water quantity is the rate of flow of water.

*Operate:*
To cause systems or equipment to function.

*Primary Windows and Doors:*
Windows and/or exterior doors which are designed to remain in their respective openings year round and not left open for the entire summer.

*Readily Openable Access Panel:*
A panel provided for homeowner inspection and maintenance which has removable or operable fasteners or latch devices in order to be lifted off, swung open, otherwise removed by one person, and its edges and fasteners are not painted in place. Limited to those panels within normal reach or from a 4-foot stepladder, and which are not blocked by stored items, furniture, building components.

*Recreational Facilities:*
Spas, saunas, steam baths, swimming pools, tennis courts, playground equipment, and other exercise, entertainment, or athletic facilities.

*Representative Number:*
For multiple identical components such as windows and electrical outlets - one such component per room. For multiple identical exterior components - one such component on each side of the building.

*Roof Drainage Systems:*
Gutters, downspouts, leaders, splashblocks, and similar components used to carry water off a roof and away from a building.

*Safety glazing:*
Tempered glass, laminated glass, or rigid plastic.

12

GLOSSARY (Cont.)

Shut Down:
A piece of equipment or system is shut down when it cannot be operated by the device or control which a home owner should normally use to operate it. If it's safety switch or circuit breaker is in the "off" position or its fuse is missing or blown, the Inspector is not required to reestablish the circuit for the purpose of operating the equipment or system.

Solid Fuel Heating Device:
Any wood, coal, or other similar organic fuel burning device, including but not limited to fireplaces whether masonry or factory built, fireplace inserts and stoves, woodstoves (room heaters), central furnaces, and combinations of these devices.

Structural Component:
A component which supports non-variable forces or weights (dead loads) and variable forces or weights (live loads).

System:
A combination of interacting or interdependent components, assembled to carry out one or more functions

Technically Exhaustive:
An inspection is technically exhaustive when it involves the extensive use of measurements, instruments, testing, calculations, and other means to develop scientific or engineering findings, conclusions, and recommendations.

Underfloor Crawl Space:
The area within the confines of the foundation and between the ground and the underside of the lowest floor structural component.

## AMERICAN SOCIETY OF HOME INSPECTIONS
## CODE OF ETHICS

Honesty, justice, and courtesy form a moral philosophy which, associated with mutual interest among people constitutes the foundation of ethics. The members should recognize such a standard, not in passive observance, but as a set of dynamic principles guiding their conduct. It is their duty to practice the profession according to this code of ethics.

As the keystone of professional conduct is integrity, the members will discharge their duties with fidelity to the public, their clients, and with fairness and impartiality to all. They should uphold the honor and dignity of their profession and avoid association with any enterprise of questionable character, or apparent conflict of interest.

1. The member will express an opinion only when it is based on practical experience and honest conviction.

2. The member will always act in good faith toward each client.

3. The member will not disclose any information concerning the results of the inspection without the approval of the clients or their representatives.

4. The member will not accept compensation, financial or otherwise, from more than one interested party for the same service without the consent of all interested parties.

5. The member will not accept nor offer commissions or allowances, directly, from other parties dealing with their client in connection with work for which the member is responsible.

6. The member will promptly disclose to his client any interest in a business which may affect the client. The member will not allow an interest in any business to affect the quality or results of their inspection work which they may be called upon to perform. The inspection work may not be used as a vehicle by the inspector to deliberately obtain additional work in another field.

7. An inspector shall make every effort to uphold, maintain and improve the professional integrity, reputation and practice of the home inspection industry. He will report all such relevant information, including violations of this Code by other members, to the Association for possible remedial action.

## FIND OUT BEFORE YOU LOSE OUT!

DON'T LOSE OUT WITH POOR CONSTRUCTION WORK. There are some unscrupulous and unqualified workers offering construction work. Beware of the "good deal" that may turn out to be a sour deal.

Ask all trades people for a copy of their licenses including occupational licenses if applicable. Check out their licenses with the local or regional building department before giving the contractor any money.

Ask for a certificate of insurance that covers Workmans Compensation and contractors liability. If an uninsured workman is injured on your property, you could be liable.

Call your local building department to find out if a permit is required for your project. Don't take the contractors word that a permit is not required because the job is considered a repair. You as a property owner could be liable for a fine if a required permit has not been issued.

If a permit is required, regular inspections will be made to insure that your project is safe, stable, and durable. Unlicensed persons cannot obtain building permits to perform construction projects.

Most remodeling projects are required to have a permit issued prior to the start of work. Even some small electrical or plumbing jobs must have permits. Incompetent work could affect the health or safety of the building occupants.

> ### CONSUMER TIPS
> 1. Ask to see the occupational or contractors liclense before paying any money to tradespeople.
> 2. Call your local building department to check out the contractor and find out if a permit is required for the work.
> 3. Ask the contractor for references and check out these references.
> 4. Obtain certificates of insurance from the contractor prior to the start of work. At a minimum, the reputable contractor will have insurance to cover any workers that might be injured on the job.
> 5. Remember the best price might not be the best deal. Get at least three bids on larger projects.

INVOICE 10123



# FOR WALK THROUGH INSPECTION PRIOR TO CLOSING

1. **DETERMINE IF REPAIRS HAVE BEEN COMPLETED THAT WERE NOTED IN THE REPORT AND COVERED BY THE WORKING ORDER CLAUSE OF THE REAL ESTATE CONTRACT. GET WARRANTIES, IF APPLICABLE.**

2. Look for any signs of roof leaks or water penetration. Weather damages may occur between the time of the inspection and the time of closing.

3. Check all appliances to determine if they are in working order. Look for signs of leaks. Check the garbage disposal, run dishwasher through a normal cycle. Check ice maker or ice and water dispensers, if applicable.

4. Run water in drains, check for hot water, flush toilets and check for leaks. Check under vanities, as well.

5. Check the heating/air conditioning equipment. Listen for abnormal sounds from the outside and inside units if applicable. Run system on the heat and cool cycles. Check air flow and temperature in all rooms. Never run an air conditioning unit that has had no electrical power for at least 24 hours or if the outside temperature is below 60°.

6. Check electrical light switches and outlets. Trip G.F.C.I. test buttons.

7. OBSERVE the areas or items that were inaccessible during the professional inspection — (obscured by furniture or stored items) — or not tested because they were shut down.

8. Check Intercoms, burglar alarms, doorbells, lawn sprinkler timers, water heaters, etc.

9. Look for damage caused by inclement weather; tree limbs, hail, etc., or from a disgruntled owner or tenant.

10. Look for signs of settlement or structural problems in walls, driveways, garage floors or patios.

11. Check water level in pools and listen for any unusual noises from motor or equipment.

12. Check windows, doors, screens and screened enclosures.

NOTE: BE CAREFUL Never tamper with things you don't understand — especially electrical and mechanical items.

A presettlement walk through inspection is very important even though you have had a professional inspection. Things can change between the time you sign the contract and the time of possession.

**KITCHEN**
( ) Plumbing for Leaks
( ) Cabinets
( ) Counter Top/Sink
( ) Floor

**APPLIANCES**
( ) Range/Oven
( ) Dishwasher
( ) Refrigerator/Freezer
( ) Ice/Water Dispensers
( ) Disposal/Compactor
( ) Clothes Washer and Dryer

**BATHROOM(S)**
( ) Plumbing for Leaks
( ) Toilet Operation
( ) Floor Around Tub/Shower
( ) Tub/Faucets/Tile
( ) Sink/Cabinet/Faucets
( ) Floor Around Toilet
( ) Shower/Faucets/Tile

**AIR CONDITIONER**
( ) Operation of Main System
( ) Thermostat(s)
( ) Room by Room Cooling

**HEATING SYSTEM**
( ) Operation of Main System
( ) Thermostat(s)
( ) Room by Room Heating

**INTERIOR**
( ) Water Stains
( ) Wall/Ceiling Damage
( ) Settlement
( ) Decay or Rot
( ) Termite Evidence
( ) Baseboards

**ELECTRICAL**
( ) Light Switches
( ) Doorbells
( ) Exterior Lighting
( ) Electrical Outlets

**EXTERIOR**
( ) Roof/Facia/Soffitt
( ) Siding/Shutters
( ) Windows/Doors
( ) Stairs/Steps/Railing
( ) Decks/Porches/Patios
( ) Pool and Equipment
( ) Wood Decay/Termite Damage
( ) Sprinkler System/Timer

**WINDOWS AND DOORS**
( ) Screens
( ) Handles or Cranks
( ) Window Sills
( ) Operation of Each

**GARAGE DOORS**
( ) Doors (Operation)
( ) Floor
( ) Walls
( ) Electric Opener
( ) Safety Reverse

NOTES:

_____

_____

_____

_____

_____



EXHIBIT

C



# Invoice

FILED

DATE OCT -7 P 2: 28

## HAMILTON
AIR CONDITIONING & HEATING SERVICE
10937 Curran Blvd. · New Orleans LA 70127
Office: 504-244-9521 · Cell: 504-421-7456 · 504-837-8228

CIVIL
DISTRICT COURT

| Invoice Submitted to: | Date: |
| Mr. Barre | 11-18-15 |
| Address: 11150 S Idelwood | Amount: $325.00 |
| N.O. L. 70128 | CK# 1680 |
| Phone# (504) 239 2458 | Fax# |

A/C system was not Cooling due to system
Low on Freon R-22.
Found Leak at Evaporator Coil due to
Dry wall made in china in Attic.
Added 5 pounds of Freon R-22 to system
at $65.00
Evaporator Coil Needs to be Replaced.

Signature _____ Amount $325.00



EXHIBIT
D

FILED

2016 OCT -7 P 2:28

CIVIL
DISTRICT COURT

EXHIBIT "B" - PROPERTY CONDITION CLAUSE

"AS IS" CLAUSE

WAIVER OF WARRANTY AND REDHIBITION RIGHTS ADDENDUM

It is expressly agreed that the immovable property herein conveyed and all improvements and component parts, plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built-in-appliances, and all other items located thereon are conveyed by Seller and accepted by Purchaser "AS IS, WHERE IS." without any warranties whatsoever, even as to the metes and bounds, zoning, operation, or suitability of such properties for the use intended by the Purchaser, without regard to the presence of apparent or hidden defects and with the Purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by reason of any such defect.

Purchaser acknowledges and declares that neither the Seller nor any party, whomsoever, acting or purporting to act in any capacity whatsoever on behalf of the Seller has made any direct, indirect, explicit, or implicit statement, representation or declaration, whether by written or oral statement or otherwise, and upon which Purchaser has relied, concerning the existence or non-existence of any quality, characteristic, or condition of the property herein conveyed. Purchaser has had full, complete, and unlimited access to the property herein conveyed for all tests and inspections which Purchaser, in Purchaser's sole discretion deems sufficiently diligent for the protection of Purchaser's interests.

Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Articles 2520 through 2548, inclusive, and any other applicable state or federal law and the jurisprudence thereunder.

Purchaser also waives any rights Purchaser may have in redhibition or to a reduction of the purchase price pursuant to Louisiana Civil Code Articles 2520 through 2548 inclusive, in connection with the property hereby conveyed to Purchaser by Seller. By Purchaser's signature, Purchaser expressly acknowledges all such waivers, and Purchaser's exercise of Purchaser's right to waive warranty pursuant to Louisiana Civil Code Articles 2520 through 2548, inclusive.

_____
PIERRE F. LEBEAUD

_____
KERRY M. BARRE

EXHIBIT
E

The said vendor does hereby moreover transfer unto said purchaser all and singular the rights and actions of warranty to which the said vendor is or may be entitled, against any and all former owners and proprietors of the property herein conveyed, hereby subrogating said purchaser to all the said rights and actions, to be by him enjoyed and exercised in the same manner as they might have been by the said vendor.

This sale is made for and in consideration of the price and sum of One Hundred Seventy-Seven Thousand and 00/100 ($177,000.00), all of which said amount has been well and truly paid unto said appearer, in lawful, current funds of the United States of America, the receipt and sufficiency of which is hereby acknowledged and full acquittance granted therefor.

By reference to the Mortgage and Conveyance Certificates of the Clerk of Court and Ex-Officio Recorder of Mortgages, annexed hereto and made a part hereof in the name of vendor, it does not appear that the herein described property has been heretofore alienated or is presently encumbered.

The parties hereto take cognizance that the Mortgage and Conveyance Certificates are undated and unsigned and relieve and release me, Notary, from any and all liability and responsibility in connection therewith.

The masculine pronoun as used herein shall include the feminine; the singular shall include the plural.

All taxes assessed against the herein conveyed property up to and including the current tax year, have been paid.

THUS DONE AND PASSED, in my office in the State and Parish aforesaid, on the day, month, and year first hereinabove written, in the presence of the undersigned, competent witnesses of lawful age, who hereunto sign their names with the said appearers and me, Notary, after reading of these presents.

WITNESSES:

_____                    _____
                                                    PIERRE F. LEBEAUD
Laura D'Amico                                       Social Security #---/--/0199
PRINT NAME

_____
Danielle D. Celestine
PRINT NAME                                          _____
                                                    KERRY M. BARRE
                                                    Social Security #---/--/2269


                              _____
                              JAMES H. MOUNGER
                              NOTARY PUBLIC