# CROSS EXHIBIT B

Exhibit 1
Friday, January 29, 2021

| | |
|---|---|
| **CASH SALE** | **UNITED STATES OF AMERICA** |
| BY: ROYAL HOMES, L.L.C. | **STATE OF LOUISIANA** |
| TO: GREGORY M. CROSS and YVETTE BUTZ CROSS | **PARISH OF ST. TAMMANY** |

BE IT KNOWN, that on this 5th day of January, 2007, BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the aforementioned Parish and State, and in the presence of the undersigned competent witnesses,
**PERSONALLY CAME AND APPEARED:**

ROYAL HOMES, L.L.C. (TIN xx-xxx4958), a Limited Liability Company organized and existing under the laws of the State of Louisiana, herein represented by Anthony F. Marino, Member, and David E. Diggs, Member, duly authorized by virtue of a Certification of Authority for said company, filed with the Clerk of Court for St. Tammany Parish, Louisiana as COB Instrument #1116838; and said company's mailing address is 2156 Third Street, Suite E, Mandeville, Louisiana 70471; (hereinafter referred to as "Seller")

who declared that, for and in consideration, the sum and price, hereinafter set forth by these presents, grant, bargain, sell, convey, transfer, assign and set over with full guarantee against all troubles, debts, mortgages, claims, evictions, donations, alienations, or other encumbrances whatsoever, with full guarantee of title and with full substitution and subrogation in and to any and all rights and actions of warranty which Seller has or may have against all preceding owners and vendors unto:

**GREGORY M. CROSS** (SSN xxx-xx-9977) and **YVETTE BUTZ CROSS** (SSN xxx-xx-0521), both persons of the full age of majority, who declared unto me, Notary, that Gregory M. Cross has been married but once and then to Yvette Butz Cross, with whom he is living and residing; and Yvette Butz Cross has been married twice, first to Jay Plaia, from whom she was divorced and second to Gregory M. Cross, with whom she is living and residing; and whose mailing address is 284 Vintage Drive, Covington, Louisiana 70433; (hereinafter referred to as "Purchaser")

the following described property to-wit:

A CERTAIN PIECE OR PARCEL OF LAND, together with all the buildings and improvements thereon, and all the rights, ways, means, privileges, servitudes, prescriptions, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in Section 42, Township 6 South, Range 11 East, Parish of St. Tammany, State of Louisiana, in THE VINEYARDS, PHASE 3, according to the map and plat of subdivision by Kelly J. McHugh & Associates, dated January 3, 2005, revised August 15, 2005 and on file with the Clerk of Court for St. Tammany Parish as Map File No. 4032, and being described as follows, to-wit:

LOT 40, THE VINEYARDS SUBDIVISION, PHASE 3, ST. TAMMANY PARISH, LOUISIANA. Improvements thereon bear the municipal address 284 Vintage Drive, Covington, Louisiana 70433.

Being a portion of the same property acquired by act dated January 12, 2001 and filed with the Clerk of Court for St. Tammany Parish as COB Instrument #1228636.

WITHOUT AN INTENTION TO INTERRUPT OR REVIVE PRESCRIPTIONS THEREON OR RECOGNIZE THE VALIDITY THEREOF, THE PARTIES HERETO TAKE COGNIZANCE OF THE FOLLOWING INSCRIPTIONS:
1. Restrictive Covenants stated on the plan of subdivision.
2. Servitudes and building setback lines as may be shown on the plan of subdivision filed with

     the Clerk of Court for St. Tammany Parish.
3. Underground Servitude Agreement in favor of CLECO Power, LLC for 10 feet across the front of lot, registered as COB Instrument #1323476.
4. Servitudes and reservations as may appear in the chain of title.

This sale is made and accepted in and for the consideration of the price of **TWO HUNDRED THIRTY-SIX THOUSAND DOLLARS AND NO/100 ($236,000.00)**, cash, which Purchaser has well and truly paid to said Seller, who hereby acknowledges the sufficiency and receipt thereof and grants full acquittance and discharge therefor.

This sale is made subject to any servitudes, rights-of-ways, or mineral servitudes and leases established by law or of record in the records of St. Tammany Parish, Louisiana, affecting the property hereby conveyed by Seller to Purchaser. All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER, PURCHASER's heirs and assigns shall have and hold the described property in full ownership forever.

The parties herein further acknowledge the fact that a current survey of the herein described property has not been produced, and take cognizance that Conveyance and Mortgage Certificates have not been produced by the Clerk of Court for St. Tammany Parish, and said parties relieve and release Maison-Terre Title, LLC and Michelle L. Barrois, Individually and as Notary Public, from any and all liabilities in connection with said non-production and/or non-performance; and any discrepancies or conflicts in boundary lines, any shortages in area, square footage or acreage of the land, and/or any encroachment or overlapping of improvements of the herein described property.

All State and Parish taxes up to and including the taxes due and exigible in 2005 based on a Bulk Assessment, are paid and taxes for the current year, 2006, may be prorated between the parties and will be paid by the Seller. Subsequent taxes will be the responsibility of the Purchaser when due and payable. **(Assessment Number 1380733555)**

THUS DONE AND PASSED on the date first herein written in Mandeville, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

SELLER(S):
ROYAL HOMES, L.L.C.

_____
By: Anthony F. Marino, Member

_____
By: David E. Diggs, Member

PURCHASER(S):

_____
Gregory M. Cross

_____
Yvette Butz Cross

Michelle L. Barrois
Notary Public
Notary Identification Number: 42134
My Commission expires with life

File #060541