# GREATER NOLA HOMES EXHIBIT B

## St. Bernard Parish Recording Page

**Randy S. Nunez**
**Clerk of Court**
St. Bernard Parish Courthouse
Chalmette, LA 70044
(504) 271-3434

**Received From :**
CENTURY TITLE INC
3925 N I 10 SERVICE RD
SUITE 230
METAIRIE, LA 70002

### First VENDOR
JARVIS, ROBIN MARIE

### First VENDEE
GREATER NOLA HOMES LLC

**Index Type :** CONVEYANCE  **File Number :** 614162
**Type of Document :** CASH SALE
 **Book :** 1159  **Page :** 236
**Recording Pages :** 5
**Description :**

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. Bernard Parish, Louisiana

On (Recorded Date) : 01/25/2018

At (Recorded Time) : 3:36:00PM

Doc ID - 007831240005

**Return To :**
CENTURY TITLE INC
3925 N I 10 SERVICE RD
SUITE 230
METAIRIE, LA 70002

Do not Detach this Recording Page from Original Document
Book: 1159  Page: 236  File Number: 614162  Seq: 1

| | | |
|---|---|---|
| CTI-4011 | | |
| **CASH SALE** | * | **UNITED STATES OF AMERICA** |
| | * | |
| **BY** | * | **STATE OF LOUISIANA** |
| | * | |
| **ROBIN MARIE JARVIS** | * | **PARISH OF JEFFERSON** |
| | * | |
| **TO** | * | |
| | * | |
| **GREATER NOLA HOMES, LLC** | * | |
| | * | |

* * * * * * * * * * * * * * * *** * * ****

**BE IT KNOWN**, that on this 24th day of the month of January in the year of our Lord, Two Thousand and Eighteen (2018);

**BEFORE** the undersigned Notary Public, **STEVEN A. WATTS,** duly commissioned and qualified, in and for the Parish of Jefferson, State of Louisiana, and in the presence of the witnesses hereinafter named and undersigned:

**PERSONALLY, CAME AND APPEARED:**

**ROBIN MARIE JARVIS (SS# XXX-XX-9046),** a person of the full age of majority and a resident of the Parish of St. Bernard, State of Louisiana, who did declare unto me, Notary, that she has been married but once and then to Robert Albe from whom she was divorced, and she has not since remarried;

Mailing Address: 1909 Laura Drive, Chalmette, LA 70043

(hereinafter referred to as "Seller");

who declared that she does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which she had or may have against all preceding owners and vendors, unto:

**GREATER NOLA HOMES, LLC (TIN# XXX-XX-2255),** a Louisiana limited liability company existing under the laws of the State of Louisiana, represented herein by its authorized representative, Ross Shales, Sole Member; by Certificate of Authority attached hereto and made a part hereof;

Mailing Address: 1 South Park Place, New Orleans, LA 70124

(hereinafter referred to as "Purchaser");

here present, accepting and purchasing for itself, its heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property to wit;

ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of **ST. BERNARD**, State of **LOUISIANA**, in that part thereof known as **BUCCANEER VILLA NORTH (SECTION NO. 2" SUBDIVISION,** in accordance with survey by J.J. Krebs & Sons, Inc., C.E. & S., dated March 6, 1969, revised April 28, 1969, February 3, 1970, June 4, 1971 and July 14, 1971, copy of which is annexed to an act establishing servitudes and restrictions before Allen J. Tillery, Notary Public, dated July 15, 1971, registered in COB 110, folio 193, Entry No. 106579, and according thereto, **LOT NO. 786** of **SQUARE 26,** which square is bounded by the Northerly and Westerly boundaries of the subdivision, Jean Lafitte Parkway, and Benjamin Street, measures 55 feet front on Benjamin Street, and the same width in the rear, by the depth between equal and parallel lines of 100 feet. In accordance with a survey by Gilbert, Kelly & Couturie, Inc., Surveying and Engineering, said Lot 786 commences 204.38 feet from the corner of Jean Lafitte Parkway and Benjamin Street. All as more fully shown on survey made by Estopinal Surveying and Engineering, Inc., dated July 2, 2002, a copy of which is annexed hereto and made a part hereof.
Improvements thereon bear Municipal No. 8287 Benjamin Street.

**THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1. Road Home Declaration of Covenants recorded at COB 926, folio 820 only in so far as Covenants to Flood Insurance.
2. Restrictive covenants and Establishing Servitudes by Carolyn Development Corporation on Buccaneer Villa North (Section No. 2) by act passed before Allen J. Tillery, Notary Public, dated July 15, 1971, recorded in COB 110, Folio 193, Entry No. 106579.
3. Servitude for Telephone Communication Services by Carolyn Development Corporation, acknowledged before Allen J. Tillery, Notary Public, on July 12, 1971, entered in the records of St. Bernard Parish in COB 110, folio 183, Entry No. 106576.
4. Servitudes in favor of Louisiana Power & Light Company, dated July 14, 1971, recorded as follows:
a) For underground electric service in COB 110, folio 186, Entry No. 106577; and,
b) For overhead electric service in COB 110, folio 190, Entry No. 106578, as same may affect the hereinabove property.

Being the same property acquired by vendor by act dated May 9, 2006 and recorded at COB 794, folio 721, St. Bernard Parish, LA.

**SELLER and BUYER** hereby acknowledge and recognize that the Property being sold and purchased is to be transferred in "AS IS" condition and further BUYER does hereby waive, relieve and release SELLER from any claim or causes of action for redhibition pursuant to Louisiana Civil Code Article 2520, et. seq. and Article 2541 et. seq. or for reduction of Sales Price pursuant to Louisiana Civil Code Article 2541, et. seq.  Additionally, BUYER acknowledges that this sale is made without warranty of fitness for ordinary or particular use pursuant to Louisiana Civil Code Article 2524; SELLER and BUYER agree that this clause shall be made a part of the Act of Sale.

_____
Initials

       To have and to hold the above described property unto the said purchaser, its heirs, successors and assigns forever

## CERTIFICATE OF AUTHORITY
## GREATER NOLA HOMES, LLC
## January _27_, 2018

A special meeting of all the members of **GREATER NOLA HOMES, LLC** was held on January ___, 2018.

The undersigned, representing all of the interest in **GREATER NOLA HOMES, LLC**, (the "Company") and acting in such capacity, hereby certify:

That **Ross Shales, Sole Member,** is authorized and empowered for and on behalf of the "Company" for such price and on such terms and conditions as he deems fit and proper, to acquire by purchase the following property:

> ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of **ST. BERNARD**, State of **LOUISIANA**, in that part thereof known as **BUCCANEER VILLA NORTH (SECTION NO. 2" SUBDIVISION,** in accordance with survey by J.J. Krebs & Sons, Inc., C.E. & S., dated March 6, 1969, revised April 28, 1969, February 3, 1970, June 4, 1971 and July 14, 1971, copy of which is annexed to an act establishing servitudes and restrictions before Allen J. Tillery, Notary Public, dated July 15, 1971, registered in COB 110, folio 193, Entry No. 106579, and according thereto, **LOT NO. 786** of **SQUARE 26,** which square is bounded by the Northerly and Westerly boundaries of the subdivision, Jean Lafitte Parkway, and Benjamin Street, measures 55 feet front on Benjamin Street, and the same width in the rear, by the depth between equal and parallel lines of 100 feet. In accordance with a survey by Gilbert, Kelly & Couturie, Inc., Surveying and Engineering, said Lot 786 commences 204.38 feet from the corner of Jean Lafitte Parkway and Benjamin Street. All as more fully shown on survey made by Estopinal Surveying and Engineering, Inc., dated July 2, 2002, a copy of which is annexed hereto and made a part hereof.
>
> Improvements thereon bear Municipal No. 8287 Benjamin Street.

from any firms, persons, or corporations for such price and on such terms and conditions as he may deem fit and proper; to execute an Act of Sale, notarial acts, or other documents in order to carry out the purpose of this Certificate of Authority, and authorized to do any and all other things as in the sole discretion of said member, may be fitting or proper to carry out this Certificate of Authority and be authorized to appear before any Notary Public to effect this purpose.

GREATER NOLA HOMES, LLC
BY: _____
ROSS SHALES – Sole Member

This sale is made and accepted for and in consideration of the price and sum of **EIGHTY THOUSAND FIVE HUNDRED AND NO/100 --- ($80,500.00) DOLLARS,** paid on the terms of cash, which said purchaser have well and truly paid, in ready and current money to the said seller who hereby acknowledges the receipt thereof and grants full acquittance and discharge there

By reference to the Mortgage and Conveyance indices of the Clerk of Court for the Parish of St. Bernard, State of Louisiana, in the name(s) of the Vendor(s) herein, it does not appear that the herein described property has been heretofore alienated by the vendor or that it is subject to any encumbrances except for the following:

1.  Lien Affidavit in favor of St. Bernard Parish recorded at MOB 1464, folio 770.

The parties hereto waive the production of a current survey and do hereby relieve and release me, Notary, and Century Title, Inc. from any all responsibility and/or liability in connection therewith, including but not limited to matters of, access, encroachments, servitudes, legal description, easements, etc., which might result from said nonproduction of survey.

Purchaser and seller dispense with the certificates required by Article 3364 of the Louisiana Civil Code. All taxes assessed against the herein conveyed property up to and including the year 2015 are paid. Taxes for the year 2016 and 2017 will be collected and paid by seller with the passing of this act of sale. Taxes for year 2018 will be prorated between the buyer and seller and assumed by the purchaser with the passing of this act of sale.

**THUS DONE AND PASSED**, in my office at Metairie, Louisiana, on the day, month and year herein first above written, in the presence of competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading of the whole.

| WITNESSES: | APPEARERS: |
|---|---|
| _(signature)_ | _(signature)_ ROBIN MARIE JARVIS |
| _(signature)_ Raymond Rossignol | GREATER NOLA HOMES, LLC BY: _(signature)_ ROSS SHALES – Sole Member |

STEVEN A. WATTS – NOTARY PUBLIC
BAR ROLL NO. 13283