# GREATER NOLA HOMES EXHIBIT C

## ASSIGNMENT OF PERSONAL RIGHT TO SUE FOR DEFECTIVE CHINESE-MANUFACTURED DRYWALL

This Assignment of Personal Right to Sue Agreement ("Agreement") is executed on this 13 day of November, 2020, by and between **Robin Marie Jarvis** (the "Seller") and **Greater NOLA Homes, LLC** (the "Buyer"). All parties to this agreement will be collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Seller was the owner of real property situated in St. Bernard Parish, State of Louisiana, that was sold to Buyer on or about January 24, 2018;

WHEREAS, the real property has a residential structure situated on it and that residential structure has a street address of 8287 Benjamin Street, Chalmette, Louisiana 70043 ("Affected Property");

WHEREAS, Seller owned Affected Property at the time the drywall was installed, repaired, and/or replaced prior to the sale to Buyer;

WHEREAS, defective Chinese-manufactured drywall is a latent defect;

WHEREAS, Seller was unaware at the time of sale that Affected Property contained defective Chinese-manufactured drywall;

WHEREAS, in the Cash Sale, Seller transferred to Buyer all the rights and actions of warranty declaring "she does, by these presents, grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which she had or may have against all preceding owners and vendors, unto:" [Greater NOLA Homes, LLC];

WHEREAS, Seller intended to assign and subrogate all rights possessed at the time of sale related to Affected Property, including the personal right to sue third parties for latent defects;

WHEREAS, Seller now understands that Louisiana law may require an explicit assignment or subrogation of a personal right to sue for a latent defect by a seller of real property after a sale, following the discovery of a latent defect;

WHEREAS, Seller wishes to explicitly assign to Buyer her personal right to sue all third parties for defective Chinese-manufactured drywall in Affected Property;

1

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. Seller hereby assigns, subrogates, and transfers to Buyer all personal rights to sue that she may possess related to the presence of defective Chinese-manufactured drywall in Affected Property;
2. Seller received a portion of the agreed upon sale price of Affected Property as consideration;
3. Buyer accepts and assumes all personal rights to sue, title, and interest conveyed through this assignment and assumes all obligations and duties of the Seller against any responsible party for the latent defect contemplated herein; and,
4. Buyer hereby releases and forever discharges the Seller from all past, present, or future actions, causes of action, lawsuits, claims, and demands arising in any way to the defective Chinese drywall in Affected Property.

IN WITNESS WHEREOF, the Parties have executed this Assignment of Personal Right to Sue For Defective Chinese-Manufactured Drywall on this the 23 day of November, 2020.

_____  
Robin Marie Jarvis, Seller

_____  
Greater NOLA Homes, LLC, Buyer

_____  
Ross D. Shales  
Print Name

_____  
Witness #1 - Signature

_____  
Leroy Jarvis  
Witness #1 - Print Name

_____  
Witness #2 - Signature

_____  
Mary M. Shales  
Witness #2 - Print Name

2