# ROSS
# EXHIBIT A

# FIRST AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

**Exhibit 3** — Thursday, February 11, 2021

**For Internal Use Only**

File No._____

Date Received: _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Chinese Manufactured Drywall Products Liability Litigation | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This Document Relates to: | MAG. JUDGE WILKINSON |

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant:

| Terrance | M | Ross | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Rhonda | B | Ross | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 316 Woodvine Avenue | | Suite 900 |
|---|---|---|
| Address 1 | | Address 2 |
| Metairie | LA | 70005 |
| City | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person Completing this Form:

| Kevin | | O'Bryon | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| 935 Gravier Street | | Suite 900 |
|---|---|---|
| Address 1 | | Address 2 |
| New Orleans | LA | 70112 |
| City | State | Zip Code |

Phone Number of Person Completing This Form: (504) 799 - 4200

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>1</u>/<u>3</u>/<u>2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>9</u>/<u>??</u>/<u>2006</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>3</u>/<u>2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

V1

2

| n/a |
|---|

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes   ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### *Section III. Product Identification and Evidence Retention*

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☐ Yes   ☒ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☐ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### *Section IV. Bankruptcy, Foreclosure or Short Sale*

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: 
Date of filing: //
Docket No.: 
Present Status: 

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?

Lender's name:

Loan Number:

Original Loan/Mortgage Amount:

Date of Original Loan/Mortgage: //

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage:

Date of Foreclosure or Short Sale: //

Short Sale Price (if applicable):

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>Completely remediated</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

August 2009- April 2010

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): <u>DeTail Construction</u>

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

n/a

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

191,780.65

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: <u>4</u>/<u>2010</u>

V1 4

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

O'Bryon & Schnabel, 935 Gravier Street, Suite 900, New Orleans, LA 70112

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes   ☒ No

If you have preserved samples, where are the samples located?

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes   ☒ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | homebuilder C. Adams Construction |
| Amount of payments received: | 200,000.00 before attorney fees |
| Source: | confidential vendor |
| Amount of payments received: | confidential |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: n/a%

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 58,724.98

V1                                                5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ <u>100,000.00</u>

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ <u>65,000.00</u>

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____
Change: _____
Date: _____
Change: _____
Date: _____
Change: _____

You may use the section below to provide additional information or comments.

> An assignment of rights from homebuilder/seller who purchased and installed the drywall is attached. The gross settlement partial recovery from the homebuilder/seller included attorney fees.
>
> The lesser partial recovery from a vendor of drywall is subject of a confidentiality clause, and may be disclosed only pursuant to court order after notice to the releasee.
>
> 5/8/20 Supplement: both settlements contain confidentiality provisions, and cannot be attached pending either authorization from the releases (which has been requested) or court authorization.

### Section IX. Verification of Supplemental Plaintiff Profile Form

V1                                    6

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| Claimant's signature | | | 4/30/2020 Date signed |
|---|---|---|---|
| Name: | Terrance M. Ross & Rhonda B. Ross | | |
| Address: | 316 Woodvine | | |
| | Address 1 | Address 2 | |
| | Metairie | LA | 70005 |
| | City | State | Zip Code |
| Phone No.: | (504) 883 - 5764 | | |
| Email: | rosst@hoistcrane.com | | |