# ROSS
# EXHIBIT B

01/05/2007 03:33:10 PM JEFF PAR 1607090 gc $58.00
10700788 CONVEYANCE BOOK 3180 PAGE 368

| | |
|---|---|
| CASH SALE | * UNITED STATES OF AMERICA |
| BY | * STATE OF LOUISIANA |
| C. ADAMS CONSTRUCTION & DESIGN, L.L.C. | * PARISH OF ORLEANS |
| TO | * |
| RHONDA BRILEY ROSS, WIFE OF/AND TERRENCE M. ROSS | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

BE IT KNOWN, that on this 3rd day of January, 2007, before me, William T. Finn, a Notary Public duly commissioned and qualified in and for the aforesaid State and Parish, and in the presence of the undersigned, competent witnesses,

PERSONALLY CAME AND APPEARED:

C. ADAMS CONSTRUCTION & DESIGN, L.L.C. (Taxpayer Identification No.: *****3759), a Louisiana limited liability company duly organized and existing under the laws of the State of Louisiana, domiciled in the Parish of Plaquemines, herein represented by Christopher P. Adams, Manager duly authorized by Authorization of the Members, which is attached hereto and made a part hereof. Mailing address: 1500 Woodland Highway, Belle Chasse, Louisiana 70037

(hereinafter referred to as "Seller", whether one or more)

who declared that Seller does by these presents, grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver with all legal warranties of title, but without any warranty of condition except as stated herein, and with full substitution and subrogation in and to all the rights and actions of warranty which Seller has or may have against all preceding owners and sellers unto:

RHONDA BRILEY ROSS, wife of/and TERRENCE M. ROSS (Taxpayer Identification Nos: *****3031and *****3344, respectively), both persons of the full age of majority and residents of the Parish of Jefferson, State of Louisiana, who declared unto me, Notary, that they both have been married but once and then to each other. Mailing address: 316 Woodvine, Metairie, Louisiana, 70005

(hereinafter referred to as "Purchaser", whether one or more)

here present, accepting, and purchasing for Purchaser, Purchaser's successors, heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property (the "Property"), to-wit:

ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the State of Louisiana, Parish of Jefferson, in that part thereof known as METAIRIE GOLF VIEW, SQUARE A, which square is bounded by Woodvine Avenue, Cuddihy Drive, Cuddihy Drive Side, and Frisco Avenue Side, and according to a survey of Gilbert, Kelly & Couturie, Inc., dated May 18, 2006, said lot is designated as LOT 9 and measures as follows:

LOT 9 in SQUARE A forms the corner of Woodvine Avenue and Cuddihy Drive and measures 120 feet front on Woodvine Avenue, same width in the rear, by a depth and frontage of 75 feet front on a curved line on Cuddihy Drive, and a depth of 41.53 feet on the opposite sideline nearest to Frisco Avenue Side.

The improvements thereon bear the Municipal No. 316 Woodvine Avenue.

Being the same property acquired by C. Adams Construction & Design, L.L.C. from Margaret Sweney Favor, et al, as per act passed before Joseph L. Alphonse, Notary Public, dated July 1, 2006 and recorded in the conveyance records of Jefferson Parish, Louisiana, on June 7, 2006 at COB Instrument No. 10603888, COB 3167, folio 193.

To the extent any of the following may be applicable, this act is made and accepted subject to the following:

Page 1

CARVER, DARDEN, KORETZKY, TESSIER
FINN, BLOSSMAN & AREAUX, L. L. C.
1100 Poydras Street, Suite 2700
New Orleans, LA 70163

Encroachment of brick wall as more fully shown on plan of Gilbert, Kelly & Couturie, Inc. dated May 18, 2006, annexed to an act passed before Joseph L. Alphonse, Notary Public, dated June 1, 2006, and recorded in the conveyance records of Jefferson Parish, Louisiana, at Instrument No. 10630888, COB 3167, Page 193.

The parties hereto declare that they do not hereby intend, by the execution of these presents, to interrupt, or suspend, the running of any prescription or preemption which has run or may run in connection with the foregoing, nor do the parties intend to revive, establish or initiate any one or more of the foregoing which may not now or hereafter be binding upon the Property and/or the parties hereto.

To have and to hold the Property unto the Purchaser, and Purchaser's successors, heirs and assigns forever.

AS A MATERIAL AND INTEGRAL CONSIDERATION FOR THE EXECUTION OF THIS ACT OF SALE, IT IS AGREED THAT THE IMMOVABLE PROPERTY HEREIN CONVEYED AND ALL IMPROVEMENTS AND COMPONENT PARTS, ALL PLUMBING, ELECTRICAL SYSTEMS, MECHANICAL EQUIPMENT, HEATING AND AIR CONDITIONING SYSTEMS, BUILT-IN APPLIANCES, AND ALL OTHER ITEMS LOCATED THEREON ARE CONVEYED BY SELLER AND ACCEPTED BY PURCHASER AS IS, WHERE IS, WITHOUT ANY WARRANTY OF ANY KIND WHATSOEVER, WHETHER AS TO TITLE, EXCEPT AS TO SELLER'S OWN ACTS, OR PHYSICAL CONDITION OR OTHERWISE, EVEN AS TO THE METES AND BOUNDS, ZONING, OPERATION OR SUITABILITY OF SUCH PROPERTY FOR THE USE INTENDED BY PURCHASER, AND WITHOUT REGARD TO THE PRESENCE OF APPARENT OR HIDDEN DEFECTS AND WITH PURCHASER'S FULL AND COMPLETE WAIVER OF ANY AND ALL RIGHTS FOR THE RETURN OF ALL OR ANY PART OF THE PURCHASE PRICE BY THE REASON OF ANY SUCH DEFECTS.  PURCHASER ACKNOWLEDGES AND DECLARES THAT NEITHER SELLER NOR ANY PARTY, WHOMSOEVER, ACTING OR PURPORTING TO ACT IN ANY CAPACITY WHATSOEVER ON BEHALF OF SELLER, HAS MADE ANY DIRECT, INDIRECT, EXPLICIT OR IMPLICIT STATEMENT, REPRESENTATION OR DECLARATION, WHETHER BY WRITTEN OR ORAL STATEMENT OR OTHERWISE, AND UPON WHICH PURCHASER HAS RELIED, CONCERNING THE EXISTENCE OR NON-EXISTENCE OF ANY QUALITY, CHARACTERISTIC OR CONDITION OF THE PROPERTY HEREIN CONVEYED.   PURCHASER HAS HAD FULL, COMPLETE AND UNLIMITED ACCESS TO THE PROPERTY HEREIN CONVEYED FOR ALL TESTS AND INSPECTIONS WHICH PURCHASER, IN ITS SOLE DISCRETION, DEEMS SUFFICIENTLY DILIGENT FOR THE PROTECTION OF ITS INTERESTS. PURCHASER EXPRESSLY WAIVES THE WARRANTY AGAINST EVICTION, WARRANTY OF FITNESS AND THE WARRANTY AGAINST REDHIBITORY VICES AND DEFECTS, WHETHER APPARENT OR LATENT, IMPOSED BY LOUISIANA CIVIL CODE ARTICLE 2475, 2500, AND ANY OTHER APPLICABLE STATE OR FEDERAL LAW, AND THE JURISPRUDENCE THEREUNDER. PURCHASER ALSO WAIVES ANY RIGHTS THEY MAY HAVE IN REDHIBITION OR TO A REDUCTION OF PURCHASE PRICE PURSUANT TO LOUISIANA CIVIL CODE ARTICLES 2520 THROUGH 2548, INCLUSIVE, IN CONNECTION WITH THE PROPERTY HEREBY CONVEYED TO IT BY SELLER. BY ITS SIGNATURE, PURCHASER EXPRESSLY ACKNOWLEDGES ALL SUCH WAIVERS AND THEIR EXERCISE OF PURCHASER'S RIGHT TO WAIVE WARRANTY PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2503. THE PARTIES AGREE THAT THE ONLY WARRANTY OF SELLER IS A WARRANTY OF TITLE. PURCHASER ACKNOWLEDGES THAT THIS PROVISION HAS BEEN CALLED TO ITS ATTENTION AND EXPLAINED TO IT.

AS FURTHER CONSIDERATION FOR THIS SALE, PURCHASER, ITS ASSIGNS AND TRANSFEREES HEREBY ACCEPT THE PROPERTY AS IS, WHERE IS, IN ITS EXISTING ENVIRONMENTAL CONDITION AND WAIVES, DISCHARGES, AND RELEASES SELLER, ITS AFFILIATES, PREDECESSORS, SUCCESSORS, ASSIGNS, AGENTS, SHAREHOLDERS, OFFICERS, EMPLOYEES, DIRECTORS AND INSURERS FROM ANY AND ALL CLAIMS AND/OR CAUSES OF ACTION WHICH PURCHASER OR ITS ASSIGNS OR TRANSFEREES MAY HAVE OR HEREAFTER BE OTHERWISE ENTITLED TO, WHETHER AFFECTING PERSON AND/OR PROPERTY, FOR ANY ENVIRONMENTAL LIABILITIES ARISING FROM THE PROPERTY, INCLUDING ANY CLAIMS, DEMANDS, CAUSES OF ACTIONS (BOTH PUBLIC AND PRIVATE), JUDGMENTS, ATTORNEYS' FEES, COSTS, EXPENSES, PENALTIES AND FINES, IMPOSED OR ASSESSED UNDER ANY FEDERAL, STATE OF LOCAL ENVIRONMENTAL LAW, RULE, REGULATION, OR ORDINANCE INVOLVING THE ENVIRONMENTAL INCLUDING, BUT WITHOUT LIMITATION ARTICLE 2315.3 OF THE LOUISIANA CIVIL CODE, STATEWIDE ORDER 29-B BY OFFICE OF CONSERVATION, DEPARTMENT OF NATURAL RESOURCES, STATE OF LOUISIANA, THE LOUISIANA ABANDONED OILFIELD WASTE STATE LAW (LA. R.S. 30:71, ET SEQ.), AS AMENDED, THE LOUISIANA ENVIRONMENTAL QUALITY ACT (LA. R.S. 30:2001, ET. SEQ.), AS AMENDED, THE COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION AND LIABILITY ACT, (42 U.S.C. '9601, ET SEQ.), AS AMENDED, THE RESOURCE CONSERVATION AND RECOVERY ACT (42 U.S.C. '6901, ET SEQ.), THE SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT OF 1986, AND THE TOXIC SUBSTANCE CONTROL ACT (15 U.S.C. '2601, ET SEQ.), AS AMENDED.

NOTWITHSTANDING ANY PROVISIONS CONTAINED HEREIN:

1)   ALL RIGHTS AND ACTIONS OF WARRANTY WHICH SELLER HAS OR MAY HAVE AGAINST PRECEDING OWNERS OR SELLERS SHALL BE SUBROGATED TO PURCHASER AND ARE EXPRESSLY NOT WAIVED.

2)   SELLER SHALL PROVIDE A ONE (1) YEAR WARRANTY FROM THE EFFECTIVE DATE OF THIS SALE FOR DEFECTS OF THE FOLLOWING ITEMS: A) MECHANICAL SYSTEMS, INCLUDING PLUMBING, HVAC AND ELECTRICAL SYSTEMS; B) NEW APPLIANCES AND FIXTURES; C) PAINT DEFECTS; D) MILLWORK DEFECTS; (E) DOOR HARDWARE; F) CABINETRY; G) LANDSCAPE LIGHTING; H) LANDSCAPE SPRINKLER SYSTEM; AND I) ALARM SYSTEM.   PROVIDED HOWEVER, THAT PURCHASER SHALL NOT HAVE INTENTIONALLY OR NEGLIGENTLY CAUSED SUCH DEFECT.

This sale is made and accepted for and in consideration of the price and sum of SIX HUNDRED THIRTY-FIVE THOUSAND AND NO/100 ($635,000.00) Dollars, cash, which Purchaser has well and truly paid, in ready and current money to Seller, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All taxes up to and including the taxes due and exigible in 2006 are paid.  Taxes for the current year have been prorated between Seller and Purchaser as of the date hereof based on 2006 taxes.  In accordance with La. R.S. 9:2721(B), from and after the date of this Act of Cash Sale, (a) the name of the person responsible for all property taxes and assessments is Purchaser, and (b) all property tax and assessment notices should be mailed to the Purchaser''s address shown above.

Seller declares, represents and warrants that there are no judgments, general or particular, of record or otherwise against Seller, which may affect the Property, and there are no liens, privileges, mortgages, pledges or other encumbrances of record or otherwise which may affect or burden the Property except:

Judgment against C. Adams Construction & Design, L.L.C. in favor of Judith Holloway Lopez, in the principal amount of $6,645.00, dated August 4, 2005, 24th Judicial District Court for the Parish of Jefferson, Proceedings No. 621-845 Div. "G", recorded on August 11, 2005 in the mortgage records of Jefferson Parish, Louisiana, at Mortgage Instrument No. 10547324, MOB 4251, PAGE 552,

which Seller binds and obligates itself to cancel insofar as the property is concerned.

The parties hereto do hereby waive and dispense with the production of any and all certificates and/or researches required by law and relieve and release me, Notary, and the surety on my notarial bond from any and all liability and/or responsibility for the nonproduction thereof.

THUS DONE AND PASSED, in multiple original, in my office in New Orleans, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said Appearers and me, Notary.

WITNESSES:                                              C. ADAMS CONSTRUCTION & DESIGN, L.L.C.

Name: _Judith E. Zimmerman_                    BY: _____
                                                        CHRISTOPHER P. ADAMS, Manager

Name: _Trent D. False_                            _____
                                                        RHONDA BRILEY ROSS

                                                        _____
                                                        TERRENCE M. ROSS

_____
WILLIAM T. FINN (LSBA #1359)
NOTARY PUBLIC

H:\Docs\finn\IberiaBank\Ross, Terrence.1047.15235\CASH SALE-WTF-2.wpd

Page 3