# ROSS EXHIBIT D





24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: 676-185　　　　　　　　　　　　　　　　　　　　　　　DIVISION "P"

TERRENCE M. ROSS AND RHONDA B. ROSS

VERSUS

C. ADAMS CONSTRUCTION AND DESIGN, LLC, STATE FARM MUTUAL
INSURANCE COMPANY AND LOUISIANA CITIZENS PROPERTY
INSURANCE COMPANY

FILED:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, Terrence M. Ross and Rhonda B. Ross, individuals of the age of majority domiciled in the Parish of Jefferson, State of Louisiana, and supplement, amend and re-state their petition for damages, as follows:

I.

Made defendants herein are:

    a.    C. Adams Construction & Design, LLC, a domestic limited liability company with registered office in the Parish of Orleans, State of Louisiana;

    b.    State Farm Fire & Casualty Company, a foreign insurer authorized to do and doing business in the State of Louisiana;

    c.    Interior/Exterior Building Supply, L.P., a domestic limited partnership with registered office in the Parish of Orleans, State of Louisiana;

    d.    Knauf Insulation GMBH a/k/a Knauf USA ("Knauf USA"), a foreign corporation not authorized to do but doing business in the State of Louisiana;

    e.    Knauf Gips KG, a German corporation not authorized to do but doing business in the State of Louisiana;

    f.    Knauf International GmbH, a German corporation not authorized to do but doing business in the State of Louisiana;

IMAGED JAN 24 2014

g. Knauf Plasterboard Tianjin Co., Ltd., a Chinese corporation not authorized to do but doing business in the State of Louisiana;

h. Taishan Gypsum Co., Ltd., a Chinese corporation not authorized to do but doing business in the State of Louisiana; and,

i. Taian Taishan Plasterboard Co., Ltd., a Chinese corporation not authorized to do but doing business in the State of Louisiana.

II.

On or about January 3, 2007, plaintiffs purchased immovable property with improvements bearing municipal number 316 Woodvine Avenue, Metairie, Louisiana from defendant C. Adams Construction & Design, LLC.

III.

Before selling the property to plaintiffs, C. Adams Construction performed substantial renovations to the improvements, including but not limited to the replacement of the interior walls and ceilings with gypsum drywall products manufactured in China by Knauf Plasterboard Tianjin Co., Ltd. and/or Taian Taishan Plasterboard Co., Ltd.

IV.

The Chinese drywall installed in the residence was defective, and omitted levels of sulphur and other volatile chemical compounds that caused corrosion of metallic components and property within the building, and presented a risk to human health and respiratory systems.

V.

C. Adams Construction had actual knowledge that the defective Chinese drywall had been incorporated in the improvements on the property, and as manufacturer of the property was deemed to know of the defect, but failed to disclose it to the plaintiffs.

VI.

After purchasing and moving into the home, plaintiffs began to experience malfunctions in their HVAC system. The damage was caused by a characteristic of the Chinese drywall product that

IMAGED JAN 24 2014

rendered it unreasonably dangerous for its reasonably anticipated use, and unreasonably dangerous due to failure to warn.

VII.

In approximately March, 2009, plaintiffs learned through media reports that Chinese drywall products were the cause of similar problems experienced by other property owners. Plaintiffs promptly investigated the situation. On or about May 28, 2009, the Louisiana Department of Health & Hospitals inspected the property and confirmed the presence of dangerous and defective Chinese drywall in the home.

VIII.

The hidden defects in the home rendered it so inconvenient that it must be presumed that plaintiffs would not have purchased it had they known of the defect, or alternatively, would have purchased the home at a drastically reduced price.

IX.

State Farm Fire & Casualty Company is the insurer of, and is liable in solido with, C. Adams Construction & Design, LLC.

X.

C. Adams Construction & Design, LLC purchased most of the defective Chinese drywall product utilized in the home from Interior/Exterior Building Supply, LP in August, 2006, and gave the vendor notice of the sub-standard nature of the Chinese drywall product during the course of installation.

XI.

Interior/Exterior knew or should have known of the defective nature of the product it sold, but issued no warnings or other disclosure. Interior/Exterior negligently failed to perform any material investigation, testing, sampling and/or inspection of the defective product it sold.

XII.

Interior/Exterior sold drywall that was manufactured in China by the Knauf companies. The availability and suitability of that drywall was promoted and marketed by Knauf Insulation GMBH