# ROSS EXHIBIT E



## RECEIPT AND RELEASE WITH INDEMNITY

For and in consideration of payment to me on behalf of the parties released of the total sum of TWO HUNDRED FIFTY THOUSAND AND NO/100'S ($250,000.00) DOLLARS, of which $200,000.00 is paid by State Farm Fire & Casualty Insurance Company on behalf of C. Adams Construction & Design, LLC, and $50,000.00 is paid by or on behalf of another party, and the assignment hereinafter described, receipt of which I hereby acknowledge, I hereby release and forever discharge: C. Adams Construction & Design, LLC and all parties that might be liable for C. Adams Construction & Design, LLC, and all persons who might be responsible for the acts and omissions of any of said parties, and their respective insurers, including but not limited to State Farm Fire & Casualty Insurance Company (inclusive of its parent companies, subsidiary companies, affiliated companies, agents, adjusters, officers, and employees) sued herein in its capacity as the insurer of C. Adams Construction & Design, LLC; hereinafter the "Released Parties", as set forth in particular below.

I hereby release and forever discharge the Released Parties of and from any and all claims, demands, actions and causes of action, known or unknown, for: damages, compensation, medical payments, mental anguish, court costs, attorney's fees, penalties, interest, wrongful death, survivorship, funeral expense, medical expenses, property damages, contents/personal property damages, additional living expenses, general damages, special damages, punitive damages, expenses and loss of any and every kind whatever, including but not limited to any claims for damages for losses due to claims handling or for loss of consortium and/or society, whether or not of the kind enumerated, directly or indirectly sustained or suffered by me on account of, or in any way growing out of, any and all known and unknown personal injuries and/or property damage and/or losses arising from the sale, installation, incorporation or presence of Chinese drywall products in the premises bearing municipal number 316 Woodvine Avenue, Metairie, Louisiana, including, without limitation, all claims and demands made by me in the suit entitled "Terrence M. Ross and Rhonda B. Ross v. C. Adams Construction & Design, LLC, et al.", bearing docket number 676-185 "P" on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

{N0817716 -}

I understand that any losses, injuries and damages sustained by me may be permanent and progressive and that recovery therefrom may be uncertain and indefinite; and I understand and agree that in making this settlement and in giving this receipt and final and complete discharge and release, I am relying wholly upon my own judgment, belief and knowledge as to the nature, extent and duration of said injuries, losses and damages, and upon the advice of my advisors and my attorney, and I acknowledge that I have not been influenced in any manner in making this settlement and giving this release by any representations or statements whatever made by the parties hereby released or by anyone representing them or any of them.

**In further consideration of said payment, I agree to defend, protect, indemnify and hold harmless each of the parties released from any and every claim or demand, loss and expense of every kind, which may ever be asserted by me for my account or by anyone else arising out of my own injuries and damages as set forth above; and each of the parties released shall be entitled to plead this obligation and this release in defense of any such claim.**

**I hereby authorize my attorney of record to dismiss with prejudice at my cost, any suit or claim which I may have brought or which may have been brought in my behalf, arising out of the matters described above.**

**After consultation with my counsel, I have read this entire document and understand everything herein contained; and I am satisfied in every respect to accept said sum of money with full knowledge that in so doing, I am giving up all of the rights and claims that I have or may have against the above-released parties in consequence of said accident, injuries, and damage.** However, I reserve all rights against all others, including but not limited to Interior/Exterior Building Supply, L.P., Knauf Insulation GMBH a/k/a Knauf USA, Knauf Gips KG, Knauf International GmbH, Knauf Plasterboard Tianjin Company, Ltd., Taishan Gypsum Company, Ltd., and Taian Taishan Plasterboard Company, Ltd.

It is understood and acknowledged that it is the position of Terrance M. Ross and Rhonda B. Ross that the payment referenced hereinabove represents less than the full amount of damages claimed to be incurred by Terrence M. Ross and Rhonda B. Ross, and it is acknowledged that it is the position of Terrance M. Ross and Rhonda B. Ross that for income tax purposes Terrence M.

{N0817716 -}

Ross and Rhonda B. Ross are allocating the recovery effected hereby first to recoupment of their associated $74,396.95 legal costs of recovery from the above-released parties, then to $29,189.98 in additional living expense, then to $29,535.00 in miscellaneous expenses, and finally to $116,878.07 of property renovation expense, all due to the casualty loss.

**I understand and agree that the payment to me of the sum described above is not an admission of liability, negligence nor that the Contractors Policy bearing number 98-GE-0553-0 and issued by State Farm Fire & Casualty Insurance Company to C. Adams Construction & Design provided coverage, defense and indemnity for the claims presented in the above referenced lawsuit. I further agree that this release shall in no way be construed as a determination of the negligence or freedom from negligence of any of the persons involved, and that this release may in no way be construed to relieve me from any liability which I may have to any person, including those released hereunder, as a result of my acts or omissions in connection with the subject claim or events.**

The terms of the agreement and the settlement it confirms are and shall remain forever confidential. No disclosure may be made without a court order. The parties shall make reasonable efforts to give notice of the pendency of any motion seeking disclosure of this agreement to counsel for State Farm Fire & Casualty Insurance Company. Should any party need to enforce the breach of this confidentiality provision, and prevail, the party found to have violated this provision shall pay all attorney's fees and costs associated with said action.

**Executed in multiple counterparts at New Orleans, Louisiana in the presence of the undersigned witnesses.**

_____
TERRENCE M. ROSS

_____
RHONDA B. ROSS

WITNESSES:

_____

_____

_____
NOTARY PUBLIC

{N0817716 -}

KEVIN O'BRYON
NOTARY PUBLIC
Jefferson Parish, Louisiana
LSBA No. 10151
My Commission is Issued for Life.

3

## ASSIGNMENT

In further consideration of the foregoing release, C. Adams Construction & Design, LLC does by these presents transfer, convey, subrogate, assign and deliver unto Terrence M. Ross and Rhonda B. Ross any and all additional rights of recovery and/or causes of action it has or may have against the manufacturers, distributors and vendors of the Chinese drywall installed or incorporated in the premises bearing municipal number 316 Woodvine Avenue, Metairie, Louisiana, by C. Adams Construction & Design, LLC, including but not limited to all rights in tort and contract, and including but not limited to all rights to recoup the sums paid by or on behalf of C. Adams Construction & Design, LLC, as referenced hereinabove, and specifically including, but not limited to, all rights against Interior/Exterior Building Supply, L.P., Knauf Insulation GMBH a/k/a Knauf USA, Knauf Gips KG, Knauf International GmbH, Knauf Plasterboard Tianjin Company, Ltd., Taishan Gypsum Company, Ltd., and Taian Taishan Plasterboard Company, Ltd.

C. Adams Construction & Design, LLC and Christopher Adams thereof further undertake to provide full and complete cooperation to Terrence M. Ross and Rhonda B. Ross in any existing and future litigation, to include but not be limited to the provision of documents as may be necessary to the prosecution of the claims, voluntary appearance to testify at depositions, hearings and trials as may be necessary, and the right to prosecute any claims in the name of C. Adams Construction & Design, LLC, all as may be determined by the sole judgment and discretion of Terrence M. Ross and Rhonda B. Ross.

Executed at _Orleans_, Louisiana on this _3rd_ day of _February_, 2014.

C. ADAMS CONSTRUCTION & DESIGN, LLC

BY: _____
CHRISTOPHER ADAMS, MEMBER

_____
CHRISTOPHER ADAMS, INDIVIDUALLY

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY ON THE
DATE HEREINABOVE WRITTEN

_____
NOTARY PUBLIC

4