# ROSS EXHIBIT F

## 676185 CASE DOCKET BOOK

- P1  ROSS , TERRENCE M
- P2  ROSS , RHONDA B
- D1  ADAMS CONSTRUCTION AND DESIGN LLC , C
- D2  STATE FARM MUTUAL INSURANCE COMPANY
- D3  LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY
- D4  STATE FARM FIRE AND CASUALTY COMPANY
- D5  INTERIOR/EXTERIOR BUILDING SUPPLY LTD PARTNERSHIP
- D6  STOCK BUILDING SUPPLY LLC
- D7  KNAUF INSULATION GMBH A/K/A KNAUF USA
- D8  KNAUF GIPS KG
- D9  KNAUF INTERNATIONAL GMBH
- D10 KNAUF PLASTERBOARD TIANJIN CO LTD
- D11 MANCHESTER HOLDINGS INC
- D12 GUARDIAN BUILDING PRODUCTS DISTRIBUTION
- D13 TAIAN TAISHAN PLASTERBOARD CO LTD
- D14 TAISHAN GYPSUM CO LTD

| DATE | LIT | DESCRIPTION |
|---|---|---|
| 07/30/2009 | P1 | **FILE PETITION**:FIL ORIGINAL PETITION |
| 08/03/2009 | P1 | **FAX FILING TRANSMISSION** :FAX FILING TRANSMISSION- DAMAGES |
| 08/06/2009 | P1 | **ISSUE CITATION** :ISS ORIGINAL PETITION |
| 08/12/2009 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE CITATION **ID**:090806-7288-5 **TO:**C ADAMS CONSTRUCTION AND DESIGN LLC **SERVICE:**DOMICILIARY 08/10/2009-THRU CHRISTOPHER ADAMS - W/ JIMMY CLAY |
| 08/19/2009 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID**:090806-7290-1 **TO:**LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY **SERVICE:**PERSONAL 08/12/2009-THRU SECTY OF STATE |
| 08/19/2009 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID**:090806-7289-3 **TO:**STATE FARM MUTUAL INSURANCE COMPANY **SERVICE:**PERSONAL 08/12/2009-THRU SECTY OF STATE |
| 08/20/2009 | D1 | **FILE MOTION W/O DATE**:FIL MOTION FOR EXTENSION OF TIME [E/O 08/21/2009 - GRANTED:UNTIL SEPT. 18, 2009 :KFS] |
| 08/20/2009 | D1 | **FILE REQUEST FOR WRITTEN NOTICE** :FIL REQUEST FOR NOTICE |
| 09/18/2009 | P1 | **FILE ANSWER TO**:FIL ANSWER TO ORIG(LA CITIZENS PROPERTY INS CORP) |
| 09/21/2009 | D1 | **FILE MOTION W/O DATE**:FIL MOTION TO SUBSTITUTE COUNSEL OF RECORD [E/O 09/23/2009 - GRANTED:SUBST COUNSEL DAVID PERSONS :KFS] |
| 09/25/2009 | D1 | **FILE MOTION W/O DATE**:FIL MOTION TO SUBSTITUTE COUNSEL OF RECORD [E/O 09/29/2009 - GRANTED:SUBST COUNSELL/ RAYMOND A PELLETERI JR AND FIRM PELLETERI AND WIEDORN :KFS] |
| 10/07/2009 | D4 | **FILE REQUEST FOR WRITTEN NOTICE** :FIL REQ NOTICE |

## 676185 CASE DOCKET BOOK

| Date | | | Entry |
|---|---|---|---|
| 10/07/2009 | 📄 | P1 | **FILE ANSWER TO**:FIL ANSWER TO ORIG PETITION /STATE FARM FIRE AND CASUALTY COMPANY |
| 10/07/2009 | 📄 | D1 | **FILE REQUEST FOR WRITTEN NOTICE** :FIL REQUEST FOR NOTICE |
| 10/07/2009 | 📄 | D1 | **FILE MOTION W/O DATE**:FIL JURY ORDER [E/O 10/13/2009 - GRANTED :KFS] |
| 10/07/2009 | 📄 | D1 | **FILE ANSWER AND**:FIL ANSWER TO ORIGINAL PETITION AND THIRD PARTY DEMAND/C. ADAMS CONSTRUCTION & DESIGN, LLC |
| 10/07/2009 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT ORIGINAL PETITION |
| 10/07/2009 | 📄 | D1 | **FILE REQUEST FOR PRODUCTION OF DOCUMENT**:FIL REQUEST FOR PRODUCTION OF DOCUMENTS |
| 10/07/2009 | 📄 | D1 | **FILE INTERROGATORIES** :FIL INTERROGATORIES |
| 10/07/2009 | 📄 | D1 | **FILE REQUEST FOR PRODUCTION OF DOCUMENT**:FIL REQUEST FOR PRODUCTION OF DOCUMENTS |
| 10/07/2009 | 📄 | D1 | **FILE INTERROGATORIES** :FIL INTERROGATORIES |
| 10/16/2009 | 📄 | D1 | **ISSUE CITATION** :ISS CIT/PET ANSWER TO ORIGINAL PETITION AND THIRD PARTY DEMAND AND ORIGINAL PETITION |
| 10/29/2009 | 📄 | D1 | **FILE MOTION W/ DATE**:FIL MOTION AND ORDER TO PRESERVE EVIDENCE [E/O 11/04/2009 - S/CAUSE ON 12/15/2009@9:00 AM :KFS] |
| 10/29/2009 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 11/03/2009 | 📄 | D1 | **FAX FILING TRANSMISSION** :FIL FAX MOTION |
| 11/03/2009 | 📄 | D1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**091016-0149-1 **TO:**STOCK BUILDING SUPPLY LLC **SERVICE:**PERSONAL 10/23/2009-THRU CT CORPORATION |
| 11/04/2009 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE CITATION **ID:**091016-0148-3 **TO:**INTERIOR/EXTERIOR BUILDING SUPPLY LTD PARTNERSHIP **SERVICE:**PERSONAL 11/02/2009-THRU CLAYTON C. GEARY - W/ HOLLY |
| 11/06/2009 | 📄 | D1 | **ISSUE RULE TO SHOW CAUSE** :ISS MOTION AND ORDER TO PRESERVE EVIDENCE, EXHIBIT |
| 11/06/2009 | 📄 | D1 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** |
| 11/13/2009 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**091106-4148-8 **TO:**TERRENCE M. ROSS THRU JASON R. BONNET **SERVICE:**PERSONAL 11/10/2009-THRU JASON R. BONNET - W/ MARIE |
| 12/14/2009 | 📄 | D1 | **FILE MOTION W/O DATE**:FIL MOTION TO CONTINUE [E/O 01/04/2010 - GRANTED :KFS] |
| 12/14/2009 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT/COPY MOT CONT FAX TO THE COURT |
| 12/15/2009 | 📄 | D1 | **MINUTE ENTRY** |
| 12/21/2009 | 📄 | D1 | **FAX FILING TRANSMISSION** :FIL FAX-MOTION TO CONTINUE |
| 01/07/2010 | 📄 | D5 | **FILE MOTION W/O DATE**:FIL JURY ORDER [E/O 01/12/2010 - DENIED :KFS] |

| | | | **676185 CASE DOCKET BOOK** |
|---|---|---|---|
| 01/07/2010 | 📄 | D5 | **FILE ANSWER TO THIRD PARTY DEMANDS, RECONVENTIONAL DEMANDS,...** :FIL ANSWER AND AFFIRMATIVE DEFENSES TO C ADAMS CONSTRUCTION AND DESIGN LLCS THIRD PARTY DEMAND |
| 01/11/2010 | 📄 | D5 | **FILE PETITION**:FIL THIRD PARTY DEMAND |
| 01/11/2010 | | D5 | **FILE AFFIDAVIT** :FIL AFFIDAVIT |
| 01/11/2010 | 📄 | D5 | **FILE REQUEST FOR WRITTEN NOTICE** :FIL REQUEST FOR NOTICE |
| 01/12/2010 | 📄 | D5 | **FILE MOTION W/O DATE**:FIL/ENT JURY ORDER |
| 01/21/2010 | 📄 | D5 | **ISSUE CITATION** :ISS THIRD PARTY DEMAND, REQ FOR NOTICE, ORIGINAL PETITION |
| 01/25/2010 | 📄 | P1 | **FILE MOTION W/ DATE**:FIL MOTION FOR PARTIAL SUMMARY JUDGMENT [E/O 01/26/2010 - S/CAUSE ON 03/02/2010@9:00 AM :KFS] |
| 01/25/2010 | 📄 | P1 | **FILE MEMORANDUM**:FIL MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 01/25/2010 | 📄 | P1 | **FILE DOCUMENT WITH NO CODE**:FIL LIST OF ESSENTIAL LEGAL ELEMENTS |
| 01/25/2010 | 📄 | P1 | **FILE DOCUMENT WITH NO CODE**:FIL STATEMENT OF UNCONTESTED FACTS |
| 01/25/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 01/25/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 01/25/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT C |
| 01/25/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT D |
| 01/25/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT E |
| 01/25/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT F |
| 01/25/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT G |
| 01/28/2010 | 📄 | P1 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** |
| 01/28/2010 | 📄 | P1 | **ISSUE RULE TO SHOW CAUSE** :ISS MOTION FOR PARTIAL SUMMARY JUDGMENT, MEMO IN SUPPORT, LIST OF ESSENTIAL LEGAL ELEMENTS, STATEMENT OF UNCONTESTED FACTS, EXHIBITS |
| 01/29/2010 | 📄 | P1 | **FILE MOTION W/O DATE**:FIL MOTION TO SUBSTITUTE COUNSEL OF RECORD [E/O 01/29/2010 - GRANTED :LBN] |
| 02/01/2010 | 📄 | D1 | **FILE AND ENTER JUDGMENT** :FIL/ENT CONSENT JUDGMENT |
| 02/08/2010 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**100128-6824-5 **TO:**C ADAMS CONSTRUCTION AND DESIGN LLC **SERVICE:**PERSONAL 02/02/2010-THRU RAYMOND PELLETERI, JR - W/ D. CHRISTIAN |
| 02/08/2010 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**100128-6825-2 **TO:**STATE FARM MUTUAL INSURANCE COMPANY THRU DAVID A. STRAUSS **SERVICE:**PERSONAL 02/02/2010-THRU DAVID A. STRAUSS |
| 02/10/2010 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**100128-6826-0 **TO:**INTERIOR/EXTERIOR BUILDING SUPPLY LTD PARTNERSHIP **SERVICE:**PERSONAL 02/03/2010-THRU RICHARD G. DUPLANTIER, JR - W/ PEPPER (SECTY) |

## 676185 CASE DOCKET BOOK

| Date | | Party | Description |
|---|---|---|---|
| 02/10/2010 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**100128-6823-7 **TO:**LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY **SERVICE:**NOT SERVED 02/01/2010-ADDRESS IN MET. |
| 02/17/2010 | 📄 | D3 | **FILE MOTION W/ DATE**:FIL UNOPPOSED MOTION TO CONTINUE HEARING [E/O 02/22/2010 - GRANTED; CONT UNTIL 04/05/2010@9:00 AM :KFS] |
| 02/24/2010 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT/GREEN CARD |
| 02/24/2010 | 📄 | D3 | **FILE MOTION W/O DATE**:FIL MOTION TO ENROLL ADDITIONAL CO-COUNSEL OF RECORD [E/O 02/24/2010 - GRANTED; ENROLL ADDITIONAL CO-COUNSEL RALPH S HUBBARD III AND SETH A SCHMEECKLE :KFS] |
| 02/24/2010 | 📄 | D5 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**100121-5609-6 **TO:**KNAUF INSULATION GMBH **SERVICE:**PERSONAL 02/08/2010-CERTIFIED MAIL - THRU B. WADDELL |
| 02/24/2010 | 📄 | D5 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**100121-5610-4 **TO:**KNAUF PLASTERBOARD TIANJIN CO, LTD **SERVICE:**PERSONAL 02/08/2010-CERTIFIED MAIL - THRU B. WADDELL |
| 03/02/2010 | 📄 | P1 | **MINUTE ENTRY** |
| 03/02/2010 | 📄 | P1 | **FILE REQUEST FOR WRITTEN NOTICE** :FIL REQUEST FOR NOTICE |
| 03/04/2010 | 📄 | D7 | **FILE EXCEPTION**:FIL KNAUF INSULATION GMBH'S DILATORY AND PEREMPTORY EXCEPTIONS TO INTERIOR EXTERIOR BUILDING SUPPLY, L.P.'S THIRD PARTY DEMAND [E/O 03/05/2010 - S/CAUSE ON 05/10/2010@9:00 AM :KFS] |
| 03/04/2010 | 📄 | D7 | **FILE MEMORANDUM**:FIL KNAUF INSULATION GMBH'S MEMORANDUM IN SUPPORT OF DILATORY AND PEREMPTORY EXCEPTIONS TO INTERIOR EXTERIOR BUILDING SUPPLY, L.P.'S THIRD PARTY DEMAND |
| 03/04/2010 | 📄 | D7 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 03/08/2010 | 📄 | D7 | **ISSUE RULE TO SHOW CAUSE** :ISSUE DILATORY AND PEREMPTORY EXCEPTIONS TO 3RD PATY DEMAND/MEMO/EXHIBITS |
| 03/08/2010 | 📄 | D7 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** |
| 03/18/2010 | 📄 | D7 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**100308-3299-1 **TO:**INTERIOR/EXTERIOR BUILDING SUPPLY LTD PARTNERSHIP THRU LAMBERT J. HASSINGER JR **SERVICE:**PERSONAL 03/12/2010-THRU LAMBERTJ HASSINGER, JR - W/ CATHERINE |
| 03/19/2010 | 📄 | D3 | **FILE MOTION W/ DATE**:FIL CROSS MOTION FOR SUMMARY JUDGMENT [E/O 03/24/2010 - S/CAUSE ON 04/05/2010@9:00 AM :KFS] |
| 03/19/2010 | 📄 | D3 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 03/19/2010 | 📄 | D3 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 03/19/2010 | 📄 | D3 | **FILE EXHIBIT** :FIL EXHIBIT C |
| 03/19/2010 | 📄 | D3 | **FILE EXHIBIT** :FIL EXHIBIT D |
| 03/19/2010 | 📄 | D3 | **FILE EXHIBIT** :FIL EXHIBIT E |
| 03/19/2010 | 📄 | D3 | **FILE EXHIBIT** :FIL EXHIBIT F |
| 03/19/2010 | 📄 | D3 | **FILE EXHIBIT** :FIL EXHIBIT G |

## 676185 CASE DOCKET BOOK

| Date | | Party | Description |
|---|---|---|---|
| 03/19/2010 | 📄 | D3 | **FILE MEMORANDUM**:FIL MEMO IN SUPPORT CROSS MOT FOR SUMMARY JUDG |
| 03/19/2010 | 📄 | D3 | **FILE MEMORANDUM**:FIL MEMORANDUM IN OPPO TO MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 03/25/2010 | 📄 | D3 | **ISSUE RULE TO SHOW CAUSE** :ISS CROSS MOT FOR SUMMARY JUDG/MEMM IN OPPOSITION/MEMO IN SUPPORT/EXHIBITS |
| 03/25/2010 | 📄 | D3 | **NOTICE OF**:ISS CROSS MOT FOR SUMMARY JUDG/MEMO IN OPPOSITION/MEMO IN SUPPORT/EXHIBITS |
| 03/31/2010 | 📄 | P1 | **FILE MEMORANDUM**:FIL MEMORANDUM IN OPPOSITION TO CITIZENS' CROSS-MOTION FOR SUMMARY JUDGMENT |
| 03/31/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT H |
| 03/31/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT I |
| 03/31/2010 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT J |
| 04/05/2010 | 📄 | D3 | **MINUTE ENTRY** |
| 04/07/2010 | 📄 | D3 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:100325-6723-1 **TO**:STATE FARM MUTUAL INSURANCE COMPANY THRU DAVID A. STRAUSS **SERVICE**:PERSONAL 03/31/2010-THRU DAVID A. STRAUSS - W/ DUSTY |
| 04/07/2010 | 📄 | D3 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID**:100325-6712-4 **TO**:TERRENCE M. ROSS THRU KEVIN C. OBRYON **SERVICE**:PERSONAL 03/30/2010-THRU KEVIN C. OBRYON - RYAN (SECTY) |
| 04/07/2010 | 📄 | D3 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:100325-6722-3 **TO**:C ADAMS CONSTRUCTION AND DESIGN LLC **SERVICE**:PERSONAL 03/30/2010-THRU RAYMOND A PELLETERI - W/ D. CHRISTIAN |
| 04/14/2010 | 📄 | P1 | **FILE AND ENTER JUDGMENT** :FIL/ENT JUDGMENT ON MOT PARTIAL SUMMARY JUDGMENT |
| 04/14/2010 | 📄 | P1 | **ISSUE NOTICE OF SIGNING JUDGMENT** :ISS JUDGMENT ON MOT PARTIAL SUMMARY JUDGMENT |
| 04/14/2010 | | I2LBLC | **ISSUED DOCUMENT**:ISSUE NOTICE OF SIGNING JUDGMENT **TO**:KEVIN C. OBRYON **SERVICE**:N/A : N/A |
| 04/14/2010 | | I2LBLD | **ISSUED DOCUMENT**:ISSUE NOTICE OF SIGNING JUDGMENT **TO**:DAVID A. STRAUSS **SERVICE**:N/A : N/A |
| 04/14/2010 | | I2LBLE | **ISSUED DOCUMENT**:ISSUE NOTICE OF SIGNING JUDGMENT **TO**:DARREN A. PATIN **SERVICE**:N/A : N/A |
| 04/30/2010 | 📄 | D7 | **FILE REQUEST FOR WRITTEN NOTICE** :FIL KNAUF INSULATION GMBH'S REQUEST FOR NOTICE |
| 05/05/2010 | 📄 | D7 | **FILE LETTER OF REQUEST**:FIL FAX COPY LETTER REQ DILATORY EXCEPTION CONT W/OUT DATE |
| 05/06/2010 | 📄 | D3 | **FILE MOTION W/ DATE**:FIL OPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR CRTIFICATION OF FINAL JUDGMENT BY LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION [E/O 05/11/2010 - S/CAUSE ON 09/02/2010@9:00 AM :KFS] [E/O 05/11/2010 - DENIED :KFS] |
| 05/10/2010 | 📄 | D7 | **MINUTE ENTRY** |

## 676185 CASE DOCKET BOOK

| Date | Code | Description |
|---|---|---|
| 05/12/2010 | P1 | **FILE LETTER OF REQUEST**:FIL COPY FAX LETTER REQ EXCEPTION CONT W/OUT DATE |
| 05/20/2010 | D3 | **FILE AND ENTER JUDGMENT** :FIL/ENT PROPOSED ORDER |
| 05/24/2010 | D3 | **ISSUE NOTICE OF SIGNING JUDGMENT** :ISS PROPOSED ORDER |
| 05/24/2010 I2LHU6 | | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**KEVIN C. OBRYON **SERVICE:**N/A : N/A |
| 05/24/2010 I2LHU7 | | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**DARREN A. PATIN **SERVICE:**N/A : N/A |
| 06/04/2010 | P1 | **FILE MOTION W/O DATE**:FIL MOTION FOR APPEAL [E/O 06/14/2010 - GRANTED :KFS] |
| 06/04/2010 | P1 | **FILE DOCUMENT WITH NO CODE**:FIL DESIGNATION OF RECORD FOR APPEAL |
| 06/17/2010 | P1 | **ISSUE ESTIMATED COST OF APPEAL** |
| 06/17/2010 | P1 | **ISSUE NOTICE OF APPEAL** |
| 06/17/2010 | P1 | **CERTIFIED MAIL FEE**:CHARGE FOR CERT. MAIL - EST. COSTS OF APPEAL |
| 06/28/2010 | D6 | **FILE ANSWER AND**:FIL ANSWER TO THIRD PARTY DEMAND AND THIRD PARTY DEMAND OF STOCK BUILDING SUPPLY |
| 06/28/2010 | D6 | **ISSUE CITATION** :ISSUE ANSWER TO 3RD PARTY DEMANDAND 3RD PARTY DEMAND ON BEHALF OF STOCK BUILDING SUPPLY, LLC |
| 06/30/2010 | D5 | **FILE MEMORANDUM**:FIL MEMORANDUM IN OPPOSITION TO KNAUF INSULATION GMBHS DILATORY AND PEREMPTORY EXCEPTIONS TO INTERIOR EXTERIOR BUILDING SUPPLY LPS THIRD PARTY DEMAND |
| 07/12/2010 | D6 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**100628-2979-0 **TO:**GUARDIAN BUILDING PRODUCTS DISTRIBUTION **SERVICE:**PERSONAL 07/07/2010-THRU CT CORPORATION |
| 07/15/2010 | D7 | **FILE EXCEPTION**:FIL REPLY IN SUPPORT OF KNAUF INSULATION GMBH DILATORY AND PEREMPTORY EXCEPTIONS |
| 08/02/2010 | P1 | **FILE NOTICE OF DEPOSITION** :FIL NOTICE OF DEPO |
| 09/29/2010 | P1 | **TRANSCRIPT**:FIL TEST AND COPY APRIL 5, 2010 |
| 09/30/2010 | P1 | **APPEAL COST [PAYOUT]**:VINCENT BORRELLO SR TRANSCRIPT FEE |
| 09/30/2010 | P1 | **APPEAL COST [PAYOUT]**:JON GEGENHEIMER CLERK DUPLICATION OF RECORD FEE |
| 12/16/2010 | D6 | **FILE MOTION W/O DATE**:FIL JOINT MOTION TO DISMISS WITHOUT PREJUDICE/ GUARDIAN BUILDING PRODUCTS DISTRIBUTION [E/O 12/21/2010 - GRANTED :KFS] |
| 12/29/2010 | D3 | **FILE MOTION W/O DATE**:FIL MOTION TO SUBSTITUTE COUNSEL [E/O 01/03/2011 - GRANTED:CO-COUNSEL JOSEPH L SPILMAN III :KFS] |
| 01/26/2011 | D1 | **FILE MOTION W/ DATE**:FIL MOTION FOR SUMMARY JUDGMENT [E/O 01/28/2011 - S/CAUSE ON 03/17/2011@9:00 AM :KFS] |
| 01/26/2011 | D1 | **FILE DOCUMENT WITH NO CODE**:FIL STATEMENT UNCONTESTED FACTS |
| 01/26/2011 | D1 | **FILE MEMORANDUM**:FIL MEMO IN SUPPORT MOT SUMM/JUDGMENT |

## 676185 CASE DOCKET BOOK

| Date | | Party | Description |
|---|---|---|---|
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT C |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT D |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT E |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT F |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT G |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT H |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT I |
| 01/26/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT J |
| 01/28/2011 | 📄 | D1 | **ISSUE RULE TO SHOW CAUSE** :ISS MOTION FOR SUMMARY JUDGMENT; STATEMENT OF UNCONTESTED FACTS/MEMORANDUM IN SUPPORT/EXHIBITS A-J |
| 01/28/2011 | 📄 | D1 | **NOTICE OF**:ISS C AND C; MOTION FOR SUMMARY JUDGMENT/STATEMENT/MEMORANDUM/EXHIBITS A-J |
| 02/10/2011 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**110128-9308-4 **TO:**TERRENCE M. ROSS THRU KEVIN C. OBRYON **SERVICE:**PERSONAL 02/04/2011-THRU KEVIN C. OBYRON - W/ SHILOH (SECTY) |
| 02/10/2011 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID:**110128-9309-2 **TO:**C ADAMS CONSTRUCTION AND DESIGN LLC THRU RAYMOND A. PELLETERI **SERVICE:**PERSONAL 02/07/2011-THRU RAYMOND A PELLETERI - W / BRANDI DUMONTIER |
| 03/09/2011 | 📄 | P1 | **FILE MEMORANDUM**:FIL MEMO IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| 03/09/2011 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT 1 |
| 03/09/2011 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT 2 |
| 03/17/2011 | 📄 | D1 | **MINUTE ENTRY** |
| 03/23/2011 | 📄 | P1 | **FILE AND ENTER JUDGMENT** :FIL/ENT JUDGMENT ON MOT SUMMARY JUDGMENT |
| 03/23/2011 | 📄 | P1 | **ISSUE NOTICE OF SIGNING JUDGMENT** :ISS JUDGMENT ON MOT SUMMARY JUDGMENT |
| 03/23/2011 | | I2MXE2 | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**C ADAMS CONSTRUCTION AND DESIGN LLC THRU RAYMOND A. PELLETERI **SERVICE:**N/A **:** N/A |
| 03/23/2011 | | I2MXE3 | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**TERRENCE M. ROSS THRU KEVIN C. OBRYON **SERVICE:**N/A **:** N/A |
| 03/28/2011 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 03/28/2011 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT B |

## 676185 CASE DOCKET BOOK

| Date | | Party | Description |
|---|---|---|---|
| 03/28/2011 | 📄 | D5 | **FILE AFFIDAVIT** :FIL AFFIDAVIT OF LONG ARM SERVICE PURSUANT TO HAGUE CONVENTION |
| 03/29/2011 | | D6 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:100628-2978-2 **TO**:MANCHESTER HOLDINGS, INC **SERVICE**:N/A |
| 03/29/2011 | 📄 | D5 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:100121-5608-8 **TO**:KNAUF GIPS KG **SERVICE**:PERSONAL 01/24/2011-CERTIFIED MAIL |
| 03/29/2011 | 📄 | D5 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:100121-5611-2 **TO**:KNAUF INTERNATIONAL GMBH **SERVICE**:PERSONAL 01/24/2011-CERTIFIED MAIL |
| 04/04/2011 | 📄 | D1 | **FILE NOTICE OF DEPOSITION** :FIL NOTICE OF DEPOSITION |
| 04/25/2011 | 📄 | D1 | **FILE LETTER OF REQUEST**:FIL LETTER OF REQUEST- ISSUE SDT |
| 04/25/2011 | 📄 | D1 | **FILE NOTICE OF DEPOSITION** :FIL NOTICE OF DEPO |
| 04/26/2011 | 📄 | D1 | **ISSUE SUBPOENA DUCES TECUM FOR DEPOSITION** :ISS SDT DEPO |
| 05/02/2011 | 📄 | D1 | **RETURN**:SHERIFF JEFFERSON PARISH - ISSUE SUBPOENA DUCES TECUM FOR DEPOSITION **ID**:110426-2998-7 **TO**:DETAIL CONSTRUCTION SERVICES INC **SERVICE**:PERSONAL 04/28/2011 |
| 06/06/2011 | 📄 | P1 | **FILE MOTION W/ DATE**:FIL MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIBILITY [E/O 06/13/2011 - S/CAUSE ON 08/02/2011@9:00 AM :KFS] |
| 06/06/2011 | 📄 | P1 | **FILE MEMORANDUM**:FIL MEMO IN SUOOPRT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY |
| 06/06/2011 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT 1 |
| 06/06/2011 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT 2 |
| 06/06/2011 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT 3 |
| 06/06/2011 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT 4 |
| 06/14/2011 | 📄 | P1 | **ISSUE RULE TO SHOW CAUSE** :ISS MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY/ MEMO; EXHIBITS 1-4 |
| 06/23/2011 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID**:110614-1237-2 **TO**:C ADAMS CONSTRUCTION AND DESIGN LLC THRU RAYMOND A. PELLETERI **SERVICE**:PERSONAL 06/20/2011-THRU RAYMOND A PELLETERI - W/ BRANDI DUMONTIER |
| 07/20/2011 | 📄 | D1 | **FILE MEMORANDUM**:FIL MEMORANDUM IN OPPOSITION TO PLAINITIFFS PARTIAL MOTION FOR SUMMARY JUDGMENT |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT C |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT D |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT E |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT F |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT G |

## 676185 CASE DOCKET BOOK

| Date | | Code | Description |
|---|---|---|---|
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT H |
| 07/20/2011 | 📄 | D1 | **FILE MOTION W/ DATE**:FIL MOTION FOR SUMMARY JUDGMENT [E/O 07/25/2011 - S/CAUSE ON 08/15/2011@9:00 AM :KFS] |
| 07/20/2011 | 📄 | D1 | **FILE DOCUMENT WITH NO CODE**:FIL STATEMENT OF UNCONTESTED FACTS |
| 07/20/2011 | 📄 | D1 | **FILE MEMORANDUM**:FIL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT C |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT D |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT E |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT F |
| 07/20/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT G |
| 07/21/2011 | 📄 | P1 | **FILE LETTER OF REQUEST**:FIL FAX COPY LETTER REQ PARTIAL MOT SUMMY JUDGMT CONT TO AUG. 15,. 2011 |
| 07/26/2011 | 📄 | D1 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** :ISS NOTICE OF DATE |
| 08/01/2011 | 📄 | D6 | **FILE LETTER OF REQUEST**:FIL FAX COPY LETTER REQ SUMMARY JUDGMENT CONT W/OUT DATE |
| 08/04/2011 | 📄 | D5 | **FILE MOTION W/O DATE**:FIL INTERIOR EXTERIOR'S NOTICE OF CONDITIONAL CERTIFCATION OF A NATIONWIDE CLASS ACTION, PRELIMINARY APPROVAL OF A CLASS SETTLEMENT, AND SUGGESTION OF A STAY OF THESE PROCEEDINGS PURSUANT TO 28 USC 1651 [E/O 08/08/2011 - GRANTED:STATUS CONFERENCE SET ON 15TH DAY OF AUGUST, 2011 AT 9:00 AM :KFS] |
| 08/04/2011 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 08/04/2011 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 08/08/2011 | 📄 | D1 | **FILE MOTION W/O DATE**:FIL MOTION TO CONTINUE [E/O 08/08/2011 - GRANTED :KFS] |
| 08/08/2011 | 📄 | D1 | **FILE MEMORANDUM**:FIL MEMO IN SUPPORT OF MOTION TO CONTINUE |
| 08/08/2011 | 📄 | D1 | **FILE PRETRIAL PLEADINGS**:FIL MOTION FOR STATUS CONFERENCE [E/O 08/08/2011 - GRANTED:STATUS CONFERENCE SET ON 08/15/2011@9:00 AM :KFS] |
| 08/15/2011 | 📄 | P1 | **MINUTE ENTRY** |
| 08/15/2011 | 📄 | D1 | **MINUTE ENTRY** |
| 08/22/2011 | 📄 | D5 | **FILE MEMORANDUM**:FIL INTERIOR EXTERIORS MEMO IN SUPPORT OF NOTICE |
| 08/22/2011 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 08/22/2011 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 08/22/2011 | 📄 | D5 | **FILE EXHIBIT** :FIL EXHIBIT C |

| | | | |
|---|---|---|---|
|  | **676185 CASE DOCKET BOOK** | | |
| 08/31/2011 | 📄 | P1 | **FILE MEMORANDUM**:FIL PLAINTIFFS MEMO REGARDING SCOPE OF PROPOSED STAY ORDER [E/O 09/15/2011 - DENIED :EMG] |
| 08/31/2011 | 📄 | D6 | **FILE MEMORANDUM**:FIL MEMO IN SUPPORT OF INEX'S SUGGESTION OF A STAY OF THESE PROCEEDINGS FILED ON BEHALF OF STOCK BUILDING SUPPLY LLC |
| 08/31/2011 | 📄 | D6 | **FILE EXHIBIT** :FIL EXHIBIT 1 |
| 08/31/2011 | 📄 | D6 | **FILE EXHIBIT** :FIL EXHIBIT 2 |
| 08/31/2011 | 📄 | D6 | **FILE EXHIBIT** :FIL EXHIBIT 3 |
| 08/31/2011 | 📄 | D6 | **FILE EXHIBIT** :FIL EXHIBIT 4 |
| 09/01/2011 | 📄 | D1 | **FILE MEMORANDUM**:FIL MEMO IN SUPPORT OF INTERIOR EXTERIORS SUGGESTION OF A STAY OF THESE PROCEEDINGS PURSUANT TO 28 U.S.C. & 1651 |
| 09/15/2011 | 📄 | D5 | **FILE AND ENTER JUDGMENT** :F/E JUDGMENT ON MOTION FOR STAY |
| 09/21/2011 | 📄 | D5 | **ISSUE NOTICE OF SIGNING JUDGMENT** :ISSUE NOTICES OF SIGNING JUDGMENT: JUDGMENT ON MOTION FOR STAY |
| 09/21/2011 | | I2NSUK | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**KEVIN C. OBRYON **SERVICE:**N/A : N/A |
| 09/21/2011 | | I2NSUL | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**RAYMOND A. PELLETERI **SERVICE:**N/A : N/A |
| 09/21/2011 | | I2NSUM | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**DAVID A. STRAUSS **SERVICE:**N/A : N/A |
| 09/21/2011 | | I2NSUN | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**LAMBERT J. HASSINGER JR **SERVICE:**N/A : N/A |
| 09/21/2011 | | I2NSUP | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**LAWRENCE G. PUGH III **SERVICE:**N/A : N/A |
| 09/21/2011 | | I2NSUQ | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**PAUL THIBODEAUX **SERVICE:**N/A : N/A |
| 09/29/2011 | 📄 | P1 | **FILE MOTION W/ DATE**:FIL MOTION TO RE-SET HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY [E/O 09/29/2011 - SUMMARY JUDGMENT RESET TO 11/10/2011@9:00 AM :KFS] |
| 10/03/2011 | 📄 | P1 | **NOTICE OF**:ISS C AND C MOTION TO RESET HEARING |
| 10/13/2011 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID:**111003-0568-6 **TO:**C ADAMS CONSTRUCTION AND DESIGN LLC THRU RAYMOND A. PELLETERI **SERVICE:**PERSONAL 10/10/2011-THRU RAYMOND A PELLETERI / W/ BRANDI D. |
| 10/31/2011 | 📄 | D1 | **FILE MOTION W/ DATE**:FIL MOT TO CONTINUE HEARING DATE ON MOT FOR PARTIAL MSJ [E/O 11/02/2011 - S/CAUSE ON 11/10/2011@9:00 AM :KFS] |
| 10/31/2011 | 📄 | D1 | **FILE DOCUMENT WITH NO CODE**:FIL REQ CLARIFICATION OF JUDGMENT |
| 10/31/2011 | 📄 | D1 | **FILE MEMORANDUM**:FIL MEMO IN SUPPORT |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT A |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT B |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT C |

## 676185 CASE DOCKET BOOK

| Date | | Party | Entry |
|---|---|---|---|
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT D |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT E |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT F |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT G |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT H |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT I |
| 10/31/2011 | 📄 | D1 | **FILE EXHIBIT** :FIL EXHIBIT J |
| 11/03/2011 | 📄 | D1 | **ISSUE RULE TO SHOW CAUSE** :ISS MOT TO CONTINUE HEARING DATE ON MOT FOR PARTIAL SUMMARY JUDG/REQUEST FOR CLARIFICATION OF JUDG/MEMO/EXHIBITS |
| 11/03/2011 | 📄 | D1 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** |
| 11/09/2011 | 📄 | D1 | **FILE MEMORANDUM**:FIL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF REQUEST FOR CLARIFICATION OF JUDGMENT |
| 11/09/2011 | 📄 | D1 | **FILE AFFIDAVIT** :FIL AFFIDAVIT OF CHRISTOPHER PETER ADAMS |
| 11/09/2011 | 📄 | D1 | **RETURN**:SHERIFF JEFFERSON PARISH - ISSUE RULE TO SHOW CAUSE **ID:**111103-5947-5<br>**TO:**DARIN PATIN **SERVICE:**PERSONAL 11/07/2011 |
| 11/10/2011 | 📄 | P1 | **FILE MEMORANDUM**:FIL PLAINTIFFS CONSOLIDATION MEMO IN RESPONSE TO REQUEST FOR CLARIFICATION OF JUDGMENT AND MOTION TO CONTINUE PARTIAL SUMMARY JUDGMENT HEARING |
| 11/10/2011 | 📄 | P1 | **FILE EXHIBIT** :FIL EXHIBIT 1 |
| 11/10/2011 | 📄 | P1 | **MINUTE ENTRY** |
| 11/18/2011 | | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**111103-5945-9<br>**TO:**RICHARD M. DUPLANTIER **SERVICE:**PERSONAL 11/08/2011-THRU KRISTEN / SECTY |
| 11/18/2011 | | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**111103-5949-1<br>**TO:**KEVIN O'BRYON **SERVICE:**PERSONAL 11/08/2011-THRU ROSS / SECTY |
| 11/18/2011 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**111103-5944-2<br>**TO:**DAVID A. STRAUSS, ESQ. **SERVICE:**PERSONAL 11/08/2011-THRU MARIA ZABALAORUI / SECTY |
| 11/18/2011 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**111103-5948-3<br>**TO:**LAWRENCE J. PUGH, III **SERVICE:**PERSONAL 11/08/2011 |
| 11/18/2011 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**111103-5946-7<br>**TO:**KERRY MILLER **SERVICE:**PERSONAL 11/08/2011-THRU ARRIN GRESSE |
| 03/20/2012 | 📄 | P1 | **APPEAL DECISION** :FIL APPEAL DECISION-AFFIRMED |

| | | | |
|---|---|---|---|
| | | | **676185 CASE DOCKET BOOK** |
| 04/12/2013 | 📄 | D5 | **FILE MOTION W/O DATE**:FILE MOTION TO SUBSTITUE COUNSEL OF RECORD [E/O 04/15/2013 - GRANTED:WITHDRAW RICHARD G DUPLANTIER JR., LAMBERT J HASSINGER JR., BENJAMIN R GRAU AND CARLINA C EISELEN AS COUNSELS OF RECORD AND SUBSTITUTE KERR J MILLER, KYLE SPAULDING AND GARRETT THALGOTT AS RECORD :KFS] |
| 04/15/2013 | 📄 | P1 | **FILE MOTION W/ DATE**:FILE MOTION TO RE-SET HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY [E/O 04/19/2013 - GRANTED; MOTION SUMMARY JUDGMENT RESET TO MAY 22, 2013 AT 9:00 AM :KFS] |
| 04/24/2013 | 📄 | P1 | **NOTICE OF**:ISSUE MOTION TO RE-SET HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY |
| 04/24/2013 | 📄 | P1 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** :ISSUE NOTICE OF DATE SET TO ATTORNEY |
| 05/06/2013 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:130424-6620-4 **TO**:C ADAMS CONSTRUCTION AND DESIGN LLC THRU RAYMOND A. PELLETERI **SERVICE**:PERSONAL 04/29/2013-THRU BRANDI DUMONTIER |
| 05/13/2013 | 📄 | D1 | **FILE MOTION W/ DATE**:FILE MOTION TO CONTINUE HEARING ON PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT [E/O 05/14/2013 - GRANTED:MOTION FOR PARTIAL SUMMARY JUDGMENT CONTINUE TO JUNE 26, 2013 AT 9:00 AM :KFS] |
| 05/20/2013 | 📄 | D1 | **NOTICE OF**:ISSUE MOTION TO CONTINUE HEARING ON PLANTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 05/22/2013 | 📄 | D5 | **FILE MOTION W/O DATE**:FILE MOTION TO DISMISS INTERIOR EXTERIOR BUILDING SUPPLY LP'S THIRD PARTY DEMAND/INEX'S THIRD PARTY DEMAND AGAINST KNAUF INSULATION GMBH |
| 05/22/2013 | 📄 | P1 | **MINUTE ENTRY** |
| 05/23/2013 | 📄 | D5 | **FILE MOTION W/O DATE**:FILE MOTION TO RE-ENROLL AND SUBSTITUTE AS COUNSEL ON BEHALF OF INTERIOR EXTERIOR BUILDING SUPPLY , LP [E/O 05/24/2013 - GRANTED:RE-ENROLL RICHARD G DUPLANTIER AND CARLINA AS COUNSELS OF RECORD AND WITHDRAW KERRY J MILLER, KYLE SPAULDING AND GARRET THALGOTT AS COUNSELS :KFS] |
| 05/29/2013 | 📄 | D1 | **FILE MOTION W/ DATE**:FILE MOTION AND ORDER TO RESET MOTION FOR SUMMARY JUDGMENT [E/O 05/30/2013 - GRANTED:MOTION SUMMARY JUDGMENT RESET TO JUNE 26, 2013 AT 9:00 AM :KFS] |
| 05/29/2013 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:130520-0834-2 **TO**:KEVIN C. OBRYON **SERVICE**:PERSONAL 05/24/2013-THRU ANNIE / CLERICAL |
| 05/31/2013 | 📄 | D1 | **NOTICE OF**:ISSUE MOTION AND ORDER TO RESET MOTION FOR SUMMARY JUDGMENT |
| 06/12/2013 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:130531-2735-6 **TO**:TERRENCE M. ROSS THRU KEVIN C. OBRYON **SERVICE**:PERSONAL 06/07/2013-THRU ANNIE / CLERICAL |
| 06/12/2013 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:130531-2737-2 **TO**:STOCK BUILDING SUPPLY LLC THRU LAWRENCE G. PUGH III **SERVICE**:PERSONAL 06/07/2013-THRU S. NOVIA |
| 06/12/2013 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:130531-2738-0 **TO**:INTERIOR/EXTERIOR BUILDING SUPPLY LTD PARTNERSHIP **SERVICE**:PERSONAL 06/07/2013-THRU AARIN GRESSE |

| | | | **676185 CASE DOCKET BOOK** |
|---|---|---|---|
| 06/18/2013 | 📄 | D1 | **FILE MOTION W/O DATE**:FILE MOTION TO CONTINUE HEARING ON DEFENDANTS MOTION FOR PARTIAL SUMMARY JUDGMENT [E/O 06/19/2013 - GRANTED :KFS] |
| 06/20/2013 | 📄 | D1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - NOTICE OF **ID**:130531-2736-4 **TO:**STATE FARM MUTUAL INSURANCE COMPANY THRU DAVID A. STRAUSS **SERVICE:**PERSONAL 06/17/2013-THRU MARIA Z. |
| 06/26/2013 | 📄 | D1 | **MINUTE ENTRY** |
| 08/14/2013 | 📄 | D5 | **FILE MOTION W/O DATE**:FILE MOTION TO DISMISSTHIRD PARTY DEMAND/KNAUF INSULATION [E/O 08/15/2013 - GRANTED :KFS] |
| 01/22/2014 | 📄 | P1 | **FILE SUPPLEMENTAL/AMENDED ORIGINAL PETITION**:FILE FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES |
| 01/23/2014 | 📄 | P1 | **ISSUE CITATION** :ISSUE FIRST SUPPLEMENTAL AMD AMEMDING PETITION FOR DAMAGES/PETITION FOR DAMAGES |
| 01/23/2014 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:140123-8010-2 **TO:**TAIAHAN GYPSUM CO LTD **SERVICE:**N/A |
| 01/23/2014 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:140123-8005-2 **TO:**KNAUF INSULATION GMBH A/K/A KNAUF USA **SERVICE:**N/A |
| 01/23/2014 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:140123-8006-0 **TO:**KNAUF GIPS KG **SERVICE:**N/A |
| 01/23/2014 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:140123-8008-6 **TO:**KNAUF PLASTERBOARD TIANJIN CO LTD **SERVICE:**N/A |
| 01/23/2014 | | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:140123-8009-4 **TO:**TAIAN TAISHAN PLASTERBOARD CO LTD **SERVICE:**N/A |
| 02/10/2014 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE CITATION **ID**:140123-8004-5 **TO:**INTERIOR/EXTERIOR BUILDING SUPPLY LTD PARTNERSHIP THRU RICHARD G. DUPLANTIER JR **SERVICE:**PERSONAL 01/31/2014-SECRETARY CAROL |
| 02/14/2014 | 📄 | P1 | **FILE AFFIDAVIT** :FILE AFFIDAVIT OF SERVICE |
| 02/14/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT GREEN CARD |
| 02/18/2014 | 📄 | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID**:140123-8007-8 **TO:**KNAUF INTERNATIONAL GMBH **SERVICE:**PERSONAL 02/14/2014-CERTIFIED MAIL - THRU DICK WISE |
| 03/06/2014 | 📄 | D7 | **FILE SUPPLEMENTAL/AMENDED ORIGINAL PETITION**:FILE KNAUF INSULATION GMBH'S ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES |
| 04/08/2014 | 📄 | P1 | **FILE MOTION W/O DATE**:FILE JOINT MOTION FOR PARTIAL DISMISSAL / C.. ADAMS CONSTRUCTION AND DESIGN, LLC,STATE FARM FIRE AND CASUALTY COMPANY AND STOCK BUILDING SUPPLY, LLC [E/O 04/08/2014 - GRANTED :KR1] |
| 05/05/2014 | 📄 | D7 | **FILE MOTION W/ DATE**:FILE KNAUF INSULATION GMBH'S MOTION FOR SUMMARY JUDGMENT [E/O 05/06/2014 - SHOW CAUSE ON JULY 2, 2014 AT 9:00 AM :KFS] |
| 05/05/2014 | 📄 | D7 | **FILE MEMORANDUM**:FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

## 676185 CASE DOCKET BOOK

| Date | | Code | Description |
|---|---|---|---|
| 05/05/2014 | 📄 | D7 | **FILE DOCUMENT WITH NO CODE**:FILE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 05/05/2014 | 📄 | D7 | **FILE EXHIBIT** :FILE EXHIBIT A |
| 05/05/2014 | 📄 | D7 | **FILE EXHIBIT** :FILE EXHIBIT B |
| 05/05/2014 | 📄 | D7 | **FILE EXHIBIT** :FILE EXHIBIT C |
| 05/05/2014 | 📄 | D7 | **FILE EXHIBIT** :FILE EXHIBIT D |
| 05/05/2014 | 📄 | D7 | **FILE EXHIBIT** :FILE EXHIBIT E |
| 05/05/2014 | 📄 | D7 | **FILE EXHIBIT** :FILE EXHIBIT F |
| 05/08/2014 | 📄 | D7 | **ISSUE RULE TO SHOW CAUSE** :ISSUE KNAUF INSULATION GMBH'S MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, EXHIBITS A - F |
| 05/08/2014 | 📄 | D7 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** :ISSUE NOTICE DATE SET TO ATTORNEY-PARISH |
| 05/13/2014 | 📄 | D7 | **MISC IMAGE**:IMAGE:LETTER TO CLERK OF COURT FROM CHRISTIAN B. BOGART COPY REQUEST DATED MAY 9,2014 |
| 05/16/2014 | 📄 | D7 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**140508-3618-9 **TO:**INTERIOR/EXTERIOR BUILDING SUPPLY LTD PARTNERSHIP THRU RICHARD G. DUPLANTIER JR **SERVICE:**PERSONAL 05/13/2014-THRU CAITLIN |
| 05/16/2014 | 📄 | D7 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE RULE TO SHOW CAUSE **ID:**140508-3617-1 **TO:**TERRENCE M. ROSS **SERVICE:**PERSONAL 05/13/2014-THRU SUSAN / ASSISTANT |
| 06/24/2014 | 📄 | P1 | **FILE MEMORANDUM**:FILE PLAINTIFFD MEMORANDUM IN OPPOSITION TO KNAUFS MOTION FOR SUMMARY JUDGMENT |
| 06/24/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT 1 |
| 06/24/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT 2 |
| 06/24/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT 3 |
| 06/24/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT 4 |
| 06/24/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT 5 |
| 06/24/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT 6 |
| 06/24/2014 | 📄 | P1 | **FILE EXHIBIT** :FILE EXHIBIT 7 |
| 07/01/2014 | 📄 | D7 | **FILE MOTION W/O DATE**:FILE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD [E/O 07/01/2014 - GRANTED ENROLL WADE B. HAMMETT :KR1] |
| 07/09/2014 | 📄 | D7 | **MINUTE ENTRY** :MINUTE ENTERED FOR 07/02/2014 (MOTION FOR SUMMARY JUDGMENT --OTHER;-TAKEN UNDER ADVISEMENT) |
| 07/14/2014 | 📄 | D7 | **FILE AND ENTER JUDGMENT** :FILE/ENTER JUDGMENT ON MOTION FOR SUMMARY JUDGMENT |
| 07/14/2014 | 📄 | D7 | **FILE REASONS FOR JUDGMENT**:FILE/ENTER REASONS FOR JUDGMENT |
| 07/16/2014 | 📄 | D7 | **ISSUE NOTICE OF SIGNING JUDGMENT** :ISSUE NOTICE OF SIGNING JUDGMENT ON MOTION FOR SUMMARY JUDGMENT; REASONS FOR JUDGMENT |

## 676185 CASE DOCKET BOOK

| Date | Code | Description |
|---|---|---|
| 07/16/2014 | I2T4BE | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**KEVIN C. OBRYON **SERVICE:**N/A : N/A |
| 07/16/2014 | I2T4BF | **ISSUED DOCUMENT:**ISSUE NOTICE OF SIGNING JUDGMENT **TO:**WADE B. HAMMETT **SERVICE:**N/A : N/A |
| 07/17/2014 | D7 | **ISSUE COST DUE STATEMENT** :COST DUE FOR SUMMARY JUDGMENT AND NOTICES THEREOF 7/14/14 $92.36 (PAID) |
| 07/21/2014 | P1 | **FILE LETTER OF REQUEST**:FILE LETTER REQUEST RE-ISSUE LONG ARM SERVICE ORIGINAL, SUPPLEMENTAL AND AMENDING PETITION |
| 07/22/2014 | P1 | **ISSUE CITATION** :ISSUE PETITION FOR DAMAGES/FIRST SUPPLEMENTAL AND AMENDING PETITION |
| 07/22/2014 | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**140722-4638-3 **TO:**KNAUF GIPS KG **SERVICE:**N/A |
| 07/22/2014 | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**140722-4639-1 **TO:**KNAUF INTERNATIONAL GMBH **SERVICE:**N/A |
| 07/22/2014 | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**140722-4640-9 **TO:**KNAUF PLASTERBOARD TIANJIN CO LTD **SERVICE:**N/A |
| 08/06/2014 | P1 | **FILE MOTION W/O DATE**:FILE EX-PARTE MOTION TO APPOINT SPECIAL PROCESS SERVER [E/O 08/06/2014 - GRANTED :KR1] |
| 08/06/2014 | P1 | **ISSUE CITATION** :ISSUE FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/PETITION FOR DAMAGES |
| 08/06/2014 | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**140806-7220-8 **TO:**TAISHAN GYPSUM CO. LTD. **SERVICE:**N/A |
| 11/05/2014 | D9 | **FILE SUPPLEMENTAL/AMENDED ORIGINAL PETITION**:FILE KNAUF INTERNATIONAL GMBH'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/ PARISH |
| 11/05/2014 | D8 | **FILE SUPPLEMENTAL/AMENDED ORIGINAL PETITION**:FILE ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/ KNAUF GIPS KG |
| 01/22/2015 | D7 | **FILE CHANGE OF ADDRESS**:FILE NOTICE OF CHANGE OF FIRM NAME AND ADDRESS |
| 01/22/2015 | D7 | **FILE SUPPLEMENTAL/AMENDED ORIGINAL PETITION**:FILE KNAUF PLASTERBOARD (TIANJIN) CO. LTD'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES |
| 01/11/2017 | P1 | **FILE DOCUMENT WITH NO CODE**:FILE NOTICE OF DISCOVERY |
| 10/31/2018 | | APPEAL 001 ARCHIVE IMAGES |
| 10/31/2018 | | APPEAL 002 ARCHIVE IMAGES |
| 12/11/2019 | P1 | **FILE PRETRIAL PLEADINGS**:MOTION FOR STATUS CONFERENCE [E/O 12/16/2019 - JANUARY 9, 2020 AT 2:00 PM VIA TELECONFERENCE :KFS] |
| 12/11/2019 | P1 | **FAX FILING TRANSMISSION** :FAX FEE: MOTION FOR STATUS CONFERENCE ID:36384 (ORIGINAL RECEIVED) |

## 676185 CASE DOCKET BOOK

| Date | | | Description |
|---|---|---|---|
| 12/16/2019 | 📄 | P1 | **FILE COURT CORRESPONDENCE**:STATUS CONFERENCE SET ON JANUARY 9, 2020 AT 2:00 PM BY TELECONFERENCE |
| 12/18/2019 | 📄 | P1 | **ISSUE NOTICE OF DATE SET TO ATTORNEY** :KEVIN O'BRYON |
| 01/08/2020 | | D7 | **FILE CHANGE OF ADDRESS**: |
| 01/08/2020 | 📄 | D7 | **FILE MOTION W/O DATE**:TO WITHDRAW AND SUBSTITUTE ADDITIONAL COUNSEL OF RECORD /JAMES R. PARISH [E/O 01/08/2020 - GRANTED; WITHDRAW JAMES R PARISH AND ENROLL DANIEL J DYSART AS COUNSEL OF RECORD :KFS] |
| 04/02/2020 | 📄 | P1 | **FILE LETTER OF REQUEST**:ISSUE SUBPOENA DUCES TECUM |
| 04/02/2020 | 📄 | P1 | **FILE NOTICE OF DEPOSITION** :/DIRECTOR, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS |
| 04/02/2020 | 📄 | P1 | **FILE NOTICE OF DEPOSITION** :/LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION |
| 04/02/2020 | 📄 | P1 | **FILE LETTER OF REQUEST**:ISSUE SUBPOENA DUCES TECUM |
| 06/29/2020 | 📄 | P1 | **FILE NOTICE OF DEPOSITION** :RECORDS/LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION |
| 06/29/2020 | 📄 | P1 | **FILE LETTER OF REQUEST**:TO ISSUE SERVICE SUBPOENA DUCES TECUM |
| 07/07/2020 | 📄 | P1 | **ISSUE SUBPOENA DUCES TECUM FOR DEPOSITION** |
| 07/27/2020 | 📄 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE SUBPOENA DUCES TECUM FOR DEPOSITION **ID**:200707-4290-1 **TO**:LA CITIZENS PROPERTY INS CORP **SERVICE**:PERSONAL 07/17/2020-SECRETARY OF STATE |