## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrence Ross and Rhonda Ross, | Case No. 2:15-CV-04127-EEF-JCW |
| Plaintiffs, | |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council, | |
| Defendants. | |

## [PROPOSED] ORDER

Considering Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Taishan) Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the claims filed by Plaintiffs Barbara Alfonso, Kerry Barre, Joseph Bourlet, Gregory Cross, Greater NOLA Homes, LLC, Howard Jones, and Terrence and Rhonda Ross;

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment is GRANTED and the claims of Plaintiffs Barbara Alfonso, Kerry Barre, Joseph Bourlet, Gregory Cross, Greater NOLA Homes, LLC, Howard Jones, and Terrence and Rhonda Ross are hereby dismissed with prejudice.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2021.


_____
**Honorable Eldon E. Fallon**
**United States District Judge**