IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED: | |
| *Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, 2:15-cv-004127-EEF | JUDGE ELDON FALLON |
| | MAG. JUDGE NORTH |

THROUGH THE AMENDED COMPLAINT, THE FOLLOWING PARTIES REMAIN IN THIS ACTION:

Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrance Ross and Rhonda Ross,

    **Plaintiffs,**

v.

Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Materials Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council,

    **Defendants**

**DEFENDANTS CHINA NATIONAL BUILDING MATERIALS COMPANY LTD.,
BEIJING NEW BUILDING MATERIALS GROUP COMPANY LIMITED, AND
BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S
<u>JOINDER AND MOTION FOR SUMMARY JUDGMENT</u>**

1

Defendants China National Building Materials Company, Limited ("CNBM"), Beijing New Building Materials (Group) Company, Limited ("BNBM Group"), and Beijing New Building Materials Public Limited Company ("BNMB PLC") (collectively "B&C Companies") submit this Joinder and Motion for Summary Judgment.

The B&C Companies hereby join in Taishan's Motion for Summary Judgment (MDL Dkt. No. 23070). And for the reasons set forth more fully in the attached Memorandum in Support, Statement of Undisputed Material Facts, and documents attached thereto, the B&C Companies' Motion for Summary Judgment should be granted.

Respectfully submitted,

/s/ L. Christopher Vejnoska

L. Christopher Vejnoska (CA Bar No. 96082)
Andrew K. Davidson (CA Bar No. 266506)
Daniel S. Guerra (CA Bar No. 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
            adavidson@orrick.com
            dguerra@orrick.com

James L. Stengel (NY Bar No. 1800556)
Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com
            mrshapiro@orrick.com

/s/ Alex Rothenberg

Diana Szego Fassbender (D.C. Bar No. 996625)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:  dszego@orrick.com

*Attorneys for the CNBM and BNBM Entities*

2

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.com
             arothenberg@gamb.com

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on March 29, 2021.

/s/ *Alex Rothenberg*
Alex Rothenberg