### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| _____ | **SECTION: L** |
| **THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:** | |
| *Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al., 2:15-cv-004127-EEF* | **JUDGE ELDON FALLON** |
| | **MAG. JUDGE NORTH** |

_____

**THROUGH THE AMENDED COMPLAINT, THE FOLLOWING PARTIES REMAIN IN THIS ACTION:**

**Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrance Ross and Rhonda Ross,**

           **Plaintiffs,**

**v.**

**Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Materials Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council,**

           **Defendants**

_____

### DEFENDANTS CHINA NATIONAL BUILDING MATERIALS COMPANY LTD., BEIJING NEW BUILDING MATERIALS GROUP COMPANY LIMITED, AND BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF JOINDER AND MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1 of the Local Civil Rules of the Eastern District of Louisiana, Defendants China National Building Materials Company, Limited ("CNBM"), Beijing New Building Materials (Group) Company, Limited ("BNBM Group"), and Beijing New Building Materials Public Limited Company ("BNMB PLC") (collectively "B&C Companies") submit this statement of undisputed material facts in support of their Joinder and Motion for Summary Judgment.

1. Plaintiff Barbara Alfonso alleges that Taishan is the manufacturer of the Chinese drywall contained in her property. Ex. A at 2. Plaintiff Barbara Alfonso does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in her property. *Id.*

2. Plaintiff Bessie Barnett alleges that Taishan is the manufacturer of the Chinese drywall contained in her property. Ex. B at 2. Plaintiff Bessie Barnett does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in her property. *Id.*

3. Plaintiff Kerry Barre alleges that Taishan is the manufacturer of the Chinese drywall contained in his property. Ex. C at 2. Plaintiff Kerry Barre does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in his property. *Id.*

4. Plaintiff Gwendolyn Bierria alleges that Taishan is the manufacturer of the Chinese drywall contained in her property. Ex. D at 2. Plaintiff Gwendolyn Bierria does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in her property. *Id.*

5. Plaintiff Joseph Bourlet alleges that Taishan is the manufacturer of the Chinese drywall contained in his property. Ex. E at 2. Plaintiff Joseph Bourlet does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in his property. *Id.*

6. Plaintiff Gregory Cross alleges that Taishan is the manufacturer of the Chinese drywall contained in his property. Ex. F at 2. Plaintiff Gregory Cross does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in his property. *Id.*

7.  Plaintiff Stephanie Fortenberry alleges that Taishan is the manufacturer of the Chinese drywall contained in her property.  Ex. G at 2.  Plaintiff Stephanie Fortenberry does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in her property.  *Id.*

8.  Plaintiff Greater NOLA Homes, LLC alleges that Taishan is the manufacturer of the Chinese drywall contained in its property.  Ex. H at 2.  Plaintiff Greater NOLA Homes, LLC does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in its property.  *Id.*

9.  Plaintiff Howard Jones alleges that Taishan is the manufacturer of the Chinese drywall contained in his property.  Ex. I at 2.  Plaintiff Howard Jones does not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in his property.  *Id.*

10. Plaintiffs Terrance Ross and Rhonda Ross allege that Taishan is the manufacturer of the Chinese drywall contained in their property.  Ex. J at 2.  Plaintiffs Terrance Ross and Rhonda Ross do not allege that any of the B&C Defendants are the manufacturers of the Chinese drywall in their property.  *Id.*

11. The B&C Companies were incorporated in China.  MDL Dkt. No. 20739 at 41.

12. Defendant CNBM is a Beijing-based publicly traded holding company that invests in building material companies.  It does not manufacture, market, sell, or distribute products of any kind.  MDL Dkt. No. 19527-7 at 2.  CNBM holds shares in eight first-level subsidiaries, including BNBM.  *Id.* at 2-3.  As a shareholder, CNBM has the right to nominate directors to BNBM's board.  *Id.* at 6.  Ordinary business decisions made by subsidiaries about manufacturing, marketing, and selling drywall do not require shareholder approval.  *Id.*  CNBM has never held shares in Taishan.

13. Defendant BNBM Group is based in Beijing.  MDL Dkt. No. 19664-5 at 37.  Founded in

1979 as a building products manufacturer, it stopped manufacturing drywall more than 20 years ago. MDL Dkt. No. 19664-14 at 1. It sells drywall manufactured by other companies but has not sold drywall to the U.S. since 2001–well before the allegations at issue in this suit. *Id*. at 2. BNBM Group is also a holding company and holds a minority interest in CNBM. MDL Dkt. No. 19527-11 at 57-61. BNBM Group does not own shares in any of the other Defendants.

14. Defendant BNBM is a Beijing-based publicly traded company that manufactures building materials including cement, wood, insulation, and drywall. MDL Dkt. No. 19646-2 at 2-3. BNBM does not maintain offices or employees anywhere in the United States. MDL Dkt. No. 19646-19 at 2-3. During the relevant time period, 99 percent of BNBM's business was conducted within the People's Republic of China. MDL Dkt. No. 19646-13 at 41:12-17. BNBM made drywall sales to five American suppliers, none based in Louisiana. MDL Dkt. No. 19646-19 ¶ 10.

15. BNBM is a Taishan shareholder. Even before BNBM's initial investment in 2005, Taishan was a profitable company with annual revenues exceeding $59 million. MDL Dkt. No. 19646-9 at 9. In 2005-06, BNBM paid market value to acquire 65% of Taishan's stock. MDL Dkt. No. 20739 at 19-20. Via this transaction, Taishan gained access to capital that it used to expand. *Id*. at 21-22. And BNBM reduced its exposure to downturns in individual markets by diversifying its revenue. MDL Dkt. No. 19646-1 at 33-34. Although both Taishan and BNBM manufacture drywall, Taishan held nearly 60% of the market for Chinese domestic low-cost drywall, whereas BNBM sold to the high-end market. MDL Dkt. No. 19646-18 at 3; MDL Dkt. No. 19646-5 at 67:8-69:10.

16. Taishan is a successful and autonomous company. MDL Dkt. No. 20739 at 25. Following BNBM's investment, Taishan remained successful and autonomous, and Taishan's net

revenues and profit margins have exceeded those of BNBM.  MDL Dkt. No. 20739 at 25;

MDL Dkt. No. 19646-1 at 24.  Taishan was and continues to be adequately capitalized, and

virtually the same management team continued to run Taishan out of its traditional

headquarters in Tai'an City, 250 miles south of BNBM's offices in Beijing.  MDL Dkt.

No. 19646-4 at 2; MDL Dkt. No. 20739 at 25-26; MDL Dkt. No. 19646-1 at 23, 25, 29-30.

As Taishan's majority shareholder, BNBM had mechanisms to monitor its investment.

MDL Dkt. No. 21641-76 at 3.  Taishan, like BNBM's other subsidiaries, sends BNBM

board resolutions, financial reports, and budget plans.  MDL Dkt. No. 20739 at 21.  BNBM

audits Taishan's finances.  *Id.*  As is common in parent-subsidiary relationships, Taishan

would seek approval from shareholders (including BNBM) before making major decisions

like increasing its registered capital or building a new factory.  *Id.* at 23.  Shareholder

approval is not required for ordinary business decisions like manufacturing, marketing, or

selling drywall.  MDL Dkt. No. 19646-47 at 2-3.  BNBM acquired all outstanding shares

of Taishan in 2015.  MDL Dkt. No. 21641-49 at 1-2.

17. Taishan is not undercapitalized.  MDL Dkt. No. 20739 at 25.

18. At least since BNBM's acquisition of its interest in Taishan, Taishan has complied with

Chinese corporate legal requirements, such as holding shareholder and board of director

meetings.  MDL Dkt. No. 20739 at 25.

19. BNBM also complies with corporate governance requirements.  MDL Dkt. No. 20739

at 26.

20. Taishan's finances and accounting functions operate independently of BNBM.  Each

company is responsible for its own debts, liabilities, and losses.  BNBM and Taishan

manage and use their assets separately.  They have never had joint bank accounts.  Neither

5

can access the other's bank accounts.  They have never had common accounting books.
MDL Dkt. No. 20739 at 26.

21. BNBM has never paid for Taishan's debts, losses, or expenses and it has not made any
direct loans to Taishan.  MDL Dkt. No. 20739 at 22.

22. While BNBM guarantees working capital lines for Taishan, BNBM has never had to
perform on these guarantees.  MDL Dkt. No. 20739 at 26.

23. There is no proof that Taishan's separate existence was maintained for an illegal or
improper purpose.  MDL Dkt. No. 20739 at 54, 64.

24. Taishan alone funded the entire $248 million MDL class settlement.  MDL Dkt. No. 22305-
2 at 17.

Respectfully submitted,

_/s/ L. Christopher Vejnoska_          _/s/ Alex Rothenberg_

L. Christopher Vejnoska (CA Bar No. 96082)     Diana Szego Fassbender (D.C. Bar No.
Andrew K. Davidson (CA Bar No. 266506)     996625)
Daniel S. Guerra (CA Bar No. 267559)     ORRICK, HERRINGTON & SUTCLIFFE
ORRICK, HERRINGTON & SUTCLIFFE LLP     LLP
The Orrick Building     Columbia Center
San Francisco, CA  94105     1152 15th Street NW
T:  415-773-5700     Washington, D.C. 20005
Email:  cvejnoska@orrick.com     T:  202-339-8400
        adavidson@orrick.com     Email:  dszego@orrick.com
        dguerra@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com
        xiangwang@orrick.com
        mrshapiro@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.com
        arothenberg@gamb.com

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on March 29, 2021.

/s/ *Alex Rothenberg*
Alex Rothenberg