MINUTE ENTRY
NORTH, M.J.
MARCH 31, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

The Court held a status conference and hearing on Defendant's objections to certain exhibits listed by Plaintiffs to be used at the upcoming evidentiary hearing.

PARTICIPATING:   Jimmy Doyle    Cindy Eikhoff
                 Harry Rosenberg

The Court sustains Taishan's untimeliness objection to the Carter and Gibbs "Property Screening Reports" (Exhibits 1 and 2) and to the associated Xactimate estimates for the Carter and Gibbs homes (Exhibits 4 and 5). These documents were created and produced well after the discovery deadline of February 5, 2021 established by the District Judge. (Rec. doc. 22976). Moreover, because they can only be admissible at the evidentiary hearing to help establish diminution of value of the Plaintiffs' homes (the sole measure of damages to real property under Alabama law), these documents arguably should have been produced when Plaintiffs completed their Supplemental Plaintiff Profile Forms. *See Leftwich v. Brewster*, 306 So. 2d 26 (Ala. 2020), *Birmingham Coal Coke Co., Inc. v. Johnson*, 10

MJSTAR(00:45)

So. 3d 993, 998 (Ala. 2008), *Poffenbarger v. Merit Energy Co.*, 972 So.2d 792 (Ala. 2007). As the Court explained at the hearing, it is loath to require Plaintiffs to attempt to prove diminution of value of their homes against a defaulted defendant with no evidence other than their testimony. Accordingly, the Court directed that the parties make every attempt to agree on an appraiser to conduct an appraisal of the Carter and Gibbs homes to determine their respective fair market values today, with Chinese Drywall still in those homes. Those appraisals should be conducted no later than April 20, 2021. Immediately upon completion, the parties shall contact the Court for an update status conference, at which time the Court will schedule the evidentiary hearing to be held as expeditiously as possible.

                                        MICHAEL B. NORTH
                                 UNITED STATES MAGISTRATE JUDGE