UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., ET AL., 2:11-cv-01395-EEF-JCW

## ORDER

The Court's minute entry of March 31, 2021 (rec. doc. 23074) is hereby amended to indicate that Christy Eikhoff, rather than Cindy Eikhoff, participated in the hearing that was held on that date.

New Orleans, Louisiana, this  2nd  day of        April       , 2021.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE