UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN AND DIANE BROOKE, INDIVIDUALLY, ET ALS | JUDGE FALLON |
| | MAGISTRATE JUDGE NORTH |
| VERSUS | CASE NO. 2:15-CV-04127-EEF-MBN |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET ALS | |
| REMAINING PARTIES: BARBARA ANN ALFONSO; BESSIE BARNETT; KERRY BARRE; GWENDOLYN KERR BIERRIA; JOSEPH BOURLET; GREGORY CROSS; STEPHANIE FORTENBERRY; GREATER NOLA HOMES, LLC; HOWARD JONES; AND, TERRENCE ROSS AND RHONDA ROSS | |
| VERSUS | |
| BEIJING NEW BUILDING MATERIALS GROUP, CO., LTD.; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAI'AN TAISHAN PLASTERBOARD CO., LTD.; AND, THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL | |

*********************************************************************************

### UNOPPOSED MOTION TO CONTINUE HEARING ON CNBM SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Terrence Ross and Rhonda Ross, and on suggesting that the motion for summary judgment of China National Building Materials Company, Ltd., et al. (R. Doc. 23071) is noticed for hearing on the 14th day of April, 2021,

and that the interests of judicial efficiency would be served by having the motion heard contemporaneously with that of the Taishan parties (R. Doc. 23070) on May 12, 2021, in compliance with Case Management Order No. 1, and on further suggesting that all involved counsel have been contacted and have expressed no opposition to the granting of this motion, so move.

    S/KEVIN O'BRYON
    KEVIN O'BRYON, LSBA 10151
    O'Bryon & Schnabel
    935 Gravier Street, Suite 900
    New Orleans, LA 70112
    Telephone: (504) 799-4200
    Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served on all counsel of record through a filing in the ECF/Pacer system this 6th day of April, 2021.

    s/Kevin O'Bryon
    KEVIN O'BRYON