UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN AND DIANE BROOKE, INDIVIDUALLY, ET ALS | JUDGE FALLON |
| | MAGISTRATE JUDGE NORTH |
| VERSUS | CASE NO. 2:15-CV-04127-EEF-MBN |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET ALS | |
| REMAINING PARTIES: BARBARA ANN ALFONSO; BESSIE BARNETT; KERRY BARRE; GWENDOLYN KERR BIERRIA; JOSEPH BOURLET; GREGORY CROSS; STEPHANIE FORTENBERRY; GREATER NOLA HOMES, LLC; HOWARD JONES; AND, TERRENCE ROSS AND RHONDA ROSS | |
| VERSUS | |
| BEIJING NEW BUILDING MATERIALS GROUP, CO., LTD.; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAI'AN TAISHAN PLASTERBOARD CO., LTD.; AND, THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL | |

*************************************************************************

**O R D E R**

Considering the unopposed motion to continue, R. Doc. 23076;

**IT IS HEREBY ORDERED** that the submission date of Defendants' China National Building Materials Company, Ltd., Beijing New Buildings Materials Group Co., Ltd., and Beijing New Building Materials Public Limited Co. Motion for Joinder and Summary Judgment, R. Doc. 23071, be **CONTINUED** to May 12, 2021.

**IT IS FURTHER ORDERED** that Oral Argument on this motion, R. Doc. 23071, and Taishan Defendants' Motion for Summary Judgment, R. Doc. 23070, be **SCHEDULED** for May 12, 2021 at 9:00 AM via Zoom. Case Manager Dean Oser will reach out to the parties to discuss logistics.

New Orleans, Louisiana this 9th day of April 2021.

_____
U.S. DISTRICT JUDGE