MINUTE ENTRY
NORTH, M.J.
APRIL 27, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL DOCKET NO. 09-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                     SECTION: "L"(5)

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

A status conference was held via telephone on this date.

PARTICIPATING:    Jimmy Doyle      Christy Eikhoff
                  Harry Rosenberg  Matt Lawson

Counsel for the parties advised the Court that the appraisal discussed at the prior status conference has been completed. Unfortunately, while the parties did agree on an appraiser, they also agreed not to inform said appraiser that there was Chinese Drywall in the subject home, so the appraisal will not take that fact into account. The Court cannot determine – and the parties cannot agree – whether the omission of this information will have a material effect on the probative value of the recent appraisal or whether the appraisal should be redone once the appraiser is informed that there is Chinese Drywall in the home. Accordingly, the parties are to address this question in briefs not to exceed 10

MJSTAR(00:10)

pages filed no later than Wednesday, May 5, 2021.  The submissions shall include the most recent pre-Chinese drywall appraisal and the recent 2021 appraisal.

                                                          MICHAEL B. NORTH
                                        UNITED STATES MAGISTRATE JUDGE