UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED  MDL DOCKET NO. 09-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION  SECTION: "L"(5)

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

## ORDER

Counsel have submitted briefs in this case which, including exhibits, are 77 and 60 pages in length.  Because those submissions exceed 50 pages each, within three (3) working days counsel shall make arrangements with the Court's Case Manager, Jennifer Schouest, at (504) 589-7687 for delivery of a hard copy of the submissions to the Court for its use.  The copies must be spiral bound, tabbed, and reflect pagination and document numbers consistent with the email submission.  Counsel for the parties are reminded that any future filings greater than 50 pages in total length shall automatically be subject to the same requirement.

New Orleans, Louisiana, this   6th   day of         May         , 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE