MINUTE ENTRY
FALLON, J.
MAY 12, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L (2) |
| THIS DOCUMENT RELATES TO: REF: 15-4127 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:   Jimmy Doyle, Esq. for Alfonso, et al, Plaintiffs
   Kevin O'Bryon, Esq., for Ross Plaintiffs
   Lenny Davis, Esq. for Plaintiffs' Liaison Counsel
   Harry Rosenberg, Esq. for Taishan Defendants
   Christy Eikhoff, Esq. and Matt Lawson, for Taishan entities
   Andrew Davison, Esq. for BNBM entities

Motion Hearing was held this date via Zoom

1. MOTION for Summary Judgment as to all claims by Plaintiffs Barbara Alfonso, Kerry Barre, Joseph Bourlet, Gregory Cross, Greater NOLA Homes, LLC, Howard Jones, and Terrence and Rhonda Ross by Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd (23070)

After argument – Motion was taken under advisement

2. MOTION for Joinder to Taishan Defendants MSJ (Doc. 23070), and MOTION for Summary Judgment by Defendants China National Building Materials Company, Limited (CNBM), Beijing New Building Materials (Group) Company, Limited (BNBM Group), and Beijing New Building Materials Public Limited Company (BNMB PLC) (23071)

After argument – Motion was taken under advisement

JS10:   :51