UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Bennett, et al. v. Gebrueder Knauf Verwalungsgesellschaft, KG, et al.*<br>14-cv-2722 | |

## ORDER

The Court received the following communication from M. Elena Kendall of A&B Real Estate Holdings, LLC, a plaintiff in the above-captioned litigation. Accordingly,

**IT IS HEREBY ORDERED** that the attached communication be filed in the record.

**IT IS FURTHER ORDERED** that Plaintiff's counsel Jimmy Doyle **CONTACT** Ms. Kendall as soon as possible to discuss her case and **NOTIFY** the Court by letter when this has been done.

**IT IS FURTHER ORDERED** that a copy of this Order and the attached communication be provided to Plaintiff's Liaison Counsel.

New Orleans, Louisiana this 10th day of June 2021.

_____
Judge Eldon E. Fallon

cc:   Elena Kendall
      A&B Real Estate Holdings, LLC
      318 Alhambra Circle
      Coral Gables, FL 33134