**A&B Real Estate Holdings, LLC**
**318 Alhambra Circle**
**Coral Gables, Florida 33134**

Date:   May 31, 2021

To:   Honorable Eldon E. Fallon
      US District Court for Eastern District of Louisiana
      500 Poydras St, Room C456
      New Orleans, LA 70130

RE:   Elizabeth Bennet, et al vs. Knauf, et al
      Case number: 14-CV-2722

Dear Judge Fallon,

My name is M. Elena Kendall and I am the manager of A & B Real Estate Holdings, LLC a plaintiff in the above referenced Chinese drywall litigation.

I am writing to you because I am unable to get into contact with our attorney of record, James Doyle of the Doyle Law Firm, PC. for the last few weeks. In fact, the last time we had contact with him or his law firm was in January of 2020.

At that time the law firm sent us some documents that we filled out and submitted that appeared to be documents that each plaintiff signs when a case is coming to a conclusion. However, they told us that we were in a different class in the settlement and that we would receive other documents to sign in the coming months. Well, Covid hit and we haven't heard anything from the law firm since. In the past where we were able to speak with live people at the law firm all we get in the last month is the voicemail of Mr. Doyle at each of the law firms locations in Atlanta, Birmingham, Houston and Miami Additionally, all of our e-mails to several addresses at the firm have also gone unanswered in the last month.

Please advise if there is anything the court can do to help us to ensure A&B Real Estate Holdings, LLC rights in this case are maintained.

Thank you in advance for your help.

*/s/ M E Kendall*

M. Elena Kendall
For A & B Real Estate Holdings, LLC