# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:**<br>*Bennett, et al. v. Gebrueder Knauf Verwalungsgesellschaft, KG, et al.*<br>**14-cv-2722** | |

## ORDER

On June 14, 2021, the Court received a phone call from Mary Sue Caranna, a Plaintiff in the above-captioned litigation. Ms. Caranna claims that her attorney, Jimmy Doyle, has been unresponsive to requests for updates on her case. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's counsel Jimmy Doyle **CONTACT** Ms. Caranna as soon as possible to discuss her case and **NOTIFY** the Court by letter when this has been done.

New Orleans, Louisiana this 14th day of June 2021.

*/s/ Eldon E. Fallon*
Judge Eldon E. Fallon