

# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jun 16, 2021**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-30329

United States Court of Appeals
Fifth Circuit

**FILED**
May 4, 2021

Lyle W. Cayce
Clerk

In re: Chinese-Manufactured Drywall Products Liability Litigation

───────────────────

Wicler Pierre,

*Plaintiff—Appellant*,

versus

Knauf Gips KG; Knauf Plasterboard Tianjin Company, Limited,

*Defendants—Appellees*.

───────────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:20-CV-1437

───────────────────

Before Haynes, Graves, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.