# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 16, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

        No. 20-30329   Pierre v. Knauf Gips KG
                       USDC No. 2:09-MD-2047
                       USDC No. 2:20-CV-1437

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Mary Stewart*

                              By: _____
                              Mary C. Stewart, Deputy Clerk
                              504-310-7694

cc:
    Mr. James Victor Doyle Jr.
    Mr. Daniel John Dysart
    Mr. Kerry J. Miller
    Ms. Rebekka Claire Veith