UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

**ORDER**

Consistent with discussions held today with counsel for the parties, counsel are to expeditiously meet and confer with the appraiser, Molly McLeod Wilson, to determine whether and when she can conduct a second appraisal of the subject properties that takes into account the presence in those properties of Chinese Drywall and the extent to which the presence of that material contributes to any diminution of value of said properties. To be clear, the appraiser is not to be provided estimates for repair or remediation as part of any re-appraisal. The parties shall jointly update the Court as to their progress obtaining this follow-up appraisal no later than July 6, 2021.

New Orleans, Louisiana, this 21st day of June, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE