UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN AND DIANE BROOKE, INDIVIDUALLY, ET ALS | JUDGE FALLON |
| | MAGISTRATE JUDGE NORTH |
| VERSUS | CASE NO. 2:15-CV-04127-EEF-MBN |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET ALS | |

REMAINING PARTIES:
BARBARA ANN ALFONSO; BESSIE BARNETT;
KERRY BARRE; GWENDOLYN KERR BIERRIA;
JOSEPH BOURLET; GREGORY CROSS;
STEPHANIE FORTENBERRY; GREATER NOLA
HOMES, LLC; HOWARD JONES; AND, TERRENCE
ROSS AND RHONDA ROSS

VERSUS

BEIJING NEW BUILDING MATERIALS GROUP,
CO., LTD.; BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING
MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD.
F/K/A SHANDONG TAIHE DONGXIN CO., LTD.;
TAI'AN TAISHAN PLASTERBOARD CO., LTD.; AND,
THE STATE-OWNED ASSETS SUPERVISION AND
ADMINISTRATION COMMISSION OF THE STATE COUNCIL
************************************************************************

## ROSS' MOTION FOR NEW TRIAL/RECONSIDERATION/TO ALTER OR AMEND JUDGMENT/FOR RELIEF FROM JUDGMENT OR ORDER

NOW INTO COURT, through undersigned counsel, come plaintiffs, Terrence and Rhonda Ross, and on suggesting that the Court's order and reasons (R. Doc. 23089) entered in the above-

entitled and numbered cause on May 27, 2021 granting summary judgment as to the Rosses' claims are contrary to the law and evidence, move for new trial/reconsideration/to alter or amend the judgment/for relief from the judgment or order pursuant to Federal Rules of Civil Procedure 59 and/or 60, with full reservation of all other procedural rights and remedies, for the reasons more fully set forth in the attached memorandum in support.

S/KEVIN O'BRYON
KEVIN O'BRYON, LSBA 10151
O'Bryon & Schnabel
935 Gravier Street, Suite 900
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been served on all counsel of record through a filing in the ECF/Pacer system this 24th day of June, 2021.

s/Kevin O'Bryon
KEVIN O'BRYON