UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN AND DIANE BROOKE, INDIVIDUALLY, ET ALS | JUDGE FALLON |
| | MAGISTRATE JUDGE NORTH |
| VERSUS | CASE NO. 2:15-CV-04127-EEF-MBN |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET ALS | |

REMAINING PARTIES:
BARBARA ANN ALFONSO; BESSIE BARNETT;
KERRY BARRE; GWENDOLYN KERR BIERRIA;
JOSEPH BOURLET; GREGORY CROSS;
STEPHANIE FORTENBERRY; GREATER NOLA
HOMES, LLC; HOWARD JONES; AND, TERRENCE
ROSS AND RHONDA ROSS

VERSUS

BEIJING NEW BUILDING MATERIALS GROUP,
CO., LTD.; BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING
MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD.
F/K/A SHANDONG TAIHE DONGXIN CO., LTD.;
TAI'AN TAISHAN PLASTERBOARD CO., LTD.; AND,
THE STATE-OWNED ASSETS SUPERVISION AND
ADMINISTRATION COMMISSION OF THE STATE COUNCIL
************************************************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will submit for decision to the Hon. Eldon E. Fallon, United States District Judge the attached motion for new trial/reconsideration/to alter or amend judgment/for relief from judgment or order at his courtroom at 500 Poydras Street,

New Orleans, Louisiana 70130 at 9:00 a.m. on the 21st day of July, 2021, or as soon thereafter as counsel may be heard.

S/KEVIN O'BRYON<br>
KEVIN O'BRYON, LSBA 10151<br>
O'Bryon & Schnabel<br>
935 Gravier Street, Suite 900<br>
New Orleans, LA 70112<br>
Telephone: (504) 799-4200<br>
Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served on all counsel of record through a filing in the ECF/Pacer system this 24th day of June, 2021.

s/Kevin O'Bryon<br>
KEVIN O'BRYON