# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:**<br>*Bennett, et al. v. Gebrueder Knauf Verwalungsgesellschaft, KG, et al.*<br>**14-cv-2722** | |

## ORDER

On June 14, 2021, the Court received a phone call from Mary Sue Caranna, a Plaintiff in the above-captioned litigation. Ms. Caranna claimed her attorney, Jimmy Doyle, had been unresponsive to requests for updates on her case. Accordingly, the Court ordered Mr. Doyle to contact Ms. Caranna as soon as possible and notify the Court by letter when this had been done.

The Court has not received a letter from Mr. Doyle stating that he has contacted Ms. Caranna. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's counsel Jimmy Doyle **SHOW CAUSE** as to why he should not be held in contempt of court for failing to contact Ms. Caranna and notify the Court by letter by Friday, July 9, 2021.

**IT IS FURTHER ORDERED** that a copy of this Order be provided to Plaintiff's Liaison Counsel.

New Orleans, Louisiana this 24th day of June 2021.

_____
Judge Eldon E. Fallon