# DOYLE LAW FIRM
*A Professional Corporation*

**James V. Doyle, Jr.**
Shareholder

Facsimile: (844) 638-5812
www.DoyleFirm.com

<u>Alabama</u>
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Office: (205) 533-9500

Email: *jimmy@DoyleFirm.com*

June 27, 2021

**<u>Via Electronic Filing Only</u>**

United States District Court for the Eastern District of Louisiana
Attn. Judge Eldon Fallon
500 Poydras Street
New Orleans, LA 70130

           **RE:    Communication with Plaintiff Mary Sue Caranna**

Dear Judge Fallon:

    In response to the court's instruction (Doc. 23090) on June 17, 2021, and also in response to this Court's order (Doc. 23095) served on the undersigned counsel via FileAndServeXpress on June 28, 2021, the undersigned provides this response. The undersigned counsel has not failed to communicate with Plaintiff Caranna. The undersigned counsel communicated directly with her on June 16, 2021, the day before this court issued its instruction (Doc. 23090) and again since that time. Plaintiff Caranna was advised regarding the status of her claims in the Chinese drywall litigation after transfer from this Court, among other topics.

    With regard to the show cause order, there was no intentional delay in providing confirmation to this Court that communication had occurred. It was an inadvertent oversight while attending to other matters since June 17, 2021, and I apologize to the court for the delay.

Sincerely,

Jimmy Doyle

*Counsel for Plaintiff Caranna*