UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-2047<br><br>SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., ET AL., 2:11-cv-01395-EEF-JCW

**ORDER**

For the second consecutive time, Plaintiffs' counsel, Jimmy Doyle, has failed to make himself available for a conference ordered and scheduled by the Court. Accordingly, it is ordered that Plaintiffs' counsel, Jimmy Doyle, show cause why he should not be held in contempt of court for continuing failures to make himself available for court-ordered conferences by sending the Court a letter or email (with copies to all counsel) no later than July 14, 2021. In the meantime, the Court will issue to the parties by email its own version of correspondence they are to jointly provide to the appraiser, Ms. Wilson.

New Orleans, Louisiana, this   8th   day of           July           , 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE