# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

The Court will convene a video status conference to discuss the status of the distribution of settlement proceeds to class members, the status of remanded cases, and the status of cases remaining in the Eastern District of Louisiana. Accordingly,

**IT IS HEREBY ORDERED** that a video status conference is **SCHEDULED** for August 4, 2021 at 10:00 AM Central Time. The Court will circulate a Zoom for Government link at a later date.

New Orleans, Louisiana, this 16th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE