UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN AND DIANE BROOKE, INDIVIDUALLY, ET ALS | JUDGE FALLON |
| | MAGISTRATE JUDGE NORTH |
| VERSUS | CASE NO. 2:15-CV-04127-EEF-MBN |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET ALS | |
| REMAINING PARTIES: BARBARA ANN ALFONSO; BESSIE BARNETT; KERRY BARRE; GWENDOLYN KERR BIERRIA; JOSEPH BOURLET; GREGORY CROSS; STEPHANIE FORTENBERRY; GREATER NOLA HOMES, LLC; HOWARD JONES; AND, TERRENCE ROSS AND RHONDA ROSS | |
| VERSUS | |
| BEIJING NEW BUILDING MATERIALS GROUP, CO., LTD.; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAI'AN TAISHAN PLASTERBOARD CO., LTD.; AND, THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL | |

**********************************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, come plaintiffs, Terrence and Rhonda Ross, and move for leave to file the attached reply memorandum in support of their motion for new trial, etc. (R. Doc. 23094), on suggesting that it may assist the Court by clearing up some apparent confusion as to the issue presented by that motion.

                                                  <u>S/KEVIN O'BRYON</u>
                                                  KEVIN O'BRYON, LSBA 10151
                                                  O'Bryon & Schnabel
                                                  935 Gravier Street, Suite 900
                                                  New Orleans, LA 70112
                                                  Telephone: (504) 799-4200
                                                  Facsimile: (504) 799-4211

## <u>CERTIFICATE OF SERVICE</u>

      A copy of the foregoing has been served on all counsel of record through a filing in the ECF/Pacer system this 20th day of July, 2021.

                                                  <u>s/Kevin O'Bryon               </u>
                                                  KEVIN O'BRYON