UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN AND DIANE BROOKE, INDIVIDUALLY, ET ALS | JUDGE FALLON |
| | MAGISTRATE JUDGE NORTH |
| VERSUS | CASE NO. 2:15-CV-04127-EEF-MBN |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET ALS | |
| REMAINING PARTIES: BARBARA ANN ALFONSO; BESSIE BARNETT; KERRY BARRE; GWENDOLYN KERR BIERRIA; JOSEPH BOURLET; GREGORY CROSS; STEPHANIE FORTENBERRY; GREATER NOLA HOMES, LLC; HOWARD JONES; AND, TERRENCE ROSS AND RHONDA ROSS | |
| VERSUS | |
| BEIJING NEW BUILDING MATERIALS GROUP, CO., LTD.; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAI'AN TAISHAN PLASTERBOARD CO., LTD.; AND, THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# O R D E R

Considering the foregoing Motion for Leave to File Reply Memorandum, R. Doc. 23103,

**IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana this \_\_\_\_20th\_\_\_\_ day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE