# United States Court of Appeals for the Fifth Circuit

---

No. 21-30364

---

**A True Copy**
**Certified order issued Jul 28, 2021**

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

JOSEPH BOURLET; GREGORY CROSS; HOWARD C. JONES,

*Plaintiffs—Appellants*,

KERRY BARRE,

*Intervenor Plaintiff—Appellant*,

*versus*

TAISHAN GYPSUM COMPANY, LIMITED, *formerly known as* SHANDONG TAIHE DONGXIN COMPANY, LIMITED,

*Defendant—Appellee*,

*versus*

BARBARA ALFONSO; GREATER NOLA HOMES, L.L.C.,

*Intervenor Defendants—Appellants*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:15-CV-4127

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 28, 2021, for want of prosecution. The appellants failed to timely order transcripts and make financial arrangements with the court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By:   _____
      Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT