# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 28, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 21-30364    Bourlet v. Taishan Gypsum Company
                   USDC No. 2:09-MD-2047
                   USDC No. 2:15-CV-4127

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Shea E. Pertuit, Deputy Clerk
         504-310-7666

cc w/encl:
    Mr. James Victor Doyle Jr.
    Ms. Christina Hull Eikhoff