UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: *Deepak Kumar Kapur and Neeraj Kapur, Individuals v. Knauf Insulation GmbH, et al* Case No. 2:18-cv-6691 | JUDGE ELDON E. FALLON MAGISTRATE MICHAEL B. NORTH |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Deepak Kumar Kapur and Neeraj Kapur ("Plaintiffs"), who pursuant to Federal Rule of Civil Procedure 41, move the Court to dismiss all of Plaintiffs' claims against Defendants, Knauf Insulation GmbH, Knauf Insulation, Inc. (incorrectly named as Knauf Insulation LLC), Knauf Insulation S.P.R.L., and Knauf Plasterboard (Tianjin) Co. LTD., in the above-captioned lawsuit, with prejudice, each party to bear their own costs.

Respectfully submitted,

/s/Ben W. Gordon, Jr.
Ben W. Gordon, Jr. (FL Bar # 882836)
bgordon@levinlaw.com
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.432.7274 (cell)

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on August 4, 2021.

/s/Ben W. Gordon, Jr.