UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: *Deepak Kumar Kapur and Neeraj Kapur, Individuals v. Knauf Insulation GmbH, et al* Case No. 2:18-cv-6691 | JUDGE ELDON E. FALLON MAGISTRATE MICHAEL B. NORTH |

## PROPOSED ORDER

Considering Plaintiffs, Deepak Kumar Kapur and Neeraj Kapur's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41 is GRANTED and the Plaintiffs' claims against Defendants, Knauf Insulation GmbH, Knauf Insulation, Inc. (incorrectly named as Knauf Insulation LLC), Knauf Insulation S.P.R.L., and Knauf Plasterboard (Tianjin) Co. LTD., in the above-captioned lawsuit, are dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of August, 2021.

_____
Honorable Eldon E. Fallon
United States District Judge