**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 4, 2021**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L (5) |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * *

A status conference was held on this date via Zoom from the courtroom of the Honorable Eldon E. Fallon. Sandra Duggan, Arnold Levin, and Jimmy Doyle participated for Plaintiffs. Christy Eikhoff, Matt Lawson, Christopher Vejnoska, Jim Stengel, Marc Shapiro, Ewell Eagan, Harry Rosenberg, and Jake Woody participated for Defendants.

The parties discussed the status of the distribution of class settlement proceeds; the status of remanded cases; and the status of cases remaining in the Eastern District of Louisiana. The Court wishes to check in on these topics in 60 days. Accordingly,

**IT IS HEREBY ORDERED** that another status conference, to be held via Zoom, is **SCHEDULED** for October 5, 2021 at 10:00 AM. The Court will circulate Zoom information prior to the status conference.

JS10(00:20)