# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Deepak Kumar Kapur and Neeraj Kapur, Individuals v. Knauf Insulation GmbH, et al*<br><br>**Case No. 2:18-cv-6691** | **JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE MICHAEL B. NORTH** |

## ORDER

Considering Plaintiffs Deepak Kumar Kapur and Neeraj Kapur's Motion to Dismiss, R. Doc. 23108;

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Plaintiffs' claims against Defendants, Knauf Insulation GmbH, Knauf Insulation, Inc. (incorrectly named as Knauf Insulation LLC), Knauf Insulation S.P.R.L., and Knauf Plasterboard (Tianjin) Co. LTD., in the above-captioned lawsuit, are dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this  5th   day of August, 2021.

_____
Honorable Eldon E. Fallon
United States District Judge