# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 12, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30364   Bourlet v. Taishan Gypsum Company
                     USDC No. 2:09-MD-2047
                     USDC No. 2:15-CV-4127

The court has granted appellants' motion to reinstate the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

P.S. to Mr. James Victor Doyle Jr.: The Clerk's Office will file the transcript order form on the docket as of today's date.

Mr. James Victor Doyle Jr.
Ms. Christina Hull Eikhoff
Ms. Carol L. Michel