UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**NOTICE OF FILING OF JUDGMENT AND OPINION OF THE
ELEVENTH CIRCUIT AFFIRMING JUDGE COOKE'S COMMON
BENEFIT FEE ORDER AS TO INDIVIDUAL CLAIMS ON REMAND
ELIGIBLE UNDER THE FLORIDA INDIVIDUAL SETTLEMENT**

On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the Florida Individual Settlement ("FIS"). The Court further Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

On May 22, 2020, Judge Marcia G. Cooke, presiding over the Florida *Amorin* remanded cases in the Southern District of Florida, ruled that common benefit counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS (*see* Common Benefit Fee Order, attached hereto as Exhibit "A"). According to the individual attorneys, this award totals $5,832,950.95 (without interest).

1

Individual Counsel appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit entered its June 9, 2021 opinion as a judgment of the Court (*see* Judgment and Opinion of the 11th Circuit, entered on the S.D. Fla. docket, attached hereto as Exhibit "B").

Upon transfer of the Florida common benefit fees, with interest, to the MDL Court's registry, the Fee Allocation Committee will propose that this Court allocate those fees *pro rata* according to the Court's previous allocation order of common benefit fees from the Global Taishan Settlement (R. Doc. 22741).

                              Respectfully submitted,

Dated:  August 13, 2021        By: */s/ Leonard A. Davis*
                                           Leonard A. Davis (Bar No. 14190)
                                           Herman, Herman & Katz, LLC
                                           820 O'Keefe Avenue
                                           New Orleans, LA 70113
                                           Phone: (504) 581-4892
                                           Fax: (504) 561-6024
                                           LDavis@hhklawfim.com
                                           *Fee Allocation Committee*

                                           Sandra L. Duggan
                                           Levin Sedran & Berman LLP
                                           510 Walnut Street, Suite 500
                                           Philadelphia, PA 19106
                                           Phone: (215) 592-1500
                                           Fax: (215) 592-4663
                                           sduggan@lfsblaw.com
                                           *Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (Fla. Bar No. 0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

Allison Grant, Esquire (Fla. Bar 858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 13th day of August, 2021.

      <u>/s/ Leonard A. Davis</u>
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com