UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**MOTION OF THE FEE AND ALLOCATION COMMITTEE TO ALLOCATE COMMON BENEFIT FEES AWARDED FROM THE FLORIDA INDIVIDUAL SETTLEMENT AND TO DETERMINE AMOUNT OF INTEREST OWED**

The Fee and Allocation Committee ("FAC") hereby moves this Court for an Order allocating the common benefit fees awarded from the Florida Individual Settlement ("FIS") *pro rata* according to the Court's previous allocation order of common benefit fees from the Global Taishan Settlement (R. Doc. 22741).

On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the Florida Individual Settlement ("FIS"). The Court further Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

On May 22, 2020, Judge Marcia G. Cooke, presiding over the Florida *Amorin* remanded cases in the Southern District of Florida, ruled that common benefit counsel are entitled to 45% of

the fees earned by the individual attorneys from the FIS (R. Doc. 23113-1). According to the individual attorneys involved in the FIS, this award totals $5,832,950.95 (without interest).

Individual Counsel[1] appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court, which has been entered on the docket in the Southern District of Florida (SDFL ECF No. 452) and submitted to this Court (R. Doc. 23113-2).

Now that the mandate has issued and no stay has been requested or granted, the FAC seeks an Order allocating the common benefit fees awarded from the FIS. This motion is supported by the accompanying memorandum of law. A proposed Order allocating the FIS common benefit fees is attached hereto as Exhibit "A."

Further, the FAC moves this Court for an Order setting a hearing to determine the amount of interest owed by Individual Counsel involved in the FIS under the law on the FIS common benefit fee award and for an Order directing said counsel (*i.e.*, Jimmy R. Faircloth, Jr.; Jerrold S. Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon) to appear at the hearing to inform the Court as to whether the FIS common benefit fees have been held in interest-bearing escrow accounts, and if so, the amount of interest owed on those funds. A proposed Order setting the hearing to determine the amount of interest owed is attached hereto as Exhibit "B."

---

[1] Individual Counsel involved in the FIS include: Jimmy R. Faircloth, Jr.; Jerry Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon.

Respectfully submitted,

Dated:  August 19, 2021

By: */s/ Leonard A. Davis*
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

Allison Grant, Esquire (FL Bar #858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of August, 2021.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com