UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE FEE
AND ALLOCATION COMMITTEE TO ALLOCATE COMMON BENEFIT
FEES AWARDED FROM THE FLORIDA INDIVIDUAL SETTLEMENT
AND TO DETERMINE AMOUNT OF INTEREST OWED**

As the Court is well aware, these *Chinese Drywall* proceedings has been ongoing for more than 12 years. There are over 23,000 entries on the docket. Fortunately, all but a handful of matters have been resolved. Almost 4,000 Plaintiffs with Knauf drywall in their properties received full remediation benefits and/or cash. The 3,000+ class members participating in the Global Taishan Settlement have been paid the cash benefits they were due. The 497 Florida *Amorin* Plaintiffs participating in the Florida Individual Settlement ("FIS") were paid by Taishan. Even the Individual Counsel involved in the FIS[1] have been paid. What remains is to allocate the common benefit fees awarded under the FIS.

A two-step process was contemplated. On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the

---

[1] Individual Counsel involved in the FIS include: Jimmy R. Faircloth, Jr.; Jerry Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon.

1

Florida Individual Settlement ("FIS"). The Court Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

Following many months of proceedings in the Southern District of Florida before the Honorable Marcia G. Cooke presiding over the Florida *Amorin* claims that were remanded, Judge Cooke ruled that Common Benefit Counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS (R. Doc. 23113-1). According to the Individual Counsel involved in the FIS, this award totals $5,832,950.95 (without interest).

Individual Counsel appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court, which has been entered on the docket in the Southern District of Florida (SDFL ECF No. 452) and submitted to this Court (R. Doc. 23113-2). No stay of the mandate was requested or granted.[2]

Accordingly, the time is ripe for this Court to allocate the FIS common benefit fees. There is no just reason to delay compensation for the attorneys who have worked tirelessly for over a

---

[2] In light of the 11th Circuit mandate and the lengthy fee dispute proceedings, Class Counsel have requested that Jimmy Faircloth and Mark Milstein, who are holding the awarded fees in escrow, transfer those fees to the MDL Court's registry for allocation by Your Honor. Mr. Faircloth has informed Class Counsel that his client Parker Waichman intends to file a petition for a writ of certiorari in the Supreme Court, and has refused to transfer the funds pending a ruling by the High Court, despite the fact that no stay of the mandate was requested or granted. Mark Milstein has not responded to Class Counsel's request due to other work obligations. For these reasons, Class Counsel are filing a Motion to Enforce Judgment before J. Cooke in the Southern District of Florida. That motion will be filed on this Court's docket as well.

decade to provide significant benefits to deserving Plaintiffs damaged by Chinese Drywall. The FAC is seeking an allocation Order that distributes the fees *pro rata* based on the Court's prior allocation order from the Global Taishan Settlement (R. Doc. 22741). Significantly, all common benefit fee applicants agreed to the prior distribution amounts as well as the current proposed FIS fee distribution. A proposed Order allocating the FIS common benefit fees is attached to the motion as Exhibit "A."

Further, the FAC moves this Court to set a hearing to determine the interest owed on the common benefit fee award by Individual Counsel involved in the FIS and for an Order directing said counsel (*i.e.*, Jimmy R. Faircloth, Jr.; Jerrold S. Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon) to appear at the hearing to inform the Court as to whether the common benefit fees that were awarded have been held in interest-bearing escrow accounts, and if so, the amount of interest earned on those funds. A full accounting of the disputed amount is appropriate so the Court, Class Counsel, and the FAC can be made fully aware of the interest earned to date and the location of where the awarded funds were held in trust, and the amount of interest earned on those monies. A proposed Order setting the hearing to determine the amount of interest owed is attached to the motion as Exhibit "B."

Respectfully submitted,

Dated: August 19, 2021

By: */s/ Leonard A. Davis*
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

> Allison Grant, Esquire (FL Bar #858330)
> Allison Grant, P.A.
> 14 S.E. 4th Street
> Boca Raton, Florida 33434
> Phone: (561) 994-9646
> Fax: (561) 431-4627
> agrant@allisongrantpa.com
> *Fee Allocation Committee*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of August, 2021.

> /s/ Leonard A. Davis
> Leonard A. Davis
> HERMAN, HERMAN & KATZ, LLC
> 820 O'Keefe Avenue
> New Orleans, Louisiana 70113
> Phone: (504) 581-4892
> Fax: (504) 561-6024
> ldavis@hhklawfirm.com