# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER ALLOCATING COMMON BENEFIT FEES FROM THE FLORIDA INDIVIDUAL SETTLEMENT

On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the Florida Individual Settlement ("FIS"). The Court further Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

On May 22, 2020, Judge Marcia G. Cooke, presiding over the Florida *Amorin* remanded cases in the Southern District of Florida, ruled that common benefit counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS (R. Doc. 23113-1). According to the individual attorneys, this award totals $5,832,950.95 (without interest).

Individual Counsel appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court. That judgment has been docketed in the Southern District of Florida (SDFL ECF No. 452) and also filed with this Court (R. Doc. 23113-2).

The Fee and Allocation Committee ("FAC") has moved for an Order allocating the common benefit fees awarded from the FIS *pro rata* according to the Court's previous allocation order of common benefit fees from the Global Taishan Settlement (R. Doc. 22741). All interested parties then and now have agreed to the proposed allocation of common benefit fees among the fee applicants.

Wherefore, upon consideration of the FAC's motion for allocation of common benefit fees awarded from the FIS among eligible common benefit fee applicants, **IT IS ORDERED** that the FAC's motion is **GRANTED** and the common benefit attorneys' fees from the Florida Individual Settlement shall be allocated to the following firms in the following amounts, plus any interest owed, which will be determined by the Court at a later date at a hearing to be set:

| Firm | FIS Common Benefit Fee Allocation Award |
|---|---|
| Levin Sedran & Berman LLP | $ 1,995,084.59 |
| Herman Herman & Katz | $ 987,363.29 |
| Richard J. Serpe, P.C. | $ 407,160.12 |
| Colson Hicks Edison, PA | $ 407,160.12 |
| Barrios, Kingsdorf & Casteix | $ 391,891.62 |
| Irpino Law Firm | $ 391,891.62 |
| Gainsburgh, Benjamin, *et al.* | $ 244,296.07 |
| Seeger Weiss, LLP | $ 203,580.06 |
| Morgan & Morgan | $ 183,222.05 |
| Hausfeld, LLP | $ 162,864.05 |
| The Lambert Firm | $ 140,266.66 |
| Allison Grant, PA | $ 137,416.54 |
| The Steckler Law Firm | $ 137,416.54 |
| Becnel Law Firm, LLC | $ 25,447.51 |
| Baron & Budd | $ 10,179.00 |
| Lieff Cabraser / Cunningham Bounds | $ 5,140.40 |
| Martzell Bickford | $ 1,552.80 |
| Thornhill Law Firm | $ 508.95 |
| Torres Law | $ 508.95 |
| | **$ 5,832,950.95** |

This \_\_\_\_ day of _____, 2021, at New Orleans, Louisiana.

                                                                                    ELDON E. FALLON
                                                                                    United States District Court Judge