# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br>MAG. JUDGE NORTH |

**ORDER SETTING HEARING TO DETERMINE AMOUNT OF INTEREST OWED ON COMMON BENEFIT FEES FROM THE FLORIDA INDIVIDUAL SETTLEMENT AND DIRECTING INDIVIDUAL COUNSEL TO APPEAR**

The Court having granted the motion of the Fee and Allocation Committee to allocate the common benefit fees awarded from the Florida Individual Settlement ("FIS") hereby sets a hearing on the _____ day of _____, 2021, at _____ o'clock to determine the amount of interest owed on the FIS fees and hereby directs Individual Counsel involved in the FIS – Jimmy R. Faircloth, Jr.; Jerrold S. Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon – to appear at the hearing to inform the Court whether the fees have been held in interest-bearing account(s), and, if so, to provide statements from the financial institution(s) showing all amounts on deposit as well as a complete itemization of all interest earned (and the amount of such interest) since the inception of this dispute.

This _____ day of _____, 2021, at New Orleans, Louisiana.

                                                                                           _____
                                                                                            ELDON E. FALLON
                                                                                           United States District Court Judge