UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on September 15, 2021, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Motion of the Fee and Allocation Committee to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated:  August 19, 2021

By: */s/ Leonard A. Davis*
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Phone: (305) 476-7400
Fax: (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

        Allison Grant, Esquire (FL Bar #858330)
        Allison Grant, P.A.
        14 S.E. 4th Street
        Boca Raton, Florida 33434
        Phone: (561) 994-9646
        Fax: (561) 431-4627
        agrant@allisongrantpa.com
        *Fee Allocation Committee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of August, 2021.

        /s/ Leonard A. Davis
        Leonard A. Davis
        HERMAN, HERMAN & KATZ, LLC
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        ldavis@hhklawfirm.com