# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated, | |
| | |
| **Plaintiffs,** | |
| | |
| **v.** | Case No. 1:11-CV-22408-MGC |
| | |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*, | |
| | |
| **Defendants.** | |

**CLASS COUNSEL'S MOTION AND INCORPORATED MEMORANDUM OF LAW TO ENFORCE JUDGMENT AWARDING COMMON BENEFIT COUNSEL 45% OF THE TOTAL FEES (PAID BY BOTH TAISHAN AND CLIENTS) RECEIVED BY INDIVIDUAL COUNSEL FROM THE FLORIDA INDIVIDUAL SETTLEMENT (ECF NO. 408)**

Class Counsel hereby file this motion and incorporated memorandum of law to enforce the Court's Order awarding common benefit counsel 45% of the fees earned by the individual attorneys from the Florida Individual Settlement ("FIS") (ECF No. 408). According to the individual counsel involved,[1] this award totals $5,832,950.95 (without interest). Now that the Eleventh Circuit has issued a mandate affirming the Court's fee award (ECF No. 452), the time is ripe for the MDL Court to allocate the awarded fees pursuant to the procedure established by Judge Fallon in the MDL and agreed-to by the parties.

---

[1] Individual Counsel involved in the FIS include: Jimmy R. Faircloth, Jr.; Jerry Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon.

Class Counsel have requested that individual counsel deposit the awarded fees into the MDL Court's registry for allocation by Judge Fallon, but they have refused to do so, despite the fact that no stay of the mandate was requested or granted. Individual counsel contend that because the awarded fees are being held in their firms' escrow accounts, the monies are secure, and there is no need to transfer the funds to the MDL while their contemplated petition for a writ of certiorari is considered by the Supreme Court. However, since the mandate has issued and no stay was requested or granted, common benefit counsel are entitled to seek without delay distribution of the fees they have been awarded. The conduct of individual counsel is impeding those lawful efforts. Therefore, this Court's intervention is required to force the individual attorneys involved with the FIS to comply with this Court's Order.

The parties to this fee dispute agreed to a two-step process for awarding common benefit fees. First, a petition for common benefit fees would be filed before this Court. Second, Judge Fallon would allocate those fees in the MDL among eligible fee applicants. The parties stipulated that the individual attorneys to the FIS would file a motion in the MDL to lift PTO 32 governing distribution of proceeds from the resolution of remanded actions and request an order of Judge Fallon "recognizing that Judge Cooke has jurisdiction over a request by Class Counsel for an award of Common Benefit Costs and/or Fees out of the Florida Individual Settlement funds,[ ] but that Judge Fallon retains jurisdiction to allocate any such award between and among the individual Common Benefit Attorneys who have submitted time and/or

expenses in accordance with PreTrial Order No. 9 in MDL No. 2047.[ ]" (ECF No. 320-7 at 2 (fns. omitted)). In other words, the parties contemplated and expressly agreed that the process for awarding common benefit fees to common benefit counsel out of the proceeds of the FIS would involve multiple steps and coordination between both this Court and Judge Fallon. In accordance with their agreement, the Individual Attorneys filed an unopposed motion to lift PTO 32, which Judge Fallon granted. *See* Order (MDL R. Doc. 22289), attached hereto as Exhibit "A."

On May 22, 2020, following extensive briefing on the issue of common benefit fees, this Court ruled that common benefit counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS. Individual Counsel appealed this Order to the Eleventh Circuit, which affirmed on June 9, 2021. Following denial of the Individual Counsel's motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court (ECF No. 452). No stay of the mandate was requested or granted.

Class Counsel have requested that Individual Counsel transfer the awarded fees to the MDL Court's registry for allocation, but they refuse to do so absent an Order of the Court. The Fee and Allocation Committee ("FAC") appointed by Judge Fallon has moved to allocate those fees *pro rata* according to the MDL Court's previous allocation order of common benefit fees from the Global Taishan Settlement. *See* FAC Motion to Allocate Common Benefit Fees, attached hereto as Exhibit "B." Individual Counsel's refusal to transfer the awarded funds to the MDL impedes the rights of

3

common benefit counsel to achieve allocation of the monies awarded to them. This Court's intervention is, therefore, necessary.

For the reasons stated herein, an Order of the Court is required to force Individual Counsel to comply with the Court's fee Order and transfer the awarded funds to the MDL Court's registry.

## CERTIFICATION OF PRE-FILING CONFERENCE
## PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

Class Counsel have engaged in extensive discussions with Individual Counsel in a good faith effort to resolve the issues raised in this motion but have been unable to do so.

Dated: August 19, 2021                          Respectfully submitted,


                                    /s/ Patrick S. Montoya, Esq.
                                    Patrick Shanan Montoya
                                    Fla. Bar No. 0524441
                                    Email: Patrick@colson.com
                                    Colson Hicks Eidson
                                    255 Alhambra Circle, PH
                                    Coral Gables, FL 33134-2351
                                    Telephone: (305) 476-7400
                                    Facsimile: (305) 476-7444
                                    *Interim Lead Counsel for Plaintiffs*

4

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 19th day of August, 2021.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: **CHINESE-MANUFACTURED**     MDL NO. 2047
       **DRYWALL PRODUCTS LIABILITY**
       **LITIGATION**     **SECTION: L**

       **THIS DOCUMENT RELATES TO:**     **JUDGE FALLON**

       **ALL *CASES***     **MAG. JUDGE WILKINSON**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the *Unopposed Motion to Lift PTO 32 for Individual Settlements on Remand and Request for Expedited Consideration*;

IT IS ORDERED BY THE COURT that the motion is GRANTED and PTO 32 is hereby lifted as to the individual claims on remand eligible under the Florida Individual Settlement (R. Doc. 22126-4);

IT IS FURTHER ORDERED that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9.

New Orleans, Louisiana, this 16th day of _____ July _____, 2019.

_____
Eldon E. Fallon
United States District Judge

# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

## MOTION OF THE FEE AND ALLOCATION COMMITTEE TO ALLOCATE COMMON BENEFIT FEES AWARDED FROM THE FLORIDA INDIVIDUAL SETTLEMENT AND TO DETERMINE AMOUNT OF INTEREST OWED

The Fee and Allocation Committee ("FAC") hereby moves this Court for an Order allocating the common benefit fees awarded from the Florida Individual Settlement ("FIS") *pro rata* according to the Court's previous allocation order of common benefit fees from the Global Taishan Settlement (R. Doc. 22741).

On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the Florida Individual Settlement ("FIS"). The Court further Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

On May 22, 2020, Judge Marcia G. Cooke, presiding over the Florida *Amorin* remanded cases in the Southern District of Florida, ruled that common benefit counsel are entitled to 45% of

the fees earned by the individual attorneys from the FIS (R. Doc. 23113-1). According to the individual attorneys involved in the FIS, this award totals $\underline{$5,832,950.95}$ (without interest).

Individual Counsel[1] appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court, which has been entered on the docket in the Southern District of Florida (SDFL ECF No. 452) and submitted to this Court (R. Doc. 23113-2).

Now that the mandate has issued and no stay has been requested or granted, the FAC seeks an Order allocating the common benefit fees awarded from the FIS. This motion is supported by the accompanying memorandum of law. A proposed Order allocating the FIS common benefit fees is attached hereto as Exhibit "A."

Further, the FAC moves this Court for an Order setting a hearing to determine the amount of interest owed by Individual Counsel involved in the FIS under the law on the FIS common benefit fee award and for an Order directing said counsel (*i.e.*, Jimmy R. Faircloth, Jr.; Jerrold S. Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon) to appear at the hearing to inform the Court as to whether the FIS common benefit fees have been held in interest-bearing escrow accounts, and if so, the amount of interest owed on those funds. A proposed Order setting the hearing to determine the amount of interest owed is attached hereto as Exhibit "B."

---

[1] Individual Counsel involved in the FIS include: Jimmy R. Faircloth, Jr.; Jerry Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon.

Respectfully submitted,

Dated:  August 19, 2021

By: */s/ Leonard A. Davis*
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

3

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs'
Steering Committee*

Allison Grant, Esquire (FL Bar #858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of August, 2021.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

4

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON MAG. JUDGE NORTH |

## ORDER ALLOCATING COMMON BENEFIT
## FEES FROM THE FLORIDA INDIVIDUAL SETTLEMENT

On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the Florida Individual Settlement ("FIS"). The Court further Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

On May 22, 2020, Judge Marcia G. Cooke, presiding over the Florida *Amorin* remanded cases in the Southern District of Florida, ruled that common benefit counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS (R. Doc. 23113-1). According to the individual attorneys, this award totals $5,832,950.95 (without interest).

Individual Counsel appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court. That judgment has been docketed in the Southern District of Florida (SDFL ECF No. 452) and also filed with this Court (R. Doc. 23113-2).

The Fee and Allocation Committee ("FAC") has moved for an Order allocating the common benefit fees awarded from the FIS *pro rata* according to the Court's previous allocation order of common benefit fees from the Global Taishan Settlement (R. Doc. 22741). All interested parties then and now have agreed to the proposed allocation of common benefit fees among the fee applicants.

Wherefore, upon consideration of the FAC's motion for allocation of common benefit fees awarded from the FIS among eligible common benefit fee applicants, **IT IS ORDERED** that the FAC's motion is **GRANTED** and the common benefit attorneys' fees from the Florida Individual Settlement shall be allocated to the following firms in the following amounts, plus any interest owed, which will be determined by the Court at a later date at a hearing to be set:

| Firm | FIS Common Benefit Fee Allocation Award |
|------|----------------------------------------|
| Levin Sedran & Berman LLP | $ 1,995,084.59 |
| Herman Herman & Katz | $ 987,363.29 |
| Richard J. Serpe, P.C. | $ 407,160.12 |
| Colson Hicks Edison, PA | $ 407,160.12 |
| Barrios, Kingsdorf & Casteix | $ 391,891.62 |
| Irpino Law Firm | $ 391,891.62 |
| Gainsburgh, Benjamin, *et al.* | $ 244,296.07 |
| Seeger Weiss, LLP | $ 203,580.06 |
| Morgan & Morgan | $ 183,222.05 |
| Hausfeld, LLP | $ 162,864.05 |
| The Lambert Firm | $ 140,266.66 |
| Allison Grant, PA | $ 137,416.54 |
| The Steckler Law Firm | $ 137,416.54 |
| Becnel Law Firm, LLC | $ 25,447.51 |
| Baron & Budd | $ 10,179.00 |
| Lieff Cabraser / Cunningham Bounds | $ 5,140.40 |
| Martzell Bickford | $ 1,552.80 |
| Thornhill Law Firm | $ 508.95 |
| Torres Law | $ 508.95 |
| | $ 5,832,950.95 |

This ____ day of _____, 2021, at New Orleans, Louisiana.

_____

ELDON E. FALLON
United States District Court Judge

# EXHIBIT "B"

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON MAG. JUDGE NORTH |

### ORDER SETTING HEARING TO DETERMINE AMOUNT OF INTEREST OWED ON COMMON BENEFIT FEES FROM THE FLORIDA INDIVIDUAL SETTLEMENT AND DIRECTING INDIVIDUAL COUNSEL TO APPEAR

The Court having granted the motion of the Fee and Allocation Committee to allocate the common benefit fees awarded from the Florida Individual Settlement ("FIS") hereby sets a hearing on the _____ day of _____, 2021, at _____ o'clock to determine the amount of interest owed on the FIS fees and hereby directs Individual Counsel involved in the FIS – Jimmy R. Faircloth, Jr.; Jerrold S. Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon – to appear at the hearing to inform the Court whether the fees have been held in interest-bearing account(s), and, if so, to provide statements from the financial institution(s) showing all amounts on deposit as well as a complete itemization of all interest earned (and the amount of such interest) since the inception of this dispute.

This _____ day of _____, 2021, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE FEE**
**AND ALLOCATION COMMITTEE TO ALLOCATE COMMON BENEFIT**
**FEES AWARDED FROM THE FLORIDA INDIVIDUAL SETTLEMENT**
**AND TO DETERMINE AMOUNT OF INTEREST OWED**

As the Court is well aware, these *Chinese Drywall* proceedings has been ongoing for more than 12 years. There are over 23,000 entries on the docket. Fortunately, all but a handful of matters have been resolved. Almost 4,000 Plaintiffs with Knauf drywall in their properties received full remediation benefits and/or cash. The 3,000+ class members participating in the Global Taishan Settlement have been paid the cash benefits they were due. The 497 Florida *Amorin* Plaintiffs participating in the Florida Individual Settlement ("FIS") were paid by Taishan. Even the Individual Counsel involved in the FIS[1] have been paid. What remains is to allocate the common benefit fees awarded under the FIS.

A two-step process was contemplated. On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the

---

[1] Individual Counsel involved in the FIS include: Jimmy R. Faircloth, Jr.; Jerry Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon.

Florida Individual Settlement ("FIS"). The Court Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

Following many months of proceedings in the Southern District of Florida before the Honorable Marcia G. Cooke presiding over the Florida *Amorin* claims that were remanded, Judge Cooke ruled that Common Benefit Counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS (R. Doc. 23113-1). According to the Individual Counsel involved in the FIS, this award totals $5,832,950.95 (without interest).

Individual Counsel appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court, which has been entered on the docket in the Southern District of Florida (SDFL ECF No. 452) and submitted to this Court (R. Doc. 23113-2). No stay of the mandate was requested or granted.[2]

Accordingly, the time is ripe for this Court to allocate the FIS common benefit fees. There is no just reason to delay compensation for the attorneys who have worked tirelessly for over a

---

[2] In light of the 11th Circuit mandate and the lengthy fee dispute proceedings, Class Counsel have requested that Jimmy Faircloth and Mark Milstein, who are holding the awarded fees in escrow, transfer those fees to the MDL Court's registry for allocation by Your Honor. Mr. Faircloth has informed Class Counsel that his client Parker Waichman intends to file a petition for a writ of certiorari in the Supreme Court, and has refused to transfer the funds pending a ruling by the High Court, despite the fact that no stay of the mandate was requested or granted. Mark Milstein has not responded to Class Counsel's request due to other work obligations. For these reasons, Class Counsel are filing a Motion to Enforce Judgment before J. Cooke in the Southern District of Florida. That motion will be filed on this Court's docket as well.

decade to provide significant benefits to deserving Plaintiffs damaged by Chinese Drywall. The FAC is seeking an allocation Order that distributes the fees *pro rata* based on the Court's prior allocation order from the Global Taishan Settlement (R. Doc. 22741). Significantly, all common benefit fee applicants agreed to the prior distribution amounts as well as the current proposed FIS fee distribution. A proposed Order allocating the FIS common benefit fees is attached to the motion as Exhibit "A."

Further, the FAC moves this Court to set a hearing to determine the interest owed on the common benefit fee award by Individual Counsel involved in the FIS and for an Order directing said counsel (*i.e.*, Jimmy R. Faircloth, Jr.; Jerrold S. Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon) to appear at the hearing to inform the Court as to whether the common benefit fees that were awarded have been held in interest-bearing escrow accounts, and if so, the amount of interest earned on those funds. A full accounting of the disputed amount is appropriate so the Court, Class Counsel, and the FAC can be made fully aware of the interest earned to date and the location of where the awarded funds were held in trust, and the amount of interest earned on those monies. A proposed Order setting the hearing to determine the amount of interest owed is attached to the motion as Exhibit "B."

Respectfully submitted,

Dated: August 19, 2021

By: */s/ Leonard A. Davis*
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

3

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Phone: (305) 476-7400
Fax: (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

Allison Grant, Esquire (FL Bar #858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of August, 2021.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON MAG. JUDGE NORTH |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE FEE AND ALLOCATION COMMITTEE TO ALLOCATE COMMON BENEFIT FEES AWARDED FROM THE FLORIDA INDIVIDUAL SETTLEMENT AND TO DETERMINE AMOUNT OF INTEREST OWED

As the Court is well aware, these *Chinese Drywall* proceedings has been ongoing for more than 12 years. There are over 23,000 entries on the docket. Fortunately, all but a handful of matters have been resolved. Almost 4,000 Plaintiffs with Knauf drywall in their properties received full remediation benefits and/or cash. The 3,000+ class members participating in the Global Taishan Settlement have been paid the cash benefits they were due. The 497 Florida *Amorin* Plaintiffs participating in the Florida Individual Settlement ("FIS") were paid by Taishan. Even the Individual Counsel involved in the FIS[1] have been paid. What remains is to allocate the common benefit fees awarded under the FIS.

A two-step process was contemplated. On July 19, 2019, this Court entered an Order lifting Pretrial Order No. 32 (R. Doc. 21328) as to the individual claims on remand eligible under the

---

[1] Individual Counsel involved in the FIS include: Jimmy R. Faircloth, Jr.; Jerry Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon.

Florida Individual Settlement ("FIS"). The Court Ordered "that any claim for an award of common benefit fees and costs from the proceeds of the Florida Individual Settlement shall be directed to the transferor court, the Southern District of Florida, with this Court retaining jurisdiction to allocate any such award between and among the individual common benefit attorneys in accordance to Pre-Trial Order No. 9." *See* Order (R. Doc. 22289).

Following many months of proceedings in the Southern District of Florida before the Honorable Marcia G. Cooke presiding over the Florida *Amorin* claims that were remanded, Judge Cooke ruled that Common Benefit Counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS (R. Doc. 23113-1). According to the Individual Counsel involved in the FIS, this award totals $5,832,950.95 (without interest).

Individual Counsel appealed Judge Cooke's Order to the Eleventh Circuit, which affirmed the district court on June 9, 2021. Following denial of the appellants' motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court, which has been entered on the docket in the Southern District of Florida (SDFL ECF No. 452) and submitted to this Court (R. Doc. 23113-2). No stay of the mandate was requested or granted.[2]

Accordingly, the time is ripe for this Court to allocate the FIS common benefit fees. There is no just reason to delay compensation for the attorneys who have worked tirelessly for over a

---

[2] In light of the 11th Circuit mandate and the lengthy fee dispute proceedings, Class Counsel have requested that Jimmy Faircloth and Mark Milstein, who are holding the awarded fees in escrow, transfer those fees to the MDL Court's registry for allocation by Your Honor. Mr. Faircloth has informed Class Counsel that his client Parker Waichman intends to file a petition for a writ of certiorari in the Supreme Court, and has refused to transfer the funds pending a ruling by the High Court, despite the fact that no stay of the mandate was requested or granted. Mark Milstein has not responded to Class Counsel's request due to other work obligations. For these reasons, Class Counsel are filing a Motion to Enforce Judgment before J. Cooke in the Southern District of Florida. That motion will be filed on this Court's docket as well.

decade to provide significant benefits to deserving Plaintiffs damaged by Chinese Drywall. The FAC is seeking an allocation Order that distributes the fees *pro rata* based on the Court's prior allocation order from the Global Taishan Settlement (R. Doc. 22741). Significantly, all common benefit fee applicants agreed to the prior distribution amounts as well as the current proposed FIS fee distribution. A proposed Order allocating the FIS common benefit fees is attached to the motion as Exhibit "A."

Further, the FAC moves this Court to set a hearing to determine the interest owed on the common benefit fee award by Individual Counsel involved in the FIS and for an Order directing said counsel (*i.e.*, Jimmy R. Faircloth, Jr.; Jerrold S. Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon) to appear at the hearing to inform the Court as to whether the common benefit fees that were awarded have been held in interest-bearing escrow accounts, and if so, the amount of interest earned on those funds. A full accounting of the disputed amount is appropriate so the Court, Class Counsel, and the FAC can be made fully aware of the interest earned to date and the location of where the awarded funds were held in trust, and the amount of interest earned on those monies. A proposed Order setting the hearing to determine the amount of interest owed is attached to the motion as Exhibit "B."

Respectfully submitted,

Dated: August 19, 2021

By: */s/ Leonard A. Davis*
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

Allison Grant, Esquire (FL Bar #858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of August, 2021.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on September 15, 2021, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Motion of the Fee and Allocation Committee to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated:  August 19, 2021

By: */s/ Leonard A. Davis*
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone:  (305) 476-7400
Fax:  (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs' Steering Committee*

2

Allison Grant, Esquire (FL Bar #858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of August, 2021.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com