UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION: L (5) |

# ORDER

The Court has received communications from Jawad Gharib, a plaintiff in the Bennett group of cases within this MDL, stating that Mr. Gharib has been unable to reach his attorney, Jimmy Doyle, to discuss the status of his case. Accordingly, the Court will hold a telephone status conference to discuss Mr. Gharib's case.

**IT IS ORDERED** that a telephone status conference is **SCHEDULED** for September 1, 2021 at 1:30 PM (Central Time). Mr. Doyle and Mr. Gharib will participate in the telephone status conference. The parties are instructed to use the following dial-in information and to be on the line five minutes before the start time.

Dial-in:        877-336-1839

Access code:   4227405

New Orleans, Louisiana, this 26th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE