UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF PARTIAL OPPOSITION TO MOTION OF THE FEE AND ALLOCATION COMMITTEE TO ALLOCATE COMMON BENEFIT FEES AWARDED FROM THE FLORIDA INDIVIDUAL SETTLEMENT AND TO DETERMINE INTEREST OWED (R. DOC. 23114)

"Individual Counsel"[1] appear herein for the sole purpose of objecting to an order by this Court to determine interest owed under a money Judgment rendered by the Southern District of Florida (*see* R. Doc. 23113-2) and summoning Individual Counsel and their attorney to appear before this Court regarding the nature of a voluntary escrow agreement in connection with that proceeding. Respectfully, this Court's order of July 19, 2019 (R. Doc. 21328) does not reach those issues, and thus jurisdiction is lacking. Rather, the Court reserved jurisdiction "to allocate any such award" rendered in the Florida proceeding "between and among the individual common benefit attorneys in accordance with Pre-Trial Order No. 9." R. Doc. 22289. Individual Counsel will not be a part of that process and take no position regarding the timing or outcome of such an award.

The judgment rendered by the Southern District of Florida is the subject of a pending Motion to Enforce, which is opposed. *See* Exhibit A. As reflected in that opposition, Judge Cooke

---

[1] "Individual Counsel" include the law firms of (i) Parker Waichman LLP; (ii) Milstein Jackson Fairchild & Wade LLP; (iii) Whitfield Bryson & Mason LLP; (iv) Mrachek Fitzgerald Rose Konopka Thomas & Weiss PA; (v) Roberts and Durkee PA; and (vi) Levin Papantonio Thomas Mitchell Rafferty Proctor PA. Jimmy R. Faircloth, Jr. represents Individual Counsel and is not a party to the fee proceedings.

1

has been informed about the amount and location of the escrow funds referenced in the Florida proceeding. Further, Individual Counsel have notified Judge Cooke and Class Counsel (the FAC here) of their intention to seek review of the Florida fee ruling to the United States Supreme Court.

Individual Counsel respectfully request that the Court deny the request to adjudicate interests owed under the Florida fee judgment and to compel Individual Counsel and their attorney to appear before this Court and account for funds escrowed by agreement of the parties in connection with the Florida fee proceeding.

Dated:  September 7, 2021            Respectfully submitted,

  */s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr.
La. Bar No.: 20645
Email: jfaircloth@fairclothlaw.com
Faircloth Melton Sobel & Bash, LLC
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

Mark Milstein
Email:  mmilstein@mjfwlaw.com
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Office:  310.396.9600
Fax: 310.396.9635

*Individual Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of September, 2021.

                        */s/ Jimmy R. Faircloth, Jr.*
                            OF COUNSEL