# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30364
_____

A True Copy
Certified order issued Aug 27, 2021

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Joseph Bourlet; Gregory Cross; Howard C. Jones,

*Plaintiffs—Appellants,*

Kerry Barre,

*Intervenor Plaintiff—Appellant,*

*versus*

Taishan Gypsum Company, Limited, *formerly known as* Shandong Taihe Dongxin Company, Limited,

*Defendant—Appellee,*

*versus*

Barbara Alfonso; Greater NOLA Homes, L.L.C.,

*Intervenor Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:15-CV-4127

_____

No. 21-30364

Before JONES, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

　　IT IS ORDERED that Appellee's unopposed motion to dismiss the appeal without prejudice is GRANTED.