# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 27, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30364    Bourlet v. Taishan Gypsum Company
                           USDC No. 2:09-MD-2047
                           USDC No. 2:15-CV-4127

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Allison G. Lopez, Deputy Clerk
                                     504-310-7702

cc w/encl:
    Mr. James Victor Doyle Jr.
    Ms. Christina Hull Eikhoff