UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.***, Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

**MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION OF THE FEE AND
ALLOCATION COMMITTEE TO ALLOCATE COMMON
BENEFIT FEES AWARDED FROM THE FLORIDA INDIVIDUAL
<u>SETTLEMENT AND TO DETERMINE AMOUNT OF INTEREST OWED</u>**

NOW come the Fee Allocation Committee ("FEC"), who upon suggesting to the Court that on August 19, 2021, the FEC filed a Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed [Rec. Doc. 23114] and on September 7, 2021, "Individual Counsel" representing the Plaintiffs who participated in the FIS filed a Response to the FEC's Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed [Rec. Doc. 23118]. The PSC now requests leave of court to file the attached Reply Brief in Support of Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed.

1

WHEREFORE mover prays that this motion be GRANTED and that the attached FEC's Reply in Support of Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed be considered and filed into the record.

Dated:  September 9, 2021

By: /s/ Leonard A. Davis
Leonard A. Davis (LA Bar #14190)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfim.com
*Fee Allocation Committee*

Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Chair of Fee Allocation Committee and Settlement Class Counsel*

Patrick Shanan Montoya (FL Bar #0524441)
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Phone: (305) 476-7400
Fax: (305) 476-7444
Patrick@colson.com
*Fee Allocation Committee, Plaintiffs' Steering Committee, and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310

2

Norfolk, Virginia 23510
Phone: 757-233-0009
Rserpe@serpefirm.com
*Fee Allocation Committee, Plaintiffs'*
*Steering Committee, and Settlement Class*
*Counsel*

Hugh P. Lambert (LA Bar #7933)
The Lambert Law Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
*Fee Allocation Committee, Plaintiffs'*
*Steering Committee*

Allison Grant, Esquire (FL Bar #858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com
*Fee Allocation Committee*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 9th day of September, 2021.

      */s/ Leonard A. Davis*
      Leonard A. Davis
      HERMAN, HERMAN & KATZ, LLC
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel*
      *MDL 2047*