**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except The Mitchell Co., Inc. v. Knauf Gips KG, et al., Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |

**O R D E R**

Considering the Motion for Leave to File the Fee Allocation Committee's Reply in Support of Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed;

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED, and the Fee Allocation Committee's Reply in Support of Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed be and is filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
Eldon E. Fallon
United States District Court Judge