UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2:09-MD-02047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: STEPHEN AND DIANE BROOKE, INDIVIDUALLY, ET ALS | JUDGE FALLON |
| | MAGISTRATE JUDGE NORTH |
| VERSUS | CASE NO. 2:15-CV-04127-EEF-MBN |
| THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL, ET ALS | |
| REMAINING PARTIES: BARBARA ANN ALFONSO; BESSIE BARNETT; KERRY BARRE; GWENDOLYN KERR BIERRIA; JOSEPH BOURLET; GREGORY CROSS; STEPHANIE FORTENBERRY; GREATER NOLA HOMES, LLC; HOWARD JONES; AND, TERRENCE ROSS AND RHONDA ROSS | |
| VERSUS | |
| BEIJING NEW BUILDING MATERIALS GROUP, CO., LTD.; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAI'AN TAISHAN PLASTERBOARD CO., LTD.; AND, THE STATE-OWNED ASSETS SUPERVISION AND ADMINISTRATION COMMISSION OF THE STATE COUNCIL | |

************************************************************************

## MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO RULE 54(b)

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Terrence Ross and Rhonda Ross, and on suggesting that the above-entitled and numbered cause involves multiple parties and claims, that the Court's order and reasons entered in connection with the claims of

Terrence and Rhonda Ross (R. Doc. 23089 and 23107) adjudicates all claims of Terrence and Rhonda Ross, and that there is no just reason for the delay of the finality of that ruling for purposes of appeal, move pursuant to Federal Rule of Civil Procedure 54(b) for the entry of a partial final judgment as to the claims of Terrence and Rhonda Ross, for the reasons more fully set forth in the attached memorandum in support.

        Respectfully submitted:

        S/KEVIN O'BRYON
        KEVIN O'BRYON, LSBA 10151
        O'Bryon & Schnabel
        935 Gravier Street, Suite 900
        New Orleans, LA 70112
        Telephone: (504) 799-4200
        Facsimile: (504) 799-4211

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served on all counsel of record through a filing in the ECF/Pacer system this 10th day of September, 2021.

        s/Kevin O'Bryon
        KEVIN O'BRYON