UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except The Mitchell Co., Inc. v. Knauf Gips KG, et al., Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the foregoing Motion for Leave to File Reply in Support of Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed, R. Doc. 23121;

**IT IS ORDERED** that the motion is **GRANTED**, and the Fee Allocation Committee's Reply in Support of Motion to Allocate Common Benefit Fees Awarded From the Florida Individual Settlement and to Determine Amount of Interest Owed shall be filed into the record.

New Orleans, Louisiana, this 10th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE