UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GHARIB ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 20-3264 |
| KNAUF GIPS KG ET AL. | * | SECTION "L" (5) |

### ORDER

Due to Hurricane Ida, the telephone status conference previously scheduled for September 1, 2021 could not occur. Accordingly,

**IT IS HEREBY ORDERED** that a telephone status conference is **SCHEDULED** for September 14, 2021 at 10:00 AM.

The purpose of this status conference is to discuss the status of Plaintiff Jawad Gharib's case with his attorney, Jimmy Doyle. The parties are instructed to use the following dial-in information and to be on the line five minutes before the scheduled start time.

    Dial-in:    877-336-1839

    Access Code:  4227405

New Orleans, Louisiana, this 8th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE