MINUTE ENTRY
FALLON, J.
SEPTEMBER 14, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

A telephone status conference took place on this date from the chambers of the Honorable Eldon E. Fallon. Plaintiff Jawad Gharib participated, as did Plaintiff's counsel, Jimmy Doyle, Jr. Kerry Miller participated for Defendants.

Mr. Gharib expressed his concern that his case is moving too slowly and inquired why a trial date has not been set. Mr. Doyle advised the Court that this case, along with similar cases also severed from the Chinese Drywall MDL and pending in this district, are not ready for trial because of anticipated amendments.

The Court instructed Mr. Gharib to direct any further questions to his attorney and instructed Mr. Doyle to keep his client informed of the progress of his case.

JS 10 (00:10)