UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE

MAY IT PLEASE THE COURT, now comes Salvadore Christina, Jr. formerly, of The Becnel Law Firm, L.L.C. who respectfully requests to update his contact and firm information with the Court.

The Becnel Law Firm, LLC ceased operations on March 31, 2021.  Undersigned Counsel is a member of the Plaintiff Steering Committee and was part of the Becnel Law Firm, LLC.  I am now a founding partner of Klibert & Christina Law Firm, which has assumed representation of all oustanding cases of the Becnel Law Firm.   Our new contact information is:

| | |
|---|---|
| Address: | 425 W. Airline Hwy., Ste B. Laplace, LA 70068 |
| Phone: | 985-359-6440 (office) |
| | 985-359-6447 (direct) |
| Facsimile: | 800-475-1640 |
| Email: | Sal@kc-lawfirm.com |

Respectfully Submitted,

*/s/ Salvadore Christina, Jr.*
Salvadore Christina, Jr. (27,198)
Klibert & Christina Law Firm
425 W. Airline Hwy., Suite B
LaPlace, LA 70068
Phone: (985) 359-6440
Fax: (800) 475-1640
sal@kc-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of the electronic filing to the counsel of record for defendants.

*/s/ Salvadore Christina, Jr.*