AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| 1329 GUM, JACKSON LAND TRUST </br></br> *Plaintiff(s)* </br> v. </br></br> Knauf Gips KG, and </br> Knauf Plasterboard Tianjin, Co., Ltd. </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:20-cv-3210-EEF-MBN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Knauf Plasterboard (Tianjin) Co., Ltd.
North Side of Yinhe Bridge
East Side of Jingjin Highway
Beichen District
Tianjin 300400  P.R. China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    James V. Doyle, Jr.
    DOYLE LAW FIRM, PC
    2100 Southbridge Parkway, Suite 650
    Birmingham, AL  35209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                                   *Signature of Clerk or Deputy Clerk*