# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTAULIC COMPANY, a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED RUBBER & GASKET CO., INC. d/b/a ARGCO, a California Corporation; TAIZHOU REALFLEX PIPETEC CO., LTD., a Peoples' Republic of China Corporation,<br><br>Defendants. | Case No. 3:17-CV-01006-BEN-JLB |

## AFFIDAVIT OF CELESTE INGALLS

OREGON           )
                 )
County of Multnomah  )

I declare that I, Celeste Ingalls, am a citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and have specialized in the service of civil process in foreign countries for more than 24 years.

2. The United States and China are signatory to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention).

Affidavit of Celeste Ingalls                                                               1
Re: Service upon Taizhou Realflex Pipetec Co., Ltd.

3. I have lectured to state/county bar, and other professional, associations on the mechanics and requirements of process service in foreign countries.

4. Since 2003, I have attended, at special invitation as a private expert, all Special Administrative Sessions of the Hague Conference in the The Hague, Netherlands, at which each signatory country was represented by their respective Judicial Authorities to discuss the practical mechanics of, and problems encountered in dealing with, the Hague Service Convention as they apply to each country's laws and interpretations of the Convention and its obligations.

5. I have participated (at invitation) with the Hague Administration in a "training" session, presided over by the Hague Administration, to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that each signatory country has the discretion to interpret the Convention articles in a way that conforms to their internal law.

6. The Ministry of Justice in China has declared that it formally objects to the service of process by private individuals and has designated the Hague Service Convention, through China's designated central authority, as the authorized method of service within its territory.

Affidavit of Celeste Ingalls  
Re: Service upon Taizhou Realflex Pipetec Co., Ltd.

2

7. China declared that all documents to be served in accordance with the Hague Service Convention must be translated into Chinese.

8. On July 13, 2017, I forwarded the Summons in a Civil Action, Complaint, Civil Cover Sheet, and Exhibits with Chinese translations, to the Central Authority in China to be served upon **Taizhou Realflex Pipetec Co., Ltd.** in accordance with the Hague Service Convention.

9. The Hague Service Convention does not impose an obligatory time frame and no signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession and the China courts generally do not.

10. The Hague Service Convention does not impose an obligatory time frame and, although Ministry of Justice for China indicated their procedures are in the process of being streamlined, the turnaround time remains frustrating and unbending. The current Hague service time in China has increased, exponentially, and Ministry of Justice for China issued a statement that service of process will take up to 2 years or more, with proofs of service being returned an average of 1 to 5 months after service occurs. This means there is a wait window of 2 years with no interim information provided.

11. On August 14, 2018, I received email correspondence from the Ministry of Justice of China in response to a request of status relating to service on

Affidavit of Celeste Ingalls  
Re: Service upon Taizhou Realflex Pipetec Co., Ltd.

3

**Taizhou Realflex Pipetec Co., Ltd**. (and other unrelated defendants). The Ministry of Justice of China informed me that it has not received a reply from the Supreme People's Court of China.

12. On February 28, 2020, in response to an additional request for status, I received an auto-reply email from the Chinese Central Authority stating their offices were not in full operation (copy attached as Exhibit A). As of today, March 9, 2020, no further correspondence has been received.

13. There is currently no provision within the Articles of framework of the Hague Service Convention for enforcement of a signatory country's actions and obligations. Requests for status have been submitted to the Central Authority for China. In responses received from the Central Authority, we are advised to, and must, simply wait for the Chinese courts to complete service and return a proof of service Certificate.

_____
Celeste Ingalls

SUBSCRIBED AND SWORN to before me this 9th day of March 2020.



_____
Notary Public for Oregon

OFFICIAL STAMP
NAO SAKAMOTO
NOTARY PUBLIC - OREGON
COMMISSION NO. 992959
MY COMMISSION EXPIRES OCTOBER 23, 2023

---

Affidavit of Celeste Ingalls  4
Re: Service upon Taizhou Realflex Pipetec Co., Ltd.

**celeste@foreignservices.com**

| | |
|---|---|
| **From:** | ivylee319+==Y2VsZXN0ZUBmb3JlaWduc2VydmljZXMuY29t==@vip.sina.com on behalf of ivylee319@vip.sina.com |
| **Sent:** | Friday, February 28, 2020 11:48 AM |
| **To:** | celeste@foreignservices.com |
| **Subject:** | AutoReply: 32000-Service upon Taizhou Reflex Pipetec Co., Ltd. |

Due to the Covid-19 outbreak, our office will not be able to fully operate till March. It is strongly recommended that the foreign Requesting Parties to use our online system to submit the requests for judicial assistance, either on service of documents or on taking evidence. Please log on www.ilcc.online, register and use. Thank you very much for your understanding and cooperation.

EXHIBIT A

1

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)