## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* 2:14-cv-02722-EEF<br><br>And<br><br>The following severed and individually-filed civil actions: [2:20-cv-3199, 3200, 3203, 3204, 3205, 3206, 3208, 3209, 3210, 3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3223, 3224, 3256, 3259, 3269, 3261, 3263, 3264, 3265, 3267, 3268] | |

## ORDER

Upon consideration of Plaintiffs' Motion To Approve Alternative Method of Service of Process in Severed Actions, and for good cause shown, Plaintiffs' motion is hereby **GRANTED**. Service of process on the Knauf Defendants in actions severed from *Bennett* may be accomplished via electronic means directly on Knauf's North American lawyers, pursuant to Fed.R.Civ.P. 4(f)(3).

New Orleans, Louisiana, this _____ day of October, 2021.

_____
Eldon E. Fallon
United States District Court Judge