AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| R&S PROPERTIES, LLC <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Knauf Gips KG, and <br> Knauf Plasterboard Tianjin, Co., Ltd. <br><br> _____ <br> *Defendant(s)* | MDL NO. 2047 <br> IN RE: CHINESE MANUFACTURED DRYWALL <br> PRODUCTS LIABILITY LITIGATION <br><br> Civil Action No.  2:20-cv-3205-EEF-MBN |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Knauf Plasterboard (Tianjin) Co., Ltd.
　　　　　　　　　　　　　　　　　　North Side of Yinhe Bridge
　　　　　　　　　　　　　　　　　　East Side of Jingjin Highway
　　　　　　　　　　　　　　　　　　Beichen District
　　　　　　　　　　　　　　　　　　Tianjin 300400  P.R. China

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　　　　　　　　James V. Doyle, Jr.
　　　　　　　　　　　　　　　DOYLE LAW FIRM, PC
　　　　　　　　　　　　　　　2100 Southbridge Parkway, Suite 650
　　　　　　　　　　　　　　　Birmingham, AL  35209

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Carol L. Michel
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date:  __Oct 04 2021__　　　　　　　　　　　　　　　　　　　　　_/s/ Jennifer Schoen_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| R&S PROPERTIES, LLC | ) | MDL NO. 2047 |
| | ) | IN RE: CHINESE MANUFACTURED |
| | ) | DRYWALL |
| _____ | ) | PRODUCTS LIABILITY LITIGATION |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:20-cv-3205-EEF-MBN |
| | ) | |
| Knauf Gips KG, and | ) | |
| Knauf Plasterboard Tianjin, Co., Ltd. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  KNAUF GIPS KG
Am Bahnhof 10
Iphofen, 97346
Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: __Oct 04 2021__

_____
Deputy clerk's signature