UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INDIVIDUAL COUNSEL'S MOTION TO STAY ORDER TRANSFERRING AND ALLOCATING COMMON BENEFIT FEES FROM THE FLORIDA INDIVIDUAL SETTLEMENT (MDL ECF NO. 23128) PENDING DECISION BY THE SOUTHERN DISTRICT OF FLORIDA ON CLASS COUNSEL'S MOTION TO ENFORCE JUDGMENT AWARDING COMMON BENEFIT COUNSEL 45% OF THE TOTAL FEES RECEIVED BY INDIVIDUAL COUNSEL FROM THE FLORIDA INDIVIDUAL SETTLEMENT (SDFL ECF NO. 453)**

NOW INTO COURT, through undersigned counsel, come "Individual Counsel,"[1] who respectfully request a temporary stay of this Court's Order of September 16, 2021, which ordered the "common benefit attorneys' fees from the Florida Individual Settlement [to] be forwarded to this Court by individual counsel or the appropriate party, to be placed in the registry of the Court and allocated…in the following amounts, plus any interest owed, which will be determined by the Court at a later date at a hearing to be set…." ECF No. 23128. For the reasons set forth more fully in the accompanying memorandum, a stay is appropriate pending decision by the Southern District of Florida on Class Counsel's Motion to Enforce Judgment. *See* ECF No. 23115-1 (Class

---

[1] "Individual Counsel" include the law firms of (i) Parker Waichman LLP; (ii) Milstein Jackson Fairchild & Wade LLP; (iii) Whitfield Bryson & Mason LLP; (iv) Mrachek Fitzgerald Rose Konopka Thomas & Weiss PA; (v) Roberts and Durkee PA; and (vi) Levin Papantonio Thomas Mitchell Rafferty Proctor PA. Jimmy R. Faircloth, Jr. represents Individual Counsel and is not a party to the fee proceedings.

1

Counsel's Motion to Enforce Judgment) and ECF No. 23118-1 (Individual Counsel's Opposition to Motion to Enforce Judgment).

Dated:  October 4, 2021		Respectfully submitted,

   */s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr.
La. Bar No.: 20645
Email: jfaircloth@fairclothlaw.com
Faircloth Melton Sobel & Bash, LLC
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

Mark Milstein
Email:  mmilstein@mjfwlaw.com
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Office:  310.396.9600
Fax: 310.396.9635

*Individual Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of October, 2021.

   */s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL