UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>MEMORANDUM IN SUPPORT OF INDIVIDUAL COUNSEL'S MOTION TO STAY ORDER TRANSFERRING AND ALLOCATING COMMON BENEFIT FEES FROM THE FLORIDA INDIVIDUAL SETTLEMENT (MDL ECF NO. 23128) PENDING DECISION BY THE SOUTHERN DISTRICT OF FLORIDA ON CLASS COUNSEL'S MOTION TO ENFORCE JUDGMENT AWARDING COMMON BENEFIT COUNSEL 45% OF THE TOTAL FEES RECEIVED BY INDIVIDUAL COUNSEL FROM THE FLORIDA INDIVIDUAL SETTLEMENT (SDFL ECF NO. 453)</u>**

Individual Counsel respectfully submit this memorandum in support of their Motion to Stay Order Transferring and Allocating Common Benefit Fees from the Florida Individual Settlement (MDL ECF No. 23128) Pending Decision by the Southern District of Florida on Class Counsel's Motion to Enforce Judgment Awarding Common Benefit Counsel 45% of the Total Fees Received by Individual Counsel from the Florida Individual Settlement (SDFL ECF No. 453).

Post-remand in the Southern District of Florida before Judge Cooke, Class Counsel sought fees and costs out of the proceeds from the settlement of 497 individual cases ("Florida Individual Settlement"). On May 22, 2020 Judge Cooke awarded Class Counsel "45% of the total fees (paid by both Taishan and the clients)" paid to Individual Counsel under the FIS. *See* SDFL ECF No. 408 (hereafter, "Fee Award"). The Eleventh Circuit affirmed the Fee Award on Appeal, judgment of which was issued as a mandate on August 13, 2021.[1]

---

[1] *See Amorin v. Taishan Gypsum Co., Ltd.*, No. 20-12100, __Fed. App'x__, 2021 WL 2349920 (11th Cir. June 9, 2021).

1

Thereafter, on August 19, 2021, Class Counsel filed a motion to enforce the Fee Award in the Southern District of Florida ("Motion to Enforce") and sought an order directing Individual Counsel to transfer funds held in their attorney trust accounts into the registry of the Eastern District of Louisiana as part of a staged process allegedly coordinated by Judge Cooke and this Court to satisfy a money judgment rendered by the Southern District of Florida and affirmed by the Eleventh Circuit. SDFL ECF No. 453. Individual Counsel opposed on the basis that an order to transfer is procedurally improper, as the Fee Award is plainly a money judgment whose enforcement is governed by Rules 69 and 70 of the Federal Rules of Civil Procedure. *See* SDFL ECF No. 455. Judge Cooke has yet to issue a ruling on this contested matter over a judgment of which she squarely has jurisdiction.

In their continued attempt to conflate jurisdictional boundaries, on August 19, 2021, Class Counsel filed their motion to allocate before this Court (MDL ECF No. 23114), which was granted on September 16, 2021, ordering "common benefit attorneys' fees from the Florida Individual Settlement [to] be forwarded to this Court by individual counsel or the appropriate party, to be placed in the registry of the Court and allocated…in the following amounts, plus any interest owed, which will be determined by the Court at a later date at a hearing to be set…." MDL ECF No. 23128.

"A district court has broad discretion to stay proceedings and to control its docket in order to promote 'economy of time and effort for itself, for counsel, and for litigants." *Hungerford v. Smith & Nephew, Inc.*, No. 2:15 CV 2754, 2016 WL 4499461, at *1 (W.D. La. Aug. 23, 2016) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "The moving party must show a clear case of hardship or inequity in being required to proceed if there is even a fair possibility that the stay would harm another party." *Id.* (quoting *Landis*, 299 U.S. at 255). Here, a stay is proper

pending decision by Judge Cooke. If she were to deny Class Counsel's Motion to Enforce under Rules 69 and 70, then Individual Counsel would be in the untenable position of deciding whether to comply with the Federal Rules of Civil Procedure and risk being held in contempt by this Court for refusal to transfer the funds. To avoid this catch-22, a limited stay of this Court's order requiring transfer of the common benefit fees from the FIS pending decision by Judge Cooke is proper.

Dated: October 4, 2021                    Respectfully submitted,

                                           */s/ Jimmy R. Faircloth, Jr.*
                                           Jimmy R. Faircloth, Jr.
                                           La. Bar No.: 20645
                                           Email: jfaircloth@fairclothlaw.com
                                           Faircloth Melton Sobel & Bash, LLC
                                           105 Yorktown Drive
                                           Alexandria, Louisiana 71303
                                           Telephone: (318) 619-7755
                                           Facsimile: (318) 619-7744

                                           Mark Milstein
                                           Email:  mmilstein@mjfwlaw.com
                                           Milstein, Jackson, Fairchild & Wade, LLP
                                           10250 Constellation Blvd., 14th Floor
                                           Los Angeles, CA 90067
                                           Office:  310.396.9600
                                           Fax: 310.396.9635

                                           *Individual Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of October, 2021.

       */s/ Jimmy R. Faircloth, Jr.*
       OF COUNSEL