# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Individual Counsel's Motion to Stay Order Transferring and Allocating Common Benefit Fees from the Florida Individual Settlement (MDL ECF No. 23128) Pending Decision by the Southern District of Florida on Class Counsel's Motion to Enforce Judgment Awarding Common Benefit Counsel 45% of the Total Fees Received by Individual Counsel from the Florida Individual Settlement (SDFL ECF No. 453),

**IT IS HEREBY ORDERED** that this Court's Order of September 16, 2021, ordering the transfer of common benefit attorneys' fees from the Florida Individual Settlement to be forwarded to the registry of this Court, is hereby **STAYED** pending decision by the Southern District of Florida on Class Counsel's Motion to Enforce Judgment Awarding Common Benefit Counsel 45% of the Total Fees from the Florida Individual Settlement filed August 19, 2021.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE