**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**  **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| **ALL *CASES*** | **MAG. JUDGE NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 71030, on October 27, 2021 at 9:00 o'clock a.m., for an order on Individual Counsel's Motion to Stay Order Transferring and Allocating Common Benefit Fees from the Florida Individual Settlement (MDL ECF No. 23128) Pending Decision by the Southern District of Florida on Class Counsel's Motion to Enforce Judgment Awarding Common Benefit Counsel 45% of the Total Fees Received by Individual Counsel from the Florida Individual Settlement (SDFL ECF No. 453), and for such other and further relief as the Court may deem just and appropriate.

Dated:  October 4, 2021          Respectfully submitted,

  */s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr.
La. Bar No.: 20645
Email: jfaircloth@faircothlaw.com
Faircloth Melton Sobel & Bash, LLC
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

1

Mark Milstein
Email:  mmilstein@mjfwlaw.com
Milstein, Jackson, Fairchild & Wade, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Office:  310.396.9600
Fax: 310.396.9635

*Individual Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of October, 2021.

_____*/s/ Jimmy R. Faircloth, Jr.*_____
OF COUNSEL