**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 5, 2021**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In re*: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L (5)<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A status conference was held on this date via Zoom from the courtroom of the Honorable Eldon E. Fallon. Sandra Duggan, Arnold Levin, Lenny Davis, Patrick Montoya, and Jimmy Doyle participated for Plaintiffs. Christy Eikhoff, Matt Lawson, Christopher Vejnoska, Jim Stengel, Marc Shapiro, Harry Rosenberg, Jake Woody, Alex Rothenberg, and Kerry Miller participated for Defendants. Jimmy Faircloth participated on behalf of Individual Counsel from the Florida Individual Settlement.

The following topics were discussed:

The parties updated the Court on the distribution of the final class settlement proceeds to class members and on the status of cases remanded to other district courts.

The parties discussed the status of the cases remaining in this district and the need to clarify whether they were still following the existing case management order or whether a new scheduling order was needed. The Court instructed the parties to advise it if a new scheduling order is necessary.

The parties discussed the appeal by Plaintiffs Frego and Nolte, noting that the appeal was recently argued before the Fifth Circuit and is awaiting a ruling.

The Court advised the parties that it will reserve ruling on Plaintiffs Terrence and Rhonda Ross's Motion for Entry of a Partial Final Judgment until dispositive motions in related cases have been decided. The Court will issue an order stating its decision to reserve ruling on this motion.

The parties discussed the pending Motion to Approve Alternative Method of Service of Process filed by certain Plaintiffs severed from the *Bennett* action. Defendants' counsel advised the Court that they will file a response by October 19, 2021, ahead of the October 27, 2021 submission date.

The parties discussed the pending motion to stay the Court's previous Order Transferring and Allocating Common Benefit Fees from the Florida Individual Settlement. The Court will rule on this motion once the October 27, 2021 submission date has passed.

The Court set another status conference in approximately sixty days. Accordingly,

**IT IS ORDERED** that a status conference, to be held via Zoom, is **SCHEDULED** for December 8, 2021 at 9:00 AM (Central Time). The Court will circulate Zoom information prior to the status conference.

A court reporter took a transcript of this status conference. Parties may request a copy of the transcript by contacting the court reporter, Jodi Simcox, at Jodi_Simcox@laed.uscourts.gov or (504) 589-7780.

JS10(00:44)

2