UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L (5)<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Case No. 15-4127 |

Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes,LLC; Howard Jones; and, Terrence Ross and Rhonda Ross,

  Plaintiffs,

v.

Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council,

  Defendants.

## ORDER

The Court has reviewed Plaintiffs Terrence and Rhonda Ross's Motion for Entry of Partial Final Judgment, R. Doc. 23123, and Defendants' Response, R. Doc. 23130. The Court finds it appropriate, in the interest of judicial efficiency, to reserve ruling on the motion until the

upcoming dispositive motions in the remaining cases in this group (pursuant to Case Management Order No. 1, R. Doc. 23012) have been decided. Based on the Court's experience, the outcome of those motions may lead to additional appeals, with which the Rosses' appeal should be joined. Accordingly,

**IT IS ORDERED** that the Court **RESERVES** ruling on the Motion for Entry of Partial Final Judgment until a later date.

New Orleans, Louisiana, this 5th day of October, 2021.

                                              _____
                                              UNITED STATES DISTRICT JUDGE