UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* 2:14-cv-02722-EEF | JUDGE ELDON FALLON |
| And | MAG. JUDGE MICHAEL NORTH |
| The following severed and individually filed civil actions: [2:20-cv-3199, 3200, 3203, 3204, 3205, 3206, 3208, 3209, 3210, 3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3223, 3224] | |

## MOTION TO QUASH SUMMONSES AND ALTERNATIVELY DISMISS AMENDED COMPLAINTS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(4), 12(b)(5), AND 12(b)(6)

**MAY IT PLEASE THE COURT:**

Defendants Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Motion to Quash Summonses and Alternatively Dismiss Amended Complaints Under Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6) pertaining to the claims of the following 22 Plaintiffs whose claims were previously severed from the *Bennett* action: Ronald & Leslie Bogard (20-cv-3199), Consuelo Burgos (20-cv-3200), William Foreman (20-cv-3203), Dung Nguyen (20-cv-3204), R&S Properties, LLC (20-cv-3205), Ronald & Patricia Stanfa (20-cv-3206), Johnny Tyler (20-cv-3208),

Jeremy Jordan (20-cv-3209), 1329 Gum: Jackson Land Trust (20-cv-3210), Carl & Ellen Moore (20-cv-3212), Feng Hu & Simin Liu (20-cv-3213), Mardechria Charles McDonald (20-cv-3214), Jason Arnold (20-cv-3215), Michael & Alice Ginart (20-cv-3216), Mathew & Susan Issman (20-cv-3217), Karen & Kerry McCann (20-cv-3218), Nicole & Michael Norris (20-cv-3219), Mark & Kimberlie Perez (20-cv-3220), Xiaochun Xi & Jinjian Wang (20-cv-3221), Wayne & Kristal Province (20-cv-3222), Chien Van Pham & Bich Nguyen (20-cv-3223), and Veronica Rosenaur o.b.o. Estate of Veronica Griffith Rayborn (20-cv-3224) (collectively, the "Identified Plaintiffs").

With the submission of this Motion, the Knauf Defendants respectfully request that the Court quash the summonses filed on September 29, 2021 by each of the 22 Identified Plaintiffs.[1] As set forth more fully in the accompanying Memorandum in Support, the summonses are unenforceable and procedurally improper because the claims of the Identified Plaintiffs have been fully and finally adjudicated; thus, there is no operative complaint for which the Identified Plaintiffs could appropriately seek service. Therefore, for the foregoing reasons and those set forth in the accompanying Memorandum in Support, the Knauf Defendants ask that the Court grant their Motion and enter and Order quashing the summonses and directing the Clerk of Court to cease the related service of process. Alternatively, should the Court find that the Identified Plaintiffs' Amended Complaints contain viable claims against the Knauf Defendants, the Knauf Defendants request that the Court dismiss the Amended Complaints with prejudice.

---

[1] *See* R. Docs. 32149–32191; *see also* R. Docs. 23198–23206 (issuing summonses).

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone: 504.556.5549
Facsimile: 504.310.0275
Email: kmiller@fishmanhaygood.com
***Counsel for Defendant,***
***The Knauf Defendants***

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of October, 2021.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**