UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF<br><br>And<br><br>The following severed and individually filed civil actions: [2:20-cv-3199, 3200, 3203, 3204, 3205, 3206, 3208, 3209, 3210, 3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3223, 3224] | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

## PROPOSED ORDER

**MAY IT PLEASE THE COURT:**

Considering Defendants' Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Quash Summonses and Alternatively Dismiss Amended Complaints Under Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6);

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** and the summonses filed by the Identified Defendants[1] on September 29, 2021 (R. Docs. 23149–23191) are hereby

---

[1] The Identified Plaintiffs are: Ronald & Leslie Bogard (20-cv-3199), Consuelo Burgos (20-cv-3200), William Foreman (20-cv-3203), Dung Nguyen (20-cv-3204), R&S Properties, LLC (20-cv-3205), Ronald & Patricia Stanfa (20-cv-3206), Johnny Tyler (20-cv-3208), Jeremy Jordan (20-cv-3209), 1329 Gum: Jackson Land Trust (20-cv-3210), Carl & Ellen Moore (20-cv-3212), Feng Hu & Simin Liu (20-cv-3213), Mardechria Charles McDonald (20-cv-3214), Jason Arnold (20-cv-3215), Michael & Alice Ginart (20-cv-3216), Mathew & Susan Issman (20-cv-3217), Karen & Kerry McCann (20-cv-3218), Nicole & Michael Norris (20-cv-3219), Mark & Kimberlie Perez (20-cv-3220), Xiaochun Xi & Jinjian Wang (20-cv-3221), Wayne & Kristal Province (20-cv-3222), Chien Van Pham & Bich

**QUASHED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is hereby directed to cease issuance of the summonses quashed herein.

Signed in New Orleans, Louisiana this _____ day of October, 2021.

_____
**HONORABLE JUDGE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

---

Nguyen (20-cv-3223), and Veronica Rosenaur o.b.o. Estate of Veronica Griffith Rayborn (20-cv-3224) (collectively, the "Identified Plaintiffs").