UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.:  2047<br><br>Section "L" |
| This Document Relates to:<br>2:13-cv-00609 | Judge Fallon<br><br>Magistrate Judge North |

**PLAINTIFF RAYMOND RODRIGUEZ'**
***EX PARTE* MOTION TO ENROLL**
**ADDITIONAL COUNSEL OF RECORD**

COMES NOW the Plaintiff RAYMOND RODRIGUEZ, by and through the undersigned counsel, and moves this Court for an order enrolling attorney Kevin A. Malone as additional counsel of record for Plaintiff in the above-captioned matter and in support thereof states:

1. Plaintiff RAYMOND RODRIGUEZ in the above-captioned matter is represented by counsel from the law firm of Krupnick Campbell Malone Buser Slama Hancock, P.A.

2. Kevin A. Malone is an attorney with the law firm of Krupnick Campbell Malone Buser Slama Hancock, P.A. and is a member in good standing of the federal courts and with the Florida State Bar with a Florida bar number of 224499.

3. Pertinent contact information for Kevin A. Malone is:

Kevin A. Malone
Florida Bar Number:  224499
kmalone@krupnicklaw.com
Krupnick Campbell Malone Buser Slama Hancock, P.A.

12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-736-8292 facsimile

4. His appearance as additional counsel of record for Plaintiff RAYMOND RODRIGUEZ will not hinder or delay the litigation of the case.

WHEREFORE, Plaintiffs respectfully request that Kevin A. Malone be enrolled as additional counsel of record in the above-captioned case.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK, P.A.


By: _____
Kevin A. Malone
Florida Bar Number: 224499
kmalone@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Plaintiff Raymond Rodriguez*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Ex Parte Motion to Enroll Additional Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on October 18, 2021.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK, P.A.


By: _____

Kevin A. Malone, Esquire
Florida Bar Number: 224499
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Plaintiff Raymond Rodriguez*