UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINEESE-MANUFACTURED                MDL No.:  2047
           DRYWALL PRODUCTS
           LIABILITY LITIGATION                        Section "L"

This Document Relates to:                              Judge Fallon
     2:13-cv-00609
                                                    Magistrate Judge North

**ORDER GRANTING
PLAINTIFF RAYMOND RODRIGUEZ'
*EX PARTE* MOTION TO ENROLL
ADDITIONAL COUNSEL OF RECORD**

THIS MATTER having come before the Court on Plaintiff Raymond Rodriguez' *Ex Parte* Motion to Enroll Additional Counsel of Record, and the Court having considered the matter, it is hereby

ORDERED AND ADJUDGED:

1. That Plaintiff Raymond Rodriguez' *Ex Parte* Motion to Enroll Additional Counsel of Record be and the same is hereby granted.

2. That Kevin A. Malone shall be additional counsel for Plaintiff Raymond Rodriguez in this matter.

3. The contact information for Kevin A. Malone shall be reflected as:

Kevin A. Malone
Florida Bar Number:  224499
kmalone@krupnicklaw.com
Krupnick Campbell Malone Buser Slama Hancock, P.A.
12 Southeast Seventh Street, Suite 801

Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-736-8292 facsimile.

DONE AND ORDERED at New Orleans, Louisiana, on this       day of October 2021.

_____
UNITED STATES DISTRICT JUDGE