**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

**This Document Relates to:**
**2:13-cv-00609**

**MDL No. 2047**

**Section "L" (5)**

**Judge Fallon**

**Magistrate Judge North**

**ORDER**

Considering the foregoing Motion to Enroll as Counsel of Record, R. Doc. 23212:

**IT IS ORDERED** that the motion is **GRANTED** and that Kevin A. Malone is enrolled as counsel of record for Plaintiff Raymond Rodriguez in the above-captioned matter.

New Orleans, Louisiana, this 19th day of October, 2021.

Eldon E. Fallon

UNITED STATES DISTRICT JUDGE