UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> This document relates to: ) <br> ) <br>     ALL CASES and ) <br>     2:13-cv-00609 ) | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

### JOINT MOTION FOR DISBURSEMENT OF KNAUF MILESTONE FOUR OPTION TWO SETTLEMENT FUNDS FROM COURT REGISTRY REGARDING RAYMOND RODRIGUEZ

Claimants, by and through the law firm of Krupnick Campbell Malone Buser Slama Hancock P.A, and the Knauf Defendants,[1] by and through their undersigned counsel, respectfully move this Court for an Order allowing Stage Four Option Two Settlement Funds to be disbursed from the Court's Registry to claimant Raymond Rodriguez (CLAIM #Rodriguez 111656; 100592-782) and would show the Court that:

    1.    By the Court's Order (D.E. 21672) the Settlement Administrator deposited Knauf Milestone Four Option Two Settlement Funds in the amount of $10,267.40 in the Court Registry.

    2.    Pursuant to LR 67.3, counsel for the parties agree that the principal amount of $10,276.40, along with any accrued interest, should be disbursed to Raymond Rodriguez to his counsel Krupnick Campbell Malone Buser Slama Hancock P.A., 12 SE 12 Street, Suite 801, Fort Lauderdale, FL 33301.

    3.    Claimants have provided documentation that the remediation is now complete

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf UK GmbH, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft KG, PT Knauf Gypsum Indonesia, or Knauf Gips KG.

and the conditions for distribution have been met:

    a. Attached is Plaintiffs' change of contractors to finalize the remediation. See Exhibit A.

    b. Attached is the proof that the remediation of the KPT Property has been completed according to the Remediation Protocol. The City of Homestead has provided their status that all inspections are complete for this remediation. See Exhibit B.

    c. Attached is the signed final release/indemnity of lien. See Exhibit C.

Wherefore Claimants and Defendants pray that this Joint Motion to Release Knauf Milestone Four Option Two Settlement Funds from Court Registry be granted and the funds in the amount of $10,267.40 with any accrued interest will be disbursed to Raymond Rodriguez.

## CERTIFICATION

Counsel certify that the motion and proposed order have been submitted to the clerk for review.

Dated this 20th day of October 2021.

                                  Respectfully submitted,

| FISHMAN HAYGOOD LLP | KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK, P.A. |
|---|---|
| /s/ Kerry J. Miller | /s/ Kevin A. Malone |
| KERRY J. MILLER (#24562) T.A. | |
| DANIEL J. DYSART (#33812) | Florida Bar No. 224499 |
| 201 St. Charles Avenue, 46th Floor | 12 SE 7 Street, Suite 801 |
| New Orleans, LA 70170 | Fort Lauderdale, FL 33301 |
| Phone: 504-586-5252 | Phone: 954-763-8181 |
| Fax: 504-310-0275 | Fax: 954-763-8292 |
| Email: kmiller@fishmanhaygood.com | Email: kmalone@krupnicklaw.com |
|       ddysart@fishmanhaygood.com | |
| Counsel for the Knauf Defendants | Attorneys for Claimants |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion to Release Knauf Milestone Four Option Two Settlement Funds from Court Registry has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & ServeXpress f/k/a LexisNexis in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated October 20, 2021.

| | |
|---|---|
| FISHMAN HAYGOOD LLP | KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK P.A. |
| /s/    Kerry  J.  Miller_____ | |
| KERRY J. MILLER (#24562) T.A. | /s/    Kevin A. Malone_____ |
| DANIEL J. DYSART (#33812) | Kevin A. Malone. |
| 201 St. Charles Avenue, 46TH Floor | Florida Bar No. 224499 |
| New Orleans, LA 70170 | 12 SE 7 Street, Suite 801 |
| Phone:    504-586-5252 | Fort Lauderdale, FL 33301 |
| Fax:        504-310-0275 | Phone:  954-763-8181 |
| Email:     kmiller@fishmanhaygood.com | Fax:       954-763-8292 |
|                 ddysart@fishmanhaygod.com | Email:    kmalone@krupnicklaw.com |
| Counsel for the Knauf Defendants | Attorneys for Claimants |