# EXHIBIT A



CITY OF HOMESTEAD DEVELOPMENT SERVICES
100 CIVIC CENTER
HOMESTEAD, FL 33030
TEL. 305-224-4500
FAX. 305-224-4539

## HOLD HARMLESS
## CHANGE OF CONTRACTOR

ATTENTION: Development Services Department

RE: Property located at: __3358 NE 3DR Homestead FL 33030__

As legal owner of subject property, I request the cancellation of permit # __14080-238__, issued to (name of contractor) __Raisa Construction__
_____(address)_____ on date __06/18/2021__

I hereby apply as owner/builder, or authorized (new contractor) __X__. To apply for such permits as necessary to construct or complete the construction on said property.

I agree to hold harmless the City of Homestead, its agents and authorized personnel harmless and relieve them from responsibility or liability for any legal action or damage, cost expense (Including attorney's fee) resulting from the cancellation of the existing permit or the issuance of a new permit. I furthermore assume responsibility for the correction, if required, of work under the permit for which I am requesting cancellation.

X _[signature]_
Legal Owner's Signature

Notary Public State of Florida, Sworn to &
Subscribe before me this __18__ day of __June__.

REYNA A MATEO
MY COMMISSION #GG176896
EXPIRES: JAN 18, 2022
Bonded through 1st State Insurance

_[signature]_
General Contractor Signature

Notary Public State of Florida, Sworn to &
Subscribe before me this __18__ day of __June__.

REYNA A MATEO
MY COMMISSION #GG176896
EXPIRES: JAN 18, 2022
Bonded through 1st State Insurance

Releasing Permit Holder Signature

Notary Public State of Florida, Sworn to &
Subscribe before me this _____ day of _____.

Incoming Permit Holder Signature

Notary Public State of Florida, Sworn to &
Subscribe before me this _____ day of _____.

CERTIFIED LETTER SENT: _____

CERTIFICATION #: _____