# EXHIBIT B



*City Council*

Steven D. Losner
*Mayor*

Patricia D. Fairclough-Staggers, Ed.S
*Vice Mayor*

Erica G. Ávila
*Councilwoman*

Jenifer N. Bailey
*Councilwoman*

Sean L. Fletcher
*Councilman*

Larry Roth
*Councilman*

Stephen R. Shelley
*Councilman*

Cate McCaffrey
*City Manager*

*City Hall*

100 Civic Court
Homestead, FL 33030
305-224-4400
www.cityofhomestead.com

CERTICATE OF COMPLETION
Development Services
(305) 224-4500

08/31/21                                C.C.# 9416

Owner: RAYMOND RODRIGUEZ
Street Address: 3358 NE 3 DR
Lot:        Block:         Subdiv.: EMILIOS PLACE OF OASIS
Permit: 21060343           Folio #:   10-7915-002-0120
Occupancy Type:            Ocuup Load:
Sprinkler System:

DESCRIPTION: CHINESE DRYWALL REPLACEMENT

This Certificate issued certifies that the structure at the above address is in compliance with the various ordinances and the Florida Building Code Jurisdiction, that regulates building construction and use, on the date of issuance of the certificate.

Accepted: Linda S. Blanco, CBO, CFM
Digitally signed by Linda S. Blanco, CBO, CFM
Date: 2021.08.31 11:21:09 -04'00'

**CITY OF HOMESTEAD
DEVELOPMENT SERVICES**
PERMITTING HOURS
8:00 A.M. - 12:00 P.M.
MONDAY – FRIDAY



100 CIVIC COURT
HOMESTEAD FLORIDA 33030
T.305.224.4500 F.305.224.4539

## Certificate Request

Date: 08/30/2021

Permit number: 21060343     Address: 3358 NE 3 Dr

Contact: Raymond Rodriguez     Telephone: 305-767-6527

**\*\* A copy of your City of Homestead Business Tax Receipt Application is required to process this request \*\***

Please check appropriate box:

- [x] **Certificate of Completion**
- [ ] **Certificate of Occupancy**
- [ ] **Temporary Certificate of Completion (TCC) or Extension of TCC** (Complete below)
- [ ] **Temporary Certificate of Occupancy (TCO) or Extension of TCC** (Complete below)

Reason or hardship causing the request of a Temporary Certificate and preventing the issuance of a Final Certificate:

_____

Length of time needed for the Temporary Certificate to correct deficiencies and obtain a Final Certificate:

_____

_____ Owner/Tenant acknowledgement

_____ Signature and title of person authorized to request Temporary Certificate

_____ Print Name of person authorized

**\*\*\*REQUESTS WILL BE PROCESSED WITHIN 24 HOURS\*\*\***

WWW.CITYOFHOMESTEAD.COM

Revised October 2016