# EXHIBIT C

# COMPLETION CERTIFICATION

I hereby certify, the following:

1) The remediation of the below listed Property has been completed according to the Remediation Protocol attached as Exhibit F to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.

2) In remediating the Property, I have complied with all permitting, inspection, and certification requirements of the jurisdiction in which the Property is located. I have provided all applicable inspection certificates (including, for example, the certificate of occupancy) to the Property Owner and have attached them to this Certification.

3) All liens and/or potential liens filed in relation to the remediation work have been released or bonded off such that the Property Owner's title is clear of all liens related to the remediation work. I have provided to the Property Owner a final release of lien or liens, or such other sufficient evidence that the Property Owner's title is clear of all liens related to the remediation work and have attached such documentation to this Certification.

Property Address: 3358 NE 3 Dr Homestead FL

Contractor Name: JJ Quality Builders Inc

By:
(Signature) _____ Date 08/25/2021

(Print Name) Jesus Jimenez

(Print Title) President

409009