UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to all Cases<br><br>    ALL CASES and<br>    2:13-cv-00609 | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

### ORDER GRANTING JOINT MOTION TO DISBURSE KNAUF MILESTONE FOUR OPTION TWO SETTLEMENT FUNDS FROM COURT REGISTRY

Considering the Joint Motion to release Knauf Milestone Four Option Two Settlement Funds from the Court Registry by the law firm of Krupnick Campbell Malone Buser Slama Hancock P.A, and the Knauf Defendants,[1]

IT IS ORDERED that the Motion is Granted. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $10,267.40 plus all interest earned less the assessment fee for the administration of funds, payable to Raymond Rodriguez, and mail or deliver the check to his counsel Krupnick Campbell Malone Buser Slama Hancock P.A., 12 SE 7 Street, Suite 801, Fort Lauderdale, FL 33301.

New Orleans, Louisiana, this _____ day of October 2021.

_____
Eldon E. Fallon
United States District Court Judge

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH, Knauf AMF GmbH & Co. KG, Knauf UK GmbH, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft KG, PT Knauf Gypsum Indonesia, or Knauf Gips KG.