| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF LOUISIANA** ||
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF<br><br>And<br><br>The following severed and individually filed civil actions: [2:20-cv-3199, 3200, 3203, 3204, 3205, 3206, 3208, 3209, 3210, 3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3223, 3224] | JUDGE ELDON FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THE KNAUF DEFENDANTS' MOTION TO QUASH SUMMONSES AND ALTERNATIVELY DISMISS AMENDED COMPLAINTS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(4), 12(b)(5), and 12(b)(6)**

**MAY IT PLEASE THE COURT:**

Defendants Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Motion to Quash Summonses and Alternatively Dismiss Amended Complaints Under Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6) (R. Doc. 23211). The proposed reply, attached hereto, addresses arguments made by Plaintiffs in their Opposition (R. Doc. 23215), including Plaintiffs' arguments concerning the applicability of Federal Rule of Civil Procedure 54 to this Court's Orders and Reasons granting summary judgment as to their claims. The Knauf Defendants assert that the reply will assist the Court in resolving the issues raised in their Motion to Quash Summonses and Alternatively

Dismiss Amended Complaints and thus request leave to file the reply brief submitted contemporaneously with this Motion.

WHEREFORE, premises considered, the Knauf Defendants request that this Court grant their Motion for Leave to File Reply in Support of their Motion to Quash Summonses and Alternatively Dismiss Amended Complaints and that the attached Reply be filed into the record.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:        kmiller@fishmanhaygood.com
*Counsel for Defendant,*
*The Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 27th day of October, 2021.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**