**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  **SECTION "L"** |
| **This document relates to:**  *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*  2:14-cv-02722-EEF  And  **The following severed and individually filed civil actions: [2:20-cv-3199, 3200, 3203, 3204, 3205, 3206, 3208, 3209, 3210, 3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3223, 3224]** | **JUDGE ELDON FALLON**  **MAG. JUDGE MICHAEL NORTH** |

## **ORDER**

CONSIDERING the Motion for Leave to File Reply in Support of Motion to Quash Summonses and Alternatively Dismiss Complaints Under Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6) filed by the Knauf Defendants,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
HONORABLE JUDGE FALLON
UNITED STATES DISTRICT JUDGE