| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF LOUISIANA** ||
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| **This document relates to:** | **SECTION "L"** |
| *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF | **JUDGE ELDON FALLON** |
| And | **MAG. JUDGE MICHAEL NORTH** |
| **The following severed and individually filed civil actions: [2:20-cv-3199, 3200, 3203, 3204, 3205, 3206, 3208, 3209, 3210, 3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221, 3222, 3223, 3224]** | |

## ORDER

CONSIDERING the Motion for Leave to File Reply in Support of Motion to Quash Summonses and Alternatively Dismiss Complaints Under Federal Rules of Civil Procedure 12(b)(4), 12(b)(5), and 12(b)(6) filed by the Knauf Defendants,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the Reply attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this  28th  day of          October         , 2021.

_____
UNITED STATES DISTRICT JUDGE