UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GHARIB ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-3264 |
| KNAUF GIPS KG ET AL. | SECTION "L" (5) |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, Jawad Gharib and Fatme Gharib, and move the Court to substitute counsel of record, James V. Doyle, Jr., James V. Doyle, Doyle Law Firm, PC, 2100 Southbridge Pkwy., Suite 650, Birmingham, AL 35209, and enroll Edward J. Castaing, Jr. and Peter E. Castaing, Crull, Castaing & Lilly, 601 Poydras Street, Suite 2323, New Orleans, Louisiana 70130, as counsel of record for plaintiffs, for all purposes.

Respectfully submitted,

CRULL, CASTAING & LILLY

BY: */s/ Edward J. Castaing, Jr.*
Edward J. Castaing, Jr. #4022
Peter E. Castaing, #35019
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
pcastaing@cclhlaw.com

*Counsel for Jawad Gharib and Fatme Gharib*

BY: /s/ *James v. Doyle, Jr.*
James V. Doyle, Jr.
James V. Doyle
DOYLE LAW FIRM, pc
2100 Southbridge Pkwy., Suite 650
Birmingham, AL   35209
Tel.: 205-533-9500
Fax: 844-638-5812
*jimmy@doylefirm.com*
*jim.doyle@doylefirm.com*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Peter E. Castaing*
Attorney