UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GHARIB ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-3264 |
| KNAUF GIPS KG ET AL. | SECTION "L" (5) |

## **O R D E R**

Considering the foregoing Motion to Substitute Counsel of Record;

IT IS ORDERED that counsel of record, James V. Doyle, Jr., James V. Doyle, Doyle Law Firm, PC, 2100 Southbridge Pkwy., Suite 650, Birmingham, AL 35209, be substituted and Edward J. Castaing, Jr. and Peter E. Castaing, Crull, Castaing & Lilly, 601 Poydras Street, Suite 2323, New Orleans, Louisiana 70130, be enrolled as counsel of record for plaintiffs, for all purposes.

THUS SIGNED in New Orleans, Louisiana this ___ day of November, 2021.

_____
**J U D G E**