MINUTE ENTRY
NORTH, M.J.
NOVEMBER 4, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-2047 <br><br> SECTION: "L"(5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

On this date, the Court held a telephone status conference in the above matter. Present were Jimmy Doyle, Christy Eikhoff, Matt Lawson, and Harry Rosenberg on behalf of various parties. For the reasons stated at the telephone status conference,

**IT IS ORDERED** that, **no later than Friday, November 19, 2021**, the parties file into the record exhibit and witness lists to be used at the evidentiary hearing. Before filing the lists into the record, the parties shall exchange the lists between themselves. The parties shall simultaneously file any objections to the witnesses and exhibits and any responses to those objections in the record. After the filing of the witness and the exhibit lists – and any objections thereto – this Court will schedule an evidentiary hearing.

This Court will not entertain evidence of estimated repair costs of the property at the evidentiary hearing. Any expert on estimated repair costs shall be excluded. The Court will accept only evidence pertaining to any diminution of value of the property. The Court will consider the appraisals already submitted, but said appraisals must be submitted to

the Court as exhibits at the evidentiary hearing. The Court will also accept the testimony of Plaintiffs themselves.

Should any party object to this ruling, that party shall file with the Court **no later than Friday, November 12, 2021 by close of business**, a brief on Alabama law that supports its position. Any response to that brief must be filed into the record **no later than Friday, November 26, 2021 by close of business**. The Court will then take the briefs under submission. Should an objecting brief be filed on or before November 12, 2021, the aforementioned deadline for submission of witness and exhibit lists shall be stayed.

New Orleans, Louisiana, this __5th__ day of __November__, 2021.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

2

MJSTAR: 00:10