# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record, R. Doc. 23223:

**IT IS ORDERED** that the motion is **GRANTED**. Counsel of record, James V. Doyle, Jr., James V. Doyle, Doyle Law Firm, PC, 2100 Southbridge Pkwy., Suite 650, Birmingham, AL 35209, shall be **SUBSTITUTED** and Edward J. Castaing, Jr. and Peter E. Castaing, Crull, Castaing & Lilly, 601 Poydras Street, Suite 2323, New Orleans, Louisiana 70130, shall be **ENROLLED** as counsel of record for plaintiffs, for all purposes.

New Orleans, Louisiana, this 5th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE