```
                                                            U.S. DISTRICT COURT
                                                         EASTERN DISTRICT OF LOUISIANA

         UNITED STATES JUDICIAL PANEL         FILED    Nov 04 2021
                    on
           MULTIDISTRICT LITIGATION
                                                         CAROL L. MICHEL
                                                              CLERK
```

IN RE: CHINESE−MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                                 MDL No. 2047


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −40)**


On June 15, 2009, the Panel transferred 9 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 183 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

     Nov 04, 2021

     CLERK'S OFFICE
     UNITED STATES
   JUDICIAL PANEL ON
 MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

```
     CLERK'S OFFICE
      A TRUE COPY
      Nov 09 2021

  Deputy Clerk, U.S. District Court
   Eastern District Of Louisiana
         New Orleans, LA
```

___ Fee _____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No_____

IN RE: CHINESE−MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2047

### SCHEDULE CTO−40 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| FLORIDA MIDDLE | | | | |
| FLM | 8 | 21−01099 | Acosta et al v. Knauf Gips KG et al | 21-2033 |
| FLORIDA SOUTHERN | | | | |
| FLS | 0 | 21−60948 | Appleby et al v. Knauf Gips KG et al | 21-2034 |