# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Bessie Barnett |
| Address of Affected Property | 11419 Morrison Road |
| | New Orleans, LA 70128 |
| Is this Property:* | (Residential)   Commercial   Governmental |
| Name of Person Completing this Form | Bessie Barnett |
| Is above your primary residence? | (Yes)   No |
| Mailing Address (if different) | |
| Phone: | ( 504 ) 621 - 6793 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | (Owner-Occupant)   Owner Only   Renter-Occupant |
| Represented By: | James V. Doyle, Jr. |
| Address: | Doyle Law Firm, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | OMNI XX - Brooke et al. v. SASC, et al. |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Allstate Insurance Company |
| Policy #: | 0 45 900788 01/29 |
| Agent: | Kenneth Taylor |
| Address: | 7037 Canal Blvd., Suite 201 |
| | New Orleans, LA 70124 |
| Phone: | ( 504 ) 283 - 9310 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Bessie Barnett | 01/29/88 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

## Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   **1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Bessie Barnett

   **1.2.** When did the inspection take place?   7 /21/ 15

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   **2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?   Doyle Law Firm, PC

   **2.2.** When was this determination made?   7 /26/ 15

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Company, Ltd. | Made In China Meets or Exceeds ASTM | Ceiling & Walls |
| | | |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,700 | | | |
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of Interior Walls | 8' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | X |
| Number of Bathrooms: | 2 | Winter | | X |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

## Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*/s/ Jessie Barnett*     8-5-2015

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

**Allstate Insurance Company** 

# RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Bessie Mae Barnett<br>PO BX 770880<br>New Orleans LA 70177-0880 | Kenneth Taylor<br>7037 Canal Blvd #201<br>New Orleans LA 70124 | (504) 283-9310 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 0 45 900788 01/29 | Begins on Jan. 29, 2014<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Jan. 29, 2014 to Jan. 29, 2015<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
11419 Morrison Road, New Orleans, LA 70128-1924

**MORTGAGEE**
- US SMALL BUSINESS ADMINISTRATION
  10737 Gateway Blvd W    El Paso TX 79935-4920              *Loan #11063560 01*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $3,127.82 |
| 01/2014 LA Citizens Fair Plan Emergency Assessment Surcharge | $110.72 |
| **TOTAL** | **$3,238.54** |

Pursuant to Louisiana law (R.S. 22:2307) any surcharge, market equalization charge, or other assessment levied by Allstate Insurance due to Hurricanes Katrina and Rita is refundable. Please see the following website for additional details:

http://www.ldi.la.gov/HurricaneTaxDeduction.html

# Allstate Insurance Company

Policy Number:  0 45 900788 01/29     Your Agent:  **Kenneth Taylor  (504) 283-9310**
For Premium Period Beginning:  **Jan. 29, 2014**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $2,500   Other Peril Deductible Applies<br>• $7,750   Hurricane Deductible Applies | $155,000 | |
| Other Structures Protection<br>• $2,500   Other Peril Deductible Applies<br>• $7,750   Hurricane Deductible Applies | $15,500 | |
| Personal Property Protection - Actual Cash Value<br>• $2,500   Other Peril Deductible Applies<br>• $7,750   Hurricane Deductible Applies | $77,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250    All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
55 and Retired                        10 %         Protective Device                        15 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: 0 45 900788 01/29     Your Agent: Kenneth Taylor (504) 283-9310
For Premium Period Beginning: Jan. 29, 2014

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $2,500 Other Peril Deductible Applies<br>• $7,750 Hurricane Deductible Applies | $155,000 | |
| Other Structures Protection<br>• $2,500 Other Peril Deductible Applies<br>• $7,750 Hurricane Deductible Applies | $15,500 | |
| Personal Property Protection - Actual Cash Value<br>• $2,500 Other Peril Deductible Applies<br>• $7,750 Hurricane Deductible Applies | $77,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250 All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
55 and Retired                10 %           Protective Device                 15 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by 1 family



# Orleans Parish Assessor's Office

| Previous Parcel | Next Parcel | Return to Main Search Page | Orleans Home |
|---|---|---|---|

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | BARNETT BESSIE M | Today's Date | June 25, 2017 |
| Mailing Address | 11419 MORRISON RD<br>NEW ORLEANS, LA 70128 | Municipal District | 3 |
| Location Address | 11419 MORRISON RD | Tax Bill Number | 39W011902 |
| Property Class | Residential | Special Tax District | |
| Subdivision Name | SEC 6 | Land Area (sq ft) | 5010 |
| Zoning District | Show Viewer (41112097) | Building Area (sq ft) | 1680 |
| Square | 183 | Lot | 3A |
| Book | 19 | Folio | 034 |
| Line | 002 | Parcel Map | Show Parcel Map |
| Legal Description | 1. SQ 183 SEC 6 LOT 3A<br>2. MORRISON 50 X 100<br>3. BR/V SGLE 9/RMS A/R<br>4. PLAN 9-19-14 | Assessment Area | ZENITH ST-SECTION 6<br>Show Assessment Area Map |

### Assessment Notice: 2016

| | Value Information | | | | | | | Estimate Taxes | Tax Information |
| | | | | | | | | Special Assessment Treatment | |

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | $ 15,000 | $ 99,200 | $ 114,200 | $ 1,500 | $ 9,920 | $ 11,420 | $ 7,500 | $ 3,920 | Y | | | |
| 2016 | $ 15,000 | $ 99,200 | $ 114,200 | $ 1,500 | $ 9,920 | $ 11,420 | $ 7,500 | $ 3,920 | | | | |
| 2015 | $ 15,000 | $ 105,100 | $ 120,100 | $ 1,500 | $ 10,510 | $ 12,010 | $ 7,500 | $ 4,510 | | | | |

Certified Values

### Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 01-29-1988 | $ 78,500 | | BARNETT BESSIE M | 00740495 | 000000000 |
| 09-28-1987 | $ 18,000 | | | 03241988 | 000000000 |
| 01-14-1987 | $ 325,000 | | | 12011987 | 000000000 |
| 10-24-1984 | $ 73,000 | | | 09031980 | 000000000 |
| 08-23-1984 | $ 0 | | | 09031980 | 000000000 |

| Building Sketch 1 | Building Photos  Enlarge/Show All |
|---|---|



| [Previous Parcel](#) | [Next Parcel](#) | [Return to Main Search Page](#) | [Orleans Home](#) |

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: June 24, 2017

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Gwendolyn Kerr Bierria
Address of Affected Property: 5286 Warrington Drive
New Orleans, LA 70122

Is this Property:* (Residential)   Commercial   Governmental
Name of Person Completing this Form: Gwendolyn Bierria
Is above your primary residence? (Yes)  No
Mailing Address (if different):

Phone: ( 504 ) 55 3 - 6071

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)  Owner Only  Renter-Occupant
Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: Brooke v. SASC, et al.

### Section II. Insurance Information

Homeowner/ Renter Insurer: Great American Assurance Company
Policy #: 1135621
Agent:
Address: 301 E. Fourth Street
Cincinnati, OH 45202
Phone: (   )   -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Gwendolyn Kerr Bierria | 06/29/05 | / / | M (F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Gwendolyn Bierria

   1.2. When did the inspection take place? 07/21/17

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Gwendolyn Bierria

   2.2. When was this determination made? 07/21/17

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Co., Ltd. | Made In China Meet or Exceeds ASTM C 1396 04 Standarr | ceiling and walls |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,657 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 3 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 11/01/05 | Completion Date | 11/01/08 |
|---|---|---|---|
| Move In Date: | 11/01/08 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*Gwendolyn R. Bierria*     7/30/17

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

## NOTICE OF INSURANCE

**GREAT AMERICAN ASSURANCE COMPANY**
301 E. FOURTH STREET · CINCINNATI, OH 45202

**THIS INSURANCE IS NON-TRANSFERABLE**

ISSUE DATE: **12/03/2016**

**ITEM 1: Mortgagor Name and Mailing Address**

Gwendolyn Bierria
5286 Warrington Dr
New Orleans, LA 70122

**Insured Mortgagee Name and Address**

CUSO Mortgage
5601 E LA Palma Ave
Anaheim, CA 92807

**ITEM 2:** Coverage Period

| Effective Date MO / DAY / YR | Expiration Date MO / DAY / YR | Term in Months |
|---|---|---|
| 11/10/2016 | 11/10/2017 | 12 |

| | |
|---|---|
| Mortgagee Protection | GA40019005 |
| Mortgagee's Policy Number | 1135621 |
| Mortgage Agreement | XXX7891 |

**ITEM 3:**

| COVERAGE TYPE | CHECK (X) ONE | AMOUNT OF INSURANCE | PREMIUM |
|---|---|---|---|
| RESIDENTIAL (Dwelling) | X | $152,972.00 | $1,024.00 |
| COMMERCIAL OCCUPIED (Building) | | | |
| COMMERCIAL VACANT (Building) | | | |
| MOBILE HOME | | | |
| CONTENTS/EQUIPMENT | | | |
| | | TAX | |
| | | TOTAL AMOUNT | $1,024.00 |

**ITEM 4:** Property Address (if different from mailing address)
   5286 Warrington Drive
   New Orleans, LA 70122

**This is not a Homeowner's Policy.** This insurance provides hazard protection against loss to the property from perils including fire, lightning, explosion, vandalism, smoke, volcanic eruption, sinkhole, sprinkler leakage and riot; subject to the terms and conditions of the mortgagee's policy. This coverage may not meet the mortgagor's insurance needs. There is no coverage for liability, contents or additional living expenses unless indicated above under COVERAGE TYPE. There is no coverage for flood or earthquake and windstorm and hail may be limited. In the event of a total loss, the limits provided above may not be adequate to restore the property.

**Deductible:** In the event of loss, this policy shall be subject to a deductible as defined in the Mortgagee's policy.

**This Notice of Insurance is for information only.** It neither amends, extends nor alters the coverage afforded by the Mortgagee's policy which it describes. Consult the Mortgagee's policy for actual terms and conditions.

ACE-8901 (8/99)                                              LENDER COPY

**SKETCH ADDENDUM**

File No.
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Bierria | | | | | |
| Property Address | 5286 Warrington Dr | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70122 |
| Lender/Client | Brokered Loan | | Address | 2990 Lava Ridge Ct, Roseville, CA 95661 | | |



FOR ILLUSTRATION ONLY-NOT TO SCALE

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| **Living Area** | | |
|     **First Floor** | | |
|         A1 : 12.1 x 41.2 = | | 498.5 |
|         A2 : 38.4 x 56.2 = | | 2158.1 |
| | | 2656.6 |
| **Total Living Area** | | **2656.6** |
| **Garage Area** | | |
|     **Attached Garage** | | |
|         A3 : 22.5 x 30.5 = | | 686.3 |
| | | 686.3 |
| **Total Garage Area** | | **686.3** |

ClickFORMS Appraisal Software 800-622-8727          Page  12  of  14

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Stephanie Fortenberry |
| Address of Affected Property | 3012 Oak Drive |
| | Violet, LA 70092 |
| Is this Property:* | **Residential**  Commercial  Governmental |
| Name of Person Completing this Form | Stephanie Fortenberry |
| Is above your primary residence? | Yes **No** |
| Mailing Address (if different) | 25025 North Benville Road |
| | Picayune, MS 39466 |
| Phone: | ( 601 ) 798 - 3346 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | Owner-Occupant  **Owner Only**  Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Brooke v. SASC, et al. |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Southern Fidelity Insurance Company |
| Policy #: | LVD 1017360 01 17 |
| Agent: | Dan Burghardt Insurance Agency, Inc. |
| Address: | 3008 David Drive |
| | Metairie, LA 70003 |
| Phone: | ( 504 ) 455 - 7283 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Stephanie Fortenberry | / / | / / | M / **F** | / / | Yes **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? (Yes) No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Stephanie Fortenberry

   1.2. When did the inspection take place?    04/13/17

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? (Yes) No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Stephanie Fortenberry

   2.2. When was this determination made?    04/13/17

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Co., Ltd. | Crescent City Gypsum | ceiling and walls |
|  | Made In China |  |

### Section VI. Home Information

| | |
|---|---|
| Approx. Sq. Ft. of House: | 1,600 |
| Estimated Sq. Ft. of Drywall | ---------- |
| Height of Interior Walls | 9' |
| Number of Bedrooms: | 3 |
| Number of Bathrooms: | 2 |

| | Yes | No |
|---|---|---|
| Occupied | X | |
| Year-round | X | |
| Summer | | |
| Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: Catholic Charities of New Orleans

Address:

Phone: ( ) -

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*Stephanie B. Fortenberry*     4-29-17,

**Claimant's Signature**          **Date Signed**               **Claimant's Signature**          **Date Signed**

_____,

**Claimant's Signature**          **Date Signed**               **Claimant's Signature**          **Date Signed**

_____,

**Claimant's Signature**          **Date Signed**               **Claimant's Signature**          **Date Signed**



**SFIC**
Southern Fidelity Insurance Company
P.O. Box 16029
Tallahassee FL 32317-6029

**DWELLING FIRE**

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| | From | To |
| LVD 1017360 01 17 | 03/02/2017 | 03/02/2018 |
| | 12:01 A.M. Standard Time at the described location | |

For Customer Service and Claims Call 1-866-874-7342.

INSURED'S COPY          Date Issued: 02/16/2017

| INSURED: | AGENT: 7200110 |
|---|---|
| STEPHANIE FORTENBERRY<br>PO BOX 204<br>VIOLET LA 70092 | DAN BURGHARDT INS AGCY INC<br>3008 DAVID DR<br>METAIRIE, LA 70003 |
| Telephone: 504-453-6171 | Telephone: 504-455-7283 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

3012 OAK DR            VIOLET LA 70092

**ADVANCE NOTICE OF FUTURE CANCELLATION TO TAKE EFFECT AT 12:01 AM 03/02/2017**

Please note that we are required by state law to send you this notice, at least ten days in advance, when we have not received the required premium payment for your policy. If this payment has been sent within the past three weeks, no action on your part is necessary and you may disregard this notice.

Your policy IS NOT cancelled at this time and WILL NOT be cancelled if the payment of the amount due is received before the effective date of cancellation shown above. If payment has not been sent, please take a moment to return your payment with the remittance slip below. Thank you.

```
Total Policy Premium    $1,165.00
Service Charge             $18.00      AMOUNT DUE NOW          $316.00
```

## PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

DETACH ALONG THIS PERFORATION BELOW
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
RETURN THIS PORTION WITH YOUR REMITTANCE



GO GREEN — Visit our web site www.southernfidelityins.com
Make online payments and sign up for eDelivery of policy documents

LVD 1017360 01 00 17 7200110

LOAN NUMBER:
AMOUNT DUE                              316.00

STEPHANIE FORTENBERRY
PO BOX 204
VIOLET LA 70092

PLEASE REMIT PAYMENT TO:
03#17
Southern Fidelity Insurance
P.O. Box 31148
Tampa,          FL33631-3148

000000363

LVD101736001172000000003160011720317

**SFIC**

| | | |
|---|---|---|
| | LVD 1017360 00 17 | 03/02/2016   03/02/2017 |
| | | 12:01 A.M. Standard Time at the described location |

AMENDED DECLARATION   Effective:   03/02/2016   Date Issued: 03/16/2016
MULTIPLE CHANGES

INSURED                                                           AGENT:   7200110

STEPHANIE FORTENBERRY                 DAN BURGHARDT INS AGCY INC
PO BOX 204                            3008 DAVID DR
VIOLET LA 70092                       METAIRIE, LA 70003

Telephone:   504-453-6171             Telephone:   504-455-7283

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:
3012 OAK DR                           VIOLET LA 70092

Coverage is provided where premium and limit of liability is shown.
Flood coverage is not provided by SOUTHERN FIDELITY and is not a part of this policy.

| COVERAGES | LIMIT OF LIABILITY | DESCRIPTION | PREMIUMS |
|---|---|---|---|
| A. Dwelling | $132,000.00 | Fire Bldg | $365.00 |
| | | Broad Form | $812.00 |
| C. Personal Property | $30,000.00 | Fire Cnts | $166.00 |
| | | Broad Form | $385.00 |
| **PERSONAL LIABILITY COVERAGE** | | | |
| L. Personal Liability | $300,000.00 | | $35.00 |
| M. Medical Payments | $1,000.00 | | INCLUDED |
| **OPTIONAL COVERAGES** | | | |
| LIMITED FUNGI, ROT BACTERIA | $10,000/$20,000 | | INCLUDED |

TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:   SEE REVERSE SIDE         $1,880.00

**PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY.**

FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| DL 0117 (02/05) | DL 2401 (12/02) | COUNTERSIGNED DATE  03/16/2016 |
| DL 2402 (12/02) | DL 2411 (12/02) | |
| DL 2416 (12/02) | SFD LA D2 (10/07) | BY  *James Grisonella* |
| SFDLA ALE (09/12) | SFDLAAE (08/12) | |
| Continued on Forms Schedule | | |

ADDITIONAL INTERESTS

AGENT'S COPY