# Exhibit C

Corrosion found in home of Plaintiff Bessie Barnett



Corrosion found in home of Plaintiff Gwendolyn Bierria



Corrosion found in home of Plaintiff Stephanie Fortenberry

