# Exhibit D

|  | **Healthy Home Solutions, LLC** | *You deserve a Healthy Home* |
|---|---|---|

Nov 4, 2021

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy Suite 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FORTENBERRY_3012
        Property: 3012 Oak Dr. Violet, LA 70092

Mr Doyle:

    At your request, an inspection of the above property was performed on March 7, 2020.
    Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.
    Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| Crescent City Gypsum | Kitchen Ceiling |

    We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Markings Consistent with Chinese Manufactured Drywall on ceiling.



Figure 2: Blackened copper consistent with exposure to Chinese manufactured problem drywall.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Nov 6, 2021

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy Suite 650
Birmingham, AL 35209

RE: Chinese Drywall Screening Report Number: BARNETT_114191
Property: 114191 Morrison Rd, New Orleans, LA 70128

Mr Doyle:

At your request, an inspection of the above property was performed on April 10, 2021.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| TAISHAN | Living Room Wall |

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Address as seen from street.

Photo Exhibit-Indicia

Figure 3:Markings on drywall consistent with Taishan brand drywall



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Nov 6, 2021

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy Suite 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BIERRIA_5286
      Property: 5286 Warrington Dr. New Orleans, LA 70122

Mr Doyle:

At your request, an inspection of the above property was performed on April 10, 2021.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| TAISHAN | Bedroom Ceiling |

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Address as seen from street.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

2

Photo Exhibit-Indicia



Figure 3:Markings on drywall consistent with Taishan brand drywall