UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED: | |
| *Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* 2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON MAG. JUDGE NORTH |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, it is hereby ORDERED that said motion is GRANTED. Liability and Causation have been established by Plaintiffs Bessie Barnett, Gwendolyn Bierria, and Stephanie Fortenberry against Defendant Tai'an Taishan Plasterboard Co., Ltd. and Defendant Taishan Gypsum Company, Ltd. At the trial of this matter, only the issue of damages remains to be determined.

New Orleans, Louisiana, this _____ day of December, 2021.

_____
Eldon E. Fallon
United States District Court Judge