# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF COMPLIANCE

Please take notice that, in accordance with the Court Order dated October 27, 2021 (ECF No. 23219), undersigned counsel on behalf of the firms (i) Whitfield Bryson & Mason LLP and (ii) Mrachek Fitzgerald Rose Konopka Thomas & Weiss PA has deposited into the registry of the Court sixteen percent of the gross claimant recovery from the Florida Individual Settlements (FIS) previously held in Parker Waichman LLP's escrow pursuant to an order by the Southern District of Florida (S.D. Fla. ECF No. 394) and joint stipulation (S.D. Fla. ECF No. 329). The portion attributable to Whitfield Bryson & Mason LLP is $762,365.17. The portion attributable to Mrachek Fitzgerald Rose Konopka Thomas & Weiss PA is $488,640.88.

Dated: November 12, 2021        Respectfully submitted,

                                       */s/ Jimmy R. Faircloth, Jr.*
                                       Jimmy R. Faircloth, Jr.
                                       La. Bar No.: 20645
                                       Email: jfaircloth@fairclothlaw.com
                                       Faircloth Melton Sobel & Bash, LLC
                                       105 Yorktown Drive
                                       Alexandria, Louisiana 71303
                                       Telephone: (318) 619-7755
                                       Facsimile: (318) 619-7744

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of November, 2021.

                      */s/ Jimmy R. Faircloth, Jr.*
                      OF COUNSEL