UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| ................................................................ : | | MAG. JUDGE WILKINSON |

**BARON & BUDD, P.C.'S MOTION FOR DISBURSEMENT OF ATTORNEY FEE FUNDS HELD IN THE COURT REGISTRY**

Baron & Budd, P.C., respectfully moves this Court to approve disbursement of funds held in the Registry of the Court, as detailed in the Memorandum in Support filed concurrently with this Motion.

Specifically, and as set forth in detail in the Memorandum in Support, Baron & Budd, P.C. requests that the Court issue an order authorizing the disbursement of $187,577.00, plus all interest earned less the assessment fee for the administration of funds, currently held in the Court's Registry to "Baron & Budd, P.C.", to be mailed to Holly Werkema, Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219.

Pursuant to Local Rule 67.3, Movant certifies that she has provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the Registry account.

WHEREFORE, for the reasons set forth in this Motion and accompanying Memorandum, Baron & Budd, P.C. requests that this Honorable Court approve disbursement of funds held in the Court Registry in the manner set forth herein.

Dated: November 12, 2021

Respectfully submitted,

　　/s/ Holly Werkema
Holly Werkema (TX Bar No. 24081202)
BARON & BUDD, P.C.
3102 Oak Lawn Ave. Ste. 1100
Dallas, TX 75219
Telephone:  (214) 521-3605
Facsimile:  (214) 520-1181
hwerkema@baronbudd.com

*On behalf of Baron & Budd, P.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing has been served upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 12th day of November, 2021.

　　/s/ Holly Werkema
Holly Werkema