UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF BARON & BUDD, P.C.'S MOTION FOR DISBURSEMENT OF ATTORNEY FEE FUNDS HELD IN THE COURT REGISTRY**

The undersigned counsel, on behalf of Baron & Budd, P.C., respectfully moves this Court to approve disbursement of common benefit attorneys' fees and costs from the Chinese Drywall Knauf Attorney Fee funds held in the Registry of the Court.

On November 20, 2020, the Court entered an Order Granting Settlement Administrator's Motion to Wind Down the Knauf Attorney Fee QSF. (Doc. No. 22978). This Order allowed BrownGreer, the settlement administrator, to transfer all remaining Knauf Attorney Fee funds held by it into the Registry of the Court. It is the undersigned counsel's understanding that BrownGreer completed the transfer of these funds in December of 2020.

Included within the funds transferred to the Registry of the Court pursuant to the Court's November 20, 2020 Order were $187,577.00 of common benefit fees and expense reimbursement for Alters, Boldt, Brown, Rash & Culmo, later named Alters Law Firm, P.A. The amount due Alters, Boldt, Brown, Rash & Culmo, a/k/a Alters Law Firm, P.A. is set forth in the Court's Order and Reasons Allocating Common Benefit Fees in the Knauf Aspect of this Litigation entered on February 4, 2019. (Doc. No. 22089).

Baron & Budd, P.C. and Alters, Boldt, Brown, Rash & Culmo, a/k/a Alters Law Firm, P.A. have reached an agreement that the $187,577.00 of Knauf related common benefit fees and

1

expense reimbursement should be disbursed in full to Baron & Budd, P.C. The letter agreement between the firms is attached hereto as Exhibit "A".

Accordingly, Baron & Budd, P.C. requests that the Court issue an order authorizing the disbursement of $187,577.00, plus all interest earned less the assessment fee for the administration of funds, currently held in the Court's Registry to "Baron & Budd, P.C.", to be mailed to Holly Werkema, Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219.

Pursuant to Local Rule 67.3, Movant certifies that she has provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the Registry account.

WHEREFORE, for the reasons set forth herein, the undersigned requests that this Honorable Court approve the disbursement of Knauf common benefit attorney fee funds and expense reimbursement from the Knauf Attorney Fee funds currently held by the Clerk of Court to Baron & Budd, P.C. as set forth above.

Dated: November 12, 2021           Respectfully submitted,

                                                         __/s/ Holly Werkema_____
                                                        Holly Werkema (TX Bar No. 24081202)
                                                        BARON & BUDD, P.C.
                                                        3102 Oak Lawn Ave. Ste. 1100
                                                        Dallas, TX 75219
                                                        Telephone:  (214) 521-3605
                                                        Facsimile:  (214) 520-1181
                                                        hwerkema@baronbudd.com

                                                        *On behalf of Baron & Budd, P.C.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and forgoing has been served upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 12th day of November, 2021.

                                                      */s/ Holly Werkema*
                                                      Holly Werkema