# Exhibit "A"

July 12, 2021

**Brown Greer PLC**
Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, Virginia 23231

Re:   Knauf Settlement Chinese Drywall Common Benefit Fee

Dear Settlement Administrator:

This letter and agreement is to serve as confirmation that the common benefit fees and reimbursement of assessments associated with Alters Law Firm, P.A. and Alters, Boldt, Brown, Rash & Culmo in the amount of $187,577.00, as set forth in the Court's Order and Reasons Allocating Common Benefit Fees in the Knauf Aspect of this Litigation (*In Re: Chinese-Manufactured Drywall Products Liability Litigation*, Rec. Doc. 22089), should be disbursed in full to Baron & Budd, P.C.

_____
Jeremy Alters, formerly of Alters
Law Firm, P.A. and Alters, Boldt,
Brown, Rash & Culmo

July 12, 2021

_____
Baron & Budd, P.C.

July 12, 2021



DALLAS | AUSTIN | BATON ROUGE | NEW ORLEANS | CHICO
LOS ANGELES | SAN DIEGO | NEW YORK | WASHINGTON, D.C.

800.222.2766　　3102 Oak Lawn Avenue
tel 214.521.3605　　Suite 1100
fax 214.520.1181　　Dallas, TX 75219-4281

July 12, 2021

**Brown Greer PLC**
Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, Virginia 23231

Re:　Knauf Settlement Chinese Drywall Common Benefit Fee

Dear Settlement Administrator:

This letter and agreement is to serve as confirmation that the common benefit fees and reimbursement of assessments associated with Alters Law Firm, P.A. and Alters, Boldt, Brown, Rash & Culmo in the amount of $187,577.00, as set forth in the Court's Order and Reasons Allocating Common Benefit Fees in the Knauf Aspect of this Litigation (*In Re: Chinese-Manufactured Drywall Products Liability Litigation*, Rec. Doc. 22089), should be disbursed in full to Baron & Budd, P.C.

_____　　_____
Jeremy Alters, formerly of Alters　　Baron & Budd, P.C.
Law Firm, P.A. and Alters, Boldt,
Brown, Rash & Culmo

July 12, 2021　　　　　　　　　　　　July 12, 2021