UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| ................................................................: | | MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Baron & Budd, P.C.'s Motion for Disbursement of Attorney Fee Funds Held in the Court Registry is hereby set for submission before District Judge Eldon Fallon on December 1, 2021 at 9:00 am.

Dated: November 12, 2021              Respectfully submitted,

                                                                */s/ Holly Werkema*
                                                              Holly Werkema (TX Bar No. 24081202)
                                                              BARON & BUDD, P.C.
                                                              3102 Oak Lawn Ave. Ste. 1100
                                                              Dallas, TX 75219
                                                               Telephone:  (214) 521-3605
                                                               Facsimile:  (214) 520-1181
                                                              hwerkema@baronbudd.com

                                                              *On behalf of Baron & Budd, P.C.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and forgoing has been served upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 12th day of November, 2021.

                                              */s/ Holly Werkema*
                                              Holly Werkema