UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL           PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**ORDER GRANTING MOTION FOR DISBURSEMENT T FROM THE REGISTRY OF THE COURT**

Considering the Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $187,577.00 plus all interest earned, payable to Baron & Budd, P.C. and mail the check to Holly Werkema, Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219.

New Orleans, Louisiana, this ___ day of _____, 2021.

_____
Eldon E. Fallon
United States District Court Judge