# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : : | |

## NOTICE OF FILING DECLARATION OF BEN W. GORDON, JR.

NOTICE IS HEREBY GIVEN that the Declaration of Ben W. Gordon, Jr., has been filed electronically with the clerk of court on the 17th day of November 2021 through CM/ECF and that CM/ECF will send an e-notice of the electronic filing to all counsel of record.

/s/ Ben W. Gordon, Jr.
Ben W. Gordon, Jr., Esquire
Florida Bar No. 882836
Levin, Papantonio, Rafferty,
Proctor, Buchanan, O'Brien,
Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850)435-7034
Facsimile: (850)436-6034
*Attorneys for the Plaintiffs*