UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *ALL CASES* | : : : : | |

## DECLARATION OF BEN W. GORDON, JR.

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, BEN W. GORDON, JR., declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. Levin Papantonio, et al., referred all of its remanded Amorin class Florida plaintiffs (R. Doc 22126-3 (Exh. A to Motion to Lift PTO 32) (Attached hereto) to the law firm of Parker Waichman, LLP in approximately January, 2019 and those claimants, on information and belief, signed new retainer agreements with that law firm;

2. After that time, neither undersigned counsel nor any other member of Levin Papantonio, et al., had any further role or involvement in representing those claimants;

3. Undersigned counsel has no personal knowledge of any negotiations or settlement activities that ensued from that point forward in those cases;

4. Levin, Papantonio, et al. agreed to refer the cases on Exhibit A to the law firm of Parker Waichman, LLP without the expectation of receiving any fee in said cases, and in fact Parker Waichman, LLP agreed only to reimburse Levin Papantonio for any actual expenses incurred on behalf of said claimants;

5. Levin Papantonio, et al. was reimbursed the aggregate sum of $60,682.40 for its actual expenses, but at no time has Levin Papantonio, et al. been paid any fees on such cases, nor does Levin Papantonio, et al. have any entitlement to or expectation of receiving any such fees.

Further Declarant sayeth naught.

Respectfully submitted,

/s/ Ben W. Gordon, Jr.
Ben W. Gordon, Jr., Esquire
Florida Bar No. 882836
Levin, Papantonio, Rafferty,
Proctor, Buchanan, O'Brien,
Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850)435-7034
Facsimile: (850)436-6034
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing DECLARATION OF BEN W. GORDON, JR., has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated:  November 17, 2021.

                                              Respectfully submitted,

                                              /s/ Ben W. Gordon
                                              Ben W. Gordon, Jr., Esquire
                                              Florida Bar No. 882836
                                              Levin, Papantonio, Rafferty
                                              Proctor, Buchanan, O'Brien,
                                              Barr & Mougey, P.A.
                                              316 S. Baylen Street, Suite 600
                                              Pensacola, FL 32502
                                              Telephone: (850)435-7034
                                              Facsimile: (850)436-6034
                                              *Attorneys for the Plaintiffs*