**MOTION TO LIFT PTO 32 FOR SETTLEMENT OF INDIVIDUAL CLAIMS ON REMAND WITH VOLUNTARY HOLDBACK FOR FUTURE FEE ALLOCATION**

**EXHIBIT "A"**

**PARTICIPATING PLAINTIFFS**

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Aldred, Timothy and Pearl | 9001 Sunrise Lakes Blvd. #201 | Sunrise | FL | 33322 |
| Ankum, Freda G. | 1016 North J. Street | Pensacola | FL | 32501 |
| Bentley, Lonnette and Lowery, Kenneth | 4458 Preacher Lane | Jay | FL | 32565 |
| Bradley, Leon Sr. and Robin | 1661 Lewis Road | Milton | FL | 32570 |
| Brewton, I.D. and Sonia III | 8804 Jernigan Road | Pensacola | FL | 32514 |
| Burkhead, Samantha and John L. | 4457 Marvin Reaves Road | Jay | FL | 32565 |
| Calloway, Frederic (Kent) and Amanda | 2333 Hwy. 168 | Century | FL | 32535 |
| Daniels, Lula | 5918 Bilek Drive | Pensacola | FL | 32526 |
| Davis, Chris | 300 East Bogia Road | McDavid | FL | 32568 |

Page 1 of 41

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Fluharty, Carson and Charlene | 1706 Graduate Way | Pensacola | FL | 32514 |
| Frazier, Sr., Frank and Jessie | 412 S. First Street | Pensacola | FL | 32507 |
| Gillman, James c/o Carolyn Houck | 6435 Dallas Avenue | Pensacola | FL | 32526 |
| Harvey, Ronald and Brandy Jr. | 5919 Bilek Drive | Pensacola | FL | 32526 |
| Holt, Herschel and Karen | 200 Camp Harberson Lane | Baker | FL | 32531 |
| Hughes, Amanda | 5938 Bilek Drive | Pensacola | FL | 32526 |
| Jackson, Tiffany (aka Norris, Tiffany) | 6750 Gulley Lane | Pensacola | FL | 32505 |
| Jarman, Marcus and Jaclyn | 473 Pinebrook Circle | Cantonment | FL | 32533 |
| Joiner, David and Charity | 5505 Perkins Street | Pensacola | FL | 32526 |
| Jones, Rosetta and Lucious | 4894 Genevive Court | Pensacola | FL | 32526 |
| Kapalin, Daniel and Danielle | 14115 Stowbridge Avenue | Tampa | FL | 33626 |
| Kelson, Sherrie | 5951 Annette Street | Pensacola | FL | 32506 |

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Knowles, Timothy and Tosha | 7636 Killiam Road | Century | FL | 32535 |
| Lister, Mindy and Martin | 1698 Brightleaf Circle | Cantonment | FL | 32533 |
| Lundy, William and Gena | 8820 Hwy. 89 | Milton | FL | 32570 |
| Mallin, Karen and Jonathan | 3008 West San Carlos Street | Tampa | FL | 33629 |
| McMillan, Annette and John | 403 E. Maxwell Street | Pensacola | FL | 32503 |
| Mendez, Claudia | 12960 Turtle Cove Trail North | Ft. Myers | FL | 33903 |
| Mendez, Wilmer | 2201 N.E. 4th Avenue | Cape Coral | FL | 33909 |
| Morris, Robert | 14123 Stilton Street | Tampa | FL | 33626 |
| Nowling, Michael and Angel | 3323 Farrish Road | Jay | FL | 32565 |
| Nudelman, Gene and Levina, Tatyana | 7240 Wisteria Avenue | Parkland | FL | 33076 |
| Parker, William Jr. | 2322 Anthens Avenue | Pensacola | FL | 32507 |
| Parker, William Sr. | 2318 Athens Avenue | Pensacola | FL | 32507 |

| Levin Papantonio Law | | | | |
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Pate, Jeremy | 6311 Ard Road | Pensacola | FL | 32526 |
| Pope, Jackie and Ronald | 433 Evening Falls Drive | Pensacola | FL | 32534 |
| Posey, Susan | 5934 Bilek Drive | Pensacola | FL | 32526 |
| Reber, Todd and Melissa | 5385 Schaag Road | Molino | FL | 32577 |
| Risko, Mark and Beverly Ann | 5910 Bilek Drive | Pensacola | FL | 32526 |
| Robinson, Terry and Wallace | 2828 Wallace Lake Road | Pace | FL | 32571 |
| Salter, Kenneth and Cindy | 5484 Inwood Drive | Pace | FL | 32571 |
| Scott, Cynthia and Jonathan | 1984 Gloria Circle | Palm Bay | FL | 32905 |
| Shehadi, Fred and Susan | 1423 Joseph Circle | Gulf Breeze | FL | 32563 |
| Sims, Fred | 1206 North "V" Street | Pensacola | FL | 32505 |
| Sims, Willie | 3720 James Street | Pensacola | FL | 32505 |
| Skipper, Phillip and Cheryl | 1600 Evers Haven | Cantonment | FL | 32533 |

| Levin Papantonio Law |||||
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Sylvester, Kristen and Nolan | 5764 Jade Moon Circle | Milton | FL | 32583 |
| Taylor, George and Anna | 9345 Bell Ridge Drive | Pensacola | FL | 32526 |
| Torres-Lutz, Marcelo and Cecilia | 334 Cipriani Way | Venice | FL | 34275 |
| Wilcox, Eric and Karen | 14117 Stowbridge Avenue | Tampa | FL | 33626 |
| Willey, Ryan and Danielle | 1722 Graduate Way | Pensacola | FL | 32514 |
| Woodard, Benjamin and Deborah | 10600 Tara Dawn Circle | Pensacola | FL | 32534 |

| Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. |||||
|---|---|---|---|---|
| Claimant Name | Affected Property Address | City | State | Zip |
| Deeg, David and Hooker, Deborah | 516 Southwest Akron Avenue | Stuart | FL | 34994 |
| DeMonaco, Charles | 92 Belle Grove Lane | Royal Palm Beach | FL | 33411 |
| Etter, Steven and Cathy | 18894 SE Jupiter Inlet Way | Tequesta | FL | 33469 |
| RCR Holdings II, LLC | 1690 Renaissance Commons #1101 | Boynton Beach | FL | 33426 |