*Certification of Funds in the Registry*
PRINCIPAL: $ 6,202,738.71
Financial Deputy: MBR   Date: 11/12/2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  :  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION         :
                                      :
                                      :  SECTION: L
This Document Relates to All Cases    :
                                      :  JUDGE FALLON
                                      :

## ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE REGISTRY OF THE COURT

Considering the Motion for Disbursement, R. Doc. 23231:

IT IS ORDERED that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $187,577.00 plus all interest earned, payable to Baron & Budd, P.C. and mail the check to Holly Werkema, Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, TX 75219.

New Orleans, Louisiana, this 17 day of Nov., 2021.

Eldon E. Fallon
United States District Court Judge