# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Selene Acosta, et al. v. Knauf Gips, KG, et al.*, **2:21-cv-02033-EEF-MB** | **JUDGE ELDON FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend, it is hereby ORDERED, that said motion is **GRANTED**. Plaintiffs' request for leave is well taken and the proposed Amended Complaint submitted as an exhibit to Plaintiffs' motion shall be filed into the record for this action by Plaintiffs within 14 days following the service of this order on Plaintiffs' counsel via FileAndServeXpress.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
Eldon E. Fallon
United States District Court Judge