UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry; | |
| Plaintiffs, | Case No. 2:15-CV-04127-EEF-JCW |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council, | |
| Defendants. | |

**TAISHAN'S EMERGENCY MOTION TO STRIKE UNTIMELY EXPERT MATERIALS, STAY BRIEFING SCHEDULE &
TO ENFORCE CASE MANAGEMENT ORDER NO. 1**

Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Taishan") seek the Court's immediate intervention to correct Plaintiffs' violation of the expert discovery schedule and prevent imminent prejudice to Taishan from Plaintiffs' use of untimely expert materials in their recently-filed Motion for Partial Summary Judgment (Rec. Doc. 23229). Because Taishan is facing an immediate briefing deadline on Plaintiffs' motion with the precluded untimely materials, Taishan seeks the emergency relief described below and requests that the Court set a telephonic or video hearing on these issues before the Thanksgiving holiday.


As outlined in the attached memorandum, on November 6, 2021, Plaintiffs served expert disclosures for two expert witnesses in the above-captioned case. Under the discovery schedule set forth in the Case Management Order No. 1 ("CMO") (Rec. Doc. 23012), Plaintiffs' expert disclosures were due over two months prior on September 4, 2021. Per the CMO, the final round of motions for summary judgment are due in less than one month. Creating further prejudice to Taishan, on November 10, 2021, Plaintiffs filed a Motion for Partial Summary Judgment, seeking summary judgment against the Defendants on liability and causation which attaches two home inspection reports that were a part of their untimely expert disclosures. Rec. Doc. 23229.

Taishan now seeks expedited relief from the Court before their Opposition to Plaintiffs' Motion for Partial Summary Judgment is due on December 1, 2021. As further explained in the attached memorandum, Taishan respectfully requests that the Court set a telephonic or video hearing to resolve these issues before the Thanksgiving holiday and issue an order providing the following relief:

(1) find that Plaintiffs' expert disclosures are untimely and inadmissible in support of Plaintiffs' claims;

(2) strike Plaintiffs' untimely home inspection reports (Exhibit D, Rec. Doc. 23229-5) from Plaintiffs' Motion under Federal Rule of Civil Procedure 37, and

(3) stay Defendants' deadline to respond to Plaintiffs' Motion for Partial Summary Judgment until January 3, 2022, the CMO deadline for responses to summary judgment motions filed on December 13, 2021, the CMO deadline for filing of any motions for summary judgment.

.                                                  Respectfully submitted,

Dated: November 19, 2021

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.

Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of November, 2021.

                                              <u>/s Christina Hull Eikhoff</u>
                                              Christina Hull Eikhoff, Esq.
                                              Georgia Bar No. 242539
                                              ALSTON & BIRD LLP
                                              1201 West Peachtree Street NW
                                              Atlanta, Georgia 30309
                                              Phone: (404) 881-7000
                                              Fax: (404) 881-7777
                                              christy.eikhoff@alston.com

                                              *Counsel for Taishan Gypsum Co., Ltd. and*
                                              *Tai'an Taishan Plasterboard Co., Ltd.*