# EXHIBIT A

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Wednesday, August 4, 2021 7:35 AM |
| **To:** | Jimmy Doyle; Lawson, Matt |
| **Subject:** | Re: Case No. 2:15-CV-04127 - Defendants' First Request for Production of Documents |

Jimmy,

We were sorry to hear about your hospitalization last month when we first learned of it on July 14, after you had been released from the hospital, in your response to Judge North's show-cause order. However, your communications to the Court also reported that you were expected to be cleared for "normal activity" by July 16, and you confirmed your full availability to the Court on July 26. We are glad to hear of your recovery.

In light of your reported recovery, you could have made a request for an extension to respond to Taishan's requests for production several days before the July 30 deadline. Moreover, Taishan's requests for production were also served on your co-counsel of record, Jim Doyle, who shares responsibility for meeting case obligations. Neither counsel of record met your Rule 34 obligation to respond to Taishan's requests within 30 days. With the deadline passed and missed, any objections under Rule 34(b)(2)(C) were and remain waived. However, we understand that you may need more time to gather and produce responsive documents. The close of this phase of discovery per Judge Fallon's Case Management Order is August 10. We will agree that you may produce your responsive documents at any time prior to that date, but we cannot agree to the production of documents past the close of discovery.

As you have expressed a preference for email rather than the meet and confer conversation we proposed, this serves as our response.

Regards,

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-881-7000 main
Legal Assistant: Scott Bobo (scott.bobo@alston.com)

---

**From:** Jimmy Doyle <jimmy@doylefirm.com>
**Sent:** Tuesday, August 3, 2021 1:44 PM
**To:** Lawson, Matt; Eikhoff, Christy Hull
**Subject:** Re: Case No. 2:15-CV-04127 - Defendants' First Request for Production of Documents

**EXTERNAL SENDER – Proceed with caution**

Counsel:

We'll need an extension to respond to your requests. As you might be aware, you served these requests on the same day I was hospitalized and this obviously has caused a delay in this process. Can we agree to an extension to August 20th? This can serve as our meet and confer.

Thanks.

Jimmy Doyle

> On Aug 2, 2021, at 12:31 PM, Lawson, Matt <Matt.Lawson@alston.com> wrote:
>
> Counsel,
>
> We served on you the attached Requests for Production on June 30, 2021. The deadline for your response - including any objections - was last Friday, July 30.
>
> By failing to object, you have waived any objections to the Requests, including any objection to privilege. *See e.g. Felham Enterprises (Cayman) Ltd. v. Certain Underwriters At Lloyd's*, No. CIV.A. 02-3588 C/W 0, 2004 WL 2360159 (E.D. La. Oct. 19, 2004) (holding that party who failed to timely respond to document requests waived any right to object to privilege).
>
> We now expect that you will immediately produce the requested materials. Please advise when you are available Tuesday August 3 or Wednesday August 4 for a meet and confer to discuss your production.
>
> Best regards,
>
> Matt Lawson
> Alston & Bird LLP
> 404-881-4650
>
> ---
>
> **From:** Lawson, Matt
> **Sent:** Wednesday, June 30, 2021 1:42 PM
> **To:** 'Jimmy Doyle' <jimmy@doylefirm.com>; Jim Doyle <jim.doyle@doylefirm.com>
> **Cc:** 'Christy Hull Eikhoff (christy.eikhoff@alston.com)' <Christy.Eikhoff@alston.com>; Venderbush, David <David.Venderbush@alston.com>; 'cvejnoska@orrick.com' <cvejnoska@orrick.com>; 'jstengel@orrick.com' <jstengel@orrick.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>; 'Guerra, Dan' <dguerra@orrick.com>; 'Alex B. Rothenberg' <ARothenberg@gamb.com>
> **Subject:** Case No. 2:15-CV-04127 - Defendants' First Request for Production of Documents
>
> Counsel,
>
> Pursuant to Judge Fallon's Case Management Order No. 1, attached for service is Defendants' First Request for Production of Documents. Please let us know if you have any questions.

Best regards,

**Matthew D. Lawson**
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-4650 (direct dial)
(404) 881-7777 (fax)
matt.lawson@alston.com

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

<Brooke Louisiana - Defendants' First Request for Production of Documents.pdf>