# EXHIBIT B

| | |
|---|---|
| **From:** | Jimmy Doyle <jimmy@doylefirm.com> |
| **Sent:** | Monday, November 8, 2021 3:33 PM |
| **To:** | Eikhoff, Christy Hull |
| **Cc:** | Lawson, Matt; Shapiro, Marc R.; Davidson, Andrew K.; Jim Doyle; Venderbush, David |
| **Subject:** | Re: Plaintiffs' Expert Designations - Brooke v. Taishan - EDLA |

**EXTERNAL SENDER – Proceed with caution**

Christy:

You are mistaken.  These are not untimely.  Take a look Section C of the order.  "This Second Discovery Phase begins upon completion of the Early Motion for Summary Judgment Period (i.e., the date this Court enters its order on the final summary judgment motion)…". Look at the final action date for the Ross motion to reconsider - the period ends on November 6, 2021.

Regards,


Jimmy Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone
(844) 638-5812   fax


> On Nov 8, 2021, at 12:18 PM, Eikhoff, Christy Hull <Christy.Eikhoff@alston.com> wrote:
>
> Jimmy,
>
> These expert designations and reports are untimely and violate Judge Fallon's Case Management Order No. 1 (Rec. Doc. 23012 ("CMO1").  Accordingly, Defendants reject them in their entirety and will seek to have the Court exclude them unless you retract them within the next 2 days.
>
> Judge Fallon entered his Order on May 27, 2021. Rec. Doc. 23089.  Plaintiffs were required to serve expert designations and experts reports "[n]o later than one hundred (100) days" after CMO1, which created a deadline of **Monday, September 6, 2021.** Rec. Doc. 23012 at 4.  Your submission of these designations and reports more than 2 months after that deadline, and just a few weeks before CMO1's summary judgment deadline, is inexcusable.
>
> Unless we hear back from you by COB Wednesday, we will take this to Judge Fallon.
>
> Regards,
>
> Christy Hull Eikhoff

Alston & Bird
404-881-4496 direct
404-550-4823 mobile

**From:** Jimmy Doyle <jimmy@doylefirm.com>
**Sent:** Saturday, November 6, 2021 12:37 AM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; Lawson, Matt <Matt.Lawson@alston.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>
**Cc:** Jim Doyle <jim.doyle@doylefirm.com>
**Subject:** Plaintiffs' Expert Designations - Brooke v. Taishan - EDLA

**EXTERNAL SENDER – Proceed with caution**

Counsel:

Attached you'll find Plaintiffs' expert designations for Brooke v. Taishan pending the Eastern District of Louisiana. Copies of their expert reports will be placed on the box.com site by the end of the day tomorrow.

Regards,


Jimmy Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone
(844) 638-5812   fax



NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.