# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry; <br><br> Plaintiffs, <br><br> v. <br><br> Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council, <br><br> Defendants. | MDL Docket No. 2047 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> Case No. 2:15-CV-04127-EEF-JCW |

## **[PROPOSED] ORDER**

Considering Taishan's Emergency Motion to Strike Untimely Expert Materials, Stay Briefing Schedule, and to Enforce Case Management Order No. 1;

**IT IS HEREBY ORDERED** that:

(1) Plaintiffs' expert disclosures are untimely and inadmissible in support of Plaintiffs' claims;

(2) Plaintiffs' untimely home inspection reports (Exhibit D, Rec. Doc. 23229-5) are stricken from Plaintiffs' Motion for Partial Summary Judgment, and

(3) Defendants' deadline to respond to Plaintiffs' Motion for Partial Summary Judgment is stayed until January 3, 2022.

IT IS SO ORDERED.

1

New Orleans, Louisiana, this _____ day of _____, 2021.

                                                                                        _____
                                                                                       **Honorable Eldon E. Fallon**
                                                                                       **United States District Judge**