# EXHIBIT "B"

**From:** Mark Milstein <mmilstein@mjfwlaw.com>
**Sent:** Thursday, November 11, 2021 2:49 PM
**To:** Sandra L. Duggan <sduggan@lfsblaw.com>
**Cc:** ddurkee@downslawgroup.com; Arnold Levin <ALevin@lfsblaw.com>; Richard J. Serpe (rserpe@serpefirm.com) <rserpe@serpefirm.com>; patrick@colson.com; sherman@hhklawfirm.com
**Subject:** Re: CDW - common benefit fees awarded from the FIS

Sandy,

Still have not discussed on our end and made a decision but will do so and get back to you next week.  Btw-what date do you have as the date Judge Fallon denied the Motion to Stay? I thought 10/27 so not even two weeks yet?  Please let me know if that is not correct.

Thank you,

Mark

Sent from my iPhone


On Nov 11, 2021, at 6:28 AM, Sandra L. Duggan <sduggan@lfsblaw.com> wrote:

> Mark and David – Judge Fallon ordered on September 16, 2021 that you transfer the funds you are holding in your escrow account from the Florida Individual Settlement into the Court registry. Your motion for a stay of that order was denied almost a month ago. I understand from Jimmy Faircloth that you have not responded to him as to whether you are transferring the fees awarded to common benefit counsel. Please advise as to your intentions on compliance with the order so we can notify the Court appropriately.
>
> Thank you,
>
> Sandra L. Duggan
> Of-Counsel
> LEVIN SEDRAN BERMAN LLP
> 510 Walnut Street
> Suite 500
> Philadelphia, PA  19106
> (215) 592-1500 office
> (215) 870-8258 cell
> (215) 592-4663 fax
> www.lfsblaw.com
>
> CONFIDENTIALITY NOTE: This email message contains information belonging to the law firm of LEVIN SEDRAN BERMAN LLP and may be privileged, confidential

and/or protected from disclosure.  The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender.  If you are not the intended recipient, please delete the message and understand that dissemination, distribution or copying is strictly prohibited.