# EXHIBIT "F"

**From:** Jimmy Faircloth <jfaircloth@faircothlaw.com>
**Sent:** Wednesday, November 10, 2021 5:37 PM
**To:** Sandra L. Duggan <sduggan@lfsblaw.com>; Montoya, Patrick <patrick@colson.com>
**Subject:** CDW fee funds

Sandy and Patrick - As instructed by Dan Bryson and Greg Weiss, our client ({Parker Waichmann) has transferred their portion of the escrowed funds into the registry of the Eastern District La.  Because the escrow was based on a percentage of recovery and the award is based on a percentage of the fees, the escrow is short a few thousand dollars on their portions (not the other firms).  This is because Bryson/Mason and Weiss/Mrachek had a higher fee percentage.  Anyway, here's the breakdown:

WBM -  The 45% award is $769,006.79.  The 16% escrow against recovery is $762,365.17.  Bryson/Mason will deliver the difference, $6,641.62.
Mrachek - The 45% award is $502,668.30.   The 16% escrow against recovery is $488,640.88.  Weiss/Leopold will deliver the difference, $14,027.42.

PW continues to hold in escrow the 16% set aside from its contracts and those of  Levin Pap (assigned to PW).  I am awaiting final instructions from PW regarding the transfer order.   I have not heard from Milstein on this issue.

Jimmy

Jimmy R. Faircloth, Jr.
FAIRCLOTH MELTON SOBEL & BASH, LLC
105 Yorktown Drive
Alexandria, LA 71303
Phone 318-619-7755
Fax 318-619-7744

CONFIDENTIALITY STATEMENT

This electronic message contains information from Faircloth Melton Sobel & Bash, LLC and is confidential and privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.  If you have received this electronic message in error, please notify us immediately by telephone at (318) 619-7755.