

# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Nov 18, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-30596

United States Court of Appeals
Fifth Circuit
**FILED**
October 27, 2021
Lyle W. Cayce
Clerk

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION

---

VALENTINE FREGO; KIMBERLY FREGO; FRED NOLTE,

*Plaintiffs—Appellants*,

versus

SETTLEMENT CLASS COUNSEL,

*Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-MD-2047
USDC No. 2:13-CV-609

---

Before ELROD, SOUTHWICK, and COSTA, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.