# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 18, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 20-30596   Frego v. Settlement Class Cnsl
                  USDC No. 2:09-MD-2047
                  USDC No. 2:13-CV-609

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Majella A. Sutton, Deputy Clerk
                         504-310-7680

cc:
      Mr. Stephen Jay Herman
      Ms. Tiffany Ray
      Mr. Edward P. Rowan