UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**SETTLEMENT ADMINISTRATOR'S NOTICE OF**
**FINAL DISBURSEMENT OF TAISHAN SETTLEMENT FUNDS**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully submits Notice that it will disburse Taishan Settlement Program funds held in reserve to eligible claimants on a pro rata basis, now that the appeal of claimants Valentine Frego, Kimberly Nolte, and Fred Nolte has been dismissed (*see In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, No. 20-30596 (5th Cir. Oct. 27. 2021)).  The details of this final disbursement are as follows:

1) **Source of Funds.**  The funds to be disbursed in this final disbursement are funds heldback from the initial distribution for administrative expenses and/or appellate decisions that result in additional claim payments.  The parties contemplated that any unused funds would be disbursed in a final distribution pro rata once all appeals were adjudicated.  Rec. Doc 22787.

2) **Amount to Disburse.**  The amount to be disbursed is $895,686.42.  The pro rata amount to be paid to each claimant will be calculated in the same manner as the initial disbursement approved by the Court.  The Settlement Administrator will provide each firm with a list of the final disbursement amounts owed to each eligible claimant.

3) **Method of Disbursement.**  In the interest of expediting this final disbursement, the Settlement Administrator will issue the final disbursement to each firm in a single wire

transfer directly to Counsel using the wire information previously provided to the Settlement Administrator.  Any initial payment checks that have not been negotiated will be voided and the full amount owed to each claimant will be wired to Counsel.  Counsel, who will be notified of the uncashed and voided checks so that they can be responsible for issuing payment to their clients.

4) **Attorneys' Fees.**  Individually Retained Attorneys' Fees for the final disbursement will be included in the wire to Counsel.  The Settlement Administrator will calculate the Individually Retained Attorneys' Fees for each final disbursement payment and will provide a list of fees to Counsel.

5) **Timing.**  The Settlement Administrator anticipates issuing final disbursement wires on or about December 10, 2021.

WHEREFORE, the Settlement Administrator respectfully notifies the Court and all interested parties of its intent to issue the final disbursements from the Taishan Settlement Program in the manner specified above on or about December 10, 2021.

    Respectfully submitted,

    __/s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*