UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE NORTH |
| ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## NOTICE OF FILING

NOW COMES Whitfield Bryson & Mason LLP[1] and hereby give notice to the court, pursuant to the Court's October 27, 2021 Order (D.E. 23219), of payment of $6,641.62 to the Court's registry. See attached **Exhibit A**.

This the 22nd day of November, 2021.

MILBERG COLEMAN BRYSON GROSSMAN, PLLC

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
900 West Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
dbryson@milberg.com

---

[1] Whitfield Bryson & Mason LLP merged into Milberg Coleman Bryson Phillips Grossman, PLLC in May 2021.

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of November 2021, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C Bar No.: 15781
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Fax: (919) 600-5035
dbryson@milberg.com