# EXHIBIT A



Kay L. Bakemeier
900 West Morgan Street
Raleigh, NC 27603
(919) 600-5001
kbakemeier@milberg.com

November 22, 2021

Federal Express

Clerk, US District Court
500 Poydras Street, Room C151
New Orleans, LA 70130

      Re:   In re: Chinese-Manufactured Drywall Products Liability Litigation
              Case No. 2:09-md-02047-EEF-JCW

Dear Sir or Madam:

     In accordance with the Court's Order Allocating Common Benefit Fees from the Florida Individual Settlement (DE 23128) and Order and Reasons (DE 23219), enclosed is Check No. 1571 in the amount of $6,641.62 representing payment on behalf of Whitfield Bryson & Mason.

     Thank you for your attention to this matter. Please feel free to call me with any questions or concerns you may have.

                      Very truly yours,

                      Kay L. Bakemeier
                      Firm Administrator

Enclosure

Affiliates/Locations | California | Georgia | Kentucky | Mississippi | New Jersey | New York | North Carolina |
Puerto Rico | South Carolina | Tennessee | Washington |
Netherlands | Portugal | United Kingdom
**www.milberg.com**

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
OPERATING ACCOUNT
900 WEST MORGAN STREET
RALEIGH, NC 27603

Pinnacle

87-863/640

1751

11/22/2021

PAY TO THE ORDER OF  Clerk, U.S. District Court   $  6,641.62

Six thousand six hundred forty-one Dollars and sixty-two Cents   DOLLARS

Clerk, U.S. District Court
500 Poydras Street, Room C151
New Orleans LA 70130

MEMO  CDW Common Benefit for Whitfield Bryson

AUTHORIZED SIGNATURE

---

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
OPERATING ACCOUNT

1751

| Reference No. | Document Type | Document Date | Original Value | Discount Taken | Amount Paid |
|---|---|---|---|---|---|
| 2:09md02047 | Purchase Invoice | 11/22/2021 | $6,641.62 | $0.00 | $6,641.62 |

| Check Date | Check No. | Payee | Discounts Taken | Check Amount |
|---|---|---|---|---|
| 11/22/2021 | 001750 | | $0.00 | $6,641.62 |

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
OPERATING ACCOUNT

1751

| Reference No. | Document Type | Document Date | Original Value | Discount Taken | Amount Paid |
|---|---|---|---|---|---|
| 2:09md02047 | Purchase Invoice | 11/22/2021 | $6,641.62 | $0.00 | $6,641.62 |

| Check Date | Check No. | Payee | Discounts Taken | Check Amount |
|---|---|---|---|---|
| 11/22/2021 | 001750 | | $0.00 | $6,641.62 |