UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L (5)<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Case No. 15-4127 |
| Bessie Barnett; Gwendolyn Kerr Bierria; and Stephanie Fortenberry,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council,<br><br>　　　　Defendants. | |

## ORDER

The Court has received the Motion to Strike filed by Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (R. Doc. 23237). In light of the issues raised in that Motion, the Court finds it necessary to extend the deadline for Defendants' response to Plaintiffs' Motion for Partial Summary Judgment (R. Doc. 23229) and to hold a hearing on the Motion to Strike. Accordingly,

**IT IS ORDERED** that the deadline for Defendants' response to Plaintiffs' Motion for Partial Summary Judgment (R. Doc. 23229) is **EXTENDED** to **January 3, 2022**.

**IT IS FURTHER ORDERED** that a hearing on Defendants' Motion to Strike (R. Doc. 23237) is **SCHEDULED** for **Wednesday, December 8, 2021 at 9:00 AM**. This hearing will be incorporated into the previously scheduled MDL status conference to be held via Zoom.

New Orleans, Louisiana, this 22nd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE