UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF COMPLIANCE AND NOTICE OF OBJECTION TO DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT PRIOR TO THE DISPOSITION OF PARKER WAICHMAN, LLP'S PETITION FOR A WRIT OF CERTIORARI IN THE UNITED STATES SUPREME COURT

Please take notice that, in accordance with the Court Order dated October 27, 2021 (ECF No. 23219), undersigned counsel, on behalf of the firm Parker Waichman LLP, has deposited into the registry of the Court 45% of total fees from the Florida Individual Settlements (FIS) previously held in Parker Waichman LLP's escrow pursuant to an order by the Southern District of Florida (S.D. Fla. ECF No. 394) and joint stipulation (S.D. Fla. ECF No. 329). The portion attributable to Parker Waichman LLP is $3,180,845.90. The portion attributable to Levin Papantonio Thomas Mitchell Rafferty Proctor PA, assigned to Parker Waichman, is $778,631.86.

Further, please take notice that Parker Waichman LLP re-urges its objection to the disbursement of the FIS fees from the registry of the Court prior to the final disposition of its pending Petition for a Writ of Certiorari in the United States Supreme Court from the United States Court of Appeals, Eleventh Circuit's Judgment of June 9, 2021. *See Amorin v. Taishan Gypsum Co.*, 861 F. App'x 730 (11th Cir. 2021). Parker Waichman LLP also re-urges its objection to the transfer of FIS fees to the registry of this Court prior to a decision by Judge Cooke on Class Counsel's still pending motion for enforcement, which squarely conflicts with the rules governing enforcement of judgments (FRCP Rules 69 and 70).

Dated: November 23, 2021

Respectfully submitted,

   */s/ Jimmy R. Faircloth, Jr.*
Jimmy R. Faircloth, Jr.
La. Bar No.: 20645
Email: jfaircloth@fairclothlaw.com
Faircloth Melton Sobel & Bash, LLC
105 Yorktown Drive
Alexandria, Louisiana 71303
Telephone: (318) 619-7755
Facsimile: (318) 619-7744

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of November, 2021.

   */s/ Jimmy R. Faircloth, Jr.*
OF COUNSEL