UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*,<br>2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE**

**COME NOW** Plaintiffs to oppose Defendant Taishan's motion to strike expert materials (Doc. 23237). For the following reasons, Defendants' motion should be denied:

1. Defendants allege that certain expert designations and disclosures are untimely, but this Court's Case Management Order (Doc. 23012) plainly states that Plaintiffs' expert designations and reports are due to be served on defendants no later than 100 days from the start of the start of the Second Discovery Phase (Doc. 23012 at Page 4).

2. The start date for the second discovery phase begins "upon completion of the Early Motion for Summary Judgment Period (*i.e.*, ***the date this Court enters its order on the final pending summary judgment motion***)." (Doc. 23012 at Page 3-4) (Emphasis added).

3. This Court entered its Order and Reasons (Doc. 23094) on the final pending summary judgment-related motion on July 29, 2021, denying Plaintiffs Terrence and Rhonda Ross's Motion for Reconsideration. One hundred (100) days from the date of this Court's entry of Document 23094, is November 6, 2021.

4. On November 6, 2021, Defendants were served with Plaintiffs' two expert designations and expert reports as required by the operative Case Management Order (Doc. 23012); thus, service was timely.

5. It is also worth noting that remediation estimates by one of the designated experts were served on Defendants on August 9, 2021. It is without dispute that those reports were served well before the CMO disclosure deadline.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request an order denying Defendants' motion to strike Plaintiffs' expert materials properly served on November 6, 2021.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of November, 2021.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC