UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,*<br>2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

**<u>ORDER</u>**

Upon consideration of Defendant Taishan's Emergency Motion to Strike Untimely Expert Materials, Stay Briefing Schedule & To Enforce Case Management Order No. 1, it is hereby ORDERED that said motion is DENIED IN PART. Plaintiffs timely served Defendants with their expert designations and reports within the time prescribed by the operative Case Management Order (Doc. 23012). This Court has previously ruled on the briefing schedule regarding Plaintiffs' Motion for Partial Summary Judgment (Doc. 23243) and that ruling remains unaffected by this Order.

New Orleans, Louisiana, this _____ day of December, 2021.

_____
Eldon E. Fallon
United States District Court Judge