UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**SETTLEMENT ADMINISTRATOR'S NOTICE OF**
**FINAL DISBURSEMENT OF VIRGINIA COMMON BENEFIT FUNDS**

The Settlement Administrator for the Chinese Drywall Settlement Program respectfully submits Notice that it will disburse Common Benefit funds related to the Virginia Chinese Drywall Settlement  The details of this final disbursement are as follows:

1) **Source of Funds.**  The funds to be disbursed in this final disbursement are funds derived from a Virginia settlement of a downstream defendant

2) **Amount to Disburse.**  The amount to be disbursed is $145,042.48.  These funds will be allocated in accordance with Orders authorizing previous common benefit disbursements.  Rec Doc. 23128 and 22741.  The allocation amounts for each eligible firm are listed in Table 1.

| Table 1 In Re: Chinese Drywall, MDL No. 2047 Allocation of Sprays Common Benefit Fees | |
|---|---|
| **Firm** | **Allocation Award** |
| Levin, Sedran & Berman | $ 49,609.88 |
| Herman Herman & Katz | $ 24,551.83 |
| Richard J. Serpe, P.C. | $ 10,124.46 |
| Colson Hicks Edison, PA | $ 10,124.46 |
| Barrios, Kingsdorf & Casteix | $ 9,744.80 |
| Irpino Law Firm | $ 9,744.80 |
| Gainsburgh, Benjamin, et al. | $ 6,074.68 |
| Seeger Weiss, LLP | $ 5,062.23 |
| Morgan & Morgan | $ 4,556.01 |
| Hausfeld, LLP | $ 4,049.79 |
| The Lambert Firm | $ 3,487.88 |
| Allison Grant, PA | $ 3,417.01 |
| The Steckler Law Firm | $ 3,417.01 |
| Becnel Law Firm, LLC | $ 632.78 |
| Baron & Budd | $ 253.11 |
| Lieff Cabraser / Cunningham Bounds | $ 127.82 |
| Martzell Bickford | $ 38.61 |
| Thornhill Law Firm | $ 12.66 |
| Torres Law | $ 12.66 |
| **Total** | **$ 145,042.48** |

3) **Method of Disbursement.** In the interest of expediting this final disbursement, the Settlement Administrator will issue the final disbursement to each firm in a single wire transfer directly to Counsel using the wire information previously provided to the Settlement Administrator.

4) **Timing.** The Settlement Administrator anticipates issuing final disbursement wires on or about December 10, 2021.

WHEREFORE, the Settlement Administrator respectfully notifies the Court and all interested parties of its intent to issue the final disbursements of these Virginia Common Benefit Funds in the manner specified above on or about December 10, 2021.

Respectfully submitted,

__/s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*