UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

### UPDATED CLASS COUNSEL'S STATUS REPORT REGARDING THE TRANSFER OF COMMON BENEFIT FEES OWED BY INDIVIDUAL COUNSEL TO THE COURT REGISTRY

Since the filing of Class Counsel's Report Regarding the Transfer of Common Benefit Fees Owed by Individual Counsel to the Court Registry (R. Doc. 23239), Parker Waichman LLP has transferred $3,959,477.76 to the Court registry, representing 45% of the fees it was paid from the Florida Individual Settlements (FIS) (R. Doc. 23244).[1] In addition, Dan Bryson has transferred $6,641.62 to the Court registry, representing the shortfall of FIS common benefit fees owed by Whitfield Bryson & Mason, LLP (R. Doc. 23242).

Neither Milstein, Jackson, Fairchild & Wade LLP ("Milstein") nor Roberts & Durkee PA ("Durkee") has complied with this Court's Transfer Orders (R. Docs. 23128 & 23219). Jointly, they owe $601,798.10 in common benefit fees from the FIS (without interest). When the parties agreed to an orderly process for adjudication of their fee dispute on June 25, 2019, Individual

---

[1] Of these funds, $3,180,845.90 is attributable to the contract fees paid in Parker Waichman's cases and $778,631.86 is attributable to the contract fees paid in the cases referred to Parker Waichman by Levin Papantonio Thomas Mitchell Rafferty Proctor PA. *Id.*

1

Counsel agreed to escrow the disputed funds pending a judicial resolution, *see* Stipulation, attached hereto as Exhibit "A," at Para. 7, and all said funds were placed into the trust account of Parker Waichman. Then, on October 14, 2019, Jimmy Faircloth wrote to Patrick Montoya to inform Class Counsel that Milstein wanted to transfer his share of the fees in dispute to his own trust account. *See* Email exchange between and among Milstein, Jimmy Faircloth, and Patrick Montoya dated 11/11-14/2019, attached hereto as Exhibit "B."

Despite two Orders of this Court directing Individual Counsel to transfer the common benefit fees awarded to Class Counsel to the Court registry (R. Docs. 23128 & 23219), and despite numerous requests from Class Counsel to both Milstein and Durkee to transfer those funds to the Court registry (*see* R. Docs. 23239-2, 23239-3, 23239-4 & 23239-5), neither firm has complied. Durkee has never responded to any inquiries from Class Counsel, and Milstein's latest announcement when asked if he had transferred the funds, was "I am not sure as I have not connected with Jimmy yet but I will try to let you know by end of the week." *See* R. Doc. 23239-4.[2] Milstein's email was sent to Class Counsel almost three weeks ago on November 17, 2021, and nothing further has been heard from him. The notion that Milstein is "not sure" whether the funds have been transferred is a non sequitur since the monies Milstein and Durkee owe are in Milstein's trust account. *See* Exhibit "B" hereto (Milstein: "Confirming we will escrow the funds in trust until such time as there is a final resolution of the fee dispute.").

---

[2] Jimmy Faircloth confirmed that he "ha[s] not heard from Milstein on this issue." R. Doc. 23239-6.

Counsel have patiently awaited the conclusion of this matter and are frustrated that Milstein and Durkee have refused to comply with valid Orders of this Court.

                                                        Respectfully submitted,

Dated: December 7, 2021                    By: */s/ Stephen J. Herman*
                                                  Stephen J. Herman (Bar No. 23129)
                                                  Herman, Herman & Katz, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, LA 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  SHerman@hhklawfim.com
                                                  *Class Counsel*

                                                  Arnold Levin
                                                  Sandra L. Duggan
                                                  Levin Sedran & Berman LLP
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  Phone: (215) 592-1500
                                                  Fax: (215) 592-4663
                                                  alevin@lfsblaw.com
                                                  *Class Counsel*

                                                  Patrick Shanan Montoya
                                                  Patrick@colson.com
                                                  Colson Hicks Eidson
                                                  255 Alhambra Circle, PH
                                                  Coral Gables, FL 33134-2351
                                                  Telephone: (305) 476-7400
                                                  Facsimile: (305) 476-7444
                                                  *Class Counsel*

                                                  Richard J. Serpe, Esq.
                                                  LAW OFFICES OF RICHARD J. SERPE, PC
                                                  580 E. Main Street, Suite 310
                                                  Norfolk, Virginia 23510
                                                  757-233-0009
                                                  Rserpe@serpefirm.com
                                                  *Class Counsel*

**Certificate of Service**

I HEREBY CERTIFY that the above and foregoing will be filed into the MDL Court Docket *via* the Court's ECF / PACER service, thereby effecting service on all counsel who are designated to receive such service; will be served on All Counsel *via* the File & Serve Express system established for service of pleadings, orders, and other documents in MDL No. 2047; and will be served by Settlement Class Counsel *via* E-Mail upon Florida Individual Settlement counsel, Mr. Faircloth, as well as Mr. Durkee and Mr. Milstein; this 7th day of December, 2021.

/s/ Stephen J. Herman