# EXHIBIT "B"

From: Jimmy Faircloth <jfaircloth@fairclothlaw.com>
Sent: Monday, October 14, 2019 5:46 PM
To: Montoya, Patrick <patrick@colson.com>
Subject: Re: Escrowed funds-Taishan settlements

Milstein is only group not part of PW escrow.

Sent from my iPhone

> On Oct 14, 2019, at 4:43 PM, Montoya, Patrick <patrick@colson.com> wrote:
>
> Jimmy,
> Please confirm  all the participating individual settlement counsels will agree to do their own escrows. Thank you.
>
> Patrick S. Montoya
> Partner
> Colson Hicks Eidson
> 255 Alhambra Circle, PH
> Coral Gables, FL 33134
> (O) 305-476-7400
> (F) 305-476-7444
>
> Begin forwarded message:
>
> From: Mark Milstein <mmilstein@mjfwlaw.com>
> Date: October 14, 2019 at 11:21:15 AM EDT
> To: Jimmy Faircloth <jfaircloth@fairclothlaw.com>
> Cc: "Montoya, Patrick" <patrick@colson.com>, Katie Price <kprice@fairclothlaw.com>
> Subject: Re:  Escrowed funds-Taishan settlements
>
> Thanks Jimmy.  Confirming we will escrow the funds in trust until such time as there is a final resolution of the fee dispute.
>
> Mark
>
> Sent from my iPhone
>
> On Oct 14, 2019, at 7:58 AM, Jimmy Faircloth <jfaircloth@fairclothlaw.com> wrote:
>
> Patrick - As I reported earlier, the 16% escrow for all Settling Firms from Tranche 1 disbursements are in Parker Waichman's trust account.  Mark Milstien is requesting that  Parker Waichman direct to his trust account all funds attributable to the claims of Milstein/Durkee.   The amount for Tranche 1 is $437,066.71.
>
> Further, Parker Waichman will not escrow Milstein/Durkee funds from future disbursements.
>
> Based on the language of the Stipulation and Order, we are obliged to honor Mark's request.
>
> Parker Waichman will continue to escrow funds for the other Settling Firms under the Stipulation and Order.
>
> Jimmy
>
> Jimmy R. Faircloth, Jr.
> FAIRCLOTH MELTON SOBEL & BASH, LLC

> 105 Yorktown Drive
> Alexandria, LA 71303
> Phone 318-619-7755
> Fax 318-619-7744
>
> CONFIDENTIALITY STATEMENT
>
> This electronic message contains information from Faircloth Melton Sobel & Bash, LLC and is confidential and privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.  If you have received this electronic message in error, please notify us immediately by telephone at (318) 619-7755.
>
>
>
> -----Original Message-----
> From: Mark Milstein <mmilstein@mjfwlaw.com>
> Sent: Friday, October 11, 2019 2:11 PM
> To: Jimmy Faircloth <jfaircloth@fairclothlaw.com>
> Subject: Escrowed funds-Taishan settlements
>
> Jimmy,
>
> As to the CB 16% escrowed funds for the Milstein/Durkee cases, please send those funds to me and we will escrow them until there is a resolution to the fee dispute.  If you can also send the escrowed funds from the initial Tranche 1 settlements that would be appreciated as well.
>
> Thank you!
>
> Mark
>
> Sent from my iPhone
> [WARNING: This email is from an external source. Do not click links or attachments unless you recognize the sender and know the content is safe.]
>
> ----------
>
> This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
>
https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fus3.proofpointessentials.com%2findex01.php%3fmod_id&c=E,1,96Bk6PUP-gNqXZe6b5zioLUbV0d76KHXaub1msOWhHMZRiaZm1fp4xQB4ezphgfsJ_c2YQiRjwGC5ow8WDJfizplQ_fqas4Firqv-LqqZeFWZBTp31ZTea0,&typo=1 &mod_option=gitem&mail_id 71065106-eRArszA3pNV7&r_address=ilstein%40mjfwlaw.com&report=
> [WARNING: This email is from an external source. Do not click links or attachments unless you recognize the sender and know the content is safe.]