MINUTE ENTRY
FALLON, J.
DECEMBER 8, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In re*: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047 <br> SECTION L (5) <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * *

A status conference was held on this date via Zoom from the courtroom of the Honorable Eldon E. Fallon. Sandra Duggan, Arnold Levin, Lenny Davis, and Jimmy Doyle participated for various plaintiffs. Christy Eikhoff, Matt Lawson, Christopher Vejnoska, Jim Stengel, Harry Rosenberg, and Jake Woody participated for various defendants. Jimmy Faircloth participated on behalf of Individual Counsel from the Florida Individual Settlement.

The following topics were discussed:

Counsel advised the Court that the distribution of the proceeds from the Taishan settlement is nearly complete and should be complete by the end of 2021.

The Court discussed the transfer of common benefit fees from the Florida Individual Settlement to the Court's registry to be distributed to Class Counsel. The Court advised the parties that it will issue an Order holding in contempt of court the two law firms that have not complied with the Court's prior Orders to transfer these fees. The non-paying firms will have two weeks to comply with the prior Orders before the Contempt Order takes effect.

Counsel for Taishan and for the *Brooke* plaintiffs who filed a motion for partial summary judgment explained their positions on Taishan's pending motion to strike expert materials from the motion for partial summary judgment. The Court stated that it would consider counsel's arguments and issue a ruling on the motion shortly.

A court reporter took a transcript of this status conference. Parties may request a copy of the transcript by contacting the court reporter, Cathy Pepper, using the contact information listed on the Court's website.

JS10(00:30)