UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L (5) |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER

For several months, this Court has tried to effectuate the transfer of common benefit fees arising from the Florida Individual Settlement from the Individual Counsel who are in possession of those fees to the Class Counsel to whom the fees have been awarded. The fees in question arise from the settlement of cases in this MDL that had been remanded to the United States District Court for the Southern District of Florida. On May 22, 2020, the judge in that court, Judge Marcia G. Cooke, ruled that Class Counsel were entitled to forty-five percent of the amount Individual Counsel had earned in fees from that settlement. ("Class Counsel" refers to a group of Plaintiffs' attorneys who had worked on cases in the overarching MDL, while "Individual Counsel" refers to a group of Plaintiffs' attorneys who handled individual cases in the Southern District of Florida.) The rationale for awarding forty-five percent of Individual Counsel's fees to Class Counsel was that Individual Counsel had benefitted from Class Counsel's work. The United States Court of Appeals for the Eleventh Circuit affirmed Judge Cooke's order awarding Class Counsel forty-five percent of the fees Individual Counsel had earned from the settlement. The total amount owed to Class Counsel is $5,832,950.95.

Pursuant to a prior order, this Court, as the MDL court, is responsible for allocating the award of common benefit fees among the various attorneys who are entitled to those fees. On

September 16, 2021, this Court granted Class Counsel's motion to allocate the common benefit fees. The Court's Order specified the portion of the total award of $5,832,950.95 to be paid to each law firm that contributed to Class Counsel's work and ordered that Individual Counsel transfer the common benefit fees to the Court's registry. R. Doc. 23128. On October 27, 2021, the Court denied Individual Counsel's motion to stay that Order and again ordered that Individual Counsel transfer the appropriate portion of their fees (namely, forty-five percent, as Judge Cooke ordered) to this Court's registry. R. Doc. 23219. However, Class Counsel have advised the Court that, while the majority of the common benefit fees have been transferred to the Court's registry, two law firms have not transferred their portions of the fees. Class Counsel aver that these two firms, Milstein, Jackson, Fairchild & Wade LLP and Roberts & Durkee PA, jointly owe $601,798.10. R. Doc. 23248.

Considering the Court's prior Orders and these firms' failure to comply with those Orders, the Court reluctantly finds that it has no alternative but to hold the non-paying firms in contempt of court. Accordingly,

**IT IS ORDERED** that the law firms of Milstein, Jackson, Fairchild & Wade LLP and Roberts & Durkee PA **SHALL BE HELD IN CONTEMPT OF COURT** and **FINED TEN THOUSAND DOLLARS ($10,000) PER MONTH** until they comply with the Court's Orders, R. Docs. 23128 and 23219, by transferring the ordered amounts of common benefit fees to this Court's registry.

**IT IS FURTHER ORDERED** that this Contempt Order **SHALL BE SUSPENDED** for two weeks, until **December 22, 2021**, and will become effective on that date if the common benefit fees have not been transferred to this Court's registry.

New Orleans, Louisiana, this 8th day of December, 2021.

                                              */s/ Eldon E. Fallon*
                                              UNITED STATES DISTRICT JUDGE