# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry, <br><br> Plaintiffs, <br><br> v. <br><br> Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council, <br><br> Defendants. | MDL Docket No. 2047 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> Case No. 2:15-CV-04127 |

## TAISHAN'S MOTION FOR SUMMARY JUDGMENT

Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Taishan) respectfully move for summary judgment as to all claims by Plaintiffs Bessie Barnett, Gwendolyn Bierria, and Stephanie Fortenberry (collectively, "Plaintiffs"). In support, Taishan files herewith a memorandum of law in support of this Motion, the attached exhibits, a Statement of Undisputed Material Facts, and proposed order.

Dated: December 13, 2021

Respectfully submitted,

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP

1

1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of December, 2021.

                                      <u>/s Christina Hull Eikhoff</u>
                                      Christina Hull Eikhoff, Esq.
                                      Georgia Bar No. 242539
                                      ALSTON & BIRD LLP
                                      1201 West Peachtree Street NW
                                      Atlanta, Georgia 30309
                                      Phone: (404) 881-7000
                                      Fax: (404) 881-7777
                                      christy.eikhoff@alston.com

                                      *Counsel for Taishan Gypsum Co., Ltd. and*
                                      *Tai'an Taishan Plasterboard Co., Ltd.*