UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry, <br><br>     Plaintiffs, <br><br> v. <br><br> Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council, <br><br>     Defendants. | MDL Docket No. 2047 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> Case No. 2:15-CV-04127 |

## TAISHAN'S STATEMENT OF UNDISPUTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Taishan"), who submit this Statement of Undisputed Material Facts in support of its Motion for Summary Judgment:

1. The *Brooke* Louisiana complaint was filed in the Eastern District of Louisiana on September 4, 2015 and subsequently transferred and consolidated into this MDL. EDLA Case No. 15-4127, ECF No. 1; 3.

2. The Plaintiffs' Steering Committee added hundreds of additional claims to the *Brooke* complaint through "Motions to Intervene." *See* Rec Docs. 20811; 21056; 21105; 21163; 21342; 21599; 21882; 21932.

1

3.  The following chart shows when each of the Plaintiffs at issue in Taishan's Motion filed his or her claim in the *Brooke* Louisiana case:

| Plaintiff Name | Date of Claim | Record Citation |
| --- | --- | --- |
| Bessie Barnett | September 4, 2015 | EDLA Case No. 15-4127, ECF No. 1 |
| Gwendolyn Bierria | November 1, 2017 | Rec. Doc. 21056 |
| Stephanie Fortenberry | November 1, 2017 | Rec. Doc. 21056 |

4.  Plaintiff Bessie Barnett ("Barnett") alleges in this case that her property located at 11419 Morrison Road, New Orleans, Louisiana (the "Barnett Property") has been damaged due to the alleged presence of Chinese-manufactured drywall. Barnett Exhibit A (SPPF) at 2.

5.  The alleged Chinese drywall was installed in the Barnett Property in 2006. Barnett Exhibit A (SPPF) at 2.

6.  Barnett began having problems with the air conditioning in the Barnett Property around 2010 and had multiple air conditioning service appointments in the years that followed. In her deposition in this case taken on January 22, 2021, Ms. Barnett testified that an air conditioning repair person showed her the alleged Chinese-manufactured drywall in the Barnett Property "around 2015." Barnett Exhibit C (Deposition Transcript) at 16:8 – 18:12.

7.  Barnett has claimed that she discovered the alleged Chinese-manufactured drywall in the Barnett Property on July 21, 2015. Barnett Exhibit B (PPF) at 2.

8.  Barnett testified that she cannot recall why she believes July 21, 2015 was the specific date that she discovered the alleged Chinese-manufactured drywall in the Barnett Property. Barnett testified, "I guess that's when that – the air conditioning man came out, I guess." Barnett Exhibit C (Deposition Transcript) at 36:12 – 37:23.

9.  Barnett does not have any evidence that she discovered the alleged Chinese-manufactured drywall in the Barnett Property on July 21, 2015. Specifically, Barnett does not have

an invoice or receipt from the alleged air conditioning service appointment that she claims revealed the alleged Chinese-manufactured drywall in her home.

10. Plaintiff Gwendolyn Kerr Bierria ("Bierria") alleges in this case that her property located at 5286 Warrington Drive, New Orleans, Louisiana (the "Bierria Property") has been damaged due to the alleged presence of Chinese-manufactured drywall. Bierria Exhibit A (SPPF) at 2.

11. The alleged Chinese-manufactured drywall was installed in the Bierria Property in 2007. Bierria Exhibit A (SPPF) at 2.

12. Bierria recalls first having problems with the air conditioning in the Bierria Property around 2010, and she had multiple air conditioning service appointments in the years that followed. In her deposition in this case taken on January 8, 2021, Ms. Bierria testified that an air conditioning repair person showed her the alleged Chinese-manufactured drywall in the Bierria Property in 2017. Bierria Exhibit C (Deposition Transcript) at 23:6 – 27:9.

13. Bierria has claimed that she discovered the alleged Chinese-manufactured drywall in the Barnett Property in July 2017 or, more specifically, July 21, 2017. Bierria Exhibit A (SPPF) at 2; Bierria Exhibit B (PPF) at 2.

14. When examined about her Plaintiff Profile Form claiming that she had discovered the alleged Chinese-manufactured drywall in the Bierria Property on July 21, 2017, Bierria testified that "[a]t this time, I'm not ready to say that it was the date." Bierria Exhibit C (Deposition Transcript) at 54:4 – 55:9.

15. Bierria does not have any evidence that she discovered the alleged Chinese-manufactured drywall in the Bierria Property on July 21, 2017. Specifically, Bierria does not have

an invoice or receipt from the alleged air conditioning service appointment that she claims revealed the alleged Chinese-manufactured drywall in her home.

16. The digital image properties of a photograph showing the alleged Chinese-manufactured drywall found in the Bierria Property shows the photograph was taken on March 10, 2017. Bierria Exhibit C (Deposition Transcript) at 68:5 -72:18.

17. Bierria wrote a letter dated April 7, 2017 to Judge Eldon E. Fallon which claims that she has alleged Chinese-manufactured drywall in the Bierria Property. Bierria Exhibit D (April 2, 2017 Letter to Judge Fallon).

18. Plaintiff Stephanie Fortenberry ("Fortenberry") alleges in this case that her property located at 3012 Oak Drive, Violet, Louisiana (the "Fortenberry Property") has been damaged due to the alleged presence of Chinese-manufactured drywall. Fortenberry Exhibit A (SPPF) at 2.

19. Plaintiff Stephanie Fortenberry has presented photographic evidence showing that the Fortenberry Property contains drywall with Product ID marking #27 – a marking that says "Made in China Crescent City Gypsum Incorporated Manufactured in P.R.C." Fortenberry Exhibit B (Fortenberry Drywall Photos).

20. Taishan denied manufacturing drywall with Product ID marking #27 in its court-ordered Statement on Product ID and Attribution, served on Plaintiffs on December 21, 2020. Fortenberry Exhibit C (Taishan's Statement on Product ID and Attribution) at 2.

Dated: December 13, 2021

          Respectfully submitted,

          /s Christina Hull Eikhoff
          Christina Hull Eikhoff, Esq.
          Georgia Bar No. 242539
          David Venderbush, Esq.
          New York Bar No. 2920817
          ALSTON & BIRD LLP
          1201 West Peachtree Street

Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*