# BARNETT EXHIBIT C



# Transcript of **Bessie Barnett**

Friday, January 22, 2021

*In Re: Chinese-Manufactured Drywall Products Liability Litigation*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 98259

```
             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


   IN RE:                           )    MDL NO. 2047
                                    )
   CHINESE-MANUFACTURED             )    SECTION: L
   DRYWALL PRODUCTS                 )
   LIABILITY LITIGATION             )    JUDGE FALLON
                                    )
   THIS DOCUMENT RELATES TO:        )
                                    )
   Alfonso v. Beijing New           )    Case No.
   Building Materials Group,        )
   Co., Ltd.,                       )    15-4127 (E.D. La.)
                                    )
```

           VIRTUAL ZOOM DEPOSITION OF BESSIE M. BARNETT

                      (Taken by Defendants)

                       January 22, 2021

                          10:10 a.m.

   Reported by:    Debra M. Druzisky, CCR-B-1848

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 2

APPEARANCES OF COUNSEL

On behalf of the Plaintiff:
JAMES V. DOYLE, JR., Esq.
Doyle Law Firm
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326
(678) 799-7676
jimmy@doylefirm.com

On behalf of the Taishan Defendants:
MATTHEW D. LAWSON, Esq.
Alston & Bird
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-4650
matt.lawson@alston.com

On behalf of the BNBM and CNBM Defendants:
DAN GUERRA, Esq.
Orrick, Herrington & Sutcliffe
405 Howard Street
San Francisco, California 94105
(415) 773-5545
dguerra@orrick.com

-and-

ELIZABETH J. LEE, Esq.
Orrick, Herrington & Sutcliffe
51 West 52nd Street
New York, New York 10019
(212) 506-5000
elizabethlee@orrick.com

--oOo--

Page 3

INDEX TO EXAMINATION

Witness Name:                                    Page
BESSIE M. BARNETT
   By Mr. Lawson                                    4


INDEX TO DEFENDANT'S EXHIBITS

No.       Description                              Page
Exhibit 1    8-5-15, Plaintiff Profile Form -      30
             Residential Properties by Bessie
             Barnett re: The above-captioned
             action.
Exhibit 2    Photographs re: "China Meet or        59
             Exceeds" and "96 04 Standard.")
Exhibit 3    12-14-20, Supplemental Plaintiff      64
             Profile Form - Residential and
             Commercial Properties by Bessie
             Barnett re: The above-captioned
             action.
             - - -

Page 4

BESSIE M. BARNETT,
having been first duly sworn, was examined and
testified as follows:
        EXAMINATION
BY MR. LAWSON:
    Q. Morning, Ms. Barnett.
    A. Morning.
    Q. My name is Matt Lawson. I'm an attorney
who represents Taishan in this matter. And I
wanted to start off first by thanking you for
taking the time to meet with us today and to be
able to get set up on this Zoom deposition. So
thank you for your time.
        Could you please state your name for the
record?
    A. Bessie Mae Barnett.
    Q. And Ms. Barnett, have you ever been
deposed before?
    A. Yes.
    Q. When was that?
    A. In 2018.
    Q. Okay. And do you know what that was
connected to, what kind of lawsuit that deposition
was related to?
    A. Auto accident.

Page 5

    Q. An auto accident?
    A. Yes.
    Q. And what happened in that auto accident?
    A. A guy ran out and hit me, oncoming
traffic.
    Q. Okay. I actually had that happen to me
just a few months ago, completely totalled my car.
This guy ran through a red light and hit me in the
middle of the intersection.
        Were you okay from the accident or did
you get hurt?
    A. I got hurt.
    Q. I'm sorry to hear that. What were your
injuries?
    A. Shoulder. Shoulder injury.
    Q. Have you recovered since then? Do you
still have issues with the shoulder?
    A. Yes, I recovered.
    Q. Oh, good.
        So you were deposed in that lawsuit, the
auto accident; is that right?
    A. Yes.
    Q. All right. So you'll have some
familiarity with what we're doing today.
Obviously, this is over video conference, which I'm

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 14

1  A. It was running around about 2015 when I
2  seen it.
3  Q. Do you think you saw it before 2015?
4  A. Yes. Yes, I did.
5  Q. And do you have any idea when you
6  probably would have seen news reports about Chinese
7  drywall before 2015?
8  A. Probably 2010 or something like that.
9  Q. What do you remember hearing on the news
10 about Chinese drywall when you first heard about
11 it?
12  A. Well, I really didn't hear much, and I
13 really didn't know much about it, you know, so it
14 really didn't affect me at the time.
15  Q. Did you remember hearing anything about
16 what it -- what people were saying that it did to
17 their homes?
18  A. Well, on the news -- only on the news.
19  Q. And what did they say on the news about
20 that?
21  A. Only thing on the news that I heard, that
22 it was a, like, an odor, a foul odor.
23  Q. Have you ever noticed a foul odor or a
24 strange odor inside of your home?
25  A. Yes.

Page 15

1  Q. And when did you first start noticing
2  that?
3  A. I first started noticing it in 2015.
4  Q. You hadn't noticed the odor in your house
5  before that?
6  A. I didn't really pay it any attention.
7  Q. Do you think that the odor was in your
8  house before 2015?
9  A. I think so.
10  Q. And do you think you smelled it before
11 2015?
12  A. I think so.
13  Q. Did you suspect that that odor might be
14 like the foul odor that they were talking about on
15 the news when they were talking about Chinese
16 drywall in the reports you were talking about?
17  A. Yes, I did.
18  Q. And did you have -- did you hear on the
19 news about any other issues that people were
20 having, claiming to have as a result of Chinese
21 drywall other than a foul odor in their house?
22  A. That's about it.
23  Q. Did you ever hear on the news that people
24 had issues with their electricity or their
25 appliances?

Page 16

1  A. No. I didn't know that.
2  Q. Do you know anyone who has had Chinese
3  drywall in their house?
4  A. No.
5  Q. Did you ever hear before 2015 about
6  lawsuits related to Chinese drywall on the news?
7  A. No.
8  Q. What other issues have you had in your
9  house that you associate with Chinese drywall other
10 than the odor that you talked about?
11  A. I had air conditioning problems, and I
12 had small appliances -- a problem.
13  Q. When did you first start having air
14 conditioning problems in your house?
15  A. I started that around 2010, I think.
16  Q. And what was the issue in 2010 with your
17 air conditioning?
18  A. My air conditioning kept going out. The
19 freon, it kept seeping out. And I was calling
20 repair people after repair people to do -- see what
21 was wrong with it.
22  Q. Did you have repair people come out in
23 2010?
24  A. Yes.
25  Q. And what did the repair person tell you

Page 17

1  about the problems with your air conditioner?
2  A. Well, I had several of them come out, and
3  they said that the freon was leaking out of it, I
4  had holes in the, fine holes in the air ducts.
5  Q. Did they tell you what they thought was
6  causing those problems?
7  A. One did. One did. He told me.
8  Q. And who was that who told you what was
9  causing the problems?
10  A. One of my air conditioning men.
11  Q. Do you know what company that they work
12 for?
13  A. No, I don't.
14  Q. Do you know what year that was that they
15 told you that -- what the cause of the problems
16 was?
17  A. That was around 2015 when he came out.
18  Q. And what did they tell you that the
19 problem might be with your air conditioning?
20  A. He said that -- he came inside and he
21 said, I know what your problem is. So he said,
22 well, before I do that, I'll go check the attic.
23  Q. And what did he do when he went up to the
24 attic?
25  A. He went and checked the attic, and he

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 18

 1  seen that the coils in my unit was black.
 2     Q.  He saw that the coils on the air
 3  conditioning unit were black?
 4     A.  Yes.
 5     Q.  And did he show you anything else?
 6     A.  He told me that the copper tubing, it was
 7  black in there.  And then he showed me that it
 8  probably was that Chinese drywall, had Chinese
 9  signature on the drywall.
10     Q.  He told you that there might be Chinese
11  drywall in your house?
12     A.  Yes.
13     Q.  Now, before that, had you suspected that
14  you might have Chinese drywall in your house?
15     A.  No, I didn't suspect anything.
16     Q.  What did you think that the problems with
17  your air conditioning and your appliances was
18  caused by before that?
19     A.  Before that I was saying that maybe I'm
20  buying defective product.
21     Q.  You thought that there was something
22  wrong with the products that you bought?
23     A.  Yes.
24     Q.  The previous air conditioning repairs
25  that you had before 2015, did any of them ever

Page 19

 1  mention Chinese drywall to you when they repaired
 2  your air conditioning?
 3     A.  No.
 4     Q.  Did any of them ever show you that any
 5  coils or metal surfaces were blackened in your
 6  house when they came over to repair your air
 7  conditioner?
 8     A.  No.
 9     Q.  Did you ever notice any blackening or
10  corrosion on metal surfaces inside of your house
11  before 2015?
12     A.  No.
13     Q.  The sink fixtures in your house, did they
14  have any kind of like corrosion or blackening on
15  them?
16     A.  They had corrosion on my tub, my
17  bathtubs.  And yes, my sinks, they sure did.
18     Q.  When did you first notice corrosion or
19  blackening on some of those bathroom fixtures?
20     A.  I noticed them around the same 2010, I
21  noticed that.
22     Q.  All right.  So in 2010 was the first time
23  that you saw corrosion or blackening on bathroom
24  fixtures; is that right?
25     A.  Yes.

Page 20

 1     Q.  And when you noticed that, what did you
 2  think the cause of it was?
 3     A.  I just thought maybe that it was just
 4  corroded and I didn't have no idea.
 5     Q.  Were those fixtures new from the rebuild
 6  that you had happen after Katrina?
 7     A.  Yes.
 8     Q.  And prior to Katrina, had you ever had
 9  any of your bathroom fixtures corrode or become
10  blackened?
11     A.  No.
12     Q.  Were they new fixtures that you had
13  purchased after Katrina?
14     A.  Yes.
15     Q.  And did you buy a new air conditioning
16  unit after Katrina?
17     A.  Yes.
18     Q.  And that was installed in your house when
19  the home was rebuilt; is that right?
20     A.  Yes.
21     Q.  When did you have to have your air
22  conditioning unit replaced?
23     A.  That was 2007.
24     Q.  And how soon after you had moved back
25  into your house did you have the air conditioning

Page 21

 1  unit replaced, or is that the replacement from
 2  Katrina?
 3     A.  That's the replacement.
 4     Q.  Okay.  So in 2007, you had the new air
 5  conditioning unit installed to replace the one that
 6  had been damaged in Katrina; is that right?
 7     A.  Yes.
 8     Q.  And after that, have you ever had to
 9  replace the entire air conditioning unit or just do
10  repairs?
11     A.  Just did repairs.
12     Q.  All right.  Have you ever had any issues
13  with the electricity in your house?
14     A.  No.
15     Q.  Any outlets that have stopped working?
16     A.  Yes.
17     Q.  Okay.  Where are the outlets in your
18  house that have stopped working?
19     A.  I had an outlet in my den.
20     Q.  And when did that stop working?
21     A.  I can't recall.
22     Q.  Does it now -- does it work today?
23     A.  No.
24     Q.  Have you ever had anyone come out to look
25  at it?

Trustpoint.One | Alderson.  
www.trustpoint.one  
www.aldersonreporting.com  
800.FOR.DEPO  
(800.367.3376)

Page 34

1  Q. Now, going down to Section 3, it asks for
2  the name of the claimant. And again, your name,
3  Bessie Barnett, is listed; correct?
4  A. Yes.
5  Q. Now, here it asks for the dates occupied,
6  and you've listed a move-in date of January 29th,
7  1988. Do you see that?
8  A. Yes.
9  Q. And that's when you bought the house; is
10 that right?
11 A. Yes.
12 Q. Can you tell me how you came around to
13 buying that house in 1988?
14 A. I purchased that house for myself.
15 Q. And how did you find the house?
16 A. The house was built. I had it built.
17 Q. And did you pick that property for any
18 particular reason to have your house built on it?
19 A. Yes.
20 Q. Why is that?
21 A. I liked the area.
22 Q. Had you lived near that area before?
23 A. No.
24 Q. And has anyone lived in the house with
25 you since you moved in in 1988?

Page 35

1  A. My daughter.
2  Q. Okay. How long has your daughter -- how
3  long had your daughter lived with you in the house
4  during the -- since 1988?
5  A. Till 2000 -- since after her -- before
6  Hurricane Katrina.
7  Q. Okay. So your daughter from 1988 until
8  around 2005 lived in the house with you?
9  A. Yes.
10 Q. And after Katrina, she did not live with
11 you in the house anymore?
12 A. No.
13 Q. What is your daughter's name?
14 A. Nicole.
15 Q. So after Katrina, has anyone lived in the
16 house with you?
17 A. No.
18 Q. I'd like to take you down to the second
19 page here.
20     Oh, excuse me. Let's go back to the
21 first page quickly. You state -- it asks for the
22 date that you have left the house. I believe we
23 talked about this earlier, but do you recall about
24 when you moved back into the house after Katrina?
25 A. Around 2006 or '7.

Page 36

1  Q. Do you think it might have been, like,
2  toward the end of 2006 or early 2007?
3  A. Yes.
4  Q. And you had said earlier that you think
5  that you lived in a trailer for around two years
6  after Katrina; is that right?
7  A. Yes.
8  Q. Let's go to Page 2. There's a section at
9  the top titled Inspection Information. Do you see
10 that at the top of the page?
11 A. Yes.
12 Q. Now, here it asks if you or anyone on
13 your behalf has conducted an inspection into
14 whether Chinese-manufactured drywall is present in
15 your home, and you said "yes."
16     Do you see that?
17 A. Yes.
18 Q. And then it asks who conducted the
19 inspection, and you list your name, Bessie Barnett.
20 Do you see that?
21 A. Yes.
22 Q. So then it asks the date, and you said
23 July 21st, 2015. Do you see that?
24 A. Yes.
25 Q. Can you tell me about this inspection

Page 37

1  that you did of the house in July of 2015?
2  A. Well, like I told you, it was that
3  I looked at coils in the house and that smell.
4  Q. How do you know that that was the date
5  that you inspected the house?
6  A. Repeat that.
7  Q. How did you know that that date, July
8  21st, 2015, is the date that you inspected the
9  house for Chinese drywall?
10 A. That's the time, timeline that I found
11 out that that's what it was.
12 Q. And to be able to come up with that date,
13 do you know what you looked at or what you
14 referenced to be able to know that it was on July
15 21st, 2015 specifically?
16 A. No.
17 Q. Thinking back, can you remember why you
18 put that specific date down?
19 A. No, I don't.
20 Q. Do you remember what happened on that
21 date?
22 A. I guess that's when that -- the air
23 conditioning man came out, I guess.
24 Q. Do you think there were any other times
25 that you inspected your house for Chinese drywall

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)