# BIERRIA EXHIBIT C



# Transcript of **Gwendolyn K. Bierria**

Friday, January 8, 2021

*In Re: Chinese-Manufactured Drywall Products Liability Litigation*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 98253

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


 IN RE:                            )    MDL NO. 2047
                                   )
 CHINESE-MANUFACTURED              )    SECTION: L
 DRYWALL PRODUCTS                  )
 LIABILITY LITIGATION              )    JUDGE FALLON
                                   )
 THIS DOCUMENT RELATES TO:         )
                                   )
 Alfonso v. Beijing New            )    Case No.
 Building Materials Group,         )
 Co., Ltd.,                        )    15-4127 (E.D. La.)
                                   )
```

VIRTUAL ZOOM DEPOSITION OF GWENDOLYN K. BIERRIA

(Taken by Defendants)

January 8, 2021

11:50 a.m.

Reported by:   Debra M. Druzisky, CCR-B-1848

Page 2

APPEARANCES OF COUNSEL

On behalf of the Plaintiff:
JAMES V. DOYLE, JR., Esq.
Doyle Law Firm
3340 Peachtree Road, Suite 1800
Atlanta, Georgia  30326
(678) 799-7676
jimmy@doylefirm.com

On behalf of the Taishan Defendants:
MATTHEW D. LAWSON, Esq.
Alston & Bird
1201 West Peachtree Street
Atlanta, Georgia  30309
(404) 881-4650
matt.lawson@alston.com

On behalf of the BNBM and CNBM Defendants:
DAN GUERRA, Esq.
Orrick
405 Howard Street
San Francisco, California  94105
(415) 773-5545
dguerra@orrick.com
           --oOo--

Page 3

INDEX TO EXAMINATION
Witness Name:                        Page
GWENDOLYN K. BIERRIA
    By Mr. Lawson                    5
    By Mr. Doyle                     113

INDEX TO DEFENDANT'S EXHIBITS
No.        Description              Page
Exhibit 1   1-4-21, Orleans Parish     37
            Assessor's Office Web page
            print-out re: Gwendolyn Bierria.
Exhibit 2   7-30-17, Plaintiff Profile Form  46
            - Residential Properties by
            Gwendolyn Bierria re: The
            above-captioned action.
Exhibit 3   Photograph re: "China Meet or  66
            Exceeds."
Exhibit 4   Photograph metadata.        68
Exhibit 5   December 2020, Supplemental  75
            Plaintiff Profile Form -
            Residential and Commercial
            Properties by Gwendolyn Bierria
            re: The above-captioned action.
Exhibit 6   Photograph re: "C1396 04     103
            Standard."
Exhibit 7   Photograph re: Bathroom fixture.  105
Exhibit 8   Photograph re: Toilet supply  107
            line and shut-off valve.

Page 4

INDEX TO DEFENDANT'S EXHIBITS (Continued.)
No.        Description              Page
Exhibit 9   Photograph re: A/C wall      109
            register.
              - - -

Page 5

        GWENDOLYN K. BIERRIA,
having been first duly sworn, was examined and
testified as follows:
            EXAMINATION
BY MR. LAWSON:
    Q.  Can you please state your name for the
record?
    A.  My name is Gwendolyn K. Bierria,
B-I-E-R-R-I-A.  Do you need me to spell anything
else first?
    Q.  No, I think, sorry, I think we have it.
And I appreciate that.  And I want to thank you for
your time today, coming to be able to meet with us
here virtually for this deposition.
        My name is Matt Lawson.  I'm an attorney
who represents Taishan Gypsum and Tai'an Taishan
Plasterboard in this lawsuit.
        I wanted to let you know that I'm just
going to be going through some questions today.
And I wanted to be able to kind of first go through
the rules of the road, kind of how a deposition
goes.
        Have you ever been deposed before like
this?
    A.  Yes.  Yes, I have.

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 22

1  into the house?
2    A. Well, it was after I was in the house I
3  did hear, so I don't -- I'm not sure what year.
4    Q. Can you think about any other times that
5  you heard about Chinese drywall other than when you
6  heard that Sean Payton, the Saints coach, might
7  have it in his house?
8    A. Actually, no.
9    Q. Okay.
10   A. No.
11   Q. Did you hear about any lawsuits related
12 to Chinese drywall?
13   A. Actually, no, I didn't.
14   Q. Did you know anyone who had Chinese
15 drywall in their house?
16   A. No.
17   Q. Do you today know anyone else who has had
18 Chinese drywall in their house?
19   A. No, I don't.
20   Q. When you said that you had heard that a
21 Saints coach had had Chinese drywall through the
22 media, do you remember what you heard about Chinese
23 drywall when you heard those media reports?
24   A. Simply that he had Chinese drywall. I
25 don't recall anything else.

Page 23

1    Q. Do you remember the first time you had
2  heard about what can happen to a house because of
3  defective Chinese drywall?
4    A. Not until 2017 when I, myself, was
5  informed.
6    Q. When did you first suspect that there was
7  Chinese drywall in your house?
8    A. Actually, I didn't suspect at all until
9  an air conditioner repairman came and pointed it
10 out. And that was the first time I even considered
11 the possibility.
12   Q. And do you remember when that was?
13   A. It was in 2017.
14   Q. Was that the first time that you had had
15 problems with your air conditioner since the house
16 had been rebuilt after Katrina?
17   A. Unfortunately not.
18   Q. What other times have you had issues with
19 your air conditioning before then?
20   A. I think my earliest memory was 2010.
21   Q. And what was that issue in 2010?
22   A. Well, I -- some part of it had to be
23 replaced. I don't know exactly what you call all
24 these components. But the big thing out in the
25 yard, that part had to be totally replaced.

Page 24

1    Q. And when it was replaced, did they tell
2  you what the issue with it was?
3    A. I -- it just didn't work, and I was told
4  it just had to be replaced. I don't know.
5    Q. What was the issue with your air
6  conditioning at that time in 2010 that you
7  remember?
8    A. It just didn't work.
9    Q. And did that happen immediately or did it
10 slowly stop working?
11   A. I think it just -- I really don't
12 remember. I don't remember for 2010.
13   Q. Thinking back to that time around 2010,
14 were there any other issues in your house that you
15 now consider to be related to Chinese drywall that
16 were going on other than the air conditioning going
17 out?
18   A. I would say yes, but not even suspecting
19 that it was Chinese drywall. When you plug in a --
20 into an outlet that was working yesterday, and
21 suddenly your curling iron doesn't come on, you
22 know, I didn't suspect Chinese drywall, but that's
23 the kind of issues we had.
24   Q. So outlets that worked one day the next
25 day would not work?

Page 25

1    A. Yes.
2    Q. Can you think of any other issues going
3  back all the way to 2010 that you now associate
4  with Chinese drywall that you didn't -- that you
5  had at that time?
6    A. Oh, we've had issues with computers. And
7  just it seems that most of it was related to
8  electronics. We just had a lot of issues. And I
9  don't know what we thought was happening but, you
10 know, we were kind of figuring out maybe something
11 wasn't done right, but we had no idea that it --
12 what would be the source.
13   Q. So the issues with the electrical system
14 in your house and electronics in your house, do you
15 think those started in 2010 or earlier than 2010?
16   A. In retrospect, I don't remember being
17 just tuned in to chronic issues until the air
18 conditioner broke in 2010. And oh, wow, everything
19 is not working around here. I don't remember,
20 though, any specific dates.
21   Q. Have you ever had a smell in your house
22 that you associate with Chinese drywall?
23   A. Well, I did not know what to expect would
24 be associated with Chinese drywall. I hate to
25 admit it, but I've got dogs and cats. And so we're

Trustpoint.One | Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 26

1  constantly cleaning, and I did not know what to
2  expect. Or I couldn't isolate a smell that I would
3  say is Chinese drywall.
4      Q. Do you think there is a smell in your
5  house from Chinese drywall?
6      A. I have no idea.
7      Q. Now, you said that you had multiple
8  issues with your air conditioning. Was there
9  another issue with it after it was repaired in 2010
10 but before 2017?
11     A. Yes.
12     Q. What was that?
13     A. Well, we have a -- I don't know. In the
14 front of the house we have a split something,
15 another kind of system, that that was put in in
16 maybe 2011. And by 2000 -- by the summer of 2012,
17 that was not working. And we had -- we've had
18 multiple repairs on that until we finally just gave
19 up on it.
20     Q. Now, you said that, earlier that it was
21 the unit outside of your house that was replaced in
22 2010; is that right?
23     A. Yes.
24     Q. The air conditioning unit?
25     A. Right.

Page 27

1      Q. Have you had any kind of air conditioning
2  parts replaced on the interior of your house, to
3  your knowledge?
4      A. Oh, that was -- that was the issue in
5  2017, that the service person came out for
6  something on the inside. And I'm not mechanical at
7  all, so I don't know. But what's ever in the
8  closet looking part of the house, he is the one
9  that recognized and pointed out Chinese drywall.
10     Q. Did you ever have someone come look at
11 the electrical system in your house related to the
12 issues you were having with your outlets?
13     A. No.
14     Q. Do you still have those problems with
15 outlets today?
16     A. Yes.
17     Q. Can you tell me about that?
18     A. Well, as I said, something that was
19 working yesterday I could plug into something and
20 it just doesn't work.
21     Q. And after it doesn't work one day, does
22 it start working again the next day or does it stop
23 working entirely?
24     A. There's been two incidences of that. But
25 once something doesn't work, I'm always afraid of

Page 28

1  the fire aspect, so I just move to another outlet.
2      Q. Are there any metal surfaces in your
3  house, fixtures in the sink, for example, that are
4  corroded?
5      A. Well, we've had a lot of problems with
6  the fixtures in the bathrooms that are corroded,
7  and we've had pipes under the bathroom sinks that
8  are -- had to be replaced.
9      Q. When did you first start noticing the
10 corrosion on fixtures and plumbing in your house?
11     A. Well, we -- I actually noticed it before
12 '17, 2017, and that I kind of just thought, well,
13 maybe it was the product that was -- but then we've
14 got multiple products and they all seem to be
15 looking that same corroded way. I'm talking about
16 manufacturers, different brands.
17     Q. So I think you've mentioned three
18 different repair issues that you had with your air
19 conditioning system; is that right?
20     A. It's been much more than three.
21     Q. Okay. Can you think of any other ones?
22     A. Sometime we had a big change of something
23 in 2013.
24     Q. And was that on the interior of your
25 house?

Page 29

1      A. Yes.
2      Q. Do you remember where it was in your
3  house?
4      A. It was with the one, on 2013, it was with
5  the air conditioner that services the back part of
6  the house. And the front part was installed in
7  2011, and I think we had issues with it the next
8  year and then the following year. And actually,
9  it's still in warranty, but we just gave up on it.
10     Q. How old was the unit, the air
11 conditioning unit outside of your house when it was
12 replaced in 2010?
13     A. I think it was purchased in maybe 2007.
14     Q. And any of the times before 2017 that you
15 had an air conditioning repair person come out to
16 be able to service your air conditioning unit, did
17 they mention Chinese drywall to you?
18     A. No.
19     Q. Did they tell you why your air
20 conditioning unit was failing or having problems?
21     A. No.
22     Q. Did they have those discussions with your
23 husband at any point either?
24     A. No. Not related to Chinese drywall.
25 2017 was the first time I ever heard that something

Trustpoint.One  Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 54

1  A. -- seen it recently. I've seen it, but I
2  haven't seen it since 2017 when we went around
3  looking.
4  Q. This form asks:
5      "Has a determination been made that
6      Chinese-manufactured drywall is present
7      in your home" at the top of Page 2.
8      And you have indicated yes. Do you see
9  that?
10  A. Yes.
11  Q. And it says that you are the one that
12  made that determination; is that right?
13  A. Well, yes. That's what we put on it.
14  But that was after I was told and did verify.
15  Q. And when you say you verified it, how did
16  you verify it?
17  A. An air conditioning man pointed it out,
18  and I did see it.
19  Q. And you said that, here on this form,
20  that both the inspection and your determination
21  that there was Chinese-manufactured drywall in your
22  house both occurred on July 21st, 2017.
23      Do you see that?
24  A. Yes.
25  Q. And to the best of your knowledge, does

Page 55

1  that sound like the date of when that determination
2  occurred?
3  A. At this time, I'm not ready to say that
4  it was the date. At that -- at the time I filled
5  out the report, I was more in tune with the month
6  and the date. It was definitely 2017. It was
7  definitely in the summer of 2017. So I'd have to
8  say that, to the best of my recollection, that
9  would be the date.
10  Q. And is that the date or around the date
11  that the air conditioning repair person came to
12  your house, you think?
13  A. Yes.
14  Q. And you don't think that you discovered
15  Chinese drywall in your house anytime before that
16  date of July 21st, 2017; is that right?
17  A. No.
18  Q. And you signed this form, based on the
19  signature that we see on Page 3, about nine days
20  later; is that accurate?
21  A. Yes.
22  Q. So after discovering the drywall, you had
23  met with Mr. Doyle and filled out this form about
24  nine days later; is that right?
25  A. Obviously yes. That's 2017. I'm an old

Page 56

1  lady. If that's what it is. That was my
2  recollection at the time.
3  Q. I'd like to go down to the next section,
4  which says Section 5, Drywall Information. Do you
5  see that section?
6  A. Yes.
7  Q. It asks you the drywall manufacturer.
8  And you have stated Taishan Gypsum Co., Limited.
9  Do you see that?
10  A. Yes.
11  Q. How did you come up with that name for
12  the drywall in your home as the manufacturer?
13  A. It was what was on the picture that my
14  son took in the attic, and also what was in that
15  closet.
16  Q. Where --
17  A. It's the same thing.
18  Q. Well, then it asks you in the next column
19  the markings on the drywall, and you've written:
20      "Made in China meet or exceeds
21      A.S.T.M. C 1396 04...
22      And then it says standar, but it might be
23  referring to standard. I'm not sure if that's a
24  typo. Do you see that?
25  A. Yes.

Page 57

1  Q. Does that look like the marking that
2  you've seen on the drywall that's inside of your
3  house?
4  A. Quite possibly. I don't know where else
5  that would have come from. That is the -- that's
6  what was on the photograph that he took in the
7  attic.
8  Q. Then it asks you the location in the home
9  for the drywall, and you've stated "ceiling and
10  walls." Do you see that?
11  A. Yes.
12  Q. So so far, we've talked about two places
13  where you know you've seen the drywall, and that's
14  in the closet where the air conditioning unit is,
15  and then in the attic; is that right?
16  A. Yes.
17  Q. Have you seen the drywall markings that
18  are listed on this form anywhere else in your house
19  other than those two places?
20  A. Well, the house is completely finished,
21  painted, et cetera. And. And I haven't cut out
22  any parts of the walls to take a look at it.
23  Q. So you have not seen the drywall marking
24  that's listed on this form anywhere other than the
25  two places we listed, the air conditioning closet

Trustpoint.One  Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 66

1  A. No, I don't.
2  Q. All right. I'm going to be showing you a
3  photograph that you've produced. We're going to
4  mark this photograph as Exhibit 3.
5         (Whereupon, Defendant's
6         Exhibit 3 was marked for
7         identification.)
8  BY MR. LAWSON:
9  Q. Do you recognize this photograph?
10  A. I'm not seeing it. I'm still looking at
11  the previous pages that we were looking at.
12  Q. Okay. Let me see what I can do here,
13  because I should be sharing. I'm going to restart
14  the share and we'll try it again.
15     Can you see that photograph now?
16  A. Yes, I can.
17  Q. Great. Do you recognize that photograph?
18  A. Yes. That's the picture that one of my
19  sons took in the attic.
20  Q. Do you remember which son took the
21  photograph?
22  A. Yes. His name is Albert.
23  Q. And you think -- do you know of about
24  when this photograph would have been taken?
25  A. It was after we got the news from the air

Page 67

1  conditioner repairman, maybe a day or so after.
2  Q. And earlier when we were looking at that
3  plaintiff profile form, the date that you had
4  listed for conducting an inspection of the house
5  and making a determination about
6  Chinese-manufactured drywall being in the house was
7  July of 2017.
8     Do you remember that?
9  A. Yes.
10  Q. And it was your recollection that that
11  was around the time that the air conditioning
12  repair person had come to your house; is that
13  right?
14  A. Yes.
15  Q. All right. This photo, to be clear, you
16  believe was taken in the attic of your home; is
17  that right?
18  A. Yes.
19  Q. And do you think that there are also
20  photographs of the closet area where you can also
21  see the marking that you have?
22  A. I thought one was taken in the closet.
23  Q. Do you know if that marking is still
24  visible inside of that closet?
25  A. No, I don't.

Page 68

1  Q. Is the last time you looked at it when
2  the air conditioning repair person was at your
3  home?
4  A. Yes.
5  Q. Now, I want to show you something that I
6  saw when I looked at the details -- excuse me, the
7  properties and details of this image that was
8  produced by your attorney in this photograph.
9     When -- and I'm going to -- we can mark
10  this as Exhibit 4.
11        (Whereupon, Defendant's
12        Exhibit 4 was marked for
13        identification.)
14  BY MR. LAWSON:
15  Q. Can you see that? Excuse me. Let me
16  resume the share. Can you see that image that I'm
17  showing you now that shows some text related to the
18  photograph? I'm trying to zoom in on it. Can you
19  see that?
20  A. I'm looking at the same photograph with
21  the "China meet or exceeds."
22  Q. Let me try to stop the share and we'll
23  restart it to be able to show you this new image.
24     All right. Can you see a new image on
25  your screen?

Page 69

1  A. Yes.
2  Q. All right. I represent to you here what
3  we've marked as Exhibit 4, this is an image of what
4  I saw when I clicked on the properties of the image
5  or photograph file that we just looked at, the
6  image that was taken of your attic.
7     And here on the -- when I opened this, it
8  states in the middle of the page the date taken.
9  Do you see that in the middle of it under origin,
10  where it says date taken?
11  A. It says three -- wait a minute. I came
12  prepared. 3/10/17.
13  Q. Yes. So it says March 10, 2017 at 3:40
14  p.m. Does that look like what it says there?
15  A. That's what -- that looks like that.
16  Q. Now, earlier we had discussed that you
17  thought that the air conditioning repair person had
18  come around July 2017 when -- and that's when the
19  photograph was taken; is that right?
20  A. Yes.
21  Q. Does it sound accurate that the
22  photograph might have been taken in March before
23  that date in July that we talked about earlier?
24     MR. DOYLE: Objection to the form of
25  the question.

Page 70

1    You can answer.
2    THE WITNESS: So you're saying that
3    this date was on the picture?
4  BY MR. LAWSON:
5    Q. I represent to you that this is what --
6  when I looked at the properties of that image file
7  of that photograph that we just looked at of the
8  attic that it's -- that this is the information
9  that's in it, that it says date -- the date taken
10 is March 10th, 2017.
11   A. Okay. It was --
12   Q. And I'm just asking about that. Go
13 ahead.
14   A. It was taken with a cell phone. And I
15 cannot vouch for the time frame or the date that
16 was on my son's cell phone, so that -- I can't
17 validate anything about this picture.
18   Q. Okay. Do you have any reason to doubt
19 that the photograph was taken in March of 2017?
20   MR. DOYLE: Objection to the form of
21   the question.
22   You can answer.
23   THE WITNESS: Repeat the question,
24   please.
25 BY MR. LAWSON:

Page 71

1    Q. Do you have any reason to doubt that the
2  photograph was taken on March 10, 2017?
3    MR. DOYLE: Objection to the form of
4    the question.
5    You can answer.
6    THE WITNESS: It was taken after the
7    air condition man told us that he saw
8    some problems, Chinese drywall.
9  BY MR. LAWSON:
10   Q. So is it possible that the air
11 conditioning repair person came on or before March
12 10, 2017?
13   MR. DOYLE: Objection to the form of
14   the question.
15   You can answer.
16   THE WITNESS: I'm not going to answer
17   that. I don't know. It was taken after
18   the air condition man came here.
19 BY MR. LAWSON:
20   Q. Do you have any records showing when that
21 air conditioning repair person came to your house?
22   A. I've got to go and look at the -- I do
23 have several stacks of air conditioning repair
24 paperwork, so I can see if I can find that specific
25 one.

Page 72

1    Q. And do you think that you would have been
2  given an invoice for the work when they did the
3  repairs in 2017?
4    A. That's what I just said, I would go and
5  attempt to look for that specific invoice.
6    Q. And do you think you have other invoices
7  other than that one for air conditioning repair
8  work that was done on the house?
9    A. Yes, I do.
10   Q. And have you seen those lately?
11   A. Not for a while.
12   Q. But you do think you still have them?
13   A. Yes.
14   Q. Do you think you have receipts or
15 invoices related to any other repairs that you
16 think were caused by damage from Chinese drywall?
17   A. Well, I've got an air condition repair
18 folder, since it was such a chronic situation.
19   Q. Other than air conditioning repair, are
20 there any other damages to any items or property
21 inside of your house that you associate with damage
22 from Chinese drywall?
23   A. I think that failing microwaves and
24 computers. But as I said, I was not aware that
25 what could be the source of our problems, and so we

Page 73

1  weren't collecting anything. We were just getting
2  really frustrated and replaced what we could and
3  did without what we couldn't.
4    Q. When do you think you replaced a
5  computer, like you just said?
6    A. I don't know. Possibly a year and a half
7  ago.
8    Q. And you think that that computer failed
9  because of Chinese drywall?
10   A. I don't know. I didn't have the
11 technician specifically tell me Chinese drywall.
12 But I do know that things that get plugged into the
13 walls seemingly don't last as well as they have in
14 the past.
15   Q. How long did that computer last before it
16 broke?
17   A. I don't know.
18   Q. What about the microwave that you
19 mentioned before, when did that stop working?
20   A. Let's see. We had a new microwave when
21 we moved in, and that was replaced maybe in 2010 or
22 '11.
23   Q. And have you had to replace it since that
24 replacement in 2010 or 2011?
25   A. I'm not sure. I think this is the same

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)