# BIERRIA EXHIBIT D

Gwendolyn K. Bierria
5286 Warrington Dr.
New Orleans La. 70122
(504) 553-6071

April 07, 2017

Honorable Eldon E. Fallon
500 Poydras St. Rm. C456
New Orleans, La. 70130

Re: Chinese Drywall:
(Made in China meet or exceeds ASTM C1396 04 Standard)

Dear Judge Fallon,

My name is Gwendolyn Bierria, I reside in New Orleans.

Like so many of our neighbors my family did experience the totally devastating effects of hurricane Katrina. At ages 67 and 63 years old, not returning to our home was never an option. Most recently families have started coming back to our area. We have started to look like a neighborhood.

Two weeks ago, we learned that the source of our chronic central air conditioning failure was due to Chinese drywall, which we understand may also be the source of various other problems. We had no idea that this product was in our home but have found identifying markings. The Louisiana Attorney General's office suggested that I attempt to contact you directly to ask for your assistance.

As per, a directive by your clerk of court, I am writing to ask for any possible suggestions.

Thank you in advance for your assistance in this matter.

Respectfully Yours,

*Gwendolyn K. Bierria*

Gwendolyn K. Bierria