# FORTENBERRY EXHIBIT B









