# FORTENBERRY EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,** | **MDL Docket No. 2047** |
| **THIS DOCUMENT RELATES TO:** | **SECTION L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrence Ross and Rhonda Ross,<br><br>        **Plaintiffs**,<br>v. | **Case No. 2:15-CV-04127-EEF-JCW** |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council,<br><br>        **Defendants**. | |

### TAISHAN'S STATEMENT ON PRODUCT ID AND ATTRIBUTION

Pursuant to Case Management Order No. 1 in the above-captioned action, Taishan submits the following chart outlining Taishan's positions on Product ID and attribution for the properties identified in the Amended Complaint:

| | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|---|---|---|---|
| A. | BNBM/Dragon board | 22, 23, 24, 25, 26 | Deny that products with these types of markings were manufactured by Taishan |

---

[1] The Taishan Product ID Catalog was prepared by the Plaintiffs Steering Committee based on a review of Product ID documentation submitted by *Amorin* claimants in multiple states.  The numbers in this column correspond to numbers printed on each page of exemplar markings in the Taishan Product ID Catalog (attached as Exhibit 1).

| | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|---|---|---|---|
| B. | C & K | 34, 35, 36 | Deny that products with these types of markings were manufactured by Taishan |
| C. | Chinese Manufacturer #2 (purple stamp) | 37 | Deny that products with these types of markings were manufactured by Taishan |
| D. | Crescent City Gypsum | 27, 28, 29 | Deny that products with the following markings were manufactured by Taishan: 27. However, subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 28, 29. |
| E. | DUN | 42 | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with these types of markings were manufactured by Taishan. |
| F. | IMT Gypsum | 30, 31, 32, 33 | Deny that products with these types of markings were manufactured by Taishan |
| G. | ProWall | 43, 44 | Deny that products with these types of markings were manufactured by Taishan |
| H. | Taian Taishan or Taihe Tape | 1, 14, 15, 16 | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, |

| | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|---|---|---|---|
| | | | and other physical and visual characteristics of drywall boards, do not deny that products with these types of markings were manufactured by Taishan. |
| I. | Made in China Meet or Exceeds | 13, 17, 18, 19, 20, 21 | Deny that products with the following markings were manufactured by Taishan: 18, 19, 21.  However, subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 13, 17, 20. |
| J. | Various Drywall dimensions, including 4feetx12feetx1/2 inch and 4feet*12feet*1/2inch | 2, 5, 6, 7, 8, 9, 10, 11 | Deny that products with the following markings were manufactured by Taishan: 5, 6, 7, 8, 9, 10, 11.  However, subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 2. |
| K. | Venture Supply | 38, 39, 40, 41 | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall |

|   | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|---|---|---|---|
|   |   |   | boards, do not deny that products with these types of markings were manufactured by Taishan |
| L. | Boards with white edge tape and no other markings; boards with no markings or boards with no markings other than numbers; and any other product ID categories | 12, 3, 4, | Deny that products with these types of indicia were manufactured by Taishan |

Dated:  December 21, 2020

Respectfully Submitted,

*/s Christina Hull Eikhoff*
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

4

# EXHIBIT 1



# PHOTO EXHIBIT FOR

# VASHAUN & ERIKA WILLIAMS





# Drywall Markings
# Photo Exhibit



Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet

Andre Adamson
FL07-0303

Chinese Drywall Screening, LLC
PH: 772-224-8660
www.chinesedrywallscreening.com

Tapered

3

edge   1020   oootkd

4

CLOSET
2ND
FLOOR

Drywall   4feetx12feetx1/2inch



6



7

Bereijo, J-Indicia-0026





Interior Wall Drywall
Stamp from AC Room

9





Interior Wall Drywall Stamp from Living Room



11



12










Paper Edge Tape from Kitchen



Interior Wall Drywall Stamp from Kitchen

15





16



Bernice Butler
2999 Silver Hill Drive
Douglasville, GA 30135

Daniel K. Bryson

MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD





Grueninger, S-Indicia-0215



Grueninger, S-Indicia-0219



MADE IN CHINA MEET OR EXCEED

CravenD(38th St.)0014
20



21





BEIJING NEW BUILDING MATERIALS CO.,

TYPE 9414
4A

5/8"or15.9mm THICK

GYPSUM BOARD

FIRE RESISTANCE CLASSIFICATION
SEE UL FIRE RESISTANCE DIRECTORY
ISSUE NO. F-3851

BNBM DRAGON BRAND GYPSUM WALLBOARD
TYPE DBX-1
R19374



5/8" OR 15.9mm THICK

GYPSUM BOARD

ISSUE NO. F-3851

FIRE RESISTANCE CLASSIFICATION

SEE UL FIRE RESISTANCE DIRECTORY

24

3 of 4 page










ceiling 16oc wall 21oc ma





29



Bell, P-Indicia-0204















34



# PHOTO EXHIBIT FOR

## VASHAUN & ERIKA WILLIAMS





36



37

Nell Boothe   483 Tranquil Drive, Winder GA
Northeast Part of Georgia Atlanta, "Taishe China"
11/17/09   1125   John Buchalal

VENTURE SUPPLY INC.   MFG TAISHE CHINA

Nell Boothe
483 Tranquill Drive
Winder, GA 30680

Daniel K. Bryson

38

ENTURE SUPPLY INC. MFG TAIHE CHINA

39



40



## Dun Gypsum Board in Attic



## Drywall in AC Closet



## Attic Drywall



42





Delayo, W-Indicia-0029