# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry,<br><br>Plaintiffs,<br><br>v.<br><br>Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council,<br><br>Defendants. | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Case No. 2:15-CV-04127 |

## [PROPOSED] ORDER

Considering Defendants Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. (collectively, "Taishan) Motion for Summary Judgment as to the claims filed by Plaintiffs Bessie Barnett, Gwendolyn Bierria, and Stephanie Fortenberry;

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment is GRANTED and the claims of Plaintiffs Bessie Barnett; Gwendolyn Bierria, and Stephanie Fortenberry are hereby dismissed with prejudice.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**