## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| ———————————————— | **SECTION: L** |
| **THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:** | |
| ***Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al., 2:15-cv-004127-EEF*** | **JUDGE ELDON FALLON** |
| | **MAG. JUDGE NORTH** |
| ———————————————— | |

**THROUGH THE AMENDED COMPLAINT, THE FOLLOWING PARTIES REMAIN IN THIS ACTION:**

**Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry,**

                    **Plaintiffs,**

**v.**

**Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Materials Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council,**

                    **Defendants**

————————————————

### DEFENDANTS CHINA NATIONAL BUILDING MATERIALS COMPANY LTD., BEIJING NEW BUILDING MATERIALS GROUP COMPANY LIMITED, AND BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF JOINDER AND MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1 of the Local Civil Rules of the Eastern District of Louisiana, Defendants China National Building Materials Company, Limited ("CNBM"), Beijing New Building Materials (Group) Company, Limited ("BNBM Group"), and Beijing New Building Materials Public Limited Company ("BNMB PLC") (collectively, the "B & C Companies") submit this statement of undisputed material facts in support of their Joinder and Motion for Summary Judgment.

1.  Plaintiff Bessie Barnett alleges that Taishan is the manufacturer of the Chinese drywall contained in her property.  Ex. A at 2.  Plaintiff Bessie Barnett does not allege that any of the B & C Companies are the manufacturers of the Chinese drywall in her property. *Id.*

2.  Plaintiff Gwendolyn Bierria alleges that Taishan is the manufacturer of the Chinese drywall contained in her property.  Ex. B at 2.  Plaintiff Gwendolyn Bierria does not allege that any of the B & C Companies are the manufacturers of the Chinese drywall in her property. *Id.*

3.  Plaintiff Stephanie Fortenberry alleges that Taishan is the manufacturer of the Chinese drywall contained in her property.  Ex. C at 2.  Plaintiff Stephanie Fortenberry does not allege that any of the B & C Companies are the manufacturers of the Chinese drywall in her property. *Id.*

4.  The B & C Companies denied manufacturing drywall with the Product ID markings alleged by Plaintiff Barnett (Product ID Category I) in its court-ordered Statement on Product ID and Attribution, served on Plaintiffs on December 21, 23020.  Ex. D at 3.

5.  The B & C Companies denied manufacturing drywall with the Product ID markings alleged by Plaintiff Bierria (Product ID Category I) in its court-ordered Statement on Product ID and Attribution, served on Plaintiffs on December 21, 23020.  *Id*. at 3.

6.  The B & C Companies denied manufacturing drywall with the Product ID markings alleged by Plaintiff Fortenberry (Product ID Category D) in its court-ordered Statement on Product

ID and Attribution, served on Plaintiffs on December 21, 23020.  *Id*. at 2.

7.  On November 9, 2021, Plaintiffs filed a Motion for Partial Summary Judgment alleging that Taishan is the manufacturer of the Chinese drywall contained in their properties.  MDL Dkt. No. 23229.

Respectfully submitted,

*/s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)
Andrew K. Davidson (CA Bar No. 266506)
Daniel S. Guerra (CA Bar No. 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
            adavidson@orrick.com
            dguerra@orrick.com

James L. Stengel (NY Bar No. 1800556)
Xiang Wang (NY Bar No. 4311114)
Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:   212-506-5000
Email:  jstengel@orrick.com
            xiangwang@orrick.com
            mrshapiro@orrick.com

*/s/ Alex Rothenberg*

Diana Szego Fassbender (D.C. Bar No. 996625)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:  dszego@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.com
            arothenberg@gamb.com

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on December 13, 2021.


/s/ *Alex Rothenberg*
Alex Rothenberg