## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2047**

**SECTION: L**

**THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:**

***Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al., 2:15-cv-004127-EEF***

**JUDGE ELDON FALLON**

**MAG. JUDGE NORTH**

**THROUGH THE AMENDED COMPLAINT, THE FOLLOWING PARTIES REMAIN IN THIS ACTION:**

**Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry,**

**Plaintiffs,**

**v.**

**Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Materials Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council,**

**Defendants**

**DEFENDANTS CHINA NATIONAL BUILDING MATERIALS COMPANY LTD., BEIJING NEW BUILDING MATERIALS GROUP COMPANY LIMITED, AND BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S MEMORANDUM IN SUPPORT OF JOINDER AND MOTION FOR SUMMARY JUDGMENT**

Defendants China National Building Materials Company, Limited ("CNBM"), Beijing New Building Materials (Group) Company, Limited ("BNBM Group"), and Beijing New Building Materials Public Limited Company ("BNMB PLC") (collectively, the "B & C Companies") submit this memorandum in support of their Joinder and Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as to the claims asserted against them by Plaintiffs Bessie Barnett, Gwendolyn Bierria, and Stephanie Fortenberry (collectively, "Plaintiffs").

## I.      INTRODUCTION

At issue in this proceeding are the claims of three Plaintiffs who opted out of the MDL settlement.  For the reasons set out in Taishan Gypsum Co., Ltd.'s ("Taishan") motion for summary judgment, which the B & C Companies hereby join in full and incorporate by reference, the claims are ripe for adjudication based on the undisputed material facts.  In addition to the reasons stated in Taishan's filing, the undisputed evidence requires summary judgment in favor of the B & C Companies because there is no contention, much less any evidence, that they are directly accountable for the drywall at issue.[1]

## II.     LEGAL STANDARD

Summary judgment is required if "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."  Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.").  When seeking summary judgment, the movant bears the initial responsibility of demonstrating the absence of an issue of material fact with respect to those issues on which the movant bears the burden of proof at trial. *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986).  However, where the non-movant bears the burden of proof at trial, the movant may merely point to an absence of evidence, thus shifting to

---

[1] *See* B&C Companies' Statement of Undisputed Material Facts ("SUMF") ¶¶ 1-7 & Exs. A-D, filed herewith.

the non-movant the burden of demonstrating by competent summary judgment proof that there is an issue of material fact warranting trial.  *Id*. at 322; *see also Moody v. Jefferson Par. Sch. Bd.*, 2 F.3d 604, 606 (5th Cir. 1993).

## III.   ARGUMENT

### A.   Plaintiffs Do Not Allege that Any of the B & C Companies Manufactured the Drywall in Their Properties

Plaintiffs do not allege, and have developed no evidence to establish, that any of the B & C Companies manufactured the drywall in their properties.  Plaintiff Barnett alleges that Taishan is the manufacturer of the Chinese drywall contained in her property.  SUMF ¶ 1.  She does not allege that any of the B & C Companies are the manufacturers of the Chinese drywall in her property.  *Id.*  On December 21, 2020, the B & C Companies served their Statement on Product ID and Attribution on Plaintiffs, denying having manufactured drywall with the markings alleged by Plaintiff Barnett.  *Id*. at ¶ 4.

Plaintiff Bierria alleges that Taishan is the manufacturer of the Chinese drywall contained in her property.  SUMF ¶ 2.  She does not allege that any of the B & C Companies are the manufacturers of the Chinese drywall in her property.  *Id.*  On December 21, 2020, the B & C Companies served their Statement on Product ID and Attribution on Plaintiffs, denying having manufactured drywall with the markings alleged by Plaintiff Barnett.  *Id*. at ¶ 5.

Plaintiff Fortenberry alleges that Taishan is the manufacturer of the Chinese drywall contained in her property.  SUMF ¶ 3.  She does not allege that any of the B & C Companies are the manufacturers of the Chinese drywall in her property.  *Id.*  On December 21, 2020, the B & C Companies served their Statement on Product ID and Attribution on Plaintiffs, denying having manufactured drywall with the markings alleged by Plaintiff Barnett.  *Id*. at ¶ 6.

On November 9, 2021, Plaintiffs filed a Motion for Partial Summary Judgment

("Plaintiffs' Motion") alleging that Taishan is the manufacturer of the Chinese drywall contained in their properties.  MDL. Dkt. No. 23229.  Plaintiffs' Motion seeks partial summary judgment "as to the liability and causation related to claims asserted against Tai'an Taishan Plasterboard Co., Ltd. and Taishan Gypsum Company, Ltd."  *Id*. at 1.  Plaintiffs have thus reaffirmed that any theory against the B & C Companies is predicated on derivative liability.

Nor, as Taishan has explained, have Plaintiffs pursued discovery in this action against the Defendants on the issue of product identification.  Plaintiffs had that opportunity.  The time period came and went.  Accordingly, there can be no basis and there is no evidence that would warrant a theory of direct liability against the B & C Companies.  There is thus no genuine dispute of material fact as to product identification and the B & C Companies respectfully request that the Court grant summary judgment over Plaintiffs' claims for failure to prove that the B & C Companies manufactured the drywall in Plaintiffs' homes.

## IV.    CONCLUSION

The claims against the B & C Companies should be denied for the reasons set forth in Taishan's motion for summary judgment, which the B & C Companies join.  Separate and apart from those grounds for summary judgment, there is no evidence that the B & C Companies did not manufacture the drywall in the Plaintiffs' properties.  The Court should grant the B & C Companies' Motion for Summary Judgment.

Respectfully submitted,

    */s/ L. Christopher Vejnoska*                */s/ Alex Rothenberg*

L. Christopher Vejnoska (CA Bar No. 96082)    Diana Szego Fassbender (D.C. Bar No.
Andrew K. Davidson (CA Bar No. 266506)     996625)
Daniel S. Guerra (CA Bar No. 267559)       ORRICK, HERRINGTON & SUTCLIFFE
ORRICK, HERRINGTON & SUTCLIFFE LLP   LLP
405 Howard Street                     Columbia Center
San Francisco, CA  94105             1152 15th Street NW

T: 415-773-5700
Email:  cvejnoska@orrick.com
          adavidson@orrick.com
          dguerra@orrick.com

Washington, D.C. 20005
T: 202-339-8400
Email:  dszego@orrick.com

James L. Stengel (NY Bar No. 1800556)
Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T: 212-506-5000
Email:  jstengel@orrick.com
          mrshapiro@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T: (504) 582-1111
Email: eeagan@gamb.com
          arothenberg@gamb.com

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T: (504) 584-9219
Email: harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on December 13, 2021.

/s/ *Alex Rothenberg*
Alex Rothenberg