# Exhibit A

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Bessie Barnett
Address of Affected Property: 11419 Morrison Road
New Orleans, LA 70128

Is this Property:* (Residential)  Commercial  Governmental

Name of Person Completing this Form: Bessie Barnett

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 504 ) 621 - 6793

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant

Represented By: James V. Doyle, Jr.
Address: Doyle Law Firm, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: OMNI XX - Brooke et al. v. SASC, et al.

### Section II. Insurance Information

Homeowner/ Renter Insurer: Allstate Insurance Company
Policy #: 0 45 900788 01/29
Agent: Kenneth Taylor
Address: 7037 Canal Blvd., Suite 201
New Orleans, LA 70124
Phone: ( 504 ) 283 - 9310

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Bessie Barnett | 01/29/88 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **Yes** No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Bessie Barnett

1.2. When did the inspection take place? 7/21/15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **Yes** No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Doyle Law Firm, PC

2.2. When was this determination made? 7/26/15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| | Made In China Meets or Exceeds ASTM | Ceiling & Walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,700 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 8' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | X | |
| Number of Bathrooms: | 2 | Winter | X | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form | | | |
|---|---|---|---|
| I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control. | | | |
| *[signed] Genie Barnett* | 8-5-2015 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# Allstate Insurance Company



## RENEWAL
# Deluxe Homeowners Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)**<br>Bessie Mae Barnett<br>PO BX 770880<br>New Orleans LA 70177-0880 | **YOUR ALLSTATE AGENT IS:**<br>Kenneth Taylor<br>7037 Canal Blvd #201<br>New Orleans LA 70124 | **CONTACT YOUR AGENT AT:**<br>(504) 283-9310 |
| **POLICY NUMBER**<br>0 45 900788 01/29 | **POLICY PERIOD**<br>Begins on Jan. 29, 2014<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | **PREMIUM PERIOD**<br>Jan. 29, 2014 to Jan. 29, 2015<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
11419 Morrison Road, New Orleans, LA 70128-1924

**MORTGAGEE**
- US SMALL BUSINESS ADMINISTRATION
  10737 Gateway Blvd W   El Paso TX 79935-4920                                   *Loan #11063560 01*

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $3,127.82 |
| 01/2014 LA Citizens Fair Plan Emergency Assessment Surcharge | $110.72 |
| **TOTAL** | **$3,238.54** |

Pursuant to Louisiana law (R.S. 22:2307) any surcharge, market equalization charge, or other assessment levied by Allstate Insurance due to Hurricanes Katrina and Rita is refundable. Please see the following website for additional details:

http://www.ldi.la.gov/HurricaneTaxDeduction.html

PROP *01000171312115300257 1306*

# Allstate Insurance Company

Policy Number:  0 45 900788 01/29     Your Agent:  **Kenneth Taylor  (504) 283-9310**
For Premium Period Beginning:    **Jan. 29, 2014**

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $2,500  Other Peril Deductible Applies<br>• $7,750  Hurricane Deductible Applies | $155,000 | |
| Other Structures Protection<br>• $2,500  Other Peril Deductible Applies<br>• $7,750  Hurricane Deductible Applies | $15,500 | |
| Personal Property Protection - Actual Cash Value<br>• $2,500  Other Peril Deductible Applies<br>• $7,750  Hurricane Deductible Applies | $77,500 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250    All Peril Deductible Applies | $1,000 | each occurrence |

**DISCOUNTS**   Your premium reflects the following discounts on applicable coverage(s):
55 and Retired                                   10 %         Protective Device                                          15 %

## RATING INFORMATION
The dwelling is of Brick Veneer construction and is occupied by  1 family

# Orleans Parish Assessor's Office

**Return to Main Search Page**  **Orleans Home**

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | BARNETT BESSIE M | Today's Date | November 17, 2015 |
| Mailing Address | 11419 MORRISON RD  NEW ORLEANS, LA 70128 | Municipal District | 3 |
| Location Address | 11419 MORRISON RD | Tax Bill Number | 39W011902 |
| Property Class | Residential | Special Tax District | |
| Subdivision Name | SEC 6 | Land Area (sq ft) | 5010 |
| Square | 183 | Lot | 3A |
| Book | 19 | Folio | 034 |
| Line | 002 | Parcel Map | Show Parcel Map |
| Legal Description | 1. SQ 183 SEC 6 LOT 3A  2. MORRISON 50 X 100  3. BR/V SGLE 9/RMS A/R  4. PLAN 9-19-14 | Assessment Area | ZENITH ST-SECTION 6  Show Assessment Area Map |

**Assessment Notice: 2016**

## Value Information

Estimate Taxes | Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | $15,000 | $99,200 | $114,200 | $1,500 | $9,920 | $11,420 | $7,500 | $3,920 | | | | |
| 2015 | $15,000 | $105,100 | $120,100 | $1,500 | $10,510 | $12,010 | $7,500 | $4,510 | | | | |
| 2014 | $15,000 | $105,100 | $120,100 | $1,500 | $10,510 | $12,010 | $7,500 | $4,510 | | | | |

Certified Values

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 01-29-1988 | $78,500 | | | 00740495 | 000000000 |

**Building Sketch 1**    **Building Photo 1** Enlarge/Show All



Case 2:09-md-02047-EEF-MBN   Document 23253-3   Filed 12/13/21   Page 8 of 8

http://qpublic9.qpublic.net/la_orleans_display.php?KEY=1141...



**Return to Main Search Page**     **Orleans Home**

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: November 14, 2015

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net