# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Gwendolyn Kerr Bierria
Address of Affected Property: 5286 Warrington Drive
New Orleans, LA 70122

Is this Property:* Residential   Commercial   Governmental
Name of Person Completing this Form: Gwendolyn Bierria
Is above your primary residence? Yes  No
Mailing Address (if different):
Phone: ( 504 ) 55 3 - 6071

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   Owner-Occupant   Owner Only   Renter-Occupant
Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: Brooke v. SASC, et al.

### Section II. Insurance Information

Homeowner/ Renter Insurer: Great American Assurance Company
Policy #: 1135621
Agent:
Address: 301 E. Fourth Street
Cincinnati, OH 45202
Phone: (   )   -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Gwendolyn Kerr Bierria | 06/29/05 | / / | M /F | / / | Yes No | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Gwendolyn Bierria

1.2. When did the inspection take place? 07/21/17

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? (Yes) No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Gwendolyn Bierria

2.2. When was this determination made? 07/21/17

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Co., Ltd. | Made In China Meet or Exceeds ASTM C 1396 04 Standarr | ceiling and walls |
| | | |
| | | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,657 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 3 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

| Date Range for New Home Construction: (Month/Day/Year) | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |

| Date Range for Renovations: (Month/Day/Year) | | | |
|---|---|---|---|
| Start Date: | 11/01/05 | Completion Date | 11/01/08 |
| Move In Date: | 11/01/08 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*Gwendolyn R. Bierria*        7/30/17
**Claimant's Signature**        **Date Signed**        **Claimant's Signature**        **Date Signed**

_____        _____        _____        _____
**Claimant's Signature**        **Date Signed**        **Claimant's Signature**        **Date Signed**

_____        _____        _____        _____
**Claimant's Signature**        **Date Signed**        **Claimant's Signature**        **Date Signed**

# NOTICE OF INSURANCE

**GREAT AMERICAN ASSURANCE COMPANY**
301 E. FOURTH STREET · CINCINNATI, OH 45202

**THIS INSURANCE IS NON-TRANSFERABLE**

ISSUE DATE: **12/03/2016**

**ITEM 1:** Mortgagor Name and Mailing Address

Gwendolyn Bierria
5286 Warrington Dr
New Orleans, LA 70122

Insured Mortgagee Name and Address

CUSO Mortgage
5601 E LA Palma Ave
Anaheim, CA 92807

**ITEM 2:** Coverage Period

| Effective Date MO / DAY / YR | Expiration Date MO / DAY / YR | Term in Months |
|---|---|---|
| 11/10/2016 | 11/10/2017 | 12 |

| | |
|---|---|
| Mortgagee Protection | GA40019005 |
| Mortgagee's Policy Number | 1135621 |
| Mortgage Agreement | XXX7891 |

**ITEM 3:**

| COVERAGE TYPE | CHECK (X) ONE | AMOUNT OF INSURANCE | PREMIUM |
|---|---|---|---|
| RESIDENTIAL (Dwelling) | X | $152,972.00 | $1,024.00 |
| COMMERCIAL OCCUPIED (Building) | | | |
| COMMERCIAL VACANT (Building) | | | |
| MOBILE HOME | | | |
| CONTENTS/EQUIPMENT | | | |
| | | TAX | |
| | | TOTAL AMOUNT | $1,024.00 |

**ITEM 4:** Property Address (if different from mailing address)
5286 Warrington Drive
New Orleans, LA 70122

**This is not a Homeowner's Policy.** This insurance provides hazard protection against loss to the property from perils including fire, lightning, explosion, vandalism, smoke, volcanic eruption, sinkhole, sprinkler leakage and riot; subject to the terms and conditions of the mortgagee's policy. This coverage may not meet the mortgagor's insurance needs. There is no coverage for liability, contents or additional living expenses unless indicated above under COVERAGE TYPE. There is no coverage for flood or earthquake and windstorm and hail may be limited. In the event of a total loss, the limits provided above may not be adequate to restore the property.

**Deductible:** In the event of loss, this policy shall be subject to a deductible as defined in the Mortgagee's policy.

**This Notice of Insurance is for information only.** It neither amends, extends nor alters the coverage afforded by the Mortgagee's policy which it describes. Consult the Mortgagee's policy for actual terms and conditions.

ACE-8901 (8/99)                                                   LENDER COPY

**SKETCH ADDENDUM**

File No.
Case No.

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Bierria | | | | |
| Property Address | 5286 Warrington Dr | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70122 |
| Lender/Client | Brokered Loan | Address | 2990 Lava Ridge Ct, Roseville, CA 95661 | | |



FOR ILLUSTRATION ONLY-NOT TO SCALE

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| **Living Area** | | |
|    First Floor | | |
|       A1 : 12.1 x 41.2 = | | 498.5 |
|       A2 : 38.4 x 56.2 = | | 2158.1 |
| | | 2656.6 |
| Total Living Area | | 2656.6 |
| **Garage Area** | | |
|    Attached Garage | | |
|       A3 : 22.5 x 30.5 = | | 686.3 |
| | | 686.3 |
| Total Garage Area | | 686.3 |

ClickFORMS Appraisal Software 800-622-8727     Page 12 of 14