# Exhibit C

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES  JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Stephanie Fortenberry |
| Address of Affected Property | 3012 Oak Drive |
| | Violet, LA 70092 |
| Is this Property:* | (Residential)  Commercial  Governmental |
| Name of Person Completing this Form | Stephanie Fortenberry |
| Is above your primary residence? | Yes (No) |
| Mailing Address (if different) | 25025 North Benville Road |
| | Picayune, MS 39466 |
| Phone: | ( 601 ) 798 - 3346 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | Owner-Occupant  (Owner Only)  Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Brooke v. SASC, et al. |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Southern Fidelity Insurance Company |
| Policy #: | LVD 1017360 01 17 |
| Agent: | Dan Burghardt Insurance Agency, Inc. |
| Address: | 3008 David Drive |
| | Metairie, LA 70003 |
| Phone: | ( 504 ) 455 - 7283 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Stephanie Fortenberry | / / | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Stephanie Fortenberry

   1.2. When did the inspection take place?  04/13/17

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Stephanie Fortenberry

   2.2. When was this determination made?  04/13/17

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Co., Ltd. | Crescent City Gypsum | ceiling and walls |
|  | Made In China |  |

### Section VI. Home Information

| | |
|---|---|
| Approx. Sq. Ft. of House: | 1,600 |
| Estimated Sq. Ft. of Drywall | ---------- |
| Height of Interior Walls | 9' |
| Number of Bedrooms: | 3 |
| Number of Bathrooms: | 2 |

| | Yes | No |
|---|---|---|
| Occupied | X | |
| Year-round | X | |
| Summer | | |
| Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | | Completion Date | / / |
| Move In Date: | / / | | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | | Completion Date | / / |
| Move In Date: | / / | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name: Catholic Charities of New Orleans

Address:

Phone: (   )   -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Stephanie B. Fortenberry_  _4-29-17_,
**Claimant's Signature**  **Date Signed**   **Claimant's Signature**  **Date Signed**

_____,  _____,
**Claimant's Signature**  **Date Signed**   **Claimant's Signature**  **Date Signed**

_____,
**Claimant's Signature**  **Date Signed**   **Claimant's Signature**  **Date Signed**



| SFIC<br>Southern Fidelity Insurance Company | P.O. Box 16029<br>Tallahassee FL 32317-6029 | DWELLING FIRE | |
|---|---|---|---|
| | | POLICY NUMBER | POLICY PERIOD |
| | | | From — To |
| | | LVD 1017360 01 17 | 03/02/2017 — 03/02/2018 |
| | | | 12:01 A.M. Standard Time at the described location |

**For Customer Service and Claims Call 1-866-874-7342**

INSURED'S COPY          Date Issued: 02/16/2017

| INSURED: | AGENT: 7200110 |
|---|---|
| STEPHANIE FORTENBERRY<br>PO BOX 204<br>VIOLET LA 70092 | DAN BURGHARDT INS AGCY INC<br>3008 DAVID DR<br>METAIRIE, LA 70003 |
| Telephone: 504-453-6171 | Telephone: 504-455-7283 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

3012 OAK DR                    VIOLET LA 70092

## ADVANCE NOTICE OF FUTURE CANCELLATION TO TAKE EFFECT AT 12:01 AM 03/02/2017

Please note that we are required by state law to send you this notice, at least ten days in advance, when we have not received the required premium payment for your policy. If this payment has been sent within the past three weeks, no action on your part is necessary and you may disregard this notice.

Your policy IS NOT cancelled at this time and WILL NOT be cancelled if the payment of the amount due is received before the effective date of cancellation shown above. If payment has not been sent, please take a moment to return your payment with the remittance slip below. Thank you.

```
Total Policy Premium     $1,165.00
Service Charge              $18.00      AMOUNT DUE NOW          $316.00
```

## PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

DETACH ALONG THIS PERFORATION BELOW
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
RETURN THIS PORTION WITH YOUR REMITTANCE

**GO GREEN** Visit our web site www.southernfidelityins.com
Make online payments and sign up for eDelivery of policy documents

LVD  1017360   01  00  17   7200110

LOAN NUMBER:
AMOUNT DUE                                   316.00

STEPHANIE FORTENBERRY
PO BOX 204
VIOLET LA 70092

PLEASE REMIT PAYMENT TO:
03#17
Southern Fidelity Insurance
P.O. Box 31148
Tampa,           FL33631-3148

LVD1017360011700000003160011703173

**SFIC**

| | LVD 1017360 00 17 | 03/02/2016 | 03/02/2017 |
|---|---|---|---|
| | | 12:01 A.M. Standard Time at the described location | |

AMENDED DECLARATION  Effective:  03/02/2016  Date Issued: 03/16/2016
MULTIPLE CHANGES

**INSURED**

STEPHANIE FORTENBERRY
PO BOX 204
VIOLET LA 70092

Telephone:  504-453-6171

**AGENT**  7200110

DAN BURGHARDT INS AGCY INC
3008 DAVID DR
METAIRIE, LA 70003

Telephone:  504-455-7283

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

3012 OAK DR                    VIOLET LA 70092

Coverage is provided where premium and limit of liability is shown.
Flood coverage is not provided by SOUTHERN FIDELITY and is not a part of this policy.

| COVERAGES | LIMIT OF LIABILITY | DESCRIPTION | PREMIUMS |
|---|---|---|---|
| A. Dwelling | $132,000.00 | Fire Bldg | $365.00 |
| | | Broad Form | $812.00 |
| C. Personal Property | $30,000.00 | Fire Cnts | $166.00 |
| | | Broad Form | $385.00 |
| **PERSONAL LIABILITY COVERAGE** | | | |
| L. Personal Liability | $300,000.00 | | $35.00 |
| M. Medical Payments | $1,000.00 | | INCLUDED |
| **OPTIONAL COVERAGES** | | | |
| LIMITED FUNGI,ROT BACTERIA | $10,000/$20,000 | | INCLUDED |

TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:  SEE REVERSE SIDE          $1,880.00

PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY.

**FORMS AND ENDORSEMENTS**

| | | COUNTERSIGNED DATE  03/16/2016 |
|---|---|---|
| DL 0117  (02/05) | DL 2401  (12/02) | |
| DL 2402  (12/02) | DL 2411  (12/02) | |
| DL 2416  (12/02) | SFD LA D2 (10/07) | BY  *James Grigonella* |
| SFDLA ALE (09/12) | SFDLAAE  (08/12) | |
| Continued on Forms Schedule | | |

**ADDITIONAL INTERESTS**

AGENT'S COPY