# Exhibit D

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,**

**THIS DOCUMENT RELATES TO:**

Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrence Ross and Rhonda Ross,

    **Plaintiffs**,

v.

Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and The State-Owned Assets Supervision and administration Commission of the State Council,

    **Defendants**.

**MDL Docket No. 2047**

**SECTION L**
**JUDGE FALLON**
**MAG. JUDGE NORTH**


**Case No. 2:15-CV-04127-EEF-JCW**

---

### DEFENDANTS CHINA NATIONAL BUILDING MATERIALS COMPANY LTD.'S, BEIJING NEW BUILDING MATERIALS GROUP COMPANY LIMITED'S, AND BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY'S STATEMENT ON PRODUCT ID AND ATTRIBUTION

Pursuant to Case Management Order No. 1 in the above-captioned action, Defendants China National Building Materials Company, Limited ("CNBM"), Beijing New Building Materials (Group) Company, Limited ("BNBM Group"), and Beijing New Building Materials Public Limited Company ("BNBM PLC") (collectively "Defendants") submit the below chart outlining Defendants' positions on Product ID and attribution. In so submitting, CNBM and BNBM Group note that BNBM PLC is the only entity among the Defendants that is alleged to have manufactured drywall and there has been no finding that BNBM PLC's conduct may be imputed to the other Defendants for liability purposes. However, to the extent that a response

from CNBM and BNBM Group is deemed necessary (now or at some point in the future), the

positions taken by BNBM PLC apply equally to CNBM and BNBM Group.

| | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Defendants' Position |
|---|---|---|---|
| A. | BNBM/Dragon board | 22, 23, 24, 25, 26 | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with this type of markings were manufactured by BNBM PLC.  Deny that products with this type of markings were manufactured by CNBM Co. or BNBM Group. |
| B. | C & K | 34, 35, 36 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| C. | Chinese Manufacturer #2 (purple stamp) | 37 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| D. | Crescent City Gypsum | 27, 28, 29 | Deny that products with this type of markings were manufactured by CNBM Co,, and BNBM Group, and BNBM PLC. |
| E. | DUN | 42 | Deny that products with this type of markings were manufactured by CNBM Co,, |

---

[1] The Taishan Product ID Catalog was prepared by the Plaintiffs Steering Committee based on a review of Product ID documentation submitted by *Amorin* claimants in multiple states.  The numbers in this column correspond to numbers printed on each page of exemplar markings in the Taishan Product ID Catalog (attached as Exhibit 1).

| | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Defendants' Position |
|---|---|---|---|
| | | | BNBM Group, and BNBM PLC. |
| F. | IMT Gypsum | 30, 31, 32, 33 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| G. | ProWall | 43, 44 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| H. | Taian Taishan or Taihe Tape | 1, 14, 15, 16 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| I. | Made in China Meet or Exceeds | 13, 17, 18, 19, 20, 21 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| J. | Various Drywall dimensions, including 4feetx12feetx1/2 inch and 4feet*12feet*1/2inch | 2, 5, 6, 7, 8, 9, 10, 11 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| K. | Venture Supply | 38, 39, 40, 41 | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |
| L. | Boards with white edge tape and no other markings; boards with no markings or boards with no markings other than numbers; and any other product ID categories | 12, 3, 4, | Deny that products with this type of markings were manufactured by CNBM Co,, BNBM Group, and BNBM PLC. |

Dated:  December 21, 2020                          Respectfully Submitted,

                                                  */s/ L. Christopher Vejnoska*

L. Christopher Vejnoska (CA Bar No. 96082)        James L. Stengel (NY Bar No. 1800556)
Andrew K. Davidson (CA Bar No. 266506)            Xiang Wang (NY Bar No. 4311114)
Daniel S. Guerra (CA Bar No. 267559)              Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP                ORRICK, HERRINGTON & SUTCLIFFE
The Orrick Building                               LLP
San Francisco, CA  94105                          51 West 52nd Street
T:  415-773-5700                                  New York, NY, 10019
Email:  cvejnoska@orrick.com                      T:  212-506-5000
          adavidson@orrick.com                    Email:  jstengel@orrick.com
          dguerra@orrick.com                               xiangwang@orrick.com
                                                           mrshapiro@orrick.com

Diana Szego Fassbender (D.C. Bar No. 996625)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email:  dszego@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.com
          arothenberg@gamb.com

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com

*Attorneys for BNBM (Group) Co. Ltd. and BNBM PLC*

# EXHIBIT 1



# PHOTO EXHIBIT FOR

# VASHAUN & ERIKA WILLIAMS





# Drywall Markings
# Photo Exhibit

Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Tapered

edge   1020   oootkd

4

CLOSET
2ND
FLOOR

Drywall    4feetx12feetx1/2inch



6





Bereijo, J-Indicia-0026

8



Interior Wall Drywall
Stamp from AC Room

9



10



Interior Wall Drywall Stamp from Living Room



11



12



13








Paper Edge Tape from Kitchen



Interior Wall Drywall Stamp from Kitchen





16



Bernice Butler
2999 Silver Hill Drive
Douglasville, GA 30135

Daniel K. Bryson

MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD





Grueninger, S-Indicia-0215



Grueninger, S-Indicia-0219



CravenD(38th St.)0014
20



21





BEIJING NEW BUILDING MATERIALS CO.,

TYPE 94 4 4
4 A

5/8"or15.9mm THICK

GYPSUM BOARD

CLASSIFIED
FIRE RESISTANCE CLASSIFICATION
SEE UL FIRE RESISTANCE DIRECTORY
ISSUE NO. F-3851

23

BNBM DRAGON BRAND GYPSUM WALLBOARD

TYPE DBX-1

R19374



5/8" OR 15.9mm THICK

GYPSUM BOARD

ISSUE NO. F-3851

FIRE RESISTANCE CLASSIFICATION

SEE UL FIRE RESISTANCE DIRECTORY

24










ceiling 16oc wall 21oc ma





29



Bell, P-Indicia-0204















34



# PHOTO EXHIBIT FOR

# VASHAUN & ERIKA WILLIAMS





36



37

Nell Booth 483 Tranquil Drive, Winder GA
Northeast Part of Georgia Outside "Taishe China"
11/17/09 1125 John Brishekel

VENTURE SUPPLY INC. MFG TAIHE CHINA

Nell Boothe
483 Tranquill Drive
Winder, GA 30680

Daniel K. Bryson

38

ENTURE SUPPLY INC. MFG TAIHE CHINA

39



VENTURE SUPPLY INC.MFG TAIHE CHINA

40



Dun Gypsum Board in Attic

Drywall in AC Closet

 

Attic Drywall



42





Delayo, W-Indicia-0029