# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L (5) <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry; | |
| Plaintiffs, | Case No. 2:15-CV-04127 |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council, | |
| Defendants. | |

## ORDER

The Court has received Taishan's request for oral argument on its Motion for Summary Judgment. Accordingly,

**IT IS ORDERED** that oral argument on Taishan's Motion for Summary Judgment, R. Doc. 23252, is **SCHEDULED** for January 19, 2022 at 9:00 AM in the courtroom of Judge Eldon E. Fallon.

New Orleans, Louisiana, this 16th day of December, 2021.

UNITED STATES DISTRICT JUDGE