UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" <br><br> JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

### MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP.'S NOTICE OF COMPLIANCE

TO THE COURT AND ALL COUNSEL: PLEASE TAKE NOTICE THAT the firms of Milstein, Jackson, Fairchild & Wade, LLP. and Roberts and Durkee, PA have complied with the Court's Order of December 8, 2021, by depositing the sum of $ 601,798.10 into the Court's registry. Based on said compliance, it is respectfully requested that the Court vacate the subject Order. The deposit has been made subject to the prior objections and it is respectfully requested that the funds not be disbursed from the Court registry until such time as there is disposition of the pending SCOTUS Writ as to the underlying decision.

DATED: December 21, 2021        **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP,**

By:     /s/ Mark A. Milstein

Mark A. Milstein
(admitted *pro hac vice*)
Milstein, Jackson, Fairchild &

Wade, LLP
Telephone: 310-396-9600
mmilstein@mjfwlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF, which caused a copy to be served this 21st day of December, 2021 via email on all case participants.

DATED: December 21, 2021          **MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP**

By:_____/s/ Mark A. Milstein_____

Mark A. Milstein
(admitted *pro hac vice*)
Milstein, Jackson, Fairchild & Wade, LLP
Telephone: 310-396-9600
mmilstein@mjfwlaw.com