UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

**FURTHER UPDATED CLASS COUNSEL'S STATUS REPORT
REGARDING THE TRANSFER OF COMMON BENEFIT FEES
OWED BY INDIVIDUAL COUNSEL TO THE COURT REGISTRY**

Since the filing of Class Counsel's Updated Status Report Regarding the Transfer of Common Benefit Fees Owed by Individual Counsel to the Court Registry (R. Doc. 23248), Milstein, Jackson, Fairchild & Wade LLP ("Milstein") and Roberts & Durkee PA ("Durkee") have complied with this Court's Transfer Orders (R. Docs. 23128 & 23219). On or about December 20, 2021, Milstein deposited $601,798.10 into the registry of the Court.

On September 16, 2021, the Court allocated $5,832,950.95 in common benefit fees awarded from the Florida Individual Settlement ("FIS") to eligible common benefit counsel. *See* Order Allocating Common Benefit Fees (R. Doc. 23128) ("Allocation Order"). However, distribution of those fees has not occurred. Parker Waichman LLP ("Parker Waichman"), Milstein, and Durkee have objected to distribution of the fees paid by them (totaling $4,561,275.86),[1] pending disposition of their Petition for a Writ of Certiorari to the Supreme

---

[1] Of these funds, Parker Waichman paid $3,180,845.90 from the fees earned in its cases in the FIS and $778,631.86 in fees earned from the cases referred to Parker Waichman by Levin Papantonio Thomas Mitchell Rafferty Proctor PA. ("Levin Papantonio"), and Milstein paid $601,798.10.

1

Court seeking review of the Eleventh Circuit affirmance of the common benefit fee award.[2] There is no legal basis for that objection, as there is no stay of the Eleventh Circuit mandate, nor is there a stay of this Court's Allocation Order. It is noteworthy that there is no objection from Whitfield Bryson & Mason LLP or Mrachek Fitzgerald Rose Konopka Thomas & Weiss PA ("Mrachek") to distribution of the common benefit fees they paid (totaling $1,271,675.09).[3]

In addition to the principal amount of common benefit fees paid from the FIS, Class Counsel are entitled to interest. The Court indicated it would determine the amount of interest due at a hearing to be set at a later date. *See* Allocation Order at 2. In the motion for allocation of common benefit fees awarded from the FIS, the Fee and Allocation Committee ("FAC") requested that Individual Counsel inform the Court as to whether the common benefit fees that were awarded were held in escrow in interest-bearing accounts, and if so, the amount of interest earned on those funds (R. Doc. 23114). The FAC sought a full accounting so that the Court, Class Counsel, and the FAC could be made fully aware of the interest earned prior to deposit of the funds into the Court registry, the location of where the awarded funds were held in trust, and the amount of interest earned on those monies. A proposed Order setting the hearing to determine the amount of interest owed was attached to the FAC's motion as Exhibit "B" (R. Doc. 23114-3).[4]

---

[2] A decision from the Supreme Court is expected on Monday, January 10, 2022. *See Parker Waichman LLP, et al. v. Arnold Levin, et al.*, Dkt. No. 21-666 (Dec. 15, 2021) ("DISTRIBUTED for Conference of 1/7/2022").

[3] Of these funds, Whitfield Bryson Mason paid $769,006.79 and Mrachek paid $502,668.30.

[4] Since that motion was filed, Class Counsel learned that Levin Papantonio earned no fees from the FIS (R. Doc. 23234-1), and, therefore, this firm should not be obligated to pay any interest on the common benefit fees awarded to Class Counsel.

This 22nd day of December, 2021.

                              Respectfully submitted,

                              By: */s/ Stephen J. Herman*
                              Stephen J. Herman (Bar No. 23129)
                              Herman, Herman & Katz, LLC
                              820 O'Keefe Avenue
                              New Orleans, LA 70113
                              Phone: (504) 581-4892
                              Fax: (504) 561-6024
                              SHerman@hhklawfim.com
                              *Class Counsel*

                              Arnold Levin
                              Sandra L. Duggan
                              Levin Sedran & Berman LLP
                              510 Walnut Street, Suite 500
                              Philadelphia, PA 19106
                              Phone: (215) 592-1500
                              Fax: (215) 592-4663
                              alevin@lfsblaw.com
                              *Class Counsel*

                              Patrick Shanan Montoya
                              Patrick@colson.com
                              Colson Hicks Eidson
                              255 Alhambra Circle, PH
                              Coral Gables, FL  33134-2351
                              Telephone:  (305) 476-7400
                              Facsimile:  (305) 476-7444
                              *Class Counsel*

                              Richard J. Serpe, Esq.
                              LAW OFFICES OF RICHARD J. SERPE, PC
                              580 E. Main Street, Suite 310
                              Norfolk, VA 23510
                              757-233-0009
                              Rserpe@serpefirm.com
                              *Class Counsel*

**Certificate of Service**

I HEREBY CERTIFY that the above and foregoing will be filed into the MDL Court Docket *via* the Court's ECF / PACER service, thereby effecting service on all counsel who are designated to receive such service;  will be served on All Counsel *via* the File & Serve Express system established for service of pleadings, orders, and other documents in MDL No. 2047;  and will be served by Settlement Class Counsel *via* E-Mail upon Florida Individual Settlement counsel, Mr. Faircloth;  this 22nd day of December, 2021.

                 /s/ Stephen J. Herman