# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL CASES ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## JOINT MOTION FOR DISBURSEMENT OF FUNDS HELD IN THE REGISTRY OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

The Law Office of Joseph Buffington, LLP, Collins & Horsley, PC and Arthur Edge, PC, respectfully move this Court to approve disbursement of funds held in the Registry of the Court, as detailed in the Memorandum in Support filed concurrently with this Motion.

Specifically, and as set forth in detail in the Memorandum in Support, The Law Office of Joseph Buffington, LLP, Collins & Horsley, PC and Arthur Edge III, PC request that the Court issue an order authorizing the disbursement of $6,273,382.95, plus all interest, currently held in the Court's Registry to "Arthur Edge III PC Trust Account" to be mailed to H. Arthur Edge, III, Arthur Edge III, PC, 2320 Highland Avenue South, Suite 175, Birmingham, Alabama 35205.

Pursuant to Local Rule 67.3, Movant certifies that they provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the Registry account.

2

WHEREFORE, for the reasons set forth in this Motion and accompanying Memorandum, The Law Office of Joseph Buffington, LLP Collins & Horsley PC and Arthur Edge II, PC request that this Honorable Court approve disbursement of funds held in the Court Registry in the manner set forth herein.

Respectfully submitted this the 22nd day of December, 2021.

FOR COLLINS & HORSLEY, PC:

*s/ David L. Horsley*
David L. Horsley
Collins & Horsley, PC
2320 Highland Ave S, Ste 175
Birmingham, AL 35205
Tel: (205) 453-0322
david@edgelawyers.com

FOR ARTHUR EDGE, III and ARTHUR EDGE, PC:

*s/ H. Arthur Edge, III*
H. Arthur Edge, III
Arthur Edge, III, PC
2320 Highland Ave S, Ste 175
Birmingham, AL 35205
Tel: (205) 453-0322
art@edgelawyers.com

FOR THE LAW OFFICES OF JOSEPH BUFFINGTON, LLP

*s/ Joseph W. Buffington*
Joseph W. Buffington
Law Office of Joseph Buffington LLP
12217 Sam Sutton Rd
Coker, AL 35452-4252
Tel: (205) 200-1755
buffingtonjoe9@gmail.com