UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL  :  MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION  :
       :
       :  SECTION: L
This Document Relates to All Cases  :
       :  JUDGE FALLON
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :  MAG. JUDGE WILKINSON

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR DISBURSEMENT OF FUNDS HELD IN THE REGISTRY OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

      Law Offices of Joseph Buffington, LLP ("Buffington"), Collins & Horsley ("Collins") and Arthur Edge, PC ("Edge"), having reached a resolution of their dispute arising from claims to certain funds currently on deposit with Registry of the Court for the United States District Court for the Eastern District of Louisiana (the "Registry"), respectfully request this Court to direct the Clerk of Court to distribute funds from the Registry in the manner set forth herein.

      1.    A dispute over fees arose between the Bryson Group, Gentle Turner & Sexton, Collins & Horsley and Arthur Edge, PC.

      2.    As a result of the Parties' fee dispute, on October 10, 2019, this Court issued an Order Granting Settlement Administrator's Motion to Deposit Disputed Attorneys Fees into the Registry of the Court [Doc. 22343], whereby it caused the disputed sum of $6,866,796.33 to be deposited into the registry of the Court. On July 13, 2020, the Court issued an additional Order Granting Settlement Administrator's Motion to Deposit Disputed Attorneys Fees into the Registry of the Court [Doc. 22906]. Total fees on deposit totaled $7,960,910.88.

      3.    The Bryson Group resolved its fee dispute with Gentle Turner & Sexton, Collins & Horsley, PC and Arthur Edge PC. The Court has issued three Orders to Disburse Funds relating to that dispute 1.) October 26, 2020 in the amount of $1,113,011.34 [Doc. 22959], 2.) November

1

3, 2020 in the amount of $217,664.94 [Doc. 22966] and 3.) December 17, 2020 in the amount of $356,851.65 [Doc. 23042] for a total of $1,687,527.93. The only remaining dispute is between Collins & Horsley, PC and Arthur Edge PC and the disbursement of fees for cased filed under The Law Office of Joseph Buffington.

4. William Brian Collins has agreed to withdraw: (1) the Motion for Order Disbursing Fees Earned in Texas Cases to Collins & Horsley, P.C.; (2) Response of Collins & Horsley, P.C. to the Court's Order Regarding Allocation; and (3) Motion Requesting the Court to Order the Clerk to Remit Payment of All Fees to Collins & Horsley, P.C. filed on December 3, 2019 (Exhibit A- Consent to Disburse Funds – William Brian Collins).

5. The Law Office of Joseph Buffington, LLP, Collins & Horsley, PC and Arthur Edge PC have entered into a settlement agreement and agree that the remaining $6,273,382.95 in disputed funds in the Registry is to be paid to "Arthur Edge III PC Trust Account" and the check mailed to H. Arthur Edge, III, Arthur Edge III, PC, 2320 Highland Avenue South, Suite 175, Birmingham, Alabama 35205. (Exhibit B – Consent to Disburse Funds – Joseph William Buffington)

6. Pursuant to Local Rule 67.3, Movants certify that they have provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the registry account.

WHEREFORE, for the reasons set forth herein, the Parties request disbursement of funds held in the Registry in the manner set forth herein.

Respectfully submitted this the 22nd day of December, 2021.

FOR COLLINS & HORSLEY, PC:

*s/ David L. Horsley*
David L. Horsley
Collins & Horsley, PC
2320 Highland Ave, Ste 175
Birmingham, AL 35205
Tel: (205) 453-0322
david@edgelawyers.com

FOR ARTHUR EDGE, III and ARTHUR EDGE, PC:

*s/ H. Arthur Edge, III*
H. Arthur Edge, III
Arthur Edge, III, PC
2320 Highland Avenue South, Suite 175
Birmingham, AL 35205
Tel: (205) 453-0322
art@edgelawyers.com

FOR THE LAW OFFICES OF JOSEPH BUFFINGTON, LLP

*s/ Joseph W. Buffington*
Joseph W. Buffington
Law Office of Joseph Buffington LLP
12217 Sam Sutton Rd
Coker, AL 35452-4252
Tel: (205) 200-1755
buffingtonjoe9@gmail.com