# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | *ALL CASES* | MAG. JUDGE WILKINSON |

**CONSENT TO RELEASE FUNDS**

I, William Brian Collins, withdraw: (1) the Motion for Order Disbursing Fees Earned in Texas Cases to Collins & Horsley, P.C.; (2) Response of Collins & Horsley, P.C. to the Court's Order Regarding Allocation; and (3) Motion Requesting the Court to Order the Clerk to Remit Payment of All Fees to Collins & Horsley, P.C. filed on my behalf on December 3, 2019. In addition I hereby consent to the release of funds to be paid to Arthur Edge III, PC.

_____
William Brian Collins

STATE OF ALABAMA )
__Jefferson__ COUNTY )

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that **WILLIAM BRIAN COLLINS**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, and executed the same voluntarily on the day the same bears date.

Given under my hand, this __22ND__ day of __November__, 2021.

_____
NOTARY PUBLIC
My Commission Expires: __5-22-2024__

JOHN YATES
Notary Public
Alabama State at Large