# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINESE-MANUFACTURED          MDL NO. 2047
         DRYWALL PRODUCTS LIABILITY
         LITIGATION                    SECTION: L

         THIS DOCUMENT RELATES TO:     JUDGE FALLON

         *ALL CASES*                   MAG. JUDGE WILKINSON

---

### CONSENT TO RELEASE FUNDS

I, Joseph William Buffington of the Law Offices of Joseph Buffington LLP, give confirmation to the Court that I hereby consent to the release of funds to be paid to Arthur Edge III, PC which were filed under The Law Office of Joseph Buffington, LLP or are being held by the Court subject to the Court's Orders to Deposit Funds [Doc. 22343, 22906].

*/s/ Joseph William Buffington*
Joseph William Buffington

STATE OF ALABAMA  )
Jefferson  COUNTY)

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that **JOSEPH WILLIAM BUFFINGTON**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of such instrument, and executed the same voluntarily on the day the same bears date.

Given under my hand, this 23rd day of November, 2021.

*/s/ Ashley Leigh Horsley*
NOTARY PUBLIC
My Commission Expires: 5/4/25



ASHLEY LEIGH HORSLEY
My Commission Expires
May 4, 2025