# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL CASES ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE IN THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $6,273,382.95 plus all interest earned as follows:

"Arthur Edge III PC Trust Account" and mail check to H. Arthur Edge, III, Arthur Edge III, PC, 2320 Highland Avenue, Suite 175, Birmingham, Alabama 35205.

this the \_\_\_\_ of _____, 2021

_____
Eldon E. Fallon
United States District Court Judge