UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 SECTION: L (5) |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br>MAG. JUDGE NORTH |

## ORDER

The Court has received the Notice of Compliance filed by Milstein, Jackson, Fairchild & Wade, LLP and Roberts and Durkee, PA and has confirmed that these firms have deposited the outstanding amount of $601,798.10 into the Court's registry. Accordingly,

**IT IS ORDERED** that the Order requiring these firms to deposit the outstanding amount of common benefit fees, R. Doc. 23250, is **VACATED**.

New Orleans, Louisiana, this 22nd day of December, 2021.

UNITED STATES DISTRICT JUDGE

1