UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,*<br>2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

### EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTIONS & CONTINUE SCHEDULED ORAL ARGUMENT HEARING

Defendants have filed summary judgment motions (Rec. Docs. 23252 and 23253) currently set for consideration and oral argument on this Court's Motion Day of January 19, 2022, at 9:00 am. Pursuant to Local Rules, Plaintiffs' response is due no later than January 11, 2022. Plaintiffs request a 21-day extension of time to respond to Defendants' motions. In addition, Plaintiffs request a continuance of the hearing to a later date to be scheduled by this Court. In accordance with LR 7.8, the undersigned counsel hereby certifies that there has been no previous extension of time requested to respond to these motions and opposing party has not filed into the court's record an objection to an extension of time.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of January, 2022.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC