UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED: | |
| *Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* 2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON MAG. JUDGE NORTH |

## **ORDER**

Upon consideration of Plaintiffs' Ex Parte Motion For Extension of Time to Respond to Pending Motions & Continue Scheduled Oral Argument Hearing, an extension is hereby **GRANTED**. The Court will reschedule the hearing on Defendants' pending motions (Rec. Docs. 23252 & 23253) on a date no earlier than February 9, 2022, and Plaintiffs' responses will be due in accordance with the Local Rules. A separate order will follow to reschedule the hearing on Defendants' motions.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
Eldon E. Fallon
United States District Court Judge