UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.***, Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

**UPDATED STATUS REPORT ON THE FINALITY OF THE AWARD OF COMMON BENEFIT FEES FROM THE FLORIDA INDIVIDUAL SETTLEMENT**

The Supreme Court has denied the Petition for a Writ of Certiorari filed by Individual Counsel Parker Waichman LLP ("Parker"), Milstein, Jackson, Fairchild & Wade LLP ("Milstein") and Roberts & Durkee PA ("Durkee") challenging the award of common benefit fees from the Florida Individual Settlement ("FIS"). *See* Dkt. Entry dated 1/10/2022, denying certiorari in *Parker Waichman LLP, et al. v. Arnold Levin, et al.*, No. 21-666 (Sup. Ct.), attached hereto as Exhibit "A." Therefore, the objection of Parker, Milstein, and Durkee to distribution of those fees is now moot.

On September 16, 2021, this Court allocated the principal amount of common benefit fees awarded from the FIS, totaling $5,832,950.95, to eligible common benefit counsel. *See* Order Allocating Common Benefit Fees (R. Doc. 23128) ("Allocation Order"). The funds are being held in the registry of the Court. Distribution has not occurred. Class Counsel suggest that the time is ripe to distribute the common benefit fees awarded in this matter. Given the lengthy time that this fee dispute has proceeded, Class Counsel respectfully request, on behalf of eligible common benefit counsel, that the Order filed herewith authorizing distribution of common benefit fees from the FIS be entered.

1

Further, the Court indicated in its Allocation Order that a hearing would be set to determine the amount of interest due on the fees awarded. *See* Allocation Order at 2. In its motion for allocation, the Fee and Allocation Committee ("FAC") requested that Individual Counsel inform the Court as to whether the FIS common benefit fees were held by them in interest-bearing escrow accounts, and if so, the amount of interest earned on those funds during the period of escrow (R. Doc. 23114). The FAC sought a full accounting so that the Court, Class Counsel, and the FAC could be made fully aware of the interest earned prior to deposit of the funds into the Court registry, the location where the awarded funds were held in trust, and the amount of interest earned on those monies. A proposed Order setting the hearing to determine the amount of interest owed was attached to the FAC's motion as Exhibit "B" (R. Doc. 23114-3).[1] Class Counsel respectfully suggest that the time is ripe to set the hearing to determine the amount of interest owed by Individual Counsel and to order production of the information required of Individual Counsel in advance of the hearing.

                                                  Respectfully submitted,

Dated: January 10, 2022                   By: */s/ Stephen J. Herman*
                                                        Stephen J. Herman (Bar No. 23129)
                                                          Herman, Herman & Katz, LLC
                                                          820 O'Keefe Avenue
                                                          New Orleans, LA 70113
                                                          Phone: (504) 581-4892
                                                          Fax: (504) 561-6024
                                                          Sherman@hhklawfim.com
                                                          *Settlement Class Counsel*

---

[1] Since that motion was filed, Class Counsel learned that Levin Papantonio earned no fees from the FIS (R. Doc. 23234-1), and, therefore, this firm should not be obligated to pay any interest on the common benefit fees awarded to Class Counsel.

2

>Arnold Levin
>Sandra L. Duggan
>Levin Sedran & Berman LLP
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>alevin@lfsblaw.com
>*Settlement Class Counsel*
>
>Patrick Shanan Montoya
>Patrick@colson.com
>Colson Hicks Eidson
>255 Alhambra Circle, PH
>Coral Gables, FL  33134-2351
>Telephone:  (305) 476-7400
>Facsimile:  (305) 476-7444
>*Settlement Class Counsel*
>
>Richard J. Serpe, Esq.
>LAW OFFICES OF RICHARD J. SERPE, PC
>580 E. Main Street, Suite 310
>Norfolk, VA 23510
>757-233-0009
>Rserpe@serpefirm.com
>*Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Status Report, together with Exhibit A and the Proposed Order, will be filed into the record *via* the Court's electronic filing system, thereby effectuating service on all parties registered to receive such service on PACER;  will be served *via* File & Serve Xpress, pursuant to the procedures established in MDL No. 2047;  and will be served upon Jimmy Faircloth, Esq., counsel for Florida Individual Settlement Counsel, *via* E-Mail, this 10th day of January, 2022.

>_____/s/ Stephen J. Herman_____