# EXHIBIT "A"

| | Search documents in this case: | | Search |
|---|---|---|---|
| **No. 21-666** | | | |
| Title: | **Parker Waichman, LLP, et al., Petitioners**<br>v.<br>**Arnold Levin, et al.** | | |
| Docketed: | November 4, 2021 | | |
| Lower Ct: | United States Court of Appeals for the Eleventh Circuit | | |
|   Case Numbers: | (20-12100) | | |
|   Decision Date: | June 9, 2021 | | |
|   Rehearing Denied: | August 5, 2021 | | |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Nov 02 2021 | Petition for a writ of certiorari filed. (Response due December 6, 2021)<br><br>**Petition**     **Proof of Service**     **Certificate of Word Count** |
| Dec 01 2021 | Brief of respondents Arnold Levin, et al. in opposition filed.<br><br>**Main Document**     **Certificate of Word Count**     **Proof of Service** |
| Dec 15 2021 | DISTRIBUTED for Conference of 1/7/2022. |
| Jan 10 2022 | Petition DENIED. |

| NAME | ADDRESS | PHONE |
|---|---|---|
| Attorneys for Petitioners | | |

| Jimmy R. Faircloth Jr.<br>   Counsel of Record | Faircloth, Melton & Sobel, LLC<br>105 Yorktown Drive<br>Alexandria, LA 71303<br><br>jfaircloth@faircothlaw.com | 3186197755 |
|---|---|---|
| Party name: Parker Waichman, LLP, et al. | | |
| Attorneys for Respondents<br><br>Sandra Lucille Duggan<br>   Counsel of Record | Levin Fishbein, et al.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br><br>sduggan@lfsblaw.com | 215-592-1500 |
| Party name: Arnold Levin, et al. | | |