**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** <br><br> **ALL ACTIONS (except** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Civil Action No. 09-4115 (E.D. La.))** | **JUDGE FALLON** <br> **MAG. JUDGE NORTH** |

**[PROPOSED] ORDER AUTHORIZING DISBURSEMENT FROM**
**THE COURT REGISTRY OF COMMON BENEFIT FEES**
**AWARDED FROM THE FLORIDA INDIVIDUAL SETTLEMENT**

This Court hereby authorizes disbursement of the common benefit fees awarded from the Florida Individual Settlement ("FIS"), which are being held in the registry of the Court, to effectuate the Court's Order allocating those funds among eligible common benefit counsel (R. Doc. 23128).

The Clerk is authorized and directed to disburse to the Court-appointed Administrator BrownGreer the sum of $5,832,950.95. This represents the principal amount of common benefit fees on deposit in the Registry of this Court, which were received from Individual Counsel Parker Waichman LLP, Milstein, Jackson, Fairchild & Wade LLP, Roberts & Durkee PA, Whitfield Bryson & Mason LLP, and Mrachek Fitzgerald Rose Konopka Thomas & Weiss PA in connection with the award of fees from the FIS.

BrownGreer shall distribute the common benefit fees from the FIS to the eligible fee applicants in accordance with the Court's Allocation Order.

In a separate proceeding to be set by the Court, the Court will determine the amount of interest to which common benefit counsel are entitled to be paid from Individual Counsel.

New Orleans, Louisiana, this _____day of _____, 2022.


_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE