**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry, | |
| Plaintiffs, | Case No. 2:15-CV-04127 |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council, | |
| Defendants. | |

**DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTIONS & CONTINUE SCHEDULED ORAL ARGUMENT HEARING**

Defendants Taishan Gypsum Co, Ltd., Tai'an Taishan Plasterboard Co., Ltd., CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC (collectively, "Defendants") oppose Plaintiffs' untimely and improper Motion for a 21-day extension to oppose Taishan's Motion for Summary Judgment and BNBM's Joinder (Rec Doc. 23252 and 23253) and a continuance of oral argument on the motion. *See* Rec. Doc. 23263. The Court should deny those requests for at least three reasons.

First, Plaintiffs' extension request is untimely because their opposition to the summary judgment motion was due *a week ago* on January 3, 2022. Taishan filed its summary judgment motion and BNBM filed is joinder on December 13, 2021. The Court's Case Management Order

No. 1 requires oppositions to be "submitted twenty-one (21) days after filing of any dispositive motion." Rec. Doc. 23012-5. Thus, Plaintiffs' opposition was due on January 3, 2022, and any request for extension had to be filed before that date. Plaintiffs have offered no explanation or excuse for their failure to follow the Court's scheduling order.

Second, Plaintiffs incorrectly rely on the procedure in Local Rule 7.8, which applies only to "requests for extension of time to plead." *See Farrow Constr. Specialties, Inc. v. Core 4 Holding Co., LLC*, 2015 U.S. Dist. LEXIS 181586, at **2-3 (E.D. La. Jan. 30, 2015) (distinguishing between "time to plead" and "amount of time to respond to a motion for summary judgment"). Rule 7.8 is commonly used to grant parties more time to file an answer or other responsive pleading if the opposing party does not object. *See Duncan v. La. State*, 2016 U.S. Dist. LEXIS 9529 at *3 (E.D. La. January 27, 2016) (affirming court's prior grant of motion for extension to file an answer under Local Rule 7.8). Contrary to the implication of Plaintiffs' assertion that the "opposing party has not filed into the court's record an objection to an extension of time" (Rec. Doc. 23263 at 1), Defendants ***did not*** consent to Plaintiffs' Motion (nor were they contacted with any such request), and Defendants ***do*** object to the requested relief.

Third, the untimely request is part of a pattern and practice by Plaintiffs' counsel that has obstructed and delayed the resolution of claims. The Court has already rejected Plaintiffs' prior attempt to ignore the deadlines in the Court's Case Management Order by filing untimely expert reports. *See* Rec. Doc. 23251 (Court's Order Granting Taishan's Motion to Strike Untimely Expert Materials).

Accordingly, Defendants respectfully request that the Court deny Plaintiffs' Motion and allow this case to proceed along the Court's prior established schedule.

Respectfully submitted,

Dated: January 10, 2022

*/s/ Christina Hull Eikhoff*
Christina Hull Eikhoff, GA Bar No. 242539
David Venderbush, NY Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000 Fax: (404) 881-7777
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger, LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan*

L. Christopher Vejnoska (CA Bar No. 96082)
Andrew K. Davidson (CA Bar No. 266506)
Daniel S. Guerra (CA Bar No. 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
adavidson@orrick.com
dguerra@orrick.com

Diana Szego Fassbender (D.C. Bar No. 996625)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email: dszego@orrick.com

James L. Stengel (NY Bar No. 1800556)
Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com
mrshapiro@orrick.com

*Attorneys for the CNBM and BNBM Entities*

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.com
          arothenberg@gamb.com

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com


*Liaison Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of January, 2022.

<u>/s Christina Hull Eikhoff</u>
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*