# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L (5)<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry; | |
| Plaintiffs, | Case No. 2:15-CV-04127 |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council, | |
| Defendants. | |

## ORDER

The Court will hold a telephone status conference to discuss Plaintiffs' motion to continue oral argument on the pending motions for summary judgment (R. Docs. 23252 and 23253), which is currently scheduled for January 19, 2022 at 9:00 AM in the courtroom of Judge Eldon E. Fallon. Accordingly,

**IT IS ORDERED** that a telephone status conference is **SCHEDULED** for Friday, January 14, 2022 at 9:00 AM (Central). Counsel are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

  Dial-in:  877-336-1839

  Access code: 4227405

1

2

New Orleans, Louisiana, this 11th day of January, 2022.

                                                UNITED STATES DISTRICT JUDGE

2