"Certification of Funds in the Registry"
PRINCIPAL: $6,273,382.95
Financial Deputy: _MBR_  Date: 1/10/22

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) ) | SECTION: L (5) |
| ALL CASES | ) ) | JUDGE FALLON |
| | ) ) ) ) | MAG. JUDGE NORTH |

## ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE REGISTRY OF THE COURT

Considering the Motion for Disbursement, R. Doc. 23260:

IT IS ORDERED that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to disburse the funds on deposit in the registry of this Court in the principal amount of $6,273,382.95 plus all interest earned as follows:

"Arthur Edge III PC Trust Account," Arthur Edge III, PC, 2320 Highland Avenue, Suite 175, Birmingham, Alabama 35205.

This the 12 of Jan, 2022.

Hon. Eldon E. Fallon
United States District Judge