MINUTE ENTRY
FALLON, J.
JANUARY 14, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L (5)<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry; | |
| Plaintiffs, | Case No. 2:15-CV-04127 |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council, | |
| Defendants. | |

A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Jimmy Doyle participated for Plaintiffs. Christy Eikhoff, Matt Lawson, Christopher Vejnoska, Jim Stengel, Andrew Davidson, Alex Rothenberg, and Harry Rosenberg participated for Defendants.

The parties discussed Plaintiffs' motion to continue oral argument and extend the deadline for Plaintiffs' response to Defendants' motions for summary judgment. The Court continued oral argument by one week and determined that it is unnecessary for Plaintiffs to file a response to Defendants' motions. Accordingly,

**IT IS ORDERED** that oral argument on Defendants' motions for summary judgment (R. Docs. 23252 and 23253), previously scheduled for January 19, 2022, is **RESCHEDULED** to January 26, 2022 at 9:00 AM. Oral argument will be held via Zoom. The Court will circulate Zoom access information.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for an extension of time to file a response, R. Doc. 23263, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

JS10 (00:10)