UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED: | |
| *Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,*<br>2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## EX PARTE MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (DOCS. 23252 & 23253)

Defendants have filed summary judgment motions (Rec. Docs. 23252 and 23253) currently set for consideration and oral argument January 26, 2022, at 9:00 am. Pursuant to LR 7.5, Plaintiffs' response is due no later than eight days prior to the date the court will hear Defendants' motion. Plaintiffs previously moved this court to continue the hearing originally set for January 19, 2022, allow their response to be submitted after the original due date in accordance with LR 7.5. This court held a telephonic conference on January 13, 2022, where the court ruled that the hearing date would be moved to January 26, 2022, and be conducted via Zoom rather than in-person as originally set. The Court also ruled that Plaintiffs request for a continuance and additional time to file a response is moot given the Court's desire to move the hearing to Zoom on the new date. Given Plaintiffs requested continuance and the request to file a response to Defendants' motion after the January 11, 2021, with response date set by the Local Rules, Plaintiffs request leave to file the accompanying Response in Opposition to Defendants Motions for Summary Judgment (Docs. 23252 and 23253) ahead of the scheduled hearing.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of January, 2022.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC