UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED: | |
| *Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,* 2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

# **ORDER**

Upon consideration of Plaintiffs' Ex Parte Motion For Leave to File Response to Defendants' Motions for Summary Judgment (Docs. 23252 & 23253), Plaintiffs' request is hereby **GRANTED**. The Court accepts Plaintiffs response and the Clerk of Court shall file into the record both Plaintiffs' response and all accompanying exhibits.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
Eldon E. Fallon
United States District Court Judge