UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,*<br>2:15-cv-004127-EEF-MBN | JUDGE ELDON FALLON<br><br>MAG. JUDGE NORTH |

## **PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs Bessie Barnett, Gwendolyn Bierria and Stephanie Fortenberry, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. Plaintiff Bessie Barnett owns a property in the State of Louisiana with a street address of: 11419 Morrison Road, New Orleans, LA 70128.

2. Plaintiff Bessie Barnett purchased the property on January 29, 1988.

3. Plaintiff Gwendolyn Bierria owns a property in the State of Louisiana with a street address of: 5286 Warrington Drive, New Orleans, LA 70122.

4. Plaintiff Gwendolyn Bierria purchased the property on August 16, 1994.

5. Plaintiff Stephanie Fortenberry owns a property in the State of Louisiana with a street address of: 3012 Oak Drive, Violet, New Orleans, LA 70092.

6. Plaintiff Stephanie Fortenberry purchased the property prior to 2005.

7. Plaintiff Bessie Barnett has no experience identifying defective Chinese drywall.

8. Plaintiff Gwendolyn Bierria has no experience identifying defective Chinese drywall.

9. Plaintiff Stephanie Fortenberry has no experience identifying defective Chinese drywall.

10. Plaintiff Bessie Barnett discovered Taishan-manufactured drywall in her home on July 21, 2015, and filed her claim in *Brooke* on September 4, 2015.

11. Plaintiff Gwendolyn Bierria discovered Taishan-manufactured drywall in her home on July 20, 2017, and filed her claim in *Brooke* on November 1, 2017.

12. Plaintiff Stephanie Fortenberry discovered Taishan-manufactured drywall in her home on April 12, 2017, and filed her claim in *Brooke* on November 1, 2017.

13. The State of Louisiana has a one-year prescription period for product liability claims.

14. Louisiana recognizes a discovery rule for product liability claims under the theory *contra non valentum agree nulla currit praescriptio* that is settled law in the product liability context.

15. Louisiana recognizes Chinese drywall as a latent defect in a home.

16. Plaintiff Bessie Barnett completed and executed a verified Plaintiff Profile Form that confirms the undisputed date of discovery of the defective Taishan/BNBM drywall in her home.

17. Plaintiff Gwendolyn Bierria completed and executed a verified Plaintiff Profile Form that confirms the undisputed date of discovery of the defective Taishan/BNBM drywall in her home.

18. Plaintiff Stephanie Fortenberry completed and executed a verified Plaintiff Profile Form that confirms the undisputed date of discovery of the defective Taishan/BNBM drywall in her home.

19. Plaintiffs were each deposed by Taishan's Counsel in 2021, and confirmed the date of discovery as provided in their respective Plaintiff Profile Forms.

20. Louisiana state law imposes a post-sale duty to warn on manufacturers of defective products.

21. Defendants never directly notified any consumers in the United States regarding the sale of their defective drywall products.

22. Defendants never notified any state agency in Louisiana regarding the sale of their defective drywall products.

23. Defendants did not notify the Consumer Product Safety Commission about the sale of their defective drywall products in the United States.

24. Defendants did not initiate a corrective action plan as required by federal law.

25. Defendants did not notify any homeowners in Louisiana about the sale of their defective drywall product in the state.

Respectfully submitted:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*