UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> Beane, et al. <br><br><br> Plaintiffs, <br><br> v. <br><br> Gebrueder Knauf Verwaltungsgesellschaft, et al., <br><br> Defendants. | MDL Docket No. 2047 <br><br> SECTION L (5) <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> Case No. 13-CV-609 |

**ORDER**

On January 11, 2022, the Court received an attempted pleading hand-delivered by plaintiff Guilfort Dieuvil (styled as "Claimant, Guilfort Dieuvil's Notice of Release Knauf Defendants"). All pleadings by plaintiffs who are represented by counsel should be filed by counsel. Accordingly,

**IT IS ORDERED** that counsel for plaintiff Guilfort Dieuvil contact Mr. Dieuvil to verify the nature of this pleading and report to the Court, or properly file the pleading, by **January 28, 2022**.

1

New Orleans, Louisiana, this 18th day of January, 2022.

                                                                     *Eldon E. Fallon*

                                                      UNITED STATES DISTRICT JUDGE

Cc:
Guilfort Dieuvil
1870 Spotted Owl Drive SW
Vero Beach, FL 33401
email.guilf5@hotmail.com

Russ M. Herman
Leonard A. Davis
*Herman, Herman & Katz, LLC*
820 O'Keefe Avenue
New Orleans, LA 70113
rwestenfeld@hhkc.com
ldavis@hhkc.com