UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Bessie Barnett; Gwendolyn Kerr Bierria; Stephanie Fortenberry,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council,<br><br>　　　　Defendants. | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br><br>Case No. 2:15-CV-04127 |

**DEFENDANTS' JOINT OPPOSITION TO
PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE RESPONSE TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

　　Defendants Taishan Gypsum Co, Ltd., Tai'an Taishan Plasterboard Co., Ltd., CNBM Co., Ltd., BNBM (Group) Co., Ltd., and BNBM PLC (collectively, "Defendants") oppose Plaintiffs' improper Ex Parte Motion for leave to file late responses to Defendants' summary judgment motions. *See* Rec. Doc. 23270. Plaintiffs' request directly contravenes the Court's orders and its bench rulings from last Friday, January 14.

　　This is the second time that Plaintiffs have tried to find a way to file opposition papers to Defendants' December 13 motions after missing the January 3, 2022 filing deadline imposed by the Court's Case Management Order No. 1 ("CMO"). *See* Rec. Doc. 23012-5 (requiring oppositions to be "submitted twenty-one (21) days after filing of any dispositive motion."). The

1

first time was Plaintiffs' January 10 Motion for Extension of Time to Respond to Pending Motions & Continue Scheduled Oral Argument Hearing (Rec. Doc. 23263). At the January 14 hearing on that motion, the Court announced that it did not want any further briefing on Defendants' summary judgment motions. Following the hearing, the Court issued an Order "that Plaintiffs' motion for an extension of time to file a response, R. Doc. 23263, is **DENIED AS MOOT**." Rec. Doc. 23269.

Plaintiffs' current Motion ignores the CMO (again), defies the Court's direction from the bench, and misconstrues the Court's Order denying their first attempt to file late oppositions. As Defendants have already argued, the CMO set a fixed deadline for Plaintiffs to oppose Defendants' summary judgment motions, and Plaintiffs missed it. That specific fixed deadline for this case supersedes general Local Rule provisions, including LR 7.5. And, the Court was clear in its remarks at the conclusion of the January 14 hearing that it did not want any more briefing on the summary judgment motions. Plaintiffs nevertheless misconstrue the Court's ruling, couching their motion as having been denied as moot "given the Court's desire to move the hearing to Zoom on the new date." Rec. Doc. 23270. In fact, the Court's denial of Plaintiffs' prior motion as moot was correct and justified, not for that reason, but because Plaintiffs sought an "extension" to file untimely briefs after the Court's CMO deadline had already passed.

Accordingly, Defendants respectfully request that the Court deny Plaintiffs' latest improper Motion.

Respectfully submitted,

Dated: January 19, 2022

*/s/ Christina Hull Eikhoff*
Christina Hull Eikhoff, GA Bar No. 242539
David Venderbush, NY Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000 Fax: (404) 881-7777
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger, LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras Street, Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com

*Local Counsel for Taishan*

L. Christopher Vejnoska (CA Bar No. 96082)
Andrew K. Davidson (CA Bar No. 266506)
Daniel S. Guerra (CA Bar No. 267559)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
T:  415-773-5700
Email:  cvejnoska@orrick.com
             adavidson@orrick.com
             dguerra@orrick.com

Diana Szego Fassbender (D.C. Bar No. 996625)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
T:  202-339-8400
Email: dszego@orrick.com

James L. Stengel (NY Bar No. 1800556)
Marc R. Shapiro (NY Bar No. 4403606)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com
             mrshapiro@orrick.com

*Attorneys for the CNBM and BNBM Entities*

3

Ewell E. Eagan, Jr. (LA Bar No. 5239)
Alex B. Rothenberg (LA Bar No. 34740)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS &
EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
T:  (504) 582-1111
Email:  eeagan@gamb.com
             arothenberg@gamb.com

*Attorneys for CNBM Company, Ltd.*

Harry Rosenberg (LA Bar No. 11465)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
T:  (504) 584-9219
Email:  harry.rosenberg@phelps.com


*Liaison Counsel for Defendants*

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of January, 2022.

<u>/s Christina Hull Eikhoff</u>
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*