UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L (5) |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTION ORIGINALLY STYLED:<br><br>*Stephen and Diane Brooke, individually, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.,*<br>2:15-cv-004127-EEF-MBN | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Upon consideration of Plaintiffs' Ex Parte Motion For Leave to File Response to Defendants' Motions for Summary Judgment, R. Doc. 23270:

**IT IS ORDERED** that the Motion is **DENIED**. Plaintiffs' response to Defendants' motion is untimely under the Case Management Order (R. Doc. 23012). Moreover, as the Court stated at the telephone status conference on January 14, 2022, additional briefing is unnecessary. The Court has already received Plaintiffs' own Motion for Partial Summary Judgment (R. Doc. 23229) and Plaintiffs will have an opportunity to further argue their position at oral argument on January 26, 2022.

New Orleans, Louisiana, this 20th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE