MINUTE ENTRY
FALLON, J.
JANUARY 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L (2) |
| THIS DOCUMENT RELATES TO: REF: 15-4127 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Jimmy Doyle, Esq. for Plaintiffs Bessie Barnett, Gwendolyn Bierria, and Stephanie Fortenberry
Harry Rosenberg, Esq., Liaison Counsel for Taishan Defendants
Christy Eikhoff, Esq. and Matt Lawson, for Taishan entities
Chris Vejnoska, Esq., Marc Shapiro, Esq., Alex Rothenberg, Esq. and Andrew Davison, Esq. for BNBM entities

Motion Hearing was held this date via Zoom

1. MOTION for Summary Judgment Taishan Defendants (23252)

After argument – Motion was taken under submission

2. MOTION for Joinder and MOTION for Summary Judgment by BNBM entities and CNBM entities (23253)

After argument – Motion was taken under submission

3. Motion of Plaintiffs, Bessie Barnett, Gwendolyn Bierria, and Stephanie Fortenberry, for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56.   (23229)

After argument – Motion was taken under submission


JS10:    :47