UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED             MDL DOCKET NO. 09-md-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                              SECTION: "L"(5)

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

**ORDER**

Due to a scheduling conflict, the evidentiary hearing scheduled for February 15, 2022 at 10:00 a.m. in the above matter is hereby rescheduled to begin at **9:00 a.m.** on that same date before Magistrate Judge Michael B. North.

New Orleans, Louisiana, this  1st  day of  February , 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE