UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL NO. 09-2047** |
| | **SECTION "L" (5)** |
| *This Document Relates to:* | **JUDGE ELDON E. FALLON** |
| *Guilfort Dieuvil, No. 13-609* | **MAGISTRATE MICHAEL B. NORTH** |

**ORDER**

The Court will hold a telephone status conference to discuss the Release submitted by Plaintiff Guilfort Dieuvil (*see* R. Docs. 23271, 23275 and 23276). Accordingly,

**IT IS ORDERED** that a telephone status conference is **SCHEDULED** for Wednesday, February 9, 2022 at 1:30 PM. The parties are instructed to use the following dial-in information and to be on the line five minutes before the scheduled time.

      Dial-in:      877-336-1839

      Access code:   4227405

New Orleans, Louisiana, this 2nd day of February, 2022.

UNITED STATES DISTRICT JUDGE