**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                    MDL DOCKET NO. 09-md-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                 SECTION: "L" (5)

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

**ORDER**

On November 4, 2021 the Court held a telephone status conference in the above matter. Present were Jimmy Doyle, Christy Eikhoff, Matt Lawson, and Harry Rosenberg on behalf of various parties. Following that conference, the Court ordered the parties to file witness and exhibit lists in advance of an evidentiary hearing that would go forward to ascertain the value of the diminution of value of the Plaintiffs' property. In that order, the Court provided that either party could object to the limited scope of the hearing, which Plaintiffs did on November 12, 2021. Taishan thereafter responded to that objection, and the Court is in receipt of their respective supplemental memoranda.

An evidentiary hearing to determine the value of the diminution of Plaintiffs' homes is now ordered to take place on **Tuesday, March 15, 2022 at 10:00 a.m.** in the undersigned's courtroom. At that hearing, the Court will not entertain evidence of estimated repair costs of the property at the evidentiary hearing. Any expert on estimated repair costs shall be excluded. The Court will accept only evidence pertaining to any diminution of value

of the property.  The Court will consider the appraisals already submitted, but said appraisals

must be submitted to the Court as exhibits at the evidentiary hearing.  The Court will also

accept the testimony of Plaintiffs themselves.

New Orleans, Louisiana, this ___4th___ day of _____February_____, 2022.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**