MINUTE ENTRY
FALLON, J.
FEBRUARY 9, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | MDL NO. 09-2047 |
| | SECTION "L" (5) |
| *This Document Relates to:* | JUDGE: FALLON |
| *Guilfort Dieuvil, No. 13-609* | MAGISTRATE: NORTH |

      A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Plaintiff Guilfort Dieuvil participated, along with Plaintiff's counsel Leonard Davis. Kerry Miller participated for the Knauf Defendants. Counsel for non-party GL Homes also participated.

      The parties discussed Plaintiff's attempted alterations to the release documents provided by the Knauf Defendants to finalize their settlement with Plaintiff. The Court explained that, in accordance with the Court's prior holding that Plaintiff is a member of the class settlement and is entitled to damages, Plaintiff is entitled to the amount of damages set forth in the Court's prior Order (R. Doc. 22527). However, in order to finalize the settlement and receive the amount to which he is entitled, Plaintiff must sign the release documents that set forth the terms of the settlement. Therefore, the Court expressed its view that Plaintiff should sign the release documents that the Knauf Defendants have provided him in order to receive the funds he is owed under the terms of the settlement, unless Plaintiff intends to reject the settlement and the

1

damages to which he is entitled.

JS10 (00:17)