UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION: L |
| All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Christopher L. Coffin, Esq. for the late Val P. Exnicios, Esq., who moves this Honorable Court to withdraw Val P. Exnicios (Bar #19563) and his law firm, Liska, Exnicios & Nungesser, from this matter as Val P. Exnicios died on January 17, 2022. Mr. Exnicios was involved in this matter solely as Co-Liaison Counsel for Objectors and his removal will not disrupt any motions and/or hearings. Counsel request that Mr. Exnicios' name be removed from the MDL master service and file and serve express service lists.

/s/ Christopher L. Coffin

### CERTIFICATE OF SERVICE

I hereby certify that on 2/8/22, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Christopher L. Coffin
**Christopher L. Coffin**