UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE : CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION: L |
| All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON consideration of the Motion to Christopher L. Coffin, Esq., to withdraw Val P. Exnicios and the law firm of Liska, Exnicios & Nungesser as Counsel of Record for co-Liaison Counsel for Objectors, It is hereby ORDERED that the name of Val P. Exnicios (Bar #19563) and the firm of Liska, Exnicios & Nungesser are withdrawn as counsel and their names be removed from the MDL master service list and the file and serve express service list.

_____
Honorable Judge Eldon Fallon