UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE : CHINESE-MANUFACTURED           MDL 2047
DRYWALL PRODUCTS LIABILITY             SECTION: L (5)
LITIGATION

                                        JUDGE FALLON
All Cases                              MAG. JUDGE NORTH
*************************************

## ORDER

Upon consideration of the Motion to Christopher L. Coffin, Esq., to withdraw Val P. Exnicios and the law firm of Liska, Exnicios & Nungesser as Counsel of Record for co-Liaison Counsel for Objectors,

**IT IS ORDERED** that Val P. Exnicios (Bar #19563) and the firm of Liska, Exnicios & Nungesser be withdrawn as counsel and their names be removed from the MDL master service list and the file and serve express service list.

New Orleans, Louisiana, this 15th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE