# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED          MDL
PRODUCTS LIABILITY LITIGATION

NO.  09-2047

SECTION: L (5)

**REF: 15-4127**

## J U D G M E N T

Considering the Court's Order & Reasons entered herein on May 27, 2021 and on February 3, 2022, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., and against plaintiffs, Barbara Alfonso, Kerry Barre, Joseph Bourlet, Gregory Cross, Greater NOLA Homes, LLC, Howard Jones, Terrence and Rhonda Ross, Bessie Barnett, Gwendolyn Bierria, and Stephanie Fortenberry, dismissing said plaintiffs' complaints, with prejudice, and costs.

New Orleans, Louisiana, this   15th   day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**ELDON E. FALLON**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**