UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR DISBURSEMENT OF FUNDS HELD IN THE REGISTRY OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

The "Bryson Group" (consisting of: Daniel K. Bryson, Bryson Harris & Lee, LLP, Whitfield Bryson, LLP, Whitfield, Bryson & Mason, LLP & Lewis & Roberts; Stephen W. Mullins, Luckey & Mullins, PLLC; Gary E. Mason, Mason, Lietz & Klinger, LLP & Mason, LLP; Joel Rhine, Rhine Law Firm, P.C., Lea, Rhine & Rosbrugh, PLLC; and Christopher L. Coffin, Pendley, Baudin & Coffin, LLP), request this Court to direct the Clerk of Court to distribute funds from the Registry of the Court for the United States District Court for the Eastern District of Louisiana (the "Registry") in the manner set forth herein.

1. The Bryson Group filed 47 cases outside of any Co-Counsel Agreement with.

2. The Bryson Group's Attorney Fees were held due to a dispute involving a Co-Counsel Agreement. That dispute has since been resolved through mediation and all parties have received their agreed upon fees.

3. The Bryson Group's Attorney Fees for the 47 cases were NOT subject to the Co-Counsel Agreement and is being held on deposit with Registry of the Court for the United States District Court for the Eastern District of Louisiana (the "Registry").

4. The Bryson Group requests that the court issue an order for the disbursement of the Attorney Fees for their 47 cases. The total Attorney Fees to be disbursed to Bryson Group:

1

$1,423.63 with payment to be made to "Pendley Baudin & Coffin, LLP Trust Account" and mail check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163. The Bryson Group requests that the court issue an order for the disbursement of the Claimant Holdback Payment for their 49 cases. The total Claimant Holdback Payment to be disbursed to Bryson Group: $15,326.65 with payment made to "Bryson Harris & Lee, LLP" and mail the check to Daniel Bryson, Bryson Harris & Lee, LLP 900 W. Morgan Street, Raleigh, NC 27603.

5. Pursuant to Local Rule 67.3, Movants certify that they have provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the registry account.

Respectfully submitted this the 21st day of February, 2022.

FOR THE BRYSON GROUP:

| | |
|---|---|
| _s/ Daniel K. Bryson_<br>Daniel K. Bryson<br>BRYSON HARRIS & LEE, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Tel: (919) 600-5000<br>dbryson@milberg.com | _s/ Christopher L. Coffin_<br>Christopher L. Coffin<br>PENDLEY BAUDIN & COFFIN, LLP<br>1100 Poydras Street, Suite 2505<br>New Orleans, LA 70163<br>Tel: (504) 355-0086<br>CCoffin@pbclawfirm.com |
| _s/ Joel R. Rhine_<br>Joel R. Rhine<br>RHINE LAW FIRM, PC<br>1612 Military Cutoff Rd, Suite 300<br>Wilmington, NC 28403<br>Tel: (910) 772-9960<br>JRR@rhinelawfirm.com | _s/ Gary Mason_<br>Gary Mason<br>MASON LIETZ & KLINGER, LLP<br>5101 Wisconsin Ave NW, Suite 305<br>Washington, DC 20016<br>Tel: (202) 429-2290<br>GMason@masonllp.com |

|  |  |
|---|---|
| __s/ Stephen Mullins_____<br>Stephen Mullins<br>LUCKEY & MULLINS, PLLC<br>1629 Government Street<br>Ocean Springs, MS 39564<br>Tel: (228) 875-3175<br>JackFish28@gmail.com |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing has been served upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 21st day of February, 2022.

*/s/ Daniel K. Bryson*
Daniel K. Bryson
