"Certification of Funds in the Registry"

PRINCIPAL: $ 479,041.66

Financial Deputy _____ Date: 2/22/22

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED ) 
DRYWALL PRODUCTS LIABILITY )
LITIGATION )          MDL NO. 2047
                     )
THIS DOCUMENT RELATES TO: )
                     )     SECTION: L
ALL CASES )
                     )     JUDGE FALLON
                     )
                     )     MAG. JUDGE WILKINSON
                     )
                     )

### [Proposed] ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

1.    IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,423.63 plus interest accrued, payable to "Pendley Baudin & Coffin, LLP Trust Account" and mail the check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163. The total Claimant Holdback Payment to be disbursed to Bryson Group: $15,326.65 with principal only payment made payable to "Bryson Harris & Lee, LLP" and mail the check to Daniel Bryson, Bryson Harris & Lee, LLP 900 W. Morgan Street, Raleigh, NC 27603.

New Orleans, Louisiana this the _____ of _____, 2022.

_____
Eldon E. Fallon
United States District Court Judge