UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L (5)<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Case No. 15-4127 |

**Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrence Ross and Rhonda Ross,**

      Plaintiffs,

v.

**Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and Administration Commission of the State Council,**

      Defendants.

## ORDER

    Considering the entry of a Judgment on the claims of Terrence and Rhonda Ross, R. Doc. 23285,

**IT IS ORDERED** that Terrence and Rhonda Ross's Motion for Entry of Partial Final Judgment, R. Doc. 23123, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of February, 2022.

	*[signature: Eldon E. Fallon]*
	UNITED STATES DISTRICT JUDGE