"Certification of Funds in the Registry"

PRINCIPAL: $479,041.66

Financial Deputy: /s/ NBK   Date: 2/23/22

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED ) 
DRYWALL PRODUCTS LIABILITY ) 
LITIGATION ) MDL NO. 2047
 )
THIS DOCUMENT RELATES TO: ) SECTION: L (5)
 )
ALL CASES )
 )
 )
 )
 )
 )

## ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

1. IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,423.63 plus interest accrued, payable to "Pendley Baudin & Coffin, LLP Trust Account" and mail the check to Christopher L. Coffin, Pendley Baudin & Coffin, LLP 1100 Poydras Street, Suite 2505, New Orleans, LA 70163. The total Claimant Holdback Payment to be disbursed to Bryson Group: $15,326.65 with principal only payment made payable to "Bryson Harris & Lee, LLP" and mail the check to Daniel Bryson, Bryson Harris & Lee, LLP 900 W. Morgan Street, Raleigh, NC 27603.

New Orleans, Louisiana this the 23rd of February, 2022.

_Eldon E. Fallon_
United States District Judge