# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-md-2047<br><br>SECTION: "L" (5) |

**THIS DOCUMENT RELATES TO:**

EDUARDO AND CARMEN AMORIN, ET AL. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., ET AL., 2:11-cv-01395-EEF-JCW

## ORDER

**IT IS ORDERED** that **no later than March 4, 2022**, the Parties shall submit to the Court their respective proposed witness and exhibit lists, along with copies of the exhibits that they intend to use at the hearing. Also, **no later than March 4, 2022**, each Party shall submit to the Court a pre-hearing brief in support of its respective position, said brief not to exceed 20 pages.

**IT IS FURTHER ORDERED** that **no later than March 11, 2022**, the Parties shall submit to the Court any objections to exhibits listed by their opponent. The Court will rule on any such objections in advance of the hearing.

New Orleans, Louisiana, this 28th day of February, 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE