UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:  ) ) | SECTION: L |
| ALL CASES  ) ) ) ) ) ) | JUDGE FALLON  MAG. JUDGE WILKINSON |

**JOINT MOTION FOR DISBURSEMENT OF FUNDS HELD IN THE REGISTRY OF THE COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

The "Bryson Group" (consisting of: Daniel K. Bryson, Bryson Harris & Lee, LLP, Whitfield Bryson, LLP, Whitfield, Bryson & Mason, LLP & Lewis & Roberts; Stephen W. Mullins, Luckey & Mullins, PLLC; Gary E. Mason, Mason, Lietz & Klinger, LLP & Mason, LLP; Joel Rhine, Rhine Law Firm & Lea, Rhine & Rosbrugh, PLLC; and Christopher L. Coffin, Pendley, Baudin & Coffin, LLP), William Brian Collins, Collins & Horsley ("Collins"), and Arthur Edge III and Arthur Edge, PC ("Edge"), having reached a resolution of their dispute arising from the Bryson Group's claim for certain funds currently on deposit with Registry of the Court for the United States District Court for the Eastern District of Louisiana (the "Registry"), request this Court to direct the Clerk of Court to distribute funds from the Registry in the manner set forth herein.

1. On or about March 31, 2010, the Bryson Group entered into a Co-Counsel Agreement Chinese Drywall Litigation (the "Co-Counsel Agreement") with the Collins Group

(consisting of Collins, Edge and Edward Sexton) that provided the Bryson Group would receive 25% of the attorneys' fees ("Attorney Fees") generated from 174 Chinese Dry Wall cases.

2. The Parties agree that the total Attorney Fee Holdback (from the Taishan Settlement) from the 56 plaintiffs represented jointly by the Bryson Group and the Collins Group is $1,696.24 .

3. The Parties have agreed to an allocation of the $1,696.24 in disputed Attorney Fee Holdback funds in the Registry as follows:

   a. Payment in the amount of $1,605.37 to "Arthur Edge III PC IOLTA Account" and mail check to H. Arthur Edge, P.C., 2320 Highland Avenue, Suite 175, Birmingham, AL 35205.

   b. Payment in the amount of $90.87 to "McCallum Hoaglund & Irby, LLP" and mail check to Eric D. Hoaglund, 905 Montgomery Hwy, Suite 201, Vestavia Hills, AL 35216.

4. The Parties agree that the total Claimant Holdback Payment (from the Taishan Settlement) from the 56 plaintiffs represented jointly by the Bryson Group and the Collins Group is $22,440.52.

5. The Parties have agreed to an allocation of the $22,440.52 held in the Registry for the Claimant Holdback Payment be paid as follows:

   a. The Claimant Holdback Payment in the amount of $22,018.84, should be paid to "Arthur Edge III PC IOLTA Account" and mail check to H. Arthur Edge, P.C., 2320 Highland Avenue, Suite 175, Birmingham, AL 35205.

      b. The Claimant Holdback Payment in the amount of $421.68, should be paid to "McCallum Hoaglund & Irby, LLP" and mail check to Eric D. Hoaglund, 905 Montgomery Hwy, Suite 201, Vestavia Hills, AL 35216.

6. Pursuant to Local Rule 67.3, Movants certify that they have provided this Motion and a Proposed Order to the Clerk of Court in order for the Clerk of Court to make a determination of whether this Motion and the Proposed Order comply with the requirements of the local rules, and if so, issue a certification to the Court of such compliance and state the principal amount held in the registry account.

WHEREFORE, for the reasons set forth herein, the Parties request disbursement of funds held in the Registry in the manner set forth herein.

Respectfully submitted this the 8th day of March, 2022.

FOR THE BRYSON GROUP:

| | |
|---|---|
| _s/ Daniel K. Bryson_<br>Daniel K. Bryson<br>BRYSON HARRIS & LEE, LLP<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Tel: (919) 600-5000<br>dbryson@milberg.com | _s/ Christopher L. Coffin_<br>Christopher L. Coffin<br>PENDLEY BAUDIN & COFFIN, LLP<br>1100 Poydras Street, Suite 2505<br>New Orleans, LA 70163<br>Tel: (504) 355-0086<br>CCoffin@pbclawfirm.com |
| _s/ Joel R. Rhine_<br>Joel R. Rhine<br>RHINE LAW FIRM, PC<br>1612 Military Cutoff Rd, Suite 300<br>Wilmington, NC 28403<br>Tel: (910) 772-9960<br>JRR@rhinelawfirm.com | _s/ Gary Mason_<br>Gary Mason<br>MASON LIETZ & KLINGER, LLP<br>5101 Wisconsin Ave NW, Suite 305<br>Washington, DC 20016<br>Tel: (202) 429-2290<br>GMason@masonllp.com |
| _s/ Stephen Mullins_<br>Stephen Mullins | |

...

4

| LUCKEY & MULLINS, PLLC<br>1629 Government Street<br>Ocean Springs, MS 39564<br>Tel: (228) 875-3175<br>JackFish28@gmail.com | |
|---|---|

   *s/ Eric D. Hoaglund*
McCallum Hoaglund & Irby, LLP
905 Montgomery Hwy, Suite 201
Vestavia Hills, AL 35216
Tel: (205) 824-7767
edh@mhmfirm.com

FOR ARTHUR EDGE, III and ARTHUR EDGE, PC:

   *s/ H. Arthur Edge, III*
H. Arthur Edge, III
Arthur Edge, III, PC
2320 Highland Avenue South, Suite 175
Birmingham, AL 35205
Tel: (205) 453-0322
Art@edgelawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and forgoing has been served upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 8th day of March, 2022.

*/s/ Daniel K. Bryson*
Daniel K. Bryson