UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL CASES | ) ) ) ) ) ) | SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### [Proposed] ORDER GRANTING MOTION FOR DISBURSEMENT FROM THE IN THE REGISTRY OF THE COURT

Considering the Motion for Disbursement;

IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED. The clerk is authorized and directed to draw four checks on the funds on deposit in the registry of this court as follows:

1. Attorney Fee Holdback (from the Taishan Settlement) in the principal amount of $1,696.24 as follows:

    a. Payment in the amount of $1,605.37 to "Arthur Edge III PC IOLTA Account" and mail check to H. Arthur Edge, P.C., 2320 Highland Avenue, Suite 175, Birmingham, AL 35205.

    b. Payment in the amount of $90.87 to "McCallum Hoaglund & Irby, LLP" and mail check to Eric D. Hoaglund, 905 Montgomery Hwy, Suite 201, Vestavia Hills, AL 35216.

2. Claimant Holdback Payment (from the Taishan Settlement) in the principal amount of $22,440.52 as follows:

    a. The Claimant Holdback Payment in the amount of $22,018.84, should be paid to "Arthur Edge III PC IOLTA Account" and mail check to H. Arthur Edge, P.C., 2320 Highland Avenue, Suite 175, Birmingham, AL 35205.

    b. The Claimant Holdback Payment in the amount of $421.68, should be paid to "McCallum Hoaglund & Irby, LLP" and mail check to Eric D. Hoaglund, 905 Montgomery Hwy, Suite 201, Vestavia Hills, AL 35216..

New Orleans, Louisiana this the \_\_\_\_ of _____, 2022.

_____
Eldon E. Fallon
United States District Court Judge

2