# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-md-2047<br><br>SECTION: "L" (5) |

**THIS DOCUMENT RELATES TO:**

EDUARDO AND CARMEN AMORIN, <u>ET</u> <u>AL</u>. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., <u>ET</u> <u>AL</u>., 2:11-cv-01395-EEF-JCW

## ORDER

Given the circumstances of this case and the recent emails to this Court,

**IT IS ORDERED** that the evidentiary hearing to determine the value of the diminution of Plaintiffs' homes is continued until **Wednesday, March 23, 2022 at 10:00 a.m.** in the undersigned's courtroom. All other orders regarding the evidentiary hearing remain in force.

New Orleans, Louisiana, this  14th  day of  March , 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE