UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-2047<br><br>SECTION: "L" (5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

### ORDER SCHEDULING TELEPHONE STATUS CONFERENCE

A telephone status conference in the above matter is hereby **SCHEDULED** for **Thursday, March 17, 2022 at 1:30 p.m.** before Magistrate Judge Michael B. North. Dial-in information will be circulated to counsel via email. Counsel are expected to be on the line **five (5) minutes** before the scheduled start time.

New Orleans, Louisiana, this 15th day of March, 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE