MINUTE ENTRY
NORTH, M.J.
MARCH 22, 2022

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-2047<br><br>SECTION: "L" (5) |

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., ET AL., 2:11-cv-01395-EEF-JCW

On this date, the Court held a telephone status conference in the above-captioned matter. Participating were Matt Lawson, Harry Rosenberg, Christy Eikhoff, and Jimmy Doyle. For the reasons stated at the conference,

The evidentiary hearing set on Wednesday, March 23, 2022 at 10:00 a.m. remains an in-person evidentiary hearing. However, Plaintiff Darla Gibbs will be allowed to participate in the evidentiary hearing by ZOOM given the factual circumstances. All other orders remain firmly in place.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR 00:05