UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN | JUDGE FALLON<br>MAG. JUDGE NORTH |

## REFERRAL ORDER

Considering the pending Motion to Clarify Damages, R. Doc. 23296:

**IT IS ORDERED** that the motion be **REFERRED** to Magistrate Judge Michael B. North.

New Orleans, Louisiana, this 22nd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE