# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-2047<br><br>SECTION: "L"(5) |

**THIS DOCUMENT RELATES TO:**

EDUARDO AND CARMEN AMORIN, ET AL. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., ET AL., 2:11-cv-01395-EEF-JCW

## ORDER

**IT IS ORDERED** that the pleadings emailed to the Court from counsel for Plaintiffs and Defendants on March 4, 2022 be filed into the record.

New Orleans, Louisiana, this 23rd day of March, 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE