UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED           MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            SECTION: L
LITIGATION

_____

THIS DOCUMENT RELATES TO:             JUDGE ELDON FALLON
                                      MAG. JUDGE NORTH

*Eduardo and Carmen Amorin, et al. v. Taishan
Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin
Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN

_____

**<u>WITNESS LIST</u>**

At the evidentiary hearing, Plaintiffs may call the following witnesses:

1. John Andrew Carter
2. Jill Carter
3. Gene Gibbs
4. Darla Gibbs
5. Shawn Macomber

/s/ *James V. Doyle, Jr.*
_____

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Witness List has been served on Counsel for the Defendants via email on this 4th day of March, 2022.


/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC