UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN | JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

**EXHIBIT LIST**

At the evidentiary hearing, Plaintiffs may offer the following evidence:

1. Carter & Gibbs Remediation Calculation – Doc. 22235-1
2. Taishan Product ID & Attribution
3. Carter PPF
4. Carter Warranty Deed
5. Carter moving expense quote
6. Carter personal property and home repair itemization
7. Carter insurance quote
8. Carter comparable rental home listing
9. Gibbs PPF
10. Gibbs Warranty Deed
11. Gibbs home repair itemization
12. Gibbs personal property itemization
13. Gibbs moving and storage quote
14. Gibbs potential rental home

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Exhibit List has been served on Counsel for the Defendants via email on this 4th day of March, 2022.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC