# Exhibit 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

## DECLARATION OF RONALD E. WRIGHT, P.E.

1.      I graduated with a Bachelor of Science in Civil Engineering and a Master of Business Administration degrees from the University of Toledo, Ohio.  I am a Licensed Professional Engineer in the states of Ohio, North Carolina, South Carolina, Virginia, Maryland, Pennsylvania, New Jersey, Florida, Alabama, and Mississippi, and have expertise in property damage and remediation consulting.  I have been involved in construction, remediation, and implementation of projects for over 39 years.  I am currently a principal of the firm, Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright"), where I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of necessary repair and establishing the cost via quotes and estimates to make the repairs.  I have formed opinions regarding these construction issues by employing standard techniques based on my technical education and training, hands-on field experience including investigations of hundreds of buildings, and the subsequent remediation needed to address building problems and storm damage.  I have also conducted significant research

of publications and studies done by other forensic investigators and trade associations, and I have reviewed national standards and industry guidelines. I have been retained in numerous matters to provide expert opinions regarding building repair. I provided testimony and an expert report in the 2010 Germano proceeding regarding the scope of work and cost of remediation and have provided several reports for subsequent Chinese drywall proceedings in that court. My hourly rate for services rendered on this matter is $275/hour (expert testimony during deposition and trial at 1.5 times rate). All opinions expressed herein are expressed to a reasonable degree of certainty within my fields of expertise.

2.      I was requested to update the national average remediation cost based on the Chinese drywall scope of work and remediation damages formula included in the Court's FOFCOL from the Class Damages hearing in 2015. The national average remediation cost as stated in the 2017 Order was $105.91/ square foot (including CIH costs) for the year 2015. The updated 2019 national average remediation cost is $117.94/ square foot (including CIH costs). See Exhibit 1.

3.      The remediation cost formula utilizes this figure ($117.94), along with the RS Means localized (zip code) cost factor, and square footage of the building, to calculate the 2019 remediation cost for each plaintiff, as shown in the spreadsheet prepared by Counsel and attached as Exhibit 2.

4.      The remediation damages amount = *remediation and inspection and clearance cost*

[cost per square foot – i.e. $117.94] x adjustment by the applicable RS Means localized (zip code)

cost factor x square feet of building].  Exhibit 2 shows the calculation for each plaintiff.

I declare under the penalty of perjury that the foregoing is true and correct.

*Ronald E. Wright*                  5 - 1 - 19
Ronald E Wright, PE                  Date

Exhibits:
1   National Average Cost Index Adjustment
2   Plaintiffs' Remediation Damages Spreadsheet

**Cost Index and Location Factor Adjustment**
Calculated in 2019 for Amorin et. al v. Taishan
As of May 1, 2019

| | | |
|---|---|---|
| 1. National Average Cost with clearance testing in 2015 | $ | 105.91 |
| 2. Cost Index 2015 | | 206.2 |
| 3. Cost Index 2019* | | 229.6 |
| 4. Index 2019/ Index 2015 RS Means conversion from 2015 to 2019 dollars (line 3 divided by line 2) | | 111.35% |
| 5. Remediation cost and inspection and clearance fees in 2019 dollars (/sf, National Average Cost) (line 1 times line 4) | **$** | **117.94** |

\* -  Historical Index from 2019 RS Means Cost Data as of 2019 1st Quarter (January 2019)

*In re: Chinese-Manufactured Drywall Products Liability Litigation*

**Plaintiffs' Remediation Damages Spreadsheet**

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Verified Under-Air Square Footage | 2019 RS Means National Square Foot Unit Price | 2019 RS Means Location Factor | 2019 Adjusted Remediation Cost Per SF | 2019 Remediation Formula Damages | Setoffs (Prior Remediation Payments) | Current Owner or Sell/Transfer Date | Completely Remediated, Partially Remediated or No Remediation | Counsel Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | Carter, Henry and Verline | 5319 N. Rampart Street | New Orleans | LA | 70117 | - | $117.94 | 0.86 | 101.43 | $0 | $2,140.37 | Current Owner | Completely remediated | Barrios, Kingsdorf & Casteix Dawn M. Barrios, Esq. 701 Poydras Street, Suite 3650 New Orleans, LA 70144 (504) 523-3300 DBarrios@bkc-law.com |
| 143 | Carter, John | 703 Waverly Place | Opelika | AL | 36804 | 1,183 | $117.94 | 0.82 | 96.71 | $114,408 | $2,622.35 | Current Owner | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL  35209 (205) 533-9500 jimmy@doylefirm.com |
| 144 | Cashion, William | 183 Cashion Avenue | Wetumpka | AL | 36092 | 2,793 | $117.94 | 0.82 | 96.71 | $270,111 | $10,276.43 | 8/3/2015 | No | Whitfield, Bryson & Mason Dan Bryson, Esq. 900 W. Morgan Street Raleigh, NC 27603 919-600-5000 dan@whmllp.com |
| 145 | Catalanotto, Mary Ann | 743 Louque Street | New Orleans | LA | 70124 | 1,200 | $117.94 | 0.86 | 101.43 | $121,716 | $4,367.54 | Current Owner | Partially remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA  70113 (504) 581-4892 rherman@hhklawfirm.com |
| 146 | Cathalougne, Thelma | 3116 Pakenham Drive Chalmette, LA 70433 | Chalmette | LA | 70043 | 1,210 | $117.94 | 0.86 | 101.43 | $122,730 | $1,393.41 | Current Owner | No | Paul A. Lea, Jr., APLC Paul A. Lea, Jr., Esq. 724 East Boston Street Covington, LA 70433 (985) 292-2300 jean@paullea.com |
| 147 | Catholic Charities Archdiocese of New Orleans | 1134 Horace Street (Ruth & Shirleen Harrison) | New Orleans | LA | 70114 | 1,225 | $117.94 | 0.86 | 101.43 | $124,252 | $3,426.42 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA  70113 (504) 581-4892 rherman@hhklawfirm.com |
| 148 | Catholic Charities Archdiocese of New Orleans | 1426 S. Gayoso Street (Harry & Charlene Sluss) | New Orleans | LA | 70125 | 912 | $117.94 | 0.86 | 101.43 | $92,504 | $2,192.91 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA  70113 (504) 581-4892 rherman@hhklawfirm.com |
| 149 | Catholic Charities Archdiocese of New Orleans | 1606 N. Broad Street (Olivia Terance (deceased)) | New Orleans | LA | 70119 | 1,130 | $117.94 | 0.86 | 101.43 | $114,616 | $2,343.67 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA  70113 (504) 581-4892 rherman@hhklawfirm.com |
| 150 | Catholic Charities Archdiocese of New Orleans | 1814 N. Miro Street (Annette Joseph) | New Orleans | LA | 70119 | 2,332 | $117.94 | 0.86 | 101.43 | $236,535 | $3,426.42 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA  70113 (504) 581-4892 rherman@hhklawfirm.com |
| 151 | Catholic Charities Archdiocese of New Orleans | 1905 4th Street (Sherlyn Turner) | New Orleans | LA | 70113 | 675 | $117.94 | 0.86 | 101.43 | $68,465 | $1,541.88 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA  70113 (504) 581-4892 rherman@hhklawfirm.com |

*In re: Chinese Manufactured Drywall Products Liability Litigation*

Plaintiffs' Remediation Damages Spreadsheet

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Verified Under-Air Square Footage | 2019 RS Means National Square Foot Unit Price | 2019 RS Means Location Factor | 2019 Adjusted Remediation Cost Per SF | 2019 Remediation Formula Damages | Setoffs (Prior Remediation Payments) | Current Owner or Sell/Transfer Date | Completely Remediated, Partially Remediated or No Remediation | Counsel Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 341 | Galatas, Lloyd E. and Sherrie R. Jr. | 4637 Mandeville Street | New Orleans | LA | 70122 | 1,827 | $117.94 | 0.86 | 101.43 | $185,313 | $4,796.99 | Current Owner | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |
| 342 | Galmiche, Stephen and Tiffany | 3516 Jacob Drive | Chalmette | LA | 70043 | 1,854 | $117.94 | 0.86 | 101.43 | $188,051 | $0.00 | 6/25/2010 | No | Reich & Binstock Dennis Reich, Esq. 4265 San Felipe, Suite 1000 Houston, TX 77027 (713) 352-7883 DReich@reichandbinstock.com |
| 343 | Gammage, Dr. Daniel | 1210 Magnolia Alley | Mandeville | LA | 70471 | 1,743 | $117.94 | 0.78 | 91.99 | $160,339 | $4,705.53 | 5/16/2011 | No | The Lambert Firm Hugh Lambert, Esq. 701 Magazine St, New Orleans LA 70130 (504) 529-2931 hlambert@thelambertfirm.com |
| 344 | Gardette, Emile, Jr. | 700 Lakeview Lane | Covington | LA | 70435 | 1,510 | $117.94 | 0.78 | 91.99 | $138,905 | $4,076.50 | Current Owner | No | Becnel Law Firm, LLC Salvadore Christina, Jr., Esq. 425 W. Airline Hwy, Suite B LaPlace, LA 70064 (985) 536-1186 schristina@becnellaw.com |
| 345 | Garner, Toni | 7639 Stonewood Street | New Orleans | LA | 70128 | 1,112 | $117.94 | 0.86 | 101.43 | $112,790 | $4,204.33 | Current Owner | Completely remediated | The Lambert Firm  Kanner & Whitely  Greg Dileo Hugh Lambert, Esq. 701 Magazine St, New Orleans LA 70130 (504) 529-2931 hlambert@thelambertfirm.com |
| 346 | Geiser, Walter | 3901 Ventura Drive | Chalmette | LA | 70043 | 3,037 | $117.94 | 0.86 | 101.43 | $308,043 | $3,762.21 | Current Owner | Completely remediated | Law Offices of Sidney D. Torres, III Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 504-271-8422 storres@torres-law.com |
| 347 | Gibbs, Gene | 701 Waverly Place | Opelika | AL | 36804 | 1,237 | $117.94 | 0.82 | 96.71 | $119,630 | $2,811.95 | Current Owner | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com |
| 348 | Gibson, Glennel | 2216 Veronica Drive | Chalmette | LA | 70043 | 1,380 | $117.94 | 0.86 | 101.43 | $139,973 | $0.00 | Current Owner | Completely remediated | Barrios, Kingsdorf & Casteix Dawn M. Barrios, Esq. 701 Poydras Street, Suite 3650 New Orleans, LA 70154 (504) 523-3300 DBarrios@bkc-law.com |
| 349 | Gibson, Robert and Peggy | 494 County Road 800 | Calera | AL | 35040 | 3,692 | $117.94 | 0.84 | 99.07 | $365,766 | $8,068.39 | Current Owner | No | Whitfield, Bryson & Mason Dan Bryson, Esq. 900 W. Morgan Street Raleigh, NC 27603 919-600-5000 dan@wbmllp.com |

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | **MDL Docket No. 2047** |
| **THIS DOCUMENT RELATES TO:** | **SECTION L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| Barbara Ann Alfonso; Bessie Barnett; Kerry Barre; Gwendolyn Kerr Bierria; Joseph Bourlet; Gregory Cross; Stephanie Fortenberry; Greater NOLA Homes, LLC; Howard Jones; and, Terrence Ross and Rhonda Ross, | **Case No. 2:15-CV-04127-EEF-JCW** |
| **Plaintiffs**, | |
| v. | |
| Beijing New Building Materials Group, Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; and, The State-Owned Assets Supervision and administration Commission of the State Council, | |
| **Defendants**. | |

**TAISHAN'S STATEMENT ON PRODUCT ID AND ATTRIBUTION**

Pursuant to Case Management Order No. 1 in the above-captioned action, Taishan

submits the following chart outlining Taishan's positions on Product ID and attribution for the

properties identified in the Amended Complaint:

| | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|---|---|---|---|
| A. | BNBM/Dragon board | 22, 23, 24, 25, 26 | Deny that products with these types of markings were manufactured by Taishan |

---

[1] The Taishan Product ID Catalog was prepared by the Plaintiffs Steering Committee based on a review of Product ID documentation submitted by *Amorin* claimants in multiple states.  The numbers in this column correspond to numbers printed on each page of exemplar markings in the Taishan Product ID Catalog (attached as Exhibit 1).

|    | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|----|---------------------|--------------------------------------------------------------|--------------------|
| B. | C & K | 34, 35, 36 | Deny that products with these types of markings were manufactured by Taishan |
| C. | Chinese Manufacturer #2 (purple stamp) | 37 | Deny that products with these types of markings were manufactured by Taishan |
| D. | Crescent City Gypsum | 27, 28, 29 | Deny that products with the following markings were manufactured by Taishan: 27. However, subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 28, 29. |
| E. | DUN | 42 | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with these types of markings were manufactured by Taishan. |
| F. | IMT Gypsum | 30, 31, 32, 33 | Deny that products with these types of markings were manufactured by Taishan |
| G. | ProWall | 43, 44 | Deny that products with these types of markings were manufactured by Taishan |
| H. | Taian Taishan or Taihe Tape | 1, 14, 15, 16 | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, |

|  | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|---|---|---|---|
|  |  |  | and other physical and visual characteristics of drywall boards, do not deny that products with these types of markings were manufactured by Taishan. |
| I. | Made in China Meet or Exceeds | 13, 17, 18, 19, 20, 21 | Deny that products with the following markings were manufactured by Taishan: 18, 19, 21.  However, subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 13, 17, 20. |
| J. | Various Drywall dimensions, including 4feetx12feetx1/2 inch and 4feet*12feet*1/2inch | 2, 5, 6, 7, 8, 9, 10, 11 | Deny that products with the following markings were manufactured by Taishan: 5, 6, 7, 8, 9, 10, 11.  However, subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall boards, do not deny that products with the following markings were manufactured by Taishan: 2. |
| K. | Venture Supply | 38, 39, 40, 41 | Subject to sufficient claimant-specific proof of Product ID, including but not limited to location and dimensions of markings, font type and color, and other physical and visual characteristics of drywall |

|   | Product ID Category | Exemplar Markings Numbers from Taishan Product ID Catalog[1] | Taishan's Position |
|---|---|---|---|
|   |   |   | boards, do not deny that products with these types of markings were manufactured by Taishan |
| L. | Boards with white edge tape and no other markings; boards with no markings or boards with no markings other than numbers; and any other product ID categories | 12, 3, 4, | Deny that products with these types of indicia were manufactured by Taishan |

Dated:  December 21, 2020

Respectfully Submitted,

*/s Christina Hull Eikhoff*
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and
Tai'an Taishan Plasterboard Co., Ltd.*



# PHOTO EXHIBIT FOR

# VASHAUN & ERIKA WILLIAMS





# Drywall Markings
# Photo Exhibit

Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Tapered

edge   1020   oootkd

4

CLOSET
2ND
FLOOR

Drywall   4feetx12feetx1/2inch

5



6



7

Bereijo, J-Indicia-0026





Interior Wall Drywall
Stamp from AC Room

9



10



Interior Wall Drywall Stamp from Living Room



11



12



13






14

Paper Edge Tape from Kitchen

Interior Wall Drywall Stamp from Kitchen

16



Bernice Butler
2999 Silver Hill Drive
Douglasville, GA 30135

Daniel K. Bryson

MADE IN CHINA MEET OR EXCEEDS ASTM C1396 04 STANDARD





Grueninger, S-Indicia-0215



Grueninger, S-Indicia-0219



CravenD(38th St.)0014
20



21





BNBM DRAGON BRAND GYPSUM WALLBOARD

TYPE DBX-1

R19374



5/8" OR 15.9mm THICK

GYPSUM BOARD

ISSUE NO. F-3851

FIRE RESISTANCE CLASSIFICATION

SEE UL FIRE RESISTANCE DIRECTORY

24










ceiling 16oc wall 21oc ma





29



Bell, P-Indicia-0204













33



34



# PHOTO EXHIBIT FOR

## VASHAUN & ERIKA WILLIAMS





36



37

Nell Booth 483 Tranquil Drive, Winder GA
Northeast Part of Georgia Ashley "Taihe China"
11/17/09  1125  John Bushdel

VENTURE SUPPLY INC. MFG TAIHE CHINA

Nell Boothe
483 Tranquill Drive
Winder, GA 30680

Daniel K. Bryson

38

ENTURE SUPPLY INC. MFG TAIHE CHINA

39



40



Dun Gypsum Board in Attic

Drywall in AC Closet




Attic Drywall



42



Gimple, N-Indicia-0297 43



Delayo, W-Indicia-0029

# Exhibit 3

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | File Number |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | Date Received |
| | MAG. JUDGE WILKINSON | |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: John A. Carter

Address of Affected Property: 703 Waverly Place
Opelika, AL  36804

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: John A. Carter

Is above your primary residence?   (Yes)   No

Mailing Address (if different):

Phone: ( 334 )   319- 6473

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By: James V. Doyle, Jr.

Address: Doyle Law Firm, PC
P.O. Box 36445
Birmingham, AL  35236

Phone: ( 205 )   533 - 9500

Case No. /Docket Info: Omni XIII - Almeroth v. Taishan

### Section II. Insurance Information

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: (     )     -

**+ Attach Copy of  Insurance Declaration Page**

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| John A. Carter | 7 /1 /06 | / / | (M) / F | 1 /14/ 64 | (Yes) | No | Owner - Occupant |
| Ann Carter | 7 /1 /06 | / / | M /(F) | / / | (Yes) | No | Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

\* Personal injuries include claims for mental anguish and medical monitoring.

Carter, John A. - 0001

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?** (Yes)  No

**1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?** Doyle Law Firm, PC

**1.2. When did the inspection take place?** 11/12/11

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?** (Yes)  No

**2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?** Doyle Law Firm, PC

**2.2. When was this determination made?** 11/12/11

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Company | Made In China Meets or Exceeds ASTM | Ceiling & Walls |
|  |  |  |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,600 | | | |
| Estimated Sq. Ft. of Drywall | ----------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 2 | Summer | | X |
| Number of Bathrooms: | 2 | Winter | | X |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

## Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | 7 / 1 / 06 | Date Acquired Home | 7 / 1 / 06 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

**Homebuilder/ General Contractor/ Developer's Name:**

**Address:**

**Phone:** (     )     -

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

## Section IX. Drywall Installer

**Drywall Installer's Name:**

**Address:**

**Phone:** (     )     -

## Section X. Drywall Supplier

**Drywall Supplier's Name:** R.L. Stockett & Associates, LLC

**Address:** 500 Easy Street
Carefree, AZ 85377

**Phone:** (     )     -

Carter, John A. - 0002

Plaintiff Profile Form - Residential Properties

*Section XI. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____          _____          _____          _____
Claimant's Signature                  Date Signed                  Claimant's Signature                  Date Signed


_____          _____          _____          _____
Claimant's Signature                  Date Signed                  Claimant's Signature                  Date Signed


_____          _____          _____          _____
Claimant's Signature                  Date Signed                  Claimant's Signature                  Date Signed

Carter, John A. - 0003

# Exhibit 4

STATE OF ALABAMA )                    FILED SIMULTANEOUSLY WITH
COUNTY OF LEE   )                     MORTGAGE OF EVEN DATE

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS: That in consideration of **TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATIONS ($10.00),** to the undersigned **R & S Properties, LLC, an Alabama limited liability company,** (hereinafter referred to as the "Grantor") in hand paid by **John A. Carter and Jill M. Carter, husband and wife,** (hereinafter referred to as the "Grantees") the receipt of which is hereby acknowledged, the said Grantor does by these presents grant, bargain, sell and convey unto the said Grantee, the following described real estate, situated in **LEE** County, Alabama, to-wit;

> **"Lot # 18, WAVERLY PARK SUBDIVISION, Parcel D on, according to and as shown by that certain map or plat thereof of record in Plat Book 26, at Page 162, and recorded on June 15, 2005, and ratified by instrument recorded in Deed Book 2277, at Page 230, on June 27, 2005, in the Office of the Judge of Probate of Lee County, Alabama."**

> **"Subject to all rights of way, easements and restrictions which exist as a matter of record or exist de facto."**

TO HAVE AND TO HOLD, to the said **Grantees,** their heirs and assigns in fee simple forever.

And the said Grantor, does for itself, its successors and assigns, covenant with the said Grantees, their heirs and assigns, that it is lawfully seized in fee simple of said premises, that it is free from all encumbrances unless otherwise noted above, that it has a good right to sell and convey the same as aforesaid, and that it will, and its successors and assigns shall, warrant and defend the same to the Grantees, their heirs and assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said **R & S Properties, LLC**, by Marvin E. Deen and Sallie H. Deen, who are authorized to execute this conveyance, have hereto set their signatures and seals on behalf of the Grantor, this the 22nd day of December, 2006.

<div style="text-align:center">

**R & S Properties, LLC,**
**An Alabama limited liability company**

_Marvin E. Deen_ _____
Marvin E. Deen        Member / Manager

_Sallie Deen_ _____
Sallie H. Deen        Member / Manager

</div>

STATE OF ALABAMA )
COUNTY OF LEE    )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that **Marvin E. Deen**, whose name is signed to the foregoing conveyance as authorized agent of **R & S Properties, LLC**, and who is known to me, acknowledged before me on this day that, being informed of the contents of said conveyance, he, as Member and Manager, executed the same voluntarily and with full authority as the act of said company, on the day the same bears date.

Given under my hand and official seal, this 22nd day of December, 2006.

23070 75
Recorded in the Above
DEEDS Book & Page
01-02-2007 03:55:06 PM

# Exhibit 5



325 Lee Road 672
Auburn, AL 36832
Phone: (334) 277-1700

U.S. DOT No.1416474
MC524357
APSC Cert. 3840

*Each franchise independently owned and operated.*

**www.twomenandatruck.com**
**Estimate Detail**

Thank you for choosing **TWO MEN AND A TRUCK®** for your moving needs.  The information below includes the details of the estimate based on the information collected.  Please let me know if any changes occur that could impact the estimate provided.

### Customer Information:

| | | | | |
|---|---|---|---|---|
| **Name:** | Carter, Jill | **Customer Type:** | Home | |
| **Primary Phone:** | (334) 319-5180 (Home) | | | |
| **Primary Email:** | wareaglejill@gmail.com | | | |

| | |
|---|---|
| **Estimate #:** | 0183-020376135 |
| **Move Date:** | 7/1/2021 |
| **ETA:** | 8:00 AM - 8:30 AM |
| **Zone:** | Local |
| **Service Type:** | Move |
| **Estimator:** | Woodard, Michelle |

### Move Locations:

| **Move From** | **Move To** |
|---|---|
| 703 Waverly Place | Storage |
| Opelika, AL 36801 | 1704 Frederick Rd |
| **Notes:** | Opelika, AL 36801 |
| | **Notes:** |

### Special Conditions:

### Move Items:

**Total No. of Items: 12**  **Estimated Weight: 1869.00 lbs.**
**Building Type: House**

| Move From | 703 Waverly Place Opelika, AL 36801 |
|---|---|

| Room | Item Description | Qty | Extras | Note |
|---|---|---|---|---|
| Bedroom-2 Move From: Floor 1 Move To: Floor 1 | Bed, Size: Queen | 2 | $0.00 | |
| | Bed, Frame Only | 2 | $0.00 | |
| | **Total Weight (lbs.):** 1064.00 | | | |

| Room | Item Description | Qty | Extras | Note |
|---|---|---|---|---|
| Family/Living-3 Move From: Floor 1 Move To: Floor 1 | Chair, Oversized | 1 | $0.00 | |
| | Sofa - 3 Cush | 2 | $0.00 | |
| | Box - Large | 5 | $0.00 | |
| | **Total Weight (lbs.):** 805.00 | | | |

### Estimated Boxes & Supplies:

### Cost Estimate Breakdown:

| Service/Item | Estimate |
|---|---|
| Number of Trucks | 1.00 |
| Number of Movers | 2.00 |

| | Service | Hours | Qty. | Rate |
|---|---|---|---|---|
| | Move | | | |
| Est. | 2 Men / 1 Truck | 2.50 | 1 | $128.00 |

| | |
|---|---|
| Services | $320.00 |
| Travel Charge | $128.00 |
| Total | $448.00 |

No one likes surprises at the end of their move, so please review this information carefully. This estimate is based upon the information you've provided us, which is detailed above. Please contact our office if there's anything we've missed or overlooked, as any changes to the amount of goods we move may impact your final cost.

Mover's
Signature:_____ Date:_____

Customer's
Signature:_____ Date:_____



325 Lee Road 672
Auburn, AL 36832
Phone: (334) 277-1700

U.S. DOT No.1416474
MC524357
APSC Cert. 3840

*Each franchise independently owned and operated.*

**www.twomenandatruck.com**
**Estimate Detail**

Thank you for choosing **TWO MEN AND A TRUCK®** for your moving needs. The information below includes the details of the estimate based on the information collected. Please let me know if any changes occur that could impact the estimate provided.

| **Customer Information:** | | | |
|---|---|---|---|
| **Name:** | Carter, Jill | **Customer Type:** | Home |
| **Primary Phone:** | (334) 319-5180 (Home) | | |
| **Primary Email:** | wareaglejill@gmail.com | | |

**Estimate #:** 0183-020376199
**Move Date:** 12/30/2021
**ETA:** 8:00 AM - 8:30 AM
**Zone:** Local
**Service Type:** Move
**Estimator:** Woodard, Michelle

**Move Locations:**

| **Move From** | **Move To** |
|---|---|
| Storage | 703 Waverly Place |
| 1704 Frederick Rd | Opelika, AL 36801 |
| Opelika, AL 36801 | **Notes:** |
| **Notes:** | |

**Special Conditions:**

**Move Items:**

**Total No. of Items: 12**
**Estimated Weight: 1869.00 lbs.**
**Building Type: House**

**Move From** — 703 Waverly Place
Opelika, AL 36801

| Room | Item Description | Qty | Extras | Note |
|---|---|---|---|---|
| Bedroom-2<br>Move From:<br>Floor 1<br>Move To:<br>Floor 1 | Bed, Size: Queen | 2 | $0.00 | |
| | Bed, Frame Only | 2 | $0.00 | |
| | **Total Weight (lbs.): 1064.00** | | | |

| Room | Item Description | Qty | Extras | Note |
|---|---|---|---|---|
| Family/Living-3<br>Move From:<br>Floor 1<br>Move To:<br>Floor 1 | Chair, Oversized | 1 | $0.00 | |
| | Sofa - 3 Cush | 2 | $0.00 | |
| | Box - Large | 5 | $0.00 | |
| | **Total Weight (lbs.): 805.00** | | | |

**Estimated Boxes & Supplies:**

**Cost Estimate Breakdown:**

| Service/Item | | | | Estimate |
|---|---|---|---|---|
| Number of Trucks | | | | 1.00 |
| Number of Movers | | | | 2.00 |

| | Service | Hours | Qty. | Rate |
|---|---|---|---|---|
| | Move | | | |
| Est. | 2 Men / 1 Truck | 2.50 | 1 | $128.00 |

| | |
|---|---|
| Services | $320.00 |
| Travel Charge | $128.00 |
| Total | $448.00 |

No one likes surprises at the end of their move, so please review this information carefully. This estimate is based upon the information you've provided us, which is detailed above. Please contact our office if there's anything we've missed or overlooked, as any changes to the amount of goods we move may impact your final cost.

Mover's
Signature:_____ Date:_____

Customer's
Signature:_____ Date:_____

# Exhibit 6

# Supplemental Plaintiff Profile Form

Plaintiff: _____ John A. Carter _____

Property Address: _703 Waverly Place, Opelika, AL 36801_____

## Itemization of Damages or Repair to Home
### (Appliances, Fixtures, Electrical System, A/C System, and Other)

| # | Description of Item ☒epaired / ☒eplaced | Value ($) |
|---|------------------------------------------|-----------|
| 1 | ~~Entire~~ Frigidaire Refrigerator | 1499 |
| 2 | Frigidaire Microwave | 299 |
| 3 | Frigidaire Stove | 899 |
| 4 | Replacement of 3 air conditioner coils (880.00) | 2640 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| | | |
|---|---|---|
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 5337.00

# Supplemental Plaintiff Profile Form

Plaintiff:     John A. Carter

Property Address:   703 Waverly Place, Opelika, AL 36801

## Itemization of Damaged Personal Property :

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Queen Size Mattress Set | 2199 |
| 2 | Full Size Mattress Set | 1819 |
| 3 | Bassett Sofa | 1599 |
| 4 | Bassett Loveseat | 1499 |
| 5 | Bassett Chair | 999 |
| 6 | Dell Desktop Computer | 599 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|---|---|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ _8714.—_

Search by Name, Keyword or Item Number 

) **Opelika Lowe's**   Open till 9 PM  >



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct an errors, inaccuracies or omissions including after an order has been submitted.

**ome Decor** / **Mattresses & Bedding** / **Mattresses**





**$2,199**.00

★★★★★ 31
View Q&A

$35 /Month   With 84 month financing.  Learn how

Serta iComfort 14-in Firm Queen Hybrid Mattress
Item #2419081 Model #500392501811050

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date

Max Cold ™ Cover: Made from super cool high-performance fibers for an instant cool-to-the-touch sensation

UltraCold System™: This layer of extra-cool Carbon Fiber Memory Foam absorbs excess heat from your body and channels it away

Size
Queen                                                                                            >

[ 1 ]  +
Qty

Add to Cart                                           ♡

⊗  **Free Store Pickup**
    Pickup Estimated: Mon, Jan 25, 2021

🚚  **Free Delivery**
    Delivery Estimated: Sun, Jan 24, 2021

VERVIEW

oam paired with the UltraCold System™ help channel heat away from your body. Our exclusive Air Support™ Foam contours your body and helps relieve aches and pains caused by pressure points, while the 1025 iComfort® Hybrid Support™ System th BestEdge® Foam Encasement provides durable support from edge to edge.

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date

Max Cold™ Cover: Made from super cool high-performance fibers for an instant cool-to-the-touch sensation

UltraCold System™: This layer of extra-cool Carbon Fiber Memory Foam absorbs excess heat from your body and channels it away

Gel Active® Max Foam: This open celled memory foam helps promote airflow, so you don't have that hot, stuffy feeling when falling asleep

1025 iComfort® Hybrid Support™ System with BestEdge® Foam Encasement: In this advanced innerspring system, individually wrapped coils work independently to conform to every curve of your body and provide durable support

# SPECIFICATIONS

| ollection Name | iComfort | Mattress in a Box | × |
|---|---|---|---|
| pe | Hybrid | Coil Count | 900 |
| lbric Material | Polyester | Size | Queen |
| /poallergenic | × | Length (Inches) | 80 |
| arranty | 10-year limited | Weight (lbs.) | 118.8 |

+ **Show All**

# REVIEWS







**$1,819.00**

★ ★ ★ ★ ☆ 42
View Q&A

**$304 / Month**   Suggested payments with 6 month special financing   Learn how

Serta iComfort Hybrid 1000 14.5-in Full Hybrid Mattress
Item #1329882  Model #500821553-1050

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date
True support - Serta Hybrid coil support system with best edge foam encasement
Cooling - keeping you at the perfect body temperature all night

Size
Full                                                                                              ›

Comfort Level
Medium                                                                                           ›

**This item is unavailable for purchase online**

                                                                                           ♡

## VERVIEW

xperience cushion firm comfort combined with our most advanced temperature regulation technology with our Blue Fusion
00 Luxury firm Pillow Top model. It features our exclusive TempActiv™ gel memory foam and an extra thick layer of Serta®
upport Foam for enhanced airflow and firm, yet cushioning, comfort. The Blue Fusion 1000 Luxury firm Pillow Top is finished
th TempActiv™ touch fabric for an immediate cool-to-the-touch feeling that helps dissipate heat through the night.

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date
True support - Serta Hybrid coil support system with best edge foam encasement
Cooling - keeping you at the perfect body temperature all night
Serta 10 year warranty

# SPECIFICATIONS

| ollection Name | iComfort Hybrid 1000 | Weight (lbs.) | 72.5 |
|---|---|---|---|

frigidaire stove                                                    Clear 

> Opelika Lowe's   Open till 9 PM  >



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

opliances / Ranges / Electric Ranges / Single Oven Electric Ranges







$899.00

★★★★☆ 2959

View Q&A

$75 / Month   Suggested payments with 12 month special financing, now through 6/01/2021.  Learn how

Frigidaire 30-in Smooth Surface 5 Elements 5.3-cu ft Self-Cleaning Freestanding Electric Range (Black Stainless Steel)

Item #1066848 Model #FFEF3054TD

Get meals on the table faster with our 3000 W Element - water boils faster than the traditional setting

Keep Warm Zone - keep food warm until everything - and everyone - is ready

Your oven cleans itself - so you don't have to. self clean options available in 2, 3 and 4-hour cycles

LOWE'S PLANS & SERVICES
Add Available Plans and Pro Services in Cart

−   1   +

Qty

Add to Cart                    ♡

Longer wait time than usual (30+ days)

Free Store Pickup
Pickup Estimated: Tue, Apr 27, 2021

Free Delivery
Delivery Estimate: Tue, Apr 27, 2021. Schedule Delivery Date in Checkout.

     

VERVIEW

frigidaire refrigerators | Clear 🔍

) **Opelika Lowe's**  Open till 9 PM  >



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

opliances / **Refrigerators** / **Side-by-Side Refrigerators**





$**1,499**.00

★★★★☆ 77
View Q&A

$**125** / Month.  Suggested payments with 12 month special financing, now through 01/31/2021.  **Learn how**

Frigidaire 22-cu ft Side-by-Side Refrigerator with Ice Maker (Stainless Steel)
Item #064008 Model #FFRC2226TS

Bright LED Lighting makes it easy to see what's inside
Deli Drawer keeps sandwich meats and cheeses organized in a convenient location
PureSource 3® Water Filtration gives you cleaner, better-tasting water at your fingertips

Manufacturer Color/Finish: Stainless Steel

LOWE'S PLANS & SERVICES
Add Available Plans and Pro Services in Cart

Qty: 1

Add to Cart  ♡

Longer wait time than usual (30+ days)

**Free Store Pickup**
Pickup Estimated: Tue, Apr 27, 2021

**Free Delivery**
Delivery Estimated: Tue, Apr 27, 2021, Schedule Delivery Date in Checkout

VERVIEW

frigidaire microwaves                                                Clear  

‹ **Opelika Lowe's**   Open till 9 PM  ›



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

**ppliances** / **Microwaves** / **Over-the-Range Microwaves**







**EXCLUSIVE**

**$299.00**

★★★★☆ 232
View Q&A

$25 / Month    Suggested payments with 12 month special financing, now through 01/31/2021.  Learn how

**Frigidaire 1.8-cu ft Over-the-Range Microwave (EasyCare Stainless Steel)**
Item #1678224  Model #LFMV1846VF

**Shop the Collection**

This Lowe's Exclusive has an EasyCare™ Stainless Steel finish that resists fingerprints and is easy to clean
Make meal preparation and cooking simple with LED lighting that offers a clean, bright view of your cooktop
Interior LED lighting stays on while your dish cooks

**Manufacturer Color/Finish:** EasyCare Stainless Steel

**LOWE'S PLANS & SERVICES**
Add Available Plans and Pro Services in Cart

−   1   +
Qty

Add to Cart    ♡

**Free Store Pickup**
6 Available at
Opelika Lowe's
Aisle 49 | Bay 7

**Free Delivery**
Available

**Carolina Panel Arm Sofa**
SKU: 3887-72 **Availability:** <u>Backordered</u>


~~Orig. $2,139~~ Sale **$1,599**

| 1 |

Add To Cart

TOP



—   **Select Body Cover**

**Texture**
Color: Gray
<u>Order Fabric Swatch</u>

FABRIC      LEATHER

*Special Order*

| All Fabrics ▾ | All Colors ▾ |

| Texture Gray | Texture Snow | Texture Lagoon | Texture Oyster |
| Texture Rain | Texture Mushroom | Texture Citron | Texture Navy |

MORE DESIGN CHOICES AVAILABLE IN-STORE

360° | OFF | ON |

+   **Description**

+   **Cleaning + Care**

+   **Shipping and Delivery Info**

+   **Detailed Dimensions**

**Carolina Panel Arm Sofa**
SKU: 3887-62 Availability: <u>Backordered</u>

Orig. $2,009 Sale **$1,499**        1    Add To Cart

TOP

|↔|

✕



360° OFF | DN

— **Select Body Cover**

**Texture**
Color: Gray
<u>Order Fabric Swatch</u>

FABRIC                    LEATHER

*Special Order*

| All Fabrics ▾ | All Colors ▾ |

| Texture Gray | Texture Snow | Texture Lagoon | Texture Oyster |
| Texture Rain | Texture Mushroom | Texture Citron | Texture Navy |

**MORE DESIGN CHOICES AVAILABLE IN-STORE**

+  **Description**

+  **Cleaning + Care**

+  **Shipping and Delivery Info**

+  **Detailed Dimensions**

**Carolina Sock Arm Chair**
SKU: 3851-12 Availability: <u>Backordered</u>

~~Orig. $1,339~~ Sale **$999**    1    Add To Cart

TOP



CLICK & DRAG
to Rotate this Image



360° OFF / ON



— **Select Body Cover**

**Texture**
Color: Gray
<u>Order Fabric Swatch</u>

FABRIC    LEATHER

*Special Order*

| All Fabrics ▾ | All Colors ▾ |
|---|---|



Texture Gray

Texture Snow

Texture Lagoon

Texture Oyster

Texture Rain

Texture Mushroom

Texture Citron

Texture Navy

**MORE DESIGN CHOICES AVAILABLE IN-STORE**
800 Designer Fabrics, Seat Cushion Plushness, Wood Finishes

+ **Description**

+ **Cleaning + Care**

+ **Shipping and Delivery Info**

+ **Detailed Dimensions**



**Search**    **Sign In**    **Cart**    **Menu**

   

For a limited time, save up to an extra $150 on select PCs with coupon.
View the Deals | Call 1-888-653-1747 or Chat

‹ View All Configurations



# Inspiron Desktop

★★★★    4.0 (1659)    Ask a question

~~$664.98~~

## $599.99

⊘ Price Match Guarantee

- 10th Gen Intel® Core™ i5-10400 processor(6-Core12M Cache2.9GHz to 4.3GHz)
- Windows 10 Home, 64-bit, English
- Intel UHD Graphics 630 with shared graphics memory
- 8GB, 1x8GB, DDR4, 2666MHz
- 256GB M.2 PCIe NVMe Solid State Drive + 1TB 7200 rpm 3.5" SATA Hard Drive
- Ports & Slots

As low as $20 /mo.^ | Get Pre-Qualified | Apply for credit
**$50 with code: EXTRA50**

**Oasis Heating and Air, LLC**
1026 County Road 173
Opelika, AL 36801
(334) 319-3564

DATE: Billed 17 Aug 11

Billing Name: ANDY CARTER
1590 Crescent Blvd
Auburn, AL

MOTHER'S HOME / Waverly Place

Service Tech:

| Labor Hours | Travel Time | Arrival Time | Departure Time |
|---|---|---|---|

| QTY | Materials | Amount | Nature of problem and description of work performed. Please list specific items, equipment, areas, etc. |
|---|---|---|---|
| | TOTAL LABOR + MATERIAL | 880 - | REPLACED EVAPORATOR COIL |
| | | | - 90 DAY LABOR WARRANTY FROM INSTALLATION |
| | | 2 | - 1 YR WARRANTY FROM DATE OF INSTALLATION |
| | | THANKS | |

**Parts and Warranty:** All parts are warranted as per manufacturer specifications
**Labor Guaranty:** The labor charge as recorded here relative to the equipment serviced as noted, is guaranteed for a period of 30 days.
We do not guarantee parts other than those we install.
I agree that the work performed today was done satisfactorily, the times are correct and I understand all warranties/guarantees.

CUSTOMER SIGNATURE: _____ DATE: _____

# Exhibit 7

snap N sure (https://www.snapnsure.net)

# GET A FREE FIXED STORAGE QUOTE

SIGN IN ⬇

① ② ③ 4 5 6 7 8

## Let us know what payment terms you prefer. You'll see below that we offer discounts for the 6 and 12 month terms.

- ❮ Month-to-Month
- ❮ 6 months @ 5% Discount
- ❮ 12 months @ 10% Discount

### Your FREE QUOTE is $131.04
See detail to the right



BACK

BUY NOW

---

OPTIONS SELECTED

**COVERAGE**
$10,000 coverage

EXTRAS

COVERAGE PERIOD
6 Month

| | |
|---|---|
| Premium : | $137.94 |
| **Discount :** | **-($6.90)** |
| Premium w/Discounts : | $131.04 |

# Exhibit 8

Houses / Alabama /
Auburn / 3 br, 2 bath
House - 2682 Sophia Court

 Today

# 3 br, 2 b...

2682 Sophia Ct, Aubur...
Auburn

| Monthly Rent | Bedrooms | Bathrooms | Square Feet |
|---|---|---|---|
| $2,200 | 3 bd | 2 ba | |

## Single-Family House for Rent

### 2682 Sophia Ct

$2,200

3 beds, 2 baths

Available Now

[ Tour This Floor Plan ]

# About 3 br, 2 bath House - 2682 Sophia Court

(334) 887-3425 - 2682 Sophia Court - Beautiful brick home in Tuscany Hills. Kitchen equipped with stainless appliances including stove, refrigerator, D/W, microwave vented range hood, and disposal. Tankless gas on demand water heater and gas fireplace. Master BR has tray ceiling and ensuite bath with jetted tub and huge master closet. Screen covered back

Case 2:09-md-02047-EEF-MBN  Document 23299-3  Filed 03/23/22  Page 86 of 122

porch leads onto a covered patio. Wide plank oak flooring throughout with tiled wet areas. Large 2 car garage, central AC and gas heat, W/D connections. Yard care is included.
NO PETS.

No Pets Allowed

(RLNE7238910)

Other Amenities: Other (refg., d.w., disp., central heat/ac), Garage. Appliances: Range, Washer & Dryer Hookup, Microwave. Pet policies: No Dogs Allowed, No Cats Allowed.

3 br, 2 bath House - 2682 Sophia Court is a house located in Lee County, the 36830 ZIP Code, and the Auburn City attendance zone.

## Unique Features

- No Dogs Allowed, No Cats Allowed, Amenities - refg., d.w., disp., central heat/ac, Garage

## Amenities

No Dogs Allowed, No Cats Allowed, Amenities - refg., d.w., disp., central ...

# Education

## Colleges & Universities

3 br, 2 bath House - 2682 Sophia Court is within 117 minutes or 6.1 miles from Auburn University. It is also near Tuskegee University and Chattahoochee Valley Community College.

| Colleges | Walk | Distance |
|---|---|---|
| Auburn University | 117 min | 6.1 mi |
| Tuskegee University | 480 min | 24.9 mi |
| Chattahoochee Valley Comm... | 775 min | 40.2 mi |

## Schools
# School data provided by GreatSchools ⓘ

**Public Schools**          **Private Schools**

---

## Pick Elementary School
Public Elementary School

**7**

Grades 3-5
472 Students          Out of 10

👤 Attendance Zone

## Cary Woods Elementary ...
Public Elementary School

Grades PK-2
485 Students

👤 Attendance Zone

## Drake Middle School
Public Elementary & Middle School

**6**

Grades 6
672 Students          Out of 10

👤 Attendance Zone

## Auburn Early Education ...
Public Elementary School

Grades PK-2
482 Students

 Nearby

## Auburn Junior High School

Public Middle School

Grades 8-9
1,358 Students

**7**

Out of 10

👤 Attendance Zone

## Auburn High School

Public High School

Grades 10-12
1,875 Students

**7**

Out of 10

👤 Attendance Zone

## Car-Dependent

**1**

Walk Score® Out of 100

This area is considered a car-dependent area and most errands will require a car.

## Minimal Transit

**0**

Transit Score® Out of 100

## Somewhat bikable

**19**

Bike Score® Out of 100

You might be able to find places to ride your bike in this area, but you'll most likely want your car for most errands.

## –

Soundscore™ Out of 100 **–**

Traffic: – | Airport: – | Businesses: –

Scores provided by Walk Score and HowLoud ⓘ

⚐ Report an Issue / 🖶 Print / ⅄ Get Directions

### Apartments.com™

© 2022 CoStar Group, Inc.     BLOG

⌂ Equal Housing Opportunity

# Exhibit 9

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

_____

File Number

Date Received

   This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

 The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.   All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Gene & Darla Gibbs |
| Address of Affected Property | 701 Waverly Place |
| | Opelika, AL  36804 |
| Is this Property:* | (Residential)    Commercial    Governmental |
| Name of Person Completing this Form | Gene & Darla Gibbs |
| Is above your primary residence? | (Yes)   No |
| Mailing Address (if different) | |
| Phone: | ( 334 )   750- 9689 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)    Owner Only    Renter-Occupant

| | |
|---|---|
| Represented By: | James V. Doyle, Jr. |
| Address: | Doyle Law Firm, PC |
| | P.O. Box 36445 |
| | Birmingham, AL  35236 |
| Phone: | ( 205 )   533 - 9500 |
| Case No. /Docket Info: | Omni XIII - Almeroth v. Taishan |

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

| | |
|---|---|
| Policy #: | |
| Agent: | |
| Address: | |
| | |
| | |
| Phone: | (     )      - |

+ Attach Copy of  Insurance Declaration Page

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Gene Gibbs | 6 /16/07 | / / | (M)/ F | 12/28/35 | (Yes) | No | Owner - Occupant |
| Darla Gibbs | 6 /16/ 07 | / / | M /(F) | 4/6 /41 | (Yes) | No | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Gibbs, Gene - 0001

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?**  (Yes)   No

  **1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?**   Doyle Law Firm, PC

  **1.2. When did the inspection take place?**   11 / 17 / 11

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?**  (Yes)   No

  **2.1. If "Yes" to Question 2.0 Section IV. Who made this determination?**   Doyle Law Firm, PC

  **2.2. When was this determination made?**   11 /17 /11

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Company | Made In China Meets or Exceeds ASTM | Ceiling & Walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,600 | | | |
| Estimated Sq. Ft. of Drywall | ----------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | X |
| Number of Bathrooms: | 2 | Winter | | X |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | /   / | Completion Date | /   / |
| Move In Date: | 6 /16/ 07 | Date Acquired Home | 6 / 1  / 07 |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | /   / | Completion Date | /   / |
| Move In Date: | /   / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

**Homebuilder/ General Contractor/ Developer's Name:**

  Patriot Contracting, LLC

**Address:**  1590 Crescent Blvd.
  Auburn, AL  36830

**Phone:**  (        )       -

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

### Section IX. Drywall Installer

**Drywall Installer's Name:** _____

**Address:** _____
_____
_____

**Phone:** (        )       -

### Section X. Drywall Supplier

**Drywall Supplier's Name:**

  R.L. Stockett & Associates, LLC

**Address:**  500 Easy Street
  Carefree, AZ 85377

**Phone:** (        )       -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | 11/17/11 | | |
| | 11/17/11 | | |
| | | | |

Gibbs, Gene - 0003

# Exhibit 10

Recorded in the Above
DEEDS Book & Page
06-01-2007 04:19:52 PM
Bill English - Probate Judge
Lee County, Al

**STATE OF ALABAMA**      )

                           :             **WARRANTY DEED WITH**

**COUNTY OF LEE**           )           **RIGHT OF SURVIVORSHIP**

KNOW ALL MEN BY THESE PRESENTS, that in consideration of the sum of Ten

and 00/100----($10.00)----Dollars and other good and valuable considerations to the

undersigned, Patriot Homes, L.L.C., an Alabama Limited Liability Company

("Grantor"), in hand paid by Gene R. Gibbs and Darla D. Gibbs ("Grantees"), the receipt

whereof is hereby acknowledged, said Grantor does hereby grant, bargain, sell and

convey unto said Grantees, for and during their joint lives and upon the death of either

of them, then to the survivor of them in fee simple,  the following described real

property situated in Lee County, Alabama, to-wit:

> Lot 17, WAVERLY PARK PARCEL D, according to and as shown by that certain
> map or plat thereof of record in Town Plat Book 26 at Page 162 in the Office of
> the Judge of Probate of Lee County, Alabama.
>
> This conveyance is subject to all easements and building setback lines as shown
> on recorded subdivision plat and to Declaration of Restrictive Covenants dated
> 1/22/04 of record in Deed Book 2276 at Page 981 and to Declaration of
> Restrictive Covenants dated 11/15/05 of record in Deed Book 2285 at Page 196,
> all in the Office of the Judge of Probate of Lee County, Alabama.
>
> Deed Reference: Book 2249, Page 196.

TO HAVE AND TO HOLD unto the said Grantees, for and during their joint lives

and upon the death of either of them, then to the survivor of them in fee simple, and to

the heirs and assigns of such survivor forever. And said Grantor does for itself and its

successors and assigns, covenant with said Grantees, their heirs and assigns, that it is

lawfully seized in fee simple of said premises, that they are free from all encumbrances

with the exception of the Ad Valorem taxes for the year 2007, that it has a good right to

sell and convey the same as aforesaid, and that it will and its successors and assigns

shall, warrant and defend the same to the said Grantees, their heirs, executors and

assigns forever, against the lawful claims of all persons.

IN WITNESS WHEREOF, the said Grantor, by its Member, John A. Carter, has

2315   565
DEEDS  Book & Page

**STATE OF ALABAMA**

**COUNTY OF LEE**

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that John A. Carter, whose name as Member of Patriot Homes, LLC, an Alabama Limited Liability Company, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this date, that being informed of the contents of said conveyance, he, in said capacity and with full authority, executed the same voluntarily on the day the same bears date for and as the act of said company.

    Given under my hand and official seal this the 1st day of June, 2007.

(SEAL)

NOTARY PUBLIC
MY COMMISSION EXPIRES: 11/03/7

Grantees' Address: 701 Waverly Place
                    Opelika, AL 36801

Book/Pg: 2315/564
Term/Cashier: SCAN3 / KS
Tran: 1821.36609.49932
Recorded: 06-01-2007 16:20:12
DFE Deed Tax                    96.00
REC Recording Fee               11.00
REC Recording Fee                0.10
Total Fees:  $ 107.10

**THIS INSTRUMENT PREPARED BY:**
*CRAWFORD S. MELTON*
**MELTON, GUNTER & MELTON**
**P.O. BOX 409**
**OPELIKA, AL 36803-0409**

# Exhibit 11

# Supplemental Plaintiff Profile Form

Plaintiff: __Darla & Gene Gibbs_____

Property Address: __701 Waverly Place, Opelika, AL 36801_____

### Itemization of Damages or Repair to Home
### (Appliances, Fixtures, Electrical System, A/C System, and Other)

| # | Description of Item Repaired / Replaced | Value ($) |
|---|---|---|
| 1 | HVAC Unit - repair and replacement of multiple coils | 8,697.00 |
| 2 | Garage door opener | 309.61 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|---|---|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ ___ 9,006.61 _____

**Energy Savers of Georgia -OLD**

1409 17th Street
Columbus, GA 31901

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/13/2011 | 0000219036 |

**PAID**
**07/15/2011**

⟩ Ck # 7620

**Bill To**

Gene Gibbs
701 Waverly Place
Opelika, AL 36801

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 | 17250 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Install 2 ton 15.0 SEER Carrier heat pump system. | 5,815.00 | 5,815.00 |
|  | Thank you |  |  |
|  | Sales Tax | 6.00% | 0.00 |

| **Total** | | | $5,815.00 |

**Energy Savers Of Georgia**
**1409 17th Street**
**Columbus GA  31901**
**Phone: 706-324-1738**
**Fax: 706-324-3941**

# INVOICE

| DATE | INVOICE # | CUST # |
|------|-----------|--------|
| 8/13/2013 | 0000266004 | 0122178 |

**LOCATION:**

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

| P.O. NUMBER | TERMS | SALES PERSON |
|-------------|-------|--------------|
|  | COD |  |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|------|-------------|-----------|--------|
|  | Completed cooling service. Checked refrigerant. Checked and tightened electrical components and connections. Checked amp draw on compressor. Blew out drain line and flushed. Cleaned condenser coil and cleaned debris from outdoor unit. Checked blower assembly. Checked air flow. Checked thermostat operation. Checked and verified system operation. |  |  |

## *We now offer "Pay Online"*

Just go to www.energysaversair.com
Click on the online services tab and select "Pay Your Bill Online"
**OVERDUE INVOICES ARE SUBJECT TO FINANCE CHARGES OF 1.5% MONTHLY**

| | |
|---|---|
| **TOTAL** | **$0.00** |

**Energy Savers Of Georgia**
**1409 17th Street**
**Columbus GA  31901**
**Phone: 706-324-1738**
**Fax: 706-324-3941**

**INVOICE**

| DATE | INVOICE # | CUST # |
|------|-----------|--------|
| 6/21/2014 | 0000284118 | 0122178 |

[Loc Ph 4]

**LOCATION:**

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

| P.O. NUMBER | TERMS | SALES PERSON |
|-------------|-------|--------------|
|  | COD |  |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|------|-------------|------------|--------|
|  | Pumped down system. Removed leaking evaporator coil. Installed new evaporator coil and liquid line filter drier. Pressurized with nitrogen to check for leaks. Pressure held. Released nitrogen. Evacuated system. Released refrigerant back into the system. Started system and added refrigerant. Verified system operation. System is operating properly. Customer paid for the repair with a Visa card. Authorization# 09266A |  |  |
| 1.00 | Service Call | 89.00 | 89.00 |
| 1.00 | Tin Plated Evaporator Coil Replacement | 2,457.53 | 2,457.53 |
| 1.00 | Pumped Down Fee, Vacuum Pump Fee, Torch Materials, Nitrogen, Filter Drier and Refrigerant | 351.41 | 351.41 |
| 1.00 | Shipping Fee | 66.77 | 66.77 |
| 1.00 | Maintenance Agreement Discount | -409.65 | -409.65 |
|  | Thank you |  |  |

## We now offer "Pay Online"

Just go to www.energysaversair.com
Click on the online services tab and select "Pay Your Bill Online"

**OVERDUE INVOICES ARE SUBJECT TO FINANCE CHARGES OF 1.5% MONTHLY**

| | |
|---|---|
| **TOTAL** | **$2,555.06** |
| **Visa** | **$2,555.06** |
| **Auth** | |
| **BALANCE** | **$0.00** |

PAGE 3 of 6   4   6   9294   0010   2015   01EH7009   137141   20121513   10   7   1   A2J   0010   7009

 **LOWE'S**

GENE GIBBS
Account Number ending in 796 7

FINANCING BY
 **synchrony**

PAGE 2 of 6 | Visit us at lowes.com/eservice or Call: 1-800-444-1408

## Account Balance Summary

| Balance Type | Purchase Date/Amount | Previous Balance | Payments & Other Credits (-) | Purchases, Fees & Other Debits (+) | Interest Charged (+) | Expired Promotion Balances* (+/-) | New Statement Balance |
|---|---|---|---|---|---|---|---|
| Regular | - | - | - | $309.61 | - | - | $309.61 |
| Total | | - | - | $309.61 | - | - | $309.61 |

The Previous Balance field above may already include payments credited as of your previous billing period. If you have promotional balances, additional promotional details can be found below in the Promotional Purchase Summary.
* Expired promotional balances will display in both the promotional and regular purchases balance row during the month of expiration.

## Transaction Detail

| Date | Reference Number/ Invoice Number | Description | Amount |
|---|---|---|---|
| | | Purchases and Other Debits | $309.61 |
| 11/25 | 41722 | STORE 0736 OPELIKA AL | $309.61 |
| | | -, GARAGE DOOR OPENERS PROMOTIONAL DISCOUNT | |
| | | Total Fees Charged This Period | $0.00 |
| | | Total Interest Charged This Period | $0.00 |
| 12/13 | | INTEREST CHARGE ON PURCHASES | $0.00 |

| 2020 Year-to-Date Fees and Interest | |
|---|---|
| Total Fees Charged | $0.00 |
| Total Interest Charged | $50.57 |
| Total Interest Paid | $71.86 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | N/A | 26.99% | $0.00 | $0.00 | 2D |

## New Promotional Financing Plans

You may be offered one of the following promotions when you make a qualifying Lowe's credit card purchase: No Interest if Paid in Full within 6, 12, 18 or 24 months. Under each of these promotions, if the promotional balance is not paid in full within the promotional period, interest will be imposed from the date of purchase at a rate of 26.99%. Minimum monthly payments are required. Some or all of the minimum payment based on the promotional balance may be applied to other account balances. Offers

# Exhibit 12

# Supplemental Plaintiff Profile Form

Plaintiff: ___Darla & Gene Gibbs_____

Property Address: ___701 Waverly Place, Opelika, AL 36801_____

## Itemization of Damaged Personal Property :

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Washer / Dryer replacement | 2,826.00 |
| 2 | Computer replacement | 1,496.00 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|----|----|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ ___4,322.00___



**AUBURN**BANK
Member FDIC
WWW.AUBURNBANK.COM

Date    3/21/14     Page    2
Account #            10304772

DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801

GOLDEN KEY 50+                    10304772   (Continued)

DEPOSITS POSTED:

| Date | Description | Serial# | Amount | Bank Ref# |
|------|-------------|---------|--------|-----------|

WITHDRAWALS POSTED:

| Date | Description | Amount | Bank Ref# |
|------|-------------|--------|-----------|
| 2/25 | PURCHASE  SEARS OUTLET<br>9043206864    02/25/14<br>CHECK#-8191        OPEL AL<br>TRACE #=043305138938122 | 400.00 | |



Member FDIC
WWW.AUBURNBANK.COM

Date    2/21/14        Page    2
Account #              10304772

DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801

GOLDEN KEY 50+                    10304772   (Continued)

DEPOSITS POSTED:

| Date | Description | Serial# | Amount | Bank Ref# |
|------|-------------|---------|--------|-----------|

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

WITHDRAWALS POSTED:

| Date | Description | Amount | Bank Ref# |
|------|-------------|--------|-----------|
| 1/28 | PURCHASE   SEARS OUTLET<br>9043206864        01/28/14<br>CHECK#-8167          OPEL AL<br>TRACE #-043305130625436 | 400.00 | |



**AUBURN**BANK
Member FDIC
WWW.AUBURNBANK.COM

```
                              Date    4/24/14     Page      2
                              Account #                10304772
```

```
DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801
```

GOLDEN KEY 50+                    10304772   (Continued)

DEPOSITS POSTED:
Date      Description          Serial#              Amount      Bank Ref#

WITHDRAWALS POSTED:
Date      Description                            Amount       Bank Ref#
3/25      PURCHASE    SEARS OUTLET              400.00
          9043206864       03/25/14
          CHECK#-8203            OPEL AL
          TRACE #-043305134441301



Member FDIC
WWW.AUBURNBANK.COM

Date   5/23/14      Page     3
Account #              10304772

DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801

GOLDEN KEY 50+                    10304772   (Continued)

WITHDRAWALS POSTED:
Date      Description                         Amount      Bank Ref#

5/19      PURCHASE   SEARS OUTLET              765.22
          9043206864        05/19/14
          CHECK#-8246           OPEL AL
          TRACE #-043305139720536

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CHECKS POSTED:
Date    Check #     Amount Bank Ref#   Date    Check #      Amount Bank Ref#

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DAILY BALANCE INFORMATION:
Date   Ledger Balance       Date   Ledger Balance       Date   Ledger Balance

Check8208 Amount $70.07 Date 3/25/2014



D GIBBS
G R GIBBS
701 WAVERLY PLACE
OPELIKA, AL  36801

8209

Check8209 Amount $1,496.37 Date 3/24/2014

Check8221 Amount $150.00 Date 4/11/2014

Check8222 Amount $180.00 Date 4/15/2014

Check8226 Amount $150.00 Date 4/11/2014

Account:  **** **** **** 4998

| 2014 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2014 | $0.00 |
| Total Interest Charged in 2014 | $0.00 |

| PROMOTIONS | Original Trans Amount | Trans Date | Previous Promotion Balance | Payments and Credits | Billed Interest Charges | New Promotion Balance | Promo Monthly Payment | Deferred Interest Charges | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| DEFERRED INT W/PMTS | $1,295.23 | 12/11/13 | $1,165.22 | $400.00- | - | $765.22 | - | $125.77 | 12/26/14 |

**INTEREST CHARGE CALCULATION**                    Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| REGULAR | 25.24% (D)(V) | $0.00 | $0.00 |
| DEFERRED INT W/PMTS | 25.24% (D)(V) | - | - |
| CASH ADVANCES | | | |
| REGULAR | 27.15% (D)(V) | $0.00 | $0.00 |
| (V) = Variable Rate   (D) = Daily | | | |

You're no ordinary customer...

# Your Sears card is no ordinary card.



Sears Cardmembers are preferred customers. That's why your card has been packed with exclusive savings and benefits that are anything but ordinary.

**More savings**
- Special financing and valuable coupons
- Exclusive Cardmember-only sales events at sears.com/creditoffers
- Shop Sears, Kmart, Lands' End® and mygofer.com

**More convenience**
- Online bill payment options
- Acceptance at Sears, Kmart and Lands' End®, in-store and online

Enjoy the benefits you deserve. Use your Sears card.



843



```
NPOS714                      Item Detail Display              10/07/14 09:33:42
                             SC# 068649029362


Name: GIBBS, DARLA                  H: 334-750-9689   W: 334-750-9689
Sales Date  : 12/10/13   Sale Amount:    1458.98   Total Amount:    1530.98
Time of Sale: 09:55:27   Reductions :     -27.00   Tax Amount   :      99.00
Transfer to Store:                                 Balance Due  :        .00


Type an x by the Division number.  Then press the desired Fkey.


                                                                  Item
Sel     Gft Rec Dt      Div   Item/Sku    Description   Quantity   Amount
---     ----------      ---   --------    -----------   --------  ---------
 _                      026   41072000    KME 29 FL, W   0001       1099.99
 _                      070   62362292    3Y HOMEMPA,    0001        269.99
 _                            189182      Misc Account   0001         89.00
 _                            116000      Misc Account   0001          .00




F3=Exit   F4=Comments   F5=Customer   F6=Itemhst   F7=Bkwd   F8=Fwd   F9=Payhst
F12=Cancel
```

*TOTAL COST*

```
1,530•98 +
1,295•23 +
2,826•21 *

••0•••
```

**Sears**

JEFF ROTHSTEIN
Owner

**SEARS, ROEBUCK AND CO.**
3724 Pepperell Parkway
Opelika, Alabama 36801

*Authorized*
**Retail Dealer Store**
Phone: 334-364-0174
Email: ds6864@shos.com
Sears Service: 1-800-469-4663
Web Site: www.sears.com

*WASHER & DRYER*

# Exhibit 13

# ESTIMATE & ORDER FOR SERVICE

Registration No:



**LAMBERT**
Transfer & Storage, Inc.
Since 1925

| SHIPPER / MAIN PICKUP | ORIGIN AGENT |
|---|---|
| Gibbs, Gene & Darla<br>701 Waverly Place<br>Opelika, AL, 36801<br>(334) 750-9689<br>grgusmc@myops.com | Lambert Transfer & Storage Inc.<br>1102 Fox Trail Suite B<br>Opelika, AL, 36801<br>(334) 745-5706<br>mover@lamberttransfer.net |

| EXTRA PICKUP 1 | EXTRA PICKUP 2 | ADDITIONAL CONTACT |
|---|---|---|
| | | |

| CONSIGNEE / MAIN DELIVERY | DESTINATION AGENT |
|---|---|
| Gibbs, Gene & Darla<br>1102 Fox Trail<br>Opelika, AL, 36801<br>(334) 750-9689<br>grgusmc@myops.com | Lambert Transfer & Storage Inc.<br>1102 Fox Trail Suite B<br>Opelika, AL, 36801<br>(334) 745-5706<br>mover@lamberttransfer.net |

| EXTRA DELIVERY 1 | EXTRA DELIVERY 2 | ADDITIONAL CONTACT |
|---|---|---|
| | | |

## MOVE CONSULTANT

Carlton Hunley IV
(334) 745-5706
(334) 745-7240
carlton@golambertteam.com

## MOVE COORDINATOR

Russ Stokes
(334) 745-5706
rstokes@hunleygroup.net

## PAYMENT METHOD

- ☐ Cash
- ☐ Credit Card
- ☐ Cashier's Check
- ☐ Company Bill

## VALUATION COVERAGE

| Coverage Type | Max. Protection | Total Price |
|---|---|---|
| ☑ Charge Per $100 (Valuation) with $0 deductible | $50,000.00 | $11,437.65 |
| ☐ Charge Per $100 (Valuation) with $250 deductible | $50,000.00 | $11,387.65 |
| ☐ Charge Per $100 (Valuation) with $500 deductible | $50,000.00 | $11,337.65 |
| ☐ Basic Coverage | | $10,987.65 |

## ESTIMATE SUMMARY

| | | | |
|---|---|---|---|
| Transportation | $2,210.00 | Packing | $2,846.45 |
| Valuation | $450.00 | Storage | $5,431.20 |
| Miscellaneous | $500.00 | | |
| | | **Total** | **$11,437.65** |

*Consultant's Signature*                                03/08/2021
Consultant's Signature                                    Date

_____                        _____
Customer's Signature                                        Date

Gene & Darla Gibbs • Opelika, AL to Opelika, AL • - • Generated 03/08/2021 8:21 am
Lambert Transfer & Storage Inc. • 1102 Fox Trail Suite B • Opelika, AL 36801 • 334-745-5706
Sync Date: 3/08/21
Software Version: 2.7.5
Page 1 of 2
Report Version: 2.10.0

# ESTIMATE & ORDER FOR SERVICE

Registration No:



**LAMBERT**
Transfer & Storage, Inc.
Since 1925

| ESTIMATE DETAIL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| **Transportation** | | | | | | | | **$2,210.00** |
|---|---|---|---|---|---|---|---|---|
| Hourly Trans - Regular | 4 men | 1 vans | 12.00 hrs | $180.00 /hr. | | | | $2,160.00 |
| Travel Time | | | 0.00 hrs | $180.00 /hr. | | | | $0.00 |
| Travel Rate | | | 1 Qty | $50.00 /Qty | | | | $50.00 |
| Total | | | | | | | | $2,210.00 |

| **Packing** | | | | | | | | **$2,846.45** |
|---|---|---|---|---|---|---|---|---|
| Regular Unit Pack | | Materials | | | Packing | | Unpacking | |
| 1.5 | 50 | $3.55 | $177.50 | 50 | $4.20 | $210.00 | | $387.50 |
| 3.0 | 35 | $5.35 | $187.25 | 35 | $6.65 | $232.75 | | $420.00 |
| 4.5 | 25 | $6.20 | $155.00 | 25 | $8.40 | $210.00 | | $365.00 |
| 6.0 | 5 | $7.35 | $36.75 | 5 | $9.20 | $46.00 | | $82.75 |
| Dish Pack | 12 | $16.95 | $203.40 | 12 | $17.65 | $211.80 | | $415.20 |
| Matt. Double | 2 | $11.00 | $22.00 | 2 | $4.45 | $8.90 | 2 | $2.40 | $4.80 | $35.70 |
| Matt. Q/K | 4 | $18.00 | $72.00 | 4 | $7.35 | $29.40 | 4 | $3.60 | $14.40 | $115.80 |
| Mirror Crt. | 30 | $13.75 | $412.50 | 30 | $11.20 | $336.00 | | $748.50 |
| Wardrobe | 15 | $13.55 | $203.25 | 15 | $4.85 | $72.75 | | $276.00 |
| Total | | | | | | | | $2,846.45 |

| **Valuation** | $50,000 Extra Care Protection ($0 Deductible) | | | | | | | **$450.00** |
|---|---|---|---|---|---|---|---|---|
| Charge Per $100 (Valuation) | | | | | | | | $450.00 |
| Total | | | | | | | | $450.00 |

| **Storage** | | | | | | | | **$5,431.20** |
|---|---|---|---|---|---|---|---|---|
| Monthly Rate per CWT | | 12,000 lbs. | 12,000 lbs / 6 Months | $3.60 /CWT/Month | | | | $2,592.00 |
| Valuation % of Monthly Storage Rate | | | | $2,592.00 / 10% / 1 Months | | | | $259.20 |
| Cartage Rate per CWT | | 12,000 lbs. | 12,000 lbs | $17.50 /CWT | | | | $2,100.00 |
| Handling Rate per CWT | | 12,000 lbs. | 12,000 lbs | $4.00 /CWT | | | | $480.00 |
| Total | | | | | | | | $5,431.20 |

| **Miscellaneous** | | | | | | | | **$500.00** |
|---|---|---|---|---|---|---|---|---|
| Armor Pack (2) F/S TVs | | 1 Flat | | $250.00 | | | | $250.00 |
| Appliance Service | | 1 Flat | | $250.00 | | | | $250.00 |
| Total | | | | | | | | $500.00 |

| | | | | | | | | **$11,437.65** |
|---|---|---|---|---|---|---|---|---|

_(signature)_

03/08/2021

Consultant's Signature _____ Date _____   Customer's Signature _____ Date _____



Software Version: 2.7.5

Gene & Darla Gibbs • Opelika, AL to Opelika, AL • - • Generated 03/08/2021 8:21 am
Lambert Transfer & Storage Inc. • 1102 Fox Trail Suite B • Opelika, AL 36801 • 334-745-5706
Sync Date: 3/08/21

Page 2 of 2
Report Version: 2.10.0

# Exhibit 14

Houses / Alabama /
Auburn / 3 br, 2 bath
House - 2682 Sophia Court

C Today



# 3 br, 2 b...

2682 Sophia Ct, Aubur...
Auburn

| Monthly Rent | Bedrooms | Bathrooms | Square Feet |
|---|---|---|---|
| $2,200 | 3 bd | 2 ba | |

## Single-Family House for Rent

### 2682 Sophia Ct

$2,200

3 beds, 2 baths

Available Now

**Tour This Floor Plan**

# About 3 br, 2 bath House - 2682 Sophia Court

(334) 887-3425 - 2682 Sophia Court - Beautiful brick home in Tuscany Hills. Kitchen equipped with stainless appliances including stove, refrigerator, D/W, microwave vented range hood, and disposal. Tankless gas on demand water heater and gas fireplace. Master BR has tray ceiling and ensuite bath with jetted tub and huge master closet. Screen covered back

porch leads onto a covered patio. Wide plank oak flooring throughout with tiled wet areas. Large 2 car garage, central AC and gas heat, W/D connections. Yard care is included.
NO PETS.

No Pets Allowed

(RLNE7238910)

Other Amenities: Other (refg., d.w., disp., central heat/ac), Garage. Appliances: Range, Washer & Dryer Hookup, Microwave. Pet policies: No Dogs Allowed, No Cats Allowed.

3 br, 2 bath House - 2682 Sophia Court is a house located in Lee County, the 36830 ZIP Code, and the Auburn City attendance zone.

## Unique Features

- No Dogs Allowed, No Cats Allowed, Amenities - refg., d.w., disp., central heat/ac, Garage

## Amenities

No Dogs Allowed, No Cats Allowed, Amenities - refg., d.w., disp., central ...

# Education

## Colleges & Universities

3 br, 2 bath House - 2682 Sophia Court is within 117 minutes or 6.1 miles from Auburn University. It is also near Tuskegee University and Chattahoochee Valley Community College.

| Colleges | Walk | Distance |
|---|---|---|
| Auburn University | 117 min | 6.1 mi |
| Tuskegee University | 480 min | 24.9 mi |
| Chattahoochee Valley Comm... | 775 min | 40.2 mi |

## Schools
# School data provided by GreatSchools ⓘ

**Public Schools**     **Private Schools**

---

### Pick Elementary School

Public Elementary School

**7**

Grades 3-5
472 Students          Out of 10

♟ Attendance Zone

---

### Cary Woods Elementary ...

Public Elementary School

Grades PK-2
485 Students

♟ Attendance Zone

---

### Drake Middle School

Public Elementary & Middle School

**6**

Grades 6
672 Students          Out of 10

♟ Attendance Zone

---

### Auburn Early Education ...

Public Elementary School

Grades PK-2
482 Students

♟ Nearby

---

## Auburn Junior High School

Public Middle School

Grades 8-9
1,358 Students

**7**

Out of 10

Attendance Zone

## Auburn High School

Public High School

Grades 10-12
1,875 Students

**7**

Out of 10

Attendance Zone

## Car-Dependent
Walk Score®

**1** Out of 100

This area is considered a car-dependent area and most errands will require a car.

## Minimal Transit
Transit Score®

**0** Out of 100

## Somewhat bikable
Bike Score®

**19** Out of 100

You might be able to find places to ride your bike in this area, but you'll most likely want your car for most errands.

## –
Soundscore™

**–** Out of 100

Traffic: –    Airport: –    Businesses: –

Scores provided by Walk Score and HowLoud  ⓘ

---

⌐ Report an Issue  /  🖶 Print  /  Ỿ Get Directions

### Apartments.com™

© 2022 CoStar Group, Inc.

   

⌂ Equal Housing Opportunity