# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** <br><br> *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-cv-1395** | |

### TAISHAN'S EXHIBIT LIST FOR EVIDENTIARY HEARING REGARDING GIBBS AND CARTER DAMAGE CLAIMS

**NOW INTO COURT**, through undersigned counsel, come Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), who respectfully submit the following Exhibit List, identifying exhibits which they may use at the March 15, 2022 evidentiary hearing on the damage claims of Darla and Gene Gibbs and John Carter.

### TAISHAN'S EXHIBIT LIST

Taishan may use one or more of the following exhibits at the March 15, 2022 evidentiary hearing:

1. Exhibit A - Darla and Gene Gibbs' Amended Supplemental Plaintiff Profile Form
2. Exhibit B - John Carter's Amended Supplemental Plaintiff Profile Form
3. Exhibit C - City of Opelika Building Permit Application – Gibbs Home
4. Exhibit D - City of Opelika Building Permit Application – Carter Home
5. Exhibit E - 2005 Warranty Deed for Carter Home Lot
6. Exhibit F - 2007 Appraisal for Gibbs Home
7. Exhibit G - 2021 Appraisal for Gibbs Home
8. Exhibit H - 2021 Appraisal for Carter Home

9. Exhibit I - HUD Settlement Statement for Carter Home

10. Exhibit J - Deposition Transcripts of Darla and Gene Gibbs

11. Exhibit K - Deposition Transcripts of John Carter

12. Any exhibit listed on Plaintiffs' Exhibit Lists.

13. Any exhibit referenced or attached to Plaintiffs' Pre-Hearing Briefs.

14. Any exhibit needed for rebuttal or impeachment.

Taishan reserves the right to supplement and amend this exhibit list as may be needed upon a complete review of Plaintiffs' exhibit and witness lists.

Dated: March 4, 2022

Respectfully submitted,

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Exhibit List via email on this 4th day of March 2022.

                /s Christina Hull Eikhoff
                Christina Hull Eikhoff, Esq.
                *Counsel for Taishan Gypsum Co., Ltd. and*
                *Tai'an Taishan Plasterboard Co., Ltd.*