# EXHIBIT C

# The City Of Opelika — BUILDING PERMIT APPLICATION

IMPORTANT – Complete ALL items. Mark blanks where applicable.   FILE NUMBER: 06-2321

**Part 1. LOCATION OF BUILDING**
Number and Street: 701 WAVERLY PLACE
Other Locations: WAVERLY PARK   Subdivision: ___   Lot: 17   Zone: ___
Is the proposed development in an identified floodway? ☐ Yes ☐ No   If yes, has a no-rise certification been obtained and attached? ☐ Yes ☐ No

**PART II. TYPE AND COST OF BUILDING** – All applicants are required to complete Parts A-D

**A. TYPE OF IMPROVEMENT**
- ☒ New Building
- ☐ Addition (If residential, enter number of new housing units added, if any in part D)
- ☐ Alteration (See Addition above)
- ☐ Repair, replacement
- ☐ Wrecking (If multifamily residential, enter number of units in building in Part D)
- ☐ Moving (relocation)
- ☐ Foundation only

**B. OWNERSHIP**
- ☒ Private (Individual, corporation, nonprofit institutions, etc.)
- ☐ Public (Federal, State or local government)

**D. PROPOSED USE** – For "Wrecking" most recent use
Residential:
- ☒ One family
- ☐ Two or more family – Enter number of units ___
- ☐ Transient hotel, motel or dormitory – Enter number of units ___
- ☐ Garage
- ☐ Carport
- ☐ Other Specify ___

Nonresidential (crossed out):
- Amusement, recreational
- Church, other religious
- Industrial
- Parking garage
- Service station, repair garage
- Hospital institution
- Office, bank, professional
- Public utility
- School, library, other educational
- Stores, mercantile
- Tanks, towers
- Other – Specify: ___

**C. COST** (Omit Cents)
Cost of Improvement: $
To be installed but not included in the above cost.
- a. Electrical
- b. Plumbing
- c. Heating, air conditioning
- d. Other (elevator, etc.)

TOTAL COST OF IMPROVEMENT: $ 119,846

**Job Description** — NEW RESIDENTIAL SINGLE FAMILY

**PART III. SELECTED CHARACTERISTICS OF BUILDING** — For new buildings and additions, complete Parts E-K; for wrecking, complete only Part I; for all others, skip to IV.

**E. PRINCIPAL TYPE OF FRAME**
- ☐ Masonry (wall bearing)
- ☒ Wood frame
- ☐ Structural steel
- ☐ Reinforced concrete
- ☐ Other – Specify ___

**F. SEWER ASSESSMENT FEE**
☒ 1 Number of equivalent average connections
☒ 1,250 Fee Paid
☒ Receipt attached from Public Works Department

**G. TYPE OF SEWAGE DISPOSAL**
- ☒ City Sewer
- ☐ Individual (septic tank, etc.)

**H. TYPE OF WATER SUPPLY**
- ☒ Public
- ☐ Individual (well, cistern)

*CONTRACTOR MUST REMOVE ALL CONSTRUCTION DEBRIS FROM THE CONSTRUCTION SITE BEFORE THE C.O. WILL BE ISSUED*

*CONTRACTOR MUST HAVE A PORTA-TOILET ON SITE BEFORE TEMPORARY CONSTRUCTION POWER IS RELEASED.*

**I. DIMENSIONS**
Number of Stories: 1
Total square feet of floor area, all floors, based on exterior dimensions: (HEATED) 1,197 S.F. / 1,753 S.F.
Total land area, sq. ft.: ___

**J. # OF OFF-STREET PARKING SPACES**
Enclosed: 2
Outdoors: ___

**K. RESIDENTIAL BUILDINGS (ONLY)**
# of Bedrooms: 3
# of Bathrooms   Full: 2   Partial: ___

**PART IV. IDENTIFICATION** – To be completed by all applicants

| | Name | Mailing Address | Zip Code | Area Code - Phone Number |
|---|---|---|---|---|
| Owner | PATRIOT HOMES, LLC | 701 WAVERLY PL, OPELIKA, AL | 36801 | (319-6520) |
| Contractor | PATRIOT HOMES, LLC | 480 N. DEAN RD., #H-6, AUBURN, AL | 36830 | (319-5478) JOHN CARTER |
| Architect | | | | |

The Owner of this building and the undersigned agree to conform to all applicable laws and Code of Ordinances of the City of Opelika, Alabama.

Printed Name of Applicant: ___
Signature of Applicant: [signature]
Approved by: Jeff Kozak / TWD
Reviewed by: Shane Kyles / TWD

Curb Cut Fee: 30.00
Permit Fee: 800.00
Tax: 299.62
Total Fee: 1,129.62

Plan Review Fee: ___
Date Permit Issued: 12/21/06
Permit Number: 06-2321
Cash/Check: # 1213

Application Date: 12/19/06
License Number: 14218
State License: HB-11249

Form 0655_Building Permit Application.doc   2/24/06