# EXHIBIT D

# The City of Opelika, Alabama

## BUILDING PERMIT APPLICATION

IMPORTANT – Complete ALL items. Mark blanks where applicable.   FILE NUMBER: **06-2322**

**Part 1. LOCATION OF BUILDING**
Number and Street: **703 WAVERLY PLACE**
Other Locations: **WAVERLY PARK**   Subdivision: _____   Lot: **18**   Zone: _____
Is the proposed development in an identified floodway? ☐ Yes ☐ No   If yes, has a no-rise certification been obtained and attached? ☐ Yes ☐ No

**PART II. TYPE AND COST OF BUILDING** – All applicants are required to complete Parts A-D

**A. TYPE OF IMPROVEMENT**
- ☒ New Building
- ☐ Addition (If residential, enter number of new housing units added, if any in part D)
- ☐ Alteration (See Addition above)
- ☐ Repair, replacement
- ☐ Wrecking (If multifamily residential, enter number of units in building in Part D)
- ☐ Moving (relocation)
- ☐ Foundation only

**B. OWNERSHIP**
- ☒ Private (Individual, corporation, nonprofit institutions, etc.)
- ☐ Public (Federal, State or local government)

**C. COST** (Omit Cents)
Cost of Improvement: $ _____
To be installed but not included in the above cost.
a. Electrical _____
b. Plumbing _____
c. Heating, air conditioning _____
d. Other (elevator, etc.) _____
TOTAL COST OF IMPROVEMENT: $ **116,339**

**D. PROPOSED USE** – For "Wrecking" most recent use
Residential:
- ☒ One family
- ☐ Two or more family – Enter number of units _____
- ☐ Transient hotel, motel or dormitory – Enter number of units _____
- ☐ Garage
- ☐ Carport
- ☐ Other Specify _____

Nonresidential:
- ☐ Amusement, recreational
- ☐ Church, other religious
- ☐ Industrial
- ☐ Parking garage
- ☐ Service station, repair garage
- ☐ Hospital institution
- ☐ Office, bank, professional
- ☐ Public utility
- ☐ School, library, other educational
- ☐ Stores, mercantile
- ☐ Tanks, towers
- ☐ Other – Specify: _____

**Job Description** – Describe in detail proposed use of buildings; e.g., food processing plant, machine shop, laundry, building at hospital, elementary school, secondary school, college, parochial school, parking garage for department store, rental office building, office building at industrial plant. If use of existing building is being changed, enter proposed use.

**NEW RESIDENTIAL SINGLE FAMILY**

**PART III. SELECTED CHARACTERISTICS OF BUILDING** — For new buildings and additions, complete Parts E-K; for wrecking, complete only Part I; for all others, skip to IV.

**E. PRINCIPAL TYPE OF FRAME**
- ☐ Masonry (wall bearing)
- ☒ Wood frame
- ☐ Structural steel
- ☐ Reinforced concrete
- ☐ Other – Specify _____

**F. SEWER ASSESSMENT FEE**
- ☒ **1** Number of equivalent average connections
- ☒ **1,250** Fee Paid
- ☒ Receipt attached from Public Works Department

**G. TYPE OF SEWAGE DISPOSAL**
- ☒ City Sewer
- ☐ Individual (septic tank, etc.)

**H. TYPE OF WATER SUPPLY**
- ☒ Public
- ☐ Individual (well, cistern)

\* CONTRACTOR MUST REMOVE ALL CONSTRUCTION DEBRIS FROM THE CONSTRUCTION SITE BEFORE THE C.O. WILL BE ISSUED

\* CONTRACTOR MUST HAVE A PORTA-TOILET ON SITE BEFORE TEMPORARY CONSTRUCTION POWER IS RELEASED.

**I. DIMENSIONS**
Number of Stories: **1**
Total square feet of floor area, all floors, based on exterior dimensions: **4,148 S.F.** (HEATED)
Total land area, sq. ft.: **14,457 S.F.**

**J. # OF OFF-STREET PARKING SPACES**
Enclosed: **1/2**
Outdoors: _____

**K. RESIDENTIAL BUILDINGS (ONLY)**
# of Bedrooms: **2**
# of Bathrooms: Full: **2**   Partial: _____

**PART IV. IDENTIFICATION** – To be completed by all applicants

| | Name | Mailing Address –Number, Street, City and State | Zip Code | Area Code - Phone Number |
|---|---|---|---|---|
| Owner | PATRIOT HOMES, LLC | 703 WAVERLY PL OPELIKA, AL | 36801 | 319-6520 |
| Contractor | PATRIOT HOMES, LLC | 480 N. DEAN RD., #H-6 AUBURN, AL | 36830 | 319-5478 |
| Architect | | | | |

The Owner of this building and the undersigned agree to conform to all applicable laws and Code of Ordinances of the City of Opelika, Alabama.

6

 

# SITE PLAN REVIEW
## City of Opelika
### Opelika Planning Department
700 Fox Trail, Opelika, Al 36801
(334) 705-5156, Fax (334) 705-5159

---

**PART I.  SITE INFORMATION**
JOB NAME: New House    OWNER: Patriot Homes, LLC
LOCATION: Lot 18 Waverly Park    ADDRESS: 703 Waverly Place
PHONE: _____
ARCHITECT/CONTRACTOR: Patriot Homes, LLC
ADDRESS: 480 N. Dean Rd. #H-6    PHONE: 319-5478
Auburn, AL 36830
TYPE OF WORK: ___SIGN; ___COMMERCIAL BUILDING; _____OTHER

---

**PART II. SITE REVIEWED FOR:**

_R-3_ ZONING DISTRICT        _No_ Located in HISTORIC DISTRICT?

**SIGN REQUIREMENTS**                **PARKING REQUIREMENTS**

| Type | Proposed | Allowed |
|---|---|---|
| Elevated | ___ | ___ s.f. |
| Wall | ___ | ___ s.f. |
| Ground | ___ | ___ s.f. |
| Other | ___ | ___ s.f. |

___ Parking Required
___ Parking Proposed

___ TOTAL SQUARE FEET OF SIGNAGE

**LIGHTING REQUIREMENTS**

**MAXIMUM BUILDING AREA (%)**        **SETBACKS**

|  | Proposed | Required |
|---|---|---|
| Front: | 28 | 25 |
| Front Side: | 25 | 25 |
| Side: | 20 | 10 |
| Rear: | 25 | 10 |

___ Proposed
___ Required

---

**PART III.  APPROVAL:**
___Approved as Submitted  ___Approved Subject to Conditions  ___Not Approved
Comments/Notes: _____

_____    12-19-06
PLANNING DEPARTMENT              DATE

_____    12-19-06
DEVELOPER REPRESENTATIVE       DATE

7



SITE PLAN FOR:
# PATRIOT HOMES, LLC
## LOT 18
## WAVERLY PARK PARCEL D

703 Waverly Place

| CURVE | ARC | RADIUS | DELTA | Ch BEARING | Ch LENGTH |
|---|---|---|---|---|---|
| C1 | 60.78' | 280.00' | 12°26'12" | N37°29'41"E | 60.66' |

NOTE:
ALL STAKING DIMENSIONS ARE SHOWN TO FACE OF EXTERIOR WALL. FOR FRAMING ADD 4" TO DIMENSIONS.

LEGEND
N = NORTH
E = EAST
W = WEST
S = SOUTH
B.L. = BUILDING LINE
CONC. = CONCRETE

Drawn By: RWP
Scale: 1"=30'
File Name: R06-268 LOT 17.dwg
Date: DECEMBER 18, 2006



PRECISION SURVEYING
595 Dekalb Street
Suite "D"
Auburn, Alabama 36830
Phone (334) 821-0105


SCALE IN FEET


Seal — ALABAMA LICENSED — No. 26956 PROFESSIONAL LAND SURVEYOR — CHRIS B. FULGHUM

8



## Sewer Assessment Fee Calculation

### Customer Information

Name: Patriot Homes

Address: 480 N Dean Rd #H7, Auburn, AL 36830

Phone: (334)319-6473

### Development Information

Address of new Development: Lot 18  703 Waverly Pl

Opelika, AL  36801

Use: Single Family Home

Calculation:

| | | |
|---|---|---|
| # of Equivalent Average Connections | 1 | |
| Fee | X  $1,250.00 | |
| Fraction Computation | | (As Determined by Table for various developments) |
| Less Calculation (Percentage, etc) | | (As Determined by Table for various developments) |
| Plus 25% (if outside Corporate Limits) | | |
| Total | $1,250.00 | |

Payment Received  (Circle one)     Cash     (Check)          (Check No. 1201 )

_____          12/19/06
ESG Representative Signature             Date

_____          12/19/06
Customer Signature                       Date

ESG

9