# EXHIBIT E

STATE OF ALABAMA )            FILED SIMULTANEOUSLY WITH
COUNTY OF LEE )               MORTGAGE OF EVEN DATE

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS: That in consideration of **TEN DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATIONS ($10.00)**, to the undersigned **R & S Properties, LLC, an Alabama limited liability company**, (hereinafter referred to as the "Grantor") in hand paid by **John A. Carter and Jill M. Carter, husband and wife**, (hereinafter referred to as the "Grantees") the receipt of which is hereby acknowledged, the said Grantor does by these presents grant, bargain, sell and convey unto the said Grantee, the following described real estate, situated in **LEE** County, Alabama, to-wit;

"Lot # 18, WAVERLY PARK SUBDIVISION, Parcel D on, according to and as shown by that certain map or plat thereof of record in Plat Book 26, at Page 162, and recorded on June 15, 2005, and ratified by instrument recorded in Deed Book 2277, at Page 230, on June 27, 2005, in the Office of the Judge of Probate of Lee County, Alabama."

"Subject to all rights of way, easements and restrictions which exist as a matter of record or exist de facto."

**TO HAVE AND TO HOLD,** to the said **Grantees**, their heirs and assigns in fee simple forever.

And the said **Grantor,** does for itself, its successors and assigns, covenant with the said Grantees, their heirs and assigns, that it is lawfully seized in fee simple of said premises, that it is free from all encumbrances unless otherwise noted above, that it has a good right to sell and convey the same as aforesaid, and that it will, and its successors and assigns shall, warrant and defend the same to the Grantees, their heirs and assigns forever, against the lawful claims of all persons.

**IN WITNESS WHEREOF,** the said **R & S Properties, LLC,** by Marvin E. Deen and Sallie H. Deen, who are authorized to execute this conveyance, have hereto set their signatures and seals on behalf of the Grantor, this the 22nd day of December, 2006.

                 R & S Properties, LLC,
                 An Alabama limited liability company

                 _____
                 Marvin E. Deen     Member / Manager

                 _____
                 Sallie H. Deen     Member / Manager

STATE OF ALABAMA )
COUNTY OF LEE     )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that **Marvin E. Deen**, whose name is signed to the foregoing conveyance as authorized agent of **R & S Properties, LLC**, and who is known to me, acknowledged before me on this day that, being informed of the contents of said conveyance, he, as Member and Manager, executed the same voluntarily and with full authority as the act of said company, on the day the same bears date.

Given under my hand and official seal, this 22nd day of DECEMBER, 2006.

2307 75
Recorded in the Above
DEEDS Book & Page
01-02-2007 03:55:06 PM