# EXHIBIT I

OMB NO. 2502-0265

| U.S. DEPARTMENT OF HOUSING & DEVELOPMENT<br>SETTLEMENT STATEMENT | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. |
|---|---|
| | 6. FILE NUMBER: R-07-0312 |
| | 7. LOAN NUMBER: 0062544853 |
| | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0  3/98  (R-07-0312.PFD/R-07-0312/9)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| John A. Carter and<br>Jill M. Carter, husband and wife<br>703 Waverly Place<br>Opelika, Alabama 36801 | | Colonial Bank, N.A.<br>2301 Lucien Way, Ste. 395<br>Maitland, Florida 32751 |

| G. PROPERTY LOCATION:<br>703 Waverly Place<br>Opelika, AL 36801 | H. SETTLEMENT AGENT: 20-4718537<br>Ingrum, Rice & Parr, LLC | I. SETTLEMENT DATE:<br>December 12, 2007 |
|---|---|---|
| | PLACE OF SETTLEMENT<br>410 Second Avenue<br>Opelika, AL 36801 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 2,186.98 | 403. | |
| 104. Payoff first mortgage to Colonial Bank, N.A. | 99,747.40 | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes      to | | 406. City/Town Taxes     to | |
| 107. County Taxes      to | | 407. County Taxes     to | |
| 108. Assessments      to | | 408. Assessments     to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 101,934.38 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 98,960.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes      to | | 510. City/Town Taxes     to | |
| 211. County Taxes      to | | 511. County Taxes     to | |
| 212. Assessments      to | | 512. Assessments     to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 98,960.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 101,934.38 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 98,960.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 2,974.38 | 603. CASH ( TO ) ( FROM ) SELLER | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower _/s/ John A. Carter_  _/s/ Jill M. Carter_                Seller

OMB NO. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. TYPE OF LOAN: 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. 6. FILE NUMBER: R-06-0145 7. LOAN NUMBER: DOT0006248819 8. MORTGAGE INS CASE NUMBER: |
|---|---|

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0 3/06 (CARTER.PFDIR-06-0145/12)

| D. NAME AND ADDRESS OF BORROWER: John A. Carter and Jill M. Carter, husband and wife 1590 Crescent Blvd Auburn, AL 36830 | E. NAME AND ADDRESS OF SELLER: R & S Properties, LLC 475 N. Dean Road Auburn, AL 36830 | F. NAME AND ADDRESS OF LENDER: Colonial Bank Mortgage 1962 West Main Street Dothan, Alabama 36303 |
|---|---|---|
| G. PROPERTY LOCATION: 703 Waverly Place Opelika, AL 36801 | H. SETTLEMENT AGENT: 20-4718537 Ingrum, Rice & Parr, LLC PLACE OF SETTLEMENT 410 Second Avenue Opelika, AL 36801 | I. SETTLEMENT DATE: December 22, 2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 23,000.00 | 401. Contract Sales Price | 23,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 3,582.10 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes    to | | 406. City/Town Taxes    to | |
| 107. County Taxes    to | | 407. County Taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 26,582.10 | 420. GROSS AMOUNT DUE TO SELLER | 23,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 98,960.00 | 502. Settlement Charges to Seller (Line 1400) | 83.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. LIP Balance $ 72,488.40 | | 504. Payoff of first Mortgage to Compass Bank | 20,000.00 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. Construction Draw | 26,526.85 | 507. Payment of 2006 property taxes to Lee Co Rev Comm | 243.00 |
| 208. Cost to Construct $93,427.00 | | 508. Cost to Construct $93,427.00 | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes    to | | 510. City/Town Taxes    to | |
| 211. County Taxes  10/01/06 to 12/22/06 | 55.25 | 511. County Taxes  10/01/06 to 12/22/06 | 55.25 |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 26,582.10 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 20,381.25 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 26,582.10 | 601. Gross Amount Due To Seller (Line 420) | 23,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | (26,582.10) | 602. Less Reductions Due Seller (Line 520) | (20,381.25) |
| 303. CASH ( FROM ) ( TO ) BORROWER | 0.00 | 603. CASH ( X TO) ( FROM ) SELLER | 2,618.75 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower  John A. Carter  Jill M. Carter

Seller  R & S Properties, LLC  Marvin E. Deen, Managing Member  Sallie H. Deen, Managing Member