# EXHIBIT J

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**

```
1               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF LOUISIANA
2

3    IN RE: CHINESE              § MDL NO. 2047
     MANUFACTURED DRYWALL        § SECTION: L
4    PRODUCTS LIABILITY          §
     LITIGATION                  § JUDGE FALLON
5                                § MAG. JUDGE WILKINSON
     ~~~~~~~~~~~~~~~~~~~~~~~~
6
                        DEPOSITION OF
7                        DARLA GIBBS
                     CONDUCTED REMOTELY
8

9                     10:44 a.m. EST
          Wednesday, the 9th day of December 2020
10

11

12

13       Blanche J. Dugas, CRR, RPR, CCR No. B-2290

14

15

16

17

18

19

20

21

22

23

24

25
```

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**                                    Pages 2..5

---

**Page 2**

```
1            APPEARANCES OF COUNSEL VIA VIDEOCONFERENCE
2   On Behalf of the Plaintiffs:
        JAMES V. DOYLE, JR., Esquire
3       Doyle Law Firm, PC
        Suite 1800
4       3340 Peachtree Road, NE
        Atlanta, Georgia  30326
5       (678) 799-7676
        (844) 638-5812 (facsimile)
6       jimmy@doylefirm.com
7   On Behalf of the Defendants Taishan Gypsum Co. and
    Tai'an Taishan Plasterboard Co.:
8       MATTHEW D. LAWSON, Esquire
        CHRISTINA H. EIKHOFF, Esquire
9       Alston & Bird, LLP
        One Atlantic Center
10      1201 West Peachtree Street, NW
        Atlanta, Georgia  30309-3424
11      (404) 881-7000
        (404) 881-7777 (facsimile)
12      matt.lawson@alston.com
        christy.eikhoff@alston.com
13
    On Behalf of the BNBM and CNBM Entities:
14      ANDREW K. DAVIDSON, Esquire
        Orrick, Herrington & Sutcliffe, LLP
15      The Orrick Building
        405 Howard Street
16      San Francisco, California  94105-2669
        (415) 773-5472
17      adavidson@orrick.com
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
1                 INDEX OF EXAMINATION
2   EXAMINATION                               PAGE
3   EXAMINATION                                 4
    BY MR. LAWSON
4
5                      - - -
6             INDEX TO EXHIBITS
7   EXHIBIT    DESCRIPTION                     PAGE
8    1     Warranty deed with right of          22
           survivorship
9
     2     Building permit application          32
10
     3     Document titled                      45
11         "Replacements for
           electric/electronic items"
12
     4     Plaintiff profile form,              51
13         Bates-stamped Gibbs,
           Gene-0001  through 0003
14
     5     Photograph                           57
15
     6     Photograph                           59
16
     7     Supplemental plaintiff               78
17         profile form
18
19        (Original Exhibits 1 through 7 have
          been attached to the original transcript.)
20
21
22
23
24
25
```

---

**Page 4**

```
1              Deposition of Darla Gibbs
                   December 9, 2020
2
3       MR. LAWSON:  My name is Matt Lawson.
4   I am appearing on behalf of Taishan Gypsum
5   Co., Limited, and Tai'an Taishan
6   Plasterboard Co., Limited. Also appearing
7   on behalf of Taishan and TTP is Ms. Christy
8   Eikhoff, who is on the call as well.
9       MR. DOYLE:  Jimmy Doyle on behalf of
10  the plaintiffs.
11      MR. DAVIDSON:  And Andrew Davidson on
12  behalf of the CNBM and BNBM entities.
13      (Counsel for all parties stipulate
14  that the Court Reporter is authorized to
15  swear the witness remotely.)
16              DARLA GIBBS,
17  having been first duly sworn, was examined and
18  testified as follows:
19  EXAMINATION
20  BY MR. LAWSON:
21      Q.   Mrs. Gibbs, thank you again for bearing with
22  us this morning as we got everything set up and for
23  being here on this Zoom deposition.  We appreciate
24  your time.
25          Could you please state your name, your full
```

---

**Page 5**

```
1   name for the record.
2       A.   Darla D. Gibbs.
3       Q.   Now, as we're going through this, let me
4   know if you're having any trouble hearing me or if you
5   need me to repeat a question at any time.
6           Have you ever been deposed before like this?
7       A.   We have been to court one time before many
8   years ago.
9       Q.   Okay.  And were you asked questions by an
10  attorney during that court appearance?
11      A.   Yes, sir, we were.
12      Q.   Okay.  Was that like a trial or some kind of
13  hearing?
14      A.   It was a custody hearing for our
15  grandchildren.
16      Q.   Understood.
17          So here, this is -- this deposition is going
18  to be your deposition, and that means that I'm going
19  to be asking you questions.  I completely understand
20  if Mr. Gibbs has information that he wants to share or
21  that he knows during this, but at first, I'm just
22  going to be asking you questions, and then he'll have
23  an opportunity to be able to say his piece or to be
24  able to change or add to anything that you say.
25      A.   Yes, sir.
```

---

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020
Pages 6..9

Page 6

1    Q.   Great.  Now, do you understand that you
2  are -- that you've been sworn in to tell the truth
3  here today during this deposition?
4    A.   Yes, I do.
5    Q.   And it's kind of like as if you were sitting
6  in a courtroom with the judge, that you're under oath
7  to tell the truth.  Do you understand that?
8    A.   Yes, sir.
9    Q.   Is there anything that would prevent you
10  from testifying truthfully here today?
11    A.   No, sir.
12    Q.   And you understand that the court reporter
13  is recording my questions and your answers throughout
14  this deposition; correct?
15    A.   Yes, sir.
16    Q.   Now, because the court reporter is going to
17  be taking down a written record of everything that we
18  say, it is important that any answers that you give
19  are audible and in words.  That means that when you
20  answer a question, instead of nodding, you want to say
21  yes or no, and you want to try to avoid saying things
22  like uh-huh (affirmative) or anything that is maybe
23  unclear when written as to what you meant.
24        So as best you can, you want to be able to
25  say yes or no to answer questions and make sure that

Page 7

1  all of your answers are audible as opposed to bodily.
2  Does that make sense?
3    A.   Yes, sir.
4    Q.   Great.  Thank you.
5        And again, if anything is unclear at any
6  point, just ask me to rephrase the question.  I'm sure
7  I will have some bad questions along the way.  Feel
8  free to tell me, I don't understand that.  Ask again.
9        Now, you may hear objections from your
10  attorney, Mr. Doyle, throughout the proceedings, or
11  someone else may interject.  I only ask that when you
12  hear that, you can allow them to be able to say their
13  objection or to be able to speak, and then I'll direct
14  you to answer the question unless otherwise you were
15  directed not to; all right?
16    A.   Yes, sir.
17    Q.   And if you need a break at any point, please
18  let me know.  You know, obviously we're all -- we're
19  all in the comforts of either our offices or homes
20  right now, so we may need breaks at different points.
21  Just please let me know if at any point you need to
22  stop; all right?
23    A.   Yes, sir.
24    Q.   I'd only ask that if we're in the middle of
25  a question that you answer it and then we can take a

Page 8

1  break from there.
2    A.   Yes, sir.
3    Q.   Are you taking any medication that would
4  impair your ability to be able to understand my
5  questions or to answer truthfully today?
6    A.   No, sir.
7    Q.   And did you meet with your lawyer prior to
8  this deposition to prepare for it?
9    A.   Yes, sir.
10    Q.   And when did that happen?
11    A.   We did that on a telephone call yesterday.
12    Q.   For about how long did you speak?
13    A.   I would say it was probably about an hour.
14  I would have to look at my phone to see how long it
15  took.
16    Q.   Okay.  And who was present on that phone
17  call?
18    A.   Mr. Doyle and myself, and I had it on
19  speaker for my husband so that he could hear it;
20  however, he is very hard of hearing, so I'm not sure
21  how much of it he understood.
22    Q.   Okay.  And did you speak with anyone other
23  than your lawyer to be able to prepare for this
24  deposition today?
25    A.   No, sir.

Page 9

1    Q.   Did you do anything else to prepare for your
2  deposition today beyond speaking to Mr. Doyle?
3    A.   I went back through some of our records last
4  night, trying to find all of the things that were
5  pertinent to this house over the last 13 years.
6    Q.   And what kind of documents did you look at
7  when you did that?
8    A.   Well, I guess I'm kind of one of those
9  people that likes to keep records of everything that
10  we do.  And month by month, I keep a record of what we
11  have charged on our charge cards and purchased along
12  the way.  And so I have been going back through and I
13  have all of them, 13 years' worth of these documents,
14  and just scanning down through and trying to find the
15  things that were things that we purchased or had to
16  replace in this house.
17    Q.   And have you produced those documents and
18  records to your attorney, Mr. Doyle?
19    A.   No, sir, because they are -- I did send him
20  kind of a synopsis of those things through the years.
21  I had to send him a new one this morning to correct
22  something I found that I had incorrect on it.  But I
23  don't know that it is a full documentation of
24  everything yet.
25    Q.   Do you know when you first created that

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                          Pages 10..13

Page 10

1  summary that you're talking about of the different
2  items that you've purchased?
3      A.  I'm sorry, I didn't hear the first part.
4      Q.  Yeah.  Do you know when you first created
5  that summary of items that you're talking about?  Do
6  you know when that was?
7      A.  Well, we started several years ago on some
8  of the items, and all -- but then I had -- I would say
9  that up until probably -- oh, my goodness, you know,
10  I'm not really sure when I started with that.  I was
11  doing some of it last night.
12      Q.  Do you know when you first sent that summary
13  or synopsis, as you called it, to Mr. Doyle?
14      A.  Yes.  I sent him one last night; however,
15  this morning, I went over it again and I saw some
16  mistakes and I went back and corrected them and sent
17  him a new copy this morning.
18          MR. LAWSON:  Jimmy, to the extent that
19      you have that document, that updated one,
20      and haven't sent it to us, at least I have
21      not seen it, if you could send it over --
22          MR. DOYLE:  Yeah.
23          MR. LAWSON:  -- so we could review it,
24      I'd like to do that as soon as we can.
25          MR. DOYLE:  Sure.

Page 11

1          MR. LAWSON:  Okay.  And if there are
2      paper records or electronic records that
3      can be printed related to -- that connect
4      to the items listed in that synopsis, we'd
5      like those produced as well if those are
6      being included in any request for damages
7      in this action.
8          MR. DOYLE:  Yes.
9      Q.  (By Mr. Lawson)  We'll go back to that in a
10  little bit.  Once we're able to look at it, we might
11  ask some questions about that synopsis, Mrs. Gibbs.
12  I'd like to ask if there was anything else you
13  reviewed other than records of items that you've
14  purchased and that synopsis that you talked about?
15  Were there any other records that you looked at to
16  prepare for this deposition?
17      A.  No, sir.
18      Q.  Okay.  Now, when you were speaking with
19  Mr. Doyle, did you review any documents while you were
20  on the call with him?
21      A.  Yes, sir.  We reviewed the documents that he
22  had sent to us.
23      Q.  And do you have those documents with you
24  today?
25      A.  Yes, sir.

Page 12

1      Q.  Great.
2          Have you ever been involved in a lawsuit
3  before this one outside of the custody situation with
4  your grandchildren that you were talking about
5  earlier?
6      A.  No, sir.
7      Q.  All right.  Have you ever participated in a
8  class action before?
9      A.  No, sir.
10      Q.  Now, have you -- at this time, are you
11  employed or do you work anywhere?
12      A.  No, sir.  I'm retired.
13      Q.  When you say you're retired, what was your
14  job before you retired?
15      A.  When I was very young, I was in the United
16  States Marine Corps.  That is how my husband and I
17  met.  We were both in the Marines, Cherry Point, North
18  Carolina.
19      Q.  And when were you in the Marines?
20      A.  Oh, long before you were born.  1959 and
21  1960.
22      Q.  And did you work after that time, after you
23  were out of the Marines?
24      A.  Yes, sir.  I had various jobs along the way
25  as a secretary, and we had -- when we moved down to

Page 13

1  this area, we had our own business of electronics
2  repair and communications and repair business.
3      Q.  From about when to when did you have that
4  electronics repair business?
5      A.  19 -- I have -- I'm guessing because it's
6  been too long, but I would say about from '84 to '99,
7  about that length of time that we had our own business
8  here.
9      Q.  And where was that business located?  Was it
10  near where you live now?
11      A.  It was here in Opelika, Alabama.
12      Q.  After 1999, were you employed anywhere?
13      A.  I worked small time part-time jobs along the
14  way.
15      Q.  And when did you retire officially?
16      A.  Oh, my.  Let me see.  Seventeen years ago.
17  When I was 62.
18      Q.  So in this case, the property at issue, the
19  address that I have for you-all is 701 Waverly Place,
20  Opelika, Alabama; is that right?
21      A.  Yes, sir.
22      Q.  And is that where you're sitting today?
23      A.  Yes, sir.
24      Q.  How long have you lived there?
25      A.  We have lived here since 2007.

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020
Pages 14..17

Page 14

1    Q.   Have you lived anywhere else during that
2    time, since 2007?
3    A.   No, sir.  We can't afford to live anywhere
4    else.
5    Q.   And prior to moving to that address in 2007,
6    where did you live?
7    A.   We lived at -- I have to remember what the
8    number is -- 1907 High Point Drive, Opelika, Alabama.
9    Q.   About how far away is that from where you
10   live now?
11   A.   About three miles.
12   Q.   What was the reason that you decided to move
13   from that home to your current home?
14   A.   My husband didn't like cutting a one-acre
15   yard and he said the house was too big, so we
16   downsized and we moved in where there was an HOA to
17   take care of the yard.
18   Q.   How long had you lived in that previous home
19   before moving?
20   A.   I think we were there for somewhere between
21   10 and 12 years.
22   Q.   And in your current home, at 701 Waverly
23   Place, do you own that home?
24   A.   Yes, sir.
25   Q.   Has anyone lived in that home other than you

Page 15

1    since 2007?
2    A.   No, sir.
3    Q.   Now, what made you decide to buy the home at
4    701 Waverly Place that you live in today?
5    A.   We were looking at downsizing to a smaller
6    place since there was just the two of us, and we had
7    watched this particular area as it was being built and
8    it was very attractive to us because of the size and
9    the location.
10   Q.   Was it a large neighborhood where you live?
11   A.   Not really.  There's only 40 houses in our
12   HOA.
13   Q.   And when you moved into the home, did you
14   know if anyone had lived in it prior to you?
15   A.   No, sir.  It was being built before we moved
16   in.  We saw it as it was being built.  It was mostly
17   finished but not all the way.
18   Q.   So when you purchased the home, it was in
19   the process of being built; is that right?
20   A.   Yes, sir, in the process of being built.
21   Q.   Were you involved at all in picking out the
22   design of the house or how -- how it was built?
23   A.   No, sir.
24   Q.   You built -- you purchased the home -- how
25   much before the home was completed did you purchase

Page 16

1    the home?  How long before it was completed?
2    A.   The -- the interior -- the wallboard was up.
3    The windows were in.  The doors were in.  There was no
4    flooring.  They had not put in the kitchen cabinets or
5    anything yet when we purchased it.
6    Q.   And you saw the inside of the house at that
7    time when you purchased it; is that right?
8    A.   Yes, sir.
9    Q.   And when you said that the wallboard was up,
10   you were able to see the wallboard up in the house at
11   the time that you came in?
12   A.   It was all -- yes.  It was all -- the
13   wallboard was all in the house at that point.
14   Q.   Now, obviously one of the major issues here
15   relates to the drywall, the wallboard inside of your
16   house.  Did you ever see that the drywall or wallboard
17   inside of the house had markings on it that said "Made
18   in China"?
19   A.   No, sir, because that -- what we saw was
20   just a plain wallboard.  There was nothing showing on
21   it.
22   Q.   Do you remember who you bought the house
23   from?
24   A.   Yes, sir.  We bought it from Patriot Homes.
25   Q.   And did you have any relationship with

Page 17

1    Patriot Homes or know who Patriot Homes was before you
2    purchased the home from them?
3    A.   No, sir.
4    Q.   I am going to pull up a document here.  This
5    is the -- I'll represent to you that this is the
6    warranty deed for your purchase of the home that was
7    produced in this action.  Let me pull that up on the
8    screen for you.
9         All right.  Can you see that?
10   A.   Yes, sir.
11   Q.   Now, do you recognize this document or have
12   you seen it before, to your knowledge?
13   A.   Yes, sir.
14   Q.   And to your knowledge, what is this
15   document?
16   A.   It's one of the many papers you get when you
17   buy a house.
18   Q.   I recently bought a house, and, yes, there
19   are many, many pages that you get when you do that.
20        So at the top of this document, do you see
21   where it says, "Warranty deed with right of
22   survivorship"?
23   A.   Yes, sir.
24   Q.   And above that, there's a timestamp.  Do you
25   see that?

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020
Pages 18..21

Page 18

1   A.   Yes, sir.
2   Q.   And it appears that the timestamp says
3   June 1, 2007.
4   A.   Yes, sir.
5   Q.   Do you see that?
6        Does that sound about right for the time
7   that you purchased your home?
8   A.   Yes, sir.
9   Q.   Looking down at the first paragraph that I'm
10  showing you here, it appears to say that the home --
11  the grantor for this warranty deed is Patriot Homes,
12  LLC, an Alabama limited liability company.  Did I read
13  that correctly?
14  A.   Yes, sir.
15  Q.   And is that the company that you bought the
16  home from?
17  A.   Yes, sir.
18  Q.   Now, it says below that that the grantees
19  for this warranty deed are Gene R. Gibbs and Darla D.
20  Gibbs.  That is you and your husband; correct?
21  A.   Yes, sir.
22  Q.   Now, I want to go down a little bit on this
23  document, and if we look here on the second page,
24  there's a signature from a notary public.  Do you see
25  that?

Page 19

1   A.   Yes, sir.
2   Q.   And here, it states that they -- on the
3   second line, it says they "Hereby certify that John A.
4   Carter, whose name as a member of Patriot Homes, LLC,
5   an Alabama limited liability company, is signed to the
6   foregoing conveyance."  Do you see that?
7   A.   Yes, sir.
8   Q.   Do you know who John A. Carter is?
9   A.   We didn't -- we met him on the date that
10  this was signed, I do believe, but -- when we signed
11  the papers, but, yes, we know who he is now.
12  Q.   Who is he?
13  A.   Well, he was one of the originators -- the
14  builders with -- with Patriot Homes.  He was not
15  physically involved in building the home as such, but
16  he did do some of the work on the home also with the
17  flooring also.
18  Q.   So it's your understanding that Mr. Carter,
19  at least at this time, was either an employee or owner
20  of Patriot Homes; is that right?
21  A.   He -- I assume.  I'm not sure, but I know
22  that he was a member or part of the Patriot Homes.
23  Q.   Okay.  And you said that he was involved in
24  working on the flooring in the house; is that right?
25  A.   Yes, sir.

Page 20

1   Q.   How did you know that?
2   A.   Because it was at his place.  He had a
3   flooring company also that is where we went to pick
4   out the flooring for in the house.
5   Q.   Okay.  And did you meet him when you picked
6   out the flooring for the house?
7   A.   I did not.  My husband did.
8   Q.   And did you talk to Mr. Carter before the
9   day that you purchased the home?
10  A.   I did not.
11  Q.   Did you pick out the flooring before you
12  purchased the home or was that after?
13  A.   I did not.  My husband picked it out.  I was
14  in Idaho visiting my family at the time, and he came
15  back to -- to Alabama and he picked out the flooring
16  and the paint colors and the granite, all of those
17  things, through Mr. Carter and his company.
18  Q.   I'm sorry, my question was -- wasn't clear
19  there.  Did that happen before or after you purchased
20  the home?
21  A.   That happened before.
22  Q.   Did Mr. Carter ever make any representations
23  to you or guarantees about the quality of the products
24  that were going to be used in building -- that were
25  used in building your home?

Page 21

1   A.   No, sir.
2   Q.   Did he ever tell you that the home was built
3   with Chinese drywall?
4   A.   No, sir.
5   Q.   Did Mr. Carter ever tell you that -- that
6   the home was built with Chinese drywall after you
7   purchased it at any time?
8   A.   Yes, sir.
9   Q.   When did that happen?
10  A.   I have to go back and look, but I think it
11  had to have been sometime in the middle of 2011 was
12  when we -- we were informed that our home had Chinese
13  wallboard in it is what -- and he stated also there
14  were two other homes that he was involved in building
15  that had it also.
16  Q.   What do you remember about that conversation
17  that you had with Mr. Carter about there being Chinese
18  drywall in your home?
19  A.   The conversation was that his -- his mother
20  lived in the house next door to us, and she was having
21  some health problems and he had moved her out of his
22  home -- out of this home into her -- his home while
23  his mother recovered from some surgery.
24       He stated he was talking to a friend of his
25  who was an attorney that also knew his mother.  And

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**                                    Pages 22..25

Page 22

1  when he was in -- the friend was informed of his
2  mother's -- Mr. Carter's mother's health issues, he
3  asked Mr. Carter if he had had the home that he had
4  built for her inspected for Chinese wallboard.  Mr.
5  Carter did not know anything about that, but was
6  informed that he needed to have it checked because of
7  the health issues of his mother.
8        He let us know that he had had it checked
9  and that it did indeed have Chinese wallboard in it,
10  and he went back to his records and stated that he
11  confirmed we had it in our house also and that he
12  highly recommended we have it inspected.
13        MR. LAWSON:  Court reporter, before I
14     take down this exhibit, I just wanted to
15     mark it as Exhibit 1 on your side.  If that
16     can be marked as Exhibit 1, this warranty
17     deed that we're discussing.  I believe it's
18     also premarked as Exhibit 1 in the
19     documents that we sent to you.
20        (Exhibit 1 was marked for
21     identification.)
22     Q.   (By Mr. Lawson)  I wanted to ask you, Mrs.
23  Gibbs, a little bit more about that conversation with
24  Mr. Carter.  After you had that conversation, did you
25  have your home checked to see if it had Chinese

Page 23

1  drywall in it?
2     A.   Yes, sir.
3     Q.   And who did you go to to have it checked?
4     A.   We called the attorney that Mr. Carter was
5  using, which is Jimmy Doyle, and asked what we needed
6  to do.
7     Q.   And when you had that conversation with
8  Mr. Carter, who was present at that time?
9     A.   My husband and I.
10     Q.   Between the time that Mr. Carter was
11  involved in building your house and when you had that
12  conversation in 2011, I believe you said, had you
13  talked to Mr. Carter at all in between, in those
14  intervening four years?
15     A.   We would see him occasionally when he
16  visited his mother next door, but no major
17  conversations.  It was never concerning anything about
18  our home as such.
19     Q.   Before we get to that time period in 2011, I
20  wanted to ask you about the time that you purchased
21  your home.  We talked about that you purchased it
22  around June of 2007; is that right?
23     A.   Yes.
24     Q.   And did you move in soon after that?
25     A.   Yes, sir.

Page 24

1     Q.   What was your experience like moving into
2  your new home?
3     A.   Well, we were excited and all -- one of the
4  things that we noticed, we noticed that there was a
5  funny smell, but we thought that was just a new home
6  smell, but other than that, everything seemed to be
7  very -- very good.
8     Q.   Did you notice that -- did you visit the
9  home before you purchased it?
10     A.   Yes, sir.
11     Q.   And did you notice that smell before you
12  purchased the home?
13     A.   Whenever we came over, I didn't notice it
14  because the house was open while they were working on
15  it.  It was warm outside and so they had the windows
16  open, doors open and what have you.
17     Q.   So when the windows and doors are open in
18  the home, can you not smell the smell that you're
19  talking about?
20     A.   It's -- it's much less you smell it.
21     Q.   From the point that you bought the home in
22  2007 throughout the last 13 years, has the smell
23  changed in any way?
24     A.   It's still there, but we open and shut our
25  doors and windows frequently.  So I don't know that

Page 25

1  it's any worse than it was, but I'm not sure that it's
2  any less either.
3     Q.   What does it smell like you to?
4     A.   Similar to rotten eggs.
5     Q.   And is the smell different -- I'm sorry, go
6  ahead.
7     A.   A mild rotten eggs smell.
8     Q.   And is the smell different in any parts of
9  the house than others?
10     A.   No, sir, I don't think so.
11     Q.   Have others told you that they can smell the
12  smell inside of your house as well?
13     A.   Oh, yes, sir.  When we first moved in, our
14  children and our grandchildren came over and they --
15  they said, What is that funny smell?
16     Q.   Did you have any theories or ideas of what
17  could be causing that smell other than it being a new
18  house smell that you mentioned earlier?
19     A.   No, sir.
20        MR. DOYLE:  Objection to form.  You
21     can answer.  You can answer.
22        THE WITNESS:  Thank you.
23        No, sir.  We had no idea what was
24     causing it.
25     Q.   (By Mr. Lawson)  When did you first hear

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020
Pages 26..29

Page 26

1  about Chinese drywall?
2      A.   In 2011 when Mr. Carter informed us.
3      Q.   Now, did Mr. Carter tell you when you had
4  that conversation with him in 2011 that he had -- that
5  he knew that the home had been built with drywall made
6  in China at the time that the house was built?
7      A.   No, sir.  He informed us that his mother's
8  house had Chinese wallboard in it and that we should
9  have ours inspected, and that's when we contacted
10  Mr. Doyle.
11      Q.   I think you said that he went back to his
12  records when he was told about his -- that he needed
13  to check for his home -- his mother's home having
14  Chinese drywall.  Do you know if he told you anything
15  about that -- his own personal records about what
16  drywall was purchased to build those homes?
17      A.   He told -- that, I may need to clarify.  He
18  had let us know that there might be the chance and we
19  needed to have it checked.  And it was after that
20  conversation and after Mr. Doyle came, I do believe,
21  that Mr. Carter informed us that he went back to his
22  records and stated that our house had it, his mother's
23  house next door had it, and the house next to that one
24  had some in it, and he could verify that with his
25  records.

Page 27

1      Q.   Do you know what the address is for the
2  third home that you just mentioned, the -- you said
3  there's your home, there's the home that Mr. Carter's
4  mother lived in and then the third one.  Can you tell
5  me the address for that one?
6      A.   Yes, sir.  It was 705 Waverly Place, and Mr.
7  Carter's mother's number was 703 Waverly Place.
8      Q.   So given the funny smell that you talked
9  about, are there -- were there any other things that
10  were unusual or -- in the home after you moved into
11  it?
12      A.   Yes, sir.  Within the first year that we
13  were in the home, our air conditioning quit.  And we
14  had the people come out and check it, and we had a bad
15  A-coil, but it was under warranty so they replaced it.
16  I believe -- and I would -- I'm not sure on my dates,
17  but I know that within another year or so, the A-coil
18  went out again.  So we had it replaced and -- under
19  warranty.  And I do believe there was a third one that
20  it finally went, and that may have been in 2011.
21      And we assumed, which we probably shouldn't
22  have, but we assumed that it was we had a bad heating
23  and air conditioning unit altogether.  And so at that
24  time, we purchased a new heating and air conditioning
25  system for the whole house.  It was after we had put

Page 28

1  in that new system that Mr. Carter informed us about
2  the possibility of the Chinese wallboard.
3      Q.   After installing that new system in the
4  house, did you have any further issues with your air
5  conditioning or -- in the home?
6      A.   Yes, sir.  Let me look at my paperwork here
7  because I can tell you.  We had that replaced in 2011
8  and then we ended up having a problem with the A-coil
9  again.  And so we had the company come out and it --
10  they looked at it and confirmed that the copper was
11  black again just like the other one had been that they
12  had replaced.
13      And so -- let's see.  That was done in --
14  the new system had been put in -- I gotta look at
15  this.  Then we had to have a new coil put in it in
16  2014 and they put in an aluminum one.
17      Q.   What document are you looking at right now?
18      A.   This was when we ended up having -- this is
19  just one of the things that I had checked off
20  everything that we had replaced on the house.  A
21  summary.
22      Q.   So this is -- you were talking about a
23  synopsis or a summary that you created for all of the
24  items that you replaced, that's what you're looking at
25  right now?

Page 29

1      A.   Yes, sir.
2      Q.   And do you also have the records showing
3  those purchases for the new air conditioning system
4  and the repairs for it?
5      A.   I do believe I do have that.  I believe I
6  sent those -- yes.
7      Q.   We would just ask that you hold on to all of
8  that and make sure to get it over to your attorney
9  just so that we can take a look at it as well; all
10  right?
11      A.   Yes, sir.  Yes, sir.
12          MR. DOYLE:  Matt, real quick.  Just so
13      you know, in your e-mail inbox, I sent it
14      to Christy and Mr. Davidson also, you
15      should have a copy of the spreadsheet
16      synopsis that's been referenced a couple of
17      times.  I forwarded that to you.
18          MR. LAWSON:  Okay.  Thank you.
19          THE WITNESS:  May I make a correction
20      on that particular one because I have
21      mis -- I have put down that heating and air
22      conditioning in 2013.  It -- the paperwork
23      that I have, it was put in in 2011, not in
24      2013.
25      Q.   (By Mr. Lawson)  Okay.  Thank you.

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                    Pages 30..33

Page 30

1         So you talked about your initial
2  conversation with Mr. Carter -- excuse me -- your
3  conversation with Mr. Carter in 2011.  Do you remember
4  about when that conversation happened where he told
5  you that there may be Chinese drywall in your home?
6      A.   Well, let's see.  We put that heating
7  unit -- new air conditioning unit in in July, I
8  believe, and it was sometime in September or October
9  of that year that he informed us of the possibility
10 Chinese wallboard.
11     Q.   Did Mr. Carter or Patriot Homes ever offer
12 to assist you in repairing your home or replacing the
13 drywall in it?
14     A.   No, sir.
15     Q.   Did you ever ask them to be able to do that?
16     A.   No, sir, I did not -- we did not.
17     Q.   Have you ever asked for a quote or looked
18 into the cost of repairing or replacing the drywall in
19 your home?
20     A.   I do believe we did something like that
21 right after we got that information concerning the --
22 I remember seeing something on it.  I would have to go
23 back to my records again.
24         MR. DOYLE:  Mrs. Gibbs, let me just
25     clarify something.  Answer the -- you don't

Page 31

1  have to pull out all of your records and
2  refer to any papers that are not in the
3  record that he hasn't presented you with.
4  So at this point, set your papers aside.
5  Let him ask you questions -- his questions,
6  you answer it to the best of your knowledge
7  and recollection, and we'll proceed that
8  way.
9         THE WITNESS:  Okay.  Thank you.
10        MR. DOYLE:  If they want to make a
11 specific request for any additional
12 records, they can do so.  But we're going
13 to provide them with your damages documents
14 in the coming days, in addition to the
15 summary that we've already provided them.
16 But the deposition needs to be on
17 the -- his questions and the documents he
18 presents to you as exhibits; okay?
19        THE WITNESS:  Okay.  Thank you.
20        MR. LAWSON:  And I would just like to
21 put on the record that we have made a
22 specific request for those documents that
23 we were not aware of until this deposition
24 started.  We do now have this summary, but
25 it appears that Mrs. Gibbs has additional

Page 32

1  records and we would ask for all of those
2  to be able to be produced, including the
3  ones that she's looking at right now.
4         And we would obviously request to hold
5  this deposition open until our opportunity
6  to be able to review all of those documents
7  and potentially ask additional questions
8  related to them if they're going to be
9  included in the damages requested by Mr.
10 and Mrs. Gibbs.
11        MR. DOYLE:  Sure.  We're going to have
12 to get it done by the 31st of this month.
13 So we won't delay.  We'll put it in your
14 hand as quickly as I can.
15        MR. LAWSON:  Okay.
16     Q.   (By Mr. Lawson) Ms. Gibbs, I want to show
17 you another document here.  I'm going to pull it up.
18 Just one moment.
19        Mrs. Gibbs, what I'm showing you has been
20 premarked as Exhibit 2.  I'll represent to you that
21 this is a building permit application for the City of
22 Opelika that appears to have your address, 701 Waverly
23 Place.  Do you see that?
24        (Exhibit 2 was marked for
25     identification.)

Page 33

1         THE WITNESS:  Yes, sir.
2      Q.   (By Mr. Lawson) And do you recognize this
3  document or do you believe you've seen it before?
4      A.   Yes, sir.
5      Q.   To the best of your knowledge, what is this
6  document?
7      A.   Another one of those pieces of paper we got
8  when we bought the house.
9      Q.   Taking a look at this document, is that your
10 address at the top where it's written next to location
11 of building?
12     A.   Yes, sir.
13     Q.   And as we look down below on this document,
14 I'll show you, there is a Part IV here, IV, that
15 states identification, to be completed by all
16 applicants.  Do you see that?
17     A.   Yes, sir.
18     Q.   And it states that the -- under owner,
19 Patriot Homes, LLC.  Do you see that?
20     A.   Yes, sir.
21     Q.   And the address next to that is 701 Waverly
22 Place, Opelika, Alabama.  Did I read that correctly?
23     A.   Yes, sir.
24     Q.   And that is your address; correct?
25     A.   Yes, sir.

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                          Pages 34..37

Page 34

1    Q.  All right.  Going down, there's some
2  signatures that you see in the bottom left-hand
3  corner; correct?
4    A.  Yes, sir.
5    Q.  And if you look on a couple of columns to
6  the right, it says, "Date permit issued."  Do you see
7  that?
8    A.  Yes, sir.
9    Q.  And that date is December 21st, 2006; is
10 that correct?
11   A.  Yes, sir.
12   Q.  So to the best of your knowledge, does this
13 appear to be a permit application for the building of
14 your home at 701 Waverly Place by Patriot Homes?
15   A.  Yes, sir.
16   Q.  Looking to the Part IV, the identification
17 section that we just talked about, in the rightmost
18 column, you see a couple of phone numbers there; is
19 that right?
20   A.  Yes, sir.
21   Q.  Then there's a name below it, and that name
22 appears to be John Carter; is that correct?
23   A.  Yes, sir.
24   Q.  And again, it's your understanding that John
25 Carter was part of Patriot Homes, LLC, who built your

Page 35

1  home?
2    A.  Yes, sir.
3    Q.  I'd like to take a look a little bit above
4  that.  You can see in the middle of the page here,
5  there is a -- excuse me -- let's first look above Part
6  III.  It says, "Total cost of improvement."  Do you
7  see that?
8    A.  Yes, sir.
9    Q.  And then there's a dollar figure there as
10 $119,846.  Did I read that correctly?
11   A.  Yes, sir.
12   Q.  Have you ever heard that before, that the
13 total cost of building your home was around $119,846?
14   A.  No.  Like I said, this was a part of the
15 records.  We never really looked at that particular
16 figure.
17   Q.  Okay.  And have you ever been told what the
18 cost or estimate of the cost would be of repairing
19 your home from the Chinese drywall issue that you've
20 described?
21   A.  Just a rough, but nothing specific.
22   Q.  What was that rough figure, if you remember
23 it?
24   A.  Somewhere around $90,000.
25   Q.  And when did you receive that rough

Page 36

1  estimate?
2    A.  That was -- you know, I don't remember.
3  That was right after.  It had to be right after we
4  knew about this Chinese wallboard, somewhere at that
5  point.
6    Q.  Do you remember who gave you that estimate?
7    A.  It was an acquaintance of ours who was in
8  the business of building -- doing buildings mostly --
9  he wasn't a full-time builder.
10   Q.  And has anyone else given you an estimate
11 other than that person, that acquaintance that you
12 just described of what it would cost to repair your
13 home?
14   A.  No, sir.
15   Q.  Is there any reason why you haven't gotten
16 an estimate of what it would cost to be able to repair
17 it other than the one that we just talked about?
18   A.  We didn't know when we would even be able to
19 afford to repair it, so we didn't see any reason to
20 get an estimate.
21   Q.  We talked a little bit about the homes at
22 703 Waverly Place and 705 Waverly Place potentially
23 having issues with Chinese drywall; correct?
24   A.  Yes, sir.
25   Q.  To your knowledge, have either of those

Page 37

1  homes been repaired or have the Chinese drywall
2  removed from them?
3    A.  703 has set -- sat empty since Mr. Carter's
4  mother moved out of that house back in 2011.  705 was
5  just redone just in the last six months or so.
6    Q.  And do you know if 705 Waverly Place has
7  changed ownership since -- since 2011 when you learned
8  from Mr. Carter that it may have some Chinese drywall
9  in it?
10   A.  Yes, sir.  It has.
11   Q.  Okay.  When did it change ownership?
12   A.  Within -- I would say it's been within the
13 last three months, three or four months.
14   Q.  And the owner prior to three months ago, do
15 you know who that was?
16   A.  I only knew the name, and he was up in
17 Birmingham.  I think the name -- last name was Harris.
18   Q.  Did you ever meet the person who lived in
19 that house?
20   A.  I've never -- we never met Mr. Harris.  The
21 house has been rented for several years, so we've only
22 known who was renting it prior to the young lady that
23 just purchased it.
24   Q.  Is it your understanding that the home was
25 being rented from 2007 when you moved into your home

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**                                    Pages 38..41

Page 38

1   until recently when it was sold in the last three
2   months?
3       A.   I'm not sure whether it was rented in 2007.
4   I only became acquainted with the fact that someone
5   was renting it when I became treasurer of our HOA and
6   was keeping track of the payments.  And the person
7   that was renting it did move out of the house because
8   she was having some health problems, and then the
9   house sat empty -- has sat empty for one to two years
10  before it was renovated.
11      Q.   And do you have any idea of how much it cost
12  to be able to renovate the home at 705 Waverly Place?
13      A.   No, sir.  I have no idea.
14      Q.   Do you know who did the renovation of the
15  home?
16      A.   No, sir.  There was never any name on the
17  vehicles there.
18      Q.   Do you know if the renovation occurred after
19  the new owner purchased it or before?
20      A.   Before.
21      Q.   And do you know how much the house at 705
22  Waverly Place sold for when it sold in the last three
23  months?
24      A.   I'm not aware of that figure.
25      Q.   I just took it down, but I had one more

Page 39

1   question about the document that we were just looking
2   at, the building permit application.  So I'm going to
3   put it back up onto your screen.  On the right-hand
4   side of this document, you can see that there is a --
5   a section called I, dimensions.  Do you see that?
6       A.   Yes, but the pictures of -- the others are
7   right over the --
8       Q.   I know.  It's possible for you to be able to
9   move that.  I don't know if I can move it for you.
10  But I'm trying -- I want to be able to try to show you
11  what's behind where the pictures are.  If you go to
12  that window that's showing all of our faces, you might
13  be able to drag it over to the other side to be able
14  to move it away.
15      A.   I just diminished it.
16      Q.   Great.  Okay.  So when you see that section
17  that says -- Section I, dimensions; correct?
18      A.   Yes.
19      Q.   It says that it's one story in your home;
20  correct?
21      A.   Yes, sir.
22      Q.   And then it asks the total square feet of
23  floor area, all floors based on exterior dimensions.
24  Do you see that?
25      A.   Yes, sir.

Page 40

1       Q.   And then next to that, it says 1,197 square
2   feet -- or SF, excuse me -- it says SF.  Do you see
3   that?
4       A.   Yes, sir.
5       Q.   Okay.  All right.  And also in parentheses,
6   it says, "Heated."  Do you see that?
7       A.   Yes, sir.
8       Q.   Now, does that sound about right for the
9   square footage of the home that you live in?
10      A.   It's a little bit lower than what we had
11  been told from when we were purchasing the house.
12      Q.   And who told you the square footage of the
13  home when you purchased it?
14      A.   Oh, the real estate agent.
15      Q.   And do you know where the real estate agent
16  got that figure from?
17      A.   I have no idea.
18      Q.   Do you remember what's the figure that the
19  real estate agent told you the home was?
20      A.   Oh, yes.  1,250 square feet.
21      Q.   Okay.  And is it your understanding that
22  this building -- the building permit application
23  was -- from looking at it, that it was filled out by
24  Patriot Homes, LLC or someone who worked for them?
25      A.   I would have -- I don't have any idea who

Page 41

1   did that.
2       Q.   Okay.  When we looked at it below, the -- it
3   was -- the identification of who was applying for this
4   permit was Patriot Homes, LLC; correct?
5       A.   Yes, sir.
6       Q.   And from what you can see on this document,
7   it appears that when they were asked the total square
8   feet of the floor area, all floors, based on exterior
9   dimensions, they said 1,197 square feet; is that what
10  it appears to say?
11      A.   Yes, sir.
12      Q.   Do you have any reason to doubt that that is
13  accurate?
14      A.   Well, I've never measured our house to find
15  out whether it was accurate or not.
16      Q.   Have you ever had someone come to measure
17  the square footage --
18      A.   No, sir.
19      Q.   -- if you haven't done it?
20      A.   No, sir.
21           MR. LAWSON:  All right.  We have been
22      going for, I think, about an hour now.  So
23      I think it's probably -- and you've been
24      waiting for even longer, sitting in front
25      of that computer for all of us to get

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                    Pages 42..45

Page 42

1    started.  So it's probably an appropriate
2    time to be able to take a break.  So I
3    don't know if -- what sounds good to you,
4    five minutes, ten minutes?  What would be
5    good?
6         THE WITNESS:  Five will do fine.
7         MR. LAWSON:  All right.  Five minutes.
8    Let's reconvene in about five minutes and
9    we can continue from there.
10        THE WITNESS:  Thank you.
11        (A recess was taken.)
12    Q.   (By Mr. Lawson)  Welcome back, Mrs. Gibbs.
13    I wanted to -- in just a moment here, I wanted to take
14    a look at that synopsis that you put together and sent
15    over to Mr. Doyle.  I'm going to pull up a PDF copy of
16    it.  I know you have it as well.  But I just wanted to
17    kind of talk a little bit about that since we're just
18    kind of getting eyes on it for the first time here.
19    If you can give me one moment, I'm just going to pull
20    up a copy of it.
21         All right.  Can you see the synopsis there?
22    A.   Oh, yes.
23    Q.   And is this the same one that you're looking
24    at as well, does it appear to be?
25    A.   Yes, sir.  This is the one I've got some

Page 43

1    corrections to make on, but that's beside the point.
2    Q.   All right.  I wanted to -- just because we
3    haven't seen all of the documents that are underlying
4    these totals that are on here, I just kind of wanted
5    to ask you about this document generally; all right?
6    A.   Yes, sir.
7    Q.   Do you believe that you have receipts or
8    backup documentation for all of the expenses that are
9    listed on this document?
10    A.   No, sir.  I would have to go back and
11    request the ones from my form.  I do have some of
12    them, but I do not have all of them.
13    Q.   Okay.  And how were you able to come up with
14    these numbers if you don't have the receipts or
15    invoices for them?
16    A.   Okay.  I have spreadsheets that I put
17    together for each month's billings, especially our
18    credit cards, and I kept those so that I could check
19    them against our credit card bill when it came in to
20    make sure they were accurate.
21    Q.   And --
22    A.   And I --
23    Q.   Excuse me.  Go ahead.
24    A.   Go ahead.
25    Q.   I wanted you to finish.  Did you finish your

Page 44

1    answer?
2    A.   Yes, sir.
3    Q.   Great.  Looking at this document that I have
4    up on the screen, is this the original version that
5    you sent to Mr. Doyle or the corrected version that
6    you sent?
7    A.   Let me look and see.
8    Q.   The total on this --
9    A.   That's -- that's the corrected one.  I had
10    the wrong figures in one area.  That's all that
11    happened.
12    Q.   Understood.  So these figures come from a
13    spreadsheet that you have put together over some time;
14    is that right?
15    A.   Yes, sir.
16    Q.   And when you created that original
17    spreadsheet, you had the documentation to be able to
18    put these figures into the spreadsheet; is that right?
19    A.   Yes, sir.
20    Q.   But over time, you no longer have some of
21    that documentation; is that right?
22    A.   No, sir.  I just have the spreadsheet.
23    Q.   You did have the receipts at one point when
24    you input the data into the spreadsheet, but now some
25    of it you do not have; is that right?

Page 45

1    A.   Yes, sir.
2    Q.   And what corrections do you still need to
3    make to this summary that we have?
4    A.   If you look at 2013, I put down there -- you
5    see where it says the new heat and air conditioning on
6    the 13th of July?
7    Q.   Yes.
8    A.   That should be in 2011, not in 2013.  I was
9    doing this late last night --
10    Q.   I understand.
11    A.   -- and I didn't realize that I had put it in
12    2013 instead of 2011.
13         MR. LAWSON:  Madam Court Reporter,
14         before I forget, we've marked this exhibit
15         as Exhibit 3.  That's obviously going out
16         of the order that we had before, but since
17         this is the third exhibit, we'll mark it as
18         that, and I'll send you a PDF copy of it as
19         well for your records.
20         (Exhibit 3 was marked for
21         identification.)
22    Q.   (By Mr. Lawson)  So at the top of this
23    document, it states it's a replacement for
24    electric/electronic items?
25    A.   Yes, sir.

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020
Pages 46..49

1  Q.  So is that accurate, that this is only a
2  summary for any electric or electronic items that
3  you've replaced in the home?
4  A.  Yes, sir.
5  Q.  Are there any other items that you've
6  replaced in the home that are not included on this
7  list?
8  A.  I don't recall.  I -- this was very quickly
9  done last night, so I would have to go back and more
10  carefully go through my records.
11  Q.  Okay.  I would ask that if there are
12  additional items that you are claiming were damaged
13  related to your claims in this action, that you
14  produce those to your attorney.
15  MR. LAWSON:  And I'm just going to
16  reiterate on the record that we are
17  requesting all of the documentation,
18  receipts, invoices and supporting documents
19  related to this list and any other damages
20  that are being requested in this action.
21  And we will be asking to hold open this
22  deposition until we have the opportunity to
23  be able to review those documents, and we
24  can reconvene this deposition at a later
25  date.

1  And, Mr. Doyle, I know you referred
2  earlier to the idea of us being tapped at
3  December 31st.  We are receiving this
4  documentation for the very first time now.
5  It should have been produced a long time
6  ago based on the age of the documentation
7  involved.  So we will reserve the right to
8  hold open the deposition beyond that
9  December 31st date since that contemplated
10  the idea that we had already received all
11  of your damages discovery that you were
12  required to produce in this action.
13  MR. DOYLE:  I'll go ahead and put on
14  the record that we're going to oppose
15  leaving this open beyond the 31st.  We're
16  going to produce any additional supporting
17  documentation referenced in this exhibit
18  quickly to you, and we don't see any reason
19  to go beyond December 31st for you to ask
20  follow-up questions regarding supporting
21  documents that are already reflected in
22  this exhibit.
23  And if there are any other damages
24  that need to be clarified in the remainder
25  of your deposition, we're going to produce

1  everything that we need to to clarify what
2  damages we're going to seek when we have
3  our default damages hearing before the
4  magistrate in New Orleans.
5  So you'll get those as quickly as we
6  can if there needs to be any clarification.
7  But we anticipate having that to you in
8  days and having plenty of time to get this
9  done by December 31st.
10  MR. LAWSON:  I would also add onto the
11  record that to the extent that there was
12  just a reference to additional areas of
13  damages that have not been clarified or
14  articulated for these claimants, that needs
15  to be done immediately.  It should already
16  have been done, and if there is additional
17  documentation or additional claims for
18  damages that we are not aware of at this
19  point, that is a further reason that we
20  will need to hold this deposition open
21  beyond the 31st so we can understand what
22  claims are -- excuse me -- what damages are
23  being requested in this action.
24  MR. DOYLE:  Sure.  I'm sorry for
25  interrupting.  You still got an opportunity

1  to continue this deposition.  What I was
2  referencing a second ago was there still
3  remains time for you to ask all the
4  questions that you need to ask today.  And
5  if there is any other documentation that
6  appears relevant that's necessary to
7  clarify any position that the Gibbs may
8  have in the questions in this continuing
9  deposition, we will produce anything in
10  addition to what we've already produced or
11  to help support any testimony that comes in
12  this deposition later today.
13  So carry on, and we'll -- we'll
14  address anything that we need to.
15  Q.  (By Mr. Lawson)  Mrs. Gibbs, sorry for that
16  interruption of lawyers talking.  Let's get back to my
17  questions for you.
18  Looking at this document, is it your
19  representation that all of these items that are listed
20  in the middle column -- or excuse me -- that are
21  listed in this document are items that needed to be
22  replaced because they did not work anymore; is that
23  right?
24  A.  These are items that failed after we moved
25  into this house that we were told or we have been

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**

Pages 50..53

Page 50

1  trying to put together because of the fact that these
2  all had the copper in them that could be damaged by
3  the Chinese wallboard.
4      Q.   And who told you that they have copper in
5  them that could be damaged by the Chinese wallboard?
6      A.   Well, I can tell you that our attorney came
7  down here.  He pulled the plug off from our electrical
8  outlet down here and showed us that the copper wire in
9  it that was black and that that is what is from the
10 sulfuric acid gas that is in the wallboard.
11     Q.   Have you ever had the wallboard in your home
12 tested?
13     A.   No, sir.
14     Q.   Have samples of the wallboard ever been
15 taken off the walls in your home?
16     A.   No, sir.
17     Q.   Has anyone ever asked you to do that before?
18     A.   No, sir.
19     Q.   Have you ever had someone give you the
20 professional opinion that there is sulfur gas that is
21 emitting from drywall in your home?
22     A.   I don't know what you're meaning, but --
23     Q.   You said a little bit earlier that there
24 was -- that -- you referred to sulfur gas.  Do you
25 remember that?

Page 51

1      A.   Yes, sir.
2      Q.   Where did you hear about the idea of sulfur
3  gas emitting in your home?
4      A.   Well, that came from the fact that we have
5  the people next door, Mr. Carter's home, the smell in
6  it, and he had his confirmed, then we had ours
7  confirmed that we have Chinese wallboard in it.
8      Q.   I want to pull up another document here.
9           I'm showing you what will be marked as
10 Exhibit 4.  Do you recognize this document?
11     A.   Yes, sir.
12          (Exhibit 4 was marked for
13     identification.)
14     Q.   (By Mr. Lawson)  To your knowledge, what is
15 it?
16     A.   It's the same paper that I have in front of
17 me that was that -- that was sent by our attorney to
18 us from the United States District Court, Eastern
19 District of Louisiana.
20     Q.   I'll represent to you that this is a
21 plaintiff profile form from the multidistrict
22 litigation in the Eastern District of Louisiana
23 related to the Chinese drywall before Judge Fallon.
24 And if you look down to the Section I of this
25 document, do you see your name and address listed

Page 52

1  there?
2      A.   Yes, sir.
3      Q.   And if we go to the third page of this
4  document, do those appear to be your signature and
5  Mr. Gibbs' signature?
6      A.   Yes, sir.
7      Q.   It looks like you-all signed this document
8  in November of 2011, on November 17th; is that right?
9      A.   Yes, sir.
10     Q.   Now, do you remember filling this document
11 out yourself?
12     A.   Yes, sir.
13     Q.   And when you filled out this document, your
14 signature was verification that all of the information
15 in it was true, to the best of your knowledge; is that
16 right?
17     A.   Yes, sir.
18     Q.   Looking at this document, I'd like to
19 specifically turn to the Section 3, claimant
20 information that you see here.  Do you see that?
21     A.   Yes, sir.
22     Q.   And specifically it lists a move-in date for
23 the home -- the home being occupied of June 16th,
24 2007.  Do you see that?
25     A.   Yes, sir.

Page 53

1      Q.   Does that sound about right for when you
2  moved into your home?
3      A.   It was within those -- a few days of that,
4  yes.
5      Q.   If you go over to the second to last column
6  here, there is a question that asked, "Are you
7  claiming personal injuries?"
8           Do you see that?
9      A.   Yes, sir.
10     Q.   Now, at the time that you filled out this
11 form, you said yes, you and Mr. Gibbs both circled yes
12 for that.  Do you see that?
13     A.   Yes, sir.
14     Q.   Now, is it your understanding that today,
15 you are no longer pursuing personal injury claims in
16 this action?
17     A.   I'm sorry?
18     Q.   Are you still pursuing personal injury
19 claims in this action, to your knowledge?
20     A.   I would have to ask my attorney if I -- if
21 that question is right -- is answered the way I
22 would have to answer it.  I'm not sure how you want me
23 to -- what you're wanting.
24     Q.   Now, I will represent to you it is our
25 understanding that you are not pursuing them any

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**
Pages 54..57

Page 54

1  longer.  We just wanted to be able to clarify that, if
2  that is true.  I guess that can be a question for
3  Mr. Doyle if you're not sure.
4        MR. LAWSON:  Mr. Doyle, is it -- I
5     think she's asking for clarification from
6     you.
7        MR. DOYLE:  There are no personal
8     injury claims being pursued any longer in
9     the litigation.
10   Q.  (By Mr. Lawson)  I'd like to turn now to the
11 second page of this document, specifically it's called
12 Section IV, inspection information.  Do you see that,
13 Mrs. Gibbs?
14   A.  Yes, sir.
15   Q.  Looking at the -- that section, it asks in
16 the first question, "Have you or has anyone on your
17 behalf conducted an inspection into whether
18 Chinese-manufactured drywall is present in your home?"
19       Did I read that correctly?
20   A.  Yes, sir.
21   Q.  Then if you looked to the right of that
22 question, you've circled yes; correct?
23   A.  Yes, sir.
24   Q.  And then when you were asked who conducted
25 the inspection, below that, you stated Doyle Law Firm,

Page 55

1  PC.  Do you see that?
2    A.  Yes, sir.
3    Q.  So someone from the Doyle Law Firm inspected
4  your property to confirm -- to conduct an inspection
5  into whether there was Chinese drywall present in your
6  house; is that right?
7    A.  Yes, sir.
8    Q.  And who was that that conducted that
9  inspection from the Doyle Law Firm?
10   A.  Mr. Doyle.
11   Q.  Did Mr. Doyle have anyone else with him when
12 he conducted that information?
13   A.  I am not certain.  I don't remember on that
14 particular situation.
15   Q.  And when we say Mr. Doyle, are you referring
16 to Jimmy Doyle who is on this call -- excuse me -- on
17 this deposition with us right now?
18   A.  Yes, sir.
19   Q.  Now, do you know if anyone else other than
20 Mr. Doyle has ever inspected your home for Chinese
21 drywall?
22   A.  Well, I don't remember how -- who else went
23 up in our attic that day.
24   Q.  And when Mr. Doyle came to your home, he
25 went into the attic; is that right?

Page 56

1    A.  Yes, sir.
2    Q.  And do you know what Mr. Doyle did in the
3  attic when he was there?
4    A.  My husband and he went up in the attic.
5  They pulled back the insulation, and very distinctly,
6  on the back of the wallboard is the name of the
7  company that made the Chinese wallboard.
8    Q.  And have you seen the -- that wallboard
9  before?
10   A.  There was no reason for us to see it.
11   Q.  And, I'm sorry, I'll clarify my question.
12       Since that day of that inspection, have you
13 seen that drywall board?
14   A.  That is up in the attic myself?
15   Q.  Yes.
16   A.  Yes, sir.  I have.
17   Q.  You went up to the attic and saw it?
18   A.  Yes, sir.
19   Q.  Do you recall what it says on it?
20   A.  Just Taishan right on it.
21   Q.  Now, do you have an idea of -- other than in
22 the attic where the drywall board that says -- did you
23 say that it says Taishan on it, excuse me?
24   A.  Yes.
25   Q.  Okay.  So you saw the words "Taishan" on it?

Page 57

1    A.  Yes, sir.
2    Q.  All right.  And that drywall is in your
3  attic; is that correct?
4    A.  Yes, sir.
5    Q.  Have you seen drywall board that you believe
6  was made in China anywhere else in your home?
7    A.  I haven't taken any of the wallboard off to
8  look at the back of it.
9    Q.  Has anyone done that?
10   A.  No, sir.
11   Q.  I'm now going to show you some photographs.
12 Let me pull those up for you.
13       All right.  I'm going to show you here
14 photographs that were produced by your attorney in
15 this action that we are going to mark, I believe, as
16 Exhibit 5.
17       MR. DOYLE:  Collectively or you're
18     going to do them individually?
19       MR. LAWSON:  I'm going to do them
20     individually.  This one first, and then
21     I'll move on to the next one.  This one
22     will be marked as Exhibit 5.
23       (Exhibit 5 was marked for
24     identification.)
25   Q.  (By Mr. Lawson)  Do you recognize this, the

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                   Pages 58..61

Page 58

1   image of this photograph?
2      A.   Yes, sir.
3      Q.   And what does -- does this look like the
4   drywall that is in your attic?
5      A.   Yes, sir.
6      Q.   Now, what does that drywall board say on the
7   photograph that you see?
8      A.   "Made in China."
9      Q.   All right.  And that is your address that's
10  on that Post-it note that's shown in the photograph;
11  is that correct?
12     A.   Yes, sir.
13     Q.   Do you know who took these photos?
14     A.   Mr. Doyle.
15     Q.   Okay.  And do you believe that happened
16  around November 2017 when this inspection that's
17  listed on the plaintiff profile form occurred?
18     A.   Whatever day he was here, yes, sir.
19     Q.   Has he come any other time to the home to
20  inspect your attic?
21     A.   No, sir.
22     Q.   All right.  I'm going to show you a second
23  photograph.  All right.  Here, I'm showing you a
24  document that we're going to mark as Exhibit 6.  Do
25  you see a photograph -- a new photograph in front of

Page 59

1   you on your screen?
2      A.   Yes, sir.
3           (Exhibit 6 was marked for
4       identification.)
5      Q.   (By Mr. Lawson)  Okay.  Do you recognize
6   this marking that you see?
7      A.   Yes, sir.
8      Q.   What can you see, as far as what this
9   marking says on it?
10     A.   This says "Or exceeds ASTM, CI," whatever.
11     Q.   And do you see at the beginning of the
12  marking where there's the letters ET?
13     A.   Yes, sir, I do with the post.
14     Q.   A moment ago, you said that the drywall said
15  Taishan on it; is that correct?
16     A.   Yes, sir.
17     Q.   And that was based on your recollection of
18  seeing it in person; is that right?
19     A.   Yes, sir.
20     Q.   Now, have you seen the name Taishan anywhere
21  on any of the photographs that we've looked at in
22  Exhibits 5 and 6?
23     A.   No, sir.
24     Q.   Okay.  Do you believe that there is a
25  different marking inside of your home that says

Page 60

1   Taishan on it that has not been shown in these two
2   photographs?
3      A.   Yes, sir.
4      Q.   Okay.  Do you have any photographs of the
5   drywall in your home beyond the two that I have just
6   shown you?
7      A.   No, sir.
8      Q.   All right.  Have you had -- do you believe
9   that the drywall that says Taishan on it is still
10  within your home at this time?
11     A.   No wallboard has been removed from our home
12  since 2007.
13     Q.   Do you agree that in the photos that I've
14  shown you in Exhibits 5 and 6, the name Taishan does
15  not appear; is that right?
16     A.   Correct.
17     Q.   I want to go back to what we marked as
18  Exhibit 4 that was the plaintiff profile form.  Now,
19  under that same section, IV, inspection information,
20  there's a second question below the one that we looked
21  at before about who conducted the inspection, and it
22  asks, "Has a determination been made that
23  Chinese-manufactured drywall was present at your
24  home?"
25          Do you see that?

Page 61

1      A.   Yes, sir.
2      Q.   And you answered yes; correct?
3      A.   Yes, sir.
4      Q.   And it, again, asked who made that
5   determination, and you said the Doyle Law Firm again;
6   correct?
7      A.   Yes, sir.
8      Q.   So is it your understanding that Mr. Doyle
9   made the determination that there was
10  Chinese-manufactured drywall in your home during that
11  inspection that occurred in November of 2011?
12     A.   Yes, sir.
13     Q.   And I apologize if I've asked this already,
14  but no one else other than Mr. Doyle, to your
15  knowledge, has inspected your home at any point?
16     A.   No one other than my husband and myself.
17     Q.   And Mr. Doyle; correct?
18     A.   And Mr. Doyle.  Yes, sir.
19     Q.   And no one else has made a determination
20  that Chinese drywall is in your home other than
21  Mr. Doyle; is that correct?
22     A.   No, sir.
23     Q.   Now, going down to Section V, drywall
24  information, it asked you the drywall manufacturer.
25  There, you state Taishan Gypsum Company.  Do you see

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020
Pages 62..65

Page 62

1  that?

2      A.   Yes, sir.

3      Q.   How did you decide that that was the name of

4  the drywall manufacturer for the drywall in your home?

5      A.   If you pull back enough of the insulation

6  off from the wallboard, you will find the name on it.

7      Q.   And you have seen that personally; correct?

8      A.   Yes, sir.

9      Q.   And when you look at the next column, it

10 asks the markings on the drywall.  You see that?

11     A.   Yes, sir.

12     Q.   And here it says, "Made in China, meets or

13 exceeds ASTM"; is that correct?

14     A.   Yes, sir.

15     Q.   And that is the only mark that you listed on

16 this form; correct?

17     A.   Yes, sir.

18     Q.   You did not list a marking that says

19 "Taishan Gypsum" on it; correct?

20     A.   Didn't know that I needed to add any more to

21 it.

22     Q.   Well, it asked you the markings on the

23 drywall and you said, "Made in China.  Meet or exceeds

24 ASTM"; right?

25     A.   Yes, sir.

Page 63

1      Q.   And you stated in the next column that the

2  location in the home of the drywall is ceiling and

3  walls; correct?

4      A.   Yes, sir.

5      Q.   How were you able to determine that the

6  drywall is in the walls of your home?

7      A.   Taking the electrical plug off from our wall

8  and finding the blackened ground wire is a part of why

9  it was into the walls also.

10     Q.   You haven't seen the markings on the drywall

11 in the walls; correct?

12     A.   No.

13          MR. DOYLE:  Matt, let's take a quick

14     break.  Three minutes.

15          MR. LAWSON:  Okay.

16          (A recess was taken.)

17     Q.   (By Mr. Lawson)  Okay.  Welcome back, Mrs.

18 Gibbs.  A moment ago, you had a discussion with your

19 attorney.  I just wanted to ask if you wanted to

20 clarify anything about the statements you made about

21 the drywall that you have seen inside your home?

22     A.   Yes, sir.  I -- I misspoke when I said I saw

23 the name Taishan on it.  I did not see that name on

24 it.  It was probably -- I had it in my mind when you

25 said that, and that's not what I saw.  I'm sorry.

Page 64

1      Q.   Is the drywall that you recall seeing in

2  your home, does it have the markings that look similar

3  to the ones I showed you in the two photographs in

4  Exhibit 5 and 6?

5      A.   Yes, it has those definitely.  It's been

6  many years since I was up there to look at that

7  specific thing, but I did see it at that time.

8      Q.   I want to take you back to the plaintiff

9  profile form that we have been looking at previously.

10 I'm going to pull that up again and share it onto your

11 screen.  Now, earlier, we had a little bit of a

12 discussion about the square footage of your home.  I

13 just wanted to ask you, in Section VI here for home

14 information, it states that the approximate square

15 footage of your house is 1,600 square feet.  Do you

16 see that?

17     A.   Yes, sir.

18     Q.   Do you know why that number is so much

19 different than the ones that we talked about today?

20     A.   That was including the two-car garage.

21     Q.   Also, I wanted to ask you about a section

22 that is Section X that's in the bottom right-hand

23 corner of this document.  It says, "Drywall supplier."

24 Do you see that?

25     A.   Yes, sir.

Page 65

1      Q.   And it states that the drywall supplier's

2  name is RL Stockett & Associates, LLC.  Do you see

3  that?

4      A.   Yes, sir.

5      Q.   And they're listed as having an address of

6  500 Easy Street, Carefree, Arizona 85377.  Did I read

7  that correctly?

8      A.   Yes, sir.

9      Q.   Do you know who that company is?

10     A.   Yes, sir.

11     Q.   Where did you get that information that the

12 drywall supplier for the drywall in your home is RL

13 Stockett & Associates?

14     A.   I have no idea where it came from.

15     Q.   Have you ever heard that name before?

16     A.   No, sir.

17     Q.   Has anyone ever told you that your drywall

18 was supplied from Arizona?

19     A.   No, sir.

20     Q.   Going up to Section VIII, it asks you the

21 homebuilder/general contractor/developer information.

22 Do you see that?

23     A.   Yes.

24     Q.   And here, for the name of the homebuilder,

25 you put Patriot Contracting, LLC; is that right?

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                    Pages 66..69

Page 66

1  A.   Yes, sir.
2  Q.   Is that the same as Patriot Homes that we
3  discussed earlier?
4  A.   Yes, sir.
5  Q.   Was anyone other than Patriot Homes or
6  Patriot Contracting involved in building your house,
7  to your knowledge?
8  A.   Not that I know of.
9  Q.   Do you know if Patriot Homes is the one who
10 installed the drywall in your home?
11 A.   I do not know.
12 Q.   Now, under the plumbing system and
13 electrical system questions that you see on the
14 left-hand column of this document under Section -- I
15 believe it's Section VI, home information.  Do you see
16 that?
17 A.   Yes, sir.
18 Q.   It asks you for a variety of different items
19 where there's been blackening or corrosion in your
20 home for those items.  Do you see that?
21 A.   Yes, sir.
22 Q.   And you have said for the plumbing system
23 section that there was blackening or corrosion to PVC,
24 CPVC or plastic piping, you said yes; copper piping,
25 you said yes; copper fixture, you said yes; and other

Page 67

1  fixers, you said yes.  Do you see that?
2  A.   Yes, sir.
3  Q.   Do you know if you have all those different
4  types of plumbing fixtures in your home?
5  A.   No, sir.
6  Q.   Okay.  Do you know if there's any corrosion
7  to the plumbing systems in your home today?
8  A.   We have had an -- had it in one area, yes.
9  Q.   What area is that?
10 A.   The connection of the -- to the toilet.  The
11 copper to the -- the waterline on the toilet.
12 Q.   Did you have any problems with that toilet
13 as a result of that corrosion?
14 A.   Yes, sir.
15 Q.   What was that?
16 A.   A water leak.
17 Q.   Around what time did that happen?
18 A.   I don't recall.  I would have to go back to
19 see if I could find that.
20 Q.   Do you think it was some years ago?
21 A.   I'm not sure when it was.
22 Q.   Did you have it replaced?
23 A.   Yes, sir.
24 Q.   So the connection between the waterline and
25 the toilet was replaced with a new one.

Page 68

1  A.   Yes, sir.
2  Q.   Has it malfunctioned since it was replaced?
3  A.   No, sir.
4  Q.   Has there been corrosion since it was
5  replaced?
6  A.   I haven't looked at it.
7  Q.   Going down to the electrical system
8  questions that we have here, it asks you if there's
9  been blackening or corrosion for the receptacles,
10 switches, main panel, second panel and exposed copper
11 wires.  Do you see that?
12 A.   Yes, sir.
13 Q.   And you've said yes to all of those except
14 for second panel, which is marked as not applicable.
15 Do you see that?
16 A.   Yes, sir.
17 Q.   Do you know if there's been blackening or
18 corrosion on all of the items that you said yes to on
19 this list?
20 A.   I have -- I'm not sure exactly what they
21 involve because we don't -- I haven't gone into the --
22 to check on everything recently.
23 Q.   I believe earlier you mentioned that there
24 was blackening or corrosion in one of the receptacles
25 in the walls; is that right?

Page 69

1  A.   Yes, sir.
2  Q.   And have you seen that personally?
3  A.   Yes, sir.
4  Q.   Have you ever had any issues with the
5  outlets in your home working?
6  A.   So far, no.
7  Q.   Have you had any issue with the lights in
8  your home turning on or off?
9  A.   No, sir.
10 Q.   Okay.  To your knowledge, have you had any
11 issues with your electrical system or problems with
12 your electrical system that you attribute to Chinese
13 drywall?
14 A.   Not that I can think of right now.
15 Q.   Okay.  I wanted to ask you about your home
16 since 2007.  Have you renovated or made any
17 improvements to the home since you moved into it in
18 2007 as far as structural changes?
19 A.   No, sir.
20 Q.   So the square footage of the home has not
21 changed since it was built, as far as -- to your
22 knowledge?
23 A.   No, sir.
24 Q.   When you purchased the home, did you
25 purchase it with cash or through a mortgage?

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                        Pages 70..73

Page 70

1    A.    Mortgage.
2    Q.    Do you -- are you still paying that mortgage
3  today?
4    A.    No, sir.
5          I don't know how to answer that one.
6    Q.    Okay.  So what was the term of the mortgage,
7  if you recall, when you purchased it in 2007?  Do you
8  know if it was ten years, 30 years, 15?
9    A.    Fifteen.  Fifteen.
10   Q.    And you don't -- do you know if you are
11 making mortgage payments today?
12   A.    We -- we put it on a reverse mortgage.
13   Q.    And when did you do that?
14   A.    Before we got -- before we knew about the
15 Chinese wallboard.
16   Q.    Was that before 2011?
17   A.    Yes, sir.
18   Q.    Does anyone else have a lien on your
19 property or any ownership interest in your property
20 other than you?
21   A.    No, sir.
22   Q.    Have you ever assigned your claim in this
23 action related to Chinese drywall to anyone else?
24   A.    No, sir.
25   Q.    Has anyone ever assigned a Chinese drywall

Page 71

1  claim to you, to your knowledge?
2    A.    No, sir.
3    Q.    We had some discussion about the odor in
4  your home that you noticed shortly after you moved in
5  that you thought was a new house smell.  Do you
6  remember that?
7    A.    Yes, sir.
8    Q.    Now, does the odor change at all different
9  times of the year, seasons?
10   A.    I don't know if I can even tell whether it's
11 changing.
12   Q.    And do you have -- other than the odor and
13 the items that you've had to replace in the home, can
14 you think of any other issues that you've had living
15 in your home that you believe have been caused by the
16 Chinese drywall?
17   A.    There have been some physical problems for
18 us that -- before we moved into this house, I would
19 only have a sinus problem in the springtime and in the
20 fall.  But since living in this house, I have a
21 constant problem with my sinuses, and my doctor --
22 they've only tried -- they're treating it and have had
23 me on antihistamines to try and keep that down.
24          We've had more headaches than normal than we
25 used to have before we moved in here.  My husband and

Page 72

1  our great-granddaughter have both had nosebleeds.  Our
2  granddaughter -- our granddaughter here has a cough
3  that she cannot get rid of.  My husband has skin
4  rashes that he can't seem to get over, and these are
5  all things that have been symptoms of things that we
6  did not know could possibly be related to Chinese
7  wallboard gases.
8    Q.    You mentioned some family members there that
9  I'm guessing have been in your house; is that right?
10   A.    We have -- now we have a granddaughter and a
11 great-granddaughter that both live with us.
12   Q.    Okay.  And what are their names?
13   A.    My -- our granddaughter's name is Danielle
14 Green.
15   Q.    And your great-granddaughter?
16   A.    Is Lydia Torbert Green.
17   Q.    How do you spell Torbert?  Is that
18 T-O-R-B-E-R-T?
19   A.    Yes, sir.
20   Q.    And how long have they lived with you?
21   A.    Our great-granddaughter -- I have to go back
22 and look.  She has been living with us over five
23 years.  I think closer to seven.
24   Q.    And what about your great-granddaughter?
25   A.    That's our great-granddaughter.

Page 73

1    Q.    Excuse me.  So five to seven years for your
2  great-granddaughter.
3    A.    Right.  And our granddaughter, I think, has
4  been here for three.  I don't -- I'm not sure exactly
5  how long, but somewhere around that.
6    Q.    Okay.  And you said that your granddaughter
7  has experienced a cough?
8    A.    Yes, sir.
9    Q.    And was it your great-granddaughter or your
10 granddaughter who was experiencing nosebleeds?
11   A.    Great-granddaughter and my husband.
12   Q.    Now, have you or any of the family members
13 that you mentioned gone to a doctor related to these
14 issues that we've described?
15   A.    Yes, sir.
16   Q.    And who has gone to a doctor for these
17 issues?
18   A.    Well, my husband, my granddaughter, my great
19 granddaughter and me.
20   Q.    Have you had a doctor tell you that these
21 issues -- any of these issues are related to the
22 Chinese drywall in your home?
23   A.    Well, no, they have never mentioned that to
24 us in any way, shape or form, no.
25   Q.    How old is your granddaughter?

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**                                    Pages 74..77

Page 74

1   A.   Our granddaughter is 40.
2   Q.   And how old is your great-granddaughter?
3   A.   Sixteen.
4   Q.   And they have lived -- they live in the
5   house with you as their primary residence right now?
6   A.   Yes, sir.
7   Q.   Anyone else other than them have lived in
8   the home with you since 2007?
9   A.   Yes, sir.  Our other two great
10  grandchildren.
11  Q.   And when did they live with you?
12  A.   Since -- let's see.  Okay.  2016 till 2018
13  for one of them.  2016 to 2019 for the other.
14  Q.   What are their names?
15  A.   The first one is Audrey Alice Gibbs.
16  Q.   And the second?
17  A.   Helen Carter Torbert.
18  Q.   Beyond those three great grandchildren and
19  your granddaughter, has anyone else lived in the home
20  with you since you moved in in 2007?
21  A.   No, sir.
22  Q.   How has the presence of Chinese drywall in
23  your home affected your life living in the home at 701
24  Waverly Place?
25  A.   That's a hard question to answer when you --

Page 75

1   when you try to think of what you're looking at.  I
2   think one of the things is that so many have not
3   wanted to come and be in our home too much, and
4   they've been pretty polite, other than our family
5   members who tell us there's a smell.
6        We -- my husband also has COPD.  So knowing
7   that we may have this problem in our home, we try to
8   keep it open as much as possible except when we
9   absolutely have to have heating or air condition just
10  to try and air the place out.
11  Q.   You mentioned your husband has COPD and you
12  mentioned your sinus issues.  Have either of you been
13  diagnosed with any other conditions or currently have
14  any other conditions other than sinus issues and COPD?
15  A.   My husband's got a rash on several places on
16  his body that they -- the doctor has been trying to
17  figure out for at least two years.  I had a severe
18  rash at one time, and I still have times when my skin
19  is very, very itchy.  And it seems to be worse just
20  after we have to close the house up and start heating
21  or air conditioning the house seems to be the time
22  when it gets the worse.
23  Q.   Anything other than that?
24  A.   Not that I can think of at the moment.
25  Q.   Are you taking any other medications related

Page 76

1   to any conditions?
2   A.   Oh, yes, sir.  Yes, sir.
3   Q.   And what are those -- or excuse me -- what
4   are those conditions that the medications are
5   treating?
6   A.   High blood pressure.  I take medication for
7   prediabetes.  Trying to think of anything else.  We
8   take some over-the-counter medications also.
9   Q.   Are there any things that you do not do in
10  your home because of the issues that you have with
11  Chinese drywall that you can think of?
12  A.   Well, I don't move pictures around on the
13  walls because I don't want to leave holes in the
14  walls.  I can't think of anything that we, you know --
15  we have to live here.  We can't afford to live
16  anywhere else.
17  Q.   Have you ever considered selling your home?
18  A.   No, sir.
19  Q.   Why is that?
20  A.   Because we know we cannot get what we would
21  need out of it to move.
22  Q.   Has anyone told you how much you could sell
23  your home for if you sold it as it exists today?
24  A.   No, sir.
25  Q.   Did you enjoy living in your home before you

Page 77

1   knew that it had Chinese drywall in it?
2   A.   Yes, except for the frustrations of things
3   breaking, the air conditioning going out and things
4   like that, which it should not have done in a new
5   home.
6   Q.   And once you learned that it had Chinese
7   drywall, were there -- did you have any -- did you
8   still enjoy your home the same or did it change once
9   you learned that you have Chinese drywall in it?
10  A.   Well, we knew that we needed to open the
11  doors and windows more than we had been doing at that
12  point and making sure we tried to air it out as much
13  as possible.
14  Q.   Did you have a difference in your enjoyment
15  of the home after you started to open the doors and
16  windows more often?
17  A.   Yes.  We've had complaints that it's too
18  hot, we needed to turn on the air conditioning or it's
19  too cold, we need to turn on the heat.  And so I hold
20  off on it as long as absolutely possible.
21  Q.   I want to show you another document and I'm
22  going to pull it up right now.  So one moment.  Bear
23  with me.  All right.  I'm going to mark this as, I
24  believe, Exhibit 7.  Do you recognize this document
25  that I'm showing you?

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                    Pages 78..81

Page 78

1      (Exhibit 7 was marked for
2   identification.)
3      THE WITNESS: Yes, sir.
4      Q.   (By Mr. Lawson)  And do you have a copy of
5   it before you easily?
6      A.   I do believe we do.
7      Q.   I'll represent to you this is a supplemental
8   plaintiff profile form for the United States District
9   litigation before Judge Fallon in the Eastern District
10   of Louisiana, and that is a form that was filled out
11   for your claim.
12      I'd like to turn your attention to the
13   second page of the document.  If you could take a look
14   under Section I, claimant and property information, do
15   you see your name and your husband's name there?
16      A.   Yes, sir.
17      Q.   And it asks the address of the property in
18   this lawsuit, and it lists your address, 701 Waverly
19   Place; correct?
20      A.   The ZIP code is incorrect.
21      Q.   Okay.  So the ZIP code that's listed here is
22   36804.  What is the correct ZIP code?
23      A.   36801.
24      Q.   And below that, it asked the name of the
25   person completing this form, and it lists your name;

Page 79

1   is that right?
2      A.   Yes, sir.
3      Q.   Do you remember filling out this form?
4      A.   Yes, sir.
5      Q.   Going to the last page of this document, and
6   I believe this might have been given to you
7   separately, but I'll show you.  I have them all merged
8   together.  There's a signature page.  I don't know --
9   do you have that?
10      A.   Yes, sir.
11      Q.   And do you see it before you here, the
12   signature page that I have up on the screen?
13      A.   Yes, sir.
14      Q.   And that's your signature and your husband's
15   signature on this page; correct?
16      A.   Yes, sir.
17      Q.   Your signature was your verification that
18   you were telling the truth, to the best of your
19   knowledge, in this document; correct?
20      A.   Yes, sir.
21      Q.   And you believe that you did that when you
22   filled this out?
23      A.   Yes, sir.
24      Q.   All right.  I'd like to go now to the, I
25   believe, third page of this document.  If you can

Page 80

1   click over there.  I'm sorry.  Let's go to the bottom
2   of the second page.  Now, here, there's a section,
3   Section II, purchase, sale and/or transfer of
4   ownership of a property and assignment of claims.  Do
5   you see that?
6      A.   Yes, sir.
7      Q.   And here, under the second question, it
8   asks, "When was Chinese drywall installed in the
9   property, to the best of your knowledge?"
10      Do you see that?
11      A.   Yes, sir.
12      Q.   And that is listed by you as March 1st,
13   2007.  Do you see that?
14      A.   Yes, sir.
15      Q.   Do you know where that date came from?
16      A.   I -- I have no -- well, yes, I do.  That was
17   before we bought the house, and I -- I assumed that it
18   was going to be about -- it would have been in about
19   that time.  That's --
20      Q.   So you've --
21      A.   That was to the best of my knowledge and it
22   was about that time.
23      Q.   Understood.  And then above that, it asked
24   when you acquired the property, and that was June 1st,
25   2007; correct?

Page 81

1      A.   Yes, sir.
2      Q.   So it's your understanding that the drywall
3   was installed in your home before you acquired the
4   property; is that right.
5      A.   Yes, sir, before we ever saw the property.
6      Q.   All right.
7      A.   Uh-huh (affirmative).
8      Q.   And you were asked when you acquired the
9   property, were you aware that it contained Chinese
10   drywall and you marked no; correct?
11      A.   No, sir.  We did not.
12      Q.   So you had no idea that there was Chinese
13   drywall when you purchased that property; correct?
14      A.   No, sir.
15      Q.   And you were asked if you were not aware at
16   the time you acquired the property that the property
17   contained Chinese drywall, when did you first become
18   aware that it contained Chinese drywall, and here on
19   this form you say November 2011; correct?
20      A.   Yes, sir.
21      Q.   And based on what we saw previously on the
22   plaintiff profile form, the first one that we looked
23   at, that was around the time that Mr. Doyle came
24   over to your home to inspect it; correct?
25      A.   Yes, sir.

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020
Pages 82..85

**Page 82**

1  Q.  Now, I'd like to turn your attention over to
2  the third page of this document, it's Section III, it
3  says, "Product identification and evidence retention."
4  Do you see that?
5  A.  Yes, sir.
6  Q.  Essentially, this is asking you if you've
7  produced any kind of evidence that you have of Chinese
8  drywall in your home, like photographs.  Do you
9  remember filling this out?
10  A.  Yes, sir.
11  Q.  And you've indicated here that you provided
12  that evidence; correct?
13  A.  Yes, sir.
14  Q.  And that we looked at those two photographs
15  earlier that were Exhibits 5 and 6, I believe.
16  A.  Yes, sir.
17  Q.  Is that right?
18       And it's -- you were asked if you have
19  additional evidence of Chinese drywall in the property
20  that you have not provided, and you said no; is that
21  right?
22  A.  Yes, sir.
23  Q.  Do you have any additional evidence of
24  Chinese drywall in your home, any additional
25  photographs that you have not provided to your

**Page 83**

1  attorney since you filled out this form?
2  A.  No, sir.
3  Q.  You state on this form that you are not
4  seeking personal bankruptcy as a result of the damages
5  to your property.  Is that still correct?
6  A.  That is correct.
7  Q.  And going on to Page 4, you state in
8  Section IV, you were asked if the property has been
9  partially or completely remediated, and you have
10  indicated no.  Is that still correct?
11  A.  That is correct.
12  Q.  Going on to Page 5 of this document in
13  Section VI, prior payments, you were asked if you had
14  received any payments including, but not limited to
15  settlement payments from homebuilders and insurance
16  payments related to damages you claim to have suffered
17  caused by defective Chinese drywall in the property or
18  related to any other harm caused by defective Chinese
19  drywall.  Do you see that?
20  A.  Yes, sir.
21  Q.  And you said yes, you have received prior
22  payments of that nature; correct?
23  A.  Yes, sir.
24  Q.  Now, have you ever received insurance
25  payments related to your claims of Chinese drywall in

**Page 84**

1  your home?
2  A.  Not from our insurance.  Not from anyone
3  else's that I know of.
4  Q.  Okay.  So have you ever made a claim with
5  your homeowners' insurance related to the Chinese
6  drywall?
7  A.  No.
8  Q.  Have you ever looked into making a claim for
9  homeowners' insurance on your Chinese drywall?
10  A.  No, sir.
11  Q.  And here, there are two different payments
12  that are listed on this form.  The first one is a
13  Chinese drywall settlement program as the source, and
14  the amount received listed was $4,998.93.  Do you see
15  that?
16  A.  Yes, sir.
17  Q.  And does that look accurate for an amount
18  that you received from the Chinese drywall settlement
19  program?
20  A.  To the best of my knowledge.
21  Q.  Do you remember receiving payments from the
22  Chinese drywall settlement program at any time?
23  A.  Vaguely.  I don't remember when.
24  Q.  And then there's an additional payment
25  that's listed as GBI holdback payment that's $313.02.

**Page 85**

1  Do you see that?
2  A.  Yes, sir.
3  Q.  Do you have any recollection of receiving
4  that money?
5  A.  Not to my knowledge right now.  I don't
6  remember it.
7  Q.  Can you think of any other payments that
8  you've received related to Chinese drywall other than
9  the ones that are listed here?
10  A.  Not to my knowledge right now.  I would have
11  to check on all of that stuff.
12  Q.  Okay.  Let's go on to the bottom of the
13  fifth page.  It's entitled, "Section VII, other
14  damages."  Do you see that?
15  A.  Yes, sir.
16  Q.  And it asks if you've incurred alternative
17  living expenses as a result of Chinese drywall and to
18  identify the total moving costs and/or alternative
19  living expenses you incurred.  You left that blank; is
20  that right?
21  A.  Yes, sir.
22  Q.  And is that because you are not pursuing
23  damages for alternative living expenses in this case?
24  A.  We can't afford to move somewhere else, so I
25  don't have any option on having an alternative living

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                    Pages 86..89

Page 86

1  situation.
2  Q.   You haven't lived anywhere else other than
3  your home since you moved in in 2007; correct?
4  A.   No, sir.
5  Q.   Going down a little bit further, it asks you
6  on Page 6 here at the top if you experienced any loss
7  of use and/or loss of enjoyment of the property as a
8  result of Chinese drywall, and it asked to identify
9  the total amount of such loss.  Do you see that?
10  A.   Yes, sir.
11  Q.   And you've listed $275,000.  Do you see
12  that?
13  A.   Yes, sir.
14  Q.   Do you know where that figure came from?
15  A.   No, sir.
16  Q.   Do you remember -- did you write that figure
17  in, to the best of your knowledge?
18  A.   I must have.
19  Q.   And to your knowledge, did you work with
20  your attorney to be able to fill out this form?
21  A.   I don't recall.
22  Q.   Do you know if you are seeking any amount
23  different than that for loss of use and enjoyment in
24  this -- of your home in this action?
25  A.   Would you repeat that question?

Page 87

1  Q.   Yeah.  Do you know if you are -- having
2  looked at that number and not -- do you know if you're
3  seeking a different amount for that number for loss of
4  use and enjoyment today?
5  A.   At this moment, I'm not sure.
6  Q.   And it asks you to attach all documentation
7  to support the total amount claimed for the loss.  Do
8  you see that?
9  A.   Yes, sir.
10  Q.   Do you know if you have provided any
11  documentation or attached any to this submission of
12  this form related to that loss of use -- and/or loss
13  of enjoyment of your property that you're asking for
14  monetary damages for?
15  A.   No, sir.
16  Q.   Are you aware of any documentation today
17  that would support that claim?
18  A.   Not to my knowledge.
19  Q.   You're also asked on this form if you
20  claimed a diminution in value of the property as a
21  result of Chinese drywall and to identify the --
22  identify the total amount of such diminution of value
23  being claimed.  Do you see that?
24  A.   Yes, sir.
25  Q.   And you've left that blank on this form.  Do

Page 88

1  you see that?
2  A.   Yes, sir.
3  Q.   Does that reflect that you're not seeking
4  damages for diminution of value of your property in
5  this action?
6  A.   I would have to look up the word "diminution
7  of value" to know what we were talking about.
8  Q.   I think that it's -- I'll represent to you
9  that it's referring to loss of value of your property.
10  Do you know if you're seeking any damages for loss of
11  value of your property?
12  A.   Not at this time.
13  Q.   And do you know if you have any
14  documentation that would support loss of value of your
15  property?
16  A.   No, sir.
17  Q.   Have you had your home appraised at any
18  point?
19  A.   Not since we purchased it.
20  Q.   Do you remember what the home appraised for
21  when you purchased it?
22  A.   I do not remember the exact figure, no.
23  Q.   Do you remember how much you paid for your
24  home when you purchased it?
25  A.   I would have to go back and look at my

Page 89

1  records again.
2  Q.   Do you remember how much money you put down
3  on the home for a down payment when you purchased it?
4  A.   Thirteen years is a long time --
5  Q.   It is.
6  A.   -- to remember those things.
7  I -- I would have to go back and look at it
8  to see and make sure.
9  Q.   Looking at down -- I'll ask you and you can
10  tell me to the best of your knowledge.  Do you know
11  other than these other damages that we just listed and
12  for the repair to your home, are there any other
13  damages that -- oh, excuse me -- and the personal
14  property that you have mentioned and that's summarized
15  here, are there any other damages that you can think
16  of that you're pursuing in this action other than
17  those?
18  A.   Over the time that we have been
19  knowledgeable of this Chinese wallboard, we have come
20  to the knowledge that there are certain things in our
21  home that would have to be replaced even though they
22  don't seem like they are -- have been damaged by this.
23  Like our sofa and chairs, our bed and what have you,
24  that would need to be replaced because they could not
25  be cleaned properly.  And those things, I haven't --

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Darla Gibbs on 12/09/2020**                                    Pages 90..93

Page 90

1   we haven't come up with any figure on what that would
2   entail unless we have someone come in and tell us what
3   all has to be replaced in the process.
4       Q.   Do you know any items that you've been told
5   will need to be replaced in your home?
6       A.   We have heard that -- and don't ask me where
7   I heard it because I'm not sure -- but that, yes, the
8   sofas -- anything that was not leather-type of
9   furniture and all would absorb that sulfuric acid gas.
10      Q.   So fabric items, is that what you're saying
11  would need to be replaced?
12      A.   Things that cannot be washed and dried, yes,
13  or dry cleaned.
14      Q.   The clothes could be washed or dry cleaned;
15  correct?
16      A.   Yes, sir.
17      Q.   And furniture, you -- would you agree that
18  furniture can be cleaned?
19      A.   I can't say that I can answer that yes or no
20  on that, no, not at this time.
21      Q.   Looking further down this document, there's
22  a Section VIII that's titled, "Under air square
23  footage," and you have indicated that the square
24  footage of your home has not changed since the
25  installation of Chinese drywall; is that correct?

Page 91

1       A.   Yes, sir.
2       Q.   Okay.
3       MR. LAWSON:  I think we've hit another
4       good point for a break.  I understand, you
5       know, we're probably around lunchtime for
6       you-all.  I don't know if anyone here wants
7       to be able to take a break for lunch.  I
8       don't think we have a lot left.  So I can
9       leave it up to everybody to decide whether
10      we want to keep pushing to try to finish or
11      if we want to take a break for people to be
12      able to eat.
13      We can go off the record.
14      (A recess was taken.)
15      Q.   (By Mr. Lawson)  Welcome back, Mrs. Gibbs.
16  I just have a few more questions that I wanted to ask
17  you.
18      MR. DOYLE:  Excuse me, Matt.  Do we
19      still have the court reporter?
20      COURT REPORTER:  Yes.  I'm here.
21      Q.   (By Mr. Lawson)  Okay, Mrs. Gibbs.  I just
22  wanted to ask you a few more questions.  Going back to
23  talk a little bit about Mr. John Carter, who we talked
24  about before.  You mentioned earlier that Mr. Carter
25  was involved with the putting in the flooring in the

Page 92

1   house; is that right?
2       MR. GIBBS:  Correct.
3       THE WITNESS:  He's asking me.
4       Yes.
5       Q.   (By Mr. Lawson)  And was he -- I think you
6   mentioned that he wasn't involved in other aspects of
7   the house.  Can you tell me more about that.
8       A.   His partner, I do believe, was what -- I
9   can't remember his name -- was, I think, the one that
10  was really the prime -- prime contractor -- doing the
11  contracting work on the house itself.
12      Q.   And do you know if Mr. Carter was local to
13  the area?
14      A.   Yes, sir.
15      Q.   And so he lived in Auburn or Opelika or
16  somewhere around there?
17      A.   Yes, sir.
18      MR. GIBBS:  He lives in Auburn.
19      Q.   (By Mr. Lawson)  Okay.  He lives in Auburn.
20  And did you have any conversations with him in the
21  time that -- between 2007 and 2011 that you were
22  living in the house and his mother was living next
23  door?
24      A.   The only time we had conversations was to
25  say hello and how were you -- are you when he visited

Page 93

1   his mother next door.
2       Q.   When you had conversations about the final
3   details of the house, like the color of the paint and
4   things like that, were those conversations with Mr.
5   Carter or his partner?
6       MR. GIBBS:  Mr. Carter.
7       THE WITNESS:  Mr. Carter.
8       MR. LAWSON:  I think we're at a point
9       where it's good to turn over to Mr. Gibbs
10      because I think he knows the answers.
11      THE WITNESS:  Yes.  I was not present
12      when the colors and all were chosen.  My
13      husband did those by himself.
14      MR. LAWSON:  Mrs. Gibbs, you have
15      given us a lot of information, and I
16      appreciate everything, you taking the time
17      to be able to do this today.  I have no
18      further questions for you at this time, but
19      however, as I mentioned earlier, we look
20      forward to getting the documentation that
21      you have related to the items in the home
22      that you say that have been replaced as a
23      result of Chinese drywall issues, and we
24      will likely be speaking with you again
25      about those at a later date.

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020                                    Pages 94..97

Page 94

1   THE WITNESS:  Thank you.

2   (Deposition concluded at 1:03 p.m.)

Page 96

1                    DISCLOSURE
2
3        Pursuant to Article 10.B of the Rules
    and Regulations of the Board of Court
    Reporting of the Judicial Council of
4   Georgia which states:  "Each court reporter
    shall tender a disclosure form at the time
5   of the taking of the deposition stating the
    arrangements made for the reporting
6   services of the certified court reporter,
    by the certified court reporter, the court
7   reporter's employer or the referral source
    for the deposition, with any party to the
8   litigation, counsel to the parties, or
    other entity.  Such form shall be attached
9   to the deposition transcript," I make the
    following disclosure:
10
11       I am a Georgia Certified Court
    Reporter.  I am here as a representative of
12  Huseby Global Litigation.  Huseby Global
    Litigation was contacted to provide court
13  reporting services for the deposition.
    Huseby Global Litigation will not be taking
14  this deposition under any contract that is
    prohibited by O.C.G.A. 9-11-28(c).
15       Huseby Global Litigation has no
    contract/agreement to provide reporting
16  services with any party to the case, any
    counsel in the case, or any reporter or
17  reporting agency from whom a referral might
    have been made to cover this deposition.
18
19       Huseby Global Litigation will charge
    its usual and customary rates to all
20  parties in the case, and a financial
    discount will not be given to any party to
21  this litigation.

22
                              Blanche J. Dugas
23                            CCR No. B-2290
24
25

Page 95

1                    CAPTION
2
3        The Deposition of DARLA GIBBS, taken in the
4   matter, on the date, and at the time and place set out
5   on the title page hereof.
6        It was requested that the deposition be
7   taken by the reporter and that same be reduced to
8   typewritten form.
9        It was agreed by and between counsel and
10  the parties that the Deponent will waive reading and
11  signing of the transcript of said deposition.

Page 97

1   STATE OF GEORGIA:
2   COUNTY OF FULTON:
3
4        I hereby certify that the foregoing
5        transcript was reported, as stated in the
6        caption, and the questions and answers
7        thereto were reduced to typewriting under
8        my direction; that the foregoing pages
9        represent a true, complete, and correct
10       transcript of the evidence given upon said
11       hearing, and I further certify that I am
12       not of kin or counsel to the parties in the
13       case; am not in the employ of counsel for
14       any of said parties; nor am I in any way
15       interested in the result of said case.
16
17
18
19
20       BLANCHE J. DUGAS, CCR-B-2290
21
22
23
24
25

```
                    84:14                                    2018   74:12
   Exhibits         $90,000                                  2019   74:13
GibbsD-1   3:8       35:24          2   32:20,24             2020   4:1
  22:15,16,                                                  21st   34:9
  18,20                             2006   34:9
                         1          2007   13:25
GibbsD-2   3:9                       14:2,5                        3
  32:20,24          1   18:3         15:1 18:3
                      22:15,16,      23:22                   3   45:15,20
GibbsD-3              18,20          24:22                     52:19
  3:10                               37:25 38:3
  45:15,20          1,197   40:1     52:24                   30   70:8
                      41:9           60:12
GibbsD-4                             69:16,18               31st  32:12
  3:12              1,250   40:20    70:7 74:8,               47:3,9,15,
  51:10,12                           20 80:13,               19 48:9,21
  60:18             1,600   64:15    25 86:3
                                     92:21                  36801  78:23
GibbsD-5            10   14:21
  3:14                              2011   21:11            36804  78:22
  57:16,22,        12   14:21        23:12,19
  23 64:4                            26:2,4
                   13   9:5,13       27:20 28:7                    4
GibbsD-6             24:22           29:23 30:3
  3:15 58:24                         37:4,7                  4   51:10,12
  59:3             13th   45:6       45:8,12                   60:18 83:7
                                     52:8 61:11
GibbsD-7           15   70:8         70:16                  40   15:11
  3:16 77:24                         81:19                    74:1
  78:1             16th   52:23      92:21
                                                                  5
                   17th   52:8      2013   29:22,
       $                             24 45:4,8,             5   57:16,22,
                   19   13:5         12                       23 59:22
$119,846                                                     60:14 64:4
  35:10,13         1907   14:8      2014   28:16             82:15
                                                             83:12
$275,000           1959   12:20    2016   74:12,
  86:11                              13                     500   65:6
                   1960   12:21
$313.02                            2017   58:16                   6
  84:25            1999   13:12
                                                            6   58:24
$4,998.93          1:03   94:2
                   1st   80:12,
                     24
```

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020                              Index: 62..antihistamines

59:3,22
60:14 64:4
82:15 86:6

**62**  13:17

—————————
          **7**
—————————

**7**  77:24
78:1

**701**  13:19
14:22 15:4
32:22
33:21
34:14
74:23
78:18

**703**  27:7
36:22 37:3

**705**  27:6
36:22
37:4,6
38:12,21

—————————
          **8**
—————————

**84**  13:6

**85377**  65:6

—————————
          **9**
—————————

**9**  4:1

**99**  13:6

—————————
          **A**
—————————

**A-COIL**

27:15,17
28:8

**ability**  8:4

**absolutely**
75:9 77:20

**absorb**  90:9

**accurate**
41:13,15
43:20 46:1
84:17

**acid**  50:10
90:9

**acquaintance**
36:7,11

**acquainted**
38:4

**acquired**
80:24
81:3,8,16

**action**  11:7
12:8 17:7
46:13,20
47:12
48:23
53:16,19
57:15
70:23
86:24 88:5
89:16

**add**  5:24
48:10
62:20

**addition**
31:14

49:10

**additional**
31:11,25
32:7 46:12
47:16
48:12,16,
17 82:19,
23,24
84:24

**address**
13:19 14:5
27:1,5
32:22
33:10,21,
24 49:14
51:25 58:9
65:5
78:17,18

**affected**
74:23

**affirmative**
6:22 81:7

**afford**  14:3
36:19
76:15
85:24

**age**  47:6

**agent**  40:14,
15,19

**agree**  60:13
90:17

**ahead**  25:6
43:23,24
47:13

**air**  27:13,
23,24 28:4
29:3,21
30:7 45:5
75:9,10,21
77:3,12,18
90:22

**Alabama**
13:11,20
14:8 18:12
19:5 20:15
33:22

**Alice**  74:15

**alternative**
85:16,18,
23,25

**altogether**
27:23

**aluminum**
28:16

**amount**
84:14,17
86:9,22
87:3,7,22

**and/or**  80:3
85:18 86:7
87:12

**Andrew**  4:11

**answers**
6:13,18
7:1 93:10

**anticipate**
48:7

**antihistamines**

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020          Index: anymore..beginning

71:23

anymore
  49:22

apologize
  61:13

appearance
  5:10

appearing
  4:4,6

appears
  18:2,10
  31:25
  32:22
  34:22
  41:7,10
  49:6

applicable
  68:14

applicants
  33:16

application
  32:21
  34:13 39:2
  40:22

applying
  41:3

appraised
  88:17,20

approximate
  64:14

area   13:1
  15:7 39:23
  41:8 44:10
  67:8,9

92:13

areas   48:12

Arizona
  65:6,18

articulated
  48:14

asks   39:22
  54:15
  60:22
  62:10
  65:20
  66:18 68:8
  78:17 80:8
  85:16 86:5
  87:6

aspects   92:6

assigned
  70:22,25

assignment
  80:4

assist   30:12

Associates
  65:2,13

assume   19:21

assumed
  27:21,22
  80:17

ASTM   59:10
  62:13,24

attach   87:6

attached
  87:11

attention
  78:12 82:1

attic   55:23,
  25 56:3,4,
  14,17,22
  57:3 58:4,
  20

attorney
  5:10 7:10
  9:18 21:25
  23:4 29:8
  46:14 50:6
  51:17
  53:20
  57:14
  63:19 83:1
  86:20

attractive
  15:8

attribute
  69:12

Auburn
  92:15,18,
  19

audible   6:19
  7:1

Audrey   74:15

authorized
  4:14

avoid   6:21

aware   31:23
  38:24
  48:18
  81:9,15,18

87:16

─────────
        B
─────────

back   9:3,12
  10:16 11:9
  20:15
  21:10
  22:10
  26:11,21
  30:23 37:4
  39:3 42:12
  43:10 46:9
  49:16
  56:5,6
  57:8 60:17
  62:5 63:17
  64:8 67:18
  72:21
  88:25 89:7
  91:15,22

backup   43:8

bad   7:7
  27:14,22

bankruptcy
  83:4

based   39:23
  41:8 47:6
  59:17
  81:21

Bear   77:22

bearing   4:21

bed   89:23

beginning
  59:11

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020                                    Index: behalf..change

behalf   4:4,
  7,9,12
  54:17

big   14:15

bill   43:19

billings
  43:17

Birmingham
  37:17

bit   11:10
  18:22
  22:23 35:3
  36:21
  40:10
  42:17
  50:23
  64:11 86:5
  91:23

black   28:11
  50:9

blackened
  63:8

blackening
  66:19,23
  68:9,17,24

blank   85:19
  87:25

blood   76:6

BNBM   4:12

board   56:13,
  22 57:5
  58:6

bodily   7:1

body   75:16

born   12:20

bottom   34:2
  64:22 80:1
  85:12

bought
  16:22,24
  17:18
  18:15
  24:21 33:8
  80:17

break   7:17
  8:1 42:2
  63:14
  91:4,7,11

breaking
  77:3

breaks   7:20

build   26:16

builder   36:9

builders
  19:14

building
  19:15
  20:24,25
  21:14
  23:11
  32:21
  33:11
  34:13
  35:13 36:8
  39:2 40:22
  66:6

buildings

36:8

built   15:7,
  15,16,19,
  20,22,24
  21:2,6
  22:4 26:5,
  6 34:25
  69:21

business
  13:1,2,4,
  7,9 36:8

buy   15:3
  17:17

_____

        C
_____

cabinets
  16:4

call   4:8
  8:11,17
  11:20
  55:16

called   10:13
  23:4 39:5
  54:11

card   43:19

cards   9:11
  43:18

care   14:17

Carefree
  65:6

carefully
  46:10

Carolina

12:18

carry   49:13

Carter   19:4,
  8,18 20:8,
  17,22
  21:5,17
  22:3,5,24
  23:4,8,10,
  13 26:2,3,
  21 28:1
  30:2,3,11
  34:22,25
  37:8 74:17
  91:23,24
  92:12
  93:5,6,7

Carter's
  22:2 27:3,
  7 37:3
  51:5

case   13:18
  85:23

cash   69:25

caused   71:15
  83:17,18

causing
  25:17,24

ceiling   63:2

certify   19:3

chairs   89:23

chance   26:18

change   5:24
  37:11 71:8
  77:8

changed
  24:23 37:7
  69:21
  90:24

changing
  71:11

charge   9:11

charged   9:11

check   26:13
  27:14
  43:18
  68:22
  85:11

checked
  22:6,8,25
  23:3 26:19
  28:19

Cherry   12:17

children
  25:14

China   16:18
  26:6 57:6
  58:8
  62:12,23

Chinese
  21:3,6,12,
  17 22:4,9,
  25 26:1,8,
  14 28:2
  30:5,10
  35:19
  36:4,23
  37:1,8
  50:3,5
  51:7,23

55:5,20
56:7 61:20
69:12
70:15,23,
25 71:16
72:6 73:22
74:22
76:11
77:1,6,9
80:8 81:9,
12,17,18
82:7,19,24
83:17,18,
25 84:5,9,
13,18,22
85:8,17
86:8 87:21
89:19
90:25
93:23

Chinese-
manufactured
  54:18
  60:23
  61:10

chosen   93:12

Christy   4:7
  29:14

CI   59:10

circled
  53:11
  54:22

City   32:21

claim   70:22
  71:1 78:11
  83:16

84:4,8
87:17

claimant
  52:19
  78:14

claimants
  48:14

claimed
  87:7,20,23

claiming
  46:12 53:7

claims   46:13
  48:17,22
  53:15,19
  54:8 80:4
  83:25

clarification
  48:6 54:5

clarified
  47:24
  48:13

clarify
  26:17
  30:25 48:1
  49:7 54:1
  56:11
  63:20

class   12:8

cleaned
  89:25
  90:13,14,
  18

clear   20:18

click   80:1

close   75:20

closer   72:23

clothes
  90:14

CNBM   4:12

code   78:20,
  21,22

coil   28:15

cold   77:19

Collectively
  57:17

color   93:3

colors   20:16
  93:12

column   34:18
  49:20 53:5
  62:9 63:1
  66:14

columns   34:5

comforts
  7:19

communications
  13:2

company
  18:12,15
  19:5 20:3,
  17 28:9
  56:7 61:25
  65:9

complaints
  77:17

completed
  15:25 16:1
  33:15

completely
  5:19 83:9

completing
  78:25

computer
  41:25

concluded
  94:2

condition
  75:9

conditioning
  27:13,23,
  24 28:5
  29:3,22
  30:7 45:5
  75:21
  77:3,18

conditions
  75:13,14
  76:1,4

conduct  55:4

conducted
  54:17,24
  55:8,12
  60:21

confirm  55:4

confirmed
  22:11
  28:10
  51:6,7

connect  11:3

connection
  67:10,24

considered
  76:17

constant
  71:21

contacted
  26:9

contained
  81:9,17,18

contemplated
  47:9

continue
  42:9 49:1

continuing
  49:8

contracting
  65:25 66:6
  92:11

contractor
  92:10

contractor/
developer
  65:21

conversation
  21:16,19
  22:23,24
  23:7,12
  26:4,20
  30:2,3,4

conversations
  23:17

92:20,24
93:2,4

conveyance
  19:6

COPD  75:6,
  11,14

copper  28:10
  50:2,4,8
  66:24,25
  67:11
  68:10

copy  10:17
  29:15
  42:15,20
  45:18 78:4

corner  34:3
  64:23

Corps  12:16

correct  6:14
  9:21 18:20
  33:24
  34:3,10,22
  36:23
  39:17,20
  41:4 54:22
  57:3 58:11
  59:15
  60:16
  61:2,6,17,
  21 62:7,
  13,16,19
  63:3,11
  78:19,22
  79:15,19
  80:25

81:10,13,
19,24
82:12
83:5,10,
11,22 86:3
90:15,25
92:2

corrected
  10:16
  44:5,9

correction
  29:19

corrections
  43:1 45:2

correctly
  18:13
  33:22
  35:10
  54:19 65:7

corrosion
  66:19,23
  67:6,13
  68:4,9,18,
  24

cost  30:18
  35:6,13,18
  36:12,16
  38:11

costs  85:18

cough  72:2
  73:7

counsel  4:13

couple  29:16
  34:5,18

court  4:14
  5:7,10
  6:12,16
  22:13
  45:13
  51:18
  91:19,20

courtroom
  6:6

CPVC  66:24

created  9:25
  10:4 28:23
  44:16

credit
  43:18,19

current
  14:13,22

custody  5:14
  12:3

cutting
  14:14

_____
        D
_____

damaged
  46:12
  50:2,5
  89:22

damages  11:6
  31:13 32:9
  46:19
  47:11,23
  48:2,3,13,
  18,22
  83:4,16

85:14,23
  87:14
  88:4,10
  89:11,13,
  15

Danielle
  72:13

Darla  4:1,16
  5:2 18:19

data  44:24

date  19:9
  34:6,9
  46:25 47:9
  52:22
  80:15
  93:25

dates  27:16

Davidson
  4:11 29:14

day  20:9
  55:23
  56:12
  58:18

days  31:14
  48:8 53:3

December  4:1
  34:9 47:3,
  9,19 48:9

decide  15:3
  62:3 91:9

decided
  14:12

deed  17:6,
  21 18:11,

19 22:17

default  48:3

defective
  83:17,18

delay  32:13

deposed  5:6

deposition
  4:1,23
  5:17,18
  6:3,14
  8:8,24 9:2
  11:16
  31:16,23
  32:5
  46:22,24
  47:8,25
  48:20
  49:1,9,12
  55:17 94:2

design  15:22

details  93:3

determination
  60:22
  61:5,9,19

determine
  63:5

diagnosed
  75:13

difference
  77:14

dimensions
  39:5,17,23
  41:9

diminished
  39:15

diminution
  87:20,22
  88:4,6

direct  7:13

directed
  7:15

discovery
  47:11

discussed
  66:3

discussing
  22:17

discussion
  63:18
  64:12 71:3

distinctly
  56:5

District
  51:18,19,
  22 78:8,9

doctor  71:21
  73:13,16,
  20 75:16

document
  10:19
  17:4,11,
  15,20
  18:23
  28:17
  32:17
  33:3,6,9,
  13 39:1,4

Case 2:09-md-02047-EEF-MBN   Document 23300-12   Filed 03/23/22   Page 34 of 84

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020      Index: documentation..electric

41:6 43:5,
9 44:3
45:23
49:18,21
51:8,10,25
52:4,7,10,
13,18
54:11
58:24
64:23
66:14
77:21,24
78:13
79:5,19,25
82:2 83:12
90:21

documentation
9:23 43:8
44:17,21
46:17
47:4,6,17
48:17 49:5
87:6,11,16
88:14
93:20

documents
9:6,13,17
11:19,21,
23 22:19
31:13,17,
22 32:6
43:3
46:18,23
47:21

dollar  35:9

door  21:20
23:16

26:23 51:5
92:23 93:1

doors  16:3
24:16,17,
25 77:11,
15

doubt  41:12

downsized
14:16

downsizing
15:5

Doyle  4:9
7:10 8:18
9:2,18
10:13,22,
25 11:8,19
23:5 25:20
26:10,20
29:12
30:24
31:10
32:11
42:15 44:5
47:1,13
48:24
54:3,4,7,
25 55:3,9,
10,11,15,
16,20,24
56:2 57:17
58:14
61:5,8,14,
17,18,21
63:13
81:23
91:18

drag  39:13

dried  90:12

Drive  14:8

dry  90:13,
14

drywall
16:15,16
21:3,6,18
23:1 26:1,
5,14,16
30:5,13,18
35:19
36:23
37:1,8
50:21
51:23
54:18
55:5,21
56:13,22
57:2,5
58:4,6
59:14
60:5,9,23
61:10,20,
23,24
62:4,10,23
63:2,6,10,
21 64:1,23
65:1,12,17
66:10
69:13
70:23,25
71:16
73:22
74:22
76:11
77:1,7,9

80:8 81:2,
10,13,17,
18 82:8,
19,24
83:17,19,
25 84:6,9,
13,18,22
85:8,17
86:8 87:21
90:25
93:23

duly  4:17

_____

E

e-mail  29:13

earlier  12:5
25:18 47:2
50:23
64:11 66:3
68:23
82:15
91:24
93:19

easily  78:5

Eastern
51:18,22
78:9

Easy  65:6

eat  91:12

eggs  25:4,7

Eikhoff  4:8

electric
46:2

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020      Index: electric/electronic..filled

electric/
electronic
  45:24

electrical
  50:7 63:7
  66:13 68:7
  69:11,12

electronic
  11:2 46:2

electronics
  13:1,4

else's  84:3

emitting
  50:21 51:3

employed
  12:11
  13:12

employee
  19:19

empty  37:3
  38:9

ended  28:8,
  18

enjoy  76:25
  77:8

enjoyment
  77:14
  86:7,23
  87:4,13

entail  90:2

entities
  4:12

entitled

85:13

Essentially
  82:6

estate
  40:14,15,
  19

estimate
  35:18
  36:1,6,10,
  16,20

evidence
  82:3,7,12,
  19,23

exact  88:22

EXAMINATION
  4:19

examined
  4:17

exceeds
  59:10
  62:13,23

excited  24:3

excuse  30:2
  35:5 40:2
  43:23
  48:22
  49:20
  55:16
  56:23 73:1
  76:3 89:13
  91:18

exhibit
  22:14,15,
  16,18,20

32:20,24
  45:14,15,
  17,20
  47:17,22
  51:10,12
  57:16,22,
  23 58:24
  59:3 60:18
  64:4 77:24
  78:1

exhibits
  31:18
  59:22
  60:14
  82:15

exists  76:23

expenses
  43:8
  85:17,19,
  23

experience
  24:1

experienced
  73:7 86:6

experiencing
  73:10

exposed
  68:10

extent  10:18
  48:11

exterior
  39:23 41:8

eyes  42:18

F

fabric  90:10

faces  39:12

fact  38:4
  50:1 51:4

failed  49:24

fall  71:20

Fallon  51:23
  78:9

family  20:14
  72:8 73:12
  75:4

Feel  7:7

feet  39:22
  40:2,20
  41:8,9
  64:15

Fifteen  70:9

figure  35:9,
  16,22
  38:24
  40:16,18
  75:17
  86:14,16
  88:22 90:1

figures
  44:10,12,
  18

fill  86:20

filled  40:23
  52:13
  53:10

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020      Index: filling..granddaughter's

78:10
79:22 83:1

filling
52:10 79:3
82:9

final  93:2

finally
27:20

find  9:4,14
41:14 62:6
67:19

finding  63:8

fine  42:6

finish  43:25
91:10

finished
15:17

Firm  54:25
55:3,9
61:5

fixers  67:1

fixture
66:25

fixtures
67:4

floor  39:23
41:8

flooring
16:4
19:17,24
20:3,4,6,
11,15
91:25

floors  39:23
41:8

follow-up
47:20

footage
40:9,12
41:17
64:12,15
69:20
90:23,24

foregoing
19:6

forget  45:14

form  25:20
43:11
51:21
53:11
58:17
60:18
62:16 64:9
73:24
78:8,10,25
79:3
81:19,22
83:1,3
84:12
86:20
87:12,19,
25

forward
93:20

forwarded
29:17

found  9:22

free  7:8

frequently
24:25

friend  21:24
22:1

front  41:24
51:16
58:25

frustrations
77:2

full  4:25
9:23

full-time
36:9

funny  24:5
25:15 27:8

furniture
90:9,17,18

─────────────

G

garage  64:20

gas  50:10,
20,24 51:3
90:9

gases  72:7

gave  36:6

GBI  84:25

Gene  18:19

generally
43:5

Gibbs  4:1,
16,21 5:2,
20 11:11

18:19,20
22:23
30:24
31:25
32:10,16,
19 42:12
49:7,15
53:11
54:13
63:18
74:15
91:15,21
92:2,18
93:6,9,14

Gibbs'  52:5

give  6:18
42:19
50:19

good  24:7
42:3,5
91:4 93:9

goodness
10:9

gotta  28:14

grandchildren
5:15 12:4
25:14
74:10,18

granddaughter
72:2,10
73:3,6,10,
18,19,25
74:1,19

granddaughter'
s  72:13

granite
 20:16

grantees
 18:18

grantor
 18:11

great  6:1
 7:4 12:1
 39:16 44:3
 73:18
 74:9,18

great-
granddaughter
 72:1,11,
 15,21,24,
 25 73:2,9,
 11 74:2

Green  72:14,
 16

ground  63:8

guarantees
 20:23

guess  9:8
 54:2

guessing
 13:5 72:9

Gypsum  4:4
 61:25
 62:19

———————

—————
       H
—————

hand  32:14

happen  8:10

20:19 21:9
67:17

happened
 20:21 30:4
 44:11
 58:15

hard  8:20
 74:25

harm  83:18

Harris
 37:17,20

he'll  5:22

headaches
 71:24

health  21:21
 22:2,7
 38:8

hear  7:9,12
 8:19 10:3
 25:25 51:2

heard  35:12
 65:15
 90:6,7

hearing  5:4,
 13,14 8:20
 48:3

heat  45:5
 77:19

Heated  40:6

heating
 27:22,24
 29:21 30:6
 75:9,20

Helen  74:17

High  14:8
 76:6

highly  22:12

hit  91:3

HOA  14:16
 15:12 38:5

hold  29:7
 32:4 46:21
 47:8 48:20
 77:19

holdback
 84:25

holes  76:13

home  14:13,
 18,22,23,
 25 15:3,
 13,18,24,
 25 16:1
 17:2,6
 18:7,10,16
 19:15,16
 20:9,12,
 20,25
 21:2,6,12,
 18,22
 22:3,25
 23:18,21
 24:2,5,9,
 12,18,21
 26:5,13
 27:2,3,10,
 13 28:5
 30:5,12,19
 34:14

35:1,13,19
36:13
37:24,25
38:12,15
39:19
40:9,13,19
46:3,6
50:11,15,
21 51:3,5
52:23 53:2
54:18
55:20,24
57:6 58:19
59:25
60:5,10,
11,24
61:10,15,
20 62:4
63:2,6,21
64:2,12,13
65:12
66:10,15,
20 67:4,7
69:5,8,15,
17,20,24
71:4,13,15
73:22
74:8,19,23
75:3,7
76:10,17,
23,25
77:5,8,15
81:3,24
82:8,24
84:1 86:3,
24 88:17,
20,24
89:3,12,21

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020          Index: homebuilder..injuries

90:5,24
93:21

homebuilder
  65:24

homebuilder/
general
  65:21

homebuilders
  83:15

homeowners'
  84:5,9

homes   7:19
  16:24 17:1
  18:11
  19:4,14,
  20,22
  21:14
  26:16
  30:11
  33:19
  34:14,25
  36:21 37:1
  40:24 41:4
  66:2,5,9

hot   77:18

hour   8:13
  41:22

house   9:5,16
  14:15
  15:22
  16:6,10,
  13,16,17,
  22 17:17,
  18 19:24
  20:4,6

21:20
22:11
23:11
24:14
25:9,12,18
26:6,8,22,
23 27:25
28:4,20
33:8 37:4,
19,21
38:7,9,21
40:11
41:14
49:25 55:6
64:15 66:6
71:5,18,20
72:9 74:5
75:20,21
80:17
92:1,7,11,
22 93:3

houses   15:11

husband   8:19
  12:16
  14:14
  18:20
  20:7,13
  23:9 56:4
  61:16
  71:25 72:3
  73:11,18
  75:6,11
  93:13

husband's
  75:15
  78:15
  79:14

I

Idaho   20:14

idea   25:23
  38:11,13
  40:17,25
  47:2,10
  51:2 56:21
  65:14
  81:12

ideas   25:16

identification
  22:21
  32:25
  33:15
  34:16 41:3
  45:21
  51:13
  57:24 59:4
  78:2 82:3

identify
  85:18 86:8
  87:21,22

II   80:3

III   35:6
  82:2

image   58:1

immediately
  48:15

impair   8:4

important
  6:18

improvement
  35:6

improvements
  69:17

inbox   29:13

included
  11:6 32:9
  46:6

including
  32:2 64:20
  83:14

incorrect
  9:22 78:20

incurred
  85:16,19

individually
  57:18,20

information
  5:20 30:21
  52:14,20
  54:12
  55:12
  60:19
  61:24
  64:14
  65:11,21
  66:15
  78:14
  93:15

informed
  21:12
  22:1,6
  26:2,7,21
  28:1 30:9

initial   30:1

injuries

53:7

**injury**
53:15,18
54:8

**input**   44:24

**inside**   16:6,
15,17
25:12
59:25
63:21

**inspect**
58:20
81:24

**inspected**
22:4,12
26:9 55:3,
20 61:15

**inspection**
54:12,17,
25 55:4,9
56:12
58:16
60:19,21
61:11

**installation**
90:25

**installed**
66:10 80:8
81:3

**installing**
28:3

**insulation**
56:5 62:5

**insurance**

83:15,24
84:2,5,9

**interest**
70:19

**interior**
16:2

**interject**
7:11

**interrupting**
48:25

**interruption**
49:16

**intervening**
23:14

**invoices**
43:15
46:18

**involve**
68:21

**involved**
12:2 15:21
19:15,23
21:14
23:11 47:7
66:6 91:25
92:6

**issue**   13:18
35:19 69:7

**issued**   34:6

**issues**   16:14
22:2,7
28:4 36:23
69:4,11
71:14

73:14,17,
21 75:12,
14 76:10
93:23

**itchy**   75:19

**items**   10:2,
5,8 11:4,
13 28:24
45:24
46:2,5,12
49:19,21,
24 66:18,
20 68:18
71:13
90:4,10
93:21

**IV**   33:14
34:16
54:12
60:19 83:8

_____

|       J       |

**Jimmy**   4:9
10:18 23:5
55:16

**job**   12:14

**jobs**   12:24
13:13

**John**   19:3,8
34:22,24
91:23

**judge**   6:6
51:23 78:9

**July**   30:7

45:6

**June**   18:3
23:22
52:23
80:24

_____

|       K       |

**keeping**   38:6

**kind**   5:12
6:5 9:6,8,
20 42:17,
18 43:4
82:7

**kitchen**   16:4

**knew**   21:25
26:5 36:4
37:16
70:14
77:1,10

**knowing**   75:6

**knowledge**
17:12,14
31:6 33:5
34:12
36:25
51:14
52:15
53:19
61:15 66:7
69:10,22
71:1 79:19
80:9,21
84:20
85:5,10
86:17,19

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Darla Gibbs on 12/09/2020          Index: knowledgeable..looked

87:18
89:10,20

knowledgeable
89:19

———————————
        **L**
———————————

lady  37:22

large  15:10

late  45:9

Law  54:25
  55:3,9
  61:5

Lawson  4:3,
  20 10:18,
  23 11:1,9
  22:13,22
  25:25
  29:18,25
  31:20
  32:15,16
  33:2 41:21
  42:7,12
  45:13,22
  46:15
  48:10
  49:15
  51:14
  54:4,10
  57:19,25
  59:5
  63:15,17
  78:4 91:3,
  15,21
  92:5,19
  93:8,14

lawsuit  12:2
  78:18

lawyer  8:7,
  23

lawyers
  49:16

leak  67:16

learned  37:7
  77:6,9

leather-type
  90:8

leave  76:13
  91:9

leaving
  47:15

left  85:19
  87:25 91:8

left-hand
  34:2 66:14

length  13:7

letters
  59:12

liability
  18:12 19:5

lien  70:18

life  74:23

lights  69:7

likes  9:9

limited  4:5,
  6 18:12
  19:5 83:14

list  46:7,
  19 62:18
  68:19

listed  11:4
  43:9
  49:19,21
  51:25
  58:17
  62:15 65:5
  78:21
  80:12
  84:12,14,
  25 85:9
  86:11
  89:11

lists  52:22
  78:18,25

litigation
  51:22 54:9
  78:9

live  13:10
  14:3,6,10
  15:4,10
  40:9 72:11
  74:4,11
  76:15

lived  13:24,
  25 14:1,7,
  18,25
  15:14
  21:20 27:4
  37:18
  72:20
  74:4,7,19
  86:2 92:15

lives  92:18,

19

living
  71:14,20
  72:22
  74:23
  76:25
  85:17,19,
  23,25
  92:22

LLC  18:12
  19:4 33:19
  34:25
  40:24 41:4
  65:2,25

local  92:12

located  13:9

location
  15:9 33:10
  63:2

long  8:12,
  14 12:20
  13:6,24
  14:18 16:1
  47:5 72:20
  73:5 77:20
  89:4

longer  41:24
  44:20
  53:15
  54:1,8

looked  11:15
  28:10
  30:17
  35:15 41:2
  54:21

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020                              Index: loss..monetary

59:21
60:20 68:6
81:22
82:14 84:8
87:2

loss  86:6,
  7,9,23
  87:3,7,12
  88:9,10,14

lot  91:8
  93:15

Louisiana
  51:19,22
  78:10

lower  40:10

lunch  91:7

lunchtime
  91:5

Lydia  72:16

─────────
      M
─────────

Madam  45:13

made  15:3
  16:17 26:5
  31:21 56:7
  57:6 58:8
  60:22
  61:4,9,19
  62:12,23
  63:20
  69:16 84:4

magistrate
  48:4

main  68:10

major  16:14
  23:16

make  6:25
  7:2 20:22
  29:8,19
  31:10
  43:1,20
  45:3 89:8

making  70:11
  77:12 84:8

malfunctioned
  68:2

manufacturer
  61:24 62:4

March  80:12

Marine  12:16

Marines
  12:17,19,
  23

mark  22:15
  45:17
  57:15
  58:24
  62:15
  77:23

marked
  22:16,20
  32:24
  45:14,20
  51:9,12
  57:22,23
  59:3 60:17
  68:14 78:1

81:10

marking
  59:6,9,12,
  25 62:18

markings
  16:17
  62:10,22
  63:10 64:2

Matt  4:3
  29:12
  63:13
  91:18

meaning
  50:22

means  5:18
  6:19

meant  6:23

measure
  41:16

measured
  41:14

medication
  8:3 76:6

medications
  75:25
  76:4,8

meet  8:7
  20:5 37:18
  62:23

meets  62:12

member  19:4,
  22

members  72:8

73:12 75:5

mentioned
  25:18 27:2
  68:23 72:8
  73:13,23
  75:11,12
  89:14
  91:24 92:6
  93:19

merged  79:7

met  12:17
  19:9 37:20

middle  7:24
  21:11 35:4
  49:20

mild  25:7

miles  14:11

mind  63:24

minutes
  42:4,7,8
  63:14

mis  29:21

misspoke
  63:22

mistakes
  10:16

moment  32:18
  42:13,19
  59:14
  63:18
  75:24
  77:22 87:5

monetary

87:14

**money** 85:4
89:2

**month** 9:10
32:12

**month's**
43:17

**months** 37:5,
13,14
38:2,23

**morning** 4:22
9:21
10:15,17

**mortgage**
69:25
70:1,2,6,
11,12

**mother**
21:19,23,
25 22:7
23:16 27:4
37:4 92:22
93:1

**mother's**
22:2 26:7,
13,22 27:7

**move** 14:12
23:24 38:7
39:9,14
57:21
76:12,21
85:24

**move-in**
52:22

**moved** 12:25
14:16
15:13,15
21:21
25:13
27:10
37:4,25
49:24 53:2
69:17
71:4,18,25
74:20 86:3

**moving** 14:5,
19 24:1
85:18

**multidistrict**
51:21

---

**N**

---

**names** 72:12
74:14

**nature** 83:22

**needed** 22:6
23:5
26:12,19
49:21
62:20
77:10,18

**neighborhood**
15:10

**night** 9:4
10:11,14
45:9 46:9

**nodding** 6:20

**normal** 71:24

**North** 12:17

**nosebleeds**
72:1 73:10

**notary** 18:24

**note** 58:10

**notice** 24:8,
11,13

**noticed** 24:4
71:4

**November**
52:8 58:16
61:11
81:19

**number** 14:8
27:7 64:18
87:2,3

**numbers**
34:18
43:14

---

**O**

---

**oath** 6:6

**objection**
7:13 25:20

**objections**
7:9

**occasionally**
23:15

**occupied**
52:23

**occurred**
38:18

58:17
61:11

**October** 30:8

**odor** 71:3,
8,12

**offer** 30:11

**offices** 7:19

**officially**
13:15

**one-acre**
14:14

**Opelika**
13:11,20
14:8 32:22
33:22
92:15

**open** 24:14,
16,17,24
32:5 46:21
47:8,15
48:20 75:8
77:10,15

**opinion**
50:20

**opportunity**
5:23 32:5
46:22
48:25

**oppose** 47:14

**opposed** 7:1

**option** 85:25

**order** 45:16

original
    44:4,16

originators
    19:13

Orleans   48:4

outlet   50:8

outlets   69:5

over-the-
counter   76:8

owner   19:19
    33:18
    37:14
    38:19

ownership
    37:7,11
    70:19 80:4

---

P

p.m.   94:2

pages   17:19

paid   88:23

paint   20:16
    93:3

panel   68:10,
    14

paper   11:2
    33:7 51:16

papers   17:16
    19:11
    31:2,4

paperwork
    28:6 29:22

paragraph
    18:9

parentheses
    40:5

part   10:3
    19:22
    33:14
    34:16,25
    35:5,14
    63:8

part-time
    13:13

partially
    83:9

participated
    12:7

parties   4:13

partner   92:8
    93:5

parts   25:8

Patriot
    16:24 17:1
    18:11
    19:4,14,
    20,22
    30:11
    33:19
    34:14,25
    40:24 41:4
    65:25
    66:2,5,6,9

paying   70:2

payment
    84:24,25

89:3

payments
    38:6 70:11
    83:13,14,
    15,16,22,
    25 84:11,
    21 85:7

PC   55:1

PDF   42:15
    45:18

people   9:9
    27:14 51:5
    91:11

period   23:19

permit   32:21
    34:6,13
    39:2 40:22
    41:4

person   36:11
    37:18 38:6
    59:18
    78:25

personal
    26:15
    53:7,15,18
    54:7 83:4
    89:13

personally
    62:7 69:2

pertinent
    9:5

phone   8:14,
    16 34:18

photograph
    58:1,7,10,
    23,25

photographs
    57:11,14
    59:21
    60:2,4
    64:3 82:8,
    14,25

photos   58:13
    60:13

physical
    71:17

physically
    19:15

pick   20:3,
    11

picked   20:5,
    13,15

picking
    15:21

pictures
    39:6,11
    76:12

piece   5:23

pieces   33:7

piping   66:24

place   13:19
    14:23
    15:4,6
    20:2 27:6,
    7 32:23
    33:22
    34:14

36:22 37:6
38:12,22
74:24
75:10
78:19

places  75:15

plain  16:20

plaintiff
51:21
58:17
60:18 64:8
78:8 81:22

plaintiffs
4:10

Plasterboard
4:6

plastic
66:24

plenty  48:8

plug  50:7
63:7

plumbing
66:12,22
67:4,7

point  7:6,
17,21
12:17 14:8
16:13
24:21 31:4
36:5 43:1
44:23
48:19
61:15
77:12

88:18 91:4
93:8

points  7:20

polite  75:4

position
49:7

possibility
28:2 30:9

possibly
72:6

post  59:13

Post-it
58:10

potentially
32:7 36:22

prediabetes
76:7

premarked
22:18
32:20

prepare  8:8,
23 9:1
11:16

presence
74:22

present  8:16
23:8 54:18
55:5 60:23
93:11

presented
31:3

presents
31:18

pressure
76:6

pretty  75:4

prevent  6:9

previous
14:18

previously
64:9 81:21

primary  74:5

prime  92:10

printed  11:3

prior  8:7
14:5 15:14
37:14,22
83:13,21

problem  28:8
71:19,21
75:7

problems
21:21 38:8
67:12
69:11
71:17

proceed  31:7

proceedings
7:10

process
15:19,20
90:3

produce
46:14
47:12,16,
25 49:9

produced
9:17 11:5
17:7 32:2
47:5 49:10
57:14 82:7

Product  82:3

products
20:23

professional
50:20

profile
51:21
58:17
60:18 64:9
78:8 81:22

program
84:13,19,
22

properly
89:25

property
13:18 55:4
70:19
78:14,17
80:4,9,24
81:4,5,9,
13,16
82:19
83:5,8,17
86:7
87:13,20
88:4,9,11,
15 89:14

provide
31:13

Case 2:09-md-02047-EEF-MBN   Document 23300-12   Filed 03/23/22   Page 45 of 84

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020        Index: provided..receptacles

provided
  31:15
  82:11,20,
  25 87:10

public  18:24

pull  17:4,7
  31:1 32:17
  42:15,19
  51:8 57:12
  62:5 64:10
  77:22

pulled  50:7
  56:5

purchase
  15:25 17:6
  69:25 80:3

purchased
  9:11,15
  10:2 11:14
  15:18,24
  16:5,7
  17:2 18:7
  20:9,12,19
  21:7
  23:20,21
  24:9,12
  26:16
  27:24
  37:23
  38:19
  40:13
  69:24 70:7
  81:13
  88:19,21,
  24 89:3

purchases

29:3

purchasing
  40:11

pursued  54:8

pursuing
  53:15,18,
  25 85:22
  89:16

pushing
  91:10

put  16:4
  27:25
  28:14,15,
  16 29:21,
  23 30:6
  31:21
  32:13 39:3
  42:14
  43:16
  44:13,18
  45:4,11
  47:13 50:1
  65:25
  70:12 89:2

putting
  91:25

PVC  66:23

─────────────
      Q
─────────────

quality
  20:23

question  5:5
  6:20 7:6,
  14,25

20:18 39:1
  53:6,21
  54:2,16,22
  56:11
  60:20
  74:25 80:7
  86:25

questions
  5:9,19,22
  6:13,25
  7:7 8:5
  11:11
  31:5,17
  32:7 47:20
  49:4,8,17
  66:13 68:8
  91:16,22
  93:18

quick  29:12
  63:13

quickly
  32:14 46:8
  47:18 48:5

quit  27:13

quote  30:17

─────────────
      R
─────────────

rash  75:15,
  18

rashes  72:4

read  18:12
  33:22
  35:10
  54:19 65:6

real  29:12
  40:14,15,
  19

realize
  45:11

reason  14:12
  36:15,19
  41:12
  47:18
  48:19
  56:10

recall  46:8
  56:19 64:1
  67:18 70:7
  86:21

receipts
  43:7,14
  44:23
  46:18

receive
  35:25

received
  47:10
  83:14,21,
  24 84:14,
  18 85:8

receiving
  47:3 84:21
  85:3

recently
  17:18 38:1
  68:22

receptacles
  68:9,24

recess    42:11
  63:16
  91:14

recognize
  17:11  33:2
  51:10
  57:25  59:5
  77:24

recollection
  31:7  59:17
  85:3

recommended
  22:12

reconvene
  42:8  46:24

record    5:1
  6:17  9:10
  31:3,21
  46:16
  47:14
  48:11
  91:13

recording
  6:13

records    9:3,
  9,18  11:2,
  13,15
  22:10
  26:12,15,
  22,25  29:2
  30:23
  31:1,12
  32:1  35:15
  45:19
  46:10  89:1

recovered
  21:23

redone    37:5

refer    31:2

reference
  48:12

referenced
  29:16
  47:17

referencing
  49:2

referred
  47:1  50:24

referring
  55:15  88:9

reflect    88:3

reflected
  47:21

reiterate
  46:16

related    11:3
  32:8
  46:13,19
  51:23
  70:23  72:6
  73:13,21
  75:25
  83:16,18,
  25  84:5
  85:8  87:12
  93:21

relates
  16:15

relationship
  16:25

relevant
  49:6

remainder
  47:24

remains    49:3

remediated
  83:9

remember
  14:7  16:22
  21:16
  30:3,22
  35:22
  36:2,6
  40:18
  50:25
  52:10
  55:13,22
  71:6  79:3
  82:9
  84:21,23
  85:6  86:16
  88:20,22,
  23  89:2,6
  92:9

remotely
  4:15

removed    37:2
  60:11

renovate
  38:12

renovated
  38:10
  69:16

renovation
  38:14,18

rented
  37:21,25
  38:3

renting
  37:22
  38:5,7

repair    13:2,
  4  36:12,
  16,19
  89:12

repaired
  37:1

repairing
  30:12,18
  35:18

repairs    29:4

repeat    5:5
  86:25

rephrase    7:6

replace    9:16
  71:13

replaced
  27:15,18
  28:7,12,
  20,24
  46:3,6
  49:22
  67:22,25
  68:2,5
  89:21,24
  90:3,5,11
  93:22

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION
Darla Gibbs on 12/09/2020        Index: replacement..showing

replacement
  45:23

replacing
  30:12,18

reporter
  4:14 6:12,
  16 22:13
  45:13
  91:19,20

represent
  17:5 32:20
  51:20
  53:24 78:7
  88:8

representation
  49:19

representations  20:22

request  11:6
  31:11,22
  32:4 43:11

requested
  32:9 46:20
  48:23

requesting
  46:17

required
  47:12

reserve  47:7

residence
  74:5

result  67:13
  83:4 85:17
  86:8 87:21

93:23

retention
  82:3

retire  13:15

retired
  12:12,13,
  14

reverse
  70:12

review  10:23
  11:19 32:6
  46:23

reviewed
  11:13,21

rid  72:3

right-hand
  39:3 64:22

rightmost
  34:17

RL  65:2,12

rotten  25:4,
  7

rough  35:21,
  22,25

─────────────
─────────────
        s
─────────────

sale  80:3

samples
  50:14

sat  37:3
  38:9

scanning
  9:14

screen  17:8
  39:3 44:4
  59:1 64:11
  79:12

seasons  71:9

secretary
  12:25

section
  34:17
  39:5,16,17
  51:24
  52:19
  54:12,15
  60:19
  61:23
  64:13,21,
  22 65:20
  66:14,15,
  23 78:14
  80:2,3
  82:2 83:8,
  13 85:13
  90:22

seek  48:2

seeking  83:4
  86:22 87:3
  88:3,10

sell  76:22

selling
  76:17

send  9:19,
  21 10:21
  45:18

sense  7:2

separately
  79:7

September
  30:8

set  4:22
  31:4 37:3

settlement
  83:15
  84:13,18,
  22

Seventeen
  13:16

severe  75:17

SF  40:2

shape  73:24

share  5:20
  64:10

shortly  71:4

show  32:16
  33:14
  39:10
  57:11,13
  58:22
  77:21 79:7

showed  50:8
  64:3

showing
  16:20
  18:10 29:2
  32:19
  39:12 51:9
  58:23

77:25

**shown**  58:10
  60:1,6,14

**shut**  24:24

**side**  22:15
  39:4,13

**signature**
  18:24
  52:4,5,14
  79:8,12,
  14,15,17

**signatures**
  34:2

**signed**  19:5,
  10 52:7

**similar**  25:4
  64:2

**sinus**  71:19
  75:12,14

**sinuses**
  71:21

**sir**  5:11,25
  6:8,11,15
  7:3,16,23
  8:2,6,9,25
  9:19
  11:17,21,
  25 12:6,9,
  12,24
  13:21,23
  14:3,24
  15:2,15,
  20,23
  16:8,19,24

17:3,10,
13,23
18:1,4,8,
14,17,21
19:1,7,25
21:1,4,8
23:2,25
24:10
25:10,13,
19,23 26:7
27:6,12
28:6 29:1,
11 30:14,
16 33:1,4,
12,17,20,
23,25
34:4,8,11,
15,20,23
35:2,8,11
36:14,24
37:10
38:13,16
39:21,25
40:4,7
41:5,11,
18,20
42:25
43:6,10
44:2,15,
19,22
45:1,25
46:4
50:13,16,
18 51:1,11
52:2,6,9,
12,17,21,
25 53:9,13
54:14,20,

23 55:2,7,
18 56:1,
16,18
57:1,4,10
58:2,5,12,
18,21
59:2,7,13,
16,19,23
60:3,7
61:1,3,7,
12,18,22
62:2,8,11,
14,17,25
63:4,22
64:17,25
65:4,8,10,
16,19
66:1,4,17,
21 67:2,5,
14,23
68:1,3,12,
16 69:1,3,
9,19,23
70:4,17,
21,24
71:2,7
72:19
73:8,15
74:6,9,21
76:2,18,24
78:3,16
79:2,4,10,
13,16,20,
23 80:6,
11,14
81:1,5,11,
14,20,25
82:5,10,

13,16,22
83:2,6,20,
23 84:10,
16 85:2,
15,21
86:4,10,
13,15
87:9,15,24
88:2,16
90:16 91:1
92:14,17

**sitting**  6:5
  13:22
  41:24

**situation**
  12:3 55:14
  86:1

**Sixteen**  74:3

**size**  15:8

**skin**  72:3
  75:18

**small**  13:13

**smaller**  15:5

**smell**  24:5,
  6,11,18,
  20,22
  25:3,5,7,
  8,11,12,
  15,17,18
  27:8 51:5
  71:5 75:5

**sofa**  89:23

**sofas**  90:8

**sold**  38:1,

```
 22 76:23              start   75:20        87:11              survivorship
                                                                17:22
sound  18:6           started             suffered
 40:8 53:1             10:7,10              83:16              swear   4:15
                       31:24 42:1
sounds   42:3          77:15              sulfur              switches
                                           50:20,24           68:10
source   84:13        state   4:25         51:2
                      61:25                                  sworn   4:17
speak   7:13          83:3,7              sulfuric            6:2
 8:12,22                                    50:10 90:9
                     stated                                  symptoms
speaker   8:19        21:13,24            summarized          72:5
                      22:10               89:14
speaking   9:2        26:22                                  synopsis
 11:18                54:25 63:1          summary             9:20 10:13
 93:24                                     10:1,5,12          11:4,11,14
                     statements           28:21,23           28:23
specific             63:20                31:15,24           29:16
 31:11,22                                  45:3 46:2          42:14,21
 35:21 64:7          states   12:16
                      19:2               supplemental        system   27:25
specifically         33:15,18            78:7                28:1,3,14
 52:19,22            45:23                                   29:3
 54:11              51:18               supplied            66:12,13,
                     64:14 65:1          65:18               22 68:7
spell   72:17       78:8                                     69:11,12
                                        supplier
spreadsheet         stipulate            64:23              systems   67:7
 29:15               4:13                65:12
 44:13,17,                                                  ────────────
 18,22,24           Stockett            supplier's
                      65:2,13            65:1                      T
spreadsheets                                               ────────────
 43:16              stop   7:22         support
                                         49:11              T-O-R-B-E-R-T
springtime          story   39:19       87:7,17             72:18
 71:19                                   88:14
                    Street   65:6                          Tai'an   4:5
square   39:22                         supporting
 40:1,9,12          structural          46:18              Taishan   4:4,
 20 41:7,9,          69:18              47:16,20            5,7 56:20,
 17 64:12,                                                 23,25
 14,15              stuff   85:11      surgery             59:15,20
 69:20                                  21:23              60:1,9,14
 90:22,23           submission                             61:25
                                                           62:19
```

63:23

taking   6:17
8:3 33:9
63:7 75:25
93:16

talk   20:8
42:17
91:23

talked   11:14
23:13,21
27:8 30:1
34:17
36:17,21
64:19
91:23

talking
10:1,5
12:4 21:24
24:19
28:22
49:16 88:7

tapped   47:2

telephone
8:11

telling
79:18

ten   42:4
70:8

term   70:6

tested   50:12

testified
4:18

testifying
6:10

testimony
49:11

theories
25:16

thing   64:7

things   6:21
9:4,15,20
20:17 24:4
27:9 28:19
72:5 75:2
76:9 77:2,
3 89:6,20,
25 90:12
93:4

Thirteen
89:4

thought   24:5
71:5

till   74:12

time   4:24
5:5,7
12:10,22
13:7,13
14:2 16:7,
11 18:6
19:19
20:14 21:7
23:8,10,
19,20 26:6
27:24
42:2,18
44:13,20
47:4,5
48:8 49:3
53:10

58:19
60:10 64:7
67:17
75:18,21
80:19,22
81:16,23
84:22
88:12
89:4,18
90:20
92:21,24
93:16,18

times   29:17
71:9 75:18

timestamp
17:24 18:2

titled   90:22

today   6:3,10
8:5,24 9:2
11:24
13:22 15:4
49:4,12
53:14
64:19 67:7
70:3,11
76:23
87:4,16
93:17

toilet
67:10,11,
12,25

told   25:11
26:12,14,
17 30:4
35:17
40:11,12,

19 49:25
50:4 65:17
76:22 90:4

top   17:20
33:10
45:22 86:6

Torbert
72:16,17
74:17

total   35:6,
13 39:22
41:7 44:8
85:18 86:9
87:7,22

totals   43:4

track   38:6

transfer
80:3

treasurer
38:5

treating
71:22 76:5

trial   5:12

trouble   5:4

true   52:15
54:2

truth   6:2,7
79:18

truthfully
6:10 8:5

TTP   4:7

turn   52:19
54:10

77:18,19
78:12 82:1
93:9

turning   69:8

two-car
64:20

types   67:4

**U**

uh-huh   6:22
81:7

unclear   6:23
7:5

underlying
43:3

understand
5:19 6:1,
7,12 7:8
8:4 45:10
48:21 91:4

understanding
19:18
34:24
37:24
40:21
53:14,25
61:8 81:2

understood
5:16 8:21
44:12
80:23

unit   27:23
30:7

United   12:15
51:18 78:8

unusual
27:10

updated
10:19

**V**

Vaguely
84:23

variety
66:18

vehicles
38:17

verification
52:14
79:17

verify   26:24

version
44:4,5

VI   64:13
66:15
83:13

VII   85:13

VIII   65:20
90:22

visit   24:8

visited
23:16
92:25

visiting
20:14

**W**

waiting
41:24

wall   63:7

wallboard
16:2,9,10,
13,15,16,
20 21:13
22:4,9
26:8 28:2
30:10 36:4
50:3,5,10,
11,14 51:7
56:6,7,8
57:7 60:11
62:6 70:15
72:7 89:19

walls   50:15
63:3,6,9,
11 68:25
76:13,14

wanted
22:14,22
23:20
42:13,16
43:2,4,25
54:1 63:19
64:13,21
69:15 75:3
91:16,22

wanting
53:23

warm   24:15

warranty

17:6,21
18:11,19
22:16
27:15,19

washed
90:12,14

watched   15:7

water   67:16

waterline
67:11,24

Waverly
13:19
14:22 15:4
27:6,7
32:22
33:21
34:14
36:22 37:6
38:12,22
74:24
78:18

window   39:12

windows   16:3
24:15,17,
25 77:11,
16

wire   50:8
63:8

wires   68:11

word   88:6

words   6:19
56:25

work   12:11,
22 19:16

49:22
86:19
92:11

worked  13:13
40:24

working
19:24
24:14 69:5

worse  25:1
75:22

worth  9:13

write  86:16

written
6:17,23
33:10

wrong  44:10

———————————

Y

yard  14:15,
17

year  27:12,
17 30:9
71:9

years  5:8
9:5,20
10:7 13:16
14:21
23:14
24:22
37:21 38:9
64:6 67:20
70:8 72:23
73:1 75:17
89:4

years'  9:13

yesterday
8:11

you-all
13:19 52:7
91:6

young  12:15
37:22

———————————

Z

———————————

ZIP  78:20,
21,22

Zoom  4:23

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Gene Gibbs on 12/09/2020**

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE: CHINESE            § MDL NO. 2047
     MANUFACTURED DRYWALL      § SECTION: L
 4   PRODUCTS LIABILITY        §
     LITIGATION                § JUDGE FALLON
 5                             § MAG. JUDGE WILKINSON
     ~~~~~~~~~~~~~~~~~~~~~~~~~
 6
                        DEPOSITION OF
 7                       GENE GIBBS
                    CONDUCTED REMOTELY
 8

 9                     1:05 p.m. EST
          Wednesday, the 9th day of December 2020
10

11

12

13       Blanche J. Dugas, CRR, RPR, CCR No. B-2290

14

15

16

17

18

19

20

21

22

23

24

25
```

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Gene Gibbs on 12/09/2020**
**Pages 2..5**

---

**Page 2**

```
 1          APPEARANCES OF COUNSEL VIA VIDEOCONFERENCE
 2   On Behalf of the Plaintiffs:
         JAMES V. DOYLE, JR., Esquire
 3       Doyle Law Firm, PC
         Suite 1800
 4       3340 Peachtree Road, NE
         Atlanta, Georgia  30326
 5       (678) 799-7676
         (844) 638-5812 (facsimile)
 6       jimmy@doylefirm.com
 7   On Behalf of the Defendants Taishan Gypsum Co. and
     Tai'an Taishan Plasterboard Co.:
 8       MATTHEW D. LAWSON, Esquire
         CHRISTINA H. EIKHOFF, Esquire
 9       Alston & Bird, LLP
         One Atlantic Center
10       1201 West Peachtree Street, NW
         Atlanta, Georgia  30309-3424
11       (404) 881-7000
         (404) 881-7777 (facsimile)
12       matt.lawson@alston.com
         christy.eikhoff@alston.com
13
     On Behalf of the BNBM and CNBM Entities:
14       ANDREW K. DAVIDSON, Esquire
         Orrick, Herrington & Sutcliffe, LLP
15       The Orrick Building
         405 Howard Street
16       San Francisco, California  94105-2669
         (415) 773-5472
17       adavidson@orrick.com
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1                 INDEX OF EXAMINATION
 2   EXAMINATION                              PAGE
 3   EXAMINATION                                 4
     BY MR. LAWSON
 4
 5                     - - -
 6                 INDEX TO EXHIBITS
 7              (No exhibits marked.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1                Deposition of Gene Gibbs
                    December 9, 2020
 2
 3        MR. LAWSON:  Mr. Gibbs, thank you for
 4   taking the time to be able to be on this
 5   deposition today.  I appreciate your time.
 6        (Counsel for all parties stipulate
 7   that the Court Reporter is authorized to
 8   swear the witness remotely.)
 9              GENE GIBBS,
10   having been first duly sworn, was examined and
11   testified as follows:
12   EXAMINATION
13   BY MR. LAWSON:
14      Q.   Thank you, Mr. Gibbs.  I wanted to ask you
15   first, you've been sitting in on the entire deposition
16   next to your wife; correct?
17      A.   Yes.
18      Q.   And you've heard her testimony and my
19   questions so far today; correct?
20      A.   That is correct.
21      Q.   Do you have anything that you have been
22   wanting to add in addition to what your wife testified
23   to earlier or to correct that she said along the way?
24      A.   No.  Whatever she told you, I agree with
25   because we live in this household together.
```

---

**Page 5**

```
 1      Q.   That's a good answer from a husband.
 2        I wanted to ask you a little bit about the
 3   inspection that occurred in November of 2011 with
 4   Mr. Doyle.  Do you remember that?
 5      A.   Yes, I do.
 6      Q.   And were you present at the house on that
 7   day when Mr. Doyle came over to look at the drywall in
 8   your attic?
 9      A.   I was.
10      Q.   Can you tell me what happened that day.
11      A.   Mr. Doyle went up in the attic, pulled back
12   some insulation and looked at the drywall -- the
13   markings on the drywall and said, Yes, you have
14   Chinese drywall in your house.
15      Q.   Did you do anything else with Mr. Doyle
16   while he visited that day, without divulging any kind
17   of legal advice that he gave to you?
18      A.   I don't -- don't think there was anything
19   else.
20      Q.   And did Mr. Doyle come over to your house to
21   inspect it at any other point?
22      A.   Only that one time.
23      Q.   Has anyone else come over to inspect your
24   house other than Mr. Doyle?
25      A.   No.
```

---

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Gene Gibbs on 12/09/2020
Pages 6..9

Page 6

1    Q.   I wanted to ask you about John Carter.  When
2  is the first time that you remember speaking with John
3  Carter?
4    A.   Well, I went down to his place of business
5  to discuss the colors and the flooring and all of
6  that, and I talked with him and his office about which
7  type of flooring and everything and the granite and
8  the color of the walls and all of that.
9    Q.   And did you have any other discussions with
10  him before you purchased the house other than that
11  one?
12    A.   Not really, no.
13    Q.   Do you know how long before you purchased
14  the home that discussion happened at his office?
15    A.   Say that again.
16    Q.   How soon before you purchased the home did
17  that discussion happen at his office?
18    A.   I don't know.  A week or month.  I don't
19  really know.
20    Q.   And when you moved into the home, was
21  everything completed, as far as the building and
22  finishing of the home?
23    A.   Yes.  We had a home inspection at that time.
24    Q.   Did the home inspection tell you anything
25  about there being Chinese drywall in the home?

Page 7

1    A.   No.
2    Q.   Did the home inspection mention the smell in
3  the home to you?
4    A.   No, because as a new home -- and we've had
5  new home homes before and they all have an odor to
6  them, and so we didn't expect anything to be unusual
7  in that.
8    Q.   And do you remember having any conversations
9  with John Carter after you moved into the home before
10  in 2011 when he told you about the potential Chinese
11  drywall issue in your house?
12    A.   No.  He told us that we had Chinese drywall
13  and that was pretty much the end of the conversation.
14    Q.   Do you know if Patriot Homes or Mr. Carter
15  were involved with building any other homes in your
16  neighborhood other than the three that we talked about
17  at 701, 703 and 705 Waverly Place?
18    A.   Not that I'm aware of, no.
19    Q.   You never heard that he built any other
20  homes in your neighborhood?
21    A.   No.
22    Q.   Have you ever heard that any other homes in
23  your neighborhood has Chinese drywall issues?
24    A.   None of them do.
25    Q.   Have you ever heard of any other homes in

Page 8

1  your area outside of your neighborhood that have had
2  Chinese drywall issues?
3    A.   No.
4    MR. LAWSON:  All right, Mr. Gibbs.  I
5  don't believe I have any further questions
6  for you at this time.  Like I -- we said
7  with Mrs. Gibbs, we're going to look at the
8  materials that you-all have related to
9  repairs or replacements in your home, and
10  we will likely have some follow-up
11  questions for that.
12    But I appreciate your time today and I
13  will open it up to our co-defendants or to
14  Mr. Doyle to be able to ask you any further
15  questions.
16    MR. DAVIDSON:  No questions here.
17  Thanks, Matt.
18    MR. DOYLE:  All right.  So we're done
19  today.
20    MR. LAWSON:  I think we're done for
21  today.  We're obviously holding things open
22  until we get a look at those additional
23  materials and we look forward to seeing
24  them.  Thank you-all so much for your time
25  today and your patience when we were having

Page 9

1  those technical difficulties at the
2  beginning of the day.  And I hope that
3  everyone has a great day from here that
4  doesn't involve sitting in front of a Zoom
5  screen for the rest of the day.
6    (Deposition concluded at 1:12 p.m.)

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
**Gene Gibbs on 12/09/2020**                                                      **Pages 10..13**

---

**Page 10**

1              DISCLOSURE

2

3        Pursuant to Article 10.B of the Rules
   and Regulations of the Board of Court
   Reporting of the Judicial Council of
4  Georgia which states:  "Each court reporter
   shall tender a disclosure form at the time
5  of the taking of the deposition stating the
   arrangements made for the reporting
6  services of the certified court reporter,
   by the certified court reporter, the court
7  reporter's employer or the referral source
   for the deposition, with any party to the
8  litigation, counsel to the parties, or
   other entity.  Such form shall be attached
9  to the deposition transcript." I make the
   following disclosure:

10

        I am a Georgia Certified Court
11 Reporter.  I am here as a representative of
   Huseby Global Litigation.  Huseby Global
12 Litigation was contacted to provide court
   reporting services for the deposition.
13 Huseby Global Litigation will not be taking
   this deposition under any contract that is
14 prohibited by O.C.G.A. 9-11-28(c).
15      Huseby Global Litigation has no
   contract/agreement to provide reporting
16 services with any party to the case, any
   counsel in the case, or any reporter or
17 reporting agency from whom a referral might
   have been made to cover this deposition.
18
        Huseby Global Litigation will charge
19 its usual and customary rates to all
   parties in the case, and a financial
20 discount will not be given to any party to
   this litigation.
21
22

23              Blanche J. Dugas
                CCR No. B-2290
24

25

---

**Page 11**

1  STATE OF GEORGIA:

2  COUNTY OF FULTON:

3

4        I hereby certify that the foregoing

5     transcript was reported, as stated in the

6     caption, and the questions and answers

7     thereto were reduced to typewriting under

8     my direction; that the foregoing pages

9     represent a true, complete, and correct

10    transcript of the evidence given upon said

11    hearing, and I further certify that I am

12    not of kin or counsel to the parties in the

13    case; am not in the employ of counsel for

14    any of said parties; nor am I in any way

15    interested in the result of said case.

16

17

18

19

20       BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25

---

**Page 12**

1              CAPTION

2

3        The Deposition of GENE GIBBS, taken in the

4  matter, on the date, and at the time and place set out

5  on the title page hereof.

6        It was requested that the deposition be

7  taken by the reporter and that same be reduced to

8  typewritten form.

9        It was agreed by and between counsel and

10 the parties that the Deponent will read and sign the

11 transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**Page 13**

1              CERTIFICATE

2  STATE OF GEORGIA

3  COUNTY OF FULTON

4        Before me, this day, personally appeared,

5  GENE GIBBS, who, being duly sworn, states that the

6  foregoing transcript of his deposition, taken in the

7  matter, on the date, and at the time and place set out

8  on the title page hereof, constitutes a true and

9  accurate transcript of said deposition.

10

11  _____

12  GENE GIBBS

13

14        SUBSCRIBED and SWORN to before me this

15  _____day of_____, 20___ in the

16  jurisdiction aforesaid.

17

18  _____     _____

19  My Commission Expires      Notary Public

20

21  *If no changes need to be made on the following two

22  pages, place a check here _____, and return only this

23  signed page.*

24

25

---

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Gene Gibbs on 12/09/2020                                    Pages 14..16

Page 14

```
1              DEPOSITION ERRATA SHEET
2
3   Our Assignment No.  323629
4   Case Caption:  IN RE: Chinese Manufactured drywall
5              Products Liability Litigation
6
7   Witness:  GENE GIBBS - 12/09/2020
8        DECLARATION UNDER PENALTY OF PERJURY
9   I declare under penalty of perjury that I have read
10  the entire transcript of my deposition taken in the
11  captioned matter or the same has been read to me, and
12  The same is true and accurate, save and except for
13  changes and/or corrections, if any, as indicated by me
14  on the DEPOSITION ERRATA SHEET hereof, with the
15  understanding that I offer these changes as if still
16  under oath.
17
18  Signed on the _____ day of
19  _____, 20___.
20
21  _____
22  GENE GIBBS
23
24
25
```

Page 16

```
1              DEPOSITION ERRATA SHEET
2   Page No._____Line No._____Change to:_____
3   _____
4   Reason for change:_____
5   Page No._____Line No._____Change to:_____
6   _____
7   Reason for change:_____
8   Page No._____Line No._____Change to:_____
9   _____
10  Reason for change:_____
11  Page No._____Line No._____Change to:_____
12  _____
13  Reason for change:_____
14  Page No._____Line No._____Change to:_____
15  _____
16  Reason for change:_____
17  Page No._____Line No._____Change to:_____
18  _____
19  Reason for change:_____
20  Page No._____Line No._____Change to:_____
21  _____
22  Reason for change:_____
23
24  SIGNATURE:_____DATE:_____
25  GENE GIBBS
```

Page 15

```
1              DEPOSITION ERRATA SHEET
2   Page No._____Line No._____Change to:_____
3   _____
4   Reason for change:_____
5   Page No._____Line No._____Change to:_____
6   _____
7   Reason for change:_____
8   Page No._____Line No._____Change to:_____
9   _____
10  Reason for change:_____
11  Page No._____Line No._____Change to:_____
12  _____
13  Reason for change:_____
14  Page No._____Line No._____Change to:_____
15  _____
16  Reason for change:_____
17  Page No._____Line No._____Change to:_____
18  _____
19  Reason for change:_____
20  Page No._____Line No._____Change to:_____
21  _____
22  Reason for change:_____
23
24  SIGNATURE:_____DATE:_____
25  GENE GIBBS
```

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Gene Gibbs on 12/09/2020                    Index: 1:12..happened

**1**

1:12   9:6

**2**

2011   5:3
  7:10
2020   4:1

**7**

701   7:17
703   7:17
705   7:17

**9**

9   4:1

**A**

add   4:22
addition
  4:22
additional
  8:22
advice   5:17
agree   4:24
area   8:1
attic   5:8,11
authorized
  4:7
aware   7:18

**B**

back   5:11
beginning
  9:2
bit   5:2
building
  6:21 7:15
built   7:19
business   6:4

**C**

Carter   6:1,3
  7:9,14
Chinese   5:14
  6:25 7:10,
  12,23 8:2
co-defendants
  8:13
color   6:8
colors   6:5
completed
  6:21
concluded
  9:6
conversation
  7:13
conversations
  7:8
correct
  4:16,19,
  20,23

counsel   4:6
Court   4:7

**D**

DAVIDSON
  8:16
day   5:7,10,
  16 9:2,3,5
December   4:1
deposition
  4:1,5,15
  9:6
difficulties
  9:1
discuss   6:5
discussion
  6:14,17
discussions
  6:9
divulging
  5:16
Doyle   5:4,7,
  11,15,20,
  24 8:14,18
drywall   5:7,
  12,13,14
  6:25 7:11,
  12,23 8:2
duly   4:10

**E**

earlier   4:23

end   7:13
entire   4:15
EXAMINATION
  4:12
examined
  4:10
expect   7:6

**F**

finishing
  6:22
flooring
  6:5,7
follow-up
  8:10
forward   8:23
front   9:4

**G**

gave   5:17
Gene   4:1,9
Gibbs   4:1,3,
  9,14 8:4,7
good   5:1
granite   6:7
great   9:3

**H**

happen   6:17
happened

**IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**
Gene Gibbs on 12/09/2020                               Index: heard..taking

5:10 6:14

**heard** 4:18
7:19,22,25

**holding** 8:21

**home** 6:14,
16,20,22,
23,24,25
7:2,3,4,5,
9 8:9

**homes** 7:5,
14,15,20,
22,25

**hope** 9:2

**house** 5:6,
14,20,24
6:10 7:11

**household**
4:25

**husband** 5:1

---
**I**

**inspect**
5:21,23

**inspection**
5:3 6:23,
24 7:2

**insulation**
5:12

**involve** 9:4

**involved**
7:15

**issue** 7:11

**issues** 7:23
8:2

---
**J**

**John** 6:1,2
7:9

---
**K**

**kind** 5:16

---
**L**

**LAWSON** 4:3,
13 8:4,20

**legal** 5:17

**live** 4:25

**long** 6:13

**looked** 5:12

---
**M**

**markings**
5:13

**materials**
8:8,23

**Matt** 8:17

**mention** 7:2

**month** 6:18

**moved** 6:20
7:9

---
**N**

**neighborhood**
7:16,20,23
8:1

**November** 5:3

---
**O**

**occurred** 5:3

**odor** 7:5

**office** 6:6,
14,17

**open** 8:13,
21

---
**P**

**p.m.** 9:6

**parties** 4:6

**patience**
8:25

**Patriot** 7:14

**place** 6:4
7:17

**point** 5:21

**potential**
7:10

**present** 5:6

**pretty** 7:13

**pulled** 5:11

**purchased**
6:10,13,16

---
**Q**

**questions**
4:19 8:5,
11,15,16

---
**R**

**related** 8:8

**remember** 5:4
6:2 7:8

**remotely** 4:8

**repairs** 8:9

**replacements**
8:9

**Reporter** 4:7

**rest** 9:5

---
**S**

**screen** 9:5

**sitting** 4:15
9:4

**smell** 7:2

**speaking** 6:2

**stipulate**
4:6

**swear** 4:8

**sworn** 4:10

---
**T**

**taking** 4:4

talked  6:6
  7:16

technical
  9:1

testified
  4:11,22

testimony
  4:18

things  8:21

time  4:4,5
  5:22 6:2,
  23 8:6,12,
  24

today  4:5,19
  8:12,19,
  21,25

told  4:24
  7:10,12

type  6:7

_____
        U
_____

unusual  7:6

_____
        V
_____

visited  5:16

_____
        W
_____

walls  6:8

wanted  4:14
  5:2 6:1

wanting  4:22

Waverly  7:17

week  6:18

wife  4:16,
  22

_____
        Y
_____

you-all  8:8,
  24

_____
        Z
_____

Zoom  9:4

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
**Darla Gibbs- Vol. 2 on 01/26/2021**

```
 1            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
      IN RE:                      )
 3    CHINESE-MANUFACTURED        )
      DRYWALL, PRODUCTS           )
 4    LIABILITY LITIGATION        )
      EDUARDO AND CARMEN          )
 5    AMORIN, ET AL.,             )   No.
      INDIVIDUALLY AND ON         )   2:11-cv-01395-EEF-JCW
 6    BEHALF OF OTHERS            )
      SIMILARLY SITUATED,         )
 7                                )
           Plaintiffs,            )
 8                                )
      vs.                         )
 9                                )
      TAISHAN GYPSUM CO.,         )
10    LTD. F/K/A SHANDONG         )
      TAIHE DONGXIN CO.,          )
11    LTD.; TAIAN TAISHAN         )
      PLASTERBOARD CO, LTD,       )
12    ET AL,                      )
                                  )
13         Defendants.            )

14

15                     - - -

16

17        Continuation of the Videoconference

18                  Deposition of

19                  DARLA GIBBS

20             (Taken by Defendants)

21              Atlanta, Georgia

22              January 26, 2021

23                  Volume 2

24   Reported by:   Lynne C. Fulwood

25              Certified Court Reporter
```

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
**Darla Gibbs- Vol. 2 on 01/26/2021          Pages 99..102**

**Page 99**

```
 1   STATE OF GEORGIA
 2   COUNTY OF COBB
 3   CONTINUATION OF THE VIDEOCONFERENCE DEPOSITION OF
 4   DARLA GIBBS
 5
 6                  Pursuant to Article 8.B of the RULES AND
 7   REGULATIONS OF THE BOARD OF COURT REPORTING OF THE
 8   JUDICIAL COUNCIL OF GEORGIA, I make the following
 9   disclosure:
10                  I am a Georgia Certified Court Reporter.
11   I am here as a representative of Huseby Global
12   Litigation.
13                  Huseby Global Litigation was contacted by
14   the offices of ALSTON & BIRD, LLP, to provide court
15   reporting services for this deposition.  Huseby
16   Global Litigation will not be taking this deposition
17   by O.C.G.A. 15-14-37 (a) and (b).
18
19
20
21
22
23
24
25
```

**Page 100**

```
 1   ON BEHALF OF THE PLAINTIFFS:
 2         JAMES DOYLE - videoconference
           Attorney at Law
 3         Doyle Law Firm, PC
           2100 Southbridge Parkway
 4         Suite 650
           Birmingham, Alabama 35202
 5         205-533-9500
           Jimmy@doylefirm.com
 6
     ON BEHALF OF THE DEFENDANT TAISHAN GYPSUM:
 7
           MATTHEW LAWSON - videoconference
 8         CHRISTINA EIKHOFF - audio
           Attorneys at Law
 9         Alston & Bird
           1201 West Peachtree Street, N.W.
10         Suite 4200
           Atlanta, Georgia 30309
11         Matt.lawson@alston.com
           Christy.eikhoff@alston.com
12
     ON BEHALF OF THE DEFENDANTS BEIJING NEW BUILDING
13   MATERIALS PUBLIC LIMITED COMPANY, BEIJING NEW
     BUILDING MATERIALS GROUP CORPORATION, AND CHINA
14   NATIONAL BUILDING MATERIALS COMPANY, LIMITED:
15         ANDREW DAVIDSON - videoconference
           Attorney at Law
16         Orrick, Harrington & Sutcliffe
           The Orrick Building
17         405 Howard Street
           San Francisco, California 94105-2669
18         415-773-5700
           Adavidson@orrick.com
19
     ALSO PRESENT:
20
           Mr. Gibbs
21
22
23
24
25
```

**Page 101**

```
 1                  - - -
 2            Continuation of the Videoconference
 3   Deposition of DARLA GIBBS, taken by the
 4   Defendants, at 1201 West Peachtree Street,
 5   N.W., Suite 4200, Atlanta, Georgia 30309,
 6   on the 26th day of January 2021, at 2:30
 7   p.m., before Lynne C. Fulwood, Certified
 8   Court Reporter.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 102**

```
 1            INDEX TO EXHIBITS
 2   Exhibit 8     Amended Supplemental Plaintiff
                   Profile Form              105
 3
 4
 5         INDEX TO PREVIOUSLY MARKED EXHIBITS
 6   Exhibit 3     Spreadsheet                107
 7
 8
            INDEX TO EXAMINATION
 9
     Examination by Mr. Lawson              103
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
**Darla Gibbs- Vol. 2 on 01/26/2021          Pages 103..106**

```
1              P R O C E E D I N G S,
2                    - - -
3         (Whereupon, counsel for all parties
4     stipulates that the Court Reporter is
5     authorized to swear the witness remotely.)
6              DARLA GIBBS,
7     having first been duly sworn, was deposed and
8     examined as follows:
9              EXAMINATION
10    BY MR. LAWSON:
11        Q    Welcome back, Mrs. Gibbs.  I appreciate
12    you all being back here today for the continuation of
13    your deposition that we started back in December.  So
14    obviously very similar setup to last time around.  We
15    are on a Zoom call again and pretty much the same
16    rules as previously with the deposition, meaning, you
17    know, we're going to do our best to speak clearly and
18    verbally to make sure that the transcription can
19    catch everything that we're saying between each
20    other.
21             While I anticipate that this will not
22    take very long, if you need a break at any point, let
23    me know.  And also if you hear your attorney, Mr.
24    Doyle, objecting at any point, please make sure to
25    pause and let him complete his objection.  And then
```

```
1     at that point, unless he's instructed you not to
2     answer, I'll ask you to answer the question, or if at
3     any point you need it I could repeat my question so
4     you could hear it again.
5             Does that all sound okay?
6         A    Yes, sir.
7         Q    All right.  And to be clear again, I'm
8     going to be just talking to Mrs. Gibbs here at the
9     beginning and then if we have any followup with Mr.
10    Gibbs, we'll do that separately.  All right?
11        A    Thank you.
12        Q    Okay.  So just wanted to be able to
13    follow up quickly and make sure that there -- is
14    there any reason why you would not be able to testify
15    truthfully here today during the continuation of this
16    deposition?
17        A    I certainly hope not.
18        Q    All right.  Since the last time that we
19    spoke, have you collected any new documents that you
20    have produced to your attorney, Mr. Doyle?
21        A    I sent him whatever I had probably two
22    weeks after the last time that we were on because I
23    was taking care of my husband.  And it took me a
24    while to get back to where I could collect anything,
25    but I don't think there was anything that I added to
```

```
1     it that wasn't already there before.
2         Q    Okay.  And we'll get into the details of
3     what you have produced and go through that.
4             Have you met or spoken with Mr. Doyle to
5     be able to prepare for this deposition today, this
6     continuation?
7         A    Just what we have had since then, yes.
8         Q    And have you spoken with anyone else to
9     prepare for this deposition other than Mr. Doyle?
10        A    No, sir.
11        Q    All right.  So to begin with, I want to
12    go back to what was previously marked at the
13    beginning of last month's deposition or near the
14    beginning of it as Exhibit 3.  I'm going to pull that
15    up for you here and share it on the screen like we
16    did previously during last month's deposition, if
17    that's all right.  And bear with me for one moment.
18    All right.
19             (Whereupon, Exhibit No. 3 was previously
20         marked for identification by the court
21         reporter.)
22    BY MR. LAWSON:
23        Q    You should now be seeing the document
24    that was previously marked as Exhibit 3 during
25    December's deposition on your screen.  Do you see
```

```
1     that there?
2         A    Yes, sir.
3         Q    All right.  And do you recognize this
4     document?
5         A    Yes, sir.
6         Q    And what is this?
7         A    That's a spreadsheet that I created of
8     all the things that Mr. Doyle had asked me about
9     several years ago and then whatever was added onto
10    it.
11        Q    All right.  Now, we received this chart
12    that you had created on the morning of the deposition
13    that we had back in December.  And we asked you to be
14    able to collect any invoices or receipts that you had
15    showing proof of these different purchases that are
16    listed here.  Do you recall that?
17        A    Yes, sir.
18        Q    And here on this chart you had listed
19    this as replacements for electronic/electronic items
20    at the top of the chart.  Do you see that?
21        A    Yes, sir.
22        Q    Okay.  And then you listed various items
23    and the years that you purchased them; is that right?
24        A    Yes, sir.
25        Q    All right.  So it's my understanding that
```

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
Darla Gibbs- Vol. 2 on 01/26/2021                    Pages 107..110

Page 107

1  you have undertaken to try to find any receipts or
2  invoices that you have showing payments for the items
3  that are on this list?
4          A    Yes, sir.
5          (Whereupon, Exhibit No. 8 was marked for
6          identification by the court reporter.)
7  BY MR. LAWSON:
8          Q    Okay.  I'm now going to show you a new
9  document that is going to be marked as Exhibit 8.
10 Let me pull that up for you.  Okay.  We'll mark this
11 document as Exhibit 8.  I represent to you that this
12 is an Amended Supplemental Plaintiff Profile Form
13 that you and your attorney Mr. Doyle submitted to us
14 near the end of December, around December 22nd.  Do
15 you recognize this document from looking at it?
16         A    Yes.
17         Q    All right.  I'm going to take you down to
18 what I believe is your signature, which is found on
19 the seventh page of this document.  Do you see your
20 signature there?
21         A    Yes, sir.
22         Q    And it appears that you signed this
23 document on December 22nd, 2020; is that right?
24         A    Yes, sir.
25         Q    All right.  Now, we're going to go

Page 108

1  through a few different parts of this amended form,
2  but I wanted to begin by going down to page nine of
3  the document.
4          A    Yes, sir.
5          Q    And this is titled itemization of damages
6  or repair to home.  And in parentheses it says
7  appliances, fixtures, electrical system, AC system
8  and other.  Do you see that?
9          A    Yes, sir.
10         Q    All right.  So what did you list on this
11 document that we're looking at on page nine?
12         A    I listed the heating and air-conditioning
13 system.
14         Q    All right.  So we previously looked at
15 Exhibit 3, which was a list of different items that
16 you have replaced in your home that you claim were
17 damaged by defective Chinese drywall, correct?
18         A    Yes, sir.
19         Q    And would you agree that the items that
20 you've listed here across the supplemental plaintiff
21 profile form that we're looking at as Exhibit 8
22 replaced the chart that you had submitted previously
23 as Exhibit 3?
24         A    I'm not sure how I want to answer that.
25         Q    Okay.  Are there -- are the items that

Page 109

1  you have listed on this amended supplemental
2  plaintiff profile form that we're going to be looking
3  at today all of the personal property items that
4  you're seeking damages for that you believe were
5  damaged by defective Chinese drywall?
6          A    Yes, sir.
7          Q    And so if there were items listed on
8  the -- on Exhibit 3 that we looked at earlier, the
9  previous chart, that are not listed on this Exhibit
10 8, you are no longer seeking damages for those in
11 this action; is that right?
12         A    No, sir, that's not the -- that was not
13 the reason for leaving them off of this one.  The
14 reason for leaving them off of this one was I
15 couldn't get the receipts because they were over --
16 some were eight years old or better.  And so
17 therefore I did not have the receipts for those
18 things even though they had been damaged.
19         Q    Okay.  But you're seeking damages for the
20 items that you do have receipts for; is that right?
21         A    I was trying to be as honest as I could
22 by only asking for the ones that we had receipts.
23         Q    I appreciate that.  So that's a yes to my
24 question, that you're seeking damages for the items
25 that are listed that you have receipts for; is that

Page 110

1  right?
2          A    Yes.
3          Q    And you are not seeking damages for items
4  that you do not have receipts for; is that right?
5          A    Unfortunately, yes.
6          Q    All right.  So on this page on page nine
7  there is the HVAC unit listed under line item one.
8  And it says repair and replacement of multiple coils,
9  and the value that you put on there is $8,697.  Do
10 you see that?
11         A    Yes, sir.
12         Q    All right.  Now, I wanted to take a look
13 at the receipts that you have and invoices that
14 you've attached to this document.  And specifically
15 I'm going to be going to page I believe 18 -- excuse
16 me.  Yes, this is page 18 of this Exhibit 8.  And I'm
17 going to zoom out a little bit so you can see a
18 little bit more of page 18.  By looking at page 18
19 can you tell me what this is?
20         A    Well, that's for the washer and dryer.
21         Q    All right.  So this is not related to the
22 HVAC unit; is that right?
23         A    Right, no.
24         Q    Let's go then to page 20 and this lists
25 an invoice from Energy Savers of Georgia.  Do you see

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
**Darla Gibbs- Vol. 2 on 01/26/2021**          Pages 111..114

1  that?
2      A    Yes, sir.
3      Q    All right.  And specifically can you tell
4  me what this invoice is for?
5      A    That is the HVAC that was replaced.
6      Q    All right.  And this -- the date on this
7  invoice for the HVAC that you're saying was replaced
8  is July 13th, 2011.  Do you see that?
9      A    Yes, sir.
10     Q    And is this the current HVAC unit that
11  you have at your house?
12     A    Yes, sir.
13     Q    And does the HVAC unit work today?
14     A    Yes, sir.
15     Q    Have you had to do any repairs to this
16  unit since it was replaced?
17     A    Yes, sir.
18     Q    All right.  And why did you have to
19  replace it?
20     A    We had to replace the A coil because it
21  had copper in it and it quit and they replaced that.
22  They replaced it with one that is aluminum instead of
23  copper.
24     Q    Now, it says that you installed a Carrier
25  heat pump system.  Do you see that?

1      A    Yes, sir.
2      Q    What kind of unit did you have previously
3  in your home before July of 2011?
4      A    I don't remember what brand it was.
5      Q    And was that unit original to the house
6  when you purchased it, the one that you replaced?
7      A    Yes, sir.
8      Q    Now I'd like to turn your attention to
9  the next page, which is page 21 of this form.  And
10  I'm going to zoom out a little bit more to be able to
11  see the full document.  Now, what is this invoice?
12     A    It's extremely difficult to read.
13     Q    Let me zoom in for you so you can see it
14  a little bit closer and then we can scroll down if
15  needed.  Can you see that?
16     A    Yes.  This is when I believe -- let's
17  see, that's two years -- this is when they had to
18  replace the A coil on it.  Again, it was -- it was
19  second A coil.
20     Q    Okay.  So this is an invoice dated August
21  13th, 2013, correct?
22     A    Yes, sir.
23     Q    And under the description of the service
24  performed it states:  Completed cooling service,
25  checked refrigerant, checked and tightened electrical

1  components and connections, checked amp draw on
2  compressor, blew out drain line and flushed, cleaned
3  condenser coil and cleaned debris from outdoor unit,
4  checked blower assembly, checked air flow, checked
5  thermostat operation, checked and verified system
6  operation.
7          Did I read that correctly?
8      A    Yes, sir.
9      Q    Now, they don't say that they replaced
10  the coil here, do they?
11     A    No, I don't know.  I'd have had to look
12  down and think what was the amount that was on this.
13     Q    Let's go to the bottom of the page.
14     A    (Inaudible) show me.
15     Q    Yes.  Now, looking at the bottom of the
16  page, it says a total.  I'm zooming in here for you.
17     A    Okay.  All right.  Now I understand.
18  That's when they first came out to check it out.  And
19  I do believe that -- oh, I'm not sure.  I'm not sure.
20     Q    Okay.  So they didn't charge you for
21  this, correct?
22     A    Here is the -- they came out every --
23  twice a year to check our system out automatically
24  when it was heating air-conditioning systems.  And
25  I'm not sure on that.  That may have been just one of

1  those that they did an automatic check.
2      Q    And you'd agree on this invoice they
3  didn't charge you for any of these services, correct?
4      A    They did not charge us for that.
5      Q    And that was part of some kind of
6  maintenance plan, is that right, that they'd come out
7  twice a year?
8      A    Yes, sir.  We have them come out even
9  today.
10     Q    All right.  Now, let's go down to the
11  next page, which is page 22.  This appears to also be
12  an Energy Savers of Georgia invoice and it's dated
13  June 21st, 2014.  I'm going to scroll down a little
14  bit for you so you can see a description of the work.
15  And maybe you can tell us what exactly this was for.
16     A    Okay.  This is when they replaced the A
17  coil.  This is when they -- the second A coil.
18     Q    So in 2014 they needed to replace the
19  coil in your AC -- HVAC unit again or they needed to
20  replace it; is that right?
21     A    Yes, sir.  And if you notice it's a
22  tin-plated evaporator coil replacement, not the --
23  and that was when they came out with this and we
24  never had a problem with it again.
25     Q    Okay.  So when they installed the unit in

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
Darla Gibbs- Vol. 2 on 01/26/2021                    Pages 115..118

Page 115

1  2011, did they use a copper coil when they installed
2  it?
3         A    Yes, sir.
4         Q    All right.  But then when they did this
5  replacement in 2014, they installed a tin coil?
6         A    Yes, sir.  And we had to wait a little
7  bit longer to get that.  And it was extremely hot
8  when they did that.
9         Q    Right, because this was June 2014; is
10 that right?
11        A    Oh, yeah.
12        Q    All right.  Looking down, the total that
13 is listed on this particular invoice is $2,555.06.
14 Do you see that?
15        A    Yes, sir.
16        Q    And that concludes the invoices related
17 to the air-conditioning unit that you've attached,
18 correct?
19        A    Yes.
20        Q    Now, going back to what we were looking
21 at previously on page nine, you listed the total
22 value across the HVAC unit repairs and replacements
23 as $8,697; is that right?
24        A    Yes, sir.
25        Q    And we looked at two different items just

Page 116

1  now that totaled a little bit less than that total
2  amount.  They totaled $8,370.  My question to you is:
3  Do you know where the remaining $327 comes into play
4  that would be totaled to $8,697 on this chart here?
5         A    Not right off my -- not off the top of my
6  head right now, no.
7         Q    Okay.  And do you think you have any
8  other receipts or invoices related to the HVAC unit
9  that -- any replacement or repairs related to that?
10        A    I would have to go back to the file.
11        Q    But when you did look before -- after our
12 previous deposition, the only ones that you found
13 were the ones that we've looked at so far today?
14        A    I guess.
15        Q    Can you think of any other invoices other
16 than the ones that we've looked at that you've
17        A    We've had -- we've had the -- we've had
18 the annual repairs on it every year, but that would
19 not -- I would not have included that in that price.
20 I can guarantee you that because I felt like that was
21 something that we would have done for any system.  I
22 don't know what the difference is.  Maybe I made a
23 miscalculation when I was adding them up.  I don't
24 know.
25        Q    All right.  Let's go on to page 11 of

Page 117

1  this document, which is another chart that you've
2  included.  This one is titled Itemization of Damaged
3  Personal Property.  Do you see that there?
4         A    Yes, sir.
5         Q    All right.  And then you have two
6  different items here.  The first one under line item
7  one is washer/dryer replacement.  And that's listed
8  at the value of $2,826.  Do you see that?
9         A    Yes, sir.
10        Q    All right.  And then the second item is
11 computer replacement, and it's listed as $1,496.  Do
12 you see that?
13        A    Yes, sir.
14        Q    All right.  And between the HVAC unit,
15 the washer/dryer replacement and the computer
16 replacement, you've listed three different items that
17 you're seeking -- personal property items that you're
18 seeking damages for in this action; is that right?
19        A    Yes, sir.
20        Q    All right.  I wanted to first ask you
21 about this washer and dryer replacement.  Can you
22 tell me about what happened with the original washer
23 and dryer that you had in your house?
24        A    The washer quit.  I am trying to
25 remember.  I know it was December, I do believe, when

Page 118

1  it went out.  And it -- and the very next day I
2  was -- I had taken the clothes out of the washer.  It
3  was still sopping wet, rung them out the best I
4  could, put them in the dryer to get them dried and it
5  quit.  Both of those within 24 hours, the washer and
6  the dryer.  They were both Bosche units.  And they
7  both quit and we had to go buy new ones.
8         Q    Now, when did you purchase that washer
9  and dryer, the Bosche units that you're describing?
10        A    I really can't remember.  We moved them
11 into this house from our former residence.  And I
12 would have to look at the dates.  I'm not sure when
13 we bought them.  And we've lived in this house for --
14 it will be 14 years in June or July.
15        Q    About how old do you think the washer and
16 dryer units were when they stopped working?
17        A    They were less than five years.
18        Q    And -- go ahead, sorry.
19        A    As I remember I was thinking that they
20 were fairly new considering that they went out.
21        Q    And when you replaced them, what kinds of
22 washer and dryer units did you purchase to replace
23 them with?
24        A    The ones from Sears, the Kenmore washer
25 and dryer.

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
Darla Gibbs- Vol. 2 on 01/26/2021                                    Pages 119..122

Page 119

1    Q    Now, before you replaced them, did you
2  have anyone come out to be able to look at the washer
3  and dryer unit to see if they could repair them?
4    A    No, sir.
5    Q    And why is that?
6    A    Because I wanted -- I felt like I wanted
7  to get something that was not going to be breaking
8  down again.
9    Q    Why did you think that the washer and
10  dryer units had broken at the time that they broke?
11    A    You know, I don't remember.  I'd have to
12  look at the dates for when we bought those.
13    Q    You said that you wanted units that would
14  work and that wouldn't break down again.  Why would
15  you think that new units would not break again?
16    A    Well, for the same reason I think we all
17  want the newer improved items.  When we purchased new
18  ones and I think -- you know, I don't remember, but
19  maybe I did have somebody tell us about them, but --
20  or maybe I looked up on the Internet.  I don't know.
21    But it was the idea that they were at the
22  age that they were at, five to eight years old or
23  whatever, is something in there that said -- they
24  said, you know, that they were getting at that point
25  where they might be getting near the end of their

Page 120

1  life.  And so rather than putting money into old
2  ones, we bought the new ones.
3    Q    When you replaced those washer and dryer
4  units, did you think that the drywall in your house
5  had caused them to stop working?
6    A    I don't know if that was before or after
7  we found out about the drywall.  I really don't.
8    Q    Has anyone told you that the drywall in
9  your house is what caused those units to fail?
10    A    I never discussed it with anyone
11  concerning the washer and dryer.
12    Q    Today do you think that the drywall was
13  the reason that the washer and dryer units stopped
14  working?
15    A    Well, I really think that there was
16  probably more reason for it, because I wasn't using
17  the washer and dryer any differently than I had been
18  before.  And for them to pop and go out, both of them
19  within 24 hours, that's the reason I put them in
20  this.
21    Q    Do you have any sense of how long you had
22  lived in your house before those washer and dryer
23  units broke?
24    A    I have to look at the date on the Sears
25  receipt, when did I buy them.

Page 121

1    Q    All right.  Let's take a look at those
2  receipts.  And first here I'm going to be going onto
3  page 13.  And on this page -- and I'll zoom out a
4  little bit for you so you can see this.  It looks
5  like it's an Auburn Bank statement and --
6    A    Yes, sir.
7    Q    -- specifically -- yeah, there's an item
8  here listed for February 25th, 2014 for $400 from
9  Sears Outlet.  Do you see that?
10    A    Yeah.
11    Q    What is this?
12    A    That's a payment towards their washer and
13  dryer.
14    Q    Okay.  And do you think you made these
15  payments around the time that the old washer and
16  dryer unit in your house had broken?
17    A    I think the washer and dryer must have
18  gone out in December of 2013.
19    Q    Okay.
20    A    Because it was right at Christmas time
21  when they went out.  And trying to get new ones
22  delivered during the holiday was a challenge.
23    Q    So looking at this, these were payments
24  that you made on the washer and dryer unit to Sears
25  to be able to purchase the replacement units; is that

Page 122

1  right?
2    A    Yes, sir.
3    Q    So we have a $400 payment on February
4  25th, 2014 that's listed on page 13.  I'm going to be
5  taking you down to page 14.  This is another Auburn
6  bank statement.  And here there appears to be another
7  $400 amount listed for purchase at Sears outlet on
8  January 28th, 2014.  Do you see that?
9    A    Yes, sir.  I think I know one of the
10  things we did was we got -- I think we bought these
11  on 12 months interest free.  And that's the way we
12  try to buy things is anything that we have to buy
13  like this, we buy in that way.  And so therefore I
14  was making these payments so that over -- by the end
15  of the year I could pay it off before the interest
16  would be incurred.
17    Q    All right.  Going down to page 15, we
18  have another Auburn Bank statement.  And scrolling
19  down it looks like there's a March 25th, 2014, $400
20  payment as well.  Is that what that's showing here?
21    A    Yes, sir.
22    Q    And then finally going down to page 16,
23  there is an Auburn Bank statement from -- showing a
24  purchase or payment to Sears outlet on May 19th, 2014
25  for $765.22.  Do you see that?

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
Darla Gibbs- Vol. 2 on 01/26/2021                    Pages 123..126

Page 123

1    A    Yes, sir.
2    Q    And so this was also a payment for the
3  washer and dryer units that you purchased from Sears?
4    A    Yes, sir.
5    Q    All right.  So now going down -- we're
6  going to come back to page 17 here, but I want to
7  direct your attention to page 18, which we looked at
8  previously.  You said that this was different from
9  the HVAC invoices, but this was related to the washer
10  and dryer unit on page 18; is that right?
11    A    Yes, sir.
12    Q    What is this -- this statement on page 18
13  that we're looking at?  What is it?
14    A    That had to be for one of the items.  And
15  I don't know what happened to the second invoice that
16  showed the second one added on.
17    Q    Okay.  So here this --
18    A    I think you'll see if you look, I had a
19  register tape that I had put the two of them
20  together.  At some point I had all of that
21  information and I put it together on a tape that
22  showed the total of the two items when we bought
23  them.
24    Q    Okay.  Let's go look at that.  That's on
25  page 19 of this document.

Page 124

1    A    Yeah, yeah.  This is where I did it.
2    Q    And can you tell me what this is again?
3    A    Okay.  This was -- this was the washer --
4  I don't remember all of the numbers.  I don't know
5  what their model numbers were, but I added it up,
6  whatever it was, 15 and 12 -- whatever that was.
7  Those two figures was what it ended up being for a
8  washer and dryer.
9    Q    Okay.  So there -- it appears that here
10  on page 19 you have -- someone's written in
11  handwriting here on this page total cost.  Do you
12  know if you wrote that?
13    A    That is my writing.
14    Q    All right.  And then there appears to be
15  a few different typewritten items listed there.
16  There's one for $1,530.98 and then there's one for
17  $1,295.23.  And then it lists an added amount between
18  those two of $2,826.21.  Do you see that?
19    A    Yes.
20    Q    All right.  And what does that represent
21  to you?
22    A    The washer and dryer.
23    Q    So that was the total cost of them; is
24  that right?
25    A    That's what I came up with I guess.

Page 125

1  That's what it was, yes.
2    Q    So far we saw those Auburn Bank
3  statements showing payments of $400, $400, $400
4  again, so three $400 payments.  And then a $765.22
5  payment.  Do you recall that?
6    A    Yes, sir.
7    Q    All right.  And that adds up to
8  $1,965.22.  So do you know if you have any other
9  statements showing payments for the $861 that would
10  be remaining from the total that we just looked at
11  there, that $2,826.21?
12    A    When I was going through it, I was going
13  through it so fast trying to find everything.  I'm
14  assuming that I had just missed two of those bank
15  statements that showed on there.
16    Q    Do you think that you would have the
17  statements showing additional payments for the rest
18  of the total that you've listed?
19    A    Perhaps I do.
20    Q    We would just ask to the extent that you
21  do have them that you produce them to Mr. Doyle so he
22  can produce them to us.  Okay?
23    A    Yes, sir.
24    Q    All right.  Now, so I think at this point
25  we have looked at all of the different invoices and

Page 126

1  receipts that you've attached to the supplemental
2  plaintiff profile form.  I'm just doubling back.
3          Other than what we just talked about,
4  that maybe you might have the receipts for the
5  additional payments for the washer and dryer, do you
6  think that you have any other invoices or receipts
7  related to items that were damaged in your
8  possession?
9    A    Well, I do have one that I -- that I
10  realized after we had sent it off that we had to
11  replace the garage door opener.  And that was -- that
12  was beginning of December I think of this last year,
13  just before we did this deposition, that I had
14  forgotten that we had to replace it because it got to
15  where you could not -- it would not work with the
16  remotes and it would not work with the switch on the
17  wall, whatever.  And we had had to replace that --
18  that garage door opener so we could get in and out of
19  the garage.
20    Q    And was that garage door opener original
21  to the house when you bought the house?
22    A    No, sir.
23    Q    When was that, the one that just broke at
24  the end of this last year, when did you originally
25  buy it and install it in the house?

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
Darla Gibbs- Vol. 2 on 01/26/2021          Pages 127..130

Page 127

1     A    I can't even remember when that was.  I
2  would have to go back and see if I can find the
3  records on that.  But I do know I got the receipt for
4  this last one because we just paid it off and all.
5     Q    And so previously on Exhibit 3 you had
6  listed a new door opener in 2020 as being $309.61?
7     A    Yes, that's the one.  Yes, that's the one
8  we just replaced.
9     Q    Okay.  And you think you have the receipt
10  for that; is that right?
11     A    Yes, I know I've got the receipt for that
12  one.
13     Q    All right.  And we would just ask that
14  you produce that to Mr. Doyle if that is an item that
15  you're seeking damages for in this lawsuit.  All
16  right?
17     A    Yes.
18     Q    And has anyone told you that that garage
19  door opener broke because of Chinese drywall?
20     A    No.
21     Q    And do you believe that Chinese drywall
22  caused the garage door opener to break?
23     A    Yes.
24     Q    Why do you believe that?
25     A    Well, because once I replaced the thing,

Page 128

1  it has worked perfectly ever since.  And it's -- I'm
2  not sure how the gentleman, you know, in wiring,
3  rewiring and what have you, but -- but it had been
4  giving us problems for quite some time, but we just
5  kept working with the remotes or with the opener on
6  the door and on the wall.  And I finally decided we
7  just needed to get a different one because it was
8  not -- it got to the point where I couldn't get it
9  open unless I went over and popped the cord and did
10  it by hand.
11     Q    And had you had any kind of issues like
12  that with the previous garage door opener that you
13  had in the house that was original to the house?
14     A    Yes, sir, and that's why we had replaced
15  it, but I don't remember when that was or what have
16  you.
17     Q    Okay.  All right.  I want to go back to
18  this supplemental plaintiff profile form.  And
19  specifically I want to go to page six of the
20  supplemental plaintiff profile form that I'm showing
21  you.  And specifically I want to talk about this
22  section titled Other Damages.
23     A    Yes, sir.
24     Q    Do you see that on your screen?
25     A    Yes, sir.

Page 129

1     Q    And here it asks if you experienced any
2  loss of use and/or loss of enjoyment of the property
3  as a result of Chinese drywall, identify the total
4  amount of such loss.  Do you see that?
5     A    Yes, sir.
6     Q    And previously you listed I believe an
7  amount of $250,000 to your -- and now you are listing
8  an amount of $337,000 -- excuse me $337,500.  Do you
9  see that?
10     A    Yes, sir.
11     Q    All right.  I'm going to take you now to
12  page eight, where you've attached a paragraph here
13  titled Loss of Use/Loss of Enjoyment.  Do you see
14  that?
15     A    Yes, sir.
16     Q    Now, can you explain to me why you have
17  increased the amount that you are seeking for loss of
18  use or loss of enjoyment of your home?
19     A    Because it's been going on for years.
20  This -- the frustrations of not knowing what's going
21  to break next, what else are we going to have to
22  replace electronic-wise, wire-wise, whatever in this
23  house, has been going on for the last 13 and a half
24  years since we moved into this house.
25          And it's true we have -- we have

Page 130

1  purchased several houses over the last 60 years.  We
2  have purchased at least -- I'm trying to remember,
3  one, two, three, I think this is the fourth new house
4  that we have purchased.  And we have -- we have -- we
5  had smells in it that was like the new smell of a
6  house and what have you.  And we just kind of -- it
7  finally went away.
8          This one has always had a strange smell
9  in this house, totally different, never anything like
10  we've had before.  We have -- in fact, right now I
11  have our windows -- I have a door open with the
12  window open because I want to air out this house as
13  much as possible to try and make it smell halfway
14  decent.  We burn candles.  I have the -- I forgot
15  what they're called, diffusers, something to try and
16  make this place smell better.
17          And I told Mr. Doyle after our last
18  deposition about something that I've never
19  experienced with any other house, and that is this
20  sticky dust.  It's the strangest dust that comes in
21  this house.  It's not like most dust, you can just
22  dust it up and it goes away and what have you.  In
23  this one it sticks to things.  Never have had that in
24  any house we've ever lived in in 60 years.
25          And I'm not saying that I'm the best of

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
**Darla Gibbs- Vol. 2 on 01/26/2021**                    **Pages 131..134**

Page 131

1  housekeepers, but there is a difference of the dust
2  in this house.  It's just my husband has problems
3  with his skin itching.  I have had it.  In fact, I've
4  got several spots on my -- they itch constantly.  And
5  we never had that wherever we had lived before.
6          Our granddaughter and great granddaughter
7  that lived with us, and myself, now I think about it,
8  my husband too, we are all on antihistamines
9  constantly because we're constantly having problems
10 with our sinuses and coughing and what have you that
11 we didn't have in other houses.
12         And I'm not saying that I don't have
13 allergies.  I know I've had allergies for years.  But
14 this is all year long.  It's not just in the spring
15 and in the fall like it used to be for me.  I've had
16 it that way.  And it just doesn't get any better in
17 that respect.
18     Q   Have you had the dust that you discussed
19 earlier, have you had that dust forming in your house
20 just for a certain number of years?  Can you remember
21 when it started?
22     A   You know, that is one of the things when
23 I got to thinking back on it.  I -- this house has
24 always had kind of a funny dust, and I don't know
25 what the difference is.  I probably thought it was a

Page 132

1  part of the environment where we were living.  And
2  yet we're only three miles from where we lived before
3  and only ten miles from where we lived before that,
4  all in this same area.  But this house just has a
5  different kind of a dust.
6      Q   And do you know when that dust started?
7      A   About from the beginning we always seemed
8  to have a problem with more dust than anything else
9  in this house.
10     Q   And you believe that dust is caused by
11 defective Chinese drywall?
12     A   I -- in some way I think it is.  I'm not
13 sure how, but I think it does have something to do
14 with it.
15     Q   Has anyone told you that it's caused by
16 Chinese drywall?
17     A   No.  That's just -- I'm just speaking
18 from experience of living in different houses,
19 different places across the country, three different
20 places here in the Opelika area and never had this
21 kind of dust.  And we lived out in the country, but
22 we lived off of a dirt road.  And the dust from that
23 did not stick like this dust.
24         MR. LAWSON:  We can go off the record.
25         (Whereupon, a brief recess was taken.)

Page 133

1  BY MR. LAWSON:
2      Q   Welcome back, Mrs. Gibbs.  So today you
3  come [sic] to our attention that there may be
4  additional documents that you have in your possession
5  related to personal property or home repair items
6  that were not included in the amended supplemental
7  plaintiff profile form.  We did think that we were
8  going to be getting everything today.  That was the
9  reason that we rescheduled the continuation of this
10 deposition.
11         So we're going to be putting on the
12 record that the close of discovery is February 5th.
13 That is the end of all discovery in this matter.  We
14 are asking that we receive any further documentation
15 related to your damage claims in this action by
16 February 5th date and that will -- as that is the
17 close of discovery in this matter.  We will not
18 have -- we're -- so we're going to be asking that
19 those all be received by that date if there are any
20 additional ones at this time.
21         If there are not, then we will assume
22 that there is no further damages being requested
23 beyond the ones that have already been put into the
24 record that we've had across these two depositions,
25 multiple plaintiff profile forms and the additional

Page 134

1  documents that have been submitted.
2          And with that I do not have any further
3  questions at this time.  I would hand things over to
4  Mr. Davidson if he has any further questions.
5          MR. DAVIDSON:  No questions here.
6  Thank you.
7          MR. LAWSON:  Mr. Doyle, do you have
8  any questions?
9          MR. DOYLE:  I don't have any
10 questions, no.
11         MR. LAWSON:  And then we do not have
12 any questions for Mr. Gibbs, and I hand it
13 over to Mr. Davidson if he has any
14 questions.
15         MR. DAVIDSON:  No questions.  Thank
16 you.
17         MR. LAWSON:  Jimmy, anything further?
18         MR. DOYLE:  No, sir.  I think we're
19 done today.
20         MR. LAWSON:  Thank you very much, Mr.
21 and Mrs. Gibbs, for your time.  We
22 appreciate you coming in for the
23 continuation of this deposition, and we
24 hope that you have a great day.  Thanks so
25 much.

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
Darla Gibbs- Vol. 2 on 01/26/2021                                      Pages 135..136

Page 135

```
1              - - -
2    (Deposition concluded at 3:15 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 136

```
1              C E R T I F I C A T E
2    STATE OF GEORGIA:
3    COUNTY OF COBB:
4
5        I hereby certify that the foregoing
6    transcript was taken down as stated in the
7    caption and the questions and answers thereto
8    were reduced to typewriting under my direction,
9    that the foregoing pages 98 through 136 represent
10   a true, complete and correct transcript of the
11   evidence given upon said hearing, and I further
12   certify that I'm not of kin or counsel to the
13   parties in the case; am not in the regular employ
14   of counsel of any of said parties; nor am I in
15   anywise interested in the result of said case.
16       This 30th day of January 2021.
17
18                    Lynne C. Fulwood
19
20                    LYNNE C. FULWOOD,
                      Certified Court Reporter
21                    State of Georgia
                      License No. B-1075
22
23
24
25
```

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
Darla Gibbs- Vol. 2 on 01/26/2021                Index: $1,295.23..added

**Exhibits**

**GibbsD-3**
  102:6
  105:14,19,
  24 108:15,
  23 109:8
  127:5

**GibbsD 8**
  102:2
  107:5,9,11
  108:21
  109:9,10
  110:16

**$**

**$1,295.23**
  124:17

**$1,496**
  117:11

**$1,530.98**
  124:16

**$1,965.22**
  125:8

**$2,555.06**
  115:13

**$2,826**   117:8

**$2,826.21**
  124:18
  125:11

**$250,000**
  129:7

**$309.61**

  127:6

**$327**   116:3

**$337,000**
  129:8

**$337,500**
  129:8

**$400**   121:8
  122:3,7,19
  125:3,4

**$765.22**
  122:25
  125:4

**$8,370**   116:2

**$8,697**   110:9
  115:23
  116:4

**$861**   125:9

**1**

**11**   116:25

**12**   122:11
  124:6

**13**   121:3
  122:4
  129:23

**13th**   111:8
  112:21

**14**   118:14
  122:5

**15**   122:17
  124:6

**16**   122:22

**17**   123:6

**18**   110:15,
  16,18
  123:7,10,
  12

**19**   123:25
  124:10

**19th**   122:24

**2**

**20**   110:24

**2011**   111:8
  112:3
  115:1

**2013**   112:21
  121:18

**2014**
  114:13,18
  115:5,9
  121:8
  122:4,8,
  19,24

**2020**   107:23
  127:6

**21**   112:9

**21st**   114:13

**22**   114:11

**22nd**
  107:14,23

**24**   118:5
  120:19

**25th**   121:8

**122:4,19**

**28th**   122:8

**3**

**3**   105:14,
  19,24
  108:15,23
  109:8
  127:5

**3:15**   135:2

**5**

**5th**   133:12,
  16

**6**

**60**   130:1,24

**8**

**8**   107:5,9,
  11 108:21
  109:10
  110:16

**A**

**AC**   108:7
  114:19

**action**
  109:11
  117:18
  133:15

**added**   104:25

Case 2:09-md-02047-EEF-MBN Document 23300-12 Filed 03/23/22 Page 73 of 84

EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.
Darla Gibbs- Vol. 2 on 01/26/2021                    Index: adding..break

106:9
123:16
124:5,17

adding
116:23

additional
125:17
126:5
133:4,20,
25

adds 125:7

age 119:22

agree 108:19
114:2

ahead 118:18

air 113:4
130:12

air-
conditioning
108:12
113:24
115:17

allergies
131:13

aluminum
111:22

amended
107:12
108:1
109:1
133:6

amount
113:12
116:2

122:7
124:17
129:4,7,8,
17

amp 113:1

and/or 129:2

annual
116:18

anticipate
103:21

antihistamines
131:8

appears
107:22
114:11
122:6
124:9,14

appliances
108:7

area 132:4,
20

asks 129:1

assembly
113:4

assume
133:21

assuming
125:14

attached
110:14
115:17
126:1
129:12

attention
112:8
123:7
133:3

attorney
103:23
104:20
107:13

Auburn 121:5
122:5,18,
23 125:2

August
112:20

authorized
103:5

automatic
114:1

automatically
113:23

_____

**B**
_____

back
103:11,12,
13 104:24
105:12
106:13
115:20
116:10
123:6
126:2
127:2
128:17
131:23
133:2

bank 121:5
122:6,18,
23 125:2,
14

bear 105:17

begin 105:11
108:2

beginning
104:9
105:13,14
126:12
132:7

bit 110:17,
18 112:10,
14 114:14
115:7
116:1
121:4

blew 113:2

blower 113:4

Bosche
118:6,9

bottom
113:13,15

bought
118:13
119:12
120:2
122:10
123:22
126:21

brand 112:4

break 103:22
119:14,15

Case 2:09-md-02047-EEF-MBN   Document 23300-12   Filed 03/23/22   Page 74 of 84

EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.
Darla Gibbs- Vol. 2 on 01/26/2021        Index: breaking..created

127:22
129:21

**breaking**
  119:7

**broke**  119:10
  120:23
  126:23
  127:19

**broken**
  119:10
  121:16

**burn**  130:14

**buy**  118:7
  120:25
  122:12,13
  126:25

——————

          C
——————

**call**  103:15

**called**
  130:15

**candles**
  130:14

**care**  104:23

**Carrier**
  111:24

**catch**  103:19

**caused**
  120:5,9
  127:22
  132:10,15

**challenge**
  121:22

**charge**
  113:20
  114:3,4

**chart**
  106:11,18,
  20  108:22
  109:9
  116:4
  117:1

**check**
  113:18,23
  114:1

**checked**
  112:25
  113:1,4,5

**Chinese**
  108:17
  109:5
  127:19,21
  129:3
  132:11,16

**Christmas**
  121:20

**claim**  108:16

**claims**
  133:15

**cleaned**
  113:2,3

**clear**  104:7

**close**
  133:12,17

**closer**
  112:14

**clothes**
  118:2

**coil**  111:20
  112:18,19
  113:3,10
  114:17,19,
  22  115:1,5

**coils**  110:8

**collect**
  104:24
  106:14

**collected**
  104:19

**complete**
  103:25

**Completed**
  112:24

**components**
  113:1

**compressor**
  113:2

**computer**
  117:11,15

**concluded**
  135:2

**concludes**
  115:16

**condenser**
  113:3

**connections**
  113:1

**constantly**
  131:4,9

**continuation**
  103:12
  104:15
  105:6
  133:9
  134:23

**cooling**
  112:24

**copper**
  111:21,23
  115:1

**cord**  128:9

**correct**
  108:17
  112:21
  113:21
  114:3
  115:18

**correctly**
  113:7

**cost**
  124:11,23

**coughing**
  131:10

**counsel**
  103:3

**country**
  132:19,21

**court**  103:4
  105:20
  107:6

**created**
  106:7,12

current
  111:10

---

**D**

---

damage
  133:15

damaged
  108:17
  109:5,18
  117:2
  126:7

damages
  108:5
  109:4,10,
  19,24
  110:3
  117:18
  127:15
  128:22
  133:22

DARLA   103:6

date   111:6
  120:24
  133:16,19

dated   112:20
  114:12

dates   118:12
  119:12

Davidson
  134:4,5,
  13,15

day   118:1
  134:24

debris   113:3

December
  103:13
  106:13
  107:14,23
  117:25
  121:18
  126:12

December's
  105:25

decent
  130:14

decided
  128:6

defective
  108:17
  109:5
  132:11

delivered
  121:22

deposed
  103:7

deposition
  103:13,16
  104:16
  105:5,9,
  13,16,25
  106:12
  116:12
  126:13
  130:18
  133:10
  134:23
  135:2

depositions
  133:24

describing
  118:9

description
  112:23
  114:14

details
  105:2

difference
  116:22
  131:1,25

differently
  120:17

difficult
  112:12

diffusers
  130:15

direct   123:7

dirt   132:22

discovery
  133:12,13,
  17

discussed
  120:10
  131:18

document
  105:23
  106:4
  107:9,11,
  15,19,23
  108:3,11
  110:14
  112:11
  117:1
  123:25

documentation
  133:14

documents
  104:19
  133:4
  134:1

door
  126:11,18,
  20  127:6,
  19,22
  128:6,12
  130:11

doubling
  126:2

Doyle   103:24
  104:20
  105:4,9
  106:8
  107:13
  125:21
  127:14
  130:17
  134:7,9,18

drain   113:2

draw   113:1

dried   118:4

dryer   110:20
  117:21,23
  118:4,6,9,
  16,22,25
  119:3,10
  120:3,11,
  13,17,22
  121:13,16,
  17,24

123:3,10
124:8,22
126:5

**drywall**
108:17
109:5
120:4,7,8,
12 127:19,
21 129:3
132:11,16

**duly**  103:7

**dust**
130:20,21,
22 131:1,
18,19,24
132:5,6,8,
10,21,22,
23

———————
**E**
———————

**earlier**
109:8
131:19

**electrical**
108:7
112:25

**electronic-
wise**  129:22

**electronic/
electronic**
106:19

**end**  107:14
119:25
122:14
126:24

133:13

**ended**  124:7

**Energy**
110:25
114:12

**enjoyment**
129:2,13,
18

**environment**
132:1

**evaporator**
114:22

**EXAMINATION**
103:9

**examined**
103:8

**excuse**
110:15
129:8

**Exhibit**
105:14,19,
24 107:5,
9,11
108:15,21,
23 109:8,9
110:16
127:5

**experience**
132:18

**experienced**
129:1
130:19

**explain**
129:16

**extent**
125:20

**extremely**
112:12
115:7

———————
**F**
———————

**fact**  130:10
131:3

**fail**  120:9

**fairly**
118:20

**fall**  131:15

**fast**  125:13

**February**
121:8
122:3
133:12,16

**felt**  116:20
119:6

**figures**
124:7

**file**  116:10

**finally**
122:22
128:6
130:7

**find**  107:1
125:13
127:2

**fixtures**
108:7

**flow**  113:4

**flushed**
113:2

**follow**
104:13

**followup**
104:9

**forgot**
130:14

**forgotten**
126:14

**form**  107:12
108:1,21
109:2
112:9
126:2
128:18,20
133:7

**forming**
131:19

**forms**  133:25

**found**  107:18
116:12,16
120:7

**fourth**  130:3

**free**  122:11

**frustrations**
129:20

**full**  112:11

**funny**  131:24

EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.
Darla Gibbs- Vol. 2 on 01/26/2021          Index: garage..invoices

**G**

garage
 126:11,18,
 19,20
 127:18,22
 128:12

gentleman
 128:2

Georgia
 110:25
 114:12

Gibbs 103:6,
 11 104:8,
 10 133:2
 134:12,21

giving 128:4

granddaughter
 131:6

great 131:6
 134:24

guarantee
 116:20

guess 116:14
 124:25

**H**

half 129:23

halfway
 130:13

hand 128:10
 134:3,12

handwriting
 124:11

happened
 117:22
 123:15

head 116:6

hear 103:23
 104:4

heat 111:25

heating
 108:12
 113:24

holiday
 121:22

home 108:6,
 16 112:3
 129:18
 133:5

honest
 109:21

hope 104:17
 134:24

hot 115:7

hours 118:5
 120:19

house 111:11
 112:5
 117:23
 118:11,13
 120:4,9,22
 121:16
 126:21,25
 128:13
 129:23,24

130:3,6,9,
 12,19,21,
 24 131:2,
 19,23
 132:4,9

housekeepers
 131:1

houses 130:1
 131:11
 132:18

husband
 104:23
 131:2,8

HVAC 110:7,
 22 111:5,
 7,10,13
 114:19
 115:22
 116:8
 117:14
 123:9

**I**

idea 119:21

identification
 105:20
 107:6

identify
 129:3

improved
 119:17

Inaudible
 113:14

included

116:19
 117:2
 133:6

increased
 129:17

incurred
 122:16

information
 123:21

install
 126:25

installed
 111:24
 114:25
 115:1,5

instructed
 104:1

interest
 122:11,15

Internet
 119:20

invoice
 110:25
 111:4,7
 112:11,20
 114:2,12
 115:13
 123:15

invoices
 106:14
 107:2
 110:13
 115:16
 116:8,15

123:9
125:25
126:6

**issues**
128:11

**itch**  131:4

**itching**
131:3

**item**  110:7
117:6,10
121:7
127:14

**itemization**
108:5
117:2

**items**
106:19,22
107:2
108:15,19,
25 109:3,
7,20,24
110:3
115:25
117:6,16,
17 119:17
123:14,22
124:15
126:7
133:5

———————
**J**
———————

**January**
122:8

**Jimmy**  134:17

**July**  111:8
112:3
118:14

**June**  114:13
115:9
118:14

———————
**K**
———————

**Kenmore**
118:24

**kind**  112:2
114:5
128:11
130:6
131:24
132:5,21

**kinds**  118:21

**knowing**
129:20

———————
**L**
———————

**LAWSON**
103:10
105:22
107:7
132:24
133:1
134:7,11,
17,20

**lawsuit**
127:15

**leaving**
109:13,14

**life**  120:1

**list**  107:3
108:10,15

**listed**
106:16,18,
22 108:12,
20 109:1,
7,9,25
110:7
115:13,21
117:7,11,
16 121:8
122:4,7
124:15
125:18
127:6
129:6

**listing**
129:7

**lists**  110:24
124:17

**lived**  118:13
120:22
130:24
131:5,7
132:2,3,
21,22

**living**
132:1,18

**long**  103:22
120:21
131:14

**longer**
109:10
115:7

**looked**
108:14
109:8
115:25
116:13,16
119:20
123:7
125:10,25

**loss**  129:2,
4,13,17,18

———————
**M**
———————

**made**  116:22
121:14,24

**maintenance**
114:6

**make**
103:18,24
104:13
130:13,16

**making**
122:14

**March**  122:19

**mark**  107:10

**marked**
105:12,20,
24 107:5,9

**matter**
133:13,17

**meaning**
103:16

**met**  105:4

**miles**  132:2,

Case 2:09-md-02047-EEF-MBN   Document 23300-12   Filed 03/23/22   Page 79 of 84

**EDUARDO AND CARMEN AMORIN, ET AL. vs TAISHAN GYPSUM CO., LTD., ET AL.**
**Darla Gibbs- Vol. 2 on 01/26/2021**Index: miscalculation..previously

3

miscalculation
116:23

missed
125:14

model  124:5

moment
105:17

money  120:1

month's
105:13,16

months
122:11

morning
106:12

moved  118:10
129:24

multiple
110:8
133:25

——————
N
——————

needed
112:15
114:18,19
128:7

newer  119:17

notice
114:21

number
131:20

numbers

124:4,5

——————
O
——————

objecting
103:24

objection
103:25

Opelika
132:20

open  128:9
130:11,12

opener
126:11,18,
20  127:6,
19,22
128:5,12

operation
113:5,6

original
112:5
117:22
126:20
128:13

originally
126:24

outdoor
113:3

outlet  121:9
122:7,24

——————
P
——————

p.m.  135:2

paid  127:4

paragraph
129:12

parentheses
108:6

part  114:5
132:1

parties
103:3

parts  108:1

pause  103:25

pay  122:15

payment
121:12
122:3,20,
24  123:2
125:5

payments
107:2
121:15,23
122:14
125:3,4,9,
17  126:5

perfectly
128:1

performed
112:24

personal
109:3
117:3,17
133:5

place  130:16

places

132:19,20

plaintiff
107:12
108:20
109:2
126:2
128:18,20
133:7,25

plan  114:6

play  116:3

point
103:22,24
104:1,3
119:24
123:20
125:24
128:8

pop  120:18

popped  128:9

possession
126:8
133:4

prepare
105:5,9

pretty
103:15

previous
109:9
116:12
128:12

previously
103:16
105:12,16,
19,24

108:14,22
112:2
115:21
123:8
127:5
129:6

**price** 116:19

**problem**
114:24
132:8

**problems**
128:4
131:2,9

**produce**
125:21,22
127:14

**produced**
104:20
105:3

**profile**
107:12
108:21
109:2
126:2
128:18,20
133:7,25

**proof** 106:15

**property**
109:3
117:3,17
129:2
133:5

**pull** 105:14
107:10

**pump** 111:25

**purchase**
118:8,22
121:25
122:7,24

**purchased**
106:23
112:6
119:17
123:3
130:1,2,4

**purchases**
106:15

**put** 110:9
118:4
120:19
123:19,21
133:23

**putting**
120:1
133:11

---

**Q**

---

**question**
104:2,3
109:24
116:2

**questions**
134:3,4,5,
8,10,12,
14,15

**quickly**
104:13

**quit** 111:21

117:24
118:5,7

---

**R**

---

**read** 112:12
113:7

**realized**
126:10

**reason**
104:14
109:13,14
119:16
120:13,16,
19 133:9

**recall**
106:16
125:5

**receipt**
120:25
127:3,9,11

**receipts**
106:14
107:1
109:15,17,
20,22,25
110:4,13
116:8
121:2
126:1,4,6

**receive**
133:14

**received**
106:11
133:19

**recess**
132:25

**recognize**
106:3
107:15

**record**
132:24
133:12,24

**records**
127:3

**refrigerant**
112:25

**register**
123:19

**related**
110:21
115:16
116:8,9
123:9
126:7
133:5,15

**remaining**
116:3
125:10

**remember**
112:4
117:25
118:10,19
119:11,18
124:4
127:1
128:15
130:2
131:20

**remotely**

103:5

remotes
126:16
128:5

repair  108:6
110:8
119:3
133:5

repairs
111:15
115:22
116:9,18

repeat  104:3

replace
111:19,20
112:18
114:18,20
118:22
126:11,14,
17 129:22

replaced
108:16,22
111:5,7,
16,21,22
112:6
113:9
114:16
118:21
119:1
120:3
127:8,25
128:14

replacement
110:8
114:22

115:5
116:9
117:7,11,
15,16,21
121:25

replacements
106:19
115:22

reporter
103:4
105:21
107:6

represent
107:11
124:20

requested
133:22

rescheduled
133:9

residence
118:11

respect
131:17

rest  125:17

result  129:3

rewiring
128:3

road  132:22

rules  103:16

rung  118:3

─────────
S
─────────

Savers
110:25
114:12

screen
105:15,25
128:24

scroll
112:14
114:13

scrolling
122:18

Sears  118:24
120:24
121:9,24
122:7,24
123:3

section
128:22

seeking
109:4,10,
19,24
110:3
117:17,18
127:15
129:17

sense  120:21

separately
104:10

service
112:23,24

services
114:3

setup  103:14

seventh
107:19

share  105:15

show  107:8
113:14

showed
123:16,22
125:15

showing
106:15
107:2
122:20,23
125:3,9,17
128:20

sic  133:3

signature
107:18,20

signed
107:22

similar
103:14

sinuses
131:10

sir  104:6
105:10
106:2,5,
17,21,24
107:4,21,
24 108:4,
9,18
109:6,12
110:11
111:2,9,

12,14,17
112:1,7,22
113:8
114:8,21
115:3,6,
15,24
117:4,9,
13,19
119:4
121:6
122:2,9,21
123:1,4,11
125:6,23
126:22
128:14,23,
25 129:5,
10,15
134:18

**skin** 131:3

**smell** 130:5,
8,13,16

**smells** 130:5

**someone's**
124:10

**sopping**
118:3

**sound** 104:5

**speak** 103:17

**speaking**
132:17

**specifically**
110:14
111:3
121:7
128:19,21

**spoke** 104:19

**spoken**
105:4,8

**spots** 131:4

**spreadsheet**
106:7

**spring**
131:14

**started**
103:13
131:21
132:6

**statement**
121:5
122:6,18,
23 123:12

**statements**
125:3,9,
15,17

**states**
112:24

**stick** 132:23

**sticks**
130:23

**sticky**
130:20

**stipulates**
103:4

**stop** 120:5

**stopped**
118:16
120:13

**strange**
130:8

**strangest**
130:20

**submitted**
107:13
108:22
134:1

**supplemental**
107:12
108:20
109:1
126:1
128:18,20
133:6

**swear** 103:5

**switch**
126:16

**sworn** 103:7

**system**
108:7,13
111:25
113:5,23
116:21

**systems**
113:24

---
**T**
---

**taking**
104:23
122:5

**talk** 128:21

**talked** 126:3

**talking**
104:8

**tape**
123:19,21

**ten** 132:3

**testify**
104:14

**thermostat**
113:5

**thing** 127:25

**things** 106:8
109:18
122:10,12
130:23
131:22
134:3

**thinking**
118:19
131:23

**thought**
131:25

**tightened**
112:25

**time** 103:14
104:18,22
119:10
121:15,20
128:4
133:20
134:3,21

**tin** 115:5

**tin-plated**
114:22

titled   108:5
  117:2
  128:22
  129:13

today   103:12
  104:15
  105:5
  109:3
  111:13
  114:9
  116:13
  120:12
  133:2,8
  134:19

told   120:8
  127:18
  130:17
  132:15

top   106:20
  116:5

total   113:16
  115:12,21
  116:1
  123:22
  124:11,23
  125:10,18
  129:3

totaled
  116:1,2,4

totally
  130:9

transcription
  103:18

true   129:25

truthfully

  104:15

turn   112:8

typewritten
  124:15

————————
U
————————

understand
  113:17

understanding
  106:25

undertaken
  107:1

unit   110:7,
  22 111:10,
  13,16
  112:2,5
  113:3
  114:19,25
  115:17,22
  116:8
  117:14
  119:3
  121:16,24
  123:10

units   118:6,
  9,16,22
  119:10,13,
  15 120:4,
  9,13,23
  121:25
  123:3

Use/loss
  129:13

————————
V
————————

verbally
  103:18

verified
  113:5

————————
W
————————

wait   115:6

wall   126:17
  128:6

wanted
  104:12
  108:2
  110:12
  117:20
  119:6,13

washer
  110:20
  117:21,22,
  24 118:2,
  5,8,15,22,
  24 119:2,9
  120:3,11,
  13,17,22
  121:12,15,
  17,24
  123:3,9
  124:3,8,22
  126:5

washer/dryer
  117:7,15

weeks   104:22

wet   118:3

window
  130:12

windows
  130:11

wire-wise
  129:22

wiring   128:2

work   111:13
  114:14
  119:14
  126:15,16

worked   128:1

working
  118:16
  120:5,14
  128:5

writing
  124:13

written
  124:10

wrote   124:12

————————
Y
————————

year   113:23
  114:7
  116:18
  122:15
  126:12,24
  131:14

years   106:9,
  23 109:16
  112:17
  118:14,17
  119:22

129:19,24
130:1,24
131:13,20

---

**Z**

---

**zoom**  103:15
110:17
112:10,13
121:3

**zooming**
113:16