UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-cv-1395 | |

**TAISHAN'S WITNESS LIST FOR EVIDENTIARY HEARING
REGARDING GIBBS AND CARTER DAMAGE CLAIMS**

**NOW INTO COURT**, through undersigned counsel, come Taishan Gypsum Co., Ltd. and

Tai'an Taishan Plasterboard Co., Ltd. ("Taishan"), who respectfully submit the following Witness

List, identifying witnesses who they may call at the March 15, 2022 evidentiary hearing on the

damage claims of Darla and Gene Gibbs and John Carter.

**TAISHAN'S WITNESS LIST**

Taishan may call the following individuals as witnesses at the March 15, 2022

evidentiary hearing:

1. Darla Gibbs, Fact Witness/Plaintiff

2. Gene Gibbs, Fact Witness/Plaintiff

3. John Carter, Fact Witness/Plaintiff

4. Any witness listed on Plaintiffs' Witness Lists

5. Any witness identified in pre-hearing briefs and/or exhibits filed into the record by the Plaintiffs.

6. Any witness needed for rebuttal of testimony introduced by another party.

7. Any witness needed for impeachment.

Taishan reserves the right to supplement and amend this witness list as may be needed

upon a complete review of Plaintiffs' witness and exhibit lists.

Respectfully submitted,

Dated: March 4, 2022

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com
*Counsel for Taishan Gypsum Co., Ltd. And Tai'an*
*Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And*
*Tai'an Taishan Plasterboard Co., Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Witness List via email on this 4th day of March 2022.

<u>/s Christina Hull Eikhoff</u>
Christina Hull Eikhoff, Esq.
*Counsel for Taishan Gypsum Co., Ltd. and*
*Tai'an Taishan Plasterboard Co., Ltd.*