MINUTE ENTRY
NORTH, M.J.
MARCH 23, 2022

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 09-2047<br><br>SECTION: "L" (5) |

**THIS DOCUMENT RELATES TO:**

EDUARDO AND CARMEN AMORIN, ET AL. individually and on behalf of other similarly situated v. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., ET AL., 2:11-cv-01395-EEF-JCW

**ORDER**

On this date, the Court held an evidentiary hearing on Plaintiff's damages in the above-captioned lawsuit. Present were James Doyle on behalf of Plaintiffs, Matt Lawson and Christy Eikhoff on behalf of Defendants, and Harry Rosenberg as Defendants' liaison counsel.

Plaintiff Andy Carter testified and was cross-examined in person. Plaintiff Darla Gibbs also testified and was cross-examined via ZOOM. Non-party Shawn Macomber also testified and was cross-examined via ZOOM.

Pursuant to the Court's orders at the hearing,

**IT IS ORDERED** that Plaintiff Andy Carter produce to the Court and to Defendants **no later than fourteen (14) days from the date of this Minute Entry** a copy of the original 2006/2007 appraisal of the residence at issue and the appraisal when he refinanced the residence should he locate them. Counsel for Plaintiffs shall email the appraisals to

(Court Reporter: Jodi Simcox)

MJSTAR: 03:35

Defendants and also to the Court at eFile-North@laed.uscourts.gov or shall notify Defendants and the Court should Carter be unable to locate the appraisals.

**IT IS FURTHER ORDERED** that Shawn Macomber produce to the Court and to Defendants **no later than fourteen (14) days from the date of this Minute Entry** any evidence of direct communications with Plaintiffs regarding the estimated repair costs to their homes due to the presence of Chinese drywall.  Counsel for Plaintiffs shall email the communications to Defendants and also to the Court at eFile-North@laed.uscourts.gov or shall notify Defendants and the Court should Macomber be unable to locate any communications.

**IT IS FURTHER ORDERED** that **no later than April 6, 2022**, the parties shall file post-hearing briefs in which the parties lay out the evidence presented at the hearing and how this Court should apply it.  The briefs shall not exceed 25 pages.  The parties are further instructed to narrowly tailor their post-hearing briefs bearing in mind this Court's earlier rulings that the diminutions of the value of the residences are the proper measure of damages in this lawsuit under Alabama law.

**IT IS FURTHER ORDERED** that Defendants shall file their opposition to Plaintiffs' Motion to Clarify Damages Recoverable by Plaintiffs Under Alabama Law (Rec. doc. 23296) as expeditiously as possible and the motion remains **SET FOR SUBMISSION ON THE BRIEFS** on April 13, 2022.

                                                    MICHAEL B. NORTH
                                                UNITED STATES MAGISTRATE JUDGE