AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### EASTERN    DISTRICT OF    LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **EXHIBIT LIST**<br><br>Case Number:  09-md-2047 L(5) |

| PRESIDING JUDGE<br>Magistrate Judge Michael B. North | PLAINTIFF'S ATTORNEY<br>James Doyle | DEFENDANT'S ATTORNEY<br>Christina Eikhoff, Matt Lawson, and Harry Rosenberg |
|---|---|---|
| EVIDENTIARY HEARING DATE<br>3/23/2022 | COURT REPORTER<br>Jodi Simcox | COURTROOM DEPUTY<br>Jennifer Schouest |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 3/23/2022 | X | X | Warranty Deed Dated 12/2/2006 and Recorded on 1/2/2007 for John & Jill Carter |
| 2 | | 3/23/2022 | X | X | Plaintiff Profile Form for John Carter |
| 3 | | 3/23/2022 | X | X | Taishan's Statement on Product ID and Attribution with photograph |
| 4 | | 3/23/2022 | X | X | Appraisal on Carter Home dated 4/11/2021 |
| 6 | | 3/23/2022 | X | X | Warranty Deed dated 6/1/2007 for Gene and Darla Gibbs |
| 7 | | 3/23/2022 | X | X | Plaintiff Profile Form for Gene & Darla Gibbs |
| 8 | | 3/23/2022 | X | X | Appraisal on Gibbs Property as of 4/11/2021 |
| | 1 | 3/23/2022 | X | X | Supplemental Plaintiff Profile Form for John Carter |
| | 2 | 3/23/2022 | X | X | HUD Settlement Statement dated 12/12/2007 for John Carter |
| | 3 | 3/23/2022 | X | X | Supplemental Plaintiff Profile Form for Darla and Gene Gibbs |
| | 4 | 3/23/2022 | X | X | Appraisal of Gibbs Property as of 5/18/2007 |