# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **PROFFERED EXHIBIT LIST**  Case Number:  09-md-2047 L(5) |
|---|---|

| PRESIDING JUDGE  Magistrate Judge Michael B. North | PLAINTIFF'S ATTORNEY  James Doyle | DEFENDANT'S ATTORNEY  Christina Eikhoff, Matt Lawson, and Harry Rosenberg |
|---|---|---|
| EVIDENTIARY HEARING DATE  3/23/2022 | COURT REPORTER  Jodi Simcox | COURTROOM DEPUTY  Jennifer Schouest |

| PLF. NO. | DEF. NO. | DATE OFFERED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| Proffer 1 | | 3/23/2022 | Carter's Personal Property and Home Repair Itemizations |
| Proffer 2 | | 3/23/2022 | Gibbs Potential Rental Home |
| Proffer 3 | | 3/23/2022 | Gibbs Home Repair Itemization |
| Proffer 4 | | 3/23/2022 | Gibbs Personal Property Itemization |
| Proffer 5 | | 3/23/2022 | Gibbs Moving and Storage Quote |