# EXHIBIT A

# Eikhoff, Christy Hull

| | |
|---|---|
| **From:** | Jimmy Doyle <jimmy@doylefirm.com> |
| **Sent:** | Monday, March 21, 2022 4:09 PM |
| **To:** | Eikhoff, Christy Hull |
| **Cc:** | eFile-North; Blanca Doll; Lawson, Matt; harry.rosenberg@phelps.com; Venderbush, David |
| **Subject:** | Re: CDW - Amorin v Taishan hearing - Tuesday, March 15, 2022 @ 10:00 am |
| **Attachments:** | 23232 - Notice of Submission of Plaintiffs' Memorandum to Magistrate.pdf; Untitled attachment 00115.htm; 23232-1 - Plaintiffs Alabama Law Brief.pdf; Untitled attachment 00118.htm |

Judge North:

Plaintiffs filed a motion to clarify the Alabama law after receiving your order last week which takes the position that the Alabama plaintiffs are limited to diminution in value damages. Although defense counsel believes it is procedurally incorrect for the district court to review this issue at this time, we disagree.  The district court referred the Second Phase Rule 55(b) damages hearing to the magistrate court for resolution and a recommendation.  The recoverable damages under Alabama law is not a legal issue referred to this magistrate court; thus, it should be decided by the district court.  In addition, your order indicates that Plaintiffs didn't object to the limitation on damages.  Please see the attached Objection and Alabama law briefing filed by Plaintiffs on November 12, 2021, designated in the court's record as Docs. 23232 and 23232-1.

The district court will take the issue under submission on April 13, 2022, at its next available motion day.  Plaintiffs believe that the Second Phase Rule 55(b) Damages Hearing should be continued until the issue of damages available under Alabama law is resolved by the district court.  Let us know if we should file a motion into the record via CM/ECF.

Regards,


Jimmy Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone
(844) 638-5812   fax