UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED MDL DOCKET NO. 09-md-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION SECTION: "L" (5)

THIS DOCUMENT RELATES TO:

EDUARDO AND CARMEN AMORIN, ET AL.
individually and on behalf of other similarly
situated v. TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., ET AL., 2:11-cv-01395-EEF-JCW

## ORDER

Pursuant to a request by a party,

**IT IS ORDERED** that the post-evidentiary hearing briefs are due **no later than April 11, 2022**.

New Orleans, Louisiana, this  4th  day of            April            , 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE