UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN | JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

## **PLAINTIFFS' OBJECTION**

Plaintiffs, John Andrew Carter, Darla Gibbs, and Gene Gibbs, hereby object to the referral of their Motion to Clarify Damages Recoverable by Plaintiffs Under Alabama Law (Doc. 23296) to the Magistrate Court for resolution. The issue raised in the motion was previously filed on November 12, 2021, into this Court's record as "Plaintiffs' Formal Objection to Damages Limited to Diminution in Value and Memorandum of Alabama Law Applicable to Second Phase Rule 55(b) Damages Hearing for Plaintiff John Andrew Carter and Plaintiffs Gene & Darla Gibb," within the time prescribed by the Magistrate Court to object. (See Docs. 23232 and 23232-1).

As a formal objection timely filed in response to the magistrate court's proposed ruling, the issue must be decided by the district court per Fed.R.Civ.P. 72(a) which states, "[t]he district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." For this reason, Plaintiffs request an order from the district court on the issues raised in their filings.

1

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing objection, has been served on Counsel for the Defendants via email, served on the magistrate court via email, and filed into this Court's CM/ECF electronic filing system on this 5th day of April, 2022.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC