# EXHIBIT A

| | |
|---|---|
| **From:** | Jimmy Doyle <jimmy@doylefirm.com> |
| **Sent:** | Wednesday, April 6, 2022 9:05 PM |
| **To:** | eFile-North |
| **Cc:** | Blanca Doll; Lawson, Matt; harry.rosenberg@phelps.com; Venderbush, David; Eikhoff, Christy Hull |
| **Subject:** | CDW - Amorin v Taishan - |

Judge North:

Per this Court's order (Doc. 23302), I am providing this response to the two items directed by the court, with counsel for Defendants copied on this email as well:

<u>Carter Appraisals</u> - after a diligent search, Mr. Carter was not able to locate a copy of the 2006/07 appraisal or any subsequent appraisal prior to the 2021 appraisal generated at the direction of this court.

<u>Macomber email communications with Plaintiffs regarding repair cost estimates</u> - Mr. Macomber did not communicate with Plaintiffs via email regarding his calculations of repair costs to their homes. He communicated via telephone with Plaintiffs and the Xactimate estimates for 2021, as well as the repricing estimates for 2022, were provided to my office and subsequently transmitted electronically by my office to each Plaintiff.

Thanks.

Jimmy Doyle
DOYLE LAW FIRM, PC
(205) 533-9500   phone
(844) 638-5812   fax
jimmy@doylefirm.com