# EXHIBIT B

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Tuesday, July 13, 2021 12:36 PM |
| **To:** | efile-north@laed.uscourts.gov; Blanca Doll |
| **Cc:** | jimmy@doylefirm.com; 'harry.rosenberg@phelps.com'; Lawson, Matt |
| **Subject:** | In Re: Chinese-Manufactured Drywall - Amorin:  Defense Counsel's Report to Judge North per Doc. No. 23099 |
| **Attachments:** | RE: 701 and 703 Waverly Place; RE: In Re: Chinese-Manufactured Drywall - Amorin |

Dear Judge North:

I am writing to provide you with a report on our correspondence with our prior appraiser, Ms. Wilson, pursuant to your honor's order of July 8 (Doc. No. 23099).  The attached email (with the addresses in the subject line) reflects the exchange I had with Ms. Wilson yesterday, in which she advised that she does not consider herself to be qualified to perform an appraisal of a home with Chinese Drywall.  She did not provide suggestions for other appraisers.

We have not heard from Mr. Doyle since before the July 8 status conference call, despite several attempts to reach him.  As reflected in the attached email string from myself to Mr. Doyle (with the case style in the subject line), I tried multiple times to reach him by email and also sent him a text to alert him to the unanswered emails.  Because he never responded, defense counsel was compelled to send the Court-ordered message to Ms. Wilson ourselves without any collaboration with Mr. Doyle (although he was copied on all correspondence).  He has been provided with a copy of this report to the Court and an opportunity to contribute to it as he deems appropriate.  He did not respond, even several hours after the timing I provided for him to provide a response.

We look to the Court for guidance as to next steps for the development of Plaintiffs' damages proof.

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile

1

**From:** Eikhoff, Christy Hull
**Sent:** Monday, July 12, 2021 3:30 PM
**To:** Molly Wilson
**Subject:** RE: 701 and 703 Waverly Place

Thank you for your prompt response. We will let the Court know.

Take care,

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile

**From:** Molly Wilson <mollymwilson@aol.com>
**Sent:** Monday, July 12, 2021 3:26 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Subject:** Re: 701 and 703 Waverly Place

**EXTERNAL SENDER – Proceed with caution**

I am sorry, I do not have the expertise to make an opinion on Chinese Dry wall. I had no idea that was in those houses.

Molly McLeod Wilson
Wilson Appraisals, LLC
P.O. Box 2976
Auburn, AL 36831
mollymwilson@aol.com

-----Original Message-----
From: Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
To: Molly Wilson <mollymwilson@aol.com>
Cc: jimmy@doylefirm.com <jimmy@doylefirm.com>; 'harry.rosenberg@phelps.com' <harry.rosenberg@phelps.com>; Lawson, Matt <Matt.Lawson@alston.com>
Sent: Mon, Jul 12, 2021 2:20 pm
Subject: RE: 701 and 703 Waverly Place

Dear Ms. Wilson:

As you may recall, back in April, you provided us with appraisals for the following properties that are the subjects of ongoing litigation in federal court in Louisiana:

- 701 Waverly Place, Opelika, AL 36801
- 703 Waverly Place, Opelika, AL 36801

Copies of your appraisals are attached for your convenience.  We have now been instructed by the Court to obtain new appraisals of the properties that take into account the following factual information:  <u>both properties contain Chinese drywall that was installed at the time of the original construction</u>.

- Do you have any experience appraising properties containing Chinese drywall?
- Are you interested and comfortable with providing us with revised appraisals for these same properties that factor in this information?
    - If so,
        - Would you need any additional information to perform your appraisals?
        - When do you think you could complete the revised appraisals?
    - If not,
        - Do you have any recommendations of another appraiser that you think may be able to do this job?

Thank you,

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile

---

**From:** Molly Wilson <mollymwilson@aol.com>
**Sent:** Tuesday, April 20, 2021 9:22 AM
**To:** jimmy@doylefirm.com
**Cc:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Subject:** Re: 701 and 703 Waverly Place

**EXTERNAL SENDER – Proceed with caution**

---

Attached is corrected report.  I included the invoice for your records, however, it is marked paid with a 0 balance due.  Let me know if you need anything.

Molly McLeod Wilson
Wilson Appraisals, LLC
P.O. Box 2976
Auburn, AL 36831
mollymwilson@aol.com


-----Original Message-----
From: Jimmy Doyle <jimmy@doylefirm.com>
To: Molly Wilson <mollymwilson@aol.com>
Cc: Christy.Eikhoff@alston.com <Christy.Eikhoff@alston.com>
Sent: Mon, Apr 19, 2021 7:32 pm
Subject: Re: 701 and 703 Waverly Place

Mrs. Wilson:

Did you mean to resend the invoice?


Jimmy Doyle
DOYLE LAW FIRM, PC
(205) 533-9500   phone
(844) 638-5812   fax
jimmy@doylefirm.com

2

On Apr 19, 2021, at 7:27 PM, Molly Wilson <mollymwilson@aol.com> wrote:

<703 Waverly Pl.pdf>

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.