UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Greg Descher, et al v. Knauf GIPS KG, et al*<br><br>Case No. 17-cv-17500 | JUDGE ELDON FALLON<br><br>MAGISTRATE MICHAEL B. NORTH |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Greg Descher, Meredith Descher, and Penny Parker (the "Plaintiffs"), and Defendants, Knauf GIPS KG and Knauf Plasterboard (Tianjin) Co., Ltd. ("Defendants"), who pursuant to Federal Rule of Civil Procedure 41, move this Court to dismiss all claims against Defendants, Knauf GIPS KG and Knauf Plasterboard (Tianjin) Co. Ltd. in the above-captioned matter, with prejudice, each party to bear their own costs.

Respectfully submitted,

**LUCKEY & MULLINS, PLLC**

/s/ *Stephen Mullins*
**STEPHEN MULLINS**
1629 Government Street
Ocean Springs, MS 39564
Telephone:   228.875.3175
Email:         JackFish28@gmail.com

*Counsel for Plaintiffs,*
*Greg Descher, Meredith Descher and*
*Penny Parker*

AND

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:        504.556.5549
Facsimile:         504.949.8202
Email:                kmiller@fishmanhaygood.com
Email:                ddysart@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf GIPS KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 22nd day of April, 2022.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**