UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" (5) |
| This document relates to:<br><br>*Greg Descher, et al v. Knauf GIPS KG, et al*<br><br>Case No. 17-cv-17500 | JUDGE ELDON E. FALLON<br><br>MAGISTRATE MICHAEL B. NORTH |

# O R D E R

Considering the Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED** and all claims against Defendants, Knauf GIPS KG and Knauf Plasterboard (Tianjin) Co., Ltd. in the captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana, this  25th  day of April, 2022.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE