UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE ELDON FALLON |
| THIS DOCUMENT RELATES TO:<br><br>*Jacques & Sarah Brousseau v. Knauf Gips KG, et al.*, 3:21-cv-005-SDD-EWD<br><br>**Remanded to the U.S. District Court for the Middle District of Louisiana** | |

### NOTICE OF SETTLEMENT

Pursuant to PTO 32, Plaintiffs, Jacques and Sarah Brousseau, hereby notify this Court that a settlement has been reached by the parties the above-styled case pending in the Middle District of Louisiana.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that this notice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2022.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC