UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Chinese Manufactured Drywall Products Liability Litigation** | **MDL NO. 09-2047** |
| | **SECTION "L" (5)** |
| **This Document Relates to:** | **JUDGE ELDON E. FALLON** |
| *Brousseau, et al. v. Knauf Gips KG, et al.*, No. 20-3258 | **MAGISTRATE MICHAEL B. NORTH** |

**ORDER**

The Court has been contacted by Plaintiff Jacques Brousseau concerning delays in receiving payment from the settlement of his claim with the Knauf Defendants. The Court will hold a telephone status conference with Mr. Brousseau and his attorney to discuss this matter. Accordingly,

**IT IS ORDERED** that a telephone status conference is **SCHEDULED** for Wednesday, June 15, 2022 at 9:00 AM. The participants are instructed to use the following dial-in information and to join the line five minutes before the scheduled time.

    Dial-in:    877-336-1839

    Access code:    4227405

New Orleans, Louisiana, this 8th day of June, 2022.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

cc: jacques.brousseau@gmail.com