MINUTE ENTRY
FALLON, J.
JUNE 15, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese Manufactured Drywall Products Liability Litigation | MDL NO. 09-2047 |
| | SECTION "L" (5) |
| This Document Relates to: | JUDGE ELDON E. FALLON |
| *Brousseau, et al. v. Knauf Gips KG, et al.*, No. 20-3258 | MAGISTRATE MICHAEL B. NORTH |

    A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Plaintiff Jacques Brousseau participated, as did Plaintiff's counsel, Jimmy Doyle. Kerry Miller participated for the Knauf Defendants. Christy Eikhoff and Harry Rosenberg participated for the Taishan Defendants.

    The parties discussed Mr. Brousseau's settlement with the Knauf Defendants. The Court instructed Mr. Doyle to send any documents that Mr. Brousseau has signed to the Knauf Defendants so that the Knauf Defendants may transfer the settlement payment and the settlement may be finalized.

    The Court instructed Mr. Doyle and Mr. Brousseau to discuss any other concerns of Mr. Brousseau's between themselves and to advise the Court if further assistance is needed.

    A court reporter took a transcript of this status conference. Any party may request a copy of the transcript by contacting the court reporter, Nichelle Wheeler, at Nichelle_Wheeler@laed.uscourts.gov or (504) 589-7775.

JS10 (00:14)