# EXHIBIT A

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### *Section I. Claimant and Property Information*

Name of Claimant: Gene                     R        Gibbs
First Name                      M.I.      Last Name                              Suffix

Darla                     D        Gibbs
Co-Claimant First Name (if applicable)   M.I.   Last Name                        Suffix

Business/Entity Name (if applicable)

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

701 Waverly Place
<u>Address 1</u>                                                <u>Address 2</u>
Opelika                                    AL          36801
<u>City</u>                                    <u>State</u>      <u>Zip Code</u>

Is the Property residential or commercial? __Residential__

Name of Person
Completing this Form:    Darla          D     Gibbs
                        <u>First Name</u>      <u>M.I.</u>  <u>Last Name</u>              <u>Suffix</u>

Mailing Address (if different):

_____
<u>Address 1</u>                                                <u>Address 2</u>

_____
<u>City</u>                                    <u>State</u>      <u>Zip Code</u>

Phone Number of Person Completing This Form: ( 334 )  750  - 9689

---

### *Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year: 6 / 1 / 2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 3 / 1 / 2007

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 11 / 2011

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

We were contacted by the builder, Patriot Homes, LLC, in approximately October 2011, to make us aware that the home might have been built using defective Chinese-manufactured drywall.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:   _____

Date of filing:   _____/_____/_____
                   Month   Day   Year

Docket No.:   _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?                _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                  Month    Day      Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                  Month    Day      Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph? ☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☑ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source:  CDW Settlement Program

Amount of payments received: $ 4,998.93

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Source: __GBI Holdback Payment_____

Amount of payments received: $ _313.02_____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ _337,500.00_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____     12/22/2020
Claimant's signature                 Date signed

Name:      Gene R. Gibbs

Address:   701 Waverly Place
           Address 1                 Address 2
           Opelika            AL      36801
           City               State   Zip Code

Phone No.: ( 334 )  750 - 9689

Email:     grgusmc@myops.net


_____     12/22/2020
Claimant's signature                 Date signed

Name:      Darla D. Gibbs

Address:   701 Waverly Place
           Address 1                 Address 2
           Opelika            AL      36801
           City               State   Zip Code

Phone No.: ( 334 )  750 - 9689

Email:     grgusmc@myops.net

7

Section VII.  Loss of Use / Loss of Enjoyment

1)We keep our house open as much as possible to get rid of the smell. 2) We use scented candles to cover the smell when we can't keep the doors and windows open. 3) The dust is sticky, unlike any other house we have lived in (17 in 60 years; 3 new, including the present house) and it is difficult to remove. 4) Family, including husband, wife, granddaughter and great granddaughter suffer from sinus issues, a persistent cough, and itching skin - which did not exist before moving into this house. 5) We can't afford to live elsewhere on retirement income, which is why we bought this house - to have a comfortable retirement.   $337,500.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation ($25,000/yr), based on the number of years I and my family have owned and/or lived in the home containing this nuisance, defective Chinese-manufactured drywall produced by the Taishan-BNBM-CNBM Defendants.  This figure does not include damaged personal property and home repair directly attributable to the gas produced by the defective drywall.  Although not comprehensive, I have calculated personal property damage to be approximately $4,322.00, and home repair damage to be approximately $8,697.00, since we purchased the affected property.

# Supplemental Plaintiff Profile Form

Plaintiff: ___Darla & Gene Gibbs_____

Property Address: ___701 Waverly Place, Opelika, AL 36801_____

## Itemization of Damages or Repair to Home
## (Appliances, Fixtures, Electrical System, A/C System, and Other)

| # | Description of Item Repaired / Replaced | Value ($) |
|---|---|---|
| 1 | HVAC Unit - repair and replacement of multiple coils | 8,697.00 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| | | |
|---|---|---|
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ __8,697.00__

# Supplemental Plaintiff Profile Form

Plaintiff: _____Darla & Gene Gibbs_____

Property Address: ___701 Waverly Place, Opelika, AL 36801_____

## Itemization of Damaged Personal Property :

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Washer / Dryer replacement | 2,826.00 |
| 2 | Computer replacement | 1,496.00 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|--|--|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ ___4,322.00___



**AUBURN BANK**
Member FDIC
WWW.AUBURNBANK.COM

```
Date    3/21/14        Page    2
Account #              10304772
```

DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801

GOLDEN KEY 50+                 10304772   (Continued)

DEPOSITS POSTED:

| Date | Description | Serial# | Amount | Bank Ref# |
|------|-------------|---------|--------|-----------|

WITHDRAWALS POSTED:

| Date | Description | Amount | Bank Ref# |
|------|-------------|--------|-----------|
| 2/25 | PURCHASE   SEARS OUTLET | 400.00 | |
|      | 9043206864      02/25/14 | | |
|      | CHECK#-8191      OPEL AL | | |
|      | TRACE #=043305138938122 | | |



**AUBURN**BANK
Member FDIC
WWW.AUBURNBANK.COM

Date    2/21/14        Page    2
Account #              10304772

DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801

GOLDEN KEY 50+                    10304772   (Continued)

DEPOSITS POSTED:

| Date | Description | Serial# | Amount | Bank Ref# |
|------|-------------|---------|--------|-----------|

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

WITHDRAWALS POSTED:

| Date | Description | Amount | Bank Ref# |
|------|-------------|--------|-----------|
| 1/28 | PURCHASE   SEARS OUTLET<br>9043206864        01/28/14<br>CHECK#-8167          OPEL AL<br>TRACE #-043305130625436 | 400.00 | |



**AUBURN**BANK
Member FDIC
WWW.AUBURNBANK.COM

Date    4/24/14     Page    2
Account #            10304772

DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801

GOLDEN KEY 50+                    10304772   (Continued)

DEPOSITS POSTED:

| Date | Description | Serial# | Amount | Bank Ref# |
|------|-------------|---------|--------|-----------|

WITHDRAWALS POSTED:

| Date | Description | Amount | Bank Ref# |
|------|-------------|--------|-----------|
| 3/25 | PURCHASE    SEARS OUTLET | 400.00 | |
|      | 9043206864       03/25/14 | | |
|      | CHECK#-8203         OPEL AL | | |
|      | TRACE #-043305134441301 | | |



## AUBURNBANK
Member FDIC
WWW.AUBURNBANK.COM

```
                                    Date    5/23/14      Page     3
                                    Account #                 10304772
```

DARLA D GIBBS
GENE R GIBBS
701 WAVERLY PL
OPELIKA AL   36801

GOLDEN KEY 50+                    10304772   (Continued)

WITHDRAWALS POSTED:

| Date | Description | Amount | Bank Ref# |
|---|---|---|---|
| ████ | ████ | ████ | ████ |
| 5/19 | PURCHASE    SEARS OUTLET<br>9043206864        05/19/14<br>CHECK#-8246         OPEL AL<br>TRACE #-043305139720536 | 765.22 | |
| ████ | ████ | ████ | ████ |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CHECKS POSTED:

| Date | Check # | Amount | Bank Ref# | Date | Check # | Amount | Bank Ref# |
|---|---|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DAILY BALANCE INFORMATION:

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ |

Check8208 Amount $70.07 Date 3/25/2014



D GIBBS
G R GIBBS
701 WAVERLY PLACE
OPELIKA, AL  36801

8209

Pay _Net Systems_
_Fourteen ninety-six & 37/100_ $ 1496 37 DOLLARS

AuburnBank

For _Computer_

Check8209 Amount $1,496.37 Date 3/24/2014

Check8221 Amount $150.00 Date 4/11/2014

Check8222 Amount $180.00 Date 4/15/2014

Check8226 Amount $150.00 Date 4/11/2014

Account: **** **** **** 4998

| **2014 Totals Year-to-Date** | |
|---|---|
| Total Fees Charged in 2014 | $0.00 |
| Total Interest Charged in 2014 | $0.00 |

| PROMOTIONS | Original Trans Amount | Trans Date | Previous Promotion Balance | Payments and Credits | Billed Interest Charges | New Promotion Balance | Promo Monthly Payment | Deferred Interest Charges | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| DEFERRED INT W/PMTS | $1,295.23 | 12/11/13 | $1,165.22 | $400.00- | - | $765.22 | - | $125.77 | 12/26/14 |

### INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| REGULAR | 25.24% (D)(V) | $0.00 | $0.00 |
| DEFERRED INT W/PMTS | 25.24% (D)(V) | - | - |
| CASH ADVANCES | | | |
| REGULAR | 27.15% (D)(V) | $0.00 | $0.00 |

(V) = Variable Rate   (D) = Daily

You're no ordinary customer...

# Your Sears card is no ordinary card.



Sears Cardmembers are preferred customers. That's why your card has been packed with exclusive savings and benefits that are anything but ordinary.

**More savings**
- Special financing and valuable coupons
- Exclusive Cardmember-only sales events at sears.com/creditoffers
- Shop Sears, Kmart, Lands' End® and mygofer.com

**More convenience**
- Online bill payment options
- Acceptance at Sears, Kmart and Lands' End®, in-store and online

Enjoy the benefits you deserve. Use your Sears card. 

843



```
NPOS714                    Item Detail Display                  10/07/14 09:33:42
                           SC# 068649029362


Name: GIBBS, DARLA                    H: 334-750-9689   W: 334-750-9689
Sales Date  : 12/10/13     Sale Amount:    1458.98   Total Amount:   1530.98
Time of Sale: 09:55:27     Reductions :     -27.00   Tax Amount  :     99.00
Transfer to Store:                                   Balance Due :       .00


Type an x by the Division number.  Then press the desired Fkey.


                                                        Item
Sel    Gft Rec Dt     Div   Item/Sku    Description    Quantity      Amount
---    ----------     ---   --------    -----------    --------    ---------
 _                    026   41072000    KME 29 FL, W    0001         1099.99
 _                    070   62362292    3Y HOMEMPA,     0001          269.99
 _                          189182      Misc Account    0001           89.00
 _                          116000      Misc Account    0001            .00




F3=Exit  F4=Comments  F5=Customer  F6=Itemhst  F7=Bkwd  F8=Fwd  F9=Payhst
F12=Cancel
```

*Total Cost*

```
1,530•98 +
1,295•23 +
2,826•21 *

  •°0°•
```

**Sears**

**SEARS, ROEBUCK AND CO.**
3724 Pepperell Parkway
Opelika, Alabama 36801

**JEFF ROTHSTEIN**
Owner

*Authorized*
**Retail Dealer Store**
Phone: 334-364-0174
Email: ds6864@shos.com
Sears Service: 1-800-469-4663
Web Site: www.sears.com

*Washer & Dryer*

Energy Savers of Georgia -OLD

**Invoice**

1409 17th Street
Columbus, GA 31901

| Date | Invoice # |
|---|---|
| 7/13/2011 | 0000219036 |

PAID
07/15/2011

> Ck # 7620

**Bill To**

Gene Gibbs
701 Waverly Place
Opelika, AL 36801

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 30 | 17250 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Install 2 ton 15.0 SEER Carrier heat pump system.<br>Thank you<br>Sales Tax | 5,815.00<br>6.00% | 5,815.00<br>0.00 |
| | **Total** | | $5,815.00 |

**Energy Savers Of Georgia**
**1409 17th Street**
**Columbus GA  31901**
**Phone: 706-324-1738**
**Fax: 706-324-3941**

# INVOICE

| DATE | INVOICE # | CUST # |
|------|-----------|--------|
| 8/13/2013 | 0000266004 | 0122178 |

**LOCATION:**

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

| P.O. NUMBER | TERMS | SALES PERSON |
|-------------|-------|--------------|
|  | COD |  |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|------|-------------|------------|--------|
|  | Completed cooling service. Checked refrigerant. Checked and tightened electrical components and connections. Checked amp draw on compressor. Blew out drain line and flushed. Cleaned condenser coil and cleaned debris from outdoor unit. Checked blower assembly. Checked air flow. Checked thermostat operation. Checked and verified system operation. |  |  |

## *We now offer "Pay Online"*

Just go to www.energysaversair.com
Click on the online services tab and select "Pay Your Bill Online"
**OVERDUE INVOICES ARE SUBJECT TO FINANCE CHARGES OF 1.5% MONTHLY**

| | TOTAL | | $0.00 |

**Energy Savers Of Georgia**
**1409 17th Street**
**Columbus GA  31901**
**Phone: 706-324-1738**
**Fax: 706-324-3941**

**INVOICE**

| DATE | INVOICE # | CUST # |
|------|-----------|--------|
| 6/21/2014 | 0000284118 | 0122178 |

[Loc Ph 4]

LOCATION:

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

**Gene Gibbs**
**701 Waverly Place**
**Opelika AL  36801**

| P.O. NUMBER | TERMS | SALES PERSON |
|-------------|-------|--------------|
|  | COD |  |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|------|-------------|------------|--------|
|  | Pumped down system. Removed leaking evaporator coil. Installed new evaporator coil and liquid line filter drier. Pressurized with nitrogen to check for leaks. Pressure held. Released nitrogen. Evacuated system. Released refrigerant back into the system. Started system and added refrigerant. Verified system operation. System is operating properly. Customer paid for the repair with a Visa card. Authorization# 09266A |  |  |
| 1.00 | Service Call | 89.00 | 89.00 |
| 1.00 | Tin Plated Evaporator Coil Replacement | 2,457.53 | 2,457.53 |
| 1.00 | Pumped Down Fee, Vacuum Pump Fee, Torch Materials, Nitrogen, Filter Drier and Refrigerant | 351.41 | 351.41 |
| 1.00 | Shipping Fee | 66.77 | 66.77 |
| 1.00 | Maintenance Agreement Discount | -409.65 | -409.65 |
|  | Thank you |  |  |

## We now offer "Pay Online"

Just go to www.energysaversair.com

Click on the online services tab and select "Pay Your Bill Online"

**OVERDUE INVOICES ARE SUBJECT TO FINANCE CHARGES OF 1.5% MONTHLY**

| | |
|---|---|
| **TOTAL** | **$2,555.06** |
| Visa | $2,555.06 |
| Auth | |
| BALANCE | $0.00 |