# EXHIBIT B

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Chinese Manufactured Drywall<br>Products Liability Litigation<br><br>This Document Relates to: | MDL NO. 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: John         A     Carter

_____
First Name            M.I.   Last Name                Suffix

_____
Co-Claimant First Name (if applicable)   M.I.   Last Name          Suffix

_____
Business/Entity Name (if applicable)

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

703 Waverly Place
Address 1                                              Address 2

Opelika                           AL        36801
City                              State     Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    John            A    Carter
                        First Name      M.I.  Last Name              Suffix

Mailing Address (if different):

1590 Crescent Boulevard
Address 1                                              Address 2

Auburn                            AL        36830
City                              State     Zip Code

Phone Number of Person Completing This Form: ( 334 ) 319 - 6473

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year: 12 / 22 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____/ 2007

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 11 / 2011

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Defective Chinese-manufactured drywall was found by Doyle Law Firm, PC and the markings were confirmed by me personally after an inspection of the attic area over the living space of the home. ⊞

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                  Month      Day         Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
Month   Day        Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
Month   Day        Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>No</u>_____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☑ Yes  ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _CDW Settlement Program_____

Amount of payments received: $ _4,830.44_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Source: GBI Holdback Payment

Amount of payments received: $ 291.91

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____ %

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 337,500.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____        12/16/20
Claimant's signature                                              Date signed

Name:         John A. Carter

Address:      1590 Crescent Blvd.
              Address 1
              Auburn                    AL        36830
              City                      State     Zip Code

Phone No.: ( 334  )  319  - 5180

Email:        andycarter64@gmail.com

7

# Exhibit A

## (See Section II)

Documents Related to Assignment of Claim or Transfer of Ownership

N/A

# Exhibit B

(See Section III)

Additional Evidence of Chinese Drywall in Property

N/A

# Exhibit C

## (See Section IV)

### Documents Related to Bankruptcy, Foreclosure or Short Sale

N/A

# Exhibit D

(See Section V)

Documents Related to Already Remediated Properties

N/A

# Exhibit E

(See Section VI)

Documents Related to Prior Payments

# __Exhibit F__

(See Section VII)

Documents Related to Other Damages

Section VII.  Loss of Use / Loss of Enjoyment

       This house was built for my aging mother who could then enjoy her final years close to our family.  When the gasses forced us to evacuate her, we had to rent her a new place.  Due to the financial Burden of paying the mortgage on a house we could not rent, or sell, my mother had to move to a different city where she battled health issues that began with the gas exposure.  She battled those health issues until her death in a nursing home in 2020, with the quality of her life in her final years begin substantially degraded. The financial strain of that extra mortgage on our personal finances resulted in loss of family relations, reduced quality of life for our family and emotional toll of financial struggles on our family relationships. $337,500.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation ($25,000/yr), based on the number of years I and my family have owned and/or lived in the home containing this nuisance, defective Chinese-manufactured drywall produced by the Taishan-BNBM-CNBM Defendants.  This figure does not include damaged personal property and home repair directly attributable to the gas produced by the defective drywall.  Although not comprehensive, I have calculated personal property damage to be approximately $8,714.00, and home repair damage to be approximately $5,337.00, since I purchased the affected property.

# Supplemental Plaintiff Profile Form

Plaintiff:  John A. Carter

Property Address:  703 Waverly Place, Opelika, AL 36801

### Itemization of Damages or Repair to Home
### (Appliances, Fixtures, Electrical System, A/C System, and Other)

| # | Description of Item ☒epaired / ☒eplaced | Value ($) |
|---|---|---|
| 1 | ~~Kaltie~~ Frigidaire Refrigerator | 1499 |
| 2 | Frigidaire Microwave | 299 |
| 3 | Frigidaire Stove | 899 |
| 4 | Replacement of 3 air conditioner coils (880.00) | 2640 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|---|---|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 5337.00

# Supplemental Plaintiff Profile Form

Plaintiff:   John A. Carter

Property Address:   703 Waverly Place, Opelika, AL 36801

## Itemization of Damaged Personal Property :

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Queen Size Mattress Set | 2199 |
| 2 | Full Size Mattress Set | 1819 |
| 3 | Bassett Sofa | 1599 |
| 4 | Bassett Loveseat | 1499 |
| 5 | Bassett Chair | 999 |
| 6 | Dell Desktop Computer | 599 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ _8714.___

Search by Name, Keyword or Item Number  

) **Opelika Lowe's**   Open till 9 PM  >



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

ome Decor / **Mattresses & Bedding** / **Mattresses**





**$2,199**.00

★★★★★ 31
View Q&A

$35 /Month   With 84 month financing.  Learn how

Serta iComfort 14-in Firm Queen Hybrid Mattress
Item #2413061  Model #500822616FH260

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date

Max Cold ™ Cover: Made from super cool high-performance fibers for an instant cool-to-the-touch sensation

UltraCold System™: This layer of extra-cool Carbon Fiber Memory Foam absorbs excess heat from your body and channels it away

Size
Queen  >

[ 1 ]  +
Qty

Add to Cart   ♡

⊗ Free Store Pickup
Pickup Estimated: Mon, Jan 25, 2021

🚚 Free Delivery
Delivery Estimated: Sun, Jan 24, 2021

VERVIEW

oam paired with the UltraCold System™ help channel heat away from your body. Our exclusive Air Support™ Foam contours your body and helps relieve aches and pains caused by pressure points, while the 1025 iComfort® Hybrid Support™ System th BestEdge® Foam Encasement provides durable support from edge to edge.

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date

Max Cold™ Cover: Made from super cool high-performance fibers for an instant cool-to-the-touch sensation

UltraCold System™: This layer of extra-cool Carbon Fiber Memory Foam absorbs excess heat from your body and channels it away

Gel Active® Max Foam: This open celled memory foam helps promote airflow, so you don't have that hot, stuffy feeling when falling asleep

1025 iComfort® Hybrid Support™ System with BestEdge® Foam Encasement: In this advanced innerspring system, individually wrapped coils work independently to conform to every curve of your body and provide durable support

# SPECIFICATIONS

| ollection Name | iComfort | Mattress in a Box | ✕ |
|---|---|---|---|
| pe | Hybrid | Coil Count | 900 |
| lbric Material | Polyester | Size | Queen |
| /poallergenic | ✕ | Length (Inches) | 80 |
| arranty | 10-year limited | Weight (lbs.) | 118.8 |

+ **Show All**

# REVIEWS







**$1,819.00**

★★★★☆ 42
View Q&A

**$304** / Month    Suggested payments with 6 month special financing. Learn how

Serta iComfort Hybrid 1000 14.5-in Full Hybrid Mattress
Item #1325682 Model #500821553-1050

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date

True support - Serta Hybrid coil support system with best edge foam encasement

Cooling - keeping you at the perfect body temperature all night

Size
Full                                                                        >

Comfort Level
Medium                                                                      >

**This item is unavailable for purchase online**

## OVERVIEW

Experience cushion firm comfort combined with our most advanced temperature regulation technology with our Blue Fusion 1000 Luxury firm Pillow Top model. It features our exclusive TempActiv™ gel memory foam and an extra thick layer of Serta® Support Foam for enhanced airflow and firm, yet cushioning, comfort. The Blue Fusion 1000 Luxury firm Pillow Top is finished with TempActiv™ touch fabric for an immediate cool-to-the-touch feeling that helps dissipate heat through the night.

Free delivery and setup in room of choice when ship to home is selected; you will be called to schedule a delivery date

True support - Serta Hybrid coil support system with best edge foam encasement

Cooling - keeping you at the perfect body temperature all night

Serta 10 year warranty

# SPECIFICATIONS

| ollection Name | iComfort Hybrid 1000 | Weight (lbs.) | 72.5 |
|---|---|---|---|

frigidaire stove                                                    Clear  

⟩ **Opelika Lowe's**   Open till 9 PM  ›



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

ppliances / **Ranges** / **Electric Ranges** / **Single Oven Electric Ranges**





     



**$899.00**

★★★★☆ 2959
View Q&A

$75 /Month   Suggested payments with 12 month special financing, now through 01/01/2021.  Learn how

Frigidaire 30-in Smooth Surface 5 Elements 5.3-cu ft Self-Cleaning Freestanding Electric Range (Black Stainless Steel)
Item #1066848  Model #FFEF3054TD

Get meals on the table faster with our 3000 W Element - water boils faster than the traditional setting
Keep Warm Zone - keep food warm until everything - and everyone - is ready
Your oven cleans itself - so you don't have to. self clean options available in 2, 3 and 4-hour cycles

🔖 **LOWE'S PLANS & SERVICES**
Add Available Plans and Pro Services in Cart

−  1  +
Qty

Add to Cart         ♡

Longer wait time than usual (30+ days)

⊙ **Free Store Pickup**
Pickup Estimated: Tue, Apr 27, 2021

🚚 **Free Delivery**
Delivery Estimate: Tue, Apr 27, 2021, Schedule Delivery Date in Checkout.

VERVIEW

frigidaire refrigerators                                        Clear  🔍

〉 **Opelika Lowe's**  Open till 9 PM  〉



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

ppliances / **Refrigerators** / **Side-by-Side Refrigerators**





**$1,499.00**

★★★★☆ 77
View Q&A

**$125** / Month.  Suggested payments with 12 month special financing, now through 01/31/2021.  Learn how

Frigidaire 22-cu ft Side-by-Side Refrigerator with Ice Maker (Stainless Steel)
Item #054938 Model #FFHX2225TS

Bright LED Lighting makes it easy to see what's inside
Deli Drawer keeps sandwich meats and cheeses organized in a convenient location
PureSource 3® Water Filtration gives you cleaner, better-tasting water at your fingertips

**Manufacturer Color/Finish:** Stainless Steel

⚫ ⚪ ⚪

🛒 **LOWE'S PLANS & SERVICES**
Add Available Plans and Pro Services in Cart

−  1  +
Qty

Add to Cart                    ♡

Longer wait time than usual (30+ days)

**Free Store Pickup**
Pickup Estimated: Tue, Apr 27, 2021

**Free Delivery**
Delivery Estimate: Tue, Apr 27, 2021, Schedule Delivery Date in Checkout

VERVIEW

frigidaire microwaves                                                    Clear  🔍

> **Opelika Lowe's**   Open till 9 PM  >



Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and services are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and to correct any errors, inaccuracies or omissions including after an order has been submitted.

ppliances / **Microwaves** / **Over-the-Range Microwaves**







**EXCLUSIVE**

**$299.00**

★★★★★ 232
View Q&A

**$25** / Month    Suggested payments with 12 month special financing, now through 01/31/2021.  Learn how

Frigidaire 1.8-cu ft Over-the-Range Microwave (EasyCare Stainless Steel)
Item #1678224  Model #FFMV1846VF

🛒 Shop the Collection

This Lowe's Exclusive has an EasyCare™ Stainless Steel finish that resists fingerprints and is easy to clean
Make meal preparation and cooking simple with LED lighting that offers a clean, bright view of your cooktop
Interior LED lighting stays on while your dish cooks

**Manufacturer Color/Finish:** EasyCare Stainless Steel

⬤ ⬤ ⬤ ⬤ ⬤

🧰 **LOWE'S PLANS & SERVICES**
Add Available Plans and Pro Services in Cart

−  1  +
Qty

Add to Cart                    ♡

⊗  **Free Store Pickup**
6 Available at
Opelika Lowe's ⌄
Aisle 49 | Bay 7

🚚  **Free Delivery**
Available

**Carolina Panel Arm Sofa**
SKU: 3887-72 Availability: Backordered

Orig. $2,139   Sale **$1,599**    1   Add To Cart

TOP



— **Select Body Cover**

**Texture**
Color: Gray
Order Fabric Swatch

FABRIC          LEATHER

*Special Order*

All Fabrics ▾        All Colors ▾

| Texture Gray | Texture Snow | Texture Lagoon | Texture Oyster |
| Texture Rain | Texture Mushroom | Texture Citron | Texture Navy |

MORE DESIGN CHOICES AVAILABLE IN-STORE

360°  OFF  ON

+ **Description**

+ **Cleaning + Care**

+ **Shipping and Delivery Info**

+ **Detailed Dimensions**

Carolina Panel Arm Sofa

**Carolina Panel Arm Sofa**
SKU: 3887-62 Availability: <u>Backordered</u>

Orig. $2,009 Sale **$1,499**    | 1 |    Add To Cart

TOP

|↔|
⤡



**360°**  OFF | ON

— **Select Body Cover**



**Texture**
Color: Gray
<u>Order Fabric Swatch</u>

FABRIC                    LEATHER

*Special Order*

| All Fabrics ▾ |    | All Colors ▾ |

Texture Gray | Texture Snow | Texture Lagoon | Texture Oyster

Texture Rain | Texture Mushroom | Texture Citron | Texture Navy

MORE DESIGN CHOICES AVAILABLE IN-STORE

+ **Description**

+ **Cleaning + Care**

+ **Shipping and Delivery Info**

+ **Detailed Dimensions**

**Carolina Sock Arm Chair**
SKU: 3851-12    Availability: <u>Backordered</u>

Orig. $1,339    Sale      | 1 |    Add To Cart

TOP

CLICK & DRAG
to Rotate this Image



360°  | OFF | off |

— Select Body Cover



**Texture**
Color: Gray
<u>Order Fabric Swatch</u>

FABRIC        LEATHER

*Special Order*

| All Fabrics ▼ |    | All Colors ▼ |

Texture Gray    Texture Snow    Texture Lagoon    Texture Oyster

Texture Rain    Texture Mushroom    Texture Citron    Texture Navy

**MORE DESIGN CHOICES AVAILABLE IN-STORE**
800 Designer Fabrics, Seat Cushion Plushness, Wood Finishes

+  Description

+  Cleaning + Care

+  Shipping and Delivery Info

+  Detailed Dimensions



Dell Inspiron Desktop | Dell USA


**Search**


**Sign In**


**Cart**


**Menu**

For a limited time, save up to an extra $150 on select PCs with coupon.
View the Deals | Call 1-888-653-1747 or Chat

‹ View All Configurations



# Inspiron Desktop

★★★★    4.0 (1659)    Ask a question

~~$664.98~~

## $599.99

⊘ Price Match Guarantee

- 10th Gen Intel® Core™ i5-10400 processor(6-Core12M Cache2.9GHz to 4.3GHz)
- Windows 10 Home, 64-bit, English
- Intel UHD Graphics 630 with shared graphics memory
- 8GB, 1x8GB, DDR4, 2666MHz
- 256GB M.2 PCIe NVMe Solid State Drive + 1TB 7200 rpm 3.5" SATA Hard Drive
- Ports & Slots

As low as $20 /mo.^ | Get Pre-Qualified | Apply for credit
**$50 with code: EXTRA50**

DATE: Billed 17 Aug 11

# Oasis Heating and Air, LLC

1026 County Road 173
Opelika, AL 36801
(334) 319-3564

Billing Name: Andy Carter
1590 Crescent Blvd
Auburn, AL

Mother's Home / Waverly Place

Service Tech:

| Labor Hours | Travel Time | Arrival Time | Departure Time | | Nature of problem and description of work performed. Please list specific items, equipment, areas, etc. |
|---|---|---|---|---|---|
| QTY | | Materials | | Amount | |
| | | | | | Replaced evaporator coil |
| | | Total Labor + | | 880 - | - 90 Day Labor Warranty |
| | | Material | | | from Installation |
| | | | | 2 | - 1yr Warranty from |
| | | | | THANKS | Date of Installation |

**Parts and Warranty:** All parts are warranted as per manufacturer specifications

**Labor Guaranty:** The labor charge as recorded here relative to the equipment serviced as noted, is guaranteed for a period of 30 days.
We do not guarantee parts other than those we install.

I agree that the work performed today was done satisfactorily, the times are correct and I understand all warranties/guarantees.

CUSTOMER SIGNATURE: _____ DATE: _____

# LEASE

## BASIC RENTAL AGREEMENT AND/OR LEASE

This Rental Agreement and/or Lease shall evidence the complete terms and conditions under which the parties whose signatures appear below have agreed. Landlord/Lessor/Agent, _Andy Carter_ , shall be referred to as "OWNER" and Tenant(s)/Lessee, _Ann Carter_ , shall be referred to as "RESIDENT." As consideration for this agreement, OWNER agrees to rent/lease to RESIDENT and RESIDENT agrees to rent/lease from OWNER for use solely as a private residence, the premises located at _703 WAVERLY PLACE_ in the city of _OPELIKA AL 36801_ .

1. **TERMS:** RESIDENT agrees to pay in advance $ _600_ per month on the _1st_ day of each month. This agreement shall commence on _May 1st 2008_ and continue; (check one) A. ✓ until _May 1st 2009_ as a leasehold. Thereafter it shall become a month-to-month tenancy. If RESIDENT should move from the premises prior to the expiration of this time period, he shall be liable for all rent due until such time that the Residence is occupied by an OWNER approved paying RESIDENT and/or expiration of said time period, whichever is shorter. B. ~~until~~ , ~~on a month-to-month tenancy until either party shall~~ ~~terminate this agreement by giving a written notice of intention to terminate at least 30 days~~ ~~prior to the date of termination.~~

2. **PAYMENTS:** Rent and/or other charges are to be paid at such place or method designated by the owner as follows _Checks payable to Andy Carter_ . All payments are to be made by check or money order and cash shall be acceptable. OWNER acknowledges receipt of the First Month's rent of $ _600_ , and a Security Deposit of $ _____ , and additional charges/fees for _____ , for a total payment of $ _600_ . All payments are to be made payable to _Andy Carter_ .

3. **SECURITY DEPOSITS:** The total of the above deposits shall secure compliance with the terms and conditions of this agreement and shall be refunded to RESIDENT within _____ days after the premises have been completely vacated less any amount necessary to pay OWNER; a) any unpaid rent, b) cleaning costs, c) key replacement costs, d) cost for repair of damages to premises and/or common areas above ordinary wear and tear, and e) any other amount legally allowable under the terms of this agreement. A written accounting of said charges shall be presented to RESIDENT within _____ days of move-out. If deposits no not cover such costs and damages, the RESIDENT shall immediately pay said additional costs for damages to OWNER.

4. **LATE CHARGE:** A late fee of $ _____ , (not to exceed _____ % of the monthly rent), shall be added and due for any payment of rent made after the _____ of the month. Any dishonored check shall be treated as unpaid rent, and subject to an additional fee of $ _____ .

5. **UTILITIES:** RESIDENT agrees to pay all utilities and/or services based upon occupancy of the premises except _____ .

6. **OCCUPANTS:** Guest(s) staying over 15 days without the written consent of OWNER shall be considered a breach of this agreement. ONLY the following individuals and/or animals, AND NO OTHERS shall occupy the subject residence for more than 15 days unless the expressed written consent of OWNER obtained in advance

_____

7. **PETS:** No animal, fowl, fish, reptile, and/or pet of any kind shall be kept on or about the premises, for any amount of time, without obtaining the prior written consent and meeting the requirements of the OWNER. Such consent if granted, shall be revocable at OWNER'S option upon giving a 30 day written notice. In the event laws are passed or permission is granted to have a pet and/or animal of any kind, an additional deposit in the amount of $_____ shall be required along with additional monthly rent of $_____ along with the signing of OWNER'S Pet Agreement. RESIDENT also agrees to carry insurance deemed appropriate by OWNER to cover possible liability and damages that may be caused by such animals.

8. **LIQUID FILLED FURNISHINGS:** No liquid filled furniture, receptacle containing more than ten gallons of liquid is permitted without prior written consent and meeting the requirements of the OWNER. RESIDENT also agrees to carry insurance deemed appropriate by OWNER to cover possible losses that may be caused by such items.

9. **PARKING:** When and if RESIDENT is assigned a parking area/space on OWNER'S property, the parking area/space shall be used exclusively for parking of passenger automobiles and/or those approved vehicles listed on RESIDENT'S Application attached hereto. RESIDENT is hereby assigned or permitted to park only in the following area or space _____. The parking fee for this space (if applicable is $_____ monthly. Said space shall not be used for the washing, painting, or repair of vehicles. No other parking space shall be used by RESIDENT or RESIDENT'S guest(s). RESIDENT is responsible for oil leaks and other vehicle discharges for which RESIDENT shall be charged for cleaning if deemed necessary by OWNER.

10. **NOISE:** RESIDENT agrees not to cause or allow any noise or activity on the premises which might disturb the peace and quiet of another RESIDENT and/or neighbor. Said noise and/or activity shall be a breach of this agreement.

11. **DESTRUCTION OF PREMISES:** If the premises become totally or partially destroyed during the term of this Agreement so that RESIDENT'S use is seriously impaired, OWNER or RESIDENT may terminate this Agreement immediately upon three day written notice to the other.

12. **CONDITION OF PREMISES:** RESIDENT acknowledges that he has examined the premises and that said premises, all furnishings, fixtures, furniture, plumbing, heating, electrical facilities, all items listed on the attached property condition checklist, if any, and/or all other items provided by OWNER are all clean, and in good satisfactory condition except as may be indicated elsewhere in this Agreement. RESIDENT agrees to keep the premises and all items in good order and good condition and to immediately pay for costs to repair and/or replace any portion of the above damaged by RESIDENT, his guests and/or invitees, except as provided by law. At the termination of this Agreement, all of above items in this provision shall be returned to OWNER in clean and good condition except for reasonable wear and tear and the premises shall be free of all personal property and trash not belonging

to OWNER. It is agreed that all dirt, holes, tears, burns, and stains of any size or amount in the carpets, drapes, walls, fixtures, and/or any other part of the premises, do not constitute reasonable wear and tear.

13. **ALTERATIONS:** RESIDENT shall not paint, wallpaper, alter or redecorate, change or install locks, install antenna or other equipment, screws, fastening devices, large nails, or adhesive materials, place signs, displays, or other exhibits, on or in any portion of the premises without the written consent of the OWNER except as may be provided by law.

14: **PROPERTY MAINTENANCE:** RESIDENT shall deposit all garbage and waste in a clean and sanitary manner into the proper receptacles and shall cooperate in keeping the garbage area neat and clean. RESIDENT shall be responsible for disposing of items of such size and nature as are not normally acceptable by the garbage hauler. RESIDENT shall be responsible for keeping the kitchen and bathroom drains free of things that may tend to cause clogging of the drains. RESIDENT shall pay for the cleaning out of any plumbing fixture that may need to be cleared of stoppage and for the expense or damage caused by stopping of waste pipes or overflow from bathtubs, wash basins, or sinks.

15. **HOUSE RULES:** RESIDENT shall comply with all house rules as stated on separate addendum, but which are deemed part of this rental agreement, and a violation of any of the house rules is considered a breach of this agreement.

16. **CHANGE OF TERMS:** The terms and conditions of this agreement are subject to future change by OWNER after the expiration of the agreed lease period upon 30-day written notice setting forth such change and delivered to RESIDENT. Any changes are subject to laws in existence at the time of the Notice of Change Of Terms.

17. **TERMINATION:** After expiration of the leasing period, this agreement is automatically renewed from month to month, but may be terminated by either party giving to the other a 30-day written notice of intention to terminate. Where laws require "just cause", such just cause shall be so stated on said notice. The premises shall be considered vacated only after all areas including storage areas are clear of all RESIDENT'S belongings, and keys and other property furnished for RESIDENT'S use are returned to OWNER. Should the RESIDENT hold over beyond the termination date or fail to vacate all possessions on or before the termination date, RESIDENT shall be liable for additional rent and damages which may include damages due to OWNER'S loss of prospective new renters.

18. **POSSESSION:** If OWNER is unable to deliver possession of the residence to RESIDENTS on the agreed date, because of the loss or destruction of the residence or because of the failure of the prior residents to vacate or for any other reason, the RESIDENT and/or OWNER may immediately cancel and terminate this agreement upon written notice to the other party at their last known address, whereupon neither party shall have liability to the other, and any sums paid under this Agreement shall be refunded in full. If neither party cancels, this Agreement shall be prorated and begin on the date of actual possession.

19. **INSURANCE:** RESIDENT acknowledges that OWNERS insurance does not cover personal property damage caused by fire, theft, rain, war, acts of God, acts of others, and/or any other causes, nor shall OWNER be held liable for such losses. RESIDENT is hereby advised to obtain his own insurance policy to cover any personal losses.

20. **RIGHT OF ENTRY AND INSPECTION:** OWNER may enter, inspect, and/or repair the premises at any time in case of emergency or suspected abandonment. OWNER shall give 24 hours advance notice and may enter for the purpose of showing the premises during normal business hours to prospective renters, buyers, lenders, for smoke alarm inspections, and/or for normal inspections and repairs. OWNER is permitted to make all alterations, repairs and maintenance that in OWNER'S judgment is necessary to perform.

21. **ASSIGNMENT:** RESIDENT agrees not to transfer, assign or sublet the premises or any part thereof.

22. **PARTIAL INVALIDITY:** Nothing contained in this Agreement shall be construed as waiving any of the OWNER'S or RESIDENT'S rights under the law. If any part of this Agreement shall be in conflict with the law, that part shall be void to the extent that it is in conflict, but shall not invalidate this Agreement nor shall it affect the validity or enforceability of any other provision of this Agreement.

22. **NO WAIVER:** OWNER'S acceptance of rent with knowledge of any default by RESIDENT or waiver by OWNER of any breach of any term of this Agreement shall not constitute a waiver of subsequent breaches. Failure to require compliance or to exercise any right shall not be constituted as a waiver by OWNER of said term, condition, and/or right, and shall not affect the validity or enforceability of any provision of this Agreement.

23. **ATTORNEY FEES:** If any legal action or proceedings be brought by either party of this Agreement, the prevailing party shall be reimbursed for all reasonable attorney's fees and costs in addition to other damages awarded.

24. **JOINTLY AND SEVERALLY:** The undersigned RESIDENTS are jointly and severally responsible and liable for all obligations under this agreement.

25. **REPORT TO CREDIT/TENANT AGENCIES:** You are hereby notified that a nonpayment, late payment or breach of any of the terms of this rental agreement may be submitted/reported to a credit and/or tenant reporting agency, and may create a negative credit record on your credit report.

26. **LEAD NOTIFICATION REQUIREMENT:** For rental dwellings built before 1978, RESIDENT acknowledges receipt of the following: (Please check)
____ Lead Based Paint Disclosure Form
____ EPA Pamphlet

27. **ADDITIONS AND/OR EXCEPTIONS**
_____
_____.

28. **NOTICES:** All notices to RESIDENT shall be served at RESIDENT'S premises and all notices to OWNER shall be served at
_____.

29. **INVENTORY:** The premises contains the following items, that the RESIDENT may use. _____.

**30. KEYS AND ADDDENDUMS:** RESIDENT acknowledges receipt of the following which shall be deemed part of this Agreement: (Please check)

✓ Keys #of keys and purposes _____ 6 Keys _____

___ House Rules ___ Pet Agreement ___ Other _____

**31. ENTIRE AGREEMENT:** This Agreement constitutes the entire Agreement between OWNER and RESIDENT. No oral agreements have been entered into, and all modifications or notices shall be in writing to be valid.

**32. RECEIPT OF AGREEMENT:** The undersigned RESIDENTS have read and understand this Agreement and hereby acknowledge receipt of a copy of this Rental Agreement.

RESIDENT'S Signature _____ *Ann Carter* _____

Date _____ *May 1, 2007* _____

RESIDENT'S Signature _____

Date _____

OWNER'S or Agent's Signature _____ *John N. H.* _____

Date _____ *MAY 1ST, 2007* _____

(Note: No representation is made as to the legal validity or the adequacy of any provision in this Agreement. If you desire legal advice, consult your attorney.)

OMB NO. 2502-0265

**U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**

**SETTLEMENT STATEMENT**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
|---|---|---|---|---|

| 6. FILE NUMBER: | 7. LOAN NUMBER: |
|---|---|
| R-07-0312 | 0062544853 |

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0  3/98  (R-07-0312.PFD/R-07-0312/6)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| John A. Carter and<br>Jill M. Carter, husband and wife<br>703 Waverly Place<br>Opelika, Alabama 36801 | | Colonial Bank, N.A.<br>2301 Lucien Way, Ste. 395<br>Maitland, Florida 32751 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: 20-4718537 | I. SETTLEMENT DATE: |
|---|---|---|
| 703 Waverly Place<br>Opelika, AL 36801 | Ingrum, Rice & Parr, LLC<br><br>PLACE OF SETTLEMENT<br><br>410 Second Avenue<br>Opelika, AL  36801 | December 12, 2007 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 2,186.98 | 403. | |
| 104. Payoff first mortgage to Colonial Bank, N.A. | 99,747.40 | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 101,934.38 | *420. GROSS AMOUNT DUE TO SELLER* | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 98,960.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 98,960.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 101,934.38 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | (98,960.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| *303. CASH ( X FROM ) ( TO ) BORROWER* | 2,974.38 | *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower _____

John A. Carter

_____

Jill M. Carter

Seller

OMB NO. 2502-0265

| A. | | | B. | OF LOAN: | |
|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ CONV. UNINS. | 4. ☐ VA | 5. ☐ CONV. INS. |
| **SETTLEMENT STATEMENT** | 6. FILE NUMBER: R-06-0145 | | | 7. LOAN NUMBER: DOT0006248819 | |
| | 8. MORTGAGE INS CASE NUMBER: | | | | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

10  3/86  (CARTER/PD#1-06-0145/12)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| John A. Carter and Jill M. Carter, husband and wife 1590 Crescent Blvd Auburn, AL 36830 | R & S Properties, LLC 475 N. Deen Road Auburn, AL. 36830 | Colonial Bank Mortgage 1952 West Main Street Dothan, Alabama 36303 |

| G. PROPERTY LOCATION: 703 Waverly Place Opelika, AL 36801 | H. SETTLEMENT AGENT: 20-4716537 Ingrum, Rice & Parr, LLC PLACE OF SETTLEMENT 410 Second Avenue Opelika, AL 36801 | I. SETTLEMENT DATE: December 22, 2006 |
|---|---|---|

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 23,000.00 | 401. Contract Sales Price | 23,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 3,582.10 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes       to | | 406. City/Town Taxes       to | |
| 107. County Taxes          to | | 407. County Taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 26,582.10 | **420. GROSS AMOUNT DUE TO SELLER** | 23,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 98,960.00 | 502. Settlement Charges to Seller (Line 1400) | 83.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. LIP Balance $ 72,488.40 | | 504. Payoff of first Mortgage to Compass Bank | 20,000.00 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. Construction Draw | | 507. Payment of 2006 property taxes to Lee Co Rev Comm | 243.00 |
| 208. Cost to Construct $93,427.00 | 26,526.85 | 508. Cost to Construct $93,427.00 | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes       to | | 510. City/Town Taxes       to | |
| 211. County Taxes    10/01/06  to  12/22/06 | 55.25 | 511. County Taxes    10/01/06  to  12/22/06 | 55.25 |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 26,582.10 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 20,381.25 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 26,582.10 | 601. Gross Amount Due To Seller (Line 420) | 23,000.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 26,582.10) | 602. Less Reductions Due Seller (Line 520) | ( 20,381.25) |
| **303. CASH ( FROM ) ( TO ) BORROWER** | 0.00 | **603. CASH ( X TO ) ( FROM ) SELLER** | 2,618.75 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower _____
John A. Carter
_____
Jill M. Carter

Seller   R & S Properties, LLC
_____
Marvin E. Deen, Managing Member
_____
Sallie H. Deen, Managing Member

# Exhibit G

## (See Section VIII)

### Documents Related to Under Air Square Footage



FLOOR PLAN
SCALE: 1/4" = 1'-0"



1148 sq.ft. HEATED
264 sq.ft. GARAGE
79 sq.ft. PORCH
1491 sq.ft. TOTAL

A-2