# EXHIBIT A

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Monday, April 12, 2021 11:15 AM |
| **To:** | Jimmy Doyle |
| **Cc:** | Lawson, Matt |
| **Subject:** | RE: Chinese drywall - Carter & Gibbs Appraisals |

Thanks, will do.  I was just reviewing the hearing transcript and noted that you represented to the Court that the Gibbs and Mr. Carter had appraisals done on the property before CDW was discovered.  As you noted, we've asked for those but haven't received.  Judge North said "The supplemental form asks about diminution of value and requires all documentation to support a claim for diminution of value to be produced, and that did not happen."

Will you send those appraisals over to us now?  Thanks.

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile
Legal Assistant: Robin Wagner (robin.wagner@alston.com)

**From:** Jimmy Doyle <jimmy@doylefirm.com>
**Sent:** Friday, April 9, 2021 5:43 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Cc:** Lawson, Matt <Matt.Lawson@alston.com>
**Subject:** Re: Chinese drywall - Carter & Gibbs Appraisals

| | |
|---|---|
| **From:** | Jimmy Doyle <jimmy@doylefirm.com> |
| **Sent:** | Monday, April 12, 2021 2:19 PM |
| **To:** | Eikhoff, Christy Hull |
| **Cc:** | Lawson, Matt |
| **Subject:** | Re: Chinese drywall - Carter & Gibbs Appraisals |

**EXTERNAL SENDER – Proceed with caution**

Gibbs appraisal from 2007 is on the box directory now.  Carter has not been able to get a copy.

Jimmy