# EXHIBIT C

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Wednesday, March 31, 2021 5:28 PM |
| **To:** | Jimmy Doyle; Jim Doyle |
| **Cc:** | 'harry.rosenberg@phelps.com'; Lawson, Matt; Venderbush, David |
| **Subject:** | Gibbs & Carter Claims - Independent Appraisal |

Dear Jimmy:

As I represented to Judge North today, we are committed to trying to work with you to reach agreement on an appropriate independent appraiser for the Gibbs and Carter properties in Opelika, Alabama, to fulfill the Court's instruction.  I think we can both use our various resources to try to identify a list of qualified candidates for the engagement.

Before we go too far down that path, however, we wanted to get consensus on some essential parameters regarding communications with any appraiser that we may ultimately be able to mutually select.  We expect that Judge North is looking for a professional, competent, experienced independent appraiser who will make an objective assessment of the current "as-is" value of each house.  That assessment should not be influenced by additional information (subjective or objective) unilaterally provided to the appraiser by counsel for either party or the parties themselves, either before or during the appraisal process.  To the extent the appraiser needs certain baseline information (such as the presence of Chinese Drywall in the homes), that information can be relayed in a joint, mutually agreed written communication, to the exclusion of other sources or influences.  Neither counsel nor the parties (nor anyone acting on their behalf) should communicate with or otherwise submit information to the appraiser in the course of the appraisal process.

With this goal in mind, we will refrain from any communications with potential appraiser candidates until a final agreement is reached, and we ask that you do the same.  If you are unwilling to make that commitment, please let us know right away so we can approach the Court for more guidance.

Thank you.


Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile
Legal Assistant: Robin Wagner (robin.wagner@alston.com)