# EXHIBIT E

Wilson Appraisals (334) 741-9290

# INVOICE

**FROM:**

Molly McLeod Wilson
Wilson Appraisals, LLC
P.O. Box 2976
Auburn, AL 36831

Telephone Number:  (334) 444-6603          Fax Number:

| INVOICE NUMBER | |
|---|---|
| 210412784 | |
| **DATES** | |
| Invoice Date: | 04/09/2021 |
| Due Date: | 04/19/2021 |

| REFERENCE | |
|---|---|
| Internal Order #: | 210412784 |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 210412784 |
| Other File # on form: | |
| Federal Tax ID: | 20-0964456 |
| Employer ID: | |

**TO:**

Individual - Jimmy Doyle

,

E-Mail:  jimmy@doylefirm.com
Telephone Number:                         Fax Number:
Alternate Number:

## DESCRIPTION

| | | | |
|---|---|---|---|
| **Lender:** | Individual - Jimmy Doyle | **Client:** | Individual - Jimmy Doyle |
| **Purchaser/Borrower:** | N/A | | |
| **Property Address:** | 703 Waverly Pl | | |
| **City:** | Opelika | | |
| **County:** | Lee | **State:** AL | **Zip:** 36801 |
| **Legal Description:** | Lot 18 Waverly Park Parcel D Plat 26-162 Sec 11 T19N R27E | | |

| FEES | AMOUNT |
|---|---|
| 1004 Full Appraisal | 500.00 |
| **SUBTOTAL** | 500.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #: 1829   Date: 04/09/2021   Description: Total check $1000 | 500.00 |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| **SUBTOTAL** | 500.00 |
| **TOTAL DUE** $ | 0.00 |

Wilson Appraisals (334) 741-9290

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. __210412784__

**Property Description**

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address | 703 Waverly Pl | City Opelika | State AL | Zip Code 36801 |

Legal Description __Lot 18 Waverly Park Parcel D Plat 26-162 Sec 11 T19N R27E__    County __Lee__

Assessor's Parcel No. __43-09-01-11-2-000-029.000__    Tax Year __2020__    R.E. Taxes $ __444__    Special Assessments $ __0__

Borrower __N/A__    Current Owner __Carter John A & Jill M__    Occupant: ☐ Owner ☐ Tenant ☒ Vacant

Property rights appraised ☒ Fee Simple ☐ Leasehold    Project Type ☒ PUD ☐ Condominium (HUD/VA only)    HOA $ 60   /Mo.

Neighborhood or Project Name __Waverly Park Subdivision__    Map Reference __12220__    Census Tract __0411.00__

Sale Price $ __N/A__    Date of Sale __N/A__    Description and $ amount of loan charges/concessions to be paid by seller __N/A__

Lender/Client __Individual - Jimmy Doyle__    Address

Appraiser __Molly McLeod Wilson__    Address __P.O. Box 2976, Auburn, AL 36831__

## NEIGHBORHOOD

| Location | Urban | ☒ Suburban | ☐ Rural | **Predominant occupancy** | **Single family housing** | | **Present land use %** | | **Land use change** | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PRICE $(000) | AGE (yrs) | | | | |
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | ☒ Owner | 110 Low 10 | | One family | 80 | ☒ Not likely | ☐ Likely |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | ☐ Tenant | 200 High 25 | | 2-4 family | 15 | ☐ In process | |
| Property values | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Vacant (0-5%) | Predominant | | Multi-family | | To: | |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | ☒ Vac.(over 5%) | 175 15 | | Commercial | | | |
| Marketing time | ☒ Under 3 mos. | ☐ 3-6 mos. | ☐ Over 6 mos. | | | | Vacant | 5 | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: __The subject is bounded to the North and West by Veterans Parkway, East by Oak Bowery Road,__ __and South by Birmingham Highway.__

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): __The subject is located in Waverly Park Subdivision and within the Opelika City Limits. No adverse conditions were noted in the__ __neighborhood, and appeal to the market is good. The subject is located close to value supporting amenities such as schools,__ __entertainment, shopping, places of worship, and employment. Approximately 5% of land in the development is vacant.__

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): __There are currently few properties in immediate area offered for sale. Marketing trends appear to be increasing and appeal to this area is__ __good. Supply and demand appears to be in balance with no substantial number of properties listed on the open market.__

## PUD

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?    ☐ Yes ☒ No

Approximate total number of units in the subject project _____    Approximate total number of units for sale in the subject project _____

Describe common elements and recreational facilities:

## SITE

| | | | | |
|---|---|---|---|---|
| Dimensions | 60.7' x 129.6' x 73.4' x 120.9' | | Topography | Relatively Level |
| Site area | 8,101 sf | Corner Lot ☐ Yes ☒ No | Size | 8101 sf |
| Specific zoning classification and description | R-3 Low Density Residential | | Shape | Irregular |
| Zoning compliance | ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage | Appears Adequate |
| Highest & best use as improved: | ☒ Present use ☐ Other use (explain) | | View | Residential |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | Landscaping | Typical |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☒ | ☐ | Driveway Surface | Concrete |
| Gas | ☒ | | Curb/gutter | Concrete | ☒ | ☐ | Apparent easements | None Apparent |
| Water | ☒ | | Sidewalk | None | ☐ | ☐ | FEMA Special Flood Hazard Area ☐ Yes ☒ No | |
| Sanitary sewer | ☒ | | Street lights | Mercury Vapor | ☒ | ☐ | FEMA Zone X | Map Date 11/02/2011 |
| Storm sewer | ☒ | | Alley | None | ☐ | ☐ | FEMA Map No. 01081C0068G | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): __There was no__ __noted adverse easements or encroachments observed on the day of inspection. The subject appears to have adequate grading and__ __drainage.__

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Concrete | Slab | None | Area Sq. Ft. | 0 | Roof | Unk | ☐ |
| No. of Stories | 1 | Exterior Walls | Brick/Vinyl | Crawl Space | Yes | % Finished | N/A | Ceiling | Unk | ☐ |
| Type (Det./Att.) | Detached | Roof Surface | Shingle | Basement | None | Ceiling | N/A | Walls | Unk | ☐ |
| Design (Style) | Traditional | Gutters & Dwnspts. | Aluminum | Sump Pump | None Seen | Walls | N/A | Floor | Unk | ☐ |
| Existing/Proposed | Existing | Window Type | Vinyl Clad | Dampness | None Noted | Floor | N/A | None | Unk | ☐ |
| Age (Yrs.) | 14 | Storm/Screens | Yes | Settlement | None Noted | Outside Entry | N/A | Unknown | Yes | ☒ |
| Effective Age (Yrs.) | 14 | Manufactured House | No | Infestation | None Noted | | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 0 |
| Level 1 | X | 1 | X | 1 | | | | 2 | 2 | X | | 1,181 |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains:    4 Rooms;    2 Bedroom(s);    2 Bath(s);    1,181 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Cer/Wood/BelowAvg | Type | Fwa | Refrigerator | ☐ | None | ☐ | Fireplace(s) # 0 | ☐ | None | ☐ |
| Walls | Dry Wall/BelowAvg | Fuel | Electric | Range/Oven | ☒ | Stairs | ☐ | Patio None | ☐ | Garage | # of cars |
| Trim/Finish | Wood/BelowAvg | Condition | Good | Disposal | ☐ | Drop Stair | ☒ | Deck Screened | ☒ | Attached | 1 |
| Bath Floor | Ceramic/BelowAvg | COOLING | | Dishwasher | ☒ | Scuttle | ☐ | Porch Stoop | ☐ | Detached | |
| Bath Wainscot | Cer/Fiber/BelowAvg | Central | Yes | Fan/Hood | ☒ | Floor | ☐ | Fence None | ☐ | Built-In | |
| Doors | Wood/BelowAvg | Other | None | Microwave | ☐ | Heated | ☐ | Pool None | ☐ | Carport | |
| | | Condition | Good | Washer/Dryer | ☐ | Finished | ☐ | | | Driveway | 2 |

Additional features (special energy efficient items, etc.): __Ceiling fans, Low E windows, Insulation__

## COMMENTS

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: __C4;No__ __updates in the prior 15 years;The floor plan is considered functional and well accepted by the buying public. No external obsolescence was__ __observed on the day of inspection. On the day of inspection the utilities were not on and could not be checked for funcationality. On the day__ __of inspection, the subject was considered to be in overall below average condition.__

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: __No adverse conditions were noted on the day of inspection__

*Molly McLeod Wilson*

Form UA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    Serial# 12D17869    esign.alamode.com/verify

**UNIFORM RESIDENTIAL APPRAISAL REPORT**  File No. 210412784

## COST APPROACH

**Valuation Section**

| | |
|---|---|
| ESTIMATED SITE VALUE ............................................= $ | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): The Cost Approach to Value was considered and rejected as an applicable approach to value as calculating physical depreciation could create misleading results. |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | |
| Dwelling    1,181 Sq. Ft. @ $ _____ = $ _____ | |
| 0 Sq. Ft. @ $ _____ = _____ | |
| _____ = _____ | |
| Garage/Carport   271   Sq. Ft. @ $ _____ = _____ | |
| Total Estimated Cost New ...............................= $ _____ | |
| Less        Physical      Functional      External | |
| Depreciation _____ _____ _____ = $ _____ | |
| Depreciated Value of Improvements ...................= $ _____ | |
| "As-is" Value of Site Improvements ....................= $ _____ | |
| INDICATED VALUE BY COST APPROACH ...............= $ _____ | |

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 703 Waverly Pl Opelika, AL 36801 | 706 Waverly Pl Opelika, AL 36801 | | 611 Waverly Pl Opelika, AL 36801 | | 705 Waverly Pl Opelika, AL 36801 | |
| Proximity to Subject | | 0.04 miles SW | | 0.06 miles SE | | 0.01 miles NW | |
| Sales Price | $   N/A | $   198,000 | | $   188,000 | | $   165,000 | |
| Price/Gross Living Area | $ | $ 144.53 | | $ 134.67 | | $ 141.63 | |
| Data and/or Verification Source | LCAR/Tax Rec Inspection | LCAR #147389;DOM 14 Tax Records/External Observ | | LCAR #146290;DOM 0 Tax Records/External Observ | | LCAR #147401;DOM 1 Tax Records/External Observ | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | Arms Length Conv;3000 | | ArmLth Conv;600 | | ArmLth Conv;3000 | |
| Date of Sale/Time | | s09/20;c08/20 | | s08/20;c08/20 | | s09/20;c08/20 | |
| Location | N;Res | N;Res | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8,101 sf | 8,689 sf | | 7814 sf | 0 | 9583 sf | 0 |
| View | N;Res | N;Res | | N;Res; | | N;Res; | |
| Design and Appeal | DT1;Trad | DT2;Trad | 0 | DT1;Trad | | DT1;Trad | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 14 | 16 | 0 | 14 | 0 | 13 | 0 |
| Condition | C4 | C3 | -10,000 | C3 | -10,000 | C3 | -10,000 |
| Above Grade Room Count | Total 4  Bdrms 2  Baths 2 | Total 5  Bdrms 3  Baths 2.1 | -2,500 | Total 5  Bdrms 3  Baths 2.0 | | Total 4  Bdrms 2  Baths 2.0 | |
| Gross Living Area | 1,181 Sq. Ft. | 1,370 Sq. Ft. | -7,560 | 1,396 Sq. Ft. | -8,600 | 1,165 Sq. Ft. | |
| Basement & Finished Rooms Below Grade | 0 | 0 | | 0sf | | 0sf | |
| Functional Utility | Average/2bdrom | Good | -10,000 | Good | -10,000 | Average/2bdrm | |
| Heating/Cooling | Fwa / Cac | Fwa / Cac | | Fwa / Cac | | Fwa / Cac | |
| Energy Efficient Items | CFan/Win/Insul | CFan/Win/Insul | | CFan/Win/Insul | | CFan/Win/Insul | |
| Garage/Carport | 2ga2dw | 2ga2dw | -4,000 | 2ga2dw | -4,000 | 1ga2dw | |
| Porch, Patio, Deck, Fireplace(s), etc. | Stoop/ScrPch/Dk No Fireplace | Stoop/Patio No Fireplace | 0 | Stoop/Deck No Fireplace | 0 | Stp/ScrnPatio No Fireplace | 0 |
| Fence, Pool, etc. | None | Rear Fence | | None | | None | |
| Net Adj. (total) | | + ☒ − $ | -34,060 | + ☒ − $ | -32,600 | + ☒ − $ | -10,000 |
| Adjusted Sales Price of Comparable | | Net 17.2 % Gross 17.2 % $ | 163,940 | Net 17.3 % Gross 17.3 % $ | 155,400 | Net 6.1 % Gross 6.1 % $ | 155,000 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): See attached addenda.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | The subject has not sold within the past 3 years | Comparable 1 has not sold within the past year other than reported above. | Comparable 2 has not sold within the past year other than reported above. | Comparable 3 has not sold within the past year other than reported above. |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject is not currently offered for sale.

| | |
|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH ...........................................$ | 160,000 |
| INDICATED VALUE BY INCOME APPROACH (if Applicable)   Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier = $ | |

This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans & specifications.

Conditions of Appraisal:  This report considers the subject in its present state and condition.

Final Reconciliation:  See attached addenda.

## RECONCILIATION

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA Form 1004B (Revised 06/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 04/11/2021 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 160,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature _(Molly McLeod Wilson)_ | Signature | ☐ Did  ☐ Did Not |
| Name  Molly McLeod Wilson | Name | Inspect Property |
| Date Report Signed   04/20/2021 | Date Report Signed | |
| State Certification #  R00956  State AL | State Certification #  State |
| Or State License #  State | Or State License #  State |

Form UA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 12D17869
esign.alamode.com/verify

## UNIFORM RESIDENTIAL APPRAISAL REPORT
## MARKET DATA ANALYSIS

These recent sales of properties are most similar and proximate to subject and have been considered in the market analysis.  The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties.  If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject.  If a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 703 Waverly Pl | 2303 Ellenwood Dr | | | | | |
| | Opelika, AL 36801 | Opelika, AL 36801 | | | | | |
| Proximity to Subject | | 2.49 miles NE | | | | | |
| Sales Price | $ N/A | $ 183,000 | | $ | | $ | |
| Price/Gross Living Area | $ ⌂ | $ 103.98 ⌂ | | $ ⌂ | | $ ⌂ | |
| Data and/or | LCAR/Tax Rec | LCAR #148447;DOM 22 | | | | | |
| Verification Sources | Inspection | Tax Records/External Observ | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | Arms Length | | | | | |
| Concessions | | Conv;5000 | | | | | |
| Date of Sale/Time | | s01/21;c12/20 | | | | | |
| Location | N;Res | N;Res | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 8,101 sf | 16192 sf | 0 | | | | |
| View | N;Res | N;Res | | | | | |
| Design and Appeal | DT1;Trad | DT1;Trad | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Age | 14 | 29 | 0 | | | | |
| Condition | C4 | C4 | | | | | |
| Above Grade | Total : Bdrms : Baths | Total : Bdrms : Baths | | Total : Bdrms : Baths | | Total : Bdrms : Baths | |
| Room Count | 4 : 2 : 2 | 5 : 3 : 2 | 0 | : : | | : : | |
| Gross Living Area | 1,181 Sq. Ft. | 1,760 Sq. Ft. | -23,160 | Sq. Ft. | | Sq. Ft. | |
| Basement & Finished | 0 | 0 | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average/2bdrom | Good | -10,000 | | | | |
| Heating/Cooling | Fwa / Cac | Fwa / Cac | | | | | |
| Energy Efficient Items | CFan/Win/Insul | CFan/Win/Insul | | | | | |
| Garage/Carport | 2ga2dw | 1ga2dw | | | | | |
| Porch, Patio, Deck, | Stoop/ScrPch/Dk | Stoop/Patio | 0 | | | | |
| Fireplace(s), etc. | No Fireplace | No Fireplace | | | | | |
| Fence, Pool, etc. | None | None | | | | | |
| Net Adj. (total) | | ☐ + ☒ − $ | -33,160 | ☐ + ☐ − $ | | ☐ + ☐ − $ | |
| Adjusted Sales Price | | Net 18.1 % | | Net % | | Net % | |
| of Comparable | | Gross 18.1 % $ | 149,840 | Gross % $ | | Gross % $ | |
| Date, Price and Data | The subject has | Comparable 4 has not sold | | | | | |
| Source for prior sales | not sold within | within the past year other than | | | | | |
| within year of appraisal | the past 3 years | reported above. | | | | | |

Comments:

Serial# 12D17869
esign.alamode.com/verify

Form UA2.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Supplemental Addendum

File No. 210412784

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |

**ZONING:** Low Density Residential District. These districts are intended to provide areas for development not exceeding four (4) dwelling units per acre. It is desirable that development in these districts be compatible with the character, scale, and density of the existing neighborhood.

**HIGHEST AND BEST USE:** The subject is a legally permissible use based on its current zoning. Also, the lot size, shape, and land to building ratio allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the existing structure as a single family residence is financially feasible and maximally productive use. The highest and best use, as if vacant, would be to construct a single family residence.

**Intended Use/User:**
The intended user of this appraisal report is Jimmy Doyle and Christy Eikhoff and their assigns. The intended use is to evaluate the property that is the subject of this report to obtain market value. This report is subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report form and the definition of anticipated sales price. No additional intended users are identified by the appraiser. This report contains sufficient information to enable the client to understand the report. Any other party receiving a copy of this report for any reason is not an intended user, nor does it result in an appraiser - client relationship. Additional users not named or identified are not intended users.

**Scope of Assignment:**
The scope of this assignment is specific to the needs of Jimmy Doyle, Christy Eikhoff and assigns, the client. If you are not identified as the client, you are a third party and should recognize that the appraisal was not developed, nor the report communicated, in a manner consistent with the needs or users of parties other than the identified client. This appraisal report contains abbreviations, acronyms, and terminology that may not be readily or properly understood by third parties. Third parties are stongly cautioned against relying on the appraisal report for any purpose. It should not be used in any manner for insurance purposes.

The appraiser attempted to obtain an adequate amount of information in the normal course of business regarding the subject and comparable properties. Some of the standardized responses requirement by the UAD, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business. Examples specifically include condition and quality ratings as well as other data regarding comparable sales and listings. Not every element of the comparable properties was viewable from the roadway and data for the comparable sales was generally obtained from the multiple listing services and tax records. Consequently, this information should be considered as an estimate unless otherwise noted by the appraiser. In the sales analysis the affect may be observed by a lack of adjustments for quality or condition.

**SCOPE OF WORK:**
The subject of this assignment is for a current value opinion, fee simple estate, for a single unit home. The sales approach to value would be appropriate to utilize for this assignment as there are sufficient comps to use in the sales analysis. The cost approach was considered but not utilized as estimating depreciation could lead to a misleading value. The income approach was considered but not utilized as rental data is very limited and the use of limited data could provide misleading results, thus no confidence would be placed in that approach and not considered in the reconciliation.

A complete visual observation of the subject will be conducted but that does not include any part of the subject that was not readily observable, does not include observations of the attic or crawl space, complete activation or testing of all mechanical systems, an environmental assessment, mold assessment, radon assessment or roof inspection other than observations from the ground, unless indicated or required by the assignment. Heat and cooling systems are considered to be in average conditionif the home temperature is comfortablefor the season unless observations indicate a less than average condition. In the sales analysis the selected and used comparable sales were locationally, physically, and functionally the most similar to the subject. When required by the client or lender conditions, observations of the attic and crawl space were made.

The gross living area (base area) as presented by the tax records may differ from the measurements provided in this report. The Alabama Real Estate Appraisers Board has adopted the standard for the calculation and reporting of above grade (GLA) and below grade square footage in single family residences as developed by the "American National Standard for Single Family Residential Buildings: Square Footage Method for Calculating", ANSI Z765, as approved by the American National Standards Institute, Inc. The public records do not utilize the same methods and standards and are not under the same guidelines and should not be relied upon for gross living area or below grade area.

The scope of the appraisal defines the extent of the process of collecting, confirming and reporting data utilized in the report for any or all of the three approaches to value as applicable to the appraisal assignment and as it relates to the needs of the client. The primary source of data for the report would be the multiple listing service that provides sales data for the community. As the multiple listing service does not provide a reliable source of some data relating to sales, such as the gross living area and site size, public records are utilized for that information. Publication of gross living area in the multiple listing service is never utilized unless there is an assiciated statement as to the source that would represent a factual representation such as from a prior appraisal. Whenever possible, the actual gross living area is utilized by actual measurements or data from a prior appraisal or from a reliable source such as another certified appraiser or AGDA, which is a data source compiled by certified appraisers. Data is obtained from multiple listing information, buyers and/or sellers, attorneys, brokers or sales agents, closing statements, public records such as deeds or tax records and third parties to the transaction with knowledge of the sale.

Verfication of the sale is obtained from parties to the transaction to insure its accuracy and gain insight into the motivation behind each transaction. The purpose of verification is to make sure that the sale occurred under conditions that meet the definition of value used in this report. In some instances parties to the transaction are unable or refuse to make themselves available for verification of the sale. In those instances the verification on file in the Office of the Probate Judge is utilized or the sale is compared with other sales and, if found similar, the sale is utilized. Verfication also includes information about the comparable sale such as location, site size, basement areas, gross living area, age, and car storage.

The purpose of this report is for an opinion of market value of the fee simple interest. The fee simple estate is absolute ownership unencumbered by any other interest or estate, subject onnly to the limitations imposed by governmental prowers of taxation, eminent domain, police power and escheat. This is the most desired form of ownership of land. There were no encroachments or other adverse conditions noted.

Serial# 12D17869
esign.alamode.com/verify

## Supplemental Addendum

File No. 210412784

| | |
|---|---|
| Borrower | N/A |
| Property Address | 703 Waverly Pl |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle |

**INSPECTION:** The use of the term inspection, when utilized in this report, is not the same level of inspection that is required for a "professional home inspection". The appraiser does not fully inspect the electrical system, plumbing systems, mechanical system, foundation, floor structure or subfloor. The appraiser is not an expert in construction materials and the purpose of the appraisal is to make an economic valuation of the subject property. Although the report may cite a general rating of the adequacy and or condition (based on observation only) it should be clearly understood that these statements are a general guide for comparison purposes and are not a detailed report on the physical and/or operational condition of these items. The appraiser is not an expert in these matters and any opinion stated is advisory based only upon observation. This report is not a home inspection. While others may choose to rely on the report, they should not rely on it to disclose condition or defects in the subject property. Such knowledge goes beyond the scope of this appraisal and as such, comments on observed conditions given in this report should not be taken as a guarantee that a problem does not exist. If the client needs a more detailed inspection of the subject property, a home inspection by a professional home inspector is recommended.

I performed this appraisal in accordance with the requirements of Title XI of the Financial Institution Reform, Recovery and Enforcement Act of 1989, (12 U.S.C.3331 et seq.), and any implementing regulations.

This assignment was made subject to the regulations of the Alabama Real Estate Appraisers Board. The undersigned state licensed real estate appraiser has met the requirements of the board that allow this report to be regarded as a certified appraisal.

The global outbreak of a "novel coronavirus" known as COVID-19 was officially declared a pandemic by the World Health Organization (WHO). The reader is cautioned, and reminded that the conclusions presented in this appraisal report apply only as of the effective date(s) indicated. The appraiser makes no representation as to the effect on the subject property of any unforeseen event, subsequent to the effective date of the appraisal.

**• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**
All sales are located in the same general marketing environment as the subject and are similar in style, design, and overall functional utility. Sales 1-4 are considered to be the best and most reliable indicators of value as of the effective date of this report. All sales, after each required adjustment was made, reasonably support the final estimate of value. Adjustments were made for gla, room count and amenities, and these adjustments were extracted from the market by a matched pairs analysis. Data to calculate adjustments for other differences was not sufficient to create credible adjustments. Though some differences were not adjusted, these differences were considered in the reconciliation of the final estimate of value. The subject and comparables would appeal to the same buyer. All comparables reasonably support the estimate of value.

The Sales Comparison was utilitized in this report. Primary emphasis was given the Sales Comparison Approach as it best relates the actions of buyers and sellers under present economic conditions. The subject is located in an area of primarily owner occupied residences and the Income Approach could not be developed due to lack of data. The Cost Approach to value was considered and rejected as an applicable approach as calculating physical depreciation could create misleading results. The undersigned state licensed appraiser has met the requirements of the board that allow this report to be regarded as a certified appraisal.

Serial# 12D17869
esign.alamode.com/verify

File No.   210412784

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 12D17869
esign.alamode.com/verify

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

> Little or no updating or modernization. This description includes, but is not limited to, new homes.
>
> Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

> The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
>
> An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

> Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
>
> A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

> Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
>
> Example:
> 3.2 indicates three full baths and two half baths.


Serial# 12D17869
esign.alamode.com/verify

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Serial# 12D17869
esign.alamode.com/verify

**Building Sketch**

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | |



TOTAL Sketch by a la mode, inc.

Area Calculations Summary

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1181.46 Sq ft | 34.8 × 26.6 = 925.68 |
| | | 11.4 × 14.1 = 160.74 |
| | | 6.6 × 14.4 = 95.04 |
| **Total Living Area (Rounded):** | **1181 Sq ft** | |
| **Non-living Area** | | |
| 1 Car Attached | 270.72 Sq ft | 19.2 × 14.1 = 270.72 |
| Stoop | 31.68 Sq ft | 4.8 × 6.6 = 31.68 |
| Screened Porch | 139.16 Sq ft | 14.2 × 9.8 = 139.16 |

Serial# 12D17869
esign.alamode.com/verify

# Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |



Serial# 12D17869
esign.alamode.com/verify

## Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |



Serial# 12D17869
esign.alamode.com/verify

### Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |



**Subject Front**

703 Waverly Pl

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,181 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2 |
| Location | N;Res |
| View | N;Res |
| Site | 8,101 sf |
| Quality | Q4 |
| Age | 14 |



**Subject Rear**



**Subject Street**



## Interior Photos

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |



**Bathroom**



**Bedroom**



**Bedroom**



**Bathroom**



**Kitchen**



**Deferred Maintenance**

Serial# 12D17869
esign.alamode.com/verify

## Interior Photos

| | |
|---|---|
| Borrower | N/A |
| Property Address | 703 Waverly Pl |
| City | Opelika |

| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
|---|---|---|---|---|---|---|---|

| Lender/Client | Individual - Jimmy Doyle |
|---|---|



**Deferred Maintenance**



**Dining Area**



**Living Room**

Serial# 12D17869
esign.alamode.com/verify

## Comparable Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | |



### Comparable 1

706 Waverly Pl
| | |
|---|---|
| Prox. to Subject | 0.04 miles SW |
| Sale Price | 198,000 |
| Gross Living Area | 1,370 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 8,689 sf |
| Quality | Q4 |
| Age | 16 |



### Comparable 2

611 Waverly Pl
| | |
|---|---|
| Prox. to Subject | 0.06 miles SE |
| Sale Price | 188,000 |
| Gross Living Area | 1,396 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7814 sf |
| Quality | Q4 |
| Age | 14 |



### Comparable 3

705 Waverly Pl
| | |
|---|---|
| Prox. to Subject | 0.01 miles NW |
| Sale Price | 165,000 |
| Gross Living Area | 1,165 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9583 sf |
| Quality | Q4 |
| Age | 13 |

Serial# 12D17869
esign.alamode.com/verify

## Comparable Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 703 Waverly Pl | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | |



### Comparable 4

| | |
|---|---|
| 2303 Ellenwood Dr | |
| Prox. to Subject | 2.49 miles NE |
| Sale Price | 183,000 |
| Gross Living Area | 1,760 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | N;Res |
| View | N;Res |
| Site | 16192 sf |
| Quality | Q4 |
| Age | 29 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Serial# 12D17869
esign.alamode.com/verify

**Plat**



Serial# 12D17869
esign.alamode.com/verify

## Tax Card

**Lee County Alabama**
**2021 - Realtor GIS**
Web19 - f16.2-d16.3 - LeeGov - 04-02-2021
**Parcel Details**

FavLink      PRCMap      NewSrch    Back    Print

**Parcel**

| | |
|---|---|
| Delta Pin: | **61615** |
| Parcel No: | **43 09 01 11 2 000 029.000** |
| Prop Addr: | **703 WAVERLY PLACE** |
| Deeded Acres: **0.00** | Calc't: **0.19** |

| Deed Info: | B **2307** | P **0000075** | D **12-22-2006** |
|---|---|---|---|
| Plat Info: | B | P | D -- |

| | |
|---|---|
| Neighborhood: | **OP R WP** |
| Tax District: | **01-Opelika** |

**Owner**

| | |
|---|---|
| Name: | **CARTER JOHN A & JILL M** |
| Address: | **1590 CRESCENT BLVD** |
| City, State, ZIP: | **AUBURN, AL 36830** |

**Values**

| | |
|---|---|
| Land Total: | **$35,000.00** |
| Building Total: | **$6,780.00** |
| Appraised Value: | **$41,780.00** |
| Yrly Tax: | **$443.88 for 2020** |

**Sales History**

| SDate | SPrice | Type | Ratio | DBook | DPage |
|---|---|---|---|---|---|
| **12-22-2006** | **$1,000** | **913** | **N** | **2307** | **0000075** |
| **01-22-2004** | **$0** | **0** | **N** | **2249** | **0000963** |

**Building**    Bldg-Sketch

| Bldg No | Use Type | Yr Built | Base Area | Upper Area | Story |
|---|---|---|---|---|---|
| **1** | **111** | **2007** | **1183** | **0** | **1** |

**Tax History**

| Tax Year | Date Paid | Amount Paid |
|---|---|---|
| **2020** | **11/27/2020** | **$443.88** |
| **2019** | **11/16/2019** | **$441.72** |
| **2018** | **11/17/2018** | **$439.56** |
| **2017** | **11/22/2017** | **$425.52** |

Basic | Parcel | Land | Bldg | Imp | Sale

**Serial# 12D17869**
**esign.alamode.com/verify**

| | File No. | 210412784 |
|---|---|---|

## AGREEMENT FOR APPRAISAL SERVICES

1. PARTIES    Individual - Jimmy Doyle        Client

hereby agrees to employ    Molly McLeod Wilson        Appraiser

2. PROPERTY located in   Lee      County, State of   AL     legally described as:

Lot 18 Waverly Park Parcel D Plat 26-162 Sec 11 T19N R27E

ADDRESS    703 Waverly Pl        hereinafter called Property.

3. APPRAISAL REPORT. Appraiser agrees to prepare, in writing, an Appraisal Report, in conformity with any professional organizations to which Appraiser may belong, with an opinion of value. The purpose of this appraisal is:

☐ Purchase    ☐ Sale    ☐ Estate Tax    ☐ Lessee    ☐ Insurance    ☐ Ad valorem Tax    ☐ Mortgage Financing    ☐ Condemnation

☒ General Information    ☐ Other

4. INTEREST to be appraised shall be   ☒ Fee Simple    ☐ Leasehold    ☐ Leased Fee    ☐ Other

5. COMPLETION of the appraisal shall be by   04/19/2021    subject to unforeseen circumstances or conditions beyond the control of the Appraiser. The number of copies to be prepared is   1 via email

6. PAYMENTS FOR SERVICES:

☒ AGREED FEE. Client agrees to pay Appraiser a cash fee of   $   500.00

☐ HOURLY-PER DIEM. Client agrees to pay Appraiser a cash fee of   $      per   ☐ hour    ☐ day for time expanded on Client's behalf, to an estimated maximum of   $

☐ EXPENSES. Appraiser shall be additionally paid usual and necessary expenses for the following

☐ LITIGATION. In the event Appraiser is called upon, voluntarily or otherwise, to testify in court or deposition regarding the Appraisal Report herein, Client agrees to pay an additional sum of   $      for each     plus Appraiser's usual and customary expenses.

☒ CANCELLATION. If this agreement is canceled at any time prior to the delivery of the Appraisal Report, Client agrees to pay a fee of $75 after inspection but prior to research and work on the report.

☐ RETAINER fee in the amount of   $      is payable      to apply toward the total fee herein.

All sums due hereunder shall be paid on delivery of the Appraisal Report to Client, and are payable in the County of Appraiser's principal residence. The Appraiser's fee is in no way based on the opinion of value of the appraised Property, and all sums hereunder are due and payable regardless of the amount of the opinion of value. In the event it is necessary to employ an attorney to collect any sums due herein, Client agrees to pay reasonable attorney's fees and court costs expended by Appraiser.

7. AUTHORITY. Appraiser and his subcontractors are hereby authorized to make on-site inspections of subject property at all reasonable times to obtain supporting property data, including but not limited to: Building plans, plats, deeds, legal descriptions, abstracts, income and expense data, leases, options. Further to interview Client's attorneys, accountants, managers, agents, present and prospective tenants. To be furnished copies of relevant information, to copy same and use as documentation for the Appraisal Report. To obtain such information that in the Appraiser's judgment may be relevant to the appraisal. CLIENT'S AUTHORITY to execute this agreement is hereby warranted, and that client is either owner of the subject property or has authority of the owner to enter into this agreement.

8. CONDITIONS. The Appraisal Report shall be subject to Appraiser's conditions and limitations standard form or as shown on attachment hereto. The Appraisal Report will be prepared for the sole and exclusive use of the Client, and shall not be reproduced, printed or distributed in any manner without written consent of Appraiser, as it consists of "trade secrets and commercial and financial information" which is privileged and confidential and exempted from disclosure under 5USC(b)(4).

9. WARRANTIES AND INDEMNITY. Appraiser does not make any warranties or guarantees of any kind regarding the condition of the property, sufficiency of title, areas and boundaries, mechanical and structural conditions of the improvements and with the agreement that the Appraisal Report represents Appraiser's opinion of value only, without any warranty that the property will sell for the appraised value. Client agrees to indemnify Appraiser, his employees and independent contractors from all claims, suits and charges of any nature that may arise out of this agreement.

10. ADDITIONAL AGREEMENTS:

🔒 esign.alamode.com/verify     Serial:12D17869

*Molly McLeod Wilson*

Executed in duplicate originals on this day,

Individual - Jimmy Doyle        Molly McLeod Wilson

Client        Appraiser

       P.O. Box 2976, Auburn, AL 36831

Address        Address

       (334) 444-6603     *Molly McLeod Wilson*

Telephone        Telephone