# EXHIBIT F

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Tuesday, April 20, 2021 10:32 AM |
| **To:** | jimmy@doylefirm.com |
| **Subject:** | FW: 701 and 703 Waverly Place |
| **Attachments:** | 703 Waverly Pl.pdf |

I just tried to reach you on your cell.  Give me a call so we can talk about next steps.  I think we have to communicate with the Court today.

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile
Legal Assistant: Robin Wagner (robin.wagner@alston.com)

**From:** Molly Wilson <mollymwilson@aol.com>
**Sent:** Tuesday, April 20, 2021 9:22 AM
**To:** jimmy@doylefirm.com
**Cc:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Subject:** Re: 701 and 703 Waverly Place

**EXTERNAL SENDER – Proceed with caution**

Attached is corrected report.  I included the invoice for your records, however, it is marked paid with a 0 balance due.  Let me know if you need anything.

Molly McLeod Wilson
Wilson Appraisals, LLC
P.O. Box 2976
Auburn, AL 36831
mollymwilson@aol.com


-----Original Message-----
From: Jimmy Doyle <jimmy@doylefirm.com>
To: Molly Wilson <mollymwilson@aol.com>
Cc: Christy.Eikhoff@alston.com <Christy.Eikhoff@alston.com>
Sent: Mon, Apr 19, 2021 7:32 pm
Subject: Re: 701 and 703 Waverly Place

Mrs. Wilson:

Did you mean to resend the invoice?


Jimmy Doyle
DOYLE LAW FIRM, PC
(205) 533-9500   phone
(844) 638-5812   fax
jimmy@doylefirm.com

On Apr 19, 2021, at 7:27 PM, Molly Wilson <mollymwilson@aol.com> wrote:

<703 Waverly Pl.pdf>