# EXHIBIT G

**From:**          Eikhoff, Christy Hull
**Sent:**           Tuesday, April 20, 2021 11:21 AM
**To:**             Jimmy Doyle
**Subject:**      RE: In Re: Chinese-Manufactured Drywall - Amorin


Jimmy – give me a call when you free up from your deposition.  I propose the following new message to the Court:

Dear Ms. Doll,

The parties make this joint report to the Court.  The agreed-upon appraiser, Ms. Wilson, performed "blind, as-is" appraisals of the subject properties which have been delivered to the parties.  The parties request a Status Conference with Judge North to discuss issues related to the appraisals and next steps in the proceedings.

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile
Legal Assistant: Robin Wagner (robin.wagner@alston.com)

---

**From:** Jimmy Doyle <jimmy@doylefirm.com>
**Sent:** Monday, April 19, 2021 6:27 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>
**Subject:** Re: In Re: Chinese-Manufactured Drywall - Amorin
**Importance:** High

| | |
|---|---|
| **From:** | Jimmy Doyle <jimmy@doylefirm.com> |
| **Sent:** | Tuesday, April 20, 2021 1:43 PM |
| **To:** | Eikhoff, Christy Hull |
| **Subject:** | Re: In Re: Chinese-Manufactured Drywall - Amorin |

**EXTERNAL SENDER – Proceed with caution**

I agree with the need to notify the court.  Go ahead and send the email message proposed below.

Jimmy