# INVOICE

**FROM:**
Molly McLeod Wilson
Wilson Appraisals, LLC
P.O. Box 2976
Auburn, AL 36831

**Telephone Number:** (334) 444-6603     **Fax Number:**

**TO:**
Individual - Jimmy Doyle
,
**E-Mail:** jimmy@doylefirm.com
**Telephone Number:**     **Fax Number:**
**Alternate Number:**

| INVOICE NUMBER | |
|---|---|
| 210412783 | |
| **DATES** | |
| Invoice Date: | 04/09/2021 |
| Due Date: | 04/19/2021 |
| **REFERENCE** | |
| Internal Order #: | 210412783 |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 210412783 |
| Other File # on form: | |
| Federal Tax ID: | 20-0964456 |
| Employer ID: | |

## DESCRIPTION

**Lender:** Individual - Jimmy Doyle           **Client:** Individual - Jimmy Doyle
**Purchaser/Borrower:** N/A
**Property Address:** 701 Waverly Pl
**City:** Opelika
**County:** Lee           **State:** AL     **Zip:** 36801
**Legal Description:** Lot 17 Waverly Park Parcel D Plat 26-162 Sec 11 T19N R27E

| FEES | AMOUNT |
|---|---|
| 1004 Full Appraisal | 500.00 |
| | |
| SUBTOTAL | 500.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #: 1829   Date: 04/09/2021   Description: Total check $1000 | 500.00 |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| SUBTOTAL | 500.00 |
| TOTAL DUE   $ | 0 |

*Molly McLeod Wilson*

Form NIV5D - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Serial# 4CA6CFC7**
esign.alamode.com/verify

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 210412783

## Subject

| Field | Value | Field | Value |
|---|---|---|---|
| Property Address | 701 Waverly Pl | City | Opelika |
| | | State | AL |
| | | Zip Code | 36801 |
| Legal Description | Lot 17 Waverly Park Parcel D Plat 26-162 Sec 11 T19N R27E | County | Lee |
| Assessor's Parcel No. | 43-09-01-11-2-000-028.000 | Tax Year | 2020 |
| R.E. Taxes $ | 0 | Special Assessments $ | 0 |
| Borrower | N/A | Current Owner | Gibbs Gene R & Darla D |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant | | |
| Property rights appraised | ☒ Fee Simple ☐ Leasehold | Project Type | ☒ PUD ☐ Condominium (HUD/VA only) |
| HOA $ | 60 /Mo. | | |
| Neighborhood or Project Name | Waverly Park Subdivision | Map Reference | 12220 |
| Census Tract | 0411.00 | | |
| Sale Price $ | N/A | Date of Sale | N/A |
| Description and $ amount of loan charges/concessions to be paid by seller | N/A | | |
| Lender/Client | Individual - Jimmy Doyle | Address | |
| Appraiser | Molly McLeod Wilson | Address | P.O. Box 2976, Auburn, AL 36831 |

## Neighborhood

| | | | | | |
|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | **Predominant occupancy** | **Single family housing** PRICE $(000) / AGE (yrs) | **Present land use %** | **Land use change** |
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | One family 80 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 110 Low 10 | 2-4 family 15 | ☐ In process |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 200 High 25 | Multi-family | To: |
| Demand/supply | ☐ Shortage ☒ In balance ☐ Over supply | ☒ Vacant (0-5%) | Predominant | Commercial | |
| Marketing time | ☒ Under 3 mos. ☐ 3-6 mos. ☐ Over 6 mos. | ☐ Vac.(over 5%) | 175 15 | Vacant 5 | |

**Note:** Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: The subject is bounded to the North and West by Veterans Parkway, East by Oak Bowery Road, and South by Birmingham Highway.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): The subject is located in Waverly Park Subdivision and within the Opelika City Limits. No adverse conditions were noted in the neighborhood, and appeal to the market is good. The subject is located close to value supporting amenities such as schools, entertainment, shopping, places of worship, and employment. Approximately 5% of land in the development is vacant.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): There are currently few properties in immediate area offered for sale. Marketing trends appear to be increasing and appeal to this area is good. Supply and demand appears to be in balance with no substantial number of properties listed on the open market.

## PUD

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☒ No
Approximate total number of units in the subject project _____    Approximate total number of units for sale in the subject project _____
Describe common elements and recreational facilities:

## Site

| Field | Value | Field | Value |
|---|---|---|---|
| Dimensions | 51.2' x 120.9' x 81.8' x 139.3' | Topography | Relatively Level |
| Site area | 10,010 sf | Size | 10010 sf |
| Corner Lot | ☒ Yes ☐ No | Shape | Irregular |
| Specific zoning classification and description | R-3 Low Density Residential | | |
| Zoning compliance | ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | Drainage | Appears Adequate |
| Highest & best use as improved | ☒ Present use ☐ Other use (explain) | View | Residential |
| Utilities | Public / Other | Landscaping | Typical |
| Electricity | ☒ | Driveway Surface | Concrete |
| Gas | ☒ | Apparent easements | None Apparent |
| Water | ☒ | FEMA Special Flood Hazard Area | ☐ Yes ☒ No |
| Sanitary sewer | ☒ | FEMA Zone | X   Map Date 11/2/2011 |
| Storm sewer | ☒ | FEMA Map No. | 01081C0068G |
| Off-site Improvements | Type / Public / Private | | |
| Street | Asphalt ☒ | | |
| Curb/gutter | Concrete ☒ | | |
| Sidewalk | None | | |
| Street lights | Mercury Vapor ☒ | | |
| Alley | None | | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): There were no noted adverse easements or encroachments observed on the day of inspection. The subject appears to have adequate grading and drainage.

## Description of Improvements

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Concrete | Slab | Yes | Area Sq. Ft. | 0 | Roof | Unk |
| No. of Stories | 1 | Exterior Walls | Brick/Vinyl | Crawl Space | None | % Finished | N/A | Ceiling | Unk |
| Type (Det./Att.) | Detached | Roof Surface | Shingle | Basement | None | Ceiling | N/A | Walls | Unk |
| Design (Style) | Traditional | Gutters & Dwnspts. | Aluminum | Sump Pump | None Seen | Walls | N/A | Floor | Unk |
| Existing/Proposed | Existing | Window Type | Vinyl Clad | Dampness | None Noted | Floor | N/A | None | Unk |
| Age (Yrs.) | 14 | Storm/Screens | Yes | Settlement | None Noted | Outside Entry | N/A | Unknown | Yes ☒ |
| Effective Age (Yrs.) | 10 | Manufactured House | No | Infestation | None Noted | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 0 |
| Level 1 | X | 1 | X | 1 | | | | 3 | 2 | X | | 1,272 |
| Level 2 | | | | | | | | | | | | |

Finished area **above** grade contains:   5 Rooms;   3 Bedroom(s);   2 Bath(s);   1,272 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Cer/Wood/Good | Type | Fwa | Refrigerator | | None | | Fireplace(s) # | 0 | None | |
| Walls | Dry Wall/Good | Fuel | Electric | Range/Oven | ☒ | Stairs | | Patio | None | Garage | # of cars |
| Trim/Finish | Wood/Good | Condition | Good | Disposal | ☒ | Drop Stair | ☒ | Deck | Open ☒ | Attached | 2 |
| Bath Floor | Ceramic/Good | COOLING | | Dishwasher | ☒ | Scuttle | | Porch | Screened ☒ | Detached | |
| Bath Wainscot | Cer/Fiber/Good | Central | Yes | Fan/Hood | ☒ | Floor | | Fence | None | Built-In | |
| Doors | Wood/good | Other | None | Microwave | | Heated | | Pool | None | Carport | |
| | | Condition | Good | Washer/Dryer | | Finished | | | | Driveway | 2 |

Additional features (special energy efficient items, etc.): Ceiling fans, Low E windows, Insulation

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: C3;No updates in the prior 15 years;The floor plan is considered functional and well accepted by the buying public. No external obsolescence was observed on the day of inspection. On the day of inspection the utilities were on and appeared to be functioning properly. On the day of inspection, the subject was considered to be in overall good condition.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: No adverse conditions were noted on the day of inspection

Freddie Mac Form 70  6/93                    PAGE 1 OF 2                    Mae Form 1004  6/93
Form UA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Serial# 4CA6CFC7
esign.alamode.com/verify

# UNIFORM RESIDENTIAL APPRAISAL REPORT

Valuation Section   File No. 210412783

## COST APPROACH

ESTIMATED SITE VALUE ............................................. = $ _____

ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS:
- Dwelling  1,272 Sq. Ft. @ $ _____ = $ _____
-            0 Sq. Ft. @ $ _____ = _____
-                                    = _____
- Garage/Carport  372 Sq. Ft. @ $ _____ = _____
- Total Estimated Cost New ................................ = $ _____
- Less    Physical    Functional    External
- Depreciation _____|_____|_____ = $ _____
- Depreciated Value of Improvements .................. = $ _____
- "As-is" Value of Site Improvements .................. = $ _____

INDICATED VALUE BY COST APPROACH ............ = $ _____

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): The Cost Approach to Value was considered and rejected as an applicable approach to value as calculating physical depreciation could create misleading results.

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 701 Waverly Pl, Opelika, AL 36801 | 706 Waverly Pl, Opelika, AL 36801 | | 611 Waverly Pl, Opelika, AL 36801 | | 705 Waverly Pl, Opelika, AL 36801 | |
| Proximity to Subject | | 0.04 miles W | | 0.04 miles SE | | 0.03 miles NW | |
| Sales Price | $ N/A | $ 198,000 | | $ 188,000 | | $ 165,000 | |
| Price/Gross Living Area | $ | $ 144.53 | | $ 134.67 | | $ 141.63 | |
| Data and/or Verification Source | LCAR/Tax Rec Inspection | LCAR #147389;DOM 14 Tax Records/External Observ | | LCAR #146290;DOM 0 Tax Records/External Observ | | LCAR #147386;DOM 1 Tax Records/External Observ | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | Arms Length Conv;3000 | | ArmLth Conv;600 | | ArmLth Conv;3000 | |
| Date of Sale/Time | | s09/20;c08/20 | | s08/20;c08/20 | | s09/20;c08/20 | |
| Location | N;Res | N;Res | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10,010 sf | 8,689 sf | | 7814 sf | 0 | 9583 sf | 0 |
| View | N;Res | N;Res | | N;Res; | | N;Res; | |
| Design and Appeal | DT1;Trad | DT2;Trad | 0 | DT1;Trad | | DT1;Trad | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 14 | 16 | 0 | 14 | | 13 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count | Total 5 / Bdrms 3 / Baths 2 | Total 5 / Bdrms 3 / Baths 2.1 | -2,500 | Total 5 / Bdrms 3 / Baths 2.0 | | Total 4 / Bdrms 2 / Baths 2.0 | |
| Gross Living Area | 1,272 Sq. Ft. | 1,370 Sq. Ft. | -3,920 | 1,396 Sq. Ft. | -4,960 | 1,165 Sq. Ft. | +4,280 |
| Basement & Finished Rooms Below Grade | 0 | 0 | | 0sf | | 0sf | |
| Functional Utility | Good | Good | | Good | | Average/2bdrm | +10,000 |
| Heating/Cooling | Fwa / Cac | Fwa / Cac | | Fwa / Cac | | Fwa / Cac | |
| Energy Efficient Items | CFan/Win/Insul | CFan/Win/Insul | | CFan/Win/Insul | | CFan/Win/Insul | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | 1ga2dw | +4,000 |
| Porch, Patio, Deck, | Stoop/ScrPch/Dk | Stoop/Patio | 0 | Stoop/Deck | 0 | Stp/ScrnPatio | 0 |
| Fireplace(s), etc. | No Fireplace | No Fireplace | | No Fireplace | | No Fireplace | |
| Fence, Pool, etc. | None | Rear Fence | | None | | None | |
| Net Adj. (total) | | ☒ − $ -6,420 | | ☒ − $ -4,960 | | ☒ + $ 18,280 | |
| Adjusted Sales Price of Comparable | | Net 3.2 % / Gross 3.2 % $ 191,580 | | Net 2.6 % / Gross 2.6 % $ 183,040 | | Net 11.1 % / Gross 11.1 % $ 183,280 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): See attached addenda.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | The subject has not sold within the past 3 years | Comparable 1 has not sold within the past year other than reported above. | Comparable 2 has not sold within the past year other than reported above. | Comparable 3 has not sold within the past year other than reported above. |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject is not currently offered for sale.

INDICATED VALUE BY SALES COMPARISON APPROACH ............................................. $ 185,000

INDICATED VALUE BY INCOME APPROACH (if Applicable)   Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier _____ = $ _____

## RECONCILIATION

This appraisal is made   ☒ "as is"   ☐ subject to the repairs, alterations, inspections or conditions listed below   ☐ subject to completion per plans & specifications.

Conditions of Appraisal: This report considers the subject in its present state and condition.

Final Reconciliation: See attached addenda.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised 06/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 04/11/2021 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 185,000

APPRAISER:
- Signature: Molly McLeod Wilson
- Name: Molly McLeod Wilson
- Date Report Signed: 04/19/2021
- State Certification #: R00956   State AL
- Or State License #:   State

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
- Signature
- Name
- Date Report Signed
- State Certification #   State
- Or State License #   State
- ☐ Did  ☐ Did Not Inspect Property

Freddie Mac Form 70  6/93                              PAGE 2 OF 2                              Mae Form 1004 6-93
Form UA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
Serial# 4CA6CFC7   esign.alamode.com/verify

## Supplemental Addendum

File No. 210412783

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 701 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |

**ZONING:** Low Density Residential District. These districts are intended to provide areas for development not exceeding four (4) dwelling units per acre. It is desirable that development in these districts be compatible with the character, scale, and density of the existing neighborhood.

**HIGHEST AND BEST USE:** The subject is a legally permissible use based on its current zoning. Also, the lot size, shape, and land to building ratio allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the existing structure as a single family residence is its financially feasible and maximally productive use. The highest and best use, as if vacant, would be to construct a single family residence.

**Intended Use/User:**
The intended user of this appraisal report is Jimmy Doyle and Christy Eikhoff and their assigns. The intended use is to evaluate the property that is the subject of this report to obtain market value. This report is subject to the stated scope of work, purpose of the appraisal, reporting requirements of this report form and the definition of anticipated sales price. No additional intended users are identified by the appraiser. This report contains sufficient information to enable the client to understand the report. Any other party receiving a copy of this report for any reason is not an intended user, nor does it result in an appraiser - client relationship. Additional users not named or identified are not intended users.

**Scope of Assignment:**
The scope of this assignment is specific to the needs of Jimmy Doyle, Christy Eikhoff and assigns, the client. If you are not identified as the client, you are a third party and should recognize that the appraisal was not developed, nor the report communicated, in a manner consistent with the needs or users of parties other than the identified client. This appraisal report contains abbreviations, acronyms, and terminology that may not be readily or properly understood by third parties. Third parties are stongly cautioned against relying on the appraisal report for any purpose. It should not be used in any manner for insurance purposes.

The appraiser attempted to obtain an adequate amount of information in the normal course of business regarding the subject and comparable properties. Some of the standardized responses requirement by the UAD, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business. Examples specifically include condition and quality ratings as well as other data regarding comparable sales and listings. Not every element of the comparable properties was viewable from the roadway and data for the comparable sales was generally obtained from the multiple listing services and tax records. Consequently, this information should be considered as an estimate unless otherwise noted by the appraiser. In the sales analysis the affect may be observed by a lack of adjustments for quality or condition.

**SCOPE OF WORK:**
The subject of this assignment is for a current value opinion, fee simple estate, for a single unit home. The sales approach to value would be appropriate to utilize for this assignment as there are sufficient comps to use in the sales analysis. The cost approach was considered but not utilized as estimating depreciation could lead to a misleading value. The income approach was considered but not utilized as rental data is very limited and the use of limited data could provide misleading results, thus no confidence would be placed in that approach and not considered in the reconciliation.

A complete visual observation of the subject will be conducted but that does not include any part of the subject that was not readily observable, does not include observations of the attic or crawl space, complete activation or testing of all mechanical systems, an environmental assessment, mold assessment, radon assessment or roof inspection other than observations from the ground, unless indicated or required by the assignment. Heat and cooling systems are considered to be in average conditionif the home temperature is comfortablefor the season unless observations indicate a less than average condition. In the sales analysis the selected and used comparable sales were locationally, physically, and functionally the most similar to the subject. When required by the client or lender conditions, observations of the attic and crawl space were made.

The gross living area (base area) as presented by the tax records may differ from the measurements provided in this report. The Alabama Real Estate Appraisers Board has adopted the standard for the calculation and reporting of above grade (GLA) and below grade square footage in single family residences as developed by the "American National Standard for Single Family Residential Buildings: Square Footage Method for Calculating", ANSI Z765, as approved by the American National Standards Institute, Inc. The public records do not utilize the same methods and standards and are not under the same guidelines and should not be relied upon for gross living area or below grade area.

The scope of the appraisal defines the extent of the process of collecting, confirming and reporting data utilized in the report for any or all of the three approaches to value as applicable to the appraisal assignment and as it relates to the needs of the client. The primary source of data for the report would be the multiple listing service that provides sales data for the community. As the multiple listing service does not provide a reliable source of some data relating to sales, such as the gross living area and site size, public records are utilized for that information. Publication of gross living area in the multiple listing service is never utilized unless there is an assiciated statement as to the source that would represent a factual representation such as from a prior appraisal. Whenever possible, the actual gross living area is utilized by actual measurements or data from a prior appraisal or from a reliable source such as another certified appraiser or AGDA, which is a data source compiled by certified appraisers. Data is obtained from multiple listing information, buyers and/or sellers, attorneys, brokers or sales agents, closing statements, public records such as deeds or tax records and third parties to the transaction with knowledge of the sale.

Verfication of the sale is obtained from parties to the transaction to insure its accuracy and gain insight into the motivation behind each transaction. The purpose of verification is to make sure that the sale occurred under conditions that meet the definition of value used in this report. In some instances parties to the transaction are unable or refuse to make themselves available for verification of the sale. In those instances the verification on file in the Office of the Probate Judge is utilized or the sale is compared with other sales and, if found similar, the sale is utilized. Verfication also includes information about the comparable sale such as location, site size, basement areas, gross living area, age, and car storage.

The purpose of this report is for an opinion of market value of the fee simple interest. The fee simple estate is absolute ownership unencumbered by any other interest or estate, subject onnly to the limitations imposed by governmental prowers of taxation, eminent domain, police power and escheat. This is the most desired form of ownership of land. There were no encroachments or other adverse conditions noted.

## Supplemental Addendum

File No. 210412783

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 701 Waverly Pl | | | | |
| City | Opelika | County Lee | State AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | |

**INSPECTION:** The use of the term inspection, when utilized in this report, is not the same level of inspection that is required for a "professional home inspection". The appraiser does not fully inspect the electrical system, plumbing systems, mechanical system, foundation, floor structure or subfloor. The appraiser is not an expert in construction materials and the purpose of the appraisal is to make an economic valuation of the subject property. Although the report may cite a general rating of the adequacy and or condition (based on observation only) it should be clearly understood that these statements are a general guide for comparison purposes and are not a detailed report on the physical and/or operational condition of these items. The appraiser is not an expert in these matters and any opinion stated is advisory based only upon observation. This report is not a home inspection. While others may choose to rely on the report, they should not rely on it to disclose condition or defects in the subject property. Such knowledge goes beyond the scope of this appraisal and as such, comments on observed conditions given in this report should not be taken as a guarantee that a problem does not exist. If the client needs a more detailed inspection of the subject property, a home inspection by a professional home inspector is recommended.

I performed this appraisal in accordance with the requirements of Title XI of the Financial Institution Reform, Recovery and Enforcement Act of 1989, (12 U.S.C.3331 et seq.), and any implementing regulations.

This assignment was made subject to the regulations of the Alabama Real Estate Appraisers Board. The undersigned state licensed real estate appraiser has met the requirements of the board that allow this report to be regarded as a certified appraisal.

The global outbreak of a "novel coronavirus" known as COVID-19 was officially declared a pandemic by the World Health Organization (WHO). The reader is cautioned, and reminded that the conclusions presented in this appraisal report apply only as of the effective date(s) indicated. The appraiser makes no representation as to the effect on the subject property of any unforeseen event, subsequent to the effective date of the appraisal.

**• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**
All sales are located in the same general marketing environment as the subject and are similar in style, design, and overall functional utility. Sales 1-3 are considered to be the best and most reliable indicators of value as of the effective date of this report. All sales, after each required adjustment was made, reasonably support the final estimate of value. Adjustments were made for gla, room count and amenities, and these adjustments were extracted from the market by a matched pairs analysis. Data to calculate adjustments for other differences was not sufficient to create credible adjustments. Though some differences were not adjusted, these differences were considered in the reconciliation of the final estimate of value. The subject and comparables would appeal to the same buyer. All comparables reasonably support the estimate of value.

The Sales Comparison was utilitzed in this report. Primary emphasis was given the Sales Comparison Approach as it best relates the actions of buyers and sellers under present economic conditions. The subject is located in an area of primarily owner occupied residences and the Income Approach could not be developed due to lack of data. The Cost Approach to value was considered and rejected as an applicable approach as calculating physical depreciation could create misleading results. The undersigned state licensed appraiser has met the requirements of the board that allow this report to be regarded as a certified appraisal.

File No. 210412783

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

    Little or no updating or modernization. This description includes, but is not limited to, new homes.

    Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

    The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

    An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

    Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

    A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

    Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

    Example:
    3.2 indicates three full baths and two half baths.



# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

UAD Version 9/2011 (Updated 1/2014)

# Building Sketch

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |
| Property Address | 701 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| **Living Area** | | **Calculation Details** | |
|---|---|---|---|
| First Floor | 1272.41 Sq ft | 0.5 × 2.95 × 2.06 | = 3.04 |
| | | 0.5 × 2.06 × 2.95 | = 3.04 |
| | | 6 × 2.06 | = 12.39 |
| | | 16.1 × 10.8 | = 173.88 |
| | | 13.7 × 8 | = 109.6 |
| | | 26.8 × 21.3 | = 570.84 |
| | | 20.6 × 19.4 | = 399.6 |
| | | 0.5 × 20.6 × 0 | = 0.01 |
| **Total Living Area (Rounded):** | **1272 Sq ft** | | |
| **Non-living Area** | | | |
| 2 Car Attached | 372.47 Sq ft | 19.2 × 19.4 | = 372.46 |
| | | 0.5 × 19.2 × 0 | = 0.01 |
| Porch | 60.8 Sq ft | 8 × 7.6 | = 60.8 |
| Screened Porch | 137.16 Sq ft | 10.8 × 12.7 | = 137.16 |
| Open Deck | 466.51 Sq ft | 0.5 × 6.65 × 3.32 | = 11.04 |
| | | 0.5 × 2.95 × 2.06 | = 3.04 |
| | | 22.28 × 2.95 | = 65.71 |
| | | 22.28 × 6 | = 133.69 |
| | | 0.5 × 2.06 × 2.95 | = 3.04 |
| | | 22.28 × 2.95 | = 65.71 |
| | | 13.55 × 13.6 | = 184.26 |

Serial# 4CA6CFC7
esign.alamode.com/verify



## Location Map

| Borrower | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 701 Waverly Pl | | | | |
| City | Opelika | County | Lee | State AL | Zip Code 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 701 Waverly Pl | | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code | 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | | |



Form MAP.LOC — "TOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Serial# 4CA6CFC7
esign.alamode.com/verify

## Subject Photo Page

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 701 Waverly Pl | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | |



### Subject Front

| | |
|---|---|
| 701 Waverly Pl | |
| Sales Price | N/A |
| Gross Living Area | 1,272 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | N;Res |
| View | N;Res |
| Site | 10,010 sf |
| Quality | Q4 |
| Age | 14 |



### Subject Rear



### Subject Street

## Interior Photos

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 701 Waverly Pl | | | | | |
| City | Opelika | County | Lee | State | AL | Zip Code 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | | |



**Bathroom**



**Bedroom**



**Living Room**



**Kitchen**



**Dining Area**

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 701 Waverly Pl | | | | |
| City | Opelika | County | Lee | State AL | Zip Code 36801 |
| Lender/Client | Individual - Jimmy Doyle | | | | |



### Comparable 1

706 Waverly Pl

| | |
|---|---|
| Prox. to Subject | 0.04 miles W |
| Sale Price | 198,000 |
| Gross Living Area | 1,370 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 8,689 sf |
| Quality | Q4 |
| Age | 16 |



### Comparable 2

611 Waverly Pl

| | |
|---|---|
| Prox. to Subject | 0.04 miles SE |
| Sale Price | 188,000 |
| Gross Living Area | 1,396 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7814 sf |
| Quality | Q4 |
| Age | 14 |



### Comparable 3

705 Waverly Pl

| | |
|---|---|
| Prox. to Subject | 0.03 miles NW |
| Sale Price | 165,000 |
| Gross Living Area | 1,165 |
| Total Rooms | 4 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9583 sf |
| Quality | Q4 |
| Age | 13 |

**Plat**



## Tax Card

### Lee County Alabama
### 2021 - Realtor GIS
Web19 - f16.2-d16.3 - LeeGov - 04-02-2021
### Parcel Details

**FavLink  PRCMap  NewSrch  Back  Print**

**Parcel**

| | |
|---|---|
| Delta Pin: | 61614 |
| Parcel No: | 43 09 01 11 2 000 028.000 |
| Prop Addr: | 701 WAVERLY PLACE |
| Deeded Acres: 0.00 | Calc't: 0.23 |
| Deed Info: | B 2315   P 0000564   D 06-01-2007 |
| Plat Info: | B   P   D -- |
| Neighborhood: | OP R WP |
| Tax District: | 01-Opelika |

**Owner**

| | |
|---|---|
| Name: | GIBBS GENE R & DARLA D |
| Address: | 701 WAVERLY PLACE |
| City, State, ZIP: | OPELIKA, AL  36801 |

**Values**

| | |
|---|---|
| Land Total: | $35,000.00 |
| Building Total: | $143,640.00 |
| Appraised Value: | $178,640.00 |
| Yrly Tax: | $0 for 2020 |

**Sales History**

| SDate | SPrice | Type | Ratio | DBook | DPage |
|---|---|---|---|---|---|
| 06-01-2007 | $164,000 | 111 | Y | 2315 | 0000564 |
| 12-22-2006 | $1,000 | 913 | N | 2307 | 0000074 |
| 01-22-2004 | $0 | 0 | N | 2249 | 0000963 |

**Building    Bldg-Sketch**

| Bldg No | Use Type | Yr Built | Base Area | Upper Area | Story |
|---|---|---|---|---|---|
| 1 | 111 | 2007 | 1237 | 0 | 1 |

**Tax History**

| Tax Year | Date Paid | Amount Paid |
|---|---|---|
| 2020 | // | $0.00 |
| 2019 | // | $0.00 |
| 2018 | // | $0.00 |
| 2017 | // | $0.00 |

Basic | Parcel | Land | Bldg | Imp | Sale

Wilson Appraisals (334) 741-9290

File No. 210412783

## AGREEMENT FOR APPRAISAL SERVICES

1. **PARTIES**   Individual - Jimmy Doyle   Client
   hereby agrees to employ   Molly McLeod Wilson   Appraiser

2. **PROPERTY** located in   Lee   County, State of   AL   legally described as:
   Lot 17 Waverly Park Parcel D Plat 26-162 Sec 11 T19N R27E

   ADDRESS   701 Waverly Pl   hereinafter called Property.

3. **APPRAISAL REPORT.** Appraiser agrees to prepare, in writing, an Appraisal Report, in conformity with any professional organizations to which Appraiser may belong, with an opinion of value. The purpose of this appraisal is:

   [ ] Purchase  [ ] Sale  [ ] Estate Tax  [ ] Lessee  [ ] Insurance  [ ] Ad valorem Tax  [ ] Mortgage Financing  [ ] Condemnation
   [X] General Information  [ ] Other

4. **INTEREST** to be appraised shall be  [X] Fee Simple  [ ] Leasehold  [ ] Leased Fee  [ ] Other

5. **COMPLETION** of the appraisal shall be by   04/19/2021   subject to unforeseen circumstances or conditions beyond the control of the Appraiser. The number of copies to be prepared is   1 via email

6. **PAYMENTS FOR SERVICES:**
   [X] AGREED FEE. Client agrees to pay Appraiser a cash fee of $ 500.00
   [ ] HOURLY-PER DIEM. Client agrees to pay Appraiser a cash fee of $ _____ per [ ] hour [ ] day for time expanded on Client's behalf, to an estimated maximum of $ _____
   [ ] EXPENSES. Appraiser shall be additionally paid usual and necessary expenses for the following _____
   [ ] LITIGATION. In the event Appraiser is called upon, voluntarily or otherwise, to testify in court or deposition regarding the Appraisal Report herein, Client agrees to pay an additional sum of $ _____ for each _____ plus Appraiser's usual and customary expenses.
   [X] CANCELLATION. If this agreement is canceled at any time prior to the delivery of the Appraisal Report, Client agrees to pay a fee of $75 after inspection but prior to research and work on the report.
   [ ] RETAINER fee in the amount of $ _____ is payable _____ to apply toward the total fee herein.

   All sums due hereunder shall be paid on delivery of the Appraisal Report to Client, and are payable in the County of Appraiser's principal residence. The Appraiser's fee is in no way based on the opinion of value of the appraised Property, and all sums hereunder are due and payable regardless of the amount of the opinion of value. In the event it is necessary to employ an attorney to collect any sums due herein, Client agrees to pay reasonable attorney's fees and court costs expended by Appraiser.

7. **AUTHORITY.** Appraiser and his subcontractors are hereby authorized to make on-site inspections of subject property at all reasonable times to obtain supporting property data, including but not limited to: Building plans, plats, deeds, legal descriptions, abstracts, income and expense data, leases, options. Further to interview Client's attorneys, accountants, managers, agents, present and prospective tenants. To be furnished copies of relevant information, to copy same and use as documentation for the Appraisal Report. To obtain such information that in the Appraiser's judgment may be relevant to the appraisal. CLIENT'S AUTHORITY to execute this agreement is hereby warranted, and that client is either owner of the subject property or has authority of the owner to enter into this agreement.

8. **CONDITIONS.** The Appraisal Report shall be subject to Appraiser's conditions and limitations standard form or as shown on attachment hereto. The Appraisal Report will be prepared for the sole and exclusive use of the Client, and shall not be reproduced, printed or distributed in any manner without written consent of Appraiser, as it consists of "trade secrets and commercial and financial information" which is privileged and confidential and exempted from disclosure under 5USC(b)(4).

9. **WARRANTIES AND INDEMNITY.** Appraiser does not make any warranties or guarantees of any kind regarding the condition of the property, sufficiency of title, areas and boundaries, mechanical and structural conditions of the improvements and with the agreement that the Appraisal Report represents Appraiser's opinion of value only, without any warranty that the property will sell for the appraised value. Client agrees to indemnify Appraiser, his employees and independent contractors from all claims, suits and charges of any nature that may arise out of this agreement.

10. **ADDITIONAL AGREEMENTS:**

Executed in duplicate originals on this day, _____

Individual - Jimmy Doyle   Molly McLeod Wilson
Client   Appraiser

_____   P.O. Box 2976, Auburn, AL 36831
Address   Address

_____   (334) 444-6603
Telephone   Telephone

esign.alamode.com/verify   Serial:4CA6CFC7

Form AS2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# 4CA6CFC7
esign.alamode.com/verify