File No. 0518207

**CUSTOMER COPY**



# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
701 Waverly Place
Lot 17, Waverly Park Subdivision, Parcel D, Plat Book 26, Page 162
Opelika, AL 36801-3378

**FOR:**
Auburn Bank
215 South 6th Street
Opelika, AL 36801

**AS OF:**
May 18, 2007

**BY:**
Haskel J. Patterson (334) 745 - 0311
Patterson Services, Inc.
d/b/a/ H & L Appraisal Service
1204 Fitzpatrick Avenue
Opelika, Alabama 36801

| Borrower/Client | Gibbs, Gene Ralph & Darla Dee | | | File No. | 0518207 |
|---|---|---|---|---|---|
| Property Address | 701 Waverly Place | | | | |
| City | Opelika | County Lee | State AL | Zip Code | 36801-3378 |
| Lender | Auburn Bank | | | | |

## TABLE OF CONTENTS

Cover Page .................................................................................................................................................................................... 1
URAR ............................................................................................................................................................................................ 2
Additional Comparables 4-6 ........................................................................................................................................................... 8
Building Sketch (Page - 1) .............................................................................................................................................................. 9
Building Sketch (Page - 2) .............................................................................................................................................................. 10
Subject Photos ............................................................................................................................................................................... 11
Comparable Photos 1-3 .................................................................................................................................................................. 12
Comparable Photos 4-6 .................................................................................................................................................................. 13
Comparable Sales Map .................................................................................................................................................................. 14
Supplemental Addendum w/sig block ............................................................................................................................................ 15
Invoice ............................................................................................................................................................................................ 16

Patterson Services, Inc. (334)745-0311     File No. 0518207

**Summary Appraisal Report**

# Uniform Residential Appraisal Report
File # 0518207

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT
- Property Address: 701 Waverly Place   City: Opelika   State: AL   Zip Code: 36801-3378
- Borrower: Gibbs, Gene Ralph & Darla Dee   Owner of Public Record: Patriot Homes Inc.   County: Lee
- Legal Description: Lot 17, Waverly Park Subdivision, Parcel D, Plat Book 26, Page 162
- Assessor's Parcel #: 43-09-01-11-2-000-028.000   Tax Year: 2007   R.E. Taxes $: 243.00
- Neighborhood Name: Waverly Park Subdivision, Parcel D   Map Reference: 43-09-01-11-2-000   Census Tract: 0411.00
- Occupant: ☐ Owner ☐ Tenant ☒ Vacant   Special Assessments $: None   ☐ PUD   HOA $: 45   ☐ per year ☒ per month
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
- Assignment Type: ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
- Lender/Client: Auburn Bank   Address: 215 South 6th Street, Opelika, AL 36801
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
- Report data source(s) used, offering price(s), and date(s). The subject is currently listed for sale with Sallie Dean of John Rice, L. L. C. thru the Lee County Multiple Listing Service for $158,748 and has been on the market for 107 days.

## CONTRACT
- I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The subject is currently under contract for sale for a consideration of $167,807.50 Transaction appears to be arms length with nothing atypical noted. No seller paid concessions were noted and the closing date is set for 7/6/2007.
- Contract Price $: 167,807.5   Date of Contract: 7/6/2007   Is the property seller the owner of public record? ☒ Yes ☐ No   Data Source(s): Public Records
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
- If Yes, report the total dollar amount and describe the items to be paid. N/A   Buyer has requested numerous upgrades thus the difference in the list and contract price.

## NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: ☐ Urban ☒ Suburban ☐ Rural | Property Values: ☒ Increasing ☐ Stable ☐ Declining | PRICE $(000) / AGE (yrs) | One-Unit 55 % |
| Built-Up: ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply | 50's Low / New | 2-4 Unit 1 % |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 350+ High / 75+ | Multi-Family 1 % |
| | | 170's Pred. / 30 | Commercial 2 % |
| | | | Other 41 % |

- Neighborhood Boundaries: Veterans Parkway to the north and west, Norfolk Southern Railway to the south and Terracewood Drive to the east.
- Neighborhood Description: The subject is located 3 miles west of downtown Opelika in Waverly Park Subdivision. This is a new addition that will contain small detached single family dwellings of good quality. The first phase of this subdivision is composed of attached and detached condos. There is a PUD office development under construction on a 100+ acre tract to the south of the subdivision.
- Market Conditions (including support for the above conclusions): The Opelika real estate market is an active market that has experienced good increases in property values and moderate to good growth in the past few years. This trend should continue if interest rates remain low. Supply and demand appear to be in balance and the local MLS currently reports a normal marketing time of 3- 6 months.

## SITE
- Dimensions: 51.2 X 120.9 X 81.8 X 139.3   Area: .20 Acres   Shape: Rectangular   View: Average Residential
- Specific Zoning Classification: R - 3   Zoning Description: Low Density Residential District
- Zoning Compliance: ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | City of Opelika | Water ☒ | City of Opelika | Street Asphalt Pavement | ☒ | ☐ |
| Gas | ☒ | Alagasco | Sanitary Sewer ☒ | City of Opelika | Alley None (Typical) | ☐ | ☐ |

- FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone C   FEMA Map # 010145 0018 B   FEMA Map Date 9/16/1981
- Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
- Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
- There were no noted adverse easements, encroachments, visible environmental conditions, illegal or legal nonconforming zoning uses apparent during the inspection of the subject property. No current survey was provided to the appraiser for review.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls | ConcreteSlab/New | Floors | HdWd/C.Tile/New |
| # of Stories One | ☐ Full Basement ☐ Partial Basement | Exterior Walls | VinylSidng/BV/New | Walls | Drywall/New |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area None sq.ft. | Roof Surface | AsphaltShngl/New | Trim/Finish | Wood/Good |
| ☐ Existing ☐ Proposed ☒ Under Const. | Basement Finish N/A % | Gutters & Downspouts | None | Bath Floor | Ceramic Tile/New |
| Design (Style) 1-Story/Good | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type | Alum Frame/New | Bath Wainscot | Molded Unit/New |
| Year Built New | Evidence of ☐ Infestation | Storm Sash/Insulated | Insulated/New | Car Storage ☐ None | |
| Effective Age (Yrs) 0 | ☐ Dampness ☐ Settlement | Screens | Screens/New | ☐ Driveway # of Cars | |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | Woodstove(s) # | Driveway Surface Concrete Pvmt | |
| ☒ Drop Stair ☐ Stairs | ☐ Other Fuel Electricity | Fireplace(s) # ☐ Fence | | ☒ Garage # of Cars 2 | |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☐ Patio/Deck ☒ Porch Screen | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other | | ☒ Att. ☐ Det. ☐ Built-in | |

- Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☒ Other (describe) Microwave/Fan Hood Combo
- Finished area above grade contains: 5 Rooms   3 Bedrooms   2 Bath(s)   1,231 Square Feet of Gross Living Area Above Grade
- Additional features (special energy efficient items, etc.): Subject has front stoop, 136 sf rear screen porch, box ceiling in master bedroom, granite counter tops and garden tub and separate shower in master bath.
- Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.): Subject property is currently under construction and the inspection notes and specifications reflect that the home will be of good quality construction. A probable time of completion is 1 month. This appraisal is made based on the inspection notes and specifications provided by the builder and contract addendum and is subject to a final inspection to ascertain completion of same. Physical depreciation is limited due to dwelling being new construction. A short wall in the master bedroom is concave and should be reframed and finished.
- Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe The subject property is currently under construction and is approximately 90% finished therefore no physical deficiencies exist at the time of this appraisal. The floor plan of the dwelling appears to be functional in design and layout and the home should be built in a workmanlike manner subject to all local building codes.
- Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe  The subject dwelling is very similar to most of the dwellings in this homogeneous neighborhood.

Freddie Mac Form 70 March 2005     Page 1 of 6     Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0518207

## Uniform Residential Appraisal Report
File # 0518207

There are 4 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 159,000 to $ 177,000.
There are 5 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 157,900 to $ 174,900.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 701 Waverly Place Opelika, AL 36801-3378 | 807 Waverly Place Opelika, AL 36801 | | 713 Waverly Place Opelika, AL 36801 | | 601 Waverly Place Opelika, AL 36801 | |
| Proximity to Subject | | 0.07 miles | | 0.06 miles | | 0.04 miles | |
| Sale Price | $ 167,807.5 | | $ 172,800 | | $ 159,000 | | $ 168,000 |
| Sale Price/Gross Liv. Area | $ 136.32 sq.ft. | $ 128.00 sq.ft. | | $ 122.03 sq.ft. | | $ 123.26 sq.ft. | |
| Data Source(s) | | MLS/Listing Agent | | Inspection/Sales Contract | | MLS/Listing Agent | |
| Verification Source(s) | | MLS/Selling Agent | | Public Records | | MLS/Selling Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conventional Seller Paid | -2,000 | Conventional NoConcession | | Conventional NoConcession | |
| Date of Sale/Time | | 4/2007 | | 2/2007 | | 1/2007 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | .20 Acres | .31 Acres | | .24 Acres | | .18 Acres | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | 1-Story/Good | 1-Story/Good | | 1-Story/Good | | 1-Story/Good | |
| Quality of Construction | VnylSg/BVAvg | BrickVnr/Good | | Vinyl/Dryvit/Gd | | Hardiplank/Gd | |
| Actual Age | New | New | | New | | New | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 5 / Bdrms. 3 / Baths 2 | Total 5 / Bdrms. 3 / Baths 2 | | Total 5 / Bdrms. 2 / Baths 2 | | Total 4 / Bdrms. 2 / Baths 2 | |
| Gross Living Area | 1,231 sq.ft. | 1,350 sq.ft. | -4,500 | 1,303 sq.ft. | -2,700 | 1,363 sq.ft. | -5,000 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Adequate | Adequate | | Adequate | | Adequate | |
| Heating/Cooling | Htpump/Cent | Htpump/Cent | | Htpump/Cent | | Htpump/Cent | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2-Garage | 2-Garage | | 2-Garage | | 2-Garage | |
| Porch/Patio/Deck | Stp/ScrnPorch | Stoop/Deck | +1,500 | Stoop/Deck | +1,500 | Stoop/Patio | +2,500 |
| Fireplace | None | None | | None | | None | |
| Additional Amenities | None | None | | None | | None | |
| Additional Amenities | None | None | | None | | None | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 5,000 | ☐ + ☒ - | $ 1,200 | ☐ + ☒ - | $ 2,500 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.9 % Gross Adj. 4.6 % | $ 167,800 | Net Adj. 0.8 % Gross Adj. 2.6 % | $ 157,800 | Net Adj. 1.5 % Gross Adj. 4.5 % | $ 165,500 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain   For the subject a review of The Lee County Multiple Listing Service, Lee County Public Records and FSBO (for sale by owner) data retained by the appraiser was made. For the comparable sales only a review of MLS and FSBO data was made. Any findings or conclusions are reported below.

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Lee County Multiple Listing Service, Lee County Public Records and FSBO data derived from the appraiser's files.
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Lee County Multiple Listing Service and FSBO data derived from the appraiser's files.

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/22/2006 | None Noted | None Noted | None Noted |
| Price of Prior Sale/Transfer | Unknown | N/A | N/A | N/A |
| Data Source(s) | MLS/Public Records | MLS/Appraiser's Files | MLS/Appraiser's Files | MLS/Appraiser's Files |
| Effective Date of Data Source(s) | 5/2007 | 5/2007 | 5/2007 | 5/2007 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject site was sold on 12/6/2006 for a unknown amount. No sales or transfers were noted in the last year for any of the comparable sales used.

Summary of Sales Comparison Approach   The comparable sales utilized are the most similar and recent sales available at the time of appraisal. This subdivision is composed of both 2 and 3 bedroom units with the 2 bedroom units being the majority. Sale 1 was the only comparable 3 bedroom unit located. All sales are considered similar in terms of location, quality of construction, condition, utility and market appeal. All sales are given consideration after adjustments.

Indicated Value by Sales Comparison Approach $ 168,000

Indicated Value by: Sales Comparison Approach $ 168,000   Cost Approach (if developed) $ 166,061   Income Approach (if developed) $ N/A

The final value estimate indicated below is a reconciliation of the cost and market approaches to value. The income approach was not utilized because it is not felt to be an applicable indicator of value for property of this type.

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair.   This appraisal is made per inspection notes and specs supplied by the builder/contract and is subject to a final inspection to ascertain successful completion of same.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 168,000 , as of May 18, 2007 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                    Page 2 of 6                    Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 0518207

## ADDITIONAL COMMENTS

"This assignment was made subject to the regulations of the State of Alabama Real Estate Appraisers Board. The undersigned State Certified Appraiser has met the requirements of the board that allows this report to be regarded as a 'Certified Appraisal'". This appraisal was developed as a "complete appraisal" in accordance with Standards Rule 1 of the USPAP. This appraisal is being reported as a "summary appraisal report" in accordance with Standards Rule 2-2(b) of the USPAP.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The site value was estimated by a comparison of similar land or lot sales that have occurred within the subject market but not necessarily within the subject neighborhood. Sources for these land sales include the Lee County MLS, real estate agents, other appraisers, local lenders and public records.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

| | | | |
|---|---|---|---|
| OPINION OF SITE VALUE | | =$ | 32,000 |
| DWELLING 1,231 Sq.Ft. @ $ 80.50 | | =$ | 99,096 |
| None Sq.Ft. @ $ | | =$ | |
| Stoop,Screen Porch | | =$ | 8,500 |
| Garage/Carport 367 Sq.Ft. @ $ 43.50 | | =$ | 15,965 |
| Total Estimate of Cost-New | | =$ | 123,561 |
| Less   Physical   Functional   External | | | |
| Depreciation | | =$( | ) |
| Depreciated Cost of Improvements | | =$ | 123,561 |
| "As-is" Value of Site Improvements | | =$ | 10,500 |
| INDICATED VALUE BY COST APPROACH | | =$ | 166,061 |

Source of cost data   Marshall & Swift and Local Contractors
Quality rating from cost service   Good   Effective date of cost data   3/2007
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
Cost estimates were derived from the Marshall & Swift Residential Cost Handbook and were compared to the local market.  Physical depreciation was estimated using the Marshall & Swift Residential Cost Handbook depreciation tables.

Estimated Remaining Economic Life (HUD and VA only)   65 Years

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   N/A   X Gross Rent Multiplier   N/A   = $   N/A   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)   The income approach was not utilized because it is not felt to be an applicable indicator of value for property of this type.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [ ] No   Unit type(s) [ ] Detached [ ] Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project   N/A
Total number of phases   N/A   Total number of units   N/A   Total number of units sold   N/A
Total number of units rented   N/A   Total number of units for sale   N/A   Data source(s)   N/A
Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No   If Yes, date of conversion.   N/A
Does the project contain any multi-dwelling units? [ ] Yes [ ] No   Data Source   N/A
Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No   If No, describe the status of completion.   N/A
Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No   If Yes, describe the rental terms and options.   N/A
Describe common elements and recreational facilities.   N/A

File No. 0518207

## Uniform Residential Appraisal Report   File # 0518207

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

File No. 0518207

## Uniform Residential Appraisal Report   File # 0518207

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Freddie Mac Form 70 March 2005                    Page 5 of 6                    Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 0518207

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

### APPRAISER

Signature
Name  Haskel J. Patterson (334) 745 - 0311
Company Name  Patterson Services, Inc.
Company Address  1204 Fitzpatrick Avenue
 Opelika, AL 36801
Telephone Number  (334) 745 - 0311
Email Address  handlappraisal@charter.net
Date of Signature and Report  May 22, 2007
Effective Date of Appraisal  May 18, 2007
State Certification #  R00610
or State License #
or Other (describe) _____ State # _____
State  AL
Expiration Date of Certification or License  9/30/2007

ADDRESS OF PROPERTY APPRAISED
 701 Waverly Place
 Opelika, AL 36801-3378
APPRAISED VALUE OF SUBJECT PROPERTY $  168,000
LENDER/CLIENT
Name  Kathy Crawford
Company Name  Auburn Bank
Company Address  215 South 6th Street, Opelika, AL 36801

Email Address  kcrawford@auburnbank.com

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
     Date of Inspection
☐ Did inspect interior and exterior of subject property
     Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
     Date of Inspection

File No. 0518207

## Uniform Residential Appraisal Report

File # 0518207

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 701 Waverly Place, Opelika, AL 36801-3378 | 707 Waverly Place, Opelika, AL 36801 | | | | | |
| Proximity to Subject | | 0.04 miles | | | | | |
| Sale Price | $ 167,807.5 | $ 177,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 136.32 sq.ft. | $ 121.07 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS/Listing Agent | | | | | |
| Verification Source(s) | | MLS/Selling Agent | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conventional NoConcession | | | | | |
| Date of Sale/Time | | 11/2006 | | | | | |
| Location | Average | Average | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | .20 Acres | .29 Acres | | | | | |
| View | Average | Average | | | | | |
| Design (Style) | 1-Story/Good | 1-Story/Good | | | | | |
| Quality of Construction | VnylSg/BVAvg | Hardiplank/Gd | | | | | |
| Actual Age | New | New | | | | | |
| Condition | Good | Good | | | | | |
| Above Grade Room Count | Total 5 / Bdrms 3 / Baths 2 | Total 5 / Bdrms 2 / Baths 2 | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Gross Living Area | 1,231 sq.ft. | 1,462 sq.ft. | -8,800 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | None / None | None / None | | | | | |
| Functional Utility | Adequate | Adequate | | | | | |
| Heating/Cooling | Htpump/Cent | Htpump/Cent | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | 2-Garage | 2-Garage | | | | | |
| Porch/Patio/Deck | Stp/ScrnPorch | Stoop/Deck | +1,500 | | | | |
| Fireplace | None | None | | | | | |
| Additional Amenities | None | None | | | | | |
| Additional Amenities | None | None | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 7,300 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net 4.1 % Gross 5.8 % | $ 169,700 | Net % Gross % | $ | Net % Gross % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 12/22/2006 | None Noted | | |
| Price of Prior Sale/Transfer | Unknown | N/A | | |
| Data Source(s) | MLS/Public Records | MLS/Appraiser's Files | | |
| Effective Date of Data Source(s) | 5/2007 | 5/2007 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

File No. 0518207

## Building Sketch (Page - 1)

| Borrower/Client | Gibbs, Gene Ralph & Darla Dee |
|---|---|
| Property Address | 701 Waverly Place |
| City Opelika | County Lee   State AL   Zip Code 36801-3378 |
| Lender | Auburn Bank |



| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1230.51 | 1230.51 |
| P/P | Screen Porch | 136.25 | 136.25 |
| GAR | 2-Garage | 366.97 | 366.97 |
| | | | |
| TOTAL LIVABLE   (rounded) | | | 1231 |

| LIVING AREA BREAKDOWN | | | | |
|---|---|---|---|---|
| Breakdown | | | | Subtotals |
| First Floor | | | | |
| | 1.2 | x | 13.7 | 16.44 |
| | 13.1 | x | 44.4 | 581.64 |
| | 0.3 | x | 2.9 | 0.87 |
| | 8.0 | x | 26.7 | 213.60 |
| | 18.3 | x | 20.1 | 367.83 |
| | 2.1 | x | 5.8 | 12.18 |
| 0.5 x | 2.9 | x | 2.1 | 3.05 |
| 0.5 x | 2.1 | x | 2.1 | 2.21 |
| | 3.0 | x | 10.9 | 32.70 |
| 9 Calculations Total (rounded) | | | | 1231 |

File No. 0518207

## Building Sketch (Page - 2)

| | |
|---|---|
| Borrower/Client | Gibbs, Gene Ralph & Darla Dee |
| Property Address | 701 Waverly Place |
| City Opelika | County Lee   State AL   Zip Code 36801-3378 |
| Lender | Auburn Bank |

**First Floor** — GLA1

```
        1.2  x   13.7  =    16.44
       13.1  x   44.4  =   581.64
        0.3  x    2.9  =     0.87
        8.0  x   26.7  =   213.60
       18.3  x   20.1  =   367.83
        2.1  x    5.8  =    12.18
 0.5 x  2.9  x    2.1  =     3.05
 0.5 x  2.1  x    2.1  =     2.21
        3.0  x   10.9  =    32.70
```

Area total (rounded)  =  1231

**2-Garage** — GAR

```
        1.2  x   19.3  =    23.16
       11.8  x   18.7  =   220.66
        0.3  x    7.9  =     2.37
        6.6  x   18.3  =   120.78
```

Area total (rounded)  =  367

**Screen Porch** — P/P

```
       10.9  x   12.5  =   136.25
```

Area total (rounded)  =  136

Form SKT.BldSkI — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0518207

## Subject Photo Page

| Borrower/Client | Gibbs, Gene Ralph & Darla Dee | | | | |
|---|---|---|---|---|---|
| Property Address | 701 Waverly Place | | | | |
| City | Opelika | County | Lee | State AL | Zip Code 36801-3378 |
| Lender | Auburn Bank | | | | |



**Subject Front**
701 Waverly Place
Sales Price     167,807.5
GLA             1,231
Total Rooms     5
Total Bedrms    3
Total Bathrms   2
Location        Average
View            Average
Site            .20 Acres
Quality         VnylSg/BVAvg
Age             New



**Subject Rear**



**Subject Street**

Form PIC4x6.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 0518207

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | Gibbs, Gene Ralph & Darla Dee |
| Property Address | 701 Waverly Place |
| City Opelika | County Lee    State AL    Zip Code 36801-3378 |
| Lender | Auburn Bank |



**Comparable 1**
807 Waverly Place
Proximity      0.07 miles
Sale Price     172,800
GLA            1,350
Total Rooms    5
Total Bedrms   3
Total Bathrms  2
Location       Average
View           Average
Site           .31 Acres
Quality        BrickVnr/Good
Age            New



**Comparable 2**
713 Waverly Place
Proximity      0.06 miles
Sale Price     159,000
GLA            1,303
Total Rooms    5
Total Bedrms   2
Total Bathrms  2
Location       Average
View           Average
Site           .24 Acres
Quality        Vinyl/Dryvit/Gd
Age            New



**Comparable 3**
601 Waverly Place
Proximity      0.04 miles
Sale Price     168,000
GLA            1,363
Total Rooms    4
Total Bedrms   2
Total Bathrms  2
Location       Average
View           Average
Site           .18 Acres
Quality        Hardiplank/Gd
Age            New

File No. 0518207

## Comparable Photo Page

| Borrower/Client | Gibbs, Gene Ralph & Darla Dee |
|---|---|
| Property Address | 701 Waverly Place |
| City Opelika | County Lee    State AL    Zip Code 36801-3378 |
| Lender | Auburn Bank |



**Comparable 4**
707 Waverly Place
Proximity      0.04 miles
Sale Price     177,000
GLA            1,462
Total Rooms    5
Total Bedrms   2
Total Bathrms  2
Location       Average
View           Average
Site           .29 Acres
Quality        Hardiplank/Gd
Age            New

**Comparable 5**
Proximity
Sale Price
GLA
Total Rooms
Total Bedrms
Total Bathrms
Location
View
Site
Quality
Age

**Comparable 6**
Proximity
Sale Price
GLA
Total Rooms
Total Bedrms
Total Bathrms
Location
View
Site
Quality
Age

Form PIC4x6.CR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE



File No. 0518207

## Supplemental Addendum

File No. 0518207

| | |
|---|---|
| Borrower/Client | Gibbs, Gene Ralph & Darla Dee |
| Property Address | 701 Waverly Place |
| City Opelika | County Lee   State AL   Zip Code 36801-3378 |
| Lender | Auburn Bank |

The author of this report personally inspected the subject property and any obvious defects such as visible rotten wood, settlement cracks or any deferred maintenance were noted in the report. The appraiser is not a "qualified" home inspector and does not warrant that all of the mechanical systems, appliances and structural systems are free from defects or infestations. If this type of inspection is desired then a qualified inspector such as a licensed contractor, licensed home inspector or pest expert should be employed to determine any of these deficiencies exist. A inspection from a licensed pest expert is recommended on all structures of any kind. The appraiser has not inspected for the presence of fungus which includes mold, mildew, mycotoxins, spore scents or byproducts produced or released by fungi.

The square footage of the subject property was calculated using the American National Standard for Single Family Residential Buildings ANSI Z765-2003 which was approved on April 8, 1996 by the following organizations: American Association of Certified Appraisers, The American Institute of Architects, The Appraisal Foundation, Bureau of the Census, Employee Relocation Council, Fannie Mae, Freddie Mac, National Association of Home Builders, National Association of REALTORS, U.S. Department of Energy, U.S. Department of Housing and Urban Development, U.S. Department of Veterans Affairs and numerous other building and home ownership groups. If this appraisal was made based on plans from the proposed house, then the finished square footage calculations for this house were made based on plan dimensions only and may vary from the finished square footage of the house as built.

Type of Appraisal and Type of Report

The scope of the assignment includes an attempt to employ all three recognized approaches to value which are the cost, income and market approaches.

The cost approach includes research into the local market for land or site values. This research included interviews with other real estate appraisers as well as other real estate brokers and agents and review of current multiple listing data and public records. Unless otherwise noted, the inspection notes are the basis for the type of construction of the subject property. The cost estimates were taken from the Marshall & Swift Residential Cost Handbook which is a national publication that is indexed to the local Auburn/Opelika market. Other cost estimates were taken from current construction estimates by local contractors for similar type dwellings. Depreciation estimates were taken from the Marshall & Swift Residential Cost Handbook Depreciation Tables.

When utilized, the income approach involves interviews with local property managers, real estate brokers and sales agents, property owners and other real estate appraisers. Estimated market rents and vacancy rates are arrived at and sales of various similar investment properties are analyzed to derive a gross rent multiplier (GRM). The estimated market rent is then multiplied by the GRM to arrive at an income approach value estimate.

The sales approach involves research in the subject market through interviews with local real estate brokers, agents and other real estate appraisers and reviewing current multiple listing data and public records for sales of similar type properties. All of the comparables used are closed sales to the best of the appraiser's knowledge. Verification of these sales has been with any of, or combination of, the above mentioned sources. The sales used are as similar as possible and there may be differences in design and style but all are considered to have the same utility. All of the sales utilized are then compared to the subject and adjusted for any differences. The adjustments are based on current market data and the value of the adjustments are the appraiser's opinion from the perspective of a typical buyer. Finally, all of the applied approaches are then reconciled into a final value estimate.

Intended Use of Appraisal

This appraisal has been requested by the named client to serve as a basis for loan underwriting purposes in connection with a mortgage loan to be made against the subject property. This appraisal may therefore be relied upon by Auburn Bank to serve this function. This appraisal may not be used by any other individual or party for any reason without the appraiser's consent. This appraisal was undertaken without departure in accordance with the Uniform Standards of Professional Appraisal Practice as enacted by the appraisal foundation and as amended by the Comptroller of the Currency.

| | |
|---|---|
| Signature | Signature |
| Name Haskel J. Patterson (334) 745 - 0311 | Name |
| Date Signed May 22, 2007 | Date Signed |
| State Certification # R00610   State AL | State Certification #   State |
| Or State License # _____ State _____ | Or State License # _____ State _____ |

Patterson Services, Inc. (334)745-0311

Form TADD2 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE