UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to:   ALL CASES | Judge Fallon |
| | Mag. Judge Wilkinson |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY
THE M/I HOMES ENTITIES[1]**

Pursuant to Pretrial Order No. 1(J), dated March 20, 2015, M/I Homes, Inc. and its past and present subsidiaries and affiliates, including without limitation, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC, and M/I Homes of Florida, LLC (referred to herein as "the M/I Homes Entities") hereby give notice of their intention to dispose of the physical evidence that the M/I Homes Entities were previously preserving from the following property or properties: SEE ATTACHED EXHIBIT A WITH LIST OF PROPERTIES.

Any person or entity wishing to inspect this physical evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to the M/I Homes Entities by contacting counsel for the M/I Homes Entities, Jaret Fuente, by telephone at (813) 229-4362 and by email at jfuente@carltonfields.com. Upon the expiration of the 30-day period, the M/I Homes Entities may dispose of such physical evidence.

---

[1] The M/I Homes Entities includes M/I Homes, Inc. and its past and present subsidiaries and affiliates, including without limitation, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC, and M/I Homes of Florida, LLC.

130386405.1

Dated:  July 29, 2022

          /s/ Jaret J. Fuente
          Jaret J. Fuente
          Florida Bar No. 0146773
          CARLTON FIELDS
          P.O. Box 3239
          Tampa, FL  33601-3239
          Telephone:  (813) 223-7000
          Facsimile:  (813) 229-4133
          jfuente@carltonfields.com
          tsharick@carltonfields.com (secondary)
          tpaecf@cfdom.net (secondary)
          *Counsel for M/I Homes of Tampa, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Disposal of Physical Evidence by the M/I Homes Entities** has been served on <u>Plaintiffs' Liaison Counsel</u>, Russ Herman, and <u>Defendants' Liaison Counsel</u>, Kerry Miller, Esq. and Harry Rosenberg, Esq., and <u>Homebuilders' Liaison Counsel</u>, Phillip A. Wittman, Esq., and <u>Insurer Defendants' Liaison Counsel</u>, Judy Y. Barrasso, Esq., by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, <u>and</u> that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of July, 2022.

          /s/ Jaret J. Fuente
          Attorney

**Exhibit A to**
**Notice of Disposal of Physical Evidence by the M/I Homes Entities**

| No. | Community | Address | City | State | Zip |
|---|---|---|---|---|---|
| 1. | River Bend | 2503 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 2. | River Bend | 2511 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 3. | River Bend | 2618 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 4. | River Walk | 9320 River Rock Lane | Riverview | FL | 33578 |
| 5. | River Bend | 2515 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 6. | River Walk | 9314 River Rock Lane | Riverview | FL | 33578 |
| 7. | River Walk | 9309 River Rock Lane | Riverview | FL | 33578 |
| 8. | River Walk | 9304 River Rock Lane | Riverview | FL | 33578 |
| 9. | River Bend | 2522 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 10. | River Bend | 2502 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 11. | River Bend | 2510 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 12. | River Walk | 9237 River Rock Lane | Riverview | FL | 33578 |
| 13. | River Bend | 2504 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 14. | River Bend | 2111 Colville Chase Drive | Ruskin | FL | 33570 |
| 15. | River Walk | 9239 River Rock Lane | Riverview | FL | 33578 |
| 16. | River Walk | 9310 River Rock Lane | Riverview | FL | 33578 |
| 17. | River Walk | 9213 Stone River Place | Riverview | FL | 33578 |
| 18. | River Walk | 9241 River Rock Lane | Riverview | FL | 33578 |
| 19. | River Walk | 9308 River Rock Lane | Riverview | FL | 33578 |
| 20. | River Walk | 9306 River Rock Lane | Riverview | FL | 33578 |
| 21. | River Walk | 9231 River Rock Lane | Riverview | FL | 33578 |
| 22. | River Bend | 2512 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 23. | River Walk | 9321 River Rock Lane | Riverview | FL | 33578 |
| 24. | River Walk | 9211 Stone River Place | Riverview | FL | 33578 |
| 25. | River Walk | 9312 River Rock Lane | Riverview | FL | 33578 |
| 26. | River Walk | 9207 Stone River Place | Riverview | FL | 33578 |
| 27. | River Walk | 9236 River Rock Lane | Riverview | FL | 33578 |
| 28. | River Bend | 2517 Yukon Cliff Drive | Ruskin | FL | 33570 |
| 29. | River Walk | 9233 River Rock Lane | Riverview | FL | 33578 |
| 30. | River Walk | 9209 Stone River Place | Riverview | FL | 33578 |
| 31. | River Walk | 9323 River Rock Lane | Riverview | FL | 33578 |
| 32. | River Walk | 9203 Stone River Place | Riverview | FL | 33578 |
| 33. | River Walk | 9205 Stone River Place | Riverview | FL | 33578 |
| 34. | Oaks | 7607 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |
| 35. | Oaks | 7750 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |
| 36. | Oaks | 6031 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 37. | Oaks | 6087 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |
| 38. | Oaks | 6047 S.E. Crooked Oak Avenue | Hobe Sound | FL | 33455 |

130386405.1

| **39.** | Oaks | 7654 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |
| **40.** | Oaks | 7678 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |
| **41.** | Oaks | 7619 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |
| **42.** | Oaks | 7715 S.E. Heritage Boulevard | Hobe Sound | FL | 33455 |