UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN | JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

**PLAINTIFFS' MOTION TO TAKE JUDICIAL NOTICE AND ADHERE TO THE LAW OF THE CASE REGARDING REMEDIATION DAMAGES OF
PLAINTIFF JOHN ANDREW CARTER AND PLAINTIFFS GENE & DARLA GIBBS**

Plaintiffs move this Magistrate Court to take judicial notice of the law of the case created during the proceedings in the Eastern District of Louisiana during the proceedings in MDL-2047 with respect to the calculation of remediation damages and apply those findings in this second phase Rule 55(b) process now underway. Plaintiffs also respectfully request appointment of a court-appointed expert in construction, pursuant to FRE 706, who can provide the latest RS Means National Cost of Construction figure to utilize in the remediation formula adopted by the district court in Rec. Doc. 20741.

1

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion, the supporting memorandum, and its exhibits have been served on Counsel for the Defendants via email on this 5th day of October, 2021.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC