# Exhibit B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Germano, et al. v. Taishan Gypsum Co., Ltd.,*
*f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*
Case No. 09-6687 (E.D.La.);

*Gross, et al. v. Knauf Gips, KG, et al.,* Case
No. 09-6690 (E.D.La.);

*Wiltz, et al. v. Beijing New Building Materials*
*Public Limited Co., et al.,* Case No 10-361
(E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,*
Civ. Action No. 11-1672 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,*
Civ. Action No. 11-1395 (E.D.La.);

*Amorin, et al. v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,*
Civ. Action No. 11-1673 (E.D.La.)

## DECLARATION OF RONALD E. WRIGHT, P.E.

1.      I graduated with a Bachelor of Science in Civil Engineering and a Masters of

Business Administration degrees from the University of Toledo, Ohio.  I am a Licensed

Professional Engineer in the states of Ohio, North Carolina, South Carolina, Virginia, Maryland,

Pennsylvania, New Jersey, Florida, Alabama, and Mississippi, and have expertise in property

damage and remediation consulting. I have been involved in construction, remediation, and implementation of projects for over 37 years. I am currently a principal of the firm, Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright"), where I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of necessary repair and establishing the cost via quotes and estimates to make the repairs. I have formed opinions regarding these construction issues by employing standard techniques based on my technical education and training, hands-on field experience including investigations of hundreds of buildings, and the subsequent remediation needed to address building problems and storm damage. I have also conducted significant research of publications and studies done by other forensic investigators and trade associations, and I have reviewed national standards and industry guidelines. I have been retained in numerous matters to provide expert opinions regarding building repair. My hourly rate for services rendered on this matter is $250/hour (expert testimony during deposition and trial at 1.5 times rate). All opinions expressed herein are expressed to a reasonable degree of certainty within my fields of expertise.

2.     Calculations to determine the remediation damages for a portion of a class of buildings in 11 states, but primarily in the Gulf and Southeastern U.S. states, were previously performed by me and my colleagues at Berman & Wright with the most recent damage calculations being made a part of my Declaration dated December 23, 2016. The damages were calculated based upon the methodology developed by me in prior work including for the *Germano* case. Since issuing the Declaration on December 23, 2016, PSC Counsel have revised that list of buildings to include 2,946 properties, and those are identified on the

spreadsheet filed with this Declaration. Counsel has instructed me to calculate remediation damages only, and not to include Alternative Living Expenses, Loss of Use and Enjoyment, or any other form of damage associated with Chinese Drywall. The square footage data for the 2,946 buildings is presented in summary as Exhibit 1a and as a full listing in Exhibit 1b. The square footage data was developed and verified by Counsel for the PSC based on Plaintiff Fact Sheets (and attachments such as blueprints) and County Property records. Based on this data, the cumulative total in summary for the 2,946 buildings is 5,719,691 square feet (Exhibit 1a).

3.    In addition to updating the number of properties, I adjusted the original $86 estimate for remediation costs to $103.63/square foot for the national average in 2017 dollars. The adjustment of these remediation costs plus the addition of the inspection and certification fees at 6.0% of the remediation costs results in a total square footage average cost in 2017 dollars of $109.85. Calculations for adjustments to the remediation cost and addition of the inspection and certification fees are provided in Exhibit 2.

4.    The class damages amount = *remediation and inspection and clearance cost of buildings* [cost per square foot -- i.e. $109.85 (national average cost) x adjustment by the applicable localized cost factor x square feet of buildings]. The formula for the total class remediation damages amount (including CIH costs) is the multiplication of the national average cost of $109.85 per square foot times the zip code specific RS Means cost data location factor times the available square footage data for each building. This formula is utilized and demonstrated in the spreadsheet for Exhibit 1b. In sum, property damages to the class of 2,946 buildings as shown in Exhibits 1a and 1b are $525,368,905.

I declare under the penalty of perjury that the foregoing is true and correct.


*Ronald E. Wright*
Ronald E Wright, PE

*July 25, 2017*
Date


Exhibits:
1a      Taishan Class Square Footage and Damages Summary
1b      Property Listing and Square Footage Cost Calculation
2       Cost Index and Location Factor Conversion

**EXHIBIT 1a**

# IN RE:  CHINESE-MANUFACTURED
# DRYWALL PRODUCTS LIABILITY LITIGATION
Taishan Class Square Footage and Damages Summary
ALL PROPERTIES
As of July 24, 2017

|    | State | Total Verified Square Footage by State | Number of Properties with Verified Square Footage by State | Average Square Footage by State | Total Damages by State |
|----|-------|----------------------------------------|------------------------------------------------------------|----------------------------------|------------------------|
| 1. | Alabama | 447,473 | 203 | 2,204 | $41,197,599 |
| 2. | Florida | 3,394,983 | 1,720 | 1,974 | $304,079,311 |
| 3. | Georgia | 64,112 | 15 | 4,274 | $5,930,767 |
| 4. | Louisiana | 1,278,074 | 771 | 1,658 | $120,088,085 |
| 5. | Mississippi | 87,740 | 49 | 1,791 | $7,764,942 |
| 6. | North Carolina | 16,168 | 7 | 2,310 | $1,633,938 |
| 7. | Ohio | 1,679 | 1 | 1,679 | $173,374 |
| 8. | South Carolina | 2,703 | 2 | 1,352 | $270,192 |
| 9. | Tennessee | 4,360 | 3 | 1,453 | $364,016 |
| 10. | Texas | 3,200 | 1 | 3,200 | $291,776 |
| 11. | Virginia | 419,200 | 174 | 2,409 | $43,574,906 |

|    |  |  |  |  |
|----|-------------------------------------------------------------------------------------|-----------|-------|--------------|
| 12. | Number of Properties with Verified Square Footage | 2,946 |  |  |
| 13. | Square Footage Verfied for these Properties | 5,719,691 |  |  |
| 14. | Average Square Footage of All Properties with Verifed Square Footage (line 13 divided by line 12) |  | 1,942 |  |
| 15. | **TOTAL DAMAGES** |  |  | **$525,368,905** |

EXHIBIT 1b

| Claimant Name | Street Address | City | State | Zip | Verified Square Footage | 2017 RS Means Residential Location Factor [A] | 2017 Cost Per SF [B = A x $109.85] | 2017 Extended Cost [SF x B] |
|---|---|---|---|---|---|---|---|---|
| Jones, Frank D. and Peggy H. | 25264 County Road 38 Summerdale, AL 36580 | Summerdale | AL | 36580 | 1,623 | 0.84 | $92.27 | $149,754 |
| Sheppard, Austin | 16502 A Davis Road Summerdale, AL 36580 | Summerdale | AL | 36580 | 4,013 | 0.84 | $92.27 | $370,280 |
| Ramsay, Raymond and Tina | 13628A Rebel Road Theodore, AL 36582 | Theodore | AL | 36582 | 2,756 | 0.84 | $92.27 | $254,296 |
| Branning, William and Betty | 4066 McFarland Road, Mobile, AL 36695 | Mobile | AL | 36695 | 1,390 | 0.84 | $92.27 | $128,255 |
| Bryant, Victor and Falana | 1910 Randall Drive, Demopolis, AL 36732 | Demopolis | AL | 36732 | 1,659 | 0.83 | $91.18 | $151,268 |
| Rowser, Eugene | 1801 A Street Demopolis, AL 36732 | Demopolis | AL | 36732 | 1,344 | 0.83 | $91.18 | $122,546 |
| Coates, Tammy and Jesse | 638 County Road 30 Greensboro, AL 36744 | Greensboro | AL | 36744 | 4,054 | 0.83 | $91.18 | $369,644 |
| Edwards, Franklin | 703 Clay Street Marion, AL 36756 | Marion | AL | 36756 | 5,504 | 0.83 | $91.18 | $501,855 |
| Jackson, Christine | 505 East Street Marion, AL 36756 | Marion | AL | 36756 | 2,258 | 0.83 | $91.18 | $205,884 |
| Chaney, Wesley and Sheila | 411 Sandflat Road Thomasville, AL 36784 | Thomasville | AL | 36784 | 2,779 | 0.83 | $91.18 | $253,389 |
| Weaver, Mary | 1403 Lovelady Lane, Lawley, AL 36793 | Lawley | AL | 36793 | 936 | 0.83 | $91.18 | $85,344 |
| Sterling Properties, LLC Meadows, Rainer | 3200 Hamilton Road Opelika, AL 36801 | Opelika | AL | 36801 | 2,747 | 0.84 | $92.27 | $253,466 |
| Carter, John | 703 Waverly Place Opelika, AL 36804 | Opelika | AL | 36804 | 1,183 | 0.84 | $92.27 | $109,155 |
| Gibbs, Gene | 701 Waverly Place Opelika, AL 36804 | Opelika | AL | 36804 | 1,237 | 0.84 | $92.27 | $114,138 |
| Harris, Reginald | 705 Waverly Place Opelika, AL 36804 | Opelika | AL | 36804 | 1,165 | 0.84 | $92.27 | $107,495 |
| Corbett, Steve | 1726 Tradition Way | Phenix City | AL | 36867 | 1,303 | 0.84 | $92.27 | $120,228 |
| Corbett, Steve | 1728 Tradition Way | Phenix City | AL | 36867 | 1,303 | 0.84 | $92.27 | $120,228 |
| Corbett, Steve | 1730 Tradition Way | Phenix City | AL | 36867 | 1,303 | 0.84 | $92.27 | $120,228 |

**EXHIBIT 2**

**Cost Index and Location Factor Conversion**
Calculated in 2017 for CDW Class Action
As of July 24, 2017

| | | |
|---|---|---:|
| 1. | Remediation scope of work estimate updated to 2014 (/sf) | $ 96.06 |
| 2. | RS Means conversion of Remediation Scope of Work Estimate to National Average Cost (Remediation Scope of Work Estimate as a percentage of National Average Cost) | 96% |
| 3. | National Average Cost in 2014 (/sf) (line 1 divided by .96) | $ 100.06 |
| 4. | Cost Index 2014 | 204.9 |
| 5. | Cost Index June 2017 | 212.2 |
| 6. | Index 2017/ Index 2014 RS Means conversion from 2014 to 2017 dollars (line 5 divided by line 4) | 103.56% |
| 7. | National Average Cost in 2017 (/sf) (line 3 times line 6) | $ 103.63 |
| 8. | RS Means additional 6% for clearance testing (line 7 times 6%) | $ 6.22 |
| 9. | Remediation cost and inspection and clearance fees in 2017 dollars (/sf, National Average Cost) (line 7 plus line 8) | **$ 109.85** |

10. The National Average Cost (line 10) is adjusted for location in Exhibit 2b