# Exhibit C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: *Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

## DECLARATION OF RONALD E. WRIGHT, P.E.

1.      I graduated with a Bachelor of Science in Civil Engineering and a Master of Business Administration degrees from the University of Toledo, Ohio. I am a Licensed Professional Engineer in the states of Ohio, North Carolina, South Carolina, Virginia, Maryland, Pennsylvania, New Jersey, Florida, Alabama, and Mississippi, and have expertise in property damage and remediation consulting. I have been involved in construction, remediation, and implementation of projects for over 39 years. I am currently a principal of the firm, Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright"), where I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of necessary repair and establishing the cost via quotes and estimates to make the repairs. I have formed opinions regarding these construction issues by employing standard techniques based on my technical education and training, hands-on field experience including investigations of hundreds of buildings, and the subsequent remediation needed to address building problems and storm damage. I have also conducted significant research

of publications and studies done by other forensic investigators and trade associations, and I have reviewed national standards and industry guidelines. I have been retained in numerous matters to provide expert opinions regarding building repair. I provided testimony and an expert report in the 2010 Germano proceeding regarding the scope of work and cost of remediation and have provided several reports for subsequent Chinese drywall proceedings in that court. My hourly rate for services rendered on this matter is $275/hour (expert testimony during deposition and trial at 1.5 times rate). All opinions expressed herein are expressed to a reasonable degree of certainty within my fields of expertise.

2.      I was requested to update the national average remediation cost based on the Chinese drywall scope of work and remediation damages formula included in the Court's FOFCOL from the Class Damages hearing in 2015. The national average remediation cost as stated in the 2017 Order was $105.91/ square foot (including CIH costs) for the year 2015. The updated 2019 national average remediation cost is $117.94/ square foot (including CIH costs). See Exhibit 1.

3.      The remediation cost formula utilizes this figure ($117.94), along with the RS Means localized (zip code) cost factor, and square footage of the building, to calculate the 2019 remediation cost for each plaintiff, as shown in the spreadsheet prepared by Counsel and attached as Exhibit 2.

4. The remediation damages amount = *remediation and inspection and clearance cost* [cost per square foot – i.e. $117.94] x adjustment by the applicable RS Means localized (zip code) cost factor x square feet of building]. Exhibit 2 shows the calculation for each plaintiff.

I declare under the penalty of perjury that the foregoing is true and correct.

_____       _____5-1-19_____
Ronald E Wright, PE           Date

Exhibits:
1   National Average Cost Index Adjustment
2   Plaintiffs' Remediation Damages Spreadsheet

**Cost Index and Location Factor Adjustment**
Calculated in 2019 for Amorin et. al v. Taishan
As of May 1, 2019

| | | |
|---|---|---|
| 1. National Average Cost with clearance testing in 2015 | $ | 105.91 |
| 2. Cost Index 2015 | | 206.2 |
| 3. Cost Index 2019* | | 229.6 |
| 4. Index 2019/ Index 2015 RS Means conversion from 2015 to 2019 dollars (line 3 divided by line 2) | | 111.35% |
| 5. Remediation cost and inspection and clearance fees in 2019 dollars (/sf, National Average Cost) (line 1 times line 4) | **$** | **117.94** |

\* -   Historical Index from 2019 RS Means Cost Data as of 2019 1st Quarter (January 2019)

In re: Chinese-Manufactured Drywall Products Liability Litigation

**Plaintiffs' Remediation Damages Spreadsheet**

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Verified Under-Air Square Footage | 2019 RS Means National Square Foot Unit Price | 2019 RS Means Location Factor | 2019 Adjusted Remediation Cost Per SF | 2019 Remediation Formula Damages | Setoffs (Prior Remediation Payments) | Current Owner or Sell/Transfer Date | Completely Remediated, Partially Remediated or No Remediation | Counsel Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | Carter, Henry and Verline | 5319 N. Rampart Street | New Orleans | LA | 70117 | - | $117.94 | 0.86 | 101.43 | $0 | $2,140.37 | Current Owner | Completely remediated | Barrios, Kingsdorf & Casteix Dawn M. Barrios, Esq. 701 Poydras Street, Suite 3650 New Orleans, LA 70144 (504) 523-3300 DBarrios@bkc-law.com |
| 143 | Carter, John | 703 Waverly Place | Opelika | AL | 36804 | 1,183 | $117.94 | 0.82 | 96.71 | $114,408 | $2,622.35 | Current Owner | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com |
| 144 | Cashion, William | 183 Cashion Avenue | Wetumpka | AL | 36092 | 2,793 | $117.94 | 0.82 | 96.71 | $270,111 | $10,276.43 | 8/3/2015 | No | Whitfield, Bryson & Mason Dan Bryson, Esq. 900 W. Morgan Street Raleigh, NC 27603 919-600-5000 dan@whmllp.com |
| 145 | Catalanotto, Mary Ann | 743 Louque Street | New Orleans | LA | 70124 | 1,200 | $117.94 | 0.86 | 101.43 | $121,716 | $4,367.54 | Current Owner | Partially remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |
| 146 | Cathalougne, Thelma | 3116 Pakenham Drive Chalmette, LA 70433 | Chalmette | LA | 70043 | 1,210 | $117.94 | 0.86 | 101.43 | $122,730 | $1,393.41 | Current Owner | No | Paul A. Lea, Jr., APLC Paul A. Lea, Jr., Esq. 724 East Boston Street Covington, LA 70433 (985) 292-2300 jean@paullea.com |
| 147 | Catholic Charities Archdiocese of New Orleans | 1134 Horace Street (Ruth & Shirleen Harrison) | New Orleans | LA | 70114 | 1,225 | $117.94 | 0.86 | 101.43 | $124,252 | $3,426.42 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |
| 148 | Catholic Charities Archdiocese of New Orleans | 1426 S. Gayoso Street (Harry & Charlene Sluss) | New Orleans | LA | 70125 | 912 | $117.94 | 0.86 | 101.43 | $92,504 | $2,192.91 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |
| 149 | Catholic Charities Archdiocese of New Orleans | 1606 N. Broad Street (Olivia Terance (deceased)) | New Orleans | LA | 70119 | 1,130 | $117.94 | 0.86 | 101.43 | $114,616 | $2,343.67 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |
| 150 | Catholic Charities Archdiocese of New Orleans | 1814 N. Miro Street (Annette Joseph) | New Orleans | LA | 70119 | 2,332 | $117.94 | 0.86 | 101.43 | $236,535 | $3,426.42 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |
| 151 | Catholic Charities Archdiocese of New Orleans | 1905 4th Street (Sherlyn Turner) | New Orleans | LA | 70113 | 675 | $117.94 | 0.86 | 101.43 | $68,465 | $1,541.88 | N/A | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |

Plaintiffs' Remediation Damages Spreadsheet

| Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | Verified Under-Air Square Footage | 2019 RS Means National Square Foot Unit Price | 2019 RS Means Location Factor | 2019 Adjusted Remediation Cost Per SF | 2019 Remediation Formula Damages | Setoffs (Prior Remediation Payments) | Current Owner or Sell/Transfer Date | Completely Remediated, Partially Remediated or No Remediation | Counsel Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 341 | Galatas, Lloyd E. and Sherrie R. Jr. | 4637 Mandeville Street | New Orleans | LA | 70122 | 1,827 | $117.94 | 0.86 | 101.43 | $185,313 | $4,796.99 | Current Owner | Completely remediated | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com |
| 342 | Galmiche, Stephen and Tiffany | 3516 Jacob Drive | Chalmette | LA | 70043 | 1,854 | $117.94 | 0.86 | 101.43 | $188,051 | $0.00 | 6/25/2010 | No | Reich & Binstock Dennis Reich, Esq. 4265 San Felipe, Suite 1000 Houston, TX 77027 (713) 352-7883 DReich@reichandbinstock.com |
| 343 | Gammage, Dr. Daniel | 1210 Magnolia Alley | Mandeville | LA | 70471 | 1,743 | $117.94 | 0.78 | 91.99 | $160,339 | $4,705.53 | 5/16/2011 | No | The Lambert Firm Hugh Lambert, Esq. 701 Magazine St, New Orleans LA 70130 (504) 529-2931 hlambert@thelambertfirm.com |
| 344 | Gardette, Emile, Jr. | 700 Lakeview Lane | Covington | LA | 70435 | 1,510 | $117.94 | 0.78 | 91.99 | $138,905 | $4,076.50 | Current Owner | No | Becnel Law Firm, LLC Salvadore Christina, Jr., Esq. 425 W. Airline Hwy, Suite B LaPlace, LA 70064 (985) 536-1186 schristina@becnellaw.com |
| 345 | Garner, Toni | 7639 Stonewood Street | New Orleans | LA | 70128 | 1,112 | $117.94 | 0.86 | 101.43 | $112,790 | $4,204.33 | Current Owner | Completely remediated | The Lambert Firm Kanner & Whitely Greg Dileo Hugh Lambert, Esq. 701 Magazine St, New Orleans LA 70130 (504) 529-2931 hlambert@thelambertfirm.com |
| 346 | Geiser, Walter | 3901 Ventura Drive | Chalmette | LA | 70043 | 3,037 | $117.94 | 0.86 | 101.43 | $308,043 | $3,762.21 | Current Owner | Completely remediated | Law Offices of Sidney D. Torres, III Sidney D. Torres, III, Esq. 8301 W. Judge Perez Drive, Suite 303 Chalmette, LA 70043 504-271-8422 storres@torres-law.com |
| 347 | Gibbs, Gene | 701 Waverly Place | Opelika | AL | 36804 | 1,237 | $117.94 | 0.82 | 96.71 | $119,630 | $2,811.95 | Current Owner | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com |
| 348 | Gibson, Glennel | 2216 Veronica Drive | Chalmette | LA | 70043 | 1,380 | $117.94 | 0.86 | 101.43 | $139,973 | $0.00 | Current Owner | Completely remediated | Barrios, Kingsdorf & Casteix Dawn M. Barrios, Esq. 701 Poydras Street, Suite 3650 New Orleans, LA 70154 (504) 523-3300 DBarrios@bkc-law.com |
| 349 | Gibson, Robert and Peggy | 494 County Road 800 | Calera | AL | 35040 | 3,692 | $117.94 | 0.84 | 99.07 | $365,766 | $8,068.39 | Current Owner | No | Whitfield, Bryson & Mason Dan Bryson, Esq. 900 W. Morgan Street Raleigh, NC 27603 919-600-5000 dan@wbmllp.com |