# EXHIBIT B

| | |
|---|---|
| **From:** | Eikhoff, Christy Hull |
| **Sent:** | Thursday, November 5, 2020 6:07 PM |
| **To:** | Nicolette Kraska; Sandy Duggan; Richard J. Serpe (rserpe@serpefirm.com); Lenny Davis; Montoya, Patrick; Jake Woody; James Doyle; Miller, Kerry; 'harry.rosenberg@phelps.com'; 'Tim Eagan'; Christopher Vejnoska (cvejnoska@orrick.com); James L. Stengel (jstengel@orrick.com); Marc R. Shapiro (mrshapiro@orrick.com); Davidson, Andrew K.; Taylor, Bernard; Venderbush, David; Lawson, Matt; Dean Oser |
| **Subject:** | RE: Monday Drywall Call |
| **Attachments:** | Taishan - Brooke EDLA - Case Management Order - 11-5-20_1.DOCX; Taishan - Amorin EDLA - Case Management Order - 11-5-20_2.DOCX |

Nicolette –

Attached please find proposed Case Management Orders for *Amorin* and *Brooke*, which are agreed upon by Mr. Doyle on behalf of Plaintiffs and all Defendants. However, it was brought to my attention that one of the Plaintiffs has separate counsel, Mr. Kevin O'Bryon of O'Bryon and Schnabel, who has not had a chance to review these plans. We will reach out to Mr. O'Bryon and will let the Court know as soon as possible if he is also in agreement. With the Court's permission, I will forward the conference call information to him as well so he can plan to participate on Monday.

We will also work amongst ourselves to provide the Court with the SPPF Instructions document referenced in the *Brooke* CMO, as the prior draft we submitted to Judge Fallon in March could likely use updating.

Kind regards,

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile
Legal Assistant: Robin Wagner (robin.wagner@alston.com)

---

**From:** Eikhoff, Christy Hull
**Sent:** Thursday, November 5, 2020 3:44 PM
**To:** 'Nicolette Kraska' <Nicolette_Kraska@laed.uscourts.gov>; Sandy Duggan <sduggan@lfsblaw.com>; Richard J. Serpe (rserpe@serpefirm.com) <rserpe@serpefirm.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Montoya, Patrick <patrick@colson.com>; Jake Woody <jswoody@browngreer.com>; James Doyle <jimmy@doylefirm.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; 'harry.rosenberg@phelps.com' <harry.rosenberg@phelps.com>; 'Tim Eagan' <EEagan@gamb.com>; Christopher Vejnoska (cvejnoska@orrick.com) <cvejnoska@orrick.com>; James L. Stengel (jstengel@orrick.com) <jstengel@orrick.com>; Marc R. Shapiro (mrshapiro@orrick.com) <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>; Taylor, Bernard <Bernard.Taylor@alston.com>; Venderbush, David <David.Venderbush@alston.com>; Lawson, Matt <Matt.Lawson@alston.com>; Dean Oser <Dean_Oser@laed.uscourts.gov>
**Subject:** RE: Monday Drywall Call

Thank you, Ms. Kranska. We have been in touch with Mr. Doyle and are planning to submit our written proposals to the Court this afternoon for the adjudication of the Louisiana *Brooke* claims and the 2 remaining *Amorin* claims. Note, however, that there are no claims to be severed in those cases – that may be an issue for the Knauf claims (with Kerry Miller as defense counsel).

Christy Hull Eikhoff
Alston & Bird
404-881-4496 direct
404-550-4823 mobile
Legal Assistant: Robin Wagner (robin.wagner@alston.com)

---

**From:** Nicolette Kraska <Nicolette_Kraska@laed.uscourts.gov>
**Sent:** Thursday, November 5, 2020 2:34 PM
**To:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; Sandy Duggan <sduggan@lfsblaw.com>; Richard J. Serpe (rserpe@serpefirm.com) <rserpe@serpefirm.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; Montoya, Patrick <patrick@colson.com>; Jake Woody <jswoody@browngreer.com>; James Doyle <jimmy@doylefirm.com>; Miller, Kerry <kmiller@fishmanhaygood.com>; 'harry.rosenberg@phelps.com' <harry.rosenberg@phelps.com>; 'Tim Eagan' <EEagan@gamb.com>; Christopher Vejnoska (cvejnoska@orrick.com) <cvejnoska@orrick.com>; James L. Stengel (jstengel@orrick.com) <jstengel@orrick.com>; Marc R. Shapiro (mrshapiro@orrick.com) <mrshapiro@orrick.com>; Davidson, Andrew K. <adavidson@orrick.com>; Taylor, Bernard <Bernard.Taylor@alston.com>; Venderbush, David <David.Venderbush@alston.com>; Lawson, Matt <Matt.Lawson@alston.com>; Dean Oser <Dean_Oser@laed.uscourts.gov>
**Subject:** Monday Drywall Call

**EXTERNAL SENDER – Proceed with caution**

---

All,

The dial-in information for the November 9, 2020 at 10:00 AM CT call is:
- 877-336-1839
- Code: 4227405

Mr. Doyle and Ms. Eikhoff—are you still planning to email the proposed case management order and verified list of cases to be severed? Judge Fallon set today as the deadline.

Talk to you all on Monday,

Nicolette
--
**Nicolette Kraska**
Law Clerk to the Hon. Eldon E. Fallon
United States District Court, Eastern District of Louisiana
500 Poydras St., New Orleans, LA 70130
nicolette_kraska@laed.uscourts.gov
(504) 589-7545

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047<br><br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE WILKINSON |
| EDUARDO AND CARMEN AMORIN, *et al.*, individually and on behalf of others similarly situated<br>　　　　　　　　　Plaintiffs, | Case No. 2:11-cv-01395-EEF-JCW |
| vs. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br>　　　　　　　　　Defendants. | |

## CASE MANAGEMENT ORDER FOR OPT-OUT PLAINTIFFS

THIS MATTER was among the cases subject to a Class Action Settlement ("Class Settlement") approved by this Court in January 2020. (*See* Rec. Doc. No. 22460 & 22466). The Class Settlement resolved 1,069 of the claims in this case. However, two (2) plaintiffs opted out of the Class Settlement and their claims remain in this case.[1] This Case Management Order addresses a litigation plan to determine Rule 55 damages for the two remaining claims.

### I.    Extinguishment of Prior *Amorin* Litigation Plan Orders

---

[1] Prior to the Class Settlement, this Court remanded two identical cases to Florida and Virginia, effectively carving out the Florida-based claims and Virginia-based claims from the MDL and from the current case. Rec. Doc. 21242, 21252, and 21695. The Class Settlement resolved 1,292 of the claims in the Florida *Amorin* action (with three (3) opt-outs remaining) and 175 of the claims in the Virginia *Amorin* action (with no opt-outs). Because of the prior remands, no Florida or Virginia-based claims will be adjudicated in this action.

The pre-Class Settlement Order & Reasons establishing an *Amorin* trial plan (Rec. Doc. No. 22251) and Order appointing Mr. J. Cal Mayo, Jr. as Co-Special Master in this case (Rec. Doc. No. 22252) are hereby extinguished and superseded by this Case Management Order for Opt-Out Plaintiffs.

    **II.**    **Claim Specific Discovery**

Prior to the Class Settlement, Plaintiffs submitted Supplemental Plaintiff Profile Forms ("SPPF's"), including all documents supporting their claim for damages. On or before **December 31, 2020**, Defendants may take the following additional discovery from Plaintiffs, at their election: depositions of plaintiffs, inspection of subject properties.

If Defendants inspect the subject properties, and intend to submit into evidence all or part of the results of that inspection, Defendants shall produce its inspection and/or expert report to Plaintiffs no later than **January 15, 2020.** Plaintiffs may, at their election, depose the inspector and/or expert no later than **February 5, 2020**.

All discovery must be completed by **February 5, 2020**.

    **III.**    **Rule 55 Damages Hearing**

Once discovery is complete, this Court refers the matter to U.S. Magistrate Judge _____ to hold an evidentiary hearing and determine damages, if any, pursuant to Federal Rule of Civil Procedure Rule 55(b)(2). The Magistrate Judge shall address product identification, ownership verification, square footage, requests for set-offs, and assess all damages sought, including property and non-property damages claims.

The evidentiary hearing shall be held, at the Magistrate Judge's direction, either in New Orleans, Louisiana, or by virtual videoconference, on the record and follow the Federal Rules of

Evidence and Local Rules of this Court.  Pre-hearing procedures, including possible pre-hearing briefing by the parties, shall be determined by the Magistrate Judge.

The evidentiary hearing must be completed by **April 2, 2020**.  The U.S. Magistrate Judge shall issue a Report & Recommendation on Rule 55 damages in due course following the hearing. Objections to the Report & Recommendation, if any, shall be considered by this Court before entry of any final judgment.

New Orleans, Louisiana, this ____ day of _____, 2020.

_____

Honorable Eldon E. Fallon

U.S. District Court Judge

3