UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN | JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

## **EXHIBIT LIST**

At the evidentiary hearing, Plaintiffs may offer the following evidence:

1. Carter inspection report
2. Gibbs inspection report
3. Taishan Product ID & Attribution
4. Carter estimate
5. Gibbs estimate
6. Carter invoice by HHS
7. Carter Warranty Deed
8. Carter moving expense quote
9. Carter Lease
10. Carter personal property and home repair itemization
11. Carter insurance quote
12. Gibbs HHS invoice
13. Gibbs Warranty Deed
14. Gibbs home repair itemization
15. Gibbs personal property itemization
16. Gibbs moving and storage quote
17. Gibbs home rental quote

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Exhibit List has been served on Counsel for the Defendants via email on this 19th day of March, 2021.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC