# Exhibit 4

 **Healthy Home Solutions, LLC**

| | |
|---|---|
| Client: | John Andrew Carter |
| Property: | 703 Waverly Place |
| | Opelika, AL 36804 |

| | |
|---|---|
| Operator: | HEALTHYH |

| | |
|---|---|
| Estimator: | Shawn Macomber |
| Company: | Healthy Home Solutions, LLC |

| | | |
|---|---|---|
| Type of Estimate: | Other | |
| Date Entered: | 2/23/2021 | Date Assigned: |

| | |
|---|---|
| Price List: | ALOP8X_FEB21 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | CARTER_703 |

This estimate is intended to clarify the site specific details, not to modify the remediation protocol.

Note: Finished floors that remain in place are to be protected twice. Once with plastic, corrugated cardboard and Ram Board for demolition and once with corrugated cardboard and Ram Board for rebuild. No floor protection may be in place during the post remediation verification inspection.

 **Healthy Home Solutions, LLC**

CARTER_703

**General Items**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 4.00 | EA @ | 541.40 | = | 2,165.60 |
| 2.  R&R Sheathing - plywood - 5/8" CDX | 192.00 | SF @ | 1.96 | = | 376.32 |
| *Plywood to be placed beneath dumpster to protect driveway* | | | | | |
| 3.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 192.00 | SF @ | 0.82 | = | 157.44 |
| *Tarp to be placed beneath plywood and dumpster to protect driveway* | | | | | |
| 4.  Post Remediation Vertification / Environmental Certificate | 1.00 | EA @ | 1,500.00 | = | 1,500.00 |
| 5.  PPE | 1.00 | EA @ | 100.00 | = | 100.00 |
| 6.  Fire protection | 1.00 | EA @ | 65.00 | = | 65.00 |
| 7.  First Aid | 1.00 | EA @ | 65.00 | = | 65.00 |
| 8.  Field Office Supplies | 1.00 | EA @ | 100.00 | = | 100.00 |
| 9.  Postage / Shipping | 1.00 | EA @ | 75.00 | = | 75.00 |
| 10.  Shop Drawings / Blueprints/Re-Use Fee | 1.00 | EA @ | 350.00 | = | 350.00 |
| 11.  Photographs | 1.00 | HR @ | 175.00 | = | 175.00 |
| 12.  Closeout Documents | 1.00 | EA @ | 200.00 | = | 200.00 |
| 13.  Document Storage | 1.00 | EA @ | 175.00 | = | 175.00 |
| 14.  Temporary toilet (per month) | 3.00 | MO @ | 106.15 | = | 318.45 |
| *For three months usage.  Including delivery and removal* | | | | | |
| 15.  Sanitary Supplies | 1.00 | EA @ | 50.00 | = | 50.00 |
| 16.  Ice/Water/Cups | 1.00 | EA @ | 75.00 | = | 75.00 |
| 17.  Small tools | 1.00 | EA @ | 100.00 | = | 100.00 |
| 18.  Daily Job Clean Up | 1,415.00 | SF @ | 0.15 | = | 212.25 |
| 19.  Appliance Disposal Fee | 1.00 | EA @ | 90.00 | = | 90.00 |
| 20.  Allowance for landscaping repairs. | 1.00 | EA @ | 270.00 | = | 270.00 |
| 21.  Install Building Permit | 1,415.00 | SF @ | 0.60 | = | 849.00 |
| 22.  Install City/Country Registration & License Fee (Required for permit) | 1.00 | EA @ | 50.00 | = | 50.00 |
| 23.  Job-site cargo/storage container - 20' long - per month | 3.00 | MO @ | 87.83 | = | 263.49 |
| *One storage container for 3 months* | | | | | |
| 24.  Job-site moving container - pick up/del. (ea. way) 12'-20' | 2.00 | EA @ | 115.40 | = | 230.80 |
| 25.  Install Ordorox treatment of storage unit | 1.00 | EA @ | 120.00 | = | 120.00 |

**Electrical**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 26.  Home security system - High grade | 1.00 | EA @ | 1,350.00 | = | 1,350.00 |
| 27.  R&R 110 volt copper wiring run and box - rough in only | 1.00 | EA @ | 47.98 | = | 47.98 |
| 28.  R&R 110 volt copper wiring run, box and switch | 2.00 | EA @ | 60.65 | = | 121.30 |
| 29.  R&R 220 volt copper wiring run and box - rough in only | 3.00 | EA @ | 108.63 | = | 325.89 |

 **Healthy Home Solutions, LLC**

### CONTINUED - Electrical

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| **AC Compressor, Air Handler and Water heater** | | | |
| 30.  R&R Breaker panel - 200 amp w/arc fault breakers | 1.00 EA @ | 2,061.81 = | 2,061.81 |
| 31.  R&R Breaker panel - 200 amp | 1.00 EA @ | 1,235.30 = | 1,235.30 |
| **Main breaker panel near meter** | | | |
| 32.  R&R Door bell/chime | 1.00 EA @ | 120.43 = | 120.43 |
| 33.  R&R Light fixture - Standard grade | 1.00 EA @ | 51.82 = | 51.82 |
| **Attic Light** | | | |
| 34.  Light bulb - LED BR30 - smart bulb - material only | 1.00 EA @ | 34.81 = | 34.81 |
| **Attic Light** | | | |
| 35.  Battery - Back up  - High grade | 1.00 EA @ | 210.00 = | 210.00 |

### Mechanical

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 36.  R&R Circuit breaker - bolt-on - 2 pole, 70 to 100 amp | 1.00 EA @ | 185.51 = | 185.51 |
| 37.  R&R Central air - condenser unit - 2 ton - 16-21 SEER | 1.00 EA @ | 2,500.24 = | 2,500.24 |
| 38.  Central air cond. system - recharge - 5lb refrigerant | 1.00 EA @ | 160.40 = | 160.40 |
| 39.  Central air cond. system - refrigerant evacuation | 1.00 EA @ | 122.68 = | 122.68 |
| 40.  R&R Air handler - with heat element and A/C coil - 2 ton | 2.00 EA @ | 1,615.97 = | 3,231.94 |
| 41.  Test & Balance - HVAC system (under 20,000 sf) | 1,415.00 SF @ | 0.32 = | 452.80 |
| *Duct tightness testing required by building code* | | | |
| 42.  R&R Ductwork system - hot or cold air - 1200 to 1599 SF home | 1.00 EA @ | 4,780.67 = | 4,780.67 |
| 43.  R&R Ductwork - flexible - insulated - 4" round | 50.00 LF @ | 6.69 = | 334.50 |
| *Ducting for bathroom exhaust fans* | | | |
| 44.  R&R Refrigerant lineset - 3/8" x 3/4" tubing - 31' to 50' | 1.00 EA @ | 418.48 = | 418.48 |
| 45.  Nail plate - Large | 2.00 EA @ | 4.31 = | 8.62 |
| 46.  R&R Emergency drip pan - detach and reset | 1.00 EA @ | 41.39 = | 41.39 |
| 47.  R&R Thermostat - High grade | 1.00 EA @ | 124.53 = | 124.53 |

### Plumbing

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|



## Healthy Home Solutions, LLC

### CONTINUED - Plumbing

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 48.  Rough in plumbing - per fixture | 1.00 EA @ | 608.93 = | 608.93 |
| *Rough in for water heater* | | | |
| 49.  Rough in plumbing - per fixture- Cold water only | 3.00 EA @ | 308.00 = | 924.00 |
| *Rough in plumbing for hose bibs* | | | |
| 50.  R&R Water heater - 40 gallon - Electric - 12 yr | 1.00 EA @ | 949.06 = | 949.06 |
| 51.  R&R Exterior faucet / hose bibb | 3.00 EA @ | 63.39 = | 190.17 |

### Exterior

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 52.  R&R 110 volt copper wiring run and box - rough in only | 6.00 EA @ | 47.98 = | 287.88 |
| 53.  R&R 110 volt copper wiring run, box, tamper-resistant outlet | 2.00 EA @ | 62.27 = | 124.54 |
| 54.  R&R Door bell/chime button (button only) | 1.00 EA @ | 18.18 = | 18.18 |
| 55.  R&R Disconnect box - 30 amp - non fused | 2.00 EA @ | 137.78 = | 275.56 |
| **Disconnect for AC Compressor and Water Heater** | | | |
| 56.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA @ | 30.70 = | 30.70 |
| 57.  R&R Exterior outlet or switch cover | 3.00 EA @ | 9.35 = | 28.05 |
| 58.  Light bulb - LED A19 - up to 500 lm - material only | 3.00 EA @ | 7.55 = | 22.65 |
| 59.  R&R Ceiling fan & light | 1.00 EA @ | 295.30 = | 295.30 |
| 60.  R&R Exterior light fixture | 2.00 EA @ | 90.20 = | 180.40 |

### Main Level

**Main Level**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 61.  R&R Batt insulation - 4" - R13 - paper / foil faced | 1,085.25 SF @ | 0.95 = | 1,030.99 |

**Pantry**  Height: 9'

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

 **Healthy Home Solutions, LLC**

**CONTINUED - Pantry**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 62. Final cleaning - construction - Residential | 5.84 | SF @ | 0.20 = | | 1.17 |
| 63. Clean floor or roof joist system - Heavy | 5.84 | SF @ | 1.04 = | | 6.07 |
| 64. Clean stud wall - Heavy | 91.57 | SF @ | 0.83 = | | 76.00 |
| 65. R&R Interior door unit | 1.00 | EA @ | 230.49 = | | 230.49 |
| 66. R&R 1/2" drywall - hung, taped, ready for texture | 97.41 | SF @ | 1.86 = | | 181.19 |
| 67. Texture drywall - light hand texture | 97.41 | SF @ | 0.45 = | | 43.83 |
| 68. R&R Baseboard - 3 1/4" | 10.17 | LF @ | 3.03 = | | 30.81 |
| 69. R&R Casing - 2 1/4" | 17.00 | LF @ | 2.20 = | | 37.40 |
| 70. R&R Shelving - wire (vinyl coated) | 1.50 | LF @ | 11.77 = | | 17.66 |
| 71. R&R Base shoe | 10.17 | LF @ | 1.27 = | | 12.92 |
| 72. Door knob - interior | 1.00 | EA @ | 36.99 = | | 36.99 |
| 73. R&R Blown-in insulation - 14" depth - R38 | 5.84 | SF @ | 2.02 = | | 11.79 |
| 74. Paint baseboard - two coats | 10.17 | LF @ | 1.19 = | | 12.10 |
| 75. Paint door slab only - 2 coats (per side) | 1.00 | EA @ | 29.96 = | | 29.96 |
| 76. Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA @ | 24.90 = | | 24.90 |
| 77. Floor protection - plastic and tape - 10 mil | 5.84 | SF @ | 0.28 = | | 1.64 |
| 78. Floor protection - corrugated cardboard and tape | 11.68 | SF @ | 0.52 = | | 6.07 |
| 79. Seal & paint base shoe or quarter round | 10.17 | LF @ | 0.67 = | | 6.81 |
| 80. Seal/prime then paint the walls and ceiling twice (3 coats) | 97.41 | SF @ | 1.05 = | | 102.28 |
| 81. Seal stud wall for odor control | 91.57 | SF @ | 0.71 = | | 65.01 |
| 82. HEPA Vacuuming exposed framing - Walls - (PER SF) | 91.57 | SF @ | 0.56 = | | 51.28 |
| 83. Floor protection - Ram Board | 11.68 | SF @ | 0.83 = | | 9.69 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Kitchen**                                                                                                    **Height: 9'**

**Missing Wall - Goes to Floor**          3' 8" X 6' 8"          **Opens into LIVING_ROOM**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 84. R&R Dishwasher | 1.00 | EA @ | 597.52 = | | 597.52 |
| 85. Garbage disposer | 1.00 | EA @ | 217.18 = | | 217.18 |
| 86. R&R Microwave oven - over range w/built-in hood | 1.00 | EA @ | 415.37 = | | 415.37 |
| 87. R&R Range - freestanding - electric | 1.00 | EA @ | 635.11 = | | 635.11 |
| 88. R&R Appliance water line - 1/4" | 1.00 | EA @ | 62.78 = | | 62.78 |



**Healthy Home Solutions, LLC**

## CONTINUED - Kitchen

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 89. Add for prefinished crown molding per LF | 16.00 | LF @ | 9.01 = | | 144.16 |
| 90. R&R Countertop - flat laid plastic laminate | 15.67 | LF @ | 41.35 = | | 647.95 |
| 91. Cabinet knob or pull | 24.00 | EA @ | 7.83 = | | 187.92 |
| 92. R&R Cabinetry - lower (base) units | 11.50 | LF @ | 187.64 = | | 2,157.86 |
| 93. R&R Cabinetry - upper (wall) units | 12.00 | LF @ | 133.29 = | | 1,599.48 |
| 94. Final cleaning - construction - Residential | 136.02 | SF @ | 0.20 = | | 27.20 |
| 95. Clean floor or roof joist system - Heavy | 136.02 | SF @ | 1.04 = | | 141.46 |
| 96. Clean stud wall - Heavy | 440.58 | SF @ | 0.83 = | | 365.68 |
| 97. R&R Interior door unit | 3.00 | EA @ | 230.49 = | | 691.47 |
| 98. R&R Exterior door - metal - insulated - flush or panel style | 1.00 | EA @ | 324.89 = | | 324.89 |
| 99. R&R 1/2" drywall - hung, taped, ready for texture | 576.61 | SF @ | 1.86 = | | 1,072.49 |
| 100. Texture drywall - light hand texture | 576.61 | SF @ | 0.45 = | | 259.47 |
| 101. R&R 110 volt copper wiring run and box - rough in only | 5.00 | EA @ | 47.98 = | | 239.90 |
| 102. R&R 110 volt copper wiring run, box and switch | 3.00 | EA @ | 60.65 = | | 181.95 |
| 103. R&R 110 volt copper wiring run, box, tamper-resistant outlet | 5.00 | EA @ | 62.27 = | | 311.35 |
| 104. R&R 220 volt copper wiring run, box and receptacle | 1.00 | EA @ | 135.32 = | | 135.32 |
| 105. R&R Ground fault interrupter (GFI) outlet | 2.00 | EA @ | 30.70 = | | 61.40 |
| 106. R&R Outlet - High grade | 2.00 | EA @ | 21.32 = | | 42.64 |
| 107. R&R Baseboard - 3 1/4" | 48.00 | LF @ | 3.71 = | | 178.08 |
| 108. R&R Casing - 2 1/4" | 33.00 | LF @ | 2.20 = | | 72.60 |
| 109. R&R Base shoe | 48.00 | LF @ | 1.32 = | | 63.36 |
| 110. Deadbolt - High grade | 1.00 | EA @ | 57.87 = | | 57.87 |
| 111. Door knob - interior | 3.00 | EA @ | 36.99 = | | 110.97 |
| 112. Door lockset - exterior - High grade | 1.00 | EA @ | 71.38 = | | 71.38 |
| 113. R&R Door stop - wall or floor mounted | 4.00 | EA @ | 15.95 = | | 63.80 |
| 114. R&R Blown-in insulation - 14" depth - R38 | 136.02 | SF @ | 2.02 = | | 274.76 |
| 115. Light bulb - LED A19 - up to 500 lm - material only | 4.00 | EA @ | 7.55 = | | 30.20 |
| 116. R&R Recessed light fixture | 4.00 | EA @ | 111.44 = | | 445.76 |
| 117. Dishwasher connection | 1.00 | EA @ | 117.04 = | | 117.04 |
| 118. Sink faucet - Kitchen - High grade | 1.00 | EA @ | 347.34 = | | 347.34 |
| 119. Rough in plumbing - per fixture | 1.00 | EA @ | 506.29 = | | 506.29 |
| 120. R&R Sink - double | 1.00 | EA @ | 376.98 = | | 376.98 |
| 121. R&R Sink - double - High grade | 1.00 | EA @ | 537.98 = | | 537.98 |
| 122. Sink strainer and drain assembly | 2.00 | EA @ | 42.54 = | | 85.08 |
| 123. R&R Angle stop valve | 3.00 | EA @ | 32.46 = | | 97.38 |
| **Sink and dishwasher** | | | | | |
| 124. Paint baseboard, oversized - two coats | 48.00 | LF @ | 1.22 = | | 58.56 |



**Healthy Home Solutions, LLC**

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 125.  Paint door slab only - 2 coats (per side) | 3.00 | EA @ | 29.96 | = | 89.88 |
| 126.  Paint door/window trim & jamb - 2 coats (per side) | 4.00 | EA @ | 24.90 | = | 99.60 |
| 127.  Floor protection - plastic and tape - 10 mil | 136.02 | SF @ | 0.28 | = | 38.09 |
| 128.  Floor protection - corrugated cardboard and tape | 272.05 | SF @ | 0.52 | = | 141.47 |
| 129.  Seal & paint base shoe or quarter round | 48.00 | LF @ | 0.64 | = | 30.72 |
| 130.  Seal/prime then paint the walls and ceiling twice (3 coats) | 576.61 | SF @ | 1.05 | = | 605.44 |
| 131.  Seal stud wall for odor control | 440.58 | SF @ | 0.71 | = | 312.81 |
| 132.  Prime & paint door slab only - exterior (per side) | 2.00 | EA @ | 37.50 | = | 75.00 |
| 133.  HEPA Vacuuming exposed framing - Walls - (PER SF) | 220.29 | SF @ | 0.56 | = | 123.36 |
| 134.  HEPA Vacuuming exposed framing w/ sheathing - Walls | 220.29 | SF @ | 1.10 | = | 242.32 |
| 135.  Floor protection - Ram Board | 272.05 | SF @ | 0.83 | = | 225.80 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Laundry Room**  Height: 9'

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 136.  Final cleaning - construction - Residential | 19.19 | SF @ | 0.20 | = | 3.84 |
| 137.  Clean floor or roof joist system - Heavy | 19.19 | SF @ | 1.04 | = | 19.96 |
| 138.  Clean stud wall - Heavy | 163.57 | SF @ | 0.83 | = | 135.76 |
| 139.  Interior double door - Colonist - pre-hung unit | 1.00 | EA @ | 340.53 | = | 340.53 |
| 140.  R&R 1/2" drywall - hung, taped, ready for texture | 182.76 | SF @ | 1.86 | = | 339.93 |
| 141.  Texture drywall - light hand texture | 182.76 | SF @ | 0.45 | = | 82.24 |
| 142.  R&R 110 volt copper wiring run, box and outlet | 2.00 | EA @ | 60.30 | = | 120.60 |
| 143.  R&R 110 volt copper wiring run and box - rough in only | 2.00 | EA @ | 47.98 | = | 95.96 |
| 144.  R&R 110 volt copper wiring run, box and switch | 1.00 | EA @ | 60.65 | = | 60.65 |
| 145.  R&R 220 volt copper wiring run, box and receptacle | 1.00 | EA @ | 135.32 | = | 135.32 |
| 146.  R&R Ground fault interrupter (GFI) outlet | 1.00 | EA @ | 30.70 | = | 30.70 |
| 147.  R&R Baseboard - 3 1/4" | 18.17 | LF @ | 3.03 | = | 55.05 |
| 148.  R&R Shelving - wire (vinyl coated) | 5.75 | LF @ | 11.77 | = | 67.68 |
| 149.  R&R Base shoe | 18.17 | LF @ | 1.27 | = | 23.08 |
| 150.  Door dummy knob - interior | 2.00 | EA @ | 23.60 | = | 47.20 |
| 151.  R&R Blown-in insulation - 14" depth - R38 | 19.19 | SF @ | 2.02 | = | 38.76 |
| 152.  R&R Fluorescent light fixture | 1.00 | EA @ | 101.54 | = | 101.54 |
| 153.  Rough in plumbing - per fixture | 1.00 | EA @ | 506.29 | = | 506.29 |



**Healthy Home Solutions, LLC**

CONTINUED - Laundry Room

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 154. R&R Washing machine outlet box with valves | 1.00 EA @ | 213.45 = | 213.45 |
| 155. Paint baseboard - two coats | 18.17 LF @ | 1.19 = | 21.62 |
| 156. Paint door slab only - 2 coats (per side) | 2.00 EA @ | 29.96 = | 59.92 |
| 157. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA @ | 29.29 = | 29.29 |
| 158. Floor protection - plastic and tape - 10 mil | 19.19 SF @ | 0.28 = | 5.37 |
| 159. Floor protection - corrugated cardboard and tape | 38.38 SF @ | 0.52 = | 19.96 |
| 160. Seal & paint base shoe or quarter round | 18.17 LF @ | 0.67 = | 12.17 |
| 161. Seal/prime then paint the walls and ceiling twice (3 coats) | 182.76 SF @ | 1.05 = | 191.90 |
| 162. Seal stud wall for odor control | 163.57 SF @ | 0.71 = | 116.13 |
| 163. HEPA Vacuuming exposed framing - Walls - (PER SF) | 163.57 SF @ | 0.56 = | 91.60 |
| 164. Floor protection - Ram Board | 38.38 SF @ | 0.83 = | 31.86 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Living Room**      Height: 9'

| Missing Wall | 3' 4" X 9' | Opens into HALLWAY |
|---|---|---|
| Missing Wall - Goes to Floor | 3' 8" X 6' 8" | Opens into KITCHEN |

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 165. Final cleaning - construction - Residential | 411.39 SF @ | 0.20 = | 82.28 |
| 166. Clean floor or roof joist system - Heavy | 411.39 SF @ | 1.04 = | 427.85 |
| 167. Clean stud wall - Heavy | 787.08 SF @ | 0.83 = | 653.28 |
| 168. R&R 1/2" drywall - hung, taped, ready for texture | 1,198.47 SF @ | 1.86 = | 2,229.16 |
| 169. Texture drywall - light hand texture | 1,198.47 SF @ | 0.45 = | 539.31 |
| 170. R&R 110 volt copper wiring run and box - rough in only | 4.00 EA @ | 47.98 = | 191.92 |
| 171. R&R 110 volt copper wiring run, box and switch | 8.00 EA @ | 60.65 = | 485.20 |
| 172. R&R 110 volt copper wiring run, box, tamper-resistant outlet | 10.00 EA @ | 62.27 = | 622.70 |
| 173. R&R Smoke detector | 1.00 EA @ | 54.77 = | 54.77 |
| 174. R&R Television cable outlet | 2.00 EA @ | 63.09 = | 126.18 |
| 175. Acclimating floor material | 1.00 EA @ | 300.00 = | 300.00 |
| 176. R&R Pre-finished solid wood flooring - High grade | 411.39 SF @ | 12.40 = | 5,101.24 |
| 177. Add for glued down application over concrete substrate | 411.39 SF @ | 2.35 = | 966.76 |
| 178. R&R T- molding - for wood flooring - High grade | 10.00 LF @ | 9.62 = | 96.20 |
| 179. R&R Baseboard - 3 1/4" | 86.50 LF @ | 3.71 = | 320.92 |



**Healthy Home Solutions, LLC**

CONTINUED - Living Room

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 180. R&R Casing - 2 1/4" | 68.00 LF @ | 2.20 = | 149.60 |
| 181. R&R Base shoe | 86.50 LF @ | 1.32 = | 114.18 |
| 182. R&R Door lockset & deadbolt - exterior - High grade | 1.00 EA @ | 130.75 = | 130.75 |
| 183. R&R Blown-in insulation - 14" depth - R38 | 411.39 SF @ | 2.02 = | 831.01 |
| 184. R&R Light fixture | 2.00 EA @ | 67.68 = | 135.36 |
| 185. Light bulb - LED A19 - up to 500 lm - material only | 5.00 EA @ | 7.55 = | 37.75 |
| 186. R&R Ceiling fan & light - Premium grade | 1.00 EA @ | 537.80 = | 537.80 |
| 187. Paint baseboard, oversized - two coats | 86.50 LF @ | 1.22 = | 105.53 |
| 188. Paint door slab only - 2 coats (per side) | 2.00 EA @ | 29.96 = | 59.92 |
| 189. Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA @ | 24.90 = | 99.60 |
| 190. Seal & paint base shoe or quarter round | 86.50 LF @ | 0.64 = | 55.36 |
| 191. Seal/prime then paint the walls and ceiling twice (3 coats) | 1,198.47 SF @ | 1.05 = | 1,258.39 |
| 192. Seal stud wall for odor control | 787.08 SF @ | 0.71 = | 558.83 |
| 193. R&R Window blind - PVC - 2" - 14.1 to 20 SF | 3.00 EA @ | 106.34 = | 319.02 |
| 194. R&R Window shade - roll up - Large | 1.00 EA @ | 109.32 = | 109.32 |
| 195. HEPA Vacuuming exposed framing w/ sheathing - Walls | 787.08 SF @ | 1.10 = | 865.79 |
| 196. Floor protection - Ram Board | 411.39 SF @ | 0.83 = | 341.45 |

*Floors protected after installation .*

**Bathroom**                                                                       Height: 9'

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 197. R&R Cabinet knob or pull | 4.00 EA @ | 8.75 = | 35.00 |
| 198. R&R Vanity | 3.42 LF @ | 198.66 = | 679.41 |
| 199. Final cleaning - construction - Residential | 44.17 SF @ | 0.20 = | 8.83 |
| 200. Clean floor or roof joist system - Heavy | 44.17 SF @ | 1.04 = | 45.94 |
| 201. Clean stud wall - Heavy | 249.00 SF @ | 0.83 = | 206.67 |
| 202. R&R Interior door unit | 1.00 EA @ | 230.49 = | 230.49 |
| 203. R&R 1/2" drywall - hung, taped, ready for texture | 293.17 SF @ | 1.86 = | 545.30 |
| 204. Texture drywall - light hand texture | 293.17 SF @ | 0.45 = | 131.93 |
| 205. R&R 110 volt copper wiring run and box - rough in only | 4.00 EA @ | 47.98 = | 191.92 |
| 206. R&R Ground fault interrupter (GFI) outlet | 1.00 EA @ | 30.70 = | 30.70 |
| 207. R&R Switch | 3.00 EA @ | 16.23 = | 48.69 |
| 208. R&R Baseboard - 3 1/4" | 27.67 LF @ | 3.71 = | 102.65 |
| 209. R&R Base shoe | 27.67 LF @ | 1.32 = | 36.52 |



**Healthy Home Solutions, LLC**

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 210. Door knob - interior | 1.00 | EA @ | 36.99 | = | 36.99 |
| 211. R&R Towel bar | 1.00 | EA @ | 30.44 | = | 30.44 |
| 212. R&R Toilet paper holder | 1.00 | EA @ | 26.71 | = | 26.71 |
| 213. R&R Towel ring | 1.00 | EA @ | 30.99 | = | 30.99 |
| 214. R&R Bathroom ventilation fan w/light | 1.00 | EA @ | 168.39 | = | 168.39 |
| 215. R&R Blown-in insulation - 14" depth - R38 | 44.17 | SF @ | 2.02 | = | 89.22 |
| 216. R&R Light bar - 3 lights - High grade | 1.00 | EA @ | 165.55 | = | 165.55 |
| 217. Light bulb - LED A19 - up to 500 lm - material only | 5.00 | EA @ | 7.55 | = | 37.75 |
| 218. R&R Recessed light fixture | 1.00 | EA @ | 111.44 | = | 111.44 |
| 219. R&R Vanity top - one sink - cultured marble | 3.42 | LF @ | 82.99 | = | 283.83 |
| 220. Sink faucet - Bathroom | 1.00 | EA @ | 194.34 | = | 194.34 |
| 221. Rough in plumbing - per fixture | 3.00 | EA @ | 506.29 | = | 1,518.87 |
| 222. R&R Sink - single | 1.00 | EA @ | 258.01 | = | 258.01 |
| 223. R&R Angle stop valve | 3.00 | EA @ | 32.46 | = | 97.38 |
| **Sink and toilet** | | | | | |
| 224. R&R Toilet | 1.00 | EA @ | 449.79 | = | 449.79 |
| 225. Toilet seat | 1.00 | EA @ | 50.37 | = | 50.37 |
| 226. R&R Tub/shower faucet | 1.00 | EA @ | 289.04 | = | 289.04 |
| 227. R&R Fiberglass tub & shower combination | 1.00 | EA @ | 1,043.56 | = | 1,043.56 |
| 228. Paint baseboard, oversized - two coats | 27.67 | LF @ | 1.22 | = | 33.76 |
| 229. Paint door slab only - 2 coats (per side) | 1.00 | EA @ | 29.96 | = | 29.96 |
| 230. Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA @ | 24.90 | = | 24.90 |
| 231. Floor protection - plastic and tape - 10 mil | 44.17 | SF @ | 0.28 | = | 12.37 |
| 232. Floor protection - corrugated cardboard and tape | 88.33 | SF @ | 0.52 | = | 45.93 |
| 233. Seal & paint base shoe or quarter round | 27.67 | LF @ | 0.64 | = | 17.71 |
| 234. Seal/prime then paint the walls and ceiling twice (3 coats) | 293.17 | SF @ | 1.05 | = | 307.83 |
| 235. Seal stud wall for odor control | 249.00 | SF @ | 0.71 | = | 176.79 |
| 236. HEPA Vacuuming exposed framing - Walls - (PER SF) | 249.00 | SF @ | 0.56 | = | 139.44 |

**Hallway**  Height: 9'

**Missing Wall**  3' 4" X 9'  Opens into LIVING_ROOM

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 237. Final cleaning - construction - Residential | 43.40 | SF @ | 0.20 | = | 8.68 |



**Healthy Home Solutions, LLC**

**CONTINUED - Hallway**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 238.  Clean floor or roof joist system - Heavy | 43.40 | SF @ | 1.04 = | | 45.14 |
| 239.  Clean stud wall - Heavy | 252.64 | SF @ | 0.83 = | | 209.69 |
| 240.  Interior door unit | 1.00 | EA @ | 215.62 = | | 215.62 |
| 241.  R&R 1/2" drywall - hung, taped, ready for texture | 296.04 | SF @ | 1.86 = | | 550.63 |
| 242.  Texture drywall - light hand texture | 296.04 | SF @ | 0.45 = | | 133.22 |
| 243.  R&R 110 volt copper wiring run and box - rough in only | 4.00 | EA @ | 47.98 = | | 191.92 |
| **Smoke detectors and light fixture** | | | | | |
| 244.  R&R 110 volt copper wiring run, box, tamper-resistant outlet | 1.00 | EA @ | 62.27 = | | 62.27 |
| 245.  R&R Smoke detector | 3.00 | EA @ | 54.77 = | | 164.31 |
| 246.  Acclimating floor material | 1.00 | EA @ | 150.00 = | | 150.00 |
| 247.  R&R Pre-finished solid wood flooring - High grade | 43.40 | SF @ | 12.40 = | | 538.16 |
| 248.  Add for glued down application over concrete substrate | 43.40 | SF @ | 2.35 = | | 101.99 |
| 249.  R&R Baseboard - 3 1/4" | 28.07 | LF @ | 3.71 = | | 104.14 |
| 250.  R&R Base shoe | 28.07 | LF @ | 1.32 = | | 37.05 |
| 251.  R&R Door knob - interior - High grade | 1.00 | EA @ | 61.77 = | | 61.77 |
| 252.  R&R Blown-in insulation - 14" depth - R38 | 43.40 | SF @ | 2.02 = | | 87.67 |
| 253.  R&R Light fixture | 1.00 | EA @ | 67.68 = | | 67.68 |
| 254.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 | EA @ | 7.55 = | | 15.10 |
| 255.  Paint baseboard, oversized - two coats | 28.07 | LF @ | 1.22 = | | 34.25 |
| 256.  Paint door slab only - 2 coats (per side) | 4.00 | EA @ | 29.96 = | | 119.84 |
| 257.  Paint door/window trim & jamb - 2 coats (per side) | 4.00 | EA @ | 24.90 = | | 99.60 |
| 258.  Seal & paint base shoe or quarter round | 28.07 | LF @ | 0.64 = | | 17.96 |
| 259.  Seal/prime then paint the walls and ceiling twice (3 coats) | 296.04 | SF @ | 1.05 = | | 310.84 |
| 260.  Seal stud wall for odor control | 252.64 | SF @ | 0.71 = | | 179.37 |
| 261.  HEPA Vacuuming exposed framing w/ sheathing - Walls | 252.64 | SF @ | 1.10 = | | 277.90 |
| 262.  Floor protection - Ram Board | 43.40 | SF @ | 0.83 = | | 36.02 |
| *Floors protected after installation .* | | | | | |

**Linen Closet**                                                                                          Height: 9'

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 263.  Final cleaning - construction - Residential | 2.40 | SF @ | 0.20 = | | 0.48 |
| 264.  Clean floor or roof joist system - Heavy | 2.40 | SF @ | 1.04 = | | 2.50 |
| 265.  Clean stud wall - Heavy | 57.00 | SF @ | 0.83 = | | 47.31 |
| 266.  R&R Interior door unit | 1.00 | EA @ | 230.49 = | | 230.49 |



**Healthy Home Solutions, LLC**

**CONTINUED - Linen Closet**

| | DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|---|
| 267. | R&R 1/2" drywall - hung, taped, ready for texture | 59.40 | SF @ | 1.86 = | | 110.48 |
| 268. | Texture drywall - light hand texture | 59.40 | SF @ | 0.45 = | | 26.73 |
| 269. | Acclimating floor material | 1.00 | EA @ | 150.00 = | | 150.00 |
| 270. | R&R Pre-finished solid wood flooring - High grade | 2.40 | SF @ | 12.40 = | | 29.76 |
| 271. | Add for glued down application over concrete substrate | 2.40 | SF @ | 2.35 = | | 5.64 |
| 272. | R&R Baseboard - 3 1/4" | 6.33 | LF @ | 3.03 = | | 19.18 |
| 273. | R&R Casing - 2 1/4" | 17.00 | LF @ | 2.20 = | | 37.40 |
| 274. | R&R Shelving - wire (vinyl coated) | 7.67 | LF @ | 11.77 = | | 90.28 |
| 275. | R&R Base shoe | 6.33 | LF @ | 1.27 = | | 8.04 |
| 276. | Door knob - interior | 1.00 | EA @ | 36.99 = | | 36.99 |
| 277. | R&R Blown-in insulation - 14" depth - R38 | 2.40 | SF @ | 2.02 = | | 4.85 |
| 278. | Paint baseboard - two coats | 6.33 | LF @ | 1.19 = | | 7.53 |
| 279. | Paint door slab only - 2 coats (per side) | 1.00 | EA @ | 29.96 = | | 29.96 |
| 280. | Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA @ | 24.90 = | | 24.90 |
| 281. | Seal & paint base shoe or quarter round | 6.33 | LF @ | 0.67 = | | 4.24 |
| 282. | Seal/prime then paint the walls and ceiling twice (3 coats) | 59.40 | SF @ | 1.05 = | | 62.37 |
| 283. | Seal stud wall for odor control | 57.00 | SF @ | 0.71 = | | 40.47 |
| 284. | HEPA Vacuuming exposed framing - Walls - (PER SF) | 57.00 | SF @ | 0.56 = | | 31.92 |
| 285. | Floor protection - Ram Board | 2.40 | SF @ | 0.83 = | | 1.99 |

*Floors protected after installation .*

**Bedroom**                                                          **Height: 9'**

| | DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|---|
| 286. | Final cleaning - construction - Residential | 106.78 | SF @ | 0.20 = | | 21.36 |
| 287. | Clean floor or roof joist system - Heavy | 106.78 | SF @ | 1.04 = | | 111.05 |
| 288. | Clean stud wall - Heavy | 372.00 | SF @ | 0.83 = | | 308.76 |
| 289. | R&R Interior door unit | 1.00 | EA @ | 230.49 = | | 230.49 |
| 290. | R&R Interior double door - Colonist - pre-hung unit | 1.00 | EA @ | 357.85 = | | 357.85 |
| 291. | R&R 1/2" drywall - hung, taped, ready for texture | 478.78 | SF @ | 1.86 = | | 890.53 |
| 292. | Texture drywall - light hand texture | 478.78 | SF @ | 0.45 = | | 215.45 |
| 293. | R&R 110 volt copper wiring run and box - rough in only | 2.00 | EA @ | 47.98 = | | 95.96 |
| 294. | R&R 110 volt copper wiring run, box and switch | 2.00 | EA @ | 60.65 = | | 121.30 |
| 295. | R&R 110 volt copper wiring run, box, tamper-resistant outlet | 4.00 | EA @ | 62.27 = | | 249.08 |
| 296. | R&R Smoke detector | 1.00 | EA @ | 54.77 = | | 54.77 |



**Healthy Home Solutions, LLC**

**CONTINUED - Bedroom**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 297.  Carpet | 122.79 | SF @ | 2.70 = | | 331.53 |
| 15 % waste added for Carpet. | | | | | |
| 298.  Remove Carpet | 106.78 | SF @ | 0.22 = | | 23.49 |
| 299.  R&R Carpet pad | 106.78 | SF @ | 0.66 = | | 70.47 |
| 300.  R&R Baseboard - 3 1/4" | 41.33 | LF @ | 3.71 = | | 153.34 |
| 301.  R&R Window trim set (casing & stop) | 16.00 | LF @ | 4.81 = | | 76.96 |
| 302.  Door dummy knob - interior | 2.00 | EA @ | 23.60 = | | 47.20 |
| 303.  Door knob - interior | 1.00 | EA @ | 36.99 = | | 36.99 |
| 304.  Door stop - hinge pin mounted | 1.00 | EA @ | 7.57 = | | 7.57 |
| 305.  R&R Blown-in insulation - 14" depth - R38 | 106.78 | SF @ | 2.02 = | | 215.69 |
| 306.  Light bulb - LED A19 - up to 500 lm - material only | 4.00 | EA @ | 7.55 = | | 30.20 |
| 307.  R&R Ceiling fan & light - High grade | 1.00 | EA @ | 392.80 = | | 392.80 |
| 308.  Paint baseboard, oversized - two coats | 41.33 | LF @ | 1.22 = | | 50.42 |
| 309.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 | EA @ | 24.90 = | | 49.80 |
| 310.  Paint door or window opening - 2 coats (per side) | 1.00 | EA @ | 24.90 = | | 24.90 |
| 311.  Seal/prime then paint the walls and ceiling twice (3 coats) | 478.78 | SF @ | 1.05 = | | 502.72 |
| 312.  Seal stud wall for odor control | 372.00 | SF @ | 0.71 = | | 264.12 |
| 313.  R&R Window blind - PVC - 2" - 7.1 to 14 SF | 2.00 | EA @ | 85.54 = | | 171.08 |
| 314.  HEPA Vacuuming exposed framing w/ sheathing - Walls | 372.00 | SF @ | 1.10 = | | 409.20 |

**Closet 1**                                                       **Height: 9'**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 315.  Final cleaning - construction - Residential | 9.74 | SF @ | 0.20 = | | 1.95 |
| 316.  Clean floor or roof joist system - Heavy | 9.74 | SF @ | 1.04 = | | 10.13 |
| 317.  Clean stud wall - Heavy | 126.00 | SF @ | 0.83 = | | 104.58 |
| 318.  R&R 1/2" drywall - hung, taped, ready for texture | 135.74 | SF @ | 1.86 = | | 252.47 |
| 319.  Texture drywall - light hand texture | 135.74 | SF @ | 0.45 = | | 61.08 |
| 320.  Carpet | 11.20 | SF @ | 2.70 = | | 30.24 |
| 15 % waste added for Carpet. | | | | | |
| 321.  Remove Carpet | 9.74 | SF @ | 0.22 = | | 2.14 |
| 322.  R&R Carpet pad | 9.74 | SF @ | 0.66 = | | 6.43 |
| 323.  R&R Baseboard - 3 1/4" | 14.00 | LF @ | 3.71 = | | 51.94 |
| 324.  R&R Shelving - wire (vinyl coated) | 5.08 | LF @ | 11.77 = | | 59.79 |
| 325.  R&R Door stop - hinge pin mounted | 2.00 | EA @ | 10.55 = | | 21.10 |

 **Healthy Home Solutions, LLC**

**CONTINUED - Closet 1**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 326.  R&R Blown-in insulation - 14" depth - R38 | 9.74  SF @ | 2.02 = | 19.68 |
| 327.  Paint baseboard, oversized - two coats | 14.00  LF @ | 1.22 = | 17.08 |
| 328.  Paint door/window trim & jamb - 2 coats (per side) | 1.00  EA @ | 24.90 = | 24.90 |
| 329.  Seal/prime then paint the walls and ceiling twice (3 coats) | 135.74  SF @ | 1.05 = | 142.53 |
| 330.  Seal stud wall for odor control | 126.00  SF @ | 0.71 = | 89.46 |
| 331.  HEPA Vacuuming exposed framing w/ sheathing - Walls | 126.00  SF @ | 1.10 = | 138.60 |

**Master Bedroom**                                                                 Height: Tray

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 332.  Final cleaning - construction - Residential | 164.46  SF @ | 0.20 = | 32.89 |
| 333.  Clean floor or roof joist system - Heavy | 207.79  SF @ | 1.04 = | 216.10 |
| 334.  Clean stud wall - Heavy | 461.99  SF @ | 0.83 = | 383.45 |
| 335.  R&R Interior door unit | 1.00  EA @ | 230.49 = | 230.49 |
| 336.  R&R 1/2" drywall - hung, taped, ready for texture | 669.78  SF @ | 1.86 = | 1,245.79 |
| 337.  Texture drywall - light hand texture | 669.78  SF @ | 0.45 = | 301.40 |
| 338.  R&R 110 volt copper wiring run and box - rough in only | 2.00  EA @ | 47.98 = | 95.96 |
| **Fan and Smoke detector** | | | |
| 339.  R&R 110 volt copper wiring run, box and switch | 3.00  EA @ | 60.65 = | 181.95 |
| 340.  R&R 110 volt copper wiring run, box, tamper-resistant outlet | 1.00  EA @ | 62.27 = | 62.27 |
| 341.  R&R Smoke detector | 1.00  EA @ | 54.77 = | 54.77 |
| 342.  Carpet | 189.13  SF @ | 2.70 = | 510.65 |
| 15 % waste added for Carpet. | | | |
| 343.  Remove Carpet | 164.46  SF @ | 0.22 = | 36.18 |
| 344.  R&R Carpet pad | 164.46  SF @ | 0.66 = | 108.54 |
| 345.  R&R Baseboard - 3 1/4" | 51.33  LF @ | 3.71 = | 190.44 |
| 346.  R&R Window trim set (casing & stop) | 33.00  LF @ | 4.81 = | 158.73 |
| 347.  Door knob - interior | 1.00  EA @ | 36.99 = | 36.99 |
| 348.  R&R Blown-in insulation - 14" depth - R38 | 207.79  SF @ | 2.02 = | 419.73 |
| 349.  Light bulb - LED A19 - up to 500 lm - material only | 4.00  EA @ | 7.55 = | 30.20 |
| 350.  R&R Ceiling fan & light - High grade | 1.00  EA @ | 392.80 = | 392.80 |
| 351.  Paint baseboard, oversized - two coats | 51.33  LF @ | 1.22 = | 62.62 |
| 352.  Paint door slab only - 2 coats (per side) | 2.00  EA @ | 29.96 = | 59.92 |
| 353.  Paint door/window trim & jamb - 2 coats (per side) | 2.00  EA @ | 24.90 = | 49.80 |
| 354.  Paint door or window opening - Large - 2 coats (per side) | 1.00  EA @ | 29.29 = | 29.29 |



**Healthy Home Solutions, LLC**

**CONTINUED - Master Bedroom**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 355.  Seal/prime then paint the walls and ceiling twice (3 coats) | 669.78  SF @ | 1.05 = | 703.27 |
| 356.  Seal stud wall for odor control | 461.99  SF @ | 0.71 = | 328.01 |
| 357.  R&R Window blind - PVC - 2" - 14.1 to 20 SF | 3.00  EA @ | 106.34 = | 319.02 |
| 358.  HEPA Vacuuming exposed framing w/ sheathing - Walls | 461.99  SF @ | 1.10 = | 508.19 |

**Master Bath**                                                                                                     Height: 9'

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 359.  Cabinet knob or pull | 4.00  EA @ | 7.83 = | 31.32 |
| 360.  R&R Vanity | 4.17  LF @ | 198.66 = | 828.41 |
| 361.  Final cleaning - construction - Residential | 78.82  SF @ | 0.20 = | 15.76 |
| 362.  Clean floor or roof joist system - Heavy | 78.82  SF @ | 1.04 = | 81.97 |
| 363.  Clean stud wall - Heavy | 381.07  SF @ | 0.83 = | 316.29 |
| 364.  R&R Interior door unit | 2.00  EA @ | 230.49 = | 460.98 |
| 365.  R&R 1/2" drywall - hung, taped, ready for texture | 459.89  SF @ | 1.86 = | 855.39 |
| 366.  Texture drywall - light hand texture | 459.89  SF @ | 0.45 = | 206.95 |
| 367.  R&R 110 volt copper wiring run, box and outlet | 4.00  EA @ | 60.30 = | 241.20 |
| 368.  R&R 110 volt copper wiring run and box - rough in only | 7.00  EA @ | 47.98 = | 335.86 |
| 369.  R&R 110 volt copper wiring run, box and switch | 3.00  EA @ | 60.65 = | 181.95 |
| 370.  R&R 110 volt copper wiring run, box, tamper-resistant outlet | 1.00  EA @ | 62.27 = | 62.27 |
| 371.  R&R Bathroom ventilation fan, light, and heater | 1.00  EA @ | 252.44 = | 252.44 |
| 372.  R&R Bathroom ventilation fan w/light | 1.00  EA @ | 166.08 = | 166.08 |
| 373.  R&R Ground fault interrupter (GFI) outlet | 1.00  EA @ | 30.70 = | 30.70 |
| 374.  R&R Baseboard - 3 1/4" | 42.34  LF @ | 3.03 = | 128.29 |
| 375.  R&R Casing - 2 1/4" | 17.00  LF @ | 2.10 = | 35.70 |
| 376.  R&R Base shoe | 42.34  LF @ | 1.27 = | 53.77 |
| 377.  Door knob - interior | 2.00  EA @ | 36.99 = | 73.98 |
| 378.  R&R Towel bar | 1.00  EA @ | 30.44 = | 30.44 |
| 379.  R&R Toilet paper holder | 1.00  EA @ | 26.71 = | 26.71 |
| 380.  R&R Towel ring | 1.00  EA @ | 30.99 = | 30.99 |
| 381.  R&R Blown-in insulation - 14" depth - R38 | 78.82  SF @ | 2.02 = | 159.22 |
| 382.  R&R Light fixture | 1.00  EA @ | 67.68 = | 67.68 |
| 383.  R&R Light bar - 3 lights - High grade | 1.00  EA @ | 165.55 = | 165.55 |
| 384.  R&R Light bar - 4 lights | 1.00  EA @ | 91.60 = | 91.60 |
| 385.  Light bulb - LED A19 - up to 500 lm - material only | 8.00  EA @ | 7.55 = | 60.40 |



**Healthy Home Solutions, LLC**

**CONTINUED - Master Bath**

| DESCRIPTION | QTY | | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|---|
| 386. R&R Shower light - waterproof fixture | 1.00 | EA | @ | 173.12 | = | 173.12 |
| 387. R&R Vanity top - one sink - cultured marble | 4.17 | LF | @ | 82.99 | = | 346.07 |
| 388. R&R Mirror - 1/4" plate glass | 14.00 | SF | @ | 14.45 | = | 202.30 |
| 389. R&R Custom shower door & partition - 1/4" glass w/frame | 30.00 | SF | @ | 22.10 | = | 663.00 |
| 390. Sink faucet - Bathroom | 1.00 | EA | @ | 194.34 | = | 194.34 |
| 391. Rough in plumbing - per fixture | 3.00 | EA | @ | 506.29 | = | 1,518.87 |
| 392. R&R Sink - single | 1.00 | EA | @ | 258.01 | = | 258.01 |
| 393. R&R Angle stop valve | 3.00 | EA | @ | 32.46 | = | 97.38 |
| Sink and toilet | | | | | | |
| 394. R&R Shower faucet | 1.00 | EA | @ | 226.71 | = | 226.71 |
| 395. R&R Shower faucet - High grade | 1.00 | EA | @ | 301.71 | = | 301.71 |
| 396. R&R Fiberglass shower unit - High grade | 1.00 | EA | @ | 1,119.45 | = | 1,119.45 |
| 397. R&R Fiberglass shower unit - High grade | 1.00 | EA | @ | 1,119.45 | = | 1,119.45 |
| 398. R&R Toilet | 1.00 | EA | @ | 449.79 | = | 449.79 |
| 399. Toilet seat | 1.00 | EA | @ | 50.37 | = | 50.37 |
| 400. Paint baseboard - two coats | 42.34 | LF | @ | 1.19 | = | 50.38 |
| 401. Paint door slab only - 2 coats (per side) | 2.00 | EA | @ | 31.03 | = | 62.06 |
| 402. Paint door/window trim & jamb - 2 coats (per side) | 2.00 | EA | @ | 25.96 | = | 51.92 |
| 403. Floor protection - plastic and tape - 10 mil | 78.82 | SF | @ | 0.28 | = | 22.07 |
| 404. Floor protection - corrugated cardboard and tape | 157.64 | SF | @ | 0.52 | = | 81.97 |
| 405. Seal & paint base shoe or quarter round | 42.34 | LF | @ | 0.67 | = | 28.37 |
| 406. Seal/prime then paint the walls and ceiling twice (3 coats) | 459.89 | SF | @ | 1.05 | = | 482.88 |
| 407. Seal stud wall for odor control | 381.07 | SF | @ | 0.71 | = | 270.56 |
| 408. HEPA Vacuuming exposed framing - Walls - (PER SF) | 381.07 | SF | @ | 0.56 | = | 213.40 |
| 409. Floor protection - Ram Board | 157.64 | SF | @ | 0.83 | = | 130.84 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Master Closet**                                                   **Height: 9'**

| DESCRIPTION | QTY | | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|---|
| 410. Final cleaning - construction - Residential | 42.78 | SF | @ | 0.20 | = | 8.56 |
| 411. Clean floor or roof joist system - Heavy | 42.78 | SF | @ | 1.04 | = | 44.49 |
| 412. Clean stud wall - Heavy | 245.00 | SF | @ | 0.83 | = | 203.35 |
| 413. R&R Interior door unit | 1.00 | EA | @ | 230.49 | = | 230.49 |



**Healthy Home Solutions, LLC**

### CONTINUED - Master Closet

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 414. R&R 1/2" drywall - hung, taped, ready for texture | 287.79 | SF @ | 1.86 | = | 535.29 |
| 415. Texture drywall - light hand texture | 287.79 | SF @ | 0.45 | = | 129.51 |
| 416. Carpet | 49.20 | SF @ | 2.70 | = | 132.84 |
| 15 % waste added for Carpet. | | | | | |
| 417. Remove Carpet | 42.78 | SF @ | 0.22 | = | 9.41 |
| 418. R&R Carpet pad | 42.78 | SF @ | 0.66 | = | 28.23 |
| 419. R&R Shelving - wire (vinyl coated) | 40.83 | LF @ | 11.77 | = | 480.57 |
| 420. Door knob - interior | 1.00 | EA @ | 36.99 | = | 36.99 |
| 421. Door stop - hinge pin mounted | 1.00 | EA @ | 7.57 | = | 7.57 |
| 422. R&R Blown-in insulation - 14" depth - R38 | 42.78 | SF @ | 2.02 | = | 86.41 |
| 423. Paint door slab only - 2 coats (per side) | 1.00 | EA @ | 29.96 | = | 29.96 |
| 424. Paint door/window trim & jamb - 2 coats (per side) | 1.00 | EA @ | 24.90 | = | 24.90 |
| 425. Seal/prime then paint the walls and ceiling twice (3 coats) | 287.79 | SF @ | 1.05 | = | 302.18 |
| 426. Seal stud wall for odor control | 245.00 | SF @ | 0.71 | = | 173.95 |

**Garage**  **Height: 9'**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 427. Final cleaning - construction - Residential | 243.28 | SF @ | 0.20 | = | 48.66 |
| 428. Clean floor or roof joist system - Heavy | 243.28 | SF @ | 1.04 | = | 253.01 |
| 429. Clean stud wall - Heavy | 574.50 | SF @ | 0.83 | = | 476.84 |
| 430. R&R Overhead (garage) door opener | 1.00 | EA @ | 372.75 | = | 372.75 |
| 431. Overhead door - Detach & reset | 1.00 | EA @ | 294.33 | = | 294.33 |
| 432. R&R Exterior door - metal - insulated / wood - High grade | 1.00 | EA @ | 474.43 | = | 474.43 |
| 433. R&R 1/2" drywall - hung, taped, ready for texture | 817.78 | SF @ | 1.86 | = | 1,521.07 |
| 434. Texture drywall - light hand texture | 817.78 | SF @ | 0.45 | = | 368.00 |
| 435. R&R 110 volt copper wiring run and box - rough in only | 1.00 | EA @ | 47.98 | = | 47.98 |
| 436. R&R 110 volt copper wiring run, box and switch | 1.00 | EA @ | 60.65 | = | 60.65 |
| 437. R&R 110 volt copper wiring run, box, tamper-resistant outlet | 3.00 | EA @ | 62.27 | = | 186.81 |
| 438. R&R Door bell/chime button - wireless (button only) | 1.00 | EA @ | 23.09 | = | 23.09 |
| 439. R&R Ground fault interrupter (GFI) outlet | 1.00 | EA @ | 30.70 | = | 30.70 |
| 440. R&R Phone / low voltage copper wiring | 45.00 | LF @ | 1.02 | = | 45.90 |
| 441. R&R Baseboard - 3 1/4" | 63.83 | LF @ | 3.71 | = | 236.81 |
| 442. Door lockset - exterior | 1.00 | EA @ | 46.13 | = | 46.13 |
| 443. Light bulb - Fluorescent tube - 4' soft white - mat. only | 2.00 | EA @ | 6.81 | = | 13.62 |



**Healthy Home Solutions, LLC**

### CONTINUED - Garage

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 444. R&R Fluorescent light fixture | 1.00 | EA @ | 101.54 = | | 101.54 |
| 445. Paint baseboard - two coats | 63.83 | LF @ | 1.14 = | | 72.77 |
| 446. Floor protection - plastic and tape - 10 mil | 243.28 | SF @ | 0.28 = | | 68.12 |
| 447. Floor protection - corrugated cardboard and tape | 486.56 | SF @ | 0.52 = | | 253.01 |
| 448. Seal/prime then paint the walls and ceiling twice (3 coats) | 817.78 | SF @ | 1.05 = | | 858.67 |
| 449. Seal stud wall for odor control | 574.50 | SF @ | 0.71 = | | 407.90 |
| 450. R&R Stairway - disappearing (folding) / attic access ladder | 1.00 | EA @ | 343.75 = | | 343.75 |
| 451. HEPA Vacuuming exposed framing - Walls - (PER SF) | 574.50 | SF @ | 0.56 = | | 321.72 |
| 452. Floor protection - Ram Board | 486.56 | SF @ | 0.83 = | | 403.84 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Labor Minimums Applied**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 453. Temporary repair services labor minimum | 1.00 | EA @ | 37.96 = | | 37.96 |
| 454. Finish carpentry labor minimum | 1.00 | EA @ | 127.62 = | | 127.62 |
| 455. Stairway labor minimum | 1.00 | EA @ | 12.73 = | | 12.73 |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 4,202.00 | SF Walls | 1,351.61 | SF Ceiling | 5,553.61 | SF Walls and Ceiling |
| 1,308.28 | SF Floor | 145.36 | SY Flooring | 464.99 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 472.32 | LF Ceil. Perimeter |
| 1,308.28 | Floor Area | 1,414.80 | Total Area | 4,263.57 | Interior Wall Area |
| 1,591.67 | Exterior Wall Area | 159.17 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **Healthy Home Solutions, LLC**

## Summary

| | |
|---|---:|
| Line Item Total | 118,093.58 |
| Material Sales Tax | 3,317.94 |
| Storage Rental Tax | 34.60 |
| Subtotal | 121,446.12 |
| Overhead | 11,856.61 |
| Profit | 11,856.61 |
| **Replacement Cost Value** | **$145,159.34** |
| **Net Claim** | **$145,159.34** |

Shawn Macomber

 **Healthy Home Solutions, LLC**

### Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Storage Rental Tax (7%) |
|---|---|---|---|---|
| Line Items | 11,856.61 | 11,856.61 | 3,317.94 | 34.60 |
| Total | 11,856.61 | 11,856.61 | 3,317.94 | 34.60 |

 **Healthy Home Solutions, LLC**

## Recap by Room

**Estimate: CARTER_703**

| | | |
|---|---:|---:|
| General Items | 8,133.35 | 6.89% |
| Electrical | 5,559.34 | 4.71% |
| Mechanical | 12,361.76 | 10.47% |
| Plumbing | 2,672.16 | 2.26% |
| Exterior | 1,263.26 | 1.07% |
| | | |
| **Area: Main Level** | 1,030.99 | 0.87% |
| Pantry | 996.06 | 0.84% |
| Kitchen | 16,000.47 | 13.55% |
| Laundry Room | 2,998.36 | 2.54% |
| Living Room | 17,907.43 | 15.16% |
| Bathroom | 7,965.41 | 6.74% |
| Hallway | 3,820.82 | 3.24% |
| Linen Closet | 1,003.51 | 0.85% |
| Bedroom | 5,515.08 | 4.67% |
| Closet 1 | 1,034.10 | 0.88% |
| Master Bedroom | 6,749.45 | 5.72% |
| Master Bath | 13,106.92 | 11.10% |
| Master Closet | 2,464.70 | 2.09% |
| Garage | 7,332.10 | 6.21% |
| | | |
| Area Subtotal: Main Level | 87,925.40 | 74.45% |
| Labor Minimums Applied | 178.31 | 0.15% |
| | | |
| **Subtotal of Areas** | 118,093.58 | 100.00% |
| | | |
| **Total** | 118,093.58 | 100.00% |

 **Healthy Home Solutions, LLC**

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| APPLIANCES | 1,857.09 | 1.28% |
| CABINETRY | 6,045.43 | 4.16% |
| CLEANING | 5,367.24 | 3.70% |
| CONT: PACKING,HANDLNG,STORAGE | 614.29 | 0.42% |
| GENERAL DEMOLITION | 10,302.43 | 7.10% |
| DOORS | 4,682.65 | 3.23% |
| DRYWALL | 10,996.14 | 7.58% |
| ELECTRICAL | 10,166.74 | 7.00% |
| FLOOR COVERING - CARPET | 1,189.79 | 0.82% |
| FLOOR COVERING - WOOD | 6,042.32 | 4.16% |
| PERMITS AND FEES | 899.00 | 0.62% |
| FINISH CARPENTRY / TRIMWORK | 2,886.78 | 1.99% |
| FINISH HARDWARE | 1,076.16 | 0.74% |
| FRAMING & ROUGH CARPENTRY | 284.16 | 0.20% |
| HAZARDOUS MATERIAL REMEDIATION | 3,030.00 | 2.09% |
| HEAT,  VENT & AIR CONDITIONING | 11,677.26 | 8.04% |
| INSULATION | 2,121.52 | 1.46% |
| LIGHT FIXTURES | 3,554.96 | 2.45% |
| LANDSCAPING | 270.00 | 0.19% |
| MARBLE - CULTURED OR NATURAL | 621.85 | 0.43% |
| MIRRORS & SHOWER DOORS | 817.38 | 0.56% |
| PLUMBING | 14,226.32 | 9.80% |
| PAINTING | 11,515.42 | 7.93% |
| STAIRS | 339.49 | 0.23% |
| TEMPORARY REPAIRS | 502.33 | 0.35% |
| WINDOW TREATMENT | 850.62 | 0.59% |
| WATER EXTRACTION & REMEDIATION | 3,414.72 | 2.35% |
| O&P Items Subtotal | 115,352.09 | 79.47% |

| Non-O&P Items | Total | % |
|---|---:|---:|
| ELECTRONICS | 1,350.00 | 0.93% |
| TOOLS | 210.00 | 0.14% |
| WATER EXTRACTION & REMEDIATION | 1,181.49 | 0.81% |
| Non-O&P Items Subtotal | 2,741.49 | 1.89% |
| O&P Items Subtotal | 115,352.09 | 79.47% |
| Material Sales Tax | 3,317.94 | 2.29% |
| Storage Rental Tax | 34.60 | 0.02% |
| Overhead | 11,856.61 | 8.17% |
| Profit | 11,856.61 | 8.17% |

 Healthy Home Solutions, LLC

Total                                                     145,159.34          100.00%

This estimate is based upon a visual inspection of the property. It is not possible to know or predict the conditions of hidden or unseen elements. If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate.