UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-cv-1395 | |

## TAISHAN'S OBJECTIONS TO PLAINTIFFS' EXHIBITS

| Plaintiffs' Ex. No. | Description of Exhibit | Taishan's Objection |
|---|---|---|
| 1 | Carter Inspection Report | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)).<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 2 | Gibbs Inspection Report | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)).<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 3 | Taishan's Statement on Product ID & Attribution | *No Objection* |

1

| Plaintiffs' Ex. No. | Description of Exhibit | Taishan's Objection |
|---|---|---|
| 4 | Carter Home Repair Estimate | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A))<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 5 | Gibbs Home Repair Estimate | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)).<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 6 | Carter Invoice from Healthy Home Solutions | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A))<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Untimely** – Developed after February 5 close of all discovery per CMO and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 7 | Carter Warranty Deed | *No Objection* |

| Plaintiffs' Ex. No. | Description of Exhibit | Taishan's Objection |
|---|---|---|
| 8 | Carter Moving Expense Quote | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A))<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Foundation** – No authentication for online price quote printouts<br>• **Hearsay** – online price quote printouts is an out of court statement being offered to prove the truth of the matter asserted<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 9 | Carter Lease | *No Objection* |
| 10 | Carter Personal Property and Home Repair Itemization | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)). Online price quotes are not proper measure of personal property damage under Alabama law (see Pre-Trial Brief at § IV(D))<br>• **Foundation** – no authentication for online price quote printouts<br>• **Foundation** – no evidentiary foundation that these items were damaged by drywall in Plaintiffs' property<br>• **Hearsay** – online price quote printouts an out of court statement being offered to prove the truth of the matter asserted |

| Plaintiffs' Ex. No. | Description of Exhibit | Taishan's Objection |
|---|---|---|
| 11 | Carter Storage Insurance Quote | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)).<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Foundation** – No authentication of online price quote printout<br>• **Hearsay** – online price quote printout is an out of court statement being offered to prove the truth of the matter asserted<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 12 | Gibbs Invoice from Healthy Home Solutions | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)).<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Untimely** – Developed after February 5 close of all discovery per CMO and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 13 | Gibbs Warranty Deed | *No Objection* |
| 14 | Gibbs Home Repair Itemization | • **Relevance** – evidence of past payments are not proper measure of personal property damage under Alabama law (see Pre-Trial Brief at § IV(D))<br>• **Foundation** – no evidentiary foundation that these items were damaged by drywall in Plaintiffs' property |
| 15 | Gibbs Personal Property Itemization | • **Relevance** – Proof of payment is not proper measure of personal property damage under Alabama law (see Pre-Trial Brief at § IV(D))<br>• **Foundation** – no evidentiary foundation that these items were damaged by drywall in Plaintiffs' property |

| Plaintiffs' Ex. No. | Description of Exhibit | Taishan's Objection |
|---|---|---|
| 16 | Gibbs Moving and Storage Quote | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)).<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Foundation** – No authentication of online price quote<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |
| 17 | Gibbs Home Rental Quote | • **Relevance** – remediation damages categorically disallowed under Alabama law (see Taishan's Pre-Trial Brief at § IV(A)).<br>• **Foundation** – Inadmissible expert report – noncompliant with FRCP 26(a)(2)(B) & 26(a)(2)(D)<br>• **Foundation** – No authentication of online price quote<br>• **Untimely** – Developed after February 5 close of all discovery per CMO (Rec. Doc. 22976) and less than 90 days before trial per FRCP 26(a)(2)(D) |

Dated: March 26, 2021

Respectfully submitted,

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Harry Rosenberg, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2021.

/s Christina Hull Eikhoff
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*