UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL                 MDL No. 2047
PRODUCTS LIABILITY LITIGATION

                                                                                    SECTION: L

This Document Relates to:     ALL CASES                      Judge Fallon
                                                                                    Mag. Judge Wilkinson

_____/

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY THE KB HOME ENTITIES

Pursuant to Pretrial Order No. 1(J), dated March 20, 2015, KB HOME and its past and present subsidiaries and affiliates, including without limitation, KB HOME Tampa LLC, KB HOME Florida LLC, KB HOME Treasure Coast LLC, KB HOME Jacksonville LLC, KB HOME Orlando LLC, KB HOME Fort Myers LLC and KB HOME/SHAW Louisiana LLC (referred to herein as "the KB Home Entities") hereby give notice of their intention to dispose of the physical evidence that the KB Home Entities were previously preserving from the following property or properties:  SEE ATTACHED EXHIBIT A WITH LIST OF PROPERTIES.

Any person or entity wishing to inspect this  physical  evidence or, in the case of the owner of the property, take possession of this physical evidence at their own expense, must do so within thirty (30) days of the date of this notice upon reasonable notice to the KB Home Entities by contacting counsel for the KB Home Entities, Katherine Heckert, by telephone at (813) 229-4233 and by email at kheckert@carltonfields.com.  Upon the expiration of the 30 day period, the KB Home Entities may dispose of such physical evidence.

Dated:  October 26, 2022

                                                        */s/  Jaret J. Fuente*_____
                                                        Lannie D. Hough, Jr.
                                                        Florida Bar No. 264121
                                                        Katherine L. Heckert

130802361.1

Florida Bar No. 85038
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
lhough@carltonfields.com
kheckert@carltonfields.com
jfuente@carltonfields.com
cmoody@carltonfields.com
nbonilla@carltonfields.com
*Counsel for the KB Home Entities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Disposal of Physical Evidence by the KB Home Entities** has been served on <u>Plaintiffs' Liaison Counsel</u>, Russ Herman, and <u>Defendants' Liaison Counsel</u>, Kerry Miller, Esq., and <u>Homebuilders' Liaison Counsel</u>,  Phillip A. Wittman, Esq. and Dorothy Wimberly, Esq.,  and  <u>Insurer Defendants' Liaison Counsel</u>, Judy Y. Barrasso, Esq., by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, <u>and</u> that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of October, 2022.

*/s/  Jaret J. Fuente*
Attorney

130802361.1

**Exhibit A to**
**Notice of Disposal of Physical Evidence by the KB Home Entities**

| No. | Address |
|---|---|
| 1 | 31706 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 2 | 2530 White Sand Lane, Clearwater, Florida 33763 |
| 3 | 3188 Kearns Road, Mulberry, Florida 33860 |
| 4 | 4525 Limerick Drive, Tampa, Florida 33610 |
| 5 | 2565 Hidden Cove Lane, Clearwater, Florida 33763 |
| 6 | 4832 Tuscan Loon Drive, Tampa, Florida 33619 |
| 7 | 7232 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 8 | 5315 Sandy Shell Drive, Apollo Beach, Florida 33752 |
| 9 | 26063 Deep Creek Boulevard, Punta Gorda, Florida 33983 |
| 10 | 11636 Mango Ridge Blvd, Seffner, Florida 33584 |
| 11 | 6325 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 12 | 4771 Tuscan Loon Drive, Tampa, Florida 33619 |
| 13 | 2088 Sun Down Drive, Clearwater, Florida 33763 |
| 14 | 2510 Blackwood Drive, Mulberry, Florida 33860 |
| 15 | 2974 Royal Tuscan Lane, Valrico, Florida 33594 |
| 16 | 4757 Tuscan Loon Drive, Tampa, Florida 33619 |
| 17 | 4105 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 18 | 3193 Kearns Road, Mulberry, Florida 33860 |
| 19 | 4617 Limerick Drive, Tampa, Florida 33610 |
| 20 | 10831 Kensington Park Avenue, Riverview, Florida 33578 |
| 21 | 10932 Johanna Avenue, Riverview, Florida 33578 |
| 22 | 10847 Kensington Park Avenue, Riverview, Florida 33578 |
| 23 | 5305 Aloha Seed Drive, Seffner, Florida 33584 |
| 24 | 2970 Royal Tuscan Lane, Valrico, Florida 33594 |
| 25 | 2566 Hidden Cove Lane, Clearwater, Florida 33763 |
| 26 | 538 Vincinda Crest Way, Tampa, Florida 33619 |
| 27 | 7200 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 28 | 2068 Sun Down Drive, Clearwater, Florida 33763 |
| 29 | 6343 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 30 | 10926 Johanna Avenue, Riverview, Florida 33578 |
| 31 | 5323 Sandy Shell Drive, Apollo Beach, Florida 33572 |
| 32 | 8806 White Sage Loop, Bradenton, Florida 34202 |
| 33 | 18150 Star Jasmine Court, Lehigh Acres, Florida 33972 |
| 34 | 3030 Royal Tuscan Lane, Valrico, Florida 33594 |
| 35 | 2529 Bayside Pointe Lane, Clearwater, Florida 33763 |

| 36 | 4607 Limerick Drive, Tampa, Florida 33610 |
| 37 | 4514 Limerick Drive, Tampa, Florida 33610 |
| 38 | 17432 Cape Horn Boulevard, Punta Gorda, Florida 33955 |
| 39 | 2024 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 40 | 608 Wheaton Trent Place, Tampa, Florida 33619 |
| 41 | 3226 Ogden Drive, Mulberry, Florida 33860 |
| 42 | 4852 Tuscan Loon Drive, Tampa, Florida 33619 |
| 43 | 3028 Royal Tuscan Lane, Valrico, Florida 33594 |
| 44 | 505 Vincinda Crest Way, Tampa, Florida 33619 |
| 45 | 2029 Searay Shore Drive, Clearwater, Florida 33763 |
| 46 | 7227 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 47 | 4713 Pickering Harbor Place, Tampa, Florida 33619 |
| 48 | 3201 Kearns Road, Mulberry, Florida 33860 |
| 49 | 3029 Park Ridge Avenue, Mulberry, Florida 33860 |
| 50 | 25554 Prada Drive, Punta Gorda, Florida 33955 |
| 51 | 1963 Searay Shore Drive, Clearwater, Florida 33763 |
| 52 | 2569 Hidden Cove Lane, Clearwater, Florida 33763 |
| 53 | 2520 Sand Dollar Lane, Clearwater, Florida 33763 |
| 54 | 25805 Prada Drive, Punta Gorda, Florida 33955 |
| 55 | 2580 Sea Wind Way, Clearwater, Florida 33763 |
| 56 | 9226 Aegean Circle, Lehigh Acres, Florida 33936 |
| 57 | 9280 Aegean Circle, Lehigh Acres, Florida 33936 |
| 58 | 8712 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 59 | 4407 Tuscan Loon Drive, Tampa, Florida 33619 |
| 60 | 7222 Seedpod Loop, Wesley Chapel, Florida 33545 |
| 61 | 10045 Winding River Road, Punta Gorda, Florida 33950 |
| 62 | 3149 Kearns Road, Mulberry, Florida 33860 |
| 63 | 7221 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 64 | 6930 Marble Fawn Place, Riverview, Florida 33578 |
| 65 | 9225 Aegean Circle, Lehigh Acres, Florida 33936 |
| 66 | 4834 Tuscan Loon Drive, Tampa, Florida 33619 |
| 67 | 519 Vincinda Crest Way, Tampa, Florida 33619 |
| 68 | 3037 Park Ridge Avenue, Mulberry, Florida 33860 |
| 69 | 2580 Hidden Cove Lane, Clearwater, Florida 33763 |
| 70 | 4510 Limerick Drive, Tampa, Florida 33610 |
| 71 | 2574 Sea Wind Way, Clearwater, Florida 33763 |
| 72 | 22552 Tampa Avenue, Port Charlotte, Florida 33952 |
| 73 | 7352 Black Walnut Way, Bradenton, Florida 34202 |
| 74 | 5306 Sandy Shell Drive, Apollo Beach, Florida 33572 |
| 75 | 405 Crichton Street, Ruskin, Florida 33570 |
| 76 | 4100 Festival Pointe Blvd, Mulberry, Florida 33860 |

130802361.1

| 77 | 10942 Johanna Avenue, Riverview, Florida 33578 |
| 78 | 4768 Tuscan Loon Drive, Tampa, Florida 33619 |
| 79 | 2014 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 80 | 3239 Ogden Drive, Mulberry, Florida 33860 |
| 81 | 190 Valdiva Street, Punta Gorda, Florida 33983 |
| 82 | 31852 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 83 | 7248 Seedpod Loop, Wesley Chapel, Florida 33545 |
| 84 | 6224 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 85 | 10016 Winding River Road, Punta Gorda, Florida 33950 |
| 86 | 2028 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 87 | 2042 Sun Down Drive, Clearwater, Florida 33763 |
| 88 | 2018 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 89 | 2026 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 90 | 3256 Ogden Drive, Mulberry, Florida 33860 |
| 91 | 6928 Marble Fawn Place, Riverview, Florida 33578 |
| 92 | 10851 Kensington Park Avenue, Riverview, Florida 33578 |
| 93 | 25784 Prada Drive, Punta Gorda, Florida 33955 |
| 94 | 4211 Digital Court, Mulberry, Florida 33860 |
| 95 | 4836 Tuscan Loon Drive, Tampa, Florida 33619 |
| 96 | 4813 Tuscan Loon Drive, Tampa, Florida 33619 |
| 97 | 2577 Hidden Cove Lane, Clearwater, Florida 33763 |
| 98 | 9117 Lantern Oak Way, Land O Lakes, Florida 34638 |
| 99 | 3001 Park Ridge Avenue, Mulberry, Florida 33860 |
| 100 | 7212 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 101 | 25354 Cadiz Drive, Punta Gorda, Florida 33955 |
| 102 | 2031 Searay Shore Drive, Clearwater, Florida 33763 |
| 103 | 2525 Bayside Pointe Lane, Clearwater, Florida 33763 |
| 104 | 4609 Limerick Drive, Tampa, Florida 33610 |
| 105 | 17378 Cape Horn Boulevard, Punta Gorda, Florida 33955 |
| 106 | 6301 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 107 | 1701 Chalksand Way, Ruskin, Florida 33570 |
| 108 | 7350 Black Walnut Way, Bradenton, Florida 34202 |
| 109 | 2008 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 110 | 11634 Mango Ridge Blvd, Seffner, Florida 33584 |
| 111 | 2092 Sun Down Drive, Clearwater, Florida 33763 |
| 112 | 1977 Searay Shore Drive, Tampa, Florida 33763 |
| 113 | 6817 Dartmouth Hill Street, Riverview, Florida 33578 |
| 114 | 31819 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 115 | 4433 Starlight Pointe Drive, Mulberry, Florida 33860 |
| 116 | 3036 Park Ridge Avenue, Mulberry, Florida 33860 |

130802361.1

| 117 | 3250 Ogden Drive, Mulberry, Florida 33860 |
| 118 | 4759 Tuscan Loon Drive, Tampa, Florida 33619 |
| 119 | 3124 Kearns Road, Mulberry, Florida 33860 |
| 120 | 4406 Tuscan Loon Drive, Tampa, Florida 33619 |
| 121 | 4605 Limerick Drive, Tampa, Florida 33610 |
| 122 | 6349 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 123 | 2090 Sun Down Drive, Clearwater, Florida 33763 |
| 124 | 6319 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 125 | 11640 Mango Ridge Blvd, Seffner, Florida 33684 |
| 126 | 3185 Kearns Road, Mulberry, Florida 33860 |
| 127 | 4408 Tuscan Loon Drive, Tampa, Florida 33619 |
| 128 | 3180 Kearns Road, Tampa, Florida 33860 |
| 129 | 6835 Dartmouth Hill Street, Riverview, Florida 33578 |
| 130 | 3044 Royal Tuscan Lane, Valrico, Florida 33594 |
| 131 | 503 Vincinda Crest Way, Tampa, Florida 33619 |
| 132 | 6325 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 133 | 4778 Tuscan Loon Drive, Tampa, Florida 33619 |
| 134 | 8070 Allamanda Court, Lehigh Acres, Florida 33972 |
| 135 | 4849 Tuscan Loon Drive, Tampa, Florida 33619 |
| 136 | 3589 Garlenda Avenue, North Port, Florida 34286 |
| 137 | 21506 Beaverton Avenue, Punta Gorda, Florida 33983 |
| 138 | 5688 Gagstatter Road, North Port, Florida 34291 |
| 139 | 2522 White Sand Lane, Clearwater, Florida 33763 |
| 140 | 4416 Starlight Pointe Drive, Mulberry, Florida 33860 |
| 141 | 2048 Sun Down Drive, Clearwater, Florida 33763 |
| 142 | 31551 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 143 | 6942 Marble Fawn Place, Riverview, Florida 33578 |
| 144 | 10804 Kensington Park Avenue, Riverview, Florida 33578 |
| 145 | 2037 Searay Shore Drive, Clearwater, Florida 33763 |
| 146 | 2035 Searay Shore Drive, Clearwater, Florida 33763 |
| 147 | 2076 Sun Down Drive, Clearwater, Florida 33763 |
| 148 | 10038 Winding River Road, Punta Gorda, Florida 33950 |
| 149 | 2094 Sun Down Drive, Clearwater, Florida 33763 |
| 150 | 4092 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 151 | 6332 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 152 | 8808 White Sage Loop, Bradenton, Florida 34202 |
| 153 | 2520 Sandy Beach Lane, Clearwater, Florida 33763 |
| 154 | 3262 Ogden Drive, Mulberry, Florida 33860 |
| 155 | 12537 Oulton Circle, Orlando, Florida 32832 |
| 156 | 31824 Spoonflower Circle, Wesley Chapel, Florida 33545 |

130802361.1

| 157 | 26077 Deep Creek Boulevard, Punta Gorda, Florida 33983 |
|-----|---------------------------------------------------------|
| 158 | 2520 White Sand Lane, Clearwater, Florida 33763 |
| 159 | 2003 Searay Shore Drive, Clearwater, Florida 33763 |
| 160 | 1156 NW 1st Avenue, Cape Coral, Florida 33993 |
| 161 | 2570 Hidden Cove Lane, Clearwater, Florida 33763 |
| 162 | 4875 Tuscan Loon Drive, Tampa, Florida 33619 |
| 163 | 11021 Pond Pine Drive, Riverview, Florida 33569 |
| 164 | 3218 Ogden Drive, Mulberry, Florida 33860 |
| 165 | 7444 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 166 | 24518 Wallaby Lane, Punta Gorda, Florida 33955 |
| 167 | 551 Vincinda Crest Way, Tampa, Florida 33619 |
| 168 | 2531 White Sand Lane, Clearwater, Florida 33763 |
| 169 | 517 Vincinda Crest Way, Tampa, Florida 33619 |
| 170 | 2531 Bayside Pointe Lane, Clearwater, Florida 33763 |
| 171 | 3144 Royal Tuscan Lane, Valrico, Florida 33594 |
| 172 | 1625 SW 2nd Terrace, Cape Coral, Florida 33991 |
| 173 | 4109 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 174 | 2007 Searay Shore Drive, Clearwater, Florida 33763 |
| 175 | 5246 Moon Shell Drive, Apollo Beach, Florida 33572 |
| 176 | 11115 Running Pine Drive, Riverview, Florida 33569 |
| 177 | 2523 White Sand Lane, Clearwater, Florida 33763 |
| 178 | 3040 Royal Tuscan Lane, Valrico, Florida 33594 |
| 179 | 3133 Kearns Road, Mulberry, Florida 33860 |
| 180 | 413 Vine Cliff Street, Ruskin, Florida 33570 |
| 181 | 6944 Marble Fawn Place, Riverview, Florida 33578 |
| 182 | 2022 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 183 | 25385 Durango Court, Punta Gorda, Florida 33955 |
| 184 | 617 Wheaton Trent Place, Tampa, Florida 33619 |
| 185 | 6338 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 186 | 6936 Marble Fawn Place, Riverview, Florida 33578 |
| 187 | 5406 Hammock View Lane, Apollo Beach, Florida 33572 |
| 188 | 6214 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 189 | 24490 Wallaby Lane, Punta Gorda, Florida 33955 |
| 190 | 7208 Seedpod Loop, Wesley Chapel, Florida 33545 |
| 191 | 25668 Prada Drive, Punta Gorda, Florida 33955 |
| 192 | 25748 Deep Creek Boulevard, Punta Gorda, FL 33995 |
| 193 | 25528 Prada Drive, Punta Gorda. FL 33955 |
| 194 | 3266 Ogden Drive, Mulberry, Florida 33860 |
| 195 | 10841 Kensington Park Avenue, Riverview, Florida 33578 |
| 196 | 16492 Tonawanda Drive, Punta Gorda, Florida 33955 |

| | |
|---|---|
| 197 | 2422 Sage Creek Place, Apopka, Florida 32712 |
| 198 | 3145 Kearns Road, Mulberry, Florida 33860 |
| 199 | 530 Wheaton Trent Place, Tampa, Florida 33619 |
| 200 | 6310 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 201 | 504 Wheaton Trent Place, Tampa, Florida 33619 |
| 202 | 6819 Dartmouth Hill Street, Riverview, Florida 33578 |
| 203 | 549 Vincinda Crest Way, Tampa, Florida 33619 |
| 204 | 2524 White Sand Lane, Clearwater, Florida 33763 |
| 205 | 2096 Sun Down Drive, Clearwater, Florida 33763 |
| 206 | 6938 Marble Fawn Place, Riverview, Florida 33578 |
| 207 | 4621 Limerick Drive, Tampa, Florida 33610 |
| 208 | 3034 Royal Tuscan Lane, Valrico, Florida 33594 |
| 209 | 11242 Running Pine Drive, Riverview, Florida 33569 |
| 210 | 4889 Tuscan Loon Drive, Tampa, Florida 33619 |
| 211 | 3100 Kearns Road, Mulberry, Florida 33860 |
| 212 | 4840 Tuscan Loon Drive, Tampa, Florida 33619 |
| 213 | 2526 White Sand Lane, Clearwater, Florida 33673 |
| 214 | 2522 Sandy Beach Lane, Clearwater, Florida 33763 |
| 215 | 3118 Royal Tuscan Lane, Valrico, Florida 33954 |
| 216 | 10028 Winding River Road, Punta Gorda, Florida 33950 |
| 217 | 401 Vine Cliff Street, Ruskin, Florida 33570 |
| 218 | 2529 White Sand Lane, Clearwater, Florida 33763 |
| 219 | 2002 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 220 | 25632 Prada Drive, Punta Gorda, Florida 33955 |
| 221 | 4786 Tuscan Loon Drive, Tampa, Florida 33619 |
| 222 | 6345 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 223 | 9117 Bell Rock Place, Land O Lakes, Florida 34638 |
| 224 | 5237 Moon Shell Drive, Apollo Beach, Florida 33572 |
| 225 | 4851 Tuscan Loon Drive, Tampa, Florida 33619 |
| 226 | 31828 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 227 | 6328 Magnolia Trails Lane, Gibsonton, Florida 33543 |
| 228 | 4533 Limerick Drive, Tampa, Florida 33610 |
| 229 | 2078 Sun Down Drive, Clearwater, Florida 33763 |
| 230 | 11012 Running Pine Drive, Riverview, Florida 33569 |
| 231 | 5232 Moon Shell Drive, Apollo Beach, Florida 33572 |
| 232 | 2527 Bayside Pointe Lane, Clearwater, Florida 33763 |
| 233 | 4108 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 234 | 7217 Bucks Ford Drive, Riverview, Florida 33578 |
| 235 | 4543 Limerick Drive, Tampa, Florida 33610 |
| 236 | 7233 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 237 | 420 Vine Cliff Street, Ruskin, Florida 33570 |

| 238 | 3246 Ogden Drive, Mulberry, Florida 33860 |
| 239 | 3271 Ogden Drive, Mulberry, Florida 33860 |
| 240 | 2105 NW 4th Terrace, Cape Coral, Florida 33993 |
| 241 | 2080 Sun Down Drive, Clearwater, Florida 33763 |
| 242 | 4405 Starlight Pointe Drive, Mulberry, Florida 33860 |
| 243 | 8714 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 244 | 5332 Sandy Shell Drive, Apollo Beach, Florida 33572 |
| 245 | 2554 Sea Wind Way, Clearwater, Florida 33763 |
| 246 | 11113 Running Pine Drive, Riverview, Florida 33569 |
| 247 | 4084 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 248 | 31758 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 249 | 10830 Kensington Park Avenue, Riverview, Florida 33578 |
| 250 | 4869 Tuscan Loon Drive, Tampa, Florida 33619 |
| 251 | 10836 Kensington Park Avenue, Riverview, Florida 33578 |
| 252 | 6956 Hawthorne Trace Lane, Riverview, Florida 33578 |
| 253 | 8056 Allamanda Court, Lehigh Acres, Florida 33972 |
| 254 | 6335 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 255 | 618 Wheaton Trent Place, Tampa, Florida 33619 |
| 256 | 5302 Aloha Seed Drive, Seffner, Florida 33584 |
| 257 | 6322 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 258 | 6216 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 259 | 3270 Ogden Drive, Mulberry, Florida 33860 |
| 260 | 31749 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 261 | 3116 Royal Tuscan Lane, Valrico, Florida 33594 |
| 262 | 5243 Moon Shell Drive, Apollo Beach, Florida 33572 |
| 263 | 2572 Hidden Cove Lane, Clearwater, Florida 33763 |
| 264 | 2573 Hidden Cove Lane, Clearwater, Florida 33763 |
| 265 | 3274 Ogden Drive, Mulberry, FL 33860 |
| 266 | 230 S.W. Lama Avenue, Port St. Lucie, Florida 34953 |
| 267 | 31836 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 268 | 10006 Winding River Road, Punta Gorda, Florida 33950 |
| 269 | 506 Wheaton Trent Place, Tampa, Florida 33619 |
| 270 | 3206 Ogden Drive, Mulberry, Florida 33860 |
| 271 | 6932 Marble Fawn Place, Riverview, Florida 33578 |
| 272 | 1979 Searay Shore Drive, Clearwater, Florida 33763 |
| 273 | 3007 Yarrow Lane, Mulberry, Florida 33860 |
| 274 | 2522 Colony Reed Lane, Clearwater, Florida 33763 |
| 275 | 9129 Bell Rock Place, Land O Lakes, Florida 34638 |
| 276 | 3129 Kearns Road, Mulberry, Florida 33860 |
| 277 | 2530 Sand Dollar Lane, Clearwater, Florida 33763 |

| 278 | 5418 Hammock View Lane, Apollo Beach, Florida 33572 |
| 279 | 610 Wheaton Trent Place, Tampa, Florida 33619 |
| 280 | 9121 Bell Rock Place, Land O Lakes, Florida 34638 |
| 281 | 25685 Deep Creek Boulevard, Punta Gorda, Florida 33983 |
| 282 | 3013 Park Ridge Avenue, Mulberry, Florida 33860 |
| 283 | 7252 Seedpod Loop, Wesley Chapel, Florida 33545 |
| 284 | 2485 Brownwood Dr, Mulberry, Florida 33860 |
| 285 | 2552 Sea Wind Way, Clearwater, Florida 33763 |
| 286 | 2584 Hidden Cove Lane, Clearwater, Florida 33763 |
| 287 | 7354 Black Walnut Way, Bradenton, Florida 34202 |
| 288 | 16315 Maya Circle, Punta Gorda, Florida 33955 |
| 289 | 8000 Allamanda Court, Lehigh Acres, Florida 33972 |
| 290 | 512 Wheaton Trent Place, Tampa, Florida 33619 |
| 291 | 4520 Limerick Drive, Tampa, Florida 33610 |
| 292 | 3876 Nemo Avenue, North Port, Florida 34287 |
| 293 | 4120 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 294 | 8729 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 295 | 31608 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 296 | 10832 Kensington Park Avenue, Riverview, Florida 33578 |
| 297 | 4537 Limerick Drive, Tampa, Florida 33610 |
| 298 | 2015 Searay Shore Drive, Clearwater, Florida 33763 |
| 299 | 1985 Searay Shore Drive, Clearwater, Florida 33763 |
| 300 | 31623 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 301 | 6339 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 302 | 536 Vincinda Crest Way, Tampa, Florida 33619 |
| 303 | 6832 Dartmouth Hill Street, Riverview, Florida 33578 |
| 304 | 2972 Royal Tuscan Lane, Valrico, Florida 33594 |
| 305 | 2315 NW 12th Street, Cape Coral, Florida 33993 |
| 306 | 4808 Tuscan Loon Drive, Tampa, Florida 33619 |
| 307 | 2550 Sea Wind Way, Clearwater, Florida 33763 |
| 308 | 2613 Breezy Meadow Road, Apopka, Florida 32712 |
| 309 | 2524 Marina Key Lane, Clearwater, Florida 33763 |
| 310 | 10827 Kensington Park Avenue, Riverview, Florida 33578 |
| 311 | 6946 Hawthorne Trace Lane, Riverview, Florida 33578 |
| 312 | 10806 Kensington Park Avenue, Riverview, Florida 33578 |
| 313 | 4615 Limerick Drive, Tampa, Florida 33610 |
| 314 | 4764 Tuscan Loon Drive, Tampa, Florida 33619 |
| 315 | 553 Vincinda Crest Way, Tampa, Florida 33619 |

130802361.1

| | |
|---|---|
| 316 | 2578 Sea Wind Way, Clearwater, Florida 33763 |
| 317 | 3210 Ogden Drive, Mulberry, Florida 33860 |
| 318 | 528 Vincinda Crest Way, Tampa, Florida 33619 |
| 319 | 1965 Searay Shore Drive, Clearwater, Florida 33763 |
| 320 | 2009 Searay Shore Drive, Clearwater, Florida 33763 |
| 321 | 2044 Sun Down Drive, Clearwater, Florida 33763 |
| 322 | 2582 Hidden Cove Lane, Clearwater, Florida 33763 |
| 323 | 6948 Hawthorne Trace Lane, Riverview, Florida 33578 |
| 324 | 3189 Kearns Road, Mulberry, Florida 33860 |
| 325 | 4522 Limerick Drive, Tampa, Florida 33610 |
| 326 | 6320 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 327 | 24284 Vincent Ave., Punta Gorda, Florida 33955 |
| 328 | 6830 Dartmouth Hill Street, Riverview, Florida 33578 |
| 329 | 27009 Clear Creek Way, Punta Gorda, Florida 33950 |
| 330 | 6337 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 331 | 3008 Royal Tuscan Lane, Valrico, Florida 33594 |
| 332 | 414 Chimney Rock, Ruskin, Florida 33570 |
| 333 | 4792 Tuscan Loon Drive, Tampa, Florida 33619 |
| 334 | 2526 Sand Dollar Lane, Clearwater, Florida 33763 |
| 335 | 9227 Aegean Circle, Lehigh Acres, Florida 33936 |
| 336 | 2016 Sunset Meadow Drive, Clearwater, Florida 33765 |
| 337 | 2559  Hidden Cove Lane, Clearwater, Florida 33763 |
| 338 | 7302 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 339 | 529 Vincinda Crest Way, Tampa, Florida 33619 |
| 340 | 3048 Royal Tuscan Lane, Valrico, Florida 33594 |
| 341 | 1981 Searay Shore Drive, Clearwater, Florida 33763 |
| 342 | 3120 Kearns Road, Mulberry, Florida 33860 |
| 343 | 415 Vine Cliff Street, Ruskin, Florida 33570 |
| 344 | 18317 Minorea Lane, Lehigh Acres, Florida 33936 |
| 345 | 533 Vincinda Crest Way, Tampa, Florida 33619 |
| 346 | 5313 Sandy Shell Drive, Apollo Beach, Florida 33572 |
| 347 | 2521 Marina Key Lane, Clearwater, Florida 33763 |
| 348 | 3197 Kearns Road, Mulberry, Florida 33860 |
| 349 | 1946 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 350 | 3046 Royal Tuscan Lane, Valrico, Florida 33594 |
| 351 | 410 Vine Cliff Street, Ruskin, Florida 33570 |
| 352 | 527 Vincinda Crest Way, Tampa, Florida 33619 |
| 353 | 10837 Kensington Park Avenue, Riverview, Florida 33578 |
| 354 | 1983 Searay Shore Drive, Clearwater, Florida 33763 |
| 355 | 8010 Fountain Mist Boulevard, Lehigh Acres, Florida 33972 |

130802361.1

| 356 | 5416 Hammock View Lane, Apollo Beach, Florida 33572 |
| 357 | 4128 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 358 | 2005 Searay Shore Drive, Clearwater, Florida 33763 |
| 359 | 17277 Butternut Court, Punta Gorda, Florida 33955 |
| 360 | 24490 San Rafael Road, Punta Gorda, Florida 33955 |
| 361 | 17346 Cape Horn Boulevard, Punta Gorda, Florida 33955 |
| 362 | 17370 Cape Horn Boulevard, Punta Gorda, Florida 33955 |
| 363 | 524 Wheaton Trent Place, Tampa, Florida 33619 |
| 364 | 1992 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 365 | 6341 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 366 | 6942 Hawthorne Trace Lane, Riverview, Florida 33578 |
| 367 | 11010 Running Pine Drive, Riverview, Florida 33569 |
| 368 | 6829 Dartmouth Hill Street, Riverview, Florida 33578 |
| 369 | 19508 Timberbluff Drive, Land O Lakes, Florida 34638 |
| 370 | 615 Wheaton Trent Place, Tampa, Florida 33619 |
| 371 | 545 Vincinda Crest Way, Tampa, Florida 33619 |
| 372 | 510 Wheaton Trent Place, Tampa, Florida 33619 |
| 373 | 8150 Blue Daze Court, Lehigh Acres, Florida 33972 |
| 374 | 10808 Kensington Park Avenue, Riverview, Florida 33578 |
| 375 | 3006 Royal Tuscan Lane, Valrico, Florida 33594 |
| 376 | 425 Vine Cliff Street, Ruskin, Florida 33570 |
| 377 | 31526 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 378 | 2033 Searay Shore Drive, Clearwater, Florida 33765 |
| 379 | 31632 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 380 | 10834 Kensington Park Avenue, Riverview, Florida 33578 |
| 381 | 11638 Mango Ridge Blvd, Seffner, Florida 33584 |
| 382 | 6326 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 383 | 4850 Tuscan Loon Drive, Tampa, Florida 33619 |
| 384 | 2575 Hidden Cove Lane, Clearwater, Florida 33763 |
| 385 | 3142 Royal Tuscan Lane, Valrico, Florida 33594 |
| 386 | 4603 Limerick Drive, Tampa, Florida 33610 |
| 387 | 609 Wheaton Trent Place, Tampa, Florida 33619 |
| 388 | 3214 Ogden Drive, Mulberry, Florida 33860 |
| 389 | 1727 NW 17th Terrace, Cape Coral, Florida 33993 |
| 390 | 528 Wheaton Trent Place, Tampa, Florida 33619 |
| 391 | 3259 Ogden Drive, Mulberry, FL 33860 |
| 392 | 4539 Limerick Drive, Tampa, Florida 33610 |
| 393 | 517 NW 5th Street, Cape Coral, Florida 33993 |
| 394 | 547 Vincinda Crest Way, Tampa, Florida 33619 |
| 395 | 5338 Sandy Shell Drive, Apollo Beach, Florida 33572 |

| 396 | 3050 Royal Tuscan Lane, Valrico, Florida 33594 |
| 397 | 6331 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 398 | 3184 Kearns Road, Mulberry, Florida 33860 |
| 399 | 4523 Limerick Drive, Tampa, Florida 33610 |
| 400 | 3104 Royal Tuscan Lane, Valrico, Florida 33594 |
| 401 | 6321 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 402 | 5336 Sandy Shell Drive, Apollo Beach, Florida 33572 |
| 403 | 3106 Royal Tuscan Lane, Valrico, Florida 33594 |
| 404 | 6948 Marble Fawn Place, Riverview, Florida 33578 |
| 405 | 10810 Kensington Park Avenue, Riverview, Florida 33578 |
| 406 | 3242 Ogden Drive, Mulberry, Florida 33860 |
| 407 | 4815 Tuscan Loon Drive, Tampa, Florida 33619 |
| 408 | 7323 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 409 | 1720 Atlantic Dr, Ruskin, Florida 33570 |
| 410 | 2525 Colony Reed Lane, Clearwater, Florida 33763 |
| 411 | 2054 Sun Down Drive, Clearwater, Florida 33763 |
| 412 | 6952 Marble Fawn Place, Riverview, Florida 33578 |
| 413 | 10934 Johanna Avenue, Riverview, Florida 33578 |
| 414 | 3104 Kearns Road, Mulberry, Florida 33860 |
| 415 | 163 Haines Road, Palm Bay, Florida 32908 |
| 416 | 31636 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 417 | 2084 Sun Down Drive, Clearwater, Florida 33763 |
| 418 | 7207 Bridgeview Drive, Zephyrhills, Florida 33545 |
| 419 | 3263 Ogden Drive, Mulberry, Florida 33860 |
| 420 | 4526 Limerick Drive, Tampa, Florida 33610 |
| 421 | 508 Wheaton Trent Place, Tampa, Florida 33619 |
| 422 | 2525 Sandy Beach Lane, Clearwater, Florida 33765 |
| 423 | 11240 Running Pine Drive, Riverview, Florida 33569 |
| 424 | 3125 Kearns Road, Mulberry, Florida 33860 |
| 425 | 4755 Tuscan Loon Drive, Tampa, Florida 33619 |
| 426 | 3192 Kearns Road, Mulberry, Florida 33860 |
| 427 | 2556 Hidden Cove Lane, Clearwater, Florida 33763 |
| 428 | 4136 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 429 | 2098 Sun Down Drive, Clearwater, Florida 33763 |
| 430 | 9353 Aegean Circle, Lehigh Acres, Florida 33936 |
| 431 | 521 Vincinda Crest Way, Tampa, Florida 33619 |
| 432 | 537 Vincinda Crest Way, Tampa, Florida 33619 |
| 433 | 2013 Searay Shore Drive, Clearwater, Florida 33763 |
| 434 | 2574 Hidden Cove Lane, Clearwater, Florida 33763 |
| 435 | 16226 Cape Horn Boulevard, Punta Gorda, Florida 33955 |

130802361.1

| 436 | 8151 Blue Daze Court, Lehigh Acres, Florida 33972 |
|-----|----|
| 437 | 404 Vine Cliff Street, Ruskin, Florida 33570 |
| 438 | 406 Crichton Street, Ruskin, Florida 33570 |
| 439 | 4565 Limerick Drive, Tampa, Florida 33610 |
| 440 | 8050 Allamanda Court, Lehigh Acres, Florida 33972 |
| 441 | 3137 Kearns Road, Mulberry, Florida 33860 |
| 442 | 3010 Royal Tuscan Lane, Valrico, Florida 33594 |
| 443 | 4535 Limerick Drive, Tampa, Florida 33610 |
| 444 | 3154 Royal Tuscan Lane, Valrico, Florida 33594 |
| 445 | 10853 Kensington Park Avenue, Riverview, Florida 33578 |
| 446 | 407 Vine Cliff Street, Ruskin, Florida 33570 |
| 447 | 3042 Royal Tuscan Lane, Valrico, Florida 33594 |
| 448 | 4873 Tuscan Loon Drive, Tampa, Florida 33619 |
| 449 | 10818 Kensington Park Avenue, Riverview, Florida 33578 |
| 450 | 27013 Creekbridge Drive, Punta Gorda, Florida 33950 |
| 451 | 3122 Royal Tuscan Lane, Valrico, Florida 33594 |
| 452 | 4559 Limerick Drive, Tampa, Florida 33610 |
| 453 | 3041 Park Ridge Avenue, Mulberry, Florida 33860 |
| 454 | 2824 SW 2nd Lane, Cape Coral, Florida 33991 |
| 455 | 1961 Searay Shore Drive, Clearwater, Florida 33763 |
| 456 | 5306 Aloha Seed Drive, Seffner, Florida 33584 |
| 457 | 10944 Johanna Avenue, Riverview, Florida 33578 |
| 458 | 10924 Johanna Avenue, Riverview, Florida 33578 |
| 459 | 2082 Sun Down Drive, Clearwater, Florida 33763 |
| 460 | 8061 Allamanda Court, Lehigh Acres, Florida 33972 |
| 461 | 2522 Marina Key Lane, Clearwater, Florida 33763 |
| 462 | 3032 Royal Tuscan Lane, Valrico, Florida 33594 |
| 463 | 4124 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 464 | 4853 Tuscan Loon Drive, Tampa, Florida 33619 |
| 465 | 2031 NW 6th Terrace, Cape Coral, Florida 33993 |
| 466 | 1987 Searay Shore Drive, Clearwater, Florida 33763 |
| 467 | 4854 Tuscan Loon Drive, Tampa, Florida 33619 |
| 468 | 3251 Ogden Drive, Mulberry, Florida 33860 |
| 469 | 8112 Silent Creek Drive, Tampa, Florida 33615 |
| 470 | 4707 Pickering Harbor Place, Tampa, Florida 33619 |
| 471 | 7244 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 472 | 3153 Kearns Road, Mulberry, Florida 33860 |
| 473 | 4112 Festival Pointe Boulevard, Mulberry, Florida 33860 |
| 474 | 10844 Lake Saint Charles Boulevard, Riverview, Florida 33578 |

130802361.1

| 475 | 4773 Tuscan Loon Drive, Tampa, Florida 33619 |
| 476 | 10928 Johanna Avenue, Riverview, Florida 33578 |
| 477 | 7212 Seedpod Loop, Wesley Chapel, Florida 33545 |
| 478 | 4524 Limerick Drive, Tampa, Florida 33610 |
| 479 | 4804 Tuscan Loon Drive, Tampa, Florida 33619 |
| 480 | 6230 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 481 | 2557 Hidden Cove Lane, Clearwater, Florida 33763 |
| 482 | 3021 Park Ridge Avenue, Mulberry, Florida 33860 |
| 483 | 5240 Moon Shell Drive, Apollo Beach, Florida 33572 |
| 484 | 10833 Kensington Park Avenue, Riverview, Florida 33578 |
| 485 | 2202 Blackwood Drive, Mulberry, Florida 33860 |
| 486 | 4506 Limerick Drive, Tampa, Florida 33610 |
| 487 | 6952 Hawthorne Trace Lane, Riverview, Florida 33578 |
| 488 | 2521 White Sand Lane, Clearwater, Florida 33763 |
| 489 | 3017 Park Ridge Avenue, Mulberry, Florida 33860 |
| 490 | 3267 Ogden Drive, Mulberry, Florida 33860 |
| 491 | 11248 Running Pine Drive, Riverview, Florida 33578 |
| 492 | 4753 Tuscan Loon Drive, Tampa, Florida 33619 |
| 493 | 416 Vine Cliff Street, Ruskin, Florida 33570 |
| 494 | 4541 Limerick Drive, Tampa, Florida 33610 |
| 495 | 2266 Blackwood Drive, Mulberry, Florida 33860 |
| 496 | 8716 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 497 | 3110 Royal Tuscan Lane, Valrico, Florida 33594 |
| 498 | 1957 Searay Shore Drive, Clearwater, Florida 33763 |
| 499 | 8709 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 500 | 6303 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 501 | 5308 Sandy Shell Drive, Apollo Beach, Florida 33572 |
| 502 | 1959 Searay Shore Drive, Clearwater, Florida 33763 |
| 503 | 2046 Sun Down Drive, Clearwater, Florida 33763 |
| 504 | 2527 White Sand Lane, Clearwater, Florida 33673 |
| 505 | 10846 Kensington Park Avenue, Riverview, Florida 33578 |
| 506 | 8810 White Sage Loop, Bradenton, Florida 34202 |
| 507 | 2523 Bayside Pointe Lane, Clearwater, Florida 33763 |
| 508 | 3222 Ogden Drive, Mulberry, Florida 33860 |
| 509 | 17398 Isaac Lane, Punta Gorda, Florida 33995 |
| 510 | 2044 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 511 | 2553 Hidden Cove Lane, Clearwater, Florida 33763 |
| 512 | 2304 NW 14th Terrace, Cape Coral, Florida 33993 |
| 513 | 7144 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 514 | 4864 Tuscan Loon Drive, Tampa, Florida 33619 |

| 515 | 1904 NW 1st Terrace, Cape Coral, Florida 33993 |
| 516 | 318 Crichton Street, Ruskin, Florida 33570 |
| 517 | 4819 Tuscan Loon Drive, Tampa, Florida 33619 |
| 518 | 8020 Fountain Mist Boulevard, Lehigh Acres, Florida 33972 |
| 519 | 1613 Atlantic Dr, Ruskin, Florida 33570 |
| 520 | 3120 Royal Tuscan Lane, Valrico, Florida 33594 |
| 521 | 10906 Kensington Park Avenue, Riverview, Florida 33578 |
| 522 | 31540 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 523 | 543 Vincinda Crest Way, Tampa, Florida 33619 |
| 524 | 2579 Hidden Cove Lane, Clearwater, Florida 33763 |
| 525 | 4855 Tuscan Loon Drive, Tampa, Florida 33619 |
| 526 | 8725 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 527 | 10829 Kensington Park Avenue, Riverview, Florida 33578 |
| 528 | 10816 Kensington Park Avenue, Riverview, Florida 33578 |
| 529 | 3152 Royal Tuscan Lane, Valrico, Florida 33594 |
| 530 | 19442 Timberbluff Drive, Land O Lakes, Florida 34638 |
| 531 | 238 Prairie St, Palm Bay, Florida 32909 |
| 532 | 2526 Colony Reed Lane, Clearwater, Florida 33763 |
| 533 | 17411 Cape Horn Boulevard, Punta Gorda, Florida 33955 |
| 534 | 3004 Royal Tuscan Lane, Valrico, Florida 33594 |
| 535 | 2210 Mauritania Road, Punta Gorda, Florida 33983 |
| 536 | 1974 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 537 | 4891 Tuscan Loon Drive, Tampa, Florida 33619 |
| 538 | 2004 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 539 | 2522 Sand Dollar Lane, Clearwater, Florida 33765 |
| 540 | 408 Vine Cliff Street, Ruskin, Florida 33570 |
| 541 | 4619 Limerick Drive, Tampa, Florida 33610 |
| 542 | 3169 Kearns Road, Mulberry, Florida 33860 |
| 543 | 2526 Marina Key Lane, Clearwater, Florida 33763 |
| 544 | 6946 Marble Fawn Place, Riverview, Florida 33578 |
| 545 | 1982 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 546 | 3230 Ogden Drive, Mulberry, Florida 33860 |
| 547 | 3146 Royal Tuscan Lane, Valrico, Florida 33594 |
| 548 | 6220 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 549 | 2531 Marina Key Lane, Clearwater, Florida 33763 |
| 550 | 2586 Hidden Cove Lane, Clearwater, Florida 33763 |
| 551 | 3275 Ogden Drive, Mulberry, Florida 33860 |
| 552 | 6316 Cherry Blossom Trail, Gibsonton, Florida 33534 |

130802361.1

| 553 | 8071 Allamanda Court, Lehigh Acres, Florida 33972 |
|-----|----------------------------------------------------|
| 554 | 9263 Aegean Circle, Lehigh Acres, Florida 33963 |
| 555 | 3156 Royal Tuscan Lane, Valrico, Florida 33594 |
| 556 | 5414 Hammock View Lane, Apollo Beach, Florida 33572 |
| 557 | 1824 N.E. 6th Ave, Cape Coral, Florida 33909 |
| 558 | 4508 Limerick Drive, Tampa, Florida 33610 |
| 559 | 7238 Seedpod Loop, Wesley Chapel, Florida 33545 |
| 560 | 520 Wheaton Trent Place, Tampa, Florida 33619 |
| 561 | 514 Wheaton Trent Place, Tampa, Florida 33619 |
| 562 | 8804 White Sage Loop, Bradenton, Florida 34202 |
| 563 | 3234 Ogden Drive, Mulberry, Florida 33860 |
| 564 | 11632 Mango Ridge Blvd, Seffner, Florida 33584 |
| 565 | 10838 Kensington Park Avenue, Riverview, Florida 33578 |
| 566 | 13220 Brumhill Run, Orlando, Florida 32832 |
| 567 | 6954 Hawthorne Trace Lane, Riverview, Florida 33578 |
| 568 | 6229 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 569 | 17230 Nile Court, Punta Gorda, Florida 33955 |
| 570 | 4432 Starlight Pointe Drive, Mulberry, Florida 33860 |
| 571 | 2567 Hidden Cove Lane, Clearwater, Florida 33763 |
| 572 | 4432 Starlight Pointe Drive, Mulberry, Florida 33860 |
| 573 | 2029 NW 4th Terrace, Cape Coral, Florida 33993 |
| 574 | 2556 Sea Wind Way, Clearwater, Florida 33763 |
| 575 | 4838 Tuscan Loon Drive, Tampa, Florida 33619 |
| 576 | 4868 Tuscan Loon Drive, Tampa, Florida 33619 |
| 577 | 6934 Marble Fawn Place, Riverview, Florida 33578 |
| 578 | 1984 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 579 | 2521 Bayside Pointe Lane, Clearwater, Florida 33763 |
| 580 | 4806 Tuscan Loon Drive, Tampa, Florida 33619 |
| 581 | 4842 Tuscan Loon Drive, Tampa, Florida 33619 |
| 582 | 10456 River Bream Drive, Riverview, Florida 33578 |
| 583 | 1951 Searay Shore Drive, Clearwater, Florida 33763 |
| 584 | 2528 Marina Key Lane, Clearwater, Florida 33763 |
| 585 | 4635 West Price Boulevard, North Port, Florida 34286 |
| 586 | 6340 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 587 | 2006 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 588 | 2524 Sand Dollar Lane, Clearwater, Florida 33763 |
| 589 | 1962 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 590 | 16483 Tonawanda Drive, Punta Gorda, Florida 33955 |
| 591 | 6335 Magnolia Trails Lane, Gibsonton, Florida 33534 |
| 592 | 8000 Fountain Mist Boulevard, Lehigh Acres, Florida 33972 |

| 593 | 1708 Chalksand Way, Ruskin, Florida 33570 |
|---|---|
| 594 | 3045 Park Ridge Avenue, Mulberry, Florida 33860 |
| 595 | 18131 Star Jasmine Court, Lehigh Acres, Florida 33972 |
| 596 | 16140 Badalona Drive, Punta Gorda, Florida 33955 |
| 597 | 2039 Searay Shore Drive, Clearwater, Florida 33763 |
| 598 | 8041 Allamanda Court, Lehigh Acres, Florida 33972 |
| 599 | 530 Vincinda Crest Way, Tampa, Florida 33619 |
| 600 | 6328 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 601 | 302 Vine Cliff Street, Ruskin, Florida 33570 |
| 602 | 4856 Tuscan Loon Drive, Tampa, Florida 33619 |
| 603 | 24479 Vienison Lane, Punta Gorda, Florida 33955 |
| 604 | 522 Wheaton Trent Place, Tampa, Florida 33619 |
| 605 | 10812 Tilston Point, Orlando, FL 32832 |
| 606 | 2976 Royal Tuscan Lane, Valrico, Florida 33594 |
| 607 | 526 Wheaton Trent Place, Tampa, Florida 33619 |
| 608 | 1948 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 609 | 2040 Sun Down Drive, Clearwater, Florida 33763 |
| 610 | 2528 Sand Dollar Lane, Clearwater, Florida 33763 |
| 611 | 8706 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 612 | 10828 Kensington Park Avenue, Riverview, Florida 33578 |
| 613 | 8708 Sheldon Creek Blvd, Tampa, Florida 33615 |
| 614 | 6944 Hawthorne Trace Lane, Riverview, Florida 33578 |
| 615 | 2558 Hidden Cove Lane, Clearwater, Florida 33763 |
| 616 | 4390 S. Cranberry Blvd., North Port, Florida 34286 |
| 617 | 17253 Naiad Court, Punta Gorda, Florida 33955 |
| 618 | 3141 Kearns Road, Mulberry, Florida 33860 |
| 619 | 7438 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 620 | 4766 Tuscan Loon Drive, Tampa, Florida 33619 |
| 621 | 4512 Limerick Drive, Tampa, Florida 33610 |
| 622 | 8130 Blue Daze Court, Lehigh Acres, Florida 33972 |
| 623 | 3173 Kearns Road, Mulberry, FL 33860 |
| 624 | 1418 NE 9th Terrace, Cape Coral, Florida 33909 |
| 625 | 7460 Bridgeview Drive, Wesley Chapel, Florida 33545 |
| 626 | 2528 White Sand Lane, Clearwater, Florida 33763 |
| 627 | 2004 Seaside Cay Drive, Clearwater, Florida 33763 |
| 628 | 4877 Tuscan Loon Drive, Tampa, Florida 33619 |
| 629 | 10849 Kensington Park Avenue, Riverview, Florida 33578 |
| 630 | 3982 Cedar Hammock Trail, St. Cloud, Florida 34772 |
| 631 | 6302 Cherry Blossom Trail, Gibsonton, Florida 33534 |
| 632 | 3238 Ogden Drive, Mulberry, Florida 33860 |

130802361.1

| 633 | 4845 Tuscan Loon Drive, Tampa, Florida 33619 |
| 634 | 2012 Sunset Meadow Drive, Clearwater, Florida 33763 |
| 635 | 4527 Limerick Drive, Tampa, Florida 33610 |
| 636 | 24501 Cabana Road, Punta Gorda, FL 33955 |
| 637 | 3140 Royal Tuscan Lane, Valrico, Florida 33594 |
| 638 | 31528 Spoonflower Circle, Wesley Chapel, Florida 33545 |
| 639 | 5340 Sandy Shell Drive, Apollo Beach, Florida 33572 |
| 640 | 10843 Kensington Park Avenue, Riverview, Florida 33578 |
| 641 | 3165 Kearns Road, Mulberry, Florida 33860 |
| 642 | 509 Vincinda Crest Way, Tampa, Florida 33619 |
| 643 | 9224 Aegean Circle, Lehigh Acres, Florida 33936 |
| 644 | 17301 Naiad Court, Punta Gorda, Florida 33955 |
| 645 | 16320 Quesa Drive, Punta Gorda, Florida 33950 |
| 646 | 5252 Moon Shell Drive, Apollo Beach, Florida 33572 |
| 647 | 1989 Searay Shore Drive, Clearwater, Florida 33763 |
| 648 | 4862 Tuscan Loon Drive, Tampa, Florida 33619 |
| 649 | 4504 Limerick Drive, Tampa, Florida 33610 |
| 650 | 3108 Royal Tuscan Lane, Valrico, Florida 33594 |
| 651 | 4104 Festival Pointe Blvd, Mulberry, Florida 33860 |
| 652 | 11630 Mango Ridge Blvd, Seffner, Florida 33584 |
| 653 | 4866 Tuscan Loon Drive, Tampa, Florida 33619 |
| 654 | 535 Vincinda Crest Way, Tampa, Florida 33619 |
| 655 | 2086 Sun Down Drive, Clearwater, Florida 33763 |
| 656 | 10839 Kensington Park Avenue, Riverview, Florida 33578 |