MINUTE ENTRY
FALLON, J.
NOVEMBER 8, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

A telephone status conference took place on this date from the chambers of the Honorable Eldon E. Fallon. Peter and Edward Castaing participated for Plaintiff. Kerry Miller and Daniel Dysart participated for Defendants.

The parties discussed the status of this case and discovery. The Court set a trial date. Accordingly;

**IT IS ORDERED** that this case is hereby set for trial on March 20th, 2023 at 8:30 A.M. A pretrial conference is hereby set for March 7th, 2023 at 8:30 A.M. The parties are directed to submit a proposed joint scheduling order including those dates no later than November 22, 2022.

**IT IS FURTHER ORDERED** that a telephone status conference is set for January 4th, 2023 at 8:30 A.M. The parties are directed to use the following dial-information and to join at least 5 minutes before the scheduled start time.

Dial-In: (877) 336 1839

Access Code: 4227405

JS 10 (00:13)