UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

## JOINT PROPOSED SCHEDULING ORDER

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Jawad Gharib and Fatme Gharib (the "Gharibs" or "Plaintiffs") and Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively, the "Knauf Defendants"), who file this Joint Proposed Scheduling Order ("Proposed Order")pursuant to the Court's order (R. Doc. 23338).  The Court should note that the parties were unable to fit in all actions necessary to prepare this case for trial by the date of March 20, 2023, so this Proposed Order is based on the alternative trial date of April 24, 2023, as reserved by the Court during the November 8, 2022 status conference:

1. Motions for Leave to Add/Replace Expert Disclosures/Reports**:[1]**

---

[1] Plaintiffs' counsel was advised *after* the November 8, 2022 status conference that defense counsel objects to the updated expert discovery that Plaintiffs' counsel sent to them on September 27, 2022.  Despite both parties' best efforts to resolve the dispute, it is apparent that it is necessary for the Court to decide whether the Gharibs will be permitted to introduce their updated expert disclosures.  The Gharibs will proceed with this through a motion for leave to add these expert reports/disclosures. The Gharibs believe it is critical for the Court to note that their previous counsel consistently advised defense counsel of the Gharibs' intent to update their expert disclosures, so there is no element of surprise, And, the defense has already commissioned and submitted the same kind of expert reports that the Gharibs' currently seek to enter into evidence (*i.e.* Xactimate estimates). As such, the Gharibs' position is that allowing these expert disclosures into evidence would simply put them on equal footing with the defendants, but denying the Gharibs' request would put them at an extreme disadvantage at trial.   The Knauf Defendants oppose any untimely expert

1

    a. Deadline to File: **December 14, 2022**

    b. Submission Date: **January 4, 2023**

2. Dispositive Motion, Motions *in limine* and Daubert motions:

    a. Deadline to file: **February 28, 2023**

    b. Submission Date: **March 15, 2023**

3. Deposition Designations:

    a. Plaintiff initial deposition designations: **March 17, 2023**

    b. Defendant deposition designations, counter-designations and objections to Plaintiff initial designations: **March 22, 2023**

    c. Plaintiff objections to Defendant deposition designations and counter designations: **March 26, 2023**

    d. Defendant objections to any counter designations: **March 30, 2023**

4. Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, Proposed Stipulations, Exhibits, and Exhibit Objections:

    a. Deadline for Plaintiff to exchange pre-trial disclosures and proposed stipulations of fact and law, and exchange exhibits to be introduced at trial: **March 17, 2023**

    b. Deadline for Defendant to exchange pre-trial disclosures and proposed stipulations of fact and law, and exchange exhibits, and exchange exhibit objections to Plaintiff exhibits **March 22, 2023**

    c. Deadline for Plaintiff to exchange exhibit objections to Defendant exhibits**: March 26, 2023**

    d. Deadline for Parties to file Joint Pretrial Disclosures and Stipulations: **March 30, 2023**

5. Deadline to submit joint jury instructions, special voir dire, verdict forms: **April 10, 2023**

---

opinions, including Plaintiffs' attempt to replace/switch experts and expert opinions over two years after the deadlines imposed by this Court's CMO (R. Doc. 22359) and will fully submit that opposition in response to Plaintiffs' motion. The Knauf Defendants' counsel were unaware of the existence and unable to review Gharib's new counsel's emails/reports until after the November 8 status conference when it was determined the emails were quarantined as spam. Regardless, Gharib and new counsel were aware of the prior CMO, the expert deadlines that expired two years ago, and the significant pretrial litigation pursuant to the Court's CMO. If the Court grants the Motion for Leave, the Knauf Defendants believe additional deadlines will be required regarding expert discovery and rebuttal reports/disclosures and the deadlines in this scheduling order would have to be amended accordingly.

6. Pre-trial conference date: **Subject to the Court's availability between April 10, 2023 and April 24, 2023**

7. Jury Trial: **April 24, 2023 , 2023.** Expected Trial Days: 4-5

        Respectfully submitted,

        CRULL, CASTAING & LILLY

BY:   */s/ Edward J. Castaing, Jr.*
        Edward J. Castaing, Jr. #4022
        Peter E. Castaing, #35019
        Pan American Life Center
        601 Poydras Street, Suite 2323
        New Orleans, LA 70130
        Telephone: (504) 581-7700
        Facsimile: (504) 581-5523
        pcastaing@cclhlaw.com

*Counsel for Jawad Gharib and Fatme Gharib*

AND

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:     504.949.8202
Email: kmiller@fishmanhaygood.com

*Counsel for Defendant, The Knauf Defendants*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 22nd day of November, 2022.

                                          */s/ Kerry J. Miller*
                                          **KERRY J. MILLER**