# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL<br><br>NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

## ORDER

**IT IS HEREBY ORDERED** that the parties' Joint Proposed Scheduling Order is hereby **APPROVED** and adopted by the Court. Trial is this matter is hereby **SET** for April 24, 2023 at 8:30 A.M. C.S.T. The Court will hold a pretrial conference on Tuesday, April 11th, 2023 at 8:30 A.M. C.S.T.

New Orleans, Louisiana, this 22nd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE