UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION: L (5) |

## ORDER

At the request of the parties;

**IT IS ORDERED** that a telephone status conference is **SCHEDULED** for December 1, 2022 at 1:30 P.M. C.S.T. The parties are instructed to use the following dial-in information and to be on the line five minutes before the start time.

Dial-in: 877-336-1839

Access code: 4227405

New Orleans, Louisiana, this 28th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE