MINUTE ENTRY
FALLON, J.
DECEMBER 1, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047<br><br>SECTION L (5)<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Sandra Duggan, Arnold Levin, and Lenny Davis participated for Plaintiffs. Christy Eikhoff, David Venderbush, Matt Lawson, Jim Stengel, Marc Shapiro, Alex Rothenberg, and Harry Rosenberg participated for Defendants.

The parties updated the Court the status of the remaining pending opt-out cases in this matter. The Court did not set another status conference at this time.

New Orleans, Louisiana, this 1st day of December, 2022.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

JS10 (00:13)

1