# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                     SECTION: L
LITIGATION

_____

THIS DOCUMENT RELATES TO:                      JUDGE ELDON FALLON
                                               MAG. JUDGE NORTH

*Eduardo and Carmen Amorin, et al. v. Taishan*
*Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin*
*Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN

_____

**NOTICE OF SUBMISSION OF PLAINTIFFS' MEMORANDUM TO MAGISTRATE**

      Plaintiffs hereby notify this Court that a formal objection to damages limited to

diminution in value and memorandum of Alabama law applicable to the second phase Rule 55(b)

damages hearing for Plaintiff John Andrew Carter and Plaintiffs Gene & Darla Gibbs was

submitted via email to Magistrate Judge North and counsel for the Taishan Defendants.  A copy

of Plaintiffs' memorandum is attached hereto as an exhibit.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 12, 2021, the foregoing was filed via email and electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.


/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC