# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN | JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

**MOTION TO CLARIFY DAMAGES**
**RECOVERABLE BY PLAINTIFFS UNDER ALABAMA LAW**

Plaintiffs move this District Court to clarify the applicable Alabama Law regarding damages that may be recoverable by Plaintiffs through the Second Phase Rule 55(b) Damages Hearing that has been referred to Magistrate Judge North for resolution. Support for Plaintiffs' position regarding the appropriate recoverable damages is being submitted contemporaneously herewith.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion, the supporting memorandum, and its exhibits have been served on Counsel for the Defendants via email on this 21st day of March, 2022.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC