# Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:11-cv-1395-EEF-MBN | JUDGE ELDON FALLON<br>MAG. JUDGE NORTH |

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO MOTION TO CLARIFY DAMAGES RECOVERABLE BY PLAINTIFFS UNDER ALABAMA LAW**

Plaintiffs previously provided this Court with its Alabama Law Brief (Exhibit A to Doc. 23232-1) that provided the basis for Chinese drywall retaining its classification as a product in Alabama. In *Keck*, the Alabama Supreme Court made clear that certain components of a house or a building the purchaser reasonably expects to wear out and to require replacement in the court of normal and ordinary usage"… may be considered a "product" for the purpose of the AEMLD and the standard is whether the item is a part of the "***structural integrity*** of the house or building" *Keck v. Dryvit Systems, Inc.*, 830 So.2d 1, 6 (Ala. 2002) (emphasis added). And, if the item is attached or incorporated into real property and its function an nature clearly make it an item that one would reasonably expect to repair or to replace during the useful life of the realty, the item may be considered a "product" for the purpose of the Alabama Extended Manufacturer Liability Doctrine. *Id*. This Court must now consider is what is meant by "structural integrity."

1

In 2013, the Middle District of Florida clearly addressed the meaning of "structural integrity" in *Gonzalez*. The Court explained that "the "structure" within a building that supports the building, that bears the load of the building, and that provides the building durability and integrity as a building—that provides "structural" integrity." *Gonzalez v. Liberty Mut. Fire Ins. Co.*, 981 F. Supp. 2d 1219, 1225 (M.D. Fla. 2013). As drywall is considered a "finish" to the framed walls, it is not considered to be a component of the framing of the house that serves as a component of the structure supporting the building. Multiple courts in other jurisdictions have also found drywall to be a "finish." *See, e.g.*, *Mount Mariah v. Pannell's*, 835 So. 2d 880, 889 (La. Ct. App. 2003) ("The trial court found that several items of finish work needed to be done due to Pannell's substandard work. These included finish work in bathrooms, unacceptable drywall work and improper finishing of wood trim and paneling."); *Talbot Constr., Inc. v. Triad Drywall, LLC.*, 777 S.E.2d 503, 505 (Ga. Ct. App. 2015) ("other aspects of the remodeling work, such as priming and painting, trim installation, and other interior finish work , could only proceed efficiently and in accordance with the contract requirements if Triad completed the drywall work in a timely manner, which it failed to do."); *Cmty. Ass'n Underwriters of Am., Inc. v. Rhodes Dev. Grp., Inc.*, CIVIL No. 1:09-CV-0257, at *2-3 (M.D. Pa. Mar. 5, 2013) ("The work performed by Quintero is commonly referred to as "finish" work, which involves placing tape over joints between abutting sheets of drywall after they have been hung, and then applying a joint compound over the joints in three separate applications."); *Margis v. Blais (In re Blais)*, No. 14-13292-FJB, at *1 (Bankr. D. Mass. Feb. 15, 2017) ("In need of a drywall contractor, Margis looked in the local yellow pages and found … Blais to do finish work on his walls, especially the taping.").

Therefore, because drywall installation is a "finish" that provides a structure with no load-bearing capacity, it remains a "product" under Alabama law as the Alabama Supreme Court articulated in *Keck*.  As a direct consequence of this classification under Alabama law, the damages recoverable by Plaintiffs in the Second Phase Rule 55(b) damages hearing are not limited to diminution in value; rather, Plaintiffs may recover all incidental and consequential compensatory damages, including home repair, personal property damage, loss of use and enjoyment, the full cost of abatement/remediation, prejudgment interest, and any other compensatory damages available under Alabama law.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing reply has been served the Magistrate Court and Counsel for the Defendants via email, as well as via this Court's CM/ECF electronic document filing system on this 6th day of April, 2022.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC

4