# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

## MOTION FOR LEAVE TO FILE UNDER SEAL MOTION TO ADD EXPERT DISCLOSURES FILED BY PLAINTIFFS, JAWAD AND FATME GHARIB

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Jawad Gharib and Fatme Gharib, and respectfully moves this Court to permit them to file under seal their Motion to Add Expert Disclosures Filed by Plaintiffs, Jawad and Fatme Gharib.  That motion details numerous privileged and confidential communications between clients and their attorneys as well as between clients and their consultants.  These communications were always intended to remain confidential, but the Gharibs were forced into a position where they must reveal them.  This should not be construed as a broad waiver of all the Gharibs' privileged communications.  The scope of their waiver is narrow and limited to their efforts to obtain the damage estimates they so diligently sought.  Undersigned counsel has reached out to defense counsel, who confirmed that he has no objection to the filing of the Gharibs' Motion, Memorandum in Support and exhibits under seal.

Accordingly, Jawad Gharib and Fatme Gharib request that their Motion, Memorandum in Support, and their Exhibits all be filed under seal.

Respectfully submitted,

CRULL, CASTAING & LILLY

BY:*/s/ Peter E. Castaing*          .
Edward J. Castaing, Jr. #4022
Peter E. Castaing, #35019
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
pcastaing@cclhlaw.com

***Counsel for Jawad Gharib and
Fatme Gharib***

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Peter E. Castaing*
Attorney

2