# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: Case No. 20-cv-3264 | JUDGE ELDON FALLON MAGISTRATE NORTH |

# O R D E R

Considering the foregoing *Motion For Leave To File Under Seal Motion To Add Expert Disclosures Filed By Plaintiffs, Jawad And Fatme Gharib*;

**IT IS ORDERED** that Plaintiffs', Jawad Gharib and Fatme Gharib's, *Motion For Leave To File Under Seal Motion To Add Expert Disclosures Filed By Plaintiffs, Jawad And Fatme Gharib*, and supporting memorandum and exhibits shall be filed under seal.

New Orleans, Louisiana, this 15th day of December, 2022.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE