|  |  |
|---|---|
| Client: | Jawad and Fatme Gharib |
| Property: | 4 Beresford Drive |
|  | Metairie, LA 70001 |
| Home: | 4 Beresford Drive |
|  | Metairie, LA 70001 |

| Operator: | INFO |
|---|---|

| Estimator: | Stephen Hansen |
|---|---|

| Type of Estimate: | <NONE> |  |  |
|---|---|---|---|
| Date Entered: | 7/28/2019 | Date Assigned: |  |

| Price List: | LANO8X_JUL19 |
|---|---|
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 4-GHARIB-LA |
| File Number: | 4-GHARIB-LA |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

NOTE: This home was built in 2004-2005 prior to the Katrina Hurricane. The ground floor was water damaged during Katrina and only the ground floor was renovated/repaired at that time. This Xactimate Estimate Report does not include any work for remediation of the 2nd floor of the home.

EXHIBIT
1

## Summary

| | |
|---|---:|
| Line Item Total | 99,965.25 |
| Material Sales Tax | 1,866.97 |
| Subtotal | 101,832.22 |
| Overhead | 10,183.58 |
| Profit | 10,183.58 |
| **Replacement Cost Value** | **$122,199.38** |
| **Net Claim** | **$122,199.38** |

Stephen Hansen

## Recap by Room

**Estimate: 4-GHARIB-LA**

| | | |
|---|---:|---:|
| **General Requirements** | **12,480.56** | **12.48%** |
| **Area: Main Level** | | |
| **Foyer/Entry** | **8,050.21** | **8.05%** |
| **Foyer Hall** | **489.13** | **0.49%** |
| **Understair Closet** | **1,571.66** | **1.57%** |
| **Hall** | **4,024.71** | **4.03%** |
| **Office Hall** | **1,715.48** | **1.72%** |
| **AHU 1** | **989.45** | **0.99%** |
| **Office** | **5,944.05** | **5.95%** |
| **Office Closet** | **1,672.51** | **1.67%** |
| **Bathroom 1** | **3,852.31** | **3.85%** |
| **Linen 1** | **837.53** | **0.84%** |
| **Laundry Room** | **3,818.61** | **3.82%** |
| **Media Room** | **5,930.96** | **5.93%** |
| **Living Room** | **11,355.03** | **11.36%** |
| **Kitchen** | **11,997.26** | **12.00%** |
| **Garage** | **10,458.34** | **10.46%** |
| **Pantry Hall** | **1,391.64** | **1.39%** |
| **Pantry** | **2,405.13** | **2.41%** |
| **Dining Room** | **5,785.73** | **5.79%** |
| **AHU 2** | **989.45** | **0.99%** |
| **Cabana Bath** | **4,205.50** | **4.21%** |
| **Area Subtotal:  Main Level** | **87,484.69** | **87.52%** |
| **Subtotal of Areas** | **99,965.25** | **100.00%** |
| **Total** | **99,965.25** | **100.00%** |

Client:    Jawad and Fatme Gharib
Property:    8807 South Claiborne Avenue, Apt A
    New Orleans, LA 70118

Operator:    CSALVATO

Type of Estimate:    <NONE>
Date Entered:    9/5/2019        Date Assigned:

Price List:    LANO8X_AUG19
Labor Efficiency:    Restoration/Service/Remodel
Estimate:    8807A-GHARIB-LA
File Number:    8807A-GHARIB-LA

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

## Summary

| | |
|---|---:|
| Line Item Total | 33,570.93 |
| Material Sales Tax | 457.22 |
| Subtotal | 34,028.15 |
| Overhead | 3,403.00 |
| Profit | 3,403.00 |
| **Replacement Cost Value** | **$40,834.15** |
| **Net Claim** | **$40,834.15** |

## Recap by Room

**Estimate: 8807A-GHARIB-LA**

| | | |
|---|---|---|
| **General Requirements** | **5,517.48** | **16.44%** |
| **Exterior Insulation** | **1,175.49** | **3.50%** |

**Area: Main Level**

| | | |
|---|---|---|
| **Dining Room** | **1,909.93** | **5.69%** |
| **Kitchen** | **4,994.01** | **14.88%** |
| **Pantry** | **1,243.88** | **3.71%** |
| **Hallway** | **2,259.41** | **6.73%** |
| **Bedroom 1** | **3,520.22** | **10.49%** |
| **Closet 1** | **1,306.51** | **3.89%** |
| **Bedroom 2** | **3,635.55** | **10.83%** |
| **Closet 2** | **1,122.61** | **3.34%** |
| **Bathroom** | **2,607.77** | **7.77%** |
| **Linen** | **718.78** | **2.14%** |
| **Living Room** | **3,559.29** | **10.60%** |
| **Area Subtotal: Main Level** | **26,877.96** | **80.06%** |
| **Subtotal of Areas** | **33,570.93** | **100.00%** |
| **Total** | **33,570.93** | **100.00%** |

Client:      Jawad and Fatme Gharib
Property:    8807 South Claiborne Avenue, Apt B
             New Orleans, LA 70118

Operator:    CSALVATO

Type of Estimate:   <NONE>
Date Entered:       9/5/2019              Date Assigned:

Price List:         LANO8X_AUG19
Labor Efficiency:   Restoration/Service/Remodel
Estimate:           8807B-GHARIB-LA
File Number:        8807B-GHARIB-LA

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

## Summary

| | |
|---|---:|
| Line Item Total | 33,967.80 |
| Material Sales Tax | 452.20 |
| Subtotal | 34,420.00 |
| Overhead | 3,442.14 |
| Profit | 3,442.14 |
| **Replacement Cost Value** | **$41,304.28** |
| **Net Claim** | **$41,304.28** |

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: 8807B-GHARIB-LA** | | |
| **General Requirements** | 5,517.48 | 16.24% |
| **Exterior Insulation** | 1,175.49 | 3.46% |
| **Area: Main Level** | | |
| **Living Room** | 3,559.29 | 10.48% |
| **Hallway** | 2,259.41 | 6.65% |
| **Bathroom** | 2,660.71 | 7.83% |
| **Bedroom 2** | 3,635.55 | 10.70% |
| **Closet 2** | 1,383.49 | 4.07% |
| **Bedroom 1** | 3,520.22 | 10.36% |
| **Closet 1** | 988.73 | 2.91% |
| **AHU** | 1,440.60 | 4.24% |
| **Kitchen** | 4,755.59 | 14.00% |
| **Pantry** | 1,243.88 | 3.66% |
| **Dining Room** | 1,827.36 | 5.38% |
| **Area Subtotal:  Main Level** | 27,274.83 | 80.30% |
| **Subtotal of Areas** | 33,967.80 | 100.00% |
| **Total** | 33,967.80 | 100.00% |

Client:    Jawad and Fatme Gharib
Property:    8807 South Claiborne Avenue, Apt C
    New Orleans, LA 70118

Operator:    CSALVATO

Type of Estimate:    <NONE>
Date Entered:    9/5/2019        Date Assigned:

Price List:    LANO8X_AUG19
Labor Efficiency:    Restoration/Service/Remodel
Estimate:    8807C-GHARIB-LA
File Number:    8807C-GHARIB-LA

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

## Summary

| | |
|---|---:|
| Line Item Total | 33,596.09 |
| Material Sales Tax | 457.46 |
| Subtotal | 34,053.55 |
| Overhead | 3,405.51 |
| Profit | 3,405.51 |
| **Replacement Cost Value** | **$40,864.57** |
| **Net Claim** | **$40,864.57** |

## Recap by Room

**Estimate: 8807C-GHARIB-LA**

| | | |
|---|---:|---:|
| **General Requirements** | 5,517.48 | 16.42% |
| **Exterior Insulation** | 1,175.49 | 3.50% |

**Area: Main Level**

| | | |
|---|---:|---:|
| **Living Room** | 3,559.29 | 10.59% |
| **Hallway** | 2,259.41 | 6.73% |
| **Bathroom** | 2,625.14 | 7.81% |
| **Linen** | 718.78 | 2.14% |
| **Bedroom 2** | 3,635.55 | 10.82% |
| **Closet 2** | 1,122.61 | 3.34% |
| **Bedroom 1** | 3,520.22 | 10.48% |
| **Closet 1** | 1,306.51 | 3.89% |
| **Kitchen** | 5,084.37 | 15.13% |
| **Pantry** | 1,243.88 | 3.70% |
| **Dining Room** | 1,827.36 | 5.44% |
| **Area Subtotal:  Main Level** | 26,903.12 | 80.08% |
| **Subtotal of Areas** | 33,596.09 | 100.00% |
| **Total** | 33,596.09 | 100.00% |