| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gharib | 4 | Beresford Drive | Metairie | LA | 70001 | 4547.09 | 4002.08 | $117.94 | 0.861 | $406,396.58 | yes |
| Gharib | 8807 | South Claiborne Ave. | New Orleans | LA | 70118 | 7097.01 | 4068.76 | $117.94 | 0.861 | $413,167.69 | |

**EXHIBIT 2**