# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND TO EXCEED THE PAGE LIMITATION AND INCORPORATED MEMORANDUM IN SUPPORT FILED BY PLAINTIFFS, JAWAD GHARB AND <u>FATME GHARIB</u>

**NOW INTO COURT**, through the undersigned counsel, come Plaintiffs, Jawad Gharib and Fatme Gharib (collectively referred to as "Plaintiffs"), and respectfully submit their motion for leave to file a reply memorandum and to exceed the 10 page limit set forth in LR 7.7. Plaintiffs have reached out to Defendants, but have not yet received a response.

Plaintiffs' reply memorandum in support of their motion to add expert disclosures is approximately 2 and 1/2 pages in excess of the 10-page limit.  Plaintiffs tried to be as concise and brief as possible, but are responding to a memorandum in opposition filed by Defendants, which was 19 pages long.  Consideration of the entirety of Plaintiffs' reply memorandum will assist the Court in understanding Plaintiffs' positions and the relevant case law.  Defendants' arguments also required Plaintiffs' to further detail their diligence in obtaining damage estimates over a 10 and ½ month period, which required additional pagination.

**WHEREFORE**, for these reasons, Plaintiffs respectfully pray that this Court grant their

motion for leave, and order Plaintiffs' reply memorandum in support of their motion to add expert disclosures be filed into the record at its submitted length.

                          Respectfully submitted,

                          CRULL, CASTAING & LILLY

                BY:*/s/ Peter E. Castaing*      .
                    Edward J. Castaing, Jr. #4022
                    Peter E. Castaing, #35019
                    Pan American Life Center
                    601 Poydras Street, Suite 2323
                    New Orleans, LA 70130
                    Telephone: (504) 581-7700
                    Facsimile: (504) 581-5523
                    pcastaing@cclhlaw.com

                    *Counsel for Jawad Gharib and*
                    *Fatme Gharib*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                          Ex.  /s/ *Peter E. Castaing*
                                Attorney