UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

**MOTION FOR LEAVE TO FILE UNDER SEAL REPLY MEMORANDUM FILED BY PLAINTIFFS, JAWAD AND FATME GHARIB**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Jawad Gharib and Fatme Gharib, and respectfully moves this Court to permit them to file under seal their attached Reply Memorandum in Support of Motion to Add Expert Disclosures Filed by Plaintiffs, Jawad and Fatme Gharib. The original Motion to Add Expert Disclosures was ordered to be and was filed under seal. Similar to the original motion, the attached Reply Memorandum details privileged and confidential communications between clients and their attorneys as well as between clients and their consultants. These communications were always intended to remain confidential, but the Gharibs were forced into a position where they must reveal them. This should not be construed as a broad waiver of all the Gharibs' privileged communications. The scope of their waiver is narrow and limited to their efforts to obtain the damage estimates they so diligently sought. Undersigned counsel has reached out to defense counsel, who previously confirmed that he had no objection to the filing of the Gharibs' original motion, but he has not responded yet to undersigned counsel's

1

request. Plaintiffs' request that the Reply Memorandum as well as the accompanying exhibits be filed under seal.

Accordingly, Plaintiffs' Jawad Gharib and Fatme Gharib request that their Reply Memorandum and accompanying exhibits all be filed under seal.

                                               Respectfully submitted,

                                               CRULL, CASTAING & LILLY

                               BY:*/s/ Peter E. Castaing*        .
                                                       Edward J. Castaing, Jr. #4022
                                                       Peter E. Castaing, #35019
                                                       Pan American Life Center
                                                       601 Poydras Street, Suite 2323
                                                       New Orleans, LA 70130
                                                       Telephone: (504) 581-7700
                                                       Facsimile: (504) 581-5523
                                                       pcastaing@cclhlaw.com

                                                       ***Counsel for Jawad Gharib and Fatme Gharib***

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                                      /s/ *Peter E. Castaing*
                                                      Attorney