# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  **SECTION "L"** |
| **This document relates to:** | **JUDGE ELDON FALLON** |
| Case No. 20-cv-3264 | **MAGISTRATE NORTH** |

# O R D E R

Considering the foregoing *Motion For Leave To File Under Seal Reply Memorandum Filed By Plaintiffs, Jawad And Fatme Gharib*;

**IT IS ORDERED** that Plaintiffs', Jawad Gharib and Fatme Gharib's *Motion For Leave To File Under Seal Reply Memorandum Filed By Plaintiffs, Jawad And Fatme Gharib*, and accompanying exhibits shall be filed under seal.

New Orleans, Louisiana, this _____ day of January, 2023.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE