# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

## ORDER

Considering the *Motion for Leave to File Reply Memorandum and to Exceed the Page Limitation and Incorporated Memorandum in Support Filed by Plaintiffs, Jawad Gharb And Fatme Gharib*:

**IT IS ORDERED** that the Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Reply Memorandum attached to the Motion shall be filed into the record.

**IT IS FURTHER ORDERED** that the Reply Memorandum may exceed the maximum page limit required by LR 7.7., as described in Plaintiffs' motion.

New Orleans, Louisiana, on this 3rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE