**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** <br><br> **SECTION "L"** |
| **This document relates to:** <br><br> **Case No. 20-cv-3264** | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE NORTH** |

## O R D E R

Considering the foregoing *Motion For Leave To File Under Seal Reply Memorandum Filed By Plaintiffs, Jawad And Fatme Gharib*;

**IT IS ORDERED** that Plaintiffs', Jawad Gharib and Fatme Gharib's *Motion For Leave To File Under Seal Reply Memorandum Filed By Plaintiffs, Jawad And Fatme Gharib*, and accompanying exhibits shall be filed under seal.

New Orleans, Louisiana, this _3rd_ day of January, 2023.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE