MINUTE ENTRY
FALLON, J.
JANUARY 4 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL | MDL |
| PRODUCTS LIABILITY LITIGATION | NO. 09-2047 |
| REF: 20-3264 | SECTION "L" (5) |

---

A telephone status conference took place on this date from the chambers of the Honorable Eldon E. Fallon. Peter Castaing participated for Plaintiff. Kerry Miller and Daniel Dysart participated for Defendants.

The parties discussed Plaintiff's pending motion to submit additional untimely expert disclosures. The Court informed the parties that it would rule on the motion in due time. The Court did not set another status conference.

JS 10 (00:15)