UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 09-md-2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: FALLON |
| 09-cv-7628 and 11-cv-1893<br>Plaintiff: Jackson, Ronald<br>_____ / | MAG. JUDGE WILKINSON |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, **RONALD JACKSON**, by and through the undersigned counsel hereby serves this notice of the voluntary dismissal.

Dated: February 3, 2023

                                              Respectfully Submitted,

                                              */s/ Michael L. Beckman*

                                              Michael L. Beckman, Esq.
                                              FBN: 0128279
                                              **VILES & BECKMAN, L.L.C.**
                                              6350 Presidential Court, Suite A
                                              Fort Myers, Florida  33919
                                              Telephone:  (239) 334-3933
                                              Facsimile;   (239) 334-7105
                                              Primary Email: Michael@vilesandbeckman.com
                                              Secondary Email: Opal@vilesandbeckman.com

1

CD21907/MLB/oms

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on this **3rd day of February, 2023** by CM/ECF to: Kerry J. Miller, Esq,. Kyle A. Spaulding, Esq. and Paul C. Thibodeaux **Frilot LLC, at kmiller@frilot.com.**

*/s/ Michael L. Beckman*

**Michael L. Beckman, Esquire**
**FBN: 0128279**

2