UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

**MOTION *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE**

NOW INTO COURT come Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively, the "Knauf Defendants"), through undersigned counsel, which respectfully submit this Motion *in Limine* to exclude certain evidence at the trial of Jawad and Fatme Gharib's claims. As set forth more fully in the accompanying memorandum, the Gharibs have not produced any evidence supporting some of their claims, such that they should be prohibited from surprising the Knauf Defendants at trial with new evidence to prove those claims. And, to the extent the Gharibs intend to introduce evidence of prior verdicts against the Knauf Defendants, that evidence should be excluded as more prejudicial than probative.

WHEREFORE, the Knauf Defendants move this Court for an order excluding:

(a)   Evidence showing "lost value or devaluation" of their properties that was not produced in discovery;

(b)   Prejudicial evidence purporting to support "loss of use" damages and any other evidence supporting "loss of use" damages that has not been produced in discovery;

(c) Evidence showing personal property damage that was not produced in discovery or is irrelevant;

(d) Evidence supporting the Gharibs' claim under the LPLA for breach of express warranty;

(e) Evidence of damages to property in areas where the Gharibs have no evidence of KPT Drywall; and

(f) Evidence of prior liability verdicts against the Knauf Defendants.

The Knauf Defendants respectfully ask for any and all other relief the Court deems just.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Daniel Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.949.8202
Email:   kmiller@fishmanhaygood.com
Email:   pthibodeaux@fishmanhaygood.com
Email:   ddysart@fishmanhaygood.com
Email:   rveith@fishmanhaygood.com
Email:   mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 28th day of February, 2023.

    */s/ Daniel Dysart*
    **DANIEL J. DYSART**