**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.***<br>**2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON**<br>**MAG. JUDGE WILKINSON** |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Jawad Gharib & Fatme Gharib

Affected Property Address: 4 Beresford Drive, Metairie, LA 70001

## I. Purchase, Sale and/or Transfer of Ownership of Property

1. On what date did you purchase the Property?

**Response**: Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF"). Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year) 12 / 19 / 2003

2. When you took ownership of the Property, what was the name of the seller?

Metairie Club Gardens, LLC

EXHIBIT
1

3. Name and address of the realtor?

Wayne Finley

4. Name and address of the closing agent?

Audubon Title Company, 4721 Magazine Street, New Orleans, LA 70115

5. What was the price of the home when you purchased it? $ 279,000.00 land
1,100,000 construction

6. Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought. This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible. Without waiving said objection, plaintiff responds as follows:

☑ Yes ☐ No ☐ I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?

$ N/A

## II. Appraisal of the Home

11. Date of each appraisal:

a. 04 / 17 /20 09
b. 07 / 27 /20 11

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III. Discovery of Drywall

12. Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**: Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF"). Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

(Month/Day/Year) _____/_____/20 06

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV. Manufacturer/Seller of Drywall

13. Who sold or distributed the drywall in the house?

**Response**: Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to Section X of the PPF. Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows: The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Building Supply

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V. Damages

14. Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**: Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper. Other damages include, but are not limited to:

The whole family suffers from headaches and chronic sinus problems.

15. If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16. If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4:** If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

**Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

**Response:** An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. N/A
b. ______
c. ______

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. ____/____/20____ to ____/____/20____
b. ____/____/20____ to ____/____/20____
c. ____/____/20____ to ____/____/20____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A
b. $______
c. $______

**PFS REQUEST FOR DOCUMENT PRODUCTION #5:** If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

**Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22. Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

23. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

**Response:** ☑ N/A

24. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

**Response:** ☑ N/A

25. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

**Response:** ☑ N/A

## VI. Potential Witnesses/Evidence

26. Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes ☑ No ☐ I don't know

27. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII. Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

**Response:** ☑ N/A

32. When did the remediation commencement date occur?

**Response:** ☑ N/A

33. When did the remediation end date occur?

**Response:** ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

**Response:** ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:** ☑ N/A

36. Were any samples from the remediation retained?

**Response:** [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

**Response:** [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

**Response:** [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

**Response:** [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:** Please produce the following documentation concerning the remediation of the Property: Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:** Please produce the following documentation concerning the remediation of the Property: Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:** Please produce the following documentation concerning the remediation of the Property: The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property: An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

Jawad Gharib
Fatme Gharib
Signature of Plaintiff

1/17/2019
Date

Jawad Gharib and Fatme Gharib
Printed Name

# Exhibit 1

# APPRAISAL REPORT

# OF

4 Beresford Dr
Metairie, LA 70001-6156

## PREPARED FOR

Novo AMC Louisiana License Number: AMC.000000059
Novo/Amerisave Mortgage
One Capital City Plaza
3350 Peachtree Rd. NE, Ste 1000, Atlanta, GA 30326

## AS OF

7/27/2011

## PREPARED BY

A-Serve Appraisals, LLC.
605 Marguerite Road
Metairie, LA 70003

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

## Table of Contents

| Page Title | Page # |
|---|---|
| FNMA 1004MC | 1 |
| URAR Page 1 | 2 |
| URAR Page 2 | 3 |
| URAR Page 3 | 4 |
| Listings Comparison Analysis 1-2-3 | 5 |
| Sketch | 6 |
| Photo Subject | 7 |
| Photos (12) | 8 |
| Photos (12) | 9 |
| Photos (12) | 10 |
| Photo Comparables 1-2-3 | 11 |
| Photo Listings 1-2-3 | 12 |
| Location Map | 13 |
| Flood Map | 14 |
| URAR Page 4 | 15 |
| URAR Page 5 | 16 |
| URAR Page 6 | 17 |

A-Serve Appraisals, LLC.
605 Marguerite Road
Metairie, LA 70003

7/28/2011

Novo/Amerisave Mortgage
One Capital City Plaza
3350 Peachtree Rd. NE, Ste 1000, Atlanta, GA 30326

RE: Jawad and Fatme Gharib
4 Beresford Dr
Metairie, LA 70001-6156
File No. 7282011
Case No. NA

Dear Sirs

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at:

4 Beresford Dr, Metairie, LA 70001-6156

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 7/27/2011 is:

$ **1,015,000**

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist you. If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature: ______________________

Robert S. Loup, MRA
Louisiana Certified Residential Real Estate Appraiser #R1741

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

# Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 4 Beresford Dr | City Metairie | State LA | ZIP Code 70001-6156

Borrower Jawad and Fatme Gharib

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include that data in the analysis. If data sources provide all the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 4 | 4 | 6 | [X] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | 0.67 | 1.33 | 2.00 | [X] Increasing | [ ] Stable | [ ] Declining |
| Total # of Comparable Active Listings | 6 | 7 | 8 | [ ] Declining | [ ] Stable | [X] Increasing |
| Months of Housing Supply (Total Listings/Ab. Rate) | 8.98 | 5.26 | 4.00 | [X] Declining | [ ] Stable | [ ] Increasing |
| **Median Sales & List Price, DOM, Sale/List %** | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
| Median Comparable Sales Price | 642,500.00 | 1,093,750.00 | 740,750.00 | [ ] Increasing | [ ] Stable | [X] Declining |
| Median Comparable Sales Days on Market | 35 | 248 | 66 | [X] Declining | [ ] Stable | [ ] Increasing |
| Median Comparable List Price | 1,094,500.00 | 999,000.00 | 1,250,000.00 | [X] Increasing | [ ] Stable | [ ] Declining |
| Median Comparable Listing Days on Market | 148 | 76 | 123 | [ ] Declining | [ ] Stable | [X] Increasing |
| Median Sale Price as % of List Price | 91.48% | 87.93% | 93.46% | [ ] Increasing | [ ] Stable | [X] Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | [ ] Yes | [X] No | [ ] Declining | [ ] Stable | [ ] Increasing |

Explain in detail seller concessions trends for the past 12 months (e.g. seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs condo fees, options, etc.)

In the past twelve months, there has been no increase (or decline) in seller contributions for those types of property in the neighborhood that are comparable to the subject property. There were no known anomalies in the data, such as seasonal markets, new construction, foreclosures, etc

Are foreclosure sales (REO sales) a factor in the market? [ ] Yes [X] No If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.

MLS system for the Greater New Orleans Metropolitan area.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales, and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The overall trends reported on the Inventory Analysis Grid and Median Sale & List Price, DOM, List/Sale Ratio Grids indicates declining values, declining sales days on the market, increasing list prices, increasing list days on the market and a declining Median Sale Price to % List Price ratio over the past twelve months for properties in the neighborhood that are comparable to the subject property. However, this is not conclusive evidence that all other properties in the neighborhood are mirroring the trend of property that is comparable to the subject property.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project, complete the following: Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | - | - | - | [ ] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | 0.00 | 0.00 | 0.00 | [ ] Increasing | [ ] Stable | [ ] Declining |
| Total # of Active Comparable Listings | - | - | - | [ ] Declining | [ ] Stable | [ ] Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | 0.00 | - | - | [ ] Declining | [ ] Stable | [ ] Increasing |

Are foreclosures sales (REO sales) a factor in the project? [ ] Yes [ ] No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

NA

Summarize the above trends and address the impact on the subject unit and project.

NA

## APPRAISER

| | | | |
|---|---|---|---|
| Signature | [signature] | Signature | |
| Appraiser Name | Robert S. Loup, MRA | Supervisor Name | |
| Company Name | A-Serve Appaisals, LLC | Company Name | |
| Company Address | 605 Marguerite Road, Metairie, LA 70003 | Company Address | |
| State License/Certification # | LA1741 State LA | State License/Certification # | State |
| Email Address | robertloup@hotmail.com | Email Address | |

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

# Uniform Residential Appraisal Report

**SUBJECT**

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

Property Address 4 Beresford Dr | City Metairie | State LA | Zip Code 70001-6156

Borrower Jawad and Fatme Gharib | Owner of Public Record Jawad and Fatme Gharib | County Jefferson Parish

Legal Description Lot 18, Metairie Club Estates

Assessor's Parcel # 0810003214 | Tax Year 2010 | R.E. Taxes $ 6,419

Neighborhood Name Beverly Knoll | Map Reference Gis Online | Census Tract 0248.00

Occupant [X] Owner [ ] Tenant [ ] Vacant | Special Assessments $ NA | [ ] PUD | HOA $ NA | [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe) NA

Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe) NA

Lender/Client Novo/Amerisave Mortgage | Address One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlanta, GA 30326

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offerings price(s), and date(s). MLS

**CONTRACT**

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. This appraisal is being completed for a refinancing transaction and no contract for sale is required.

Contract Price $ NA | Date of Contract NA | Is the property seller the owner of public record? [ ] Yes [ ] No | Data Source(s) NA

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid. NA

**NEIGHBORHOOD**

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [ ] Stable | [X] Declining | PRICE $ (000) | | AGE (yrs) | One-Unit | 100 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 200 | Low | New | 2-4 Unit | 0 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 3,250 | High | 80 | Multi-Family | 0 % |
| | | | | | | | | 800 | Pred. | 50 | Commercial | 0 % |
| | | | | | | | | | | | Other | 0 % |

Neighborhood Boundaries Airline Drive to the South, New Orleans Parish line to the East, Causeway Blvd. to the West. Metairie Road to the North

Neighborhood Description Metairie Club Estates is a controlled access community of 51 residential homes located in Metairie, Louisiana. The community is owner managed by Metairie Club Estates Homeowners Association, a Louisiana Non-Profit Corporation. The community is located adjacent to Airline Drive and Metairie Country Club with direct access to downtown New Orleans and all major arteries of the metropolitan area.

Market Conditions (including support for the above conclusions) A matched pairs analysis between comparable properties that sold in the first half of the fiscal year preceding the date of this appraisal and the second half revealed no significant change in values. Supply and Demand appear to be in balance with houses selling on the market between 1 and 3 months.

**SITE**

Dimensions 51.60 x 113.78 x 130.76 x 132 | Area Appx: 11,205 SqFt | Shape Irregular | View Similar Houses

Specific Zoning Classification R1A | Zoning Description Single Family Residential

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) NA

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. NA

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street Concrete | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [X] Yes [ ] No | FEMA Flood Zone AE | FEMA Map # 22051C0040E | FEMA Map Date 03/23/1995

Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe. NA

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.

Typical utility easements for electricity, sewer and telephone do not affect value. No apparent adverse easements, encroachments or special assessments.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls | Concrete/Good | Floors | Wood/Stn Tile/Good |
| # of Stories 2 Story | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | Brick Veneer/Good | Walls | Drywall/Good |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area 0.00 sq. ft. | | Roof Surface | Asphalt Shingle/Good | Trim/Finish | Pntd Wood/Good |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish NA % | | Gutters & Downspouts | Copper/Good | Bath Floor | Stone Tile/Good |
| Design (Style) Traditional | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | Architectural/Good | Bath Wainscot | StoneTile/Good |
| Year Built 2004 | | Evidence of [ ] Infestation None | | Storm Sash/Insulated | Insulated/Good | Car Storage | [ ] None |
| Effective Age (Yrs) 5 | | [ ] Dampness [ ] Settlement | | Screens | None | [X] Driveway # of Cars 4 | |
| Attic | [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | [ ] Woodstove(s) # | Driveway Surface Concrete | |
| [X] Drop Stair | [ ] Stairs | [ ] Other [ ] Fuel Gas | | [X] Fireplace(s) # 1 | [X] Fence Vinyl | [X] Garage # of Cars 2 | |
| [X] Floor | [X] Scuttle | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Cvrd | [X] Porch Covered | [ ] Carport # of Cars | |
| [ ] Finished | [ ] Heated | [ ] Individual [ ] Other None | | [X] Pool inground | [X] Other See below | [X] Att. [ ] Det. [ ] Built-in | |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe) [X] Hood/Fan, 2 Wine Coolers

Finished area above grade contains: 9 Rooms 4 Bedrooms 5 Bath(s) 4279.96 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) Ceiling fans, 10ft to 23ft ceilings, Swimming Pool, Full Home Theater, Architectural windows, Chicago brick veneer, Stone fireplace mantel, Retractable Foyer chandelier, Remote Auto control lighting and climate controls, Cherry wood flooring,Auto window shades, Custom kitchen

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The Condition of the subject property was found to be "Good" and the Quality of Construction was found to be "Very Good" according to Marshall & Swift Residential Cost Standards.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe

NA

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe NA

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

# Uniform Residential Appraisal Report

There are 8 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 999,000 to $ 1,799,000

There are 14 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 685,000 to $ 2,050,000

SALES COMPARISON ANALYSIS

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4 Beresford Dr Metairie, LA 70001-6156 | 303 Bella Dr Metairie, LA 70005 | | 26 Beresford Dr Metairie, LA 70001 | | 313 Bella Dr Metairie, LA 70005 | |
| Proximity to Subject | | 0.66 miles NE | | 0.04 miles N | | 0.66 miles NE | |
| Sale Price | $ NA | | $ 869,000 | | $ 650,000 | | $ 1,160,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 234.61 sq. ft. | | $ 205.05 sq. ft. | | $ 253.83 sq. ft. | |
| Data Source(s) | Interior and | MLS # 850709 DOM 195 | | MLS #856783 DOM 135 | | MLS # 873482 DOM 16 | |
| Verification Source(s) | Exterior Inspection | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | CNV | | CSH | | OTH | |
| Concessions | N/A | None | | None | | None | |
| Date of Sale/Time | N/A | 6/7/11 | | 6/7/11 | | 6/22/11 | |
| Location | Good | Very Good | -26,000 | Good | | Very Good | -34,800 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | Appx: 11,205 SqFt | 7205 sqft | +60,000 | 8260 sqft | +44,000 | 11,040 sqft | |
| View | Similar Houses | Similar Houses | | Similar Houses | | Similar Houses | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Very Good | Good | +25,000 | Good | +25,000 | Very Good | |
| Actual Age | 4 yrs | 3 yrs | | 5 yrs | | 11 yrs | |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count (Total / Bdrms / Baths) | 9 / 4 / 5 | 10 / 5 / 4.50 | +1,300 | 9 / 4 / 3.00 | +7,800 | 11 / 4 / 3.50 | +5,200 |
| Gross Living Area | 4279.96 sq. ft. | 3,704 sq. ft. | +34,400 | 3,170 sq. ft. | +65,000 | 4,570 sq. ft. | -17,500 |
| Basement & Finished | 0.00 sf | 0 | | 0 | | 0 | |
| Rooms Below Grade | NA | NA | | NA | | NA | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2 Car Gar. Att. | None | +16,000 | None | | None | |
| Porch/Patio/Deck | Patio,Porch | Patio/Porch | | Patio/Porch | | Patio,Porch | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Swimming Pool | Swimming Pool | None | +20,000 | None | +20,000 | Swimming Pool | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 130,700 | [X] + [ ] - | $ 161,800 | [ ] + [X] - | $ -47,100 |
| Adjusted Sale Price of Comparables | | Net Adj: 15% Gross Adj : 21% | $ 999,700 | Net Adj: 25% Gross Adj: 25% | $ 811,800 | Net Adj: -4% Gross Adj: 5% | $ 1,112,900 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain NA

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) MLS

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NA | NA | NA | NA |
| Price of Prior Sale/Transfer | NA | NA | NA | NA |
| Data Source(s) | MLS | MLS | MLS | MLS |
| Effective Date of Data Source(s) | 7/28/11 | 7/28/11 | 7/28/11 | 7/28/11 |

Analysis of prior sale or transfer history of the subject property and comparable sales There were no prior sales, option or listing of the Subject Property or Comparables within the past 3 years and 1 year respectively in the MLS.

Summary of Sales Comparison Approach The comparables used in this report are most similar to the subject property, and best represent what the subject property would bring in the market place. A weighted average based on the total dollar adjustment per each comparable was used to arrive at the value estimate assigned to the subject property. The factors in determining the best comparables are as follows: Size of living area, quality of construction, lot size, condition, distance/location, amenities. Comp #1 weighted at 32.4%, Comp #2 weighted at 29.7%, Comp #3 weighted at 37.8%.

Indicated Value by Sales Comparison Approach $ 987,000

RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 987,000 **Cost Approach (if developed) $** 1,204,000 **Income Approach (if developed) $** NA

Final reconciliation was completed by the use of weighted averages of the 3 approaches to value. A percentage of the estimated value using the cost approach was added to a percentage of the reconciled sales comparison value to provide the final estimate of market value. Cost Approach factor, 0.1290 , Market Approach factor,.8710, Income - not used.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Additional information is available in the appraisers work file for this property.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 1,015,000 , as of 7/27/2011 , which is the date of inspection and the effective date of this appraisal.**

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

# Uniform Residential Appraisal Report

## ADDITIONAL COMMENTS

1.) Location adjustments are made according to the comparables location in the Old Metairie area. Comparable #1 and #3 are located just south of Metairie Road which is closer to the Metairie Country Club, is heavily treed, and has a higher density of high-end homes thus getting a "Very Good" rating. The subject is located next to a heavily trafficked Airline Drive, less treed due to the relatively new age of this subdivision, and has mostly older cottages outside of its borders.

2.) Site value calculations - Because there is a direct relationship between the agents of production and the market value of a site, the value of a site can be estimated by allocating the total sale price of a comparable between its two parts, the land and the improvements. Based on how the agents of production interact in this neighborhood, this appraiser has determined that 75% of the property's sale price typically may be allocated to the house and improvements and the balance (residual) allocated to the site.(25%). Land was valued at $25 per square foot in this neighborhood.

4.) "In an appraisal for market value any improvement to a property, whether to vacant land or a building, is worth only what it adds to the property's market value, regardless of the improvement's construction cost. In other words, an improvement's contribution to the value of the entire property is counted, not its intrinsic cost. An extensively remodeled kitchen usually will not contribute its entire cost to the value of a house. A second bathroom, however, may well increase a house's value by more than its installation cost"

Fundamentals of Real Estate Appraisal, 8th edition, Dearborn, 2010

5.) All legally permissible, financially feasible, physically possible and maximally productive potential uses have been considered in the "Highest and Best" use analysis mentioned on page #1 of this report.

## COST APPROACH

**COST APPROACH TO VALUE (not required by Fannie Mae.)**

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) Land value was calculated using vacant land sales that have occurred over the past year in the neighborhood. The site was measured to 11,205 square feet and valued at $25.00 per square foot yielding a site value of $280,125 founded to $280,000.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

Source of cost data Marshall & Swift - Swift Estimator

Quality rating from cost service 5.50 Effective date of cost data SEPT, 2009

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

Quality Rating = 5.50 Very Good/Excellent. See Marshall & Swift Square Foot Appraisal addendum for additional details.

Estimated Remaining Economic Life (HUD and VA only) 30 Years

| Item | | | | | Amount |
|---|---|---|---|---|---|
| OPINION OF SITE VALUE | | | | =$ | 280,000 |
| Dwelling | 4279.96 | Sq. Ft. @ $ | 206 | =$ | 881,672 |
| | | Sq. Ft. @ $ | | =$ | |
| Garage/Carport | 619.91 | Sq. Ft. @ $ | 46 | =$ | 28,516 |
| Total Estimate of Cost-new | | | | =$ | 910,188 |
| Less | Physical 4 | Functional | External 0 | | |
| Depreciation | 36,408 | 0 | 0 | =$ ( | 36,408 ) |
| Depreciated Cost of Improvements | | | | =$ | 873,780 |
| "As-is" Value of Site Improvements | | | | =$ | 50,136 |
| Indicated Value By Cost Approach | | | | =$ | 1,203,916 |

## INCOME

**INCOME APPROACH TO VALUE (not required by Fannie Mae.)**

Estimated Monthly Market Rent $ NA X Gross Multiplier NA =$ NA Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) NA

## PUD INFORMATION

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowner's Association (HOA)? [ ] Yes [ ] No Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project NA

Total number of phases NA Total number of units NA Total number of units sold NA

Total number of units rented NA Total number of units for sale NA Data source(s) NA

Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No If Yes, date of conversion. NA

Does the project contain any multi-dwelling units? [ ] Yes [ ] No Data source. NA

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No If No, describe the status of completion. NA

Are the common elements leased to or by the Homeowner's Association? [ ] Yes [ ] No If Yes, describe the rental terms and options. NA

Describe common elements and recreational facilities.

A-Serve Appaisals, LLC
LISTINGS COMPARISON ANALYSIS 1-2-3

File No. 7282011
Case No. NA

Borrower Jawad and Fatme Gharib
Property Address 4 Beresford Dr
City Metairie County Jefferson Parish State LA Zip Code 70001-6156
Lender/Client Novo/Amerisave Mortgage Address One Capital City Plaza, 3350 Peachtree Rd NE, Ste 1000, Atlanta, GA 30326

LISTINGS COMPARISON ANALYSIS

| FEATURE | SUBJECT | LISTING # 1 | | LISTING # 2 | | LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4 Beresford Dr Metairie, LA 70001-6156 | 129 Beverly Dr Metairie, LA 70001 | | 27 Beresford Dr Metairie, LA 70001 | | | |
| Proximity to Subject | | 0.77 miles NW | | 0.05 miles NE | | | |
| List Price | $ | $ 975,000 | | $ 999,000 | | $ | |
| List Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 223.57 sq. ft. | | $ 234.78 sq. ft. | | $ sq. ft. | |
| Last Price Revision Date | | 7/7/11 | | 7/5/2011 | | | |
| Data and/or Verification Source(s) | | MLS # 871474 DOM 110 Exterior Inspection | | MLS # 856724 DOM 251 Exterior Inspection | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | NA Sales/List Ratio(.07) | -68,200 | NA Sales/List Ratio(.07) | -69,900 | | |
| Days on Market | | 110 | | 251 | | | |
| Location | Good | Good | | Good | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | Appx: 11,205 SgFt | 6,000 sqft | +78,000 | 11,242 sqft | | | |
| View | Similar Houses | Similar Houses | | Similar Houses | | | |
| Design and Appeal | Traditional | Traditional | | Traditional | | | |
| Quality of Construction | Very Good | Very Good | | Very Good | | | |
| Age | 4 yrs | 1 | | 2 yrs | | | |
| Condition | Good | Good | | Good | | | |
| Above Grade Room Count | Total 9 / Bdrms 4 / Baths 5 | Total 7 / Bdrms 4 / Baths 4.50 | +1,300 | Total 9 / Bdrms 4 / Baths 4.50 | +1,300 | Total / Bdrms / Baths | |
| Gross Living Area | 4279.96 sq. ft. | 4,361 sq. ft. | -5,500 | 4,255 sq. ft. | | sq. ft. | |
| Basement & Finished | 0.00 sf | 0 | | 0 | | | |
| Rooms Below Grade | NA | NA | | NA | | | |
| Functional Utility | Good | Good | | Good | | | |
| Heating/Cooling | Central | Central | | Central | | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | 2 Car Gar. Att. | 1 Car Garage | +8,000 | 2 Car Garage | | | |
| Porch/Patio/Deck | Patio,Porch | Patio,Porch | | Patio,Porch | | | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | | |
| Swimming Pool | Swimming Pool | None | +20,000 | None | +20,000 | | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 33,600 | [ ] + [X] - | $ -48,600 | [ ] + [ ] - | $ 0 |
| Adjusted Sale Price of Comparables | | Net Adj: 3% Gross Adj : 19% | $ 1,008,600 | Net Adj: -5% Gross Adj: 9% | $ 950,400 | Net Adj: 0% Gross Adj: 0% | $ 0 |

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NA | NA | NA | |
| Price of Prior Sale/Transfer | NA | NA | NA | |
| Data Source(s) | MLS | NA | NA | |
| Effective Date of Data Source(s) | 7/28/11 | NA | NA | |

Comments Listings shown above are for informational purposes only. They are not reconciled into final value.

A-Serve Appaisals, LLC

**SKETCH ADDENDUM**

File No. 7282011
Case No. NA

Borrower: Jawad and Fatme Gharib
Property Address: 4 Beresford Dr
City: Metairie County: Jefferson Parish State: LA Zip Code: 70001-6156
Lender/Client: Novo/Amerisave Mortgage Address: One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlar

Calculation

Summary

| | |
|---|---|
| **Living Area** | |
| First Floor | 2587.9 |
| Second Floor | 1692.1 |
| Total Living Area | 4280.0 |
| **Garage Area** | |
| Attached Garage | 619.9 |
| Total Garage Area | 619.9 |
| **Porch Area** | |
| Balcony | 225.9 |
| Porch | 332.9 |
| Total Porch Area | 558.7 |
| **Patio/Deck Area** | |
| Patio | 107.0 |
| Total Patio/Deck Area | 107.0 |

Detail

Living Area
First Floor 2587.9
B1: Area = 39.5
B2: 1.5 X 17.9 = 26.8
B3: 5.6 X 37.0 = 207.2
B4: 12.1 X 23.9 = 289.4
B5: 13.9 X 28.9 = 401.7
B6: 0.2 X 20.7 = 3.9
B7: 3.0 X 23.8 = 71.4
B8: 17.9 X 1.4 = 25.1
B9: 53.3 X 40.2 = 2142.7
Attached Garage = -619.91
Second Floor 1692.1
J1: 3.0 X 29.3 = 87.9
J2: 14.0 X 47.2 = 660.8
J3: 2.5 X 16.0 = 40.0
J4: 8.2 X 19.4 = 159.1
J5: 1.5 X 24.2 = 36.3
J6: 47.2 X 15.0 = 708.0
Total Living Area 4280.0
Garage Area
Attached Garage 619.9
A1: 12.1 X 23.9 = 289.4
A2: 0.4 X 5.6 = 2.2
A3: 23.3 X 14.1 = 328.3
Total Garage Area 619.9
Porch Area
Balcony 225.9
I1: Area = 12.1
I2: 3.6 X 12.0 = 43.2
H1: Area = 10.9
H2: 12.0 X 3.6 = 43.2
E1: Area = 16.4
E2: 12.0 X 3.6 = 43.2
D1: Area = 13.7
D2: 12.0 X 3.6 = 43.2
Porch 332.9
G1: 7.0 X 17.5 = 122.5
Porch = 107.02
Porch = 0.00
Balcony = 55.34
Balcony = 54.06
Balcony = 59.55
Balcony = 56.92
Porch = 0.00
F1: 5.0 X 12.0 = 60.0
Total Porch Area 558.7
Patio/Deck Area
Patio 107.0
C1: 19.1 X 5.6 = 107.0
Total Patio/Deck Area 107.0

Grand Total

| | |
|---|---|
| Living Area | 4280.0 |
| Garage Area | 619.9 |
| Porch Area | 558.7 |
| Patio/Deck Area | 107.0 |
| Misc. Area | |
| Basement Area | |
| Storage Area | |
| Lot Area | |



A-Serve Appaisals, LLC

## SUBJECT PHOTO ADDENDUM

File No. 7282011
Case No. NA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Jawad and Fatme Gharib | | | | | | |
| Property Address | 4 Beresford Dr | | | | | | |
| City | Metairie | County | Jefferson Parish | State | LA | Zip Code | 70001-6156 |
| Lender/Client | Novo/Amerisave Mortgage | Address | One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atl | | | | |

FRONT OF
SUBJECT PROPERTY
4 Beresford Dr
Metairie, LA 70001-6156

REAR OF
SUBJECT PROPERTY

STREET SCENE

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

Borrower Jawad and Fatme Gharib
Property Address 4 Beresford Dr
City Metairie County Jefferson Parish State LA Zip Code 70001-6156
Lender/Client Novo/Amerisave Mortgage Address One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlanta, G/

Foyer

Dining Room

Dining Room ceiling

Foyer view

Pantry

Kitchen view

Kitchen view

Living Room

Fireplace

Fireplace

Den to Home Theater transition

Electronics control closet

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

Borrower Jawad and Fatme Gharib
Property Address 4 Beresford Dr
City Metairie County Jefferson Parish State LA Zip Code 70001-6156
Lender/Client Novo/Amerisave Mortgage Address One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlanta, GA

Laundry Room

Home Theater

Home Theater controls

Guest bathroom

Office view

Guest bedroom

Guest bathroom

Guest bedroom

Guest bedroom

Guest bath

Upstairs Hallway

Storage room

A-Serve Appaisals, LLC

File No. 7282011
Case No. NA

Borrower Jawad and Fatme Gharib
Property Address 4 Beresford Dr
City Metairie County Jefferson Parish State LA Zip Code 70001-6156
Lender/Client Novo/Amerisave Mortgage Address One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlanta, GA

Master bedroom

Master bathroom

Master bathroom

Walk-in-closet

Shower with jets

Typical balcony

Garage view

Swimming Pool

Pool side full bath

Typical balcony

Faux upstairs porch and balcony



A-Serve Appaisals, LLC
**COMPARABLES 1-2-3**

File No. 7282011
Case No. NA

Borrower Jawad and Fatme Gharib
Property Address 4 Beresford Dr
City Metairie County Jefferson Parish State LA Zip Code 70001-6156
Lender/Client Novo/Amerisave Mortgage Address One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlar

**COMPARABLE SALE #** 1
303 Bella Dr
Metairie, LA 70005

**COMPARABLE SALE #** 2
26 Beresford Dr
Metairie, LA 70001

**COMPARABLE SALE #** 3
313 Bella Dr
Metairie, LA 70005

A-Serve Appaisals, LLC
LISTINGS 1-2-3

File No. 7282011
Case No. NA

Borrower Jawad and Fatme Gharib
Property Address 4 Beresford Dr
City Metairie County Jefferson Parish State LA Zip Code 70001-6156
Lender/Client Novo/Amerisave Mortgage Address One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlanta, G/

COMPARABLE LISTING # 1
129 Beverly Dr
Metairie, LA 70001

COMPARABLE LISTING # 2
27 Beresford Dr
Metairie, LA 70001

COMPARABLE LISTING # 3

A-Serve Appaisals, LLC

# LOCATION MAP ADDENDUM

File No. 7282011
Case No. NA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Jawad and Fatme Gharib | | | | | | |
| Property Address | 4 Beresford Dr | | | | | | |
| City | Metairie | County | Jefferson Parish | State | LA | Zip Code | 70001-6156 |
| Lender/Client | Novo/Amerisave Mortgage | Address | One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlanta | | | | |



A-Serve Appaisals, LLC

# FLOOD MAP ADDENDUM

File No. 7282011
Case No. NA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Jawad and Fatme Gharib | | | | | | |
| Property Address | 4 Beresford Dr | | | | | | |
| City | Metairie | County | Jefferson Parish | State | LA | Zip Code | 70001-6156 |
| Lender/Client | Novo/Amerisave Mortgage | Address | One Capital City Plaza, 3350 Peachtree Rd. NE, Ste 1000, Atlanta, G/ | | | | |

Metairie
SUBJECT
Southport
Flood Map Legends
Flood Zones
Areas inundated by 500-year flooding
Areas outside of the 100 and 500 year flood plains
Areas inundated by 100-year flooding
Areas inundated by 100-year flooding with velocity hazard
Floodway areas
Floodway areas with velocity hazard
Areas of undetermined but possible flood hazard
Areas not mapped on any published FIRM
Flood Zone Determination
SFHA (Flood Zone): In
Within 250 ft. of multiple flood zone? No
Community: 225199
Community Name: UNINCORPORATED AREA
Zone: AE Panel: 22051C 0040E Panel Date: 03/23/1995
FIPS Code: 22051 Census Tract: 0248.00
This Flood Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by the customer. That customer's use of this report is subject to the terms agreed by that customer when accessing this product. No third party is authorized to use or rely on this report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT ACCURACY OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither FAFDS nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

A-Serve Appaisals, LLC

Uniform Residential Appraisal Report

File No. 7282011

Case No. NA

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Freddie Mac Form 70 March 2005

Fannie Mae Form 1004 March 2005

Produced by ClickFORMS Software 800-622-8727

Page 16 of 17

## Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

APPRAISER

Signature [signature]
Name Robert S. Loup, MRA
Company Name A-Serve Appaisals, LLC
Company Address 605 Marguerite Road
Metairie, LA 70003
Telephone Number 504-304-6137
Email Address robertloup@hotmail.com
Date of Signature and Report 7/28/2011
Effective Date of Appraisal 7/27/2011
State Certification # Louisiana Certified Residential
or State License # Real Estate Appraiser #R1741
or Other (describe) ______ State # 1741
State LA
Expiration Date of Certification or License 12/31/12

ADDRESS OF PROPERTY APPRAISED
4 Beresford Dr
Metairie, LA 70001-6156

APPRAISED VALUE OF SUBJECT PROPERTY $ 1,015,000

LENDER/CLIENT
Name Novo AMC Louisiana License Number: AMC.000000059
Company Name Novo/Amerisave Mortgage
Company Address One Capital City Plaza
3350 Peachtree Rd. NE, Ste 1000, Atlanta, GA 30326
Email Address

SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

# Exhibit 2



# Exhibit 3

*****See .mov file on Brown Greer Portal.**

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Plaintiff Fact Sheet

Plaintiff: Jawad Gharib and Fatme Gharib

Property Address: 4 Beresford Drive, Metairie, LA 70001

**Question #18 Itemization (Personal Property Damage)**

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | 55-inch Samsung TV (Damaged and replaced) | $950.00 |
| 2 | 55-inch Sony TV (Damaged and replaced) | $1,500.00 |
| 3 | Sony Blue Ray DVD (Damaged and replaced)<br>Samsung Blue Ray DVD | $1,205.00 |
| 4 | Whirlpool Cabrio Washing Machine (Damaged and replaced) | $1,200.00 |
| 5 | Kenmore Elite Washing Machine | $1,200.00 |
| 6 | Thermador Built-in Stainless-Steel Dishwasher | $2,200.00 |
| 7 | Thermador Built-in Stainless-Steel Microwave | $1,450.00 |
| 8 | Thermador Built-in Refrigerator Model # KBUIT4860 A | $10,530.00 |
| 9 | Thermador Built-in MEDMCW71JS Electric Convection Double Oven/microwave oven 4.7 cu ft | $5,899.00 |
| 10 | InSinkErator 1 HP Garbage Disposal | $399.00 |
| 11 | Desk Top Dell XPS 8700 With 24" Monitor with Speaker System | $4200.00 |
| 12 | Desk Top HP hp-1210t with 19" Monitor with Speaker System | $3800.00 |
| 13 | Epson All in One Printer XP-830 | $250.00 |
| 14 | Brother printer HL-L2360 DW | $229.00 |
| 15 | Semacon S-2500 Bill Counter | $2250.00 |
| 16 | 2 Aladdin Chandelier Light Lift 300 lb. Max capacity $1250 each | $2500.00 |

| | | |
|---|---|---|
| 17 | 2 Garage Door Motor openers $285.00 each | $569.00 |
| 18 | A/V and Alarm Equipment, Rack and Accessories. See Attached invoices #7684,11207,11298,11299,2645,2738,2744,7785,5921,2645 | $9,565.13 |
| 19 | Lite Touch Automation Computer Modules and Control Station Switches. See Attached invoices # 5959,4564,6676E,2612,2674 | $29,258.97 |
| 20 | Ceiling Speakers. See Attached invoices #4873, 2637 | $6193.17 |
| 21 | Recessed Lights (Housing and Trim Out), Bathroom Fans, Smoke Alarm, Under Cabinet Lights. See attached invoices. See Invoices #1754,4279.18434,4563,5559,5960,2594 | $5,670.26 |
| 22 | Chandeliers and light bulbs. See attached invoices # 4544,4874,4266, | $9,056.69 |
| 23 | Two 5 ton and One 10 Ton Trane A/C units | $22,500.00 |
| 24 | Three 50 Gallon A.O smith Gas water heaters and One Electric 50 Gallon Whirlpool Water heater | $3600.00 |
| 25 | Media Room and Outdoor Fiber Optic Lights (illuminator Wheel installed inside Home). See Invoice #2768,3634 | $5,983.96 |
| 26 | Beam Built-in Vacuum System. See invoice # 11208 | $1558.40 |
| 27 | 6X1000ft 12/2 Romex copper wire $267/1000ft, Coax cables, Speaker wire, CAT 5 wire, RG6 wire...See invoice # 2588,2744 | $3277.21 |
| 28 | Thermador 36" Vent Hood Model # HNW36YS | $1532.95 |
| 29 | Thermador 1400CFM Blower Model # VTR1400Q | $711.70 |
| 30 | Thermador Cooktop Pro Model # PC364GLBS | $2463.70 |
| 31 | Door Handles Hardware all in Satin Nickel. See Pella attached Order | $3555.76 |
| 32 | Control4 Home Automation. See Attached Remodel order | $45,312.39 |
| 33 | Generac Generator #QT02724ANAX Model #8053968 | $22,204.00 |
| 34 | 40 Nickle Plated Cabinet Knobs each 14.6 | $643.36 |
| 35 | One 400 AMP Square D Main and Two 200 AMP Square D. Installation Of lighting and Electrical System. | $18,250.00 |

**Total = $ 231,668.65**