```
             UNITED STATES DISTRICT COURT

             EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                              SECTION "L"
This document relates to:
                              JUDGE ELDON
                              FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                              MAGISTRATE:
                              JOSEPH
                              WILKINSON, JR.
Case No. 14-cv-2722
```

        Deposition of JAWAD GHARIB,

4 Beresford Drive, Metairie, Louisiana

70001, taken at the Law Offices of Fishman

Haygood, LLP, 201 St. Charles Avenue, 46th

Floor, New Orleans, Louisiana 70170, on

Tuesday, the 11th day of June, 2019.




REPORTED BY:

MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

EXHIBIT 3

```
 1    say, two to three years before the tenant
 2    that I had now so --
 3         Q.   2013, 2014-ish?
 4         A.   Probably.  I got to sit down and
 5    look at, you know, think about the dates,
 6    and then I probably give you a better, you
 7    know, more accurate dates for how long I
 8    had the Urban Clothing Store there, when
 9    did they move out.  And it did stay
10    vacant -- it could be two years, and then I
11    had the present tenant, Metro PCS now.
12         Q.   Okay.  What about the residential
13    rental properties, are those rented right
14    now?
15         A.   Yes.
16         Q.   And how long had they been rented
17    for?
18         A.   Since I had that building
19    constructed.
20         Q.   How did you discover Chinese
21    drywall in this property at 8807 South
22    Claiborne?
23         A.   So December 2015 I had -- well,
24    when I constructed this building and it was
25    in 2006, I've always thought about
```

```
 1                   That's the question.
 2              THE WITNESS:
 3                   Was there any damages then?
 4              When I filled out these, I filled
 5              out where the Chinese Sheetrock
 6              was, not the damage.
 7    EXAMINATION BY MS. VEITH:
 8         Q.   Okay.  So you didn't believe that
 9    there was Chinese drywall in the commercial
10    space in 2015.  Did you investigate whether
11    there was?
12         A.   You know, that Chinese Sheetrock
13    it's half-inch.  It's only half-inch
14    Chinese Sheetrock.  Commercial properties
15    they're built with five-eights drywall.
16    They can't be either.
17         Q.   So it's not in your commercial
18    property?
19         A.   Not in my commercial property, no,
20    but it's in the residential part of the
21    property of the building.  But that
22    Sheetrock damaged -- the damage of it is
23    everywhere.  There's -- there's a
24    difference between what damage does it do
25    and where is it and how much of is in
```

```
 1         exhibit to Exhibit 2 of the deposition.
 2         The photo reflects that property that we're
 3         discussing at 8807 South Claiborne.  You're
 4         not an expert witness are you, Mr. Gharib?
 5              A.  No, I'm not.
 6              Q.  Okay.  Just to clarify -- and I
 7         appreciate what you just told me -- and I'm
 8         asking you a yes or no question, is there
 9         drywall -- is there Chinese drywall in the
10         commercial space in this property, to the
11         best of your knowledge?
12              A.  No, there's not.
13              Q.  Okay.  So there's no Chinese
14         drywall in the space where all of the
15         washing machines are located; right?
16              A.  No.
17              Q.  No Chinese drywall in the space
18         where all the dryers are located; right?
19              A.  No.
20              Q.  Okay.  And so it is your testimony
21         that you still believe that those machines
22         were damaged by Chinese drywall, but it is
23         not your claim that this affected
24         property -- affected property includes the
25         commercial space, right, because the
```

```
 1      the address where you reside with your
 2       family, right, Mr. Gharib?
 3           A.   Yes.
 4           Q.   And when did you purchase this
 5      property?
 6           A.   2000 -- it's an empty lot we
 7      bought 2003.
 8           Q.   Okay.  And then you built a house
 9      on the lot?
10           A.   Yes.
11           Q.   When did you build that house?
12           A.   We start building -- I can't
13      recall the exact date I start building.
14      But I know that I was close to finishing up
15      the house probably a month before I moved
16      into the house, then we were struck with
17      Hurricane Katrina.  So I was close to
18      moving into the house.  I was doing the
19      final touches on the house, and then we got
20      hit by Hurricane Katrina.
21           Q.   And your house flooded in
22      Hurricane Katrina; right?
23           A.   Yes.
24           Q.   Mine too.  So I get it.
25           A.   I had four feet of water in
```

```
 1        there.
 2             Q.   We had 12.
 3             A.   Yeah.
 4             Q.   And my dad was inside.  It was a
 5      bad time.
 6                  So, okay, so you had replace
 7      Sheetrock in your home after Hurricane
 8       Katrina; right?
 9             A.   Yes.
10             Q.   Okay.  Who supplied the Sheetrock
11      when you originally built the house?
12             A.   I can't recall.  I don't know.
13             Q.   Were you the contractor for that
14      home --
15             A.   Yes.
16             Q.   -- as well?
17             A.   Yeah.
18             Q.   So you don't remember if it was
19      Interior Exterior?
20             A.   It could be, yes.
21             Q.   But you don't know?
22             A.   I can't say for sure.
23             Q.   Okay.  And what about when you did
24      the work after Hurricane Katrina, do you
25      remember who supplied it then?
```

1      associated with your home at 4 Beresford
2      Drive; right?
3           A.   No.
4           Q.   **I'm going mark this CD rom as**
5      Exhibit 14.  So sitting here today, we
6      don't have any photos of drywall
7      manufactured by my client at your home in 4
8      Beresford Drive; right?
9              MR. DOYLE:
10                 Object to the form of the
11             question.
12             THE WITNESS:
13                 I don't see them here, no, in
14             your file here.
15     EXAMINATION BY MS. VEITH:
16          Q.   You mentioned that where you found
17     the drywall was on the first floor on the
18     house.  Did you find it anywhere else?
19          A.   What do you mean in the rest of
20     the house or what do you mean?
21          Q.   Right.  Did you go look upstairs?
22     Did you look in the ceilings?  Did you look
23     in another room?
24          A.   No.  I looked in the first floor,
25     that's it.

```
1              MS. VEITH:
2                   Yes.
3              THE WITNESS:
4                   This is the first time I hear
5              it right here, right now.  I don't
6              know who that is.  I can't picture
7              the house.  I don't know anything
8              about this, no.
9         EXAMINATION BY MS. VEITH:
10             Q.  Okay.  What damages are you
11        alleging that you suffered related to 4
12        Beresford Drive, Mr. Gharib?
13             A.  The personal damages that's listed
14        in here that I see there, that's personal
15        damages.
16             Q.  So the items on the personal
17        property damage chart that's Exhibit 14 to
18        the Plaintiff Fact Sheet, that's the damage
19        you're claiming?
20             A.  Yeah.  That's the one that I gave,
21        yes.  That's the personal damage, yeah.
22             Q.  Are you claiming loss of use
23        damages for your house?
24             A.  Loss of use, this is the damages
25        that I -- this is the personal damages that
```

```
 1      we have, we claim that we have.  And then I
 2      wanted the house to be repaired, the
 3      damages that was in the house.
 4           Q.   Okay.  So let's go through this
 5      list starting with No. 1.  And is it
 6      correct if I understand that for all of
 7      these items No. 1 through 35 you never got
 8      a professional opinion that they were
 9      damaged by Chinese drywall, it's just your
10      belief or understanding that they were or
11      will be damaged by Chinese drywall?
12           A.   The ones that it says damaged and
13      replaced, you know, they were replaced.  So
14      the ones that are still there, that doesn't
15      say replaced, they are still in there and I
16      believe that is damaged by Chinese
17      Sheetrock.
18           Q.   Okay.  And I understand that.  But
19      that's solely based on your belief --
20           A.   Yes.
21           Q.   -- not on someone outside telling
22      you --
23           A.   Yes.
24           Q.   -- that these damages caused by
25      Chinese drywall?
```

```
1         Q.  Okay.  Did you use this number to
2    estimate the construction cost for building
3    your home?
4         A.  No.  This is an appraised value of
5    what the appraiser appraised my home.
6         Q.  Okay.  And you don't know how
7    much --
8         A.  This has no relation to what I
9    spent on the house.
10         Q.  Okay.  And you don't how much you
11   think the home has diminished in value from
12   this appraisal as a result of the alleged
13   Chinese drywall; right?
14         A.  No.  I don't know.
15              MS. VEITH:
16                  If we can go off the record I
17              think that might be it.
18              (Off the record.)
19   EXAMINATION BY MS. VEITH:
20         Q.  I think that you answered this --
21   I just want to clarify -- you don't
22   remember who supplied the Sheetrock for
23   this home; right?
24         A.  I think it's Interior Exterior.
25         Q.  You think, you don't remember for
```

```
 1              This certification is valid only for a
        transcript accompanied by my original
 2      signature and original seal on this page.
 3              I, MICHELINE COSSE' BURAS, Certified
        Court Reporter, in and for the State of
 4      Louisiana, as the officer before whom this
        was taken, do hereby certify that JAWAD
 5      GHARIB, after having been duly sworn by me
        upon authority of R.S. 37:2554, did testify
 6      as hereinbefore set forth in the foregoing
        188 pages;
 7
                That this testimony was reported by me
 8      in the stenotype reporting method, was
        prepared and transcribed by me or under my
 9      personal direction and supervision, and is
        a true and correct transcript, to the best
10      of my ability and understanding;
11              That the transcript has been prepared
        in compliance with transcript format
12      guidelines required by statue or by rules
        of the board and I am informed about the
13      complete arrangement, financial or
        otherwise, with the person or entity making
14      arrangements for deposition services; that
        I have acted in compliance with the
15      prohibition on contractual relationships,
        as defined by Louisiana Code of Civil
16      Procedure Article 1434 and in rules and
        advisory opinions of the board;
17
                That I have no actual knowledge of any
18      prohibited employment or contractual
        relationship, direct or indirect, between a
19      court reporting firm and any party litigant
        in this matter nor is there any such
20      relationship between myself and a party
        litigant in this matter;
21
                I am not related to counsel or to the
22      parties herein, nor am I otherwise
        interested in the outcome of this matter.
23
        _____
24      Micheline Cosse' Buras, CCR, RPR
        Registered Professional Reporter, LA #88024
25
```