## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

### RULE 30 NOTICE OF DEPOSITION OF PLAINTIFFS, JAWAD GHARIB and FATME GHARIB
### RE: 4 BERESFORD DRIVE PROPERTY and 8807 S. CLAIBORNE AVENUE

TO: Plaintiffs, Jawad Gharib and Fatme Gharib,  
Through their counsel of record:  
James V. Doyle, Jr.  
**Doyle Law Firm**  
2100 Southbridge Pkwy, Suite 650  
Birmingham, AL 35209  

**Court Reporter**  
Vincent P. Borrello, Jr. & Associates, Inc.  
2325 N. Hullen Street, Suite 2D  
Metairie, LA 70001  

Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiffs, **Jawad Gharib and Fatme Gharib**, on **June 11, 2019**, **beginning at 9:00 A.M.** before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

Pursuant to FRCP Rule 30(b)(2), plaintiffs shall produce for inspection **BY CLOSE OF BUSINESS ON JUNE 4, 2019**, copies of any and all documents, electronically stored information, and tangible things for inspection and other purposes as set forth in the attached


EXHIBIT 5

Rule 34 Requests for Production.

The deposition will be conducted at the offices of:

Kerry J. Miller
**Fishman Haygood, LLP**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170

You are invited to attend and participate as you deem fit and proper.  The deposition may be videotaped.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

/s/ Kerry J. Miller
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:     (504) 556-5549
Facsimile:      (504) 310-0275
Email:            kmiller@fishmanhaygood.com
Email:            pthibodeaux@fishmanhaygood.com
Email:            ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30 Notice of Deposition was served via electronic mail on all counsel of record this 31st day of May, 2019.

/s/ Kerry J. Miller
**KERRY J. MILLER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

ATTACHMENT "A"

RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiffs, **Jawad Gharib and Fatme Gharib**, who have claims pending in MDL 2047 against defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. Plaintiffs shall provide responses to these Requests for Production **BY CLOSE OF BUSINESS ON JUNE 4, 2019:**

1. Please produce all documents relating to the any pre-purchase inspection of the that is the subject of this litigation, including but not limited to property inspections and Chinese-drywall inspections.

2. Please produce all documents relating to any purchase of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

3. Please produce all documents relating to any sales or transfers of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

4. Please produce all inspection reports generated by the inspections identified in your response to Section IV of the Plaintiff Profile Form.

5. Please produce any other post-purchase inspections performed on the property that is subject of this litigation, including but not limited to Chinese Drywall inspections.

6. Please produce all documents evidencing and/or supporting property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any other covered expenses, remediation expenses, or expected remediation expenses.

7. Please produce all supporting documentation for the list of Personal Property Damage provided as Exhibit 14 to your Plaintiff Fact Sheet for 8807 S. Claiborne Units A-C, New Orleans, LA 70118.

8. Please produce all supporting documentation for the list of Personal Property damage provided as Exhibit 14 to your Plaintiff Fact sheet for 4 Beresford Dr., Metairie, LA 70001.

9. Please produce any and all copies of statements or reports prepared in connection with any interview conducted by plaintiffs or on your behalf concerning the circumstances of the claims asserted in the petition.

10. Please produce any and all copies of notes, logs, blogs, memoranda, or diaries maintained in connection with any of your activities that concern or are in any way related to the claims asserted in the petition.

11. Please produce any and all evidence of proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

12. Please produce any and all documentation evidencing or supporting your claims for damages in this matter.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14-cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

### RULE 30 NOTICE OF DEPOSITION OF PLAINTIFFS, JAWAD GHARIB and FATME GHARIB RE: 4 BERESFORD DRIVE PROPERTY and 8807 S. CLAIBORNE AVENUE

TO: Plaintiffs, Jawad Gharib and Fatme Gharib, Through their counsel of record:
James V. Doyle, Jr.
**Doyle Law Firm**
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209

**Court Reporter**
Vincent P. Borrello, Jr. & Associates, Inc.
2325 N. Hullen Street, Suite 2D
Metairie, LA 70001

Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiffs, **Jawad Gharib and Fatme Gharib**, on **June 11, 2019**, **beginning at 9:00 A.M.** before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

Pursuant to FRCP Rule 30(b)(2), plaintiffs shall produce for inspection **BY CLOSE OF BUSINESS ON JUNE 4, 2019**, copies of any and all documents, electronically stored information, and tangible things for inspection and other purposes as set forth in the attached

Rule 34 Requests for Production.

The deposition will be conducted at the offices of:

Kerry J. Miller
**Fishman Haygood, LLP**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170

You are invited to attend and participate as you deem fit and proper.  The deposition may be videotaped.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:     (504) 556-5549
Facsimile:     (504) 310-0275
Email:         kmiller@fishmanhaygood.com
Email:         pthibodeaux@fishmanhaygood.com
Email:         ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30 Notice of Deposition was served via electronic mail on all counsel of record this 31st day of May, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

ATTACHMENT "A"

RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiffs, **Jawad Gharib and Fatme Gharib**, who have claims pending in MDL 2047 against defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. Plaintiffs shall provide responses to these Requests for Production **BY CLOSE OF BUSINESS ON JUNE 4, 2019**:

1. Please produce all documents relating to the any pre-purchase inspection of the that is the subject of this litigation, including but not limited to property inspections and Chinese-drywall inspections.

2. Please produce all documents relating to any purchase of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

3. Please produce all documents relating to any sales or transfers of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

4. Please produce all inspection reports generated by the inspections identified in your response to Section IV of the Plaintiff Profile Form.

5. Please produce any other post-purchase inspections performed on the property that is subject of this litigation, including but not limited to Chinese Drywall inspections.

6. Please produce all documents evidencing and/or supporting property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any other covered expenses, remediation expenses, or expected remediation expenses.

7. Please produce all supporting documentation for the list of Personal Property Damage provided as Exhibit 14 to your Plaintiff Fact Sheet for 8807 S. Claiborne Units A-C, New Orleans, LA 70118.

8. Please produce all supporting documentation for the list of Personal Property damage provided as Exhibit 14 to your Plaintiff Fact sheet for 4 Beresford Dr., Metairie, LA 70001.

9. Please produce any and all copies of statements or reports prepared in connection with any interview conducted by plaintiffs or on your behalf concerning the circumstances of the claims asserted in the petition.

10. Please produce any and all copies of notes, logs, blogs, memoranda, or diaries maintained in connection with any of your activities that concern or are in any way related to the claims asserted in the petition.

11. Please produce any and all evidence of proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

12. Please produce any and all documentation evidencing or supporting your claims for damages in this matter.