```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   In Re: CHINESE-MANUFACTURED   MDL 2047
     DRYWALL PRODUCTS LIABILITY
 5   LITIGATION
                                   SECTION "L"
 6   This document relates to:
                                   JUDGE ELDON
 7                                 FALLON
     Elizabeth Bennett, et al
 8   versus Gebr. Knauf, et al
                                   MAGISTRATE:
 9                                 JOSEPH
                                   WILKINSON, JR.
10   Case No. 14-cv-2722
11
12
13             Deposition of **SHAWN MACOMBER**,
14   221 West Camellia Drive, Slidell, Louisiana
15   70458, taken at the Law Offices of Fishman
16   Haygood, LLP, 201 St. Charles Avenue, 46th
17   Floor, New Orleans, Louisiana 70170, on
18   Tuesday, the 11th day of February, 2019.
19
20
21
22
23   REPORTED BY:
24   MICHELINE COSSE' BURAS, CCR, RPR
     Certified Court Reporter
25
```

EXHIBIT 7

1  Exhibit B is you, basically, combined it
2  all into one line item entry?
3       A.   One line item, yeah, one
4  structure.
5       Q.   That's why we come up with, what,
6  7,000 square feet; is that correct?
7       A.   That's correct.  I did not
8  include -- there is a commercial on the
9  first floor that is not included in that
10 number.
11      Q.   It's because it didn't have
12 Chinese drywall, or it's because --
13      A.   I didn't find any --
14      Q.   -- or it's not part of the
15 residential property.
16      A.   It's not part of the residential
17 property.  There are -- there is electrical
18 wiring and plumbing that runs from the
19 property -- the residential properties from
20 above to below.
21           In my inspection of the property I
22 found that the drywall appeared to be
23 five-eights inch thick in the commercial
24 property.
25      Q.   Uh-huh.

```
 1          A.   And there were a number of
 2    locations where I observed copper that did
 3    not show blackening.
 4          Q.   And you know that Chinese drywall
 5    only came in half-inch width; right?
 6          A.   That's correct.
 7          Q.   And so the top only has four
 8    different apartments, A, B, C, and D?
 9          A.   No.  So there's -- the second
10    floor has three apartments and then there's
11    a single apartment on the third floor.
12          Q.   Okay.
13          A.   But the single apartment on the
14    third floor, yes, so --
15          Q.   And then you combine --
16          A.   -- is shown on page -- Page 3,
17    Page 4, we show that, the three
18    apartments.
19          Q.   And they have an Xactimate floor
20    plan for that; correct?
21          A.   Yes.
22          Q.   All right.  Next one is Ginart and
23    we know that that's a custom home because
24    that's one of the ones that's detailed in
25    Exhibit D?
```

# REPORTER'S CERTIFICATE

1    This certification is valid only for a transcript accompanied by my original signature and original seal on this page.

2    I, **MICHELINE COSSE' BURAS**, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this was taken, do hereby certify that **SHAWN MACOMBER**, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing **187** pages;

3    That this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding;

4    That the transcript has been prepared in compliance with transcript format guidelines required by statue or by rules of the board and I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board;

5    That I have no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter;

6    I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

_____
**Micheline Cosse' Buras, CCR, RPR**
Registered Professional Reporter, LA #88024