UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come Defendants Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (collectively, the "Knauf Defendants"), which respectfully submit their Motion for Partial Summary Judgment.

In this matter, Plaintiffs Jawal and Fatme Gharib assert claims against the Knauf Defendants in redhibition and under the Louisiana Products Liability Act, La. Rev. Stat. § 9:2800.52, *et seq.*, for damages allegedly caused by defective drywall manufactured by the Knauf Defendants (hereinafter, "KPT Drywall") at two properties. The at-issue properties include: (1) a two-story residence bearing municipal address 4 Beresford Drive, Metairie, Louisiana 70118 (hereinafter the "Beresford Property"); and (2) a three-story mixed commercial and residential building bearing municipal address 8807 South Claiborne Avenue, New Orleans, Louisiana (hereinafter the "Claiborne Property"). Now, the Knauf Defendants move for partial summary judgment on (1) Plaintiffs' Beresford Property-related redhibition claim and (2) Plaintiffs' claims for damages to the areas of each property not containing KPT Drywall.

As further explained in the accompanying Memorandum in Support, Plaintiffs' redhibition

1

claim for damages to the Beresford Property is prescribed pursuant to the 10-year period provided in Louisiana Civil Code article 2534 because the KPT Drywall at the residential property was installed on January 7, 2006—over ten years before Plaintiffs filed their claim in this matter on January 31, 2016. Additionally, because Plaintiffs have asserted that they are entitled to damages to areas of both properties where there is no evidence of KPT Drywall, and because Plaintiffs cannot present competent evidence supporting their claim to damages in these non-affected areas, Defendants ask that the Court dismiss with prejudice any claim Plaintiffs may have for damages beyond the areas where KPT Drywall has been identified—i.e., the first floor of the Beresford Property and Apartments A, B, and C, on the second floor of the Claiborne Property. Accordingly, for these reasons and those more fully explained herein, the Knauf Defendants respectfully request that the Court grant partial summary judgment in their favor and dismiss with prejudice Plaintiffs' redhibition claim with respect to the Beresford Property and any and all claims Plaintiffs may have for damages to non-affected areas of both the Claiborne and Beresford Properties.

    WHEREFORE, for these reasons and those more fully provided in the accompanying Memorandum in Support, the Knauf Defendants respectfully ask that the Court grant their Motion for Partial Summary Judgment and dismiss with prejudice (1) Plaintiffs' redhibition claim with respect to the Beresford Property and (2) Plaintiffs' claims for damages to areas of the Beresford and Claiborne Properties where there is no evidence of KPT Drywall. The Knauf Defendants further request any and all relief the Court deems just.

    [SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:      504.949.8202
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com
Email: rveith@fishmanhaygood.com
Email: mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 28th day of February, 2023.

*/s/ Daniel J. Dysart*
**DANIEL J. DYSART**