Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION   SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES   JUDGE FALLON
  MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number: _____
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Jawad Gharib & Fatme Gharib
Address of Affected Property: 4 Beresford Drive
Metairie, LA 70001

Is this Property:* (Residential)  Commercial  Governmental

Name of Person Completing this Form: Jawad Gharib

Is above your primary residence? (Yes)  No

Mailing Address (if different): _____

Phone: ( 504 ) 460 - 2801

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant

Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No./Docket Info: Bennett v. Knauf

### Section II. Insurance Information

Homeowner/Renter Insurer: Centauri Specialty Insurance Company
Policy #: CHP0014857
Agent: Clement Insurance Agency, Inc.
Address: P.O. Box 1648
Houma, LA 70361
Phone: ( 985 ) 872 - 1391

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Jawad Gharib | 12/19/03 | / / | (M)/F | / / | Yes (No) | Owner - Occupant |
| Fatme Gharib | 12/19/03 | / / | M/(F) | / / | Yes (No) | Owner - Occupant |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |

* Personal injuries include claims for mental anguish and medical monitoring.


EXHIBIT 10

EXHIBIT 2

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Jawad Gharib
1.2. When did the inspection take place?   12/12/15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No
2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Jawad Gharib
2.2. When was this determination made?   12/12/15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
|  | ASTM C 36 |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 4,280 |  | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X |  |
| Height of interior Walls | 9'+ | Year-round | X |  |
| Number of Bedrooms: | 4 | Summer |  |  |
| Number of Bathrooms: | 4 | Winter |  |  |

#### Plumbing System

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping |  | X |  |
| Copper Piping | X |  |  |
| Copper Fixtures | X |  |  |
| Other Fixtures | X |  |  |
| Were repairs made to the plumbing system? |  | X |  |
| Dates: |  |  |  |

#### Electrical System

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| Receptacles | X |  |  |
| Switches | X |  |  |
| Main Panel | X |  |  |
| 2nd Panel |  |  | X |
| Exposed Copper Wires | X |  |  |
| Were repairs made to the electrical system? |  | X |  |
| Dates: |  |  |  |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date:  / /     Completion Date  / /
Move In Date:  / /    Date Acquired Home  / /

Date Range for Renovations: (Month/Day/Year)
Start Date:  / /     Completion Date  / /
Move In Date:  / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced |  |  |  |
| First Floor: Full Wall of drywall replaced |  |  |  |
| Second Floor: Any drywall replaced |  |  |  |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:   Interior Exterior Building Supply
Address:   P.O. Box 4002
New Orleans, LA 70178

Phone:   ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Jawad Gharib_ , 12/16/15 , _____ , _____ ,
Claimant's Signature    Date Signed         Claimant's Signature    Date Signed

_Fatme Gharib_ , 12/16/15 , _____ , _____ ,
Claimant's Signature    Date Signed         Claimant's Signature    Date Signed

_____ , _____ , _____ , _____ ,
Claimant's Signature    Date Signed         Claimant's Signature    Date Signed





**Centauri Specialty Insurance Company**
PO Box 100117
Columbia, SC 29202-3117

Customer Service: 1-866-318-4113
Claim Reporting: 1-866-215-7574

**Homeowners Policy Declaration**
**Renewal**

| | |
|---|---|
| **Policy Number:** CHP0014857 | **Policy Effective Date:** 11/10/2015 |
| **Process Date:** 09/27/2015 9:09 PM | **Policy Expiration Date:** 11/10/2016 12:01 AM at property address |

**Named Insured and Mailing Address:**
Jawad Gharib
Fatme Gharib
4 Beresford Dr
Metairie, LA 70001-6156

**Phone Number:** (504)460-2801
**Email Address:** gharib57@gmail.com

**Agency:** 1900089-0000022
Clement Insurance Agency Inc
**Address:**
PO Box 1648
Houma, LA 70361

**Phone Number:** (985)872-1391
**Email Address:** paulc@clementinsurance.com

**Renewal Change(s):** Property Coverage A limit has been increased at renewal due to the inflation factor of 3.000% as determined by an index based on ISO 360Value to maintain insurance to the approximate replacement cost of your home. You have the right to request changes to the Dwelling Coverage Limit at any time during the policy term by contacting your producer who is listed on the Declaration Page. If you have recently modified, updated or remodeled your home or believe that the Dwelling Coverage Limit on your policy is no longer appropriate, please contact your producer. Your producer can assist you with updating the Dwelling Coverage Limit on your policy.

In return for the payment of premium, coverage is provided where premium and limit of liability are shown.

**Flood coverage is not provided by this policy.**

**Location(s) of Property Insured:** 4 Beresford Dr
Metairie, LA 70001-6156

**Property Characteristics:**

| | | | | | |
|---|---|---|---|---|---|
| Form: | HO-3 | Protection Class: | 01 | BCEG: | 99 |
| Construction Type: | Masonry Veneer | Occupancy: | Owner | | |
| Territory: | Terr 421 | Month/Year Built: | 06/2007 | Usage: | Primary |
| Parish: | 0051-Jefferson | Structure Type: | Dwelling | Number of Families: | 1 Family |
| Burglar Alarm: | Central Station Reporting | Fire Alarm: | Central Station Reporting | Automatic Sprinklers: | None |

**Mitigation Characteristics:**

| | | | |
|---|---|---|---|
| Building Code Indicator: | Yes | Opening Protection: | No |
| Roof Cover and Attachment: | | Secondary Water Resistance: | |
| Roof Deck Attachment: | | Roof Geometry: | Hip |
| Roof Wall Connection: | | Door Strength: | |

**Hurricane Deductible:** 2% = $ 17,510
**All Other Peril Deductible:** $2,500

*Jose S. Rios*
AUTHORIZED COUNTERSIGNATURE

Insured Copy

Page 1 of 3

09/27/2015
CS LA DEC 10 11



**Centauri Specialty Insurance Company**
PO Box 100117
Columbia, SC 29202-3117

Customer Service: 1-866-318-4113
Claim Reporting: 1-866-215-7574

**Homeowners Policy Declaration**
**Renewal**

| | |
|---|---|
| Policy Number: CHP0014857 | Policy Effective Date: 11/10/2015 |
| Process Date: 09/27/2015 9:09 PM | Policy Expiration Date: 11/10/2016 12:01 AM at property address |

**Policy Premium: $7,649.00    Fees/Assessments: $287.00    Total Annual Premium: $7,936.00**

IN CASE OF LOSS WE COVER ONLY THAT PART OF THE LOSS OVER THE DEDUCTIBLE AMOUNT.
PLEASE SEE IMPORTANT NOTICES ON PAGE 3.

| Coverage | Limit | Premium |
|---|---|---|
| Coverage A - Dwelling | $875,500 | $7,509.00 |
| Coverage B - Other Structures | $87,550 | Included |
| Cov C - Personal Property | $218,875 | Included |
| Coverage D - Loss Of Use | $175,100 | Included |
| Coverage E - Personal Liability | $300,000 | $35.00 |
| Coverage F - Medical Payments | $1,000 | $5.00 |
| | **Total Basic Premium:** | **$7,549.00** |

| Additional Coverages/Endorsements/Exclusions | | Limit | Premium |
|---|---|---|---|
| CSH HOJ | 08 11 - Homeowners Policy Jacket | | Included |
| CSH P002 | 08 11 - Homeowners Policy Coverage Disclosure | | Included |
| CSH LA SPV03 | 05 15 - Special Provisions - Louisiana - HO 00 03 | | Included |
| HO 00 03 | 10 00 - Homeowners 3 - Special Form | | Included |
| CSH 04 16 | 10 11 - Premises Alarm or Fire Protection System | | Included |
| CSH LF | 04 15 - Limited Fungi, Wet or Dry Rot or Bacteria Coverage | $5,000 | Included |
| CS 04 55 | 08 11 - Identity Fraud Expense Coverage | | $25.00 |
| CSH EB | 12 13 - Equipment Breakdown Enhancement Endorsement | | $50.00 |
| CSH WBU | 07 14 - Water Back Up and Sump Discharge or Overflow | $5,000 | $25.00 |
| HO 03 53 | 12 09 - Hurricane Deductible - Louisiana | | Included |
| HO 04 90 | 10 00 - Personal Property Replacement Cost Loss Settlement | | Included |
| IL P 001 | 01 04 - OFAC Advisory Notice | | Included |
| PRV | 07 12 - Privacy Notice | | Included |
| | | **Total Endorsement Premium:** | **$100.00** |

| Discounts and Surcharges | Premium |
|---|---|
| Protective Devices | ($411.71) |
| Secured Community/Building | ($382.16) |
| Wind Mitigation | ($2,327.24) |
| **Total Discounts and Surcharges:** | **Included** |

| Fees and Assessments | Premium |
|---|---|
| Managing General Agency Fee | $25.00 |
| LA Citizen Assessment - 2015 | $262.00 |
| **Total Fees And Assessments:** | **$287.00** |

Insured Copy

CS LA DEC 10 11



**Centauri Specialty Insurance Company**
PO Box 100117
Columbia, SC 29202-3117

Customer Service: 1-866-318-4113
Claim Reporting: 1-866-215-7574

**Homeowners Policy Declaration**
**Renewal**

| | |
|---|---|
| **Policy Number:** CHP0014857 | **Policy Effective Date:** 11/10/2015 |
| **Process Date:** 09/27/2015 9:09 PM | **Policy Expiration Date:** 11/10/2016 12:01 AM at property address |

**Total Premium: $7,936.00**

**MORTGAGEE(S):**
None

**OTHER INTEREST(S):**
None

## NOTICES

THIS REPLACES ALL PREVIOUSLY ISSUED POLICY DECLARATIONS, IF ANY. THIS POLICY APPLIES ONLY TO ACCIDENTS, OCCURRENCES, OR LOSSES WHICH HAPPEN DURING THE POLICY PERIOD SHOWN ABOVE.

- Special Provisions (CSH LA SPV03 05 15) - This endorsement change increases coverage to 100% ALE for a hurricane loss and removes a typographical error under Coverage E-Personal Liability, exclusion 12 that inadvertently excluded Personal Liability.