```
              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                              SECTION "L"
This document relates to:
                              JUDGE ELDON
                              FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                              MAGISTRATE:
                              JOSEPH
                              WILKINSON, JR.
Case No. 14-cv-2722
```

Deposition of JAWAD GHARIB,

4 Beresford Drive, Metairie, Louisiana

70001, taken at the Law Offices of Fishman

Haygood, LLP, 201 St. Charles Avenue, 46th

Floor, New Orleans, Louisiana 70170, on

Tuesday, the 11th day of June, 2019.

REPORTED BY:

MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

EXHIBIT 3

```
 1        APPEARANCES

 2        REPRESENTING THE PLAINTIFFS,
          JAWAD GHARIB AND FATME GHARIB
 3
               DOYLE LAW FIRM
 4             (By: James V. Doyle, Jr., Esquire)
               2100 Southbridge Parkway
 5             Suite 650
               Birmingham, Alabama 35209
 6             jimmy@doylefirm.com

 7


 8        REPRESENTING THE DEFENDANT,
          KNAUF DEFENDANTS
 9

10             FISHMAN HAYGOOD, LLP
               (By: Rebekka C. Veith, Esquire)
11             201 St. Charles Avenue
               46th Floor
12             New Orleans, Louisiana 70170
               rveith@fishmanhaygood.com
13

14

15        ALSO PRESENT:

16             Fatme Gharib
               Jumanah A. Hamide, Interpreter
17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2

 3        Caption                       1

 4        Appearances                   2

 5        Stipulation                   4

 6        Index                         5

 7        Reporter's Page               188

 8        Reporter's Certificate        189

 9

10        Examination by:

11             Ms. Veith                          6

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1               E X H I B I T   I N D E X

2       1 Notice                        10

3       2 Plaintiff Profile Form        10

4       3 Supplemental PPF              11

5       4 Plaintiff Profile Form        14

6       5 Supplemental PPF              15

7       6 Plaintiff Profile Form        16

8       7 Supplemental PPF              16

9       8 Plaintiff Fact Sheet          16

10      9 Verification                  18

11      10 Plaintiff Profile Form   19

12      11 Supplemental PPF             19

13      12 Plaintiff Fact Sheet         20

14      13 Verification             21

15      14 CD disc                  149

16      15 Supplier and Ship to         155
        Recipent Downstram InEx Releases

```
 1              S T I P U L A T I O N
 2          It is stipulated and agreed
 3      by and between counsel for the parties
 4      that the deposition of JAWAD GHARIB, is
 5      hereby taken under Rule 30 (b)(2), pursuant
 6      to Federal Rules of Civil Procedure, in
 7      accordance with law, pursuant to notice;
 8
 9          That the formalities of reading,
10      signing, sealing, certification and filing
11      are specifically waived;
12
13          That all objections, save those as
14      to the form of the questions, are hereby
15      reserved until such time as this
16    deposition, or any part thereof, may be
17      used or sought to be used in evidence.
18
19                *     *     *     *
20
21
22          MICHELINE COSSE' BURAS, RPR
23         Registered Professional Reporter,
24      State of Louisiana, officiated in
25      administering the oath to the witness.
```

```
 1                      JAWAD GHARIB,
 2      after having been first duly sworn by the
 3      above-mentioned Certified Reporter was
 4      examined and testified as follows:
 5      EXAMINATION BY MS. VEITH:
 6              Q.  Good morning, Mr. Gharib.
 7              A.  Good morning.
 8              Q.  So my name is Rebekka Veith.  I am
 9      an attorney at Fishman Haygood, and I
10      represent the defendants in this
11      litigation.  Have you ever been deposed
12      before?
13              A.  Yes.
14              Q.  And what litigation were you
15      deposed in connection with?
16              A.  This was something to do with my
17      building on Gentilly Road, something else.
18      It's a case that I have in one of my
19      commercial building that I -- I sued
20      somebody and then the defendant has deposed
21      me.
22              Q.  How long ago is that?
23              A.  I say about eight, nine months.
24              Q.  So recently?
25              A.  Yeah.  Yeah.  Recently.
```

```
 1            A.   2006, October 2006.  That's when I
 2    opened my laundromat and there may be two
 3    or three months later I finished the
 4    apartments.
 5            Q.   Did the property flood in Katrina?
 6            A.   Yes.
 7            Q.   It wasn't opened yet though;
 8    right?
 9            A.   No.  I was in -- I was
10    constructing it.
11            Q.   So did you have to start over some
12    of the construction?
13            A.   Some of it, yes.
14            Q.   Okay.  So how do you utilize the
15    property today?
16            A.   So I have a laundromat.  I have a
17    rental space, commercial, and then the
18    apartments.
19            Q.   Is the commercial rental space
20    being rented at this time?
21            A.   Yes.
22            Q.   Who's renting it?
23            A.   Metro PCS.
24            Q.   How long have they been renting
25    it?
```

```
 1          say, two to three years before the tenant
 2          that I had now so --
 3               Q.   2013, 2014-ish?
 4               A.   Probably.  I got to sit down and
 5          look at, you know, think about the dates,
 6          and then I probably give you a better, you
 7          know, more accurate dates for how long I
 8          had the Urban Clothing Store there, when
 9          did they move out.  And it did stay
10          vacant -- it could be two years, and then I
11          had the present tenant, Metro PCS now.
12               Q.   Okay.  What about the residential
13          rental properties, are those rented right
14          now?
15               A.   Yes.
16               Q.   And how long had they been rented
17          for?
18               A.   Since I had that building
19          constructed.
20               Q.   How did you discover Chinese
21          drywall in this property at 8807 South
22          Claiborne?
23               A.   So December 2015 I had -- well,
24          when I constructed this building and it was
25          in 2006, I've always thought about
```

```
 1        exhibit to Exhibit 2 of the deposition.
 2        The photo reflects that property that we're
 3        discussing at 8807 South Claiborne.  You're
 4        not an expert witness are you, Mr. Gharib?
 5             A.   No, I'm not.
 6             Q.   Okay.  Just to clarify -- and I
 7        appreciate what you just told me -- and I'm
 8        asking you a yes or no question, is there
 9        drywall -- is there Chinese drywall in the
10        commercial space in this property, to the
11        best of your knowledge?
12             A.   No, there's not.
13             Q.   Okay.  So there's no Chinese
14        drywall in the space where all of the
15        washing machines are located; right?
16             A.   No.
17             Q.   No Chinese drywall in the space
18        where all the dryers are located; right?
19             A.   No.
20             Q.   Okay.  And so it is your testimony
21        that you still believe that those machines
22        were damaged by Chinese drywall, but it is
23        not your claim that this affected
24        property -- affected property includes the
25        commercial space, right, because the
```

```
 1      the address where you reside with your
 2      family, right, Mr. Gharib?
 3           A.  Yes.
 4           Q.  And when did you purchase this
 5      property?
 6           A.  2000 -- it's an empty lot we
 7      bought 2003.
 8           Q.  Okay.  And then you built a house
 9      on the lot?
10           A.  Yes.
11           Q.  When did you build that house?
12           A.  We start building -- I can't
13      recall the exact date I start building.
14      But I know that I was close to finishing up
15      the house probably a month before I moved
16      into the house, then we were struck with
17      Hurricane Katrina.  So I was close to
18      moving into the house.  I was doing the
19      final touches on the house, and then we got
20      hit by Hurricane Katrina.
21           Q.  And your house flooded in
22      Hurricane Katrina; right?
23           A.  Yes.
24           Q.  Mine too.  So I get it.
25           A.  I had four feet of water in
```

```
 1            there.
 2                  Q.   We had 12.
 3                  A.   Yeah.
 4                  Q.   And my dad was inside.  It was a
 5            bad time.
 6                       So, okay, so you had replace
 7            Sheetrock in your home after Hurricane
 8            Katrina; right?
 9                  A.   Yes.
10                  Q.   Okay.  Who supplied the Sheetrock
11            when you originally built the house?
12                  A.   I can't recall.  I don't know.
13                  Q.   Were you the contractor for that
14            home --
15                  A.   Yes.
16                  Q.   -- as well?
17                  A.   Yeah.
18                  Q.   So you don't remember if it was
19            Interior Exterior?
20                  A.   It could be, yes.
21                  Q.   But you don't know?
22                  A.   I can't say for sure.
23                  Q.   Okay.  And what about when you did
24            the work after Hurricane Katrina, do you
25            remember who supplied it then?
```

```
 1       LLC; correct?
 2            A.   Yes.
 3            Q.   Is that your subdivision, Mr.
 4       Gharib?
 5            A.   Metairie Club Estates, yes.
 6            Q.   Metairie Club Estates.  Okay.  So
 7       you do live in a subdivision; right?
 8            A.   I live in a subdivision, yes.
 9                 It's stated here Metairie Club
10       Estate
11       Subdivision, yes.
12            Q.   Did most of the homes in your
13       subdivision flood after Katrina -- during
14       Katrina?
15            A.   I'm sorry.  Say it again.
16            Q.   Did most of the homes flood --
17            A.   Yeah.  They all did.
18            Q.   -- during Katrina?  Okay.  Thank
19       you.  And you still reside at this
20       property --
21            A.   Yes.
22            Q.   -- at 4 Beresford Drive; right?
23            A.   Yes.
24            Q.   To the best of your knowledge,
25       when was the -- well, let me back up.
```

```
 1        associated with your home at 4 Beresford
 2        Drive; right?
 3             A.   No.
 4             Q.   I'm going mark this CD rom as
 5        Exhibit 14.  So sitting here today, we
 6        don't have any photos of drywall
 7        manufactured by my client at your home in 4
 8        Beresford Drive; right?
 9                  MR. DOYLE:
10                       Object to the form of the
11                  question.
12                  THE WITNESS:
13                       I don't see them here, no, in
14                  your file here.
15        EXAMINATION BY MS. VEITH:
16             Q.   You mentioned that where you found
17        the drywall was on the first floor on the
18        house.  Did you find it anywhere else?
19             A.   What do you mean in the rest of
20        the house or what do you mean?
21             Q.   Right.  Did you go look upstairs?
22        Did you look in the ceilings?  Did you look
23        in another room?
24             A.   No.  I looked in the first floor,
25        that's it.
```

```
 1                     REPORTER'S PAGE
 2           I, MICHELINE COSSE' BURAS, Certified
 3      Court Reporter in and for the State of
 4       Louisiana, the officer, as defined in Rule
 5       28, of the Federal Rules of Civil Procedure
 6       and/or Article 1434 (B) of the Louisiana
 7       Code of Civil Procedure, before whom this
 8       sworn testimony was taken, do hereby state
 9       on the record;
10              That due to the interaction in the
11       spontaneous discourse of this proceeding,
12      dashes (--) have been used to indicate
13       pauses, changes in thought, and/or
14       talkovers; that same is the proper method
15       for a court reporter's transcription of
16       proceedings, and that the dashes (--) do
17       not indicate that words or phrases have
18       been left out of this transcript; that any
19       words and/or names which could not be
20       verified through reference material have
21      been denoted with the phrase "(spelled
22       phonetically)."
23
                   _____
24            MICHELINE COSSE' BURAS, CCR, RPR
              Certified Court Reporter
25            Registered Professional Reporter
                   REPORTER'S CERTIFICATE
```

```
 1              This certification is valid only for a
         transcript accompanied by my original
 2       signature and original seal on this page.
 3              I, MICHELINE COSSE' BURAS, Certified
         Court Reporter, in and for the State of
 4       Louisiana, as the officer before whom this
         was taken, do hereby certify that JAWAD
 5       GHARIB, after having been duly sworn by me
         upon authority of R.S. 37:2554, did testify
 6       as hereinbefore set forth in the foregoing
         188 pages;
 7
                That this testimony was reported by me
 8       in the stenotype reporting method, was
         prepared and transcribed by me or under my
 9       personal direction and supervision, and is
         a true and correct transcript, to the best
10       of my ability and understanding;
11              That the transcript has been prepared
         in compliance with transcript format
12       guidelines required by statue or by rules
         of the board and I am informed about the
13       complete arrangement, financial or
         otherwise, with the person or entity making
14       arrangements for deposition services; that
         I have acted in compliance with the
15       prohibition on contractual relationships,
         as defined by Louisiana Code of Civil
16       Procedure Article 1434 and in rules and
         advisory opinions of the board;
17
                That I have no actual knowledge of any
18       prohibited employment or contractual
         relationship, direct or indirect, between a
19       court reporting firm and any party litigant
         in this matter nor is there any such
20       relationship between myself and a party
         litigant in this matter;
21
                I am not related to counsel or to the
22       parties herein, nor am I otherwise
         interested in the outcome of this matter.
23
         _____
24       Micheline Cosse' Buras, CCR, RPR
         Registered Professional Reporter, LA #88024
25
```