# Exhibit C

EXHIBIT 4



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GHARIB_4
       **Property: 4 Beresford Drive, Metairie, LA 70001**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/15/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4547.09 SF to determine a Living Space area of 4002.08 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com




Bath 1
Garage
Tray Ceiling (A1)
Living Room
Media Room
Kitchen
Hallway
Laundry Room
AC Closet
Alcove Under Stairs
AC Closet 2
Hallway 2
Bath 2
Pantry
Butler's Pantry
tray ceiling (A1)
Staircase
Linen Closet
Office Closet
Foyer/Entry
Dining Room
Office
N

Main Level

Bedroom 4
Bathroom 4
Alcove 2
Closet 4
Closet 3
Bedroom 3
Hallway 2
Bathroom 3
AC Chase
Stairs landing
Linen Closet
Bed 2 Cl. 1
Bed 2 Cl. 2
Bedroom 2
Master Bedroom
Hallway 1
Linen Closet 1
Linen Closet 2
Master Bath
Shower
Closet
Chase
Toilet
Master Closet
11' 8"
5' 7"
11' 2"
5' 1"
13' 5"
12' 11"
9' 2"
9' 6"
20' 8"
24' 7"
14' 4"
19' 9"
19' 5"
19' 11"
12' 1"
11' 7"
9' 9"
9' 7"
12' 2"
11' 8"
13' 6"
14'
2' 7"
17' 11"
16' 3"
16' 11"
13' 3"
12' 9"
7' 5"
7' 11"

N

Upstairs



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: GHARIB_8807
**Property: 8807 South Claiborne Ave., Apt. A, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Kitchen Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 7097.01 SF to determine a Living Space area of 4068.76 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**









**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GHARIB_8807
      **Property: 8807 South Claiborne Ave., Apt. B, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GHARIB_8807
   **Property: 8807 South Claiborne Ave., Apt. C, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hallway Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit

**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com




Roof




3rd Story






Stairs
Bedroom 6
Bedroom 5
Bedroom 4
Bedroom 3
Bedroom 1
Bedroom 2
Closet 6
Linen Closet
Closet 5
Closet 4
AC Closet
Closet 3
Closet 1
Linen Closet
Closet 2
Hallway2
Hallway1
Hallway
Pantry2
Pantry1
Pantry
Bathroom
Bathroom
Bathroom
Kitchen2
Kitchen1
Kitchen
Living Room2
Living Room1
Living Room
Breakfast A2
Breakfast A1
Breakfast Area/Room

N

2nd story