Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

**Defective Knauf Drywall**
**Expert Report For**
**Plaintiffs Represented By Doyle Law Firm, PC**

**<u>Opinions Related to the following</u>**:

*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
United States District Court for the Eastern District of Louisiana
2:14-cv-02722-EEF-JCW

Reported by: _____
Shawn Macomber

Date:        December 31, 2019

1

EXHIBIT
5

Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

## *TABLE OF CONTENTS*

1.   EDUCATION AND TRAINING …………………………………...   4

2.   SCOPE OF WORK / RETENTION …………………………………...   5

3.   EXECUTIVE SUMMARY ……………………………..……………   6

4.   DESCRIPTION OF METHODOLOGY………………………………   6

5.   CONCLUSIONS / OPINIONS………………………………………   7

6.   RESERVATION OF RIGHTS …………………………………...   8

7.   CITATIONS LIST …………………………………………………..   8

8.   EXHIBITS

        Exhibit A
            Curriculum Vitae of Shawn Macomber

        Exhibit B
            Table with inspection data, R.S. Means
            Values, and projected remediation damages

        Exhibit C
            Individual summary letters for each property

        Exhibit D
            Example Xactimate scopes for custom-built homes

        Exhibit E
            2020 RS Means Residential Cost Data Excerpts
            (Square Foot Cost Section)

        Exhibit F
            Increased cost of compliance –
            Miami Dade County, Florida

Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

Exhibit G
    FOFCOL Order (Doc. 20741)

Exhibit H
    Declaration of Ronald E. Wright, PE
    and accompanying exhibit (Doc. 22235-1)

Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

## 1.  EDUCATION AND TRAINING

I, Shawn Macomber, obtained a Post Baccalaureate Degree from Louisiana State University in 2016. I am currently enrolled as a Graduate Student at LSU with an expected graduation of May 2020 with a Master's Degree in Construction Management. I have participated in at least 120 hours of continuing education on the topic of construction and/or indoor air quality since 2011. I have been certified as a Defective Drywall Consultant and Remediator as well as an inspector by several different certifying bodies. I am an ICC Certified Residential Building Inspector and the qualifying party for Healthy Home Solutions, LLC as a Louisiana State Residential Building Contractor. I have taken several classes on using the Xactimate estimating software and have completing all training required to be an independent insurance adjuster.

Experience – Beginning in 2009, I have been performing Chinese Drywall (CDW) inspections, consulting and remediation with my company Healthy Home Solutions, LLC. I was involved with the writing of several scientific publications and presentations on the topic of CDW including for the American Industrial Hygiene Association. I have personally inspected hundreds of homes, apartments and/or buildings for the presence of CDW. I worked for a year for John Wayne Construction as a Superintendent on the KPT drywall remediation project during which I was personally involved and present at drywall remediation projects performed under the General Contractor Moss & Associates. I have also been involved in many projects that were performed as "Option 2" homes where the owner chose their own contractor.

Experience –  I first became familiar with CDW in 2008 when I read a small blurb about potential problems with "imported drywall". Knowing that I had installed Chinese drywall in my home in 2007 after Hurricane Katrina, I inspected the outlets and found that my wiring was exhibiting similar characteristics. In an effort to understand more about the issue, I began doing research. After attending the first Building Envelope Science Institute's class on CDW, I was contracted as a consultant on a project in Covington, LA. That remediation became a test case for BESI and I was enlisted by the institute to teach others the process.

Later, I was hired by the National Construction Warranty Company to explore the possibility of developing a warranty backed selective removal process. It was ultimately discontinued due to the extreme costs and risks of performing those types of remediation.

Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

I have participated as an expert in several cases involving CDW. I have spoken to the costs and methods of remediation and inspection. I also have been retained by clients and attorneys to provide a preservation of evidence service during the remediation of CDW.

Attached hereto is a copy of my curriculum vitae labeled as Exhibit A.

I have not provided previous testimony at trial in the last four years, although I have been retained as an expert and/or consultant on several matters.  My regular hourly consulting rate is $ 195.00/hr  and $295.00/hr (4 hr minimum) for deposition and trial.

## 2.  SCOPE OF WORK / RETENTION

I have been retained by Doyle Law Firm, PC to provide expert opinions in the *Bennett* case on the following topics:

A.  The under-air and gross square footage for each affected property.

B.  The presence of defective Knauf-manufactured drywall in the living space of a property.

C.  The projected cost of remediation for each property utilizing the court-endorsed RS Means formula method.

D.  Identifying the custom-built homes that would not be suitable for projecting the cost of remediation utilizing the RS Means method.

E.  Determine whether a plaintiff / former owner whose home was foreclosed or who sold via a short sale provided pictures of defective Knauf-manufactured drywall markings from their homes.

F.  Provide an opinion regarding what is meant by "complete remediation of the home" based on my experience as an inspector and/or contractor engaged in remediation of Chinese drywall homes.

Set for the below are my preliminary results and description of methodology regarding expert opinions pertaining to defective Chinese drywall.

I and my staff have visited all homes requested by Doyle Law Firm, PC, that are now owned by the Plaintiffs in this case.  From these site visits, I have generated

Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

data related to square footage, I have created a floor plan with measurements, and I have generated a summary of my findings in letter form for each property.

## 3.  EXECUTIVE SUMMARY

Exhibit B contains the table with the name of each plaintiff, the affected property address, verified under air square footage, 2020 RS Means National Square Foot Unit Price, 2020 RS Means Location Factor, and the total projected RS Means Formula Damages projection for each property.

## 4.  DESCRIPTION OF METHODOLOGY

Judge Fallon, presiding over MDL-2047, stated unequivocally that property damage arising from Chinese drywall requires total remediation of the property.  In a recent court issued order (Doc. 20741), the court rejected all selective remediation approaches in favor of removal of all drywall, all electrical wiring, replacement of all copper and silver plumbing and electrical switches, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring. He also found that all items that are likely to be damaged during demolition (i.e., cabinets, trim and baseboards) should be removed and replaced during remediation. He found that selective identification and removal of CDW is neither efficient nor cost-effective.

With regard to projecting the cost of remediation, the court declared it was satisfied that the use of R.S. Mean data, a standard cost reference used by professionals in the field, keyed to the zip code of each property sufficiently and reliably accounts for location factors in the individual and aggregate damages estimate. Utilizing a R.S. Means per square foot cost to reflect the current-day building materials and labor cost, with an additional 6% of the remediation costs to the national square foot unit price to pay for the pre- and post-remediation inspections, sampling, testing and certification of the homes was also appropriate. The 2019 national square foot unit price adopted by the court is $117.94 according to filings in the proposed Taishan class settlement. (See, e.g., Doc 22235-1, attached hereto as Exhibit H).

I am in receipt of the 2020 R.S. Means location factor data that is recently published and it has been utilized to project remediation damages attached to this report as Exhibit B.  The location factor on Exhibit B for each property reflects the most current value provided by R.S. Means.  A copy of the 2020 R.S. Means cost data is attached hereto as Exhibit E.

Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

I and/or my Healthy Home Solutions staff visited all properties now owned by plaintiffs named in this case.  We measured and verified the gross square footage and under air square footage of the affected structure on the property.  The verified under air square footage value was utilized in the formulaic damages and is reflected on Exhibit B.

With the square footage, R.S. Means Location Factor, and R.S. Means National Square Unit Price now identified, the remediation damages were calculated in this manner:  (National Square Foot Unit Price) X (R.S. Means Location Factor) X (Verified Under Air Square Footage of Plaintiff's Home) = Damages. The remediation damages for each property is summarized in the table labeled as Exhibit B.

I have also been asked to provide the R.S. Means formulaic damages for homes that Healthy Home Solutions did not visit.  For instance, this includes those homes that were foreclosed or sold via short sale prior to my engagement in this role.  I utilized KPT indicia and under air square footage data from a variety of sources provided to me by Doyle Law Firm, PC, and I generated summary reports.  I do not take any position regarding the authenticity of the pictures or the square footage measurements.  I simply calculated the projected remediation damages utilizing the R.S. Means method because Doyle Law Firm, PC requested that calculation for all properties.  All projected remediation damages are captured in Exhibit B.

## 5.  CONCLUSIONS / OPINIONS

A.  Under air square footage has been measured for all homes now owned by the plaintiffs in this case.  All home square footage measurements made by Healthy Home Solutions and all values are contained in Exhibit B and in the individual summary letters provided as Exhibit C.

B.  The presence of defective Knauf-manufactured drywall was found in the living space of all properties visited by Healthy Home Solutions.  A summary report / letter was generated for each property visited and includes the location of the defective Knauf-manufactured drywall, a picture of the markings on the Knauf drywall, and a square footage calculation.  Those summaries are attached hereto as Exhibit C.

C.  Remediation damages have been calculated for each property at issue in this case.  Healthy Home Solutions verified the under air square

Shawn Macomber – Expert Report for Plaintiffs – Elizabeth Bennett, et al.

footage of each home, gathered the R.S. Means National Square Foot Unit Price, each applicable R.S. Means Location Factor and calculated the projected remediation damages for each property.  The table containing all projected remediation damages is attached as Exhibit B.

D.   It is my opinion that custom-built homes are not suitable for projecting the cost of remediation utilizing the RS Means method.  The deviation in value from the R.S. Means formulaic method is easily proven.  I have attached two Xactimate cost projections as examples. (See Exhibit D).  The R.S. Means formula deviates and under-projects the true cost of remediation for those homes because each will require work to be performed by specialized subcontractors.  I have projected the cost of remediation for all properties utilizing the R.S. Means formula, but based on my experience, those homes I have identified on Exhibit B as custom homes will require a detailed cost projection utilizing an individualized method to project a more accurate cost.

E.  It is my opinion, based on my experience inspecting homes with Chinese drywall, that the indicia, provided by plaintiffs who self remediated or who lost the home for a variety of reasons, is indeed defective KPT drywall.  My specific findings for each individual property is contained in Exhibit C.

F.  It is my opinion that complete remediation was defined by Judge Fallon in his order labeled as "Finding of Fact & Conclusions of Law Related To the June 9, 2015 Damages Hearing" and I adopt that definition in its entirety.  I have attached a copy of Judge Fallon's order as an exhibit to this report as Exhibit G.

## 6.   RESERVATION OF RIGHTS

As these property evaluations have now concluded and the cost projections for each property have now been generated, I reserve the right to review additional cost data released by RS Means and amend any appropriate cost projection prior to the trial of these individual claims.

## 7.   CITATIONS LIST

*No Citations.*

# Exhibit A

## Shawn Macomber
healthyhomesolutionsllc@gmail.com
(985) 710-3789

221 W Camellia Dr
Slidell, LA 70458

## Education

LSU, Baton Rouge, LA (present) Degree: **Master of Science: Construction Management (May 2020)**
LSU, Baton Rouge, LA (2016) Degree: **Post Baccalaureate Certificate of Construction Management**
VCU, Richmond, VA (1998) Degree: **Bachelor of Science: Mass Communications**

## Certifications, Licenses, and Skills

**LA State Residential Building Contractor**
**HBA Certificate of Project Management**
**ICC Residential Building Inspector**
**OSHA 40 hr HAZWOPER**
**EPA Renovate, Repair and Paint (Lead)**
**Xactimate Estimating**
**BESI Defective Drywall Consultant**

**NORMI CMI & CDW Assessor**
**EDI Toxic Drywall Inspector I**
**IAQ Technician**
**PPE Fit Tested**
**CSI Construction Document Technician**
**Certified Duct and Envelope Testing Verifier**

## Experience

**Building Contractor -** *Healthy Home Solutions, LLC* (2016 - Present) Licensed residential building contractor performing new construction, renovation, repairs and additions.
**Senior Project Manager-** -*Elite Industries, LLC* (2013-2016), Estimate, sell and manage residential and light commercial construction projects. Coordinate schedules, subcontractor buyouts, materials purchase and delivery, permits. High level of interaction with owners, designers, contractors. Primary responsible party for multiple ongoing jobs in various locations across the metro area. Regular reporting to owner and office staff.
**Superintendent/Regional Manager -** *JWC (GSA Division)*,(2012-2013), Plan, coordinate and supervise renovation, remediation and emergency response projects. Responsibilities included scheduling, buyouts, estimating, safety and completion of assigned projects.
**Senior Technical Advisor-**-*National Construction Warranty Company* (2010-2012), provide technical support for "Chinese Drywall" warranty services
**Environmental Consultant/Owners Rep/Estimator/Project Manager-** *Healthy Home Solutions, LLC* (2006- Present), Consult with owners and contractors on building and renovation projects involving water intrusion, mold, defective drywall or other related IAQ problem.
**Construction Contractor -** *Shawn Macomber Construction*- (2005- 2009)- Owner and operator of licensed renovation and home improvement business.
**Locations Manager-** *Haction Productions*, SLC, Utah (2003-2005)- Scout, select and secure appropriate locations for television and film crews to shoot. Responsibilities included: contract negotiations, state and local permitting and facility maintenance.  Represent owner's interests during and after shoot.
**Lead Carpenter-** *SLCC Grand Theater*, SLC, Utah (2002-2004) Work with Set Designer to build detailed sets for use in Theater productions. Ran crew of 2 full time carpenters and 3-6 student interns
**Carpenter-** *Pennington Construction*, SLC, Utah (1999-2002), Commercial and residential renovation.

## Organizations, Boards and Memberships

Northshore Housing Initiative (Board President)
Rainbow Childcare Center (Director of Properties)

Home Builders Association
International Code Council

## Publications, Presentations and Recognition

"Preservation of Evidence in CDW Remediation: Who, What and Why" (BESI, July 2010)
Moderator- Symposium on Corrosive Drywall (Aug 2010)
"CDW 101" (IAQA, March 2011)

090919

"Guidance for Corrosive Drywall Identification and Remediation (AIHA, Jan 2013)
"Flooding is only Half the Battle- A Case Study on Elevating Homes" (IAQA, March 2013

### History of Litigation Support/Expert Witness Experience

**Expert Witness: Haab v. Anderson, Latter & Blum, et. al _____2014**
**Case no. 721-157 24th Judicial District Court, Jefferson Parish**
**Nature of Case: Breach of Contract re: sale of real estate**
Plaintiff arrived to title company to find defendant absent sighting the potential of Chinese Drywall. Plaintiff had disclosed the possibility of CDW and provided a report that indicted that the presence could not be corroborated and that symptoms could not be duplicated. Defendant decided against purchase after expiration of due diligence period.

**Litigation Support: MDL 2047 Chinese- Manufactured Drywall Products Liability**
**Nature of Case: Chinese Manufactured Drywall emits gases that cause damage to property inside of homes and businesses.**
Healthy Home Solutions, LLC has been recognized in court as an approved inspection company to provide "expert reports" in support of a claim that problem drywall is present and/or sufficiently removed from a property.

**Expert Witness: Lund v. Gurtler Bros. Consultants, Inc. Case no. 09-1304 Civil District Court for the Parish of Orleans Nature of Case: Breach of Contract re: home inspection**
A home was inspected and later found to have Chinese Drywall. I provided a cost estimate for the removal and replacement of the drywall as well as all items required to be replaced and/or removed in order to perform the work for the remediation.

**Expert Witness: Pervez Muskrat MD v. Gremillion Homes, Inc. et al. Case no.2011-13885 22nd Judicial District Court For the Parish of St. Tammany Nature of Case: Defective Materials and/or Installation of Construction Materials**
Marble floor material installed by builder showed premature failure. I provided a cost estimate for the removal and replacement of the flooring as well as all items required to be replaced and/or removed in order to perform the work, using Xactimate software.

### References

Judith Lide *Expert Witness*(985) 641-0960      Howard Ehrsam, *Civil Engineer*(772) 224-8660
Frank Elliot *Attorney*       (337) 309-6999      Wayne Catalano *Restoration*    (504) 885-3289

090919

# Exhibit B

Doyle Inspections

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allstate Servicing, Inc. | 13430 | NE 30th Court | Anthony | FL | 32617 | 3591 | 2893 | $117.94 | 0.848 | $289,337.96 | |
| Amuso | 9461 | Ambrose Lane | Kimberly | AL | 35091 | 4054.30 | 2850.05 | $117.94 | 0.866 | $291,092.82 | |
| Annetta, LLC | 363 | NE 30 Avenue | Homestead | FL | 33033 | 3249 | 2733 | $117.94 | 0.846 | $272,691.20 | |
| Armstrong | 121 | 11th Avenue East | Bradenton | FL | 34208 | 2147 | 1877 | $117.94 | 0.853 | $188,831.49 | |
| Armstrong | 418 | Sandstone Creek Lane | Dickinson | TX | 77539 | 3274 | 2797 | $117.94 | 0.868 | $286,334.26 | |
| Armstrong | 42296 | Forest Lane | Hammond | LA | 70403 | 3557.86 | 3138.58 | $117.94 | 0.813 | $300,943.43 | |
| Arnold | 26057 | Coronation Ave. | enham Spring | LA | 70726 | 2305.97 | 1946.94 | $117.94 | 0.851 | $195,408.41 | |
| Arrowhead Investments, LLC | 19 | Money Hill Lane | Poplarville | MS | 39470 | | 1786 | $117.94 | 0.826 | $173,989.33 | |
| Baber (deceased) | 121 | Country Club Drive | Pass Christian | MS | 39571 | | 2104 | $117.94 | 0.826 | $204,968.40 | |
| Baldwin | 909 | High Ridge Drive | Friendswood | TX | 77546 | 4639 | 3960 | $117.94 | 0.868 | $405,392.80 | yes |
| Ball | 2464 | Silver Palm Road | North Port | FL | 34288 | 3669 | 2510 | $117.94 | 0.853 | $252,513.08 | |
| Bao | 1008 | Washington Court | Moody | AL | 35004 | 2261.64 | 1887.92 | $117.94 | 0.866 | $192,824.67 | |
| Bennett | 102 | Morningwalk Lane | Huntsville | AL | 35824 | 2462.49 | 2047.77 | $117.94 | 0.864 | $208,668.09 | |
| Binns, Steve & Kuntz, Martin (by assignment) | 1417 | SW Devera Place | Port St. Lucie | FL | 34953 | 2928 | 2125 | $117.94 | 0.853 | $213,780.99 | |
| Blevins | 2636 | SE 19th Place | Cape Coral | FL | 33904 | 2968 | 2096 | $117.94 | 0.853 | $210,863.51 | yes |
| Blonsky | 8220 | SW 60 Court | South Miami | FL | 33143 | 5832 | 4844 | $117.94 | 0.846 | $483,320.95 | |
| Bogard | 451 | Linda Drive | Biloxi | MS | 39531 | 3464.10 | 2992.39 | $117.94 | 0.826 | $291,513.97 | |
| Bank of Louisiana | 35211 | Beverly Hills Drive | Prairieville | LA | 70769 | 4931.06 | 4146.53 | $117.94 | 0.851 | $416,174.53 | yes |
| Bonney | 35471 | Reese Lane | Slidell | LA | 70460 | 2649.23 | 2649.23 | $117.94 | 0.813 | $254,022.00 | |
| Brady | 2089 | Knollwood Place | Birmingham | AL | 35242 | 5968.54 | 5495.05 | $117.94 | 0.866 | $561,242.65 | |
| Brousseau | 437 | Delgado Drive | Baton Rouge | LA | 70808 | 2307.39 | 2307.39 | $117.94 | 0.851 | $231,585.67 | yes |
| Burgos | 384 | NE 24 TER | Miami | FL | 33033 | 2384 | 1913 | $117.94 | 0.846 | $190,873.86 | |
| Butcher | 4020 | Island Lakes Drive | Winter Haven | FL | 33881 | 2444 | 1862 | $117.94 | 0.853 | $187,322.45 | |

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cain | 5040 | Georgia Street | Bay St. Louis | MS | 39520 | | 1436 | $117.94 | 0.826 | $139,892.88 | |
| Calderon | 3441 | SW Haines Street | Port St. Lucie | FL | 34953 | 2663 | 2020 | $117.94 | 0.853 | $203,217.70 | |
| Caranna | 224 | Pinewood Drive | Pass Christian | MS | 39531 | 3632.23 | 3180.23 | $117.94 | 0.826 | $309,813.05 | |
| Carlisle Place, LLC | 829 | East Scenic Drive | Pass Christian | MS | 39571 | 4818.66 | 4818.66 | $117.94 | 0.826 | $469,426.34 | yes |
| Cason | 124 | Arbor Hill Lane | Huntsville | AL | 35824 | 3196.82 | 2741.31 | $117.94 | 0.864 | $279,339.93 | |
| CDO Investments, LLC | 25409 | Durango Ct. | Punta Gorda | FL | 33955 | 3106 | 2221 | $117.94 | 0.853 | $223,438.86 | |
| Charles | 116 | Dufresne Drive | Vacherie | LA | 70090 | 2200 | 2200 | $117.94 | 0.838 | $217,434.18 | |
| Chedester | 10955 | West Brighton Drive | Chunchula | AL | 36521 | 1596 | 1596 | $117.94 | 0.849 | $159,809.17 | |
| Cohen | 20305 | Chestnut Grove Drive | Tampa | FL | 33647 | 3296 | 2546 | $117.94 | 0.853 | $256,134.78 | |
| Cordier | 11429 | Maxine Drive | New Orleans | LA | 70128 | 2877.03 | 2504.50 | $117.94 | 0.861 | $254,322.81 | |
| R&S Properties, LLC | 9810 | Bay Road North | Foley | AL | 36535 | 2223.94 | 2223.94 | $117.94 | 0.849 | $222,685.47 | |
| Dhume | 150 | Spencer Avenue | New Orleans | LA | 70124 | 3746.07 | 3457.66 | $117.94 | 0.861 | $351,112.72 | |
| Dixon | 20 | Cross Creek Drive | Slidell | LA | 70461 | 6116.49 | 5504.1 | $117.94 | 0.813 | $527,761.84 | yes |
| Ferrera | 22079 | SW 88th Path | Cutler Bay | FL | 33190 | 1834 | 1705 | $117.94 | 0.846 | $170,120.19 | |
| Ferry (deceased) | 101 | Lakeside Drive | Waveland | MS | 39576 | 2150.08 | 2150.08 | $117.94 | 0.826 | $209,457.44 | |
| M and M The Closers, LLC | 1924 | SE 21 CT | Homestead | FL | 33035 | 4181 | 3631 | $117.94 | 0.853 | $365,288.84 | |
| Foreman | 7514 | Pinehurst Court | Diamondhead | MS | 39525 | 3034.88 | 2541.96 | $117.94 | 0.826 | $247,633.78 | |
| Fozard | 72685 | Diamondhead Drive North | Diamondhead | MS | 39525 | 2383.54 | 1892.49 | $117.94 | 0.826 | $184,363.42 | yes |
| Gaspard | 1402 | O'Donnell Lane SE | Port St. Lucie | FL | 34983 | 3675 | 2327 | $117.94 | 0.853 | $234,102.76 | |
| Gauthreaux | 10171 | Lagan Street | Bay St. Louis | MS | 39520 | 1520.38 | 1520.38 | $117.94 | 0.826 | $148,113.05 | |
| Gharib | 4 | Beresford Drive | Metairie | LA | 70001 | 4547.09 | 4002.08 | $117.94 | 0.861 | $406,396.58 | yes |
| Gharib | 8807 | South Claiborne Ave. | New Orleans | LA | 70118 | 7097.01 | 4068.76 | $117.94 | 0.861 | $413,167.69 | |
| Ginart | 2104 | Olivia Street | Meraux | LA | 70075 | 6103.1 | 5258.61 | $117.94 | 0.861 | $533,992.60 | yes |
| Goldenberg | 12176 | SW 49th Court | Cooper City | FL | 33330 | 1549 | 1329 | $117.94 | 0.846 | $132,603.95 | |
| Grande | 7 | Nevin Court | Conroe | TX | 77301 | 3404 | 2686 | $117.94 | 0.868 | $274,970.98 | |

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Green | 1709 | Seacrest Drive | Gautier | MS | 39553 | 1753.81 | 1672.29 | $117.94 | 0.826 | $162,911.88 | |
| Gueydan | 42055 | Jefferson Drive | Hammond | LA | 70403 | 3843.38 | 3306.94 | $117.94 | 0.813 | $317,086.67 | yes |
| Skyline Glass, LLC | 10769 | NW 81 LN | Doral | FL | 33178 | 1911 | 1683 | $117.94 | 0.846 | $167,925.09 | yes |
| Hallmark | 775 | Ridgefield Way | Odenville | AL | 35120 | 3077.31 | 2253.89 | $117.94 | 0.866 | $230,203.40 | |
| Helmick | 13237 | Emerald Acres Avenue | Dover | FL | 33527 | 4012 | 2922 | $117.94 | 0.853 | $293,961.44 | |
| Home and Land, Inc. | 3310 | NE 3 DR | Homestead | FL | 33033 | 2384 | 1913 | $117.94 | 0.846 | $190,873.86 | |
| Hu | 3016 | Taft Park | Metairie | LA | 70002 | 1532.33 | 1532.33 | $117.94 | 0.861 | $155,602.50 | |
| Humphries, III | 11209 | Texas Street | Bay St. Louis | MS | 39520 | 1082.52 | 1082.52 | $117.94 | 0.826 | $105,457.41 | |
| Ijemere | 7012 | Eagle Point Trail | Birmingham | AL | 35242 | 5728.90 | 4259.63 | $117.94 | 0.866 | $435,061.74 | yes |
| Issman | 669 | Timberwood Loop | Madisonville | LA | 70447 | 2874.27 | 2438.51 | $117.94 | 0.813 | $233,817.07 | |
| 1329 Gum, Jackson Land Trust | 1329 | Gum Street | Ocean Springs | MS | 39564 | 1260.07 | 1059.38 | $117.94 | 0.826 | $103,203.15 | |
| Jaramillo | 5301 | Nicklaus Drive | Winter Haven | FL | 33884 | 2411 | 1682 | $117.94 | 0.853 | $169,213.94 | |
| Jarvis | 1743 | Olivia Drive | Avon Park | FL | 33825 | 2292 | 1469 | $117.94 | 0.846 | $146,572.77 | |
| Jordan | 11592 | Azalea Trace | Gulfport | MS | 39503 | 1755 | 1755 | $117.94 | 0.826 | $170,969.36 | |
| Judge | 2618 | 50th Street West | Lehigh Acres | FL | 33971 | 2338 | 1907 | $117.94 | 0.846 | $190,275.20 | |
| Junius | 6537 | Marshall Foch Street | New Orleans | LA | 70124 | 3832.44 | 3234 | $117.94 | 0.861 | $328,400.86 | |
| Karpel | 17770 | 64th Place North | Loxahatchee | FL | 33470 | 3084 | 2286 | $117.94 | 0.846 | $228,090.77 | |
| Kelley | 160 | Blairs Circle | Pell City | AL | 35215 | 2522.74 | 1889.97 | $117.94 | 0.866 | $193,034.05 | |
| A&B Real Estate Holdings, LLC | 23205 | SW 217 AVE | Miami | FL | 33031 | 4725 | 3261 | $117.94 | 0.846 | $325,373.58 | yes |
| Kopach | 20318 | Chestnut Grove Drive | Tampa | FL | 33647 | 3440 | 3030 | $117.94 | 0.853 | $304,826.54 | yes |
| Lafontaine | 478 | St. Charles Street | Bay St. Louis | MS | 39520 | 1863.97 | 1496.49 | $117.94 | 0.826 | $145,785.72 | |
| Laremore | 7018 | Pilgrim Court | Labelle | FL | 33935 | 2117 | 1556 | $117.94 | 0.853 | $156,537.99 | |
| Lee | 308 | Italian Isle | Gautier | MS | 39553 | 6240.84 | 6240.84 | $117.94 | 0.826 | $607,972.90 | yes |
| Lee | 3258 | Clubhouse Road | Mobile | AL | 36605 | 1302.14 | 1302.14 | $117.94 | 0.849 | $130,384.66 | |
| Levin | 2201-03 | Neyrey Street | Metairie | LA | 70001 | 3000 | 3000 | $117.94 | 0.861 | $304,639.02 | |

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Locke-Esberry | 962 | SW Haas Avenue | Port St. Lucie | FL | 34953 | 2896 | 2182 | $117.94 | 0.846 | $217,713.94 | |
| Lorquet | 284 | James Circle | Lake Alfred | FL | 33850 | 4318 | 3482 | $117.94 | 0.853 | $350,299.02 | |
| Macksey | 4321 | Lucerne Street | Metairie | LA | 70006 | 2884.09 | 1805.07 | $117.94 | 0.861 | $183,298.25 | |
| Mansour | 8678 | Tally Ho Lane | Royal Palm Beach | FL | 33411 | 3782 | 2802 | $117.94 | 0.846 | $279,575.83 | |
| Marques | 1722 | NE 6th Street | Boynton Beach | FL | 33435 | 1935 | 1601 | $117.94 | 0.853 | $161,065.11 | |
| Martinez | 14731 | SW 34 Lane | Miami | FL | 33185 | 2657 | 2267 | $117.94 | 0.846 | $226,195.00 | |
| Martinez | 23631 | SW 112 CT | Homestead | FL | 33032 | 2050 | 1706 | $117.94 | 0.846 | $170,219.97 | |
| Martinez | 6507 | Memphis Street | New Orleans | LA | 70124 | 1695.33 | 1695.33 | $117.94 | 0.861 | $172,154.56 | |
| Martino | 245 | McDonnell Blvd., F-138 | Biloxi | MS | 39531 | 718.79 | 718.79 | $117.94 | 0.826 | $70,023.40 | |
| McAlister | 229 | Felicity Street | Bay St. Louis | MS | 39520 | 2721.3 | 2266.99 | $117.94 | 0.826 | $220,846.63 | |
| McCann | 73244 | Penn Mill Road | Covington | LA | 70435 | 1905.09 | 1579.22 | $117.94 | 0.813 | $151,423.86 | |
| McCullar | 603 | East Second Street | Pass Christian | MS | 39571 | 850.93 | 850.93 | $117.94 | 0.826 | $82,896.27 | |
| MCF Enterprises, Inc. | 8554 | Pegasus Drive | Lehigh Acres | FL | 33971 | 2792 | 2368 | $117.94 | 0.846 | $236,272.50 | |
| Milam | 4625-27 | Palmyra Street | New Orleans | LA | 70119 | 1654.24 | 1654.24 | $117.94 | 0.861 | $167,982.02 | |
| Moore | 5427 | Kedgewick Lane | North Port | FL | 34288 | 2686 | 2054 | $117.94 | 0.853 | $206,638.19 | |
| Natal | 1489 | Lakeshore Blvd. | Slidell | LA | 70461 | 5715.77 | 5279.83 | $117.94 | 0.813 | $506,257.66 | yes |
| Nguyen | 3 | Laudeac Court | Long Beach | MS | 39571 | 1345.4 | 1345.4 | $117.94 | 0.826 | $131,066.77 | |
| Niemiec | 6881 | Brompton Drive | Lakeland | FL | 33809 | 2293 | 1814 | $117.94 | 0.853 | $182,493.52 | |
| Norris | 700 | Artic Fox Run | Madisonville | LA | 70447 | 2862.65 | 2426.89 | $117.94 | 0.813 | $232,702.88 | |
| Paredes | 5952 | SW 102 ST | Pinecrest | FL | 33156 | 7102 | 5749 | $117.94 | 0.846 | $573,619.35 | |
| Pendelton | 5224 | Pasteur Blvd. | New Orleans | LA | 70122 | 1408.33 | 1408.33 | $117.94 | 0.861 | $143,010.76 | |
| Perez | 3036 | Whitty Drive | Slidell | LA | 70461 | 2754.27 | 2375.65 | $117.94 | 0.813 | $227,789.72 | |
| Pham | 9549 | Homestead Drive | Baton Rouge | LA | 70817 | 3525 | 2812 | $117.94 | 0.851 | $282,231.84 | |
| Pierre | 1714 | NE 6th Street | Boynton Beach | FL | 33435 | 1935 | 1601 | $117.94 | 0.853 | $161,065.11 | |
| Pool | 14531 | Coronado Drive | Spring Hill | FL | 34609 | 3276 | 2546 | $117.94 | 0.853 | $256,134.78 | |

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porciuncula | 339 | Wilton Avenue, SW | Palm Bay | FL | 32908 | 2175 | 1518 | $117.94 | 0.853 | $152,715.08 | |
| Powell | 110 | Laurel Lane | Pass Christian | MS | 39571 | 2081.71 | 1778.17 | $117.94 | 0.826 | $173,226.55 | |
| Price | 1751 | Bobcat Trail | North Port | FL | 34288 | 3306 | 2551 | $117.94 | 0.853 | $256,637.79 | yes |
| Province | 86048 | Highway 450 | Franklinton | LA | 70438 | 1369.33 | 1369.33 | $117.94 | 0.813 | $131,298.51 | |
| Reynolds | 101 | Spotted Fawn Road | Madison | AL | 35758 | 3741.86 | 3073.53 | $117.94 | 0.866 | $313,918.18 | |
| Rigopoulos | 3411 | 24th Avenue NE | Naples | FL | 34120 | 2140 | 1709 | $117.94 | 0.846 | $170,519.30 | |
| Robbins | 421 | Chelsea Place Avenue | Ormond Beach | FL | 32174 | 2780 | 2246 | $117.94 | 0.853 | $225,953.93 | |
| Roopchand | 15320 | 87th Road North | Loxahatchee | FL | 33470 | 3035 | 2304 | $117.94 | 0.846 | $229,886.76 | |
| Rosenaur | 13891 | Calle Savario Drive | Prairieville | LA | 70769 | 2138 | 2138 | $117.94 | 0.851 | $214,584.52 | |
| Russell | 5427 | Creekside Lane | Hoover | AL | 35244 | 2424.57 | 2022.58 | $117.94 | 0.849 | $202,523.08 | |
| Russo | 9800 | Quinta Artesa Way, Unit 10 | Ft. Myers | FL | 33908 | 2472 | 1928 | $117.94 | 0.853 | $193,962.24 | |
| Salabarria | 12940 | SW 135 ST | Miami | FL | 33186 | 1830 | 1564 | $117.94 | 0.846 | $156,051.60 | |
| Schoerner | 451 | Linda Drive | Biloxi | MS | 39531 | 3464.10 | 2992.39 | $117.94 | 0.826 | $291,513.97 | |
| Scott | 149 | Silo Hill Road | Madison | AL | 35758 | 3127.3 | 2676.3 | $117.94 | 0.864 | $272,715.40 | |
| Stanfa | 180 | Sheffield Lane | Birmingham | AL | 35242 | 5934.98 | 5202.62 | $117.94 | 0.866 | $531,375.00 | yes |
| Stockton | 13095 | Montego Street | Spring Hill | FL | 34609 | 2267 | 1987 | $117.94 | 0.853 | $199,897.80 | |
| Taylor | 4090 | SW Kallen Street | Port St. Lucie | FL | 34953 | 2988 | 2179 | $117.94 | 0.853 | $219,213.54 | |
| Timmons | 1820 | NE 7th Avenue | Cape Coral | FL | 33909 | 3196 | 2343 | $117.94 | 0.853 | $235,712.41 | |
| Tolliver | 4531 | Darwin Blvd. | Port St. Lucie | FL | 34953 | 3015 | 2363 | $117.94 | 0.853 | $237,724.46 | |
| Tran | 12912 | Rosemont St. | Ocean Springs | MS | 39564 | 1460 | 1460 | $117.94 | 0.826 | $142,230.92 | |
| Tyler | 8675 | 130th Avenue | Fellsmere | FL | 32948 | 3481 | 2434 | $117.94 | 0.853 | $244,867.26 | |
| Van Drie | 4101 | NW 22nd Street | Cape Coral | FL | 33993 | 3060 | 2246 | $117.94 | 0.853 | $225,953.93 | |
| Veira | 14763 | SW 35 Lane | Miami | FL | 33185 | 2556 | 2403 | $117.94 | 0.846 | $239,764.71 | |
| Vest | 624 | NE 2nd Place | Cape Coral | FL | 33909 | 2793 | 2029 | $117.94 | 0.853 | $204,123.12 | |
| Wang | 4220 | Vincennes Place | New Orleans | LA | 70125 | 2626.21 | 2626.21 | $117.94 | 0.861 | $266,682.01 | |

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zelenenki | 4331 | Ferrari Drive | Sebring | FL | 33872 | 1709 | 1376 | $117.94 | 0.853 | $138,429.48 | |
| | | | | | | **361356.87** | | | | **$30,500,937.63** | |
| | | | | | | | | | | | |

# Exhibit E

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| DIVISION | | UNITED STATES NATIONAL AVERAGE | | | ALABAMA ANNISTON | | | BIRMINGHAM | | | BUTLER | | | DECATUR | | | DOTHAN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 100.0 | 100.0 | | 101.9 | 101.9 | | 104.7 | 104.7 | | 99.5 | 99.5 | | 101.9 | 101.9 | | 99.5 | 99.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 100.0 | 100.0 | 100.0 | 90.9 | 89.5 | 89.9 | 91.2 | 94.5 | 93.5 | 105.4 | 84.4 | 90.9 | 84.5 | 88.1 | 87.0 | 102.9 | 84.8 | 90.4 |
| 0310 | Concrete Forming & Accessories | 100.0 | 100.0 | 100.0 | 85.6 | 68.7 | 71.2 | 90.6 | 69.7 | 72.8 | 82.3 | 68.8 | 70.8 | 90.9 | 62.8 | 66.9 | 90.3 | 69.1 | 72.2 |
| 0320 | Concrete Reinforcing | 100.0 | 100.0 | 100.0 | 88.8 | 71.2 | 80.3 | 94.2 | 71.3 | 83.1 | 93.9 | 70.5 | 82.6 | 88.1 | 67.7 | 78.2 | 93.9 | 71.3 | 83.0 |
| 0330 | Cast-in-Place Concrete | 100.0 | 100.0 | 100.0 | 82.3 | 67.7 | 76.9 | 103.8 | 69.3 | 90.9 | 80.3 | 67.8 | 75.6 | 101.9 | 67.2 | 89.0 | 80.3 | 67.7 | 75.6 |
| 03 | CONCRETE | 100.0 | 100.0 | 100.0 | 89.2 | 70.4 | 81.0 | 92.2 | 71.4 | 83.1 | 90.3 | 70.4 | 81.6 | 92.0 | 67.0 | 81.0 | 89.5 | 70.7 | 81.2 |
| 04 | MASONRY | 100.0 | 100.0 | 100.0 | 89.2 | 63.1 | 73.2 | 87.1 | 64.3 | 73.1 | 93.7 | 63.1 | 74.9 | 85.2 | 62.4 | 71.2 | 95.1 | 62.9 | 75.3 |
| 05 | METALS | 100.0 | 100.0 | 100.0 | 101.8 | 94.8 | 99.7 | 100.5 | 94.2 | 98.7 | 100.7 | 94.8 | 98.9 | 102.9 | 93.1 | 100.0 | 100.7 | 95.4 | 99.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 100.0 | 100.0 | 100.0 | 82.0 | 69.9 | 75.3 | 91.0 | 70.0 | 79.4 | 77.1 | 69.9 | 73.1 | 95.7 | 62.1 | 77.2 | 88.1 | 69.9 | 78.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 100.0 | 100.0 | 100.0 | 96.0 | 63.0 | 81.6 | 94.0 | 67.6 | 82.5 | 96.1 | 65.9 | 82.9 | 93.1 | 64.5 | 80.7 | 96.0 | 65.7 | 82.8 |
| 08 | OPENINGS | 100.0 | 100.0 | 100.0 | 94.7 | 69.2 | 88.7 | 102.6 | 69.8 | 94.9 | 94.7 | 69.5 | 88.8 | 106.9 | 64.6 | 97.0 | 94.7 | 69.7 | 88.9 |
| 0920 | Plaster & Gypsum Board | 100.0 | 100.0 | 100.0 | 81.8 | 69.5 | 73.5 | 88.9 | 69.5 | 75.9 | 79.3 | 69.5 | 72.7 | 92.7 | 61.6 | 71.7 | 88.7 | 69.5 | 75.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 100.0 | 100.0 | 100.0 | 77.1 | 69.5 | 72.0 | 84.8 | 69.5 | 74.5 | 77.1 | 69.5 | 72.0 | 83.2 | 61.6 | 68.6 | 77.1 | 69.5 | 72.0 |
| 0960 | Flooring | 100.0 | 100.0 | 100.0 | 82.0 | 69.1 | 78.3 | 99.6 | 69.1 | 91.0 | 86.5 | 69.1 | 81.6 | 89.9 | 69.1 | 84.1 | 91.6 | 69.1 | 85.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 100.0 | 100.0 | 100.0 | 89.1 | 66.7 | 75.9 | 87.0 | 66.7 | 75.0 | 89.1 | 45.9 | 63.5 | 79.4 | 61.0 | 68.5 | 89.1 | 80.4 | 84.0 |
| 09 | FINISHES | 100.0 | 100.0 | 100.0 | 80.4 | 68.8 | 74.1 | 91.2 | 69.2 | 79.3 | 83.6 | 66.6 | 74.4 | 85.3 | 63.5 | 73.5 | 86.1 | 70.3 | 77.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 100.0 | 100.0 | 100.0 | 74.0 | 94.2 | 100.0 | 83.6 | 96.3 | 100.0 | 74.0 | 94.2 | 100.0 | 72.9 | 94.0 | 100.0 | 74.0 | 94.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 100.0 | 100.0 | 101.0 | 51.8 | 81.7 | 100.0 | 66.3 | 86.8 | 98.1 | 67.0 | 85.9 | 100.0 | 64.5 | 86.1 | 98.1 | 65.0 | 85.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 100.0 | 100.0 | 100.0 | 97.7 | 59.9 | 79.1 | 98.4 | 59.7 | 79.3 | 99.8 | 61.7 | 81.0 | 94.5 | 63.8 | 79.4 | 98.6 | 76.1 | 87.5 |
| MF2018 | WEIGHTED AVERAGE | 100.0 | 100.0 | 100.0 | 95.9 | 67.7 | 84.0 | 97.4 | 71.8 | 86.6 | 96.1 | 70.6 | 85.3 | 97.1 | 69.2 | 85.3 | 96.2 | 72.7 | 86.3 |

| DIVISION | | ALABAMA EVERGREEN | | | GADSDEN | | | HUNTSVILLE | | | JASPER | | | MOBILE | | | MONTGOMERY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.5 | 99.5 | | 101.9 | 101.9 | | 101.9 | 101.9 | | 101.9 | 101.9 | | 99.5 | 99.5 | | 102.0 | 102.0 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 105.9 | 84.4 | 91.0 | 83.9 | 89.5 | 89.6 | 84.2 | 89.4 | 87.8 | 89.9 | 89.5 | 89.6 | 97.7 | 85.4 | 89.2 | 95.6 | 89.9 | 91.7 |
| 0310 | Concrete Forming & Accessories | 79.4 | 68.6 | 70.2 | 83.9 | 69.1 | 71.3 | 90.9 | 65.9 | 69.6 | 88.5 | 64.7 | 68.3 | 89.4 | 68.4 | 71.5 | 92.8 | 69.4 | 72.8 |
| 0320 | Concrete Reinforcing | 94.0 | 70.4 | 82.6 | 93.5 | 71.3 | 82.8 | 88.1 | 76.3 | 82.4 | 88.1 | 71.3 | 80.0 | 91.5 | 70.5 | 81.3 | 99.7 | 71.4 | 86.0 |
| 0330 | Cast-in-Place Concrete | 80.3 | 67.6 | 75.6 | 101.9 | 67.8 | 89.2 | 99.2 | 67.8 | 87.5 | 113.0 | 67.8 | 96.1 | 84.2 | 66.9 | 77.7 | 81.5 | 68.7 | 76.7 |
| 03 | CONCRETE | 90.7 | 70.2 | 81.7 | 96.5 | 70.7 | 85.1 | 90.8 | 70.1 | 81.7 | 101.1 | 68.7 | 86.3 | 85.5 | 69.9 | 78.7 | 84.1 | 71.1 | 78.4 |
| 04 | MASONRY | 93.8 | 62.9 | 74.8 | 83.8 | 63.1 | 71.1 | 86.3 | 63.3 | 72.2 | 81.4 | 63.1 | 70.2 | 92.3 | 61.4 | 73.3 | 89.4 | 63.2 | 73.3 |
| 05 | METALS | 100.7 | 94.6 | 98.9 | 100.7 | 94.5 | 99.1 | 102.9 | 96.7 | 101.0 | 100.7 | 95.1 | 99.0 | 102.8 | 94.9 | 100.5 | 101.7 | 94.3 | 99.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 73.8 | 69.9 | 71.6 | 86.7 | 69.9 | 77.4 | 95.7 | 65.3 | 79.0 | 93.0 | 64.1 | 77.1 | 86.7 | 69.9 | 77.4 | 90.3 | 70.0 | 79.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 96.0 | 65.4 | 82.7 | 93.3 | 66.3 | 81.6 | 93.0 | 65.9 | 81.2 | 93.3 | 64.4 | 80.7 | 95.6 | 65.4 | 82.4 | 94.2 | 66.0 | 82.3 |
| 08 | OPENINGS | 94.7 | 69.3 | 88.8 | 103.4 | 69.7 | 95.6 | 106.6 | 68.5 | 97.7 | 103.4 | 66.6 | 94.8 | 97.3 | 69.5 | 90.8 | 96.2 | 69.8 | 90.0 |
| 0920 | Plaster & Gypsum Board | 78.3 | 69.5 | 72.4 | 85.1 | 69.5 | 74.6 | 92.7 | 64.8 | 73.9 | 89.5 | 63.6 | 72.1 | 85.6 | 69.5 | 74.8 | 85.9 | 69.5 | 74.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 77.1 | 69.5 | 72.0 | 79.1 | 69.5 | 72.7 | 85.0 | 64.8 | 71.4 | 79.1 | 63.6 | 68.6 | 83.0 | 69.5 | 73.9 | 84.6 | 69.5 | 74.4 |
| 0960 | Flooring | 84.5 | 69.1 | 80.1 | 86.4 | 69.1 | 81.5 | 88.9 | 69.1 | 84.1 | 88.4 | 69.1 | 82.9 | 91.1 | 69.1 | 84.9 | 91.7 | 69.1 | 85.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 89.1 | 45.9 | 63.5 | 79.4 | 57.4 | 66.4 | 79.4 | 63.7 | 70.1 | 79.4 | 66.7 | 71.9 | 92.3 | 45.9 | 64.8 | 91.1 | 66.7 | 76.7 |
| 09 | FINISHES | 82.9 | 66.5 | 74.1 | 82.9 | 67.8 | 74.7 | 85.7 | 65.9 | 75.5 | 84.0 | 65.4 | 73.9 | 86.2 | 66.2 | 75.4 | 88.3 | 68.9 | 77.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 73.9 | 94.2 | 100.0 | 82.9 | 96.2 | 100.0 | 82.5 | 96.1 | 100.0 | 73.4 | 94.1 | 100.0 | 82.5 | 96.1 | 100.0 | 83.3 | 96.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.1 | 59.8 | 83.0 | 102.3 | 62.3 | 86.6 | 100.0 | 66.9 | 87.0 | 102.3 | 65.7 | 87.9 | 100.0 | 61.4 | 84.8 | 100.0 | 64.3 | 86.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.1 | 56.8 | 77.2 | 94.5 | 59.7 | 77.4 | 95.4 | 65.9 | 80.8 | 94.2 | 59.9 | 77.3 | 100.0 | 56.8 | 78.9 | 101.1 | 76.1 | 88.8 |
| MF2018 | WEIGHTED AVERAGE | 95.8 | 68.3 | 84.2 | 97.3 | 70.2 | 85.9 | 97.1 | 71.7 | 86.4 | 97.8 | 69.8 | 86.0 | 96.7 | 68.7 | 84.9 | 96.3 | 73.1 | 86.5 |

| DIVISION | | ALABAMA PHENIX CITY | | | SELMA | | | TUSCALOOSA | | | ALASKA ANCHORAGE | | | FAIRBANKS | | | JUNEAU | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.5 | 99.5 | | 99.5 | 99.5 | | 101.9 | 101.9 | | 110.5 | 110.5 | | 112.9 | 112.9 | | 110.5 | 110.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 109.8 | 85.5 | 93.0 | 102.7 | 85.5 | 90.8 | 84.8 | 89.5 | 88.0 | 118.4 | 121.7 | 120.7 | 117.8 | 124.5 | 122.5 | 133.6 | 121.7 | 125.4 |
| 0310 | Concrete Forming & Accessories | 85.6 | 67.6 | 70.2 | 83.5 | 69.1 | 71.2 | 90.8 | 69.2 | 72.4 | 120.5 | 116.2 | 116.8 | 124.7 | 115.0 | 116.4 | 125.7 | 116.2 | 117.6 |
| 0320 | Concrete Reinforcing | 93.9 | 66.9 | 80.9 | 93.9 | 71.3 | 83.0 | 88.1 | 71.3 | 80.0 | 148.4 | 120.7 | 135.0 | 147.2 | 120.7 | 134.4 | 138.9 | 120.7 | 130.1 |
| 0330 | Cast-in-Place Concrete | 80.3 | 67.9 | 75.7 | 80.3 | 67.8 | 75.6 | 103.4 | 67.9 | 90.2 | 105.1 | 117.5 | 109.7 | 109.7 | 115.6 | 111.9 | 116.1 | 117.5 | 116.6 |
| 03 | CONCRETE | 93.6 | 69.3 | 82.9 | 89.0 | 70.7 | 81.0 | 92.7 | 70.8 | 83.1 | 107.5 | 116.7 | 111.6 | 101.4 | 115.5 | 107.6 | 114.1 | 116.7 | 115.2 |
| 04 | MASONRY | 93.7 | 63.1 | 74.9 | 97.4 | 63.1 | 76.3 | 85.4 | 63.1 | 71.7 | 171.5 | 119.4 | 139.5 | 181.4 | 117.8 | 142.3 | 162.5 | 119.4 | 136.0 |
| 05 | METALS | 100.6 | 93.7 | 98.6 | 100.6 | 95.2 | 99.0 | 102.1 | 95.3 | 100.1 | 123.7 | 104.4 | 120.5 | 122.6 | 105.4 | 117.5 | 113.1 | 104.4 | 110.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 81.7 | 67.7 | 74.0 | 78.9 | 69.9 | 73.9 | 95.7 | 69.9 | 81.5 | 112.3 | 113.5 | 112.9 | 126.9 | 112.7 | 119.1 | 121.9 | 113.5 | 117.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 96.5 | 66.1 | 83.2 | 95.9 | 65.8 | 82.8 | 93.1 | 66.3 | 81.4 | 176.9 | 116.9 | 150.8 | 186.2 | 115.8 | 155.6 | 188.4 | 116.9 | 157.3 |
| 08 | OPENINGS | 94.7 | 67.4 | 88.3 | 94.7 | 69.7 | 88.8 | 106.6 | 69.7 | 98.0 | 130.8 | 115.8 | 127.3 | 132.8 | 114.7 | 128.6 | 131.0 | 115.8 | 127.5 |
| 0920 | Plaster & Gypsum Board | 83.0 | 67.3 | 72.4 | 81.1 | 69.5 | 73.3 | 92.7 | 69.5 | 77.1 | 144.1 | 113.8 | 123.7 | 177.5 | 112.9 | 134.0 | 158.2 | 113.8 | 128.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 77.1 | 67.3 | 70.5 | 77.1 | 69.5 | 72.0 | 85.0 | 69.5 | 74.6 | 131.3 | 113.8 | 119.5 | 123.9 | 112.9 | 116.5 | 136.1 | 113.8 | 121.0 |
| 0960 | Flooring | 88.4 | 69.1 | 83.0 | 87.0 | 69.1 | 81.9 | 88.9 | 69.1 | 84.1 | 118.3 | 119.4 | 118.6 | 116.7 | 119.4 | 117.4 | 125.0 | 119.4 | 123.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 89.1 | 79.0 | 83.1 | 89.1 | 66.7 | 75.9 | 79.4 | 66.7 | 71.9 | 113.1 | 119.1 | 116.6 | 111.6 | 116.9 | 114.7 | 108.7 | 119.1 | 114.8 |
| 09 | FINISHES | 85.2 | 68.9 | 76.4 | 83.7 | 68.5 | 75.5 | 85.6 | 68.8 | 76.6 | 127.0 | 117.1 | 121.7 | 128.6 | 116.0 | 121.8 | 128.9 | 117.1 | 122.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 82.7 | 96.1 | 100.0 | 70.4 | 93.4 | 100.0 | 82.9 | 96.2 | 100.0 | 114.1 | 103.2 | 100.0 | 113.6 | 103.0 | 100.0 | 114.1 | 103.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.1 | 64.2 | 84.8 | 98.1 | 65.1 | 85.1 | 100.0 | 61.7 | 87.1 | 100.5 | 107.1 | 103.1 | 100.2 | 107.9 | 103.2 | 100.5 | 107.1 | 103.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.2 | 65.4 | 82.6 | 98.3 | 76.1 | 87.3 | 95.0 | 59.7 | 77.6 | 117.2 | 109.4 | 113.3 | 124.2 | 109.4 | 116.9 | 110.2 | 109.4 | 109.8 |
| MF2018 | WEIGHTED AVERAGE | 96.8 | 70.8 | 85.8 | 95.9 | 72.5 | 86.0 | 97.1 | 71.4 | 86.3 | 118.5 | 113.1 | 116.2 | 118.8 | 113.0 | 116.3 | 116.8 | 113.1 | 115.2 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| DIVISION | | ALASKA | | | ARIZONA | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | KETCHIKAN | | | CHAMBERS | | | FLAGSTAFF | | | GLOBE | | | KINGMAN | | | MESA/TEMPE | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 112.9 | 112.9 | | 88.2 | 88.2 | | 88.2 | 88.2 | | 89.3 | 89.3 | | 88.2 | 88.2 | | 89.3 | 89.3 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 169.1 | 124.6 | 138.4 | 71.5 | 90.1 | 84.4 | 91.2 | 90.1 | 90.4 | 109.0 | 91.0 | 96.5 | 71.4 | 90.1 | 84.3 | 97.8 | 91.0 | 93.1 |
| 0310 | Concrete Forming & Accessories | 116.3 | 116.2 | 116.2 | 99.2 | 70.3 | 74.6 | 104.6 | 67.4 | 72.8 | 93.5 | 70.4 | 73.8 | 97.4 | 66.1 | 70.7 | 96.5 | 70.5 | 74.3 |
| 0320 | Concrete Reinforcing | 110.6 | 120.7 | 115.5 | 105.5 | 76.9 | 91.6 | 105.4 | 76.9 | 91.6 | 110.5 | 76.9 | 94.2 | 105.7 | 76.9 | 91.7 | 111.2 | 76.9 | 94.6 |
| 0330 | Cast-in-Place Concrete | 221.8 | 117.3 | 182.9 | 89.8 | 67.3 | 81.4 | 89.8 | 67.4 | 81.5 | 83.3 | 67.0 | 77.2 | 89.5 | 67.3 | 81.2 | 84.0 | 67.0 | 77.7 |
| 03 | CONCRETE | 170.9 | 116.7 | 147.1 | 93.4 | 70.3 | 83.3 | 114.1 | 69.0 | 94.3 | 101.9 | 70.3 | 88.0 | 93.1 | 68.4 | 82.3 | 93.1 | 70.4 | 83.1 |
| 04 | MASONRY | 188.6 | 119.4 | 146.1 | 96.0 | 59.4 | 73.5 | 96.1 | 59.4 | 73.6 | 101.7 | 59.3 | 75.7 | 96.0 | 59.4 | 73.5 | 101.9 | 59.3 | 75.8 |
| 05 | METALS | 122.8 | 105.4 | 117.7 | 103.0 | 71.6 | 94.3 | 103.5 | 71.7 | 94.2 | 105.8 | 72.5 | 96.0 | 103.7 | 71.6 | 94.3 | 106.2 | 72.6 | 96.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 117.1 | 113.5 | 115.1 | 101.8 | 73.0 | 85.9 | 108.2 | 68.8 | 86.5 | 92.7 | 73.1 | 81.9 | 96.4 | 67.3 | 80.4 | 96.7 | 73.1 | 83.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 191.6 | 116.4 | 158.9 | 99.9 | 69.7 | 86.8 | 101.8 | 69.3 | 87.7 | 99.1 | 68.3 | 85.7 | 99.9 | 69.1 | 86.5 | 99.0 | 68.3 | 85.6 |
| 08 | OPENINGS | 128.6 | 115.8 | 125.6 | 105.8 | 69.3 | 97.3 | 105.9 | 70.1 | 97.6 | 94.9 | 69.4 | 88.9 | 106.0 | 67.9 | 97.1 | 94.9 | 69.4 | 89.0 |
| 0920 | Plaster & Gypsum Board | 161.0 | 113.8 | 129.2 | 92.8 | 72.5 | 79.1 | 96.5 | 68.2 | 77.5 | 88.2 | 72.5 | 77.6 | 84.2 | 66.6 | 72.4 | 91.7 | 72.5 | 78.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 118.4 | 113.8 | 115.3 | 106.8 | 72.5 | 83.6 | 107.6 | 68.2 | 81.1 | 95.5 | 72.5 | 80.0 | 107.6 | 66.6 | 80.0 | 95.5 | 72.5 | 80.0 |
| 0960 | Flooring | 116.4 | 119.4 | 117.2 | 89.7 | 64.5 | 82.6 | 92.0 | 64.5 | 84.3 | 98.6 | 64.5 | 89.0 | 88.4 | 64.5 | 81.6 | 100.4 | 64.5 | 90.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 111.6 | 119.1 | 116.0 | 87.9 | 58.6 | 70.5 | 87.9 | 58.6 | 70.5 | 90.6 | 58.6 | 71.6 | 87.9 | 58.6 | 70.5 | 90.6 | 58.6 | 71.6 |
| 09 | FINISHES | 129.2 | 117.1 | 122.7 | 91.3 | 68.1 | 78.8 | 94.5 | 65.7 | 78.9 | 96.6 | 68.2 | 81.2 | 89.9 | 64.8 | 76.3 | 96.4 | 68.2 | 81.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 114.2 | 103.2 | 100.0 | 81.3 | 95.8 | 100.0 | 81.3 | 95.8 | 100.0 | 82.1 | 96.0 | 100.0 | 81.2 | 95.8 | 100.0 | 82.1 | 96.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.1 | 107.2 | 101.7 | 97.7 | 76.8 | 89.5 | 100.3 | 77.0 | 91.1 | 96.6 | 76.9 | 88.9 | 97.7 | 76.8 | 89.5 | 100.1 | 77.0 | 91.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 124.2 | 109.4 | 116.9 | 98.3 | 63.5 | 81.4 | 101.3 | 60.7 | 83.3 | 97.1 | 62.9 | 80.2 | 102.3 | 62.9 | 82.9 | 94.2 | 62.9 | 78.7 |
| MF2018 | WEIGHTED AVERAGE | 128.4 | 113.4 | 122.1 | 98.3 | 71.8 | 87.1 | 102.4 | 70.5 | 88.9 | 99.5 | 71.4 | 87.6 | 98.3 | 70.4 | 86.5 | 98.7 | 71.5 | 87.2 |

| DIVISION | | ARIZONA | | | | | | | | | | | | ARKANSAS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PHOENIX | | | PRESCOTT | | | SHOW LOW | | | TUCSON | | | BATESVILLE | | | CAMDEN | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 92.5 | 92.5 | | 88.2 | 88.2 | | 89.3 | 89.3 | | 89.3 | 89.3 | | 89.7 | 89.7 | | 89.7 | 89.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 98.3 | 94.3 | 95.6 | 100.8 | 70.3 | 74.8 | 111.4 | 91.0 | 97.3 | 92.9 | 91.0 | 91.6 | 73.0 | 85.7 | 81.8 | 77.2 | 85.8 | 83.1 |
| 0310 | Concrete Forming & Accessories | 101.2 | 70.8 | 75.3 | 100.8 | 70.3 | 74.8 | 100.6 | 70.5 | 74.9 | 97.1 | 67.5 | 71.8 | 82.5 | 61.4 | 64.5 | 78.6 | 61.9 | 64.4 |
| 0320 | Concrete Reinforcing | 109.1 | 76.9 | 93.6 | 105.4 | 76.9 | 91.6 | 111.2 | 76.9 | 94.3 | 92.3 | 76.9 | 84.9 | 84.4 | 69.4 | 77.1 | 91.0 | 69.4 | 80.5 |
| 0330 | Cast-in-Place Concrete | 83.6 | 67.8 | 77.7 | 89.8 | 67.3 | 81.4 | 83.3 | 67.0 | 77.3 | 86.5 | 67.0 | 79.2 | 72.8 | 74.6 | 73.5 | 76.4 | 74.6 | 75.7 |
| 03 | CONCRETE | 95.5 | 70.8 | 84.6 | 90.7 | 70.3 | 82.4 | 104.2 | 70.3 | 89.3 | 91.6 | 69.0 | 81.7 | 73.2 | 68.1 | 70.9 | 75.7 | 68.3 | 72.4 |
| 04 | MASONRY | 94.8 | 62.1 | 74.7 | 96.1 | 59.4 | 73.6 | 101.8 | 59.3 | 75.7 | 88.9 | 59.3 | 70.7 | 94.1 | 60.8 | 73.6 | 104.7 | 60.8 | 77.7 |
| 05 | METALS | 107.8 | 73.7 | 97.8 | 103.5 | 71.6 | 94.2 | 105.6 | 72.5 | 95.9 | 107.0 | 72.6 | 96.9 | 111.0 | 76.0 | 98.2 | 101.1 | 76.1 | 93.8 |
| 06 | WOOD, PLASTICS & COMPOSITES | 102.1 | 72.0 | 85.5 | 103.3 | 73.0 | 86.6 | 101.2 | 73.1 | 85.7 | 96.8 | 73.1 | 84.6 | 91.1 | 63.5 | 75.9 | 89.2 | 64.0 | 75.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 100.3 | 69.6 | 86.9 | 100.5 | 69.7 | 87.1 | 99.3 | 68.3 | 85.8 | 99.9 | 67.9 | 86.0 | 102.7 | 61.9 | 84.9 | 97.5 | 61.9 | 82.0 |
| 08 | OPENINGS | 100.7 | 71.4 | 93.9 | 105.9 | 69.3 | 97.4 | 94.2 | 71.1 | 88.8 | 91.4 | 70.2 | 86.5 | 100.0 | 61.0 | 90.9 | 103.1 | 61.3 | 93.4 |
| 0920 | Plaster & Gypsum Board | 99.4 | 71.2 | 80.4 | 93.3 | 72.5 | 79.3 | 93.5 | 72.5 | 79.4 | 96.3 | 68.2 | 77.4 | 73.7 | 62.9 | 66.5 | 84.7 | 63.5 | 70.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 106.5 | 71.2 | 82.7 | 106.0 | 72.5 | 83.4 | 95.5 | 72.5 | 80.0 | 96.4 | 68.2 | 77.4 | 88.1 | 62.9 | 71.1 | 86.3 | 63.5 | 71.2 |
| 0960 | Flooring | 102.4 | 64.5 | 91.7 | 90.6 | 64.5 | 83.2 | 102.2 | 64.5 | 91.6 | 91.8 | 64.8 | 84.3 | 81.8 | 70.9 | 78.7 | 86.1 | 70.9 | 81.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 95.3 | 57.2 | 72.8 | 87.9 | 58.6 | 70.5 | 90.6 | 58.6 | 71.6 | 91.3 | 58.6 | 71.9 | 92.2 | 54.5 | 69.9 | 88.8 | 54.5 | 68.5 |
| 09 | FINISHES | 101.0 | 68.1 | 83.2 | 92.0 | 68.1 | 79.1 | 98.6 | 68.2 | 82.2 | 94.5 | 65.9 | 79.0 | 76.3 | 62.6 | 68.9 | 79.8 | 62.9 | 70.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 83.2 | 96.2 | 100.0 | 81.8 | 95.9 | 100.0 | 82.1 | 96.0 | 100.0 | 81.7 | 95.9 | 100.0 | 66.4 | 92.5 | 100.0 | 66.5 | 92.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 78.5 | 91.6 | 100.3 | 76.8 | 91.0 | 96.6 | 76.9 | 88.9 | 100.1 | 74.8 | 90.2 | 96.5 | 51.2 | 78.7 | 96.4 | 57.5 | 81.2 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.8 | 60.7 | 80.5 | 101.0 | 62.9 | 82.2 | 94.5 | 62.9 | 78.9 | 96.2 | 60.6 | 78.7 | 95.5 | 60.5 | 78.3 | 95.8 | 58.1 | 77.2 |
| MF2018 | WEIGHTED AVERAGE | 100.6 | 72.3 | 88.6 | 99.9 | 71.3 | 87.8 | 99.7 | 71.5 | 87.8 | 97.7 | 70.2 | 86.1 | 91.6 | 63.6 | 79.8 | 94.0 | 64.7 | 81.6 |

| DIVISION | | ARKANSAS | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FAYETTEVILLE | | | FORT SMITH | | | HARRISON | | | HOT SPRINGS | | | JONESBORO | | | LITTLE ROCK | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 89.7 | 89.7 | | 89.7 | 89.7 | | 89.7 | 89.7 | | 89.7 | 89.7 | | 112.7 | 112.7 | | 92.4 | 92.4 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 72.5 | 85.7 | 81.6 | 77.7 | 85.5 | 83.1 | 77.7 | 85.7 | 83.3 | 80.2 | 85.7 | 84.0 | 96.7 | 102.4 | 100.7 | 85.3 | 90.3 | 88.8 |
| 0310 | Concrete Forming & Accessories | 78.4 | 61.8 | 64.3 | 95.7 | 61.6 | 66.7 | 86.5 | 61.8 | 65.4 | 76.3 | 61.8 | 64.0 | 85.7 | 61.9 | 65.4 | 93.1 | 62.4 | 66.9 |
| 0320 | Concrete Reinforcing | 84.4 | 62.1 | 73.6 | 85.4 | 66.3 | 76.2 | 84.0 | 69.4 | 76.9 | 89.3 | 69.4 | 79.7 | 81.5 | 65.1 | 73.6 | 90.4 | 69.5 | 80.3 |
| 0330 | Cast-in-Place Concrete | 72.9 | 74.6 | 73.5 | 83.3 | 75.5 | 80.4 | 80.8 | 74.5 | 78.5 | 78.1 | 74.6 | 76.8 | 79.4 | 75.8 | 78.0 | 80.7 | 76.9 | 79.3 |
| 03 | CONCRETE | 72.9 | 67.0 | 70.3 | 80.1 | 68.0 | 74.8 | 79.7 | 68.2 | 74.6 | 78.9 | 68.2 | 74.2 | 77.3 | 69.0 | 73.7 | 81.0 | 69.3 | 75.9 |
| 04 | MASONRY | 85.0 | 60.8 | 70.1 | 91.6 | 60.8 | 72.7 | 94.3 | 60.8 | 73.7 | 78.6 | 60.8 | 67.7 | 86.5 | 60.8 | 70.7 | 87.7 | 62.1 | 72.0 |
| 05 | METALS | 94.7 | 73.6 | 88.5 | 96.9 | 74.9 | 90.4 | 95.8 | 76.0 | 90.0 | 101.1 | 76.1 | 93.7 | 91.3 | 89.4 | 90.8 | 97.2 | 76.1 | 91.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 87.7 | 64.0 | 74.7 | 107.1 | 64.0 | 83.4 | 96.8 | 64.0 | 78.7 | 86.7 | 64.0 | 74.2 | 95.2 | 64.4 | 78.3 | 98.6 | 64.2 | 79.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.5 | 61.9 | 85.4 | 103.8 | 61.7 | 85.5 | 103.0 | 61.9 | 85.1 | 97.8 | 61.9 | 82.2 | 108.4 | 61.9 | 88.2 | 98.5 | 60.7 | 87.5 |
| 08 | OPENINGS | 100.0 | 59.6 | 90.6 | 102.0 | 60.1 | 92.3 | 100.8 | 61.3 | 91.6 | 103.1 | 61.3 | 93.3 | 105.6 | 60.5 | 95.1 | 95.6 | 60.7 | 87.5 |
| 0920 | Plaster & Gypsum Board | 73.0 | 63.5 | 66.6 | 79.7 | 63.5 | 68.8 | 78.8 | 63.5 | 68.5 | 83.4 | 63.5 | 70.0 | 87.3 | 63.5 | 71.2 | 92.0 | 63.5 | 71.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.1 | 63.5 | 71.5 | 89.8 | 63.5 | 72.0 | 89.8 | 63.5 | 72.0 | 86.3 | 63.5 | 70.9 | 92.1 | 63.5 | 72.8 | 87.3 | 63.5 | 71.2 |
| 0960 | Flooring | 78.9 | 70.9 | 76.7 | 88.3 | 70.9 | 83.4 | 84.1 | 70.9 | 80.4 | 85.1 | 70.9 | 81.1 | 53.9 | 70.9 | 62.6 | 89.2 | 81.0 | 86.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.2 | 54.5 | 69.9 | 92.2 | 52.1 | 68.5 | 92.2 | 54.5 | 69.8 | 88.8 | 54.5 | 68.5 | 81.7 | 54.5 | 65.6 | 92.8 | 52.4 | 68.9 |
| 09 | FINISHES | 75.5 | 62.9 | 68.7 | 79.6 | 62.6 | 70.4 | 78.3 | 62.9 | 70.0 | 79.6 | 62.9 | 70.6 | 74.6 | 63.2 | 68.4 | 85.3 | 64.9 | 74.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 66.1 | 92.4 | 100.0 | 77.7 | 95.0 | 100.0 | 68.5 | 93.0 | 100.0 | 66.2 | 92.5 | 100.0 | 67.0 | 92.6 | 100.0 | 78.2 | 95.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 60.0 | 82.2 | 100.0 | 48.0 | 79.6 | 96.5 | 49.1 | 77.8 | 96.4 | 51.5 | 78.8 | 100.4 | 51.2 | 81.1 | 99.9 | 49.1 | 79.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 90.0 | 53.9 | 72.2 | 93.1 | 57.0 | 75.3 | 94.2 | 57.5 | 76.1 | 97.7 | 65.2 | 81.7 | 99.0 | 62.3 | 81.0 | 100.1 | 66.7 | 83.7 |
| MF2018 | WEIGHTED AVERAGE | 90.5 | 64.1 | 79.3 | 94.1 | 62.6 | 80.8 | 92.9 | 62.8 | 80.2 | 93.5 | 64.4 | 81.2 | 93.8 | 66.6 | 82.3 | 94.5 | 65.4 | 82.2 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| DIVISION | | ARKANSAS | | | | | | | | | | | CALIFORNIA | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PINE BLUFF | | | RUSSELLVILLE | | | TEXARKANA | | | WEST MEMPHIS | | | ALHAMBRA | | | ANAHEIM | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 89.7 | 89.7 | | 89.7 | 89.7 | | 90.9 | 90.9 | | 112.7 | 112.7 | | 95.4 | 95.4 | | 99.2 | 99.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 82.3 | 85.6 | 84.6 | 74.2 | 85.7 | 82.2 | 92.9 | 87.8 | 89.3 | 103.1 | 102.8 | 102.9 | 100.8 | 105.3 | 103.9 | 97.7 | 105.5 | 103.1 |
| 0310 | Concrete Forming & Accessories | 76.1 | 61.9 | 64.0 | 83.1 | 61.7 | 64.8 | 81.4 | 61.5 | 64.5 | 90.6 | 62.2 | 66.4 | 114.4 | 139.5 | 135.8 | 102.9 | 139.7 | 134.3 |
| 0320 | Concrete Reinforcing | 90.9 | 69.4 | 80.5 | 84.9 | 69.4 | 77.4 | 90.5 | 69.3 | 80.2 | 81.5 | 63.3 | 72.7 | 105.0 | 133.6 | 118.9 | 95.2 | 133.5 | 113.8 |
| 0330 | Cast-in-Place Concrete | 78.1 | 74.6 | 76.8 | 76.3 | 74.5 | 75.6 | 85.2 | 74.4 | 81.2 | 83.2 | 75.9 | 80.5 | 83.3 | 127.8 | 99.9 | 86.7 | 131.0 | 103.2 |
| 03 | CONCRETE | 79.7 | 68.3 | 74.7 | 76.0 | 68.1 | 72.6 | 77.8 | 68.1 | 73.5 | 83.8 | 68.8 | 77.2 | 94.2 | 133.1 | 111.3 | 96.2 | 134.3 | 112.9 |
| 04 | MASONRY | 110.7 | 60.8 | 80.0 | 90.9 | 60.8 | 72.4 | 92.6 | 60.8 | 73.0 | 75.3 | 60.8 | 66.4 | 106.9 | 139.4 | 126.9 | 78.2 | 138.0 | 115.0 |
| 05 | METALS | 101.9 | 76.1 | 94.3 | 94.7 | 75.9 | 89.1 | 93.8 | 75.8 | 88.5 | 90.4 | 89.1 | 90.0 | 79.9 | 113.2 | 89.7 | 107.7 | 114.2 | 109.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 86.4 | 64.0 | 74.1 | 92.3 | 64.0 | 76.8 | 93.4 | 64.0 | 77.2 | 100.7 | 64.4 | 80.7 | 99.3 | 138.0 | 120.6 | 97.5 | 138.3 | 119.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 97.9 | 62.0 | 82.3 | 103.7 | 61.3 | 85.2 | 98.5 | 61.9 | 82.6 | 108.9 | 61.9 | 88.4 | 104.2 | 131.8 | 116.2 | 108.9 | 134.9 | 120.2 |
| 08 | OPENINGS | 104.3 | 60.8 | 94.1 | 100.0 | 61.3 | 91.0 | 109.2 | 61.3 | 98.0 | 103.2 | 60.1 | 93.1 | 87.8 | 137.4 | 99.4 | 103.9 | 137.6 | 111.8 |
| 0920 | Plaster & Gypsum Board | 83.1 | 63.5 | 69.9 | 73.7 | 63.5 | 66.8 | 85.7 | 63.5 | 70.7 | 89.2 | 63.5 | 71.9 | 94.5 | 139.3 | 124.6 | 112.7 | 139.3 | 130.6 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 86.3 | 63.5 | 70.9 | 88.1 | 63.5 | 71.5 | 89.6 | 63.5 | 72.0 | 90.2 | 63.5 | 72.2 | 111.0 | 139.3 | 130.1 | 109.3 | 139.3 | 129.5 |
| 0960 | Flooring | 84.9 | 70.9 | 80.9 | 81.3 | 70.9 | 78.4 | 86.9 | 43.4 | 74.7 | 61.6 | 70.9 | 64.2 | 104.8 | 121.1 | 109.4 | 99.2 | 121.1 | 105.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 88.8 | 52.1 | 67.1 | 92.2 | 54.5 | 69.9 | 88.8 | 54.5 | 68.5 | 81.7 | 54.5 | 65.6 | 103.9 | 120.3 | 113.6 | 92.6 | 120.3 | 109.0 |
| 09 | FINISHES | 79.6 | 62.6 | 70.4 | 76.4 | 62.9 | 69.1 | 81.7 | 57.2 | 68.4 | 75.9 | 63.2 | 69.0 | 101.8 | 134.1 | 119.3 | 99.4 | 134.2 | 118.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 77.7 | 95.0 | 100.0 | 66.5 | 92.5 | 100.0 | 66.1 | 92.5 | 100.0 | 67.0 | 92.6 | 100.0 | 119.6 | 104.4 | 100.0 | 120.2 | 104.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 51.4 | 80.9 | 96.5 | 50.9 | 78.6 | 100.0 | 54.5 | 82.1 | 96.8 | 64.6 | 84.2 | 96.5 | 130.9 | 110.0 | 99.9 | 130.9 | 112.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.9 | 57.5 | 77.0 | 93.1 | 57.5 | 75.6 | 97.6 | 57.5 | 77.9 | 100.5 | 65.3 | 83.1 | 121.0 | 129.2 | 125.0 | 91.5 | 113.3 | 102.2 |
| MF2018 | WEIGHTED AVERAGE | 96.0 | 63.6 | 82.3 | 91.7 | 63.1 | 79.6 | 94.8 | 63.3 | 81.5 | 93.3 | 69.8 | 83.3 | 96.7 | 128.6 | 110.2 | 99.3 | 126.6 | 110.9 |

| DIVISION | | CALIFORNIA | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BAKERSFIELD | | | BERKELEY | | | EUREKA | | | FRESNO | | | INGLEWOOD | | | LONG BEACH | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 98.7 | 98.7 | | 100.2 | 100.2 | | 97.1 | 97.1 | | 97.3 | 97.3 | | 96.9 | 96.9 | | 96.9 | 96.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 96.1 | 106.8 | 103.5 | 109.8 | 106.0 | 107.2 | 109.0 | 102.7 | 104.7 | 98.9 | 103.2 | 101.8 | 87.7 | 102.0 | 97.6 | 94.7 | 102.0 | 99.7 |
| 0310 | Concrete Forming & Accessories | 105.8 | 139.2 | 134.3 | 113.0 | 168.1 | 160.0 | 111.2 | 154.1 | 147.8 | 102.9 | 153.3 | 145.8 | 107.3 | 139.9 | 135.1 | 102.0 | 139.9 | 134.3 |
| 0320 | Concrete Reinforcing | 99.8 | 133.4 | 116.0 | 90.7 | 135.2 | 112.2 | 103.7 | 136.6 | 119.6 | 83.3 | 134.2 | 107.9 | 99.8 | 133.7 | 116.2 | 99.0 | 133.7 | 115.8 |
| 0330 | Cast-in-Place Concrete | 88.1 | 130.2 | 103.8 | 110.4 | 133.5 | 119.0 | 94.1 | 129.6 | 107.3 | 95.5 | 129.2 | 108.0 | 81.5 | 130.2 | 99.6 | 92.7 | 130.2 | 106.7 |
| 03 | CONCRETE | 91.7 | 133.7 | 110.2 | 105.1 | 148.2 | 124.0 | 106.8 | 140.8 | 121.7 | 95.5 | 139.9 | 115.0 | 90.9 | 134.2 | 109.9 | 100.5 | 134.2 | 115.3 |
| 04 | MASONRY | 92.1 | 137.5 | 120.0 | 122.7 | 154.9 | 142.5 | 103.3 | 153.4 | 134.1 | 96.9 | 145.0 | 126.5 | 73.1 | 139.5 | 113.9 | 81.7 | 139.5 | 117.2 |
| 05 | METALS | 102.5 | 112.5 | 105.4 | 109.9 | 115.1 | 111.4 | 107.4 | 116.1 | 109.9 | 102.8 | 115.2 | 106.4 | 88.0 | 114.8 | 95.9 | 87.9 | 114.8 | 96.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 96.9 | 138.3 | 119.7 | 104.3 | 173.4 | 142.3 | 111.2 | 157.3 | 136.6 | 101.2 | 157.3 | 132.1 | 99.0 | 138.4 | 120.7 | 92.5 | 138.4 | 117.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 108.5 | 124.3 | 115.4 | 112.2 | 155.7 | 131.2 | 112.6 | 151.2 | 129.4 | 98.9 | 132.9 | 113.7 | 107.2 | 133.4 | 118.6 | 107.5 | 133.4 | 118.8 |
| 08 | OPENINGS | 92.6 | 134.3 | 102.3 | 91.0 | 161.7 | 107.5 | 103.2 | 143.2 | 112.5 | 94.7 | 145.1 | 106.5 | 87.6 | 137.6 | 99.2 | 87.5 | 137.6 | 99.2 |
| 0920 | Plaster & Gypsum Board | 94.4 | 139.3 | 124.6 | 113.4 | 175.0 | 154.8 | 117.4 | 158.8 | 145.2 | 90.9 | 158.8 | 136.6 | 100.3 | 139.3 | 126.5 | 96.2 | 139.3 | 125.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 100.7 | 139.3 | 126.8 | 101.2 | 175.0 | 151.0 | 113.3 | 158.8 | 144.0 | 98.1 | 158.8 | 139.0 | 114.0 | 139.3 | 131.1 | 114.0 | 139.3 | 131.1 |
| 0960 | Flooring | 102.2 | 121.1 | 107.5 | 124.0 | 143.3 | 129.4 | 103.2 | 143.3 | 114.4 | 100.4 | 121.5 | 106.3 | 114.7 | 121.1 | 116.5 | 111.5 | 121.1 | 114.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.5 | 108.6 | 102.0 | 111.6 | 171.3 | 146.9 | 94.1 | 138.6 | 120.4 | 101.3 | 120.7 | 112.8 | 115.1 | 120.3 | 118.2 | 115.1 | 120.3 | 118.2 |
| 09 | FINISHES | 96.4 | 133.0 | 116.2 | 110.1 | 165.4 | 140.0 | 104.6 | 152.0 | 130.3 | 94.6 | 146.3 | 122.6 | 108.2 | 134.3 | 122.4 | 107.2 | 134.3 | 121.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 117.7 | 103.9 | 100.0 | 134.0 | 107.6 | 100.0 | 138.0 | 106.9 | 100.0 | 130.8 | 106.9 | 100.0 | 120.5 | 104.6 | 100.0 | 120.5 | 104.6 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 128.8 | 111.4 | 96.7 | 169.6 | 125.3 | 96.4 | 130.6 | 109.9 | 100.1 | 130.1 | 111.9 | 96.1 | 131.0 | 109.8 | 96.1 | 131.0 | 109.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 107.6 | 108.1 | 107.8 | 99.9 | 161.8 | 130.4 | 98.4 | 124.9 | 111.5 | 97.0 | 107.4 | 102.2 | 98.5 | 129.2 | 113.6 | 98.3 | 129.2 | 113.5 |
| MF2018 | WEIGHTED AVERAGE | 98.9 | 124.6 | 109.8 | 103.0 | 151.9 | 123.7 | 102.5 | 134.1 | 115.9 | 98.5 | 129.4 | 111.5 | 93.8 | 128.8 | 108.6 | 95.4 | 128.8 | 109.5 |

| DIVISION | | CALIFORNIA | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LOS ANGELES | | | MARYSVILLE | | | MODESTO | | | MOJAVE | | | OAKLAND | | | OXNARD | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 103.3 | 103.3 | | 97.1 | 97.1 | | 97.1 | 97.1 | | 97.3 | 97.3 | | 100.2 | 100.2 | | 96.3 | 96.3 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 93.7 | 109.2 | 104.4 | 105.6 | 102.6 | 103.5 | 100.6 | 102.6 | 102.0 | 91.9 | 103.4 | 99.8 | 115.2 | 106.0 | 108.8 | 99.2 | 101.6 | 100.8 |
| 0310 | Concrete Forming & Accessories | 105.4 | 140.1 | 135.0 | 101.6 | 153.6 | 145.9 | 98.1 | 153.7 | 145.5 | 113.6 | 139.3 | 135.5 | 102.3 | 168.2 | 158.4 | 105.5 | 139.8 | 134.7 |
| 0320 | Concrete Reinforcing | 100.7 | 133.7 | 116.6 | 103.7 | 134.1 | 118.4 | 107.4 | 134.1 | 120.3 | 100.4 | 133.4 | 116.4 | 92.8 | 136.9 | 114.1 | 98.6 | 133.5 | 115.5 |
| 0330 | Cast-in-Place Concrete | 84.1 | 131.4 | 101.7 | 105.2 | 129.2 | 114.1 | 94.2 | 129.3 | 107.2 | 82.6 | 130.1 | 100.2 | 104.8 | 133.5 | 115.4 | 96.1 | 130.4 | 108.9 |
| 03 | CONCRETE | 98.3 | 134.7 | 114.3 | 107.1 | 140.0 | 121.6 | 98.2 | 140.1 | 116.6 | 87.4 | 133.8 | 107.8 | 106.3 | 145.8 | 124.8 | 95.5 | 134.1 | 112.5 |
| 04 | MASONRY | 88.6 | 139.5 | 119.9 | 104.2 | 142.9 | 128.0 | 101.5 | 142.9 | 126.9 | 94.9 | 137.4 | 121.0 | 131.5 | 154.9 | 145.9 | 97.9 | 136.8 | 121.8 |
| 05 | METALS | 94.3 | 115.0 | 100.4 | 106.9 | 114.7 | 109.2 | 103.6 | 114.8 | 106.9 | 100.0 | 113.4 | 104.0 | 105.2 | 117.2 | 108.7 | 98.0 | 113.9 | 102.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 105.6 | 138.6 | 123.7 | 98.3 | 157.3 | 130.8 | 93.9 | 157.3 | 128.8 | 100.8 | 138.4 | 121.5 | 92.8 | 173.4 | 137.2 | 95.6 | 138.4 | 119.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.4 | 133.9 | 116.7 | 112.0 | 158.8 | 132.4 | 111.6 | 139.5 | 123.7 | 105.6 | 123.7 | 113.5 | 110.8 | 135.7 | 130.4 | 108.6 | 133.3 | 119.3 |
| 08 | OPENINGS | 98.1 | 136.9 | 107.2 | 102.5 | 145.6 | 112.6 | 101.3 | 147.4 | 112.1 | 89.8 | 134.3 | 100.2 | 91.1 | 162.1 | 107.7 | 92.4 | 137.6 | 102.9 |
| 0920 | Plaster & Gypsum Board | 95.6 | 139.3 | 125.0 | 110.0 | 158.8 | 142.8 | 112.7 | 158.8 | 143.7 | 103.5 | 139.3 | 127.6 | 107.6 | 175.0 | 152.9 | 94.5 | 139.3 | 124.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 121.4 | 139.3 | 133.5 | 112.5 | 158.8 | 143.7 | 109.3 | 158.8 | 142.6 | 99.4 | 139.3 | 126.3 | 103.8 | 175.0 | 151.8 | 100.8 | 139.3 | 126.8 |
| 0960 | Flooring | 112.5 | 122.2 | 115.3 | 98.8 | 119.5 | 104.6 | 99.2 | 133.0 | 108.7 | 101.3 | 121.1 | 106.8 | 117.0 | 143.3 | 124.4 | 93.8 | 121.1 | 101.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 111.6 | 120.3 | 116.7 | 94.1 | 134.1 | 117.8 | 94.1 | 138.6 | 120.4 | 87.2 | 109.6 | 100.5 | 111.6 | 171.3 | 146.9 | 87.2 | 114.8 | 103.6 |
| 09 | FINISHES | 109.4 | 134.7 | 123.1 | 101.7 | 147.4 | 126.4 | 101.0 | 150.2 | 127.7 | 95.0 | 133.2 | 115.6 | 108.5 | 163.4 | 139.1 | 92.5 | 133.2 | 114.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 121.0 | 104.7 | 100.0 | 130.8 | 106.9 | 100.0 | 130.8 | 106.9 | 100.0 | 117.9 | 104.0 | 100.0 | 134.0 | 107.6 | 100.0 | 120.4 | 104.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.9 | 131.0 | 112.1 | 96.4 | 130.9 | 109.9 | 99.9 | 131.7 | 112.4 | 96.5 | 128.8 | 109.2 | 100.2 | 169.6 | 127.5 | 100.0 | 131.0 | 112.2 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.9 | 131.0 | 113.7 | 95.1 | 120.7 | 107.7 | 97.5 | 109.9 | 103.6 | 95.5 | 108.1 | 101.7 | 99.1 | 161.8 | 130.0 | 101.4 | 117.9 | 109.5 |
| MF2018 | WEIGHTED AVERAGE | 98.5 | 129.8 | 111.7 | 101.7 | 131.3 | 114.2 | 100.6 | 130.6 | 113.3 | 95.4 | 124.4 | 107.7 | 103.4 | 152.0 | 123.9 | 98.0 | 126.7 | 110.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## CALIFORNIA

| DIVISION | | PALM SPRINGS | | | PALO ALTO | | | PASADENA | | | REDDING | | | RICHMOND | | | RIVERSIDE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 98.1 | 98.1 | | 100.2 | 100.2 | | 95.4 | 95.4 | | 97.1 | 97.1 | | 100.2 | 100.2 | | 98.1 | 98.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 89.3 | 103.6 | 99.2 | 106.1 | 106.0 | 106.0 | 97.5 | 105.3 | 102.9 | 122.2 | 102.6 | 108.7 | 114.3 | 106.0 | 108.5 | 96.2 | 103.6 | 101.3 |
| 0310 | Concrete Forming & Accessories | 99.8 | 136.1 | 130.7 | 100.5 | 168.2 | 158.2 | 103.4 | 139.6 | 134.2 | 105.0 | 153.6 | 146.5 | 115.5 | 167.8 | 160.1 | 103.5 | 139.7 | 134.4 |
| 0320 | Concrete Reinforcing | 109.0 | 133.5 | 120.9 | 90.7 | 136.1 | 113.0 | 106.0 | 133.6 | 119.3 | 137.8 | 134.1 | 136.0 | 90.7 | 136.7 | 112.9 | 105.9 | 133.5 | 119.3 |
| 0330 | Cast-in-Place Concrete | 82.7 | 131.0 | 100.6 | 93.4 | 133.5 | 108.4 | 79.1 | 127.8 | 97.2 | 107.2 | 129.3 | 115.4 | 107.4 | 133.3 | 117.1 | 89.9 | 131.0 | 105.2 |
| 03 | CONCRETE | 90.5 | 132.7 | 109.0 | 95.3 | 148.5 | 118.7 | 89.9 | 133.1 | 108.9 | 114.0 | 140.1 | 125.4 | 108.0 | 148.2 | 125.7 | 96.4 | 134.3 | 113.1 |
| 04 | MASONRY | 76.5 | 137.7 | 114.1 | 105.1 | 151.5 | 133.6 | 93.3 | 139.4 | 121.6 | 131.9 | 142.9 | 138.7 | 122.5 | 151.5 | 140.3 | 77.5 | 137.7 | 114.5 |
| 05 | METALS | 108.3 | 114.1 | 110.0 | 102.7 | 116.9 | 106.9 | 80.0 | 113.2 | 89.7 | 103.9 | 114.7 | 107.1 | 102.8 | 116.6 | 106.8 | 107.7 | 114.2 | 109.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 92.1 | 133.5 | 114.9 | 90.4 | 173.4 | 136.1 | 85.4 | 138.0 | 114.4 | 107.8 | 157.3 | 135.0 | 107.5 | 173.4 | 143.8 | 97.5 | 138.3 | 119.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 108.1 | 134.3 | 119.5 | 101.0 | 133.5 | 119.0 | 103.8 | 131.8 | 116.2 | 128.2 | 138.9 | 132.9 | 116.6 | 154.8 | 129.8 | 109.0 | 134.8 | 120.2 |
| 08 | OPENINGS | 99.9 | 134.9 | 108.1 | 91.1 | 160.2 | 107.2 | 87.8 | 137.4 | 99.4 | 115.9 | 145.6 | 122.8 | 91.1 | 160.2 | 107.2 | 102.6 | 137.6 | 110.8 |
| 0920 | Plaster & Gypsum Board | 107.2 | 134.4 | 125.5 | 106.0 | 175.0 | 152.4 | 88.8 | 139.3 | 122.8 | 112.6 | 158.8 | 143.7 | 114.5 | 175.0 | 155.2 | 111.9 | 139.3 | 130.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 106.0 | 134.4 | 125.1 | 102.0 | 175.0 | 151.2 | 111.0 | 139.3 | 130.1 | 148.8 | 158.8 | 155.5 | 102.0 | 175.0 | 151.2 | 114.2 | 139.3 | 131.1 |
| 0960 | Flooring | 101.5 | 121.1 | 107.0 | 115.6 | 143.3 | 123.4 | 98.5 | 121.1 | 104.9 | 87.8 | 128.6 | 99.3 | 126.5 | 143.3 | 131.3 | 102.9 | 121.1 | 108.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 91.1 | 120.3 | 108.4 | 111.6 | 171.3 | 146.9 | 103.9 | 120.3 | 113.6 | 105.2 | 134.1 | 122.3 | 111.6 | 171.3 | 146.9 | 91.1 | 120.3 | 108.4 |
| 09 | FINISHES | 98.0 | 131.4 | 116.1 | 106.5 | 165.4 | 138.4 | 99.0 | 134.1 | 118.0 | 107.2 | 149.0 | 129.8 | 111.6 | 165.4 | 140.7 | 101.0 | 134.2 | 119.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 119.6 | 104.4 | 100.0 | 134.0 | 107.6 | 100.0 | 119.6 | 104.4 | 100.0 | 130.8 | 106.9 | 100.0 | 133.8 | 107.5 | 100.0 | 119.3 | 104.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.4 | 130.9 | 109.9 | 96.7 | 170.6 | 125.7 | 96.5 | 130.9 | 110.0 | 100.3 | 130.1 | 112.0 | 96.7 | 164.0 | 123.1 | 99.9 | 130.9 | 112.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.6 | 110.8 | 102.6 | 99.2 | 126.5 | 113.4 | 99.6 | 118.1 | 108.8 | 100.3 | 120.8 | 110.9 | 99.6 | 133.2 | 116.2 | 91.3 | 114.4 | 102.7 |
| MF2018 | WEIGHTED AVERAGE | 97.4 | 125.3 | 109.2 | 99.2 | 153.8 | 122.3 | 94.8 | 128.6 | 109.1 | 107.6 | 131.5 | 117.7 | 102.4 | 146.2 | 120.9 | 99.3 | 126.6 | 110.8 |

## CALIFORNIA

| DIVISION | | SACRAMENTO | | | SALINAS | | | SAN BERNARDINO | | | SAN DIEGO | | | SAN FRANCISCO | | | SAN JOSE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.0 | 99.0 | | 97.3 | 97.3 | | 98.1 | 98.1 | | 102.2 | 102.2 | | 109.8 | 109.8 | | 98.7 | 98.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 95.6 | 111.3 | 106.4 | 112.3 | 103.2 | 106.0 | 76.1 | 103.6 | 95.1 | 105.7 | 107.8 | 107.2 | 116.4 | 113.1 | 114.1 | 131.6 | 97.9 | 108.3 |
| 0310 | Concrete Forming & Accessories | 100.5 | 156.0 | 147.8 | 108.9 | 156.6 | 149.6 | 107.1 | 139.7 | 134.9 | 103.8 | 129.1 | 125.4 | 106.1 | 168.3 | 159.1 | 103.9 | 167.9 | 158.5 |
| 0320 | Concrete Reinforcing | 86.0 | 134.4 | 109.4 | 99.1 | 134.3 | 116.3 | 105.9 | 133.5 | 119.3 | 102.6 | 133.4 | 117.5 | 105.6 | 132.1 | 118.4 | 94.7 | 135.0 | 114.2 |
| 0330 | Cast-in-Place Concrete | 88.6 | 130.2 | 104.1 | 95.0 | 129.6 | 107.8 | 62.1 | 131.0 | 87.8 | 90.5 | 124.5 | 103.2 | 116.9 | 133.3 | 123.0 | 109.4 | 132.4 | 118.0 |
| 03 | CONCRETE | 97.9 | 141.1 | 116.9 | 105.8 | 144.1 | 122.6 | 71.1 | 134.3 | 98.9 | 100.2 | 127.3 | 112.1 | 117.8 | 148.1 | 131.1 | 103.9 | 148.1 | 123.3 |
| 04 | MASONRY | 106.1 | 145.9 | 130.6 | 95.1 | 148.4 | 127.9 | 83.6 | 137.7 | 116.8 | 86.2 | 133.4 | 115.2 | 140.9 | 154.6 | 149.3 | 131.5 | 151.5 | 143.8 |
| 05 | METALS | 100.8 | 109.8 | 103.4 | 102.7 | 115.8 | 106.5 | 107.7 | 114.2 | 109.6 | 94.8 | 114.1 | 100.5 | 110.7 | 122.4 | 114.2 | 101.8 | 121.6 | 107.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 87.1 | 160.2 | 127.3 | 100.6 | 160.2 | 133.4 | 101.2 | 138.3 | 121.6 | 95.0 | 126.1 | 112.1 | 95.1 | 173.4 | 138.2 | 106.0 | 173.2 | 143.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 122.2 | 142.5 | 131.0 | 106.2 | 145.4 | 123.3 | 107.1 | 134.8 | 119.2 | 108.2 | 121.5 | 114.0 | 116.5 | 155.7 | 133.5 | 108.0 | 155.1 | 128.5 |
| 08 | OPENINGS | 103.9 | 149.0 | 114.4 | 93.5 | 154.4 | 107.7 | 100.0 | 137.6 | 108.7 | 99.8 | 127.8 | 106.3 | 99.5 | 159.0 | 113.3 | 92.6 | 161.5 | 108.7 |
| 0920 | Plaster & Gypsum Board | 103.4 | 161.5 | 142.5 | 95.4 | 161.8 | 141.1 | 113.3 | 139.3 | 130.8 | 94.4 | 126.7 | 116.1 | 105.8 | 175.0 | 152.4 | 108.3 | 175.0 | 153.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 102.0 | 161.5 | 142.1 | 99.4 | 161.8 | 141.5 | 109.3 | 139.3 | 129.5 | 121.1 | 126.7 | 124.8 | 111.7 | 175.0 | 154.4 | 109.3 | 175.0 | 153.6 |
| 0960 | Flooring | 115.8 | 128.6 | 119.4 | 95.9 | 143.3 | 109.2 | 105.0 | 121.1 | 109.5 | 108.9 | 121.1 | 112.3 | 117.5 | 143.3 | 124.7 | 92.4 | 143.3 | 106.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 107.9 | 134.1 | 123.4 | 88.1 | 171.3 | 137.3 | 91.1 | 120.3 | 108.4 | 101.5 | 118.0 | 111.2 | 109.6 | 174.8 | 148.2 | 94.4 | 171.3 | 139.9 |
| 09 | FINISHES | 103.5 | 150.7 | 129.9 | 94.6 | 157.3 | 128.5 | 99.4 | 134.2 | 118.3 | 106.6 | 126.1 | 117.2 | 109.9 | 165.8 | 140.1 | 99.9 | 165.2 | 135.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 131.7 | 107.1 | 100.0 | 131.2 | 107.0 | 100.0 | 117.7 | 103.9 | 100.0 | 115.7 | 103.5 | 100.0 | 128.4 | 106.3 | 100.0 | 133.4 | 107.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 131.4 | 112.4 | 96.5 | 137.6 | 112.7 | 96.4 | 130.9 | 110.0 | 100.0 | 129.4 | 111.5 | 100.1 | 182.8 | 132.6 | 99.9 | 170.5 | 127.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.8 | 120.8 | 107.6 | 96.5 | 132.1 | 114.4 | 94.6 | 112.6 | 103.5 | 103.8 | 104.3 | 104.0 | 99.2 | 182.8 | 140.4 | 100.7 | 176.6 | 138.4 |
| MF2018 | WEIGHTED AVERAGE | 100.8 | 133.0 | 114.4 | 99.1 | 137.2 | 115.2 | 95.0 | 126.3 | 108.2 | 99.7 | 121.7 | 109.0 | 107.4 | 158.4 | 129.0 | 102.6 | 153.5 | 124.2 |

## CALIFORNIA

| DIVISION | | SAN LUIS OBISPO | | | SAN MATEO | | | SAN RAFAEL | | | SANTA ANA | | | SANTA BARBARA | | | SANTA CRUZ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 97.3 | 97.3 | | 100.2 | 100.2 | | 99.4 | 99.4 | | 98.1 | 98.1 | | 97.3 | 97.3 | | 98.7 | 98.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 104.4 | 103.4 | 103.7 | 112.1 | 106.0 | 107.9 | 107.6 | 111.2 | 110.1 | 87.8 | 103.6 | 98.7 | 99.1 | 103.4 | 102.1 | 131.3 | 97.7 | 108.1 |
| 0310 | Concrete Forming & Accessories | 115.3 | 139.7 | 136.1 | 106.3 | 168.2 | 159.0 | 111.5 | 167.8 | 159.5 | 107.4 | 139.7 | 134.9 | 106.1 | 139.7 | 134.8 | 103.9 | 156.9 | 149.0 |
| 0320 | Concrete Reinforcing | 100.4 | 133.4 | 116.4 | 90.7 | 136.1 | 113.0 | 91.3 | 135.1 | 112.5 | 109.6 | 133.5 | 121.2 | 98.6 | 133.4 | 115.4 | 117.1 | 134.6 | 125.6 |
| 0330 | Cast-in-Place Concrete | 102.1 | 130.2 | 112.6 | 104.0 | 133.5 | 115.0 | 121.1 | 132.3 | 125.2 | 79.3 | 131.0 | 98.6 | 95.8 | 130.2 | 108.6 | 108.7 | 131.4 | 117.1 |
| 03 | CONCRETE | 103.3 | 134.0 | 116.8 | 104.6 | 148.5 | 123.9 | 128.2 | 147.4 | 136.6 | 88.0 | 134.3 | 108.3 | 95.4 | 134.0 | 112.4 | 106.4 | 142.6 | 122.3 |
| 04 | MASONRY | 96.5 | 135.9 | 120.7 | 122.2 | 154.6 | 142.1 | 99.1 | 154.6 | 133.2 | 73.4 | 138.0 | 113.1 | 95.2 | 135.9 | 120.2 | 135.3 | 148.6 | 143.4 |
| 05 | METALS | 100.7 | 113.8 | 104.6 | 102.6 | 117.1 | 106.9 | 103.7 | 112.4 | 106.3 | 107.8 | 114.2 | 109.7 | 98.5 | 113.8 | 103.0 | 109.3 | 120.2 | 112.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 103.0 | 138.4 | 122.4 | 97.9 | 173.4 | 139.5 | 95.0 | 173.2 | 138.0 | 103.0 | 138.3 | 122.4 | 95.6 | 138.4 | 119.1 | 106.0 | 160.4 | 135.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 106.4 | 132.6 | 117.8 | 110.4 | 156.4 | 130.4 | 115.0 | 155.4 | 132.5 | 108.4 | 134.9 | 119.9 | 108.6 | 132.6 | 117.5 | 107.6 | 147.9 | 125.1 |
| 08 | OPENINGS | 91.7 | 134.3 | 101.6 | 91.1 | 162.1 | 107.6 | 101.5 | 159.7 | 115.1 | 99.2 | 137.6 | 108.2 | 93.2 | 137.6 | 103.6 | 93.9 | 154.4 | 108.0 |
| 0920 | Plaster & Gypsum Board | 101.1 | 139.3 | 126.8 | 111.7 | 175.0 | 154.3 | 113.2 | 175.0 | 154.8 | 114.6 | 139.3 | 131.2 | 94.9 | 139.3 | 124.7 | 116.8 | 161.8 | 147.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 99.4 | 139.3 | 126.3 | 102.0 | 175.0 | 151.2 | 109.3 | 175.0 | 153.6 | 109.3 | 139.3 | 129.5 | 100.8 | 139.3 | 126.8 | 110.9 | 161.8 | 145.2 |
| 0960 | Flooring | 102.0 | 121.1 | 107.4 | 119.5 | 143.3 | 126.0 | 126.2 | 143.3 | 131.0 | 105.5 | 121.1 | 110.0 | 95.0 | 121.1 | 102.4 | 96.6 | 143.3 | 109.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 87.2 | 114.8 | 103.6 | 111.6 | 171.3 | 146.9 | 107.8 | 165.5 | 141.9 | 91.1 | 118.0 | 107.0 | 87.2 | 114.8 | 103.6 | 94.5 | 171.3 | 139.9 |
| 09 | FINISHES | 96.3 | 133.7 | 116.5 | 108.9 | 165.4 | 139.5 | 112.0 | 164.6 | 140.5 | 100.9 | 134.0 | 118.8 | 93.0 | 133.7 | 115.0 | 102.6 | 157.4 | 132.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 126.5 | 105.9 | 100.0 | 134.0 | 107.6 | 100.0 | 133.3 | 107.4 | 100.0 | 120.2 | 104.5 | 100.0 | 119.5 | 104.3 | 100.0 | 131.5 | 107.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 131.0 | 110.0 | 96.7 | 165.7 | 123.8 | 96.7 | 182.8 | 130.5 | 96.4 | 130.9 | 110.0 | 100.0 | 131.0 | 112.2 | 99.9 | 137.9 | 114.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.5 | 110.0 | 103.1 | 99.0 | 168.0 | 133.0 | 96.2 | 124.9 | 110.3 | 94.6 | 111.9 | 103.1 | 94.5 | 113.7 | 103.9 | 99.8 | 132.1 | 115.7 |
| MF2018 | WEIGHTED AVERAGE | 98.2 | 125.8 | 109.9 | 101.5 | 152.0 | 122.9 | 104.5 | 149.1 | 123.4 | 97.0 | 126.3 | 109.4 | 97.2 | 126.1 | 109.4 | 104.6 | 137.5 | 118.5 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| DIVISION | | CALIFORNIA | | | | | | | | | | | | | | COLORADO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SANTA ROSA | | | STOCKTON | | | SUSANVILLE | | | VALLEJO | | | VAN NUYS | | | ALAMOSA | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 97.6 | 97.6 | | 97.1 | 97.1 | | 97.1 | 97.1 | | 99.4 | 99.4 | | 95.4 | 95.4 | | 90.2 | 90.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 101.4 | 102.6 | 102.2 | 100.3 | 102.6 | 101.9 | 129.5 | 102.6 | 110.9 | 96.3 | 111.1 | 106.5 | 115.7 | 105.3 | 108.5 | 141.3 | 84.4 | 102.0 |
| 0310 | Concrete Forming & Accessories | 100.7 | 167.1 | 157.3 | 101.9 | 155.5 | 147.6 | 106.2 | 153.9 | 146.8 | 102.3 | 166.8 | 157.3 | 109.8 | 139.5 | 135.2 | 103.8 | 66.0 | 71.5 |
| 0320 | Concrete Reinforcing | 104.6 | 135.1 | 119.3 | 107.4 | 134.1 | 120.3 | 137.8 | 134.1 | 136.0 | 92.5 | 135.0 | 113.0 | 106.0 | 133.6 | 119.3 | 114.0 | 67.9 | 91.7 |
| 0330 | Cast-in-Place Concrete | 103.3 | 130.8 | 113.5 | 91.7 | 129.2 | 105.7 | 97.5 | 129.3 | 109.3 | 96.4 | 131.4 | 109.5 | 83.4 | 127.8 | 99.9 | 100.1 | 73.1 | 90.1 |
| 03 | CONCRETE | 107.1 | 146.9 | 124.6 | 97.3 | 140.9 | 116.5 | 117.0 | 140.2 | 127.2 | 102.4 | 146.6 | 121.8 | 104.4 | 133.1 | 117.0 | 112.5 | 69.4 | 93.6 |
| 04 | MASONRY | 101.8 | 153.5 | 133.6 | 101.4 | 142.9 | 126.9 | 130.4 | 142.9 | 138.1 | 77.4 | 153.5 | 124.1 | 106.9 | 139.4 | 126.9 | 130.1 | 59.5 | 86.7 |
| 05 | METALS | 108.1 | 117.7 | 110.9 | 103.9 | 114.7 | 107.0 | 102.9 | 114.7 | 106.4 | 103.7 | 111.7 | 106.0 | 79.2 | 113.2 | 89.2 | 105.2 | 78.5 | 97.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 93.6 | 173.0 | 137.3 | 99.5 | 159.9 | 132.8 | 109.6 | 157.6 | 136.0 | 84.8 | 173.2 | 133.4 | 94.1 | 138.0 | 118.3 | 98.5 | 67.4 | 81.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 108.9 | 154.1 | 128.6 | 112.1 | 138.8 | 123.7 | 130.2 | 138.9 | 134.0 | 113.1 | 154.1 | 130.9 | 105.0 | 131.8 | 116.6 | 111.9 | 67.2 | 92.5 |
| 08 | OPENINGS | 100.8 | 161.4 | 114.9 | 101.3 | 147.0 | 112.0 | 116.8 | 145.8 | 123.6 | 103.2 | 159.7 | 116.3 | 87.7 | 137.4 | 99.3 | 96.3 | 68.5 | 89.8 |
| 0920 | Plaster & Gypsum Board | 109.2 | 175.0 | 153.5 | 112.7 | 161.5 | 145.5 | 113.1 | 159.1 | 144.1 | 107.5 | 175.0 | 152.9 | 92.8 | 139.3 | 124.1 | 80.8 | 66.5 | 71.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 109.3 | 175.0 | 153.6 | 117.5 | 161.5 | 147.1 | 139.9 | 159.1 | 152.9 | 111.1 | 175.0 | 154.2 | 107.8 | 139.3 | 129.1 | 102.7 | 66.5 | 78.3 |
| 0960 | Flooring | 102.1 | 136.5 | 111.7 | 99.2 | 133.0 | 108.7 | 88.3 | 128.6 | 99.6 | 126.0 | 143.3 | 130.9 | 101.9 | 121.1 | 107.3 | 107.8 | 70.1 | 97.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 91.1 | 165.5 | 135.2 | 94.1 | 134.1 | 117.8 | 105.2 | 134.1 | 122.3 | 108.7 | 165.5 | 142.3 | 103.9 | 120.3 | 113.6 | 101.7 | 76.9 | 87.0 |
| 09 | FINISHES | 100.0 | 163.0 | 134.1 | 102.6 | 151.3 | 129.0 | 106.7 | 149.2 | 129.7 | 108.4 | 164.4 | 138.7 | 101.2 | 134.1 | 119.0 | 99.8 | 67.5 | 82.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 132.4 | 107.2 | 100.0 | 128.0 | 106.2 | 100.0 | 130.9 | 106.9 | 100.0 | 132.9 | 107.3 | 100.0 | 119.6 | 104.4 | 100.0 | 83.0 | 96.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.4 | 182.2 | 130.1 | 99.9 | 131.7 | 112.4 | 96.8 | 130.1 | 109.9 | 100.2 | 147.2 | 118.7 | 96.5 | 130.9 | 110.0 | 96.5 | 72.4 | 87.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.9 | 124.9 | 109.7 | 97.5 | 114.3 | 105.8 | 101.7 | 120.8 | 111.1 | 92.4 | 127.5 | 109.7 | 117.5 | 129.2 | 123.2 | 96.3 | 63.2 | 80.0 |
| MF2018 | WEIGHTED AVERAGE | 101.2 | 148.4 | 121.2 | 100.7 | 131.3 | 113.7 | 107.3 | 131.6 | 117.5 | 100.2 | 141.6 | 117.7 | 97.8 | 128.6 | 110.8 | 103.6 | 70.3 | 89.5 |

| DIVISION | | COLORADO | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BOULDER | | | COLORADO SPRINGS | | | DENVER | | | DURANGO | | | FORT COLLINS | | | FORT MORGAN | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 92.2 | 92.2 | | 90.2 | 90.2 | | 99.6 | 99.6 | | 90.2 | 90.2 | | 92.2 | 92.2 | | 92.2 | 92.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.1 | 91.4 | 93.2 | 99.2 | 86.7 | 90.6 | 104.1 | 102.5 | 103.0 | 134.3 | 84.4 | 99.9 | 109.6 | 91.2 | 96.9 | 99.3 | 90.9 | 93.5 |
| 0310 | Concrete Forming & Accessories | 107.0 | 77.4 | 81.8 | 97.3 | 63.5 | 68.5 | 106.1 | 66.4 | 72.2 | 109.9 | 65.7 | 72.2 | 104.5 | 65.8 | 71.5 | 107.6 | 65.7 | 71.9 |
| 0320 | Concrete Reinforcing | 108.7 | 68.1 | 89.0 | 107.9 | 67.9 | 88.6 | 107.9 | 70.1 | 89.6 | 114.0 | 67.9 | 91.7 | 108.8 | 68.0 | 89.1 | 108.9 | 68.0 | 89.2 |
| 0330 | Cast-in-Place Concrete | 113.8 | 73.9 | 98.9 | 116.8 | 73.4 | 100.7 | 121.8 | 73.6 | 103.9 | 115.1 | 73.1 | 99.5 | 128.5 | 72.5 | 107.6 | 111.6 | 72.5 | 97.1 |
| 03 | CONCRETE | 105.2 | 74.9 | 91.9 | 108.7 | 68.4 | 91.0 | 111.4 | 70.2 | 93.3 | 114.2 | 69.3 | 94.5 | 116.3 | 69.2 | 95.6 | 103.7 | 69.1 | 88.5 |
| 04 | MASONRY | 101.6 | 65.4 | 79.4 | 103.7 | 62.3 | 78.3 | 104.9 | 64.1 | 79.9 | 117.5 | 60.6 | 82.5 | 118.9 | 63.1 | 84.6 | 116.7 | 63.1 | 83.8 |
| 05 | METALS | 94.4 | 77.9 | 89.6 | 97.5 | 77.7 | 91.7 | 99.9 | 79.0 | 93.8 | 105.2 | 78.4 | 97.3 | 95.7 | 77.7 | 90.4 | 94.2 | 77.8 | 89.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 107.1 | 81.4 | 93.0 | 96.6 | 63.6 | 78.5 | 108.4 | 67.1 | 85.7 | 108.4 | 67.4 | 85.8 | 104.6 | 67.0 | 83.9 | 107.1 | 67.0 | 85.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 108.7 | 73.2 | 93.2 | 109.4 | 69.7 | 92.1 | 107.1 | 71.7 | 91.7 | 111.9 | 67.5 | 92.6 | 109.0 | 70.2 | 92.3 | 108.6 | 69.6 | 91.6 |
| 08 | OPENINGS | 95.4 | 76.2 | 90.9 | 99.5 | 66.4 | 91.8 | 102.5 | 68.8 | 94.6 | 103.1 | 68.5 | 95.0 | 95.3 | 68.3 | 89.0 | 95.3 | 68.2 | 89.0 |
| 0920 | Plaster & Gypsum Board | 116.3 | 81.3 | 92.8 | 100.3 | 62.9 | 75.2 | 111.7 | 66.6 | 81.4 | 95.3 | 66.5 | 75.9 | 110.3 | 66.6 | 80.9 | 116.3 | 66.5 | 82.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 91.9 | 81.3 | 84.8 | 100.0 | 62.9 | 75.0 | 104.4 | 66.6 | 78.9 | 102.7 | 66.5 | 78.3 | 91.9 | 66.6 | 74.8 | 91.9 | 66.5 | 74.8 |
| 0960 | Flooring | 111.2 | 76.7 | 101.5 | 102.2 | 69.0 | 92.9 | 108.4 | 76.7 | 99.5 | 113.1 | 69.0 | 100.7 | 107.3 | 76.7 | 98.7 | 111.7 | 76.7 | 101.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.1 | 76.9 | 85.1 | 96.8 | 76.9 | 85.0 | 103.4 | 76.9 | 87.7 | 101.7 | 76.9 | 87.0 | 97.1 | 76.9 | 85.1 | 97.1 | 76.9 | 85.1 |
| 09 | FINISHES | 100.6 | 77.7 | 88.2 | 97.4 | 65.3 | 80.0 | 102.5 | 68.9 | 84.3 | 102.4 | 67.4 | 83.5 | 99.2 | 68.6 | 82.6 | 100.7 | 68.5 | 83.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 84.5 | 96.5 | 100.0 | 82.2 | 96.0 | 100.0 | 86.3 | 96.9 | 100.0 | 82.9 | 96.2 | 100.0 | 82.1 | 96.0 | 100.0 | 82.1 | 96.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 74.8 | 87.9 | 100.1 | 72.2 | 89.1 | 99.9 | 73.8 | 89.7 | 96.5 | 58.7 | 81.6 | 100.0 | 71.7 | 88.9 | 96.5 | 73.5 | 87.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.6 | 80.6 | 90.3 | 103.2 | 73.1 | 88.4 | 105.0 | 80.4 | 92.9 | 95.8 | 50.3 | 73.4 | 99.6 | 80.6 | 90.2 | 100.0 | 78.1 | 89.2 |
| MF2018 | WEIGHTED AVERAGE | 98.7 | 77.0 | 89.6 | 101.2 | 71.5 | 88.6 | 103.0 | 75.4 | 91.3 | 103.9 | 65.6 | 87.8 | 102.2 | 73.5 | 90.1 | 99.3 | 73.5 | 88.4 |

| DIVISION | | COLORADO | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GLENWOOD SPRINGS | | | GOLDEN | | | GRAND JUNCTION | | | GREELEY | | | MONTROSE | | | PUEBLO | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 93.3 | 93.3 | | 92.2 | 92.2 | | 93.3 | 93.3 | | 92.2 | 92.2 | | 91.7 | 91.7 | | 90.2 | 90.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 150.9 | 91.9 | 110.2 | 110.4 | 91.4 | 97.3 | 133.7 | 92.1 | 105.0 | 95.9 | 91.2 | 92.7 | 144.0 | 87.9 | 105.3 | 125.2 | 84.5 | 97.1 |
| 0310 | Concrete Forming & Accessories | 100.6 | 65.5 | 70.7 | 99.7 | 66.7 | 71.5 | 108.7 | 66.6 | 72.8 | 102.4 | 65.8 | 71.2 | 100.1 | 65.5 | 70.6 | 106.1 | 63.7 | 70.0 |
| 0320 | Concrete Reinforcing | 112.8 | 68.0 | 91.2 | 108.9 | 68.0 | 89.2 | 113.2 | 67.8 | 91.2 | 108.7 | 68.0 | 89.0 | 112.7 | 67.8 | 91.0 | 109.0 | 67.9 | 89.3 |
| 0330 | Cast-in-Place Concrete | 100.1 | 72.1 | 89.6 | 111.7 | 73.9 | 97.6 | 110.8 | 73.5 | 96.9 | 107.3 | 72.5 | 94.3 | 100.1 | 72.6 | 89.8 | 99.4 | 73.7 | 89.8 |
| 03 | CONCRETE | 118.0 | 68.9 | 96.4 | 114.1 | 70.0 | 94.7 | 110.7 | 69.9 | 92.8 | 100.3 | 69.1 | 86.6 | 108.5 | 69.0 | 91.1 | 100.9 | 68.7 | 86.7 |
| 04 | MASONRY | 103.1 | 63.0 | 78.5 | 119.7 | 65.4 | 86.3 | 137.8 | 61.9 | 91.2 | 111.9 | 62.7 | 81.7 | 110.0 | 59.6 | 79.0 | 99.5 | 60.3 | 75.4 |
| 05 | METALS | 104.8 | 78.2 | 97.0 | 94.3 | 77.8 | 89.5 | 106.5 | 78.2 | 98.2 | 95.7 | 77.7 | 90.4 | 103.9 | 78.1 | 96.3 | 108.3 | 78.7 | 99.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 93.6 | 67.1 | 79.0 | 98.9 | 67.0 | 81.3 | 106.1 | 67.2 | 84.7 | 101.7 | 67.0 | 82.6 | 94.6 | 67.2 | 79.6 | 101.2 | 63.9 | 80.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 111.8 | 68.2 | 92.8 | 109.8 | 71.6 | 93.2 | 110.9 | 69.3 | 92.8 | 108.2 | 70.4 | 91.8 | 112.0 | 67.2 | 92.5 | 110.4 | 67.8 | 91.8 |
| 08 | OPENINGS | 102.1 | 68.3 | 94.2 | 95.4 | 68.2 | 89.0 | 102.8 | 68.4 | 94.7 | 95.3 | 68.3 | 89.0 | 103.2 | 68.4 | 95.1 | 98.0 | 66.6 | 90.7 |
| 0920 | Plaster & Gypsum Board | 121.2 | 66.5 | 84.4 | 107.5 | 66.5 | 79.9 | 135.4 | 66.6 | 89.1 | 108.7 | 66.6 | 80.4 | 79.9 | 66.5 | 70.9 | 84.7 | 62.9 | 70.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 101.9 | 66.5 | 78.0 | 91.9 | 66.5 | 74.8 | 101.9 | 66.6 | 78.1 | 91.9 | 66.6 | 74.8 | 102.7 | 66.5 | 78.3 | 110.0 | 62.9 | 78.3 |
| 0960 | Flooring | 106.9 | 76.7 | 98.4 | 104.9 | 76.7 | 97.0 | 112.4 | 70.1 | 100.5 | 106.2 | 73.1 | 96.9 | 110.4 | 73.1 | 100.0 | 109.1 | 73.1 | 99.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 101.7 | 76.9 | 87.0 | 97.1 | 76.9 | 85.1 | 101.7 | 76.9 | 87.0 | 97.1 | 76.9 | 85.1 | 101.7 | 76.9 | 87.0 | 101.7 | 76.9 | 87.0 |
| 09 | FINISHES | 105.2 | 68.7 | 85.4 | 98.9 | 69.1 | 82.8 | 106.8 | 67.9 | 85.8 | 97.9 | 67.9 | 81.6 | 100.5 | 68.0 | 82.9 | 100.2 | 66.3 | 81.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 82.3 | 96.1 | 100.0 | 82.9 | 96.2 | 100.0 | 83.1 | 96.2 | 100.0 | 82.1 | 96.0 | 100.0 | 82.6 | 96.1 | 100.0 | 82.9 | 96.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 58.7 | 81.6 | 96.5 | 74.8 | 87.4 | 100.0 | 74.8 | 90.1 | 100.0 | 71.7 | 88.9 | 96.5 | 58.7 | 81.6 | 100.0 | 72.2 | 89.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.3 | 52.3 | 73.1 | 100.0 | 80.6 | 90.4 | 95.5 | 54.6 | 75.3 | 99.6 | 80.6 | 90.2 | 95.5 | 50.3 | 73.2 | 96.4 | 63.3 | 80.0 |
| MF2018 | WEIGHTED AVERAGE | 103.9 | 66.8 | 88.2 | 100.9 | 74.7 | 89.8 | 105.7 | 70.5 | 90.8 | 99.3 | 73.4 | 88.4 | 102.6 | 65.8 | 87.1 | 101.8 | 70.0 | 88.3 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| DIVISION | | COLORADO | | | CONNECTICUT | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SALIDA | | | BRIDGEPORT | | | BRISTOL | | | HARTFORD | | | MERIDEN | | | NEW BRITAIN |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 91.7 | 91.7 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 99.0 | 99.0 | | 96.1 | 96.1 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 134.0 | 88.2 | 102.4 | 106.1 | 97.8 | 100.3 | 105.1 | 97.7 | 100.0 | 101.6 | 102.4 | 102.2 | 102.8 | 98.5 | 99.8 | 105.3 | 97.7 | 100.1 |
| 0310 | Concrete Forming & Accessories | 108.6 | 65.9 | 72.2 | 103.4 | 116.7 | 114.7 | 103.4 | 116.6 | 114.6 | 103.5 | 116.8 | 114.8 | 103.1 | 116.6 | 114.6 | 103.9 | 116.6 | 114.7 |
| 0320 | Concrete Reinforcing | 112.4 | 67.9 | 90.9 | 116.3 | 144.5 | 130.0 | 116.3 | 144.5 | 130.0 | 116.3 | 144.6 | 127.5 | 116.3 | 144.5 | 130.0 | 116.3 | 144.5 | 130.0 |
| 0330 | Cast-in-Place Concrete | 114.7 | 72.8 | 99.1 | 108.5 | 127.5 | 115.6 | 101.6 | 127.5 | 111.2 | 106.5 | 128.5 | 114.7 | 97.8 | 127.5 | 108.8 | 103.3 | 127.5 | 112.3 |
| 03 | CONCRETE | 109.1 | 69.3 | 91.6 | 104.1 | 124.5 | 113.0 | 100.9 | 124.4 | 111.2 | 101.1 | 124.8 | 111.5 | 99.1 | 124.4 | 110.2 | 101.7 | 124.4 | 111.7 |
| 04 | MASONRY | 138.6 | 60.6 | 90.7 | 109.4 | 130.9 | 122.6 | 100.8 | 130.9 | 119.3 | 100.5 | 131.0 | 119.2 | 100.4 | 130.9 | 119.2 | 102.5 | 130.9 | 120.0 |
| 05 | METALS | 103.6 | 78.6 | 96.2 | 98.1 | 116.6 | 103.5 | 98.1 | 116.5 | 103.5 | 103.1 | 116.0 | 106.9 | 95.9 | 116.5 | 101.6 | 94.5 | 116.5 | 100.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 102.4 | 67.2 | 83.0 | 105.0 | 114.2 | 110.1 | 105.0 | 114.2 | 110.1 | 96.2 | 114.4 | 106.2 | 105.0 | 114.2 | 110.1 | 105.0 | 114.2 | 110.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 110.8 | 67.5 | 92.0 | 99.7 | 123.5 | 110.0 | 99.8 | 120.6 | 108.9 | 104.4 | 121.1 | 111.7 | 99.8 | 120.6 | 108.9 | 99.8 | 120.7 | 108.9 |
| 08 | OPENINGS | 96.3 | 68.4 | 89.8 | 96.4 | 120.6 | 102.0 | 96.4 | 120.6 | 102.0 | 98.1 | 120.7 | 103.4 | 98.5 | 120.6 | 103.7 | 96.4 | 120.6 | 102.0 |
| 0920 | Plaster & Gypsum Board | 80.2 | 66.5 | 71.0 | 115.7 | 114.3 | 114.8 | 115.7 | 114.3 | 114.8 | 102.5 | 114.3 | 110.5 | 117.3 | 114.3 | 115.3 | 115.7 | 114.3 | 114.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 102.7 | 66.5 | 78.3 | 102.0 | 114.3 | 110.3 | 102.0 | 114.3 | 110.3 | 98.8 | 114.3 | 109.3 | 107.5 | 114.3 | 112.1 | 102.0 | 114.3 | 110.3 |
| 0960 | Flooring | 115.9 | 69.9 | 103.0 | 92.6 | 127.0 | 102.3 | 92.6 | 124.5 | 101.6 | 96.9 | 127.0 | 105.4 | 92.6 | 124.5 | 101.6 | 92.6 | 124.5 | 101.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 101.7 | 76.9 | 87.0 | 92.0 | 125.5 | 111.8 | 92.0 | 129.1 | 113.9 | 98.1 | 129.1 | 116.4 | 92.0 | 129.1 | 113.9 | 92.0 | 129.1 | 113.9 |
| 09 | FINISHES | 101.1 | 67.4 | 82.8 | 94.7 | 118.9 | 107.8 | 94.7 | 118.8 | 107.8 | 96.2 | 119.4 | 108.8 | 96.0 | 118.8 | 108.4 | 94.7 | 118.8 | 107.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 82.7 | 96.1 | 100.0 | 113.9 | 103.1 | 100.0 | 113.9 | 103.1 | 100.0 | 114.4 | 103.2 | 100.0 | 114.0 | 103.1 | 100.0 | 113.9 | 103.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 73.6 | 87.5 | 100.1 | 118.6 | 107.4 | 100.1 | 118.6 | 107.4 | 100.1 | 118.6 | 107.3 | 96.6 | 118.6 | 105.2 | 100.1 | 118.6 | 107.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.7 | 63.2 | 79.7 | 93.0 | 105.7 | 99.3 | 98.0 | 108.3 | 103.1 | 93.0 | 103.7 | 98.3 | 92.7 | 109.4 | 100.9 | 92.9 | 105.8 | 99.3 |
| MF2018 | WEIGHTED AVERAGE | 103.1 | 70.9 | 89.5 | 99.3 | 117.0 | 106.8 | 98.5 | 116.7 | 106.2 | 99.6 | 118.0 | 107.3 | 97.2 | 117.0 | 105.6 | 98.1 | 116.7 | 106.0 |

| DIVISION | | CONNECTICUT | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NEW HAVEN | | | NEW LONDON | | | NORWALK | | | STAMFORD | | | WATERBURY | | | WILLIMANTIC |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 96.1 | 96.1 | | 96.1 | 96.1 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 105.3 | 98.4 | 100.5 | 97.2 | 98.1 | 97.8 | 105.8 | 97.6 | 100.2 | 106.5 | 97.7 | 100.4 | 105.8 | 97.8 | 100.2 | 105.8 | 97.7 | 100.2 |
| 0310 | Concrete Forming & Accessories | 103.2 | 116.5 | 114.6 | 103.1 | 116.5 | 114.5 | 103.4 | 116.6 | 114.7 | 103.4 | 116.9 | 114.9 | 103.4 | 116.6 | 114.7 | 103.4 | 116.4 | 114.5 |
| 0320 | Concrete Reinforcing | 116.3 | 144.5 | 130.0 | 91.2 | 144.5 | 117.0 | 116.3 | 144.5 | 130.0 | 116.3 | 144.5 | 130.0 | 116.3 | 144.5 | 130.0 | 116.3 | 144.5 | 130.0 |
| 0330 | Cast-in-Place Concrete | 105.1 | 125.5 | 112.7 | 89.5 | 125.5 | 104.9 | 102.9 | 127.5 | 113.6 | 108.5 | 126.8 | 115.3 | 108.5 | 127.5 | 115.6 | 101.3 | 125.5 | 110.3 |
| 03 | CONCRETE | 116.3 | 123.7 | 119.6 | 89.2 | 123.1 | 103.7 | 104.3 | 124.1 | 112.4 | 104.1 | 124.3 | 113.0 | 104.1 | 124.4 | 113.0 | 100.8 | 123.6 | 110.8 |
| 04 | MASONRY | 101.1 | 130.9 | 119.4 | 99.3 | 130.9 | 118.7 | 100.6 | 130.1 | 118.7 | 101.4 | 130.1 | 119.0 | 101.4 | 130.9 | 119.5 | 100.6 | 130.9 | 119.3 |
| 05 | METALS | 94.7 | 116.4 | 101.1 | 94.4 | 116.4 | 100.9 | 98.1 | 116.5 | 103.5 | 96.1 | 116.5 | 102.1 | 98.1 | 116.5 | 103.5 | 97.9 | 116.3 | 103.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 105.0 | 114.2 | 110.1 | 105.0 | 114.2 | 110.1 | 105.0 | 114.2 | 110.1 | 105.0 | 114.2 | 110.1 | 105.0 | 114.2 | 110.1 | 105.0 | 114.2 | 110.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 99.9 | 120.8 | 109.0 | 99.7 | 120.3 | 108.7 | 99.9 | 123.2 | 110.0 | 99.8 | 123.2 | 110.0 | 99.8 | 121.1 | 109.1 | 100.0 | 120.3 | 108.8 |
| 08 | OPENINGS | 96.4 | 120.6 | 102.0 | 98.7 | 120.6 | 103.8 | 96.4 | 120.6 | 102.0 | 96.4 | 120.6 | 102.0 | 96.4 | 120.6 | 102.0 | 98.8 | 120.6 | 103.9 |
| 0920 | Plaster & Gypsum Board | 115.7 | 114.3 | 114.8 | 115.7 | 114.3 | 114.8 | 115.7 | 114.3 | 114.8 | 115.7 | 114.3 | 114.8 | 115.7 | 114.3 | 114.8 | 115.7 | 114.3 | 114.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 102.0 | 114.3 | 110.3 | 100.2 | 114.3 | 109.7 | 102.0 | 114.3 | 110.3 | 102.0 | 114.3 | 110.3 | 102.0 | 114.3 | 110.3 | 102.0 | 114.3 | 110.3 |
| 0960 | Flooring | 92.6 | 127.0 | 102.3 | 92.6 | 124.5 | 101.7 | 92.6 | 124.5 | 101.6 | 92.6 | 127.0 | 102.3 | 92.6 | 127.0 | 102.3 | 92.6 | 121.1 | 100.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.0 | 125.5 | 111.8 | 92.0 | 129.1 | 113.9 | 92.0 | 125.5 | 111.8 | 92.0 | 125.5 | 111.8 | 92.0 | 129.1 | 113.9 | 92.0 | 129.1 | 113.9 |
| 09 | FINISHES | 94.7 | 118.9 | 107.8 | 93.9 | 119.3 | 107.6 | 94.7 | 118.5 | 107.6 | 94.8 | 118.9 | 107.8 | 94.6 | 119.3 | 107.9 | 94.5 | 118.3 | 107.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 114.0 | 103.1 | 100.0 | 114.0 | 103.1 | 100.0 | 113.9 | 103.1 | 100.0 | 114.1 | 103.2 | 100.0 | 114.0 | 103.1 | 100.0 | 114.0 | 103.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 118.6 | 107.4 | 96.6 | 118.6 | 105.2 | 100.1 | 118.6 | 107.4 | 100.1 | 118.6 | 107.4 | 100.1 | 118.6 | 107.4 | 100.1 | 118.4 | 107.3 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 92.9 | 106.0 | 99.4 | 90.5 | 107.9 | 99.1 | 93.0 | 104.8 | 98.8 | 93.0 | 150.1 | 121.1 | 92.6 | 107.1 | 99.7 | 93.0 | 108.0 | 100.8 |
| MF2018 | WEIGHTED AVERAGE | 99.9 | 117.0 | 107.1 | 95.2 | 117.2 | 104.5 | 98.8 | 116.7 | 106.4 | 99.0 | 123.2 | 109.2 | 98.9 | 117.2 | 106.6 | 98.7 | 117.1 | 106.5 |

| DIVISION | | D.C. | | | DELAWARE | | | | | | | | | FLORIDA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WASHINGTON | | | DOVER | | | NEWARK | | | WILMINGTON | | | DAYTONA BEACH | | | FORT LAUDERDALE |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 105.3 | 105.3 | | 118.2 | 118.2 | | 119.0 | 119.0 | | 118.4 | 118.4 | | 99.5 | 99.5 | | 92.8 | 92.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 103.0 | 97.8 | 99.4 | 106.0 | 107.5 | 107.0 | 104.5 | 108.7 | 107.4 | 102.2 | 107.8 | 106.1 | 117.6 | 85.0 | 95.1 | 95.0 | 73.2 | 80.0 |
| 0310 | Concrete Forming & Accessories | 97.7 | 73.4 | 77.0 | 98.0 | 99.4 | 99.2 | 97.0 | 99.2 | 98.9 | 95.9 | 99.4 | 98.9 | 97.1 | 61.6 | 66.8 | 93.4 | 59.4 | 64.4 |
| 0320 | Concrete Reinforcing | 103.5 | 86.8 | 95.4 | 101.4 | 115.1 | 108.0 | 97.2 | 115.1 | 105.9 | 101.0 | 115.1 | 107.8 | 96.0 | 61.0 | 79.1 | 94.6 | 59.9 | 77.8 |
| 0330 | Cast-in-Place Concrete | 103.6 | 79.0 | 94.5 | 108.1 | 107.7 | 107.9 | 91.2 | 106.7 | 97.0 | 102.6 | 107.7 | 104.5 | 91.8 | 66.0 | 82.2 | 96.3 | 62.3 | 83.6 |
| 03 | CONCRETE | 106.0 | 78.6 | 94.0 | 100.4 | 106.0 | 102.9 | 93.4 | 105.7 | 98.8 | 97.7 | 106.0 | 101.4 | 90.5 | 64.8 | 79.2 | 93.4 | 62.3 | 79.7 |
| 04 | MASONRY | 97.6 | 87.8 | 91.6 | 99.0 | 98.5 | 98.7 | 101.0 | 98.5 | 99.5 | 94.4 | 98.5 | 96.9 | 86.4 | 60.9 | 70.7 | 87.6 | 54.4 | 67.2 |
| 05 | METALS | 103.9 | 96.6 | 101.5 | 102.9 | 121.9 | 108.5 | 104.7 | 123.1 | 110.1 | 103.1 | 121.9 | 108.6 | 101.9 | 88.9 | 98.1 | 96.9 | 88.2 | 94.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 95.4 | 72.2 | 82.6 | 92.3 | 97.6 | 95.2 | 91.0 | 97.4 | 94.5 | 85.7 | 97.6 | 92.2 | 93.2 | 60.1 | 75.0 | 78.3 | 60.6 | 68.6 |
| 07 | THERMAL & MOISTURE PROTECTION | 104.3 | 87.1 | 96.8 | 105.2 | 107.4 | 106.1 | 109.2 | 109.8 | 109.4 | 105.1 | 110.4 | 107.4 | 104.6 | 83.4 | 95.7 | 106.3 | 60.4 | 86.3 |
| 08 | OPENINGS | 100.7 | 74.6 | 94.6 | 91.2 | 107.4 | 95.0 | 91.2 | 107.3 | 94.9 | 88.6 | 107.4 | 93.0 | 92.9 | 59.4 | 85.1 | 94.2 | 59.5 | 86.1 |
| 0920 | Plaster & Gypsum Board | 104.3 | 71.4 | 82.2 | 96.0 | 97.4 | 96.9 | 96.7 | 97.4 | 97.2 | 97.3 | 97.4 | 97.4 | 92.7 | 59.5 | 70.4 | 107.2 | 60.0 | 75.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 110.9 | 71.4 | 84.3 | 100.2 | 97.4 | 98.3 | 96.0 | 97.4 | 96.9 | 90.8 | 97.4 | 95.2 | 78.3 | 59.5 | 65.6 | 84.8 | 60.0 | 68.1 |
| 0960 | Flooring | 95.4 | 75.5 | 89.8 | 96.9 | 105.9 | 99.3 | 91.3 | 105.4 | 95.3 | 96.0 | 105.4 | 98.7 | 94.5 | 62.9 | 89.2 | 97.1 | 62.7 | 87.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 103.7 | 73.1 | 85.6 | 92.6 | 119.1 | 108.3 | 88.2 | 119.1 | 106.4 | 95.3 | 119.1 | 109.4 | 103.8 | 61.4 | 78.7 | 96.5 | 58.3 | 73.9 |
| 09 | FINISHES | 98.5 | 72.8 | 84.6 | 95.9 | 101.6 | 99.0 | 89.7 | 101.5 | 96.1 | 94.2 | 101.6 | 98.2 | 88.6 | 61.1 | 75.1 | 91.3 | 59.4 | 74.1 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 94.5 | 98.8 | 100.0 | 103.7 | 100.8 | 100.0 | 103.4 | 100.8 | 100.0 | 103.7 | 100.8 | 100.0 | 81.4 | 95.9 | 100.0 | 80.7 | 95.7 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.2 | 88.0 | 95.3 | 100.1 | 119.4 | 107.6 | 100.3 | 119.3 | 107.7 | 100.1 | 119.4 | 107.7 | 99.9 | 75.6 | 90.4 | 100.0 | 66.7 | 86.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.7 | 100.0 | 98.8 | 95.1 | 109.7 | 102.3 | 96.9 | 109.7 | 103.2 | 95.1 | 109.7 | 102.3 | 96.7 | 58.9 | 78.1 | 94.7 | 67.4 | 81.3 |
| MF2018 | WEIGHTED AVERAGE | 101.1 | 87.5 | 95.4 | 99.0 | 109.6 | 103.5 | 98.3 | 109.7 | 103.1 | 97.9 | 109.7 | 102.9 | 97.2 | 69.5 | 85.5 | 96.1 | 66.4 | 83.6 |

## MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| DIVISION | | FORT MYERS | | | GAINESVILLE | | | JACKSONVILLE | | | LAKELAND | | | MELBOURNE | | | MIAMI | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.5 | 99.5 | | 99.5 | 99.5 | | 99.5 | 99.5 | | 99.5 | 99.5 | | 99.5 | 99.5 | | 94.9 | 94.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 106.7 | 85.2 | 91.9 | 127.1 | 84.8 | 97.9 | 117.6 | 85.2 | 95.2 | 108.7 | 85.2 | 92.5 | 125.6 | 85.1 | 97.7 | 96.5 | 78.9 | 84.3 |
| 0310 | Concrete Forming & Accessories | 89.6 | 63.8 | 67.6 | 92.5 | 57.1 | 62.4 | 96.9 | 60.2 | 65.6 | 86.4 | 63.8 | 67.1 | 93.7 | 61.7 | 66.4 | 99.3 | 60.2 | 66.0 |
| 0320 | Concrete Reinforcing | 95.7 | 76.1 | 86.2 | 101.8 | 61.5 | 83.2 | 96.0 | 61.3 | 79.2 | 98.0 | 76.4 | 87.6 | 97.1 | 65.6 | 81.9 | 101.6 | 60.0 | 81.5 |
| 0330 | Cast-in-Place Concrete | 100.4 | 66.0 | 87.6 | 105.4 | 65.7 | 90.6 | 92.7 | 65.8 | 82.7 | 102.7 | 66.1 | 89.1 | 110.7 | 66.0 | 94.1 | 93.1 | 63.9 | 82.2 |
| 03 | CONCRETE | 94.0 | 68.3 | 82.7 | 101.7 | 62.7 | 84.6 | 90.9 | 64.2 | 79.2 | 95.8 | 68.5 | 83.8 | 102.1 | 65.6 | 86.1 | 91.7 | 63.2 | 79.2 |
| 04 | MASONRY | 82.5 | 58.8 | 67.9 | 99.3 | 60.8 | 75.7 | 86.1 | 58.7 | 69.3 | 96.8 | 61.0 | 74.8 | 84.2 | 60.9 | 69.9 | 88.0 | 55.5 | 68.0 |
| 05 | METALS | 99.0 | 93.6 | 97.4 | 100.7 | 88.4 | 97.1 | 100.4 | 88.6 | 96.9 | 98.9 | 94.7 | 97.7 | 110.6 | 90.6 | 104.7 | 97.1 | 87.6 | 94.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 75.4 | 63.2 | 68.7 | 87.2 | 54.6 | 69.3 | 93.2 | 58.6 | 74.2 | 71.0 | 63.2 | 66.7 | 88.9 | 60.1 | 73.0 | 92.9 | 60.7 | 75.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 106.1 | 63.2 | 87.4 | 101.8 | 63.2 | 85.1 | 101.7 | 62.4 | 84.6 | 106.0 | 63.8 | 87.6 | 101.9 | 64.1 | 85.5 | 106.1 | 61.4 | 86.6 |
| 08 | OPENINGS | 95.5 | 64.6 | 88.3 | 92.5 | 56.5 | 84.1 | 92.9 | 58.8 | 84.9 | 95.5 | 64.7 | 88.3 | 92.2 | 60.5 | 84.8 | 96.6 | 59.5 | 88.0 |
| 0920 | Plaster & Gypsum Board | 103.3 | 62.7 | 76.0 | 89.6 | 53.8 | 65.6 | 92.7 | 58.0 | 69.3 | 100.2 | 62.7 | 75.0 | 89.6 | 59.5 | 69.4 | 96.2 | 60.0 | 71.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 79.7 | 62.7 | 68.2 | 72.9 | 53.8 | 60.1 | 78.3 | 58.0 | 64.6 | 79.7 | 62.7 | 68.2 | 77.5 | 59.5 | 65.4 | 85.6 | 60.0 | 68.3 |
| 0960 | Flooring | 94.1 | 77.2 | 89.4 | 97.0 | 62.7 | 87.4 | 99.5 | 62.7 | 89.2 | 92.2 | 62.7 | 83.9 | 97.2 | 62.7 | 87.5 | 98.6 | 62.7 | 88.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 101.4 | 63.2 | 78.8 | 103.8 | 63.2 | 79.8 | 103.8 | 63.2 | 79.8 | 101.4 | 63.2 | 78.8 | 103.8 | 80.9 | 90.2 | 100.2 | 58.3 | 75.4 |
| 09 | FINISHES | 91.1 | 66.1 | 77.6 | 90.4 | 58.1 | 72.9 | 91.6 | 60.4 | 74.7 | 90.2 | 63.1 | 75.6 | 91.0 | 63.2 | 76.0 | 90.9 | 59.8 | 74.1 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 80.0 | 95.5 | 100.0 | 80.8 | 95.7 | 100.0 | 78.0 | 95.1 | 100.0 | 80.0 | 95.5 | 100.0 | 81.4 | 95.9 | 100.0 | 81.5 | 95.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.1 | 59.3 | 82.9 | 98.6 | 63.1 | 84.7 | 99.9 | 63.1 | 85.5 | 98.1 | 59.9 | 83.1 | 99.9 | 74.2 | 89.8 | 100.0 | 63.8 | 85.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.4 | 66.0 | 78.6 | 97.0 | 58.6 | 78.0 | 96.4 | 61.9 | 79.4 | 95.0 | 58.5 | 77.0 | 97.7 | 62.7 | 80.5 | 98.4 | 77.9 | 88.3 |
| MF2018 | WEIGHTED AVERAGE | 96.5 | 67.7 | 84.3 | 98.8 | 65.8 | 84.8 | 96.9 | 66.6 | 84.1 | 97.1 | 67.6 | 84.6 | 100.1 | 70.3 | 87.5 | 96.7 | 68.0 | 84.6 |

| DIVISION | | ORLANDO | | | PANAMA CITY | | | PENSACOLA | | | SARASOTA | | | ST. PETERSBURG | | | TALLAHASSEE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 102.0 | 102.0 | | 99.5 | 99.5 | | 99.5 | 99.5 | | 99.5 | 99.5 | | 99.5 | 99.5 | | 102.0 | 102.0 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 115.8 | 89.6 | 97.7 | 131.4 | 85.2 | 99.5 | 131.3 | 85.0 | 99.3 | 119.0 | 85.2 | 95.7 | 110.4 | 85.0 | 92.9 | 110.2 | 89.8 | 96.1 |
| 0310 | Concrete Forming & Accessories | 101.8 | 61.5 | 67.4 | 96.2 | 66.2 | 70.6 | 94.2 | 61.6 | 66.4 | 93.7 | 63.7 | 68.1 | 92.8 | 60.8 | 65.5 | 99.0 | 62.2 | 67.6 |
| 0320 | Concrete Reinforcing | 104.9 | 65.6 | 85.9 | 100.3 | 67.4 | 84.4 | 102.8 | 67.4 | 85.7 | 96.6 | 76.2 | 86.7 | 98.0 | 76.0 | 87.4 | 98.4 | 61.5 | 80.5 |
| 0330 | Cast-in-Place Concrete | 111.6 | 66.7 | 94.9 | 97.4 | 65.9 | 85.7 | 120.4 | 65.3 | 99.9 | 105.1 | 66.1 | 90.6 | 103.8 | 65.8 | 89.7 | 92.3 | 66.7 | 82.8 |
| 03 | CONCRETE | 100.8 | 65.7 | 85.4 | 100.7 | 65.9 | 85.9 | 109.7 | 65.6 | 90.3 | 95.3 | 68.4 | 83.5 | 97.3 | 66.9 | 83.9 | 90.5 | 65.3 | 79.2 |
| 04 | MASONRY | 94.8 | 60.9 | 74.0 | 90.6 | 60.3 | 72.0 | 109.1 | 59.9 | 78.9 | 88.7 | 61.0 | 71.6 | 132.4 | 58.7 | 87.1 | 85.2 | 60.3 | 69.9 |
| 05 | METALS | 96.7 | 89.1 | 94.5 | 101.5 | 90.9 | 98.4 | 102.6 | 90.8 | 99.1 | 102.5 | 93.9 | 100.0 | 99.8 | 93.5 | 98.0 | 101.7 | 87.7 | 97.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 91.7 | 60.2 | 74.4 | 92.0 | 66.6 | 78.0 | 90.3 | 61.1 | 74.2 | 92.5 | 63.2 | 76.4 | 79.5 | 59.3 | 68.4 | 95.6 | 61.2 | 76.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 109.2 | 66.0 | 90.4 | 102.0 | 64.1 | 85.5 | 101.9 | 63.2 | 85.1 | 100.1 | 63.8 | 84.3 | 106.2 | 62.2 | 87.1 | 96.7 | 64.0 | 82.4 |
| 08 | OPENINGS | 97.8 | 60.6 | 89.1 | 91.0 | 64.5 | 84.9 | 91.0 | 61.4 | 84.1 | 97.8 | 64.2 | 90.0 | 94.3 | 62.5 | 86.9 | 97.9 | 60.2 | 89.1 |
| 0920 | Plaster & Gypsum Board | 93.3 | 59.5 | 70.6 | 91.9 | 66.1 | 74.6 | 99.6 | 60.5 | 73.3 | 97.2 | 62.7 | 74.0 | 105.6 | 58.7 | 74.0 | 100.0 | 60.5 | 73.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 89.7 | 59.5 | 69.3 | 77.5 | 66.1 | 69.8 | 77.5 | 60.5 | 66.0 | 83.9 | 62.7 | 69.6 | 81.6 | 58.7 | 66.1 | 86.2 | 60.5 | 68.9 |
| 0960 | Flooring | 95.7 | 62.7 | 86.4 | 99.1 | 72.5 | 91.6 | 95.1 | 62.7 | 86.0 | 103.5 | 54.9 | 89.9 | 96.1 | 60.8 | 86.2 | 97.6 | 61.7 | 87.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 95.6 | 60.3 | 74.7 | 103.8 | 63.2 | 79.8 | 103.8 | 63.2 | 79.8 | 99.0 | 63.2 | 77.8 | 101.4 | 63.2 | 78.8 | 101.6 | 63.2 | 78.9 |
| 09 | FINISHES | 93.2 | 61.1 | 75.8 | 92.6 | 66.8 | 78.6 | 92.1 | 61.6 | 75.6 | 96.0 | 61.8 | 77.5 | 92.6 | 60.5 | 75.2 | 94.4 | 61.8 | 76.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 81.7 | 95.9 | 100.0 | 80.6 | 95.7 | 100.0 | 79.7 | 95.5 | 100.0 | 80.0 | 95.5 | 100.0 | 79.6 | 95.4 | 100.0 | 81.5 | 95.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 56.4 | 82.9 | 99.9 | 63.2 | 85.5 | 99.9 | 62.3 | 85.3 | 99.9 | 58.5 | 83.6 | 100.0 | 59.9 | 84.2 | 100.0 | 55.5 | 86.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.4 | 63.1 | 81.0 | 95.5 | 58.6 | 77.3 | 99.0 | 50.7 | 75.2 | 96.9 | 58.5 | 78.0 | 95.0 | 60.6 | 78.0 | 103.7 | 58.6 | 81.4 |
| MF2018 | WEIGHTED AVERAGE | 99.0 | 66.6 | 85.3 | 98.6 | 68.3 | 85.8 | 101.2 | 65.8 | 86.2 | 98.8 | 67.0 | 85.4 | 99.7 | 66.8 | 85.8 | 98.2 | 67.7 | 85.3 |

| DIVISION | | FLORIDA | | | | | | GEORGIA | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TAMPA | | | WEST PALM BEACH | | | ALBANY | | | ATHENS | | | ATLANTA | | | AUGUSTA | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.5 | 99.5 | | 92.8 | 92.8 | | 93.7 | 93.7 | | 92.6 | 92.6 | | 96.6 | 96.6 | | 92.6 | 92.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 110.9 | 87.0 | 94.4 | 96.7 | 73.2 | 78.9 | 107.3 | 76.7 | 86.3 | 102.8 | 90.8 | 94.5 | 99.7 | 96.0 | 97.1 | 95.9 | 91.9 | 93.2 |
| 0310 | Concrete Forming & Accessories | 95.4 | 64.1 | 68.7 | 96.7 | 59.1 | 64.7 | 90.6 | 66.5 | 70.1 | 90.0 | 43.6 | 50.4 | 94.3 | 72.3 | 75.5 | 90.9 | 73.0 | 75.6 |
| 0320 | Concrete Reinforcing | 94.6 | 76.5 | 85.8 | 97.3 | 57.5 | 78.1 | 96.5 | 71.3 | 84.3 | 94.5 | 63.5 | 79.5 | 93.3 | 71.3 | 83.0 | 94.9 | 70.7 | 83.2 |
| 0330 | Cast-in-Place Concrete | 101.5 | 66.2 | 88.3 | 91.5 | 62.2 | 80.6 | 94.6 | 69.1 | 85.1 | 109.7 | 69.5 | 94.7 | 113.1 | 71.1 | 97.5 | 103.6 | 70.0 | 91.1 |
| 03 | CONCRETE | 95.9 | 68.7 | 83.9 | 90.1 | 61.8 | 77.7 | 86.9 | 70.1 | 79.5 | 99.6 | 57.4 | 81.1 | 101.8 | 72.4 | 88.9 | 92.5 | 72.2 | 83.6 |
| 04 | MASONRY | 88.3 | 61.0 | 71.5 | 87.1 | 52.2 | 65.7 | 92.5 | 68.7 | 77.9 | 75.0 | 77.0 | 76.2 | 87.8 | 68.9 | 76.2 | 88.1 | 68.8 | 76.2 |
| 05 | METALS | 99.0 | 95.0 | 97.8 | 95.9 | 87.0 | 93.3 | 106.2 | 97.4 | 103.6 | 95.3 | 79.1 | 90.6 | 96.2 | 83.5 | 92.5 | 95.0 | 82.6 | 91.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 83.3 | 63.2 | 72.2 | 83.1 | 60.6 | 70.7 | 80.1 | 66.4 | 72.6 | 92.5 | 35.8 | 61.3 | 97.8 | 74.0 | 84.7 | 93.8 | 75.3 | 83.6 |
| 07 | THERMAL & MOISTURE PROTECTION | 106.5 | 63.8 | 87.9 | 100.6 | 60.0 | 86.2 | 100.6 | 68.0 | 86.4 | 95.4 | 68.3 | 83.6 | 96.8 | 73.8 | 86.8 | 95.1 | 71.4 | 84.8 |
| 08 | OPENINGS | 95.5 | 64.7 | 88.3 | 93.8 | 59.0 | 85.7 | 85.7 | 68.5 | 81.7 | 91.3 | 50.2 | 81.7 | 99.4 | 73.5 | 93.3 | 91.4 | 74.0 | 87.3 |
| 0920 | Plaster & Gypsum Board | 108.2 | 62.7 | 77.6 | 111.9 | 60.0 | 77.0 | 101.1 | 66.0 | 77.5 | 93.0 | 34.4 | 53.6 | 95.0 | 73.6 | 80.6 | 94.0 | 75.0 | 81.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 84.8 | 62.9 | 69.9 | 79.7 | 60.0 | 66.3 | 77.5 | 66.0 | 69.8 | 96.6 | 34.4 | 54.7 | 89.7 | 73.6 | 78.8 | 97.5 | 75.0 | 82.3 |
| 0960 | Flooring | 97.1 | 62.7 | 87.5 | 98.9 | 54.9 | 86.6 | 99.4 | 70.8 | 91.4 | 96.2 | 81.9 | 92.2 | 99.1 | 70.8 | 91.1 | 96.4 | 70.8 | 89.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 101.4 | 63.2 | 78.8 | 96.5 | 58.3 | 73.9 | 88.7 | 94.0 | 91.8 | 92.4 | 94.0 | 93.3 | 96.1 | 97.3 | 96.8 | 92.4 | 90.2 | 91.1 |
| 09 | FINISHES | 93.9 | 63.1 | 77.3 | 91.2 | 57.8 | 73.2 | 91.7 | 69.7 | 79.8 | 93.6 | 57.7 | 74.5 | 95.0 | 73.9 | 83.9 | 94.7 | 74.5 | 83.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 80.0 | 95.6 | 100.0 | 80.7 | 95.7 | 100.0 | 85.9 | 96.8 | 100.0 | 82.7 | 96.1 | 100.0 | 87.2 | 97.2 | 100.0 | 87.0 | 97.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 59.9 | 84.3 | 98.1 | 58.5 | 82.6 | 100.0 | 68.9 | 87.8 | 96.6 | 66.3 | 84.7 | 100.0 | 69.4 | 88.0 | 100.1 | 69.0 | 87.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.7 | 63.1 | 79.1 | 95.7 | 67.4 | 81.8 | 95.5 | 61.9 | 79.0 | 97.8 | 63.9 | 81.1 | 96.9 | 71.5 | 84.7 | 98.3 | 67.3 | 83.1 |
| MF2018 | WEIGHTED AVERAGE | 97.6 | 68.4 | 85.3 | 95.1 | 64.1 | 82.0 | 96.5 | 71.9 | 86.1 | 95.6 | 66.9 | 83.5 | 98.2 | 75.0 | 88.4 | 96.0 | 73.9 | 86.6 |

# MASTERFORMAT City Cost Indexes  ~  Year 2020 Base

## GEORGIA

| DIVISION | | COLUMBUS | | | DALTON | | | GAINESVILLE | | | MACON | | | SAVANNAH | | | STATESBORO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 93.7 | 93.7 | | 107.6 | 107.6 | | 92.6 | 92.6 | | 103.2 | 103.2 | | 96.7 | 96.7 | | 95.5 | 95.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 107.2 | 76.7 | 86.2 | 102.6 | 95.8 | 97.9 | 102.5 | 90.7 | 94.3 | 108.6 | 91.0 | 96.4 | 107.0 | 82.0 | 89.7 | 103.7 | 78.0 | 85.9 |
| 0310 | Concrete Forming & Accessories | 90.5 | 66.6 | 70.1 | 83.2 | 64.5 | 67.3 | 93.3 | 40.7 | 48.5 | 90.3 | 66.6 | 70.1 | 93.4 | 72.0 | 75.2 | 78.5 | 52.2 | 56.1 |
| 0320 | Concrete Reinforcing | 96.6 | 71.3 | 84.4 | 94.1 | 60.8 | 78.0 | 94.4 | 63.4 | 79.4 | 97.8 | 71.3 | 85.0 | 104.1 | 70.7 | 88.0 | 93.7 | 71.2 | 82.8 |
| 0330 | Cast-in-Place Concrete | 94.2 | 68.8 | 84.8 | 106.6 | 68.0 | 92.2 | 115.3 | 68.7 | 98.0 | 93.0 | 68.3 | 83.8 | 98.3 | 69.5 | 87.6 | 109.5 | 68.6 | 94.3 |
| 03 | CONCRETE | 86.8 | 70.0 | 79.4 | 98.9 | 67.0 | 84.9 | 101.4 | 55.8 | 81.4 | 86.3 | 69.8 | 79.1 | 88.5 | 72.5 | 81.5 | 99.3 | 63.4 | 83.5 |
| 04 | MASONRY | 92.5 | 68.7 | 77.9 | 75.8 | 75.5 | 75.6 | 83.2 | 76.2 | 78.9 | 104.8 | 68.9 | 82.7 | 87.4 | 68.8 | 75.9 | 77.8 | 77.0 | 77.3 |
| 05 | METALS | 105.9 | 97.6 | 103.4 | 96.4 | 94.7 | 95.7 | 94.6 | 78.5 | 89.9 | 100.9 | 97.6 | 100.0 | 102.1 | 96.0 | 100.3 | 100.8 | 98.9 | 99.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 80.1 | 66.4 | 72.6 | 75.9 | 65.2 | 70.0 | 96.1 | 33.2 | 61.5 | 85.9 | 66.5 | 75.2 | 87.4 | 73.9 | 80.0 | 69.7 | 47.2 | 57.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 100.5 | 68.9 | 86.8 | 97.3 | 70.1 | 85.5 | 95.4 | 67.7 | 83.3 | 99.0 | 70.6 | 86.6 | 98.5 | 70.4 | 86.3 | 95.9 | 67.1 | 83.4 |
| 08 | OPENINGS | 85.7 | 69.3 | 81.9 | 92.8 | 65.8 | 86.5 | 91.3 | 48.8 | 81.4 | 85.5 | 69.3 | 81.7 | 95.3 | 73.2 | 90.2 | 93.7 | 58.5 | 85.5 |
| 0920 | Plaster & Gypsum Board | 101.1 | 66.0 | 77.5 | 81.9 | 64.7 | 70.3 | 94.9 | 31.8 | 52.4 | 104.7 | 66.0 | 78.7 | 123.7 | 73.6 | 83.3 | 83.6 | 46.2 | 58.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 77.5 | 66.0 | 69.8 | 110.2 | 64.7 | 79.5 | 96.6 | 31.8 | 52.9 | 72.8 | 66.0 | 68.3 | 87.3 | 73.6 | 78.0 | 105.8 | 46.2 | 65.6 |
| 0960 | Flooring | 99.4 | 70.8 | 91.4 | 97.0 | 81.9 | 92.8 | 97.8 | 81.9 | 93.3 | 77.9 | 70.8 | 75.9 | 95.6 | 70.8 | 88.6 | 114.6 | 81.9 | 105.4 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 88.7 | 87.4 | 87.9 | 82.8 | 71.5 | 75.3 | 92.4 | 94.0 | 93.3 | 90.7 | 94.0 | 92.6 | 88.0 | 86.1 | 86.9 | 90.8 | 71.1 | 78.5 |
| 09 | FINISHES | 91.6 | 68.9 | 79.3 | 104.5 | 68.2 | 84.9 | 95.5 | 52.1 | 72.0 | 80.5 | 69.7 | 74.7 | 92.9 | 73.2 | 82.3 | 107.9 | 57.9 | 80.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 85.9 | 96.9 | 100.0 | 85.3 | 96.7 | 100.0 | 35.5 | 85.6 | 100.0 | 86.0 | 96.9 | 100.0 | 87.0 | 97.1 | 100.0 | 83.8 | 96.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 66.8 | 87.0 | 96.7 | 60.8 | 82.6 | 96.6 | 65.6 | 84.4 | 100.1 | 68.2 | 87.6 | 100.1 | 64.8 | 86.3 | 97.2 | 67.3 | 85.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.7 | 61.7 | 81.9 | 106.9 | 62.2 | 84.9 | 97.8 | 70.8 | 84.5 | 94.2 | 62.7 | 78.6 | 99.3 | 63.4 | 81.1 | | | |
| MF2018 | WEIGHTED AVERAGE | 96.5 | 72.2 | 86.2 | 97.5 | 71.4 | 86.5 | 96.2 | 65.6 | 83.2 | 95.2 | 73.1 | 85.8 | 97.3 | 72.7 | 86.9 | 97.8 | 69.7 | 85.9 |

## GEORGIA / HAWAII / IDAHO

| DIVISION | | VALDOSTA | | | WAYCROSS | | | HILO | | | HONOLULU | | | STATES & POSS., GUAM | | | BOISE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 93.7 | 93.7 | | 93.7 | 93.7 | | 97.8 | 97.8 | | 99.3 | 99.3 | | 160.5 | 160.5 | | 94.6 | 94.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 116.9 | 76.7 | 89.1 | 113.7 | 77.0 | 88.3 | 142.5 | 103.1 | 115.3 | 150.0 | 106.6 | 120.0 | 186.3 | 98.5 | 125.7 | 86.9 | 92.0 | 90.4 |
| 0310 | Concrete Forming & Accessories | 81.7 | 41.6 | 47.5 | 83.5 | 64.0 | 66.8 | 108.2 | 123.8 | 121.5 | 120.2 | 123.7 | 123.2 | 110.5 | 51.5 | 60.2 | 100.2 | 81.1 | 83.9 |
| 0320 | Concrete Reinforcing | 98.7 | 59.5 | 79.8 | 98.7 | 59.8 | 79.7 | 143.4 | 127.0 | 135.5 | 166.8 | 127.0 | 147.6 | 253.7 | 27.4 | 144.2 | 107.6 | 79.5 | 94.0 |
| 0330 | Cast-in-Place Concrete | 92.6 | 68.7 | 83.7 | 104.7 | 68.6 | 91.2 | 180.3 | 123.3 | 159.1 | 145.0 | 123.5 | 137.0 | 156.3 | 95.7 | 133.7 | 90.6 | 96.6 | 92.8 |
| 03 | CONCRETE | 91.2 | 56.6 | 76.0 | 94.5 | 66.5 | 82.2 | 144.7 | 123.2 | 135.3 | 137.9 | 123.1 | 131.4 | 147.9 | 63.9 | 111.0 | 97.6 | 86.4 | 92.7 |
| 04 | MASONRY | 97.8 | 77.1 | 85.1 | 98.7 | 77.0 | 85.4 | 148.6 | 122.1 | 132.3 | 135.5 | 122.2 | 127.3 | 206.7 | 34.8 | 101.0 | 126.3 | 86.2 | 101.7 |
| 05 | METALS | 105.3 | 93.0 | 101.7 | 104.4 | 88.9 | 99.8 | 110.8 | 108.1 | 110.0 | 124.1 | 107.1 | 119.1 | 143.1 | 76.0 | 123.4 | 109.6 | 86.2 | 101.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 68.7 | 33.0 | 49.0 | 70.2 | 63.4 | 66.5 | 111.4 | 124.3 | 118.5 | 132.8 | 124.2 | 128.1 | 123.4 | 53.9 | 85.1 | 93.5 | 79.9 | 86.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 100.8 | 66.6 | 86.0 | 100.6 | 66.1 | 85.6 | 128.7 | 119.3 | 124.6 | 146.3 | 120.0 | 134.9 | 150.7 | 58.2 | 110.4 | 101.4 | 86.6 | 94.9 |
| 08 | OPENINGS | 82.5 | 47.6 | 74.4 | 82.8 | 61.8 | 77.9 | 114.1 | 123.2 | 116.2 | 128.1 | 123.2 | 126.9 | 118.4 | 43.8 | 101.0 | 96.9 | 75.9 | 92.0 |
| 0920 | Plaster & Gypsum Board | 93.8 | 31.6 | 52.0 | 93.8 | 62.9 | 73.0 | 115.2 | 124.8 | 121.7 | 160.8 | 124.8 | 136.6 | 236.1 | 42.5 | 105.8 | 92.3 | 79.4 | 83.6 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 75.9 | 31.6 | 46.0 | 74.0 | 62.9 | 66.5 | 136.6 | 124.8 | 128.6 | 144.8 | 124.8 | 131.3 | 257.2 | 42.5 | 112.4 | 102.8 | 79.4 | 87.0 |
| 0960 | Flooring | 93.0 | 83.5 | 90.3 | 94.3 | 91.9 | 90.8 | 103.8 | 139.3 | 114.3 | 121.3 | 139.3 | 126.4 | 121.2 | 39.5 | 98.2 | 92.9 | 90.7 | 92.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 88.7 | 94.0 | 91.8 | 88.7 | 70.1 | 77.7 | 99.2 | 143.8 | 125.6 | 110.1 | 143.8 | 130.1 | 105.2 | 31.5 | 61.6 | 92.6 | 39.5 | 61.2 |
| 09 | FINISHES | 89.4 | 52.5 | 69.4 | 89.0 | 67.5 | 77.4 | 110.8 | 129.1 | 120.7 | 125.5 | 129.1 | 127.4 | 185.1 | 48.0 | 110.9 | 92.7 | 78.2 | 84.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 82.2 | 96.0 | 100.0 | 85.5 | 96.8 | 100.0 | 113.7 | 103.1 | 100.0 | 113.6 | 103.0 | 100.0 | 66.0 | 92.4 | 100.0 | 88.6 | 97.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 68.5 | 87.7 | 97.9 | 63.6 | 84.4 | 100.3 | 112.4 | 105.0 | 100.4 | 112.3 | 105.1 | 102.6 | 33.5 | 75.5 | 100.1 | 74.2 | 89.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.1 | 57.8 | 76.2 | 97.7 | 63.4 | 80.8 | 108.1 | 124.6 | 116.2 | 103.8 | 124.5 | 117.1 | 138.1 | 35.9 | 97.9 | 97.2 | 68.2 | 82.3 |
| MF2018 | WEIGHTED AVERAGE | 96.7 | 66.2 | 83.8 | 96.8 | 70.0 | 85.5 | 114.8 | 118.4 | 116.3 | 119.1 | 118.5 | 118.9 | 137.1 | 51.4 | 100.9 | 101.0 | 79.9 | 92.1 |

## IDAHO / ILLINOIS

| DIVISION | | COEUR D'ALENE | | | IDAHO FALLS | | | LEWISTON | | | POCATELLO | | | TWIN FALLS | | | BLOOMINGTON | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 89.7 | 89.7 | | 94.6 | 94.6 | | 89.7 | 89.7 | | 94.6 | 94.6 | | 94.6 | 94.6 | | 101.9 | 101.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 85.5 | 86.5 | 86.2 | 85.1 | 92.1 | 89.9 | 92.2 | 87.2 | 88.7 | 88.3 | 92.0 | 90.9 | 91.8 | 91.8 | 92.9 | 94.9 | 96.0 | 95.7 |
| 0310 | Concrete Forming & Accessories | 108.7 | 81.4 | 85.4 | 94.1 | 78.3 | 80.6 | 113.9 | 81.1 | 85.9 | 100.4 | 80.5 | 83.4 | 101.6 | 76.5 | 80.2 | 84.0 | 116.0 | 111.2 |
| 0320 | Concrete Reinforcing | 115.7 | 96.2 | 106.3 | 109.9 | 77.9 | 94.3 | 115.7 | 96.2 | 106.3 | 108.0 | 79.4 | 94.2 | 110.0 | 77.8 | 94.4 | 93.0 | 102.4 | 97.5 |
| 0330 | Cast-in-Place Concrete | 98.0 | 85.2 | 93.2 | 86.3 | 83.4 | 85.2 | 101.8 | 82.0 | 94.5 | 93.1 | 96.4 | 94.3 | 95.6 | 82.3 | 90.6 | 98.0 | 113.7 | 103.9 |
| 03 | CONCRETE | 103.9 | 85.3 | 95.7 | 89.6 | 80.2 | 85.5 | 107.5 | 84.1 | 97.2 | 96.7 | 86.0 | 92.0 | 104.6 | 79.0 | 93.4 | 91.9 | 113.6 | 101.4 |
| 04 | MASONRY | 128.0 | 87.3 | 103.0 | 121.5 | 87.2 | 100.4 | 128.5 | 84.7 | 101.6 | 124.0 | 86.2 | 100.8 | 126.7 | 82.8 | 99.7 | 110.2 | 121.7 | 117.3 |
| 05 | METALS | 103.0 | 88.1 | 98.6 | 118.1 | 81.6 | 107.4 | 102.4 | 88.2 | 98.3 | 118.2 | 82.0 | 107.6 | 118.2 | 81.4 | 107.4 | 95.2 | 123.1 | 103.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 96.7 | 79.8 | 87.4 | 87.2 | 76.3 | 81.2 | 102.6 | 79.8 | 90.1 | 93.5 | 79.9 | 86.0 | 94.6 | 76.3 | 84.5 | 81.7 | 113.0 | 99.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 158.9 | 84.3 | 126.4 | 100.4 | 75.3 | 89.5 | 159.2 | 83.1 | 126.1 | 101.0 | 75.0 | 89.7 | 100.8 | 80.5 | 92.5 | 95.4 | 112.1 | 102.6 |
| 08 | OPENINGS | 113.8 | 75.9 | 105.0 | 99.8 | 71.3 | 93.2 | 106.7 | 79.6 | 100.4 | 97.6 | 68.8 | 90.9 | 100.6 | 62.4 | 91.7 | 91.3 | 118.7 | 97.7 |
| 0920 | Plaster & Gypsum Board | 167.0 | 79.4 | 108.1 | 80.3 | 75.7 | 77.2 | 168.9 | 79.4 | 108.7 | 81.9 | 79.4 | 80.2 | 84.0 | 75.7 | 78.4 | 89.1 | 113.5 | 105.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 136.3 | 79.4 | 98.0 | 104.3 | 75.7 | 85.0 | 136.3 | 79.4 | 98.0 | 110.0 | 79.4 | 89.4 | 106.8 | 75.7 | 85.8 | 83.9 | 113.5 | 103.9 |
| 0960 | Flooring | 130.9 | 77.0 | 115.8 | 92.7 | 77.0 | 88.3 | 134.3 | 77.0 | 118.2 | 96.2 | 77.0 | 90.8 | 97.7 | 77.0 | 91.7 | 86.0 | 120.8 | 95.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 111.2 | 73.8 | 89.1 | 92.6 | 39.5 | 61.2 | 111.2 | 71.3 | 87.6 | 92.5 | 39.5 | 61.1 | 92.6 | 39.5 | 61.2 | 87.6 | 134.8 | 115.5 |
| 09 | FINISHES | 158.3 | 79.5 | 115.7 | 90.9 | 74.0 | 81.8 | 159.7 | 78.9 | 116.0 | 93.7 | 75.9 | 84.1 | 94.5 | 72.9 | 82.8 | 86.1 | 119.0 | 103.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 93.0 | 98.4 | 100.0 | 87.4 | 97.2 | 100.0 | 92.6 | 98.3 | 100.0 | 88.5 | 97.4 | 100.0 | 85.9 | 96.9 | 100.0 | 104.5 | 101.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.4 | 85.5 | 94.0 | 101.1 | 81.8 | 93.5 | 100.9 | 85.1 | 94.6 | 100.0 | 73.6 | 89.6 | 100.0 | 72.2 | 89.1 | 96.5 | 105.4 | 100.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 88.7 | 81.5 | 85.2 | 88.3 | 70.9 | 79.7 | 86.9 | 78.2 | 82.6 | 94.4 | 66.0 | 80.4 | 89.6 | 70.9 | 80.4 | 95.9 | 90.3 | 93.1 |
| MF2018 | WEIGHTED AVERAGE | 108.1 | 84.4 | 98.1 | 100.5 | 79.9 | 91.8 | 108.2 | 83.5 | 97.8 | 102.0 | 78.4 | 92.0 | 103.2 | 76.8 | 92.1 | 95.0 | 109.5 | 101.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## ILLINOIS

| DIVISION | | CARBONDALE | | | CENTRALIA | | | CHAMPAIGN | | | CHICAGO | | | DECATUR | | | EAST ST. LOUIS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 110.3 | 110.3 | | 110.3 | 110.3 | | 102.8 | 102.8 | | 100.3 | 100.3 | | 102.8 | 102.8 | | 110.3 | 110.3 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 100.9 | 96.8 | 98.1 | 101.3 | 98.6 | 99.5 | 104.0 | 97.2 | 99.3 | 105.4 | 104.4 | 104.7 | 94.8 | 97.0 | 96.3 | 103.5 | 97.7 | 99.5 |
| 0310 | Concrete Forming & Accessories | 90.0 | 108.9 | 106.1 | 91.6 | 114.2 | 110.9 | 90.3 | 116.7 | 112.8 | 97.4 | 159.7 | 150.5 | 92.1 | 117.9 | 114.1 | 87.5 | 114.2 | 110.2 |
| 0320 | Concrete Reinforcing | 82.2 | 103.4 | 92.5 | 82.2 | 104.0 | 92.8 | 93.0 | 101.6 | 97.2 | 103.8 | 153.3 | 127.7 | 80.6 | 99.8 | 89.9 | 82.2 | 104.0 | 92.7 |
| 0330 | Cast-in-Place Concrete | 91.5 | 102.7 | 95.7 | 92.0 | 119.6 | 102.3 | 113.7 | 110.8 | 112.6 | 126.0 | 155.6 | 137.0 | 99.9 | 114.6 | 105.4 | 93.6 | 118.4 | 102.8 |
| 03 | CONCRETE | 79.9 | 107.3 | 91.9 | 80.4 | 115.8 | 96.0 | 104.1 | 112.7 | 107.9 | 108.0 | 156.5 | 129.3 | 90.3 | 114.3 | 100.8 | 81.4 | 115.4 | 96.3 |
| 04 | MASONRY | 75.0 | 111.5 | 97.4 | 75.0 | 122.9 | 104.5 | 133.1 | 125.4 | 128.4 | 105.3 | 163.4 | 141.0 | 70.9 | 122.8 | 102.8 | 75.3 | 123.0 | 104.6 |
| 05 | METALS | 100.9 | 130.4 | 109.6 | 100.9 | 133.5 | 110.5 | 95.2 | 120.3 | 102.6 | 95.9 | 146.8 | 110.8 | 104.9 | 120.7 | 109.5 | 102.1 | 133.5 | 111.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 87.7 | 105.8 | 97.7 | 90.2 | 111.2 | 101.7 | 88.5 | 114.0 | 102.5 | 100.0 | 158.4 | 132.1 | 88.7 | 116.8 | 104.2 | 84.8 | 111.2 | 99.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 90.6 | 101.3 | 95.3 | 90.7 | 111.5 | 99.8 | 96.2 | 115.6 | 104.6 | 95.2 | 150.7 | 119.4 | 95.9 | 113.3 | 103.5 | 90.7 | 110.7 | 99.4 |
| 08 | OPENINGS | 87.3 | 116.3 | 94.1 | 87.3 | 119.2 | 94.8 | 91.8 | 116.9 | 97.7 | 100.9 | 169.3 | 116.9 | 98.2 | 118.2 | 102.9 | 87.4 | 118.4 | 94.6 |
| 0920 | Plaster & Gypsum Board | 93.7 | 106.2 | 102.1 | 95.0 | 111.6 | 106.2 | 91.0 | 114.5 | 106.8 | 101.3 | 160.0 | 140.8 | 96.5 | 117.4 | 110.6 | 92.2 | 111.6 | 105.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 80.6 | 106.2 | 97.8 | 80.6 | 111.6 | 101.5 | 83.9 | 114.5 | 104.5 | 100.4 | 160.0 | 140.6 | 87.1 | 117.4 | 107.5 | 80.6 | 111.6 | 101.5 |
| 0960 | Flooring | 113.7 | 116.6 | 114.5 | 114.6 | 116.6 | 115.1 | 89.2 | 116.6 | 96.9 | 91.3 | 163.8 | 111.7 | 101.8 | 117.1 | 106.1 | 112.6 | 116.6 | 113.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 103.1 | 105.0 | 104.2 | 103.1 | 111.6 | 108.2 | 87.6 | 114.9 | 103.7 | 96.7 | 170.3 | 140.2 | 95.5 | 117.8 | 108.7 | 103.1 | 111.6 | 108.2 |
| 09 | FINISHES | 92.1 | 110.7 | 102.1 | 92.5 | 114.4 | 104.4 | 88.1 | 116.9 | 103.7 | 95.8 | 162.4 | 131.8 | 92.2 | 118.3 | 106.3 | 91.6 | 114.4 | 103.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 106.9 | 101.5 | 100.0 | 105.8 | 101.3 | 100.0 | 109.2 | 102.0 | 100.0 | 129.3 | 106.5 | 100.0 | 108.6 | 101.9 | 100.0 | 108.3 | 101.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.3 | 106.8 | 100.4 | 96.3 | 97.8 | 96.9 | 96.5 | 107.0 | 100.6 | 99.9 | 137.4 | 114.6 | 99.9 | 98.8 | 99.5 | 99.9 | 99.2 | 99.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 91.9 | 107.8 | 99.8 | 93.1 | 106.3 | 99.6 | 99.0 | 95.4 | 97.3 | 97.9 | 136.2 | 116.8 | 95.3 | 101.7 | 98.5 | 92.7 | 99.7 | 96.2 |
| MF2018 | WEIGHTED AVERAGE | 92.5 | 109.6 | 99.7 | 92.8 | 111.2 | 100.5 | 98.5 | 110.5 | 103.6 | 100.1 | 145.6 | 119.3 | 96.6 | 110.1 | 102.3 | 93.8 | 110.4 | 100.9 |

## ILLINOIS

| DIVISION | | EFFINGHAM | | | GALESBURG | | | JOLIET | | | KANKAKEE | | | LA SALLE | | | NORTH SUBURBAN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 102.8 | 102.8 | | 101.9 | 101.9 | | 93.7 | 93.7 | | 93.7 | 93.7 | | 101.9 | 101.9 | | 93.7 | 93.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 99.3 | 95.9 | 97.0 | 97.3 | 95.8 | 96.3 | 101.2 | 97.2 | 98.5 | 94.7 | 97.1 | 96.4 | 96.7 | 96.8 | 96.8 | 100.5 | 97.9 | 98.7 |
| 0310 | Concrete Forming & Accessories | 96.5 | 114.6 | 111.9 | 90.2 | 117.0 | 113.0 | 96.8 | 156.7 | 147.8 | 90.5 | 145.4 | 137.3 | 103.7 | 125.3 | 122.1 | 96.1 | 158.5 | 149.3 |
| 0320 | Concrete Reinforcing | 83.3 | 93.8 | 88.4 | 92.5 | 105.6 | 98.8 | 103.8 | 136.6 | 119.7 | 104.6 | 135.1 | 119.3 | 92.7 | 132.9 | 112.1 | 103.8 | 149.1 | 125.7 |
| 0330 | Cast-in-Place Concrete | 99.6 | 110.9 | 103.4 | 100.9 | 109.2 | 104.0 | 114.6 | 143.9 | 125.5 | 106.8 | 135.8 | 117.6 | 100.8 | 121.8 | 108.6 | 114.6 | 152.9 | 128.9 |
| 03 | CONCRETE | 91.0 | 109.9 | 99.3 | 94.8 | 113.0 | 102.8 | 101.0 | 147.9 | 121.6 | 95.0 | 139.7 | 114.7 | 95.6 | 126.1 | 109.0 | 101.0 | 154.1 | 124.3 |
| 04 | MASONRY | 79.1 | 115.3 | 101.3 | 110.4 | 122.4 | 117.8 | 104.5 | 156.7 | 136.6 | 100.6 | 147.0 | 129.1 | 110.4 | 129.7 | 122.3 | 101.2 | 158.8 | 136.6 |
| 05 | METALS | 101.9 | 114.9 | 105.7 | 95.2 | 123.6 | 103.5 | 94.1 | 134.7 | 106.0 | 94.1 | 133.4 | 105.6 | 95.3 | 142.0 | 109.0 | 95.1 | 141.6 | 108.8 |
| 06 | WOOD, PLASTICS & COMPOSITES | 91.0 | 114.0 | 103.6 | 88.3 | 115.4 | 103.2 | 96.6 | 157.7 | 130.2 | 90.0 | 144.7 | 120.1 | 103.8 | 123.2 | 114.5 | 95.4 | 158.2 | 130.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 95.4 | 109.1 | 101.4 | 95.6 | 110.0 | 101.9 | 99.5 | 144.2 | 119.0 | 98.6 | 139.5 | 116.4 | 95.8 | 122.5 | 107.4 | 99.9 | 147.6 | 120.7 |
| 08 | OPENINGS | 93.3 | 114.5 | 98.2 | 91.3 | 115.9 | 97.0 | 99.3 | 161.7 | 113.9 | 92.4 | 156.2 | 107.3 | 91.3 | 133.3 | 101.1 | 99.4 | 167.9 | 115.4 |
| 0920 | Plaster & Gypsum Board | 96.3 | 114.5 | 108.5 | 91.0 | 115.9 | 107.8 | 93.7 | 159.5 | 138.0 | 92.5 | 146.1 | 128.6 | 98.3 | 124.0 | 115.6 | 97.2 | 160.0 | 139.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 80.6 | 114.5 | 103.4 | 83.9 | 115.9 | 105.5 | 100.9 | 159.5 | 140.4 | 100.9 | 146.1 | 131.4 | 83.9 | 124.0 | 110.9 | 100.9 | 160.0 | 140.8 |
| 0960 | Flooring | 103.0 | 116.6 | 106.8 | 89.1 | 120.8 | 98.0 | 89.4 | 149.8 | 106.4 | 86.3 | 150.7 | 104.4 | 95.7 | 124.8 | 103.9 | 89.9 | 159.5 | 109.4 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 95.5 | 109.3 | 103.7 | 87.6 | 98.5 | 94.0 | 89.0 | 163.0 | 132.8 | 89.0 | 135.7 | 116.6 | 87.6 | 133.0 | 114.5 | 91.0 | 163.9 | 134.1 |
| 09 | FINISHES | 91.3 | 115.1 | 104.2 | 87.4 | 116.3 | 103.1 | 91.6 | 157.4 | 127.2 | 90.0 | 145.8 | 120.2 | 90.4 | 124.7 | 109.0 | 92.2 | 160.1 | 129.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 104.5 | 101.0 | 100.0 | 104.4 | 101.0 | 100.0 | 122.6 | 105.0 | 100.0 | 120.6 | 104.6 | 100.0 | 105.6 | 101.2 | 100.0 | 124.1 | 105.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.4 | 104.5 | 99.6 | 96.5 | 105.7 | 100.1 | 100.0 | 130.0 | 111.8 | 96.5 | 129.6 | 109.5 | 96.5 | 128.4 | 109.0 | 99.9 | 136.2 | 114.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 93.5 | 107.8 | 100.5 | 96.7 | 86.5 | 91.7 | 96.9 | 133.1 | 114.8 | 92.4 | 137.0 | 114.4 | 94.0 | 137.0 | 115.2 | 96.7 | 135.5 | 115.9 |
| MF2018 | WEIGHTED AVERAGE | 95.1 | 109.1 | 101.0 | 95.7 | 108.5 | 101.1 | 98.3 | 138.8 | 115.4 | 95.0 | 134.9 | 111.9 | 95.9 | 127.0 | 109.0 | 98.3 | 142.9 | 117.1 |

## ILLINOIS

| DIVISION | | PEORIA | | | QUINCY | | | ROCK ISLAND | | | ROCKFORD | | | SOUTH SUBURBAN | | | SPRINGFIELD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 101.9 | 101.9 | | 102.8 | 102.8 | | 101.9 | 101.9 | | 101.9 | 101.9 | | 93.7 | 93.7 | | 105.1 | 105.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.9 | 96.0 | 96.6 | 98.1 | 96.4 | 96.9 | 95.5 | 94.8 | 95.0 | 97.4 | 96.8 | 97.0 | 100.5 | 97.8 | 98.6 | 99.8 | 100.5 | 100.3 |
| 0310 | Concrete Forming & Accessories | 93.0 | 115.9 | 112.5 | 94.3 | 113.6 | 110.8 | 91.6 | 99.1 | 98.0 | 97.2 | 127.7 | 123.2 | 96.1 | 158.5 | 149.3 | 93.2 | 115.6 | 112.3 |
| 0320 | Concrete Reinforcing | 90.1 | 104.7 | 97.2 | 83.0 | 86.2 | 84.5 | 92.5 | 99.0 | 95.6 | 85.3 | 134.1 | 108.9 | 103.8 | 149.0 | 125.7 | 83.2 | 99.8 | 91.2 |
| 0330 | Cast-in-Place Concrete | 97.9 | 115.0 | 104.5 | 99.8 | 106.6 | 102.3 | 98.7 | 98.4 | 98.6 | 100.2 | 126.6 | 110.0 | 114.6 | 152.8 | 128.8 | 94.9 | 109.2 | 100.2 |
| 03 | CONCRETE | 92.0 | 114.6 | 102.0 | 90.7 | 107.1 | 97.9 | 92.7 | 100.0 | 95.9 | 92.7 | 129.0 | 108.7 | 101.0 | 154.0 | 124.3 | 88.5 | 111.2 | 98.5 |
| 04 | MASONRY | 109.7 | 121.5 | 116.9 | 98.9 | 113.2 | 107.7 | 110.2 | 100.2 | 104.1 | 85.6 | 142.3 | 120.4 | 101.2 | 158.7 | 136.6 | 80.7 | 122.2 | 106.2 |
| 05 | METALS | 97.9 | 124.2 | 105.6 | 101.9 | 112.6 | 105.1 | 95.2 | 118.5 | 102.1 | 97.9 | 141.5 | 110.7 | 95.1 | 141.4 | 108.7 | 102.5 | 119.1 | 107.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 96.4 | 113.2 | 105.6 | 88.6 | 114.0 | 102.6 | 90.0 | 97.5 | 94.1 | 96.4 | 123.6 | 111.3 | 95.4 | 158.2 | 130.0 | 90.0 | 114.1 | 103.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 96.3 | 112.4 | 103.3 | 95.3 | 108.6 | 101.0 | 90.5 | 98.4 | 94.0 | 96.8 | 129.0 | 111.9 | 99.4 | 147.6 | 120.7 | 98.3 | 114.4 | 105.3 |
| 08 | OPENINGS | 96.6 | 119.5 | 102.0 | 94.0 | 112.1 | 98.2 | 91.3 | 103.3 | 94.1 | 96.6 | 136.5 | 105.9 | 99.4 | 167.9 | 115.4 | 99.2 | 116.4 | 103.2 |
| 0920 | Plaster & Gypsum Board | 95.5 | 113.7 | 107.7 | 95.0 | 114.5 | 108.1 | 91.0 | 97.6 | 95.5 | 95.5 | 124.4 | 114.9 | 97.2 | 160.0 | 139.5 | 99.9 | 114.5 | 109.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 89.6 | 113.7 | 105.8 | 80.6 | 114.5 | 103.4 | 83.9 | 97.6 | 93.2 | 89.6 | 124.4 | 113.1 | 100.9 | 160.0 | 140.8 | 91.3 | 114.5 | 106.9 |
| 0960 | Flooring | 92.6 | 119.5 | 100.2 | 101.8 | 115.5 | 105.7 | 90.2 | 94.6 | 91.4 | 92.6 | 124.9 | 101.7 | 89.9 | 159.5 | 109.4 | 104.8 | 117.1 | 108.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 87.6 | 134.8 | 115.5 | 95.5 | 111.5 | 105.0 | 87.6 | 95.5 | 92.3 | 87.6 | 142.7 | 120.2 | 91.0 | 163.9 | 134.1 | 98.0 | 111.5 | 106.0 |
| 09 | FINISHES | 92.2 | 118.1 | 105.6 | 90.7 | 114.2 | 103.4 | 87.7 | 97.6 | 93.0 | 90.2 | 128.5 | 110.9 | 92.2 | 160.1 | 129.0 | 98.0 | 115.9 | 107.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 104.4 | 101.0 | 100.0 | 106.9 | 101.5 | 100.0 | 97.5 | 99.4 | 100.0 | 114.2 | 103.2 | 100.0 | 124.1 | 105.4 | 100.0 | 108.3 | 101.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 100.2 | 100.0 | 96.4 | 102.9 | 98.9 | 96.5 | 97.5 | 96.9 | 100.1 | 116.1 | 106.4 | 99.9 | 136.2 | 114.1 | 99.9 | 103.7 | 101.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.7 | 91.5 | 94.6 | 91.4 | 82.2 | 86.9 | 89.3 | 93.1 | 91.2 | 98.0 | 125.6 | 111.6 | 96.7 | 135.5 | 115.9 | 98.1 | 88.7 | 93.5 |
| MF2018 | WEIGHTED AVERAGE | 97.6 | 108.8 | 102.3 | 95.7 | 104.2 | 99.3 | 94.6 | 99.5 | 96.7 | 96.6 | 125.5 | 108.8 | 98.3 | 142.8 | 117.1 | 97.5 | 108.3 | 102.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## INDIANA

| DIVISION | | ANDERSON | | | BLOOMINGTON | | | COLUMBUS | | | EVANSVILLE | | | FORT WAYNE | | | GARY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 94.5 | 94.5 | | 81.5 | 81.5 | | 81.5 | 81.5 | | 110.3 | 110.3 | | 94.5 | 94.5 | | 94.5 | 94.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 98.7 | 89.0 | 92.0 | 86.5 | 87.7 | 87.3 | 83.2 | 87.4 | 86.1 | 91.9 | 115.1 | 107.9 | 99.8 | 88.8 | 92.2 | 99.3 | 92.8 | 94.8 |
| 0310 | Concrete Forming & Accessories | 94.9 | 77.4 | 80.0 | 100.8 | 82.1 | 84.9 | 95.0 | 80.2 | 82.4 | 94.3 | 78.6 | 80.9 | 92.9 | 73.7 | 76.5 | 95.0 | 111.1 | 108.7 |
| 0320 | Concrete Reinforcing | 104.9 | 83.0 | 94.3 | 90.4 | 76.9 | 88.7 | 90.8 | 86.9 | 88.9 | 99.0 | 81.0 | 90.3 | 104.9 | 77.9 | 91.9 | 104.9 | 115.8 | 110.2 |
| 0330 | Cast-in-Place Concrete | 106.3 | 74.9 | 94.6 | 101.3 | 75.7 | 91.7 | 100.8 | 76.5 | 91.8 | 96.8 | 83.2 | 91.7 | 113.0 | 75.2 | 98.9 | 111.1 | 112.2 | 111.5 |
| 03 | CONCRETE | 95.7 | 78.1 | 88.0 | 99.2 | 80.3 | 90.9 | 98.5 | 79.6 | 90.2 | 99.5 | 80.8 | 91.3 | 98.6 | 75.7 | 88.6 | 97.9 | 112.1 | 104.1 |
| 04 | MASONRY | 87.4 | 74.0 | 79.2 | 88.9 | 74.4 | 80.0 | 88.8 | 74.3 | 79.9 | 84.3 | 77.3 | 80.0 | 90.7 | 71.4 | 78.8 | 88.8 | 110.3 | 102.0 |
| 05 | METALS | 97.7 | 88.2 | 94.9 | 99.2 | 74.2 | 92.2 | 99.1 | 74.7 | 91.9 | 91.9 | 83.2 | 89.3 | 97.7 | 86.3 | 94.3 | 97.7 | 107.1 | 100.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 93.8 | 77.6 | 84.9 | 109.5 | 82.9 | 94.9 | 104.0 | 80.5 | 91.1 | 90.8 | 77.7 | 83.6 | 93.7 | 73.8 | 82.7 | 91.3 | 109.1 | 101.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 109.2 | 75.0 | 94.4 | 95.8 | 77.8 | 88.0 | 95.2 | 78.7 | 88.0 | 100.0 | 81.7 | 92.1 | 108.9 | 76.8 | 94.9 | 107.7 | 106.2 | 107.0 |
| 08 | OPENINGS | 93.2 | 75.8 | 89.2 | 97.5 | 80.0 | 93.4 | 93.9 | 78.6 | 90.3 | 91.8 | 76.0 | 88.1 | 93.2 | 71.2 | 88.1 | 93.2 | 114.6 | 98.2 |
| 0920 | Plaster & Gypsum Board | 106.4 | 77.3 | 86.8 | 98.6 | 83.2 | 88.2 | 95.4 | 80.7 | 85.5 | 94.2 | 76.7 | 82.4 | 105.8 | 73.4 | 84.0 | 99.5 | 109.7 | 106.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 89.8 | 77.3 | 81.4 | 77.9 | 83.2 | 81.5 | 77.9 | 80.7 | 79.8 | 81.6 | 76.7 | 78.3 | 89.8 | 73.4 | 78.7 | 89.8 | 109.7 | 103.2 |
| 0960 | Flooring | 93.5 | 75.0 | 88.3 | 99.6 | 83.2 | 95.0 | 94.4 | 83.2 | 91.2 | 94.1 | 71.4 | 87.7 | 93.5 | 71.2 | 87.2 | 93.5 | 110.5 | 98.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.8 | 65.8 | 76.9 | 84.4 | 81.1 | 82.5 | 84.4 | 81.1 | 82.5 | 90.3 | 84.4 | 86.8 | 92.8 | 70.2 | 79.5 | 92.8 | 120.7 | 109.3 |
| 09 | FINISHES | 91.3 | 75.7 | 82.9 | 90.6 | 82.4 | 86.2 | 88.6 | 81.0 | 84.5 | 89.3 | 77.7 | 83.0 | 91.1 | 72.9 | 81.3 | 90.3 | 111.8 | 102.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 87.4 | 97.2 | 100.0 | 88.0 | 97.3 | 100.0 | 88.0 | 97.3 | 100.0 | 91.2 | 98.0 | 100.0 | 87.2 | 97.1 | 100.0 | 107.9 | 101.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 77.0 | 91.0 | 99.7 | 79.6 | 91.8 | 96.2 | 79.1 | 89.5 | 99.9 | 88.6 | 95.1 | 99.7 | 77.2 | 89.1 | 100.0 | 102.4 | 101.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 87.7 | 83.2 | 85.5 | 99.9 | 86.6 | 93.3 | 99.1 | 86.7 | 93.0 | 95.7 | 81.4 | 88.7 | 94.9 | 74.9 | 81.7 | 99.5 | 110.1 | 104.7 |
| MF2018 | WEIGHTED AVERAGE | 96.0 | 79.8 | 89.1 | 97.8 | 81.1 | 90.7 | 96.1 | 80.5 | 89.5 | 95.5 | 82.7 | 90.1 | 96.6 | 76.3 | 88.0 | 97.5 | 108.1 | 102.0 |

## INDIANA

| DIVISION | | INDIANAPOLIS | | | KOKOMO | | | LAFAYETTE | | | LAWRENCEBURG | | | MUNCIE | | | NEW ALBANY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 86.1 | 86.1 | | 94.5 | 94.5 | | 81.5 | 81.5 | | 100.6 | 100.6 | | 92.8 | 92.8 | | 90.6 | 90.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 99.8 | 91.3 | 93.9 | 94.9 | 89.0 | 90.8 | 83.9 | 87.4 | 86.3 | 81.2 | 102.2 | 95.7 | 86.6 | 87.9 | 87.5 | 78.5 | 89.8 | 86.3 |
| 0310 | Concrete Forming & Accessories | 100.4 | 85.2 | 87.4 | 98.0 | 78.2 | 81.1 | 92.5 | 78.6 | 80.7 | 91.5 | 78.4 | 80.3 | 92.3 | 76.9 | 79.2 | 90.1 | 76.9 | 78.9 |
| 0320 | Concrete Reinforcing | 106.1 | 87.2 | 97.0 | 94.9 | 87.2 | 91.1 | 90.4 | 82.9 | 86.8 | 89.7 | 79.8 | 84.9 | 100.0 | 82.9 | 91.7 | 91.0 | 82.6 | 86.9 |
| 0330 | Cast-in-Place Concrete | 101.2 | 84.8 | 95.1 | 105.2 | 81.8 | 96.5 | 101.4 | 77.6 | 92.5 | 94.8 | 74.9 | 87.4 | 106.4 | 73.9 | 94.3 | 97.9 | 73.1 | 88.7 |
| 03 | CONCRETE | 99.0 | 84.8 | 92.8 | 92.5 | 81.6 | 87.8 | 98.7 | 78.7 | 89.9 | 91.8 | 78.0 | 85.7 | 97.4 | 77.6 | 88.7 | 93.7 | 76.6 | 88.3 |
| 04 | MASONRY | 89.8 | 78.7 | 83.0 | 87.1 | 77.2 | 81.0 | 94.0 | 74.0 | 81.7 | 73.8 | 74.2 | 74.1 | 90.5 | 74.1 | 80.4 | 80.2 | 71.1 | 74.6 |
| 05 | METALS | 94.7 | 76.0 | 89.2 | 94.2 | 89.8 | 92.9 | 97.4 | 73.7 | 90.5 | 93.9 | 86.2 | 91.7 | 100.8 | 88.0 | 97.0 | 96.0 | 82.2 | 91.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 100.1 | 86.0 | 92.4 | 96.8 | 77.4 | 86.1 | 101.2 | 79.2 | 89.1 | 89.1 | 78.3 | 83.2 | 102.6 | 77.1 | 88.6 | 91.2 | 77.6 | 83.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 98.7 | 82.0 | 91.4 | 108.1 | 77.5 | 94.8 | 95.2 | 77.2 | 87.4 | 100.8 | 76.9 | 90.4 | 98.2 | 76.4 | 88.7 | 87.6 | 72.3 | 80.9 |
| 08 | OPENINGS | 103.9 | 81.9 | 98.8 | 88.4 | 76.9 | 85.7 | 92.4 | 76.7 | 88.8 | 93.6 | 75.0 | 89.3 | 91.0 | 75.6 | 87.4 | 91.4 | 76.3 | 87.9 |
| 0920 | Plaster & Gypsum Board | 96.8 | 85.8 | 89.4 | 111.0 | 77.1 | 88.2 | 93.3 | 79.4 | 83.9 | 71.7 | 78.4 | 76.2 | 94.2 | 77.3 | 82.8 | 92.0 | 77.5 | 82.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 92.7 | 85.8 | 88.0 | 90.6 | 77.1 | 81.5 | 73.9 | 79.4 | 77.6 | 84.0 | 78.4 | 80.2 | 77.9 | 77.3 | 77.5 | 81.6 | 77.5 | 78.8 |
| 0960 | Flooring | 97.2 | 83.2 | 93.2 | 97.3 | 88.4 | 94.8 | 94.3 | 79.2 | 89.9 | 68.9 | 83.2 | 72.9 | 93.7 | 75.0 | 88.5 | 91.6 | 54.0 | 81.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 96.5 | 81.1 | 87.4 | 92.8 | 68.8 | 78.6 | 84.4 | 81.4 | 82.6 | 85.2 | 73.0 | 78.0 | 84.4 | 65.8 | 73.4 | 90.3 | 66.3 | 76.1 |
| 09 | FINISHES | 94.9 | 84.6 | 89.4 | 93.1 | 79.1 | 85.5 | 87.2 | 79.2 | 82.8 | 78.8 | 78.9 | 78.8 | 87.9 | 75.4 | 81.1 | 88.5 | 71.4 | 79.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 93.7 | 98.6 | 100.0 | 88.6 | 97.5 | 100.0 | 86.6 | 97.0 | 100.0 | 88.0 | 97.3 | 100.0 | 86.3 | 97.0 | 100.0 | 87.7 | 97.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 79.9 | 92.2 | 96.5 | 79.3 | 89.7 | 96.2 | 76.2 | 88.3 | 97.0 | 75.9 | 88.7 | 99.7 | 76.9 | 90.7 | 96.4 | 78.6 | 89.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.9 | 86.7 | 94.4 | 92.0 | 78.3 | 85.3 | 98.6 | 78.6 | 88.7 | 93.6 | 74.1 | 84.0 | 91.4 | 74.0 | 82.9 | 94.3 | 74.6 | 84.6 |
| MF2018 | WEIGHTED AVERAGE | 98.7 | 83.2 | 92.1 | 94.2 | 81.1 | 88.6 | 95.8 | 78.1 | 88.3 | 92.5 | 79.6 | 87.0 | 96.2 | 78.2 | 88.6 | 93.9 | 77.3 | 86.9 |

## INDIANA / IOWA

| DIVISION | | SOUTH BEND | | | TERRE HAUTE | | | WASHINGTON | | | BURLINGTON | | | CARROLL | | | CEDAR RAPIDS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 108.2 | 108.2 | | 110.3 | 110.3 | | 110.3 | 110.3 | | 98.8 | 98.8 | | 98.8 | 98.8 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.7 | 94.2 | 95.3 | 93.4 | 115.4 | 108.6 | 93.2 | 115.7 | 108.7 | 98.0 | 91.8 | 93.7 | 87.1 | 92.6 | 90.9 | 99.9 | 91.4 | 94.0 |
| 0310 | Concrete Forming & Accessories | 95.1 | 76.0 | 78.9 | 95.0 | 77.1 | 79.7 | 96.0 | 80.5 | 82.8 | 96.5 | 94.2 | 94.5 | 84.1 | 83.9 | 83.9 | 102.5 | 83.9 | 86.6 |
| 0320 | Concrete Reinforcing | 104.1 | 83.6 | 94.2 | 90.4 | 87.2 | 91.1 | 91.6 | 82.6 | 87.2 | 94.7 | 97.6 | 96.2 | 94.5 | 85.8 | 90.8 | 95.3 | 80.2 | 88.0 |
| 0330 | Cast-in-Place Concrete | 108.2 | 78.4 | 97.1 | 93.7 | 78.3 | 88.0 | 102.0 | 85.0 | 95.6 | 107.3 | 54.8 | 87.8 | 107.3 | 82.2 | 97.9 | 107.6 | 83.4 | 98.6 |
| 03 | CONCRETE | 97.7 | 79.7 | 89.8 | 102.5 | 78.8 | 92.1 | 108.3 | 82.6 | 97.0 | 95.8 | 81.5 | 89.6 | 94.7 | 84.3 | 90.1 | 95.9 | 83.8 | 90.6 |
| 04 | MASONRY | 91.2 | 74.0 | 80.6 | 92.0 | 73.3 | 80.5 | 84.5 | 79.6 | 81.5 | 99.5 | 71.9 | 82.5 | 101.1 | 72.4 | 83.5 | 105.0 | 80.0 | 89.6 |
| 05 | METALS | 101.5 | 102.4 | 101.7 | 92.6 | 84.4 | 90.2 | 87.1 | 84.7 | 86.4 | 87.9 | 99.1 | 91.2 | 87.9 | 95.4 | 90.1 | 90.3 | 93.1 | 91.2 |
| 06 | WOOD, PLASTICS & COMPOSITES | 96.6 | 75.2 | 84.8 | 93.0 | 76.7 | 84.0 | 93.2 | 79.2 | 85.5 | 91.6 | 98.1 | 95.2 | 77.8 | 88.4 | 83.6 | 98.9 | 83.6 | 90.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.2 | 78.7 | 92.5 | 100.1 | 79.1 | 91.0 | 100.0 | 83.5 | 92.8 | 104.4 | 77.1 | 92.5 | 104.7 | 78.8 | 93.4 | 105.5 | 80.1 | 94.5 |
| 08 | OPENINGS | 93.1 | 75.5 | 89.0 | 92.3 | 75.3 | 88.3 | 89.3 | 77.1 | 86.4 | 94.5 | 95.8 | 94.8 | 98.8 | 84.2 | 95.4 | 99.3 | 81.2 | 95.1 |
| 0920 | Plaster & Gypsum Board | 97.7 | 74.7 | 82.2 | 97.3 | 75.7 | 82.8 | 81.6 | 75.7 | 77.6 | 94.0 | 78.3 | 83.4 | 105.0 | 98.3 | 100.5 | 100.9 | 88.3 | 92.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 94.2 | 74.7 | 81.1 | 81.6 | 75.7 | 77.6 | 76.7 | 78.3 | 77.8 | 99.0 | 98.3 | 98.5 | 99.0 | 88.3 | 91.8 | 101.4 | 83.6 | 89.4 |
| 0960 | Flooring | 90.7 | 86.2 | 89.5 | 94.1 | 75.7 | 88.9 | 95.1 | 83.2 | 91.7 | 93.7 | 69.1 | 86.8 | 89.7 | 85.6 | 88.7 | 107.9 | 84.3 | 101.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 94.3 | 82.5 | 87.3 | 90.3 | 79.8 | 84.1 | 90.3 | 84.4 | 86.8 | 92.8 | 84.6 | 87.9 | 75.8 | 84.6 | 80.5 | 94.7 | 70.8 | 80.6 |
| 09 | FINISHES | 92.5 | 78.3 | 84.8 | 89.3 | 76.4 | 82.4 | 88.9 | 81.3 | 84.7 | 93.9 | 89.7 | 91.6 | 90.3 | 86.6 | 88.3 | 98.3 | 82.7 | 90.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 88.7 | 97.5 | 100.0 | 88.7 | 97.5 | 100.0 | 91.8 | 98.2 | 100.0 | 93.4 | 98.5 | 100.0 | 89.1 | 97.6 | 100.0 | 93.4 | 98.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.9 | 75.0 | 90.1 | 96.5 | 76.5 | 90.7 | 96.4 | 81.0 | 90.4 | 96.5 | 83.8 | 91.5 | 96.5 | 77.8 | 89.2 | 100.0 | 81.2 | 92.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.3 | 83.9 | 92.7 | 94.1 | 83.5 | 88.8 | 94.5 | 83.6 | 89.2 | 101.1 | 72.2 | 86.9 | 101.8 | 76.9 | 89.5 | 98.0 | 80.1 | 89.5 |
| MF2018 | WEIGHTED AVERAGE | 98.4 | 81.8 | 91.4 | 96.2 | 81.7 | 90.1 | 94.6 | 84.8 | 90.4 | 95.7 | 84.3 | 90.9 | 95.5 | 82.4 | 89.9 | 98.0 | 83.7 | 92.0 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## IOWA

| DIVISION | | COUNCIL BLUFFS | | | CRESTON | | | DAVENPORT | | | DECORAH | | | DES MOINES | | | DUBUQUE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 95.0 | 95.0 | | 98.8 | 98.8 | | 98.8 | 98.8 | | 98.8 | 98.8 | | 102.4 | 102.4 | | 94.5 | 94.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 104.5 | 88.5 | 93.4 | 92.9 | 93.6 | 93.4 | 98.4 | 94.6 | 95.8 | 96.6 | 91.6 | 93.2 | 98.3 | 99.3 | 99.0 | 97.7 | 88.7 | 91.5 |
| 0310 | Concrete Forming & Accessories | 83.5 | 73.6 | 75.0 | 79.2 | 86.7 | 85.6 | 102.0 | 95.9 | 96.8 | 94.0 | 71.8 | 75.1 | 95.6 | 89.5 | 90.4 | 84.9 | 81.5 | 82.0 |
| 0320 | Concrete Reinforcing | 97.3 | 79.8 | 88.8 | 96.3 | 85.9 | 91.3 | 95.3 | 99.0 | 97.1 | 94.7 | 85.2 | 90.1 | 101.0 | 101.6 | 101.3 | 94.0 | 79.9 | 87.2 |
| 0330 | Cast-in-Place Concrete | 111.8 | 79.1 | 99.6 | 114.6 | 85.7 | 103.8 | 103.6 | 95.2 | 100.5 | 104.4 | 76.0 | 93.8 | 97.6 | 92.1 | 95.6 | 105.3 | 83.0 | 97.0 |
| 03 | CONCRETE | 98.1 | 77.6 | 89.1 | 97.7 | 86.8 | 92.9 | 94.0 | 96.7 | 95.2 | 93.8 | 76.6 | 86.3 | 91.0 | 92.8 | 91.8 | 92.7 | 82.6 | 88.3 |
| 04 | MASONRY | 106.5 | 76.2 | 87.8 | 99.7 | 79.9 | 87.5 | 102.0 | 92.2 | 96.0 | 120.3 | 69.2 | 88.9 | 87.7 | 89.0 | 88.5 | 105.9 | 68.8 | 83.1 |
| 05 | METALS | 95.2 | 92.8 | 94.5 | 88.4 | 90.4 | 90.6 | 90.3 | 105.5 | 94.8 | 88.0 | 94.2 | 89.9 | 94.1 | 96.8 | 94.9 | 88.9 | 92.4 | 89.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 76.5 | 72.1 | 74.1 | 69.7 | 88.4 | 80.0 | 98.9 | 95.3 | 96.9 | 88.5 | 70.9 | 78.8 | 87.6 | 88.5 | 88.1 | 78.3 | 82.2 | 80.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 104.8 | 74.8 | 91.8 | 106.2 | 82.2 | 95.8 | 104.9 | 91.6 | 99.1 | 104.6 | 69.9 | 89.5 | 98.5 | 87.6 | 93.8 | 105.1 | 76.5 | 92.6 |
| 08 | OPENINGS | 98.4 | 76.8 | 93.3 | 108.6 | 85.9 | 103.3 | 99.3 | 96.7 | 98.7 | 97.4 | 77.9 | 92.9 | 100.8 | 89.6 | 98.2 | 98.4 | 82.4 | 94.6 |
| 0920 | Plaster & Gypsum Board | 100.9 | 71.8 | 81.3 | 95.8 | 88.3 | 90.8 | 110.3 | 95.4 | 100.2 | 103.7 | 70.3 | 81.2 | 92.8 | 88.3 | 89.8 | 100.9 | 82.1 | 88.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 99.0 | 71.8 | 80.6 | 90.2 | 88.3 | 88.9 | 101.4 | 95.4 | 97.3 | 99.0 | 70.3 | 79.6 | 93.4 | 88.3 | 90.0 | 99.0 | 82.1 | 87.6 |
| 0960 | Flooring | 87.0 | 84.3 | 86.2 | 81.3 | 69.1 | 77.8 | 96.1 | 89.4 | 94.2 | 93.3 | 69.1 | 86.5 | 95.2 | 94.5 | 95.0 | 99.1 | 69.1 | 90.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 89.6 | 59.8 | 72.0 | 83.6 | 84.6 | 84.2 | 92.8 | 90.5 | 91.4 | 92.8 | 84.6 | 87.9 | 91.6 | 84.6 | 87.5 | 93.9 | 78.4 | 84.8 |
| 09 | FINISHES | 91.0 | 73.7 | 81.7 | 85.1 | 83.4 | 84.2 | 95.7 | 94.1 | 94.8 | 93.5 | 72.4 | 82.1 | 93.6 | 90.0 | 91.6 | 94.8 | 78.9 | 86.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 91.4 | 98.1 | 100.0 | 91.6 | 98.1 | 100.0 | 96.9 | 99.3 | 100.0 | 88.6 | 97.5 | 100.0 | 95.6 | 99.0 | 100.0 | 92.3 | 98.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 72.8 | 89.4 | 96.3 | 79.8 | 89.8 | 100.0 | 93.9 | 97.6 | 96.5 | 74.5 | 87.9 | 99.8 | 86.8 | 94.7 | 100.0 | 75.6 | 90.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 103.9 | 82.7 | 93.4 | 93.5 | 76.9 | 85.3 | 96.9 | 87.6 | 92.3 | 98.0 | 47.2 | 73.4 | 98.5 | 84.3 | 94.8 | 102.5 | 76.9 | 89.9 |
| MF2018 | WEIGHTED AVERAGE | 98.9 | 79.2 | 90.6 | 95.7 | 84.2 | 90.8 | 97.1 | 94.5 | 96.0 | 96.4 | 73.7 | 86.8 | 97.2 | 90.2 | 94.3 | 97.2 | 79.9 | 89.9 |

## IOWA

| DIVISION | | FORT DODGE | | | MASON CITY | | | OTTUMWA | | | SHENANDOAH | | | SIBLEY | | | SIOUX CITY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 98.8 | 98.8 | | 98.8 | 98.8 | | 94.5 | 94.5 | | 95.0 | 95.0 | | 98.8 | 98.8 | | 98.8 | 98.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 101.4 | 90.5 | 93.9 | 101.5 | 91.5 | 94.6 | 98.0 | 86.7 | 90.2 | 102.6 | 88.6 | 92.9 | 117.9 | 91.6 | 96.6 | 109.6 | 93.3 | 98.3 |
| 0310 | Concrete Forming & Accessories | 79.8 | 78.0 | 78.3 | 83.6 | 71.4 | 73.2 | 91.9 | 87.1 | 87.8 | 85.1 | 77.2 | 78.3 | 85.7 | 37.8 | 44.9 | 102.5 | 75.5 | 79.4 |
| 0320 | Concrete Reinforcing | 96.3 | 85.2 | 90.9 | 96.2 | 85.2 | 90.9 | 94.7 | 98.0 | 96.3 | 97.3 | 85.8 | 91.7 | 97.3 | 85.1 | 91.4 | 95.3 | 100.8 | 98.0 |
| 0330 | Cast-in-Place Concrete | 107.6 | 41.9 | 83.1 | 107.6 | 71.2 | 94.0 | 108.0 | 63.9 | 91.6 | 108.1 | 82.6 | 98.6 | 105.9 | 55.5 | 87.2 | 106.6 | 89.3 | 100.2 |
| 03 | CONCRETE | 93.1 | 61.6 | 81.9 | 93.3 | 74.8 | 85.2 | 95.4 | 81.5 | 89.4 | 95.6 | 81.5 | 89.4 | 94.7 | 54.1 | 76.8 | 95.3 | 85.6 | 91.0 |
| 04 | MASONRY | 98.6 | 51.9 | 69.9 | 111.6 | 68.0 | 84.8 | 102.3 | 55.2 | 73.3 | 106.0 | 74.5 | 86.6 | 124.6 | 52.2 | 80.1 | 99.2 | 70.0 | 81.2 |
| 05 | METALS | 88.5 | 94.0 | 90.1 | 88.5 | 94.2 | 90.2 | 87.9 | 99.7 | 91.3 | 94.2 | 95.6 | 94.6 | 88.1 | 93.3 | 89.7 | 90.3 | 101.3 | 93.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 70.1 | 88.4 | 80.2 | 74.0 | 70.9 | 72.3 | 85.7 | 97.9 | 92.4 | 78.3 | 78.5 | 78.4 | 79.1 | 34.2 | 54.4 | 98.9 | 74.4 | 85.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 105.5 | 66.2 | 88.0 | 105.0 | 70.5 | 90.0 | 105.3 | 70.3 | 90.1 | 104.0 | 73.3 | 90.7 | 104.3 | 55.2 | 82.9 | 104.9 | 73.4 | 91.2 |
| 08 | OPENINGS | 102.5 | 75.9 | 96.3 | 94.7 | 77.9 | 90.8 | 98.8 | 92.8 | 97.4 | 90.2 | 76.4 | 87.0 | 95.6 | 46.0 | 84.0 | 99.3 | 81.6 | 95.1 |
| 0920 | Plaster & Gypsum Board | 95.8 | 88.3 | 90.8 | 95.8 | 70.3 | 78.6 | 101.5 | 98.3 | 99.3 | 100.9 | 78.3 | 85.7 | 100.9 | 32.5 | 54.9 | 110.3 | 73.8 | 85.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 90.2 | 88.3 | 88.9 | 90.2 | 70.3 | 76.8 | 99.0 | 98.3 | 98.5 | 99.0 | 78.3 | 85.0 | 100.0 | 32.5 | 54.2 | 101.4 | 73.8 | 82.8 |
| 0960 | Flooring | 82.6 | 69.1 | 78.8 | 84.6 | 69.1 | 80.2 | 102.2 | 69.1 | 92.9 | 87.7 | 73.9 | 83.8 | 89.9 | 69.1 | 83.3 | 96.1 | 73.3 | 89.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 83.6 | 81.3 | 82.2 | 83.6 | 84.6 | 84.2 | 93.9 | 84.6 | 88.4 | 89.6 | 84.6 | 86.6 | 92.8 | 83.6 | 87.3 | 92.8 | 69.1 | 78.8 |
| 09 | FINISHES | 87.0 | 78.0 | 82.1 | 87.6 | 72.1 | 79.2 | 95.9 | 84.8 | 89.9 | 91.1 | 77.1 | 83.5 | 93.3 | 46.4 | 67.9 | 97.2 | 73.8 | 84.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 84.8 | 96.6 | 100.0 | 88.2 | 97.4 | 100.0 | 87.3 | 97.2 | 100.0 | 88.2 | 97.4 | 100.0 | 78.9 | 95.3 | 100.0 | 91.4 | 98.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.3 | 71.4 | 86.6 | 96.3 | 77.7 | 89.0 | 96.5 | 73.1 | 87.3 | 96.5 | 83.9 | 91.6 | 96.5 | 71.5 | 86.7 | 100.0 | 81.2 | 92.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.8 | 69.4 | 84.8 | 98.9 | 47.2 | 73.4 | 100.9 | 71.0 | 86.2 | 98.8 | 78.4 | 88.7 | 98.8 | 47.2 | 73.4 | 98.4 | 74.0 | 86.6 |
| MF2018 | WEIGHTED AVERAGE | 95.5 | 73.7 | 86.3 | 95.3 | 74.0 | 86.3 | 96.3 | 78.7 | 88.9 | 96.1 | 81.9 | 90.1 | 96.8 | 62.4 | 82.3 | 97.7 | 81.5 | 90.9 |

| DIVISION | | IOWA | | | | | | KANSAS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SPENCER | | | WATERLOO | | | BELLEVILLE | | | COLBY | | | DODGE CITY | | | EMPORIA | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 98.8 | 98.8 | | 98.8 | 98.8 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 101.9 | 101.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 107.8 | 90.4 | 95.7 | 106.9 | 92.7 | 97.1 | 111.3 | 92.0 | 98.0 | 106.7 | 92.7 | 97.0 | 109.4 | 91.7 | 97.2 | 103.1 | 89.7 | 93.8 |
| 0310 | Concrete Forming & Accessories | 91.8 | 37.5 | 45.5 | 94.4 | 68.7 | 72.5 | 94.8 | 54.3 | 60.3 | 97.5 | 61.2 | 66.6 | 91.1 | 61.1 | 65.5 | 86.2 | 70.0 | 72.4 |
| 0320 | Concrete Reinforcing | 97.3 | 85.1 | 91.4 | 96.9 | 80.3 | 88.9 | 98.9 | 102.6 | 100.7 | 97.1 | 102.6 | 99.8 | 94.7 | 102.3 | 98.4 | 97.5 | 102.8 | 100.1 |
| 0330 | Cast-in-Place Concrete | 105.9 | 65.5 | 90.9 | 115.2 | 84.0 | 103.6 | 121.0 | 83.5 | 107.1 | 119.5 | 87.2 | 107.5 | 121.6 | 86.9 | 108.7 | 117.0 | 87.3 | 106.0 |
| 03 | CONCRETE | 95.0 | 57.4 | 78.5 | 99.0 | 77.2 | 89.4 | 110.5 | 74.3 | 94.6 | 108.3 | 78.7 | 95.3 | 109.7 | 78.5 | 96.0 | 103.1 | 82.8 | 94.2 |
| 04 | MASONRY | 124.6 | 52.2 | 80.1 | 99.4 | 75.1 | 84.5 | 86.4 | 58.5 | 69.3 | 100.5 | 64.6 | 78.4 | 110.7 | 59.6 | 79.3 | 91.8 | 66.0 | 76.0 |
| 05 | METALS | 88.1 | 93.0 | 89.5 | 90.7 | 93.6 | 91.4 | 95.6 | 99.2 | 96.7 | 92.8 | 100.0 | 94.9 | 94.2 | 98.6 | 95.5 | 95.3 | 100.2 | 96.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 85.5 | 34.2 | 57.3 | 87.2 | 64.4 | 74.6 | 93.3 | 51.2 | 70.1 | 96.9 | 57.4 | 75.2 | 88.9 | 57.4 | 71.5 | 84.3 | 68.8 | 75.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 105.3 | 55.8 | 83.8 | 105.3 | 77.2 | 93.0 | 91.4 | 62.1 | 78.7 | 97.8 | 65.4 | 83.7 | 97.8 | 66.6 | 84.2 | 89.5 | 75.4 | 83.3 |
| 08 | OPENINGS | 106.7 | 46.0 | 92.5 | 95.1 | 72.9 | 90.0 | 94.1 | 62.5 | 86.7 | 97.9 | 65.9 | 90.4 | 97.8 | 65.9 | 90.4 | 92.1 | 74.4 | 88.0 |
| 0920 | Plaster & Gypsum Board | 101.5 | 32.5 | 55.1 | 103.8 | 63.6 | 76.7 | 88.7 | 50.0 | 62.6 | 96.8 | 56.3 | 69.6 | 90.5 | 56.3 | 67.5 | 85.5 | 68.1 | 73.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 99.0 | 32.5 | 54.2 | 91.8 | 63.6 | 72.8 | 76.5 | 50.0 | 58.6 | 77.3 | 56.3 | 63.2 | 77.3 | 56.3 | 63.2 | 76.5 | 68.1 | 70.8 |
| 0960 | Flooring | 91.6 | 69.1 | 85.3 | 89.6 | 78.9 | 86.6 | 92.9 | 68.4 | 86.0 | 87.6 | 68.4 | 82.2 | 83.8 | 68.4 | 79.4 | 88.3 | 68.4 | 82.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.8 | 57.2 | 71.7 | 83.6 | 81.3 | 82.2 | 89.7 | 57.9 | 70.9 | 96.1 | 57.9 | 73.5 | 96.1 | 57.9 | 73.5 | 89.7 | 57.9 | 70.9 |
| 09 | FINISHES | 94.2 | 42.3 | 66.1 | 90.7 | 70.9 | 80.0 | 86.1 | 55.7 | 69.6 | 84.7 | 60.8 | 71.8 | 82.8 | 60.8 | 70.9 | 83.3 | 61.6 | 74.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 78.9 | 95.3 | 100.0 | 91.0 | 98.0 | 100.0 | 83.3 | 96.3 | 100.0 | 86.1 | 96.9 | 100.0 | 86.0 | 96.9 | 100.0 | 85.9 | 96.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.3 | 71.5 | 86.7 | 99.9 | 80.1 | 92.1 | 96.4 | 70.3 | 86.1 | 96.5 | 71.1 | 86.5 | 100.0 | 71.1 | 88.7 | 96.4 | 73.5 | 87.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 100.4 | 47.2 | 74.2 | 95.4 | 61.6 | 78.7 | 104.1 | 62.7 | 83.7 | 95.5 | 67.9 | 81.9 | 92.5 | 67.9 | 80.6 | 101.4 | 66.9 | 84.4 |
| MF2018 | WEIGHTED AVERAGE | 98.2 | 62.3 | 83.0 | 96.8 | 77.4 | 88.6 | 97.9 | 70.7 | 86.4 | 97.3 | 74.0 | 87.4 | 98.6 | 73.3 | 87.9 | 96.1 | 76.5 | 87.8 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## KANSAS

| DIVISION | | FORT SCOTT MAT. | INST. | TOTAL | HAYS MAT. | INST. | TOTAL | HUTCHINSON MAT. | INST. | TOTAL | INDEPENDENCE MAT. | INST. | TOTAL | KANSAS CITY MAT. | INST. | TOTAL | LIBERAL MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 102.8 | 102.8 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 100.4 | 100.4 | | 103.7 | 103.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 99.9 | 89.7 | 92.8 | 111.4 | 92.2 | 98.2 | 90.6 | 92.7 | 92.0 | 110.2 | 92.7 | 98.1 | 94.3 | 90.2 | 91.5 | 111.3 | 92.3 | 98.2 |
| 0310 | Concrete Forming & Accessories | 102.8 | 82.9 | 85.9 | 95.2 | 58.9 | 64.3 | 86.0 | 56.6 | 61.0 | 105.8 | 67.8 | 73.4 | 99.4 | 98.4 | 98.6 | 91.5 | 58.8 | 63.7 |
| 0320 | Concrete Reinforcing | 96.9 | 100.8 | 98.8 | 94.7 | 102.6 | 98.5 | 94.7 | 102.6 | 98.5 | 94.1 | 100.8 | 97.3 | 94.0 | 105.3 | 99.4 | 96.1 | 102.3 | 99.1 |
| 0330 | Cast-in-Place Concrete | 108.5 | 82.4 | 98.8 | 94.2 | 83.6 | 90.5 | 87.3 | 86.9 | 87.2 | 122.1 | 87.1 | 109.1 | 92.9 | 97.4 | 94.6 | 94.2 | 83.5 | 90.3 |
| 03 | CONCRETE | 98.4 | 86.6 | 93.2 | 99.8 | 76.5 | 89.6 | 83.0 | 76.5 | 80.2 | 110.8 | 81.3 | 97.8 | 90.7 | 99.7 | 94.6 | 101.7 | 76.3 | 90.5 |
| 04 | MASONRY | 92.7 | 56.1 | 70.2 | 109.5 | 58.6 | 78.2 | 100.2 | 64.5 | 78.3 | 97.8 | 64.5 | 77.3 | 93.5 | 98.1 | 96.3 | 108.2 | 53.6 | 74.6 |
| 05 | METALS | 95.3 | 99.0 | 96.4 | 92.3 | 99.8 | 94.5 | 92.1 | 99.0 | 94.1 | 92.0 | 98.8 | 94.0 | 103.1 | 106.2 | 104.0 | 92.6 | 98.7 | 94.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 103.8 | 90.5 | 96.5 | 93.9 | 57.4 | 73.8 | 84.0 | 51.4 | 66.0 | 107.3 | 65.9 | 84.5 | 99.6 | 98.5 | 99.0 | 89.6 | 57.4 | 71.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 90.5 | 72.8 | 82.8 | 98.1 | 62.8 | 82.8 | 96.6 | 64.3 | 82.5 | 97.8 | 74.9 | 87.9 | 90.3 | 99.3 | 94.2 | 98.3 | 60.9 | 82.0 |
| 08 | OPENINGS | 92.1 | 85.9 | 90.6 | 97.8 | 65.9 | 90.4 | 97.8 | 62.6 | 89.6 | 95.9 | 70.2 | 89.9 | 93.2 | 97.4 | 94.2 | 97.9 | 65.9 | 90.4 |
| 0920 | Plaster & Gypsum Board | 91.2 | 90.4 | 90.7 | 94.3 | 56.3 | 68.7 | 89.2 | 50.2 | 63.0 | 105.0 | 65.1 | 78.1 | 84.8 | 98.6 | 94.1 | 91.4 | 56.3 | 67.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 76.5 | 90.4 | 85.9 | 77.3 | 56.3 | 63.2 | 77.3 | 50.2 | 59.0 | 77.3 | 65.1 | 69.0 | 76.5 | 98.6 | 91.4 | 77.3 | 56.3 | 63.2 |
| 0960 | Flooring | 102.6 | 66.9 | 92.5 | 86.4 | 68.4 | 81.3 | 80.9 | 68.4 | 77.3 | 92.0 | 66.9 | 84.9 | 82.4 | 95.3 | 86.0 | 84.1 | 68.4 | 79.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 91.3 | 77.5 | 83.1 | 96.1 | 57.9 | 73.5 | 96.1 | 57.9 | 73.5 | 96.1 | 57.9 | 73.5 | 97.1 | 102.7 | 100.4 | 96.1 | 57.9 | 73.5 |
| 09 | FINISHES | 88.5 | 80.7 | 84.3 | 84.5 | 59.3 | 70.9 | 80.3 | 57.3 | 67.9 | 87.3 | 66.1 | 75.8 | 83.6 | 98.3 | 91.5 | 83.7 | 59.3 | 70.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 86.8 | 97.1 | 100.0 | 84.0 | 96.4 | 100.0 | 85.4 | 96.7 | 100.0 | 87.0 | 97.1 | 100.0 | 94.5 | 98.8 | 100.0 | 84.0 | 96.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.4 | 67.4 | 85.0 | 96.5 | 67.4 | 85.1 | 96.5 | 71.1 | 86.5 | 96.5 | 70.4 | 86.3 | 99.9 | 99.1 | 99.6 | 96.5 | 69.3 | 85.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 106.2 | 98.1 | 102.0 | 92.3 | 77.4 | 84.5 | 94.6 | 91.3 | 92.9 | 95.9 | 73.8 | 84.5 | 97.2 | 72.8 | 82.7 | 106.2 | 98.1 | 102.2 |
| MF2018 | WEIGHTED AVERAGE | 96.0 | 77.1 | 88.0 | 96.5 | 72.0 | 86.1 | 92.5 | 71.9 | 83.8 | 102.9 | 76.0 | 88.2 | 97.3 | 98.6 | 97.8 | 96.5 | 71.7 | 86.0 |

## KANSAS / KENTUCKY

| DIVISION | | SALINA MAT. | INST. | TOTAL | TOPEKA MAT. | INST. | TOTAL | WICHITA MAT. | INST. | TOTAL | ASHLAND MAT. | INST. | TOTAL | BOWLING GREEN MAT. | INST. | TOTAL | CAMPTON MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 103.7 | 103.7 | | 105.0 | 105.0 | | 106.7 | 106.7 | | 97.4 | 97.4 | | 90.6 | 90.6 | | 96.8 | 96.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 99.8 | 92.2 | 94.6 | 98.4 | 94.4 | 95.6 | 96.8 | 98.5 | 97.9 | 114.0 | 78.8 | 89.7 | 78.7 | 89.4 | 86.1 | 87.5 | 90.7 | 89.7 |
| 0310 | Concrete Forming & Accessories | 87.8 | 61.4 | 65.3 | 96.7 | 66.1 | 70.7 | 92.9 | 57.0 | 62.3 | 87.2 | 89.6 | 89.3 | 86.5 | 78.8 | 79.9 | 89.3 | 80.9 | 82.2 |
| 0320 | Concrete Reinforcing | 94.1 | 100.5 | 97.2 | 93.3 | 103.8 | 98.5 | 92.4 | 100.4 | 96.3 | 92.5 | 94.2 | 93.3 | 89.7 | 76.8 | 83.5 | 90.6 | 93.0 | 91.7 |
| 0330 | Cast-in-Place Concrete | 105.6 | 83.8 | 97.5 | 97.6 | 86.4 | 93.4 | 98.7 | 79.5 | 91.5 | 89.1 | 94.6 | 91.1 | 88.4 | 69.7 | 81.4 | 98.6 | 68.1 | 87.2 |
| 03 | CONCRETE | 96.8 | 77.3 | 88.2 | 92.3 | 80.8 | 87.3 | 92.4 | 73.7 | 84.2 | 93.1 | 93.3 | 93.2 | 91.6 | 75.7 | 84.6 | 95.0 | 78.8 | 87.9 |
| 04 | MASONRY | 125.4 | 54.9 | 82.1 | 87.7 | 64.3 | 73.3 | 97.5 | 54.1 | 70.8 | 90.7 | 92.0 | 91.5 | 92.7 | 69.2 | 78.3 | 89.7 | 54.7 | 68.2 |
| 05 | METALS | 94.0 | 98.9 | 95.5 | 99.5 | 100.0 | 99.6 | 96.2 | 97.5 | 96.6 | 95.1 | 107.7 | 98.8 | 96.7 | 82.8 | 92.6 | 96.0 | 89.8 | 94.2 |
| 06 | WOOD, PLASTICS & COMPOSITES | 85.4 | 60.7 | 71.8 | 99.9 | 65.2 | 80.8 | 98.7 | 54.4 | 74.3 | 73.4 | 87.7 | 81.3 | 85.7 | 80.6 | 82.9 | 84.2 | 88.3 | 86.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 97.2 | 62.1 | 82.0 | 94.0 | 74.7 | 85.6 | 96.2 | 60.8 | 80.8 | 91.2 | 88.3 | 90.0 | 87.6 | 77.9 | 83.4 | 100.2 | 67.8 | 86.1 |
| 08 | OPENINGS | 97.8 | 67.3 | 90.7 | 103.5 | 74.1 | 96.7 | 101.3 | 63.8 | 92.5 | 90.6 | 89.0 | 90.2 | 91.4 | 77.1 | 88.1 | 92.6 | 87.4 | 91.4 |
| 0920 | Plaster & Gypsum Board | 89.2 | 59.8 | 69.4 | 99.5 | 64.2 | 75.7 | 95.7 | 53.1 | 67.0 | 59.3 | 87.6 | 78.4 | 87.6 | 80.6 | 82.9 | 87.6 | 87.6 | 87.6 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 77.3 | 59.8 | 65.5 | 87.2 | 64.2 | 71.7 | 88.0 | 53.1 | 64.5 | 77.0 | 87.6 | 84.2 | 81.6 | 80.6 | 80.9 | 81.6 | 87.6 | 85.7 |
| 0960 | Flooring | 82.2 | 68.4 | 78.3 | 98.2 | 68.4 | 89.8 | 94.3 | 68.4 | 87.0 | 73.8 | 81.3 | 75.9 | 89.5 | 61.9 | 81.8 | 91.6 | 64.3 | 83.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 96.1 | 57.9 | 73.5 | 92.8 | 67.7 | 78.0 | 94.9 | 57.9 | 73.0 | 91.6 | 90.4 | 90.9 | 90.3 | 67.6 | 76.9 | 90.3 | 53.9 | 68.8 |
| 09 | FINISHES | 81.5 | 61.3 | 70.6 | 93.9 | 65.7 | 78.6 | 90.3 | 57.7 | 72.7 | 76.1 | 88.1 | 82.6 | 87.1 | 74.6 | 80.3 | 87.9 | 75.9 | 81.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 85.3 | 96.7 | 100.0 | 80.3 | 95.6 | 100.0 | 85.1 | 96.7 | 100.0 | 88.2 | 97.4 | 100.0 | 84.4 | 96.5 | 100.0 | 47.8 | 88.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 70.5 | 88.5 | 100.0 | 73.2 | 89.5 | 99.8 | 71.0 | 88.5 | 96.2 | 85.0 | 91.8 | 99.9 | 77.0 | 90.9 | 96.4 | 76.4 | 88.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 92.7 | 73.8 | 83.4 | 105.1 | 71.9 | 88.7 | 95.9 | 73.8 | 85.1 | 91.9 | 88.3 | 90.1 | 94.6 | 74.7 | 84.8 | 92.1 | 88.2 | 90.2 |
| MF2018 | WEIGHTED AVERAGE | 97.2 | 73.5 | 87.2 | 98.6 | 76.5 | 89.3 | 97.0 | 72.6 | 86.7 | 93.2 | 89.7 | 91.7 | 94.6 | 77.2 | 87.3 | 94.4 | 78.0 | 87.5 |

## KENTUCKY

| DIVISION | | CORBIN MAT. | INST. | TOTAL | COVINGTON MAT. | INST. | TOTAL | ELIZABETHTOWN MAT. | INST. | TOTAL | FRANKFORT MAT. | INST. | TOTAL | HAZARD MAT. | INST. | TOTAL | HENDERSON MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 96.8 | 96.8 | | 100.6 | 100.6 | | 90.6 | 90.6 | | 100.1 | 100.1 | | 96.8 | 96.8 | | 110.3 | 110.3 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 91.6 | 91.2 | 91.3 | 82.7 | 101.9 | 95.9 | 72.9 | 89.3 | 84.3 | 90.0 | 96.8 | 94.7 | 85.3 | 91.8 | 89.7 | 81.7 | 114.6 | 104.5 |
| 0310 | Concrete Forming & Accessories | 85.0 | 76.0 | 77.3 | 84.9 | 70.8 | 72.8 | 81.3 | 72.1 | 73.5 | 102.0 | 78.5 | 82.0 | 85.8 | 81.8 | 82.4 | 92.3 | 77.1 | 79.3 |
| 0320 | Concrete Reinforcing | 89.6 | 92.3 | 90.9 | 89.3 | 78.6 | 84.1 | 90.2 | 83.7 | 87.0 | 94.0 | 84.0 | 89.2 | 91.0 | 92.5 | 91.7 | 89.8 | 84.4 | 87.2 |
| 0330 | Cast-in-Place Concrete | 91.0 | 72.5 | 84.1 | 94.3 | 79.6 | 88.9 | 79.9 | 67.6 | 75.3 | 91.1 | 77.0 | 85.8 | 94.8 | 69.6 | 85.4 | 78.1 | 84.5 | 80.5 |
| 03 | CONCRETE | 84.2 | 78.0 | 81.5 | 93.4 | 76.1 | 85.8 | 83.5 | 73.1 | 79.0 | 87.1 | 79.3 | 83.6 | 91.8 | 79.7 | 86.5 | 88.7 | 81.3 | 85.5 |
| 04 | MASONRY | 81.9 | 60.0 | 68.4 | 104.0 | 72.0 | 84.3 | 77.4 | 61.8 | 67.8 | 78.6 | 74.2 | 75.9 | 88.6 | 56.8 | 69.0 | 96.0 | 78.7 | 85.4 |
| 05 | METALS | 90.9 | 89.3 | 90.5 | 93.9 | 88.1 | 92.2 | 95.9 | 85.3 | 92.7 | 93.1 | 86.4 | 91.1 | 96.0 | 89.8 | 94.2 | 86.8 | 87.0 | 86.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 72.1 | 77.6 | 75.1 | 81.8 | 68.3 | 74.3 | 80.6 | 73.9 | 76.9 | 101.5 | 77.7 | 88.4 | 80.9 | 88.3 | 85.0 | 88.4 | 75.8 | 81.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.8 | 69.5 | 88.9 | 101.1 | 72.1 | 88.5 | 87.0 | 68.5 | 79.0 | 101.8 | 75.7 | 90.5 | 100.1 | 69.5 | 86.8 | 99.3 | 82.8 | 92.1 |
| 08 | OPENINGS | 87.3 | 70.5 | 83.4 | 94.5 | 71.8 | 89.2 | 91.4 | 73.0 | 87.1 | 98.9 | 78.4 | 94.1 | 93.0 | 87.2 | 91.6 | 89.6 | 78.5 | 87.0 |
| 0920 | Plaster & Gypsum Board | 88.4 | 76.6 | 80.5 | 68.2 | 68.0 | 68.1 | 86.3 | 73.7 | 77.8 | 91.6 | 76.6 | 81.5 | 86.3 | 87.6 | 87.2 | 90.9 | 74.8 | 79.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 74.7 | 76.6 | 76.0 | 84.0 | 68.0 | 73.2 | 81.6 | 73.7 | 76.2 | 90.5 | 76.6 | 81.1 | 81.6 | 87.6 | 85.7 | 76.7 | 74.8 | 75.4 |
| 0960 | Flooring | 88.4 | 64.3 | 81.6 | 66.3 | 83.5 | 71.1 | 86.9 | 73.8 | 83.2 | 98.9 | 78.6 | 93.2 | 89.8 | 68.2 | 83.6 | 93.2 | 76.0 | 88.4 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 87.2 | 62.0 | 72.3 | 85.2 | 71.1 | 76.9 | 90.3 | 68.1 | 77.2 | 94.2 | 91.7 | 92.8 | 90.3 | 53.9 | 68.8 | 90.3 | 86.7 | 88.2 |
| 09 | FINISHES | 83.0 | 72.5 | 77.3 | 77.8 | 72.7 | 75.0 | 85.8 | 71.6 | 78.1 | 93.2 | 80.2 | 86.2 | 87.7 | 76.4 | 81.3 | 87.1 | 77.9 | 82.1 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 89.8 | 97.7 | 100.0 | 85.9 | 96.8 | 100.0 | 70.0 | 93.3 | 100.0 | 58.5 | 90.8 | 100.0 | 48.5 | 88.5 | 100.0 | 55.8 | 90.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 74.2 | 87.7 | 97.0 | 76.8 | 88.8 | 96.6 | 77.9 | 89.3 | 99.9 | 81.0 | 92.5 | 96.4 | 77.5 | 89.0 | 96.6 | 79.3 | 89.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 90.8 | 78.0 | 85.4 | 95.6 | 72.4 | 84.2 | 91.9 | 77.9 | 85.0 | 100.6 | 77.9 | 89.4 | 92.1 | 88.2 | 90.2 | 94.0 | 77.9 | 86.1 |
| MF2018 | WEIGHTED AVERAGE | 90.8 | 78.0 | 85.4 | 94.3 | 77.8 | 87.3 | 91.3 | 75.6 | 84.7 | 95.4 | 80.3 | 89.0 | 93.8 | 78.7 | 87.4 | 92.2 | 81.9 | 87.8 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## KENTUCKY

| DIVISION | | LEXINGTON | | | LOUISVILLE | | | OWENSBORO | | | PADUCAH | | | PIKEVILLE | | | SOMERSET | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 96.8 | 96.8 | | 93.7 | 93.7 | | 110.3 | 110.3 | | 110.3 | 110.3 | | 97.4 | 97.4 | | 96.8 | 96.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 93.8 | 92.8 | 93.1 | 87.8 | 94.4 | 92.3 | 91.8 | 115.3 | 108.0 | 84.4 | 114.8 | 105.4 | 125.2 | 78.0 | 92.6 | 77.9 | 91.2 | 87.1 |
| 0310 | Concrete Forming & Accessories | 96.5 | 73.7 | 77.1 | 93.5 | 79.1 | 81.2 | 90.8 | 76.8 | 78.9 | 88.8 | 81.2 | 82.3 | 96.0 | 85.6 | 87.2 | 86.8 | 76.6 | 78.1 |
| 0320 | Concrete Reinforcing | 98.4 | 84.0 | 91.4 | 94.8 | 84.2 | 89.6 | 89.8 | 77.3 | 83.8 | 90.4 | 82.5 | 86.6 | 93.0 | 94.1 | 93.5 | 90.2 | 92.5 | 91.3 |
| 0330 | Cast-in-Place Concrete | 93.1 | 84.4 | 89.9 | 89.3 | 70.7 | 82.4 | 91.1 | 83.9 | 88.4 | 93.2 | 81.1 | 82.4 | 97.9 | 89.4 | 94.8 | 81.7 | 87.9 | 81.7 |
| 03 | CONCRETE | 86.9 | 79.7 | 83.8 | 85.8 | 77.4 | 82.1 | 100.7 | 79.8 | 91.5 | 93.3 | 81.7 | 88.2 | 106.8 | 89.7 | 99.3 | 78.6 | 83.7 | 80.8 |
| 04 | MASONRY | 80.6 | 71.1 | 74.8 | 78.7 | 72.0 | 74.6 | 88.8 | 78.6 | 82.5 | 91.5 | 79.2 | 83.9 | 88.5 | 83.2 | 85.3 | 83.3 | 63.2 | 71.0 |
| 05 | METALS | 93.3 | 86.7 | 91.3 | 95.5 | 85.5 | 92.5 | 88.3 | 84.7 | 87.3 | 85.3 | 87.5 | 86.0 | 95.0 | 107.5 | 98.7 | 95.9 | 90.0 | 94.2 |
| 06 | WOOD, PLASTICS & COMPOSITES | 87.3 | 71.6 | 78.6 | 88.8 | 80.8 | 84.4 | 86.3 | 75.8 | 80.5 | 84.0 | 81.4 | 82.6 | 83.3 | 87.7 | 85.7 | 81.5 | 77.6 | 79.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 104.1 | 73.9 | 90.9 | 101.0 | 75.7 | 90.0 | 100.1 | 76.6 | 89.9 | 99.4 | 82.6 | 92.1 | 92.1 | 80.5 | 87.0 | 99.3 | 71.5 | 87.2 |
| 08 | OPENINGS | 87.5 | 74.6 | 84.5 | 88.8 | 76.8 | 86.0 | 89.6 | 76.7 | 86.6 | 89.0 | 81.1 | 87.1 | 91.2 | 85.7 | 89.9 | 92.1 | 77.1 | 88.6 |
| 0920 | Plaster & Gypsum Board | 97.7 | 70.4 | 79.4 | 93.7 | 80.6 | 84.9 | 89.3 | 74.8 | 79.5 | 88.6 | 80.6 | 83.2 | 63.1 | 87.6 | 79.6 | 86.3 | 76.6 | 79.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 77.9 | 70.4 | 72.9 | 82.8 | 80.6 | 81.3 | 76.7 | 74.8 | 75.4 | 76.7 | 80.6 | 79.3 | 77.0 | 87.6 | 84.2 | 81.6 | 76.6 | 78.2 |
| 0960 | Flooring | 93.4 | 64.3 | 85.2 | 95.0 | 62.9 | 86.0 | 92.6 | 61.9 | 84.0 | 91.5 | 76.0 | 87.2 | 78.1 | 64.3 | 74.2 | 90.1 | 64.3 | 82.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 87.2 | 79.7 | 82.8 | 93.9 | 68.1 | 78.7 | 90.3 | 86.7 | 88.2 | 90.3 | 73.1 | 80.2 | 91.6 | 91.7 | 91.7 | 90.3 | 68.1 | 77.2 |
| 09 | FINISHES | 86.4 | 72.0 | 78.6 | 90.8 | 74.9 | 82.2 | 87.3 | 74.7 | 80.5 | 86.5 | 79.4 | 82.7 | 78.7 | 82.6 | 80.8 | 86.4 | 73.3 | 79.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 92.1 | 98.2 | 100.0 | 90.5 | 97.9 | 100.0 | 93.0 | 98.4 | 100.0 | 91.1 | 98.0 | 100.0 | 48.2 | 88.4 | 100.0 | 89.2 | 97.6 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 76.4 | 90.8 | 99.9 | 80.0 | 92.1 | 99.9 | 77.1 | 91.0 | 96.6 | 78.2 | 89.4 | 96.2 | 82.3 | 90.7 | 96.6 | 74.0 | 87.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 92.5 | 74.7 | 83.7 | 96.4 | 77.9 | 87.3 | 94.1 | 73.7 | 84.0 | 94.3 | 76.3 | 84.8 | 96.6 | 77.3 | 86.9 | 92.5 | 88.2 | 90.4 |
| MF2018 | WEIGHTED AVERAGE | 93.1 | 78.1 | 86.7 | 93.9 | 79.6 | 87.8 | 94.7 | 81.0 | 88.9 | 92.4 | 83.2 | 88.6 | 95.8 | 85.4 | 91.4 | 91.6 | 79.5 | 86.5 |

## LOUISIANA

| DIVISION | | ALEXANDRIA | | | BATON ROUGE | | | HAMMOND | | | LAFAYETTE | | | LAKE CHARLES | | | MONROE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 90.9 | 90.9 | | 91.9 | 91.9 | | 89.3 | 89.3 | | 89.3 | 89.3 | | 88.8 | 88.8 | | 90.9 | 90.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 98.7 | 87.7 | 91.1 | 102.1 | 91.2 | 94.6 | 101.2 | 85.7 | 90.5 | 102.5 | 87.9 | 92.4 | 103.2 | 87.1 | 92.0 | 98.7 | 87.6 | 91.1 |
| 0310 | Concrete Forming & Accessories | 77.8 | 60.0 | 62.6 | 99.0 | 71.8 | 75.8 | 79.0 | 54.9 | 58.5 | 95.6 | 67.8 | 71.9 | 96.4 | 67.8 | 72.0 | 77.4 | 59.4 | 62.1 |
| 0320 | Concrete Reinforcing | 92.2 | 54.3 | 73.9 | 93.3 | 54.3 | 74.5 | 92.1 | 54.3 | 73.8 | 93.4 | 54.3 | 74.5 | 91.2 | 54.3 | 73.3 | 92.3 | 64.1 | 73.3 |
| 0330 | Cast-in-Place Concrete | 89.0 | 66.2 | 80.5 | 88.8 | 73.1 | 82.9 | 87.6 | 62.6 | 78.3 | 87.1 | 66.1 | 79.3 | 91.7 | 66.1 | 82.2 | 89.0 | 64.1 | 79.7 |
| 03 | CONCRETE | 82.8 | 62.0 | 73.6 | 85.5 | 69.8 | 78.6 | 85.8 | 58.3 | 73.7 | 86.8 | 65.4 | 77.4 | 89.0 | 65.4 | 78.6 | 82.6 | 61.0 | 73.1 |
| 04 | MASONRY | 109.3 | 64.3 | 81.6 | 91.7 | 66.7 | 76.3 | 95.3 | 60.0 | 73.6 | 95.3 | 66.6 | 77.7 | 94.7 | 66.6 | 77.5 | 103.9 | 63.1 | 78.8 |
| 05 | METALS | 92.6 | 70.9 | 86.2 | 96.9 | 74.0 | 90.1 | 88.4 | 69.3 | 82.8 | 87.7 | 69.6 | 82.4 | 87.7 | 69.6 | 82.4 | 92.6 | 70.8 | 86.2 |
| 06 | WOOD, PLASTICS & COMPOSITES | 89.2 | 58.8 | 72.5 | 103.0 | 73.2 | 86.6 | 83.0 | 54.3 | 67.2 | 103.7 | 68.0 | 84.1 | 101.9 | 68.0 | 83.3 | 88.6 | 58.8 | 72.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 99.0 | 65.6 | 84.5 | 97.7 | 69.3 | 85.3 | 96.7 | 62.9 | 82.0 | 97.3 | 67.4 | 84.3 | 97.1 | 67.2 | 84.1 | 99.0 | 64.8 | 84.1 |
| 08 | OPENINGS | 110.8 | 58.6 | 98.6 | 97.9 | 70.4 | 91.5 | 96.2 | 54.9 | 86.6 | 99.8 | 62.2 | 91.0 | 99.8 | 62.2 | 91.0 | 110.7 | 57.1 | 98.2 |
| 0920 | Plaster & Gypsum Board | 83.6 | 58.1 | 66.4 | 101.0 | 72.7 | 82.0 | 100.0 | 53.4 | 68.7 | 108.6 | 67.6 | 81.0 | 108.6 | 67.6 | 81.0 | 83.3 | 58.1 | 66.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 87.1 | 58.1 | 67.6 | 92.9 | 72.7 | 79.3 | 96.9 | 53.4 | 67.6 | 94.4 | 67.6 | 76.3 | 95.3 | 67.6 | 76.6 | 87.3 | 58.1 | 67.6 |
| 0960 | Flooring | 85.1 | 68.2 | 80.4 | 93.0 | 68.2 | 86.0 | 89.9 | 68.2 | 83.8 | 98.2 | 68.2 | 89.8 | 98.2 | 68.2 | 89.8 | 85.1 | 68.2 | 80.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 88.8 | 59.7 | 71.6 | 94.7 | 59.7 | 74.0 | 97.7 | 59.9 | 75.3 | 97.7 | 59.7 | 75.2 | 97.7 | 59.7 | 75.2 | 88.8 | 59.7 | 71.6 |
| 09 | FINISHES | 80.9 | 61.2 | 70.2 | 92.2 | 70.3 | 80.3 | 90.4 | 57.5 | 72.6 | 93.5 | 67.2 | 79.3 | 93.7 | 67.2 | 79.4 | 80.7 | 60.9 | 70.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 79.1 | 95.3 | 100.0 | 84.2 | 96.5 | 100.0 | 80.7 | 95.7 | 100.0 | 83.3 | 96.3 | 100.0 | 83.3 | 96.3 | 100.0 | 78.9 | 95.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 63.2 | 85.6 | 99.9 | 64.1 | 85.9 | 96.7 | 61.0 | 82.7 | 100.2 | 64.2 | 86.0 | 100.2 | 64.5 | 86.2 | 100.0 | 61.9 | 85.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.3 | 61.4 | 78.1 | 101.7 | 58.0 | 80.2 | 97.0 | 69.6 | 83.5 | 98.1 | 63.8 | 81.2 | 97.7 | 65.9 | 82.0 | 95.7 | 57.3 | 76.9 |
| MF2018 | WEIGHTED AVERAGE | 95.9 | 65.6 | 83.1 | 96.6 | 69.3 | 85.1 | 93.7 | 64.4 | 81.3 | 95.4 | 67.9 | 83.8 | 95.6 | 68.2 | 84.1 | 95.8 | 64.4 | 82.5 |

## LOUISIANA / MAINE

| DIVISION | | NEW ORLEANS | | | SHREVEPORT | | | THIBODAUX | | | AUGUSTA | | | BANGOR | | | BATH | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 88.6 | 88.6 | | 93.9 | 93.9 | | 89.3 | 89.3 | | 98.4 | 98.4 | | 95.7 | 95.7 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 104.3 | 93.9 | 97.1 | 101.1 | 92.3 | 95.0 | 103.6 | 87.6 | 92.6 | 88.2 | 98.0 | 95.0 | 90.6 | 95.5 | 94.0 | 88.3 | 94.2 | 92.4 |
| 0310 | Concrete Forming & Accessories | 95.7 | 68.9 | 72.8 | 92.9 | 60.3 | 65.1 | 90.2 | 64.5 | 68.2 | 98.6 | 78.6 | 81.5 | 93.0 | 76.5 | 79.0 | 89.1 | 78.4 | 80.0 |
| 0320 | Concrete Reinforcing | 92.9 | 54.4 | 74.3 | 92.5 | 54.3 | 74.0 | 92.1 | 54.3 | 73.8 | 102.6 | 81.1 | 92.2 | 94.1 | 81.1 | 87.8 | 93.1 | 81.1 | 87.3 |
| 0330 | Cast-in-Place Concrete | 90.7 | 69.7 | 82.9 | 92.0 | 65.2 | 82.0 | 94.1 | 64.3 | 83.0 | 89.8 | 115.3 | 99.3 | 70.9 | 114.1 | 87.0 | 70.9 | 114.3 | 87.1 |
| 03 | CONCRETE | 94.4 | 66.6 | 82.2 | 86.2 | 61.7 | 75.4 | 90.6 | 63.2 | 78.5 | 95.5 | 92.3 | 94.1 | 88.5 | 91.0 | 89.6 | 88.6 | 91.9 | 90.1 |
| 04 | MASONRY | 99.8 | 62.6 | 77.0 | 94.5 | 63.4 | 75.4 | 119.9 | 62.8 | 84.8 | 101.0 | 94.1 | 96.8 | 115.8 | 93.7 | 102.2 | 122.5 | 94.1 | 105.0 |
| 05 | METALS | 99.1 | 62.6 | 88.4 | 96.7 | 70.2 | 88.9 | 88.4 | 69.5 | 82.8 | 105.4 | 92.3 | 101.6 | 93.7 | 93.0 | 93.5 | 92.1 | 92.9 | 92.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 100.3 | 71.1 | 84.2 | 98.0 | 59.7 | 76.9 | 90.5 | 65.5 | 76.8 | 93.5 | 75.6 | 83.6 | 90.7 | 73.0 | 80.9 | 85.1 | 75.4 | 79.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 95.0 | 68.0 | 83.3 | 97.4 | 65.3 | 83.6 | 96.9 | 65.2 | 83.1 | 111.0 | 100.6 | 106.5 | 109.0 | 100.0 | 105.1 | 108.9 | 100.1 | 105.1 |
| 08 | OPENINGS | 98.8 | 64.2 | 90.7 | 104.7 | 56.6 | 93.5 | 100.7 | 56.9 | 90.5 | 102.7 | 78.5 | 97.1 | 96.4 | 77.1 | 91.9 | 96.4 | 78.4 | 92.2 |
| 0920 | Plaster & Gypsum Board | 96.5 | 70.5 | 79.0 | 91.5 | 58.8 | 69.5 | 101.6 | 65.0 | 77.0 | 109.7 | 74.5 | 86.0 | 116.8 | 71.9 | 86.6 | 112.0 | 74.5 | 86.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 97.5 | 70.5 | 79.3 | 92.8 | 58.8 | 69.9 | 96.9 | 65.0 | 75.4 | 107.1 | 74.5 | 85.1 | 89.6 | 71.9 | 77.7 | 88.6 | 74.5 | 79.1 |
| 0960 | Flooring | 103.6 | 68.2 | 93.7 | 91.2 | 58.0 | 81.9 | 98.5 | 68.2 | 89.8 | 89.9 | 110.6 | 95.7 | 82.5 | 110.6 | 90.4 | 80.9 | 110.6 | 89.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 103.6 | 60.6 | 78.2 | 87.7 | 59.7 | 71.1 | 98.9 | 59.9 | 75.8 | 96.0 | 88.9 | 91.8 | 90.6 | 88.9 | 89.6 | 89.7 | 83.0 | 86.1 |
| 09 | FINISHES | 99.3 | 68.2 | 81.2 | 87.7 | 61.5 | 73.5 | 92.6 | 64.8 | 77.6 | 95.8 | 84.7 | 89.8 | 87.9 | 83.0 | 86.1 | 88.3 | 83.6 | 88.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 86.5 | 97.0 | 100.0 | 82.6 | 96.1 | 100.0 | 81.8 | 95.9 | 100.0 | 98.0 | 99.6 | 100.0 | 99.6 | 99.9 | 100.0 | 100.9 | 100.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 62.5 | 85.4 | 99.9 | 62.8 | 85.3 | 96.7 | 62.5 | 83.2 | 100.0 | 74.3 | 89.9 | 100.0 | 74.1 | 90.0 | 96.7 | 74.3 | 87.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 102.1 | 70.6 | 86.6 | 101.8 | 65.5 | 83.9 | 95.7 | 69.6 | 82.8 | 101.6 | 76.8 | 89.3 | 100.0 | 69.4 | 84.9 | 98.2 | 76.8 | 87.6 |
| MF2018 | WEIGHTED AVERAGE | 99.0 | 68.5 | 86.1 | 97.1 | 66.3 | 84.1 | 96.0 | 67.0 | 83.8 | 100.4 | 85.6 | 94.2 | 97.1 | 83.9 | 91.5 | 95.9 | 85.4 | 91.4 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## MAINE

| | | HOULTON | | | KITTERY | | | LEWISTON | | | MACHIAS | | | PORTLAND | | | ROCKLAND | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 95.7 | 95.7 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 99.2 | 99.2 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 90.2 | 94.2 | 93.0 | 79.5 | 94.3 | 89.7 | 88.2 | 95.5 | 93.3 | 89.5 | 94.2 | 92.8 | 87.4 | 100.6 | 96.5 | 86.0 | 94.2 | 91.7 |
| 0310 | Concrete Forming & Accessories | 96.7 | 78.4 | 81.1 | 88.8 | 78.7 | 80.2 | 98.2 | 76.6 | 79.8 | 93.8 | 78.4 | 80.7 | 99.8 | 76.8 | 80.2 | 94.9 | 78.4 | 80.9 |
| 0320 | Concrete Reinforcing | 94.1 | 81.1 | 87.8 | 89.7 | 81.1 | 85.5 | 115.6 | 81.1 | 98.9 | 94.1 | 81.1 | 87.8 | 106.5 | 81.1 | 94.2 | 94.1 | 81.1 | 87.8 |
| 0330 | Cast-in-Place Concrete | 70.9 | 113.2 | 86.7 | 70.7 | 114.4 | 87.0 | 72.4 | 114.1 | 87.9 | 70.9 | 114.3 | 87.1 | 85.8 | 115.2 | 96.8 | 72.4 | 114.3 | 88.0 |
| 03 | CONCRETE | 89.5 | 91.5 | 90.4 | 82.1 | 92.1 | 86.5 | 88.1 | 91.0 | 89.4 | 89.0 | 91.9 | 90.3 | 91.5 | 91.4 | 91.5 | 86.0 | 91.9 | 88.6 |
| 04 | MASONRY | 97.9 | 94.1 | 95.6 | 106.5 | 94.1 | 98.9 | 98.5 | 93.7 | 95.5 | 97.9 | 94.1 | 95.6 | 104.7 | 93.7 | 98.0 | 92.5 | 94.1 | 93.5 |
| 05 | METALS | 92.3 | 92.8 | 92.4 | 86.8 | 93.1 | 88.6 | 97.1 | 93.0 | 95.5 | 92.3 | 92.8 | 92.5 | 103.0 | 92.5 | 99.9 | 92.2 | 92.9 | 92.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 94.5 | 75.4 | 84.0 | 88.2 | 75.4 | 81.2 | 96.3 | 73.0 | 83.5 | 91.5 | 75.4 | 82.7 | 95.8 | 73.1 | 83.3 | 92.4 | 75.4 | 83.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 109.1 | 100.1 | 105.1 | 107.8 | 100.1 | 104.4 | 108.7 | 100.0 | 104.9 | 109.0 | 100.1 | 105.1 | 113.6 | 100.6 | 107.9 | 108.6 | 100.1 | 104.9 |
| 08 | OPENINGS | 96.5 | 78.4 | 92.3 | 96.1 | 82.0 | 92.8 | 99.3 | 77.1 | 94.1 | 96.5 | 78.4 | 92.3 | 96.8 | 77.2 | 92.2 | 96.4 | 78.4 | 92.2 |
| 0920 | Plaster & Gypsum Board | 119.0 | 74.5 | 89.0 | 106.1 | 74.5 | 84.8 | 121.8 | 71.9 | 88.2 | 117.4 | 74.5 | 88.5 | 108.0 | 71.9 | 83.7 | 117.4 | 74.5 | 88.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.6 | 74.5 | 79.1 | 101.8 | 74.5 | 83.4 | 99.3 | 71.9 | 80.8 | 88.6 | 74.5 | 79.1 | 107.4 | 71.9 | 83.5 | 88.6 | 74.5 | 79.1 |
| 0960 | Flooring | 83.7 | 110.6 | 91.2 | 86.6 | 110.6 | 93.4 | 85.2 | 110.6 | 92.3 | 82.9 | 110.6 | 90.7 | 89.6 | 110.6 | 95.5 | 83.3 | 110.6 | 91.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 90.6 | 88.9 | 89.6 | 81.8 | 102.1 | 93.8 | 90.6 | 88.9 | 89.6 | 90.6 | 88.9 | 89.6 | 94.6 | 88.9 | 91.2 | 90.6 | 88.9 | 89.6 |
| 09 | FINISHES | 90.2 | 84.6 | 87.2 | 91.6 | 86.0 | 88.6 | 92.6 | 83.0 | 87.4 | 89.7 | 84.6 | 86.9 | 96.2 | 83.2 | 89.1 | 89.4 | 84.6 | 86.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 97.6 | 99.5 | 100.0 | 100.9 | 100.2 | 100.0 | 99.7 | 99.9 | 100.0 | 97.6 | 99.5 | 100.0 | 100.1 | 100.0 | 100.0 | 99.7 | 99.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.7 | 74.3 | 87.9 | 96.7 | 80.4 | 90.3 | 100.3 | 74.1 | 90.0 | 96.7 | 74.3 | 87.9 | 100.0 | 74.1 | 89.9 | 96.7 | 74.3 | 87.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.9 | 76.8 | 89.5 | 90.3 | 76.8 | 83.6 | 101.9 | 76.7 | 89.5 | 101.9 | 76.8 | 89.5 | 105.9 | 76.7 | 91.0 | 101.8 | 76.8 | 89.5 |
| MF2018 | WEIGHTED AVERAGE | 95.6 | 85.2 | 91.2 | 92.6 | 87.0 | 90.2 | 97.5 | 84.9 | 92.2 | 95.4 | 85.3 | 91.1 | 99.6 | 85.4 | 93.6 | 94.6 | 85.4 | 90.7 |

## MAINE / MARYLAND

| | | WATERVILLE | | | ANNAPOLIS | | | BALTIMORE | | | COLLEGE PARK | | | CUMBERLAND | | | EASTON | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 95.7 | 95.7 | | 104.5 | 104.5 | | 104.1 | 104.1 | | 107.8 | 107.8 | | 102.4 | 102.4 | | 102.4 | 102.4 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 90.0 | 94.2 | 92.9 | 100.0 | 93.5 | 95.5 | 100.1 | 97.7 | 98.4 | 100.1 | 93.6 | 95.6 | 92.0 | 90.3 | 90.8 | 98.8 | 87.7 | 91.1 |
| 0310 | Concrete Forming & Accessories | 88.6 | 78.4 | 79.9 | 101.0 | 78.1 | 81.5 | 98.4 | 76.2 | 79.5 | 85.1 | 76.2 | 77.5 | 92.3 | 81.9 | 83.5 | 90.4 | 73.6 | 76.1 |
| 0320 | Concrete Reinforcing | 94.1 | 81.1 | 87.8 | 108.6 | 94.9 | 102.0 | 101.2 | 87.3 | 94.5 | 103.5 | 94.0 | 98.9 | 93.7 | 94.0 | 93.9 | 92.9 | 87.1 | 90.1 |
| 0330 | Cast-in-Place Concrete | 70.9 | 114.3 | 87.1 | 114.1 | 79.4 | 101.2 | 113.8 | 77.1 | 100.1 | 109.4 | 76.4 | 97.2 | 98.0 | 82.9 | 92.4 | 108.8 | 64.8 | 92.4 |
| 03 | CONCRETE | 90.2 | 91.9 | 90.9 | 101.4 | 82.7 | 93.2 | 108.2 | 79.4 | 95.5 | 105.2 | 80.9 | 94.5 | 91.4 | 84.5 | 88.4 | 99.7 | 74.2 | 88.5 |
| 04 | MASONRY | 109.8 | 94.1 | 100.2 | 94.8 | 76.6 | 83.6 | 104.7 | 73.1 | 85.2 | 111.1 | 74.6 | 88.7 | 99.3 | 85.4 | 90.8 | 113.5 | 58.6 | 79.7 |
| 05 | METALS | 92.3 | 92.8 | 92.4 | 105.5 | 105.2 | 105.4 | 103.8 | 96.6 | 101.7 | 90.2 | 108.3 | 95.5 | 100.7 | 104.2 | 101.8 | 101.9 | 96.7 | 100.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 84.6 | 75.4 | 79.5 | 97.1 | 77.2 | 86.1 | 102.5 | 76.7 | 88.3 | 77.3 | 75.7 | 76.4 | 86.7 | 81.0 | 83.6 | 84.5 | 80.8 | 82.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 109.1 | 100.1 | 105.2 | 103.5 | 84.4 | 94.7 | 102.7 | 80.7 | 93.2 | 105.3 | 81.7 | 95.0 | 100.9 | 81.9 | 92.6 | 101.3 | 73.3 | 89.0 |
| 08 | OPENINGS | 96.5 | 78.4 | 92.3 | 102.3 | 83.0 | 97.8 | 100.5 | 80.7 | 95.9 | 92.7 | 82.4 | 90.3 | 97.6 | 84.6 | 94.6 | 96.0 | 83.0 | 92.9 |
| 0920 | Plaster & Gypsum Board | 112.0 | 74.5 | 86.8 | 94.4 | 76.8 | 82.5 | 100.3 | 76.2 | 84.1 | 90.5 | 75.2 | 81.8 | 99.9 | 80.8 | 87.0 | 99.9 | 80.6 | 86.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.6 | 74.5 | 79.1 | 89.1 | 76.8 | 80.9 | 100.5 | 76.2 | 84.1 | 115.1 | 75.2 | 88.2 | 99.0 | 80.8 | 86.7 | 99.0 | 80.6 | 86.6 |
| 0960 | Flooring | 80.6 | 110.6 | 89.0 | 90.7 | 79.5 | 87.6 | 92.8 | 75.7 | 88.0 | 87.9 | 78.4 | 85.2 | 85.8 | 93.1 | 87.9 | 85.0 | 75.7 | 82.4 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 90.6 | 88.9 | 89.6 | 99.2 | 72.7 | 83.5 | 101.3 | 75.3 | 85.9 | 104.8 | 72.5 | 85.7 | 98.2 | 84.7 | 90.2 | 98.2 | 72.5 | 83.0 |
| 09 | FINISHES | 88.4 | 84.6 | 86.4 | 88.5 | 77.3 | 82.4 | 97.0 | 75.7 | 85.5 | 95.6 | 75.6 | 84.8 | 93.3 | 84.2 | 88.4 | 93.5 | 74.4 | 83.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 97.5 | 99.4 | 100.0 | 90.3 | 97.8 | 100.0 | 86.8 | 97.1 | 100.0 | 86.7 | 97.0 | 100.0 | 91.3 | 98.1 | 100.0 | 82.9 | 96.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.7 | 74.3 | 87.9 | 100.0 | 87.0 | 94.9 | 100.1 | 82.0 | 93.0 | 96.5 | 87.4 | 93.0 | 96.4 | 72.0 | 86.8 | 96.4 | 72.8 | 87.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.9 | 76.8 | 89.5 | 101.6 | 88.9 | 95.3 | 99.6 | 86.9 | 93.3 | 97.3 | 101.9 | 99.5 | 98.2 | 80.8 | 89.6 | 97.7 | 62.3 | 81.0 |
| MF2018 | WEIGHTED AVERAGE | 96.0 | 85.2 | 91.4 | 100.4 | 86.3 | 94.4 | 101.8 | 83.2 | 93.9 | 97.3 | 87.7 | 93.2 | 96.9 | 83.8 | 91.4 | 98.6 | 74.8 | 88.5 |

## MARYLAND / MASSACHUSETTS

| | | ELKTON | | | HAGERSTOWN | | | SALISBURY | | | SILVER SPRING | | | WALDORF | | | BOSTON | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 102.4 | 102.4 | | 102.4 | 102.4 | | 102.4 | 102.4 | | 99.7 | 99.7 | | 99.7 | 99.7 | | 103.0 | 103.0 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 86.3 | 89.0 | 88.1 | 90.6 | 90.4 | 90.4 | 98.8 | 87.6 | 91.1 | 88.9 | 85.7 | 86.7 | 95.1 | 85.7 | 88.6 | 92.7 | 102.1 | 99.2 |
| 0310 | Concrete Forming & Accessories | 96.2 | 92.3 | 92.9 | 91.5 | 78.8 | 80.7 | 104.5 | 50.2 | 58.2 | 93.0 | 75.5 | 78.1 | 99.7 | 75.4 | 79.0 | 105.1 | 139.7 | 134.6 |
| 0320 | Concrete Reinforcing | 92.9 | 117.3 | 104.7 | 93.7 | 87.4 | 90.6 | 92.9 | 65.2 | 79.5 | 102.3 | 93.9 | 98.3 | 103.0 | 93.9 | 98.6 | 117.7 | 156.9 | 136.7 |
| 0330 | Cast-in-Place Concrete | 88.1 | 72.2 | 82.2 | 93.3 | 82.9 | 89.5 | 108.8 | 62.9 | 91.7 | 112.1 | 76.8 | 98.9 | 125.6 | 76.7 | 107.4 | 99.2 | 141.8 | 115.1 |
| 03 | CONCRETE | 84.0 | 90.6 | 86.9 | 87.7 | 83.1 | 85.7 | 100.5 | 59.2 | 82.4 | 102.8 | 80.5 | 93.0 | 113.3 | 80.5 | 98.9 | 105.4 | 142.7 | 121.8 |
| 04 | MASONRY | 98.6 | 67.0 | 79.2 | 105.1 | 85.4 | 93.0 | 112.9 | 55.2 | 77.4 | 110.6 | 75.0 | 88.7 | 94.7 | 75.0 | 82.6 | 112.0 | 146.3 | 133.1 |
| 05 | METALS | 101.0 | 114.0 | 104.8 | 100.9 | 104.3 | 101.9 | 101.0 | 90.9 | 98.1 | 94.8 | 104.3 | 97.6 | 102.8 | 104.3 | 97.5 | 102.8 | 136.1 | 112.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 91.9 | 101.3 | 97.0 | 85.8 | 76.7 | 80.8 | 102.6 | 51.4 | 74.4 | 84.0 | 75.0 | 79.0 | 90.8 | 75.0 | 82.1 | 103.8 | 140.2 | 123.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 100.5 | 79.4 | 91.3 | 101.2 | 83.0 | 93.3 | 101.3 | 68.5 | 87.0 | 108.4 | 86.5 | 98.9 | 109.0 | 86.5 | 99.2 | 107.2 | 137.1 | 120.2 |
| 08 | OPENINGS | 96.0 | 102.1 | 97.4 | 95.9 | 81.2 | 92.5 | 96.2 | 60.8 | 87.9 | 84.9 | 82.1 | 84.2 | 85.5 | 81.5 | 84.5 | 99.9 | 147.3 | 111.0 |
| 0920 | Plaster & Gypsum Board | 102.8 | 101.7 | 102.0 | 99.9 | 76.4 | 84.1 | 109.4 | 50.4 | 69.7 | 101.9 | 75.2 | 83.9 | 104.8 | 75.2 | 84.8 | 109.0 | 141.0 | 130.6 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 99.0 | 101.7 | 100.8 | 101.7 | 76.4 | 84.6 | 99.0 | 50.4 | 66.2 | 123.2 | 75.2 | 90.8 | 123.2 | 75.2 | 90.8 | 100.5 | 141.0 | 127.8 |
| 0960 | Flooring | 87.2 | 75.7 | 84.0 | 85.4 | 93.1 | 87.6 | 90.7 | 75.7 | 86.5 | 93.8 | 78.4 | 89.5 | 97.2 | 78.4 | 92.0 | 90.5 | 163.5 | 111.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 98.2 | 72.5 | 83.0 | 98.2 | 72.5 | 83.0 | 98.2 | 72.5 | 83.0 | 112.7 | 72.5 | 88.9 | 112.7 | 72.5 | 88.9 | 94.3 | 160.4 | 133.4 |
| 09 | FINISHES | 93.7 | 88.5 | 90.9 | 93.5 | 80.4 | 86.4 | 96.4 | 56.2 | 74.6 | 95.8 | 75.0 | 84.5 | 95.1 | 75.1 | 85.4 | 98.7 | 147.0 | 124.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 56.7 | 90.4 | 100.0 | 90.8 | 98.0 | 100.0 | 76.5 | 94.8 | 100.0 | 85.2 | 96.7 | 100.0 | 83.1 | 96.2 | 100.0 | 119.1 | 104.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.4 | 78.7 | 89.5 | 99.9 | 83.1 | 93.3 | 96.4 | 70.7 | 86.3 | 96.5 | 87.9 | 93.1 | 96.5 | 87.8 | 93.1 | 100.1 | 127.4 | 110.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.4 | 86.9 | 93.2 | 98.0 | 80.8 | 89.5 | 96.6 | 60.1 | 78.6 | 94.6 | 101.9 | 98.2 | 92.2 | 101.9 | 97.0 | 102.6 | 129.5 | 115.9 |
| MF2018 | WEIGHTED AVERAGE | 95.9 | 86.2 | 91.8 | 97.4 | 85.3 | 92.3 | 99.0 | 66.9 | 85.4 | 96.5 | 86.7 | 92.4 | 97.3 | 86.6 | 92.8 | 101.9 | 134.0 | 115.5 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## MASSACHUSETTS

| DIVISION | | BROCKTON MAT. | INST. | TOTAL | BUZZARDS BAY MAT. | INST. | TOTAL | FALL RIVER MAT. | INST. | TOTAL | FITCHBURG MAT. | INST. | TOTAL | FRAMINGHAM MAT. | INST. | TOTAL | GREENFIELD MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 98.1 | 98.1 | | 98.1 | 98.1 | | 98.9 | 98.9 | | 95.7 | 95.7 | | 97.4 | 97.4 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 91.1 | 98.0 | 95.8 | 81.2 | 98.1 | 92.9 | 90.3 | 98.0 | 95.6 | 82.7 | 97.8 | 93.1 | 79.5 | 97.8 | 92.1 | 86.4 | 97.3 | 93.9 |
| 0310 | Concrete Forming & Accessories | 100.7 | 121.1 | 118.1 | 98.5 | 120.6 | 117.4 | 100.7 | 120.8 | 117.8 | 94.0 | 118.5 | 114.9 | 101.4 | 121.3 | 118.4 | 92.4 | 117.7 | 114.0 |
| 0320 | Concrete Reinforcing | 109.7 | 142.7 | 125.7 | 88.0 | 122.3 | 104.6 | 109.7 | 122.3 | 115.8 | 87.9 | 142.5 | 114.3 | 87.9 | 142.8 | 114.4 | 91.5 | 126.5 | 108.4 |
| 0330 | Cast-in-Place Concrete | 88.1 | 136.6 | 106.2 | 73.2 | 136.4 | 96.7 | 85.2 | 136.9 | 104.4 | 78.4 | 136.5 | 100.0 | 78.4 | 136.7 | 100.1 | 80.5 | 122.2 | 96.0 |
| 03 | CONCRETE | 95.1 | 129.8 | 110.3 | 80.7 | 126.0 | 100.6 | 93.8 | 126.2 | 108.0 | 79.5 | 128.3 | 101.0 | 82.3 | 130.0 | 103.2 | 83.0 | 123.3 | 99.4 |
| 04 | MASONRY | 105.4 | 135.1 | 123.6 | 97.9 | 135.1 | 120.8 | 105.9 | 135.1 | 123.8 | 98.2 | 131.9 | 118.9 | 104.7 | 136.1 | 124.0 | 102.7 | 119.1 | 112.8 |
| 05 | METALS | 98.8 | 125.6 | 106.7 | 93.6 | 117.0 | 100.5 | 98.8 | 117.3 | 104.3 | 95.3 | 122.1 | 103.2 | 95.5 | 125.8 | 104.3 | 97.8 | 113.8 | 102.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 98.1 | 119.7 | 109.9 | 94.7 | 119.7 | 108.4 | 98.1 | 119.9 | 110.1 | 94.5 | 116.5 | 106.6 | 101.0 | 119.4 | 111.2 | 92.5 | 117.7 | 107.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.2 | 128.4 | 114.2 | 102.0 | 125.7 | 112.3 | 103.0 | 124.9 | 112.5 | 103.2 | 122.1 | 111.4 | 103.3 | 128.3 | 114.2 | 103.3 | 109.9 | 106.2 |
| 08 | OPENINGS | 97.4 | 128.4 | 104.6 | 93.4 | 118.9 | 99.3 | 97.4 | 118.3 | 102.2 | 99.2 | 126.7 | 105.6 | 89.8 | 128.3 | 98.7 | 99.4 | 120.3 | 104.3 |
| 0920 | Plaster & Gypsum Board | 92.3 | 119.9 | 110.9 | 87.3 | 119.9 | 109.3 | 92.3 | 119.9 | 109.3 | 111.3 | 116.7 | 114.9 | 114.4 | 119.9 | 118.1 | 112.6 | 119.9 | 117.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 104.3 | 119.9 | 114.9 | 86.2 | 119.9 | 108.9 | 104.3 | 119.9 | 114.9 | 93.9 | 116.7 | 109.3 | 93.9 | 119.9 | 111.5 | 103.7 | 119.9 | 114.6 |
| 0960 | Flooring | 85.0 | 162.0 | 106.6 | 82.6 | 162.0 | 104.9 | 83.8 | 162.0 | 105.8 | 86.7 | 162.0 | 107.8 | 88.2 | 162.0 | 108.9 | 85.9 | 135.0 | 99.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 85.0 | 139.2 | 117.1 | 85.0 | 139.2 | 117.1 | 85.0 | 139.2 | 117.1 | 86.2 | 139.2 | 117.6 | 87.1 | 139.2 | 117.9 | 86.2 | 109.3 | 99.9 |
| 09 | FINISHES | 90.8 | 130.8 | 112.5 | 85.2 | 130.8 | 109.9 | 90.5 | 131.0 | 112.4 | 89.5 | 128.9 | 110.9 | 90.2 | 130.6 | 112.1 | 91.7 | 120.9 | 107.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 109.7 | 102.2 | 100.0 | 109.7 | 102.2 | 100.0 | 110.2 | 102.2 | 100.0 | 104.2 | 100.9 | 100.0 | 109.3 | 102.1 | 100.0 | 102.9 | 100.7 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.4 | 103.9 | 101.7 | 96.8 | 103.5 | 99.4 | 100.4 | 103.5 | 101.6 | 97.0 | 104.5 | 99.9 | 97.0 | 121.1 | 106.4 | 97.0 | 98.5 | 97.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.3 | 97.7 | 99.5 | 98.5 | 100.1 | 99.3 | 101.2 | 97.7 | 99.4 | 100.6 | 100.7 | 100.6 | 100.4 | 104.1 | 102.3 | 100.5 | 96.1 | 98.4 |
| MF2018 | WEIGHTED AVERAGE | 98.5 | 116.7 | 106.2 | 93.2 | 115.2 | 102.5 | 98.3 | 114.9 | 105.3 | 94.6 | 116.2 | 103.7 | 94.0 | 124.2 | 106.8 | 95.9 | 109.0 | 101.4 |

## MASSACHUSETTS

| DIVISION | | HYANNIS MAT. | INST. | TOTAL | LAWRENCE MAT. | INST. | TOTAL | LOWELL MAT. | INST. | TOTAL | NEW BEDFORD MAT. | INST. | TOTAL | PITTSFIELD MAT. | INST. | TOTAL | SPRINGFIELD MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 98.1 | 98.1 | | 98.1 | 98.1 | | 95.7 | 95.7 | | 98.9 | 98.9 | | 95.7 | 95.7 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 87.4 | 98.1 | 94.8 | 91.6 | 98.0 | 96.0 | 90.6 | 98.1 | 95.8 | 88.7 | 98.0 | 95.1 | 91.6 | 96.7 | 95.2 | 91.1 | 97.1 | 95.2 |
| 0310 | Concrete Forming & Accessories | 92.7 | 120.6 | 116.5 | 102.5 | 121.6 | 118.8 | 99.0 | 122.6 | 119.1 | 100.7 | 120.8 | 117.9 | 99.0 | 102.9 | 102.3 | 99.3 | 117.7 | 115.0 |
| 0320 | Concrete Reinforcing | 88.0 | 122.3 | 104.6 | 108.8 | 148.3 | 127.9 | 109.7 | 148.1 | 128.2 | 109.7 | 122.4 | 115.8 | 90.8 | 114.1 | 102.1 | 109.7 | 126.5 | 117.8 |
| 0330 | Cast-in-Place Concrete | 80.4 | 136.4 | 101.3 | 90.7 | 136.8 | 107.9 | 82.4 | 138.5 | 103.3 | 75.1 | 136.9 | 98.1 | 90.0 | 113.4 | 98.7 | 85.8 | 122.9 | 99.4 |
| 03 | CONCRETE | 86.7 | 126.0 | 104.0 | 96.2 | 131.1 | 111.5 | 88.0 | 131.9 | 107.3 | 89.1 | 126.3 | 105.4 | 89.8 | 108.3 | 97.5 | 89.5 | 122.3 | 103.9 |
| 04 | MASONRY | 104.3 | 135.1 | 123.2 | 110.1 | 135.9 | 125.9 | 97.3 | 134.9 | 120.4 | 104.2 | 135.7 | 123.6 | 98.0 | 111.5 | 106.3 | 97.6 | 119.1 | 110.8 |
| 05 | METALS | 95.1 | 117.0 | 101.5 | 98.2 | 128.4 | 107.1 | 98.2 | 125.0 | 106.1 | 98.8 | 117.4 | 104.3 | 98.0 | 108.2 | 101.0 | 100.9 | 113.7 | 104.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 88.0 | 119.7 | 105.4 | 101.5 | 119.7 | 111.5 | 100.8 | 119.7 | 111.2 | 98.1 | 119.9 | 110.1 | 100.8 | 102.5 | 101.8 | 100.8 | 119.7 | 111.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.5 | 125.7 | 112.6 | 104.0 | 128.6 | 114.7 | 103.7 | 128.0 | 114.3 | 102.9 | 125.1 | 112.6 | 103.8 | 104.3 | 104.0 | 103.7 | 109.9 | 106.4 |
| 08 | OPENINGS | 93.9 | 118.9 | 99.8 | 93.4 | 129.9 | 101.9 | 100.4 | 129.9 | 107.3 | 97.4 | 123.0 | 103.3 | 100.4 | 107.6 | 102.1 | 100.4 | 120.3 | 105.1 |
| 0920 | Plaster & Gypsum Board | 83.2 | 119.9 | 107.9 | 117.3 | 119.9 | 119.1 | 117.3 | 119.9 | 119.1 | 92.3 | 119.9 | 110.9 | 117.3 | 112.3 | 107.2 | 117.3 | 119.9 | 119.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 96.2 | 119.9 | 112.2 | 105.5 | 119.9 | 115.2 | 105.5 | 119.9 | 115.2 | 104.3 | 119.9 | 114.9 | 105.5 | 102.3 | 103.4 | 105.5 | 119.9 | 115.2 |
| 0960 | Flooring | 80.0 | 162.0 | 103.0 | 88.0 | 162.0 | 109.4 | 88.8 | 162.0 | 109.4 | 83.8 | 162.0 | 105.8 | 89.1 | 129.8 | 100.6 | 88.2 | 135.0 | 101.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 85.0 | 139.2 | 117.1 | 86.3 | 139.2 | 117.6 | 86.2 | 139.2 | 117.6 | 85.0 | 139.2 | 117.1 | 86.2 | 109.3 | 99.9 | 87.0 | 109.3 | 100.2 |
| 09 | FINISHES | 86.3 | 130.8 | 110.4 | 93.8 | 130.8 | 113.8 | 93.7 | 131.6 | 114.2 | 90.4 | 131.0 | 112.3 | 93.8 | 108.6 | 101.8 | 93.6 | 120.9 | 108.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 109.7 | 102.2 | 100.0 | 109.8 | 102.2 | 100.0 | 110.8 | 102.4 | 100.0 | 110.2 | 102.3 | 100.0 | 99.5 | 99.9 | 100.0 | 102.9 | 100.7 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.4 | 104.2 | 101.9 | 100.1 | 119.7 | 107.8 | 100.1 | 121.2 | 108.4 | 100.4 | 103.4 | 101.5 | 100.1 | 94.2 | 97.8 | 100.1 | 98.5 | 99.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.9 | 97.7 | 98.3 | 99.7 | 122.9 | 111.1 | 100.1 | 119.3 | 109.6 | 102.1 | 97.7 | 99.9 | 100.1 | 96.1 | 98.1 | 100.1 | 93.0 | 96.6 |
| MF2018 | WEIGHTED AVERAGE | 95.7 | 115.0 | 103.8 | 98.4 | 124.2 | 109.3 | 97.5 | 123.8 | 108.6 | 97.7 | 115.2 | 105.1 | 97.7 | 102.6 | 99.7 | 98.2 | 108.5 | 102.5 |

## MASSACHUSETTS / MICHIGAN

| DIVISION | | WORCESTER MAT. | INST. | TOTAL | ANN ARBOR MAT. | INST. | TOTAL | BATTLE CREEK MAT. | INST. | TOTAL | BAY CITY MAT. | INST. | TOTAL | DEARBORN MAT. | INST. | TOTAL | DETROIT MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 95.7 | 95.7 | | 109.1 | 109.1 | | 96.1 | 96.1 | | 109.1 | 109.1 | | 109.1 | 109.1 | | 97.8 | 97.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 91.0 | 97.9 | 95.7 | 81.0 | 92.2 | 88.7 | 93.6 | 81.7 | 85.3 | 72.5 | 91.7 | 85.8 | 80.8 | 92.3 | 88.7 | 98.2 | 101.2 | 100.2 |
| 0310 | Concrete Forming & Accessories | 99.6 | 118.5 | 115.7 | 96.3 | 104.1 | 103.0 | 96.0 | 77.3 | 80.0 | 96.4 | 81.5 | 83.7 | 96.2 | 104.7 | 103.5 | 100.4 | 105.3 | 104.6 |
| 0320 | Concrete Reinforcing | 109.7 | 155.5 | 131.9 | 101.2 | 102.3 | 102.3 | 98.5 | 80.9 | 90.0 | 101.2 | 102.7 | 101.9 | 101.3 | 103.6 | 102.3 | 101.4 | 104.8 | 103.0 |
| 0330 | Cast-in-Place Concrete | 85.3 | 136.5 | 104.4 | 88.3 | 96.4 | 91.3 | 86.1 | 91.0 | 87.9 | 84.5 | 83.5 | 84.1 | 86.4 | 97.2 | 90.4 | 104.5 | 101.3 | 103.3 |
| 03 | CONCRETE | 89.3 | 130.6 | 107.5 | 89.8 | 102.2 | 95.2 | 85.7 | 82.6 | 84.3 | 88.0 | 87.3 | 87.7 | 88.9 | 102.8 | 95.0 | 103.1 | 103.2 | 103.2 |
| 04 | MASONRY | 97.2 | 131.9 | 118.5 | 99.6 | 96.4 | 97.6 | 99.1 | 78.4 | 86.4 | 99.2 | 77.7 | 86.0 | 99.5 | 98.2 | 98.7 | 102.6 | 99.8 | 100.9 |
| 05 | METALS | 100.9 | 127.4 | 108.7 | 102.7 | 115.1 | 106.5 | 103.7 | 83.7 | 97.9 | 103.3 | 114.0 | 106.4 | 102.8 | 115.8 | 106.6 | 104.3 | 94.3 | 101.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 101.2 | 116.5 | 109.6 | 89.2 | 106.6 | 98.8 | 88.4 | 75.6 | 81.3 | 89.2 | 81.9 | 85.2 | 89.2 | 106.6 | 98.8 | 97.1 | 106.7 | 102.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.8 | 122.1 | 111.8 | 105.3 | 98.2 | 102.2 | 96.1 | 79.0 | 88.7 | 102.7 | 81.0 | 93.2 | 103.6 | 100.7 | 102.3 | 102.6 | 102.9 | 102.7 |
| 08 | OPENINGS | 100.4 | 130.2 | 107.4 | 94.2 | 100.8 | 95.7 | 86.5 | 74.1 | 83.6 | 94.2 | 83.5 | 91.7 | 94.2 | 101.1 | 95.8 | 97.2 | 101.9 | 98.3 |
| 0920 | Plaster & Gypsum Board | 117.3 | 116.7 | 116.9 | 107.4 | 106.5 | 106.8 | 91.7 | 71.7 | 78.2 | 107.4 | 81.1 | 89.7 | 107.4 | 106.5 | 106.8 | 104.1 | 106.5 | 105.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 105.5 | 116.7 | 113.0 | 84.8 | 106.5 | 99.4 | 78.7 | 71.7 | 74.0 | 85.7 | 81.1 | 82.6 | 84.8 | 106.5 | 99.4 | 96.9 | 106.5 | 103.4 |
| 0960 | Flooring | 88.8 | 154.9 | 107.4 | 91.2 | 107.2 | 95.7 | 91.5 | 70.4 | 85.6 | 91.2 | 77.0 | 87.2 | 90.6 | 101.6 | 93.6 | 95.7 | 106.7 | 98.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 86.2 | 139.2 | 117.6 | 82.7 | 95.5 | 90.3 | 82.3 | 76.3 | 78.7 | 82.7 | 79.1 | 80.6 | 82.7 | 93.8 | 89.3 | 93.1 | 100.1 | 97.3 |
| 09 | FINISHES | 93.7 | 127.5 | 112.0 | 90.8 | 104.3 | 98.1 | 84.7 | 75.2 | 79.6 | 90.6 | 79.9 | 84.8 | 90.6 | 103.5 | 97.6 | 97.7 | 105.4 | 101.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 104.2 | 100.9 | 100.0 | 93.7 | 98.6 | 100.0 | 93.7 | 98.6 | 100.0 | 88.0 | 97.3 | 100.0 | 94.1 | 98.7 | 100.0 | 102.4 | 100.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 104.7 | 101.9 | 100.0 | 79.1 | 92.6 | 100.1 | 82.6 | 93.2 | 100.0 | 78.6 | 91.6 | 100.0 | 100.0 | 100.0 | 99.9 | 102.4 | 100.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 100.1 | 104.1 | 102.1 | 97.3 | 103.0 | 100.1 | 96.6 | 77.7 | 87.3 | 96.4 | 82.5 | 89.5 | 97.3 | 96.1 | 96.7 | 99.9 | 103.5 | 101.6 |
| MF2018 | WEIGHTED AVERAGE | 98.1 | 117.0 | 106.1 | 97.1 | 99.8 | 98.2 | 95.5 | 80.4 | 89.1 | 96.6 | 85.3 | 91.8 | 96.9 | 100.9 | 98.6 | 100.7 | 102.0 | 101.3 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | MICHIGAN | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | FLINT | | | GAYLORD | | | GRAND RAPIDS | | | IRON MOUNTAIN | | | JACKSON | | | KALAMAZOO | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 109.1 | 109.1 | | 103.6 | 103.6 | | 98.3 | 98.3 | | 91.1 | 91.1 | | 103.6 | 103.6 | | 96.1 | 96.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 70.2 | 91.8 | 85.1 | 87.4 | 79.6 | 82.0 | 92.9 | 85.9 | 88.1 | 96.4 | 88.5 | 90.9 | 111.0 | 81.2 | 90.4 | 93.9 | 81.6 | 85.4 |
| 0310 | Concrete Forming & Accessories | 99.1 | 81.8 | 84.4 | 95.0 | 73.9 | 77.0 | 95.6 | 75.7 | 78.6 | 86.6 | 78.6 | 79.8 | 91.6 | 82.3 | 83.7 | 96.0 | 77.1 | 79.9 |
| 0320 | Concrete Reinforcing | 101.2 | 103.1 | 102.1 | 91.9 | 90.2 | 92.4 | 103.4 | 80.7 | 92.4 | 91.6 | 85.0 | 88.4 | 89.3 | 103.1 | 96.0 | 98.5 | 76.2 | 87.8 |
| 0330 | Cast-in-Place Concrete | 88.9 | 85.8 | 87.8 | 85.8 | 78.4 | 83.1 | 90.4 | 89.0 | 89.9 | 101.7 | 67.6 | 89.0 | 85.7 | 89.8 | 87.2 | 87.8 | 91.0 | 89.0 |
| 03 | CONCRETE | 90.2 | 88.4 | 89.4 | 82.6 | 80.5 | 81.6 | 89.7 | 81.1 | 85.9 | 90.9 | 76.6 | 84.6 | 77.8 | 89.8 | 83.1 | 88.9 | 81.7 | 85.3 |
| 04 | MASONRY | 99.7 | 85.9 | 91.2 | 109.7 | 72.7 | 87.0 | 92.0 | 74.1 | 81.0 | 95.4 | 79.7 | 85.7 | 89.2 | 86.9 | 87.8 | 97.6 | 78.4 | 85.8 |
| 05 | METALS | 102.8 | 114.6 | 106.3 | 105.5 | 110.8 | 107.0 | 100.8 | 83.2 | 95.6 | 104.8 | 91.1 | 100.8 | 105.7 | 112.7 | 107.8 | 103.7 | 81.9 | 97.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 92.6 | 80.7 | 86.1 | 81.9 | 73.4 | 77.2 | 92.2 | 73.9 | 82.2 | 78.2 | 78.9 | 78.6 | 80.8 | 79.8 | 80.2 | 88.4 | 75.6 | 81.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.0 | 84.5 | 95.0 | 94.7 | 74.7 | 86.0 | 98.0 | 71.8 | 86.6 | 98.4 | 74.8 | 88.1 | 94.0 | 88.3 | 91.5 | 96.1 | 79.0 | 88.7 |
| 08 | OPENINGS | 94.2 | 82.6 | 91.5 | 86.0 | 78.7 | 84.3 | 101.8 | 73.8 | 95.2 | 92.5 | 69.8 | 87.2 | 85.2 | 85.5 | 85.3 | 86.5 | 73.5 | 83.4 |
| 0920 | Plaster & Gypsum Board | 109.0 | 79.8 | 89.4 | 91.3 | 71.8 | 78.2 | 99.8 | 70.2 | 79.8 | 51.3 | 79.0 | 69.9 | 90.1 | 78.3 | 82.1 | 91.7 | 71.7 | 78.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 84.8 | 79.8 | 81.5 | 77.1 | 71.8 | 73.5 | 91.1 | 70.2 | 77.0 | 76.0 | 79.0 | 78.0 | 77.1 | 78.3 | 77.9 | 78.7 | 71.7 | 74.0 |
| 0960 | Flooring | 91.2 | 86.0 | 89.7 | 84.9 | 85.6 | 85.1 | 95.7 | 76.1 | 90.2 | 102.0 | 91.0 | 98.9 | 83.4 | 78.7 | 82.1 | 91.5 | 70.4 | 85.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 82.7 | 78.3 | 80.1 | 78.7 | 81.6 | 80.4 | 89.3 | 76.9 | 82.0 | 94.8 | 69.6 | 79.9 | 78.7 | 93.8 | 87.7 | 82.3 | 76.3 | 78.7 |
| 09 | FINISHES | 90.1 | 81.6 | 85.5 | 84.1 | 76.2 | 79.8 | 91.4 | 75.2 | 82.6 | 84.6 | 80.0 | 82.1 | 85.2 | 81.9 | 83.4 | 84.7 | 75.2 | 79.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 88.8 | 97.5 | 100.0 | 77.9 | 95.1 | 100.0 | 93.0 | 98.4 | 100.0 | 85.9 | 96.8 | 100.0 | 91.6 | 98.1 | 100.0 | 93.7 | 98.6 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 83.3 | 93.4 | 96.8 | 79.0 | 89.8 | 100.0 | 79.6 | 92.0 | 96.7 | 83.9 | 91.7 | 96.8 | 85.7 | 92.4 | 100.1 | 78.2 | 91.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.3 | 89.1 | 93.2 | 94.5 | 96.3 | 95.4 | 102.2 | 82.9 | 92.7 | 100.8 | 80.7 | 90.9 | 98.8 | 100.3 | 99.6 | 96.4 | 73.9 | 85.4 |
| MF2018 | WEIGHTED AVERAGE | 96.8 | 88.6 | 93.3 | 94.5 | 80.6 | 88.6 | 97.9 | 79.9 | 90.3 | 96.5 | 81.7 | 90.2 | 94.0 | 90.7 | 92.6 | 95.8 | 78.6 | 88.6 |

| | | MICHIGAN | | | | | | | | | | | | | | | MINNESOTA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | LANSING | | | MUSKEGON | | | ROYAL OAK | | | SAGINAW | | | TRAVERSE CITY | | | BEMIDJI | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 111.0 | 111.0 | | 96.1 | 96.1 | | 89.8 | 89.8 | | 109.1 | 109.1 | | 91.1 | 91.1 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 90.7 | 96.5 | 94.7 | 91.5 | 81.7 | 84.8 | 84.8 | 92.6 | 90.2 | 73.5 | 91.7 | 86.1 | 81.8 | 87.5 | 85.7 | 95.1 | 95.1 | 95.1 |
| 0310 | Concrete Forming & Accessories | 93.8 | 74.9 | 77.7 | 96.3 | 79.4 | 81.9 | 92.3 | 105.2 | 103.2 | 96.3 | 79.7 | 82.1 | 86.6 | 72.4 | 74.5 | 88.0 | 82.8 | 83.6 |
| 0320 | Concrete Reinforcing | 104.8 | 102.9 | 103.8 | 99.3 | 80.7 | 90.3 | 91.7 | 104.8 | 98.0 | 101.2 | 102.7 | 101.9 | 93.1 | 80.2 | 86.9 | 97.4 | 101.8 | 99.5 |
| 0330 | Cast-in-Place Concrete | 97.9 | 85.1 | 93.1 | 85.8 | 90.5 | 87.5 | 77.3 | 97.5 | 84.8 | 87.3 | 83.4 | 85.8 | 79.3 | 76.7 | 78.3 | 101.8 | 104.5 | 102.8 |
| 03 | CONCRETE | 91.4 | 84.9 | 88.5 | 84.2 | 83.3 | 83.8 | 77.1 | 101.6 | 87.9 | 89.3 | 86.5 | 88.1 | 74.8 | 76.1 | 75.4 | 91.0 | 95.0 | 92.8 |
| 04 | MASONRY | 94.5 | 84.6 | 88.4 | 96.3 | 76.2 | 83.9 | 93.2 | 99.5 | 97.1 | 101.2 | 77.7 | 86.7 | 93.5 | 74.8 | 82.0 | 98.9 | 102.4 | 101.0 |
| 05 | METALS | 101.6 | 112.7 | 104.9 | 101.5 | 83.1 | 96.1 | 106.3 | 92.2 | 102.2 | 102.8 | 113.8 | 106.0 | 104.8 | 88.9 | 100.1 | 91.2 | 117.9 | 99.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 87.0 | 71.2 | 78.3 | 85.4 | 78.0 | 81.3 | 85.0 | 106.6 | 96.9 | 85.9 | 79.7 | 82.5 | 78.2 | 71.9 | 74.8 | 68.8 | 77.0 | 73.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.0 | 83.8 | 94.1 | 95.0 | 73.5 | 85.7 | 101.2 | 100.9 | 101.1 | 103.9 | 80.9 | 93.9 | 97.3 | 74.2 | 87.3 | 106.3 | 90.7 | 99.5 |
| 08 | OPENINGS | 102.7 | 77.2 | 96.8 | 85.8 | 76.5 | 83.6 | 94.0 | 101.3 | 95.7 | 92.4 | 82.2 | 90.0 | 92.5 | 65.4 | 86.2 | 99.7 | 101.3 | 100.1 |
| 0920 | Plaster & Gypsum Board | 100.1 | 70.2 | 79.9 | 71.8 | 74.2 | 73.4 | 104.8 | 106.5 | 106.0 | 107.4 | 78.8 | 88.2 | 51.3 | 71.8 | 65.1 | 104.3 | 76.8 | 85.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 83.9 | 70.2 | 74.6 | 78.7 | 74.2 | 75.6 | 84.1 | 106.5 | 99.2 | 84.8 | 78.8 | 80.8 | 76.0 | 71.8 | 73.2 | 128.8 | 76.8 | 93.7 |
| 0960 | Flooring | 97.2 | 78.7 | 92.0 | 90.2 | 72.3 | 85.1 | 88.2 | 106.7 | 93.4 | 91.2 | 77.0 | 87.2 | 102.0 | 85.6 | 97.4 | 90.7 | 91.4 | 90.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 91.1 | 76.9 | 82.7 | 80.5 | 79.7 | 80.0 | 84.2 | 93.8 | 89.9 | 82.7 | 79.1 | 80.6 | 94.8 | 39.4 | 62.1 | 89.6 | 105.8 | 99.2 |
| 09 | FINISHES | 90.2 | 74.6 | 81.7 | 81.1 | 77.1 | 78.9 | 89.7 | 104.3 | 97.6 | 90.5 | 78.6 | 84.0 | 83.5 | 71.0 | 76.7 | 98.2 | 86.0 | 91.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 88.8 | 97.5 | 100.0 | 94.5 | 98.8 | 100.0 | 100.0 | 100.0 | 100.0 | 87.7 | 97.3 | 100.0 | 84.4 | 96.5 | 100.0 | 95.6 | 99.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.9 | 83.7 | 93.5 | 99.9 | 83.4 | 93.4 | 96.7 | 101.4 | 98.5 | 100.0 | 78.3 | 91.5 | 96.7 | 78.9 | 89.7 | 96.7 | 84.8 | 92.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.1 | 87.6 | 93.4 | 96.8 | 73.0 | 85.1 | 99.4 | 103.1 | 101.3 | 95.4 | 84.5 | 90.0 | 96.2 | 76.2 | 86.4 | 105.0 | 100.7 | 102.8 |
| MF2018 | WEIGHTED AVERAGE | 98.0 | 86.8 | 93.3 | 94.3 | 80.0 | 88.3 | 95.1 | 100.3 | 97.3 | 96.5 | 85.1 | 91.7 | 93.4 | 77.7 | 86.8 | 96.7 | 89.4 | 96.1 |

| | | MINNESOTA | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | BRAINERD | | | DETROIT LAKES | | | DULUTH | | | MANKATO | | | MINNEAPOLIS | | | ROCHESTER | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 100.2 | 100.2 | | 97.7 | 97.7 | | 102.9 | 102.9 | | 100.2 | 100.2 | | 108.4 | 108.4 | | 100.7 | 100.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 96.0 | 99.9 | 98.7 | 93.3 | 95.4 | 94.7 | 98.2 | 101.7 | 100.6 | 92.6 | 99.4 | 97.3 | 95.0 | 108.8 | 104.5 | 96.0 | 97.9 | 97.1 |
| 0310 | Concrete Forming & Accessories | 88.7 | 83.6 | 84.4 | 84.9 | 82.8 | 83.1 | 98.4 | 94.6 | 95.2 | 96.9 | 96.6 | 96.6 | 99.3 | 114.0 | 111.8 | 99.2 | 94.8 | 95.4 |
| 0320 | Concrete Reinforcing | 96.2 | 102.2 | 99.1 | 97.4 | 100.6 | 99.0 | 102.6 | 102.0 | 102.3 | 96.0 | 109.2 | 102.4 | 96.1 | 109.4 | 102.5 | 98.9 | 108.8 | 103.7 |
| 0330 | Cast-in-Place Concrete | 110.7 | 109.1 | 110.1 | 98.9 | 107.5 | 102.1 | 94.3 | 97.7 | 95.6 | 101.9 | 99.5 | 101.0 | 95.6 | 115.3 | 102.9 | 94.8 | 95.3 | 95.0 |
| 03 | CONCRETE | 94.8 | 97.1 | 95.8 | 88.6 | 96.1 | 91.9 | 95.3 | 98.1 | 96.5 | 90.5 | 100.8 | 95.0 | 97.6 | 114.3 | 104.9 | 91.4 | 98.4 | 94.6 |
| 04 | MASONRY | 122.5 | 116.3 | 118.7 | 122.6 | 109.8 | 114.8 | 95.3 | 105.7 | 101.7 | 111.3 | 110.8 | 111.0 | 114.5 | 119.5 | 117.6 | 102.9 | 103.5 | 103.3 |
| 05 | METALS | 92.2 | 118.3 | 99.9 | 91.1 | 117.5 | 98.9 | 100.2 | 119.1 | 105.8 | 92.1 | 121.6 | 100.7 | 98.7 | 124.5 | 106.3 | 99.3 | 123.1 | 106.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 84.9 | 74.2 | 79.1 | 65.8 | 74.4 | 70.6 | 93.9 | 91.9 | 92.8 | 94.5 | 95.4 | 95.0 | 96.1 | 110.8 | 104.2 | 95.2 | 92.9 | 93.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 104.7 | 102.4 | 103.7 | 106.1 | 99.4 | 103.2 | 97.9 | 102.2 | 99.8 | 105.1 | 93.4 | 100.1 | 101.2 | 115.9 | 107.6 | 105.3 | 90.0 | 98.6 |
| 08 | OPENINGS | 86.4 | 99.8 | 89.5 | 99.6 | 99.9 | 99.7 | 103.3 | 104.6 | 103.6 | 90.9 | 112.2 | 95.9 | 99.3 | 121.5 | 104.5 | 98.6 | 112.5 | 101.8 |
| 0920 | Plaster & Gypsum Board | 91.5 | 74.1 | 79.8 | 103.7 | 74.1 | 83.8 | 94.5 | 92.1 | 92.9 | 95.6 | 95.9 | 95.8 | 103.1 | 111.2 | 107.9 | 103.3 | 93.2 | 96.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 58.8 | 74.1 | 69.1 | 128.8 | 74.1 | 91.9 | 89.2 | 92.1 | 91.1 | 58.8 | 95.9 | 83.8 | 103.1 | 111.2 | 108.6 | 93.9 | 93.2 | 93.4 |
| 0960 | Flooring | 89.6 | 85.6 | 88.4 | 89.5 | 85.6 | 88.4 | 93.2 | 123.9 | 101.8 | 91.4 | 81.8 | 88.7 | 100.6 | 114.6 | 104.5 | 92.3 | 81.8 | 89.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 84.0 | 105.8 | 96.9 | 89.6 | 83.4 | 85.9 | 86.0 | 104.4 | 96.9 | 95.0 | 103.7 | 100.2 | 101.3 | 123.8 | 114.6 | 85.3 | 98.2 | 92.9 |
| 09 | FINISHES | 82.1 | 85.2 | 83.8 | 97.6 | 82.5 | 89.4 | 89.4 | 100.2 | 95.3 | 83.7 | 94.9 | 89.7 | 98.9 | 115.0 | 107.6 | 90.0 | 93.1 | 91.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 97.3 | 99.4 | 100.0 | 97.1 | 99.4 | 100.0 | 94.6 | 98.8 | 100.0 | 97.5 | 99.4 | 100.0 | 105.8 | 101.3 | 100.0 | 101.8 | 100.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.9 | 86.3 | 93.1 | 96.7 | 87.5 | 93.1 | 99.8 | 94.5 | 97.7 | 96.0 | 84.6 | 91.5 | 100.0 | 116.6 | 104.2 | 100.0 | 91.3 | 96.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 102.7 | 101.7 | 102.2 | 104.8 | 71.1 | 88.2 | 100.3 | 101.7 | 101.0 | 109.1 | 93.1 | 101.2 | 107.2 | 110.3 | 108.7 | 103.0 | 93.1 | 98.1 |
| MF2018 | WEIGHTED AVERAGE | 95.6 | 98.6 | 96.8 | 97.4 | 92.4 | 95.3 | 98.6 | 101.3 | 99.7 | 95.7 | 98.5 | 96.9 | 100.7 | 114.1 | 106.3 | 98.3 | 98.7 | 98.5 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## MINNESOTA / MISSISSIPPI

| DIVISION | | SAINT PAUL MAT. | INST. | TOTAL | ST. CLOUD MAT. | INST. | TOTAL | THIEF RIVER FALLS MAT. | INST. | TOTAL | WILLMAR MAT. | INST. | TOTAL | WINDOM MAT. | INST. | TOTAL | BILOXI MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 102.9 | 102.9 | | 100.2 | 100.2 | | 97.7 | 97.7 | | 100.2 | 100.2 | | 100.2 | 100.2 | | 100.1 | 100.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 96.5 | 102.5 | 100.7 | 91.4 | 100.8 | 97.9 | 94.0 | 94.9 | 94.7 | 90.6 | 99.7 | 96.9 | 84.5 | 98.9 | 94.4 | 105.2 | 85.9 | 91.9 |
| 0310 | Concrete Forming & Accessories | 98.6 | 117.0 | 114.3 | 86.0 | 113.5 | 109.5 | 88.8 | 81.9 | 82.9 | 85.8 | 86.8 | 86.7 | 90.1 | 82.2 | 83.4 | 92.8 | 64.1 | 68.4 |
| 0320 | Concrete Reinforcing | 105.4 | 109.9 | 107.6 | 96.2 | 109.4 | 102.6 | 97.8 | 101.6 | 99.6 | 95.8 | 109.2 | 102.3 | 95.8 | 108.1 | 101.8 | 93.4 | 48.8 | 71.8 |
| 0330 | Cast-in-Place Concrete | 99.9 | 116.3 | 106.0 | 97.7 | 115.0 | 104.1 | 100.9 | 81.3 | 93.6 | 99.2 | 79.5 | 91.9 | 85.8 | 83.3 | 84.8 | 114.2 | 66.3 | 96.4 |
| 03 | CONCRETE | 95.3 | 116.1 | 104.4 | 86.5 | 114.0 | 98.5 | 89.8 | 86.5 | 88.3 | 86.3 | 89.5 | 87.7 | 77.6 | 88.5 | 82.4 | 94.4 | 64.0 | 81.0 |
| 04 | MASONRY | 105.3 | 127.4 | 118.9 | 107.3 | 121.8 | 116.2 | 98.9 | 102.3 | 101.0 | 112.1 | 114.5 | 113.6 | 122.0 | 87.9 | 101.0 | 90.4 | 62.8 | 73.4 |
| 05 | METALS | 100.1 | 125.0 | 107.4 | 92.9 | 123.1 | 101.8 | 91.3 | 116.7 | 98.7 | 92.0 | 121.5 | 100.7 | 91.9 | 119.5 | 100.0 | 90.3 | 84.5 | 88.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 95.0 | 114.2 | 105.6 | 82.1 | 110.3 | 97.6 | 70.0 | 77.0 | 73.8 | 81.8 | 79.9 | 80.8 | 86.3 | 79.9 | 82.8 | 93.1 | 64.5 | 77.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.0 | 120.5 | 110.1 | 104.9 | 111.7 | 107.9 | 107.1 | 88.1 | 98.8 | 104.7 | 101.0 | 103.1 | 104.6 | 83.0 | 95.2 | 100.0 | 63.1 | 83.9 |
| 08 | OPENINGS | 98.2 | 124.3 | 104.3 | 91.4 | 122.1 | 98.5 | 99.7 | 101.3 | 100.1 | 88.4 | 102.8 | 91.7 | 91.9 | 102.8 | 94.4 | 96.3 | 55.0 | 86.7 |
| 0920 | Plaster & Gypsum Board | 94.5 | 115.0 | 108.3 | 91.5 | 111.2 | 104.7 | 104.3 | 76.8 | 85.8 | 91.5 | 79.9 | 83.7 | 91.5 | 79.9 | 83.7 | 103.8 | 64.0 | 77.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 91.6 | 115.0 | 107.4 | 58.8 | 111.2 | 94.1 | 128.8 | 76.8 | 93.7 | 58.8 | 79.9 | 73.0 | 58.8 | 79.9 | 73.0 | 86.4 | 64.0 | 71.3 |
| 0960 | Flooring | 92.4 | 122.8 | 101.0 | 86.4 | 120.9 | 96.1 | 90.4 | 85.6 | 89.0 | 87.8 | 85.6 | 87.2 | 90.3 | 85.6 | 89.0 | 94.0 | 65.0 | 85.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.1 | 129.1 | 114.0 | 95.0 | 123.8 | 112.0 | 89.6 | 83.4 | 85.9 | 89.6 | 83.4 | 85.9 | 89.6 | 103.7 | 98.0 | 86.0 | 46.9 | 62.8 |
| 09 | FINISHES | 91.1 | 119.1 | 106.3 | 81.5 | 115.9 | 100.1 | 98.1 | 82.6 | 89.7 | 81.6 | 85.3 | 83.6 | 81.8 | 84.8 | 83.4 | 89.4 | 62.8 | 75.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 108.7 | 101.9 | 100.0 | 103.2 | 100.7 | 100.0 | 95.5 | 99.0 | 100.0 | 97.3 | 99.4 | 100.0 | 93.7 | 98.6 | 100.0 | 71.9 | 93.7 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.9 | 116.7 | 106.5 | 99.5 | 115.0 | 103.8 | 96.7 | 84.4 | 91.9 | 96.0 | 101.6 | 98.2 | 96.0 | 81.0 | 90.1 | 100.0 | 55.3 | 82.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 102.9 | 115.1 | 108.9 | 102.7 | 115.1 | 108.8 | 102.1 | 71.0 | 86.8 | 102.7 | 83.7 | 93.4 | 109.1 | 93.1 | 101.2 | 101.0 | 53.7 | 77.7 |
| MF2018 | WEIGHTED AVERAGE | 99.0 | 117.6 | 106.9 | 95.1 | 114.2 | 103.2 | 96.3 | 89.3 | 93.3 | 94.0 | 98.0 | 95.7 | 94.3 | 91.2 | 93.0 | 96.2 | 63.9 | 82.6 |

## MISSISSIPPI

| DIVISION | | CLARKSDALE MAT. | INST. | TOTAL | COLUMBUS MAT. | INST. | TOTAL | GREENVILLE MAT. | INST. | TOTAL | GREENWOOD MAT. | INST. | TOTAL | JACKSON MAT. | INST. | TOTAL | LAUREL MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 100.1 | 100.1 | | 100.1 | 100.1 | | 100.1 | 100.1 | | 100.1 | 100.1 | | 102.6 | 102.6 | | 100.1 | 100.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 101.4 | 84.4 | 89.7 | 103.9 | 85.2 | 91.0 | 107.5 | 86.1 | 92.7 | 104.5 | 84.1 | 90.4 | 103.1 | 90.6 | 93.9 | 109.6 | 84.5 | 92.2 |
| 0310 | Concrete Forming & Accessories | 83.8 | 43.9 | 49.8 | 81.9 | 46.3 | 51.6 | 80.7 | 62.7 | 65.4 | 92.5 | 44.3 | 51.4 | 92.0 | 64.6 | 68.6 | 82.0 | 59.5 | 62.8 |
| 0320 | Concrete Reinforcing | 104.2 | 66.5 | 85.9 | 99.9 | 66.3 | 83.8 | 104.7 | 66.7 | 86.3 | 104.2 | 66.5 | 86.0 | 104.7 | 55.1 | 78.7 | 100.6 | 32.4 | 67.6 |
| 0330 | Cast-in-Place Concrete | 104.1 | 58.8 | 87.2 | 116.5 | 61.1 | 95.9 | 107.2 | 65.7 | 91.8 | 112.0 | 58.9 | 92.2 | 99.6 | 66.5 | 87.3 | 113.9 | 60.1 | 93.9 |
| 03 | CONCRETE | 93.8 | 55.1 | 76.8 | 95.8 | 57.1 | 78.8 | 99.3 | 66.2 | 84.8 | 100.1 | 55.4 | 80.4 | 89.2 | 64.7 | 78.4 | 97.9 | 56.9 | 79.9 |
| 04 | MASONRY | 89.1 | 50.8 | 65.6 | 115.4 | 53.6 | 77.4 | 132.2 | 61.4 | 88.7 | 89.8 | 50.7 | 65.8 | 95.7 | 61.5 | 74.7 | 111.5 | 49.4 | 73.4 |
| 05 | METALS | 92.5 | 87.9 | 91.1 | 87.4 | 90.4 | 88.3 | 93.6 | 91.2 | 92.8 | 92.5 | 87.8 | 91.1 | 96.9 | 84.6 | 93.3 | 87.5 | 76.0 | 84.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 79.4 | 44.4 | 60.1 | 78.8 | 45.2 | 60.3 | 76.2 | 62.8 | 68.8 | 91.8 | 44.4 | 65.7 | 96.3 | 65.5 | 79.4 | 79.9 | 64.5 | 71.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 97.7 | 52.0 | 77.8 | 100.0 | 55.4 | 80.6 | 98.2 | 62.1 | 82.5 | 98.1 | 54.2 | 79.0 | 98.3 | 62.9 | 82.9 | 100.2 | 56.5 | 81.2 |
| 08 | OPENINGS | 95.1 | 48.2 | 84.1 | 95.9 | 48.6 | 84.9 | 94.8 | 58.1 | 86.2 | 95.1 | 48.2 | 84.1 | 99.5 | 56.0 | 89.4 | 93.2 | 51.8 | 83.5 |
| 0920 | Plaster & Gypsum Board | 89.9 | 43.3 | 58.6 | 94.3 | 44.2 | 60.6 | 89.6 | 62.3 | 71.2 | 100.6 | 43.3 | 62.1 | 90.7 | 64.9 | 73.3 | 94.3 | 64.0 | 73.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 82.3 | 43.3 | 56.0 | 81.5 | 44.2 | 56.3 | 85.0 | 62.3 | 69.7 | 82.3 | 43.3 | 56.0 | 89.7 | 64.9 | 73.0 | 81.5 | 64.0 | 69.7 |
| 0960 | Flooring | 97.8 | 45.0 | 83.0 | 87.9 | 45.0 | 75.9 | 96.2 | 65.0 | 87.4 | 103.5 | 65.0 | 92.7 | 92.1 | 65.0 | 84.5 | 86.6 | 65.0 | 80.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 94.6 | 46.9 | 66.4 | 86.0 | 46.9 | 62.8 | 94.6 | 56.7 | 72.1 | 94.6 | 46.9 | 66.4 | 89.9 | 56.7 | 70.3 | 86.0 | 46.9 | 62.8 |
| 09 | FINISHES | 90.2 | 43.9 | 65.1 | 85.4 | 49.1 | 65.8 | 90.8 | 62.5 | 75.5 | 93.7 | 48.0 | 68.9 | 89.9 | 64.1 | 75.9 | 85.6 | 60.5 | 72.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 48.0 | 88.4 | 100.0 | 49.0 | 88.6 | 100.0 | 71.3 | 93.6 | 100.0 | 48.0 | 88.4 | 100.0 | 71.9 | 93.7 | 100.0 | 34.2 | 85.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.4 | 51.3 | 79.9 | 98.0 | 53.1 | 80.4 | 100.0 | 57.4 | 83.3 | 98.4 | 51.7 | 80.1 | 100.0 | 59.1 | 83.9 | 98.1 | 47.0 | 78.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.8 | 41.6 | 69.6 | 98.6 | 55.1 | 77.2 | 96.8 | 55.9 | 76.6 | 96.8 | 39.0 | 68.3 | 102.7 | 55.9 | 79.6 | 100.1 | 57.9 | 79.3 |
| MF2018 | WEIGHTED AVERAGE | 95.3 | 55.2 | 78.4 | 95.9 | 59.1 | 80.4 | 98.7 | 65.5 | 84.7 | 96.6 | 55.5 | 79.2 | 97.3 | 65.6 | 83.9 | 96.1 | 57.8 | 79.9 |

## MISSISSIPPI / MISSOURI

| DIVISION | | MCCOMB MAT. | INST. | TOTAL | MERIDIAN MAT. | INST. | TOTAL | TUPELO MAT. | INST. | TOTAL | BOWLING GREEN MAT. | INST. | TOTAL | CAPE GIRARDEAU MAT. | INST. | TOTAL | CHILLICOTHE MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 100.1 | 100.1 | | 100.1 | 100.1 | | 100.1 | 100.1 | | 107.1 | 107.1 | | 107.1 | 107.1 | | 101.5 | 101.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 96.3 | 84.3 | 88.0 | 100.7 | 86.1 | 90.7 | 98.9 | 84.3 | 88.8 | 87.6 | 90.0 | 89.3 | 89.3 | 89.9 | 89.7 | 101.2 | 88.4 | 92.3 |
| 0310 | Concrete Forming & Accessories | 81.9 | 45.5 | 50.9 | 79.4 | 62.8 | 65.2 | 81.2 | 45.9 | 51.1 | 96.0 | 94.0 | 94.3 | 88.9 | 82.0 | 83.0 | 86.2 | 95.7 | 94.3 |
| 0320 | Concrete Reinforcing | 101.2 | 34.3 | 68.8 | 99.9 | 51.6 | 76.6 | 101.9 | 66.5 | 84.8 | 93.4 | 96.5 | 94.9 | 96.6 | 79.6 | 87.3 | 100.4 | 102.6 | 101.5 |
| 0330 | Cast-in-Place Concrete | 101.1 | 58.4 | 85.2 | 108.2 | 66.0 | 92.5 | 104.1 | 67.9 | 90.6 | 90.7 | 95.5 | 92.5 | 89.8 | 86.6 | 88.6 | 91.7 | 86.0 | 89.6 |
| 03 | CONCRETE | 85.9 | 50.2 | 70.2 | 90.1 | 63.8 | 78.6 | 93.4 | 59.2 | 78.4 | 91.2 | 96.4 | 93.5 | 90.4 | 85.0 | 88.0 | 95.0 | 94.3 | 94.7 |
| 04 | MASONRY | 116.7 | 50.3 | 75.9 | 90.0 | 62.1 | 72.9 | 121.7 | 53.3 | 79.6 | 109.6 | 97.9 | 102.4 | 105.9 | 80.5 | 90.3 | 99.2 | 92.2 | 94.9 |
| 05 | METALS | 87.6 | 75.6 | 84.1 | 88.5 | 85.6 | 87.7 | 92.4 | 87.9 | 91.1 | 91.8 | 117.7 | 99.4 | 92.9 | 109.4 | 97.8 | 85.1 | 110.6 | 92.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 78.8 | 46.8 | 61.2 | 76.2 | 62.8 | 68.8 | 76.7 | 45.2 | 59.4 | 96.7 | 94.4 | 95.4 | 89.2 | 80.0 | 84.1 | 94.0 | 97.0 | 95.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 99.4 | 54.2 | 79.8 | 99.6 | 62.4 | 83.4 | 97.6 | 53.9 | 78.6 | 96.4 | 99.2 | 97.6 | 95.9 | 85.3 | 91.3 | 92.7 | 92.7 | 92.7 |
| 08 | OPENINGS | 96.0 | 41.3 | 83.2 | 95.6 | 54.8 | 86.1 | 95.0 | 51.4 | 84.9 | 98.7 | 98.2 | 98.5 | 98.6 | 76.1 | 93.4 | 86.0 | 96.2 | 88.3 |
| 0920 | Plaster & Gypsum Board | 94.3 | 45.8 | 61.7 | 94.3 | 62.3 | 72.8 | 89.6 | 44.2 | 59.0 | 101.7 | 94.6 | 96.9 | 101.1 | 79.8 | 86.8 | 98.2 | 96.9 | 97.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 81.5 | 45.8 | 57.4 | 82.4 | 62.3 | 68.8 | 82.3 | 44.2 | 56.6 | 88.9 | 94.6 | 92.8 | 88.9 | 79.8 | 82.8 | 87.4 | 96.9 | 93.8 |
| 0960 | Flooring | 87.9 | 65.0 | 81.4 | 86.5 | 65.0 | 80.5 | 96.5 | 65.0 | 87.6 | 95.7 | 96.9 | 96.0 | 92.4 | 84.5 | 90.2 | 94.9 | 99.7 | 96.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 86.0 | 46.9 | 62.8 | 86.0 | 46.9 | 62.8 | 94.6 | 45.2 | 65.4 | 95.4 | 106.3 | 101.8 | 95.4 | 67.1 | 78.6 | 94.3 | 103.2 | 99.6 |
| 09 | FINISHES | 84.8 | 49.2 | 65.5 | 84.8 | 61.6 | 72.3 | 89.7 | 48.9 | 67.6 | 98.2 | 95.7 | 96.8 | 97.9 | 73.8 | 87.7 | 97.1 | 97.6 | 97.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 50.9 | 89.1 | 100.0 | 71.5 | 93.6 | 100.0 | 49.0 | 88.6 | 100.0 | 81.4 | 95.8 | 100.0 | 94.3 | 98.7 | 100.0 | 81.3 | 95.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.0 | 50.7 | 79.5 | 100.0 | 57.6 | 83.3 | 98.5 | 52.7 | 80.5 | 96.5 | 99.5 | 97.7 | 100.0 | 98.7 | 99.5 | 96.6 | 99.9 | 97.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.3 | 56.0 | 76.9 | 100.1 | 55.6 | 78.2 | 96.5 | 55.0 | 76.1 | 99.2 | 76.8 | 88.2 | 99.2 | 98.5 | 98.9 | 94.9 | 75.8 | 85.5 |
| MF2018 | WEIGHTED AVERAGE | 94.4 | 55.8 | 78.0 | 94.6 | 64.5 | 81.9 | 96.6 | 59.0 | 80.7 | 96.4 | 95.5 | 96.0 | 97.0 | 91.2 | 94.5 | 93.7 | 93.8 | 93.7 |

# MASTERFORMAT City Cost Indexes  ~  Year 2020 Base

## MISSOURI

| DIVISION | | COLUMBIA | | | FLAT RIVER | | | HANNIBAL | | | HARRISONVILLE | | | JEFFERSON CITY | | | JOPLIN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 110.3 | 110.3 | | 107.1 | 107.1 | | 107.1 | 107.1 | | 101.5 | 101.5 | | 113.1 | 113.1 | | 104.8 | 104.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 94.2 | 93.8 | 93.9 | 90.2 | 89.7 | 89.8 | 85.4 | 89.8 | 88.4 | 92.9 | 89.5 | 90.6 | 94.4 | 98.7 | 97.4 | 102.0 | 92.6 | 95.5 |
| 0310 | Concrete Forming & Accessories | 84.4 | 81.0 | 81.5 | 102.4 | 88.3 | 90.4 | 94.3 | 82.5 | 84.3 | 83.4 | 99.0 | 96.7 | 96.3 | 78.6 | 81.2 | 97.4 | 74.2 | 77.7 |
| 0320 | Concrete Reinforcing | 85.6 | 93.3 | 89.3 | 94.6 | 102.9 | 98.6 | 92.9 | 96.5 | 94.6 | 100.0 | 110.9 | 105.3 | 92.4 | 93.3 | 92.9 | 103.7 | 84.3 | 94.3 |
| 0330 | Cast-in-Place Concrete | 88.6 | 84.8 | 87.2 | 93.7 | 90.6 | 92.5 | 85.9 | 93.5 | 88.7 | 93.9 | 99.7 | 96.0 | 93.9 | 84.1 | 90.2 | 99.3 | 75.5 | 90.4 |
| 03 | CONCRETE | 80.8 | 86.3 | 83.2 | 94.1 | 93.3 | 93.8 | 87.6 | 90.5 | 88.9 | 91.1 | 102.0 | 95.9 | 87.5 | 84.8 | 86.3 | 93.9 | 77.7 | 86.7 |
| 04 | MASONRY | 136.9 | 86.4 | 105.9 | 106.5 | 76.4 | 88.0 | 101.6 | 94.6 | 97.3 | 94.0 | 99.4 | 97.3 | 96.0 | 86.5 | 90.1 | 92.4 | 80.2 | 84.9 |
| 05 | METALS | 96.3 | 115.4 | 101.9 | 91.7 | 119.2 | 99.8 | 91.8 | 117.2 | 99.3 | 85.4 | 115.1 | 94.1 | 95.8 | 114.0 | 101.1 | 87.9 | 98.8 | 91.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 80.3 | 78.6 | 79.3 | 105.2 | 89.6 | 96.6 | 94.9 | 81.1 | 87.3 | 90.4 | 98.7 | 95.0 | 97.1 | 75.6 | 85.2 | 106.1 | 73.5 | 88.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 90.6 | 86.1 | 88.7 | 96.6 | 91.0 | 94.2 | 96.2 | 93.4 | 95.0 | 91.8 | 100.8 | 95.7 | 97.5 | 86.1 | 92.5 | 91.9 | 81.2 | 87.3 |
| 08 | OPENINGS | 94.4 | 81.7 | 91.4 | 98.6 | 97.4 | 98.4 | 98.7 | 83.7 | 95.2 | 85.7 | 103.2 | 89.8 | 94.5 | 80.0 | 91.1 | 86.9 | 76.3 | 84.5 |
| 0920 | Plaster & Gypsum Board | 84.7 | 78.2 | 80.3 | 107.7 | 89.7 | 95.6 | 101.4 | 81.0 | 87.7 | 94.1 | 98.6 | 97.1 | 96.2 | 74.9 | 81.9 | 105.4 | 72.7 | 83.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.5 | 78.2 | 81.5 | 88.9 | 89.7 | 89.4 | 88.9 | 81.0 | 83.6 | 87.4 | 98.6 | 95.0 | 93.3 | 74.9 | 80.9 | 88.3 | 72.7 | 77.8 |
| 0960 | Flooring | 90.2 | 98.6 | 92.5 | 98.9 | 84.5 | 94.9 | 95.0 | 96.9 | 95.5 | 90.3 | 100.8 | 93.2 | 97.6 | 71.5 | 90.3 | 120.1 | 72.2 | 106.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 93.1 | 81.9 | 86.4 | 95.4 | 71.7 | 81.4 | 95.4 | 94.1 | 94.6 | 98.6 | 107.8 | 104.0 | 91.2 | 81.9 | 85.7 | 93.9 | 75.9 | 83.2 |
| 09 | FINISHES | 84.0 | 83.5 | 83.7 | 100.0 | 85.1 | 92.0 | 97.7 | 85.3 | 91.0 | 94.8 | 100.2 | 97.7 | 91.5 | 77.1 | 83.7 | 103.8 | 74.4 | 87.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 93.6 | 98.6 | 100.0 | 94.0 | 98.7 | 100.0 | 78.8 | 95.3 | 100.0 | 82.7 | 96.2 | 100.0 | 93.6 | 98.6 | 100.0 | 79.5 | 95.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 96.9 | 98.8 | 96.5 | 96.9 | 96.6 | 96.5 | 97.7 | 97.0 | 96.6 | 100.8 | 98.2 | 100.0 | 96.9 | 98.8 | 100.1 | 71.1 | 88.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.8 | 81.4 | 89.7 | 103.8 | 98.5 | 101.2 | 98.0 | 76.8 | 87.5 | 101.5 | 101.2 | 101.4 | 95.0 | 81.8 | 88.4 | 92.4 | 66.1 | 79.7 |
| MF2018 | WEIGHTED AVERAGE | 96.1 | 90.7 | 93.8 | 97.3 | 94.2 | 96.0 | 95.3 | 91.6 | 93.7 | 93.2 | 100.8 | 96.4 | 96.4 | 89.9 | 93.7 | 95.1 | 77.7 | 87.7 |

## MISSOURI

| DIVISION | | KANSAS CITY | | | KIRKSVILLE | | | POPLAR BLUFF | | | ROLLA | | | SEDALIA | | | SIKESTON | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 104.4 | 104.4 | | 97.4 | 97.4 | | 99.6 | 99.6 | | 110.3 | 110.3 | | 100.4 | 100.4 | | 99.6 | 99.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 94.6 | 98.6 | 97.3 | 88.8 | 84.9 | 86.1 | 76.1 | 88.5 | 84.7 | 92.9 | 94.1 | 93.8 | 92.1 | 89.3 | 90.2 | 79.6 | 89.1 | 86.2 |
| 0310 | Concrete Forming & Accessories | 97.2 | 103.5 | 102.6 | 86.9 | 78.4 | 79.6 | 87.4 | 79.3 | 80.5 | 91.6 | 94.0 | 93.6 | 89.6 | 78.2 | 79.9 | 88.2 | 79.4 | 80.7 |
| 0320 | Concrete Reinforcing | 98.5 | 111.1 | 104.6 | 93.8 | 83.3 | 88.7 | 96.7 | 76.0 | 86.7 | 86.0 | 93.4 | 89.6 | 84.8 | 110.3 | 97.1 | 96.0 | 76.0 | 86.4 |
| 0330 | Cast-in-Place Concrete | 97.3 | 102.6 | 99.3 | 93.6 | 82.2 | 89.4 | 72.0 | 83.5 | 76.3 | 90.6 | 94.7 | 92.1 | 94.7 | 81.3 | 89.7 | 77.0 | 83.5 | 79.4 |
| 03 | CONCRETE | 93.8 | 104.9 | 98.7 | 106.9 | 81.8 | 95.9 | 81.5 | 81.4 | 81.5 | 82.5 | 95.6 | 88.2 | 86.1 | 91.5 | 85.2 | 81.5 | 83.6 | 83.6 |
| 04 | MASONRY | 99.6 | 103.3 | 101.9 | 113.2 | 84.8 | 95.8 | 104.5 | 74.1 | 85.8 | 110.8 | 85.3 | 95.2 | 117.1 | 81.6 | 95.3 | 104.2 | 74.1 | 85.7 |
| 05 | METALS | 94.9 | 112.8 | 100.2 | 91.5 | 101.0 | 94.3 | 92.1 | 97.8 | 93.7 | 95.7 | 115.9 | 101.6 | 94.5 | 112.8 | 99.9 | 92.4 | 97.9 | 94.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 100.1 | 103.8 | 102.2 | 82.2 | 76.5 | 79.1 | 81.3 | 80.0 | 80.6 | 88.0 | 95.6 | 92.2 | 81.6 | 76.7 | 78.9 | 82.9 | 80.0 | 81.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 91.8 | 105.2 | 97.7 | 102.2 | 90.9 | 96.3 | 100.5 | 83.0 | 92.9 | 90.9 | 92.9 | 91.8 | 96.1 | 87.8 | 92.5 | 100.7 | 82.1 | 92.6 |
| 08 | OPENINGS | 96.5 | 106.0 | 98.7 | 104.1 | 78.8 | 98.2 | 105.0 | 75.2 | 98.1 | 94.4 | 91.1 | 93.6 | 99.4 | 87.0 | 96.5 | 105.0 | 75.2 | 98.1 |
| 0920 | Plaster & Gypsum Board | 100.9 | 104.0 | 103.0 | 96.3 | 76.2 | 82.8 | 96.6 | 79.8 | 85.3 | 86.9 | 95.6 | 92.8 | 80.5 | 76.2 | 77.6 | 98.5 | 79.8 | 85.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 90.5 | 104.0 | 99.6 | 87.3 | 76.2 | 79.8 | 88.9 | 79.8 | 82.8 | 88.5 | 95.6 | 93.3 | 88.5 | 76.2 | 80.2 | 88.9 | 79.8 | 82.8 |
| 0960 | Flooring | 95.9 | 101.8 | 97.6 | 73.8 | 96.4 | 80.2 | 87.3 | 84.5 | 86.5 | 93.8 | 96.4 | 94.5 | 72.5 | 72.9 | 72.6 | 87.8 | 84.5 | 86.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.2 | 107.8 | 103.5 | 91.3 | 78.3 | 83.6 | 90.6 | 67.1 | 76.7 | 93.1 | 90.2 | 91.4 | 93.1 | 103.2 | 99.1 | 90.6 | 67.1 | 76.7 |
| 09 | FINISHES | 98.1 | 103.6 | 101.1 | 97.4 | 81.1 | 88.6 | 96.9 | 78.4 | 86.9 | 85.4 | 94.0 | 90.1 | 82.9 | 79.1 | 80.8 | 97.5 | 78.7 | 87.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 98.4 | 99.7 | 100.0 | 78.3 | 95.2 | 100.0 | 92.2 | 98.3 | 100.0 | 96.7 | 99.3 | 100.0 | 87.9 | 97.3 | 100.0 | 92.2 | 98.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 103.4 | 101.4 | 96.6 | 97.1 | 96.8 | 96.6 | 94.9 | 95.9 | 96.5 | 98.6 | 97.3 | 96.4 | 94.9 | 95.8 | 96.6 | 95.0 | 95.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 103.3 | 110.2 | 106.7 | 98.2 | 76.8 | 87.6 | 98.4 | 98.4 | 98.4 | 96.4 | 79.4 | 88.0 | 97.2 | 101.2 | 99.2 | 97.5 | 98.4 | 98.0 |
| MF2018 | WEIGHTED AVERAGE | 97.9 | 103.8 | 100.4 | 98.9 | 86.5 | 93.7 | 95.1 | 87.7 | 92.0 | 94.1 | 94.3 | 94.2 | 96.4 | 91.5 | 94.3 | 95.7 | 87.8 | 92.3 |

## MISSOURI / MONTANA

| DIVISION | | SPRINGFIELD | | | ST. JOSEPH | | | ST. LOUIS | | | BILLINGS | | | BUTTE | | | GREAT FALLS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 102.8 | 102.8 | | 101.5 | 101.5 | | 108.6 | 108.6 | | 97.9 | 97.9 | | 97.7 | 97.7 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 94.4 | 91.4 | 92.4 | 96.7 | 87.4 | 90.3 | 94.4 | 97.8 | 96.7 | 91.8 | 93.5 | 93.0 | 97.3 | 93.3 | 94.5 | 101.0 | 93.3 | 95.7 |
| 0310 | Concrete Forming & Accessories | 97.7 | 75.4 | 78.7 | 96.3 | 89.1 | 90.2 | 99.5 | 102.5 | 102.1 | 99.3 | 68.3 | 72.9 | 86.5 | 68.2 | 70.9 | 99.2 | 68.2 | 72.8 |
| 0320 | Concrete Reinforcing | 82.5 | 92.9 | 87.5 | 97.3 | 108.0 | 103.6 | 86.5 | 105.2 | 95.5 | 98.0 | 81.8 | 90.2 | 106.3 | 81.4 | 94.0 | 98.0 | 81.8 | 90.2 |
| 0330 | Cast-in-Place Concrete | 96.3 | 73.7 | 87.9 | 92.2 | 95.5 | 93.4 | 101.3 | 102.5 | 101.7 | 118.7 | 72.7 | 101.6 | 130.6 | 72.5 | 109.0 | 138.1 | 72.5 | 113.7 |
| 03 | CONCRETE | 92.1 | 79.0 | 86.3 | 90.3 | 96.7 | 92.8 | 97.1 | 104.0 | 100.1 | 98.3 | 73.1 | 87.2 | 101.9 | 73.0 | 89.2 | 106.9 | 73.0 | 92.0 |
| 04 | MASONRY | 89.1 | 79.9 | 83.5 | 95.3 | 88.7 | 91.2 | 91.1 | 107.1 | 100.9 | 125.8 | 83.8 | 100.0 | 120.9 | 82.7 | 97.4 | 125.4 | 83.8 | 99.8 |
| 05 | METALS | 100.7 | 101.7 | 101.0 | 91.5 | 108.2 | 96.2 | 97.4 | 119.0 | 103.8 | 107.0 | 89.6 | 101.9 | 101.2 | 89.4 | 97.7 | 104.4 | 89.5 | 100.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 89.4 | 75.0 | 81.5 | 106.1 | 88.7 | 96.5 | 97.6 | 101.0 | 99.5 | 90.1 | 64.6 | 76.1 | 76.8 | 64.6 | 70.1 | 91.4 | 64.6 | 76.6 |
| 07 | THERMAL & MOISTURE PROTECTION | 94.6 | 75.5 | 86.3 | 92.2 | 88.7 | 90.7 | 94.3 | 105.5 | 99.0 | 108.3 | 73.7 | 93.2 | 107.8 | 73.3 | 92.8 | 108.5 | 73.7 | 93.4 |
| 08 | OPENINGS | 101.7 | 84.3 | 97.6 | 89.9 | 96.7 | 91.5 | 100.3 | 105.8 | 101.6 | 98.6 | 65.9 | 91.0 | 96.9 | 65.9 | 89.7 | 99.8 | 65.9 | 91.9 |
| 0920 | Plaster & Gypsum Board | 87.8 | 74.4 | 78.8 | 106.9 | 88.3 | 94.4 | 106.5 | 101.5 | 103.1 | 118.3 | 64.0 | 81.8 | 118.8 | 64.0 | 81.9 | 128.7 | 64.0 | 85.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.5 | 74.4 | 79.0 | 94.8 | 88.3 | 90.4 | 90.5 | 101.5 | 97.9 | 96.6 | 64.0 | 74.6 | 104.1 | 64.0 | 77.0 | 105.7 | 64.0 | 77.6 |
| 0960 | Flooring | 92.8 | 71.5 | 86.8 | 99.4 | 99.0 | 99.3 | 98.0 | 99.1 | 98.3 | 88.1 | 80.8 | 86.0 | 85.9 | 90.0 | 87.0 | 91.9 | 80.8 | 88.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 87.6 | 99.4 | 94.6 | 94.3 | 107.8 | 102.3 | 96.4 | 106.3 | 102.2 | 93.8 | 91.0 | 92.2 | 92.3 | 67.8 | 77.8 | 92.3 | 91.0 | 91.5 |
| 09 | FINISHES | 87.6 | 77.6 | 82.2 | 100.3 | 94.2 | 96.3 | 100.5 | 101.9 | 101.3 | 92.5 | 72.3 | 81.6 | 93.7 | 73.8 | 81.5 | 96.8 | 72.3 | 83.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 90.5 | 97.9 | 100.0 | 94.0 | 98.7 | 100.0 | 102.8 | 100.6 | 100.0 | 91.6 | 98.1 | 100.0 | 91.6 | 98.1 | 100.0 | 91.6 | 98.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 69.4 | 88.0 | 100.1 | 87.5 | 95.2 | 100.0 | 105.5 | 102.2 | 100.0 | 76.4 | 90.7 | 100.0 | 71.2 | 88.7 | 100.0 | 71.2 | 88.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.3 | 60.8 | 81.3 | 101.5 | 75.8 | 88.9 | 101.8 | 98.5 | 100.2 | 102.3 | 75.2 | 88.9 | 109.2 | 71.3 | 90.5 | 101.7 | 70.8 | 86.5 |
| MF2018 | WEIGHTED AVERAGE | 97.6 | 79.0 | 89.7 | 96.1 | 90.9 | 93.9 | 98.8 | 104.5 | 101.2 | 101.6 | 78.4 | 91.8 | 101.5 | 76.5 | 90.9 | 102.9 | 76.6 | 91.8 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## MONTANA

| DIVISION | | HAVRE MAT. | HAVRE INST. | HAVRE TOTAL | HELENA MAT. | HELENA INST. | HELENA TOTAL | KALISPELL MAT. | KALISPELL INST. | KALISPELL TOTAL | MILES CITY MAT. | MILES CITY INST. | MILES CITY TOTAL | MISSOULA MAT. | MISSOULA INST. | MISSOULA TOTAL | WOLF POINT MAT. | WOLF POINT INST. | WOLF POINT TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 97.7 | 97.7 | | 99.9 | 99.9 | | 97.7 | 97.7 | | 97.7 | 97.7 | | 97.7 | 97.7 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 104.2 | 93.1 | 96.6 | 91.1 | 96.8 | 95.0 | 87.5 | 93.3 | 91.5 | 93.5 | 93.2 | 93.3 | 80.5 | 93.3 | 89.3 | 110.2 | 93.2 | 98.4 |
| 0310 | Concrete Forming & Accessories | 79.6 | 67.2 | 69.0 | 100.2 | 68.3 | 73.0 | 89.7 | 68.3 | 71.4 | 97.7 | 67.3 | 71.8 | 89.7 | 68.4 | 71.5 | 90.4 | 67.3 | 70.7 |
| 0320 | Concrete Reinforcing | 107.1 | 78.9 | 93.5 | 113.0 | 81.8 | 97.9 | 109.1 | 85.8 | 97.9 | 106.7 | 78.9 | 93.3 | 108.1 | 85.8 | 97.3 | 108.2 | 78.2 | 93.7 |
| 0330 | Cast-in-Place Concrete | 140.7 | 71.2 | 114.9 | 102.1 | 73.3 | 91.4 | 113.4 | 72.5 | 98.2 | 124.2 | 71.3 | 104.5 | 96.2 | 72.6 | 87.4 | 139.1 | 70.2 | 113.5 |
| 03 | CONCRETE | 109.8 | 71.6 | 93.0 | 94.7 | 73.3 | 85.3 | 91.7 | 73.7 | 83.8 | 98.8 | 71.7 | 86.9 | 80.5 | 73.8 | 77.6 | 113.2 | 71.2 | 94.8 |
| 04 | MASONRY | 121.9 | 80.6 | 96.5 | 114.2 | 82.7 | 94.8 | 119.6 | 82.7 | 96.9 | 127.6 | 80.6 | 98.7 | 144.5 | 82.7 | 106.5 | 128.9 | 80.6 | 99.2 |
| 05 | METALS | 97.3 | 88.2 | 94.6 | 103.2 | 88.5 | 98.9 | 97.2 | 90.8 | 95.3 | 96.5 | 88.4 | 94.1 | 97.7 | 91.0 | 95.7 | 96.6 | 88.3 | 94.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 68.1 | 64.6 | 66.2 | 93.8 | 64.7 | 77.8 | 80.2 | 64.6 | 71.6 | 88.4 | 64.6 | 75.3 | 80.2 | 64.6 | 71.6 | 79.5 | 64.6 | 71.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 108.3 | 66.2 | 90.0 | 103.1 | 73.9 | 90.4 | 107.4 | 73.6 | 92.7 | 107.8 | 67.7 | 90.3 | 106.9 | 75.6 | 93.3 | 108.9 | 67.5 | 90.9 |
| 08 | OPENINGS | 97.4 | 65.2 | 89.9 | 96.3 | 65.9 | 89.2 | 97.4 | 66.8 | 90.3 | 96.9 | 65.2 | 89.5 | 96.9 | 66.8 | 89.9 | 96.9 | 65.1 | 89.5 |
| 0920 | Plaster & Gypsum Board | 114.1 | 64.0 | 80.4 | 113.5 | 64.0 | 82.2 | 118.8 | 64.0 | 81.9 | 127.8 | 64.0 | 84.9 | 118.8 | 64.0 | 81.9 | 121.8 | 64.0 | 82.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 104.1 | 64.0 | 77.0 | 107.9 | 64.0 | 78.3 | 104.1 | 64.0 | 77.0 | 101.6 | 64.0 | 76.3 | 104.1 | 64.0 | 77.0 | 101.6 | 64.0 | 76.3 |
| 0960 | Flooring | 83.0 | 90.9 | 85.3 | 95.9 | 90.9 | 94.5 | 87.1 | 90.9 | 88.2 | 91.8 | 90.9 | 91.6 | 87.1 | 90.9 | 88.2 | 88.4 | 90.9 | 89.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.3 | 67.8 | 77.8 | 97.6 | 67.8 | 79.9 | 92.3 | 91.0 | 91.5 | 92.3 | 67.8 | 77.8 | 92.3 | 91.0 | 91.5 | 92.3 | 67.8 | 77.8 |
| 09 | FINISHES | 92.3 | 71.3 | 80.9 | 100.1 | 71.8 | 84.8 | 92.9 | 74.3 | 82.8 | 95.4 | 71.3 | 82.3 | 92.3 | 74.3 | 82.6 | 95.0 | 71.3 | 82.1 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 88.8 | 97.5 | 100.0 | 91.9 | 98.2 | 100.0 | 89.5 | 97.7 | 100.0 | 88.9 | 97.5 | 100.0 | 92.4 | 98.3 | 100.0 | 88.9 | 97.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 68.9 | 85.6 | 100.0 | 71.2 | 88.7 | 96.5 | 69.4 | 85.7 | 96.5 | 75.2 | 88.1 | 100.0 | 71.2 | 88.7 | 96.5 | 75.2 | 88.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.7 | 69.2 | 85.7 | 109.0 | 70.8 | 90.2 | 106.0 | 68.1 | 87.3 | 101.7 | 74.4 | 88.3 | 107.0 | 70.2 | 88.9 | 101.7 | 74.4 | 88.3 |
| MF2018 | WEIGHTED AVERAGE | 100.4 | 74.8 | 89.6 | 100.9 | 76.7 | 90.7 | 98.1 | 76.2 | 88.9 | 99.2 | 77.0 | 89.8 | 98.6 | 77.1 | 89.5 | 101.4 | 76.9 | 91.1 |

## NEBRASKA

| DIVISION | | ALLIANCE MAT. | ALLIANCE INST. | ALLIANCE TOTAL | COLUMBUS MAT. | COLUMBUS INST. | COLUMBUS TOTAL | GRAND ISLAND MAT. | GRAND ISLAND INST. | GRAND ISLAND TOTAL | HASTINGS MAT. | HASTINGS INST. | HASTINGS TOTAL | LINCOLN MAT. | LINCOLN INST. | LINCOLN TOTAL | MCCOOK MAT. | MCCOOK INST. | MCCOOK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 95.3 | 95.3 | | 101.9 | 101.9 | | 101.9 | 101.9 | | 101.9 | 101.9 | | 105.0 | 105.0 | | 101.9 | 101.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 98.2 | 96.2 | 96.8 | 101.8 | 90.6 | 94.1 | 106.8 | 90.7 | 95.7 | 105.4 | 90.6 | 95.2 | 94.9 | 95.7 | 95.4 | 101.5 | 90.6 | 94.0 |
| 0310 | Concrete Forming & Accessories | 87.0 | 55.3 | 60.0 | 96.5 | 75.0 | 78.2 | 96.1 | 68.8 | 72.9 | 99.3 | 72.5 | 76.5 | 94.4 | 75.5 | 78.3 | 92.3 | 55.9 | 61.2 |
| 0320 | Concrete Reinforcing | 107.4 | 87.4 | 97.7 | 100.4 | 85.4 | 93.4 | 99.8 | 76.1 | 88.4 | 99.8 | 76.1 | 88.4 | 97.6 | 76.4 | 87.3 | 100.1 | 76.3 | 88.6 |
| 0330 | Cast-in-Place Concrete | 108.1 | 81.8 | 98.3 | 107.3 | 81.8 | 97.8 | 113.6 | 77.7 | 100.2 | 113.6 | 74.0 | 98.9 | 87.2 | 83.1 | 85.6 | 116.9 | 73.9 | 100.9 |
| 03 | CONCRETE | 114.3 | 70.9 | 95.2 | 100.2 | 80.4 | 91.5 | 104.9 | 74.5 | 91.5 | 105.1 | 74.9 | 91.8 | 87.5 | 79.4 | 83.9 | 103.7 | 67.4 | 87.7 |
| 04 | MASONRY | 106.0 | 77.4 | 88.4 | 111.1 | 77.4 | 90.4 | 104.3 | 73.8 | 85.6 | 112.8 | 74.0 | 88.9 | 93.6 | 78.2 | 84.1 | 101.9 | 77.4 | 86.8 |
| 05 | METALS | 99.1 | 85.2 | 95.0 | 91.4 | 98.0 | 93.3 | 93.2 | 93.7 | 93.3 | 94.0 | 93.7 | 93.9 | 95.0 | 93.3 | 94.5 | 93.9 | 93.8 | 93.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 82.6 | 48.7 | 64.0 | 94.3 | 74.9 | 83.6 | 93.4 | 66.3 | 78.5 | 97.2 | 72.1 | 83.4 | 99.0 | 75.0 | 85.8 | 90.7 | 49.7 | 68.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 100.7 | 75.8 | 89.9 | 101.6 | 80.4 | 92.4 | 101.8 | 78.3 | 91.5 | 101.8 | 77.6 | 91.3 | 100.1 | 81.1 | 91.8 | 96.0 | 76.1 | 87.3 |
| 08 | OPENINGS | 90.8 | 58.1 | 83.2 | 91.3 | 73.7 | 87.2 | 91.3 | 66.8 | 85.6 | 91.3 | 69.8 | 86.3 | 105.4 | 68.8 | 96.9 | 91.2 | 55.8 | 83.0 |
| 0920 | Plaster & Gypsum Board | 79.8 | 47.5 | 58.1 | 93.4 | 74.3 | 80.6 | 92.5 | 65.5 | 74.3 | 94.4 | 71.4 | 78.9 | 102.7 | 74.3 | 83.6 | 91.0 | 48.4 | 62.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.6 | 47.5 | 60.9 | 83.4 | 74.3 | 77.3 | 83.4 | 65.5 | 71.3 | 83.4 | 71.4 | 75.3 | 98.3 | 74.3 | 82.1 | 83.9 | 48.4 | 60.0 |
| 0960 | Flooring | 91.4 | 87.3 | 90.2 | 84.0 | 87.3 | 84.9 | 83.7 | 78.9 | 82.4 | 85.0 | 81.3 | 84.0 | 96.3 | 86.6 | 93.6 | 90.0 | 87.3 | 89.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 155.8 | 51.7 | 94.2 | 74.9 | 60.1 | 66.1 | 74.9 | 62.5 | 67.6 | 74.9 | 60.1 | 66.1 | 94.4 | 79.3 | 85.5 | 87.6 | 45.0 | 62.4 |
| 09 | FINISHES | 90.8 | 59.2 | 73.7 | 84.9 | 75.5 | 79.8 | 84.9 | 69.3 | 76.5 | 85.6 | 72.7 | 78.6 | 95.6 | 77.9 | 86.0 | 88.4 | 59.1 | 72.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 83.9 | 96.4 | 100.0 | 83.5 | 96.3 | 100.0 | 89.7 | 97.7 | 100.0 | 83.1 | 96.2 | 100.0 | 91.0 | 98.0 | 100.0 | 84.1 | 96.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.7 | 75.0 | 88.2 | 96.6 | 75.3 | 88.2 | 100.1 | 79.5 | 92.0 | 96.6 | 74.6 | 87.9 | 100.0 | 79.6 | 92.0 | 96.5 | 75.2 | 88.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 93.6 | 65.6 | 79.8 | 97.3 | 66.4 | 82.1 | 95.9 | 65.7 | 81.0 | 95.3 | 79.4 | 87.5 | 109.2 | 65.7 | 87.8 | 95.6 | 65.7 | 80.9 |
| MF2018 | WEIGHTED AVERAGE | 98.7 | 73.3 | 87.9 | 96.0 | 80.7 | 89.6 | 97.4 | 76.8 | 88.7 | 97.1 | 78.2 | 89.1 | 98.3 | 79.7 | 90.5 | 96.3 | 73.1 | 86.5 |

## NEBRASKA / NEVADA

| DIVISION | | NORFOLK MAT. | NORFOLK INST. | NORFOLK TOTAL | NORTH PLATTE MAT. | NORTH PLATTE INST. | NORTH PLATTE TOTAL | OMAHA MAT. | OMAHA INST. | OMAHA TOTAL | VALENTINE MAT. | VALENTINE INST. | VALENTINE TOTAL | CARSON CITY MAT. | CARSON CITY INST. | CARSON CITY TOTAL | ELKO MAT. | ELKO INST. | ELKO TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 91.7 | 91.7 | | 101.9 | 101.9 | | 94.2 | 94.2 | | 95.0 | 95.0 | | 97.9 | 97.9 | | 94.6 | 94.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 84.1 | 89.7 | 88.0 | 102.9 | 90.4 | 94.3 | 89.1 | 93.9 | 92.4 | 86.3 | 95.2 | 92.4 | 83.3 | 97.4 | 93.0 | 67.8 | 91.3 | 84.0 |
| 0310 | Concrete Forming & Accessories | 83.2 | 74.1 | 75.5 | 94.8 | 75.2 | 78.1 | 93.1 | 76.7 | 79.1 | 83.5 | 53.1 | 57.6 | 106.1 | 76.3 | 80.7 | 111.4 | 96.3 | 98.6 |
| 0320 | Concrete Reinforcing | 100.5 | 66.5 | 84.1 | 99.5 | 76.2 | 88.3 | 100.8 | 76.5 | 89.0 | 100.1 | 66.3 | 83.7 | 115.8 | 116.1 | 116.0 | 124.5 | 114.5 | 119.7 |
| 0330 | Cast-in-Place Concrete | 107.9 | 71.3 | 94.3 | 116.9 | 60.6 | 96.0 | 91.4 | 78.6 | 86.7 | 103.1 | 54.0 | 84.8 | 98.0 | 82.2 | 92.1 | 95.0 | 72.4 | 86.6 |
| 03 | CONCRETE | 98.8 | 72.4 | 87.2 | 103.8 | 71.4 | 89.6 | 89.8 | 77.8 | 84.5 | 101.2 | 56.9 | 81.7 | 101.0 | 85.3 | 94.1 | 98.5 | 90.8 | 95.1 |
| 04 | MASONRY | 117.1 | 77.3 | 92.7 | 90.4 | 76.9 | 82.1 | 93.0 | 80.0 | 85.0 | 101.4 | 76.8 | 86.3 | 118.2 | 68.8 | 87.8 | 125.0 | 67.7 | 89.8 |
| 05 | METALS | 94.8 | 80.4 | 90.6 | 93.1 | 93.2 | 93.2 | 95.0 | 83.9 | 91.7 | 105.1 | 79.4 | 97.5 | 111.4 | 94.1 | 106.3 | 115.0 | 93.6 | 108.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 78.4 | 74.4 | 76.2 | 92.7 | 76.9 | 84.0 | 93.4 | 76.6 | 84.2 | 77.5 | 47.4 | 61.0 | 93.6 | 74.4 | 83.0 | 104.7 | 102.3 | 103.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 101.2 | 78.3 | 91.2 | 95.9 | 78.4 | 88.3 | 96.7 | 80.8 | 89.8 | 96.5 | 73.9 | 86.7 | 118.1 | 79.1 | 101.2 | 114.2 | 76.5 | 96.5 |
| 08 | OPENINGS | 92.7 | 68.7 | 87.1 | 90.6 | 72.1 | 86.3 | 99.8 | 76.8 | 94.4 | 92.7 | 53.4 | 83.6 | 101.1 | 77.6 | 95.6 | 102.5 | 92.6 | 100.2 |
| 0920 | Plaster & Gypsum Board | 93.2 | 74.3 | 80.5 | 91.0 | 76.4 | 81.2 | 102.9 | 76.4 | 85.1 | 92.5 | 46.6 | 61.6 | 100.8 | 73.7 | 82.6 | 106.9 | 102.5 | 103.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 97.6 | 74.3 | 81.9 | 83.9 | 76.4 | 78.8 | 101.0 | 76.4 | 84.4 | 100.4 | 46.6 | 64.1 | 96.0 | 73.7 | 80.9 | 94.5 | 102.5 | 99.9 |
| 0960 | Flooring | 104.1 | 87.3 | 99.4 | 91.1 | 78.9 | 87.7 | 100.6 | 87.3 | 96.9 | 116.8 | 87.3 | 108.5 | 99.5 | 67.1 | 90.4 | 103.0 | 67.1 | 92.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 132.5 | 60.1 | 89.7 | 87.6 | 58.9 | 70.6 | 104.2 | 61.0 | 78.6 | 155.3 | 61.0 | 99.5 | 95.8 | 79.3 | 86.1 | 94.2 | 79.3 | 85.4 |
| 09 | FINISHES | 101.8 | 75.2 | 87.4 | 88.7 | 74.3 | 81.2 | 100.4 | 76.9 | 87.7 | 109.1 | 59.3 | 82.1 | 96.5 | 74.0 | 84.3 | 94.0 | 90.9 | 92.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 85.1 | 96.7 | 100.0 | 61.1 | 91.3 | 100.0 | 90.2 | 97.8 | 100.0 | 56.1 | 90.2 | 100.0 | 100.2 | 100.0 | 100.0 | 91.0 | 98.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.3 | 74.3 | 87.7 | 100.0 | 73.7 | 89.6 | 100.0 | 80.3 | 92.3 | 96.1 | 73.5 | 87.2 | 100.0 | 77.0 | 91.0 | 98.3 | 76.9 | 89.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.2 | 81.4 | 88.9 | 93.9 | 65.7 | 80.0 | 103.9 | 83.7 | 94.0 | 91.4 | 65.7 | 78.7 | 102.2 | 88.3 | 95.3 | 98.8 | 88.3 | 93.6 |
| MF2018 | WEIGHTED AVERAGE | 97.4 | 77.5 | 89.0 | 96.3 | 75.6 | 87.6 | 97.6 | 81.5 | 90.8 | 98.6 | 69.2 | 86.2 | 102.9 | 82.5 | 94.3 | 102.3 | 85.2 | 95.0 |

# MASTERFORMAT City Cost Indexes ~ Year 2020 Base

| | | NEVADA | | | | | | | | | NEW HAMPSHIRE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | ELY | | | LAS VEGAS | | | RENO | | | CHARLESTON | | | CLAREMONT | | | CONCORD | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 94.6 | 94.6 | | 94.6 | 94.6 | | 94.6 | 94.6 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 98.4 | 98.4 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 73.4 | 92.5 | 86.6 | 76.6 | 95.5 | 89.7 | 73.4 | 92.6 | 86.7 | 80.6 | 96.1 | 91.3 | 74.6 | 96.1 | 89.5 | 88.7 | 101.2 | 97.3 |
| 0310 | Concrete Forming & Accessories | 104.3 | 101.6 | 102.0 | 105.2 | 105.6 | 105.5 | 100.6 | 76.3 | 79.9 | 86.6 | 83.1 | 83.6 | 92.1 | 83.2 | 84.5 | 97.2 | 94.8 | 95.1 |
| 0320 | Concrete Reinforcing | 123.1 | 114.7 | 119.0 | 113.5 | 125.9 | 119.5 | 116.4 | 124.2 | 120.1 | 89.7 | 88.6 | 89.1 | 89.7 | 88.6 | 89.1 | 100.9 | 88.7 | 95.0 |
| 0330 | Cast-in-Place Concrete | 102.0 | 95.2 | 99.4 | 98.7 | 108.2 | 102.2 | 107.9 | 81.1 | 97.9 | 84.7 | 116.1 | 96.4 | 77.8 | 116.1 | 92.1 | 100.9 | 117.8 | 107.2 |
| 03 | CONCRETE | 107.5 | 101.2 | 104.7 | 102.4 | 109.5 | 105.5 | 106.7 | 86.3 | 97.9 | 90.4 | 95.8 | 92.7 | 82.8 | 95.8 | 88.5 | 96.3 | 101.6 | 98.9 |
| 04 | MASONRY | 130.5 | 74.8 | 96.3 | 117.4 | 106.2 | 110.5 | 124.2 | 68.7 | 90.1 | 89.8 | 99.5 | 95.8 | 89.9 | 99.5 | 95.8 | 97.8 | 101.4 | 100.0 |
| 05 | METALS | 115.0 | 96.5 | 109.5 | 124.1 | 103.9 | 118.2 | 116.7 | 97.4 | 111.1 | 94.2 | 92.1 | 93.5 | 94.2 | 92.1 | 93.6 | 101.3 | 91.8 | 98.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 94.8 | 104.4 | 100.1 | 92.4 | 102.3 | 97.8 | 88.4 | 74.3 | 80.6 | 86.6 | 79.4 | 82.6 | 92.4 | 79.4 | 85.3 | 93.3 | 93.6 | 93.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 114.7 | 92.2 | 104.9 | 129.4 | 101.9 | 117.4 | 114.2 | 78.3 | 98.6 | 107.3 | 106.5 | 107.0 | 107.1 | 106.5 | 106.8 | 111.3 | 109.5 | 110.5 |
| 08 | OPENINGS | 102.4 | 93.8 | 100.4 | 101.4 | 109.6 | 103.3 | 100.2 | 79.2 | 95.3 | 96.1 | 80.6 | 92.5 | 97.2 | 80.6 | 93.3 | 97.0 | 88.5 | 95.1 |
| 0920 | Plaster & Gypsum Board | 101.2 | 104.6 | 103.5 | 93.9 | 102.5 | 99.7 | 89.0 | 73.7 | 78.7 | 106.1 | 78.5 | 87.5 | 107.0 | 78.5 | 87.9 | 108.7 | 93.1 | 98.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 94.5 | 104.6 | 101.3 | 101.0 | 102.5 | 102.0 | 97.8 | 73.7 | 81.5 | 100.8 | 78.5 | 86.1 | 101.8 | 78.5 | 86.1 | 106.1 | 93.1 | 97.4 |
| 0960 | Flooring | 100.5 | 67.1 | 91.1 | 92.0 | 104.1 | 95.4 | 97.3 | 67.1 | 88.8 | 85.1 | 113.1 | 92.9 | 87.6 | 113.1 | 94.7 | 96.4 | 113.1 | 101.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 94.2 | 112.0 | 104.7 | 96.8 | 119.4 | 110.2 | 94.2 | 79.3 | 85.4 | 81.8 | 90.0 | 86.6 | 81.8 | 90.0 | 86.6 | 90.9 | 90.0 | 92.4 |
| 09 | FINISHES | 92.9 | 97.0 | 95.1 | 90.8 | 106.4 | 99.3 | 90.8 | 73.9 | 81.7 | 90.2 | 88.5 | 89.3 | 90.6 | 88.5 | 89.5 | 95.9 | 97.4 | 96.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 70.7 | 93.5 | 100.0 | 105.1 | 101.1 | 100.0 | 99.8 | 100.0 | 100.0 | 88.5 | 97.4 | 100.0 | 88.5 | 97.4 | 100.0 | 95.9 | 102.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.3 | 96.2 | 97.4 | 100.1 | 103.0 | 101.3 | 100.0 | 77.1 | 91.0 | 96.7 | 82.2 | 91.0 | 96.7 | 82.2 | 91.0 | 100.0 | 87.2 | 95.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.3 | 93.0 | 96.0 | 103.5 | 107.8 | 105.6 | 99.4 | 88.3 | 93.9 | 91.4 | 75.2 | 83.4 | 91.4 | 75.2 | 83.4 | 90.7 | 75.2 | 82.8 |
| MF2018 | WEIGHTED AVERAGE | 103.7 | 93.2 | 99.2 | 105.0 | 105.1 | 105.0 | 103.6 | 82.6 | 94.7 | 94.1 | 88.4 | 91.7 | 93.1 | 88.4 | 91.1 | 98.0 | 93.2 | 96.0 |

| | | NEW HAMPSHIRE | | | | | | | | | | | | | | | NEW JERSEY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | KEENE | | | LITTLETON | | | MANCHESTER | | | NASHUA | | | PORTSMOUTH | | | ATLANTIC CITY | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 95.7 | 95.7 | | 95.7 | 95.7 | | 99.0 | 99.0 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 93.3 | 93.3 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 88.0 | 96.2 | 93.6 | 74.7 | 95.2 | 88.8 | 87.8 | 101.3 | 97.1 | 89.5 | 96.3 | 94.2 | 83.3 | 97.0 | 92.7 | 88.2 | 99.7 | 96.1 |
| 0310 | Concrete Forming & Accessories | 90.7 | 83.4 | 84.5 | 102.4 | 77.3 | 81.0 | 97.5 | 95.1 | 95.5 | 98.5 | 94.9 | 95.4 | 87.9 | 94.1 | 93.2 | 114.8 | 142.0 | 138.0 |
| 0320 | Concrete Reinforcing | 89.7 | 88.6 | 89.2 | 90.4 | 88.6 | 89.5 | 108.5 | 88.7 | 98.9 | 112.0 | 88.7 | 100.7 | 88.7 | 88.6 | 89.2 | 81.1 | 138.0 | 108.6 |
| 0330 | Cast-in-Place Concrete | 85.1 | 116.2 | 96.7 | 76.3 | 107.5 | 87.9 | 99.2 | 118.3 | 106.3 | 80.5 | 117.4 | 94.3 | 76.3 | 117.2 | 91.5 | 78.5 | 137.1 | 100.3 |
| 03 | CONCRETE | 89.9 | 95.9 | 92.6 | 82.2 | 90.1 | 85.7 | 97.0 | 101.9 | 99.0 | 90.0 | 101.6 | 95.1 | 82.4 | 101.2 | 90.7 | 87.7 | 138.1 | 109.8 |
| 04 | MASONRY | 92.5 | 99.5 | 96.8 | 100.9 | 84.1 | 90.6 | 94.4 | 101.4 | 98.7 | 94.4 | 101.4 | 98.7 | 90.2 | 99.8 | 96.1 | 104.1 | 140.0 | 126.1 |
| 05 | METALS | 94.8 | 92.5 | 94.2 | 94.9 | 92.2 | 94.1 | 102.0 | 92.2 | 99.1 | 100.5 | 92.7 | 98.2 | 96.4 | 94.3 | 95.8 | 98.8 | 115.0 | 103.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 90.9 | 79.4 | 84.6 | 101.9 | 79.4 | 89.5 | 93.6 | 93.7 | 93.7 | 100.2 | 93.6 | 96.6 | 87.8 | 93.6 | 91.0 | 122.8 | 143.7 | 134.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 107.9 | 106.4 | 107.2 | 107.2 | 99.5 | 103.8 | 112.5 | 109.5 | 111.2 | 108.3 | 108.9 | 108.6 | 107.8 | 108.1 | 107.9 | 102.1 | 134.0 | 116.0 |
| 08 | OPENINGS | 94.8 | 84.1 | 92.3 | 98.1 | 80.6 | 94.0 | 95.7 | 93.3 | 95.2 | 99.0 | 91.3 | 97.2 | 99.6 | 81.9 | 95.5 | 96.4 | 139.2 | 106.4 |
| 0920 | Plaster & Gypsum Board | 106.4 | 78.5 | 87.6 | 120.6 | 78.5 | 92.2 | 99.7 | 93.1 | 95.3 | 115.6 | 93.1 | 100.5 | 106.1 | 93.1 | 97.4 | 114.9 | 144.6 | 134.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 101.8 | 78.5 | 86.1 | 101.8 | 78.5 | 86.1 | 101.2 | 93.1 | 95.8 | 114.1 | 93.1 | 100.0 | 102.7 | 93.1 | 96.3 | 96.4 | 144.6 | 128.9 |
| 0960 | Flooring | 87.2 | 113.1 | 94.5 | 97.9 | 113.1 | 102.2 | 93.8 | 113.1 | 99.2 | 91.0 | 113.1 | 97.2 | 85.2 | 113.1 | 93.0 | 97.5 | 162.5 | 115.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 81.8 | 103.4 | 94.6 | 81.8 | 90.0 | 86.6 | 95.3 | 119.0 | 109.3 | 81.8 | 102.2 | 93.9 | 81.8 | 102.2 | 93.9 | 81.9 | 141.8 | 117.4 |
| 09 | FINISHES | 92.1 | 89.9 | 90.9 | 95.5 | 84.6 | 89.6 | 94.8 | 100.6 | 97.9 | 96.8 | 98.7 | 97.8 | 91.1 | 98.2 | 95.0 | 93.5 | 147.2 | 122.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 94.7 | 98.8 | 100.0 | 95.6 | 99.0 | 100.0 | 100.7 | 100.2 | 100.0 | 109.4 | 102.1 | 100.0 | 108.7 | 101.9 | 100.0 | 114.9 | 103.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.7 | 82.3 | 91.0 | 96.7 | 74.1 | 87.8 | 100.1 | 87.3 | 95.1 | 100.2 | 87.3 | 95.1 | 100.2 | 86.3 | 94.7 | 99.7 | 133.1 | 112.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 91.4 | 75.2 | 83.4 | 92.2 | 49.1 | 71.0 | 93.9 | 79.3 | 86.4 | 93.2 | 79.3 | 86.4 | 91.7 | 75.3 | 83.6 | 94.2 | 143.4 | 118.5 |
| MF2018 | WEIGHTED AVERAGE | 94.5 | 89.0 | 92.2 | 94.4 | 80.2 | 88.4 | 98.2 | 94.5 | 96.6 | 97.5 | 93.7 | 95.9 | 94.9 | 92.4 | 93.8 | 96.8 | 133.2 | 112.2 |

| | | NEW JERSEY | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | CAMDEN | | | DOVER | | | ELIZABETH | | | HACKENSACK | | | JERSEY CITY | | | LONG BRANCH | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 93.3 | 93.3 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 95.7 | 95.7 | | 93.3 | 93.3 | | 92.9 | 92.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 89.3 | 99.3 | 96.2 | 103.8 | 101.4 | 102.2 | 108.9 | 101.4 | 103.7 | 104.8 | 101.4 | 102.5 | 100.1 | 99.4 | 99.5 | 100.0 | 100.5 | 100.4 |
| 0310 | Concrete Forming & Accessories | 105.0 | 137.3 | 132.5 | 96.4 | 148.3 | 140.6 | 108.0 | 148.5 | 142.5 | 96.4 | 148.3 | 140.7 | 100.6 | 148.4 | 141.3 | 101.1 | 139.0 | 133.4 |
| 0320 | Concrete Reinforcing | 106.5 | 128.5 | 117.1 | 75.3 | 156.5 | 114.6 | 75.3 | 156.5 | 114.6 | 75.3 | 156.5 | 114.6 | 75.7 | 156.5 | 116.2 | 75.3 | 155.1 | 114.4 |
| 0330 | Cast-in-Place Concrete | 76.1 | 133.8 | 97.6 | 81.3 | 131.5 | 100.0 | 69.8 | 140.3 | 96.1 | 79.4 | 140.3 | 102.1 | 63.4 | 131.6 | 88.8 | 70.5 | 133.8 | 94.0 |
| 03 | CONCRETE | 88.2 | 133.2 | 108.0 | 86.1 | 142.3 | 110.8 | 83.3 | 145.5 | 110.6 | 84.5 | 145.4 | 111.2 | 81.0 | 142.2 | 107.9 | 85.1 | 138.2 | 108.8 |
| 04 | MASONRY | 94.2 | 135.0 | 119.3 | 91.2 | 145.6 | 124.7 | 107.2 | 145.6 | 130.8 | 95.3 | 145.6 | 126.2 | 85.3 | 145.6 | 122.4 | 99.6 | 135.5 | 121.6 |
| 05 | METALS | 104.7 | 111.0 | 106.5 | 96.5 | 125.1 | 104.9 | 98.0 | 125.3 | 106.0 | 96.5 | 125.1 | 104.9 | 102.4 | 122.2 | 108.2 | 96.6 | 121.0 | 103.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 110.1 | 137.9 | 125.4 | 94.9 | 148.3 | 124.3 | 109.7 | 148.3 | 131.0 | 94.9 | 148.3 | 124.3 | 85.8 | 148.3 | 124.7 | 96.9 | 139.3 | 120.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.0 | 133.0 | 115.5 | 103.7 | 142.8 | 120.7 | 104.0 | 144.1 | 121.4 | 103.5 | 136.7 | 117.9 | 103.2 | 142.8 | 120.4 | 103.4 | 129.0 | 114.5 |
| 08 | OPENINGS | 98.4 | 132.0 | 106.3 | 102.0 | 145.1 | 112.1 | 100.4 | 145.1 | 110.8 | 99.8 | 145.1 | 110.4 | 98.5 | 145.1 | 109.4 | 94.6 | 138.5 | 104.8 |
| 0920 | Plaster & Gypsum Board | 110.9 | 138.6 | 129.6 | 111.5 | 149.4 | 137.0 | 119.0 | 149.4 | 139.5 | 111.5 | 149.4 | 137.0 | 114.6 | 149.4 | 138.0 | 113.7 | 140.2 | 131.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 106.3 | 138.6 | 128.1 | 92.3 | 149.4 | 130.8 | 94.1 | 149.4 | 131.4 | 92.3 | 149.4 | 130.8 | 102.4 | 149.4 | 134.0 | 92.3 | 140.2 | 124.6 |
| 0960 | Flooring | 93.7 | 162.5 | 113.0 | 83.7 | 188.8 | 113.2 | 88.7 | 188.0 | 116.8 | 83.7 | 188.8 | 113.2 | 84.7 | 188.8 | 114.0 | 84.9 | 176.9 | 110.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 81.9 | 141.8 | 117.4 | 83.8 | 148.6 | 122.1 | 83.8 | 148.6 | 122.1 | 83.8 | 148.6 | 122.1 | 83.9 | 148.6 | 122.2 | 83.9 | 141.8 | 118.2 |
| 09 | FINISHES | 93.7 | 143.7 | 120.8 | 90.0 | 156.2 | 125.8 | 93.4 | 156.2 | 127.4 | 89.9 | 156.2 | 125.8 | 91.6 | 156.6 | 127.1 | 91.0 | 147.2 | 121.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 114.3 | 103.2 | 100.0 | 131.7 | 107.1 | 100.0 | 131.7 | 107.1 | 100.0 | 131.7 | 107.1 | 100.0 | 131.7 | 107.1 | 100.0 | 114.5 | 103.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 126.3 | 110.3 | 99.7 | 135.7 | 113.8 | 100.0 | 137.1 | 114.6 | 99.7 | 135.7 | 113.8 | 100.0 | 135.7 | 114.0 | 99.7 | 131.1 | 112.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.4 | 132.1 | 115.0 | 96.6 | 138.5 | 116.9 | 96.6 | 138.5 | 117.2 | 96.0 | 142.3 | 118.8 | 100.5 | 142.3 | 121.1 | 95.8 | 130.9 | 110.7 |
| MF2018 | WEIGHTED AVERAGE | 98.0 | 127.8 | 110.6 | 96.4 | 137.5 | 113.7 | 97.5 | 138.3 | 114.7 | 96.1 | 138.3 | 114.0 | 96.5 | 137.8 | 114.0 | 95.8 | 130.9 | 110.7 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## NEW JERSEY

| DIVISION | NEW BRUNSWICK MAT. | INST. | TOTAL | NEWARK MAT. | INST. | TOTAL | PATERSON MAT. | INST. | TOTAL | POINT PLEASANT MAT. | INST. | TOTAL | SUMMIT MAT. | INST. | TOTAL | TRENTON MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 CONTRACTOR EQUIPMENT | | 92.9 | 92.9 | | 98.3 | 98.3 | | 95.7 | 95.7 | | 92.9 | 92.9 | | 95.7 | 95.7 | | 97.0 | 97.0 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 101.1 | 100.9 | 100.9 | 110.0 | 106.2 | 107.4 | 106.6 | 101.4 | 103.0 | 102.6 | 100.5 | 101.2 | 106.3 | 101.4 | 102.9 | 88.6 | 105.4 | 100.2 |
| 0310 Concrete Forming & Accessories | 108.5 | 148.0 | 142.2 | 100.7 | 148.7 | 141.6 | 98.3 | 148.3 | 140.9 | 102.4 | 139.1 | 133.6 | 99.0 | 148.5 | 141.2 | 103.5 | 138.8 | 133.6 |
| 0320 Concrete Reinforcing | 82.1 | 156.1 | 117.9 | 96.2 | 156.6 | 125.4 | 97.7 | 156.5 | 126.2 | 82.1 | 156.1 | 117.9 | 75.3 | 156.5 | 114.6 | 107.7 | 116.2 | 111.8 |
| 0330 Cast-in-Place Concrete | 97.0 | 136.9 | 111.8 | 89.8 | 140.9 | 108.8 | 80.8 | 140.2 | 102.9 | 97.0 | 135.8 | 111.5 | 67.5 | 140.3 | 94.6 | 95.6 | 134.4 | 110.0 |
| 03 CONCRETE | 104.2 | 143.8 | 121.6 | 93.1 | 145.7 | 116.2 | 88.8 | 145.3 | 113.7 | 103.9 | 139.4 | 119.5 | 80.6 | 145.5 | 109.1 | 97.4 | 132.1 | 112.6 |
| 04 MASONRY | 102.5 | 140.6 | 125.9 | 94.9 | 145.7 | 126.1 | 91.7 | 145.6 | 124.9 | 91.4 | 135.5 | 118.5 | 93.8 | 145.6 | 125.6 | 95.4 | 135.5 | 120.0 |
| 05 METALS | 98.9 | 121.4 | 105.5 | 104.2 | 124.7 | 110.3 | 97.5 | 125.1 | 105.6 | 98.9 | 121.0 | 105.4 | 96.5 | 125.3 | 104.9 | 104.3 | 108.8 | 105.6 |
| 06 WOOD, PLASTICS & COMPOSITES | 115.7 | 148.3 | 133.6 | 97.8 | 148.4 | 125.6 | 97.5 | 148.3 | 125.5 | 107.3 | 139.3 | 124.9 | 98.7 | 148.3 | 126.0 | 101.6 | 139.4 | 122.4 |
| 07 THERMAL & MOISTURE PROTECTION | 102.5 | 138.2 | 118.0 | 105.2 | 141.1 | 120.7 | 103.8 | 136.7 | 118.1 | 102.5 | 131.3 | 115.0 | 104.1 | 144.1 | 121.5 | 102.9 | 133.2 | 117.0 |
| 08 OPENINGS | 91.6 | 145.1 | 104.1 | 100.5 | 145.1 | 110.9 | 105.0 | 145.1 | 114.3 | 93.4 | 141.0 | 104.5 | 106.1 | 145.1 | 115.2 | 96.9 | 130.0 | 104.6 |
| 0920 Plaster & Gypsum Board | 113.0 | 149.4 | 137.5 | 106.2 | 149.4 | 135.3 | 114.6 | 149.4 | 138.0 | 107.9 | 140.2 | 129.6 | 113.7 | 149.4 | 137.7 | 101.6 | 140.2 | 127.5 |
| 0950, 0980 Ceilings & Acoustic Treatment | 96.4 | 149.4 | 132.2 | 103.0 | 149.4 | 134.3 | 102.2 | 149.4 | 134.0 | 96.4 | 140.2 | 125.9 | 92.3 | 149.4 | 130.8 | 101.2 | 140.2 | 127.5 |
| 0960 Flooring | 95.1 | 188.8 | 121.4 | 96.7 | 188.8 | 122.6 | 84.7 | 188.8 | 114.0 | 92.5 | 162.5 | 112.2 | 84.9 | 188.8 | 114.1 | 100.1 | 176.9 | 121.7 |
| 0970, 0990 Wall Finishes & Painting/Coating | 81.9 | 148.6 | 121.4 | 94.1 | 148.6 | 126.3 | 83.8 | 148.6 | 122.1 | 81.9 | 141.8 | 117.4 | 83.8 | 148.6 | 122.1 | 94.9 | 141.8 | 122.7 |
| 09 FINISHES | 93.8 | 156.2 | 127.6 | 97.2 | 156.7 | 129.4 | 92.5 | 156.2 | 127.0 | 92.3 | 144.7 | 120.7 | 91.0 | 156.2 | 126.3 | 97.0 | 147.3 | 124.2 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 131.5 | 107.0 | 100.0 | 131.8 | 107.1 | 100.0 | 131.7 | 107.1 | 100.0 | 111.6 | 102.6 | 100.0 | 131.7 | 107.1 | 100.0 | 114.7 | 103.3 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 99.7 | 133.8 | 113.1 | 100.0 | 141.3 | 116.2 | 100.0 | 135.5 | 114.0 | 99.7 | 131.1 | 112.0 | 99.8 | 137.1 | 114.4 | 100.1 | 130.8 | 112.1 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 94.8 | 133.7 | 114.0 | 105.0 | 142.3 | 123.4 | 100.5 | 138.5 | 119.2 | 94.2 | 129.9 | 111.8 | 96.3 | 138.5 | 117.2 | 102.6 | 128.7 | 115.4 |
| MF2018 WEIGHTED AVERAGE | 98.7 | 135.6 | 114.3 | 100.3 | 139.7 | 117.0 | 98.0 | 137.7 | 114.8 | 98.1 | 130.8 | 111.9 | 96.4 | 138.3 | 114.1 | 99.7 | 128.9 | 112.0 |

## NEW JERSEY / NEW MEXICO

| DIVISION | VINELAND MAT. | INST. | TOTAL | ALBUQUERQUE MAT. | INST. | TOTAL | CARRIZOZO MAT. | INST. | TOTAL | CLOVIS MAT. | INST. | TOTAL | FARMINGTON MAT. | INST. | TOTAL | GALLUP MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 CONTRACTOR EQUIPMENT | | 93.3 | 93.3 | | 107.5 | 107.5 | | 107.5 | 107.5 | | 107.5 | 107.5 | | 107.5 | 107.5 | | 107.5 | 107.5 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 92.5 | 99.4 | 97.3 | 91.1 | 97.5 | 95.5 | 109.7 | 97.5 | 103.0 | 96.6 | 97.5 | 97.2 | 97.3 | 97.5 | 97.5 | 107.2 | 97.5 | 100.5 |
| 0310 Concrete Forming & Accessories | 99.2 | 137.6 | 131.9 | 101.0 | 66.2 | 71.3 | 98.6 | 66.2 | 71.0 | 98.6 | 66.1 | 70.9 | 101.1 | 66.2 | 71.4 | 101.1 | 66.2 | 71.4 |
| 0320 Concrete Reinforcing | 81.1 | 131.2 | 105.3 | 99.9 | 71.5 | 86.1 | 116.0 | 71.5 | 94.5 | 113.7 | 71.4 | 95.1 | 109.2 | 71.5 | 90.9 | 104.5 | 71.5 | 88.5 |
| 0330 Cast-in-Place Concrete | 84.6 | 133.9 | 103.0 | 90.5 | 70.1 | 82.9 | 94.8 | 70.1 | 85.6 | 94.7 | 70.1 | 85.5 | 91.3 | 70.1 | 83.4 | 86.0 | 70.1 | 80.1 |
| 03 CONCRETE | 92.2 | 133.8 | 110.5 | 92.9 | 69.8 | 82.7 | 116.7 | 69.8 | 96.1 | 104.3 | 69.7 | 89.1 | 96.4 | 69.8 | 84.7 | 103.3 | 69.8 | 88.5 |
| 04 MASONRY | 92.6 | 135.5 | 118.9 | 106.0 | 60.5 | 78.1 | 108.5 | 60.5 | 79.0 | 108.5 | 60.5 | 79.0 | 113.8 | 60.5 | 81.1 | 101.6 | 60.5 | 76.4 |
| 05 METALS | 98.8 | 112.6 | 102.8 | 108.1 | 90.6 | 102.9 | 106.6 | 90.6 | 101.9 | 106.3 | 90.5 | 101.6 | 105.7 | 90.6 | 101.3 | 104.9 | 90.6 | 100.7 |
| 06 WOOD, PLASTICS & COMPOSITES | 103.7 | 137.9 | 122.5 | 102.1 | 67.2 | 82.9 | 93.5 | 67.2 | 79.0 | 93.5 | 67.2 | 79.0 | 102.2 | 67.2 | 82.9 | 102.2 | 67.2 | 82.9 |
| 07 THERMAL & MOISTURE PROTECTION | 101.9 | 132.2 | 115.1 | 101.0 | 72.8 | 88.7 | 106.3 | 72.8 | 91.7 | 105.0 | 72.8 | 91.0 | 101.3 | 72.8 | 88.9 | 102.5 | 72.8 | 89.6 |
| 08 OPENINGS | 92.9 | 134.9 | 102.7 | 98.5 | 67.0 | 91.1 | 96.5 | 67.0 | 89.6 | 96.6 | 67.0 | 89.7 | 100.8 | 67.0 | 92.9 | 100.8 | 67.0 | 93.0 |
| 0920 Plaster & Gypsum Board | 106.4 | 138.6 | 128.1 | 113.0 | 66.1 | 81.5 | 80.2 | 66.1 | 70.7 | 80.2 | 66.1 | 70.7 | 99.4 | 66.1 | 77.0 | 99.4 | 66.1 | 77.0 |
| 0950, 0980 Ceilings & Acoustic Treatment | 96.4 | 138.6 | 124.9 | 99.8 | 66.1 | 77.1 | 102.7 | 66.1 | 78.1 | 102.7 | 66.1 | 78.1 | 98.6 | 66.1 | 76.7 | 98.6 | 66.1 | 76.7 |
| 0960 Flooring | 91.7 | 162.5 | 111.6 | 88.9 | 66.8 | 82.7 | 97.2 | 66.8 | 88.7 | 97.2 | 66.8 | 88.7 | 90.4 | 66.8 | 83.8 | 90.4 | 66.8 | 83.8 |
| 0970, 0990 Wall Finishes & Painting/Coating | 81.9 | 141.8 | 117.4 | 97.8 | 52.6 | 71.1 | 92.6 | 52.6 | 68.9 | 92.6 | 52.6 | 68.9 | 92.1 | 52.6 | 68.7 | 92.1 | 52.6 | 68.7 |
| 09 FINISHES | 91.1 | 143.9 | 119.6 | 92.3 | 64.7 | 77.4 | 94.2 | 64.7 | 78.3 | 92.9 | 64.7 | 77.7 | 90.7 | 64.7 | 76.6 | 92.1 | 64.7 | 77.3 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 114.5 | 103.2 | 100.0 | 85.1 | 96.7 | 100.0 | 85.1 | 96.7 | 100.0 | 85.1 | 96.7 | 100.0 | 85.1 | 96.7 | 100.0 | 85.1 | 96.7 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 99.7 | 126.6 | 110.3 | 100.3 | 69.0 | 88.0 | 97.9 | 69.0 | 86.5 | 97.9 | 68.6 | 86.4 | 100.2 | 69.0 | 88.0 | 98.1 | 69.0 | 86.6 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 94.2 | 143.3 | 118.5 | 87.9 | 69.5 | 78.8 | 90.1 | 69.5 | 80.0 | 87.9 | 69.5 | 78.8 | 85.9 | 69.5 | 77.8 | 85.3 | 69.5 | 77.5 |
| MF2018 WEIGHTED AVERAGE | 96.3 | 129.8 | 110.5 | 98.6 | 72.5 | 87.0 | 101.6 | 72.5 | 89.3 | 99.3 | 72.4 | 87.9 | 99.0 | 72.5 | 87.8 | 99.0 | 72.5 | 87.8 |

## NEW MEXICO

| DIVISION | LAS CRUCES MAT. | INST. | TOTAL | LAS VEGAS MAT. | INST. | TOTAL | ROSWELL MAT. | INST. | TOTAL | SANTA FE MAT. | INST. | TOTAL | SOCORRO MAT. | INST. | TOTAL | TRUTH/CONSEQUENCES MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 CONTRACTOR EQUIPMENT | | 83.5 | 83.5 | | 107.5 | 107.5 | | 107.5 | 107.5 | | 110.4 | 110.4 | | 107.5 | 107.5 | | 83.5 | 83.5 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 97.8 | 77.5 | 83.8 | 96.2 | 97.5 | 97.1 | 99.0 | 97.5 | 98.0 | 99.1 | 102.8 | 101.6 | 98.2 | 97.5 | 96.1 | 112.5 | 77.5 | 88.3 |
| 0310 Concrete Forming & Accessories | 95.4 | 65.2 | 69.7 | 101.1 | 66.2 | 71.4 | 98.6 | 66.2 | 71.0 | 100.0 | 66.3 | 71.2 | 101.1 | 66.2 | 71.4 | 98.8 | 65.1 | 70.1 |
| 0320 Concrete Reinforcing | 113.1 | 71.3 | 92.9 | 106.3 | 71.5 | 89.5 | 117.3 | 71.5 | 95.1 | 99.3 | 71.5 | 85.9 | 108.4 | 71.5 | 90.5 | 101.7 | 71.3 | 87.0 |
| 0330 Cast-in-Place Concrete | 89.5 | 63.1 | 79.7 | 88.8 | 70.1 | 81.9 | 94.7 | 70.1 | 85.6 | 94.3 | 70.9 | 85.6 | 87.0 | 70.1 | 80.7 | 95.4 | 63.1 | 83.4 |
| 03 CONCRETE | 82.1 | 66.5 | 75.3 | 94.0 | 69.8 | 83.4 | 105.3 | 69.8 | 89.7 | 92.9 | 70.0 | 82.9 | 92.9 | 69.8 | 82.8 | 86.1 | 66.4 | 77.4 |
| 04 MASONRY | 104.0 | 60.2 | 77.1 | 101.9 | 60.5 | 76.5 | 119.5 | 60.5 | 83.3 | 95.0 | 60.6 | 73.9 | 101.8 | 60.5 | 76.4 | 98.7 | 60.2 | 75.0 |
| 05 METALS | 105.0 | 83.0 | 98.5 | 104.5 | 90.6 | 100.4 | 107.5 | 90.6 | 102.6 | 101.6 | 89.6 | 98.1 | 104.8 | 90.6 | 100.7 | 104.4 | 83.0 | 98.1 |
| 06 WOOD, PLASTICS & COMPOSITES | 82.9 | 66.2 | 73.7 | 102.2 | 67.2 | 82.9 | 93.5 | 67.2 | 79.0 | 99.0 | 67.2 | 81.5 | 102.2 | 67.2 | 82.9 | 93.5 | 66.2 | 78.3 |
| 07 THERMAL & MOISTURE PROTECTION | 92.2 | 68.2 | 81.7 | 100.8 | 72.8 | 88.6 | 105.2 | 72.8 | 91.1 | 103.5 | 73.7 | 90.5 | 100.8 | 72.8 | 88.6 | 90.1 | 68.2 | 80.5 |
| 08 OPENINGS | 92.0 | 66.4 | 86.1 | 97.3 | 67.0 | 90.3 | 96.4 | 67.0 | 89.6 | 98.8 | 67.0 | 91.4 | 97.2 | 67.0 | 90.1 | 90.6 | 66.4 | 85.0 |
| 0920 Plaster & Gypsum Board | 78.5 | 66.1 | 70.2 | 99.4 | 66.1 | 77.0 | 80.2 | 66.1 | 70.7 | 114.1 | 66.1 | 81.8 | 99.4 | 66.1 | 77.0 | 100.6 | 66.1 | 77.4 |
| 0950, 0980 Ceilings & Acoustic Treatment | 87.3 | 66.1 | 73.0 | 98.6 | 66.1 | 76.7 | 102.7 | 66.1 | 78.1 | 95.2 | 66.1 | 75.6 | 98.6 | 66.1 | 76.7 | 86.2 | 66.1 | 72.7 |
| 0960 Flooring | 128.1 | 66.8 | 110.9 | 90.4 | 66.8 | 83.8 | 97.2 | 66.8 | 88.7 | 100.9 | 66.8 | 91.3 | 90.4 | 66.8 | 83.8 | 119.2 | 66.8 | 104.5 |
| 0970, 0990 Wall Finishes & Painting/Coating | 81.8 | 52.6 | 64.5 | 92.1 | 52.6 | 68.7 | 92.6 | 52.6 | 68.9 | 99.8 | 52.6 | 71.9 | 92.1 | 52.6 | 68.7 | 84.5 | 52.6 | 65.6 |
| 09 FINISHES | 103.0 | 64.0 | 81.9 | 90.5 | 64.7 | 76.6 | 93.0 | 64.7 | 77.7 | 98.2 | 64.8 | 80.1 | 90.4 | 64.7 | 76.5 | 102.4 | 64.0 | 81.6 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 82.7 | 96.1 | 100.0 | 85.1 | 96.7 | 100.0 | 85.1 | 96.7 | 100.0 | 85.2 | 96.7 | 100.0 | 85.1 | 96.7 | 100.0 | 82.6 | 96.1 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 90.1 | 63.8 | 88.0 | 98.1 | 69.0 | 86.6 | 100.0 | 69.0 | 87.8 | 100.3 | 69.0 | 88.0 | 98.1 | 69.0 | 86.6 | 98.0 | 69.0 | 86.0 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 90.4 | 83.7 | 87.0 | 87.4 | 69.5 | 78.6 | 89.2 | 69.5 | 79.5 | 100.3 | 69.5 | 85.2 | 85.7 | 69.5 | 77.7 | 89.5 | 69.5 | 79.6 |
| MF2018 WEIGHTED AVERAGE | 96.9 | 71.4 | 86.1 | 97.2 | 72.5 | 86.8 | 100.8 | 72.5 | 88.9 | 99.0 | 72.9 | 88.0 | 96.8 | 72.5 | 86.6 | 96.6 | 69.4 | 85.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | NEW MEXICO | | | NEW YORK | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | TUCUMCARI | | | ALBANY | | | BINGHAMTON | | | BRONX | | | BROOKLYN | | | BUFFALO | | |
| DIVISION | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 107.5 | 107.5 | | 115.6 | 115.6 | | 117.6 | 117.6 | | 104.4 | 104.4 | | 109.4 | 109.4 | | 100.5 | 100.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 96.2 | 97.5 | 97.1 | 80.0 | 105.1 | 97.4 | 94.3 | 89.3 | 90.8 | 97.3 | 109.7 | 105.9 | 118.1 | 120.6 | 119.8 | 97.3 | 102.3 | 100.7 |
| 0310 | Concrete Forming & Accessories | 98.6 | 66.1 | 70.9 | 97.3 | 107.3 | 105.8 | 99.4 | 93.4 | 94.3 | 95.7 | 189.1 | 175.3 | 105.1 | 189.1 | 176.7 | 101.3 | 117.1 | 114.7 |
| 0320 | Concrete Reinforcing | 115.0 | 71.4 | 93.9 | 101.3 | 115.2 | 108.0 | 95.8 | 106.3 | 100.9 | 94.8 | 182.0 | 136.9 | 97.2 | 242.5 | 167.5 | 98.9 | 116.4 | 107.3 |
| 0330 | Cast-in-Place Concrete | 94.7 | 70.1 | 85.5 | 81.0 | 116.4 | 94.2 | 106.3 | 106.9 | 106.5 | 85.6 | 172.0 | 117.8 | 108.3 | 170.5 | 131.5 | 109.1 | 123.5 | 114.4 |
| 03 | CONCRETE | 103.6 | 69.7 | 88.7 | 87.7 | 112.8 | 98.7 | 94.3 | 102.6 | 97.9 | 88.0 | 181.1 | 128.9 | 106.4 | 189.9 | 143.1 | 104.9 | 118.7 | 111.0 |
| 04 | MASONRY | 119.9 | 60.5 | 83.4 | 88.0 | 117.9 | 106.4 | 104.3 | 104.9 | 104.7 | 88.8 | 188.9 | 150.3 | 114.8 | 188.8 | 160.3 | 112.6 | 122.2 | 118.5 |
| 05 | METALS | 106.3 | 90.5 | 101.6 | 102.2 | 125.0 | 108.9 | 95.0 | 133.6 | 106.3 | 86.4 | 174.6 | 112.3 | 103.1 | 175.0 | 124.2 | 97.0 | 107.5 | 100.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 93.5 | 67.2 | 79.0 | 94.6 | 104.0 | 99.8 | 101.7 | 90.2 | 95.4 | 97.2 | 188.6 | 147.5 | 103.7 | 188.3 | 150.3 | 98.6 | 115.8 | 108.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 105.0 | 72.8 | 91.0 | 105.4 | 104.0 | 104.7 | 109.2 | 94.8 | 102.9 | 102.5 | 168.8 | 131.3 | 103.9 | 168.2 | 134.9 | 102.5 | 111.7 | 106.5 |
| 08 | OPENINGS | 96.4 | 67.0 | 89.5 | 96.4 | 103.8 | 98.1 | 90.4 | 93.7 | 91.2 | 92.3 | 197.7 | 116.9 | 87.8 | 197.5 | 113.4 | 99.8 | 111.4 | 102.5 |
| 0920 | Plaster & Gypsum Board | 80.2 | 66.1 | 70.7 | 97.8 | 103.9 | 101.9 | 109.2 | 89.7 | 96.1 | 102.8 | 191.0 | 162.1 | 103.3 | 191.0 | 162.3 | 105.8 | 116.1 | 112.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 102.7 | 66.1 | 78.1 | 97.1 | 103.9 | 101.7 | 96.6 | 89.7 | 92.0 | 89.1 | 191.0 | 157.8 | 91.8 | 191.0 | 158.7 | 104.2 | 116.1 | 112.2 |
| 0960 | Flooring | 97.2 | 66.8 | 88.7 | 90.9 | 110.3 | 96.4 | 103.1 | 102.4 | 102.9 | 99.9 | 182.5 | 123.1 | 110.2 | 182.5 | 130.5 | 96.3 | 116.6 | 102.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.6 | 52.6 | 68.9 | 95.9 | 104.4 | 100.9 | 89.3 | 106.3 | 99.4 | 106.2 | 167.4 | 142.4 | 116.0 | 167.4 | 146.4 | 96.9 | 117.8 | 109.3 |
| 09 | FINISHES | 92.8 | 64.7 | 77.6 | 90.6 | 107.1 | 99.5 | 93.6 | 95.9 | 94.8 | 98.0 | 186.2 | 145.7 | 107.1 | 186.0 | 149.8 | 102.0 | 117.6 | 110.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 85.1 | 96.7 | 100.0 | 103.8 | 100.9 | 100.0 | 96.6 | 99.2 | 100.0 | 141.5 | 109.3 | 100.0 | 140.8 | 109.1 | 100.0 | 106.5 | 101.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 97.9 | 68.6 | 86.4 | 100.1 | 113.0 | 104.1 | 100.6 | 97.0 | 99.2 | 100.3 | 177.9 | 130.7 | 99.8 | 177.9 | 130.5 | 100.0 | 102.4 | 101.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 90.1 | 69.5 | 80.0 | 100.0 | 104.1 | 102.0 | 98.7 | 101.0 | 99.8 | 96.0 | 184.5 | 136.9 | 98.5 | 184.5 | 140.9 | 99.5 | 105.3 | 102.4 |
| MF2018 | WEIGHTED AVERAGE | 99.9 | 72.4 | 88.3 | 96.8 | 111.2 | 102.8 | 97.3 | 101.5 | 99.1 | 93.8 | 175.3 | 128.3 | 101.9 | 177.3 | 133.8 | 100.8 | 110.3 | 104.8 |

| | | NEW YORK | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ELMIRA | | | FAR ROCKAWAY | | | FLUSHING | | | GLENS FALLS | | | HICKSVILLE | | | JAMAICA | | |
| DIVISION | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 120.0 | 120.0 | | 109.4 | 109.4 | | 109.4 | 109.4 | | 112.6 | 112.6 | | 109.4 | 109.4 | | 109.4 | 109.4 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.4 | 89.6 | 92.0 | 121.2 | 120.6 | 120.8 | 121.3 | 120.6 | 120.8 | 71.4 | 99.6 | 90.9 | 111.1 | 119.1 | 116.6 | 115.5 | 120.6 | 119.0 |
| 0310 | Concrete Forming & Accessories | 85.0 | 96.3 | 94.6 | 92.2 | 189.1 | 174.8 | 95.9 | 189.1 | 175.3 | 81.5 | 99.9 | 97.2 | 88.8 | 157.2 | 147.1 | 95.9 | 189.1 | 175.3 |
| 0320 | Concrete Reinforcing | 98.6 | 105.3 | 101.8 | 97.2 | 242.5 | 167.5 | 98.9 | 242.5 | 168.4 | 96.9 | 112.7 | 104.5 | 97.2 | 174.4 | 134.6 | 97.2 | 242.5 | 167.5 |
| 0330 | Cast-in-Place Concrete | 98.8 | 106.4 | 101.6 | 117.2 | 170.5 | 137.1 | 117.2 | 170.5 | 137.1 | 78.1 | 111.6 | 90.6 | 99.5 | 161.5 | 122.6 | 108.3 | 170.5 | 131.5 |
| 03 | CONCRETE | 90.9 | 103.7 | 96.5 | 112.8 | 189.9 | 146.7 | 113.2 | 189.9 | 146.9 | 81.2 | 107.4 | 92.8 | 98.2 | 161.8 | 126.2 | 105.8 | 189.9 | 142.8 |
| 04 | MASONRY | 101.4 | 106.7 | 104.6 | 118.6 | 188.8 | 161.8 | 112.8 | 188.8 | 159.5 | 93.4 | 112.6 | 105.2 | 109.0 | 174.4 | 149.2 | 117.2 | 188.8 | 161.2 |
| 05 | METALS | 95.5 | 135.8 | 107.3 | 103.2 | 175.0 | 124.3 | 103.2 | 175.0 | 124.3 | 95.5 | 124.5 | 104.0 | 104.7 | 172.4 | 124.6 | 103.2 | 175.0 | 124.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 84.1 | 94.4 | 89.8 | 87.1 | 188.3 | 142.8 | 91.7 | 188.3 | 144.9 | 82.7 | 96.1 | 90.1 | 83.7 | 154.0 | 122.4 | 91.7 | 188.3 | 144.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 108.9 | 95.2 | 102.9 | 109.2 | 168.3 | 134.9 | 109.3 | 168.3 | 134.9 | 98.6 | 107.1 | 102.3 | 108.9 | 157.8 | 130.2 | 109.1 | 168.3 | 134.9 |
| 08 | OPENINGS | 96.7 | 95.7 | 96.4 | 86.6 | 197.5 | 112.5 | 86.6 | 197.5 | 112.5 | 90.0 | 99.1 | 92.1 | 87.0 | 178.6 | 108.3 | 86.6 | 197.5 | 112.5 |
| 0920 | Plaster & Gypsum Board | 99.5 | 94.2 | 96.0 | 91.7 | 191.0 | 158.5 | 94.2 | 191.0 | 159.3 | 91.0 | 96.0 | 94.4 | 91.4 | 155.6 | 134.6 | 94.2 | 191.0 | 159.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 106.0 | 94.2 | 98.1 | 81.2 | 191.0 | 155.2 | 81.2 | 191.0 | 155.2 | 86.4 | 96.0 | 92.9 | 80.3 | 155.6 | 131.1 | 81.2 | 191.0 | 155.2 |
| 0960 | Flooring | 87.6 | 102.4 | 91.8 | 105.0 | 182.5 | 126.8 | 106.5 | 182.5 | 127.9 | 82.3 | 107.7 | 89.5 | 104.0 | 179.7 | 125.2 | 106.5 | 182.5 | 127.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.2 | 93.3 | 94.9 | 116.0 | 167.4 | 146.4 | 116.0 | 167.4 | 146.4 | 89.3 | 104.4 | 98.2 | 116.0 | 167.4 | 146.4 | 116.0 | 167.4 | 146.4 |
| 09 | FINISHES | 94.2 | 96.9 | 95.7 | 102.4 | 186.0 | 147.6 | 103.2 | 186.0 | 148.0 | 84.0 | 101.1 | 93.2 | 101.0 | 161.6 | 133.8 | 102.7 | 186.0 | 147.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 97.6 | 99.5 | 100.0 | 140.8 | 109.1 | 100.0 | 140.8 | 109.1 | 100.0 | 96.9 | 99.3 | 100.0 | 132.1 | 107.1 | 100.0 | 140.8 | 109.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.6 | 95.5 | 96.2 | 96.2 | 177.9 | 128.3 | 96.2 | 177.9 | 128.3 | 96.7 | 109.3 | 101.6 | 99.8 | 161.0 | 123.8 | 96.2 | 177.9 | 128.3 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.4 | 104.1 | 100.2 | 105.3 | 184.5 | 144.4 | 105.3 | 184.5 | 144.4 | 94.3 | 105.0 | 99.6 | 98.0 | 141.0 | 119.2 | 97.0 | 184.5 | 140.1 |
| MF2018 | WEIGHTED AVERAGE | 96.3 | 102.5 | 98.9 | 102.2 | 177.3 | 133.9 | 102.1 | 177.3 | 133.9 | 92.0 | 107.3 | 98.5 | 99.9 | 157.1 | 124.1 | 100.3 | 177.3 | 132.8 |

| | | NEW YORK | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | JAMESTOWN | | | KINGSTON | | | LONG ISLAND CITY | | | MONTICELLO | | | MOUNT VERNON | | | NEW ROCHELLE | | |
| DIVISION | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 90.6 | 90.6 | | 109.4 | 109.4 | | 109.4 | 109.4 | | 109.4 | 109.4 | | 104.4 | 104.4 | | 104.4 | 104.4 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 98.8 | 89.9 | 92.6 | 139.6 | 115.9 | 123.2 | 119.2 | 120.6 | 120.2 | 134.9 | 115.8 | 121.7 | 107.5 | 104.5 | 105.4 | 102.2 | 105.3 | 104.3 |
| 0310 | Concrete Forming & Accessories | 85.1 | 90.1 | 89.3 | 82.7 | 130.7 | 123.7 | 100.0 | 189.1 | 176.0 | 89.3 | 130.8 | 124.7 | 86.7 | 138.8 | 131.1 | 100.5 | 135.3 | 130.1 |
| 0320 | Concrete Reinforcing | 98.9 | 111.2 | 104.8 | 97.3 | 160.4 | 127.8 | 97.2 | 242.5 | 167.5 | 96.5 | 160.4 | 127.4 | 93.5 | 180.8 | 135.7 | 93.6 | 180.6 | 135.6 |
| 0330 | Cast-in-Place Concrete | 102.4 | 105.2 | 103.4 | 105.5 | 146.3 | 120.7 | 111.8 | 170.5 | 133.7 | 98.7 | 146.3 | 116.5 | 95.6 | 150.4 | 116.5 | 95.4 | 149.7 | 115.7 |
| 03 | CONCRETE | 93.9 | 99.0 | 96.2 | 102.4 | 140.8 | 119.3 | 109.0 | 189.9 | 144.5 | 97.3 | 140.8 | 116.4 | 97.5 | 154.0 | 120.6 | 96.4 | 148.7 | 119.4 |
| 04 | MASONRY | 110.2 | 104.6 | 106.8 | 108.1 | 155.4 | 137.2 | 111.7 | 188.8 | 159.1 | 100.8 | 155.4 | 134.3 | 94.6 | 156.4 | 132.6 | 94.6 | 156.4 | 132.6 |
| 05 | METALS | 93.0 | 101.9 | 95.6 | 104.0 | 135.3 | 113.4 | 103.1 | 175.0 | 124.2 | 104.0 | 136.0 | 113.4 | 86.2 | 169.8 | 110.7 | 86.4 | 169.0 | 110.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 82.9 | 86.2 | 84.7 | 83.9 | 124.0 | 106.0 | 97.8 | 188.3 | 147.6 | 90.4 | 124.0 | 108.9 | 87.6 | 132.4 | 112.3 | 104.5 | 128.7 | 117.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 108.5 | 95.4 | 102.8 | 121.5 | 145.0 | 131.7 | 109.2 | 168.3 | 134.9 | 121.1 | 145.0 | 131.5 | 103.0 | 147.3 | 122.5 | 103.5 | 144.7 | 121.7 |
| 08 | OPENINGS | 96.5 | 93.0 | 95.7 | 92.1 | 142.5 | 103.9 | 86.6 | 197.5 | 112.5 | 88.0 | 142.5 | 100.7 | 92.3 | 168.4 | 110.1 | 92.4 | 166.3 | 109.6 |
| 0920 | Plaster & Gypsum Board | 89.2 | 85.8 | 86.9 | 91.0 | 124.9 | 113.8 | 99.3 | 191.0 | 161.0 | 91.7 | 124.8 | 114.0 | 98.3 | 133.2 | 121.8 | 111.0 | 129.3 | 123.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 102.7 | 85.8 | 91.3 | 77.5 | 124.9 | 109.4 | 81.2 | 191.0 | 155.2 | 77.5 | 124.8 | 109.4 | 87.5 | 133.2 | 118.3 | 87.5 | 129.3 | 115.7 |
| 0960 | Flooring | 90.3 | 102.4 | 93.7 | 98.6 | 160.5 | 116.0 | 108.2 | 182.5 | 129.1 | 101.0 | 160.5 | 117.8 | 91.2 | 179.7 | 116.1 | 99.2 | 164.0 | 117.4 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 98.8 | 100.6 | 99.9 | 116.6 | 130.9 | 125.0 | 116.0 | 167.4 | 146.4 | 116.6 | 123.4 | 120.6 | 104.6 | 167.4 | 141.8 | 104.6 | 167.4 | 141.8 |
| 09 | FINISHES | 93.2 | 92.5 | 92.9 | 97.9 | 135.4 | 118.2 | 104.1 | 186.0 | 148.4 | 98.3 | 134.6 | 117.9 | 98.4 | 148.0 | 123.7 | 98.9 | 142.6 | 122.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 96.8 | 99.3 | 100.0 | 121.2 | 104.7 | 100.0 | 140.8 | 109.1 | 100.0 | 121.3 | 104.7 | 100.0 | 129.2 | 106.5 | 100.0 | 113.0 | 102.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 93.6 | 95.4 | 96.6 | 134.6 | 111.5 | 99.8 | 177.9 | 130.5 | 96.6 | 138.9 | 113.2 | 96.8 | 145.9 | 116.1 | 96.8 | 136.9 | 112.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.4 | 94.9 | 95.1 | 95.7 | 116.3 | 105.9 | 97.5 | 184.5 | 140.4 | 95.7 | 116.3 | 105.9 | 88.8 | 170.6 | 129.1 | 88.8 | 141.7 | 114.9 |
| MF2018 | WEIGHTED AVERAGE | 96.4 | 96.0 | 96.3 | 100.6 | 133.8 | 114.6 | 101.6 | 177.3 | 133.6 | 99.1 | 134.6 | 114.1 | 94.1 | 150.6 | 118.0 | 94.4 | 144.8 | 115.7 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | NEW YORK | | | NIAGARA FALLS | | | PLATTSBURGH | | | POUGHKEEPSIE | | | QUEENS | | | RIVERHEAD | | |
| DIVISION | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 104.6 | 104.6 | | 90.6 | 90.6 | | 94.5 | 94.5 | | 109.4 | 109.4 | | 109.4 | 109.4 | | 109.4 | 109.4 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 106.6 | 111.9 | 110.3 | 100.9 | 90.8 | 94.0 | 109.3 | 96.7 | 100.6 | 135.9 | 114.8 | 121.3 | 114.3 | 120.6 | 118.7 | 112.1 | 118.6 | 116.6 |
| 0310 | Concrete Forming & Accessories | 104.3 | 188.9 | 176.4 | 85.0 | 113.1 | 108.9 | 86.8 | 91.4 | 90.7 | 82.7 | 167.6 | 155.1 | 89.0 | 189.1 | 174.3 | 93.2 | 156.2 | 146.9 |
| 0320 | Concrete Reinforcing | 100.3 | 178.3 | 138.0 | 97.5 | 112.0 | 104.5 | 101.4 | 112.0 | 106.5 | 97.3 | 160.0 | 127.6 | 98.9 | 242.5 | 168.4 | 99.1 | 215.6 | 155.5 |
| 0330 | Cast-in-Place Concrete | 98.9 | 172.2 | 126.2 | 106.0 | 124.1 | 112.7 | 95.5 | 100.6 | 97.4 | 102.2 | 135.4 | 114.5 | 102.9 | 170.5 | 128.1 | 101.2 | 159.7 | 123.0 |
| 03 | CONCRETE | 101.6 | 180.3 | 136.2 | 96.2 | 116.1 | 105.0 | 94.3 | 98.0 | 95.9 | 99.7 | 153.6 | 123.4 | 101.5 | 189.9 | 140.3 | 98.7 | 166.5 | 128.5 |
| 04 | MASONRY | 102.1 | 188.8 | 155.4 | 117.5 | 125.1 | 122.2 | 88.3 | 97.4 | 93.9 | 100.6 | 139.5 | 124.5 | 106.0 | 188.8 | 156.9 | 114.3 | 173.3 | 150.6 |
| 05 | METALS | 97.5 | 171.0 | 119.1 | 95.6 | 102.4 | 97.6 | 99.8 | 99.5 | 99.7 | 104.0 | 135.6 | 113.3 | 103.1 | 175.0 | 124.2 | 105.1 | 166.5 | 124.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 102.0 | 188.6 | 149.7 | 82.8 | 108.2 | 96.8 | 88.8 | 88.2 | 88.5 | 83.9 | 179.3 | 136.4 | 83.8 | 188.3 | 141.3 | 88.7 | 154.0 | 124.6 |
| 07 | THERMAL & MOISTURE PROTECTION | 105.2 | 170.0 | 133.4 | 108.6 | 110.0 | 109.2 | 116.0 | 97.2 | 107.8 | 121.4 | 144.1 | 131.3 | 108.8 | 168.3 | 134.7 | 110.0 | 154.8 | 129.5 |
| 08 | OPENINGS | 96.0 | 197.5 | 119.7 | 96.5 | 104.7 | 98.4 | 97.4 | 94.7 | 96.8 | 92.1 | 170.5 | 110.4 | 86.6 | 197.5 | 112.5 | 87.0 | 172.1 | 106.8 |
| 0920 | Plaster & Gypsum Board | 108.6 | 191.0 | 164.0 | 89.2 | 108.4 | 102.1 | 108.2 | 87.4 | 94.2 | 91.0 | 181.7 | 152.0 | 91.4 | 191.0 | 158.4 | 92.5 | 155.6 | 135.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 104.5 | 191.0 | 162.8 | 102.7 | 108.4 | 106.6 | 107.3 | 87.4 | 93.9 | 77.5 | 181.7 | 147.7 | 81.2 | 191.0 | 155.2 | 81.1 | 155.6 | 131.4 |
| 0960 | Flooring | 101.3 | 182.5 | 124.1 | 90.3 | 111.2 | 96.4 | 104.2 | 105.1 | 104.4 | 98.6 | 158.6 | 115.5 | 104.8 | 182.5 | 126.0 | 105.0 | 166.9 | 123.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 102.7 | 167.4 | 141.0 | 98.8 | 111.5 | 106.3 | 111.2 | 95.1 | 101.7 | 116.6 | 123.4 | 120.6 | 116.0 | 167.4 | 146.4 | 116.0 | 167.4 | 146.4 |
| 09 | FINISHES | 102.9 | 186.2 | 148.0 | 93.3 | 112.9 | 103.9 | 95.0 | 93.5 | 94.2 | 97.7 | 164.2 | 133.7 | 101.3 | 186.0 | 147.1 | 101.5 | 158.6 | 133.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 141.5 | 109.3 | 100.0 | 102.7 | 100.6 | 100.0 | 92.7 | 98.4 | 100.0 | 116.5 | 103.7 | 100.0 | 106.0 | 101.4 | 100.0 | 114.8 | 103.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.2 | 178.3 | 130.9 | 96.5 | 105.1 | 99.9 | 96.6 | 100.3 | 98.1 | 96.6 | 120.3 | 105.9 | 99.8 | 177.9 | 130.5 | 100.0 | 155.9 | 121.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.8 | 184.5 | 140.0 | 94.1 | 98.9 | 96.4 | 92.1 | 91.7 | 91.9 | 95.7 | 121.2 | 108.3 | 98.0 | 184.5 | 140.6 | 99.5 | 134.9 | 116.9 |
| MF2018 | WEIGHTED AVERAGE | 99.7 | 175.2 | 131.6 | 97.4 | 107.5 | 101.6 | 97.0 | 96.6 | 96.8 | 99.8 | 136.8 | 115.4 | 100.0 | 177.3 | 132.6 | 100.6 | 153.5 | 122.9 |

| | | ROCHESTER | | | SCHENECTADY | | | STATEN ISLAND | | | SUFFERN | | | SYRACUSE | | | UTICA | | |
| DIVISION | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 117.6 | 117.6 | | 112.6 | 112.6 | | 104.4 | 104.4 | | 104.4 | 104.4 | | 112.6 | 112.6 | | 112.6 | 112.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 88.8 | 105.1 | 100.0 | 81.4 | 100.1 | 94.3 | 107.0 | 109.7 | 108.9 | 99.4 | 103.7 | 102.4 | 93.0 | 98.5 | 96.8 | 71.9 | 98.1 | 90.0 |
| 0310 | Concrete Forming & Accessories | 105.8 | 100.3 | 101.2 | 96.4 | 107.1 | 105.5 | 86.1 | 189.3 | 174.1 | 94.4 | 140.8 | 133.9 | 98.5 | 89.1 | 90.5 | 99.5 | 86.3 | 88.2 |
| 0320 | Concrete Reinforcing | 101.4 | 105.0 | 103.1 | 95.9 | 115.1 | 105.2 | 94.8 | 216.0 | 153.4 | 93.6 | 152.0 | 121.9 | 96.8 | 106.1 | 101.3 | 96.8 | 103.0 | 98.5 |
| 0330 | Cast-in-Place Concrete | 97.8 | 103.3 | 99.9 | 94.4 | 115.4 | 102.2 | 95.6 | 172.1 | 124.1 | 92.7 | 138.9 | 109.9 | 98.7 | 102.3 | 100.0 | 90.3 | 101.0 | 94.3 |
| 03 | CONCRETE | 99.5 | 103.3 | 101.2 | 94.9 | 112.4 | 102.6 | 99.1 | 186.4 | 137.5 | 93.8 | 141.3 | 114.7 | 97.6 | 98.1 | 97.8 | 95.4 | 95.6 | 95.6 |
| 04 | MASONRY | 93.6 | 103.4 | 99.7 | 90.7 | 117.9 | 107.4 | 100.9 | 188.9 | 154.9 | 94.5 | 142.2 | 123.8 | 97.0 | 101.0 | 99.5 | 88.4 | 99.4 | 95.2 |
| 05 | METALS | 104.6 | 119.3 | 108.9 | 99.7 | 126.1 | 107.4 | 84.6 | 174.8 | 111.1 | 84.6 | 131.9 | 98.5 | 98.6 | 119.8 | 104.9 | 96.7 | 117.5 | 102.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 108.4 | 102.2 | 103.9 | 100.1 | 103.8 | 102.1 | 86.2 | 188.6 | 142.6 | 96.9 | 142.5 | 122.0 | 98.2 | 86.0 | 91.5 | 98.2 | 82.7 | 89.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 116.4 | 99.8 | 109.2 | 100.1 | 103.7 | 101.6 | 102.9 | 168.8 | 131.5 | 103.4 | 140.9 | 119.7 | 104.0 | 94.1 | 99.7 | 92.7 | 94.0 | 93.3 |
| 08 | OPENINGS | 100.7 | 99.3 | 100.3 | 95.3 | 103.7 | 97.3 | 92.3 | 197.7 | 116.9 | 92.4 | 150.7 | 106.0 | 92.4 | 89.5 | 91.8 | 95.2 | 86.3 | 93.1 |
| 0920 | Plaster & Gypsum Board | 103.8 | 100.1 | 101.3 | 100.3 | 103.9 | 102.7 | 98.4 | 191.0 | 160.7 | 102.1 | 143.5 | 130.0 | 96.6 | 85.6 | 89.3 | 96.8 | 82.2 | 87.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 100.4 | 100.1 | 100.2 | 92.8 | 103.9 | 100.3 | 89.1 | 191.0 | 157.8 | 87.5 | 143.5 | 125.2 | 96.6 | 85.6 | 89.2 | 96.6 | 82.2 | 86.9 |
| 0960 | Flooring | 90.4 | 105.0 | 94.5 | 89.6 | 110.3 | 95.4 | 95.1 | 182.5 | 119.6 | 95.0 | 171.6 | 116.5 | 92.9 | 92.3 | 92.1 | 90.0 | 92.4 | 90.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.7 | 98.4 | 98.1 | 89.3 | 104.4 | 98.2 | 106.2 | 167.4 | 142.4 | 104.6 | 126.9 | 117.8 | 91.9 | 98.7 | 95.9 | 85.6 | 98.7 | 93.4 |
| 09 | FINISHES | 95.7 | 101.4 | 98.8 | 89.2 | 107.0 | 98.9 | 96.7 | 186.2 | 145.2 | 96.3 | 145.8 | 123.1 | 92.4 | 90.0 | 91.1 | 90.8 | 87.9 | 89.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 98.9 | 99.7 | 100.0 | 103.5 | 100.8 | 100.0 | 141.5 | 109.3 | 100.0 | 114.7 | 103.3 | 100.0 | 95.1 | 98.9 | 100.0 | 89.8 | 97.7 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.9 | 88.1 | 95.3 | 100.2 | 102.6 | 102.6 | 100.3 | 177.9 | 130.8 | 96.8 | 123.7 | 107.4 | 100.3 | 94.4 | 98.0 | 100.3 | 92.5 | 97.2 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.5 | 83.9 | 94.8 | 98.7 | 106.4 | 103.5 | 90.6 | 184.5 | 136.9 | 94.8 | 114.6 | 104.6 | 98.6 | 101.0 | 99.8 | 96.6 | 101.0 | 98.8 |
| MF2018 | WEIGHTED AVERAGE | 100.3 | 99.2 | 99.8 | 97.0 | 109.9 | 102.4 | 95.6 | 176.1 | 129.6 | 94.1 | 130.2 | 109.4 | 97.8 | 98.3 | 98.0 | 96.0 | 96.6 | 96.2 |

| | | NEW YORK | | | | | | | | | NORTH CAROLINA | | | | | | | | |
| | | WATERTOWN | | | WHITE PLAINS | | | YONKERS | | | ASHEVILLE | | | CHARLOTTE | | | DURHAM | | |
| DIVISION | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 112.6 | 112.6 | | 104.4 | 104.4 | | 104.4 | 104.4 | | 99.0 | 99.0 | | 100.4 | 100.4 | | 104.1 | 104.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 79.5 | 98.6 | 92.7 | 97.1 | 105.4 | 102.8 | 104.5 | 105.4 | 105.1 | 96.4 | 77.8 | 83.5 | 98.6 | 81.9 | 87.1 | 98.5 | 86.3 | 90.1 |
| 0310 | Concrete Forming & Accessories | 85.3 | 93.0 | 91.9 | 99.2 | 149.3 | 141.9 | 99.4 | 149.1 | 141.8 | 90.5 | 61.4 | 65.7 | 96.6 | 61.5 | 66.6 | 96.2 | 61.4 | 66.5 |
| 0320 | Concrete Reinforcing | 97.5 | 106.1 | 101.6 | 93.6 | 180.8 | 135.8 | 97.3 | 180.8 | 137.7 | 95.4 | 66.0 | 81.2 | 96.6 | 66.2 | 83.7 | 104.6 | 86.6 | 86.2 |
| 0330 | Cast-in-Place Concrete | 105.1 | 104.7 | 105.0 | 84.9 | 150.0 | 109.1 | 95.0 | 150.0 | 115.4 | 105.9 | 71.5 | 93.1 | 108.0 | 71.6 | 94.4 | 106.3 | 71.2 | 93.2 |
| 03 | CONCRETE | 108.8 | 100.7 | 105.3 | 87.6 | 155.2 | 117.3 | 96.6 | 155.1 | 122.3 | 91.1 | 67.4 | 80.7 | 91.2 | 67.5 | 80.8 | 95.2 | 67.4 | 83.0 |
| 04 | MASONRY | 89.7 | 104.8 | 99.0 | 93.9 | 156.4 | 132.3 | 97.1 | 156.4 | 133.6 | 84.9 | 64.4 | 72.3 | 88.6 | 64.4 | 73.8 | 84.3 | 64.4 | 72.0 |
| 05 | METALS | 96.8 | 119.8 | 103.6 | 86.1 | 169.8 | 110.7 | 94.1 | 169.9 | 116.4 | 101.2 | 89.9 | 97.9 | 102.1 | 88.9 | 98.2 | 117.9 | 90.2 | 109.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 80.3 | 89.9 | 85.6 | 102.4 | 146.7 | 126.8 | 102.3 | 146.3 | 126.5 | 87.6 | 59.0 | 71.9 | 89.9 | 59.0 | 72.9 | 90.6 | 59.0 | 73.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 93.0 | 97.2 | 94.8 | 103.2 | 148.7 | 123.0 | 103.5 | 149.3 | 123.4 | 99.1 | 63.8 | 83.8 | 93.7 | 64.5 | 81.0 | 102.8 | 63.8 | 85.8 |
| 08 | OPENINGS | 95.2 | 93.8 | 94.8 | 92.4 | 176.2 | 112.0 | 96.0 | 176.5 | 114.8 | 89.0 | 59.8 | 82.2 | 90.0 | 60.0 | 83.1 | 95.6 | 60.0 | 87.3 |
| 0920 | Plaster & Gypsum Board | 87.6 | 89.6 | 89.0 | 105.3 | 147.8 | 133.9 | 108.7 | 147.4 | 134.7 | 102.2 | 57.8 | 72.3 | 98.1 | 57.8 | 71.0 | 89.9 | 57.8 | 68.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 96.6 | 89.6 | 91.9 | 87.5 | 147.8 | 128.2 | 103.7 | 147.4 | 133.2 | 79.4 | 57.8 | 64.9 | 83.5 | 57.8 | 66.2 | 82.8 | 57.8 | 66.0 |
| 0960 | Flooring | 83.1 | 92.4 | 85.7 | 97.5 | 179.7 | 120.6 | 96.9 | 182.5 | 121.9 | 94.9 | 66.8 | 87.0 | 95.6 | 66.8 | 87.3 | 102.0 | 66.8 | 92.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 85.6 | 93.0 | 90.0 | 104.6 | 167.4 | 141.8 | 104.6 | 167.4 | 141.8 | 102.5 | 57.1 | 75.7 | 95.9 | 57.1 | 72.9 | 104.4 | 57.1 | 76.4 |
| 09 | FINISHES | 88.2 | 92.4 | 90.5 | 97.1 | 156.4 | 129.2 | 101.0 | 156.7 | 131.1 | 88.8 | 61.6 | 74.1 | 88.3 | 61.6 | 73.9 | 90.4 | 61.6 | 74.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 96.4 | 99.2 | 100.0 | 127.5 | 106.1 | 100.0 | 130.7 | 106.8 | 100.0 | 82.5 | 96.1 | 100.0 | 82.5 | 96.1 | 100.0 | 82.5 | 96.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.3 | 87.8 | 95.4 | 100.4 | 146.5 | 118.3 | 100.4 | 146.0 | 118.3 | 100.4 | 61.3 | 85.0 | 99.9 | 63.1 | 85.5 | 100.5 | 61.3 | 84.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.6 | 90.2 | 94.4 | 88.8 | 170.6 | 129.1 | 94.9 | 170.6 | 132.2 | 100.8 | 57.8 | 79.6 | 100.0 | 60.3 | 80.4 | 96.5 | 57.4 | 77.2 |
| MF2018 | WEIGHTED AVERAGE | 97.7 | 96.8 | 97.4 | 93.8 | 152.8 | 118.8 | 97.9 | 153.0 | 121.2 | 96.4 | 66.6 | 83.8 | 97.4 | 67.6 | 84.8 | 100.1 | 67.2 | 86.2 |

# MASTERFORMAT City Cost Indexes ~ Year 2020 Base

## NORTH CAROLINA

| DIVISION | | ELIZABETH CITY | | | FAYETTEVILLE | | | GASTONIA | | | GREENSBORO | | | HICKORY | | | KINSTON | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 108.0 | 108.0 | | 104.1 | 104.1 | | 99.0 | 99.0 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 102.7 | 87.9 | 92.4 | 95.6 | 86.1 | 89.0 | 96.1 | 78.1 | 83.7 | 98.3 | 86.4 | 90.1 | 95.1 | 85.1 | 88.2 | 93.9 | 84.9 | 87.7 |
| 0310 | Concrete Forming & Accessories | 82.6 | 63.6 | 66.4 | 90.1 | 60.1 | 64.5 | 96.4 | 61.4 | 66.6 | 96.0 | 61.3 | 66.5 | 87.1 | 61.2 | 65.0 | 83.6 | 59.9 | 63.4 |
| 0320 | Concrete Reinforcing | 102.3 | 69.8 | 86.6 | 99.1 | 66.8 | 83.4 | 95.8 | 66.8 | 81.7 | 103.2 | 66.8 | 85.6 | 96.6 | 67.1 | 81.5 | 94.9 | 66.7 | 81.3 |
| 0330 | Cast-in-Place Concrete | 106.5 | 71.7 | 93.5 | 111.1 | 69.3 | 95.5 | 103.6 | 71.2 | 91.5 | 105.5 | 71.2 | 92.7 | 105.9 | 71.2 | 93.0 | 102.2 | 69.2 | 90.0 |
| 03 | CONCRETE | 95.4 | 69.1 | 83.8 | 93.1 | 66.2 | 81.3 | 89.8 | 67.5 | 80.0 | 94.7 | 67.4 | 82.7 | 90.9 | 67.3 | 80.5 | 88.1 | 66.1 | 78.3 |
| 04 | MASONRY | 95.4 | 61.0 | 74.2 | 88.3 | 61.0 | 71.5 | 89.4 | 64.4 | 74.0 | 81.8 | 64.4 | 71.1 | 74.6 | 64.4 | 68.3 | 81.2 | 61.0 | 68.8 |
| 05 | METALS | 103.5 | 92.3 | 100.2 | 122.2 | 90.2 | 112.8 | 101.8 | 90.2 | 98.4 | 110.0 | 90.2 | 104.1 | 101.3 | 90.0 | 98.0 | 100.0 | 90.0 | 97.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 75.1 | 63.4 | 68.7 | 86.5 | 59.0 | 71.4 | 95.4 | 59.0 | 75.4 | 90.2 | 59.0 | 73.1 | 82.4 | 59.0 | 69.6 | 79.3 | 59.0 | 68.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.0 | 62.5 | 84.8 | 98.6 | 62.3 | 82.8 | 99.3 | 63.8 | 83.9 | 102.6 | 63.8 | 85.7 | 99.5 | 63.8 | 84.0 | 99.3 | 62.3 | 83.2 |
| 08 | OPENINGS | 92.9 | 63.1 | 86.0 | 89.1 | 60.0 | 82.3 | 92.3 | 60.0 | 84.8 | 95.6 | 60.0 | 87.3 | 89.0 | 60.0 | 82.3 | 89.1 | 60.0 | 82.3 |
| 0920 | Plaster & Gypsum Board | 84.4 | 61.7 | 69.1 | 105.8 | 57.8 | 73.5 | 107.9 | 57.8 | 74.2 | 91.1 | 57.8 | 68.7 | 102.2 | 57.8 | 72.3 | 102.2 | 57.8 | 72.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 82.8 | 61.7 | 68.5 | 81.9 | 57.8 | 65.7 | 83.5 | 57.8 | 66.2 | 82.8 | 57.8 | 66.0 | 79.4 | 57.8 | 64.9 | 83.5 | 57.8 | 66.2 |
| 0960 | Flooring | 94.1 | 66.8 | 86.4 | 95.1 | 66.8 | 87.1 | 98.0 | 66.8 | 89.2 | 102.0 | 66.8 | 92.1 | 94.8 | 66.8 | 86.9 | 92.2 | 66.8 | 85.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 104.4 | 57.1 | 76.4 | 102.5 | 57.1 | 75.7 | 102.5 | 57.1 | 75.7 | 104.4 | 57.1 | 76.4 | 102.5 | 57.1 | 75.7 | 102.5 | 57.1 | 75.7 |
| 09 | FINISHES | 87.7 | 63.4 | 74.6 | 89.7 | 60.8 | 74.0 | 91.1 | 61.6 | 75.2 | 90.6 | 61.6 | 74.9 | 88.9 | 61.6 | 74.1 | 88.7 | 60.8 | 73.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 85.4 | 96.8 | 100.0 | 81.4 | 95.8 | 100.0 | 82.5 | 96.1 | 100.0 | 79.8 | 95.5 | 100.0 | 82.5 | 96.1 | 100.0 | 81.3 | 95.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.9 | 58.6 | 81.9 | 100.2 | 59.5 | 84.2 | 100.4 | 60.1 | 84.6 | 100.4 | 61.3 | 85.0 | 96.9 | 60.0 | 82.5 | 96.9 | 58.3 | 81.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.2 | 64.6 | 80.6 | 100.5 | 57.4 | 79.3 | 100.3 | 60.4 | 80.6 | 95.7 | 57.8 | 77.0 | 98.6 | 60.4 | 79.8 | 98.4 | 56.5 | 77.4 |
| MF2018 | WEIGHTED AVERAGE | 96.9 | 68.3 | 84.8 | 100.2 | 66.1 | 85.8 | 97.0 | 66.8 | 84.2 | 98.5 | 67.2 | 85.3 | 94.7 | 67.3 | 83.1 | 94.4 | 65.5 | 82.2 |

## NORTH CAROLINA / NORTH DAKOTA

| DIVISION | | MURPHY | | | RALEIGH | | | ROCKY MOUNT | | | WILMINGTON | | | WINSTON-SALEM | | | BISMARCK | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.0 | 99.0 | | 106.5 | 106.5 | | 104.1 | 104.1 | | 99.0 | 99.0 | | 104.1 | 104.1 | | 99.9 | 99.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.4 | 76.3 | 82.8 | 98.8 | 90.8 | 93.3 | 100.7 | 86.3 | 90.8 | 97.4 | 77.6 | 83.7 | 98.3 | 86.4 | 90.2 | 99.9 | 97.8 | 98.4 |
| 0310 | Concrete Forming & Accessories | 97.0 | 59.8 | 65.3 | 96.9 | 61.0 | 66.3 | 88.5 | 60.9 | 64.9 | 91.8 | 60.1 | 64.8 | 97.9 | 61.4 | 66.8 | 110.6 | 76.6 | 81.6 |
| 0320 | Concrete Reinforcing | 94.9 | 64.3 | 80.1 | 105.4 | 66.8 | 86.7 | 102.3 | 66.8 | 85.1 | 96.1 | 66.8 | 81.9 | 103.2 | 66.6 | 85.6 | 92.6 | 98.3 | 95.3 |
| 0330 | Cast-in-Place Concrete | 109.6 | 69.2 | 94.6 | 109.3 | 71.3 | 95.1 | 104.2 | 70.5 | 91.6 | 105.5 | 69.3 | 92.0 | 108.1 | 71.2 | 94.4 | 106.3 | 86.6 | 98.9 |
| 03 | CONCRETE | 93.9 | 66.6 | 81.4 | 93.9 | 67.2 | 82.2 | 95.9 | 66.9 | 83.2 | 91.1 | 66.2 | 80.1 | 94.5 | 67.4 | 83.5 | 93.3 | 84.4 | 89.4 |
| 04 | MASONRY | 77.3 | 61.0 | 67.3 | 80.5 | 63.1 | 69.8 | 74.4 | 63.1 | 67.4 | 75.1 | 61.0 | 66.4 | 82.0 | 64.4 | 71.2 | 105.3 | 83.4 | 91.8 |
| 05 | METALS | 99.0 | 89.1 | 96.1 | 102.2 | 89.1 | 98.3 | 102.6 | 90.2 | 99.0 | 100.7 | 90.2 | 97.6 | 107.0 | 90.2 | 102.1 | 95.6 | 94.2 | 95.2 |
| 06 | WOOD, PLASTICS & COMPOSITES | 96.1 | 58.9 | 75.6 | 90.9 | 59.2 | 73.4 | 82.0 | 59.0 | 69.4 | 89.2 | 59.0 | 72.6 | 90.2 | 59.0 | 73.1 | 106.6 | 72.7 | 88.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 99.3 | 62.3 | 83.2 | 97.2 | 63.8 | 82.7 | 102.5 | 63.2 | 85.4 | 99.1 | 62.3 | 83.1 | 102.6 | 63.8 | 85.7 | 109.3 | 86.0 | 99.2 |
| 08 | OPENINGS | 89.0 | 59.4 | 82.1 | 97.6 | 60.1 | 88.8 | 92.2 | 60.0 | 84.7 | 89.1 | 60.0 | 82.3 | 95.6 | 60.0 | 87.3 | 103.7 | 81.9 | 98.6 |
| 0920 | Plaster & Gypsum Board | 106.9 | 57.7 | 73.8 | 86.5 | 57.8 | 67.2 | 85.8 | 57.8 | 67.0 | 103.7 | 57.8 | 72.8 | 91.1 | 57.8 | 68.7 | 102.4 | 72.2 | 82.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 79.4 | 57.7 | 64.8 | 83.5 | 57.8 | 66.2 | 80.4 | 57.8 | 65.2 | 81.9 | 57.8 | 65.7 | 82.8 | 57.8 | 66.0 | 108.5 | 72.2 | 84.1 |
| 0960 | Flooring | 98.3 | 66.8 | 89.4 | 96.8 | 66.8 | 88.4 | 97.6 | 66.8 | 88.9 | 95.5 | 66.8 | 87.5 | 102.0 | 66.8 | 92.1 | 86.9 | 53.7 | 77.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 102.5 | 57.1 | 75.7 | 97.8 | 57.1 | 73.7 | 104.4 | 57.1 | 76.4 | 102.5 | 57.1 | 75.7 | 104.4 | 57.1 | 76.4 | 90.9 | 59.8 | 72.5 |
| 09 | FINISHES | 90.6 | 60.7 | 74.4 | 90.0 | 61.4 | 74.5 | 88.6 | 61.3 | 73.8 | 89.6 | 60.8 | 74.0 | 90.6 | 61.6 | 74.9 | 96.1 | 71.1 | 82.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 81.3 | 95.8 | 100.0 | 82.3 | 96.1 | 100.0 | 82.1 | 96.0 | 100.0 | 81.4 | 95.8 | 100.0 | 82.5 | 96.1 | 100.0 | 94.8 | 98.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.9 | 58.3 | 81.7 | 100.0 | 60.6 | 84.5 | 96.9 | 59.5 | 82.2 | 100.0 | 59.5 | 84.3 | 100.4 | 61.3 | 85.0 | 99.9 | 77.0 | 90.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 101.7 | 55.8 | 79.1 | 99.1 | 56.3 | 78.0 | 98.0 | 57.4 | 78.0 | 101.1 | 55.8 | 78.8 | 95.7 | 57.8 | 77.0 | 98.7 | 73.4 | 86.3 |
| MF2018 | WEIGHTED AVERAGE | 95.5 | 64.7 | 82.5 | 97.4 | 67.0 | 84.5 | 96.0 | 66.6 | 83.6 | 96.0 | 65.2 | 83.0 | 98.2 | 67.3 | 85.2 | 98.9 | 81.6 | 91.6 |

## NORTH DAKOTA

| DIVISION | | DEVILS LAKE | | | DICKINSON | | | FARGO | | | GRAND FORKS | | | JAMESTOWN | | | MINOT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 97.7 | 97.7 | | 97.7 | 97.7 | | 99.9 | 99.9 | | 97.7 | 97.7 | | 97.7 | 97.7 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 107.5 | 93.7 | 98.0 | 115.7 | 93.7 | 100.5 | 101.3 | 97.6 | 98.8 | 111.5 | 93.7 | 99.2 | 106.5 | 93.7 | 97.7 | 108.9 | 94.1 | 98.7 |
| 0310 | Concrete Forming & Accessories | 107.0 | 71.6 | 76.8 | 95.5 | 71.5 | 75.1 | 99.4 | 72.1 | 76.1 | 99.7 | 71.6 | 75.7 | 97.1 | 71.6 | 75.4 | 95.1 | 71.8 | 75.2 |
| 0320 | Concrete Reinforcing | 94.8 | 98.0 | 96.4 | 95.7 | 98.7 | 97.2 | 95.7 | 98.7 | 97.2 | 93.4 | 98.0 | 95.6 | 94.8 | 98.7 | 96.8 | 96.6 | 98.1 | 97.4 |
| 0330 | Cast-in-Place Concrete | 126.2 | 81.6 | 109.6 | 114.1 | 81.5 | 102.0 | 102.5 | 85.6 | 96.2 | 114.1 | 81.5 | 102.0 | 124.6 | 81.6 | 108.6 | 114.1 | 81.8 | 102.1 |
| 03 | CONCRETE | 104.4 | 80.4 | 93.8 | 103.5 | 80.4 | 93.3 | 98.3 | 82.1 | 91.2 | 100.9 | 80.3 | 91.8 | 102.9 | 80.5 | 93.1 | 99.4 | 80.6 | 91.1 |
| 04 | MASONRY | 118.0 | 79.2 | 94.2 | 120.1 | 81.4 | 96.4 | 102.7 | 90.0 | 94.9 | 112.1 | 79.2 | 91.9 | 130.9 | 89.9 | 105.7 | 110.1 | 80.7 | 92.1 |
| 05 | METALS | 94.7 | 94.1 | 94.5 | 94.6 | 94.1 | 94.4 | 100.2 | 94.8 | 98.6 | 94.6 | 93.8 | 94.4 | 94.6 | 94.9 | 94.7 | 94.9 | 94.8 | 94.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 99.0 | 67.5 | 81.7 | 85.6 | 67.5 | 75.7 | 95.9 | 67.6 | 80.4 | 90.4 | 67.5 | 77.8 | 87.7 | 67.5 | 76.6 | 85.3 | 67.5 | 75.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 107.1 | 82.3 | 96.3 | 107.7 | 83.7 | 97.2 | 104.1 | 87.4 | 96.8 | 107.3 | 83.0 | 96.7 | 106.9 | 85.7 | 97.7 | 107.0 | 83.9 | 97.0 |
| 08 | OPENINGS | 100.9 | 79.0 | 95.8 | 100.9 | 79.0 | 95.8 | 101.0 | 79.1 | 95.9 | 99.5 | 79.0 | 94.7 | 100.9 | 79.0 | 95.8 | 99.7 | 79.0 | 94.8 |
| 0920 | Plaster & Gypsum Board | 118.2 | 67.0 | 83.8 | 109.1 | 67.0 | 80.8 | 101.1 | 67.0 | 78.2 | 110.3 | 67.0 | 81.2 | 110.0 | 67.0 | 81.1 | 109.1 | 67.0 | 80.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 105.6 | 67.0 | 79.6 | 105.6 | 67.0 | 79.6 | 95.4 | 67.0 | 76.3 | 105.6 | 67.0 | 79.6 | 105.6 | 67.0 | 79.6 | 105.6 | 67.0 | 79.6 |
| 0960 | Flooring | 93.8 | 53.7 | 82.5 | 87.4 | 53.7 | 77.9 | 101.2 | 53.7 | 87.9 | 89.2 | 53.7 | 79.2 | 88.3 | 53.7 | 78.4 | 87.1 | 53.7 | 77.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 86.6 | 56.4 | 68.7 | 86.6 | 56.4 | 68.7 | 93.1 | 67.4 | 77.9 | 86.6 | 56.0 | 74.4 | 86.6 | 56.4 | 68.7 | 86.6 | 57.5 | 69.4 |
| 09 | FINISHES | 95.2 | 66.8 | 79.8 | 93.0 | 66.8 | 78.8 | 96.2 | 68.1 | 81.0 | 93.2 | 67.8 | 79.5 | 92.3 | 66.8 | 78.5 | 92.1 | 66.9 | 78.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 87.2 | 97.2 | 100.0 | 87.2 | 97.2 | 100.0 | 93.6 | 98.6 | 100.0 | 87.2 | 97.2 | 100.0 | 87.2 | 97.2 | 100.0 | 93.3 | 98.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.6 | 78.3 | 89.4 | 96.6 | 73.3 | 87.4 | 100.0 | 74.1 | 89.8 | 100.1 | 72.3 | 89.2 | 96.6 | 72.3 | 87.0 | 100.1 | 72.1 | 89.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.3 | 68.3 | 81.5 | 101.9 | 67.9 | 85.1 | 98.5 | 69.4 | 84.2 | 97.3 | 68.3 | 83.0 | 94.3 | 68.3 | 81.5 | 100.1 | 72.6 | 86.6 |
| MF2018 | WEIGHTED AVERAGE | 99.2 | 78.8 | 90.6 | 99.9 | 77.9 | 90.6 | 99.7 | 80.3 | 91.5 | 99.4 | 77.6 | 90.2 | 99.2 | 78.8 | 90.6 | 99.3 | 78.6 | 90.5 |

# MASTERFORMAT City Cost Indexes  ~  Year 2020 Base

| DIVISION | | WILLISTON (N. DAKOTA) | | | AKRON | | | ATHENS | | | CANTON | | | CHILLICOTHE | | | CINCINNATI | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 97.7 | 97.7 | | 88.7 | 88.7 | | 84.9 | 84.9 | | 88.7 | 88.7 | | 95.5 | 95.5 | | 95.9 | 95.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 109.2 | 91.5 | 97.0 | 96.2 | 94.1 | 94.8 | 107.3 | 85.3 | 92.1 | 96.3 | 93.9 | 94.7 | 93.8 | 94.9 | 94.6 | 90.0 | 98.2 | 95.7 |
| 0310 | Concrete Forming & Accessories | 101.7 | 71.3 | 75.8 | 102.8 | 82.8 | 85.8 | 95.3 | 78.9 | 81.4 | 102.8 | 74.3 | 78.5 | 98.0 | 81.5 | 84.0 | 101.5 | 80.2 | 83.3 |
| 0320 | Concrete Reinforcing | 97.5 | 98.1 | 97.8 | 94.7 | 91.3 | 92.9 | 86.9 | 89.2 | 88.0 | 94.7 | 75.0 | 85.2 | 84.8 | 88.8 | 86.3 | 89.1 | 77.8 | 83.6 |
| 0330 | Cast-in-Place Concrete | 114.1 | 81.4 | 101.9 | 102.6 | 89.0 | 97.6 | 111.2 | 95.8 | 105.5 | 103.6 | 87.2 | 97.5 | 100.9 | 92.4 | 97.8 | 96.4 | 77.5 | 89.3 |
| 03 | CONCRETE | 100.8 | 80.2 | 91.7 | 99.8 | 85.9 | 93.7 | 101.0 | 86.3 | 94.6 | 100.3 | 78.7 | 90.8 | 95.6 | 86.9 | 91.8 | 94.7 | 79.0 | 87.8 |
| 04 | MASONRY | 105.1 | 80.7 | 90.1 | 90.9 | 89.4 | 90.0 | 73.6 | 97.2 | 88.1 | 91.5 | 80.7 | 84.9 | 80.2 | 90.5 | 86.5 | 83.0 | 79.8 | 81.0 |
| 05 | METALS | 94.8 | 93.6 | 94.4 | 97.5 | 80.2 | 92.4 | 97.1 | 80.5 | 92.3 | 97.5 | 73.7 | 90.5 | 89.4 | 89.8 | 89.5 | 91.5 | 81.7 | 88.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 92.1 | 67.5 | 78.6 | 105.9 | 81.1 | 92.2 | 87.4 | 74.0 | 80.0 | 106.2 | 71.8 | 87.3 | 100.3 | 78.0 | 88.0 | 102.3 | 80.1 | 90.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 107.3 | 83.5 | 96.9 | 104.9 | 91.1 | 98.9 | 102.9 | 91.5 | 98.0 | 106.0 | 87.2 | 97.8 | 104.7 | 88.4 | 97.6 | 102.7 | 80.9 | 93.2 |
| 08 | OPENINGS | 101.0 | 79.0 | 95.8 | 107.5 | 82.7 | 101.7 | 96.2 | 75.8 | 91.5 | 101.3 | 69.8 | 93.9 | 88.1 | 78.0 | 85.7 | 98.3 | 76.4 | 93.2 |
| 0920 | Plaster & Gypsum Board | 110.3 | 67.0 | 81.2 | 98.3 | 80.5 | 86.3 | 93.1 | 73.2 | 79.7 | 99.2 | 71.0 | 80.2 | 96.6 | 77.8 | 83.9 | 96.1 | 79.9 | 85.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 105.6 | 67.0 | 79.6 | 90.6 | 80.5 | 83.8 | 105.9 | 73.2 | 83.8 | 90.6 | 71.0 | 77.4 | 98.7 | 77.8 | 84.6 | 93.6 | 79.9 | 84.3 |
| 0960 | Flooring | 90.1 | 53.7 | 79.9 | 91.7 | 83.3 | 89.3 | 120.7 | 75.3 | 108.0 | 91.8 | 74.1 | 86.8 | 97.5 | 75.3 | 91.3 | 98.7 | 78.5 | 93.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 86.6 | 56.4 | 68.7 | 98.3 | 90.9 | 93.9 | 100.1 | 89.1 | 93.6 | 98.3 | 73.9 | 83.9 | 97.4 | 89.1 | 92.5 | 97.0 | 71.7 | 82.0 |
| 09 | FINISHES | 93.4 | 66.8 | 79.0 | 95.0 | 83.6 | 88.8 | 99.4 | 78.7 | 88.2 | 95.2 | 73.4 | 83.4 | 96.5 | 80.4 | 87.8 | 95.9 | 79.1 | 86.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 87.2 | 97.1 | 100.0 | 90.3 | 97.8 | 100.0 | 87.9 | 97.3 | 100.0 | 88.4 | 97.4 | 100.0 | 86.8 | 97.1 | 100.0 | 88.4 | 97.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.6 | 73.2 | 87.4 | 100.0 | 87.8 | 95.2 | 96.5 | 81.2 | 90.5 | 100.0 | 78.7 | 91.6 | 97.0 | 92.4 | 95.2 | 99.9 | 76.9 | 90.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.5 | 72.1 | 83.4 | 98.6 | 81.4 | 89.7 | 97.9 | 89.7 | 93.9 | 97.9 | 85.0 | 91.5 | 97.2 | 88.7 | 93.5 | 96.3 | 74.2 | 85.4 |
| MF2018 | WEIGHTED AVERAGE | 98.4 | 77.7 | 89.6 | 99.4 | 86.0 | 93.8 | 97.1 | 84.8 | 91.9 | 98.9 | 79.9 | 90.9 | 94.3 | 88.5 | 91.8 | 96.1 | 80.0 | 89.3 |

| DIVISION | | CLEVELAND | | | COLUMBUS | | | DAYTON | | | HAMILTON | | | LIMA | | | LORAIN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 92.0 | 92.0 | | 92.3 | 92.3 | | 88.9 | 88.9 | | 95.5 | 95.5 | | 88.3 | 88.3 | | 88.7 | 88.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 94.9 | 96.2 | 95.8 | 101.8 | 92.3 | 95.3 | 90.0 | 94.2 | 92.9 | 90.0 | 94.5 | 93.1 | 101.1 | 84.9 | 89.9 | 95.5 | 94.3 | 94.7 |
| 0310 | Concrete Forming & Accessories | 102.3 | 90.2 | 92.0 | 98.7 | 78.1 | 81.1 | 99.9 | 77.2 | 80.6 | 99.9 | 77.4 | 80.7 | 95.3 | 76.3 | 79.1 | 102.8 | 74.6 | 78.7 |
| 0320 | Concrete Reinforcing | 95.2 | 91.4 | 93.4 | 99.9 | 78.7 | 89.7 | 89.1 | 79.1 | 84.2 | 89.1 | 77.2 | 83.3 | 86.9 | 79.3 | 83.2 | 94.7 | 91.3 | 93.1 |
| 0330 | Cast-in-Place Concrete | 99.5 | 97.2 | 98.6 | 102.1 | 80.9 | 94.2 | 86.5 | 80.6 | 84.3 | 92.6 | 80.9 | 88.3 | 102.1 | 89.5 | 97.4 | 97.7 | 91.4 | 95.4 |
| 03 | CONCRETE | 100.1 | 92.4 | 96.7 | 98.6 | 79.2 | 90.0 | 87.0 | 78.6 | 83.3 | 89.9 | 79.1 | 85.1 | 93.9 | 81.5 | 88.5 | 97.5 | 83.1 | 91.2 |
| 04 | MASONRY | 96.9 | 97.9 | 97.5 | 91.4 | 85.2 | 87.6 | 79.1 | 76.4 | 77.4 | 79.5 | 81.2 | 80.5 | 98.8 | 78.1 | 86.1 | 87.8 | 93.1 | 91.0 |
| 05 | METALS | 99.1 | 83.3 | 94.5 | 98.1 | 79.3 | 92.5 | 90.9 | 76.8 | 86.7 | 90.9 | 85.6 | 89.4 | 97.2 | 80.1 | 92.2 | 98.1 | 81.6 | 93.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 99.8 | 88.5 | 93.6 | 98.5 | 77.7 | 87.0 | 104.2 | 77.1 | 89.3 | 103.0 | 77.1 | 88.7 | 87.3 | 75.1 | 80.6 | 105.9 | 70.1 | 86.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.0 | 96.9 | 99.8 | 93.6 | 83.8 | 89.3 | 108.8 | 79.5 | 96.1 | 104.8 | 79.9 | 94.0 | 102.4 | 83.7 | 94.3 | 105.9 | 91.0 | 99.4 |
| 08 | OPENINGS | 100.3 | 86.4 | 97.0 | 98.3 | 74.0 | 92.7 | 95.0 | 74.6 | 90.3 | 92.8 | 74.8 | 88.6 | 96.3 | 73.7 | 91.0 | 101.3 | 76.6 | 95.5 |
| 0920 | Plaster & Gypsum Board | 97.9 | 88.1 | 91.3 | 94.1 | 77.0 | 82.6 | 98.1 | 76.9 | 83.9 | 98.1 | 76.9 | 83.3 | 93.1 | 74.3 | 80.5 | 98.3 | 69.2 | 78.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 86.3 | 88.1 | 87.5 | 93.5 | 75.3 | 89.5 | 101.2 | 72.4 | 93.1 | 98.5 | 78.5 | 92.9 | 119.8 | 77.2 | 107.8 | 91.8 | 89.3 | 91.2 |
| 0960 | Flooring | 93.1 | 89.8 | 92.2 | 96.1 | 75.3 | 89.5 | 101.2 | 72.4 | 93.1 | 98.5 | 78.5 | 92.9 | 119.8 | 77.2 | 107.8 | 91.8 | 89.3 | 91.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 101.2 | 90.9 | 95.1 | 99.5 | 79.6 | 87.7 | 97.4 | 70.7 | 81.6 | 97.4 | 71.3 | 82.0 | 100.2 | 76.5 | 86.2 | 98.3 | 90.9 | 93.9 |
| 09 | FINISHES | 95.3 | 90.1 | 92.5 | 95.0 | 77.5 | 85.5 | 97.7 | 75.4 | 85.6 | 96.7 | 76.9 | 86.0 | 98.7 | 76.0 | 86.4 | 95.0 | 78.0 | 85.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 96.4 | 99.2 | 100.0 | 88.2 | 97.4 | 100.0 | 85.1 | 96.7 | 100.0 | 85.3 | 96.7 | 100.0 | 84.4 | 96.5 | 100.0 | 90.9 | 98.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 89.9 | 96.0 | 100.0 | 84.1 | 93.7 | 100.7 | 81.2 | 93.0 | 100.5 | 74.9 | 90.5 | 96.5 | 91.7 | 94.6 | 100.0 | 88.4 | 95.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.3 | 92.7 | 95.5 | 99.9 | 80.2 | 90.2 | 94.9 | 75.7 | 85.4 | 95.2 | 75.5 | 85.5 | 98.2 | 75.7 | 87.1 | 98.0 | 78.2 | 88.2 |
| MF2018 | WEIGHTED AVERAGE | 99.1 | 91.6 | 95.3 | 98.4 | 82.0 | 91.4 | 94.8 | 79.2 | 88.2 | 94.8 | 79.5 | 88.3 | 97.2 | 81.7 | 90.7 | 98.4 | 84.7 | 92.6 |

| DIVISION | | MANSFIELD | | | MARION | | | SPRINGFIELD | | | STEUBENVILLE | | | TOLEDO | | | YOUNGSTOWN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 88.7 | 88.7 | | 88.7 | 88.7 | | 88.9 | 88.9 | | 92.4 | 92.4 | | 92.4 | 92.4 | | 88.7 | 88.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 91.7 | 94.0 | 93.3 | 95.7 | 90.6 | 92.2 | 90.3 | 94.2 | 93.0 | 141.5 | 98.2 | 111.6 | 99.8 | 90.9 | 93.6 | 96.1 | 93.9 | 94.6 |
| 0310 | Concrete Forming & Accessories | 92.1 | 73.5 | 76.3 | 96.6 | 79.4 | 81.9 | 99.9 | 77.1 | 80.5 | 97.6 | 79.0 | 81.7 | 100.3 | 84.9 | 87.1 | 102.8 | 76.6 | 80.5 |
| 0320 | Concrete Reinforcing | 86.2 | 79.0 | 82.7 | 92.1 | 79.0 | 85.8 | 89.1 | 79.1 | 84.2 | 89.7 | 94.9 | 92.2 | 99.9 | 82.9 | 91.7 | 94.7 | 85.2 | 90.1 |
| 0330 | Cast-in-Place Concrete | 95.1 | 87.8 | 92.3 | 88.5 | 88.1 | 88.3 | 88.8 | 80.3 | 85.6 | 96.1 | 89.3 | 93.6 | 96.9 | 90.2 | 94.4 | 101.7 | 87.2 | 96.3 |
| 03 | CONCRETE | 92.1 | 79.3 | 86.4 | 85.4 | 82.2 | 84.0 | 88.1 | 78.5 | 83.9 | 89.4 | 84.9 | 87.4 | 93.2 | 86.4 | 90.2 | 94.4 | 81.5 | 91.5 |
| 04 | MASONRY | 89.9 | 88.9 | 89.3 | 92.7 | 89.9 | 90.9 | 79.3 | 75.9 | 77.2 | 80.7 | 91.1 | 87.1 | 98.9 | 91.8 | 94.5 | 91.1 | 86.6 | 88.4 |
| 05 | METALS | 98.4 | 76.0 | 91.8 | 97.1 | 78.9 | 91.7 | 90.9 | 76.8 | 86.7 | 93.6 | 81.8 | 90.1 | 97.8 | 85.3 | 94.2 | 97.5 | 77.9 | 91.8 |
| 06 | WOOD, PLASTICS & COMPOSITES | 92.8 | 70.1 | 80.3 | 92.8 | 77.5 | 84.4 | 105.6 | 77.1 | 89.9 | 88.1 | 76.4 | 81.6 | 96.9 | 83.9 | 89.8 | 105.9 | 74.6 | 88.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 104.1 | 88.4 | 97.3 | 90.5 | 88.8 | 89.8 | 108.7 | 79.2 | 95.9 | 102.0 | 87.4 | 95.7 | 91.0 | 91.2 | 91.1 | 106.1 | 88.2 | 98.3 |
| 08 | OPENINGS | 102.3 | 71.0 | 95.0 | 91.2 | 75.1 | 87.5 | 93.2 | 74.6 | 88.9 | 91.3 | 78.4 | 88.3 | 93.8 | 81.3 | 90.9 | 101.3 | 75.2 | 95.2 |
| 0920 | Plaster & Gypsum Board | 90.9 | 69.2 | 76.3 | 95.3 | 77.0 | 83.0 | 98.1 | 76.9 | 83.9 | 93.5 | 75.4 | 81.3 | 97.2 | 83.6 | 88.0 | 98.3 | 73.9 | 81.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 91.4 | 69.2 | 76.4 | 99.5 | 77.0 | 84.3 | 99.6 | 76.9 | 84.3 | 96.7 | 75.4 | 82.3 | 99.5 | 83.6 | 88.8 | 90.6 | 73.9 | 79.3 |
| 0960 | Flooring | 86.6 | 92.7 | 88.3 | 94.4 | 92.7 | 93.9 | 101.2 | 72.4 | 93.1 | 122.5 | 92.7 | 114.1 | 94.8 | 94.4 | 94.7 | 91.8 | 90.0 | 91.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 98.3 | 77.8 | 86.2 | 104.0 | 77.8 | 88.5 | 97.4 | 70.7 | 81.6 | 117.8 | 87.1 | 99.6 | 104.0 | 87.0 | 94.0 | 98.3 | 80.0 | 87.5 |
| 09 | FINISHES | 92.4 | 76.6 | 83.8 | 96.3 | 81.2 | 88.1 | 97.7 | 75.3 | 85.6 | 114.5 | 81.6 | 96.7 | 97.8 | 86.6 | 91.4 | 95.1 | 78.8 | 86.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 88.3 | 97.4 | 100.0 | 85.9 | 96.8 | 100.0 | 84.9 | 96.6 | 100.0 | 86.2 | 96.9 | 100.0 | 91.3 | 98.1 | 100.0 | 88.5 | 97.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 87.5 | 92.9 | 96.5 | 93.1 | 95.1 | 100.7 | 80.9 | 92.9 | 96.9 | 91.3 | 94.7 | 100.0 | 93.6 | 97.5 | 100.0 | 83.9 | 93.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.7 | 90.8 | 93.3 | 94.0 | 90.8 | 92.4 | 94.9 | 80.2 | 87.7 | 88.7 | 106.4 | 97.4 | 100.0 | 103.4 | 101.7 | 98.0 | 74.3 | 86.3 |
| MF2018 | WEIGHTED AVERAGE | 96.4 | 84.2 | 91.3 | 94.3 | 86.7 | 91.1 | 94.8 | 79.7 | 88.4 | 96.1 | 90.0 | 93.5 | 97.6 | 91.2 | 94.9 | 98.7 | 81.9 | 91.6 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | OHIO | | | OKLAHOMA | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | ZANESVILLE | | | ARDMORE | | | CLINTON | | | DURANT | | | ENID | | | GUYMON | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 88.7 | 88.7 | | 80.7 | 80.7 | | 79.9 | 79.9 | | 79.9 | 79.9 | | 79.9 | 79.9 | | 79.9 | 79.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 98.9 | 90.5 | 93.1 | 96.9 | 92.6 | 94.0 | 98.1 | 91.2 | 93.3 | 93.4 | 88.6 | 90.1 | 100.0 | 91.2 | 93.9 | 102.4 | 90.5 | 94.2 |
| 0310 | Concrete Forming & Accessories | 93.7 | 78.3 | 80.6 | 88.0 | 55.4 | 60.2 | 86.8 | 55.4 | 60.1 | 82.9 | 55.0 | 59.1 | 89.9 | 55.6 | 60.7 | 92.6 | 55.1 | 60.7 |
| 0320 | Concrete Reinforcing | 91.6 | 92.6 | 92.1 | 79.5 | 67.7 | 73.8 | 80.0 | 67.7 | 74.0 | 88.6 | 63.6 | 76.5 | 79.5 | 67.7 | 73.8 | 80.0 | 63.3 | 71.9 |
| 0330 | Cast-in-Place Concrete | 93.2 | 86.5 | 90.7 | 96.6 | 70.5 | 86.9 | 93.4 | 70.5 | 84.9 | 88.6 | 70.3 | 81.8 | 93.4 | 70.6 | 84.9 | 93.4 | 70.0 | 84.7 |
| 03 | CONCRETE | 89.2 | 83.5 | 86.7 | 86.7 | 62.8 | 76.2 | 86.2 | 62.8 | 75.9 | 84.1 | 61.8 | 74.3 | 86.6 | 62.9 | 76.2 | 89.4 | 61.7 | 77.2 |
| 04 | MASONRY | 90.7 | 86.6 | 88.2 | 95.2 | 57.0 | 71.8 | 119.3 | 57.0 | 81.0 | 88.6 | 62.1 | 72.3 | 101.3 | 57.0 | 74.1 | 97.5 | 55.4 | 71.7 |
| 05 | METALS | 98.5 | 84.2 | 94.3 | 97.3 | 62.2 | 87.0 | 97.4 | 62.2 | 87.0 | 92.7 | 60.6 | 83.2 | 98.8 | 62.4 | 88.1 | 97.8 | 59.3 | 86.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 88.2 | 77.5 | 82.3 | 97.4 | 54.4 | 73.7 | 96.5 | 54.4 | 73.4 | 87.8 | 54.4 | 69.5 | 99.7 | 54.4 | 74.8 | 102.9 | 54.4 | 76.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 90.6 | 84.5 | 88.0 | 100.7 | 64.8 | 85.1 | 100.8 | 64.8 | 85.1 | 96.4 | 64.6 | 82.6 | 100.9 | 64.8 | 85.2 | 101.3 | 62.2 | 84.3 |
| 08 | OPENINGS | 91.2 | 79.0 | 88.4 | 103.7 | 55.0 | 92.3 | 103.7 | 55.0 | 92.3 | 96.0 | 54.0 | 86.2 | 104.9 | 55.9 | 93.5 | 103.8 | 54.0 | 92.2 |
| 0920 | Plaster & Gypsum Board | 91.2 | 77.0 | 81.7 | 90.5 | 53.7 | 65.8 | 90.2 | 53.7 | 65.7 | 78.5 | 53.7 | 61.8 | 91.1 | 53.7 | 66.0 | 91.1 | 53.7 | 66.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 99.5 | 77.0 | 84.3 | 89.1 | 53.7 | 65.3 | 89.1 | 53.7 | 65.3 | 83.0 | 53.7 | 63.3 | 89.1 | 53.7 | 65.3 | 89.1 | 53.7 | 65.3 |
| 0960 | Flooring | 92.6 | 75.3 | 87.7 | 82.7 | 57.3 | 75.6 | 81.7 | 57.3 | 74.9 | 89.7 | 51.7 | 79.0 | 83.3 | 72.9 | 80.4 | 84.8 | 57.3 | 77.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 104.0 | 89.1 | 95.2 | 86.4 | 44.8 | 61.8 | 86.4 | 44.8 | 61.8 | 92.8 | 44.8 | 64.4 | 86.4 | 44.8 | 61.8 | 86.4 | 42.2 | 60.3 |
| 09 | FINISHES | 95.4 | 78.2 | 86.1 | 82.7 | 53.5 | 66.9 | 82.5 | 53.5 | 66.8 | 83.2 | 52.4 | 66.5 | 83.2 | 56.7 | 68.8 | 84.0 | 54.5 | 68.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 83.3 | 96.3 | 100.0 | 79.4 | 95.4 | 100.0 | 79.4 | 95.4 | 100.0 | 79.3 | 95.4 | 100.0 | 79.4 | 95.4 | 100.0 | 79.4 | 95.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 89.8 | 93.9 | 96.5 | 67.5 | 85.1 | 96.5 | 67.5 | 85.1 | 96.6 | 67.4 | 85.2 | 100.0 | 67.5 | 87.2 | 96.5 | 63.6 | 83.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.1 | 89.7 | 92.0 | 95.0 | 71.0 | 83.2 | 95.9 | 71.0 | 83.7 | 97.3 | 69.2 | 83.4 | 95.9 | 71.0 | 83.7 | 97.6 | 66.6 | 81.8 |
| MF2018 | WEIGHTED AVERAGE | 94.9 | 85.7 | 91.0 | 95.2 | 65.6 | 82.7 | 96.4 | 65.5 | 83.3 | 93.1 | 65.1 | 81.3 | 97.0 | 66.0 | 83.9 | 96.3 | 63.3 | 82.4 |

| | | OKLAHOMA | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | LAWTON | | | MCALESTER | | | MIAMI | | | MUSKOGEE | | | OKLAHOMA CITY | | | PONCA CITY | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 80.7 | 80.7 | | 79.9 | 79.9 | | 90.9 | 90.9 | | 90.9 | 90.9 | | 85.6 | 85.6 | | 79.9 | 79.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 96.2 | 92.7 | 93.7 | 86.8 | 92.5 | 89.4 | 88.1 | 88.1 | 88.1 | 86.7 | 87.9 | 88.1 | 94.2 | 98.0 | 96.8 | 93.9 | 90.9 | 91.8 |
| 0310 | Concrete Forming & Accessories | 92.5 | 55.6 | 61.1 | 81.1 | 41.4 | 47.3 | 93.2 | 55.2 | 60.8 | 97.3 | 54.8 | 61.1 | 92.8 | 63.8 | 68.0 | 89.0 | 55.4 | 60.3 |
| 0320 | Concrete Reinforcing | 79.7 | 67.7 | 73.9 | 88.3 | 63.3 | 76.2 | 86.9 | 67.7 | 77.6 | 87.7 | 62.8 | 75.7 | 87.9 | 67.8 | 78.2 | 87.7 | 67.7 | 78.0 |
| 0330 | Cast-in-Place Concrete | 90.3 | 70.6 | 83.0 | 77.7 | 70.0 | 74.8 | 81.4 | 71.4 | 77.7 | 82.4 | 71.1 | 78.2 | 90.3 | 73.4 | 84.0 | 91.0 | 70.5 | 83.4 |
| 03 | CONCRETE | 83.0 | 62.9 | 74.2 | 75.3 | 55.4 | 66.6 | 79.7 | 64.0 | 72.8 | 81.2 | 62.8 | 73.1 | 86.1 | 67.6 | 78.0 | 86.1 | 62.7 | 75.8 |
| 04 | MASONRY | 97.4 | 57.0 | 72.6 | 106.1 | 56.9 | 75.9 | 91.3 | 57.1 | 70.3 | 108.1 | 49.2 | 71.9 | 99.8 | 57.4 | 73.8 | 84.1 | 57.0 | 67.5 |
| 05 | METALS | 102.5 | 62.3 | 90.7 | 92.6 | 59.4 | 82.9 | 92.6 | 77.0 | 88.0 | 94.1 | 73.9 | 88.2 | 95.7 | 63.7 | 86.3 | 92.6 | 62.1 | 83.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 102.0 | 54.4 | 75.8 | 85.5 | 36.2 | 58.4 | 100.0 | 54.6 | 75.0 | 104.3 | 54.6 | 76.9 | 92.5 | 65.1 | 77.4 | 95.6 | 54.4 | 72.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 100.7 | 64.8 | 85.1 | 96.0 | 61.2 | 80.9 | 96.5 | 64.1 | 82.4 | 96.6 | 61.1 | 81.2 | 96.5 | 63.6 | 81.1 | 96.6 | 65.0 | 82.9 |
| 08 | OPENINGS | 106.6 | 55.9 | 94.8 | 96.0 | 43.9 | 83.9 | 96.0 | 55.0 | 86.5 | 97.2 | 54.0 | 87.1 | 100.0 | 61.8 | 91.1 | 96.0 | 55.0 | 86.4 |
| 0920 | Plaster & Gypsum Board | 92.8 | 53.7 | 66.5 | 77.6 | 35.0 | 48.9 | 84.2 | 53.7 | 63.7 | 86.4 | 53.7 | 64.4 | 94.7 | 64.6 | 74.4 | 82.9 | 53.7 | 63.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 96.4 | 53.7 | 67.6 | 83.0 | 35.0 | 50.6 | 83.0 | 53.7 | 63.3 | 92.7 | 53.7 | 66.4 | 87.4 | 64.6 | 72.0 | 83.0 | 53.7 | 63.3 |
| 0960 | Flooring | 85.0 | 72.9 | 81.6 | 88.6 | 57.3 | 79.8 | 95.7 | 51.7 | 83.3 | 98.2 | 33.2 | 79.9 | 86.4 | 72.9 | 82.6 | 92.8 | 57.3 | 82.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 86.4 | 44.8 | 61.8 | 92.8 | 42.2 | 62.9 | 92.8 | 42.2 | 62.9 | 92.8 | 42.2 | 62.9 | 89.5 | 44.8 | 63.1 | 92.8 | 44.8 | 64.4 |
| 09 | FINISHES | 89.4 | 56.7 | 69.6 | 82.2 | 42.4 | 60.7 | 85.1 | 52.2 | 67.3 | 88.1 | 48.8 | 66.9 | 86.3 | 63.1 | 73.7 | 84.9 | 54.4 | 68.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 79.4 | 95.4 | 100.0 | 77.4 | 95.0 | 100.0 | 76.3 | 94.7 | 100.0 | 76.3 | 94.7 | 100.0 | 80.9 | 95.8 | 100.0 | 79.4 | 95.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 67.5 | 87.2 | 96.6 | 63.5 | 83.6 | 96.6 | 63.6 | 83.7 | 100.1 | 61.3 | 84.9 | 99.9 | 67.8 | 87.3 | 96.6 | 63.6 | 83.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.6 | 69.2 | 83.6 | 92.4 | 60.5 | 78.9 | 92.7 | 65.1 | 81.1 | 95.4 | 67.2 | 81.5 | 100.3 | 71.1 | 87.5 | 95.4 | 65.6 | 80.7 |
| MF2018 | WEIGHTED AVERAGE | 97.3 | 65.8 | 84.0 | 92.4 | 60.5 | 78.9 | 92.7 | 65.1 | 81.1 | 95.0 | 62.9 | 81.4 | 96.4 | 68.7 | 84.7 | 93.1 | 64.0 | 80.8 |

| | | OKLAHOMA | | | | | | | | | | | | OREGON | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | POTEAU | | | SHAWNEE | | | TULSA | | | WOODWARD | | | BEND | | | EUGENE | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 89.7 | 89.7 | | 79.9 | 79.9 | | 90.9 | 90.9 | | 79.9 | 79.9 | | 97.3 | 97.3 | | 97.3 | 97.3 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 74.8 | 83.8 | 81.0 | 96.9 | 90.9 | 92.7 | 94.8 | 87.2 | 89.5 | 98.5 | 91.2 | 93.5 | 105.9 | 98.5 | 100.8 | 96.6 | 98.7 | 97.9 |
| 0310 | Concrete Forming & Accessories | 87.0 | 54.9 | 59.7 | 82.8 | 55.3 | 59.4 | 97.4 | 56.0 | 62.1 | 86.9 | 43.7 | 50.1 | 105.9 | 96.6 | 98.2 | 104.2 | 96.6 | 97.7 |
| 0320 | Concrete Reinforcing | 88.7 | 67.7 | 78.5 | 87.7 | 65.4 | 76.9 | 88.0 | 67.7 | 78.2 | 79.5 | 67.7 | 73.8 | 90.0 | 112.8 | 101.5 | 94.9 | 112.8 | 103.5 |
| 0330 | Cast-in-Place Concrete | 81.4 | 71.3 | 77.7 | 93.9 | 70.5 | 85.2 | 89.7 | 73.2 | 83.6 | 93.4 | 70.5 | 84.9 | 117.6 | 100.6 | 111.3 | 113.9 | 100.6 | 108.9 |
| 03 | CONCRETE | 81.9 | 63.8 | 73.9 | 87.7 | 62.3 | 76.6 | 86.2 | 65.0 | 76.9 | 86.5 | 57.5 | 73.7 | 110.5 | 100.3 | 106.0 | 101.3 | 100.3 | 100.9 |
| 04 | MASONRY | 91.6 | 57.1 | 70.4 | 107.5 | 57.0 | 76.5 | 92.2 | 57.1 | 70.6 | 90.8 | 57.0 | 70.0 | 105.1 | 100.6 | 102.3 | 102.1 | 100.6 | 101.1 |
| 05 | METALS | 92.6 | 76.7 | 87.9 | 92.5 | 61.3 | 83.3 | 97.0 | 77.1 | 91.2 | 97.4 | 62.1 | 87.0 | 108.0 | 96.0 | 104.5 | 108.7 | 95.9 | 105.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 92.4 | 54.6 | 71.6 | 87.7 | 54.4 | 69.4 | 103.5 | 55.6 | 77.2 | 96.6 | 38.7 | 64.8 | 99.6 | 96.1 | 97.7 | 95.4 | 96.1 | 95.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 96.6 | 64.1 | 82.5 | 96.6 | 63.9 | 82.4 | 96.8 | 64.3 | 82.7 | 100.9 | 63.3 | 84.5 | 118.3 | 100.2 | 110.4 | 117.4 | 102.7 | 111.0 |
| 08 | OPENINGS | 96.0 | 55.0 | 86.5 | 96.0 | 54.4 | 86.3 | 98.9 | 56.2 | 88.9 | 100.9 | 46.3 | 90.3 | 107.4 | 100.0 | 97.6 | 97.2 | 100.0 | 97.9 |
| 0920 | Plaster & Gypsum Board | 81.3 | 53.7 | 62.8 | 78.5 | 53.7 | 61.8 | 86.4 | 54.8 | 65.1 | 90.2 | 37.6 | 54.8 | 122.7 | 95.9 | 104.6 | 120.8 | 95.9 | 104.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 83.0 | 53.7 | 63.3 | 83.0 | 53.7 | 63.3 | 92.7 | 54.8 | 67.1 | 89.1 | 37.6 | 54.4 | 85.7 | 95.9 | 92.6 | 86.6 | 95.9 | 92.9 |
| 0960 | Flooring | 92.2 | 51.7 | 80.8 | 89.7 | 57.3 | 80.6 | 97.0 | 61.6 | 87.1 | 81.7 | 54.6 | 74.1 | 105.8 | 105.7 | 105.7 | 104.2 | 105.7 | 104.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.8 | 44.8 | 64.4 | 92.8 | 42.2 | 62.9 | 92.8 | 51.3 | 68.2 | 86.4 | 44.8 | 61.8 | 98.6 | 77.3 | 86.0 | 98.6 | 69.6 | 81.4 |
| 09 | FINISHES | 82.9 | 52.5 | 66.4 | 83.5 | 52.7 | 67.1 | 88.0 | 55.8 | 70.5 | 82.6 | 43.7 | 61.5 | 100.1 | 95.9 | 97.8 | 98.6 | 95.0 | 96.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 79.6 | 95.5 | 100.0 | 79.4 | 95.4 | 100.0 | 76.4 | 94.7 | 100.0 | 77.7 | 95.0 | 100.0 | 102.0 | 100.4 | 100.0 | 102.0 | 100.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.6 | 63.6 | 83.7 | 96.6 | 63.6 | 83.7 | 100.1 | 63.7 | 85.8 | 96.5 | 67.5 | 85.1 | 96.6 | 105.2 | 100.0 | 100.0 | 100.1 | 99.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.5 | 67.0 | 81.5 | 97.4 | 71.0 | 84.4 | 97.3 | 67.0 | 82.4 | 97.4 | 71.0 | 84.4 | 102.6 | 100.2 | 101.4 | 100.7 | 98.7 | 99.7 |
| MF2018 | WEIGHTED AVERAGE | 92.3 | 64.9 | 80.7 | 94.5 | 65.2 | 82.2 | 95.9 | 65.8 | 83.2 | 95.3 | 62.9 | 81.6 | 102.6 | 100.2 | 101.6 | 101.7 | 98.7 | 100.5 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | OREGON | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | KLAMATH FALLS | | | MEDFORD | | | PENDLETON | | | PORTLAND | | | SALEM | | | VALE | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 97.3 | 97.3 | | 97.3 | 97.3 | | 94.9 | 94.9 | | 97.3 | 97.3 | | 99.9 | 99.9 | | 94.9 | 94.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 109.8 | 98.4 | 102.0 | 104.0 | 98.4 | 100.2 | 103.0 | 91.9 | 95.4 | 99.1 | 98.5 | 98.7 | 92.6 | 102.1 | 99.2 | 90.6 | 91.8 | 91.5 |
| 0310 | Concrete Forming & Accessories | 100.7 | 96.3 | 97.0 | 99.7 | 96.3 | 96.8 | 101.2 | 96.6 | 97.3 | 105.3 | 96.8 | 98.1 | 105.8 | 96.8 | 98.1 | 107.5 | 95.3 | 97.1 |
| 0320 | Concrete Reinforcing | 91.0 | 112.7 | 101.5 | 92.6 | 112.7 | 102.3 | 90.3 | 112.8 | 101.2 | 95.6 | 112.8 | 103.9 | 102.7 | 112.8 | 107.6 | 88.1 | 112.5 | 99.9 |
| 0330 | Cast-in-Place Concrete | 117.6 | 97.0 | 110.0 | 117.6 | 100.4 | 111.2 | 118.4 | 97.5 | 110.7 | 117.0 | 100.6 | 110.9 | 107.6 | 101.7 | 105.4 | 93.2 | 97.8 | 94.9 |
| 03 | CONCRETE | 113.5 | 98.9 | 107.1 | 117.8 | 100.1 | 104.4 | 93.7 | 99.3 | 96.2 | 103.0 | 100.4 | 101.8 | 98.7 | 100.7 | 99.6 | 77.8 | 98.8 | 87.0 |
| 04 | MASONRY | 119.1 | 100.6 | 107.7 | 99.0 | 100.6 | 100.0 | 109.9 | 100.6 | 104.2 | 104.0 | 100.6 | 101.9 | 108.2 | 100.6 | 103.5 | 107.7 | 100.6 | 103.4 |
| 05 | METALS | 108.0 | 95.6 | 104.4 | 108.3 | 95.6 | 104.6 | 116.3 | 96.4 | 110.4 | 110.1 | 96.1 | 106.0 | 117.1 | 95.4 | 110.8 | 116.2 | 95.1 | 110.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 90.4 | 96.1 | 93.5 | 89.3 | 96.1 | 93.0 | 92.3 | 96.2 | 94.5 | 96.4 | 96.1 | 96.3 | 90.3 | 96.1 | 93.6 | 100.9 | 96.2 | 98.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 118.5 | 96.8 | 109.1 | 118.1 | 96.1 | 108.5 | 110.7 | 95.4 | 104.1 | 117.3 | 100.2 | 109.9 | 114.1 | 100.9 | 108.3 | 110.1 | 91.4 | 92.0 |
| 08 | OPENINGS | 96.9 | 100.0 | 97.6 | 99.6 | 100.0 | 99.7 | 93.2 | 100.0 | 94.8 | 95.1 | 100.0 | 96.3 | 102.6 | 100.0 | 102.0 | 93.2 | 89.0 | 92.2 |
| 0920 | Plaster & Gypsum Board | 117.1 | 95.9 | 102.8 | 116.5 | 95.9 | 102.6 | 102.4 | 95.9 | 98.0 | 120.3 | 95.9 | 103.9 | 115.4 | 95.9 | 102.3 | 109.9 | 95.9 | 100.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 93.0 | 95.9 | 95.0 | 98.5 | 95.9 | 96.7 | 61.9 | 95.9 | 84.8 | 88.5 | 95.9 | 93.5 | 96.0 | 95.9 | 95.9 | 61.9 | 95.9 | 84.8 |
| 0960 | Flooring | 102.8 | 105.7 | 103.6 | 102.2 | 105.7 | 103.2 | 70.8 | 105.7 | 80.6 | 101.9 | 105.7 | 102.9 | 107.4 | 105.7 | 106.9 | 72.9 | 105.7 | 82.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 98.6 | 65.2 | 78.8 | 98.6 | 65.2 | 78.8 | 88.3 | 77.3 | 81.8 | 98.4 | 77.3 | 85.9 | 97.3 | 75.2 | 84.2 | 88.3 | 77.3 | 81.8 |
| 09 | FINISHES | 100.3 | 94.6 | 97.2 | 100.4 | 94.6 | 97.3 | 70.4 | 96.0 | 84.2 | 98.2 | 95.9 | 97.0 | 99.7 | 95.8 | 97.6 | 71.0 | 96.0 | 84.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 101.9 | 100.4 | 100.0 | 101.9 | 100.4 | 100.0 | 96.5 | 99.2 | 100.0 | 102.1 | 100.5 | 100.0 | 102.4 | 100.5 | 100.0 | 102.2 | 100.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.6 | 105.2 | 100.0 | 100.1 | 105.2 | 102.1 | 98.7 | 112.0 | 104.0 | 100.1 | 111.5 | 104.6 | 100.1 | 106.9 | 102.8 | 98.7 | 71.1 | 87.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 100.7 | 82.6 | 91.8 | 104.1 | 82.6 | 93.5 | 92.8 | 96.8 | 94.8 | 100.9 | 108.7 | 104.7 | 99.3 | 99.8 | 104.6 | 92.8 | 68.1 | 80.6 |
| MF2018 | WEIGHTED AVERAGE | 103.5 | 97.3 | 100.9 | 103.3 | 97.4 | 100.0 | 98.6 | 100.3 | 99.3 | 102.1 | 102.8 | 102.4 | 104.4 | 100.8 | 102.9 | 96.2 | 87.0 | 92.3 |

| | | PENNSYLVANIA | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | ALLENTOWN | | | ALTOONA | | | BEDFORD | | | BRADFORD | | | BUTLER | | | CHAMBERSBURG | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 112.6 | 112.6 | | 112.6 | 112.6 | | 110.7 | 110.7 | | 112.6 | 112.6 | | 112.6 | 112.6 | | 111.8 | 111.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 91.7 | 97.2 | 95.5 | 95.1 | 97.1 | 96.5 | 103.6 | 94.8 | 97.6 | 90.5 | 96.0 | 94.3 | 86.3 | 97.8 | 94.2 | 86.3 | 95.3 | 92.5 |
| 0310 | Concrete Forming & Accessories | 97.9 | 108.2 | 106.7 | 83.7 | 82.6 | 82.8 | 82.0 | 81.2 | 81.3 | 85.8 | 96.5 | 94.9 | 85.1 | 94.1 | 92.8 | 88.0 | 76.8 | 78.5 |
| 0320 | Concrete Reinforcing | 96.8 | 113.3 | 104.8 | 93.8 | 105.7 | 99.6 | 93.0 | 105.7 | 99.4 | 95.8 | 105.8 | 100.6 | 94.9 | 113.9 | 106.5 | 94.5 | 112.2 | 103.1 |
| 0330 | Cast-in-Place Concrete | 89.4 | 99.9 | 93.3 | 99.7 | 86.9 | 94.9 | 109.1 | 85.9 | 100.5 | 95.2 | 90.6 | 93.5 | 88.0 | 96.2 | 91.0 | 93.0 | 93.8 | 93.3 |
| 03 | CONCRETE | 92.3 | 107.0 | 98.8 | 87.5 | 89.5 | 88.4 | 102.2 | 88.5 | 96.2 | 94.2 | 97.0 | 95.5 | 79.5 | 100.3 | 88.7 | 97.1 | 90.5 | 94.2 |
| 04 | MASONRY | 92.1 | 93.1 | 92.7 | 95.7 | 83.4 | 88.1 | 107.1 | 80.2 | 90.6 | 93.1 | 82.0 | 86.3 | 97.9 | 90.3 | 94.8 | 93.8 | 79.1 | 84.8 |
| 05 | METALS | 98.9 | 120.5 | 105.3 | 92.9 | 114.8 | 99.3 | 102.2 | 113.4 | 105.5 | 96.7 | 113.2 | 101.6 | 92.6 | 121.7 | 101.2 | 98.3 | 118.8 | 104.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 97.6 | 111.5 | 105.3 | 76.7 | 81.8 | 79.5 | 79.4 | 81.7 | 80.7 | 82.7 | 101.2 | 92.9 | 78.1 | 94.1 | 86.9 | 84.3 | 75.6 | 79.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 104.0 | 107.8 | 105.7 | 102.7 | 90.0 | 97.2 | 98.3 | 87.4 | 93.6 | 103.8 | 88.5 | 97.2 | 102.2 | 94.4 | 98.8 | 96.1 | 83.1 | 90.4 |
| 08 | OPENINGS | 92.4 | 107.3 | 95.9 | 86.3 | 85.6 | 86.1 | 93.4 | 85.6 | 91.6 | 92.4 | 95.3 | 93.1 | 86.2 | 99.3 | 89.3 | 89.2 | 81.4 | 87.4 |
| 0920 | Plaster & Gypsum Board | 94.9 | 111.8 | 106.3 | 86.3 | 81.2 | 82.9 | 97.5 | 81.2 | 86.6 | 87.1 | 101.2 | 96.6 | 86.3 | 93.9 | 91.4 | 108.9 | 74.9 | 86.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.5 | 111.8 | 104.2 | 90.9 | 81.2 | 84.4 | 101.1 | 81.2 | 87.7 | 91.0 | 101.2 | 97.9 | 91.8 | 93.9 | 93.2 | 96.0 | 74.9 | 81.8 |
| 0960 | Flooring | 92.0 | 95.1 | 92.8 | 85.3 | 98.9 | 89.2 | 95.0 | 103.7 | 97.5 | 86.2 | 103.7 | 91.1 | 86.5 | 105.3 | 91.6 | 90.5 | 78.0 | 87.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 91.9 | 101.8 | 97.8 | 87.2 | 106.2 | 98.4 | 97.6 | 105.7 | 102.4 | 91.9 | 105.7 | 100.0 | 87.2 | 106.2 | 98.4 | 92.0 | 100.7 | 97.1 |
| 09 | FINISHES | 90.6 | 105.8 | 98.8 | 88.2 | 87.5 | 87.8 | 100.6 | 87.4 | 93.5 | 88.4 | 99.4 | 94.3 | 88.1 | 97.2 | 93.0 | 90.8 | 78.8 | 84.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 99.6 | 99.9 | 100.0 | 94.5 | 98.8 | 100.0 | 93.2 | 98.5 | 100.0 | 96.1 | 99.1 | 100.0 | 97.3 | 99.4 | 100.0 | 92.7 | 98.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.3 | 114.5 | 105.9 | 99.8 | 83.6 | 93.4 | 96.6 | 84.4 | 91.8 | 96.8 | 90.6 | 94.4 | 96.3 | 95.4 | 96.0 | 96.7 | 89.7 | 94.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.0 | 95.8 | 96.9 | 88.7 | 107.7 | 98.0 | 94.2 | 107.7 | 100.9 | 92.1 | 107.7 | 99.8 | 89.2 | 107.7 | 98.3 | 92.4 | 85.8 | 89.2 |
| MF2018 | WEIGHTED AVERAGE | 96.7 | 105.8 | 100.6 | 93.3 | 92.8 | 93.1 | 98.8 | 92.1 | 96.0 | 94.9 | 97.1 | 95.8 | 91.3 | 100.6 | 95.2 | 95.1 | 89.4 | 92.7 |

| | | PENNSYLVANIA | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DIVISION | DOYLESTOWN | | | DUBOIS | | | ERIE | | | GREENSBURG | | | HARRISBURG | | | HAZLETON | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 91.5 | 91.5 | | 110.7 | 110.7 | | 112.6 | 112.6 | | 110.7 | 110.7 | | 114.7 | 114.7 | | 112.6 | 112.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 104.8 | 85.9 | 91.7 | 108.4 | 95.2 | 99.3 | 92.1 | 97.4 | 95.7 | 99.6 | 96.7 | 97.6 | 86.6 | 100.3 | 96.1 | 85.0 | 97.1 | 93.3 |
| 0310 | Concrete Forming & Accessories | 82.9 | 126.8 | 120.3 | 81.6 | 83.7 | 83.4 | 97.2 | 85.8 | 87.5 | 87.8 | 88.6 | 88.5 | 100.5 | 85.7 | 87.9 | 80.6 | 88.8 | 87.6 |
| 0320 | Concrete Reinforcing | 93.6 | 150.9 | 121.3 | 92.3 | 119.4 | 105.4 | 95.8 | 107.3 | 101.4 | 92.3 | 119.0 | 105.2 | 103.4 | 111.0 | 107.1 | 94.0 | 113.1 | 103.2 |
| 0330 | Cast-in-Place Concrete | 84.5 | 129.7 | 101.3 | 105.2 | 94.1 | 101.1 | 98.0 | 88.7 | 94.5 | 101.3 | 95.7 | 99.2 | 91.7 | 96.9 | 93.6 | 84.5 | 95.6 | 88.6 |
| 03 | CONCRETE | 88.0 | 131.2 | 107.0 | 104.4 | 94.7 | 100.1 | 86.4 | 91.9 | 88.8 | 97.2 | 97.5 | 93.4 | 91.9 | 95.3 | 93.4 | 85.0 | 96.7 | 90.2 |
| 04 | MASONRY | 95.4 | 134.9 | 119.7 | 107.8 | 93.4 | 98.9 | 85.0 | 86.8 | 86.1 | 117.5 | 89.1 | 100.0 | 88.8 | 83.9 | 85.8 | 104.7 | 89.5 | 95.4 |
| 05 | METALS | 96.5 | 123.9 | 104.5 | 102.2 | 118.8 | 107.1 | 93.1 | 115.6 | 99.7 | 102.1 | 119.7 | 107.3 | 105.1 | 117.4 | 108.7 | 98.7 | 119.7 | 104.8 |
| 06 | WOOD, PLASTICS & COMPOSITES | 78.5 | 125.8 | 104.5 | 78.3 | 81.7 | 80.2 | 94.0 | 84.4 | 88.7 | 85.3 | 87.1 | 86.3 | 101.8 | 85.3 | 92.7 | 77.1 | 87.0 | 82.6 |
| 07 | THERMAL & MOISTURE PROTECTION | 101.1 | 131.7 | 114.4 | 98.7 | 92.9 | 96.1 | 103.2 | 88.6 | 96.8 | 98.2 | 92.2 | 95.6 | 98.9 | 100.4 | 99.6 | 103.3 | 100.7 | 102.2 |
| 08 | OPENINGS | 94.8 | 133.2 | 103.7 | 93.4 | 88.7 | 92.3 | 86.4 | 88.0 | 86.8 | 93.4 | 95.5 | 93.9 | 100.9 | 86.5 | 97.5 | 93.0 | 93.3 | 93.0 |
| 0920 | Plaster & Gypsum Board | 85.4 | 126.5 | 113.0 | 96.3 | 81.2 | 86.2 | 94.9 | 83.9 | 87.5 | 98.3 | 86.8 | 90.5 | 113.8 | 84.7 | 94.2 | 85.8 | 86.6 | 86.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 87.7 | 126.5 | 113.8 | 101.1 | 81.2 | 87.7 | 88.5 | 83.9 | 85.4 | 100.3 | 86.8 | 91.2 | 104.0 | 84.7 | 91.0 | 89.4 | 86.6 | 87.5 |
| 0960 | Flooring | 76.2 | 139.3 | 93.9 | 94.8 | 103.7 | 95.3 | 97.2 | 98.9 | 94.1 | 98.4 | 78.0 | 92.7 | 94.7 | 90.4 | 93.5 | 83.5 | 89.3 | 85.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 91.5 | 143.7 | 122.4 | 97.6 | 106.2 | 102.7 | 98.2 | 92.3 | 94.7 | 97.6 | 106.2 | 102.7 | 95.8 | 84.8 | 89.3 | 91.9 | 104.1 | 99.1 |
| 09 | FINISHES | 81.9 | 130.5 | 108.2 | 100.9 | 88.8 | 94.4 | 91.6 | 88.4 | 89.9 | 101.3 | 88.1 | 94.1 | 96.9 | 85.8 | 90.5 | 86.6 | 90.2 | 88.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 113.0 | 102.9 | 100.0 | 95.2 | 98.9 | 100.0 | 96.0 | 99.1 | 100.0 | 96.4 | 99.2 | 100.0 | 95.4 | 99.0 | 100.0 | 95.5 | 99.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.3 | 132.6 | 110.6 | 96.6 | 85.7 | 92.3 | 93.0 | 99.8 | 93.6 | 97.4 | 96.6 | 87.3 | 92.9 | 100.1 | 91.7 | 96.8 | 95.5 | 96.3 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 91.6 | 132.4 | 111.7 | 94.8 | 107.7 | 101.1 | 90.3 | 93.1 | 91.7 | 94.8 | 107.7 | 101.2 | 99.7 | 85.8 | 92.9 | 92.9 | 90.0 | 91.5 |
| MF2018 | WEIGHTED AVERAGE | 94.0 | 127.1 | 108.0 | 99.3 | 96.0 | 97.9 | 93.2 | 93.9 | 93.5 | 98.7 | 96.3 | 97.7 | 98.7 | 93.0 | 96.3 | 94.4 | 95.9 | 95.0 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## PENNSYLVANIA

| | DIVISION | INDIANA | | | JOHNSTOWN | | | KITTANNING | | | LANCASTER | | | LEHIGH VALLEY | | | MONTROSE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 110.7 | 110.7 | | 110.7 | 110.7 | | 112.6 | 112.6 | | 111.8 | 111.8 | | 112.6 | 112.6 | | 112.6 | 112.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.8 | 95.8 | 96.4 | 104.1 | 96.0 | 98.5 | 88.8 | 97.4 | 94.7 | 78.4 | 95.6 | 90.3 | 88.9 | 97.5 | 94.8 | 87.5 | 97.2 | 94.2 |
| 0310 | Concrete Forming & Accessories | 82.6 | 92.9 | 91.4 | 81.6 | 82.5 | 82.4 | 85.1 | 89.7 | 89.0 | 90.0 | 86.4 | 86.9 | 91.7 | 110.3 | 107.6 | 81.5 | 89.3 | 88.2 |
| 0320 | Concrete Reinforcing | 91.7 | 119.4 | 105.1 | 93.4 | 118.9 | 105.5 | 95.4 | 119.2 | 106.4 | 94.1 | 111.0 | 102.3 | 94.0 | 108.0 | 100.8 | 94.0 | 116.2 | 107.0 |
| 0330 | Cast-in-Place Concrete | 99.3 | 94.4 | 97.5 | 110.1 | 86.7 | 101.4 | 91.5 | 94.7 | 92.7 | 79.1 | 96.7 | 85.7 | 91.5 | 99.2 | 94.3 | 89.7 | 93.0 | 90.9 |
| 03 | CONCRETE | 94.7 | 99.1 | 96.6 | 103.2 | 91.6 | 98.1 | 82.1 | 97.7 | 88.9 | 85.2 | 95.6 | 89.8 | 91.4 | 106.9 | 98.2 | 90.1 | 96.6 | 93.0 |
| 04 | MASONRY | 103.8 | 93.5 | 97.5 | 104.7 | 83.7 | 91.8 | 100.1 | 88.8 | 93.1 | 99.6 | 86.7 | 91.7 | 92.1 | 96.5 | 94.8 | 92.0 | 91.5 | 91.7 |
| 05 | METALS | 102.3 | 119.9 | 107.4 | 102.2 | 117.9 | 106.8 | 92.7 | 120.6 | 100.9 | 98.3 | 118.7 | 104.3 | 98.3 | 118.0 | 104.6 | 94.0 | 120.4 | 103.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 80.1 | 94.0 | 87.7 | 78.3 | 81.7 | 80.2 | 78.1 | 89.3 | 84.3 | 87.4 | 85.1 | 86.2 | 89.1 | 112.6 | 102.0 | 77.8 | 87.0 | 82.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 98.1 | 94.2 | 96.4 | 98.4 | 88.5 | 94.1 | 102.3 | 92.4 | 98.3 | 95.4 | 101.0 | 97.8 | 103.7 | 111.9 | 107.3 | 103.3 | 91.0 | 97.9 |
| 08 | OPENINGS | 93.4 | 95.4 | 93.9 | 93.4 | 88.7 | 92.3 | 86.3 | 96.7 | 88.7 | 82.9 | 86.4 | 88.5 | 92.9 | 106.6 | 96.1 | 89.8 | 91.9 | 90.3 |
| 0920 | Plaster & Gypsum Board | 97.8 | 93.9 | 95.2 | 96.1 | 81.2 | 86.1 | 86.3 | 89.0 | 88.1 | 111.8 | 84.7 | 93.6 | 88.0 | 112.9 | 104.7 | 86.2 | 86.6 | 86.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 101.1 | 93.9 | 96.2 | 100.3 | 81.2 | 87.5 | 91.8 | 89.0 | 89.9 | 90.0 | 84.7 | 88.4 | 89.4 | 112.9 | 105.2 | 91.0 | 86.6 | 88.1 |
| 0960 | Flooring | 95.6 | 103.7 | 97.8 | 94.8 | 78.0 | 90.1 | 86.3 | 103.7 | 91.2 | 91.5 | 95.7 | 92.7 | 89.8 | 94.1 | 90.4 | 84.1 | 103.7 | 89.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.6 | 106.2 | 102.7 | 97.6 | 106.2 | 102.7 | 87.2 | 106.2 | 98.4 | 89.9 | 94.1 | 90.4 | 91.9 | 110.1 | 97.3 | 91.9 | 101.0 | 97.3 |
| 09 | FINISHES | 100.4 | 96.1 | 98.1 | 100.3 | 83.9 | 91.4 | 88.3 | 93.4 | 91.0 | 90.9 | 87.3 | 88.9 | 88.8 | 106.5 | 98.4 | 87.4 | 92.7 | 90.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 96.5 | 99.2 | 100.0 | 96.2 | 99.4 | 100.0 | 96.2 | 99.4 | 100.0 | 95.7 | 99.0 | 100.0 | 102.5 | 100.6 | 100.0 | 96.6 | 99.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.6 | 85.4 | 92.2 | 96.6 | 78.9 | 89.6 | 96.3 | 90.7 | 94.1 | 96.7 | 92.7 | 95.1 | 96.8 | 117.6 | 104.9 | 96.8 | 94.8 | 96.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.8 | 107.7 | 101.2 | 94.8 | 107.7 | 101.1 | 88.7 | 107.7 | 98.1 | 93.7 | 93.3 | 93.5 | 92.5 | 129.4 | 110.9 | 92.1 | 95.2 | 93.6 |
| MF2018 | WEIGHTED AVERAGE | 97.6 | 97.7 | 97.7 | 98.9 | 91.9 | 95.0 | 91.8 | 97.9 | 94.4 | 93.8 | 94.5 | 94.1 | 94.9 | 111.6 | 102.0 | 93.8 | 96.8 | 95.1 |

## PENNSYLVANIA

| | DIVISION | NEW CASTLE | | | NORRISTOWN | | | OIL CITY | | | PHILADELPHIA | | | PITTSBURGH | | | POTTSVILLE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 112.6 | 112.6 | | 97.5 | 97.5 | | 112.6 | 112.6 | | 99.8 | 99.8 | | 99.7 | 99.7 | | 111.8 | 111.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 86.7 | 97.7 | 94.3 | 85.2 | 96.3 | 92.8 | 85.2 | 96.3 | 93.6 | 99.8 | 101.1 | 100.7 | 96.1 | 98.5 | 81.5 | 86.6 | 97.3 | 94.0 |
| 0310 | Concrete Forming & Accessories | 85.1 | 93.6 | 92.3 | 83.7 | 125.3 | 119.1 | 85.1 | 92.7 | 91.6 | 99.4 | 142.4 | 136.2 | 97.5 | 97.5 | 97.5 | 82.0 | 87.7 | 86.8 |
| 0320 | Concrete Reinforcing | 93.3 | 100.2 | 96.7 | 95.9 | 150.8 | 122.5 | 94.4 | 94.9 | 94.7 | 100.4 | 143.1 | 121.0 | 93.5 | 122.9 | 107.7 | 94.4 | 111.2 | 104.4 |
| 0330 | Cast-in-Place Concrete | 88.8 | 94.3 | 90.8 | 86.1 | 127.4 | 101.5 | 86.3 | 94.4 | 89.3 | 89.8 | 135.6 | 106.8 | 108.6 | 101.2 | 105.8 | 84.3 | 96.4 | 88.8 |
| 03 | CONCRETE | 79.9 | 96.2 | 87.0 | 78.3 | 95.0 | 85.6 | 78.3 | 95.0 | 85.6 | 99.4 | 139.1 | 116.8 | 103.1 | 103.5 | 88.7 | 88.7 | 96.7 | 92.4 |
| 04 | MASONRY | 97.3 | 92.6 | 94.4 | 108.3 | 131.2 | 122.4 | 96.5 | 88.7 | 91.7 | 103.8 | 125.3 | 110.1 | 100.4 | 101.4 | 101.0 | 93.3 | 87.6 | 89.8 |
| 05 | METALS | 92.7 | 114.3 | 99.0 | 100.3 | 124.0 | 107.3 | 92.7 | 113.2 | 98.7 | 103.7 | 107.4 | 104.8 | 100.7 | 104.7 | 104.8 | 98.6 | 120.4 | 105.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 78.1 | 94.1 | 86.9 | 76.2 | 125.3 | 104.3 | 78.1 | 94.1 | 86.9 | 91.1 | 143.5 | 123.6 | 99.6 | 96.7 | 98.0 | 77.2 | 85.1 | 81.6 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.2 | 92.0 | 97.8 | 108.7 | 130.1 | 118.0 | 102.1 | 90.7 | 97.1 | 103.4 | 139.7 | 119.2 | 98.6 | 99.3 | 98.9 | 96.8 | 99.3 | 97.3 |
| 08 | OPENINGS | 86.3 | 91.4 | 87.5 | 86.5 | 133.1 | 97.4 | 86.3 | 94.9 | 88.3 | 97.6 | 144.9 | 108.6 | 96.8 | 102.4 | 98.1 | 89.2 | 93.0 | 90.1 |
| 0920 | Plaster & Gypsum Board | 86.3 | 93.9 | 91.4 | 84.5 | 126.5 | 112.7 | 86.3 | 93.9 | 89.3 | 97.5 | 96.4 | 96.7 | 97.5 | 96.4 | 96.7 | 106.4 | 84.7 | 91.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 91.8 | 93.9 | 93.2 | 91.1 | 126.5 | 114.9 | 91.8 | 93.9 | 93.2 | 104.2 | 146.6 | 131.5 | 95.2 | 96.4 | 96.0 | 96.0 | 84.7 | 88.4 |
| 0960 | Flooring | 86.3 | 105.3 | 91.6 | 86.7 | 139.3 | 101.5 | 86.3 | 103.7 | 91.0 | 96.3 | 177.0 | 103.7 | 100.7 | 113.3 | 104.3 | 87.5 | 103.7 | 92.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 87.2 | 106.2 | 98.4 | 89.4 | 143.7 | 121.5 | 87.2 | 106.2 | 98.4 | 97.2 | 152.6 | 130.0 | 100.7 | 111.3 | 107.0 | 100.1 | 111.3 | 107.0 |
| 09 | FINISHES | 88.2 | 96.9 | 92.9 | 85.3 | 129.5 | 109.2 | 88.0 | 96.1 | 92.4 | 98.3 | 146.5 | 124.4 | 102.4 | 100.3 | 101.2 | 89.2 | 91.3 | 90.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 97.3 | 99.4 | 100.0 | 109.1 | 102.0 | 100.0 | 96.7 | 99.3 | 100.0 | 119.2 | 104.3 | 100.0 | 103.0 | 100.7 | 100.0 | 97.5 | 99.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.3 | 96.8 | 96.5 | 96.6 | 130.6 | 110.0 | 96.3 | 94.2 | 95.5 | 100.1 | 141.2 | 116.3 | 100.0 | 99.8 | 99.9 | 96.7 | 95.8 | 96.3 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 89.2 | 98.2 | 93.7 | 98.0 | 159.0 | 128.4 | 90.9 | 107.7 | 99.2 | 98.8 | 159.0 | 128.4 | 100.0 | 113.1 | 104.1 | 92.0 | 91.3 | 91.6 |
| MF2018 | WEIGHTED AVERAGE | 91.4 | 97.8 | 94.1 | 94.7 | 128.0 | 108.8 | 91.3 | 97.8 | 94.0 | 100.2 | 138.7 | 116.5 | 100.7 | 102.7 | 101.5 | 93.7 | 96.1 | 94.7 |

## PENNSYLVANIA

| | DIVISION | READING | | | SCRANTON | | | STATE COLLEGE | | | STROUDSBURG | | | SUNBURY | | | UNIONTOWN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 119.0 | 119.0 | | 112.6 | 112.6 | | 111.8 | 111.8 | | 112.6 | 112.6 | | 112.6 | 112.6 | | 110.7 | 110.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 101.8 | 107.7 | 105.9 | 92.2 | 95.7 | 95.7 | 82.7 | 95.7 | 91.7 | 86.6 | 97.3 | 94.0 | 92.6 | 96.7 | 95.4 | 98.3 | 96.5 | 97.1 |
| 0310 | Concrete Forming & Accessories | 98.8 | 86.2 | 88.0 | 98.0 | 86.6 | 88.3 | 84.3 | 82.8 | 83.0 | 86.5 | 90.5 | 89.9 | 93.1 | 84.8 | 86.0 | 76.5 | 93.9 | 91.4 |
| 0320 | Concrete Reinforcing | 97.2 | 148.6 | 122.1 | 96.8 | 116.3 | 106.2 | 95.1 | 105.8 | 100.3 | 97.1 | 116.4 | 106.4 | 96.0 | 112.3 | 103.9 | 92.3 | 119.5 | 105.5 |
| 0330 | Cast-in-Place Concrete | 77.2 | 97.0 | 84.6 | 93.4 | 93.2 | 93.3 | 90.0 | 87.0 | 88.9 | 88.0 | 94.5 | 90.4 | 90.2 | 94.9 | 93.2 | 99.3 | 95.6 | 96.9 |
| 03 | CONCRETE | 87.1 | 102.1 | 93.7 | 94.1 | 89.7 | 92.5 | 94.6 | 89.7 | 92.5 | 88.8 | 97.7 | 92.7 | 94.2 | 95.4 | 93.1 | 94.4 | 100.0 | 96.9 |
| 04 | MASONRY | 97.5 | 91.5 | 93.8 | 92.5 | 93.8 | 93.3 | 97.8 | 83.9 | 89.3 | 90.0 | 96.3 | 94.0 | 93.6 | 81.0 | 85.8 | 119.3 | 95.4 | 104.6 |
| 05 | METALS | 100.6 | 133.0 | 110.1 | 100.9 | 120.5 | 106.6 | 96.6 | 115.1 | 102.0 | 98.7 | 120.9 | 105.2 | 98.3 | 119.4 | 104.5 | 102.0 | 120.2 | 107.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 93.7 | 82.4 | 87.5 | 97.6 | 83.3 | 89.8 | 84.5 | 81.8 | 83.0 | 83.5 | 87.0 | 85.5 | 85.4 | 85.1 | 85.2 | 72.8 | 94.0 | 84.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 109.0 | 103.3 | 106.6 | 103.9 | 91.3 | 98.4 | 102.9 | 97.6 | 100.6 | 103.5 | 91.3 | 98.2 | 96.7 | 98.9 | 97.5 | 94.1 | 95.7 | 94.9 |
| 08 | OPENINGS | 90.9 | 94.4 | 92.9 | 92.4 | 89.8 | 91.8 | 89.6 | 85.6 | 88.7 | 88.7 | 86.6 | 87.0 | 89.3 | 89.9 | 89.4 | 93.3 | 99.3 | 94.7 |
| 0920 | Plaster & Gypsum Board | 94.1 | 81.9 | 85.9 | 96.8 | 82.8 | 87.4 | 86.7 | 86.6 | 86.6 | 86.6 | 86.6 | 86.6 | 105.9 | 84.7 | 91.6 | 100.6 | 93.9 | 94.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 83.7 | 81.9 | 82.5 | 96.6 | 82.8 | 87.3 | 88.5 | 81.2 | 83.6 | 87.7 | 86.6 | 87.0 | 93.6 | 84.7 | 87.6 | 100.3 | 93.9 | 94.0 |
| 0960 | Flooring | 91.3 | 97.9 | 93.2 | 91.9 | 108.3 | 101.6 | 89.4 | 97.9 | 91.8 | 86.8 | 94.1 | 88.8 | 89.0 | 94.1 | 90.7 | 92.0 | 92.6 | 92.0 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 88.2 | 101.8 | 96.3 | 91.9 | 108.3 | 101.6 | 91.9 | 106.2 | 100.4 | 92.0 | 104.1 | 99.1 | 92.0 | 104.1 | 99.1 | 97.6 | 110.0 | 104.9 |
| 09 | FINISHES | 86.8 | 88.4 | 87.7 | 92.4 | 89.8 | 91.8 | 88.0 | 87.3 | 87.6 | 87.5 | 91.8 | 89.8 | 89.6 | 89.8 | 89.7 | 96.7 | 97.0 | 97.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 95.8 | 99.1 | 100.0 | 94.6 | 98.8 | 100.0 | 94.6 | 98.8 | 100.0 | 97.2 | 99.4 | 100.0 | 93.1 | 98.5 | 100.0 | 97.2 | 99.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.3 | 106.8 | 102.8 | 100.0 | 96.0 | 98.6 | 96.8 | 91.4 | 94.7 | 96.8 | 97.9 | 97.2 | 96.8 | 97.9 | 97.2 | 97.1 | 94.6 | 96.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.8 | 91.3 | 94.6 | 98.0 | 95.2 | 96.6 | 91.3 | 107.7 | 99.4 | 92.4 | 91.9 | 92.1 | 94.1 | 141.8 | 117.0 | 99.8 | 107.7 | 99.7 |
| MF2018 | WEIGHTED AVERAGE | 96.5 | 101.5 | 98.6 | 97.4 | 96.5 | 97.1 | 94.5 | 94.6 | 94.5 | 94.3 | 104.7 | 98.7 | 94.6 | 92.7 | 93.8 | 97.8 | 99.8 | 98.6 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | PENNSYLVANIA | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | WASHINGTON | | | WELLSBORO | | | WESTCHESTER | | | WILKES-BARRE | | | WILLIAMSPORT | | | YORK | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 110.7 | 110.7 | | 112.6 | 112.6 | | 97.5 | 97.5 | | 112.6 | 112.6 | | 112.6 | 112.6 | | 111.8 | 111.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 98.3 | 96.8 | 97.3 | 94.0 | 96.6 | 95.8 | 103.4 | 96.1 | 98.4 | 84.5 | 97.2 | 93.3 | 83.7 | 96.8 | 92.8 | 82.4 | 95.6 | 91.5 |
| 0310 | Concrete Forming & Accessories | 82.8 | 94.0 | 92.4 | 85.2 | 84.2 | 84.3 | 90.0 | 126.6 | 121.2 | 89.1 | 85.3 | 85.8 | 90.1 | 85.6 | 86.3 | 85.1 | 86.3 | 86.1 |
| 0320 | Concrete Reinforcing | 92.3 | 119.5 | 105.5 | 95.1 | 116.1 | 105.3 | 95.0 | 150.8 | 122.0 | 95.8 | 116.3 | 105.7 | 95.3 | 110.9 | 102.8 | 96.0 | 111.0 | 103.3 |
| 0330 | Cast-in-Place Concrete | 99.3 | 95.9 | 98.0 | 94.4 | 88.2 | 92.1 | 95.4 | 129.5 | 108.1 | 84.5 | 93.0 | 87.6 | 78.0 | 90.0 | 82.5 | 84.7 | 96.7 | 89.2 |
| 03 | CONCRETE | 94.8 | 100.1 | 97.2 | 96.9 | 92.5 | 95.0 | 95.8 | 131.0 | 111.3 | 85.8 | 94.7 | 89.7 | 80.2 | 92.9 | 85.8 | 89.8 | 95.6 | 92.4 |
| 04 | MASONRY | 103.6 | 95.5 | 98.6 | 98.7 | 81.4 | 88.1 | 102.8 | 134.9 | 122.5 | 105.0 | 93.5 | 97.9 | 85.9 | 86.1 | 86.0 | 94.5 | 86.7 | 89.7 |
| 05 | METALS | 101.9 | 120.6 | 107.4 | 96.6 | 119.7 | 103.4 | 100.3 | 124.0 | 107.3 | 96.8 | 120.4 | 103.7 | 98.3 | 118.1 | 104.1 | 100.0 | 118.6 | 105.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 80.2 | 94.0 | 87.8 | 82.1 | 84.4 | 83.4 | 82.8 | 125.7 | 106.4 | 85.9 | 81.7 | 83.6 | 81.9 | 85.1 | 83.7 | 80.7 | 85.1 | 83.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 98.1 | 95.1 | 96.8 | 104.1 | 86.0 | 96.2 | 109.1 | 127.0 | 116.9 | 103.3 | 90.9 | 97.9 | 96.1 | 88.3 | 92.7 | 95.6 | 101.0 | 98.0 |
| 08 | OPENINGS | 93.3 | 99.3 | 94.7 | 92.4 | 90.0 | 91.8 | 86.5 | 133.1 | 97.4 | 89.8 | 88.9 | 89.6 | 89.3 | 89.6 | 89.4 | 89.2 | 86.4 | 88.5 |
| 0920 | Plaster & Gypsum Board | 97.7 | 93.9 | 95.1 | 86.5 | 83.9 | 84.8 | 85.2 | 126.5 | 112.9 | 87.4 | 81.2 | 83.2 | 106.4 | 84.7 | 91.8 | 106.7 | 84.7 | 91.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 100.3 | 93.9 | 96.0 | 88.5 | 83.9 | 85.4 | 91.1 | 126.5 | 114.9 | 91.0 | 81.2 | 84.4 | 96.0 | 84.7 | 88.4 | 95.1 | 84.7 | 88.1 |
| 0960 | Flooring | 95.7 | 103.7 | 97.9 | 85.8 | 103.7 | 90.9 | 89.6 | 139.3 | 113.6 | 87.7 | 92.9 | 89.1 | 87.2 | 86.8 | 87.1 | 88.9 | 95.7 | 90.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.6 | 110.0 | 104.9 | 91.9 | 104.1 | 99.1 | 89.4 | 143.7 | 121.5 | 91.9 | 101.8 | 97.8 | 92.0 | 101.8 | 97.8 | 92.0 | 84.8 | 87.7 |
| 09 | FINISHES | 100.3 | 97.0 | 98.5 | 88.1 | 89.6 | 88.9 | 86.7 | 130.5 | 110.4 | 88.4 | 87.6 | 88.0 | 89.7 | 86.7 | 88.0 | 89.5 | 87.1 | 88.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 97.2 | 99.4 | 100.0 | 96.2 | 99.2 | 100.0 | 115.3 | 103.4 | 100.0 | 94.3 | 98.7 | 100.0 | 95.5 | 99.0 | 100.0 | 95.6 | 99.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.6 | 93.2 | 95.2 | 96.8 | 87.4 | 93.1 | 96.6 | 132.6 | 110.9 | 96.8 | 96.6 | 96.7 | 96.7 | 92.2 | 94.9 | 100.2 | 92.7 | 97.3 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.2 | 107.7 | 100.9 | 92.1 | 95.1 | 93.6 | 91.7 | 132.4 | 111.8 | 92.9 | 90.0 | 91.5 | 82.8 | 83.4 | 83.1 | 93.7 | 82.9 | 88.4 |
| MF2018 | WEIGHTED AVERAGE | 97.5 | 100.2 | 98.6 | 95.5 | 92.9 | 94.4 | 95.8 | 127.9 | 109.3 | 94.0 | 95.5 | 94.7 | 92.5 | 92.3 | 92.4 | 95.2 | 93.0 | 94.3 |

| | | PUERTO RICO | | | RHODE ISLAND | | | | | | SOUTH CAROLINA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | SAN JUAN | | | NEWPORT | | | PROVIDENCE | | | AIKEN | | | BEAUFORT | | | CHARLESTON | | |
| | | 009 | | | 028 | | | 029 | | | 298 | | | 299 | | | 294 | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 87.3 | 87.3 | | 97.9 | 97.9 | | 100.1 | 100.1 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 103.7 | 103.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 81.4 | 87.9 | 85.9 | 86.3 | 98.0 | 94.4 | 89.4 | 102.2 | 98.3 | 128.3 | 85.2 | 98.5 | 123.4 | 84.7 | 96.7 | 108.2 | 85.2 | 92.3 |
| 0310 | Concrete Forming & Accessories | 105.9 | 21.6 | 34.0 | 100.7 | 124.7 | 121.1 | 99.9 | 124.7 | 121.0 | 94.0 | 64.6 | 68.9 | 93.3 | 38.9 | 46.9 | 92.3 | 64.9 | 69.0 |
| 0320 | Concrete Reinforcing | 114.9 | 18.7 | 68.4 | 109.7 | 127.1 | 118.1 | 103.7 | 127.1 | 115.0 | 94.3 | 60.6 | 78.0 | 93.4 | 66.7 | 80.5 | 93.2 | 67.3 | 80.7 |
| 0330 | Cast-in-Place Concrete | 70.9 | 32.7 | 56.6 | 71.7 | 118.5 | 89.1 | 87.5 | 119.0 | 99.2 | 92.9 | 66.9 | 83.2 | 94.9 | 66.6 | 83.2 | 109.1 | 67.2 | 93.5 |
| 03 | CONCRETE | 89.8 | 26.1 | 61.8 | 87.5 | 122.4 | 102.9 | 91.8 | 122.5 | 105.3 | 101.0 | 66.4 | 85.8 | 98.4 | 55.7 | 79.7 | 94.9 | 67.8 | 83.0 |
| 04 | MASONRY | 110.0 | 24.2 | 57.3 | 99.2 | 123.1 | 113.8 | 103.4 | 123.1 | 115.5 | 79.9 | 64.8 | 70.6 | 94.9 | 64.8 | 76.4 | 96.4 | 67.5 | 78.6 |
| 05 | METALS | 116.8 | 40.6 | 94.4 | 98.8 | 116.7 | 104.1 | 103.2 | 115.9 | 106.9 | 102.6 | 89.1 | 98.7 | 102.7 | 90.7 | 99.2 | 104.6 | 92.1 | 100.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 145.4 | 20.5 | 76.6 | 98.0 | 124.0 | 112.3 | 98.4 | 124.0 | 112.5 | 89.7 | 66.8 | 77.1 | 88.4 | 32.5 | 57.6 | 87.2 | 66.8 | 76.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 134.1 | 27.7 | 87.8 | 102.6 | 123.0 | 111.5 | 108.3 | 123.5 | 114.9 | 98.1 | 64.2 | 83.4 | 97.8 | 56.2 | 79.7 | 96.8 | 66.1 | 83.5 |
| 08 | OPENINGS | 96.8 | 19.1 | 78.7 | 97.4 | 124.4 | 103.7 | 99.0 | 124.4 | 104.9 | 94.0 | 62.5 | 86.7 | 94.1 | 44.9 | 82.6 | 97.6 | 65.1 | 90.0 |
| 0920 | Plaster & Gypsum Board | 76.4 | 25.2 | 48.0 | 91.4 | 124.3 | 113.6 | 104.9 | 124.3 | 118.0 | 83.4 | 65.8 | 71.6 | 87.0 | 30.5 | 49.0 | 88.1 | 65.8 | 73.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 158.8 | 19.3 | 64.7 | 90.3 | 124.3 | 113.2 | 104.1 | 124.3 | 117.7 | 78.8 | 65.8 | 70.1 | 82.1 | 30.5 | 47.3 | 82.1 | 65.8 | 71.1 |
| 0960 | Flooring | 117.8 | 29.7 | 93.1 | 83.8 | 127.3 | 96.0 | 86.4 | 127.3 | 97.9 | 97.5 | 89.8 | 95.3 | 99.0 | 75.8 | 92.5 | 98.6 | 81.9 | 93.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 90.2 | 24.6 | 51.4 | 85.0 | 118.9 | 105.0 | 90.8 | 118.9 | 107.4 | 95.2 | 66.0 | 77.9 | 95.2 | 56.9 | 72.5 | 95.2 | 70.0 | 80.3 |
| 09 | FINISHES | 106.0 | 23.2 | 61.2 | 87.7 | 125.1 | 107.9 | 93.7 | 125.1 | 110.7 | 89.0 | 69.7 | 78.5 | 90.1 | 46.0 | 66.2 | 88.2 | 68.9 | 77.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 26.6 | 83.6 | 100.0 | 102.3 | 100.5 | 100.0 | 110.3 | 102.3 | 100.0 | 70.3 | 93.4 | 100.0 | 80.1 | 95.6 | 100.0 | 70.3 | 93.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 88.5 | 18.8 | 61.1 | 100.4 | 114.8 | 106.0 | 100.2 | 114.8 | 105.9 | 96.9 | 55.2 | 80.5 | 96.9 | 55.6 | 80.7 | 100.4 | 58.4 | 83.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 84.4 | 25.0 | 55.2 | 102.1 | 95.5 | 98.9 | 102.3 | 95.5 | 99.0 | 96.2 | 61.9 | 79.3 | 99.7 | 30.9 | 65.8 | 98.1 | 58.9 | 78.8 |
| MF2018 | WEIGHTED AVERAGE | 98.5 | 29.8 | 69.4 | 97.0 | 114.7 | 104.5 | 99.3 | 115.0 | 106.9 | 97.6 | 67.1 | 84.7 | 98.3 | 57.5 | 81.1 | 98.7 | 68.2 | 85.8 |

| | | SOUTH CAROLINA | | | | | | | | | | | | | | | SOUTH DAKOTA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | COLUMBIA | | | FLORENCE | | | GREENVILLE | | | ROCK HILL | | | SPARTANBURG | | | ABERDEEN | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 105.6 | 105.6 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 103.7 | 103.7 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 105.9 | 89.5 | 94.6 | 117.6 | 84.9 | 95.1 | 112.6 | 85.4 | 93.8 | 110.0 | 84.3 | 92.2 | 112.4 | 85.4 | 93.8 | 99.2 | 93.4 | 95.2 |
| 0310 | Concrete Forming & Accessories | 93.2 | 64.9 | 69.1 | 81.1 | 64.8 | 67.2 | 91.8 | 64.9 | 68.8 | 90.1 | 64.0 | 67.9 | 94.4 | 64.9 | 69.2 | 98.9 | 75.7 | 79.1 |
| 0320 | Concrete Reinforcing | 98.3 | 67.3 | 83.3 | 92.8 | 67.2 | 80.4 | 92.8 | 64.4 | 79.1 | 93.5 | 65.8 | 80.1 | 92.8 | 67.3 | 80.4 | 101.0 | 71.4 | 86.7 |
| 0330 | Cast-in-Place Concrete | 110.3 | 67.5 | 94.4 | 92.9 | 67.0 | 83.2 | 92.9 | 67.2 | 83.3 | 92.8 | 66.4 | 83.0 | 92.9 | 67.2 | 83.3 | 109.5 | 78.8 | 98.1 |
| 03 | CONCRETE | 93.2 | 67.8 | 82.1 | 93.3 | 67.6 | 82.0 | 92.0 | 67.3 | 81.2 | 90.1 | 66.8 | 79.9 | 92.2 | 67.8 | 81.5 | 98.7 | 76.7 | 89.1 |
| 04 | MASONRY | 89.9 | 67.5 | 76.1 | 79.9 | 67.4 | 72.2 | 77.9 | 67.5 | 71.5 | 101.6 | 64.0 | 78.5 | 79.9 | 67.5 | 72.3 | 109.4 | 73.3 | 87.2 |
| 05 | METALS | 101.6 | 91.0 | 98.5 | 103.5 | 91.4 | 99.9 | 103.5 | 91.7 | 100.0 | 102.7 | 90.5 | 99.1 | 103.5 | 92.1 | 100.1 | 93.8 | 82.1 | 90.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 88.6 | 66.9 | 76.7 | 74.8 | 66.8 | 70.4 | 86.8 | 66.8 | 75.8 | 85.4 | 66.8 | 75.2 | 90.6 | 66.8 | 77.5 | 97.6 | 74.2 | 84.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 93.3 | 66.3 | 81.5 | 97.2 | 66.1 | 83.7 | 97.1 | 66.1 | 83.6 | 96.9 | 59.2 | 80.5 | 97.1 | 66.1 | 83.6 | 103.1 | 77.2 | 91.8 |
| 08 | OPENINGS | 99.7 | 65.1 | 91.7 | 94.1 | 65.1 | 87.3 | 94.0 | 64.8 | 87.2 | 94.1 | 63.6 | 87.0 | 94.1 | 65.1 | 87.3 | 97.2 | 62.2 | 89.0 |
| 0920 | Plaster & Gypsum Board | 88.7 | 65.8 | 73.3 | 78.2 | 65.8 | 69.9 | 82.1 | 65.8 | 71.2 | 81.8 | 65.8 | 71.1 | 84.7 | 65.8 | 72.0 | 110.1 | 73.9 | 85.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 86.2 | 65.8 | 72.5 | 79.6 | 65.8 | 70.3 | 78.8 | 65.8 | 70.1 | 78.8 | 65.8 | 70.1 | 78.8 | 65.8 | 70.1 | 98.8 | 73.9 | 82.0 |
| 0960 | Flooring | 90.7 | 80.4 | 87.8 | 89.9 | 80.4 | 87.2 | 96.3 | 80.4 | 91.8 | 95.2 | 75.8 | 89.7 | 97.6 | 80.4 | 92.8 | 91.1 | 43.8 | 77.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 93.9 | 70.0 | 79.7 | 95.2 | 70.0 | 80.3 | 95.2 | 70.0 | 80.3 | 95.2 | 66.0 | 77.9 | 95.2 | 70.0 | 80.3 | 89.8 | 33.4 | 56.4 |
| 09 | FINISHES | 86.5 | 68.7 | 76.8 | 85.0 | 68.7 | 76.2 | 86.9 | 68.7 | 77.0 | 86.3 | 67.1 | 75.9 | 87.6 | 68.7 | 77.4 | 92.4 | 65.9 | 78.1 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 70.5 | 93.4 | 100.0 | 70.3 | 93.4 | 100.0 | 70.3 | 93.4 | 100.0 | 70.0 | 93.3 | 100.0 | 70.3 | 93.4 | 100.0 | 84.8 | 96.6 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.2 | 58.3 | 83.6 | 100.4 | 58.2 | 83.9 | 100.4 | 58.2 | 83.9 | 96.9 | 54.8 | 80.4 | 100.4 | 58.2 | 83.9 | 100.0 | 54.2 | 82.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 98.5 | 62.8 | 80.9 | 96.1 | 62.8 | 79.7 | 98.2 | 59.9 | 79.3 | 98.2 | 59.9 | 79.3 | 98.2 | 59.8 | 79.3 | 101.1 | 65.3 | 83.4 |
| MF2018 | WEIGHTED AVERAGE | 97.6 | 68.9 | 85.5 | 96.9 | 68.6 | 84.9 | 97.0 | 68.2 | 84.8 | 96.7 | 66.4 | 83.9 | 97.2 | 68.3 | 85.0 | 98.6 | 70.1 | 86.5 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## SOUTH DAKOTA

| DIVISION | | MITCHELL | | | MOBRIDGE | | | PIERRE | | | RAPID CITY | | | SIOUX FALLS | | | WATERTOWN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 97.7 | 97.7 | | 97.7 | 97.7 | | 99.9 | 99.9 | | 97.7 | 97.7 | | 100.9 | 100.9 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 95.8 | 93.2 | 94.0 | 95.7 | 93.2 | 94.0 | 97.2 | 96.3 | 96.6 | 97.5 | 92.8 | 94.3 | 92.5 | 98.7 | 96.8 | 95.6 | 93.2 | 94.0 |
| 0310 | Concrete Forming & Accessories | 97.9 | 44.2 | 52.1 | 88.2 | 44.6 | 51.0 | 99.7 | 45.6 | 53.6 | 106.9 | 56.6 | 64.0 | 103.3 | 78.1 | 81.8 | 84.6 | 74.5 | 76.0 |
| 0320 | Concrete Reinforcing | 100.4 | 70.5 | 86.0 | 100.0 | 70.3 | 87.3 | 97.8 | 100.2 | 99.4 | 94.4 | 100.4 | 97.3 | 106.6 | 100.6 | 103.7 | 97.6 | 70.5 | 84.5 |
| 0330 | Cast-in-Place Concrete | 106.4 | 52.3 | 86.3 | 106.4 | 77.2 | 95.6 | 103.1 | 77.8 | 93.7 | 105.6 | 77.2 | 95.0 | 88.3 | 78.8 | 84.7 | 106.4 | 77.2 | 95.5 |
| 03 | CONCRETE | 96.5 | 53.1 | 77.4 | 96.2 | 62.0 | 81.2 | 91.8 | 67.4 | 81.1 | 95.9 | 72.3 | 85.5 | 88.6 | 82.7 | 86.0 | 95.3 | 75.5 | 86.6 |
| 04 | MASONRY | 97.8 | 75.5 | 84.1 | 106.5 | 72.8 | 85.8 | 106.5 | 72.6 | 85.7 | 106.0 | 74.0 | 86.3 | 91.1 | 75.6 | 81.5 | 132.0 | 73.7 | 96.2 |
| 05 | METALS | 92.9 | 81.6 | 89.6 | 92.9 | 82.0 | 89.7 | 96.3 | 89.5 | 94.3 | 95.5 | 91.2 | 94.2 | 95.3 | 92.6 | 94.5 | 92.9 | 81.9 | 89.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 96.6 | 33.7 | 62.0 | 84.4 | 33.4 | 56.4 | 104.2 | 34.0 | 65.6 | 102.2 | 48.0 | 72.3 | 101.6 | 76.5 | 87.8 | 80.5 | 74.2 | 77.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 102.8 | 72.9 | 89.8 | 102.9 | 75.1 | 90.8 | 104.1 | 72.7 | 90.4 | 103.1 | 78.5 | 92.7 | 103.2 | 83.3 | 94.6 | 102.6 | 76.7 | 91.3 |
| 08 | OPENINGS | 96.3 | 39.6 | 83.1 | 98.9 | 39.0 | 84.9 | 99.8 | 58.4 | 90.2 | 101.0 | 66.1 | 92.9 | 104.2 | 81.8 | 99.0 | 96.3 | 61.5 | 88.2 |
| 0920 | Plaster & Gypsum Board | 109.0 | 32.2 | 57.3 | 102.2 | 32.0 | 54.9 | 108.1 | 32.5 | 57.2 | 109.8 | 46.9 | 67.5 | 103.6 | 76.1 | 85.1 | 100.5 | 73.9 | 82.6 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 95.5 | 32.2 | 52.8 | 98.8 | 32.0 | 53.7 | 98.6 | 32.5 | 54.0 | 100.4 | 46.9 | 64.3 | 97.7 | 76.1 | 83.1 | 95.5 | 73.9 | 80.9 |
| 0960 | Flooring | 90.7 | 43.8 | 77.6 | 86.5 | 46.4 | 75.3 | 98.2 | 31.2 | 79.4 | 90.5 | 72.7 | 85.5 | 93.9 | 75.0 | 88.6 | 85.2 | 43.8 | 73.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 89.8 | 36.6 | 58.3 | 89.8 | 37.5 | 58.8 | 97.1 | 95.6 | 96.2 | 89.8 | 95.6 | 93.2 | 100.3 | 95.6 | 97.5 | 89.8 | 33.4 | 56.4 |
| 09 | FINISHES | 91.4 | 41.1 | 64.2 | 89.9 | 41.6 | 63.7 | 98.4 | 45.2 | 69.6 | 92.5 | 61.8 | 75.9 | 96.4 | 79.1 | 87.1 | 88.6 | 64.7 | 75.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 82.0 | 96.0 | 100.0 | 81.9 | 96.0 | 100.0 | 82.3 | 96.1 | 100.0 | 83.5 | 96.3 | 100.0 | 87.0 | 97.1 | 100.0 | 85.8 | 96.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 49.0 | 77.8 | 96.5 | 69.0 | 85.7 | 100.0 | 76.8 | 90.9 | 100.0 | 76.8 | 90.9 | 99.9 | 70.2 | 88.2 | 96.5 | 52.1 | 79.0 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.4 | 63.4 | 81.7 | 101.1 | 39.8 | 70.9 | 103.9 | 47.7 | 76.2 | 97.6 | 47.7 | 73.0 | 102.6 | 63.4 | 83.3 | 98.6 | 63.4 | 81.2 |
| MF2018 | WEIGHTED AVERAGE | 96.3 | 60.9 | 81.3 | 96.9 | 62.9 | 82.5 | 99.0 | 68.5 | 86.1 | 98.3 | 72.0 | 87.2 | 97.7 | 78.4 | 89.5 | 97.3 | 69.0 | 85.4 |

## TENNESSEE

| DIVISION | | CHATTANOOGA | | | COLUMBIA | | | COOKEVILLE | | | JACKSON | | | JOHNSON CITY | | | KNOXVILLE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 104.7 | 104.7 | | 99.5 | 99.5 | | 99.5 | 99.5 | | 105.5 | 105.5 | | 98.8 | 98.8 | | 98.8 | 98.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 106.6 | 93.8 | 97.8 | 91.5 | 84.6 | 86.7 | 97.3 | 81.6 | 86.5 | 100.9 | 94.0 | 96.2 | 113.6 | 81.1 | 91.2 | 92.6 | 83.8 | 86.5 |
| 0310 | Concrete Forming & Accessories | 95.8 | 57.3 | 63.0 | 80.9 | 62.4 | 65.1 | 81.1 | 31.9 | 39.2 | 87.5 | 41.0 | 47.8 | 82.7 | 57.5 | 61.2 | 94.3 | 61.7 | 66.5 |
| 0320 | Concrete Reinforcing | 101.6 | 65.1 | 83.9 | 91.4 | 65.0 | 78.6 | 91.4 | 64.6 | 78.4 | 91.3 | 67.2 | 79.7 | 102.2 | 61.9 | 82.7 | 101.6 | 61.8 | 82.3 |
| 0330 | Cast-in-Place Concrete | 97.5 | 64.1 | 85.1 | 92.8 | 63.8 | 82.0 | 105.2 | 56.7 | 87.2 | 102.7 | 66.0 | 89.0 | 78.4 | 58.0 | 70.8 | 91.6 | 64.0 | 81.3 |
| 03 | CONCRETE | 93.1 | 62.8 | 79.8 | 92.4 | 65.1 | 80.4 | 102.4 | 48.7 | 78.8 | 93.2 | 56.5 | 77.0 | 102.7 | 60.2 | 84.0 | 90.7 | 64.2 | 79.0 |
| 04 | MASONRY | 98.6 | 56.3 | 72.6 | 111.4 | 55.5 | 77.0 | 106.7 | 39.4 | 65.3 | 111.7 | 44.4 | 70.4 | 111.0 | 43.2 | 69.5 | 76.3 | 50.7 | 60.6 |
| 05 | METALS | 93.0 | 88.1 | 91.6 | 93.5 | 88.9 | 92.1 | 93.5 | 87.6 | 91.8 | 96.0 | 89.5 | 94.1 | 90.3 | 86.4 | 89.2 | 93.4 | 86.5 | 91.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 106.5 | 56.3 | 78.9 | 67.8 | 63.4 | 65.4 | 68.0 | 29.5 | 46.8 | 82.9 | 39.7 | 59.1 | 78.7 | 62.6 | 69.8 | 93.1 | 62.6 | 76.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 99.2 | 61.7 | 82.9 | 95.6 | 62.9 | 81.4 | 96.1 | 52.6 | 77.2 | 98.0 | 55.5 | 79.5 | 95.3 | 56.6 | 78.0 | 92.8 | 60.8 | 78.9 |
| 08 | OPENINGS | 102.0 | 57.5 | 91.6 | 91.0 | 53.3 | 82.2 | 91.1 | 35.5 | 78.1 | 97.7 | 44.3 | 85.2 | 98.3 | 59.5 | 89.3 | 95.7 | 55.2 | 86.2 |
| 0920 | Plaster & Gypsum Board | 80.0 | 55.6 | 63.6 | 87.4 | 62.9 | 70.9 | 87.4 | 28.0 | 47.4 | 90.0 | 38.5 | 55.3 | 101.0 | 62.1 | 74.8 | 109.1 | 62.1 | 77.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 97.9 | 55.6 | 69.4 | 75.8 | 62.9 | 67.1 | 75.8 | 28.0 | 43.6 | 83.9 | 38.5 | 53.3 | 93.5 | 62.1 | 72.3 | 94.3 | 62.1 | 72.6 |
| 0960 | Flooring | 98.3 | 55.2 | 86.2 | 81.7 | 53.9 | 73.9 | 81.7 | 50.0 | 72.8 | 81.0 | 54.2 | 73.5 | 93.3 | 43.9 | 79.4 | 98.4 | 49.7 | 84.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 98.0 | 59.5 | 75.2 | 85.0 | 56.5 | 68.1 | 85.0 | 56.5 | 68.1 | 87.0 | 56.5 | 68.9 | 94.9 | 58.7 | 73.5 | 94.9 | 57.6 | 72.8 |
| 09 | FINISHES | 94.4 | 56.6 | 73.9 | 86.2 | 60.1 | 72.1 | 86.8 | 36.2 | 59.4 | 86.1 | 43.4 | 63.0 | 98.5 | 55.3 | 75.1 | 91.4 | 58.9 | 73.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 67.8 | 92.8 | 100.0 | 68.0 | 92.9 | 100.0 | 35.9 | 85.7 | 100.0 | 62.0 | 91.5 | 100.0 | 75.8 | 94.6 | 100.0 | 79.3 | 95.4 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.1 | 59.3 | 84.1 | 97.8 | 73.6 | 88.3 | 97.8 | 67.1 | 85.8 | 100.1 | 61.4 | 84.9 | 100.0 | 55.5 | 82.5 | 100.0 | 60.5 | 84.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 100.8 | 82.9 | 92.0 | 94.0 | 50.9 | 72.6 | 95.5 | 61.3 | 78.6 | 100.5 | 65.7 | 83.3 | 91.5 | 40.8 | 66.5 | 97.0 | 54.9 | 76.2 |
| MF2018 | WEIGHTED AVERAGE | 98.0 | 68.1 | 85.3 | 94.8 | 66.5 | 82.8 | 96.2 | 56.9 | 79.6 | 97.6 | 61.4 | 82.3 | 98.1 | 58.6 | 81.4 | 94.8 | 63.7 | 81.6 |

## TENNESSEE / TEXAS

| DIVISION | | MCKENZIE | | | MEMPHIS | | | NASHVILLE | | | ABILENE | | | AMARILLO | | | AUSTIN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.5 | 99.5 | | 102.0 | 102.0 | | 105.5 | 105.5 | | 90.9 | 90.9 | | 93.9 | 93.9 | | 92.5 | 92.5 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 96.9 | 81.8 | 86.5 | 91.1 | 95.4 | 94.0 | 102.8 | 98.1 | 99.6 | 91.9 | 87.4 | 88.8 | 91.9 | 91.3 | 91.3 | 95.5 | 90.1 | 91.7 |
| 0310 | Concrete Forming & Accessories | 88.4 | 34.1 | 42.1 | 94.6 | 64.7 | 69.1 | 95.9 | 68.1 | 72.2 | 94.0 | 59.2 | 64.3 | 95.6 | 51.7 | 58.2 | 95.3 | 53.0 | 59.3 |
| 0320 | Concrete Reinforcing | 91.5 | 65.1 | 78.9 | 110.9 | 66.0 | 89.2 | 107.1 | 66.8 | 87.6 | 88.5 | 51.7 | 70.7 | 95.3 | 49.6 | 73.2 | 86.8 | 47.2 | 67.6 |
| 0330 | Cast-in-Place Concrete | 102.9 | 57.9 | 86.2 | 96.5 | 76.7 | 89.1 | 88.2 | 69.0 | 81.1 | 84.6 | 64.9 | 77.3 | 83.2 | 65.7 | 76.7 | 94.0 | 65.9 | 83.5 |
| 03 | CONCRETE | 101.0 | 50.2 | 78.7 | 96.5 | 70.4 | 85.1 | 92.8 | 64.9 | 80.4 | 84.5 | 60.7 | 74.1 | 87.1 | 57.2 | 74.0 | 89.4 | 57.4 | 75.4 |
| 04 | MASONRY | 110.5 | 45.1 | 70.3 | 92.6 | 56.3 | 70.3 | 87.7 | 55.9 | 68.2 | 99.9 | 60.6 | 75.8 | 97.6 | 60.2 | 74.6 | 91.7 | 60.7 | 72.7 |
| 05 | METALS | 93.5 | 88.0 | 91.9 | 87.2 | 85.2 | 85.8 | 101.6 | 85.1 | 96.7 | 107.1 | 70.4 | 96.3 | 101.9 | 68.7 | 92.1 | 100.7 | 67.4 | 90.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 76.6 | 31.7 | 51.9 | 98.9 | 65.4 | 80.4 | 100.1 | 70.1 | 83.6 | 99.2 | 60.8 | 78.1 | 100.5 | 50.3 | 72.9 | 92.9 | 52.6 | 70.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 96.1 | 53.6 | 77.6 | 93.0 | 66.4 | 81.4 | 96.9 | 65.0 | 83.0 | 98.3 | 63.4 | 83.1 | 100.1 | 62.3 | 83.6 | 95.1 | 63.8 | 81.5 |
| 08 | OPENINGS | 91.1 | 37.2 | 78.5 | 99.5 | 61.3 | 90.6 | 101.0 | 67.5 | 93.2 | 101.8 | 56.7 | 91.2 | 100.7 | 50.0 | 66.6 | 101.1 | 49.6 | 89.1 |
| 0920 | Plaster & Gypsum Board | 90.9 | 30.3 | 50.1 | 90.9 | 64.5 | 73.1 | 95.9 | 69.3 | 78.0 | 88.2 | 60.1 | 69.3 | 100.7 | 50.0 | 66.6 | 88.9 | 51.6 | 63.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 75.8 | 30.3 | 45.1 | 90.8 | 64.5 | 73.0 | 94.1 | 69.3 | 77.4 | 99.2 | 60.1 | 72.9 | 100.7 | 50.0 | 66.5 | 93.3 | 51.6 | 65.2 |
| 0960 | Flooring | 84.5 | 53.9 | 75.9 | 97.8 | 56.2 | 85.9 | 97.1 | 57.5 | 86.0 | 93.2 | 67.6 | 86.0 | 93.3 | 63.8 | 85.3 | 94.1 | 63.8 | 85.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 85.0 | 44.2 | 60.8 | 93.2 | 59.3 | 73.1 | 100.7 | 68.6 | 81.7 | 92.8 | 51.7 | 68.5 | 91.0 | 51.7 | 67.7 | 95.7 | 44.2 | 65.2 |
| 09 | FINISHES | 88.0 | 37.5 | 60.7 | 95.9 | 61.1 | 77.1 | 97.8 | 66.1 | 80.6 | 86.1 | 60.1 | 72.0 | 92.6 | 53.5 | 71.4 | 91.1 | 53.6 | 70.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 24.0 | 83.1 | 100.0 | 80.5 | 95.7 | 100.0 | 81.1 | 95.8 | 100.0 | 78.9 | 95.3 | 100.0 | 72.7 | 93.9 | 100.0 | 76.5 | 94.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 97.8 | 58.6 | 82.4 | 100.1 | 70.3 | 88.4 | 99.9 | 75.1 | 90.2 | 100.1 | 52.1 | 81.3 | 99.9 | 51.1 | 80.7 | 99.9 | 58.7 | 83.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.3 | 55.4 | 75.6 | 102.9 | 63.6 | 83.5 | 93.5 | 63.2 | 78.6 | 97.9 | 54.0 | 76.3 | 100.9 | 58.9 | 80.2 | 97.5 | 57.2 | 77.6 |
| MF2018 | WEIGHTED AVERAGE | 96.3 | 55.1 | 78.9 | 96.6 | 69.8 | 85.3 | 98.0 | 71.8 | 86.9 | 97.8 | 61.4 | 82.4 | 98.2 | 60.0 | 82.1 | 97.2 | 61.4 | 82.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## TEXAS

| DIVISION | | BEAUMONT | | | BROWNWOOD | | | BRYAN | | | CHILDRESS | | | CORPUS CHRISTI | | | DALLAS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 95.3 | 95.3 | | 90.9 | 90.9 | | 95.3 | 95.3 | | 90.9 | 90.9 | | 100.6 | 100.6 | | 106.9 | 106.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 90.6 | 91.8 | 91.4 | 101.3 | 87.3 | 91.7 | 81.5 | 91.9 | 88.7 | 101.8 | 85.8 | 90.8 | 144.2 | 82.8 | 101.8 | 106.0 | 97.6 | 100.2 |
| 0310 | Concrete Forming & Accessories | 102.3 | 54.6 | 61.7 | 97.6 | 58.7 | 64.4 | 82.1 | 58.2 | 61.7 | 92.6 | 58.6 | 63.6 | 98.4 | 52.2 | 59.0 | 95.0 | 62.3 | 67.1 |
| 0320 | Concrete Reinforcing | 85.7 | 62.0 | 74.2 | 81.9 | 51.1 | 67.0 | 87.9 | 51.2 | 70.2 | 88.7 | 51.0 | 70.5 | 79.8 | 50.9 | 65.8 | 91.4 | 52.3 | 72.5 |
| 0330 | Cast-in-Place Concrete | 90.7 | 65.2 | 81.2 | 96.8 | 58.6 | 82.6 | 72.6 | 59.6 | 67.8 | 86.7 | 58.6 | 76.3 | 114.1 | 67.1 | 96.6 | 92.6 | 71.4 | 84.7 |
| 03 | CONCRETE | 91.0 | 60.7 | 77.7 | 90.3 | 58.2 | 76.2 | 75.8 | 58.5 | 68.2 | 93.4 | 58.2 | 77.9 | 95.2 | 59.1 | 79.4 | 93.3 | 65.3 | 81.0 |
| 04 | MASONRY | 102.9 | 61.7 | 77.6 | 122.8 | 60.6 | 84.6 | 143.3 | 60.6 | 92.5 | 103.5 | 60.2 | 76.9 | 81.4 | 60.7 | 68.7 | 99.5 | 60.2 | 75.3 |
| 05 | METALS | 99.4 | 76.2 | 92.6 | 102.6 | 69.8 | 92.9 | 99.5 | 72.1 | 91.4 | 104.4 | 69.6 | 94.2 | 97.3 | 84.4 | 93.5 | 101.7 | 82.6 | 96.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 113.6 | 54.1 | 80.9 | 105.8 | 60.8 | 81.0 | 78.6 | 59.3 | 68.0 | 98.6 | 60.8 | 77.8 | 115.6 | 51.5 | 80.3 | 100.8 | 63.6 | 80.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 92.8 | 64.3 | 80.4 | 92.0 | 61.9 | 78.9 | 85.2 | 63.8 | 75.9 | 99.0 | 60.4 | 82.2 | 97.7 | 62.2 | 82.2 | 87.3 | 67.2 | 78.6 |
| 08 | OPENINGS | 95.0 | 55.0 | 85.6 | 100.4 | 56.6 | 90.2 | 95.7 | 56.0 | 86.4 | 96.1 | 56.6 | 86.9 | 101.3 | 50.0 | 89.4 | 96.5 | 59.5 | 87.9 |
| 0920 | Plaster & Gypsum Board | 101.0 | 53.2 | 68.9 | 82.6 | 60.1 | 67.5 | 88.2 | 58.7 | 68.3 | 87.6 | 60.1 | 69.1 | 96.5 | 50.5 | 65.5 | 92.7 | 62.5 | 72.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 105.3 | 53.2 | 70.2 | 86.6 | 60.1 | 68.7 | 96.7 | 58.7 | 71.1 | 96.8 | 60.1 | 72.1 | 98.8 | 50.5 | 66.2 | 102.4 | 62.5 | 75.5 |
| 0960 | Flooring | 116.9 | 74.6 | 105.0 | 75.7 | 54.6 | 69.8 | 86.7 | 67.0 | 81.1 | 91.6 | 54.6 | 81.2 | 107.4 | 67.7 | 96.3 | 94.2 | 69.4 | 87.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 94.9 | 53.9 | 70.6 | 92.8 | 51.7 | 68.4 | 92.2 | 57.4 | 71.6 | 92.8 | 51.7 | 68.5 | 110.1 | 44.2 | 71.1 | 96.1 | 54.8 | 71.6 |
| 09 | FINISHES | 98.0 | 57.8 | 76.2 | 77.6 | 57.4 | 66.7 | 85.4 | 59.4 | 71.3 | 86.2 | 57.4 | 70.6 | 101.9 | 53.8 | 75.9 | 97.9 | 62.7 | 78.8 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 77.8 | 95.0 | 100.0 | 73.4 | 94.1 | 100.0 | 77.0 | 94.9 | 100.0 | 73.4 | 94.1 | 100.0 | 77.8 | 95.0 | 100.0 | 82.5 | 96.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 63.0 | 85.5 | 96.5 | 49.5 | 78.0 | 96.5 | 62.4 | 83.1 | 96.5 | 51.7 | 79.0 | 100.0 | 48.7 | 79.9 | 99.9 | 62.3 | 85.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 100.1 | 63.4 | 82.0 | 98.6 | 46.5 | 73.0 | 97.8 | 63.4 | 80.8 | 97.7 | 55.8 | 77.1 | 94.9 | 63.4 | 78.9 | 95.2 | 63.2 | 79.4 |
| MF2018 | WEIGHTED AVERAGE | 97.9 | 65.5 | 84.2 | 97.4 | 58.7 | 81.1 | 95.2 | 64.9 | 82.4 | 97.6 | 60.3 | 81.8 | 98.9 | 61.4 | 83.1 | 98.2 | 68.0 | 85.4 |

## TEXAS

| DIVISION | | DEL RIO | | | DENTON | | | EASTLAND | | | EL PASO | | | FORT WORTH | | | GALVESTON | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 89.9 | 89.9 | | 100.2 | 100.2 | | 90.9 | 90.9 | | 93.9 | 93.9 | | 93.9 | 93.9 | | 107.9 | 107.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 122.2 | 85.5 | 96.9 | 101.4 | 79.7 | 86.4 | 104.0 | 85.5 | 91.2 | 89.7 | 92.7 | 91.8 | 97.4 | 92.7 | 94.2 | 108.4 | 90.6 | 96.1 |
| 0310 | Concrete Forming & Accessories | 95.1 | 51.0 | 57.5 | 105.0 | 58.8 | 65.7 | 98.4 | 58.6 | 64.4 | 95.6 | 56.7 | 62.5 | 98.2 | 59.5 | 65.2 | 90.9 | 55.8 | 61.0 |
| 0320 | Concrete Reinforcing | 80.4 | 47.6 | 64.5 | 83.2 | 51.1 | 67.7 | 82.1 | 51.1 | 67.1 | 94.2 | 51.1 | 73.4 | 88.1 | 50.9 | 70.1 | 87.5 | 59.7 | 74.0 |
| 0330 | Cast-in-Place Concrete | 122.9 | 58.4 | 98.9 | 74.9 | 59.7 | 69.2 | 102.3 | 58.5 | 86.0 | 73.9 | 68.0 | 71.7 | 89.3 | 65.9 | 80.6 | 96.4 | 60.6 | 83.1 |
| 03 | CONCRETE | 115.8 | 54.0 | 88.6 | 70.6 | 59.7 | 65.8 | 94.8 | 58.1 | 78.7 | 82.7 | 60.5 | 72.9 | 86.1 | 61.0 | 75.1 | 92.1 | 60.3 | 78.1 |
| 04 | MASONRY | 95.4 | 60.5 | 74.0 | 131.0 | 59.3 | 86.9 | 92.7 | 60.6 | 73.0 | 91.6 | 62.7 | 73.8 | 92.5 | 59.3 | 72.1 | 99.0 | 60.7 | 75.5 |
| 05 | METALS | 97.2 | 67.2 | 88.4 | 102.1 | 84.9 | 97.1 | 102.4 | 69.6 | 92.7 | 102.1 | 69.4 | 92.5 | 104.3 | 69.5 | 94.1 | 101.2 | 91.4 | 98.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 96.1 | 50.4 | 71.0 | 117.8 | 60.9 | 86.5 | 113.0 | 60.8 | 84.3 | 90.2 | 57.1 | 72.0 | 99.6 | 60.9 | 78.3 | 95.3 | 55.9 | 73.6 |
| 07 | THERMAL & MOISTURE PROTECTION | 94.7 | 62.0 | 80.5 | 90.0 | 62.4 | 78.0 | 92.4 | 61.9 | 79.1 | 91.9 | 64.4 | 80.0 | 89.7 | 64.4 | 78.7 | 84.6 | 64.4 | 75.8 |
| 08 | OPENINGS | 96.6 | 47.8 | 85.2 | 118.7 | 56.2 | 104.2 | 70.6 | 56.6 | 67.4 | 96.3 | 52.8 | 86.2 | 101.2 | 56.6 | 90.8 | 99.7 | 56.0 | 89.5 |
| 0920 | Plaster & Gypsum Board | 93.3 | 49.5 | 63.8 | 87.3 | 60.1 | 69.0 | 82.6 | 60.1 | 67.5 | 97.3 | 56.2 | 69.6 | 89.8 | 60.1 | 69.8 | 94.8 | 55.0 | 68.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 95.3 | 49.5 | 64.4 | 90.7 | 60.1 | 70.1 | 86.6 | 60.1 | 68.7 | 94.2 | 56.2 | 68.6 | 92.7 | 60.1 | 70.7 | 100.8 | 55.0 | 68.9 |
| 0960 | Flooring | 91.9 | 54.6 | 81.4 | 71.9 | 54.6 | 67.1 | 95.9 | 54.6 | 84.3 | 97.3 | 69.7 | 89.5 | 94.5 | 64.5 | 86.0 | 122.4 | 67.0 | 92.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.8 | 42.6 | 65.1 | 103.3 | 48.9 | 71.1 | 94.2 | 51.7 | 69.0 | 98.8 | 49.6 | 69.6 | 101.2 | 51.8 | 72.0 | 104.6 | 53.7 | 74.5 |
| 09 | FINISHES | 94.5 | 50.3 | 70.6 | 76.3 | 57.2 | 66.0 | 84.1 | 57.4 | 69.6 | 92.3 | 58.1 | 73.8 | 89.6 | 59.5 | 73.3 | 95.4 | 56.9 | 74.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 73.6 | 94.1 | 100.0 | 79.2 | 95.4 | 100.0 | 71.7 | 93.7 | 100.0 | 76.6 | 94.8 | 100.0 | 79.2 | 95.4 | 100.0 | 78.3 | 95.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 59.4 | 81.9 | 96.5 | 55.8 | 80.5 | 96.5 | 49.5 | 78.0 | 99.8 | 65.3 | 86.3 | 99.9 | 55.4 | 82.4 | 96.5 | 62.5 | 83.2 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.9 | 59.8 | 78.1 | 101.0 | 58.7 | 80.1 | 98.5 | 58.6 | 78.8 | 97.5 | 50.5 | 74.3 | 100.2 | 58.6 | 79.7 | 99.6 | 63.5 | 81.8 |
| MF2018 | WEIGHTED AVERAGE | 99.7 | 60.4 | 83.1 | 97.3 | 62.9 | 82.7 | 94.2 | 60.3 | 79.8 | 95.9 | 63.6 | 82.3 | 97.6 | 62.9 | 82.9 | 97.7 | 66.5 | 84.5 |

## TEXAS

| DIVISION | | GIDDINGS | | | GREENVILLE | | | HOUSTON | | | HUNTSVILLE | | | LAREDO | | | LONGVIEW | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 89.9 | 89.9 | | 100.4 | 100.4 | | 103.3 | 103.3 | | 95.3 | 95.3 | | 89.9 | 89.9 | | 91.8 | 91.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 106.8 | 85.8 | 92.3 | 96.4 | 82.4 | 86.7 | 107.7 | 95.5 | 99.3 | 96.8 | 91.6 | 93.2 | 100.2 | 86.2 | 90.5 | 93.7 | 88.6 | 90.2 |
| 0310 | Concrete Forming & Accessories | 92.6 | 51.1 | 57.3 | 86.9 | 57.1 | 61.5 | 96.0 | 58.9 | 64.4 | 89.2 | 54.1 | 59.2 | 95.1 | 52.1 | 58.5 | 82.9 | 58.8 | 62.3 |
| 0320 | Concrete Reinforcing | 80.9 | 48.4 | 65.2 | 91.9 | 51.1 | 72.2 | 87.3 | 52.2 | 70.3 | 88.2 | 51.1 | 70.3 | 80.4 | 50.9 | 66.1 | 90.9 | 50.7 | 71.5 |
| 0330 | Cast-in-Place Concrete | 104.1 | 58.7 | 87.2 | 92.1 | 59.6 | 80.0 | 89.6 | 68.9 | 81.9 | 99.9 | 59.5 | 84.9 | 87.8 | 65.0 | 79.3 | 107.1 | 58.5 | 89.0 |
| 03 | CONCRETE | 92.6 | 54.3 | 75.8 | 86.7 | 58.1 | 74.4 | 91.4 | 62.5 | 78.7 | 98.7 | 56.6 | 80.2 | 87.3 | 57.4 | 74.2 | 102.7 | 58.1 | 83.1 |
| 04 | MASONRY | 102.2 | 60.6 | 76.7 | 158.6 | 59.3 | 97.5 | 98.0 | 63.1 | 76.6 | 141.3 | 60.6 | 91.7 | 88.9 | 60.6 | 71.5 | 154.2 | 59.2 | 95.8 |
| 05 | METALS | 96.7 | 68.2 | 88.4 | 99.2 | 83.2 | 94.5 | 103.9 | 77.3 | 96.1 | 99.4 | 71.8 | 91.3 | 99.6 | 69.4 | 90.7 | 91.8 | 68.4 | 84.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 95.3 | 50.4 | 70.6 | 87.2 | 58.4 | 71.4 | 100.6 | 59.2 | 77.8 | 88.1 | 54.1 | 69.4 | 96.1 | 51.4 | 71.5 | 81.2 | 60.8 | 70.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 95.0 | 62.7 | 81.0 | 87.3 | 61.5 | 76.1 | 86.3 | 68.5 | 78.5 | 86.5 | 63.2 | 76.4 | 93.8 | 63.0 | 80.4 | 89.1 | 60.9 | 76.8 |
| 08 | OPENINGS | 95.8 | 48.7 | 84.8 | 92.2 | 55.3 | 83.6 | 106.6 | 56.4 | 94.9 | 95.7 | 52.5 | 85.6 | 96.7 | 49.8 | 85.8 | 83.4 | 56.2 | 77.0 |
| 0920 | Plaster & Gypsum Board | 92.4 | 49.5 | 63.5 | 82.8 | 57.5 | 65.8 | 94.0 | 58.0 | 69.8 | 92.3 | 53.2 | 66.0 | 94.1 | 50.5 | 64.7 | 81.7 | 60.1 | 67.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 95.3 | 49.5 | 64.4 | 98.1 | 57.5 | 70.7 | 97.9 | 58.0 | 71.0 | 96.7 | 53.2 | 67.4 | 98.6 | 50.5 | 66.1 | 93.2 | 60.1 | 70.9 |
| 0960 | Flooring | 91.7 | 54.6 | 81.2 | 87.7 | 54.6 | 78.4 | 103.5 | 71.2 | 94.4 | 91.3 | 54.6 | 81.0 | 91.8 | 63.8 | 83.9 | 93.7 | 54.6 | 82.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.8 | 44.2 | 66.1 | 90.4 | 51.7 | 67.5 | 102.1 | 58.6 | 76.3 | 92.2 | 57.4 | 71.6 | 97.8 | 44.2 | 66.1 | 82.1 | 48.9 | 62.4 |
| 09 | FINISHES | 93.1 | 50.5 | 70.0 | 92.3 | 56.1 | 72.7 | 102.7 | 60.8 | 80.1 | 88.3 | 54.1 | 69.8 | 93.9 | 52.9 | 71.5 | 98.1 | 57.2 | 76.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 70.3 | 93.4 | 100.0 | 76.5 | 94.8 | 100.0 | 83.1 | 96.2 | 100.0 | 69.8 | 93.3 | 100.0 | 75.7 | 94.6 | 100.0 | 79.0 | 95.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 61.4 | 82.7 | 96.5 | 58.0 | 81.3 | 100.0 | 65.3 | 86.3 | 96.5 | 62.4 | 83.1 | 100.0 | 58.9 | 83.8 | 96.4 | 57.5 | 81.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 93.1 | 55.6 | 74.6 | 92.1 | 58.7 | 75.0 | 101.8 | 67.8 | 85.1 | 97.8 | 59.1 | 78.7 | 96.0 | 57.1 | 76.8 | 92.6 | 50.9 | 72.0 |
| MF2018 | WEIGHTED AVERAGE | 96.1 | 60.4 | 81.0 | 97.4 | 62.9 | 82.8 | 100.4 | 68.2 | 86.8 | 98.7 | 62.8 | 83.6 | 96.4 | 61.1 | 81.5 | 97.5 | 61.0 | 82.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## TEXAS

| DIVISION | | LUBBOCK | | | LUFKIN | | | MCALLEN | | | MCKINNEY | | | MIDLAND | | | ODESSA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 102.9 | 102.9 | | 91.8 | 91.8 | | 100.7 | 100.7 | | 100.4 | 100.4 | | 102.9 | 102.9 | | 90.9 | 90.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 115.0 | 86.7 | 95.5 | 88.6 | 90.0 | 89.5 | 149.0 | 82.9 | 103.3 | 92.8 | 82.4 | 85.6 | 117.7 | 85.8 | 95.6 | 92.1 | 88.1 | 89.3 |
| 0310 | Concrete Forming & Accessories | 92.9 | 53.0 | 58.9 | 85.9 | 54.1 | 58.8 | 99.1 | 51.2 | 58.3 | 86.0 | 57.1 | 61.4 | 96.4 | 59.1 | 64.6 | 93.9 | 59.2 | 64.3 |
| 0320 | Concrete Reinforcing | 89.7 | 51.8 | 71.4 | 92.6 | 56.1 | 75.5 | 80.0 | 50.9 | 65.9 | 91.9 | 51.1 | 72.2 | 90.7 | 51.7 | 71.8 | 88.5 | 51.6 | 70.7 |
| 0330 | Cast-in-Place Concrete | 84.7 | 68.2 | 78.6 | 95.8 | 58.3 | 81.8 | 124.0 | 59.7 | 100.1 | 86.3 | 59.6 | 76.4 | 90.0 | 65.9 | 81.1 | 84.6 | 64.9 | 77.3 |
| 03 | CONCRETE | 83.1 | 60.1 | 73.0 | 95.1 | 58.6 | 79.0 | 102.8 | 56.2 | 82.3 | 82.1 | 58.8 | 71.9 | 87.1 | 62.1 | 76.1 | 84.5 | 60.7 | 74.1 |
| 04 | MASONRY | 99.2 | 61.0 | 75.7 | 117.3 | 60.5 | 82.4 | 95.1 | 60.7 | 74.0 | 170.8 | 59.3 | 102.3 | 116.2 | 60.2 | 81.8 | 99.9 | 60.2 | 75.5 |
| 05 | METALS | 110.9 | 85.8 | 103.5 | 99.4 | 73.3 | 91.7 | 97.1 | 84.2 | 93.3 | 99.2 | 83.3 | 94.5 | 109.2 | 85.4 | 102.2 | 106.4 | 70.4 | 95.8 |
| 06 | WOOD, PLASTICS & COMPOSITES | 98.6 | 52.1 | 73.0 | 88.6 | 54.2 | 69.6 | 114.3 | 50.5 | 79.2 | 86.1 | 58.4 | 70.9 | 103.0 | 60.9 | 79.8 | 99.2 | 60.8 | 78.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 88.2 | 63.5 | 77.5 | 88.8 | 60.0 | 76.3 | 97.6 | 62.9 | 82.5 | 87.1 | 61.5 | 76.0 | 88.5 | 63.3 | 77.5 | 98.3 | 62.7 | 82.8 |
| 08 | OPENINGS | 108.6 | 52.4 | 95.5 | 63.3 | 56.6 | 61.7 | 100.4 | 48.6 | 88.3 | 92.2 | 55.3 | 83.6 | 110.0 | 56.7 | 97.6 | 101.8 | 56.7 | 91.2 |
| 0920 | Plaster & Gypsum Board | 88.4 | 51.1 | 63.3 | 80.6 | 53.2 | 62.2 | 97.5 | 49.5 | 65.2 | 82.8 | 57.5 | 65.8 | 90.0 | 60.1 | 69.9 | 88.2 | 60.1 | 69.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 100.0 | 51.1 | 67.0 | 88.3 | 53.2 | 64.7 | 98.6 | 49.5 | 65.5 | 98.1 | 57.5 | 70.7 | 97.6 | 60.1 | 72.3 | 99.2 | 60.1 | 72.9 |
| 0960 | Flooring | 87.5 | 69.0 | 82.3 | 126.2 | 54.6 | 106.1 | 106.9 | 72.8 | 97.3 | 87.2 | 54.6 | 78.1 | 88.6 | 63.8 | 81.7 | 93.2 | 63.8 | 84.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 103.4 | 53.7 | 74.0 | 82.1 | 51.7 | 64.1 | 110.1 | 42.6 | 70.2 | 90.4 | 51.7 | 67.5 | 103.4 | 51.7 | 72.8 | 92.8 | 51.7 | 68.5 |
| 09 | FINISHES | 88.5 | 55.5 | 70.6 | 106.5 | 53.9 | 78.0 | 102.4 | 54.1 | 76.3 | 91.9 | 56.1 | 72.5 | 89.0 | 59.4 | 72.9 | 86.1 | 59.3 | 71.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 78.3 | 95.2 | 100.0 | 70.1 | 93.3 | 100.0 | 75.8 | 94.6 | 100.0 | 79.1 | 95.3 | 100.0 | 73.5 | 94.1 | 100.0 | 73.5 | 94.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.7 | 53.1 | 81.4 | 96.4 | 58.1 | 81.4 | 96.5 | 48.7 | 77.7 | 96.5 | 60.2 | 82.2 | 96.1 | 47.4 | 77.0 | 100.1 | 52.5 | 81.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.7 | 60.1 | 78.6 | 93.9 | 61.4 | 77.8 | 93.8 | 31.6 | 63.1 | 92.2 | 58.7 | 75.6 | 96.8 | 59.8 | 78.1 | 98.0 | 58.9 | 78.7 |
| MF2018 | WEIGHTED AVERAGE | 99.2 | 62.9 | 83.9 | 94.7 | 62.6 | 81.1 | 99.7 | 56.5 | 81.4 | 97.2 | 63.5 | 82.9 | 99.7 | 62.2 | 83.8 | 97.7 | 61.8 | 82.6 |

## TEXAS

| DIVISION | | PALESTINE | | | SAN ANGELO | | | SAN ANTONIO | | | TEMPLE | | | TEXARKANA | | | TYLER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 91.8 | 91.8 | | 90.9 | 90.9 | | 94.1 | 94.1 | | 90.9 | 90.9 | | 91.8 | 91.8 | | 91.8 | 91.8 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 94.2 | 88.8 | 90.5 | 97.8 | 87.7 | 90.8 | 101.5 | 93.7 | 96.1 | 86.7 | 87.6 | 87.3 | 83.4 | 91.1 | 88.7 | 92.9 | 88.7 | 90.0 |
| 0310 | Concrete Forming & Accessories | 77.5 | 58.8 | 61.5 | 97.9 | 51.4 | 58.3 | 94.7 | 52.6 | 58.8 | 101.2 | 51.2 | 58.5 | 93.0 | 59.4 | 64.3 | 87.6 | 58.9 | 63.1 |
| 0320 | Concrete Reinforcing | 90.2 | 51.0 | 71.3 | 81.8 | 51.6 | 67.2 | 89.6 | 47.7 | 69.3 | 82.0 | 50.8 | 66.9 | 90.1 | 50.8 | 71.1 | 90.9 | 50.8 | 71.5 |
| 0330 | Cast-in-Place Concrete | 87.5 | 58.5 | 76.7 | 91.4 | 64.9 | 81.5 | 85.7 | 68.3 | 79.2 | 74.9 | 58.6 | 68.8 | 88.2 | 64.9 | 79.5 | 105.2 | 58.6 | 87.8 |
| 03 | CONCRETE | 97.1 | 58.1 | 80.0 | 86.1 | 57.2 | 73.4 | 88.0 | 58.0 | 74.8 | 73.4 | 54.7 | 65.2 | 88.0 | 60.6 | 75.9 | 102.3 | 58.2 | 82.9 |
| 04 | MASONRY | 111.9 | 59.2 | 79.5 | 119.4 | 60.6 | 83.3 | 89.7 | 60.8 | 71.9 | 130.1 | 60.6 | 87.4 | 175.3 | 59.2 | 103.9 | 164.4 | 59.2 | 99.7 |
| 05 | METALS | 99.1 | 68.5 | 90.1 | 102.7 | 70.3 | 93.2 | 102.0 | 65.4 | 91.3 | 102.4 | 69.2 | 92.7 | 91.7 | 69.0 | 85.0 | 99.0 | 68.5 | 90.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 79.3 | 60.8 | 69.1 | 106.1 | 50.4 | 75.5 | 98.1 | 51.7 | 72.5 | 115.7 | 50.4 | 79.8 | 93.7 | 60.8 | 75.6 | 90.3 | 60.8 | 74.1 |
| 07 | THERMAL & MOISTURE PROTECTION | 89.4 | 61.8 | 77.4 | 91.8 | 62.1 | 79.1 | 86.8 | 65.6 | 77.5 | 91.3 | 61.7 | 78.4 | 88.6 | 63.0 | 77.5 | 89.2 | 61.8 | 77.3 |
| 08 | OPENINGS | 63.3 | 56.6 | 61.7 | 100.5 | 51.0 | 88.9 | 102.1 | 49.5 | 89.8 | 67.3 | 50.8 | 63.4 | 83.3 | 56.5 | 77.1 | 63.2 | 56.5 | 61.7 |
| 0920 | Plaster & Gypsum Board | 79.0 | 60.1 | 66.3 | 82.6 | 49.5 | 60.3 | 93.3 | 50.5 | 64.5 | 82.6 | 49.5 | 60.3 | 86.8 | 60.1 | 68.8 | 80.6 | 60.1 | 66.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 88.3 | 60.1 | 69.3 | 86.6 | 49.5 | 61.6 | 95.2 | 50.5 | 65.1 | 86.6 | 49.5 | 61.6 | 93.2 | 60.1 | 70.9 | 88.3 | 60.1 | 69.3 |
| 0960 | Flooring | 116.4 | 54.6 | 99.0 | 75.8 | 54.6 | 69.9 | 101.2 | 67.7 | 91.9 | 97.5 | 54.6 | 85.4 | 92.7 | 54.6 | 81.6 | 124.7 | 54.6 | 107.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 82.1 | 51.7 | 64.1 | 92.8 | 51.7 | 68.4 | 99.4 | 44.2 | 66.7 | 94.2 | 44.2 | 64.6 | 82.1 | 51.7 | 64.1 | 82.1 | 51.7 | 64.1 |
| 09 | FINISHES | 104.0 | 57.5 | 78.8 | 77.4 | 51.3 | 63.3 | 104.2 | 54.0 | 77.0 | 83.3 | 50.5 | 65.5 | 100.9 | 59.3 | 78.4 | 107.5 | 57.5 | 80.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 73.5 | 94.1 | 100.0 | 76.0 | 94.7 | 100.0 | 78.0 | 95.1 | 100.0 | 72.3 | 93.8 | 100.0 | 79.1 | 95.3 | 100.0 | 79.0 | 95.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.4 | 56.7 | 80.8 | 96.5 | 52.2 | 79.1 | 100.0 | 59.8 | 84.2 | 96.5 | 53.2 | 79.5 | 96.4 | 55.5 | 80.3 | 96.4 | 58.2 | 81.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 90.1 | 48.4 | 69.5 | 102.8 | 54.5 | 79.1 | 97.5 | 59.8 | 78.9 | 99.8 | 52.0 | 76.2 | 93.7 | 54.5 | 74.4 | 92.6 | 53.7 | 73.0 |
| MF2018 | WEIGHTED AVERAGE | 94.2 | 60.4 | 79.9 | 97.1 | 59.4 | 81.2 | 98.3 | 62.3 | 83.1 | 92.5 | 58.5 | 78.2 | 96.7 | 62.0 | 82.1 | 97.8 | 61.6 | 82.5 |

## TEXAS / UTAH

| DIVISION | | VICTORIA | | | WACO | | | WAXAHACHIE | | | WHARTON | | | WICHITA FALLS | | | LOGAN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 106.6 | 106.6 | | 90.9 | 90.9 | | 100.4 | 100.4 | | 107.9 | 107.9 | | 90.9 | 90.9 | | 93.9 | 93.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 113.4 | 88.0 | 95.8 | 95.1 | 88.0 | 90.2 | 94.7 | 82.5 | 86.3 | 118.7 | 90.0 | 98.9 | 95.8 | 88.1 | 90.5 | 99.8 | 89.6 | 92.7 |
| 0310 | Concrete Forming & Accessories | 90.6 | 51.3 | 57.1 | 99.8 | 59.2 | 65.2 | 86.0 | 59.0 | 63.0 | 85.7 | 53.1 | 57.9 | 99.8 | 59.2 | 65.2 | 103.5 | 67.2 | 72.6 |
| 0320 | Concrete Reinforcing | 84.0 | 50.9 | 68.0 | 81.6 | 47.7 | 65.0 | 91.9 | 51.1 | 72.2 | 87.4 | 50.9 | 69.7 | 81.6 | 51.7 | 67.1 | 108.0 | 84.4 | 96.6 |
| 0330 | Cast-in-Place Concrete | 108.3 | 60.5 | 90.5 | 81.0 | 64.9 | 75.0 | 91.1 | 59.8 | 79.5 | 111.3 | 59.5 | 92.0 | 86.5 | 65.0 | 78.5 | 86.4 | 74.3 | 81.9 |
| 03 | CONCRETE | 99.7 | 56.7 | 80.8 | 79.6 | 60.1 | 71.0 | 85.8 | 59.7 | 74.3 | 103.8 | 57.1 | 83.3 | 82.2 | 60.8 | 72.8 | 105.4 | 73.2 | 91.2 |
| 04 | MASONRY | 116.9 | 60.7 | 82.4 | 90.9 | 60.6 | 72.3 | 159.2 | 59.3 | 97.8 | 100.3 | 60.6 | 75.9 | 91.4 | 60.1 | 72.2 | 109.5 | 60.5 | 79.4 |
| 05 | METALS | 99.4 | 87.8 | 96.0 | 104.8 | 68.4 | 94.1 | 99.2 | 83.6 | 94.6 | 101.2 | 87.4 | 97.1 | 104.7 | 70.4 | 94.6 | 109.5 | 82.5 | 101.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 98.4 | 50.5 | 72.1 | 113.9 | 60.8 | 84.7 | 86.1 | 61.0 | 72.3 | 88.4 | 52.7 | 68.8 | 113.9 | 60.8 | 84.7 | 85.9 | 67.1 | 75.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 88.0 | 61.1 | 76.3 | 92.2 | 63.8 | 81.5 | 87.2 | 61.6 | 76.5 | 85.0 | 63.7 | 75.7 | 92.2 | 62.9 | 79.5 | 103.0 | 68.8 | 88.1 |
| 08 | OPENINGS | 99.5 | 51.1 | 88.2 | 78.4 | 55.6 | 73.1 | 92.2 | 56.7 | 83.9 | 99.7 | 52.3 | 88.6 | 78.4 | 56.7 | 73.4 | 92.2 | 66.1 | 86.1 |
| 0920 | Plaster & Gypsum Board | 90.9 | 49.5 | 63.0 | 82.7 | 60.1 | 67.5 | 83.2 | 60.1 | 67.7 | 90.4 | 51.7 | 64.4 | 82.7 | 60.1 | 67.5 | 80.6 | 66.2 | 70.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 101.6 | 49.5 | 66.5 | 87.4 | 60.1 | 69.0 | 99.7 | 60.1 | 73.0 | 100.8 | 51.7 | 67.7 | 87.4 | 60.1 | 69.0 | 104.3 | 66.2 | 78.7 |
| 0960 | Flooring | 100.7 | 54.6 | 87.7 | 96.8 | 63.8 | 87.5 | 87.2 | 54.6 | 78.1 | 99.5 | 66.6 | 90.2 | 97.4 | 71.9 | 90.2 | 97.2 | 63.8 | 87.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 104.8 | 57.4 | 76.8 | 94.2 | 51.7 | 69.0 | 90.4 | 51.7 | 67.5 | 104.6 | 55.7 | 75.7 | 96.1 | 51.7 | 69.8 | 92.6 | 60.7 | 73.7 |
| 09 | FINISHES | 92.4 | 52.0 | 70.6 | 83.7 | 56.6 | 69.0 | 70.5 | 52.5 | 57.6 | 73.6 | 54.7 | 55.2 | 73.3 | 54.3 | 61.9 | 98.6 | 64.9 | 78.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 69.7 | 93.2 | 100.0 | 78.9 | 95.3 | 100.0 | 79.4 | 95.4 | 100.0 | 70.0 | 93.3 | 100.0 | 73.5 | 94.1 | 100.0 | 84.4 | 96.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.5 | 62.3 | 83.1 | 100.0 | 58.1 | 83.8 | 96.5 | 58.0 | 81.4 | 96.5 | 61.9 | 82.9 | 100.0 | 52.1 | 81.2 | 100.0 | 69.2 | 87.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 104.9 | 54.0 | 79.8 | 103.0 | 54.1 | 78.9 | 92.1 | 58.7 | 75.6 | 103.9 | 59.2 | 81.9 | 105.0 | 56.0 | 80.8 | 95.2 | 71.3 | 83.4 |
| MF2018 | WEIGHTED AVERAGE | 99.7 | 62.9 | 84.2 | 94.4 | 62.4 | 80.9 | 97.2 | 63.5 | 83.0 | 99.8 | 64.3 | 84.8 | 95.0 | 61.6 | 80.9 | 100.9 | 71.7 | 88.5 |

# MASTERFORMAT City Cost Indexes ~ Year 2020 Base

## UTAH / VERMONT

| DIVISION | | OGDEN | | | PRICE | | | PROVO | | | SALT LAKE CITY | | | BELLOWS FALLS | | | BENNINGTON | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 93.9 | 93.9 | | 92.9 | 92.9 | | 92.9 | 92.9 | | 93.8 | 93.8 | | 95.7 | 95.7 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 87.3 | 89.6 | 88.9 | 97.1 | 87.4 | 90.4 | 95.9 | 88.0 | 90.5 | 87.0 | 89.5 | 88.7 | 86.8 | 96.1 | 93.3 | 86.2 | 96.1 | 93.1 |
| 0310 | Concrete Forming & Accessories | 103.5 | 67.2 | 72.6 | 106.0 | 64.2 | 70.4 | 105.3 | 67.2 | 72.9 | 105.8 | 67.2 | 72.9 | 96.5 | 101.7 | 100.9 | 94.0 | 101.6 | 100.4 |
| 0320 | Concrete Reinforcing | 107.6 | 84.4 | 96.4 | 115.8 | 84.0 | 100.4 | 116.8 | 84.4 | 101.1 | 110.0 | 84.4 | 97.6 | 85.1 | 86.3 | 85.7 | 85.1 | 86.3 | 85.6 |
| 0330 | Cast-in-Place Concrete | 87.7 | 74.3 | 82.7 | 86.5 | 71.6 | 80.9 | 86.5 | 74.3 | 81.9 | 95.8 | 74.3 | 87.8 | 89.6 | 115.9 | 99.4 | 89.6 | 115.8 | 99.4 |
| 03 | CONCRETE | 94.4 | 73.2 | 85.1 | 106.6 | 70.8 | 90.8 | 104.9 | 73.2 | 91.0 | 114.2 | 73.2 | 96.2 | 88.7 | 103.7 | 95.3 | 88.5 | 103.6 | 95.2 |
| 04 | MASONRY | 104.0 | 60.5 | 77.3 | 115.1 | 65.1 | 84.4 | 115.3 | 60.5 | 81.6 | 118.1 | 60.5 | 82.7 | 96.3 | 86.2 | 90.1 | 105.1 | 86.2 | 93.5 |
| 05 | METALS | 110.0 | 82.5 | 101.9 | 106.5 | 82.5 | 99.5 | 107.5 | 82.5 | 100.1 | 113.7 | 82.5 | 104.5 | 95.2 | 91.1 | 94.0 | 95.1 | 90.9 | 93.9 |
| 06 | WOOD, PLASTICS & COMPOSITES | 85.9 | 67.1 | 75.5 | 89.2 | 64.0 | 75.3 | 87.5 | 67.1 | 76.3 | 87.8 | 67.1 | 76.4 | 102.8 | 106.8 | 105.0 | 100.1 | 106.8 | 103.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 101.8 | 68.8 | 87.4 | 104.8 | 68.3 | 88.9 | 104.9 | 68.8 | 89.2 | 110.0 | 68.8 | 92.1 | 100.9 | 89.1 | 95.8 | 100.9 | 89.1 | 95.8 |
| 08 | OPENINGS | 92.2 | 66.1 | 86.1 | 96.1 | 76.3 | 91.5 | 96.1 | 66.1 | 89.1 | 94.1 | 66.1 | 87.5 | 100.1 | 97.5 | 99.5 | 100.1 | 97.5 | 99.5 |
| 0920 | Plaster & Gypsum Board | 80.6 | 66.2 | 70.9 | 83.4 | 63.1 | 69.8 | 81.2 | 66.2 | 71.1 | 90.9 | 66.2 | 74.3 | 108.9 | 106.7 | 107.4 | 107.9 | 106.7 | 107.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 104.3 | 66.2 | 78.7 | 104.3 | 63.1 | 76.5 | 104.3 | 66.2 | 78.7 | 97.1 | 66.2 | 76.3 | 97.2 | 106.7 | 103.6 | 97.2 | 106.7 | 103.6 |
| 0960 | Flooring | 95.2 | 60.5 | 85.4 | 98.4 | 56.1 | 86.5 | 98.2 | 60.5 | 89.6 | 99.0 | 60.5 | 88.1 | 92.0 | 98.9 | 94.0 | 91.2 | 98.9 | 93.4 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 92.6 | 60.7 | 73.7 | 92.6 | 60.7 | 73.7 | 92.6 | 60.7 | 73.7 | 95.7 | 60.7 | 75.0 | 86.4 | 101.5 | 95.3 | 86.4 | 101.5 | 95.3 |
| 09 | FINISHES | 92.0 | 64.9 | 77.3 | 95.0 | 61.7 | 77.0 | 94.5 | 64.9 | 78.5 | 93.7 | 64.9 | 78.1 | 90.6 | 101.8 | 96.7 | 90.3 | 101.8 | 96.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 84.4 | 96.5 | 100.0 | 81.6 | 95.9 | 100.0 | 84.4 | 96.5 | 100.0 | 84.4 | 96.5 | 100.0 | 91.8 | 98.2 | 100.0 | 91.7 | 98.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 69.2 | 87.9 | 98.1 | 63.2 | 84.4 | 100.0 | 69.2 | 87.9 | 100.1 | 69.2 | 88.0 | 96.7 | 87.6 | 93.1 | 96.7 | 87.6 | 93.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 95.5 | 71.3 | 83.6 | 100.2 | 68.8 | 84.7 | 95.7 | 68.6 | 82.3 | 98.1 | 71.3 | 84.9 | 108.3 | 79.5 | 94.1 | 108.3 | 54.5 | 81.8 |
| MF2018 | WEIGHTED AVERAGE | 98.8 | 71.7 | 87.4 | 101.4 | 70.0 | 88.1 | 101.2 | 71.2 | 88.5 | 103.5 | 71.7 | 90.1 | 96.7 | 92.1 | 94.8 | 97.0 | 88.6 | 93.4 |

## VERMONT

| DIVISION | | BRATTLEBORO | | | BURLINGTON | | | GUILDHALL | | | MONTPELIER | | | RUTLAND | | | ST. JOHNSBURY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 95.7 | 95.7 | | 99.0 | 99.0 | | 95.7 | 95.7 | | 99.0 | 99.0 | | 95.7 | 95.7 | | 95.7 | 95.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 87.8 | 96.1 | 93.5 | 99.4 | 98.4 | 98.4 | 85.8 | 91.9 | 90.0 | 89.7 | 100.8 | 97.3 | 90.4 | 96.1 | 94.3 | 85.9 | 95.2 | 92.3 |
| 0310 | Concrete Forming & Accessories | 96.7 | 101.7 | 101.0 | 99.4 | 80.2 | 83.0 | 94.6 | 95.1 | 95.1 | 97.3 | 101.3 | 100.7 | 97.0 | 80.0 | 82.5 | 93.5 | 95.6 | 95.2 |
| 0320 | Concrete Reinforcing | 84.1 | 86.3 | 85.2 | 99.3 | 86.2 | 97.1 | 85.8 | 86.1 | 86.0 | 101.6 | 86.2 | 94.2 | 106.4 | 86.1 | 96.6 | 84.1 | 86.2 | 85.1 |
| 0330 | Cast-in-Place Concrete | 92.5 | 115.9 | 101.2 | 109.6 | 116.7 | 112.2 | 86.9 | 107.2 | 94.4 | 104.5 | 116.7 | 109.0 | 87.8 | 115.6 | 98.2 | 86.9 | 107.3 | 94.5 |
| 03 | CONCRETE | 90.7 | 103.7 | 96.4 | 101.7 | 94.2 | 98.4 | 86.2 | 97.7 | 91.3 | 98.5 | 103.7 | 100.8 | 91.4 | 93.8 | 92.5 | 85.9 | 97.9 | 91.2 |
| 04 | MASONRY | 104.6 | 86.2 | 93.3 | 103.9 | 86.4 | 93.1 | 104.8 | 71.5 | 84.4 | 101.4 | 86.4 | 92.2 | 87.2 | 86.3 | 86.7 | 131.1 | 71.5 | 94.5 |
| 05 | METALS | 95.1 | 91.1 | 93.9 | 102.8 | 89.8 | 99.0 | 95.2 | 90.0 | 93.7 | 101.2 | 89.9 | 97.9 | 95.2 | 90.4 | 93.8 | 95.2 | 90.4 | 93.8 |
| 06 | WOOD, PLASTICS & COMPOSITES | 103.1 | 106.8 | 105.1 | 99.2 | 78.5 | 87.8 | 99.0 | 106.8 | 103.3 | 96.0 | 106.9 | 102.0 | 103.2 | 78.3 | 89.5 | 94.1 | 106.8 | 101.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 101.0 | 89.1 | 95.8 | 101.4 | 86.3 | 94.8 | 100.7 | 82.4 | 92.8 | 109.4 | 89.7 | 100.8 | 101.1 | 86.1 | 94.6 | 100.6 | 82.4 | 92.7 |
| 08 | OPENINGS | 100.1 | 97.8 | 99.6 | 102.6 | 78.4 | 96.9 | 100.1 | 94.0 | 98.7 | 103.1 | 94.1 | 101.0 | 103.2 | 78.3 | 97.4 | 100.1 | 94.0 | 98.7 |
| 0920 | Plaster & Gypsum Board | 108.9 | 106.7 | 107.4 | 109.9 | 77.4 | 88.1 | 114.5 | 106.7 | 109.2 | 110.4 | 106.7 | 107.9 | 109.4 | 77.4 | 87.9 | 115.8 | 106.7 | 109.6 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 97.2 | 106.7 | 103.6 | 103.9 | 77.4 | 86.0 | 97.2 | 106.7 | 103.6 | 104.9 | 106.7 | 106.1 | 103.2 | 77.4 | 85.8 | 97.2 | 106.7 | 103.6 |
| 0960 | Flooring | 92.2 | 98.9 | 94.1 | 101.8 | 98.9 | 101.0 | 95.0 | 98.9 | 96.1 | 98.5 | 98.9 | 98.6 | 92.0 | 98.9 | 94.0 | 98.3 | 98.9 | 98.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 86.4 | 101.5 | 95.3 | 98.0 | 88.3 | 92.3 | 86.4 | 88.3 | 87.5 | 97.8 | 88.3 | 92.2 | 86.4 | 88.3 | 87.5 | 86.4 | 88.3 | 87.5 |
| 09 | FINISHES | 90.8 | 101.8 | 96.8 | 99.1 | 83.8 | 90.8 | 92.2 | 96.7 | 94.6 | 97.9 | 100.6 | 99.4 | 92.0 | 83.7 | 87.5 | 93.3 | 96.7 | 95.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 91.8 | 98.2 | 100.0 | 89.1 | 97.6 | 100.0 | 86.7 | 97.0 | 100.0 | 92.2 | 98.3 | 100.0 | 88.6 | 97.5 | 100.0 | 86.8 | 97.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.7 | 87.6 | 93.1 | 100.0 | 68.3 | 87.6 | 96.7 | 60.5 | 82.5 | 96.5 | 68.3 | 85.4 | 100.2 | 68.2 | 87.7 | 96.7 | 60.5 | 82.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 108.3 | 79.5 | 94.1 | 100.7 | 63.6 | 81.0 | 108.3 | 54.5 | 81.8 | 108.1 | 53.6 | 81.3 | 108.4 | 53.6 | 81.4 | 108.3 | 54.5 | 81.8 |
| MF2018 | WEIGHTED AVERAGE | 97.4 | 92.1 | 95.2 | 101.9 | 79.8 | 92.5 | 96.8 | 79.0 | 89.3 | 100.2 | 84.4 | 93.5 | 98.9 | 79.4 | 90.7 | 98.1 | 79.3 | 90.2 |

## VERMONT / VIRGINIA

| DIVISION | | WHITE RIVER JCT. | | | ALEXANDRIA | | | ARLINGTON | | | BRISTOL | | | CHARLOTTESVILLE | | | CULPEPER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 95.7 | 95.7 | | 105.3 | 105.3 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 108.1 | 108.1 | | 104.1 | 104.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 90.3 | 95.2 | 93.7 | 113.7 | 89.0 | 96.7 | 123.9 | 87.0 | 98.5 | 108.2 | 86.0 | 92.8 | 112.7 | 88.3 | 95.9 | 111.4 | 86.5 | 94.2 |
| 0310 | Concrete Forming & Accessories | 91.4 | 96.1 | 95.4 | 91.5 | 71.9 | 74.8 | 90.5 | 71.6 | 74.4 | 86.6 | 64.1 | 67.5 | 85.1 | 61.7 | 65.2 | 82.4 | 71.0 | 72.7 |
| 0320 | Concrete Reinforcing | 85.1 | 86.2 | 85.6 | 86.6 | 85.9 | 86.3 | 85.9 | 85.1 | 85.5 | 97.7 | 83.7 | 91.0 | 97.1 | 73.0 | 85.4 | 97.8 | 84.9 | 91.6 |
| 0330 | Cast-in-Place Concrete | 92.5 | 108.1 | 98.3 | 108.1 | 77.7 | 96.8 | 105.2 | 77.2 | 94.8 | 104.8 | 44.5 | 82.3 | 109.0 | 75.5 | 96.5 | 107.7 | 74.4 | 95.3 |
| 03 | CONCRETE | 92.6 | 98.4 | 95.2 | 99.9 | 77.7 | 90.1 | 104.5 | 77.4 | 90.6 | 100.8 | 62.4 | 83.9 | 101.3 | 70.2 | 87.7 | 98.4 | 76.0 | 88.6 |
| 04 | MASONRY | 117.2 | 72.9 | 90.0 | 89.8 | 73.7 | 79.9 | 102.3 | 72.6 | 84.0 | 92.3 | 45.4 | 63.5 | 116.9 | 55.3 | 79.0 | 105.1 | 70.8 | 84.1 |
| 05 | METALS | 95.2 | 90.4 | 93.8 | 106.0 | 100.8 | 104.5 | 104.6 | 101.8 | 103.8 | 103.4 | 97.8 | 101.8 | 103.5 | 101.4 | 103.7 | 103.7 | 99.6 | 102.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 97.1 | 106.8 | 102.4 | 91.0 | 70.1 | 79.5 | 87.5 | 70.1 | 78.0 | 80.2 | 69.8 | 74.5 | 78.7 | 59.8 | 68.3 | 77.4 | 70.1 | 73.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 101.1 | 83.0 | 93.2 | 102.5 | 81.1 | 93.2 | 104.6 | 80.5 | 94.1 | 103.9 | 58.8 | 84.3 | 103.5 | 65.7 | 88.0 | 103.7 | 78.9 | 92.9 |
| 08 | OPENINGS | 100.1 | 94.0 | 98.7 | 95.4 | 74.3 | 90.5 | 93.7 | 74.3 | 89.2 | 96.4 | 67.9 | 89.7 | 94.8 | 65.7 | 88.0 | 95.1 | 73.8 | 90.1 |
| 0920 | Plaster & Gypsum Board | 106.6 | 106.7 | 106.7 | 92.4 | 69.2 | 78.6 | 94.8 | 69.2 | 77.6 | 90.8 | 69.2 | 76.2 | 91.1 | 68.9 | 76.2 | 91.3 | 69.2 | 76.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 97.2 | 106.7 | 103.6 | 92.4 | 69.2 | 76.8 | 90.8 | 69.2 | 76.2 | 90.0 | 68.9 | 75.8 | 90.0 | 57.9 | 68.4 | 90.3 | 69.2 | 76.2 |
| 0960 | Flooring | 90.2 | 98.9 | 92.6 | 97.1 | 77.4 | 91.5 | 95.6 | 75.7 | 90.0 | 92.3 | 55.7 | 82.0 | 90.8 | 50.8 | 80.4 | 90.4 | 74.4 | 86.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 86.4 | 88.3 | 87.5 | 115.8 | 76.0 | 92.3 | 115.8 | 73.1 | 90.6 | 102.1 | 55.3 | 74.4 | 102.1 | 58.6 | 76.3 | 115.8 | 73.1 | 90.6 |
| 09 | FINISHES | 90.1 | 97.1 | 93.9 | 93.8 | 71.6 | 81.8 | 93.8 | 71.6 | 81.8 | 91.6 | 61.5 | 76.1 | 91.5 | 59.4 | 73.5 | 90.7 | 71.2 | 80.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 87.2 | 97.1 | 100.0 | 86.6 | 97.0 | 100.0 | 84.4 | 96.5 | 100.0 | 75.1 | 94.5 | 100.0 | 83.2 | 96.2 | 100.0 | 83.6 | 96.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.7 | 61.2 | 82.8 | 100.4 | 85.6 | 94.6 | 100.4 | 85.6 | 94.6 | 96.8 | 46.0 | 76.9 | 96.8 | 69.1 | 86.0 | 96.8 | 85.3 | 92.3 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 108.3 | 54.4 | 81.0 | 96.6 | 100.2 | 98.4 | 94.4 | 100.2 | 97.3 | 96.2 | 36.3 | 66.7 | 96.2 | 70.4 | 83.5 | 98.8 | 96.9 | 97.7 |
| MF2018 | WEIGHTED AVERAGE | 98.2 | 79.8 | 90.4 | 99.6 | 84.8 | 93.3 | 100.4 | 84.2 | 93.6 | 98.2 | 59.3 | 81.8 | 99.4 | 71.0 | 87.4 | 98.7 | 83.0 | 92.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## VIRGINIA

| DIVISION | | FAIRFAX | | | FARMVILLE | | | FREDERICKSBURG | | | GRUNDY | | | HARRISONBURG | | | LYNCHBURG | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 104.1 | 104.1 | | 108.1 | 108.1 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 122.4 | 86.7 | 97.8 | 108.5 | 87.3 | 93.9 | 110.9 | 86.4 | 93.9 | 106.0 | 85.3 | 91.7 | 119.3 | 85.0 | 95.6 | 106.8 | 86.7 | 92.9 |
| 0310 | Concrete Forming & Accessories | 85.1 | 63.8 | 67.0 | 98.9 | 60.3 | 66.0 | 85.1 | 65.4 | 68.3 | 89.6 | 38.2 | 45.8 | 81.4 | 56.6 | 60.2 | 86.6 | 70.5 | 72.9 |
| 0320 | Concrete Reinforcing | 97.8 | 90.3 | 94.2 | 92.9 | 67.9 | 80.8 | 98.5 | 80.1 | 89.6 | 96.4 | 44.1 | 71.1 | 97.8 | 57.3 | 78.2 | 97.1 | 84.5 | 91.0 |
| 0330 | Cast-in-Place Concrete | 105.2 | 78.5 | 95.2 | 106.8 | 83.9 | 98.3 | 106.8 | 74.2 | 94.7 | 104.8 | 50.9 | 84.7 | 105.2 | 52.6 | 85.6 | 104.8 | 74.3 | 93.4 |
| 03 | CONCRETE | 104.2 | 75.2 | 91.5 | 101.8 | 71.5 | 88.5 | 98.1 | 72.7 | 86.3 | 99.3 | 45.8 | 75.8 | 102.0 | 57.1 | 82.3 | 99.2 | 75.8 | 88.9 |
| 04 | MASONRY | 102.2 | 73.6 | 84.6 | 101.8 | 50.0 | 69.9 | 104.0 | 66.7 | 81.1 | 94.9 | 55.4 | 70.6 | 101.4 | 57.9 | 74.6 | 109.3 | 63.9 | 81.4 |
| 05 | METALS | 103.8 | 102.5 | 103.4 | 101.3 | 90.8 | 98.2 | 103.8 | 98.0 | 102.1 | 103.4 | 75.2 | 95.1 | 103.7 | 87.2 | 98.9 | 103.6 | 99.8 | 102.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 80.2 | 59.2 | 68.6 | 93.0 | 59.8 | 74.7 | 80.2 | 64.6 | 71.6 | 83.1 | 30.6 | 54.2 | 76.3 | 59.2 | 66.9 | 80.2 | 71.5 | 75.4 |
| 07 | THERMAL & MOISTURE PROTECTION | 104.4 | 79.9 | 93.7 | 105.2 | 69.4 | 89.6 | 103.7 | 76.3 | 91.8 | 103.9 | 57.3 | 83.6 | 104.1 | 69.6 | 89.1 | 103.7 | 70.4 | 89.2 |
| 08 | OPENINGS | 93.7 | 69.6 | 88.0 | 94.3 | 54.9 | 85.1 | 94.8 | 68.5 | 88.7 | 96.4 | 30.1 | 80.9 | 95.0 | 57.0 | 86.2 | 95.0 | 68.8 | 88.9 |
| 0920 | Plaster & Gypsum Board | 91.3 | 57.9 | 68.9 | 103.1 | 57.9 | 72.7 | 91.3 | 63.6 | 72.7 | 91.1 | 28.5 | 49.0 | 91.1 | 57.9 | 68.8 | 91.1 | 70.7 | 77.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 90.8 | 57.9 | 68.6 | 86.5 | 57.9 | 67.2 | 90.8 | 63.6 | 72.4 | 90.0 | 28.5 | 48.6 | 90.0 | 57.9 | 68.4 | 90.0 | 70.7 | 77.0 |
| 0960 | Flooring | 92.5 | 76.7 | 88.1 | 95.6 | 50.5 | 82.9 | 92.5 | 72.4 | 86.9 | 93.3 | 28.2 | 75.2 | 90.6 | 74.4 | 86.1 | 92.3 | 65.4 | 84.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 115.8 | 73.6 | 90.8 | 99.6 | 57.2 | 74.5 | 115.8 | 57.0 | 81.0 | 102.1 | 31.2 | 60.2 | 115.8 | 48.3 | 75.9 | 102.1 | 55.3 | 74.4 |
| 09 | FINISHES | 92.4 | 65.7 | 77.9 | 90.6 | 57.7 | 72.8 | 91.3 | 65.0 | 77.1 | 90.7 | 33.9 | 60.0 | 91.3 | 58.9 | 73.7 | 90.4 | 67.8 | 78.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 84.2 | 96.5 | 100.0 | 77.1 | 94.9 | 100.0 | 78.3 | 95.2 | 100.0 | 73.6 | 94.1 | 100.0 | 62.8 | 91.7 | 100.0 | 78.8 | 95.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.8 | 88.1 | 93.4 | 96.9 | 52.0 | 79.3 | 96.8 | 79.9 | 90.2 | 96.8 | 65.7 | 84.6 | 96.8 | 65.4 | 84.5 | 96.8 | 69.5 | 86.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 97.3 | 101.1 | 99.1 | 91.2 | 83.5 | 87.4 | 94.5 | 91.8 | 93.2 | 96.2 | 68.3 | 82.5 | 96.4 | 86.4 | 91.5 | 97.2 | 67.8 | 82.7 |
| MF2018 | WEIGHTED AVERAGE | 99.5 | 83.6 | 92.8 | 97.9 | 65.3 | 84.1 | 98.3 | 78.7 | 90.0 | 98.1 | 58.8 | 81.5 | 99.0 | 68.8 | 86.3 | 98.7 | 73.8 | 88.2 |

## VIRGINIA

| DIVISION | | NEWPORT NEWS | | | NORFOLK | | | PETERSBURG | | | PORTSMOUTH | | | PULASKI | | | RICHMOND | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 108.2 | 108.2 | | 110.2 | 110.2 | | 108.1 | 108.1 | | 108.0 | 108.0 | | 104.1 | 104.1 | | 109.6 | 109.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 107.6 | 88.4 | 94.3 | 106.9 | 93.8 | 97.9 | 111.1 | 88.4 | 95.4 | 106.2 | 88.2 | 93.8 | 105.4 | 85.7 | 91.8 | 103.4 | 92.8 | 96.1 |
| 0310 | Concrete Forming & Accessories | 98.1 | 61.1 | 66.6 | 103.6 | 61.2 | 67.5 | 91.8 | 61.8 | 66.2 | 87.8 | 61.3 | 65.2 | 89.6 | 40.4 | 47.7 | 94.2 | 61.9 | 66.7 |
| 0320 | Concrete Reinforcing | 92.8 | 66.2 | 79.9 | 101.2 | 66.2 | 84.3 | 92.4 | 73.6 | 83.3 | 92.4 | 66.2 | 79.7 | 96.4 | 83.8 | 90.3 | 102.1 | 73.6 | 88.4 |
| 0330 | Cast-in-Place Concrete | 103.8 | 64.5 | 89.2 | 111.0 | 76.1 | 98.0 | 110.2 | 76.6 | 97.7 | 102.8 | 65.6 | 89.0 | 104.8 | 82.4 | 96.5 | 95.3 | 76.6 | 88.4 |
| 03 | CONCRETE | 98.9 | 65.0 | 84.0 | 102.1 | 69.0 | 87.6 | 104.5 | 70.8 | 89.7 | 97.7 | 65.5 | 83.6 | 99.3 | 64.7 | 84.1 | 94.5 | 70.7 | 84.0 |
| 04 | MASONRY | 97.3 | 55.0 | 71.3 | 97.1 | 55.0 | 71.3 | 110.2 | 64.6 | 82.2 | 103.0 | 55.6 | 73.9 | 87.9 | 54.3 | 67.3 | 93.3 | 64.7 | 75.7 |
| 05 | METALS | 103.8 | 93.1 | 100.6 | 105.3 | 91.8 | 101.3 | 101.4 | 96.7 | 100.0 | 102.7 | 93.1 | 99.9 | 103.5 | 96.0 | 101.3 | 105.9 | 95.3 | 102.8 |
| 06 | WOOD, PLASTICS & COMPOSITES | 91.8 | 59.8 | 74.2 | 99.3 | 59.7 | 77.5 | 83.2 | 59.5 | 70.2 | 79.6 | 59.8 | 68.7 | 83.1 | 32.0 | 55.0 | 93.7 | 59.7 | 75.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 105.1 | 67.7 | 88.9 | 104.4 | 70.0 | 89.5 | 105.1 | 72.3 | 90.9 | 105.1 | 68.0 | 89.0 | 103.9 | 66.6 | 87.6 | 101.0 | 72.9 | 88.8 |
| 08 | OPENINGS | 94.6 | 60.1 | 86.6 | 95.2 | 60.1 | 87.0 | 97.0 | 64.0 | 89.3 | 94.7 | 56.0 | 85.7 | 96.4 | 42.9 | 83.9 | 101.7 | 65.7 | 93.3 |
| 0920 | Plaster & Gypsum Board | 104.3 | 57.9 | 73.1 | 98.5 | 57.9 | 71.2 | 97.8 | 57.7 | 70.8 | 98.6 | 57.9 | 71.2 | 91.1 | 30.0 | 50.0 | 99.5 | 57.9 | 71.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 91.4 | 57.9 | 68.8 | 88.8 | 57.9 | 68.0 | 88.2 | 57.7 | 67.6 | 91.4 | 57.9 | 68.8 | 90.0 | 30.0 | 49.6 | 89.5 | 57.9 | 68.2 |
| 0960 | Flooring | 95.6 | 51.1 | 83.1 | 96.2 | 51.1 | 83.5 | 91.7 | 71.7 | 86.1 | 88.9 | 51.7 | 78.4 | 93.5 | 55.7 | 82.9 | 94.0 | 71.7 | 87.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 99.6 | 59.7 | 76.0 | 101.2 | 59.7 | 76.6 | 99.6 | 58.6 | 75.3 | 99.6 | 59.7 | 76.0 | 102.1 | 48.3 | 70.3 | 95.4 | 58.6 | 73.6 |
| 09 | FINISHES | 91.5 | 58.4 | 73.6 | 90.5 | 58.3 | 73.1 | 89.3 | 62.5 | 74.8 | 88.8 | 58.6 | 72.5 | 90.7 | 40.9 | 63.8 | 91.9 | 62.5 | 76.0 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 83.4 | 96.3 | 100.0 | 83.2 | 96.3 | 100.0 | 83.1 | 96.2 | 100.0 | 83.6 | 96.3 | 100.0 | 73.2 | 94.0 | 100.0 | 83.0 | 96.2 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.4 | 66.8 | 87.2 | 100.1 | 66.8 | 87.0 | 96.9 | 69.1 | 86.0 | 100.4 | 67.1 | 87.4 | 96.8 | 66.0 | 84.7 | 100.0 | 69.1 | 87.9 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 93.6 | 64.2 | 79.1 | 98.0 | 60.7 | 79.6 | 93.8 | 70.5 | 82.3 | 92.1 | 60.7 | 76.7 | 94.3 | 83.4 | 89.9 | 96.8 | 70.4 | 83.8 |
| MF2018 | WEIGHTED AVERAGE | 98.8 | 68.3 | 85.9 | 99.9 | 68.7 | 86.7 | 98.7 | 72.6 | 87.7 | 98.3 | 67.8 | 85.4 | 97.8 | 67.1 | 84.8 | 99.2 | 72.8 | 88.1 |

## VIRGINIA / WASHINGTON

| DIVISION | | ROANOKE | | | STAUNTON | | | WINCHESTER | | | CLARKSTON | | | EVERETT | | | OLYMPIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 104.1 | 104.1 | | 108.1 | 108.1 | | 104.1 | 104.1 | | 90.2 | 90.2 | | 99.3 | 99.3 | | 101.6 | 101.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 106.0 | 86.8 | 92.7 | 109.3 | 87.3 | 94.1 | 118.1 | 86.4 | 96.2 | 98.1 | 86.1 | 89.8 | 92.1 | 105.6 | 101.4 | 92.8 | 108.2 | 103.5 |
| 0310 | Concrete Forming & Accessories | 95.7 | 71.2 | 74.8 | 89.3 | 61.4 | 65.5 | 83.6 | 64.4 | 68.9 | 107.0 | 64.2 | 70.5 | 111.6 | 104.6 | 105.7 | 101.6 | 104.3 | 103.9 |
| 0320 | Concrete Reinforcing | 97.5 | 84.6 | 91.2 | 97.1 | 83.0 | 90.7 | 97.1 | 80.2 | 88.9 | 108.4 | 95.9 | 102.3 | 119.9 | 114.5 | 111.8 | 119.5 | 114.4 | 117.0 |
| 0330 | Cast-in-Place Concrete | 119.0 | 86.2 | 106.8 | 109.0 | 85.5 | 100.2 | 105.2 | 63.9 | 89.8 | 82.3 | 82.9 | 82.5 | 102.6 | 109.4 | 105.1 | 95.3 | 109.8 | 100.7 |
| 03 | CONCRETE | 103.5 | 80.2 | 93.3 | 100.7 | 75.2 | 89.5 | 101.5 | 69.5 | 87.4 | 87.6 | 76.6 | 82.8 | 95.1 | 107.4 | 100.5 | 93.7 | 107.2 | 99.7 |
| 04 | MASONRY | 96.3 | 65.9 | 77.6 | 105.0 | 55.3 | 74.5 | 98.7 | 69.8 | 80.9 | 97.8 | 91.7 | 94.0 | 121.0 | 101.8 | 109.2 | 115.3 | 101.7 | 107.0 |
| 05 | METALS | 105.8 | 100.2 | 104.2 | 103.6 | 96.6 | 101.4 | 103.8 | 97.9 | 102.1 | 92.8 | 87.3 | 91.2 | 118.9 | 98.4 | 111.4 | 117.8 | 96.1 | 111.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 91.9 | 71.5 | 80.7 | 83.1 | 59.8 | 70.3 | 78.7 | 64.8 | 71.1 | 104.4 | 58.5 | 79.2 | 107.5 | 104.7 | 105.9 | 97.5 | 104.8 | 101.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.6 | 76.0 | 91.6 | 103.4 | 67.5 | 87.8 | 104.2 | 75.9 | 91.9 | 159.7 | 82.9 | 126.3 | 112.4 | 105.9 | 109.6 | 108.3 | 103.0 | 106.0 |
| 08 | OPENINGS | 95.4 | 68.8 | 89.2 | 95.0 | 58.5 | 86.5 | 96.5 | 68.3 | 89.9 | 116.4 | 65.0 | 104.4 | 106.0 | 107.3 | 106.3 | 109.6 | 104.8 | 108.5 |
| 0920 | Plaster & Gypsum Board | 98.0 | 70.7 | 79.6 | 91.1 | 57.9 | 68.8 | 91.3 | 63.8 | 72.8 | 104.5 | 57.3 | 89.1 | 112.7 | 104.9 | 107.5 | 106.5 | 104.9 | 105.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 92.4 | 70.7 | 77.8 | 90.0 | 57.9 | 68.4 | 90.8 | 63.8 | 72.6 | 103.8 | 57.3 | 72.4 | 101.2 | 104.9 | 103.7 | 98.7 | 104.9 | 102.9 |
| 0960 | Flooring | 97.1 | 67.3 | 88.7 | 93.1 | 33.1 | 76.2 | 92.0 | 74.4 | 87.1 | 85.4 | 77.5 | 83.2 | 109.9 | 96.0 | 106.0 | 97.6 | 96.0 | 97.1 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 102.1 | 55.3 | 74.4 | 102.1 | 30.7 | 59.8 | 115.8 | 77.6 | 93.2 | 84.4 | 72.1 | 77.2 | 97.6 | 95.2 | 96.2 | 99.6 | 93.1 | 95.8 |
| 09 | FINISHES | 92.7 | 68.5 | 79.6 | 90.6 | 52.6 | 70.0 | 91.8 | 68.3 | 79.1 | 108.2 | 65.8 | 85.2 | 105.4 | 101.6 | 103.4 | 94.9 | 101.5 | 98.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 79.2 | 95.4 | 100.0 | 78.2 | 95.1 | 100.0 | 82.7 | 96.1 | 100.0 | 89.3 | 97.6 | 100.0 | 103.7 | 100.8 | 100.0 | 99.9 | 100.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.4 | 67.9 | 87.6 | 96.8 | 59.3 | 82.1 | 96.8 | 81.4 | 90.8 | 96.7 | 80.6 | 90.4 | 100.0 | 105.2 | 102.0 | 99.9 | 100.6 | 100.2 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.2 | 60.8 | 78.8 | 95.2 | 68.4 | 82.0 | 94.9 | 91.8 | 93.4 | 89.4 | 95.6 | 92.5 | 107.0 | 104.1 | 105.6 | 105.4 | 97.7 | 101.6 |
| MF2018 | WEIGHTED AVERAGE | 100.1 | 73.6 | 88.9 | 98.6 | 67.9 | 85.6 | 98.9 | 79.5 | 90.7 | 99.1 | 81.9 | 91.8 | 105.1 | 104.0 | 104.6 | 104.0 | 101.8 | 103.1 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | WASHINGTON | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | RICHLAND | | | SEATTLE | | | SPOKANE | | | TACOMA | | | VANCOUVER | | | WENATCHEE | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 90.2 | 90.2 | | 102.4 | 102.4 | | 90.2 | 90.2 | | 99.3 | 99.3 | | 95.8 | 95.8 | | 99.3 | 99.3 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 100.3 | 86.3 | 90.6 | 97.8 | 108.9 | 105.5 | 99.7 | 86.3 | 90.4 | 95.2 | 105.1 | 102.1 | 105.2 | 93.1 | 96.8 | 104.0 | 102.8 | 103.2 |
| 0310 | Concrete Forming & Accessories | 107.1 | 80.0 | 84.0 | 107.4 | 109.5 | 109.2 | 112.0 | 79.5 | 84.3 | 102.3 | 104.1 | 103.9 | 102.7 | 95.7 | 96.7 | 104.0 | 76.5 | 80.5 |
| 0320 | Concrete Reinforcing | 103.9 | 95.4 | 99.8 | 109.2 | 117.3 | 113.1 | 104.6 | 95.3 | 100.1 | 107.8 | 114.3 | 110.9 | 108.8 | 114.8 | 111.7 | 108.8 | 95.9 | 102.5 |
| 0330 | Cast-in-Place Concrete | 82.5 | 84.4 | 83.2 | 105.9 | 113.9 | 108.9 | 85.7 | 84.2 | 85.2 | 105.5 | 108.8 | 106.7 | 117.8 | 99.9 | 111.2 | 107.7 | 90.8 | 101.4 |
| 03 | CONCRETE | 87.2 | 84.2 | 85.9 | 102.8 | 111.8 | 106.7 | 89.2 | 83.9 | 86.8 | 97.0 | 106.9 | 101.4 | 107.2 | 100.2 | 104.1 | 105.3 | 84.9 | 96.3 |
| 04 | MASONRY | 98.8 | 83.7 | 89.5 | 123.5 | 107.2 | 113.5 | 99.4 | 83.7 | 89.7 | 117.6 | 100.2 | 106.9 | 118.8 | 105.5 | 110.6 | 120.9 | 94.1 | 104.4 |
| 05 | METALS | 93.2 | 87.1 | 91.4 | 116.1 | 101.9 | 111.9 | 95.4 | 86.6 | 92.8 | 118.7 | 96.5 | 112.2 | 116.0 | 99.3 | 111.1 | 116.0 | 87.3 | 107.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 104.6 | 77.9 | 89.9 | 103.4 | 108.7 | 106.3 | 113.5 | 77.9 | 93.9 | 97.1 | 104.7 | 101.2 | 89.5 | 94.9 | 92.5 | 98.7 | 73.3 | 84.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 161.1 | 84.4 | 127.7 | 111.6 | 110.8 | 111.3 | 157.4 | 84.7 | 125.8 | 112.1 | 102.1 | 107.8 | 111.8 | 101.6 | 107.4 | 111.6 | 88.3 | 101.5 |
| 08 | OPENINGS | 114.4 | 74.7 | 105.2 | 106.1 | 110.7 | 107.2 | 115.0 | 74.7 | 105.6 | 106.7 | 104.7 | 106.2 | 102.8 | 101.5 | 102.5 | 106.2 | 73.0 | 98.5 |
| 0920 | Plaster & Gypsum Board | 154.4 | 77.2 | 102.5 | 111.2 | 109.1 | 109.8 | 144.2 | 77.2 | 99.1 | 110.6 | 104.9 | 106.8 | 109.0 | 95.2 | 99.7 | 113.9 | 72.7 | 86.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 109.2 | 77.2 | 87.6 | 106.6 | 109.1 | 108.3 | 105.6 | 77.2 | 86.4 | 104.5 | 104.9 | 104.8 | 102.4 | 95.2 | 97.5 | 97.8 | 72.7 | 80.9 |
| 0960 | Flooring | 85.7 | 77.5 | 83.4 | 109.5 | 103.4 | 107.8 | 84.8 | 77.5 | 82.7 | 102.2 | 96.0 | 100.5 | 107.4 | 107.1 | 107.3 | 105.3 | 77.5 | 97.5 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 84.4 | 75.1 | 78.9 | 107.1 | 95.8 | 100.4 | 84.6 | 76.4 | 79.8 | 97.6 | 93.1 | 95.0 | 100.3 | 79.9 | 88.2 | 97.6 | 70.9 | 81.8 |
| 09 | FINISHES | 109.5 | 78.1 | 92.5 | 108.9 | 106.4 | 107.6 | 107.3 | 78.2 | 91.6 | 103.6 | 101.4 | 102.4 | 101.3 | 95.6 | 98.3 | 104.7 | 74.9 | 88.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 92.2 | 98.3 | 100.0 | 115.2 | 103.0 | 100.0 | 92.2 | 98.3 | 100.0 | 99.6 | 99.9 | 100.0 | 101.5 | 100.3 | 100.0 | 91.2 | 98.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.3 | 108.6 | 103.6 | 99.9 | 123.0 | 109.0 | 100.3 | 83.7 | 93.8 | 100.0 | 100.6 | 100.2 | 100.0 | 110.7 | 104.2 | 96.5 | 92.0 | 94.7 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 87.2 | 92.8 | 90.0 | 106.2 | 84.1 | 88.6 | 85.4 | 77.1 | 81.3 | 99.8 | 96.7 | 97.2 | 113.1 | 107.3 | 110.2 | 107.7 | 94.5 | 101.2 |
| MF2018 | WEIGHTED AVERAGE | 99.8 | 90.0 | 95.6 | 106.3 | 112.5 | 108.9 | 100.1 | 82.4 | 92.6 | 105.4 | 101.3 | 103.7 | 106.6 | 102.8 | 105.0 | 105.6 | 88.7 | 98.5 |

| | | WASHINGTON | WEST VIRGINIA | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | YAKIMA | | | BECKLEY | | | BLUEFIELD | | | BUCKHANNON | | | CHARLESTON | | | CLARKSBURG | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.3 | 99.3 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 106.8 | 106.8 | | 104.1 | 104.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.6 | 103.8 | 101.9 | 100.8 | 87.4 | 91.6 | 99.9 | 87.4 | 91.3 | 106.0 | 87.4 | 93.1 | 100.4 | 93.0 | 95.3 | 106.8 | 87.4 | 93.4 |
| 0310 | Concrete Forming & Accessories | 102.9 | 99.2 | 99.8 | 85.0 | 87.1 | 86.8 | 86.6 | 87.1 | 87.0 | 86.1 | 83.7 | 84.0 | 96.0 | 88.6 | 89.7 | 83.6 | 83.8 | 83.7 |
| 0320 | Concrete Reinforcing | 108.3 | 95.4 | 102.1 | 98.0 | 87.7 | 93.1 | 96.0 | 82.5 | 89.5 | 96.7 | 82.4 | 89.8 | 106.1 | 87.8 | 97.2 | 96.7 | 95.3 | 96.0 |
| 0330 | Cast-in-Place Concrete | 112.7 | 83.0 | 101.7 | 99.2 | 92.5 | 96.7 | 102.5 | 92.5 | 98.8 | 102.1 | 92.0 | 98.4 | 95.9 | 96.6 | 96.2 | 111.9 | 87.6 | 102.9 |
| 03 | CONCRETE | 101.8 | 92.4 | 97.7 | 91.8 | 90.2 | 91.1 | 95.1 | 89.3 | 92.6 | 98.2 | 87.5 | 93.5 | 90.7 | 92.2 | 91.4 | 102.2 | 88.2 | 96.1 |
| 04 | MASONRY | 110.3 | 81.0 | 92.3 | 91.0 | 89.0 | 89.8 | 89.5 | 89.0 | 89.2 | 100.6 | 85.8 | 91.5 | 88.4 | 90.7 | 89.8 | 104.1 | 85.8 | 92.9 |
| 05 | METALS | 116.7 | 87.3 | 108.0 | 98.2 | 103.3 | 99.7 | 103.6 | 101.5 | 103.0 | 103.8 | 101.6 | 103.2 | 96.8 | 102.5 | 98.5 | 103.8 | 106.0 | 104.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 97.4 | 104.7 | 101.4 | 80.2 | 87.4 | 84.2 | 82.1 | 87.4 | 85.0 | 81.4 | 83.0 | 82.3 | 89.3 | 88.2 | 88.7 | 78.0 | 83.0 | 80.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 112.3 | 86.1 | 100.9 | 105.0 | 86.5 | 96.9 | 103.6 | 86.5 | 96.1 | 104.0 | 86.6 | 96.4 | 101.2 | 88.1 | 95.5 | 103.8 | 86.3 | 96.2 |
| 08 | OPENINGS | 106.2 | 100.5 | 104.9 | 94.5 | 83.0 | 91.8 | 96.9 | 81.8 | 93.4 | 96.9 | 79.4 | 92.8 | 94.9 | 83.4 | 92.2 | 96.9 | 82.1 | 93.4 |
| 0920 | Plaster & Gypsum Board | 110.4 | 104.9 | 106.7 | 93.5 | 87.0 | 89.1 | 90.2 | 87.0 | 88.0 | 90.8 | 82.5 | 85.2 | 98.7 | 87.6 | 91.2 | 88.6 | 82.5 | 84.5 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 99.6 | 104.9 | 103.2 | 78.1 | 87.0 | 84.1 | 87.5 | 87.0 | 87.2 | 90.0 | 82.5 | 84.9 | 89.6 | 87.6 | 88.2 | 90.0 | 82.5 | 84.9 |
| 0960 | Flooring | 103.2 | 77.5 | 96.0 | 91.0 | 98.9 | 93.2 | 90.1 | 98.9 | 92.6 | 89.8 | 95.2 | 91.3 | 97.1 | 98.9 | 97.6 | 88.8 | 95.2 | 90.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 97.6 | 76.4 | 85.1 | 89.3 | 92.1 | 91.0 | 102.1 | 93.8 | 94.8 | 102.1 | 88.0 | 93.7 | 88.6 | 91.9 | 90.5 | 102.1 | 88.0 | 93.7 |
| 09 | FINISHES | 103.1 | 93.3 | 97.8 | 86.3 | 90.2 | 88.4 | 88.7 | 89.9 | 89.4 | 89.7 | 86.1 | 87.8 | 92.8 | 91.0 | 91.9 | 89.0 | 86.1 | 87.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 96.1 | 99.1 | 100.0 | 90.3 | 97.8 | 100.0 | 90.3 | 97.8 | 100.0 | 90.6 | 97.9 | 100.0 | 92.5 | 98.3 | 100.0 | 90.6 | 97.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 107.4 | 102.9 | 97.1 | 80.3 | 90.5 | 96.8 | 84.0 | 91.8 | 96.8 | 89.7 | 94.0 | 100.1 | 81.4 | 92.8 | 96.8 | 89.8 | 94.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 109.9 | 92.9 | 101.5 | 92.9 | 84.1 | 88.6 | 95.2 | 84.1 | 89.8 | 96.6 | 89.3 | 93.0 | 98.0 | 87.1 | 92.6 | 96.6 | 89.3 | 93.0 |
| MF2018 | WEIGHTED AVERAGE | 105.6 | 95.4 | 101.3 | 95.2 | 87.7 | 92.0 | 97.0 | 88.1 | 93.2 | 98.3 | 88.8 | 94.3 | 96.5 | 93.4 | 93.5 | 98.9 | 89.5 | 94.9 |

| | | WEST VIRGINIA | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | GASSAWAY | | | HUNTINGTON | | | LEWISBURG | | | MARTINSBURG | | | MORGANTOWN | | | PARKERSBURG | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 103.5 | 87.4 | 92.4 | 105.4 | 88.5 | 93.7 | 115.5 | 87.4 | 96.1 | 104.7 | 88.0 | 93.2 | 100.9 | 88.2 | 92.1 | 109.3 | 88.4 | 94.9 |
| 0310 | Concrete Forming & Accessories | 85.5 | 86.9 | 86.7 | 96.0 | 89.3 | 90.3 | 83.9 | 86.6 | 86.2 | 85.0 | 79.5 | 80.3 | 83.9 | 83.8 | 83.9 | 88.0 | 86.0 | 86.3 |
| 0320 | Concrete Reinforcing | 96.7 | 91.6 | 94.2 | 99.5 | 93.1 | 96.4 | 96.7 | 82.4 | 89.8 | 98.0 | 95.1 | 96.6 | 96.7 | 95.3 | 96.0 | 96.0 | 82.3 | 89.4 |
| 0330 | Cast-in-Place Concrete | 106.9 | 94.0 | 102.1 | 108.2 | 94.0 | 102.9 | 102.5 | 92.3 | 98.7 | 104.0 | 88.3 | 98.1 | 102.1 | 92.0 | 98.4 | 104.4 | 89.0 | 98.7 |
| 03 | CONCRETE | 98.6 | 91.3 | 95.4 | 96.8 | 92.5 | 95.0 | 105.1 | 89.0 | 98.0 | 95.3 | 86.5 | 91.4 | 94.9 | 89.8 | 92.7 | 100.3 | 87.5 | 94.7 |
| 04 | MASONRY | 105.0 | 87.9 | 94.5 | 91.7 | 93.4 | 92.7 | 94.3 | 89.0 | 91.1 | 93.1 | 83.9 | 87.5 | 122.6 | 85.8 | 100.0 | 80.1 | 85.2 | 83.2 |
| 05 | METALS | 103.8 | 104.8 | 104.1 | 100.6 | 105.7 | 102.1 | 103.7 | 101.0 | 102.9 | 98.6 | 104.4 | 100.3 | 103.9 | 106.0 | 104.5 | 104.5 | 101.4 | 103.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 80.4 | 87.4 | 84.3 | 90.8 | 88.7 | 89.6 | 78.3 | 87.4 | 83.3 | 80.2 | 78.6 | 79.3 | 78.3 | 83.0 | 80.9 | 81.5 | 85.6 | 83.8 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.6 | 87.9 | 96.8 | 105.2 | 88.4 | 97.9 | 104.6 | 86.4 | 96.7 | 105.3 | 80.8 | 94.6 | 103.7 | 86.6 | 96.2 | 103.9 | 86.7 | 96.4 |
| 08 | OPENINGS | 95.2 | 83.9 | 92.6 | 93.7 | 84.8 | 91.7 | 96.9 | 81.8 | 93.4 | 96.2 | 73.8 | 91.0 | 98.0 | 82.1 | 94.3 | 95.8 | 80.4 | 92.2 |
| 0920 | Plaster & Gypsum Board | 89.9 | 87.0 | 87.9 | 99.5 | 88.3 | 91.9 | 88.6 | 87.0 | 87.5 | 93.5 | 77.9 | 83.0 | 88.6 | 82.5 | 84.5 | 91.1 | 85.1 | 87.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 90.0 | 87.0 | 88.0 | 78.1 | 88.3 | 85.0 | 90.0 | 87.0 | 88.0 | 78.1 | 77.9 | 78.0 | 90.0 | 82.5 | 84.9 | 90.0 | 85.1 | 86.7 |
| 0960 | Flooring | 89.6 | 98.9 | 92.2 | 98.4 | 103.3 | 99.7 | 88.9 | 98.9 | 91.7 | 91.0 | 98.9 | 93.2 | 88.9 | 95.2 | 90.7 | 92.6 | 91.9 | 92.4 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 102.1 | 91.9 | 96.0 | 89.3 | 89.8 | 89.6 | 102.1 | 64.5 | 79.8 | 89.3 | 83.7 | 86.0 | 102.1 | 88.0 | 93.7 | 102.1 | 83.7 | 91.2 |
| 09 | FINISHES | 89.2 | 89.9 | 89.6 | 89.3 | 90.2 | 90.8 | 90.1 | 87.2 | 88.5 | 86.6 | 83.0 | 84.6 | 88.6 | 86.1 | 87.3 | 90.6 | 86.8 | 88.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 91.1 | 98.0 | 100.0 | 92.3 | 98.3 | 100.0 | 65.4 | 92.3 | 100.0 | 81.4 | 95.8 | 100.0 | 83.5 | 96.3 | 100.0 | 91.3 | 98.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.8 | 83.4 | 91.6 | 100.0 | 90.6 | 96.7 | 96.8 | 80.2 | 90.3 | 97.1 | 80.9 | 90.8 | 96.8 | 89.8 | 94.1 | 100.3 | 89.3 | 95.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.6 | 87.1 | 91.9 | 96.6 | 89.6 | 93.1 | 92.8 | 84.1 | 88.5 | 98.6 | 76.9 | 87.9 | 96.7 | 89.3 | 93.1 | 96.7 | 88.3 | 92.5 |
| MF2018 | WEIGHTED AVERAGE | 98.3 | 89.0 | 94.3 | 97.8 | 92.2 | 95.4 | 98.7 | 86.1 | 93.4 | 96.7 | 84.1 | 91.4 | 98.8 | 89.6 | 94.9 | 98.6 | 88.6 | 94.4 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | | WEST VIRGINIA | | | | | | | | | WISCONSIN | | | | | | | | |
| DIVISION | | PETERSBURG | | | ROMNEY | | | WHEELING | | | BELOIT | | | EAU CLAIRE | | | GREEN BAY | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 104.1 | 104.1 | | 104.1 | 104.1 | | 104.1 | 104.1 | | 99.0 | 99.0 | | 99.9 | 99.9 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 100.2 | 88.3 | 92.0 | 103.0 | 88.3 | 92.9 | 109.9 | 88.2 | 94.9 | 97.1 | 101.7 | 100.3 | 96.0 | 99.0 | 98.1 | 99.5 | 95.3 | 96.6 |
| 0310 | Concrete Forming & Accessories | 87.0 | 86.4 | 86.5 | 83.3 | 86.8 | 86.3 | 89.7 | 83.8 | 84.7 | 99.8 | 96.2 | 96.7 | 98.5 | 94.7 | 95.3 | 108.2 | 97.5 | 99.1 |
| 0320 | Concrete Reinforcing | 96.0 | 91.4 | 93.8 | 96.7 | 95.4 | 96.1 | 95.5 | 95.3 | 95.4 | 95.0 | 137.1 | 115.4 | 94.2 | 114.2 | 103.9 | 92.3 | 109.4 | 100.5 |
| 0330 | Cast-in-Place Concrete | 102.1 | 91.8 | 98.3 | 106.9 | 83.5 | 98.2 | 104.4 | 92.0 | 99.8 | 105.8 | 100.2 | 103.7 | 99.9 | 94.8 | 98.0 | 103.3 | 99.9 | 102.1 |
| 03 | CONCRETE | 95.0 | 90.2 | 92.9 | 98.4 | 88.2 | 93.3 | 100.3 | 89.8 | 95.1 | 96.7 | 104.7 | 100.2 | 93.1 | 98.4 | 95.4 | 96.2 | 100.6 | 98.2 |
| 04 | MASONRY | 96.1 | 85.8 | 89.8 | 94.7 | 87.9 | 90.5 | 103.4 | 85.7 | 92.5 | 99.3 | 100.3 | 99.9 | 91.4 | 96.1 | 94.3 | 122.7 | 97.8 | 107.4 |
| 05 | METALS | 103.9 | 104.1 | 104.0 | 104.0 | 105.9 | 104.5 | 104.7 | 106.1 | 105.1 | 98.6 | 112.0 | 102.5 | 93.8 | 105.8 | 97.3 | 96.4 | 104.2 | 98.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 82.3 | 87.4 | 85.1 | 77.5 | 87.4 | 82.9 | 83.1 | 83.0 | 83.1 | 96.9 | 94.1 | 95.4 | 100.6 | 94.2 | 97.1 | 107.8 | 97.2 | 101.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 103.7 | 82.5 | 94.5 | 103.8 | 83.8 | 95.1 | 104.1 | 86.7 | 96.6 | 105.4 | 93.4 | 100.2 | 104.9 | 94.6 | 99.9 | 106.1 | 97.4 | 102.3 |
| 08 | OPENINGS | 98.1 | 83.6 | 94.7 | 98.0 | 84.5 | 94.8 | 96.6 | 82.1 | 93.2 | 98.1 | 108.3 | 100.5 | 103.1 | 99.3 | 102.2 | 99.1 | 101.2 | 99.6 |
| 0920 | Plaster & Gypsum Board | 90.8 | 87.0 | 88.2 | 88.3 | 87.0 | 87.4 | 91.1 | 82.5 | 85.3 | 91.6 | 94.5 | 93.5 | 105.9 | 94.5 | 98.1 | 103.3 | 97.5 | 99.4 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 90.0 | 87.0 | 88.0 | 90.0 | 87.0 | 88.0 | 90.0 | 82.5 | 84.9 | 84.4 | 94.5 | 91.2 | 90.9 | 94.5 | 93.3 | 83.6 | 97.5 | 93.0 |
| 0960 | Flooring | 90.6 | 95.2 | 91.9 | 88.7 | 98.9 | 91.6 | 93.5 | 95.2 | 94.0 | 94.8 | 118.5 | 101.4 | 80.5 | 106.5 | 87.8 | 96.0 | 114.8 | 101.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 102.1 | 88.0 | 93.7 | 102.1 | 88.0 | 93.7 | 102.1 | 88.0 | 93.7 | 95.0 | 103.6 | 100.1 | 83.3 | 76.4 | 79.2 | 92.0 | 80.0 | 84.9 |
| 09 | FINISHES | 89.4 | 88.7 | 89.0 | 88.7 | 89.5 | 89.1 | 90.9 | 86.1 | 88.3 | 92.3 | 100.7 | 96.9 | 87.3 | 94.9 | 91.4 | 91.4 | 99.1 | 95.6 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 55.0 | 90.0 | 100.0 | 91.0 | 98.0 | 100.0 | 84.4 | 96.5 | 100.0 | 98.6 | 99.7 | 100.0 | 94.1 | 98.7 | 100.0 | 95.7 | 99.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 96.8 | 83.7 | 91.7 | 96.8 | 83.6 | 91.6 | 100.4 | 89.8 | 96.2 | 99.8 | 95.5 | 98.1 | 100.0 | 88.2 | 95.4 | 100.2 | 83.4 | 93.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 99.7 | 76.9 | 88.4 | 99.0 | 76.3 | 87.7 | 94.1 | 89.3 | 91.7 | 100.6 | 84.3 | 92.5 | 104.3 | 84.4 | 94.5 | 99.0 | 81.2 | 90.2 |
| MF2018 | WEIGHTED AVERAGE | 98.0 | 85.9 | 92.9 | 98.3 | 87.2 | 93.6 | 99.6 | 89.6 | 95.4 | 98.6 | 98.9 | 98.7 | 97.5 | 94.1 | 96.1 | 99.4 | 93.4 | 96.9 |

| | | WISCONSIN | | | | | | | | | | | | | | | | | |
| DIVISION | | KENOSHA | | | LA CROSSE | | | LANCASTER | | | MADISON | | | MILWAUKEE | | | NEW RICHMOND | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 97.1 | 97.1 | | 99.9 | 99.9 | | 99.0 | 99.0 | | 101.4 | 101.4 | | 90.2 | 90.2 | | 100.2 | 100.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 103.0 | 98.4 | 99.9 | 89.8 | 99.9 | 96.1 | 96.0 | 101.1 | 99.5 | 94.7 | 105.3 | 102.0 | 95.4 | 95.2 | 95.2 | 93.3 | 99.6 | 97.7 |
| 0310 | Concrete Forming & Accessories | 108.7 | 106.1 | 106.5 | 85.2 | 94.5 | 93.2 | 99.1 | 95.2 | 95.7 | 103.8 | 95.8 | 97.0 | 102.9 | 113.9 | 112.3 | 93.6 | 92.5 | 92.6 |
| 0320 | Concrete Reinforcing | 94.8 | 110.5 | 102.4 | 93.9 | 106.2 | 99.8 | 96.3 | 106.2 | 101.1 | 97.8 | 106.4 | 101.9 | 99.5 | 115.1 | 107.2 | 91.3 | 114.1 | 102.3 |
| 0330 | Cast-in-Place Concrete | 115.2 | 102.7 | 110.5 | 89.8 | 96.5 | 92.3 | 105.2 | 99.7 | 103.2 | 101.4 | 100.3 | 101.0 | 93.9 | 112.1 | 100.7 | 104.0 | 102.7 | 103.5 |
| 03 | CONCRETE | 101.5 | 105.5 | 103.3 | 84.6 | 94.5 | 90.3 | 96.4 | 98.8 | 97.4 | 96.3 | 99.2 | 97.6 | 94.5 | 112.5 | 102.4 | 90.8 | 100.1 | 94.9 |
| 04 | MASONRY | 97.1 | 108.0 | 103.8 | 90.5 | 96.1 | 93.9 | 99.4 | 100.1 | 99.9 | 97.4 | 99.1 | 98.5 | 102.3 | 117.2 | 111.4 | 117.9 | 98.4 | 105.9 |
| 05 | METALS | 99.6 | 103.3 | 100.7 | 93.7 | 102.8 | 96.4 | 96.0 | 100.3 | 97.3 | 102.8 | 100.4 | 102.1 | 97.5 | 97.5 | 97.5 | 94.1 | 105.4 | 97.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 103.9 | 105.7 | 104.9 | 85.2 | 94.2 | 90.2 | 96.1 | 94.1 | 95.0 | 99.4 | 94.3 | 96.6 | 101.2 | 112.3 | 107.3 | 89.5 | 90.2 | 89.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 105.5 | 104.0 | 104.9 | 103.4 | 95.3 | 99.1 | 105.2 | 93.7 | 100.2 | 106.3 | 100.5 | 103.7 | 104.8 | 112.7 | 108.2 | 104.9 | 100.2 | 102.9 |
| 08 | OPENINGS | 92.5 | 105.4 | 95.5 | 103.1 | 92.0 | 100.5 | 94.0 | 91.9 | 93.5 | 101.6 | 98.9 | 100.9 | 103.0 | 111.5 | 105.0 | 88.6 | 90.3 | 89.0 |
| 0920 | Plaster & Gypsum Board | 80.2 | 106.4 | 97.8 | 100.9 | 94.5 | 96.6 | 90.9 | 94.5 | 93.3 | 101.7 | 94.5 | 96.8 | 96.4 | 112.6 | 107.3 | 91.7 | 90.5 | 90.9 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 84.4 | 106.4 | 99.2 | 90.0 | 94.5 | 93.0 | 81.1 | 94.5 | 90.1 | 86.5 | 94.5 | 91.9 | 93.1 | 112.6 | 106.3 | 57.1 | 90.5 | 79.6 |
| 0960 | Flooring | 112.8 | 114.8 | 113.4 | 74.7 | 111.6 | 85.1 | 94.4 | 111.0 | 99.0 | 94.3 | 111.0 | 99.0 | 101.7 | 118.6 | 106.4 | 89.7 | 114.5 | 96.7 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 106.4 | 118.7 | 113.7 | 83.3 | 81.7 | 82.4 | 95.0 | 97.7 | 96.6 | 94.9 | 103.6 | 100.0 | 104.5 | 124.3 | 116.3 | 95.0 | 81.7 | 87.1 |
| 09 | FINISHES | 97.1 | 109.4 | 103.7 | 84.4 | 96.5 | 90.9 | 91.4 | 98.4 | 95.2 | 93.7 | 99.3 | 96.7 | 99.5 | 116.1 | 108.5 | 82.5 | 95.2 | 89.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 97.3 | 99.4 | 100.0 | 92.8 | 98.4 | 100.0 | 84.2 | 96.5 | 100.0 | 96.8 | 99.3 | 100.0 | 105.2 | 101.2 | 100.0 | 95.1 | 98.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 95.9 | 98.4 | 100.0 | 88.1 | 95.3 | 96.3 | 89.2 | 93.5 | 99.8 | 95.3 | 98.0 | 99.8 | 107.0 | 102.6 | 96.0 | 89.0 | 93.2 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 100.9 | 97.1 | 99.0 | 104.6 | 84.4 | 94.7 | 100.3 | 84.9 | 92.7 | 101.5 | 94.0 | 97.8 | 100.2 | 104.2 | 101.3 | 102.4 | 84.9 | 93.7 |
| MF2018 | WEIGHTED AVERAGE | 99.4 | 102.0 | 100.5 | 95.9 | 93.5 | 94.9 | 96.7 | 94.3 | 95.7 | 99.7 | 98.1 | 99.0 | 99.2 | 107.9 | 102.9 | 95.4 | 94.6 | 95.0 |

| | | WISCONSIN | | | | | | | | | | | | | | | | | |
| DIVISION | | OSHKOSH | | | PORTAGE | | | RACINE | | | RHINELANDER | | | SUPERIOR | | | WAUSAU | | |
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 | CONTRACTOR EQUIPMENT | | 97.7 | 97.7 | | 99.0 | 99.0 | | 99.0 | 99.0 | | 97.7 | 97.7 | | 100.2 | 100.2 | | 97.7 | 97.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 91.0 | 95.3 | 94.0 | 86.9 | 100.9 | 96.6 | 96.9 | 102.1 | 100.5 | 103.2 | 95.3 | 97.7 | 90.1 | 99.3 | 96.5 | 86.9 | 95.8 | 93.0 |
| 0310 | Concrete Forming & Accessories | 90.7 | 94.7 | 94.1 | 91.3 | 95.7 | 95.1 | 100.1 | 106.1 | 105.2 | 88.3 | 94.6 | 93.7 | 91.6 | 88.6 | 89.0 | 90.1 | 97.4 | 96.3 |
| 0320 | Concrete Reinforcing | 92.4 | 109.3 | 100.6 | 96.4 | 106.4 | 101.2 | 95.0 | 110.5 | 102.5 | 92.6 | 106.4 | 99.3 | 91.3 | 110.2 | 100.4 | 92.6 | 106.2 | 99.2 |
| 0330 | Cast-in-Place Concrete | 95.8 | 98.0 | 96.6 | 90.3 | 98.3 | 93.3 | 103.8 | 102.5 | 103.3 | 108.6 | 97.9 | 104.6 | 98.0 | 98.3 | 98.1 | 89.3 | 92.4 | 90.5 |
| 03 | CONCRETE | 86.2 | 98.6 | 91.7 | 84.2 | 98.7 | 90.6 | 95.8 | 105.4 | 100.0 | 98.0 | 98.1 | 98.1 | 85.5 | 96.2 | 90.2 | 81.4 | 97.4 | 88.4 |
| 04 | MASONRY | 104.7 | 97.8 | 100.4 | 98.2 | 100.2 | 99.4 | 99.3 | 108.0 | 104.6 | 121.3 | 97.6 | 106.8 | 117.1 | 100.4 | 106.8 | 104.2 | 97.6 | 100.1 |
| 05 | METALS | 94.3 | 103.5 | 97.0 | 96.7 | 104.3 | 98.9 | 100.2 | 103.3 | 101.1 | 94.2 | 102.5 | 96.6 | 95.1 | 104.6 | 97.9 | 94.0 | 102.9 | 96.6 |
| 06 | WOOD, PLASTICS & COMPOSITES | 86.7 | 94.2 | 90.9 | 85.8 | 94.1 | 90.4 | 97.2 | 105.7 | 101.9 | 84.2 | 94.2 | 89.7 | 87.9 | 85.8 | 86.7 | 86.2 | 97.2 | 92.3 |
| 07 | THERMAL & MOISTURE PROTECTION | 105.0 | 83.3 | 95.6 | 104.5 | 100.1 | 102.6 | 105.5 | 102.7 | 104.3 | 106.0 | 83.1 | 96.0 | 104.5 | 95.9 | 100.8 | 104.8 | 95.1 | 100.6 |
| 08 | OPENINGS | 95.6 | 96.2 | 95.7 | 94.1 | 99.7 | 95.4 | 98.1 | 105.4 | 99.8 | 95.6 | 91.9 | 94.7 | 88.0 | 91.9 | 88.9 | 95.8 | 97.1 | 96.1 |
| 0920 | Plaster & Gypsum Board | 90.7 | 94.5 | 93.2 | 83.8 | 94.5 | 91.0 | 91.6 | 106.4 | 101.5 | 90.7 | 94.5 | 93.2 | 92.1 | 86.0 | 88.0 | 90.7 | 95.3 | 93.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 83.6 | 94.5 | 90.9 | 83.6 | 94.5 | 90.9 | 84.4 | 106.4 | 99.2 | 83.6 | 94.5 | 90.9 | 58.8 | 86.0 | 77.1 | 83.6 | 97.5 | 93.0 |
| 0960 | Flooring | 87.8 | 114.8 | 96.4 | 90.5 | 114.5 | 97.3 | 94.8 | 114.8 | 100.4 | 87.2 | 114.5 | 94.9 | 90.8 | 123.1 | 99.9 | 87.7 | 114.5 | 95.2 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 89.6 | 104.3 | 98.3 | 95.0 | 97.7 | 96.6 | 95.0 | 115.9 | 107.4 | 89.6 | 80.0 | 83.9 | 84.0 | 105.8 | 96.9 | 89.6 | 83.2 | 85.8 |
| 09 | FINISHES | 85.5 | 100.0 | 93.8 | 89.2 | 99.4 | 94.7 | 92.3 | 109.1 | 101.4 | 87.4 | 97.3 | 92.7 | 82.1 | 96.4 | 89.8 | 86.2 | 99.4 | 93.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 85.6 | 96.8 | 100.0 | 85.6 | 96.8 | 100.0 | 97.3 | 99.4 | 100.0 | 85.9 | 96.8 | 100.0 | 93.9 | 98.6 | 100.0 | 95.7 | 99.0 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 99.8 | 81.3 | 96.3 | 99.5 | | 96.1 | 99.8 | 96.0 | 98.3 | 96.7 | 88.6 | 93.5 | 96.0 | 91.1 | 94.1 | 96.7 | 88.8 | 93.6 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 103.0 | 79.1 | 91.2 | 104.0 | 94.0 | 99.1 | 100.4 | 98.0 | 99.2 | 102.3 | 78.1 | 90.4 | 107.2 | 98.5 | 102.9 | 104.1 | 78.1 | 91.3 |
| MF2018 | WEIGHTED AVERAGE | 95.4 | 91.9 | 93.9 | 95.2 | 98.0 | 96.4 | 98.7 | 102.3 | 100.2 | 97.9 | 92.2 | 95.5 | 95.1 | 96.5 | 95.7 | 94.7 | 93.4 | 94.2 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## WYOMING

| DIVISION | | CASPER | | | CHEYENNE | | | NEWCASTLE | | | RAWLINS | | | RIVERTON | | | ROCK SPRINGS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 97.3 | 97.3 | | 94.6 | 94.6 | | 94.6 | 94.6 | | 94.6 | 94.6 | | 94.6 | 94.6 | | 94.6 | 94.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 97.8 | 94.7 | 95.7 | 91.6 | 90.1 | 90.6 | 83.6 | 89.3 | 87.6 | 97.5 | 89.3 | 91.9 | 91.1 | 89.3 | 89.8 | 87.4 | 89.5 | 88.9 |
| 0310 | Concrete Forming & Accessories | 101.3 | 53.6 | 60.6 | 102.5 | 64.6 | 70.2 | 93.7 | 70.5 | 74.0 | 97.6 | 70.8 | 74.7 | 92.7 | 60.3 | 65.0 | 99.7 | 64.7 | 69.9 |
| 0320 | Concrete Reinforcing | 111.1 | 83.4 | 97.7 | 106.4 | 83.4 | 95.3 | 114.5 | 83.2 | 99.3 | 114.2 | 83.2 | 99.2 | 115.2 | 81.6 | 99.0 | 115.2 | 81.6 | 99.0 |
| 0330 | Cast-in-Place Concrete | 103.8 | 77.8 | 94.1 | 97.9 | 77.4 | 90.3 | 99.0 | 72.8 | 89.2 | 99.0 | 72.9 | 89.3 | 99.0 | 72.8 | 89.2 | 99.0 | 75.8 | 90.0 |
| 03 | CONCRETE | 103.3 | 67.9 | 87.7 | 100.7 | 72.8 | 88.1 | 101.1 | 73.8 | 89.1 | 116.0 | 74.0 | 97.5 | 110.1 | 69.2 | 92.1 | 101.6 | 71.7 | 88.4 |
| 04 | MASONRY | 102.0 | 64.6 | 79.0 | 105.3 | 65.2 | 80.7 | 102.2 | 59.3 | 75.8 | 102.2 | 59.3 | 75.8 | 102.2 | 59.3 | 75.8 | 164.5 | 61.8 | 101.4 |
| 05 | METALS | 102.8 | 80.1 | 96.1 | 105.3 | 80.8 | 98.1 | 101.4 | 79.9 | 95.1 | 101.5 | 80.1 | 95.2 | 101.5 | 80.1 | 95.2 | 100.3 | 79.9 | 95.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 95.2 | 47.8 | 69.1 | 91.8 | 62.6 | 75.7 | 82.4 | 72.7 | 77.1 | 86.2 | 72.7 | 78.8 | 81.4 | 58.7 | 68.9 | 91.3 | 62.6 | 75.5 |
| 07 | THERMAL & MOISTURE PROTECTION | 112.7 | 65.9 | 92.3 | 107.2 | 68.0 | 90.2 | 108.8 | 63.9 | 89.3 | 110.3 | 74.9 | 94.9 | 109.7 | 67.7 | 91.4 | 108.9 | 69.5 | 91.8 |
| 08 | OPENINGS | 109.3 | 59.4 | 97.7 | 107.2 | 67.7 | 98.0 | 111.4 | 72.3 | 102.3 | 111.1 | 72.3 | 102.0 | 111.3 | 64.6 | 100.4 | 111.8 | 66.5 | 101.2 |
| 0920 | Plaster & Gypsum Board | 101.7 | 46.2 | 64.4 | 90.6 | 61.7 | 71.2 | 87.6 | 72.0 | 77.1 | 87.9 | 72.0 | 77.2 | 87.5 | 57.7 | 67.5 | 100.2 | 61.7 | 74.3 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 105.3 | 46.2 | 65.5 | 98.5 | 61.7 | 73.7 | 100.3 | 72.0 | 81.2 | 100.3 | 72.0 | 81.2 | 100.3 | 57.7 | 71.6 | 100.3 | 61.7 | 74.3 |
| 0960 | Flooring | 102.2 | 73.8 | 94.2 | 100.3 | 73.8 | 92.8 | 94.2 | 44.5 | 80.2 | 97.0 | 44.5 | 82.3 | 93.6 | 60.3 | 84.2 | 99.3 | 59.9 | 88.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 95.7 | 58.7 | 73.8 | 97.9 | 58.7 | 74.7 | 94.6 | 60.5 | 74.4 | 94.6 | 60.5 | 74.4 | 94.6 | 60.5 | 74.4 | 94.6 | 60.5 | 74.4 |
| 09 | FINISHES | 99.6 | 56.3 | 76.2 | 96.3 | 65.1 | 79.4 | 91.4 | 64.6 | 76.9 | 93.6 | 64.6 | 77.9 | 92.0 | 59.5 | 74.4 | 94.6 | 62.7 | 77.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 92.5 | 98.3 | 100.0 | 87.4 | 97.2 | 100.0 | 91.8 | 98.2 | 100.0 | 91.8 | 98.2 | 100.0 | 77.3 | 94.9 | 100.0 | 86.9 | 97.1 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 100.0 | 75.0 | 88.4 | 100.1 | 73.3 | 89.6 | 98.2 | 71.8 | 87.8 | 98.2 | 71.9 | 87.8 | 98.2 | 71.8 | 87.8 | 100.0 | 73.9 | 89.8 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 94.1 | 60.3 | 77.5 | 95.2 | 69.0 | 82.3 | 94.0 | 62.3 | 78.4 | 94.0 | 62.3 | 78.4 | 94.0 | 59.1 | 76.8 | 92.5 | 66.0 | 79.4 |
| MF2018 | WEIGHTED AVERAGE | 101.5 | 68.9 | 87.7 | 101.1 | 72.7 | 89.1 | 99.6 | 71.1 | 87.5 | 102.0 | 71.5 | 89.1 | 100.0 | 68.6 | 87.3 | 103.4 | 71.4 | 89.9 |

## WYOMING / CANADA

| DIVISION | | SHERIDAN | | | WHEATLAND | | | WORLAND | | | YELLOWSTONE NAT'L PA | | | BARRIE, ONTARIO | | | BATHURST, NEW BRUNSWICK | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 94.6 | 94.6 | | 94.6 | 94.6 | | 94.6 | 94.6 | | 94.6 | 94.6 | | 100.1 | 100.1 | | 99.7 | 99.7 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 91.5 | 90.1 | 90.5 | 88.1 | 89.3 | 88.9 | 85.5 | 89.3 | 88.1 | 85.6 | 89.3 | 88.1 | 117.0 | 94.7 | 101.6 | 105.1 | 90.6 | 95.1 |
| 0310 | Concrete Forming & Accessories | 100.5 | 61.6 | 67.4 | 95.4 | 48.4 | 55.3 | 95.5 | 61.1 | 66.1 | 95.5 | 61.1 | 66.1 | 125.6 | 82.3 | 88.7 | 106.1 | 57.8 | 64.9 |
| 0320 | Concrete Reinforcing | 115.2 | 83.2 | 99.7 | 114.5 | 82.6 | 99.1 | 115.2 | 83.2 | 99.7 | 117.2 | 82.3 | 100.3 | 175.2 | 86.9 | 132.5 | 140.5 | 57.5 | 100.4 |
| 0330 | Cast-in-Place Concrete | 102.3 | 77.4 | 93.1 | 103.3 | 72.7 | 91.9 | 99.0 | 72.7 | 89.2 | 99.0 | 72.8 | 89.2 | 157.7 | 82.1 | 129.6 | 114.0 | 56.2 | 92.5 |
| 03 | CONCRETE | 109.9 | 71.4 | 93.0 | 106.3 | 63.7 | 87.6 | 101.3 | 69.5 | 87.3 | 101.6 | 69.4 | 87.4 | 138.9 | 83.5 | 114.5 | 110.3 | 58.3 | 87.4 |
| 04 | MASONRY | 102.5 | 62.0 | 77.6 | 102.6 | 51.2 | 71.0 | 102.2 | 59.3 | 75.8 | 102.2 | 59.3 | 75.8 | 165.6 | 89.3 | 118.7 | 159.8 | 57.4 | 96.9 |
| 05 | METALS | 105.1 | 80.5 | 97.8 | 101.4 | 79.1 | 94.8 | 101.6 | 79.8 | 95.2 | 102.2 | 79.1 | 95.4 | 111.1 | 91.5 | 105.3 | 114.1 | 73.6 | 102.2 |
| 06 | WOOD, PLASTICS & COMPOSITES | 93.3 | 58.7 | 74.3 | 84.2 | 43.0 | 61.5 | 84.3 | 60.0 | 70.9 | 84.3 | 60.0 | 70.9 | 116.5 | 80.8 | 96.9 | 97.5 | 57.9 | 75.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 110.1 | 66.7 | 91.2 | 109.1 | 58.1 | 86.9 | 108.9 | 64.8 | 89.7 | 108.3 | 64.8 | 89.4 | 115.3 | 86.1 | 102.6 | 111.8 | 58.4 | 88.6 |
| 08 | OPENINGS | 112.0 | 64.6 | 101.0 | 100.5 | 55.9 | 97.4 | 111.6 | 65.3 | 100.8 | 111.6 | 65.3 | 100.8 | 104.5 | 64.8 | 95.2 | 90.5 | 80.9 | 88.3 |
| 0920 | Plaster & Gypsum Board | 111.2 | 57.7 | 75.2 | 87.6 | 41.5 | 56.6 | 87.6 | 58.9 | 68.3 | 87.8 | 58.9 | 68.4 | 153.5 | 80.3 | 104.2 | 124.2 | 56.7 | 78.8 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 103.9 | 57.7 | 72.7 | 100.3 | 41.5 | 60.6 | 100.3 | 58.9 | 72.4 | 101.1 | 58.9 | 72.7 | 94.3 | 80.3 | 84.9 | 116.8 | 56.7 | 76.3 |
| 0960 | Flooring | 97.9 | 60.3 | 87.4 | 95.6 | 43.8 | 81.0 | 95.6 | 44.5 | 81.3 | 95.6 | 44.5 | 81.3 | 119.3 | 87.3 | 110.3 | 99.6 | 41.5 | 83.3 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 96.8 | 58.7 | 74.2 | 94.6 | 58.7 | 73.2 | 94.6 | 60.5 | 74.4 | 94.6 | 60.5 | 74.4 | 105.6 | 83.8 | 92.7 | 111.3 | 47.9 | 73.8 |
| 09 | FINISHES | 99.2 | 60.4 | 78.2 | 92.1 | 46.7 | 67.5 | 91.8 | 57.1 | 73.0 | 92.0 | 57.2 | 73.2 | 111.3 | 83.5 | 96.2 | 107.7 | 53.8 | 78.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 100.0 | 93.4 | 98.5 | 100.0 | 81.4 | 95.9 | 100.0 | 76.1 | 94.7 | 100.0 | 76.2 | 94.7 | 139.2 | 65.0 | 122.7 | 131.1 | 57.9 | 114.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 98.2 | 73.3 | 88.4 | 98.2 | 71.8 | 87.8 | 98.2 | 71.8 | 87.8 | 98.2 | 71.8 | 87.8 | 103.9 | 75.9 | 92.9 | 103.8 | 64.8 | 88.5 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 96.1 | 59.1 | 77.9 | 94.0 | 76.5 | 85.4 | 94.0 | 76.6 | 85.4 | 93.1 | 86.1 | 89.7 | 117.0 | 82.9 | 100.2 | 133.5 | 55.9 | 85.1 |
| MF2018 | WEIGHTED AVERAGE | 102.5 | 70.2 | 88.8 | 100.3 | 67.1 | 86.2 | 99.7 | 70.7 | 87.5 | 99.7 | 71.9 | 87.6 | 116.5 | 87.1 | 104.1 | 110.7 | 62.3 | 90.2 |

## CANADA

| DIVISION | | BRANDON, MANITOBA | | | BRANTFORD, ONTARIO | | | BRIDGEWATER, NOVA SCOTIA | | | CALGARY, ALBERTA | | | CAP-DE-LA-MADELEINE, QUEBEC | | | CHARLESBOURG, QUEBEC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 101.5 | 101.5 | | 99.7 | 99.7 | | 99.4 | 99.4 | | 127.1 | 127.1 | | 100.2 | 100.2 | | 100.2 | 100.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 126.4 | 92.9 | 103.3 | 116.9 | 94.8 | 101.6 | 101.1 | 92.3 | 95.0 | 125.5 | 118.4 | 120.6 | 96.9 | 93.7 | 94.7 | 96.9 | 93.7 | 94.7 |
| 0310 | Concrete Forming & Accessories | 145.4 | 66.1 | 77.8 | 127.2 | 89.1 | 94.7 | 99.7 | 67.9 | 72.6 | 125.0 | 94.9 | 99.3 | 132.9 | 79.2 | 87.1 | 132.9 | 79.2 | 87.1 |
| 0320 | Concrete Reinforcing | 170.2 | 54.5 | 114.3 | 163.7 | 85.6 | 125.9 | 139.3 | 47.6 | 95.0 | 136.4 | 82.0 | 110.1 | 139.3 | 72.4 | 107.0 | 139.3 | 72.4 | 107.0 |
| 0330 | Cast-in-Place Concrete | 109.4 | 70.2 | 94.8 | 130.7 | 101.8 | 119.9 | 134.3 | 66.9 | 109.2 | 136.4 | 104.3 | 124.4 | 105.5 | 87.5 | 98.8 | 105.5 | 87.5 | 98.8 |
| 03 | CONCRETE | 118.1 | 66.6 | 95.5 | 121.8 | 93.2 | 109.3 | 120.1 | 65.1 | 95.9 | 126.3 | 96.8 | 113.3 | 107.5 | 81.5 | 96.1 | 107.5 | 81.5 | 96.1 |
| 04 | MASONRY | 212.8 | 60.7 | 119.3 | 166.1 | 93.4 | 121.4 | 161.8 | 65.6 | 102.6 | 212.4 | 89.8 | 137.1 | 162.4 | 76.3 | 109.5 | 162.4 | 76.3 | 109.5 |
| 05 | METALS | 127.2 | 78.2 | 112.8 | 112.3 | 92.0 | 106.3 | 111.6 | 76.0 | 101.1 | 131.0 | 102.4 | 122.6 | 107.5 | 85.0 | 103.1 | 107.5 | 85.0 | 103.1 |
| 06 | WOOD, PLASTICS & COMPOSITES | 150.5 | 66.8 | 104.4 | 120.3 | 87.7 | 102.4 | 89.6 | 67.4 | 77.4 | 102.6 | 94.4 | 98.1 | 131.6 | 79.0 | 102.7 | 131.6 | 79.0 | 102.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 128.4 | 68.7 | 102.4 | 121.6 | 91.6 | 108.5 | 116.1 | 67.6 | 95.0 | 132.0 | 98.0 | 117.2 | 114.8 | 84.1 | 101.5 | 114.8 | 84.1 | 101.5 |
| 08 | OPENINGS | 100.3 | 59.9 | 90.8 | 87.7 | 86.6 | 87.5 | 82.4 | 61.3 | 77.5 | 82.3 | 83.7 | 82.6 | 89.1 | 72.3 | 85.2 | 89.1 | 72.3 | 85.2 |
| 0920 | Plaster & Gypsum Board | 115.4 | 65.6 | 81.9 | 115.8 | 87.4 | 96.7 | 124.3 | 66.5 | 85.4 | 126.4 | 93.3 | 104.1 | 147.6 | 78.4 | 101.0 | 147.6 | 78.4 | 101.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 123.8 | 65.6 | 84.6 | 103.5 | 87.4 | 92.7 | 103.5 | 66.5 | 78.6 | 149.2 | 93.3 | 111.5 | 103.5 | 78.4 | 86.6 | 103.5 | 78.4 | 86.6 |
| 0960 | Flooring | 131.2 | 61.9 | 111.7 | 113.6 | 87.3 | 106.2 | 95.7 | 58.9 | 85.4 | 118.1 | 84.8 | 108.7 | 113.6 | 86.0 | 105.8 | 113.6 | 86.0 | 105.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 117.9 | 54.1 | 80.1 | 110.3 | 92.0 | 99.5 | 110.3 | 59.3 | 80.1 | 113.7 | 106.4 | 109.4 | 110.3 | 83.6 | 94.5 | 110.3 | 83.6 | 94.5 |
| 09 | FINISHES | 122.9 | 64.3 | 91.2 | 108.7 | 89.3 | 98.2 | 103.8 | 65.5 | 83.1 | 123.6 | 94.8 | 108.0 | 112.2 | 81.2 | 95.4 | 112.2 | 81.2 | 95.4 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 60.1 | 115.3 | 131.1 | 66.9 | 116.8 | 131.1 | 60.8 | 115.5 | 131.1 | 92.7 | 122.6 | 131.1 | 75.6 | 118.8 | 131.1 | 75.6 | 118.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 104.0 | 78.9 | 94.1 | 103.8 | 96.1 | 100.9 | 103.8 | 79.5 | 94.3 | 105.1 | 90.2 | 99.2 | 104.2 | 84.2 | 96.4 | 104.2 | 84.2 | 96.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 113.9 | 63.1 | 88.8 | 111.5 | 82.5 | 97.2 | 115.8 | 58.7 | 87.6 | 107.1 | 93.9 | 100.6 | 110.2 | 65.2 | 88.0 | 110.2 | 65.2 | 88.0 |
| MF2018 | WEIGHTED AVERAGE | 120.6 | 70.5 | 99.4 | 113.1 | 90.7 | 103.6 | 111.3 | 70.3 | 94.0 | 119.7 | 95.6 | 109.5 | 110.6 | 80.0 | 97.7 | 110.6 | 80.0 | 97.7 |

# MASTERFORMAT City Cost Indexes  ~  Year 2020 Base

## CANADA

| DIVISION | | CHARLOTTETOWN, PRINCE EDWARD ISLAND | | | CHICOUTIMI, QUEBEC | | | CORNER BROOK, NEWFOUNDLAND | | | CORNWALL, ONTARIO | | | DALHOUSIE, NEW BRUNSWICK | | | DARTMOUTH, NOVA SCOTIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 116.8 | 116.8 | | 100.3 | 100.3 | | 100.0 | 100.0 | | 99.7 | 99.7 | | 99.7 | 99.7 | | 98.9 | 98.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 134.6 | 101.5 | 111.7 | 102.0 | 93.6 | 96.2 | 104.3 | 90.5 | 102.8 | 115.1 | 94.3 | 100.7 | 101.0 | 90.6 | 93.8 | 117.9 | 92.0 | 100.0 |
| 0310 | Concrete Forming & Accessories | 123.7 | 53.1 | 63.5 | 134.9 | 89.8 | 96.4 | 121.9 | 75.6 | 82.4 | 125.0 | 82.4 | 88.7 | 105.9 | 58.0 | 65.1 | 111.8 | 67.8 | 74.3 |
| 0320 | Concrete Reinforcing | 156.7 | 46.6 | 103.5 | 106.0 | 94.5 | 100.4 | 156.0 | 48.8 | 104.2 | 163.7 | 85.3 | 125.8 | 142.5 | 57.6 | 101.4 | 163.2 | 47.6 | 107.3 |
| 0330 | Cast-in-Place Concrete | 152.1 | 57.6 | 116.9 | 107.4 | 94.7 | 102.7 | 127.3 | 63.6 | 103.6 | 117.5 | 92.8 | 108.3 | 110.5 | 56.3 | 90.3 | 122.9 | 66.8 | 102.0 |
| 03 | CONCRETE | 136.8 | 55.4 | 101.0 | 101.6 | 92.4 | 97.6 | 149.1 | 67.5 | 113.3 | 115.7 | 87.0 | 103.1 | 113.1 | 58.4 | 89.0 | 131.9 | 65.0 | 102.5 |
| 04 | MASONRY | 187.9 | 54.9 | 106.2 | 161.9 | 89.8 | 117.6 | 208.6 | 74.3 | 126.1 | 165.0 | 85.6 | 116.2 | 163.3 | 57.4 | 98.3 | 222.6 | 65.6 | 126.1 |
| 05 | METALS | 136.4 | 79.6 | 119.8 | 113.9 | 91.9 | 107.4 | 127.7 | 75.2 | 112.2 | 112.1 | 90.7 | 105.8 | 105.6 | 73.7 | 96.2 | 128.1 | 75.7 | 112.7 |
| 06 | WOOD, PLASTICS & COMPOSITES | 104.3 | 52.5 | 75.8 | 131.8 | 90.3 | 108.9 | 128.1 | 81.4 | 102.4 | 118.5 | 81.6 | 98.2 | 95.8 | 57.9 | 74.9 | 115.9 | 67.4 | 89.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 137.8 | 57.4 | 102.8 | 112.3 | 96.4 | 105.4 | 133.0 | 65.9 | 103.8 | 121.4 | 86.2 | 106.1 | 121.0 | 58.4 | 93.8 | 130.1 | 67.6 | 102.9 |
| 08 | OPENINGS | 85.7 | 45.8 | 76.4 | 87.8 | 76.3 | 85.2 | 106.3 | 66.6 | 97.0 | 89.1 | 80.6 | 87.1 | 85.5 | 51.2 | 77.5 | 91.3 | 61.3 | 84.3 |
| 0920 | Plaster & Gypsum Board | 126.3 | 50.5 | 75.3 | 143.9 | 89.9 | 107.6 | 151.2 | 80.9 | 103.9 | 174.9 | 81.1 | 111.8 | 129.5 | 56.7 | 80.5 | 146.6 | 66.5 | 92.7 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 128.9 | 50.5 | 76.1 | 116.0 | 89.9 | 98.4 | 124.6 | 80.9 | 95.1 | 107.6 | 81.1 | 89.8 | 106.6 | 56.7 | 72.9 | 131.1 | 66.5 | 87.5 |
| 0960 | Flooring | 115.1 | 55.3 | 98.3 | 115.7 | 86.0 | 107.3 | 112.8 | 49.5 | 95.0 | 113.6 | 86.0 | 105.8 | 101.9 | 63.4 | 91.1 | 107.6 | 58.9 | 93.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 117.3 | 39.9 | 71.5 | 111.3 | 94.3 | 101.2 | 117.8 | 56.5 | 81.5 | 113.0 | 85.7 | 95.7 | 113.8 | 47.9 | 74.8 | 117.8 | 59.3 | 83.2 |
| 09 | FINISHES | 119.8 | 52.3 | 83.3 | 114.6 | 91.6 | 102.1 | 122.6 | 70.2 | 94.2 | 117.3 | 83.6 | 99.0 | 108.4 | 58.2 | 81.2 | 120.3 | 65.5 | 90.7 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 58.4 | 114.9 | 131.1 | 81.5 | 120.1 | 131.1 | 60.6 | 115.4 | 131.1 | 64.6 | 116.3 | 131.1 | 57.8 | 114.8 | 131.1 | 60.8 | 115.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 104.1 | 59.0 | 86.4 | 103.8 | 81.0 | 94.9 | 104.0 | 65.9 | 89.0 | 104.2 | 94.3 | 100.3 | 103.9 | 64.8 | 88.5 | 104.0 | 79.5 | 94.4 |
| 26, 27, 33070 | ELECTRICAL, COMMUNICATIONS & UTIL. | 110.0 | 47.5 | 79.2 | 109.9 | 84.1 | 97.2 | 110.9 | 51.5 | 81.6 | 111.6 | 80.4 | 96.3 | 113.1 | 49.4 | 81.7 | 115.0 | 58.7 | 87.2 |
| MF2018 | WEIGHTED AVERAGE | 121.3 | 60.2 | 95.5 | 110.4 | 87.6 | 100.7 | 124.7 | 68.4 | 100.9 | 113.1 | 87.3 | 102.2 | 110.2 | 62.5 | 90.0 | 121.5 | 70.2 | 99.8 |

## CANADA

| DIVISION | | EDMONTON, ALBERTA | | | FORT MCMURRAY, ALBERTA | | | FREDERICTON, NEW BRUNSWICK | | | GATINEAU, QUEBEC | | | GRANBY, QUEBEC | | | HALIFAX, NOVA SCOTIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 129.1 | 129.1 | | 101.9 | 101.9 | | 113.9 | 113.9 | | 100.2 | 100.2 | | 100.2 | 100.2 | | 115.6 | 115.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 125.1 | 121.8 | 122.8 | 121.7 | 95.4 | 103.5 | 116.0 | 100.8 | 105.5 | 96.7 | 93.7 | 94.6 | 97.2 | 93.7 | 94.8 | 102.8 | 103.6 | 103.4 |
| 0310 | Concrete Forming & Accessories | 128.3 | 94.9 | 99.8 | 125.0 | 87.5 | 93.1 | 126.9 | 58.6 | 68.7 | 132.9 | 79.1 | 87.0 | 132.9 | 79.0 | 87.0 | 124.1 | 87.7 | 93.0 |
| 0320 | Concrete Reinforcing | 136.0 | 82.0 | 109.9 | 151.5 | 81.7 | 118.7 | 141.0 | 57.8 | 100.8 | 147.4 | 72.4 | 111.1 | 147.4 | 72.4 | 111.1 | 156.3 | 77.9 | 118.3 |
| 0330 | Cast-in-Place Concrete | 145.8 | 104.3 | 130.4 | 173.5 | 98.2 | 145.5 | 112.7 | 57.5 | 92.1 | 104.0 | 87.5 | 97.9 | 107.5 | 87.4 | 100.0 | 99.4 | 85.1 | 94.0 |
| 03 | CONCRETE | 130.8 | 96.8 | 115.9 | 139.8 | 90.6 | 118.2 | 116.9 | 59.7 | 91.8 | 107.9 | 81.4 | 96.2 | 109.3 | 81.4 | 97.1 | 111.9 | 86.1 | 100.6 |
| 04 | MASONRY | 212.7 | 89.8 | 137.2 | 206.1 | 86.3 | 132.5 | 189.1 | 58.8 | 109.0 | 162.3 | 76.3 | 109.5 | 162.6 | 76.3 | 109.6 | 185.4 | 86.4 | 124.6 |
| 05 | METALS | 134.6 | 102.4 | 125.1 | 139.8 | 90.9 | 125.5 | 136.6 | 83.3 | 121.0 | 110.7 | 84.8 | 103.1 | 110.4 | 84.8 | 103.2 | 136.3 | 99.2 | 125.4 |
| 06 | WOOD, PLASTICS & COMPOSITES | 101.6 | 94.4 | 97.6 | 114.5 | 86.7 | 99.2 | 106.5 | 58.2 | 79.9 | 131.6 | 79.0 | 102.7 | 131.6 | 79.0 | 102.7 | 103.7 | 87.8 | 95.0 |
| 07 | THERMAL & MOISTURE PROTECTION | 143.5 | 98.0 | 123.7 | 129.8 | 96.7 | 115.3 | 137.4 | 59.4 | 103.5 | 114.8 | 84.1 | 101.5 | 114.8 | 84.1 | 101.8 | 137.4 | 88.7 | 116.2 |
| 08 | OPENINGS | 80.9 | 83.7 | 81.5 | 89.1 | 79.5 | 86.9 | 88.0 | 50.3 | 79.2 | 89.1 | 67.9 | 84.2 | 89.1 | 67.9 | 84.2 | 88.9 | 79.2 | 86.6 |
| 0920 | Plaster & Gypsum Board | 129.8 | 93.3 | 105.2 | 116.6 | 86.1 | 96.1 | 130.3 | 56.7 | 80.8 | 114.4 | 78.4 | 90.2 | 114.4 | 78.4 | 90.2 | 117.8 | 87.1 | 97.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 144.5 | 93.3 | 110.0 | 112.5 | 86.1 | 94.7 | 137.2 | 56.7 | 82.9 | 103.5 | 78.4 | 86.6 | 103.5 | 78.4 | 86.6 | 139.8 | 87.1 | 104.2 |
| 0960 | Flooring | 121.8 | 84.8 | 111.4 | 113.6 | 84.8 | 105.5 | 115.6 | 66.2 | 101.7 | 113.6 | 86.0 | 105.8 | 113.6 | 86.0 | 105.8 | 109.5 | 81.5 | 101.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 115.6 | 107.4 | 110.8 | 110.4 | 88.3 | 97.3 | 118.8 | 61.1 | 84.6 | 110.3 | 83.6 | 94.5 | 110.3 | 83.6 | 94.5 | 118.4 | 90.9 | 102.1 |
| 09 | FINISHES | 124.5 | 94.9 | 108.0 | 111.8 | 87.9 | 98.6 | 125.1 | 60.4 | 90.1 | 107.8 | 81.2 | 93.4 | 107.8 | 81.2 | 93.4 | 117.7 | 87.5 | 101.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 93.6 | 122.8 | 131.1 | 90.1 | 122.0 | 131.1 | 58.5 | 115.0 | 131.1 | 75.6 | 118.8 | 131.1 | 75.6 | 118.8 | 131.1 | 68.9 | 117.3 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 104.9 | 90.4 | 99.2 | 104.2 | 73.9 | 92.3 | 104.2 | 73.7 | 92.2 | 104.3 | 78.4 | 94.1 | 103.8 | 84.2 | 96.1 | 104.9 | 82.3 | 96.0 |
| 26, 27, 33070 | ELECTRICAL, COMMUNICATIONS & UTIL. | 115.0 | 93.9 | 104.6 | 105.4 | 77.5 | 91.7 | 112.2 | 69.7 | 91.2 | 110.2 | 65.2 | 88.0 | 110.9 | 65.2 | 88.4 | 113.3 | 90.6 | 102.1 |
| MF2018 | WEIGHTED AVERAGE | 121.8 | 95.9 | 110.9 | 121.9 | 88.4 | 107.7 | 119.3 | 69.0 | 98.1 | 110.5 | 79.7 | 97.5 | 110.5 | 79.7 | 97.5 | 117.9 | 88.0 | 105.2 |

## CANADA

| DIVISION | | HAMILTON, ONTARIO | | | HULL, QUEBEC | | | JOLIETTE, QUEBEC | | | KAMLOOPS, BRITISH COLUMBIA | | | KINGSTON, ONTARIO | | | KITCHENER, ONTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 115.5 | 115.5 | | 100.2 | 100.2 | | 100.2 | 100.2 | | 103.3 | 103.3 | | 101.9 | 101.9 | | 101.6 | 101.6 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 105.8 | 107.0 | 106.6 | 96.7 | 93.7 | 94.6 | 97.3 | 93.7 | 94.8 | 120.1 | 97.1 | 104.3 | 115.1 | 98.0 | 103.3 | 94.2 | 99.8 | 98.0 |
| 0310 | Concrete Forming & Accessories | 130.0 | 94.7 | 99.9 | 132.9 | 79.1 | 87.0 | 132.9 | 79.2 | 87.1 | 124.3 | 82.3 | 88.5 | 125.1 | 82.5 | 88.7 | 117.3 | 88.0 | 92.3 |
| 0320 | Concrete Reinforcing | 136.9 | 103.3 | 120.7 | 147.4 | 72.4 | 111.1 | 139.3 | 72.4 | 107.0 | 109.3 | 75.8 | 93.1 | 163.7 | 85.3 | 125.8 | 96.4 | 103.1 | 99.6 |
| 0330 | Cast-in-Place Concrete | 107.6 | 102.1 | 105.6 | 104.0 | 87.5 | 97.9 | 108.4 | 87.5 | 100.6 | 93.8 | 91.8 | 93.1 | 117.5 | 92.8 | 108.3 | 111.7 | 97.2 | 106.3 |
| 03 | CONCRETE | 110.2 | 99.3 | 105.4 | 107.9 | 81.4 | 96.2 | 108.8 | 81.5 | 96.8 | 112.7 | 85.0 | 103.0 | 117.5 | 87.0 | 104.1 | 97.1 | 94.1 | 95.8 |
| 04 | MASONRY | 173.2 | 100.5 | 128.5 | 162.3 | 76.3 | 109.5 | 162.7 | 76.3 | 109.6 | 169.4 | 84.0 | 116.9 | 171.9 | 85.7 | 118.9 | 142.2 | 98.6 | 115.4 |
| 05 | METALS | 134.7 | 106.4 | 126.4 | 110.9 | 84.8 | 103.2 | 110.9 | 85.0 | 103.3 | 112.8 | 87.1 | 105.3 | 113.5 | 90.7 | 106.8 | 124.1 | 98.0 | 116.5 |
| 06 | WOOD, PLASTICS & COMPOSITES | 111.4 | 94.0 | 101.8 | 131.6 | 79.0 | 102.7 | 131.6 | 79.0 | 102.7 | 102.2 | 80.7 | 90.3 | 118.5 | 81.7 | 98.3 | 110.3 | 85.9 | 96.9 |
| 07 | THERMAL & MOISTURE PROTECTION | 134.0 | 101.5 | 119.8 | 114.8 | 84.1 | 101.5 | 114.8 | 84.1 | 101.5 | 131.2 | 81.7 | 109.7 | 121.4 | 87.3 | 106.6 | 116.4 | 98.4 | 108.5 |
| 08 | OPENINGS | 85.3 | 93.2 | 87.1 | 89.1 | 67.9 | 84.2 | 89.1 | 72.3 | 85.2 | 86.1 | 78.5 | 84.3 | 89.1 | 80.3 | 87.1 | 80.0 | 87.1 | 81.7 |
| 0920 | Plaster & Gypsum Board | 131.0 | 93.1 | 105.5 | 114.4 | 78.4 | 90.2 | 147.6 | 78.4 | 101.0 | 101.1 | 79.8 | 86.8 | 177.6 | 81.2 | 112.8 | 107.2 | 85.6 | 92.6 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 139.9 | 93.1 | 108.4 | 103.5 | 78.4 | 86.6 | 103.5 | 78.4 | 86.6 | 103.5 | 79.8 | 87.5 | 119.0 | 81.2 | 93.5 | 107.9 | 85.6 | 92.9 |
| 0960 | Flooring | 115.3 | 95.0 | 109.6 | 113.6 | 86.0 | 105.8 | 113.6 | 86.0 | 105.8 | 112.5 | 49.2 | 94.7 | 113.6 | 86.0 | 105.8 | 101.3 | 95.1 | 99.6 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 113.0 | 104.1 | 107.8 | 110.3 | 83.6 | 94.5 | 110.3 | 83.6 | 94.5 | 111.0 | 76.4 | 90.3 | 110.3 | 79.2 | 91.9 | 104.4 | 93.9 | 98.2 |
| 09 | FINISHES | 121.0 | 95.6 | 107.3 | 107.8 | 81.2 | 93.4 | 112.2 | 81.2 | 95.4 | 108.3 | 75.8 | 90.7 | 119.9 | 82.9 | 99.9 | 102.1 | 89.4 | 95.2 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 92.5 | 122.5 | 131.1 | 75.6 | 118.8 | 131.1 | 75.6 | 118.8 | 131.1 | 84.4 | 120.7 | 131.1 | 64.6 | 116.3 | 131.1 | 89.6 | 121.9 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 105.2 | 92.1 | 100.0 | 103.8 | 84.2 | 96.1 | 103.8 | 84.2 | 96.1 | 103.8 | 87.5 | 97.4 | 104.2 | 94.4 | 100.4 | 104.2 | 91.3 | 99.1 |
| 26, 27, 33070 | ELECTRICAL, COMMUNICATIONS & UTIL. | 108.5 | 103.6 | 106.1 | 112.3 | 65.2 | 89.1 | 110.9 | 65.2 | 88.4 | 114.3 | 74.2 | 94.5 | 111.6 | 82.1 | 97.1 | 109.9 | 99.8 | 104.8 |
| MF2018 | WEIGHTED AVERAGE | 116.3 | 98.8 | 108.9 | 110.5 | 79.8 | 97.5 | 110.8 | 80.0 | 97.8 | 113.0 | 83.5 | 100.5 | 114.1 | 87.4 | 102.8 | 108.6 | 94.6 | 102.7 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

## CANADA

| DIVISION | LAVAL, QUEBEC | | | LETHBRIDGE, ALBERTA | | | LLOYDMINSTER, ALBERTA | | | LONDON, ONTARIO | | | MEDICINE HAT, ALBERTA | | | MONCTON, NEW BRUNSWICK | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 CONTRACTOR EQUIPMENT | | 100.2 | 100.2 | | 101.9 | 101.9 | | 101.9 | 101.9 | | 116.7 | 116.7 | | 101.9 | 101.9 | | 99.7 | 99.7 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 97.2 | 93.9 | 94.9 | 114.5 | 96.0 | 101.7 | 114.5 | 95.4 | 101.3 | 103.5 | 106.8 | 105.8 | 113.2 | 95.5 | 101.0 | 104.5 | 92.5 | 96.2 |
| 0310 Concrete Forming & Accessories | 133.2 | 81.1 | 88.8 | 126.4 | 87.6 | 93.3 | 124.6 | 78.3 | 85.1 | 129.1 | 89.1 | 95.0 | 126.4 | 78.2 | 85.3 | 106.1 | 66.1 | 72.0 |
| 0320 Concrete Reinforcing | 147.4 | 74.4 | 112.1 | 151.5 | 81.9 | 117.8 | 151.5 | 81.8 | 117.8 | 120.7 | 102.1 | 114.8 | 151.5 | 81.8 | 117.8 | 140.5 | 69.8 | 106.3 |
| 0330 Cast-in-Place Concrete | 107.5 | 89.4 | 100.7 | 130.1 | 98.2 | 118.2 | 120.7 | 94.6 | 111.2 | 120.2 | 100.8 | 113.0 | 120.7 | 94.6 | 111.0 | 109.8 | 68.0 | 94.3 |
| 03 CONCRETE | 109.5 | 83.4 | 98.0 | 120.0 | 90.6 | 107.1 | 115.5 | 85.2 | 102.2 | 114.6 | 96.2 | 106.5 | 115.7 | 85.2 | 102.3 | 108.4 | 68.5 | 90.9 |
| 04 MASONRY | 162.6 | 78.4 | 110.8 | 180.1 | 86.3 | 122.4 | 161.6 | 80.1 | 111.6 | 183.8 | 99.5 | 132.0 | 161.6 | 80.1 | 111.6 | 159.4 | 74.6 | 107.3 |
| 05 METALS | 110.7 | 85.9 | 103.5 | 134.1 | 91.0 | 121.5 | 112.8 | 90.8 | 106.4 | 134.7 | 106.8 | 126.5 | 113.0 | 90.8 | 106.5 | 114.1 | 86.8 | 106.1 |
| 06 WOOD, PLASTICS & COMPOSITES | 131.7 | 81.1 | 103.9 | 118.0 | 86.7 | 100.8 | 114.5 | 77.4 | 94.1 | 114.8 | 86.8 | 99.4 | 118.0 | 77.4 | 95.7 | 97.5 | 65.0 | 79.6 |
| 07 THERMAL & MOISTURE PROTECTION | 115.4 | 86.0 | 102.6 | 127.1 | 92.6 | 112.1 | 123.5 | 88.2 | 108.1 | 129.9 | 99.0 | 116.5 | 130.5 | 88.2 | 112.1 | 116.6 | 72.4 | 97.4 |
| 08 OPENINGS | 89.1 | 69.8 | 84.6 | 89.1 | 79.5 | 86.9 | 89.1 | 74.4 | 85.7 | 81.6 | 87.9 | 83.1 | 89.1 | 74.4 | 85.7 | 84.0 | 61.9 | 78.8 |
| 0920 Plaster & Gypsum Board | 114.7 | 80.5 | 91.7 | 106.4 | 86.1 | 92.7 | 102.1 | 76.6 | 84.9 | 134.4 | 85.8 | 101.7 | 104.3 | 76.6 | 85.6 | 124.2 | 64.1 | 83.7 |
| 0950, 0980 Ceilings & Acoustic Treatment | 103.5 | 80.5 | 88.0 | 112.5 | 86.1 | 95.7 | 103.5 | 76.6 | 85.3 | 138.5 | 85.8 | 102.9 | 103.5 | 76.6 | 85.3 | 116.8 | 64.1 | 81.2 |
| 0960 Flooring | 113.6 | 88.4 | 106.5 | 113.6 | 84.8 | 105.5 | 113.6 | 84.8 | 105.5 | 109.9 | 95.1 | 105.7 | 113.6 | 84.8 | 105.5 | 99.6 | 65.6 | 90.1 |
| 0970, 0990 Wall Finishes & Painting/Coating | 110.3 | 85.9 | 95.8 | 110.2 | 96.4 | 102.1 | 110.4 | 75.1 | 89.5 | 113.5 | 100.5 | 105.8 | 110.2 | 75.1 | 89.4 | 111.3 | 83.6 | 94.9 |
| 09 FINISHES | 107.8 | 83.3 | 94.5 | 109.6 | 88.3 | 98.0 | 107.4 | 78.9 | 92.0 | 121.5 | 91.0 | 105.0 | 107.5 | 78.9 | 92.0 | 107.7 | 67.5 | 86.0 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 77.5 | 119.2 | 131.1 | 89.2 | 121.8 | 131.1 | 87.1 | 121.3 | 131.1 | 91.6 | 122.3 | 131.1 | 86.1 | 121.1 | 131.1 | 61.0 | 115.5 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 104.3 | 86.5 | 97.3 | 104.1 | 90.1 | 98.6 | 104.2 | 90.0 | 98.6 | 105.1 | 89.2 | 98.8 | 103.8 | 86.8 | 97.2 | 103.8 | 73.7 | 92.0 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 110.9 | 67.0 | 89.3 | 107.1 | 77.5 | 92.5 | 104.6 | 77.5 | 91.2 | 103.5 | 102.0 | 102.8 | 104.6 | 77.5 | 91.2 | 117.3 | 88.5 | 103.1 |
| MF2018 WEIGHTED AVERAGE | 117.0 | 81.6 | 98.4 | 117.0 | 87.9 | 104.7 | 111.5 | 84.7 | 100.2 | 116.3 | 96.5 | 108.0 | 111.7 | 84.0 | 100.0 | 110.9 | 76.0 | 96.2 |

## CANADA

| DIVISION | MONTREAL, QUEBEC | | | MOOSE JAW, SASKATCHEWAN | | | NEW GLASGOW, NOVA SCOTIA | | | NEWCASTLE, NEW BRUNSWICK | | | NORTH BAY, ONTARIO | | | OSHAWA, ONTARIO | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 CONTRACTOR EQUIPMENT | | 117.7 | 117.7 | | 98.3 | 98.3 | | 98.9 | 98.9 | | 99.7 | 99.7 | | 99.3 | 99.3 | | 101.6 | 101.6 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 113.0 | 105.5 | 107.8 | 114.4 | 90.0 | 97.5 | 111.9 | 92.0 | 98.1 | 105.1 | 90.6 | 95.1 | 126.8 | 93.6 | 103.9 | 104.6 | 99.6 | 101.2 |
| 0310 Concrete Forming & Accessories | 130.9 | 90.4 | 96.4 | 109.6 | 54.6 | 62.7 | 111.8 | 67.8 | 74.3 | 106.1 | 58.0 | 65.1 | 146.2 | 80.0 | 89.8 | 122.8 | 91.3 | 96.0 |
| 0320 Concrete Reinforcing | 126.8 | 94.6 | 111.3 | 106.9 | 61.4 | 84.9 | 156.0 | 47.6 | 103.6 | 140.5 | 57.6 | 100.4 | 184.7 | 84.8 | 136.4 | 152.7 | 103.7 | 129.0 |
| 0330 Cast-in-Place Concrete | 124.4 | 97.4 | 114.3 | 117.1 | 63.7 | 97.2 | 122.9 | 66.8 | 102.0 | 114.0 | 56.3 | 92.6 | 118.4 | 80.1 | 104.1 | 129.2 | 106.4 | 120.7 |
| 03 CONCRETE | 116.7 | 94.3 | 106.8 | 101.4 | 60.0 | 83.2 | 131.0 | 65.0 | 102.0 | 113.0 | 58.4 | 87.5 | 132.7 | 81.4 | 110.2 | 118.3 | 98.8 | 109.8 |
| 04 MASONRY | 178.8 | 89.8 | 124.1 | 160.3 | 56.4 | 96.4 | 208.2 | 65.6 | 120.5 | 159.8 | 57.4 | 96.9 | 214.4 | 81.9 | 133.0 | 145.1 | 101.9 | 118.6 |
| 05 METALS | 144.3 | 102.2 | 131.9 | 109.6 | 75.0 | 99.4 | 125.6 | 75.7 | 111.0 | 114.1 | 73.8 | 102.3 | 126.5 | 90.2 | 115.8 | 114.2 | 98.6 | 109.6 |
| 06 WOOD, PLASTICS & COMPOSITES | 111.3 | 90.8 | 100.0 | 99.4 | 53.2 | 74.0 | 115.9 | 67.4 | 89.2 | 97.5 | 57.9 | 75.7 | 153.5 | 80.2 | 113.2 | 117.6 | 89.4 | 102.1 |
| 07 THERMAL & MOISTURE PROTECTION | 125.9 | 97.2 | 113.4 | 114.1 | 60.1 | 90.6 | 130.1 | 67.6 | 102.9 | 116.6 | 58.4 | 91.3 | 136.4 | 82.7 | 113.0 | 117.3 | 104.1 | 111.6 |
| 08 OPENINGS | 87.4 | 78.7 | 85.4 | 85.3 | 51.4 | 77.4 | 91.3 | 61.3 | 84.3 | 84.0 | 51.2 | 76.3 | 98.6 | 78.2 | 93.8 | 85.0 | 90.2 | 86.2 |
| 0920 Plaster & Gypsum Board | 126.2 | 89.9 | 101.8 | 98.2 | 51.9 | 67.1 | 145.0 | 66.5 | 92.2 | 124.2 | 56.7 | 78.8 | 140.6 | 79.8 | 99.7 | 110.7 | 89.2 | 94.2 |
| 0950, 0980 Ceilings & Acoustic Treatment | 146.1 | 89.9 | 108.2 | 103.5 | 51.9 | 68.7 | 123.8 | 66.5 | 85.2 | 116.8 | 56.7 | 76.3 | 133.8 | 79.8 | 97.4 | 103.9 | 89.2 | 94.0 |
| 0960 Flooring | 112.4 | 90.5 | 106.2 | 103.6 | 53.7 | 89.6 | 107.6 | 58.9 | 93.9 | 99.6 | 63.4 | 89.5 | 131.2 | 86.0 | 118.5 | 104.2 | 97.6 | 102.0 |
| 0970, 0990 Wall Finishes & Painting/Coating | 115.0 | 104.1 | 108.5 | 110.3 | 61.0 | 81.1 | 117.8 | 59.3 | 83.2 | 111.3 | 47.9 | 73.8 | 117.8 | 85.0 | 98.4 | 104.4 | 108.1 | 106.6 |
| 09 FINISHES | 125.9 | 92.8 | 106.0 | 103.7 | 54.8 | 77.2 | 118.7 | 65.5 | 89.9 | 107.7 | 58.2 | 80.9 | 125.9 | 81.9 | 102.1 | 103.2 | 93.7 | 98.1 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 82.8 | 120.4 | 131.1 | 57.5 | 114.7 | 131.1 | 60.8 | 115.5 | 131.1 | 57.9 | 114.8 | 131.1 | 63.4 | 116.0 | 131.1 | 90.4 | 122.0 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 105.1 | 81.2 | 95.7 | 104.2 | 70.3 | 90.9 | 104.0 | 79.5 | 94.4 | 103.8 | 64.8 | 88.5 | 104.2 | 90.4 | 99.4 | 104.2 | 91.9 | 99.3 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 107.9 | 84.1 | 96.2 | 113.4 | 56.3 | 85.3 | 111.3 | 58.7 | 85.4 | 112.9 | 55.9 | 84.8 | 112.6 | 83.3 | 98.1 | 110.6 | 103.8 | 107.3 |
| MF2018 WEIGHTED AVERAGE | 119.1 | 90.1 | 106.9 | 119.0 | 63.9 | 89.9 | 119.6 | 70.2 | 98.7 | 113.1 | 67.9 | 90.5 | 122.5 | 85.2 | 106.8 | 110.8 | 97.2 | 105.0 |

## CANADA

| DIVISION | OTTAWA, ONTARIO | | | OWEN SOUND, ONTARIO | | | PETERBOROUGH, ONTARIO | | | PORTAGE LA PRAIRIE, MANITOBA | | | PRINCE ALBERT, SASKATCHEWAN | | | PRINCE GEORGE, BRITISH COLUMBIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 CONTRACTOR EQUIPMENT | | 117.8 | 117.8 | | 100.1 | 100.1 | | 99.7 | 99.7 | | 101.9 | 101.9 | | 98.3 | 98.3 | | 103.3 | 103.3 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 107.0 | 107.2 | 107.1 | 117.0 | 94.6 | 101.5 | 116.9 | 94.2 | 101.3 | 115.4 | 93.2 | 100.1 | 102.0 | 90.1 | 96.3 | 123.4 | 97.1 | 105.3 |
| 0310 Concrete Forming & Accessories | 124.8 | 88.4 | 93.7 | 125.6 | 78.7 | 85.6 | 127.2 | 81.0 | 87.8 | 126.6 | 65.7 | 74.7 | 109.6 | 54.4 | 62.5 | 115.1 | 77.5 | 83.0 |
| 0320 Concrete Reinforcing | 137.0 | 102.0 | 120.1 | 175.2 | 84.3 | 131.2 | 163.7 | 85.3 | 125.8 | 151.5 | 54.5 | 104.6 | 111.7 | 61.4 | 87.3 | 109.3 | 75.8 | 93.1 |
| 0330 Cast-in-Place Concrete | 122.3 | 103.0 | 115.1 | 157.7 | 76.6 | 127.5 | 130.7 | 81.8 | 112.5 | 120.7 | 69.8 | 101.8 | 106.2 | 63.6 | 90.3 | 117.6 | 91.8 | 108.0 |
| 03 CONCRETE | 116.6 | 96.7 | 107.9 | 138.9 | 79.9 | 113.0 | 121.8 | 82.5 | 104.6 | 109.5 | 66.2 | 90.5 | 96.9 | 59.9 | 80.7 | 127.5 | 82.8 | 107.9 |
| 04 MASONRY | 173.2 | 99.4 | 127.8 | 165.6 | 87.1 | 117.3 | 166.1 | 88.0 | 118.1 | 164.8 | 59.7 | 100.2 | 159.5 | 56.4 | 96.1 | 171.4 | 84.0 | 117.7 |
| 05 METALS | 135.5 | 108.9 | 127.7 | 111.1 | 91.3 | 105.3 | 112.3 | 90.8 | 106.0 | 113.0 | 78.4 | 102.8 | 109.7 | 74.8 | 99.4 | 112.8 | 87.2 | 105.3 |
| 06 WOOD, PLASTICS & COMPOSITES | 108.4 | 85.7 | 95.9 | 116.5 | 77.3 | 94.9 | 120.3 | 79.0 | 97.6 | 118.0 | 66.8 | 89.8 | 99.4 | 53.2 | 74.0 | 102.2 | 74.1 | 86.7 |
| 07 THERMAL & MOISTURE PROTECTION | 137.3 | 99.7 | 121.0 | 115.3 | 83.5 | 101.5 | 121.6 | 88.0 | 107.0 | 114.6 | 68.2 | 94.4 | 114.0 | 59.0 | 90.1 | 124.5 | 81.0 | 105.6 |
| 08 OPENINGS | 90.3 | 87.5 | 89.7 | 90.5 | 77.6 | 87.5 | 87.7 | 79.9 | 85.9 | 89.1 | 59.9 | 82.3 | 84.3 | 51.4 | 76.6 | 86.1 | 74.9 | 83.5 |
| 0920 Plaster & Gypsum Board | 129.1 | 84.6 | 99.1 | 153.5 | 76.7 | 101.8 | 115.8 | 78.5 | 90.7 | 104.0 | 65.6 | 78.2 | 98.2 | 51.9 | 67.1 | 101.1 | 73.0 | 82.2 |
| 0950, 0980 Ceilings & Acoustic Treatment | 142.3 | 84.6 | 103.4 | 94.3 | 76.7 | 82.4 | 103.5 | 78.5 | 86.7 | 103.5 | 65.6 | 78.0 | 103.5 | 51.9 | 68.7 | 103.5 | 73.0 | 83.0 |
| 0960 Flooring | 108.3 | 90.6 | 103.4 | 119.3 | 87.3 | 110.3 | 113.6 | 86.0 | 105.8 | 113.6 | 61.9 | 99.1 | 103.6 | 53.7 | 89.6 | 109.0 | 67.4 | 97.3 |
| 0970, 0990 Wall Finishes & Painting/Coating | 113.5 | 95.9 | 103.1 | 105.6 | 83.8 | 92.7 | 110.3 | 87.1 | 96.6 | 110.4 | 54.1 | 77.1 | 110.3 | 52.0 | 75.8 | 110.3 | 76.4 | 90.3 |
| 09 FINISHES | 122.3 | 89.0 | 104.3 | 111.3 | 80.8 | 94.8 | 108.7 | 82.6 | 94.5 | 107.4 | 64.1 | 84.0 | 103.7 | 53.8 | 76.7 | 107.2 | 75.0 | 89.8 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 89.5 | 121.9 | 139.2 | 63.9 | 122.4 | 131.1 | 61.6 | 116.3 | 131.1 | 59.8 | 115.2 | 131.1 | 57.5 | 114.7 | 131.1 | 83.7 | 120.6 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 105.1 | 90.7 | 99.4 | 103.7 | 92.4 | 99.3 | 103.8 | 95.8 | 100.7 | 103.8 | 78.4 | 93.8 | 104.2 | 63.4 | 88.2 | 103.8 | 87.5 | 97.4 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 104.4 | 101.9 | 103.2 | 118.5 | 82.1 | 100.6 | 111.5 | 82.9 | 97.4 | 113.0 | 54.4 | 84.2 | 113.4 | 56.3 | 85.3 | 111.5 | 74.2 | 93.1 |
| MF2018 WEIGHTED AVERAGE | 117.5 | 96.8 | 108.7 | 116.7 | 85.4 | 103.4 | 113.1 | 87.1 | 102.1 | 111.6 | 69.1 | 93.6 | 108.2 | 62.2 | 88.8 | 114.0 | 82.8 | 100.8 |

# MASTERFORMAT City Cost Indexes  ~  Year 2020 Base

## CANADA

| DIVISION | | QUEBEC CITY, QUEBEC | | | RED DEER, ALBERTA | | | REGINA, SASKATCHEWAN | | | RIMOUSKI, QUEBEC | | | ROUYN-NORANDA, QUEBEC | | | SAINT HYACINTHE, QUEBEC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 117.4 | 117.4 | | 101.9 | 101.9 | | 128.3 | 128.3 | | 100.2 | 100.2 | | 100.2 | 100.2 | | 100.2 | 100.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 114.1 | 104.7 | 107.6 | 113.2 | 95.5 | 101.0 | 124.6 | 119.6 | 121.7 | 97.0 | 93.6 | 94.6 | 96.7 | 93.7 | 94.6 | 97.2 | 93.7 | 94.8 |
| 0310 | Concrete Forming & Accessories | 127.4 | 90.5 | 95.9 | 139.7 | 78.2 | 87.3 | 131.0 | 91.5 | 97.4 | 132.9 | 89.8 | 96.2 | 132.9 | 79.1 | 87.0 | 132.9 | 79.1 | 87.0 |
| 0320 | Concrete Reinforcing | 124.2 | 94.6 | 109.9 | 151.5 | 81.8 | 117.8 | 123.8 | 88.8 | 106.9 | 105.1 | 94.5 | 100.0 | 147.4 | 72.4 | 111.1 | 147.4 | 72.4 | 111.1 |
| 0330 | Cast-in-Place Concrete | 131.6 | 97.0 | 118.7 | 120.7 | 94.6 | 111.0 | 153.8 | 97.7 | 132.9 | 109.4 | 94.7 | 103.9 | 108.4 | 87.5 | 97.9 | 107.5 | 87.5 | 100.0 |
| 03 | CONCRETE | 119.4 | 94.3 | 108.4 | 116.5 | 85.2 | 102.7 | 131.3 | 94.0 | 114.9 | 105.0 | 92.4 | 99.5 | 107.9 | 81.4 | 96.2 | 109.5 | 81.4 | 97.1 |
| 04 | MASONRY | 173.6 | 89.8 | 122.1 | 161.6 | 80.1 | 111.6 | 205.2 | 86.7 | 132.4 | 162.1 | 89.8 | 117.6 | 162.3 | 76.3 | 109.5 | 162.6 | 76.3 | 109.6 |
| 05 | METALS | 138.0 | 103.3 | 127.8 | 113.0 | 90.8 | 106.5 | 139.1 | 101.4 | 128.0 | 110.4 | 91.8 | 104.9 | 110.9 | 84.8 | 103.2 | 110.9 | 84.8 | 103.2 |
| 06 | WOOD, PLASTICS & COMPOSITES | 114.2 | 90.7 | 101.3 | 118.0 | 77.4 | 95.7 | 108.0 | 92.2 | 99.3 | 131.6 | 90.3 | 108.9 | 131.6 | 79.0 | 102.7 | 131.6 | 79.0 | 102.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 125.1 | 97.2 | 112.9 | 141.4 | 88.2 | 118.3 | 143.8 | 86.6 | 118.9 | 114.8 | 96.4 | 106.8 | 114.8 | 84.1 | 101.5 | 115.2 | 84.1 | 101.7 |
| 08 | OPENINGS | 88.4 | 86.0 | 87.8 | 89.1 | 74.4 | 85.7 | 87.9 | 79.8 | 86.1 | 88.7 | 76.3 | 85.8 | 89.1 | 67.9 | 84.2 | 89.1 | 67.9 | 84.2 |
| 0920 | Plaster & Gypsum Board | 128.5 | 89.9 | 102.6 | 104.3 | 76.6 | 85.6 | 140.8 | 91.2 | 107.4 | 147.4 | 89.9 | 108.7 | 114.2 | 78.4 | 90.1 | 114.2 | 78.4 | 90.1 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 131.7 | 89.9 | 103.5 | 103.5 | 76.6 | 86.3 | 154.3 | 91.2 | 111.7 | 102.7 | 89.9 | 94.1 | 102.7 | 78.4 | 86.3 | 102.7 | 78.4 | 86.3 |
| 0960 | Flooring | 108.9 | 90.5 | 103.8 | 116.0 | 84.8 | 107.2 | 123.6 | 95.1 | 115.6 | 114.8 | 86.0 | 106.7 | 113.6 | 86.0 | 105.8 | 113.6 | 86.0 | 105.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 120.8 | 104.1 | 111.0 | 102.7 | 76.3 | 86.9 | 118.0 | 89.0 | 100.9 | 113.4 | 104.1 | 107.9 | 103.8 | 83.6 | 94.5 | 110.3 | 83.6 | 94.5 |
| 09 | FINISHES | 117.4 | 92.7 | 104.0 | 108.2 | 78.9 | 92.4 | 130.9 | 92.9 | 110.3 | 112.6 | 91.6 | 101.2 | 107.6 | 81.2 | 93.3 | 107.6 | 81.2 | 93.3 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 82.5 | 120.3 | 131.1 | 86.1 | 121.1 | 131.1 | 70.9 | 117.7 | 131.1 | 81.5 | 120.1 | 131.1 | 75.6 | 118.8 | 131.1 | 75.6 | 118.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 105.1 | 81.2 | 95.7 | 103.8 | 86.8 | 97.2 | 104.8 | 86.9 | 97.8 | 103.8 | 81.0 | 94.9 | 103.8 | 84.2 | 96.1 | 100.5 | 84.2 | 94.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 114.7 | 84.1 | 99.6 | 104.6 | 77.5 | 91.2 | 108.9 | 91.5 | 101.3 | 110.9 | 84.1 | 97.7 | 110.9 | 65.2 | 88.4 | 111.5 | 65.2 | 88.7 |
| MF2018 | WEIGHTED AVERAGE | 118.7 | 90.4 | 106.7 | 112.1 | 84.0 | 100.2 | 123.1 | 92.4 | 110.2 | 110.2 | 87.6 | 100.6 | 110.3 | 79.8 | 97.4 | 109.8 | 79.8 | 97.1 |

## CANADA

| DIVISION | | SAINT JOHN, NEW BRUNSWICK | | | SARNIA, ONTARIO | | | SASKATOON, SASKATCHEWAN | | | SAULT STE MARIE, ONTARIO | | | SHERBROOKE, QUEBEC | | | SOREL, QUEBEC | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.7 | 99.7 | | 99.7 | 99.7 | | 98.4 | 98.4 | | 99.7 | 99.7 | | 100.2 | 100.2 | | 100.2 | 100.2 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 105.2 | 92.5 | 96.4 | 115.5 | 94.3 | 101.0 | 112.7 | 92.8 | 98.9 | 105.6 | 93.9 | 97.5 | 97.2 | 93.7 | 94.8 | 97.3 | 93.7 | 94.8 |
| 0310 | Concrete Forming & Accessories | 126.2 | 63.4 | 72.7 | 125.9 | 87.6 | 93.3 | 109.7 | 90.7 | 93.5 | 115.1 | 86.2 | 90.5 | 132.9 | 79.1 | 87.0 | 132.9 | 79.2 | 87.1 |
| 0320 | Concrete Reinforcing | 140.5 | 69.8 | 106.3 | 116.5 | 86.7 | 102.1 | 114.2 | 88.7 | 101.9 | 105.1 | 85.4 | 95.6 | 147.4 | 72.4 | 111.1 | 139.3 | 72.4 | 107.0 |
| 0330 | Cast-in-Place Concrete | 112.4 | 68.0 | 95.9 | 120.6 | 94.2 | 110.8 | 113.5 | 93.1 | 105.9 | 108.3 | 80.5 | 98.0 | 107.5 | 87.5 | 100.0 | 108.4 | 87.5 | 100.6 |
| 03 | CONCRETE | 110.9 | 67.3 | 91.7 | 111.1 | 90.0 | 101.3 | 101.3 | 91.2 | 96.9 | 97.4 | 84.7 | 91.8 | 109.5 | 81.4 | 97.1 | 108.8 | 81.5 | 96.8 |
| 04 | MASONRY | 180.8 | 74.4 | 115.4 | 177.6 | 90.5 | 124.1 | 172.1 | 86.6 | 119.5 | 162.9 | 90.1 | 118.2 | 162.6 | 76.3 | 109.6 | 162.7 | 76.3 | 109.6 |
| 05 | METALS | 114.0 | 86.8 | 106.0 | 112.3 | 91.2 | 106.1 | 106.5 | 88.6 | 101.2 | 111.5 | 95.2 | 106.7 | 110.7 | 84.8 | 103.1 | 110.9 | 85.0 | 103.3 |
| 06 | WOOD, PLASTICS & COMPOSITES | 120.7 | 61.4 | 88.0 | 119.4 | 86.7 | 101.4 | 96.0 | 91.3 | 93.4 | 106.5 | 87.9 | 96.3 | 131.6 | 79.0 | 102.7 | 131.6 | 79.0 | 102.7 |
| 07 | THERMAL & MOISTURE PROTECTION | 116.9 | 72.2 | 97.5 | 121.7 | 91.5 | 108.6 | 117.0 | 84.7 | 103.0 | 120.4 | 87.3 | 106.0 | 114.8 | 84.1 | 101.5 | 114.8 | 84.1 | 101.5 |
| 08 | OPENINGS | 83.9 | 58.9 | 78.0 | 90.5 | 83.5 | 88.8 | 85.3 | 79.4 | 83.9 | 82.4 | 86.1 | 83.2 | 89.1 | 67.9 | 84.2 | 89.1 | 72.3 | 85.2 |
| 0920 | Plaster & Gypsum Board | 137.9 | 60.3 | 85.7 | 143.2 | 86.4 | 105.0 | 115.6 | 91.2 | 99.0 | 107.1 | 87.6 | 94.0 | 114.2 | 78.4 | 90.1 | 147.4 | 78.4 | 101.0 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 121.7 | 60.3 | 80.3 | 109.2 | 86.4 | 93.9 | 124.5 | 91.2 | 102.0 | 103.5 | 87.6 | 92.8 | 102.7 | 78.4 | 86.3 | 102.7 | 78.4 | 86.3 |
| 0960 | Flooring | 111.4 | 65.6 | 98.5 | 113.6 | 94.1 | 108.1 | 106.5 | 95.1 | 103.3 | 105.6 | 92.1 | 102.4 | 113.6 | 86.0 | 105.8 | 113.6 | 86.0 | 105.8 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 111.3 | 83.6 | 94.9 | 110.3 | 98.5 | 103.3 | 113.8 | 89.0 | 99.2 | 110.3 | 91.3 | 99.1 | 110.3 | 83.6 | 94.5 | 110.3 | 83.6 | 94.5 |
| 09 | FINISHES | 114.0 | 65.4 | 87.7 | 113.5 | 90.2 | 100.9 | 112.1 | 92.3 | 101.4 | 104.7 | 88.2 | 95.8 | 107.6 | 81.2 | 93.3 | 112.0 | 81.2 | 95.5 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 61.0 | 115.5 | 131.1 | 66.1 | 116.6 | 131.1 | 69.3 | 117.4 | 131.1 | 87.9 | 121.5 | 131.1 | 75.6 | 118.8 | 131.1 | 75.6 | 118.8 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 103.8 | 75.1 | 92.6 | 103.8 | 101.5 | 102.9 | 104.4 | 86.7 | 97.5 | 103.8 | 90.5 | 98.6 | 104.2 | 84.2 | 96.3 | 103.8 | 84.2 | 96.1 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 119.9 | 88.5 | 104.4 | 114.7 | 85.0 | 100.0 | 114.6 | 91.4 | 103.2 | 113.2 | 83.3 | 98.5 | 110.9 | 65.2 | 88.4 | 110.8 | 65.2 | 88.4 |
| MF2018 | WEIGHTED AVERAGE | 113.2 | 75.7 | 97.3 | 113.2 | 91.3 | 103.9 | 109.9 | 88.5 | 100.9 | 108.6 | 88.7 | 100.2 | 110.6 | 79.8 | 97.6 | 110.8 | 80.0 | 97.8 |

## CANADA

| DIVISION | | ST CATHARINES, ONTARIO | | | ST JEROME, QUEBEC | | | ST JOHN'S, NEWFOUNDLAND | | | SUDBURY, ONTARIO | | | SUMMERSIDE, PRINCE EDWARD ISLAND | | | SYDNEY, NOVA SCOTIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
| 015433 | CONTRACTOR EQUIPMENT | | 99.5 | 99.5 | | 100.2 | 100.2 | | 123.4 | 123.4 | | 99.5 | 99.5 | | 98.8 | 98.8 | | 98.9 | 98.9 |
| 0241, 31 - 34 | SITE & INFRASTRUCTURE, DEMOLITION | 94.2 | 96.1 | 95.6 | 96.7 | 93.7 | 94.6 | 115.4 | 111.8 | 112.9 | 94.4 | 95.7 | 95.3 | 121.8 | 89.4 | 99.5 | 108.0 | 92.0 | 96.9 |
| 0310 | Concrete Forming & Accessories | 115.3 | 93.8 | 97.0 | 132.9 | 79.1 | 87.0 | 125.3 | 85.2 | 91.1 | 111.0 | 88.9 | 92.1 | 112.0 | 52.5 | 61.3 | 111.8 | 67.8 | 74.3 |
| 0320 | Concrete Reinforcing | 97.2 | 103.2 | 100.1 | 147.4 | 72.4 | 111.1 | 172.1 | 82.4 | 128.7 | 98.0 | 101.4 | 99.7 | 154.0 | 46.5 | 102.0 | 156.0 | 47.6 | 103.6 |
| 0330 | Cast-in-Place Concrete | 106.7 | 98.7 | 103.7 | 104.0 | 87.5 | 97.9 | 137.1 | 98.5 | 122.8 | 107.6 | 95.3 | 103.0 | 116.7 | 54.7 | 93.6 | 94.8 | 66.8 | 84.4 |
| 03 | CONCRETE | 94.8 | 97.2 | 95.8 | 107.9 | 81.4 | 96.2 | 132.7 | 90.3 | 114.1 | 95.0 | 93.5 | 94.3 | 139.1 | 53.4 | 101.5 | 118.1 | 65.0 | 94.8 |
| 04 | MASONRY | 141.8 | 100.8 | 116.6 | 162.3 | 76.3 | 109.5 | 200.1 | 89.9 | 132.4 | 141.9 | 94.9 | 113.0 | 207.4 | 54.8 | 113.7 | 205.8 | 65.6 | 119.6 |
| 05 | METALS | 114.2 | 97.9 | 109.4 | 110.9 | 84.8 | 103.2 | 137.9 | 99.1 | 126.5 | 113.6 | 97.1 | 108.8 | 125.6 | 69.2 | 109.1 | 125.6 | 75.7 | 111.0 |
| 06 | WOOD, PLASTICS & COMPOSITES | 107.8 | 93.2 | 99.8 | 131.6 | 79.0 | 102.7 | 106.9 | 83.4 | 94.0 | 103.5 | 87.9 | 94.9 | 116.4 | 51.9 | 80.9 | 115.9 | 67.4 | 89.2 |
| 07 | THERMAL & MOISTURE PROTECTION | 116.4 | 102.0 | 110.1 | 114.8 | 84.1 | 101.5 | 140.2 | 94.7 | 120.4 | 115.7 | 96.3 | 107.3 | 129.4 | 57.3 | 98.0 | 130.1 | 67.6 | 102.9 |
| 08 | OPENINGS | 79.5 | 91.4 | 82.3 | 89.1 | 67.9 | 84.2 | 85.4 | 74.3 | 82.8 | 80.2 | 86.7 | 81.7 | 102.5 | 45.4 | 89.2 | 91.3 | 61.3 | 84.3 |
| 0920 | Plaster & Gypsum Board | 100.8 | 93.1 | 95.6 | 114.2 | 78.4 | 90.1 | 150.0 | 82.1 | 104.3 | 100.0 | 87.6 | 91.7 | 145.9 | 50.5 | 81.8 | 145.0 | 66.5 | 92.2 |
| 0950, 0980 | Ceilings & Acoustic Treatment | 103.9 | 93.1 | 96.6 | 102.7 | 78.4 | 86.3 | 143.7 | 82.1 | 102.2 | 98.2 | 87.6 | 91.0 | 123.8 | 50.5 | 75.3 | 123.8 | 66.5 | 85.2 |
| 0960 | Flooring | 100.2 | 91.9 | 97.8 | 113.6 | 86.0 | 105.8 | 116.8 | 52.2 | 98.7 | 98.3 | 92.1 | 96.6 | 117.6 | 55.3 | 92.9 | 107.6 | 58.9 | 93.9 |
| 0970, 0990 | Wall Finishes & Painting/Coating | 104.4 | 104.1 | 104.2 | 110.3 | 83.6 | 94.5 | 120.8 | 98.6 | 107.7 | 104.4 | 95.3 | 99.0 | 117.8 | 39.9 | 71.7 | 117.8 | 59.3 | 83.2 |
| 09 | FINISHES | 100.1 | 94.6 | 97.1 | 107.6 | 81.2 | 93.3 | 129.2 | 80.4 | 102.8 | 98.3 | 89.9 | 93.7 | 119.8 | 51.9 | 83.1 | 118.7 | 65.5 | 89.9 |
| COVERS | DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 69.7 | 117.4 | 131.1 | 75.6 | 118.8 | 131.1 | 118.1 | 128.1 | 131.1 | 89.6 | 121.9 | 131.1 | 57.0 | 114.6 | 131.1 | 60.8 | 115.5 |
| 21, 22, 23 | FIRE SUPPRESSION, PLUMBING & HVAC | 104.2 | 91.1 | 99.0 | 103.8 | 84.2 | 96.1 | 104.8 | 83.0 | 96.2 | 103.6 | 89.4 | 98.1 | 104.0 | 58.9 | 86.2 | 104.0 | 79.5 | 94.4 |
| 26, 27, 3370 | ELECTRICAL, COMMUNICATIONS & UTIL. | 111.3 | 101.8 | 106.6 | 111.6 | 65.2 | 88.7 | 115.6 | 81.4 | 98.7 | 109.5 | 102.1 | 105.9 | 110.2 | 47.4 | 79.2 | 111.3 | 58.7 | 85.4 |
| MF2018 | WEIGHTED AVERAGE | 106.6 | 95.6 | 101.9 | 110.4 | 79.8 | 97.4 | 122.6 | 87.4 | 107.7 | 106.1 | 93.6 | 100.8 | 121.9 | 57.9 | 94.9 | 117.8 | 70.2 | 97.7 |

# MASTERFORMAT City Cost Indexes   ~   Year 2020 Base

| | CANADA | | | | | | | | | | | | | | | | |
| DIVISION | THUNDER BAY, ONTARIO | | | TIMMINS, ONTARIO | | | TORONTO, ONTARIO | | | TROIS RIVIERES, QUEBEC | | | TRURO, NOVA SCOTIA | | | VANCOUVER, BRITISH COLUMBIA | | |
| | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 CONTRACTOR EQUIPMENT | | 99.5 | 99.5 | | 99.7 | 99.7 | | 117.5 | 117.5 | | 99.7 | 99.7 | | 99.4 | 99.4 | | 135.3 | 135.3 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 98.8 | 96.0 | 96.9 | 116.9 | 93.9 | 101.0 | 108.4 | 107.7 | 107.9 | 108.2 | 93.4 | 97.9 | 101.3 | 92.3 | 95.1 | 117.0 | 122.8 | 121.0 |
| 0310 Concrete Forming & Accessories | 122.8 | 92.5 | 97.0 | 127.2 | 80.0 | 87.0 | 128.7 | 102.5 | 106.3 | 153.7 | 79.1 | 90.1 | 99.7 | 67.9 | 72.6 | 131.0 | 91.6 | 97.4 |
| 0320 Concrete Reinforcing | 86.9 | 102.6 | 94.5 | 163.7 | 84.8 | 125.6 | 136.9 | 103.9 | 120.9 | 156.0 | 72.4 | 115.6 | 139.3 | 47.6 | 95.0 | 132.5 | 95.2 | 114.5 |
| 0330 Cast-in-Place Concrete | 117.5 | 98.0 | 110.2 | 130.7 | 80.2 | 111.9 | 108.4 | 113.7 | 110.4 | 98.2 | 87.4 | 94.2 | 135.7 | 66.9 | 110.1 | 123.5 | 90.6 | 111.3 |
| 03 CONCRETE | 101.9 | 96.2 | 99.4 | 121.8 | 81.5 | 104.1 | 110.5 | 107.1 | 109.0 | 120.3 | 81.4 | 103.2 | 120.8 | 65.1 | 96.3 | 119.7 | 93.0 | 108.0 |
| 04 MASONRY | 142.4 | 100.5 | 116.7 | 166.1 | 81.9 | 114.4 | 173.3 | 108.7 | 133.6 | 209.8 | 76.3 | 127.8 | 161.9 | 65.6 | 102.7 | 165.3 | 85.6 | 116.3 |
| 05 METALS | 114.2 | 97.0 | 109.1 | 112.3 | 90.4 | 105.9 | 135.3 | 109.4 | 127.7 | 124.9 | 84.7 | 113.1 | 111.6 | 76.0 | 101.1 | 133.5 | 109.8 | 126.6 |
| 06 WOOD, PLASTICS & COMPOSITES | 117.6 | 91.3 | 103.1 | 120.3 | 80.3 | 98.3 | 114.8 | 100.5 | 107.0 | 168.2 | 79.0 | 119.1 | 89.6 | 67.4 | 77.4 | 110.3 | 91.0 | 99.7 |
| 07 THERMAL & MOISTURE PROTECTION | 116.6 | 99.3 | 109.1 | 121.6 | 82.7 | 104.7 | 135.6 | 109.4 | 124.2 | 128.6 | 84.1 | 109.2 | 116.1 | 67.6 | 95.0 | 141.7 | 88.6 | 118.6 |
| 08 OPENINGS | 78.9 | 89.8 | 81.4 | 87.7 | 78.2 | 85.5 | 83.9 | 98.9 | 87.4 | 100.3 | 72.3 | 93.7 | 82.4 | 61.3 | 77.5 | 84.5 | 88.7 | 85.5 |
| 0920 Plaster & Gypsum Board | 128.0 | 91.2 | 103.2 | 115.8 | 79.8 | 91.6 | 129.1 | 99.9 | 109.5 | 174.3 | 78.4 | 109.8 | 124.3 | 66.5 | 85.4 | 127.2 | 89.7 | 102.0 |
| 0950, 0980 Ceilings & Acoustic Treatment | 98.2 | 91.2 | 93.4 | 103.5 | 79.8 | 87.5 | 139.9 | 99.9 | 112.9 | 122.2 | 78.4 | 92.6 | 103.5 | 66.5 | 78.6 | 151.0 | 89.7 | 109.0 |
| 0960 Flooring | 104.2 | 98.5 | 102.6 | 113.6 | 86.0 | 105.8 | 109.1 | 100.8 | 106.8 | 131.2 | 86.0 | 118.5 | 95.7 | 58.9 | 85.4 | 124.7 | 88.5 | 114.6 |
| 0970, 0990 Wall Finishes & Painting/Coating | 104.4 | 96.2 | 99.5 | 110.3 | 85.0 | 95.3 | 109.8 | 108.1 | 108.8 | 117.8 | 83.6 | 97.6 | 110.3 | 59.3 | 80.1 | 133.7 | 100.3 | 105.8 |
| 09 FINISHES | 104.1 | 93.9 | 98.6 | 108.7 | 81.9 | 94.2 | 117.8 | 102.8 | 109.7 | 129.3 | 81.1 | 103.2 | 103.8 | 65.5 | 83.1 | 128.0 | 92.1 | 108.6 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 69.7 | 117.4 | 131.1 | 63.4 | 116.0 | 131.1 | 95.4 | 123.2 | 131.1 | 75.6 | 118.8 | 131.1 | 60.8 | 115.5 | 131.1 | 90.8 | 122.1 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 104.2 | 91.2 | 99.1 | 103.8 | 92.4 | 99.3 | 105.1 | 99.6 | 103.0 | 104.0 | 84.2 | 96.2 | 103.8 | 79.5 | 94.3 | 105.2 | 87.4 | 98.2 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 109.6 | 101.2 | 105.4 | 113.2 | 83.3 | 98.5 | 106.8 | 103.8 | 105.3 | 111.6 | 65.2 | 88.8 | 110.5 | 58.7 | 85.0 | 108.7 | 78.6 | 93.9 |
| MF2018 WEIGHTED AVERAGE | 107.8 | 95.0 | 102.4 | 113.3 | 85.3 | 101.4 | 116.0 | 104.2 | 111.0 | 120.2 | 79.9 | 103.2 | 110.8 | 70.3 | 93.7 | 117.9 | 92.4 | 107.2 |

| | CANADA | | | | | | | | | | | | | | | | |
| DIVISION | VICTORIA, BRITISH COLUMBIA | | | WHITEHORSE, YUKON | | | WINDSOR, ONTARIO | | | WINNIPEG, MANITOBA | | | YARMOUTH, NOVA SCOTIA | | | YELLOWKNIFE, NWT | | |
| | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL | MAT. | INST. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 015433 CONTRACTOR EQUIPMENT | | 106.3 | 106.3 | | 132.8 | 132.8 | | 99.5 | 99.5 | | 125.5 | 125.5 | | 98.9 | 98.9 | | 130.7 | 130.7 |
| 0241, 31 - 34 SITE & INFRASTRUCTURE, DEMOLITION | 124.3 | 101.3 | 108.4 | 135.7 | 119.6 | 124.6 | 90.8 | 96.0 | 94.4 | 113.7 | 115.3 | 114.8 | 111.7 | 92.0 | 98.1 | 146.3 | 123.6 | 130.6 |
| 0310 Concrete Forming & Accessories | 114.9 | 88.9 | 92.7 | 135.0 | 56.7 | 68.2 | 122.8 | 90.6 | 95.3 | 130.4 | 65.4 | 75.0 | 111.8 | 67.8 | 74.3 | 137.3 | 75.8 | 84.8 |
| 0320 Concrete Reinforcing | 111.7 | 95.0 | 103.6 | 167.7 | 63.3 | 117.2 | 95.2 | 101.9 | 98.5 | 127.3 | 61.0 | 95.3 | 156.0 | 47.6 | 103.6 | 138.6 | 65.8 | 103.4 |
| 0330 Cast-in-Place Concrete | 117.6 | 87.0 | 106.2 | 152.4 | 71.2 | 122.2 | 109.3 | 99.7 | 105.7 | 143.6 | 72.0 | 116.9 | 121.6 | 66.8 | 101.2 | 174.9 | 87.6 | 142.4 |
| 03 CONCRETE | 129.4 | 89.5 | 111.9 | 144.0 | 64.8 | 109.1 | 96.2 | 95.9 | 96.0 | 127.0 | 68.4 | 101.3 | 130.4 | 65.0 | 101.7 | 150.7 | 79.5 | 119.4 |
| 04 MASONRY | 175.0 | 85.5 | 120.0 | 246.5 | 58.1 | 130.7 | 141.9 | 100.1 | 116.3 | 194.6 | 65.3 | 115.2 | 208.1 | 65.6 | 120.5 | 234.9 | 68.9 | 132.9 |
| 05 METALS | 107.7 | 92.2 | 103.2 | 145.1 | 90.5 | 129.1 | 114.2 | 97.3 | 109.2 | 141.6 | 88.0 | 125.8 | 125.6 | 75.7 | 111.0 | 140.5 | 92.7 | 126.4 |
| 06 WOOD, PLASTICS & COMPOSITES | 100.0 | 88.3 | 93.6 | 121.3 | 55.3 | 85.3 | 117.6 | 89.0 | 101.9 | 107.7 | 66.0 | 84.8 | 115.9 | 67.4 | 89.2 | 130.1 | 77.1 | 100.9 |
| 07 THERMAL & MOISTURE PROTECTION | 126.9 | 86.3 | 109.2 | 145.8 | 63.3 | 109.9 | 116.4 | 99.1 | 108.9 | 136.1 | 70.3 | 107.5 | 130.1 | 67.6 | 102.9 | 143.7 | 86.5 | 118.8 |
| 08 OPENINGS | 86.8 | 82.9 | 85.9 | 99.5 | 53.0 | 88.6 | 78.7 | 88.9 | 81.1 | 87.5 | 59.7 | 81.0 | 91.3 | 61.3 | 84.3 | 93.9 | 65.5 | 87.3 |
| 0920 Plaster & Gypsum Board | 109.1 | 87.7 | 94.7 | 178.3 | 53.0 | 94.0 | 111.4 | 88.8 | 96.2 | 133.0 | 64.2 | 86.7 | 145.0 | 66.5 | 92.2 | 192.2 | 75.5 | 113.7 |
| 0950, 0980 Ceilings & Acoustic Treatment | 105.8 | 87.7 | 93.6 | 169.3 | 53.0 | 90.9 | 98.2 | 88.8 | 91.8 | 145.3 | 64.2 | 90.6 | 123.8 | 66.5 | 85.2 | 169.0 | 75.5 | 105.9 |
| 0960 Flooring | 112.0 | 67.4 | 99.5 | 122.4 | 55.2 | 103.5 | 104.2 | 95.9 | 101.9 | 115.9 | 68.5 | 102.6 | 107.6 | 58.9 | 93.9 | 121.9 | 82.9 | 111.0 |
| 0970, 0990 Wall Finishes & Painting/Coating | 113.8 | 100.3 | 105.8 | 120.7 | 53.1 | 80.7 | 104.4 | 97.1 | 100.1 | 113.9 | 53.5 | 78.1 | 117.8 | 59.3 | 83.2 | 123.3 | 75.9 | 95.2 |
| 09 FINISHES | 110.7 | 86.8 | 97.8 | 143.7 | 55.8 | 96.1 | 101.6 | 92.1 | 96.5 | 126.9 | 65.0 | 93.4 | 118.7 | 65.5 | 89.9 | 147.5 | 76.6 | 109.1 |
| COVERS DIVS. 10 - 14, 25, 28, 41, 43, 44, 46 | 131.1 | 65.8 | 116.6 | 131.1 | 60.6 | 115.4 | 131.1 | 69.2 | 117.3 | 131.1 | 63.8 | 116.1 | 131.1 | 60.8 | 115.5 | 131.1 | 63.9 | 116.1 |
| 21, 22, 23 FIRE SUPPRESSION, PLUMBING & HVAC | 103.9 | 88.7 | 97.9 | 104.3 | 76.2 | 91.5 | 104.2 | 90.7 | 98.9 | 105.2 | 64.6 | 89.2 | 104.0 | 79.5 | 94.4 | 104.8 | 88.5 | 98.4 |
| 26, 27, 3370 ELECTRICAL, COMMUNICATIONS & UTIL. | 112.8 | 82.1 | 97.7 | 130.5 | 57.1 | 94.3 | 114.5 | 100.4 | 107.6 | 113.1 | 63.4 | 88.6 | 111.3 | 58.7 | 85.4 | 125.8 | 77.4 | 102.0 |
| MF2018 WEIGHTED AVERAGE | 114.1 | 87.6 | 102.9 | 132.2 | 69.2 | 105.6 | 107.1 | 94.4 | 101.8 | 122.0 | 71.2 | 100.5 | 119.5 | 70.2 | 98.7 | 131.4 | 83.2 | 111.0 |

# Exhibit F

# Setting New Standards for Safety

# The Florida Building Code



**Florida Building Commission**
**Florida Department of Community Affairs**

# The Florida Building Code System

- **The Florida Building Commission**

- **Florida Building Code**

- **Product Evaluation Approval Program**

- **Education Program**

- **Building Code Information System**

# Florida Building Commission

**Formed from the Florida Board of Building Codes and Standards, plus five <span style="color:red">new</span> positions.**

**FBC has 23 members representing:**

- <span style="color:red">**Governor's Chair**</span>

- **Code Officials (4)**

- **Architect**

- **Structural Engineer**

- **Mechanical Engineer**



# Florida Building Commission

- **Persons with Disabilities**

- **Public Education**

- **Municipalities/Charter Counties**

- **Fire Protection Engineer or Technologist**

- **Department of Insurance**



# Florida Building Commission

- **Insurance Industry**

- **Building Management Industry**

- **Building Product Manufacturer**

- **Manufactured Buildings**

- **General Contractor**



# Florida Building Commission

- **Residential Contractor**

- **Mechanical & <span style="color:red">HVAC</span> Contractor**

- **Plumbing Contractor**

- **Electrical Contractor**

- **Roofing & Sheet Metal Contractor**



# Commission Powers & Responsibilities

- Adopt and update the FBC (every 3 years).
- Amend annually to incorporate interpretations and clarifications
- Hear appeals of local boards of appeal regarding interpretation of decisions of local building officials.
- Issue declaratory statements interpreting to the intent of the Code's provisions.



# Local Amendments

- Administrative

- Technical



# Adjustments and Appeals

- Local building official makes first call

- Appeal to local adjustment and appeals board

- Appeal to Commission

- Appeal to judicial review through s. 120.68

# www.floridabuilding.org

- Code Books & Materials

- Training

- Local Amendments

- Manufactured

  Buildings and more!



# Florida Building Code Training

The Commission is developing three levels of training:

- Transition training:
  a side-by-side comparison.

- Core course:
  covering administrative
  and technical issues.

- Advanced technical
  modules will begin
  next year and
  will cover
  each licensed
  profession.



# Florida Building Code Training

• Required training on the Code:
licensees regulated under Chapters
468, 471, 481, 489, Florida Statutes,
must  complete a minimum of  one
core course by  June 1, 2003 or
Within two years of initial
certification or registration

Whichever is later.

**Note:**  Licensees regulated
under FS 471 need only
to complete the core
course if they actively
participate in designing
building
structures or facilities.



# Florida Building Code Applicability

**The Florida Building Code applies to:**

"…the construction, erection, alteration, modification, repair, equipment, use and occupancy, location, maintenance, removal and demolition of every public and private building, structure," 101.4.2 FBC

# Florida Building Code Base Codes

- 1997 Standard Building Code

- 1997 International Plumbing Code

- 1998 International Mechanical Code

- 1999 National Electric Code

- 1997 Florida Energy Code

- 1999 National Fire Alarm Code

- 1997 Florida Accessibility Code



# Florida Building Code

**Incorporation of South Florida's Standards**

"**High Velocity Hurricane Zone** (Miami-Dade and Broward Counties)" consists of the strong hurricane provisions adopted by South Florida in response to Hurricane Andrew.



# Florida Building Code

**Integration of Fire Prevention and Life Safety Codes**

The Florida Building Code adopts by reference the Florida Fire Prevention Code as adopted by the State Fire Marshal:



- NFPA 1 Fire Prevention Code
- NFPA 101 Life Safety Code

# Chapter 16 - Structural Loads

- Regulate minimum design dead loads, live loads, and impact loads for buildings and structures.

- Provide for minimum wind design loads.



# Chapter 16 - Structural Loads

**Design Methods:**

- Performance
  - » ASCE 7-98.
  - » 1606.2 Low-Rise $\leq$ 60' simplified method/special provisions. (Enclosed buildings, roof slope $\leq$30 degree if moment frame, approximately symmetrical cross section, includes tabulated MWFRS and C&C loads)



- Prescriptive Residential
  - » SBCCI SSTD 10
  - » AF&PA Wood Frame Construction manual
  - » FC&PA Guide to Concrete Masonry Residential Construction in high wind areas
  - » WPPC Guide to Wood Construction in high wind areas

# Chapter 16 - Structural Loads

**Design Methods:**

• Metal Flag Poles
  » Designs using NAAMM FP-1001 specification for design loads of metal flag poles.

• Tower and Steel Antenna
  » Designs using ANSI/TIA/EIA 222 specification for design loads of antenna support structures.



# Hurricane Protection



- Based on The American Society of Civil Engineers Standard ASCE 7-98

- Requires buildings to withstand wind forces resulting from design wind speeds

- Except: Broward County - 140 Mph and Miami-Dade County - 146 Mph

**Wind-borne Debris Region**

120 mph & above (ASCE 7-98)

110 mph 1 mile of coast (ASCE 7-98)

1 mile of Coast (Exception)

# Hurricane Protection

Requires additional protection from wind-borne debris in:

1. "Wind-borne debris region" where design speeds are greater than 120 mph or greater than 110 mph if within 1 mile of the coast.  Except the Florida panhandle where the region lies within 1 mile of the coast.

2. "High velocity hurricane zone" of Miami-Dade and Broward counties.



**Wind-borne Debris Region**

120 mph & above (ASCE 7-98)

110 mph 1 mile of coast (ASCE 7-98)

1 mile of Coast (Exception)

# Equivalent Wind Speeds

| 3 Second Gust Mph | 85 | 90 | 100 | 105 | 110 | 120 | 125 | 130 | 140 | 145 | 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fastest Mile Mph | 70 | 75 | 80 | 85 | 90 | 100 | 105 | 110 | 120 | 125 | 130 |

**For use with standards that are based on fastest mile design such as SSTD10-99, etc…**



# The Code Provides Two Options

**Wind Borne Debris Region**
**Non High Velocity Hurricane Zone**

1.  Design and build as "enclosed" with glazed openings protected by shutters or impact resistant glass.

    Exterior glazing that receives positive pressure in the lower 60 feet of a building shall be assumed to be openings unless such glazing is impact resistant or protected with an impact resistant covering meeting the requirements of:
    - SSTD 12
    - ASTM E 1886 and ASTM E 1996 or
    - Miami-Dade PA 201, 202, and 203

2.  Design and build as "partially enclosed" making the building capable of withstanding resulting combined external and internal wind pressures if glazed openings fail.

# High Velocity Hurricane Zones

**(Miami-Dade and Broward Counties)**

- Florida Building Code, Section 1619 Wind Load

- Minimum standard, Chapter 6 of ASCE 7-98

- Minimum wind velocity (3 second gust)
  Broward - 140 mph
  Miami-Dade - 146 mph

- Exposure Category C as defined in ASCE 7



**Wind-borne Debris Region**

120 mph & above (ASCE 7-98)

110 mph 1 mile of coast (ASCE 7-98)

1 mile of Coast (Exception)

# Exposure Definitions

- **Exposure B:**

  "Urban and Suburban areas, wooded areas, or othe

  terrain with numerous closely spaced obstructions

  having the size of single-family dwellings or larger."



# Exposure Definitions

- **Exposure C:**

  "Except in the high velocity hurricane zone, the area which lies within 1500 feet of the coastal construction control line, or within 1500 feet of the mean high tide line, whichever is less, exposure category C shall be applicable in the coastal building zone set for in the s. 161.55(5), Florida Statutes."

  > Coastal Construction Control Line (CCCL) is
     established by DEP.
  > Mean high tide line is established by FEMA.
    The mean high tide line is seaward of the CCCL.
  > Coastal Building Zone is the area starting from
    the "Seasonal high water line" up to 1,500 ft or
    the whole barrier island if less than 5,000 ft.



# Roof Assemblies & Rooftop Structures



- Section 1504.1 Wind Resistance of Roofs.

- Roof decks and roof coverings must be designed to Chapter 16.

# Roof Assemblies & Rooftop Structures



## 1507 Roof Coverings with Slopes 2:12 or greater.

- 1507.3 Asphalt Shingles
- 1507.3.6 Fasteners
    - » Requires the use of roofing nails
- 1507.3.7 Attachment
    - » In wind zones up to 110 mph, prescriptive provision of 4 fasteners per shingle.  In wind zones greater than 110 mph, fastening is based either on ASTM D 3161 test (modified to 110 mph) or MDC PA 107-95 tests.

# Ch. 17: Structural Tests & Inspections

• Exterior Window and Glass Door Assemblies

• Design pressure for window and door assemblies shall be calculated as per s. 1606.

• Testing - NSI/AAMA/NWWDA 101/IS2 2/97.

• Labeling - bear an AAMA or WDMA or other approved label identifying the manufacturer, performance characteristics and approved product evaluation entity.

• Anchorage requirements for anchorage of window and door assemblies to the main wind force resisting system.

# Existing Buildings

• Alternation, repair or rehabilitation work must conform to the requirements of the technical code for new construction.

• The building official shall determine the extent to which the existing system shall be made to conform to the requirements of the technical code for new construction.



# Repairs and Alterations

 Repairs and alterations not increasing the area of the building made within any 12 month period.

• Structural repairs and alterations, the cost of which ≤ 25 percent of the value of existing building or structures shall comply with the requirements of the new building code except that minor structural alterations, with the approval of the building official may be made of the same materials.



• Non-structural repairs and alterations, the cost of which ≤ 25 percent of the value of existing buildings or structures and which do not affect egress or fire resistivity, may be made of the same materials of which the building or structure is constructed.

# Repairs and Alterations

• Repair and alterations > 25 percent but not exceeding 50 percent of the value of the existing building may be made during any 12 month period without making the entire existing building comply, provided such repairs and alterations comply with the requirements of this code for a building of like area, height and occupancy.

• The replacement of garage doors, exterior doors, skylights, operative and inoperative windows shall be designed and constructed in accordance with Chapter 16 of the new code.



• When repairs and alterations amounting to more than 50 percent of the value of the existing building are made during any 12 month period, the building or structure shall be made to conform to the requirements for a new building or structure or be entirely demolished.

# Energy Efficiency Code for Building Const.

- Methods A & B

- Adopts the new Windows-base FLA/COM into the code.



# How the Energy Code Works

The code compares a residentialbuilding's potential annual energy use *as it will be built* to that of a *baseline* building with optimized features.  Here is an example:



|              | **E-Ratio**                    | **As-Built**        |
|--------------|--------------------------------|---------------------|
| Windows      | North, Central: U-.5, .4 SHGC  | Single pane clear   |
|              | South: U-.5, .4 SHGC           |                     |
|              | 18% window/floor ratio, no OH  | 15% wfr, 2' OH      |
| Walls        | R-11 frame wall                | R-3 CBS             |
| Ceiling      | R-30 flat                      | R-19 flat           |
| Floor        | North, Central: SOG R-3.5      | SOG R-0             |
|              | South: SOG                     | R-0                 |
| HVAC         | Heat pump, 10 SEER/6.8 HSPF    | 10  SEER/6.8 HSPF   |
| Ducts        | R-6 in the attic, leaky        | R-6 attic, leaky?   |
| Air handler  | In the garage                  | In the garage       |
| Hot water    | EF .88                         | EF .88              |

**As Built/Baseline = E-Ratio (1.0 or less Passes)**

# Requirements for Air Handlers in Attics

- Service panel of an air handler is no greater than 6' from an attic access.
- Attic access opening is adequate to
  replace the air handler.
- Device is installed to alert the owner or shut down the unit when the condensation drain is not working properly.
- Notice should be posted to inform the owner that the air handler is located in the attic.

# Ventilation

There are two means of ventilation:

1. Ventilation by natural means by providing a minimum operable opening to the outdoors of 4% of the floor.

2. Ventilation by mechanical means.



# Florida Product Approval System

- Product approval under the new Florida Building Code will not only ensure that safe products and technologies are used in building construction, but will encourage new products and technologies that can increase safety or meet safety requirements through less expensive means.

- The new system will include a web-site for submittal of applications, payment of fees for statewide product approvals and entity approvals.  In addition, a database will be made available to search a list of approved entities and products approved for statewide use.

# Florida Product Approval System

- Criteria has been established for approval through the state of public and private entities that test, evaluate and certify products.  Quality assurance programs will be used to monitor product code compliance.

- This two pronged system will allow manufacturers the choice of applying with local jurisdictions for local approvals or to apply with the Florida Building Commission for statewide approval of products, materials, or methods of construction.

# Florida Entity Approval System

The Florida Building Commission will approve public and private entities that test, evaluate and certify products.

### Accreditation Bodies
- Accreditation bodies accredit and monitor the competency and performance of an agency carrying out specific tasks.

### Evaluation Entities
- Evaluation entities conduct product evaluations based on test reports, and/or rational analysis.

### Testing Labs
- Testing labs conduct product tests.

# Florida Entity Approval System

## Certification Agencies
- Certification agencies evaluate products based on tests and/or rational analysis; conduct quality assurance; certify compliance with standards; and list and label products.

## Quality Assurance Agencies
- Quality Assurance agencies monitor product production.

## Validation Entities
- Validation entities certify compliance with standards and certify that product approval applications are correct.

# Local Product Approval System

**Before and After**

- Before October 1, 2003, local jurisdictions will continue to approve all products as they have in the past, including accepting products approved for use by Miami-Dade Product Control Division.

- Local jurisdictions may also adopt the Florida Product Approval System before October 1, 2003 for local implementation prior to that date.

- After October 1, 2003, local jurisdictions will approve all products using the procedures of the Florida Product Approval System.

# Local Product Approval System

**Products with Prescriptive
Provisions in the Code (Method 1)**

- Approved by the building plan review and inspection process

# Local Product Approval System

**Products with Code Performance Criteria and Standardized Testing, or Comparative or Rational Analysis  (Method 2)**

**<u>Products with Certification Mark or Listing</u> (Option A)**

- Product certification mark or listing from an approved certification agency.

- Code compliance certified to standards adopted by the Code.

# Local Product Approval System

**Products with Code Performance Criteria and Standardized Testing, or Comparative or Rational Analysis  (Method 2)**

**<u>Products with Test Reports</u>  (Option B)**

- Product test report from an approved testing lab.

- Identifies which products are covered by the report.

- Verifiable documentation the product complies with the Code.

- Product is manufactured under an audited quality assurance program.

# Local Product Approval System

**Products with Code Performance Criteria and Standardized Testing, or Comparative or Rational Analysis  (Method 2)**

**<u>Products with Evaluation Report from An Approved Evaluation Entity</u>  (Option C)**

- Product evaluation report from an approved evaluation entity.

- Based on testing or comparative or rational analysis (or a combination).

- Report indicates the product to be in compliance with the intent of the Code and at least equivalent to that required by the Code.

- Product is manufactured under an audited quality assurance program.

# Local Product Approval System

**Products with Code Performance Criteria and Standardized Testing, or Comparative or Rational Analysis  (Method 2)**

**<u>Products with Evaluation Report from Florida Architect or Engineer</u>  (Option D)**

- Signed and sealed product evaluation report from a Florida Registered Architect or Florida Professional Engineer.

- Based on testing or comparative or rational analysis (or a combination).

- Report indicates the product to be in compliance with the intent of the Code and at least equivalent to that required by the Code.

- Product is manufactured under an audited quality assurance program.

# Local Product Approval System

**Products for which there are no specific Standardized Testing, or Comparative or Rational Analysis Methods (Method 3)**

**<u>Products with Evaluation Report from An Approved Evaluation Entity</u>  (Option A)**

- Product evaluation report from an approved evaluation entity.

- Based on testing or comparative or rational analysis (or a combination).

- Report indicates the product to be in compliance with the intent of the Code and at least equivalent to that required by the Code.

- Product is manufactured under an audited quality assurance program.

# Local Product Approval System

**Products with Code Performance Criteria and Standardized Testing, or Comparative or Rational Analysis  (Method 3)**

**<u>Products with Evaluation Report from Florida Architect or Engineer</u>  (Option B)**

- Signed and sealed product evaluation report from a Florida Registered Architect or Florida Professional Engineer.

- Based on testing or comparative or rational analysis (or a combination).

- Report indicates the product to be in compliance with the intent of the Code and at least equivalent to that required by the Code.

- Product is manufactured under an audited quality assurance program.

# State Product Approval System

**Products with Code Performance Criteria and Standardized Test, or Comparative or Rational Analysis  (Method 1)**

**<u>Product Certification Mark or Listing</u>  (Option A)**



- Product certification mark or listing from an approved certification agency.

- Code compliance certified to standards adopted by the Code.

# State Product Approval System

**Products with Code Performance Criteria and Standardized Test, or Comparative or Rational Analysis  (Method 1)**

**<u>Products with Test Reports</u> (Option B)**

- Product test report from an approved testing lab.

- Identifies which products are covered by the report.



- Verifiable documentation the product complies with the Code.

- Product is manufactured under an audited quality assurance program.

# State Product Approval System

**Products with Code Performance Criteria and Standardized Test, or Comparative or Rational Analysis  (Method 1)**

**<u>Product with Evaluation Report from An Approved Evaluation Entity</u>   (Option C)**

- Product evaluation report from an approved evaluation entity.



• Based on testing or comparative or rational analysis (or a combination).

• Report indicates the product to be in compliance with the intent of the Code and at least equivalent to that required by the Code.

• Product is manufactured under an audited quality assurance program.

# State Product Approval System

**Products with Code Performance Criteria and Standardized Tests, or Comparative or Rational Analysis  (Method 1)**

**<u>Products with Evaluation Report from Florida Architect or Engineer</u>  (Option D)**



- Signed and sealed product evaluation report from a Florida Registered Architect or Florida Professional Engineer.

- Based on testing or comparative or rational analysis (or a combination).

- Report indicates the product to be in compliance with the intent of the Code and at least equivalent to that required by the Code.

- Product is manufactured under an audited quality assurance program.

# State Product Approval System

**Products Which Have No Standardized Tests, or Comparative or Rational Analysis (Method 2)**

## Evaluation Report from Evaluation Entity  (Option A)



- Product evaluation report from an approved product evaluation entity.

- Provides verifiable documentation that the product complies with the Code.

- The product is manufactured under an audited quality assurance program.

# State Product Approval System

**Products Which Have No Standardized Tests, or Comparative or Rational Analysis (Method 2)**

**<u>Evaluation Report from Florida Architect or Engineer</u> (Option B)**



- Signed and sealed product evaluation report from a Florida Registered Architect or Florida Professional Engineer.

- Based on testing or comparative or rational analysis (or a combination).

- Provides verifiable documentation that the product complies with the Code.

- Product is manufactured under an audited quality assurance program.

# Florida Building Code Change Cycle

- Update to new edition of model codes every 3 years.

- Annually amend to integrate interpretations and update editions of reference standards.



# Building Code Amendment Process

- Amendments proposed by a deadline date.

- Proposed amendments posted on internet for 45 days.

- Technical advisory committees vote on recommended action.

- Proposed amendments and recommended action posted on internet for 45 days.

# Building Code Amendment Process

- Commission takes action on proposed amendments and conducts Chapter 120, F.S., Notice of Change.

- Commission finalizes rule change.

- Changes effective after 3 months for annual amendment and after 6 months for 3 year major updates.

# www.floridabuilding.org

Visit the Florida

Building Code

Information

System today!





**Federal Emergency Management Agency**

Region IV
1371 Peachtree Street. N.E. Suite 700
Atlanta, GA 30309

### NATIONAL FLOOD INSURANCE PROGRAM

# THE 50% RULE

**_SUBSTANTIAL DAMAGE_**   Pre-FIRM buildings must be elevated if damaged by any cause for which repair costs are 50% or more of the value of the building. This is a "hidden cost" that actually reduces the value of the structure. Most homeowners never know about this until it happens to them. Ask Saga Bay, Florida! Damage can, occur from flooding, fire, earthquake, wind, or man. This applies to all buildings in a flood hazard area, regardless if tile building has flood insurance.

The costs to repair must be calculated for full repair to "before-damage" condition, even if the owner elects to do less. The total costs to repair include both structural and finish materials and labor.

**_SUBSTANTIAL IMPROVEMENT_**   When a Pre-FIRM building is proposed to be remodeled, renovated, rehabilitated, added to, or in any way improved, the proposed modifications must be evaluated for "substantial improvement". If the total costs of improvement are 50% or more of the building value, the building must be elevated, etc., just like "substantial damage". "Total costs" means all structural costs, as well as all finish materials, built-in appliances, hardware, in addition to profit and overhead. The substantial improvement rule is a hidden potential cost that the buyer needs to be aware of.

**_BUILDING VALUE_**  Building value = market value of structure only. Land and exterior improvements are excluded, e.g. swimming pool, pool enclosure, landscaping, paving, etc. Market value = assessed value or properly-depreciated appraised building value. The assessed value may be adjusted upward to reflect the market more accurately. Replacement cost can only be used if properly depreciated. Certified appraisals must be based on the comparable sales method. The land and value must be deducted and it must be equal to or greater than that established by the County Assessor. The building value must be fairly depreciated to reflect the age of the building and the deterioration of building components.

**_COSTS TO BE INCLUDED_** The construction costs to be calculated for both substantial damage and improvement include both structural and finish labor and materials. This includes lighting fixtures, built -in appliances, interior moldings, paneling, tiling, wall-to-wall carpet over sub flooring, built-in cabinets, etc. The cost to demolish undamaged building components must be established and included. Overhead and profit are also included, but not the cost of permits. Many of these costs are not normally calculated for purposes of a building permit, nor are they regulated as part of the Building Code. But, they must be calculated for compliance with the 50% Rule. [see attached lists]

**_WHEN MAPS ARE REVISED_** Substantial Damage and Substantial Improvement can affect Post-FIRM buildings, too! If the FIRMs are revised, and the flood elevations increased, many Post-FIRM buildings may be affected. The 50% rule applies to them now as well! So, check the FIRMs, find out what flood elevation was in effect when the building was constructed, and what it is today. All additions to a Post-FIRM structure must be elevated to or above the current BFE, whether they are "substantial" or not.

1

**SUBSTANTIAL IMPROVEMENT/DAMAGE**
**NOTICE TO PROPERTY OWNERS**

*Rebuilding your Home/Business after the storm? Adding on? Renovating? Or remodeling your home/business?*
Here's information YOU need to know about **the 50% Rule**.

If your home or business is below the 100-year flood elevation, City of South Pasadena has flood damage prevention regulations that may affect how you remodel, renovate, or add on to you building. If your home or business sustained structural and/or interior damage, these regulations may affect how you rebuild. These laws are required by the National Flood Insurance Program to protect your lives and investment from future flood damages. Your community must adopt and enforce these laws in order for federally-backed flood insurance to be made available to community residents and property owners.

Save yourself time, aggravation and money. **Please read the following information:**

**SUBSTANTIAL DAMAGE**  means damage of any origin sustained by a structure whereby the cost of restoring the structure to it's before damage condition would equal or exceed 50 percent of the market value of structure before the damage occurred. (Note: The cost of the repairs must include all costs necessary to fully repair the structure to it's before damage condition.)

**SUBSTANTIAL IMPROVEMENTS**  means any reconstruction, rehabilitation, addition, or other improvement of a structure, the cost of which equals or exceeds 50 percent of the market value of the structure before the "start of construction" of the improvement.

If a building is "substantially damaged" or "substantially improved", it must be brought into compliance with *City of South Pasadena* flood damage prevention regulations, including elevating the building to or above the 100-year flood elevation.

*City of South Pasadena,* following national Flood Insurance Program requirements, has the responsibility to determine "substantial damage" and "substantial improvement" and has implemented the following procedures to do so:

1.)    City of South Pasadena will estimate Market Value by using the tax assessment value of your structure (excluding the land), plus 15%. Example: Structure Assessment value x 115% = Estimate Market Value. *If you disagree with this estimate of Market Value, you may hire a state licensed appraiser and submit a comparable property appraisal for the depreciated value of the structure.*

2.)    You must obtain and submit to *City of South Pasadena* a detailed and complete cost estimate for the addition remodeling, reconstruction or for repair of all the damages sustained by your home/business, prepared and signed by a licensed general contractor. The contractor must sign an affidavit indicating that the cost estimate submitted includes all damages or all improvements, not just structural. (see copy attached.)

City of South Pasadena will evaluate the cost of improvements or repairs and determine if they are fair and reasonable. For damage repairs, pre-storm prices and rates will be utilized. The cost of improvements or repairs does not include items not considered a permanent part of the structure. (i.e.;Plans, Surveys, Permits, Sidewalks, Pools, Screens, Sheds, Gazebos, Fences, etc.) (-see attached copy.)

3)    If your home/business is determined to have "substantial damage" or is proposed to be "substantially improved", then an Elevation Certificate must be submitted to City of South Pasadena to determine the lowest floor elevation. Garages and carports are not considered to be the "lowest floor".

2

4)    If the lowest floor is below the 100-year flood elevation, the building must be elevated to or above that level. Likewise, all electrical and mechanical equipment (heating and cooling, etc.), bathrooms, and laundry rooms must be elevated to or above the IOO-year flood level. Only parking, building access and limited, incidental storage is allowed below the flood level. Non-residential buildings may be "flood proofed" instead of being elevated.

In the lowest floor, electrical and mechanical, equipment, laundry and bathroom are already above the 100-year flood elevation, the building can be repaired and reconstructed without further modifications.

5)    Building plans must be prepared to show how the building is to be elevated. If located in a V-Zone, Coastal High Hazard Area or if a non-residential structure is to be "flood proofed", these plans must be prepared and certified by a registered professional engineer or architect. Certificates for this purpose are available from the Building Official.

6)    Following a presidential disaster declaration, the Small Business Administration may make loans available for both homes and businesses for purposes of elevating the structure to or above the 100-year flood, elevation. Proof of "substantial damage" from *City of South Pasadena* is required.

## Per City of South Pasadena <u>ORDINANCE NO. 2005-03</u>   (Re: Prohibited Phasing & Timeframes)

AN ORDINANCE OF THE CITY OF SOUTH PASADENA, FLORIDA, AMENDING THE CITY CODE OF ORDINANCES DEALING WITH FLOOD DAMAGE PREVENTION TO ADD SECTION 108-22 CLARIFYING THE MEANING OF PHASING AND ADOPTING A PRESUMPTION THAT IMPROVEMENTS MADE WITHIN ONE YEAR OF THE COMPLETION OF ANOTHER IMPROVEMENT ARE PART OF THE ORIGINAL IMPROVEMENT, PROVIDING AN EFFECTIVE DATE.

WHEREAS, buildings that are substantially improved (50% of the value of the existing structure) must be elevated (residential) or flood proofed (commercial) and therefore many property owners seek to make the maximum improvement possible without exceeding 50% in order to avoid having to elevate or flood proof their buildings; and

WHEREAS, the enforcement of the Flood Damage Prevention provisions of the City Code is the responsibility of the City's building official, however the Federal Emergency Management Agency (FEMA) evaluates the performance of the City and flood insurance rates and even the availability of flood insurance is dependent upon FEMA's assessment of the City's enforcement; and

WHEREAS, FEMA issues technical bulletins that give local enforcement officials guidance in interpreting and enforcing rules such as the 50% rule. **FEMA's bulletin on the 50% rule strictly prohibits the phasing of an improvement in order to defeat the purpose of the 50% rule.  This includes prohibiting the splitting of a renovation project that exceeds the 50% threshold into multiple permits in order to avoid being considered a substantial improvement**; and

WHEREAS, determining whether renovation projects are being phased requires a subjective determination and can be difficult to enforce without a specific adopted timeframe; and

WHEREAS**, the adoption of a one (1) year time frame providing that any further improvements undertaken within one (1) year of final inspection of the previous improvement shall be presumed to be phase two of the same project, establishes a more objective standard and will be easier to enforce**; and

WHEREAS, there are legitimate circumstances under which two improvements made within a single year are not part of a single phased improvement such as when a structure that has been improved is subsequently damaged by an Act of God and repairs are required;

NOW, THEREFORE, BE IT ORDAINED by the City Commission of the City of South Pasadena, Florida:

3

<u>SECTION 1</u>.  Section 108-22 of the City Code of Ordinances is hereby created to read as follows:

**108-22 RULES FOR DETERMINING WHAT CONSTITUTES A SUBSTANTIAL IMPROVEMENT.**  The Building Official shall rely upon technical bulletins, training materials and letters of interpretation issued by FEMA and the Florida Department of Community Affairs in determining whether or not a substantial improvement has been made or substantial damage has occurred.

A. Phasing Projects to Defeat 50% Rule Prohibited:

1.  In determining whether additional repairs, reconstruction or improvements constitute a substantial improvement any previous repair, reconstruction or improvements to the same building or structure made within the previous 12 months shall be presumed to be phases of a single project and the total cost of all such projects shall be compared to the value of the building before the first improvements was made.  The only exception to this rule is when an act of God occurs within a year of completion of a project and the combined cost of the previous project and the necessary repairs would exceed 50% of the value of the structure before the first improvement. For example a renovation project that costs 40% of the value of the structure is completed in February 2005 and in September 2005 a fire in the structure requires a repair the cost of which is 15% of the value of the structure prior to the February renovation. The repair cost will not be treated cumulatively with the February renovation since the repairs are necessary as a result of an act of God that was not foreseeable at the time of the initial project. No additional work beyond the storm repair will be permitted until after February 2006.  In this case any project proposed before September 2006 will be treated cumulatively with the storm repair cost and the 50% shall be calculated using the value of the structure immediately prior to the storm damage.

2. Applications for building permits that seek to construct improvements that are designed in a manner that anticipates further improvement at a later date must include the price of the entire future improvement in calculating whether or not they constitute a substantial improvement, regardless of the fact that entire project is not being permitted.  For example, the installation of plumbing to accommodate plumbing fixtures to be added at a future date, the installation of wiring for lighting fixtures that are not part of the permit, the over-sizing of air conditioning units to accommodate future expansion, the overbuilding of foundations and walls or ceilings to accommodate additional stories.

B.   Exempt Improvements.   In determining whether a renovation is exempt from the substantial improvement calculation as an item that is needed to comply with existing state or local health, sanitary or safety code specifications the building or structure must have been issued a notice of violation or a citation by the City or Pinellas County before application for a building permit was made. Modifications to a structure required as a result of other voluntary improvements are not exempt.   For example if a homeowner is remodeling a kitchen and the building code requires the upgrading of the home's electrical panel the cost of the improvement is not exempt from the substantial improvement calculation.

<u>**IMPORTANT NOTE ON DONATED MATERIALS AND VOLUNTEER LABOR**</u>
In accordance with federal and state regulations, you must **include the value** of any donated materials and volunteer labor in your cost estimate. The current market value of all donations and the current average hourly rate for volunteering **does apply** towards the "50% Rule" discussed in this document. To determine the value of donated materials, please use the "pre-storm" normal retail cost for each item donated. For volunteer labor, determine the normal "pre-storm" hourly rate charged for the trade. For instance, ask your contractor what he would normally have charged per hour for framing if volunteers will be assisting your with framing, then estimate the number of hours of volunteer work you will use during the project, and include the amount on your Cost Estimate form.

<u>**ITEMS TO BE INCLUDED**</u>

4

(Please check off each line)

**ALL STRUCTURAL ELEMENTS INCLUDING:**

[ ] Spread or continuous foundation footings and pilings

[ ] Monolithic or other types of concrete slabs

[ ] Bearing walls, tie beams and trusses

[ ] Wood or reinforced concrete decking or roofing

[ ] Floors and ceilings

[ ] Attached decks and porches

[ ] Interior partition walls

[ ] Exterior wall finishes (e.g., brick, stucco or siding) including painting and decorative moldings

[ ] Windows and doors

[ ] Re-shingling or re-tiling a roof

[ ] Hardware

**ALL INTERIOR FINISH ELEMENTS, INCLUDING:**

[ ] Tiling, linoleum, stone or carpet over sub-flooring

[ ] Bathroom tiling and fixtures

[ ] Wall finishes (e.g., drywall, painting, stucco, plaster, paneling, marble or other decorative finishes)

[ ] Kitchen, utility and bathroom cabinets

[ ] Built-in bookcases, cabinets and furniture

[ ] Hardware

**ALL UTILITY AND SERVICE EQUIPMENT, INCLUDING:**

[ ] HVAC equipment

[ ] Repair or reconstruction of plumbing and electrical services

[ ] Light fixtures and ceiling fans

[ ] Security systems

[ ] Built-in kitchen appliances

[ ] Central vacuum systems

[ ] Water filtration, conditioning or recirculation systems

**ALSO:**

[ ] Labor and other costs associated with demolishing, removing or altering building components

[ ] Overhead and profit

5

**ITEMS TO BE <u>EXCLUDED</u>**

Plans and specifications

Survey costs

Permit fees

Debris removal (e.g., removal of debris from building or lot, dumpster rental, transport fees to landfill and landfill tipping fees), and clean-up (e.g., dirt and mud removal, building dry out, etc.)

Items not considered real property such as: throw rugs (carpeting over finished floors), furniture, refrigerators, appliances which are not built-in, etc.

**OUTSIDE IMPROVEMENTS, INCLUDING**:

Landscaping

Sidewalks

Fences

Yard lights

Swimming pools\spa

Screened pool enclosures

Sheds

Gazebos

Detached structures (incl. garages)

Landscape irrigation systems

Docks and Davits

Seawalls

Driveways

Decks

# ITEMS REQUIRED TO EVALUATE YOUR APPLICATION

**APPLICANT MUST SUBMIT ALL OF THE FOLLOWING** (please check off each item)**:**

1. [ ] **Completed and signed application** for substantial damage/improvement review (included in this package).

2. [ ] **Elevation certificate** if property is located above base flood elevation.

3. [ ] **Property Owner's Substantial Damage or Substantial Improvement Affidavit** signed, notarized and dated (included in package).

4. [ ] **Contractor's Substantial Damage or Substantial Improvement Affidavit** signed, notarized and dated (included in package).

5. [ ] **Estimated Cost** of reconstruction/improvement form (included in package) and all required backup. Include subcontractor's bids and itemized cost lists (see footnote on Cost Estimate Form).

7. [ ] Copy of **construction contract**. If the owner is the contractor, submit all subcontractor bids to document the cost estimate.

6. [ ] This **checklist**.

6

**APPLICATION FOR SUBSTANTIAL DAMAGE**
**OR SUBSTANTIAL IMPROVEMENT REVIEW**

Property Address: _____

Property Owner's Name: _____

Property Owner's Address: _____

Property Owner's Phone Number: _____

Contractor's Name: _____

Contractor's Address: _____

Contractor's Phone Number: _____

Flood Zone _____

Base Flood Elevation _____

Lowest Floor Elevation _____

FIRM panel Number _____

Datum _____

Elevation of Lowest Horizontal Structural Member **(V-Zone)** _____

Check one of the following:
[ ] I **am** attaching a State Certified Appraiser's report, valuing the structure at: _____

[ ] I am **not** attaching a State Certified Appraiser's report and I accept the use of the valuation of my property that has been recorded by the County Property Appraiser's Office.

**SIGNATURES:**
Property Owner: _____ Date: _____

Contractor: _____ Date: _____

7

**PROPERTY OWNER'S**
**SUBSTANTIAL DAMAGE OR**
**SUBSTANTIAL IMPROVEMENT AFFIDAVIT**

Property Address: _____

Contractor's Name: _____

Property Owner's Name: _____

Property Owner's Address: _____

Property Owner's Phone Number: _____

I hereby attest that the list of work and cost estimate submitted with my Substantial Damage or Substantial Improvement Application reflects **ALL OF THE WORK TO BE CONDUCTED** on the subject structure including all additions, improvements and repairs and, if the work is the result of Substantial Damage, this work will return the structure at least to the "before damage" condition and bring the structure into compliance with all applicable codes. Neither I nor any contractor or agent will make any repairs or perform any work on the subject structure other than what has been included in the attached list.

**I UNDERSTAND THAT I AM SUBJECT TO ENFORCEMENT ACTION, WHICH MAY INCLUDE FINES, IF ANY INSPECTION OF THE PROPERTY REVEALS THAT I, OR MY CONTRACTOR, HAVE MADE REPAIRS OR IMPROVEMENTS NOT INCLUDED ON THE ATTACHED LIST OF REPAIRS OR THE APPROVED BUILDING PLANS.**

See attached itemized list.

STATE OF _____

COUNTY OF _____

Before me this day personally appeared _____, who, being duly sworn, deposes and says that he/she has read, understands, and agrees to comply with all the aforementioned conditions.

_____

*Property Owner's Signature*

Sworn to and subscribed before me this _____ day of _____, 20____.

_____

Notary Public State of _____

My commission expires _____

8

**CONTRACTOR'S**
**SUBSTANTIAL DAMAGE OR SUBSTANTIAL IMPROVEMENT AFFIDAVIT**

Property Address: _____

Contractor's Name: _____

Contractor's Company Name: _____


Contractor's Address: _____

Contractor's Phone Number: _____

Contractor's State Registration or Certification Number: _____

Contractor's Pinellas County Construction Registration Number (if applicable):_____


I hereby attest that I, or a member of my staff, personally inspected the subject property and produced the attached itemized list of repairs, reconstruction and/or remodeling which are hereby submitted for a Substantial Damage or Substantial Improvement Review. The list of work contains **ALL OF THE WORK TO BE CONDUCTED** on the subject property. If the property sustained Substantial Damage, this list of work will return the structure to at least its condition prior to damage and bring the structure into compliance with all applicable codes. I further attest that all additions, improvements or repairs proposed for the subject building are included in this estimate and that neither I nor any contractor or agent representing me will make any repairs or perform any work on the subject structure other than what has been included in the attached list.

**I UNDERSTAND THAT I AM SUBJECT TO ENFORCEMENT ACTION, WHICH MAY INCLUDE FINES, IF ANY INSPECTION OF THE PROPERTY REVEALS THAT I, OR MY CONTRACTOR, HAVE MADE REPAIRS OR IMPROVEMENTS NOT INCLUDED ON THE ATTACHED LIST OF REPAIRS OR THE APPROVED BUILDING PLANS.**


See attached itemized list.


STATE OF _____

COUNTY OF _____


Before me this day personally appeared _____, who, being duly sworn, deposes and says that he/she has read, understands, and agrees to comply with all the aforementioned conditions.


_____

*Contractor's Signature*

Sworn to and subscribed before me this _____ day of _____, 20____.


                                                      _____

                                                      Notary Public State of _____

                                                      My commission expires _____

9

## Cost Estimate of Reconstruction / Improvement

Application Date _____

Address _____

This cost estimate of reconstruction/improvement must be prepared by and signed by the contractor or by the owner if the owner acts as the contractor. Owners who act as their own contractors must estimate their labor cost **at the current market value** for any work they intend to perform.

| | Sub-Contractor Bids | Contractor or Owner Estimates | Contractor or Owner Estimates |
|---|---|---|---|
| | Bid Amounts (see note D") | Material Costs | Labor Costs |
| 1 Masonry | | | |
| 2 Carpentry Material (rough) | | | |
| 3 Carpentry Labor (rough) | | | |
| 4 Roofing | | | |
| 5 Insulation and Weatherstrip | | | |
| 6 Exterior Finish (Stucco) | | | |
| 7 Doors, Windows & Shutters | | | |
| 8 Lumber Finish | | | |
| 9 Hardware | | | |
| 10 Drywall | | | |
| 11 Cabinets (Built-in) | | | |
| 12 Floor Covering | | | |
| 13 Plumbing | | | |
| 14 Shower / Tub / Toilet | | | |
| 15 Electrical & Light Fixtures | | | |
| 16 Concrete | | | |
| 17 Built-in Appliances | | | |
| 18 HVAC | | | |
| 19 Paint | | | |
| 20 Demolition & Removal | | | |
| 21 Overhead & Profit | | | |
| Subtotals: | | | |
| | Total Estimate Cost: | *(all three subtotals added together)* | |

A) A copy of the signed construction contract must accompany this estimate.

B) Subcontractor bids may be used for any material and/or labor cost breakdown. INCLUDE donations and volunteer labor.

C) If any amounts appear in the "Sub-contractor" column, a copy of each signed and dated bid must accompany this form.

D) Cost backup must be provided for every line item entry. If any amounts appear in the "Sub-contractor" column, a copy of **each signed and dated bid must accompany this form.** For all other costs, you must list the quantity of of materials to be installed and their unit cost on a separate sheet that references the line number. For example, the backup documentation may contain a section called "Drywall to be installed (line 10)":

| | This sheet (line 10) | Separate Sheet |
|---|---|---|
| Materials: | 2,000.00 | 1,000 sq ft 1/2" Drywall @ $2.00/sq ft = $2,000.00 |
| Labor: | 320.00 | 16MH to hang Drywall @ $20.00/MH = $320.00 |

10

# Exhibit G

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | **SECTION: L** |
| **LITIGATION** | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **ALL CASES** | |

## FINDINGS OF FACT & CONCLUSIONS OF LAW
## RELATED TO THE JUNE 9, 2015 DAMAGES HEARING

### I.        PROCEDURAL HISTORY

The following procedural history has been recited in several of the Court's previous opinions, but in order to place the current issues in context it is restated here. From 2004 through 2006, the housing boom in Florida and rebuilding efforts necessitated by Hurricanes Rita and Katrina led to a shortage of construction materials, including drywall.  As a result, drywall manufactured in China was brought into the United States and used in the construction and refurbishing of homes in coastal areas of the country, notably the Gulf Coast and East Coast. Sometime after the installation of the Chinese drywall, homeowners began to complain of emissions of smelly gasses, the corrosion and blackening of metal wiring, surfaces, and objects, and the breaking down of appliances and electrical devices in their homes.  *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 894 F. Supp. 2d 819, 829 (E.D. La. 2012), *aff'd*, 742 F. 3d 576 (5th Cir. 2014).  Many of these homeowners also began to complain of various physical afflictions believed to be caused by the Chinese drywall.  Accordingly, these

homeowners began to file suit in various state and federal courts against homebuilders, developers, installers, realtors, brokers, suppliers, importers, exporters, distributors, and manufacturers who were involved with the Chinese drywall. Because of the commonality of facts in the various cases, this litigation was designated as multidistrict litigation. Pursuant to a Transfer Order from the United States Judicial Panel on Multidistrict Litigation on June 15, 2009, all federal cases involving Chinese drywall were consolidated for pretrial proceedings in MDL 2047 in the U.S. District Court, Eastern District of Louisiana.

The Chinese drywall at issue was largely manufactured by two groups of defendants: (1) the Knauf Entities, and (2) the Taishan Entities. The litigation has focused upon these two entities and their downstream associates, and has proceeded on strikingly different tracks for the claims against each group as described below:

### A. Knauf Entities

The Knauf Entities are German-based, international manufacturers of building products, including drywall, whose Chinese subsidiary, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), advertised and sold its Chinese drywall in the United States. The Knauf Entities are named defendants in numerous cases consolidated with the MDL litigation and litigation in state courts. The Knauf Entities first entered their appearance in the MDL litigation on July 2, 2009. *See* (R. Doc. 18). On November 2, 2009, in Pretrial Order No. 17, KPT agreed to a limited waiver of service. *See* (R. Doc. 401). On March 15-19, 2010, the Court presided over a bellwether trial in *Hernandez v. Knauf Gips KG*, Case No. 09-6050, involving a homeowner's claims against KPT for defective drywall. *See* (R. Doc. 2713). For purposes of the trial, KPT stipulated that its Chinese drywall "emits certain reduced sulfur gases and the drywall emits an odor." *Id*. The Court found in favor of the plaintiff family in *Hernandez*, issued a detailed Findings of Fact and Conclusions of Law ("*Hernandez* FOFCOL"), *see id.*, and entered a Judgment in the amount of

$164,049.64, including remediation damages in the amount of $136,940.46, which represented a cost of $81.13 per square foot based on the footprint square footage of the house. *See* (R. Doc. 3012).

Thereafter, on October 14, 2010, the Knauf Entities entered into a pilot remediation program with the Plaintiffs' Steering Committee ("PSC") in the MDL. This program was largely based upon the remediation protocol formulated by the Court in *Hernandez*. The Knauf pilot remediation program is ongoing and has, at present, remediated over 2,200 homes containing KPT Chinese drywall using the same protocol. At the Court's urging, the parties began working together to monetize this program and make it available to a broader class of plaintiffs.

On December 20, 2011, the Knauf Entities and the PSC entered into a global, class Settlement Agreement ("Knauf Settlement Agreement"), which is designed to resolve all Knauf-related, Chinese drywall claims. *See* (R. Doc. 12061-5). In addition to the Knauf Settlement Agreement, numerous defendants in the chain-of-commerce with the Knauf Entities have entered into class settlement agreements, the effect of which settles almost all of the Knauf Entities' chain-of-commerce litigation. These additional class action settlement agreements involve the following defendants and in most cases, their insurers: Interior Exterior Building Supply, LP ("Interior Exterior"); the Banner Entities; L&W Supply Corp. and USG Corp.; and a group of numerous homebuilders, installers, suppliers. *See* (R. Docs. 10033-3, 12258-3, 13375-2, 14404-2). The Court first granted preliminary approval to all of the foregoing settlement agreements, and after the fairness hearing, certified and granted approval for the class settlements. Although the Court occasionally must deal with common benefit fees, settlement administration and enforcement issues, the Knauf portion of this litigation is largely resolved.

## B.    Chinese Defendants

In contrast to the straightforwardness with which the MDL litigation proceeded against the Knauf Defendants, the litigation against the Chinese entities has taken a different course. The Chinese Defendants in the litigation include the principal Chinese-based Defendant Taishan, namely, Taishan Gypsum Co. Ltd. ("TG") and its wholly-owned subsidiary, Taian Taishan Plasterboard Co., Ltd. ("TTP") (collectively "Taishan" or "Taishan Entities").  Other Chinese-based Defendants include the CNBM Defendants ("CNBM"), comprised of the China National Building Materials Group Corporation, China National Building Materials Company Limited, China National Building Materials & Equipment Import & Export Corporation, and CNBM Forest Products (Canada) Ltd; and the BNBM Defendants ("BNMB"), comprised of Beijing New Building Materials Public Limited Company, and Beijing New Building Material (Group) Co. Ltd. As discussed below, the course of the litigation involving the Taishan Entities and other Chinese-based defendants has not followed the same trajectory or enjoyed the same measure of resolution as that involving the Knauf Entities.

As an alleged manufacturer of Chinese drywall which has been installed in plaintiffs' properties, Taishan is a named defendant in numerous cases in both the MDL litigation and litigation filed in state courts.  The Court's initial inquiry regarding Taishan involved four cases in the MDL in which Taishan was served, entered an appearance, and in two of these cases, subjected to default judgment proceedings.  These four cases are: *Germano v. Taishan Gypsum Co., Ltd.*, Case No. 09-6687; *The Mitchell Co., Inc. v. Knauf Gips KG*, Case No. 09-4115; *Gross v. Knauf Gips KG*, Case No. 09-6690; and *Wiltz v. Beijing New Building Materials Public Ltd., Co.*, Case No. 10-361.  The Court will briefly discuss each of these cases as they pertain to Taishan before detailing the overall course of the MDL litigation involving the claims against Taishan.

4

*Germano* has served as the main vehicle for the MDL litigation involving Taishan, particularly TG. *Germano* was filed originally in the U.S. District Court for the Eastern District of Virginia as a putative class action against TG by the owners of homes located in Virginia which allegedly contain TG-manufactured Chinese drywall. *See* (R. Docs. 1-1, 1-2) (Case No. 09-6678). On August 3, 2009, TG was validly served. *See* (R. Doc. 1-7) (Case No. 09-6687). Thereafter, on October 13, 2009, *Germano* was transferred to the U.S. District Court for the Eastern District of Louisiana and consolidated with the MDL litigation on October 13, 2009. (R. Doc. 1) (Case No. 09-6678). Subsequent to transfer, Plaintiffs filed a Second Amended Complaint ("SAC"), which was granted, expanding the class to a nationwide class. *See* (R. Doc. 470) (Case No. 09-md-2047). The Court then permitted the intervention of 14 individual plaintiffs (the "Intervening-Plaintiffs"). (R. Doc. 641).

*Mitchell* was originally filed in the U.S. District Court for the Northern District of Florida as a class action on behalf of homebuilders in the states of Louisiana, Georgia, Texas and Florida who used drywall manufactured by TG for the construction, repair, or remodeling of properties, and who, as a result, incurred expenses associated with repair or replacement of this drywall and/or other property damaged by the drywall, and/or incurred liability for property damages. *See* (R. Doc. 1-1) (Case No. 09-4115). On May 8, 2009, service was executed on TG. *See* (R. Doc. 52) (Case No. 09-md-2047). Shortly thereafter, *Mitchell* was transferred to the Eastern District of Louisiana and consolidated with the MDL litigation. *See* (R. Doc. 1) (Case No. 09-4115).

*Gross* and *Wiltz* were both filed in the Eastern District of Louisiana and consolidated with the MDL litigation as nationwide class actions by property owners whose homes contain Taishan-manufactured Chinese drywall. *See* (R. Doc. 1) (Case No. 09-6690); (R. Docs. 1, 1-1)

(Case No. 10-361). Taishan was served or entered an appearance in both cases. *See* (R. Docs. 2140, 2141, 2553); (R. Docs. 7408, 7409). *Gross* involves claims against "indeterminate defendants" who have allegedly concealed their identity and are allegedly responsible for the Chinese drywall in plaintiff class members' properties. *See* (R. Doc. 1) (Case No. 09-6690). *Wiltz*, on the other hand, is a more typical class action filed on behalf of property owners against Taishan as a result of the damage caused by the presence of Taishan's drywall in their properties. *See* (R. Docs. 1, 1-1) (Case No. 10-361).

The first issues in the MDL litigation involving Taishan arose when TG failed to timely answer or otherwise enter an appearance in *Mitchell* and *Germano*, despite the fact that TG had been properly served in each case. *See* (R. Doc. 52); (R. Doc. 1-7) (Case No. 09-6687). After affording TG more than a reasonable amount of time to answer or enter an appearance, the Court entered a preliminary default against TG in both cases (R. Docs. 277, 487) and moved forward with an evidentiary hearing in furtherance of the Preliminary Default in *Germano* on the Intervening-Plaintiffs' claimed damages. *See* (R. Doc. 502, 1223, 1258, 2380). At this hearing, the Intervening-Plaintiffs presented evidence specific to seven individual properties, which served as bellwether cases. Following this hearing, which occurred on February 19 and 20, 2010, the Court issued detailed Findings of Fact & Conclusions of Law. *See* (R. Doc. 2380, hereinafter "*Germano* FOFCOL"). The *Germano* FOFCOL noted that the average cost per square foot to repair the *Germano* properties was $86 and that the average cost was based on "the average of independent quotes from two local reputable Virginia contractors." *Id*. at 57. Further, the *Germano* FOFCOL found that the "homes of the seven Plaintiff-intervenors are representative of a cross-section of contaminated homes." *Id*. at 62. On May 11, 2010, the Court issued a Final Default Judgment against TG in *Germano*, in favor of the Intervening-Plaintiffs, in

the amount of $2,609,129.99. (R. Doc. 3031). On the last day to timely do so, June 10, 2010, TG filed a Notice of Appeal of the Default Judgment in *Germano*. (R. Doc. 3670). On this same day, TG also entered its appearance in *Germano* and *Mitchell*. *See* (R. Doc. 3668).

After TG entered its appearance in the MDL, it quickly sought to have the Final Default Judgment in *Germano* and the Preliminary Default in *Mitchell* vacated for lack of personal jurisdiction, as well as on procedural grounds. *See* (R. Docs. 5436, 5583). However, because of the pending appeal, this Court was without jurisdiction to address any motions filed by TG. *See* (R. Doc. 5504). Accordingly, TG sought and was granted by the Fifth Circuit, a stay of its appeal to allow this Court to provide an indicative ruling on TG's motions to vacate the preliminary default and default judgments. *See* (R. Doc. 5649). In response, this Court issued an order pursuant to Federal Rule of Civil Procedure 62.1 to allow it to consider TG's motions. *See* (R. Doc. 6101). In the fall of 2010, the Court directed the parties to commence the personal jurisdiction discovery necessary to resolve TG's motions to vacate. Sometime after the initial discovery, the parties agreed to expand the discovery beyond the *Germano* and *Mitchell* cases to other cases in which Taishan been served, including *Gross* and *Wiltz*.

Formal personal jurisdiction discovery of Taishan began in October 2010, *see, e.g.*, (R. Docs. 5839, 5840), and continued over the year-and-a-half leading up to the filing of Taishan's motions. Discovery has included the production of both written and electronic documents, as well as depositions of Taishan's corporate representatives, with each type of discovery proceeding in a parallel fashion. This discovery has often been contentious, requiring close supervision by the Court. The Court has presided over regularly-scheduled status conferences to keep the parties on track, and conducted hearings and issued rulings to resolve numerous discovery-related disputes. *See, e.g.*, (R. Docs. 7136, 7511).

In April 2012, TG and TTP re-filed various motions: a motion to dismiss for lack of personal jurisdiction, a motion to vacate the entry of default and to dismiss the action in *Mitchell*, a motion to dismiss the complaint in *Gross*, and a motion to dismiss the complaint in *Wiltz*. Responses in opposition were filed by the PSC, Interior Exterior, the Banner Entities, and Certain Florida Homebuilders, (R. Docs. 14202, 14204, 14209, 14216, 14356, 14372, 14390, 14392, 14391-4), with other parties joining in these motions, including the State of Louisiana (collectively the "Respondents"). Prior to the hearing, evidentiary objections were raised by Taishan, which the Respondents addressed. On June 29, 2012, over three years since the creation of MDL 2047, and after a year-and-a-half of personal jurisdiction discovery on Taishan, the Court presided over a hearing on Taishan's motions. The Court coordinated its hearing with Judge Joseph Farina of the 11th Judicial Circuit Court of Florida, who had a similar motion involving Taishan's challenge to personal jurisdiction.

On September 4, 2012, this Court issued a 142-page order regarding Taishan's motions in *Germano*, *Mitchell*, *Gross*, and *Wiltz*, in which the Court denied the motions to vacate, denied the motions to dismiss, and held that it maintained personal jurisdiction over Taishan. *In re: Chinese-Manufactured Drywall Products Liability Litigation,* 894 F. Supp. 2d 819 (E.D. La. 2012). The Court also ruled that TTP was operating as the alter ego of TG. The Court certified an interlocutory appeal and the Fifth Circuit granted permission to appeal. In January and May of 2014, two different panels of the Fifth Circuit affirmed this Court's ruling and held that this Court maintained personal jurisdiction over Taishan and TTP. *In re: Chinese-Manufactured Drywall Products Liability Litigation,* 753 F.3d 521 (5th Cir. 2014); *In re: Chinese-Manufactured Drywall Products Liability Litigation,* 742 F.3d 576 (5th Cir. 2014). The time for

writs of certiorari passed and the issue of personal jurisdiction over Taishan became firmly settled.

This Court set a judgment debtor examination for July 17, 2014 and ordered Taishan to appear. Instead of appearing, however, Taishan fired its Hogan Lovells attorneys and indicated that it was again "withdrawing" from the litigation. The Court held Taishan in contempt of court. (R. Doc. 17869). Pursuant to this contempt order, Taishan was ordered to pay $15,000 in attorneys' fees to Plaintiffs' counsel and $40,000 as a penalty for contempt. The contempt order also enjoined Taishan and its affiliates and subsidiaries from conducting business in the United States until or unless it participated in the judicial process. In addition, the contempt order provided that if Taishan or its affiliates or alter egos did business in violation of the contempt order, they would forfeit 25% of the earnings. The Court did not immediately permit Taishan's terminated attorneys to withdraw from the litigation, in order to ensure that Taishan was on notice of the progress of the proceedings, Taishan's contempt and "withdrawal" notwithstanding.

On July 23, 2014, Plaintiffs filed their Omnibus Motion for Class Certification pursuant to Rule 23(b)(3). (R. Doc. 17883). Taishan did not appear and, on September 26, 2014, this Court certified a class of "[a]ll owners of real properties in the United States, who are named Plaintiffs [in the various MDL complaints] asserting claims for remediated damages arising from, or otherwise related to [Taishan] drywall. *See* (R. Doc. 18028 at 34-35, hereinafter "Class Certification FOFCOL"). The Court so ruled following a motion from the PSC. (R. Doc. 18086). The motion was unopposed by any party.

The Court set a class damages hearing for February 12, 2015. At that hearing, BNBM entered an appearance for the first time in this litigation and asked for a continuance to prepare for a class damages hearing. (R. Doc. 18331). The Court granted the request for a continuance.

Taishan subsequently entered an appearance with its new counsel, Alston & Bird, LLP. (R. Doc. 18352). CNBM also entered an appearance for the first time in this litigation. On March 17, 2015, the Court ordered Taishan to purge itself of contempt and again continued the damages hearing to April 28, 2015. (R. Doc. 18831). Thereafter, the Court granted yet another request for a continuance and set the class damages hearing for June 9, 2015.

The hearing on damages proceeded on June 9, 2015. The PSC presented two witnesses. First, the PSC called Jacob Woody to testify. Mr. Woody is an attorney employed by BrownGreer. BrownGreer serves as Settlement Administrator for the Knauf Settlement and Claims Administrator for the Global, Banner, and InEx Settlements (collectively referred to as the "GBI settlements"). The PSC then called George J. Inglis, a Professional Engineer and Senior Project Consultant with Berman & Wright Architecture, Engineering and Planning, as its designated expert to testify about remediation damage estimates. Defendants called David Pogorolich as their first damages rebuttal expert. Pogorolich is a Director at Navigant Consulting and a licensed Certified General Contractor in the State of Florida. Defendants called Dr. M. Laurentis Marais as their second expert. Dr. Marais is Vice President and Principal Consultant at William E. Wecker Associates, Inc. The Court earlier held that Dr. Marais was an expert in statistical science and sampling but was not qualified to testify about building damage or remediation estimation methodology.

The Court has carefully considered the testimony of all of the witnesses and the exhibits entered into evidence during the hearing, as well as the record. Pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, the Court issues the following Findings of Fact and Conclusions of Law. To the extent that any finding of fact may be construed as a conclusion of law, the Court hereby adopts it as such and to the extent that any conclusion of law constitutes a

finding of fact, the Court adopts it as such.  Notwithstanding the foregoing, the Court would like

to make clear at the outset that the instant Findings of Fact and Conclusions of Laws relate to the

property damages caused by Chinese Drywall.  The June 9, 2015, Hearing was held for the sole

purpose of hearing testimony regarding the property damages aspect of this MDL litigation.

Accordingly, the findings and conclusions herein do not address issues of alter ego, jurisdiction

or contempt.

## II.     BACKGROUND – GYPSUM & DRYWALL

Drywall is a widely used construction material that is also known as gypsum board,

wallboard, plasterboard, and sheetrock.  P2.0006-0003 *(Cozen O'Connor, Chinese Drywall*

*Litigation: Subrogation Whitepaper* (2009)).  A drywall panel is composed of a layer of

hardened gypsum plaster sandwiched between two layers of paper liner.  *Id*.  Gypsum is a

hydrated calcium sulfate, composed of two molecules of water ($H_2O$) and one of calcium sulfate

($CaSO4$).  *Id.*  The gypsum used to make drywall can be created both naturally and synthetically.

*Id*.  Naturally occurring gypsum is a deposit largely the result of the evaporation of water in

ancient inland seas which contains large amounts of dissolved gypsum.  P2.0051-001 (*Treatment*

*and Disposal of Gypsum Board Waste*, Construction Dimension, February 1992 at 5). Synthetic

gypsum is chemically identical to mineral gypsum, but the amount and types of trace materials

and unreacted sorbents found in the source material can vary among power plants and among

mines from which it originates.  P2.0006-0003 *(Cozen O'Connor, Chinese Drywall Litigation:*

*Subrogation Whitepaper* (2009)).  Synthetic gypsum is generally obtained in the final stage of

industrial processes, where sulfuric acid is neutralized by a calcium salt; for example it is

produced as a byproduct of coal combustion power plants.  *Id*.; P2.0240.0014 (ASTM

International report).  To make drywall from gypsum, first gypsum is crushed or ground up and

heated to about 350 degrees Fahrenheit to remove approximately seventy-five percent (75%) of

its water content in a process called calcining, thereafter becoming a fine white powder. P2.0006-0003 (Cozen O'Connor, *Chinese Drywall Litigation: Subrogation Whitepaper* (2009)); P2.0051-0001 (*Treatment and Disposal of Gypsum Board Waste*, Construction Dimensions, February 1992 at 5). Second, the calcined gypsum is mixed with water, foam, and other additives to form a slurry which is fed between continuous sheets of paper on a continuous belt line. *Id.* Third, as the board moves down the belt line, the calcined gypsum recrystalizes or rehydrates, reverting to its original gypsum state, and the paper sheets become firmly bonded to the rehydrated core. *Id.* Finally, the board is cut to length and conveyed through dryers to remove free moisture. *Id.*

Historically, gypsum was used as far back as 3700 B.C. by the Egyptians as a base to preserve the wall murals in the pyramids. P2.0051-0001 (*Treatment and Disposal of Gypsum Board Waste*, Construction Dimension, February 1992 at 6); P2.0240-0022 to -0023 (ASTM International, Oct. 2009 at 9-10). The Roman Empire used gypsum for interior purposes, such as the interior walls of Pompeii. *Id.* There is little information of the use of gypsum plaster during the Middle Ages. *Id.* The modern science of gypsum began with the discoveries by Antoine Lavoisier outlined in his two papers on gypsum presented to the French Academy of Sciences in 1765 and 1766. P2.0240-0022 to -0023 (ASTM International, Oct. 2009 at 11). In the United States, the use of gypsum board started in the early 1950s and was driven by the following issues, (1) avoiding the drying time of plaster which allowed earlier occupancy of buildings, and (2) the lack of skilled plasterers in many locations. P2.0240-0026 (ASTM International, Oct. 2009, pg. 13). Gypsum is fire resistant, thus making it a preferable material for drywall. P2.0051-0001 (*Treatment and Disposal of Gypsum Board Waste*, Construction Dimensions, February 1992 at 6). Since the 1950's, drywall has become a primary source material for

buildings in the United States.  As mentioned above, due to a shortage of U.S.-manufactured drywall, Chinese-manufactured drywall was brought into the United States.

## III.  GENERAL FINDINGS ON CHINESE DRYWALL

### A.  Chinese Drywall is Defective

**1.**  As established by the U.S. Consumer Product Safety Commission ("CPSC"), the Florida Dept. of Health, other scientific entities, and this Court in the *Germano* FOFCOL, the defective nature of this Chinese drywall is undisputed.

**2.**  The Chinese drywall in question has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur. It releases three main gases: (i) hydrogen sulfide ($H_2S$), (ii) carbonyl sulfide (COS), and (iii) carbon disulfide ($CS_2$). *Germano* FOFCOL at 12.  The Plaintiffs' experts detected sulfur gas emissions by conducting laboratory tests on samples of this Chinese drywall.  The CPSC, Florida Dept. of Health and other investigatory agencies and firms also reported that Chinese drywall emits sulfur gases.  *Id.* at 12-13.

**3.**  The sulfur gases released by Chinese drywall are irritating to the human body during exposure.  Exposed individuals reported irritation of the eyes, respiratory system, and skin, among other things.  *Id.* at 13.

**4.**  The sulfur gases released by this Chinese drywall cause offending odors in homes, making them hard if not impossible to live in, and are corrosive to metals, particularly copper and silver, which are uniquely vulnerable to corrosion from sulfur gases.  *Id.*  The sulfur gases emitted from Chinese drywall create an environment classified among the most severe industrial corrosive environments in the Battelle Classification scheme and the standards established by the International Standards Association.  *Id.* at 19-20.

5.   Forensic examination by scientific and technical experts, including testing of building materials in the damaged homes of the *Germano* Plaintiffs, further confirmed the wide-spread impact of the corrosive environment, which included corrosion of copper wiring, copper pipes and silver-based components in electronics, including HVAC circuitry and brazing on pipes, causing premature failure of electrical and mechanical devices.  *Id.* at 14, 23.

### B.   Property Damage Arising From Chinese Drywall Requires Total Remediation

6.   The Court adopts and incorporates herein the *Germano* FOFCOL, which accurately explains the scope of remediation required for class plaintiffs' properties.  *Germano* FOFCOL at 29-31; *In re Chinese Manufactured Drywall Prod. Liab. Litig.*, 706 F. Supp. 2d 655 (E.D. La. 2010).

7.   After considered analysis of the impracticality and risks of the selective remediation approach, the Court found in *Germano* and re-affirms herein that remediating a Chinese drywall property requires complete remediation and cleaning; thus, the Court again rejects any remediation approach that favors selective remediation such as the one originally proposed by the Knauf experts in *Germano*. *Id.* The remediation protocol fashioned in *Germano* is evidence based and has been confirmed via its application in the actual remediation of several thousand homes.

8.   The scientific and practical constructability evidence presented before this Court, which relies on long-term observation, sampling and testing of properties with Chinese drywall, scientific investigation of Chinese drywall and the science of corrosion, practical construction experience (particularly the experience of the national builders), and electric and building codes, demonstrates that proper remediation of the danger posed by Chinese drywall must include the removal of *all* drywall, all electrical wiring, the entire HVAC system, and many other items such

as appliances, carpet, cabinetry, trim work and flooring. *Germano* FOFCOL at 27-55;
*Hernandez* FOFCOL at 20-34; Transcript at pp. 106:8-110:3.

9. This scope of remediation is necessary even in homes with "mixed" drywall, where
Chinese and non-reactive drywall may be found, because the sulfur gases disburse and circulate
creating a generally corrosive environment and, moreover, there is no reliable or practicable
method for selective identification and removal of Chinese drywall in mixed homes. *Germano*
FOFCOL at 27-40. Large Florida homebuilders with extensive experience in Chinese drywall
remediation have determined that removal of all drywall in affected homes is efficient and cost-
effective, and that attempted selective identification and removal of CDW is neither efficient nor
cost-effective. *Id.* at 31.

10. It is both economical and practical to remove all the wiring while the drywall is removed,
rather than removing only some of the wiring at the time of remediation and then risk later
having to tear down the drywall again in the event that additional wiring exposed to the sulfur
gases is harmed or fails. Additionally, the low-voltage wiring supporting life and safety devices
such as fire alarms and smoke detectors should be removed and replaced because of the low cost
of replacement when compared with the high risk of injury or death if these devices are not
functioning properly. *Id.* at 39.

11. Copper pipes and HVAC units must be replaced. It is more cost-effective and less time
consuming to remove and replace all copper pipes and the HVAC units in Chinese drywall
properties as opposed to attempting to "clean" the corrosion off copper components and HVAC
ductwork. *Id.* at 39-46.

12. The evidence shows that carpeting must be replaced because attempting to remove and
store the carpet during the remediation is not cost-effective. Similarly, hardwood or vinyl

flooring must be replaced because dust generated during the remediation process will intrude into the cracks and crevices of the flooring. However, tile flooring may be properly protected during the remediation process, and if this can be done, the Court finds that it does not need to be removed and replaced. *Id.* at 49-50.

**13.** Similarly, it is more cost-effective to replace cabinets, countertops, trim, crown molding, baseboards, bathroom fixtures, and insulation than attempt exacting removal, storage and subsequent re-installation. *Id.* at 51-53.

**14.** In order to eliminate the tremendous amount of dust produced from removal of the drywall, and to eliminate the offensive odor of the Chinese drywall, properties need to be cleaned and aired-out after remediation is complete. A HEPA vacuum should be used to remove the fine drywall dust and other particles. Additionally, properties should be wet-wiped or power washed to eradicate any remaining particles. *Id.* at 53.

**15.** Following the deconstructing phase of the remediation process, the properties will need to be inspected by an independent and qualified engineering company. This is important for insurance, resale potential, and peace of mind for the present occupants. The independent and qualified engineering company should provide a letter or report indicating that the remediation has been correctly performed. *Id.* at 53-54.

**16.** The necessary remediation proposed by the PSC is essentially the same in all material respects as the scope of remediation being utilized by national builders Beazer Homes and Lennar Homes. National builders Beazer and Lennar have also independently assessed the need for complete remediation through scientific evidence, practical cost considerations, and hands-on experience with the problem. Although in theory, a thorough cleaning or selective replacement of contaminated drywall may be an option, in practice, the evidence does not support the

feasibility of such an option. The alternative remedies to a complete remediation that have been tried or suggested, such as selective identification and removal of Chinese drywall, "cleaning" corroded wires, switches, and contact points, leaving corroded wires and switches in place, clipping the exposed ends of the corroded wires and splicing wires, or making new junction boxes, will not make the plaintiff whole, will not be adequate from a scientific or practical standpoint, and will not provide safety and marketability to the property owner. *Id.* at 54.

**17.** Thus, in sum, the appropriate scope of remediation includes: removal and disposal of all damaged and affected building components in the properties, replacement of all drywall, replacement of entire HVAC assembly, replacement of entire electrical system (including receptacles and switches), replacement of all copper and silver plumbing and electrical switches, replacement of all items that are likely to be damaged during demolition (i.e., cabinets, trim and baseboards), replacement of items that are ultimately more efficient to replace than restore, such as carpet and flooring, a complete cleaning of the premises, and confirmation from an independent and qualified engineering company to confirm the quality and completeness of the cleanup and provide the necessary assurances for insurance, resale potential and peace of mind for the affected property owners. As mentioned, the scope of remediation is supported by the testimony of the experts and confirmed by the remediation of over 2,200 homes carried out in the Knauf Settlement Program.

## IV. LIABILITY FOR EXPOSURE IN CLASS PLAINTIFFS' PROPERTY

**18.** The *Germano* FOFCOL resolved a multitude of factual and legal issues including the scope of remediation and the right to recover remediation damages. The Class Certification FOFCOL essentially adopted the *Germano* ruling regarding liability and causation. The Court adopts and incorporates herein the *Germano* and Class Certification Tools and emphasizes its prior holding that Taishan and its affiliates are liable to the Class Plaintiffs.

**19.** The Court already has found the Taishan Defendants in default. The *Germano* Plaintiffs obtained a default judgment against Taishan on November 20, 2009. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 742 F.3d 576 (5th Cir. 2014). Additionally, the Taishan affiliates have also been held in default with respect to the proceedings in *Wiltz*, *Gross*, and *Amorin*. On February 1, 2011, BNBM, BNBM Group, CNBM, and CNBM Group were held in default in the *Gross* proceedings. (R. Doc. 7302). These same entities were again held in default in *Gross* on August 7, 2012 (*i.e.*, as to the omnibus interventions complaint that was filed in *Gross*). (R. Doc. 15687). On February 24, 2011, BNBM was held in default in the *Wiltz* proceedings. (R. Doc. 7735). On July 1, 2014, Taishan, TTP, and CNBM were held in default with respect to the *Amorin* case originally filed in this Court (Case No. 2:11-cv-1395) (R. Doc. 17814). Pursuant to this same Order, Taishan and TTP were held in default with respect to the *Amorin* complaint originally filed in the Southern District of Florida prior to its transfer to this Court (Case No. 2:11-cv-1672). *Id.* Also on July 1, 2014, Taishan, TTP, BNBM, CNBM, and CNBM Group were held in default with respect to the *Amorin* complaint originally filed in the Eastern District of Virginia prior to its transfer to this Court (Case No. 2:11-cv-1673) (R. Doc. 17815). (R. Docs. 7735, 17814, 17815). Moreover, the Court already determined that the Defendants' liability was conceded by their default. Class Certification FOFCOL at 31.

**20.** Given that the defectiveness and corrosive effect of Chinese drywall is well-established, defendants are in default, there is no contributory negligence, and this Court already entered a liability judgment, the only issue currently pending before the Court is the amount of damages which should be awarded to the Plaintiffs in order to accomplish the necessary remediation.

## V.  EVIDENCE AT THE JUNE 9, 2015 DAMAGES HEARING

**21.** As discussed *supra*, in September of 2014, the Court conducted a certification and liability phase of this MDL, finding the Defendants liable and certifying a class of real property

owners asserting claims for remediated damages arising from or related to the Chinese drywall manufactured, sold, distributed, supplied, marketed, inspected, imported, or delivered by the Defendants and their affiliates. On June 9, 2015, this Court held an evidentiary hearing to deal with the second phase of the Chinese drywall litigation: damages. The purpose of the hearing was, simply, to determine how much the Defendants and their affiliates owe the class to remediate their homes due to the damages caused by toxic, corrosive Chinese drywall. The Plaintiffs called two witnesses—Jacob Woody and George Inglis—to present their formulaic class-wide damages approach. In response, the Defendants called two witnesses—David Pogorolich and Dr. M. Laurentis Marais—to demonstrate that the Plaintiffs' formulaic approach fails to provide a reasonable estimate of remediation costs.

**22.** First, Plaintiffs called Jacob Woody to testify. Mr. Woody is an attorney employed by BrownGreer. BrownGreer has served, and continues to serve, as a settlement administrator for various settlements that have been entered into in these consolidated proceedings, including the Knauf remediation class settlement and the Global, Banner, and INEX ("GBI") Class Settlements. Tr. at 26:1-17. In connection with the settlements, BrownGreer has amassed a database containing square footage and other information regarding properties that have been the subject of claims in this litigation, including many of the properties that the PSC sought to include in the class. Tr. at 39:12-22.

**23.** BrownGreer utilizes a quality assurance protocol in the work it does as a claims administrator. 18:21-22. The QA protocol includes processes to review both the eligibility of claims as well as the allocation of payment to eligible clams. 19:1-9. In the course of its claims administration activity, BrownGreer allows audits by any party on request, and would have

allowed Taishan to request such an audit had it chosen to be, and remain, an active litigant in the MDL as claims were being submitted and verified.  Tr. at 19:10-20.

24. Mr. Woody testified that, at all pertinent times, BrownGreer has endeavored to provide the best available claims information to all parties, has remained mindful of its Court-appointed position in this case, and has taken no interest in which party prevails in the class damages hearing.  Tr. at 102:08-17.

25. In October 2014, at the request of the PSC, Mr. Woody oversaw a project to provide information regarding square footage of class properties as well as, to a lesser extent, to provide information regarding product identification.  Tr. 39-41; 47-50.

26. BrownGreer used three sources of information to verify the square footage of class members' properties: (1) BrownGreer's prior GBI review process; (2) public sources such as tax appraisals, property ownership records and official government websites; and, if those two sources were unavailable, (3) square foot data from the Court-approved Plaintiff Profile Forms (PTO 11, R. Doc. 168-1).  Tr. 44-47.  The form specifies that it is to be completed under oath and signed under penalty of perjury, requires identification of the manufacturer of the Chinese drywall found on the property, and requests the amount of square footage for the property.  It further allows for claimants to supplement information on an ongoing basis, permitting attachments such as photographs, inspection reports, etc.  Tr. at 22:7-23:23.  According to Mr. Woody, BrownGreer would not have relied solely on the square footage data from the Plaintiff Profile Forms in connection with the Knauf or GBI settlements.  Tr. at 44:25-47:11; 71:24-72:9.

27. With regards to product identification, BrownGreer utilized both a Court-approved photograph catalog (PTO 10, R. Doc. 171) and a Court-approved "Drywall Indicia Guide" (PTO

27, R. Doc. 17060) in order to identify the types of drywall and the manufacturers of drywall associated with the properties on the class list.  Tr. at 23:23-25:4; 34:15-19; 47:12-49:19.

**28.** Relying on photographic evidence and inspection reports, Mr. Woody was able to verify that 1,285 properties on the original class list of approximately 3,700 class members had Taishan drywall.  As to the remaining 2,449 properties on the original class list, the only proof that Taishan or Chinese drywall was used in the claimants' properties was the claimants' statements on the Plaintiff Profile Forms.  Tr. 55:23-56:10; 100:14-101:1.  Mr. Woody did not undertake, and has not yet been asked to undertake, a review of attachments to the Plaintiff Profile Forms. Tr. 49:24-51:16.  If and when BrownGreer determined that a property contained 100% Knauf drywall, not Taishan drywall, those properties were removed from the class list.  Tr. 76-79.

**29.** Mr. Woody acknowledged that information on Plaintiff Profile Forms was not always reliable and, absent verifiable supporting evidence, such as photographs or inspection reports, he did not regard a statement on a profile form as sufficient evidence of product identification.  Tr. 75.

**30.** In any allocation process to follow the Court's aggregation or assessment of class-wide remediation damages, Mr. Woody confirmed that BrownGreer would be able to use its existing systems and protocols to verify Plaintiff Profile Form statements identifying the presence and amount of Taishan drywall for a given property.  Tr. 51:23-52:3.  None of the changes to the list of properties for this first phase of damages proofs—the calculation of class-wide remediation damages—changed the class definition, but rather only refined it, by decreasing the number of properties, the list of properties that is the subject of remediation damages proof during this initial phase.  Tr. 64:11-65:2.

**31.** At Defendants' request following their re-appearance in the litigation, Mr. Woody provided Knauf remediation data which, initially, included both remediation and move-in/move-out payments. Tr. 29:19-30:4. Following a second request from Defendants, Mr. Woody modified the Knauf remediation payment data to include only remediation data and not move-in/move-out payments. The Knauf Settlement remediation payments recorded by BrownGreer and provided to Defendants exclude the following cost items:

> Any delay payments made due to problems with Knauf remediation;
>
> (1) Still-open remediation properties (a total of 655 as of the time the information was provided by BrownGreer);
>
> (2) Insurance premiums for subcontractor or drywall disposal activities;
>
> (3) Both pre- and post-remediation inspection (including Xactimite and bid proposals) costs;
>
> (4) Certified Industrial Hygienist/Environmental charges for inspection and testing (clearance) remediation of a property, which is required in every case if remediation by Knauf;
>
> (5) "Economies of scale" associated with the Knauf use of Moss as a single, general contractor for the remediation settlement; and
>
> (6) Remediation administration/oversight fees and costs for Moss' services as general contractor. Tr. at 59:4-61:23; 62:17-19.

Thus, the average cost of $65.16 per square foot for the Knauf remediation under this calculation method does not reflect remediation-related costs for general contractor oversight, certified industrial hygienist (CIH) charges, inspection costs, or insurance premiums. Tr. at 98:4-11.

**32.** Second, Plaintiffs called George J. Inglis. Mr. Inglis is a Professional Engineer and Senior Project Consultant with Berman and Wright Architecture, Engineering, and Planning ("Berman & Wright"). He has 40 years of experience in project and construction management, building diagnostics, building forensics and remediation of building defect damages. 103:25-104:6.

**33.** After joining Berman & Wright's predecessor (Buric) in 2010, Mr. Inglis performed forensic engineering services to identify construction deficiencies and compliance with building codes, design documents, and manufacturers' specifications. He determined cause and effect relationships that resulted in damage to residential, multifamily, industrial, and commercial buildings, including damages such as water intrusion, mold, structural repairs, roofing repairs and replacement, and costs to remediate homes constructed with reactive Chinese drywall. Additionally, he has identified possible sources of defects that lead to water intrusion and/or mold problems and has worked with buildings in post-Hurricane Katrina and post-Hurricane Wilma settings to determine specific causes of damages and related cost estimations. 103:25-106:16.

**34.** Mr. Inglis' professional engineering engagements also include multi-state building defect cases, including the assessment and remediation of damages caused by synthetic stucco on buildings across several states. 105:17-106:7.

**35.** Mr. Inglis and his firm have widespread general experience estimating cost of repair damages and utilizing RS Means, which is a generally accepted method of calculating building costs. Specifically, they have been assessing construction estimates for remediating Chinese drywall properties since 2009. 106:8-107:5. In fact, they were instrumental in determining the appropriate scope and costs of remediating the Chinese drywall properties in *Germano*. 107:17-110:3. They continued their work on a variety of Chinese drywall properties across several states into 2015, establishing the scope of remediation for these properties and estimating the costs of remediation. 112:6-19; 157:8-18.

**36.** Mr. Inglis determined the remediation damages for each of the properties with verified under air square footage based on the following factors:

○ A uniform and well-defined scope of work necessary to eliminate the harm and remediate the damage that is caused by Chinese drywall to the interior of each property;

○ An established cost on a per-square-foot basis converted to present value;

○ A measure of the under air space to remediated;

○ Consideration of local factors related to building labor and materials

**37.** As this Court earlier determined and Mr. Inglis confirms, there is a well-established and defined scope of work necessary to fully remediate a Chinese drywall property. *Germano* FOFCOL at 27-55; *Hernandez* FOFCOL at 20-34; Tr. at 157:8-158:5; 159:21-160:1. This well-established evidence-based and field-tested scope of work for remediating a Chinese drywall property requires that the interior of the home be stripped to the studs (with all wiring, plumbing, fixtures, cabinets, HVAC systems and insulation removed), cleaned by wet-wipe and HEPA vacuum, and examined and tested by an independent entity before the property is brought back to its originally intended condition. *Germano* FOFCOL at 27-55; *Hernandez* FOFCOL at 20-34. This scope of work was established based on long-term observation of properties with Chinese drywall (including sampling and testing), scientific investigation of Chinese drywall and the science of corrosion, practical construction experience (particularly the experience of national builders, and electric and building codes). *Germano* FOFCOL at 27-55; *Hernandez* FOFCOL at 20-34; Tr. at 106:8-110:3. The scope of work is the same regardless of the type of building or the location of the property. The only difference is the square footage of the contaminated area of the building.

**38.** Mr. Inglis' determination regarding remediation damages for each property begins with a benchmark figure of $86 per square foot to remediate a property. This $86 figure was developed in 2010 using data from the *Germano* properties. In 2010 in the *Germano* litigation, Berman & Wright established that the cost of remediating the seven *Germano* homes was $86 per square foot. This figure was based on two competitive bids for the appropriate scope of work i.e., total

remediation, with a pricing cross-check developed through R.S. Means, which has been recognized by this Court to be a standard textbook and reference tool for building construction estimation. *Germano* FOFCOL at 57-86; 110:14-23. 111:7-24. Over the following years of experience with many Chinese drywall properties in several states, Mr. Inglis and his firm Berman & Wright have found that $86 per square foot is a reliable measure of the costs on a square foot basis for a full scope remediation of Chinese drywall properties, when adjusted for location and time. 111:23-112:3, 113:23-114:19, 116:21-117:3, 163:22-:24, 165:22-166:1, 166:16-117:17.

**39.** Using the widely-recognized R.S. Means, Mr. Inglis adjusted the $86 per square foot cost to reflect the then-current-day building materials and labor costs. 119:8-11. Thereafter, he generated a national square foot unit price by adjusting for the local building labor and material costs for Norfolk, Virginia where all of the *Germano* properties were located. *Id.* In making both of these adjustments, Mr. Inglis used data from R.S. Means to adjust for local material and labor costs listed by zip code. *Id.*

**40.** Initially, Mr. Inglis computed his estimations incorrectly because of a local cost factor error in the online R.S. Means tool he used. However, Mr. Inglis discovered this error and corrected it prior to the hearing. 120:14-123:10.

**41.** Defendants raised concerns that Mr. Inglis did not consider whether each property was in an urban, suburban or rural setting. However, the Court is satisfied that the use of R.S. Means data, a standard cost reference used by professionals in the field, keyed to the zip code of each property sufficiently and reliably accounts for location factors in the individual and aggregate damages estimate. 159:19-24, 170:20-171:2.

**42.** Finally, Mr. Inglis added 6% of the remediation costs to the national square foot unit price to pay for the pre- and post-remediation inspection, sampling, testing and certification of the homes. 110:21-23.

**43.** The final, national square foot unit price with CIH costs included is $105.91. However, this is reduced by the local building costs factors in nearly every state in which class properties exist. (R. Doc. 19197 at 37).

**44.** This method is in accordance with the Court's *Class Certification* FOFCOL which provided that remediation damages should be calculated based on existing data regarding scope of work and square footage of class members homes: "*i.e.*, price per square foot remediate X number of square feet in class members' homes = damages." (R. Doc. 18028 at 32, 33).

**45.** Mr. Inglis' estimate applies to each of the Taishan properties, regardless of whether they have been remediated by the Taishan Property Owners in the past or are yet to be remediated. Each Taishan Property Owner is entitled to a sum that would pay for a proper, full remediation.

**46.** Following the testimony by the Plaintiffs' experts, Defendants called two experts. The Defendants' experts do not have building damage and cost of repair experience comparable to that of Mr. Inglis. First, Defendants called David Pogorolich as their first damages rebuttal expert at the hearing. Mr. Pogorilich is a Director in the Construction Practice at Navigant Consulting. He was qualified and accepted by the Court as an expert in the field of construction cost estimating and project management for construction sites.

**47.** However, Mr. Pogorolich's experience with Chinese drywall is limited to only five homes in Florida for which he assisted an insurance adjustor. He has no experience with establishing or implementing the remediation protocol for Chinese drywall homes, which were already being remediated when he was retained. 207:4-19; 210:11-213:24. While Mr.

Pogorolich agrees with the Plaintiffs that the drywall must come out of the home, he supports a remediation approach where each home is inspected and a project specific location estimate is developed for each home. 189:8-20. According to Mr. Pogorolich, "the only way to prepare a reasonable estimate for a particular house is to visit the house, look at the layout, look at the qualitative and quantitative issues, [and] look at the fit and finish." 189:14-18. However, this approach is impractical and ill-advised given the number of homes needing remediation and the more than six-year wait already endured by the homeowners. To deal with tragedy on a case-by-case or home-by-home basis where liability has already been established would result in decades of delay and would vary with the passing of time.

**48.** Additionally, the task of stripping a property to the studs and rebuilding does not present the same variability in costs as does an entirely new construction (*i.e.*, building a new house). 161:125-162:9. With Chinese drywall remediation, the bulk of the costs is in nearly uniform demolition of the drywall and replacement of standard building materials – differences in finish from home to home add little variability to the total damages estimate. *Id.*

**49.** Thus, the hypothetical problem posed by Mr. Pogorolich at the damages hearing when he compared two equally sized properties with very different lay-outs is not a problem; it is a routine aspect of damage estimation. Such variations, to the extent they exist in some outlier homes, present minimal cost variation in the final total remediation damages estimate. Defendants' Exhibit 34; 195:22-196:19. Most of the Taishan properties are typical single family homes—like the *Germano* homes—where variations in trim and standard appliances will ultimately make no significant difference in the cost of repair. 125:3-22. Furthermore, the potential risk of any minimal cost variation is greatly outweighed by the fact that the alternative—individually inspecting each home to determine a project specific estimate—is both

27

inefficient and unjust given the number of Plaintiffs who are still awaiting resolution of their claims where liability has already been established.

**50.** Second, Defendants called Dr. M. Laurentius Marais as their second damages rebuttal expert at the hearing. Dr. Marais is Vice President and Principal Consultant at William E. Wecker Associates, Inc., specializing in applied mathematical and statistical analysis, including statistical extrapolations based on sampling and calculation of damages.

**51.** This Court held earlier that Dr. Marais is not qualified to address the Court regarding building damage or remediation estimation methodology, but may only offer, to the extent relevant, testimony about raw statistics. (R. Doc. 19092 at 4) ("There is no basis for him to provide expert testimony regarding methods or scope of remediation or accuracy of square footage cost data.").

**52.** Dr. Marais is an expert in statistical science and statistical sampling. 231:14-20. Dr. Marias testified that Mr. Inglis' damages methodology is an extrapolation in that it attempts to determine, based on information obtained from a sample of properties, conclusions about the large group of properties that comprise the class. 234:4-23. According to Dr. Marais, Mr. Inglis' methodology does not comport with well-established principles for obtaining statistically and scientifically valid extrapolations from samples, and, therefore, cannot be relied upon to estimate class-wide damages or damages for individual class members. 233:4-238:1.

**53.** The Plaintiffs' expert, Mr. Inglis, however, testified that he did not rely on statistical sampling in reaching his opinions. 156:14-25. While he did calculate averages in forming his opinion, his opinion was grounded in his extensive professional experience evaluating the cost of repair for Chinese drywall buildings and extensive historical scope of work and cost of repair

data. 116-116; 156-157. Like any engineer, he made use of basic statistics but his estimates relied on professional experience, not statistical science. 156:17-158:11.

54. The statistical opinion of Dr. Marais does not alter this Court's conclusion regarding the adequacy of Plaintiffs' formulaic damages calculation. In forming his opinion, Dr. Marais neither relied on (nor was he qualified as an expert to opine on) the Court's Finding of Facts and Conclusions of Law in *Germano* and *Hernandez* regarding the scope of work or costs or repair to remediate Chinese drywall homes. 278:17-25; 280:6-10. Dr. Marais offered no statistical sampling alternative utilizing historical data of remediation activities.

55. Given the unique circumstances surrounding Chinese drywall and the absence of efficient and appropriate alternatives, a formulaic method used to calculate remediation damages is fair and reasonable. Mr. Inglis' estimation of remediation costs—rather than a series of individual inspections and individual mini-trial estimates—spares the Taishan Property Owners from the costs and further delay of individual inspections, which may cost thousands of dollars per person, take several months or years to complete and, most likely, will not lead to a more precise estimate than the ones provided by Mr. Inglis.[1]

56. That said, there will have to be a claims process, similar to that utilized in the Knauf settlement, to ensure that properties contained Taishan-manufactured Chinese drywall and to verify the under-air square footage. BrownGreer will be tasked with establishing and implementing this process. Such a process will ensure that damages are accurately allocated to each individual class member.

---

[1] Estimations, even when they are competitive bids performed by a builder personally inspecting the property, are still merely estimations. As the American Association of Profession Estimators notes in a leading treatise, variations even among several competitive bids can reach up to 30% with an average of a 17% difference. "If general contractors, bidding with the same documents, can't get closer than a 15-20% spread, it is unrealistic to guarantee an estimate to be within a specific, small percentage." Defendants' Exhibit 7 at p. 77.

## VI.    CONCLUSIONS OF LAW

### A.    Nature of the Proceedings Under Rule 55

**57.** This Court has (1) already found the Taishan Defendants in default pursuant to Fed. R. Civ. P. 55(a) and (2) already determined in its *Class Certification* FOFCOL that the Defendants' liability has been conceded by their default. *See Class Certification* FOFCOL at 31.  As a result of Defendants' default, the defectiveness and the corrosive effect of Chinese drywall were resolved in favor of Class Members.  Even the Defendants' experts agree that the drywall is defective and needs to be removed.  Thus, the only issue before the Court is the amount of damages which should be awarded to the Class for property remediation.

**58.** Since Defendants are in default and this Court already entered a liability judgment, Rule 55(b)(2) governs the procedure for determining the amount of damages. Pursuant to Rule 55(b)(2), the Court may conduct hearings to determine the amount of damages.  Although the Rule does not mandate such a hearing, this Court determined that a damages hearing was appropriate under the circumstances to determine a damages calculation.  *James v. Frame*, 6 F.3d 307, 311 (5th Cir. 1993).

**59.** The June 9, 2015, Damages Hearing was the first hearing of what will be multiple hearings that the Court will hold in order to assess the full amount of damages owed to class members.  On June 9, 2015, the Court considered only remediation damages for current owners. Other damages, such as alternative living expenses, bodily injury, foreclosure, and/or lost rent, may be considered at other proceedings in this Court or other Courts where appropriate.  The Court divided the hearings into phases because it is the most fair and efficient way to assess damages in this complex litigation.  As discussed further below, remediation damages in this unique Chinese Drywall MDL can be calculated on an aggregated formulaic basis and, thus, it is in the best interest of all parties to consider remediation damages together in the first stage of the

damages proceedings. This approach will also allow the prompt remediation of homes so they can be re-inhabited comfortably and safely.

**60.** It is well-established in this Circuit that this Court may divide hearings regarding damages into phases, particularly in complex cases where, as here, such a division would serve judicial efficiency by separating common issues from individual ones. *See, e.g., In re Deepwater Horizon*, 739 F.3d 790, 816 (5th Cir.) *cert. denied sub nom. BP Expl. & Prod. Inc. v. Lake Eugenie Land & Dev., Inc.*, 135 S. Ct. 754, 190 L. Ed. 2d 641 (2014) ("[P]redominance may be ensured in a mass accident case when a district court performs a sufficiently 'rigorous analysis' of the means by which common and individual issues will be divided and tried. In many circuits, this has been accomplished by means of multi-phase trials under Rule 23(c)(4), which permits district courts to limit class treatment to 'particular issues' and reserve other issues for individual determination."); *Watson v. Shell Oil Co.*, 979 F.2d 1014, 1023 (5th Cir. 1992) *on reh'g*, 53 F.3d 663 (5th Cir. 1994) (affirming and "express[ing] [its] admiration" for the district court's trial plan, which included three damages phases and allowed the district court to adjudicate common class issues in the first phase and alter adjudicate individualized issues in later phases, despite due process challenge).

**61.** Further, this Court finds that the Class Notice and Supplemental Class Notice issued on September 26, 2014, and December 30, 2014, (*see* R. Doc. 18231-1 at 4) were sufficient under Rules 23(c)(2) and 23(d)(2) to inform class members about the nature of the litigation, the class claims, and their legal rights. *See* (R. Doc. 18998). Although Plaintiffs made certain changes to their damages model leading up to the June 9, 2015, hearing, these changes did not alter the sufficiency of the class notices. *Id.* at 4-5. The Class definition has remained the same and there

is no precedent to suggest that changes to a damages model require supplemental class notice. *Id.* at 5.

**62.** While the default judgment conclusively establishes liability, it is not conclusive of the class damages for remediation costs which Plaintiffs seek. Liability and damages require separate and equally "rigorous analysis." *Comcast Corp. v. Behrend*, 133 S. Ct. 1426, 1433 (2013). The June 9, 2015, damages hearing provided the opportunity for the Court to engage in such rigorous analysis and determine that, given the uniqueness of the instant action, the Plaintiffs have presented a reasonable and reliable method of calculating remediation damages on a class-wide basis and have accommodated individual class damage issues by shifting the individual damage components to subsequent adjudicative phases.

### B. Chinese Drywall – A Unique Class Action

**63**. Chinese drywall presents a truly unique dilemma, and the damages from Chinese drywall are not easily analogized to those of typical class actions. *See Pella Corp. v. Saltzman*, 606 F.3d 391, 396 (7th Cir. 2014) (quoting *Carnegie v. Household Int'l, Inc.*, 376 F.3d 656, 661 (7th Cir. 2004) ("Under Rule 23, district courts are permitted to 'devise imaginative solutions to problems created by the presence in a class action litigation of individual damage issues.'"). In most class actions, even if liability is established, the issue of causation is often inextricably intertwined with damages and remains to be litigated. In other words, even if a court finds that a defendant was negligent and that a plaintiff suffered damages, the court must still determine whether those damages were *caused* by that negligence.

**64**. With regards to the Taishan drywall in this case, in contrast to these typical class actions, there is no issue of either liability or causation. The fact that each Taishan property owner suffered the same harm to their property and the same type of damages puts this case in contrast to cases where each plaintiff suffers a distinctly different *kind* of individualized wrong.

Here, Taishan has been held liable for defective Chinese drywall, and any properties containing Chinese drywall are defective, requiring the removal of the Chinese drywall.  As mentioned above, even the Defendants agree that the drywall is defective and must be removed and the property remediated.  Thus, the only variation is the *extent* of the damages suffered based on the square footage of the involved property.  *See In re Deepwater Horizon*, 739 F.3d 790, 815 (5th Cir. 2014) ("'Even wide disparity among class members as to the amount of damages' does not preclude class certification 'and courts, therefore, have certified classes even in light of the need for individualized calculations of damages.'") (quoting *Bell Atlantic Corp. v. AT&T Corp*., 339 F.3d 294, 306 (5th Cir. 2003)).  This variation can be uniformly recognized by a square footage analysis established using a representative statistical sample.  Indeed, recently, the Supreme Court held that, under certain circumstances, statistical evidence may be used to make class-wide determinations depending on the purpose for which the evidence is being introduced and on the elements of the underlying cause of action.  *Tyson Foods, Inc. v. Bouaphekeo*, 136 S. Ct. 1036, 1046 (2016) (citing *Erica P. John Fund, Inc. v. Haliburton Co.*, 563 U.S. 804, 809 (2011).  A comparison of this class action to other more typical types of class actions is useful to demonstrate why a formulaic statistical method for calculating damages is appropriate in this case, even though it may not be appropriate under other circumstances.

### 1. Asbestos

**65**.  Asbestos class actions generally involve vast disparities among not only the degree of injury, but also the type of injury.  In contrast to asbestos, the level of exposure to Chinese drywall in this case is immaterial because the class is not asserting personal injury claims, but rather property damage claims.  No matter how long the Chinese drywall has been inside the walls, a property owner has no choice but to remove it and replace it, which inevitably involves time and expense.  As a result, Chinese drywall damages cannot be easily analogized to asbestos

33

damages.

66. In asbestos cases, plaintiffs share the common fact that they have all been exposed to asbestos at some point; however, the resultant health effects often vary dramatically and warrant individual adjudication to determine damages. Asbestos exposure does not guarantee illness, and even if sickness does occur, the degree of injury among plaintiffs varies according to the diversity of class members' characteristics, including their preexisting physical conditions, their health habits, the type and duration of the exposure, the severity and nature of the resulting diseases, the type of treatments received, etc. The variations among plaintiffs' injuries resulting from asbestos also preclude calculation of damages by formula because some individuals become more seriously ill than others. Additionally, the stakes for the defendants are relatively high in asbestos cases, rendering individual adjudication more appropriate than class action.[2]

67. In *Amchem Products, Inc. v. Windsor*, the Supreme Court considered certification of a class for settlement that included some individuals who had been exposed to asbestos and had become ill, and others that had been exposed but had yet to manifest any injuries. 521 U.S. 591 (1997). The Court held that the class failed to satisfy Rule 23's predominance and adequacy-of-

---

[2] Plaintiffs seeking compensation for property damage do not stand to recover nearly as much as plaintiffs would in actions for wrongful death, and accordingly have less incentive to litigate individually. *See Bevrotte v. Caesars Entm't Corp.*, No. 11-543, 2011 WL 4634174 at *5 (E.D. La. Oct. 4, 2011). Defendant BNBM's reliance on *McLaughlin v. Am. Tobacco Co.* for the proposition that a court should not estimate gross damages for the class and then adjust the total amount later on when processing individual claims is misplaced: whereas the plaintiffs bringing civil fraud claims against tobacco companies in *McLaughlin* proposed "an aggregate determination [that was] likely to result in an astronomical damages figure that does not accurately reflect the number of plaintiffs actually injured by defendants and that bears little or no relationship to the amount of economic harm actually caused by defendants," in this case, Plaintiffs' class damages proposal does not appear to compensate potential claimants who had not actually been affected by the presence of Chinese drywall. 522 F.3d 215, 231 (2d Cir. 2008), *abrogated on other grounds by Bridge v. Phx. Bond & Indem. Co.*, 553 U.S. 639 (2008). The Second Circuit in *McLaughlin* was concerned that claimants who had perhaps never relied upon the defendants' misrepresentations about cigarettes or whose reliance was not the proximate cause of each individual's loss might still be allowed to recover despite not having a viable fraud claim, a circumstance distinguishable from the instant case where no proof of individual reliance on any representation is required. *Id.* at 231. Moreover, the *McLaughlin* plaintiffs had proposed disposing of the residue through a cy pres distribution rather than returning any overpayment to the defendants, which further increased the risk of overpayment in the aggregate. *Id.* at 232. However, the Second Circuit even acknowledged that "the fact that damages may have to be ascertained on an individual basis is not, standing alone, sufficient to defeat class certification." *Id.* at 231.

representation requirements because the class members' shared experience of asbestos exposure was outweighed by the variety of questions that pertained to the various subclasses and individual members. For example, some of the plaintiffs had been exposed but had experienced no symptoms at all and, even among those experiencing health problems, the degree of health issues were diverse.[3] *Id.* at 626–28.

**68**. Defendants cite to other asbestos cases such as *In re Fibreboard Corp*., 893 F.2d 706 (5th Cir. 1990) and *Cimino v. Raymark Indus., Inc.*, 151 F.3d 297 (5th Cir. 1998) for the claim that Fifth Circuit law does not permit the assessment of tort damages derived from extrapolation formulas using averaged results from prior cases. However, both asbestos-related cases are distinguishable from the present case, which only involves property damage.

**69**. In *In re Fibreboard Corp*., the Fifth Circuit reluctantly vacated a trial plan in mass tort litigation involving the claims of 3,031 plaintiffs asserting asbestos-related injuries. 893 F.2d 706 (5th Cir. 1990). The phase of the trial plan at issue called for a jury to ascertain damages for the entire class on the basis of a trial of the specific claims of eleven class representatives, together with evidence the parties presented about the claims of thirty illustrative plaintiffs, and the testimony of experts about damages to the entire class. The Fifth Circuit blocked the proposed plan because it failed to require each claimant to prove both causation and damages, as required by Texas law, and because it asked the jury to ascertain damages for a group of

---

[3] The Supreme Court was also concerned that the notice might be insufficient to justify the preclusion of almost every class member from pursuing future litigation: "Even if they fully appreciate the significance of [the] notice, those without current afflictions may not have the information or foresight needed to decide, intelligently, whether" to participate in the class settlement. *Id*. at 628. Here, the *Amchem* Court's concern about sufficiency of notice to potential asbestos claimants is less relevant because the damages arising from Chinese drywall are not dependent on slowly-developing symptoms of illness that perhaps may be undiscoverable during a long latency period. Another factor distinguishing the Chinese drywall class from *Amchem* is that the class representatives in the matter currently before this Court possess the same interest and had suffered the same injuries as the other class members.

35

claimants who suffered widely divergent injuries on the basis of a statistical profile. *Id.* at 710-711.

70. In *Cimino*, which involved the same asbestos cases from *Fibreboard*, the same plaintiffs proposed a new plan that contemplated trying 160 sample cases and then awarding the remaining 2,128 plaintiffs "an amount of actual damages equal to the average of the awards made in the sample cases." 151 F.3d at 319. The Court held that the damages plan "plainly contravenes *Fibreboard*'s holding" and "permit[ing] recoverable tort damages to be determined in a lump sum for the entire class" is simply contrary to *Fibreboard*. *Id.* at 319. As described *supra*, the focus in *Fibreboard* was not the number of sample cases; rather, it was the fact that "[i]n Texas, it is a fundamental principle of traditional products liability law that the plaintiffs must prove that the defendant supplied the product which caused the injury" and the fact that there were such great disparities among the class members. 893 F.2d at 710-711.

71. Specifically, the so-called "class" of plaintiffs in *In re Fibreboard* and *Cimino* consists of persons with different occupations, different exposure periods, who were claiming different diseases. *Id.* at 710. Additionally, the plaintiffs' admissions of fact in those cases show the following additional disparities among class members: (a) the class includes persons who do not have legal claims against one defendant; (b) one or more members of the class may be barred from prosecuting claims against one defendant by virtue of their prior employment with that defendant; (c) the severity and type of physical and mental injuries varies among class members; (d) the nature and type of damages varies among class members; (e) not all of the plaintiffs were injured by the acts or omissions, conduct, or fault of all of the defendants; (f) the dates of exposure to asbestos-containing products varies among class members; (g) the types of products to which class members were exposed varies among class members; and (h) the dates that class

36

members knew or should have known of their exposure to asbestos-containing products is not identical among class members. *Id.*

**72**. The instant drywall action is highly distinguishable from *In re Fibreboard* because the Plaintiffs' characteristics in MDL 2047 cannot be described as particularly diverse and there is no issue relating to causation of injury. All of the Plaintiffs in MDL 2047 have the same complaint; they own properties requiring remediation as a result of defective drywall. There is no variation with regard to the severity and type of injury or the nature and type of the damages. All Plaintiffs[4] are entitled to total remediation of their homes. The duration of exposure or quantity of drywall installed does not change the nature of damages, and the solution to their problems (remediation) is identical in every instance. Here, unlike most asbestos cases, including *In re Fibreboard*, (and unlike other similar circumstances, such as exposure to second-hand smoke), plaintiffs' property damages in the Chinese drywall class do not vary according to duration or intensity of exposure or resulting health effects that would require individual minitrials to ascertain the origins of the damages.[5]

---

[4] When this Court refers to the Plaintiffs, it is not referring to the Plaintiffs listed on the Class Spreadsheet presented at the June 9, 2015, hearing, which the Court is aware has been subsequently modified. Rather, the Court is referring to those claimants who are able to adequately prove that the property they own contains Taishan/TTP drywall.

[5] Notably, both *Fibreboard* and *Cimino* rely on due process and Article III concerns relating to the fact that the assessment of tort damages is ultimately grounded in state tort law. However, these concerns stemmed primarily and specifically from the fact that there was no trial determination regarding causation. *Cimino*, 151 F.3d at 319. Under Texas law, the Seventh Amendment gives the right to a jury trial to make a causation determination. In *Cimino*, there was no such trial determination made, and no jury determined, that exposure to [Defendant's] products was a cause of the asbestos disease of any of the 160 sample plaintiffs. Since there was no causation determination regarding the sample plaintiffs, there could be no causation determination extrapolated to the remaining 2,128 plaintiffs. For these remaining cases, there was also no trial and no jury determination that any individual plaintiff suffered an asbestos-related disease. Predictably, the lack of causation determination renders any damages determination "likewise fatally defective." *Id.* at 319-320. With regard to the instant MDL, which related to drywall, not asbestos, there has been a conclusive determination regarding causation. Chinese drywall causes offending odors in homes and is corrosive to metals, requiring total property remediation. The Article III and due process concerns present in the aforementioned cases are not present in MDL 2047. Accordingly, this Court rejects Defendants' suggestion that it is ignoring its *Erie* obligation under Article III to "remain faithful" to the applicable law of each state in these diversity cases by accepting Plaintiffs' proposed formulaic damages plan. *See Fibreboard*, 893 F.2d at 711. Given that liability and the scope of remediation have been conclusively determined, awarding

37

## 2.    Mass Accidents

**73**.  The Advisory Committee commentary discussing the predominance requirement in

FRCP 23(b)(3) specifically mentions mass accident victims as the type of class that would

typically not meet the requirement, because the individual interests of each injured plaintiff

would be too disparate and therefore better managed in individual adjudications.  *See* Fed. R.

Civ. P. 23 advisory committee's note to the 1966 amendments.  However, as the Supreme Court

noted in *Amchem*, "the text of the Rule does not categorically exclude mass tort cases from class

certification, and District Courts, since the late 1970's, have been certifying such cases in

increasing number."  521 U.S. 591, 625 (1997); *accord. Steering Comm. v. Exxon Mobil Corp.*,

461 F.3d 598, 603 (5th Cir. 2006) (noting that "it is theoretically possible to satisfy the

predominance and superiority requirements of Rule 23(b)(3) in a mass tort or mass accident class

action, a proposition this court has already accepted.").

**74**.  Unlike asbestos cases where the exposure occurs over long periods of time, mass tort

cases frequently arise following a single incident.  Despite resulting from a single occurrence,

most mass tort class actions are complicated, even if liability is established, because the issue of

causation is inextricably intertwined with damages and remains to be litigated.  For example, in

*Robertson v. Monsanto Co.*, the Fifth Circuit found that class certification was inappropriate

when the defendant was liable for an ammonia gas release at its plant, but the plaintiffs had

highly individualized determinations regarding both causation and damages for mental distress,

physical injuries, property damage, economic injuries, medical expenses, etc.  287 Fed. Appx.

354, 361-62 (5th Cir. 2008).  In particular, the *Monsanto* plaintiffs were seeking damages for

emotional distress and other intangible injuries, which are impossible to calculate using a

---

solely remediation damages to claimants whose homes require remediation due to the presence of Taishan drywall
does not present a conflict with the *Erie* doctrine.

formula because they "implicate[] the subjective differences of each plaintiff's circumstances [and] cannot be calculated by objective standards."[6] *Id.* at 362 (quoting *Steering Comm.*, 461 F.3d at 602); *but see Turner v. Murphy Oil USA, Inc.*, 234 F.R.D. 597, 607 n.6 (E.D. La. 2006) (finding presence of claims for personal injury and mental anguish damages did not undermine a finding of predominance when they did not form a significant portion of the plaintiffs' claims).

**75**.  As with asbestos cases, damages resulting from mass accidents can be highly individualized because they involve such factors as "location, exposure, dose, susceptibility to illness, nature of symptoms, type and cost of medical treatment, and subsequent impact of illnesses on individuals." *Steering Comm.*, 461 F.3d at 602.  The damages resulting from the oil spill at issue in *In re Deepwater Horizon*, for example, varied drastically depending on multiple "individual questions."  739 F.3d 790, 815 (5th Cir. 2014).  In *Deepwater Horizon*, these questions presumably included disparities such as proximity to the oil spill, the type of claimant (whether a business or a property owner), and the amount of oil taken in, etc.  *See also Madison v. Chalmette Refining, L.L.C.,* 637 F.3d 551, 553 (5th Cir. 2011) (remanding class certification to the district court for further consideration of whether the predominance requirement was met when plaintiffs exposed to petroleum coke dust from a nearby refinery "sought a variety of damages, including personal injury, fear, anguish, discomfort, inconvenience, pain and suffering, emotional distress, psychiatric and psychological damages, evacuation, economic damages, and property damages").

**76**.  In contrast to mass tort plaintiffs complaining of personal injuries, the Chinese drywall plaintiffs' property damage claims vary only according to the cost of remediation based

---

[6] Another important distinguishing factor was that the *Monsanto* class consisted entirely of named plaintiffs, eliminating some of the usual benefits of class actions such as identification and notification of potential unnamed class members as well as issuance of a single binding judgment in order to foreclose indefinite, repetitive litigation.  287 Fed. Appx. at 363.

on the under-air square footage of the contaminated property and are therefore subject to

formulaic calculation by objective standards.   In the instant case, the class experienced class-

wide damages directly tied to liability: the need to replace the defective drywall.  This injury is

common to every class member, with the only difference being how much drywall each class

member had to replace and how much the contractor charged in order to perform the work.  This

case is thus more analogous to *Turner v. Murphy Oil USA, Inc.*, in which a class action was

brought against an oil company when plaintiffs suffered property damage as a result of an oil

storage tank spill.  234 F.R.D. at 601.  This court found that the class negligence claims would

not require extensive individualized proof that would preclude class treatment:

> Defendant has argued that Plaintiffs' claims for personal injury and mental
> anguish do not meet the predominance requirement because certain factual
> elements of their claims will require individualized inquiry—when the plaintiff
> first learned of the oil spill, what preventative measures were taken to avoid
> personal injury, and what pre-existing health and mental conditions existed for
> each plaintiff. While some individualized inquiry will be required, the Court does
> not believe that this inquiry will be extensive.

*Id.* at 607 n.6.  This court reasoned that "[t]he presence or degree of injury or damage is an issue

of quantum that may be dealt with individually in a bifurcated proceeding, if necessary."  *Id.* at

607.  Similarly, in this case, individualized trials are not necessary to determine either liability or

the existence or nature of damages.  The defective drywall was found in the walls of each

property, and there is no real variation as to the type of claimant since all of the Claimants are

property owners.  The only variation among Claimants is the cost of remediation as determined

by the under-square footage of the contaminated property.  For those few property owners who

feel that their properties are unique and not similar other class members may opt out and have

their properties individually inspected and then evaluated by a jury.

### 3. Antitrust

**77**. Antitrust class actions are also distinct from the instant action alleging property damage. Antitrust injuries are often speculative: but for the defendant's conduct, the market might have been more competitive, entry for new producers may have been easier, or prices hypothetically would have been lower. *See Bell Atl. Corp. v. AT&T Corp.,* 339 F.3d 294, 297 (5th Cir. 2003) (recognizing that because "the nature of an antitrust claim means that 'some plaintiffs can only hypothesize about what the state of their affairs would have been absent the wrong,'" antitrust plaintiffs are not held "to the same burden of proof of damages as demanded of plaintiffs in other civil cases") (internal citation omitted) (quoting *H&B Equip. Co. v. Int'l Harvester Co.*, 577 F.2d 239, 246 (5th Cir. 1978)). Antitrust injuries can be difficult to measure when they arise from multiple theories of liability or when the variegated nature of the plaintiffs affected makes an individualized damages determination more appropriate. In the instant matter, these types of problems observed with calculating damages resulting from antitrust injuries are not present: the injury is not speculative, and but for the production and installation of defective drywall, the plaintiffs would not have been required to remediate their properties.

**78**. For example, a divided Supreme Court in *Comcast Corp. v. Behrend* reversed a class certification in an action against a cable television company allegedly engaging in anticompetitive conduct because the plaintiffs could not demonstrate that "damages [were] capable of measurement on a classwide basis." 133 S. Ct. 1426, 1433 (2013). The plaintiffs in *Comcast* included some who "*may* have been overcharged because of petitioners' alleged elimination of satellite competition," others who "*may* have paid elevated prices because of petitioners' increased bargaining power vis-à-vis content providers ," and others who "*may* have paid rates produced by the combined effects of multiple forms of alleged antitrust harm." *Id*. at 1434 (emphasis added). Unlike the supra-competitive prices imposed upon consumers in

*Comcast*, which were potentially attributable to multiple other causes besides the defendant's specific anticompetitive conduct at issue, the property damages in this matter related to defective drywall are susceptible of estimation without raising similar questions of liability.[7]  *Id.* at 1434.

**79**.  Even when causation is clear, antitrust violations can cause drastically different levels of injury depending on the specific circumstances of various class members, such that determining injuries such as lost profits or lost labor productivity can be significantly more fact-intensive than the straightforward and uniform property damages at issue in this case.  For example, in *Bell Atl. Corp. v. AT&T Corp.,* a class of businesses sued a telecommunications company under the Clayton Act, alleging that the defendant attempted to monopolize the "caller ID" market and, as a result, the service was unavailable to some users during the class period.  339 F.3d at 297.  The plaintiffs' proposed formula used a nationwide average for labor costs and a national average for the amount of time that class members would have saved per telephone call had the caller ID service been available on long-distance calls during the class period.  *Id.* at 304.  However, the Fifth Circuit affirmed the district court's denial of class certification on the grounds that the individualized nature of the damages precluded certification when "[t]he record indicate[d] that rather than merely examining lost time and average labor costs, any adequate estimation of actual damages suffered would require consideration of the variegated nature of the businesses included in both the proposed classes, together with the range of uses, depending on the size and technological sophistication of any given business, to which caller ID could be applied."  *Id.*  Moreover, the plaintiffs in *Bell Atlantic* failed to demonstrate that the absence of

---

[7] In *In re Deepwater Horizon*, the Fifth Circuit observed that *Comcast's* holding that "a district court errs by premising its Rule 23(b)(3) decision on a formula for classwide measurement of damages whenever the damages measured by that formula are incompatible with the class action's theory of liability" is "simply inapplicable" in cases that do not involve numerous common issues of liability.  739 F.3d at 815.  *Comcast* is distinguishable from this case because there is only one theory of liability: that the defendants manufactured and distributed defective drywall.

caller ID would have had any noticeable effect at all on some of the businesses in the proposed class.[8] *Id.* The circumstances in *Bell Atlantic* in which class members could have been compensated who had not even incurred *any* damages whatsoever are therefore distinguishable from the present case where the proposed class does not contain any individual who did not possess Chinese drywall.

  **C.**   **Aggregate Damages are Superior to an Individualized Alternative**

    **1.**   **Plaintiffs Use an Appropriate Formula to Calculate Remediation Damages**

  **80**. $86 per square foot, which is evidence based, is a reliable benchmark estimate for the costs of remediation. The remediation costs take into account the uniform scope of the repair for each class member, the *limited* nature of repair (interiors only), and the use of well-established mid-points as the baseline for each damages estimate before considering individualized square footage and local building cost factors. Given these considerations, the degree of variability of square footage costs for remediation of these homes is typical of what is expected in the discipline of damages estimation, and is not significant when viewed in relation to the total costs of repair. Even the Defendants' suggestion—house by house inspection by a contractor—is not likely to lead to a more precise estimate, given the acknowledged variation of at least 17% in that method of estimation recognized by the estimation textbook authorities. Defendants Exhibit 7 at pg. 77. Considering this, pursuing the alternative is not only unreasonable and inefficient, it is also unjust in light of the continued suffering of the Plaintiffs.

---

[8] For example, some of the businesses potentially for inclusion in the proposed classes utilized telephone systems that were incompatible with the defendant's caller ID service, such that it would have been impossible for those businesses to have ever used the service even if the defendant had not engaged in the alleged conduct. *Id.* at 305-06.

**81**. Plaintiffs' expert relied on multi-disciplinary corrosion science (as discussed at length in the Court's earlier FOFCOLs in *Germano* and *Hernandez*, particularly when defining the scope of work for remediation), in conjunction with bid-pricing, unit pricing, square footage pricing, and localized construction cost factors, to establish the damages formula. While his formula stemmed from average calculations of the *Germano* properties, it was grounded in the relevant science and historical cost data. Mr. Inglis used well-established estimation methods in arriving at the base $86 per square foot measure, and then used RS Means to adjust this sum to current building material and labor costs and then to reflect the local building and material costs for each Taishan property. RS Means provides reliable data for such a calculation. *Germano* FOFCOL at p. 58 ("RS Means is a well-recognized and accepted publication which compiles national data on a national basis for cost to repair and replace building components.").

### 2. Fifth Circuit Law Does Not Bar Plaintiffs' Damages Proposal

**82**. The Fifth Circuit has explained that a formula-based calculation of class damages is appropriate in circumstances where individual trials are not required, particularly when the damages portion of the suit can be severed from the liability inquiry:

> Even wide disparity among class members as to the amount of damages suffered does not necessarily mean that class certification is inappropriate, and courts, therefore, have certified classes even in light of the need for individualized calculations of damages. Class treatment, however, may not be suitable where the calculation of damages is not susceptible to a mathematical or formulaic calculation, or where the formula by which the parties propose to calculate individual damages is clearly inadequate.

*Bell Atlantic*, 339 F.3d at 306 (internal citation omitted). *See also Steering Comm. v. Exxon Mobil Corp.*, 461 F.3d 598, 602 (5th Cir. 2006) (aggregating class damages by a formulaic calculation is acceptable in circumstances where individualized damage calculations are not required); *Corley v. Orangefield Indep. Sch. Dist.*, 152 F. App'x 350, 354-55 (5th Cir. 2005) (recognizing that damages which are "capable by means of objective standards" are permissible

44

so long as there exists a "suitable formula for calculation of damages"). This standard is met by

Mr. Inglis' damages methodology, which is a formulaic calculation of class wide damages based

on objective standards and verifiable data for each property.

> Nonetheless, the Fifth Circuit has also held:

> > [B]efore a trial court may utilize results from a bellwether trial for a purpose that
> > extends beyond the individual cases tried, it must, prior to any extrapolation, find
> > that the cases tried are representative of the larger group of cases or claims from
> > which they are selected. Typically, such a finding must be based on competent,
> > scientific, statistical evidence that identifies the variables involved and that
> > provides a sample of sufficient size so as to permit a finding that there is a
> > sufficient level of confidence that the results obtained reflect results that would be
> > obtained from trials of the whole.

*In re Chevron U.S.A., Inc.,* 109 F.3d 1016, 1020 (5th Cir. 1997). Defendants argue that the

Court, bound by the holding in *Chevron*, must reject the Plaintiffs' request for an award of

aggregate damages based on the Inglis method because his damages calculation stems from the

$86 per square foot estimate from the seven *Germano* properties. In the abstract, this is a

compelling argument. However, given the *sui generis* nature of this Chinese Drywall litigation,

*Chevron*, like most of the cases cited by Defendants is distinguishable.

**83**. In *Chevron*, plaintiffs asserted tort claims for industrial pollution of a residential

subdivision, claiming that hazardous substances that were improperly stored by defendants' in

defendants' waste pits migrated into the environment causing personal injury and property

damage. *Id.* at 1017. The trial plan invalidated by the Fifth Circuit "provided for a unitary trial

on the issues of 'general liability or causation' on behalf of the remaining plaintiffs, as well as

the individual causation and damage issues of the selected plaintiffs, and ordered the selection of

a bellwether group of thirty (30) claimants, fifteen (15) to be chosen by the plaintiffs and fifteen

(15) to be chosen by Chevron." *Id.* at 1017. The goal of the trial in *Chevron* "was to determine

its liability, or lack thereof, in a single trial and to establish bellwether verdicts to which the remaining claims could be matched for settlement purposes." *Id.*

84. In rejecting the plan, the Fifth Circuit was particularly concerned that the district court's trial plan was "devoid of safeguards designed to ensure that the claims against Chevron of the non-represented plaintiffs as they relate to liability or causation are determined in a proceeding that is reasonably calculated to reflect the results that would be obtained if those claims were actually tried." *Id.* at 1020. Instead, the court found the procedure created potential liability to 3,000 plaintiffs "by a procedure that is completely lacking in the minimal level of reliability necessary for the imposition of such liability." *Id.* The court focused its concern on the fact that a nonrepresentative bellwether sample group would be tasked with "answer[ing] troubling causation or liability issues" for the entire universe of plaintiffs and "the lack of fundamental fairness contained in a system that permits the extinguishment of claims or the imposition of liability in nearly 3,000 cases based upon results of a trial of a non-representative sample of plaintiffs." *Id.* at 1019, 1021.

85. In the instant case, claims will not be extinguished nor will liability be imposed on the basis of Mr. Inglis' methodology. Mr. Inglis' calculations are not an answer to causation or liability issues. Causation and liability have been conclusively established. Additionally, these concerns regarding the potential unrepresentativeness of plaintiffs are understandably alarming in a case like *Chevron* where there are so many variables. In *Chevron* (as in the asbestos-related cases), liability, causation, and damages may vary significantly according to the diversity of the class members' characteristics, including their preexisting physical conditions, their health habits, the type and duration of the exposure to the hazardous substance, the severity and nature of the resulting diseases, the type of treatments received, etc. In contrast to *Chevron*, duration of

exposure to Chinese drywall is immaterial. No matter how long the Chinese drywall has been inside the walls, a property owner has no choice but to remove it and replace it. The use of data from the *Germano* homes does not present the same problems as the use of bellwethers in *Chevron* would have presented. The limited diversity among properties in the instant matter is not comparable to that of the personal injury and property damage claims in *Chevron*. Moreover, there is no dispute as to liability or causation in the present case. The Defendants are liable and the Chinese drywall caused the damage to the properties and it has to be removed.

### 3. Aggregate Damages are Favorable Given the Limited Variation Present in Chinese Drywall Litigation

**86**. District courts are encouraged to "devise imaginative solutions to problems created by the presence in a class action of individual damages issues." *Pella Corp. v. Saltzman*, 606 F.3d 391, 391 (7th Cir. 2014). Plaintiffs have devised a reasonable and reliable solution to calculate remediation damages on a class-wide basis and accommodate individual class damage issues by shifting the individual damage components to subsequent adjudicative phases.

**87**. Under the circumstances of this case and given the *sui generis* nature of Chinese Drywall, the Plaintiffs' proposal to calculate remediation damages is not "clearly inadequate," and a formulaic approach is superior to the thousands of individual proceedings that would result if Defendants' proposal for property by property inspection and estimation were accepted. The costly and wasteful individualized mini-trials that would result from Defendants' proposal would further burden the Taishan property owners and further delay the benefits they can hope to receive from this litigation. This Court has already ruled that damages may be calculated in a formulaic manner. *Class Certification* FOFCOL at 11-12 ("[T]he average cost of repairing class members' homes is subject to calculation on a formulaic, square footage basis.").

**88**. The Court does not deny that there is some variation, but concludes that the time,

expense, and inefficiency of inspecting every affected property would result in an inequitable
solution, given the delay these property owners have already experienced in obtaining relief. As
evidenced by Mr. Pogorolich's testimony, many properties will have varying remediation costs
based on factors such as ceiling height, number of partitions, and quality of interior finishes.
However, the variations among damages in this case are so relatively minor that the damages are
susceptible to being calculated by a formula.[9]

89. As discussed *supra*, the class remediation damages here do not present significant
individualized issues, in contrast to physical ailments and loss of business profits. Rather, the
only variance is in the amount required to pay for each remediation, which can be determined
using a formulaic methodology. Unlike asbestos and mass accident cases, the damage issues
presented in Chinese Drywall litigation are so distinct from questions of liability and causation
(questions which have already been answered in favor of the Plaintiffs), it is proper and just to
award aggregate damages. Mr. Inglis' formula, which calculates remediation damages based on
square footage for each of the Taishan properties with verified under air square footage, is
superior to the thousands of individual proceedings which would result if Defendants' proposal
for property by property inspection and estimation were accepted. Defendants' alternative
amounts to cruel and unusual treatment of innocent homeowners. To now require individuals
who have been displaced for more than six years to pursue individual claims and incur individual

---

[9] Defendants assert that Plaintiffs' formula for calculating damages is inadequate because it relies on
"averages." (Rec. Doc. 18879 at 12). In support of their argument, they cite *Corley v. Orangefield Indep. Sch.
Dist.*, in which the court reversed a class certification on the grounds that "the injur[ies] to the landowners varie[d]
in substantial ways, depending on the value, character and location of the property." 152 F. App'x 350, 355 (5th
Cir. 2005). However, *Corley* did not involve property damage, but rather involved unauthorized transmissions of
voice, data and video communications across private land by telecommunications companies. The reason that the
damages were so varied in *Corley* was because some parcels "might be situated in a geographic 'choke point' such
that a telecom company would be forced go many miles out of its way if that parcel proved unavailable." *Id.* at 354.
Defective drywall does not involve such drastic variations in damages.

costs in a case where liability and fault have been established is not only an imposition on the courts, but also and more importantly, a serious injustice to those who have been harmed by the Defendants' actions.

**90**. Each class member suffered the same kind of damage, and the only individualized determination required—the amount it will cost to remediate the properties—can be calculated using a formula to estimate the amount of each class member's damages. It is therefore unnecessary and unjust to hold individual mini-trials to determine remediation damages in this case. The damages calculation need not be exact. *See, e.g., Story Parchment Co. v. Paterson Parchment Paper Co.*, 282 U.S. 555, 563 (1931) (ruling that damages estimates are appropriate even where "they cannot be measured . . . with exactness and precision . . .").

**91**. The fact that each Taishan property owner suffered the same harm and the same nature of damages puts this case in contrast to cases where each plaintiff suffers a distinctly different *kind* of individualized wrong. *See supra* Section VI (B). The class remediation damages here do not present significant individualized issues, like physical ailments and loss of business profits. *Id.* Rather, the only variance is in the amount required to pay for each remediation, which can be readily determined using the formulaic methodology presented by Mr. Inglis in accordance with the following protocol.

## VII.    CONCLUSION

**92**. Plaintiffs have offered a reasonable and reliable measure (superior to any alternative) of the remediation damages for the Taishan Properties with verified under air living square footage. The Court adopts Mr. Inglis' damages *methodology* to quantify the aggregate damages.

**93.** To implement this remediation process:

**IT IS ORDERED** that the Plaintiffs Steering Committee, under the supervision of BrownGreer, submit an updated Class Plaintiffs' Spreadsheet endeavoring to include only

Taishan properties with verified under air living square footage. Any costs associated with Brown Greer's assistance in revising the Class Plaintiffs' Spreadsheet are to be borne by the Defendants.

**IT IS FURTHER ORDERED** that the revised Class Plaintiffs' Spreadsheet, on which the Court will rely to determine the aggregate total of these remediation damages, be submitted to the Court within two months of this Order. Taishan will then be permitted to review and contest or seek set-offs.

The damages awarded will be calculated by multiplying the under air square footage of the affected properties listed in the revised Class Plaintiffs' Spreadsheet by $105.91[10] *as adjusted* by the RS Means location factor. Ultimately, all such claims will be based on verifications, not only of the under air living space square footage of the contaminated property, but also the presence of Taishan Drywall in those properties.

The relevant case law supports the appropriateness and reliability of the Inglis remediation damages methodology presented at the June 9, 2015 hearing. Therefore, the Court finds the Inglis remediation damages methodology to be a reliable, fair and reasonable estimate of aggregate remediation damages. The final determination of these damages shall be made pursuant to the subsequent set-offs and claims proceedings.

This method is in accordance with the Court's *Class Certification* FOFCOL which provided that remediation damages should be calculated based on existing data regarding scope of work and square footage of class members homes: "*i.e.*, price per square foot remediate X number of square feet in class members' homes = damages." (R. Doc. 18028 at 32, 33).

_____

[10] This figure is the national square foot unit price with certified industrial hygienist (CIH) costs included and was calculated by Mr. Inglis using R.S. Means to adjust the $86 per square foot cost to reflect current-day building materials and labor.

The alternative to estimating property damages on a class-wide basis would be a series of costly (and wasteful), individualized mini-trials, inspections, and estimates that would not provide a meaningfully more reliable estimate for class remediation damages. The Taishan Property Owners will still have an opportunity at later phases to seek damages for alternative living expenses and loss of use and enjoyment of their properties.

New Orleans, Louisiana this 21st day of April, 2017.

UNITED STATES DISTRICT JUDGE

# Exhibit H

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 2:11-cv-01395 (E.D. La.) (LA) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## DECLARATION OF RONALD E. WRIGHT, P.E.

1.      I graduated with a Bachelor of Science in Civil Engineering and a Master of Business Administration degrees from the University of Toledo, Ohio. I am a Licensed Professional Engineer in the states of Ohio, North Carolina, South Carolina, Virginia, Maryland, Pennsylvania, New Jersey, Florida, Alabama, and Mississippi, and have expertise in property damage and remediation consulting. I have been involved in construction, remediation, and implementation of projects for over 39 years. I am currently a principal of the firm, Berman & Wright Architecture, Engineering & Planning, LLC ("Berman & Wright"), where I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of necessary repair and establishing the cost via quotes and estimates to make the repairs. I have formed opinions regarding these construction issues by employing standard techniques based on my technical education and training, hands-on field experience including investigations of hundreds of buildings, and the subsequent remediation needed to address building problems and storm damage. I have also conducted significant research

of publications and studies done by other forensic investigators and trade associations, and I have reviewed national standards and industry guidelines. I have been retained in numerous matters to provide expert opinions regarding building repair. I provided testimony and an expert report in the 2010 Germano proceeding regarding the scope of work and cost of remediation and have provided several reports for subsequent Chinese drywall proceedings in that court. My hourly rate for services rendered on this matter is $275/hour (expert testimony during deposition and trial at 1.5 times rate). All opinions expressed herein are expressed to a reasonable degree of certainty within my fields of expertise.

2. I was requested to update the national average remediation cost based on the Chinese drywall scope of work and remediation damages formula included in the Court's FOFCOL from the Class Damages hearing in 2015. The national average remediation cost as stated in the 2017 Order was $105.91/ square foot (including CIH costs) for the year 2015. The updated 2019 national average remediation cost is $117.94/ square foot (including CIH costs). See Exhibit 1.

3. The remediation cost formula utilizes this figure ($117.94), along with the RS Means localized (zip code) cost factor, and square footage of the building, to calculate the 2019 remediation cost for each plaintiff, as shown in the spreadsheet prepared by Counsel and attached as Exhibit 2.

4. The remediation damages amount = *remediation and inspection and clearance cost* [cost per square foot – i.e. $117.94] x adjustment by the applicable RS Means localized (zip code) cost factor x square feet of building]. Exhibit 2 shows the calculation for each plaintiff.

I declare under the penalty of perjury that the foregoing is true and correct.

Ronald E Wright, PE

5-1-19

Date

Exhibits:
1 National Average Cost Index Adjustment
2 Plaintiffs' Remediation Damages Spreadsheet

EXHIBIT 1

**Cost Index and Location Factor Adjustment**
Calculated in 2019 for Amorin et. al v. Taishan
As of May 1, 2019

| | | | |
|---|---|---|---|
| 1. National Average Cost with clearance testing in 2015 | $ | 105.91 |
| 2. Cost Index 2015 | | 206.2 |
| 3. Cost Index 2019* | | 229.6 |
| 4. Index 2019/ Index 2015 RS Means conversion from 2015 to 2019 dollars (line 3 divided by line 2) | | 111.35% |
| 5. Remediation cost and inspection and clearance fees in 2019 dollars (/sf, National Average Cost) (line 1 times line 4) | **$** | **117.94** |

\* -  Historical Index from 2019 RS Means Cost Data as of 2019 1st Quarter (January 2019)

# Exhibit C



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: AMUSO_9461
      **Property: 9461 Ambrose Lane, Kimberly, AL 35091**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/13/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4054.3 SF to determine a Living Space area of 2850.05 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Basement

Garage

Bathroom

Bedroom 3

Stairs



Under stairs closet



N

Basement

Master Bedroom

Living Room

Kitchen

Master Bath

Chase

Coat Closet

Stairs

Alcove

Laundry Room

shower

Powder Room

Foyer/Entry

Pantry

Toilet

Linen Closet

Dining Room

M. Closet

Garage



N

Main Level



Bedroom 2

Bathroom

Hallway

Closet 2

Bedroom 1

Closet

Family Room

Sitting Area



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BAO_1008
       **Property: 1008 Washington Court, Moody, AL 35004**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2261.64 SF to determine a Living Space area of 1887.92 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit

**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Master Bedroom

Kitchen

Hallway

Pantry

Toilet (under stairs)

Master Bath

Stairs

Master Closet

Living Room

Closet Under Stairs

Powder Room

Laundry Room

Hallway

Foyer/Entry

Garage





N

Main Level

Bedroom 2

Closet 2

Bathroom

Bedroom 3

Vanity Area/Room

Chase

Hallway

Linen Closet

Closet 3



N

Upstairs



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BENNET_102
       **Property: 102 Morningwalk Lane, Huntsville, AL 35824**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Stairwell & Bedroom Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2462.49 SF to determine a Living Space area of 2047.77 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Master Bedroom
Master Bath
Master Closet
Toilet
Closet
Bedroom 2
Linen Closet
Breakfast Area/Room
Kitchen
Bathroom
Room 1
Pantry
Closet 1
Stairs
Bedroom 1
Dining Room
Hallway
under stairs closet
Laundry Room
Entry/Foyer
Living Room
Garage

N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: BRADY_2089
       **Property: 2089 Knollwood Place, Birmingham, AL 35242**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/9/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Gameroom wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5968.54 SF to determine a Living Space area of 5495.05 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

# Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





15' 3"
14' 7"
Kitchen
19' 5"
19' 1"
19' 10"
19' 6"
Master Bedroom
Living Room
Toilet
Master Bath
Bathtub
Hallway
Shower
Room1
Stairs
Closet
Alcove
Bathroom
Closet
Foyer/Entry
Pantry
Master Closet
Dining Room
Bedroom 1
Laundry Room
Garage
33' 3"
23' 3"
25' 1"
10' 10"

N

Main Level





Upstairs



Game Room

Office

Theater

Closet under stairs

Gym

Kitchen

Stairs

Closet

Kitchen extnded

Bathroom

Room

Room

Linen Closet



N

Basement



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: CASON_124
        **Property: 124 Arbor Hill Lane, Huntsville, AL 35824**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/12/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3196.82 SF to determine a Living Space area of 2741.31 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Master Bedroom

Living Room

Kitchen

Alcove to Master Suite

Master Bath    Powder Room

Pantry

Coat Closet

coat closet (under stairs)

Toilet    Foyer/Entry

Dining Room

Linen Closet    Hallway

Master Closet

Laundry Room

Garage



N

Main Level



Bedroom 1

Linen Closet   Room 1

Hallway   Closet

Bathroom

Loft

Bedroom 2   Closet

Bedroom 2

Bonus Room   Closet

Bonus Room



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: CHEDESTER_10955
        **Property: 10955 West Brighton Drive, Chunchula, AL 36521**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1596 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

Bldg_1    Bldg_MISCIMP

## BUILDINGS

### GENERAL INFO

| | |
|---|---|
| Parcel | 14 08 37 0 000 015.027 |
| Building | 1 |
| Type | 0101 |
| Eff. Type | 0101 |
| Built | 2006 **[ 2009 ]** |
| Class | D+ |
| No. Stories | 1   No. Rooms 4 |
| Assmt. Class | 3   Bldg. Ht. 0 |

**Current Owners**
**CHEDESTER MICHAEL A & BECKY**

**10955 W BRIGHTON DR**
**MOBILE AL 36521**

**7458-882**

**Last Modified: 8/10/2015 7:12:56 PM**

### BUILDING VALUE

| | |
|---|---|
| Base Area | 1596 |
| Base Rate | $51.25 |
| Const. Units | 101 |
| Adj. Rate | $51.76 |
| Total Adj. Area | 1647 |
| Sub Total | $85,248.72 |
| Extra Features | $16,223.00 |
| Base Cost | $101,471.72 |
| Index | 1.18 |
| Replacement Cost | $119,729.49 |
| Condition | 94 |
| Value | $112,545.72 |
| Market Adj. | 0 |
| Final Value | $112,500.00 |
| Misc. Imp. | $0.00 |
| **TOTAL IMP. VALUE** | $112,500.00 |

### Construction Units

| Category | SubCategory | Code | Percent | Units |
|---|---|---|---|---|
| FOUNDATION | SLAB,CONRETE | S01 | 100 | 0 |
| EXTERIOR WALLS | BRICK ON WOOD | W12 | 100 | 38 |
| ROOF TYPE | HIP GABLE | T02 | 100 | 8 |
| ROOF MATERIAL | ASPHALT SHINGLES | M04 | 100 | 4 |
| FLOORS | TILE,CERAMIC | F1200 | 25 | 4 |
| FLOORS | CARPET | F1400 | 75 | 9 |
| INTERIOR FINISH | SHEETROCK | I0700 | 100 | 30 |
| PLUMBING | AVERAGE | P03 | 1 | 8 |
| | | | **Total** | **101** |

### Extra Features

| Code | SubCategory | Qty | Sqft | Base | Total |
|---|---|---|---|---|---|
| HTR-FHA/AC-1 | ELEC HEAT & A/C W/DUCTS,1... | 1 | 1596 | $4.30 | $6,863.00 |
| PLB,BATH/10 | BATH, 5-FIX W/WHRLPOOLTUB | 1 | 0 | $8,030.00 | $8,030.00 |
| FIREPL/29 | FIREPLACE +1 PREFAB | 1 | 0 | $1,330.00 | $1,330.00 |
| | | | | **Total** | **$16,223.00** |

### MISC IMPROVEMENTS

| Code | Assmt. | SubCategory | Size | Value |
|---|---|---|---|---|
| | | | | **TOTAL: $0.00** |

### APPENDAGES

| Symbol | Decimal | Area | Adjusted Area |
|---|---|---|---|
| OP 0.2 | 0.2 | 160 | 32 |
| OP 0.2 | 0.2 | 96 | 19 |
| 1+1 | 1 | 1596 | 1596 |
| | | | **TOTAL: 1647 Sqft** |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HALLMARK_775
       **Property: 775 Ridgefield Way, Odenville, AL 35120**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3077.31 SF to determine a Living Space area of 2253.89 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Master Bedroom

Dining Room

Closet 2

Bedroom 2

Foyer/Entry

Laundry Room

Bathroom

Master Bath

Alcove

Coat Closet

Hallway

Linen Closet

Closet 3

Open to Stairs

Living Room

Kitchen

Master Closet

Pantry

Bedroom 3



N

Main Level

downstairs

Finished Basement

Garage

Under stairs closet

Stairs

Close

11' 9"
11' 1"
34' 11"
34' 7"
9' 5"
8' 11"
6' 8"
6' 8"
5' 5"
5' 5"
7' 4"
7' 4"
32' 9"
32' 1"
32"
32' 8"
14' 5"
14' 11"
3' 8"
3'
2' 4"
8' 11"
9' 3"
9' 1"
2' 5"
2' 10"
2' 8"
7' 8"
8'
11' 4"
20' 7"
6' 1"
5' 9"
5' 11"
3' 8"



N

downstairs

HALLMARK_775

12/31/2019          Page: 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: IJEMERE_7012
        **Property: 7012 Eagle Point Trail, Birmingham, AL 35242**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/13/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5728.9 SF to determine a Living Space area of 4259.63 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

basement

14' 5"

13' 9"

12' 6"

12"

13' 3"

12' 11"

8' 6"

8"

Bar

Bathroom

7' 6"

7' 6"

5' 1"

4' 11"

5' 5"

9' 4"

12"

bedroom 5

13' 1"

8' 2"

9' 8"

6' 11"

Den

13' 1"

13' 5"

4' 10"

12' 4"

4' 10"

Garage

21' 3"

38' 4"

7' 8"

5' 11"

Family Room

13' 11"

14' 5"

3' 8"

3' 4"

4' 8"

15' 10"

2' 5"

18' 2"

1' 11"

15' 6"

7' 3"

10' 10"

Office Closet

Office

UP

10' 10"

5' 1"

5' 1"

3' 2"

14'

3' 6"

10' 7"

14' 6"

21' 9"

10' 11"

N



basement

IJEMERE_7012

12/31/2019

Page: 1





Case 2:09-md-02047-EEF-MBN Document 23360-6 Filed 02/28/23 Page 220 of 1413

Main Level





Upstairs



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: KELLEY_160
      **Property: 160 Blairs Circle, Pell City, AL 35215**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2522.74 SF to determine a Living Space area of 632.77 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Main Level

Master Closet

Master Bath

Room

Alcove to Mr Suite

Master Bedroom

Living Room

fireplace/tv cubby

Kitchen

Bedroom 1

Closet 1

Linen Closet

Room3

Hallway

Foyer/Entry

Dining Room

Laundry Room

Closet 2

Bedroom 2



N

Main Level

13' 9"

20' 6"

13' 3"

20'

11' 9"

Stairs

Family Room

17' 7"

17' 11"

22' 8"

2' 2"

2'

Garage

28' 1"

28' 9"

11' 1"

7' 5"

7' 5"

5' 1"

5' 1"

AC Closet

4' 11"

5' 10"

7' 3"

6' 2"

5' 7"

5' 1"

33' 7"

34' 3"



N

Lower Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: LEE_3258
       **Property: 3258 Clubhouse Road, Mobile, AL 36605**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/15/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Living Room Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1302.14 SF to determine a Living Space area of 1302.14 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Sunroom
Closet
Powder Room
Breakfast Area/Room
Living Room
Master Bedroom
Nursery
Office
Kitchen
Foyer/Entry
Master Closet
Butler Pantry
Shower
Toilet Room
Master Closet 2
Hallway 1
Hallway 2
Linen Closet
Hallway
Dressing Room
Master Bath
Coat Closet
Entry/Foyer
Craftroom
Bathroom
Vanity Area/Room
Bathroom 2
Bathroom (nursery)
Pantry
Laundry Room
Bedroom
Master Bedroom (old)
Master Bath (old)
Master Closet (old)
Shower
cedar closet
Linen Closet 1
41' 6"
29' 6"
12' 3"

N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: CORNELISON_9810
       **Property: 9810 Bay Road North, Foley, AL 36535**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/16/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | 2nd Floor Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2223.94 SF to determine a Living Space area of 2223.94 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Main Level





N

Main Level



Bedroom 4

Closet - Bedroom 4

Bedroom 3

Bathroom

Closet - Bedroom 3

Toilet

Hallway

Den

Master Bath

Laundry Room

Master Closet

Master Bedroom 2



N

Second Floor



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: REYNOLDS_101
        **Property: 101 Spotted Fawn Road, Madison, AL 35758**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bathroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3741.86 SF to determine a Living Space area of 3073.53 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: RUSSELL_5427
        **Property: 5427 Creekside Lane, Hoover, AL 35244**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2424.57 SF to determine a Living Space area of 2022.58 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: SCOTT_149
        **Property: 149 Silo Hill Road, Madison, AL 35758**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Landing/Loft Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3127.3 SF to determine a Living Space area of 2676.3 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: STANFA_180
        **Property: 180 Sheffield Lane, Birmingham, AL 35242**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/9/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Office Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5934.98 SF to determine a Living Space area of 5202.62 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: STOCKTON_13095
       **Property: 13095 Montego Street, Spring Hill, FL 34609**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Dining |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  2390.80 SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ARMSTRONG_42296
       **Property: 42296 Forest Lane, Hammond, LA 70403**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/29/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Hallway |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3557.86 SF to determine a Living Space area of 3138.58 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Main Level (floor plan diagram with the following labels)

Master Bath — Walk-in Closet - Master Bedroom
Closet - Bedroom 4    Bedroom 4
Bedroom 5
Master Bedroom
Bedroom 4
Hallway    Bedroom 3, 4 &
Foyer/Entry
Living Room
Dining Room
Pantry
Kitchen
Garage
Water Closet (Bathroom) - Hallway    Closet - Hallway    Hallway
Closet - Bedroom    Hallway to Garage
Hallway
Bedroom    Closet - Bedroom    Bedroom 2    Bedroom 1    Laundry Room
Closet - Bedroom Three



N



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ARNOLD_26057
        **Property: 26057 Coronation Ave., Denham Springs, LA 70726**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/3/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2305.97 SF to determine a Living Space area of 1946.94 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





Closet
Closet 2
Master Bath
Master Bedroom
Closet 3
Bedroom 3
Laundry Room
Fire place
Living Room
Kitchen
Hallway
Linen Closet
Bathroom
Closet 2
Closet 1
Foyer/Entry
Bedroom 2
Bedroom 1
Garage
N
Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: BOL_35211
        **Property: 35211 Beverly Hills Drive, Prairieville, LA 70769**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room & Office |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4931.06 SF to determine a Living Space area of 4146.53 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Master Bedroom
Fireplace
Kitchen
Toilet
Foyer/Entry (1)
Living Room
Fireplace
Master Bath
close
under stair closet
Hallway 2
Hallway
Laney Closet
Shower
Closet
Pantry
Master Closet
Hall
Powder Room
Dining Room
Foyer/Entry
Office
Laundry Room

Garage



N







Bathroom 3
Closet 5
Bedroom 5
Cabinets (1)
Vanity Area/Room
Stairs
Bedroom 4
Game Closet
Closet 4
Hallway
Closet 2
Sitting Room
Bathroom
Bedroom 2
Nook1 (2)
Nook (1)
Bedroom 3
Closet 3.1
Closet 3.2

N

Level 2

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: BONNEY_35471
       **Property: 35471 Reese Lane, Slidell, LA 70460**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/4/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2649.23 SF to determine a Living Space area of 2649.23 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Storage Area/Room

Master Closet

Master Bedroom

Mud Room

Closet 2

Closet 1

Bedroom 3

Laundry Room

Pantry

Master Bath

Hallway

Bedroom 2

Kitchen

Living Room

Closet 2

Hallway

Bathroom

Linen Closet

Closet

Dining Room

Bedroom 1

Coat Closet

Foyer/Entry

Office



N

Main Level



F10(D)

Roof1

F1(A)

F2(B)

F3(C)

Roof3

Roof4

F9(B)  F8(A)

F6(A)

Roof2

F5(A)



N

Roof



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BROUSSEAU_437
      **Property: 437 Delgado Drive, Baton Rouge, LA 70808**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | M.Closet & M. Bed Walls |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2307.39 SF to determine a Living Space area of 2307.39 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Kitchen

Living Room

Breakfast Area/Room

Closet 1

Hallway

Bedroom 2

Master Closet

Powder Room

Closet 2

Hallway 2

Laundry Room

Linen Closet

Master Bedroom

Master Bath



N

Main Level

Closet 3

Bedroom 3

Bedroom 4

Stairs

Hallway

Family Room

AC Chase

Closet

Linen Closet

Bathroom

Utilty Closet



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: CHARLES_116
       **Property: 116 Dufresne Drive, Vacherie, LA 70090**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---------------------------------|----------------------------|
| KNAUF-TIANJIN                   | N/A                        |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 2200 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Mardechria Charles |
| Address of Affected Property | 116 Dufresne Drive |
| | Vacherie, LA 70090 |

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Mardechria Charles

Is above your primary residence? (Yes) No

Mailing Address (if different)

Phone: ( 225 ) 624 - 9381

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v Knauf, 14-cv-2722 |

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Policy #:

Agent:

Address:

Phone: ( ) -

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* *Circle One* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| Mardechria Charles | 06/18/07 | / / | M /(F) | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

\* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

**1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Damien Wiggins

**1.2.** When did the inspection take place?   01 /25/ 14

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

**2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?   Damien Wiggins

**2.2.** When was this determination made?   01 /25/ 14

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | Ceiling & Walls |
| | ASTM C 36 | |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,200 | | | |
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of interior Walls | 9'-14' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | |
|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | 06 / 18 / 07 | Date Acquired Home | 06 / 18 / 07 |

**Date Range for Renovations: (Month/Day/Year)**

| | |
|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (          ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (          ) -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Interior Exterior Building Supply

Address:   P.O. Box 4002
New Orleans, LA  70178

Phone:   ( 504 )  488  -  1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Claimant's Signature_ | 2/4/2014<br>_Date Signed_ | _Claimant's Signature_ | _Date Signed_ |
| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |
| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CORDIER_11429
      **Property: 11429 Maxine Drive, New Orleans, LA 70128**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/3/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Master Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2877.03 SF to determine a Living Space area of 2504.5 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com





Garage
Closet 1
Bedroom 1
Laundry Room
Closet
Dining Room
Foyer/Entry
Office
Office Closet
Toilet
Shower
Master Bath
Linen Closet
M. Closet 1
M. Closet 2
Bathroom 1
Hallway 1
Bedroom 2
Closet 2
Kitchen/Nook
Living Room
Master Bedroom
Powder Room
Living Room
Fireplace

N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: DHUME_150
      **Property: 150 Spencer Avenue, New Orleans, LA 70124**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/4/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---------------------------------|----------------------------|
| KNAUF-TIANJIN                   | Laundry Room               |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3746.07 SF to determine a Living Space area of 3457.66 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

# Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Kitchen

Breakfast Area/Room

Living Room

Pantry

Hallway (laundry)

Laundry Room

Bar

Closet

Closet (LR)

Dining Room

Stairs

Powder Room

AC

Bathroom (Bed 1)

Hallway

Closet (Bed 1)



under the stairs

Foyer/Entry

START Sitting Room

Bedroom





Attic



Garage

Pool Bath

Shower

Closet (Pool Bath)

Closet (garage)



N

Garage/Poolhouse



4' 3"
3' 11"
Bedroom
12' 9"
12' 3"
Bedroom
14' 11"
14' 5"
Closet
Closet
Master Bedroom
Built In
Closet
AC
Bathroom
Hallway
Hallway
Stairs
Prayer Room
Closet
Closet
Hallway
Built In
Closet
Linen Closet
Toilet
Bedroom
shower
Master Bath
13' 3"
15' 4"
31' 6"

N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: DIXON_20
       **Property: 20 Cross Creek Drive, Slidell, LA 70461**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/3/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Office Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 6116.49 SF to determine a Living Space area of 5504.1 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Garage

Kitchen 2

Kitchen

Living Room

Dining Room

Laundry Room

Pantry

Hallway

Foyer/Entry

Closet
Room
Bath

Hallway

Bathroom

Hallway

Office

stairs

Master Bedroom

Master Bath

Fireplace

his closet

her closet



N

Main Level

theater

Bedroom

Closet

Game Room

Linen Closet

Bathroom

Bedroom

Hallway

Hallway

Hallway

Hallway

Bathroom

Closet

Closet

Closet

Bathroom

Bathroom

Bathroom

Bedroom



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GHARIB_4
        **Property: 4 Beresford Drive, Metairie, LA 70001**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/15/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4547.09 SF to determine a Living Space area of 4002.08 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

Bath 1

Garage

Tray Ceiling (A1)
Living Room

Media Room

Kitchen

Hallway

Laundry Room

AC Closet    Under Stairs    AC Closet 2    Hallway 2    Bath 2

Pantry    Butler's Pantry    tray ceiling (A1)    Linen Cl    Office Closet

Dining Room    Foyer/Entry    Stairs    Office



N

Main Level

Bedroom 4

Bathroom 4

Alcove 2

Closet 4    Closet 3

Bedroom 3

Hallway 2

Hallway 1

Bathroom 3

AC Chase    Stairs landing

Linen Closet

Bedroom 2

Bed 2 Cl. 1

Bed 2 Cl. 2

Master Bedroom

Linen Closet 1

Linen Closet 2

Master Bath

Closet    Shower

Tub

Master Closet

Toilet



N

Upstairs

GHARIB_4

12/31/2019    Page: 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GHARIB_8807
         **Property: 8807 South Claiborne Ave., Apt. A, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 7097.01 SF to determine a Living Space area of 4068.76 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**









**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: GHARIB_8807
       **Property: 8807 South Claiborne Ave., Apt. B, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GHARIB_8807
        **Property: 8807 South Claiborne Ave., Apt. C, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hallway Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit

**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

69' 2"

27' 10"
23' 2"

F1(A)

46' 4"

F3(C)

23' 10"
Roof1

F4(D)

27' 10"
23' 2"

F2(B)



N

Roof

Closet

Bedroom 1

Closet 2

Bedroom 2

Living Room

Kitchen

Bathroom

Add on  (1)

Add on  (2)



N

3rd Story

Bathroom

Dryer Access Area

Bathroom1

Storage Area/Room

Bathroom

Washing Area

Metro PCS

Room2

Office



N

1st Story



Stairs
Bedroom 6
Bedroom 5
Bedroom 4
Bedroom 3
Bedroom 1
Bedroom 2
Closet 6
Hallway2
Linen Closet2
Closet 5
Closet 4
AC Closet
Hallway1
Closet 3
Closet 1
Linen Closet
Hallway
Closet 2
Pantry2
Bathroom
Pantry1
Bathroom
Bathroom
Pantry
Kitchen2
Kitchen1
Kitchen
Living Room2
Living Room1
Living Room
Breakfast A2
Breakfast A1
Breakfast Area/Room

N

2nd story



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GINART_2104
        **Property: 2104 Olivia Street, Meraux, LA 70075**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/20/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 6103.1 SF to determine a Living Space area of 5258.61 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Garage
Laundry Room
foyer/Entry (side)
Breakfast Area/Room
Bedroom 1 Foyer
Bed 1 Coat Closet
Bedroom 1
Pantry (1)
Kitchen
Living Room
Exercise Room
1/2 Bath
Bathroom 2
Area1 (A1)
Parlor
Shower
Closet 1
Bathroom 1
Dining Room Closet
Elevator
Powder Room
Dining Room
Foyer/Entry
Coat Closet
Office

N
Main Level

Master Bath

Toilet

Master Bedroom

Masonry

Linen Closet

shower

Master Closet

Elevator Shaft

Chase

Bathroom 2

Closet 2

Chase

Closet 3.2

Bathroom 3

Stairs

Loft

open from below

Bedroom 2

Laundry Room

Closet 3

Bedroom 3





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GUEYDAN_42055
        **Property: 42055 Jefferson Drive, Hammond, LA 70403**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/29/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 1 (upstairs) wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  3843.38 SF to determine a Living Space area of 3306.94 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: HU_3016
       **Property: 3016 Taft Park, Metairie, LA 70002**

Mr. Doyle:

At your request, an inspection of the above property was performed on 8/29/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1532.33 SF to determine a Living Space area of 1532.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



Closet - Master Bedroom

Master Bedroom

Master Bath

Laundry Room

Water Heater closet

Pantry

Kitchen

Dining Room

Bedroom 1

Linen Closet Bedroom 1

Hallway

Bathroom

Living Room

Closet - Bedroom 2

Bedroom 2



Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ISSMAN_669
       **Property: 669 Timberwood Loop, Madisonville, LA 70447**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/25/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2874.27 SF to determine a Living Space area of 2438.51 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

# Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**







M. CL. 1
Linen Closet
Master Bath
Closet 2
Bedroom 2
Bathroom
Vanity Area/Room
Master Bedroom
Shower
Toilet
M.CL 2
Chase
Hallway - Bedrooms
Coat Closet
Alcove
Fireplace
Bedroom 3
Closet 3
Foyer/Entry
Living Room
Pantry
Laundry Room
Hallway
Breakfast Area/Room
Kitchen
Bathroom 1
Garage
Linen Closet
closet
Bedroom 1
N

Main Level

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: JUNIUS_6537
       **Property: 6537 Marshall Foch Street, New Orleans, LA 70124**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

     Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Previously remediated |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 3234 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Indicia



**Figure 3:Date Stamp on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**

Loan #224954
File No. 5161084



## SKETCH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City New Orleans | County Orleans Parish   State LA   Zip Code 70124-3921 |
| Client | Standard Mortgage Corporation |

Sketch by Apex Sketch v5 Standard™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |
| | Net LIVABLE Area | (rounded) | 3234 |

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 18.9 | x | 3.2 | 60.48 |
| 40.3 | x | 12.1 | 487.63 |
| 7.1 | x | 35.5 | 252.05 |
| 0.3 | x | 38.2 | 11.46 |
| 37.4 | x | 4.6 | 172.04 |
| 9.8 | x | 35.5 | 347.90 |
| 38.2 | x | 7.4 | 282.68 |
| 11.4 | x | 20.0 | 228.00 |
| 4.1 | x | 22.7 | 93.07 |
| 6.8 | x | 27.7 | 188.36 |
| Second Floor | | | |
| 0.3 | x | 29.5 | 8.85 |
| 3.2 | x | 26.1 | 83.52 |
| 12.1 | x | 37.8 | 457.38 |
| 27.5 | x | 14.5 | 398.75 |
| 4.7 | x | 23.4 | 109.98 |
| 9.5 | x | 4.5 | 42.75 |
| 0.5 | x | 17.5 | 8.75 |
| 17 Items | | (rounded) | 3234 |

Dale Fleishmann Appraisal Services, LLC



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: LEVIN_2201-03
        **Property: 2201-03 Neyrey Street, Metairie, LA 70001**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 3000 SF.
If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

February 5, 2014

Mark Laborde
2032 Madison St.
Metairie, LA 70001

RE:  Chinese Drywall Screening Report Number: HHS--DW--11375
     Property: 2203 and 2201 Neyrey Dr., Metairie LA 70001

Mr. Laborde:

At your request, an inspection of the above property was performed on January 31, 2013. The building is a two story double. Though each unit has a separate address, the building has only one title.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|---------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | CEILING, WALLS |

At approximately 3000 sf total with 8-foot ceilings, we estimate that there is approximately 11,100 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC
For Healthy Home Solutions, LLC

Enclosures

**Healthy Home Solutions, LLC**
• **Phone:  (985) 288-5858** •
healthyhomesolutionsllc@gmail.com

2

5644



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Address as seen from street.

**Healthy Home Solutions, LLC**
**• Phone: (985) 288-5858 •**
healthyhomesolutionsllc@gmail.com

4

**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Photo Exhibit-Indicia



Figure 3: KNAUF TIANJIN in capital letters indicates this is corrosive drywall.



Figure 4: Familiar dot matrix pattern is consistent with KPT





Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1805.07 | 1805.07 |
| GAR | Carport | 362.61 | |
| | Garage | 524.41 | 887.02 |
| P/P | Cov Porch | 192.00 | 192.00 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 38.4 x 41.2 | | 1580.16 |
| 15.3 x 14.7 | | 224.91 |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MACKSEY_4321
        **Property: 4321 Lucerne Street, Metairie, LA 70006**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Previously Remediated |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1805.07 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1805.07 | 1805.07 |
| GAR | Carport | 362.61 | |
| | Garage | 524.41 | 887.02 |
| P/P | Cov Porch | 192.00 | 192.00 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 38.4 x 41.2 | | 1580.16 |
| 15.3 x 14.7 | | 224.91 |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MARTINEZ_6507
      **Property: 6507 Memphis Street, New Orleans, LA 70124**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/12/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Previously remediated |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1695.33 SF.
If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Master Bedroom

M Closet 2

Laundry Room / Back Hall

Master Hall

Vanity Area / Master Bath

Pantry / Closet

Kitchen

Closet

Pantry

Linen Closet

Bedroom 2

Dining Room

Hallway

Bathroom

Closet

Living Room

Bedroom 3



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MCCANN_73244
      **Property: 73244 Penn Mill Road, Covington, LA 70435**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/25/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1905.09 SF to determine a Living Space area of 1579.22 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit





**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Case 2:09-md-02047-EEF-MBN   Document 23360-6   Filed 02/28/23   Page 320 of 1413

Master Bedroom

Dining Room

Living Room

Laundry Room

Pantry

Garage

Kitchen

Toilet

Master Bathroom

Linen Closet

Closet

Fireplace

Bathroom 1

Closet 1

Closet 2

Bedroom 1

Bedroom 2

N



Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: MILAM_4625-27
       **Property: 4625-27 Palmyra Street, New Orleans, LA 70119**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/12/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1654.24 SF to determine a Living Space area of 1654.24 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit





Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



Main Level





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: NATAL_1489
         **Property: 1489 Lakeshore Blvd., Slidell, LA 70461**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/3/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 5279.83 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Case 2:09-md-02047-EEF-MBN   Document 23360-6   Filed 02/28/23   Page 326 of 1413



Master Bedroom

Living Room

Family Room

Master Closet

Pantry

Bar Area

Kitchen

Master Bath

Foyer/Entry

Closet

Shower

Master Toilet

Her Toilet

Butler Pantry

Dining Room

Bedroom 2

His Toilet

Linen Closet

Powder Room

Hallway

Closet

Bathroom

Master Closet 2

Laundry Room

Coat Closet

Garage



N

Main Level







N

Level 3



Master Bedroom 2 (1)
chase
Toilet
M. Closet 1
Chase 2
Laundry Room
Master Bedroom 2
M. Bath 2
Bathroom
Bedroom 3
Closet 3
Kitchenette
M. Closet 2
Linen Closet
Loft
chase
Stairs
Up
Closet 4
Office
Bedroom 4
chase
Bathroom 4
N
Level 2

F1(A)

25' 6"

F29(B)

Roof6

F4(D)

F28(A)

Roof1

5' 5"

F2(B)

F3

F25(A)

Roof2

F22(B) F21

Roof4

F8(D)

F26(C)

Roof5

F27(D)

F18 F19

F9

F17

F16

F6(A)

F15

F13 F12

10' 9"

17' 7"

F26(B)

21' 10"

11' 6"  10' 11"

11' 5"

10' 11"

22' 9"

11' 5"

9' 7"

19' 9"



N

Roof



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: NORRIS_700
      **Property: 700 Artic Fox Run, Madisonville, LA 70447**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/24/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2862.65 SF to determine a Living Space area of 2426.89 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Bedroom 2
Closet 2
Linen Closet
Bathroom
Toilet
M. Closet
Master Bath
M. Closet 2
Master Bedroom
Coat Closet
hallway (bedrooms)
Fireplace
chase
Hallway
Bedroom 1
Closet 1
Living Room
Foyer/Entry
Dining Room
Butler's Pantry
Kitchen
Dining Room
Pantry
Hallway 1
Laundry Room
Powder Room
Garage
N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PENDELTON_5224
       **Property: 5224 Pasteur Blvd., New Orleans, LA 70122**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/13/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Dining/Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1408.33 SF to determine a Living Space area of 1408.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PEREZ_3036
       **Property: 3036 Whitty Drive, Slidell, LA 70461**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/24/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2754.27 SF to determine a Living Space area of 2375.65 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Breakfast Area/Room

Master Bedroom

Kitchen

fireplace

Bedroom 3

Living Room

Her Closet Bedroom 3

Linen Closet

Hallway (bedrooms)

Bathroom

AC closet Pantry

Hallway

Master Bath

Closet

Powder Room

Toilet

Dining Room

Foyer/Entry

Bedroom 2

Master Closet Laundry Room

Closet 2

Office

closet (office)

Garage



N



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: PHAM_9549
        **Property: 9549 Homestead Drive, Baton Rouge, LA 70817**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry/Garage wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3525 SF to determine a Living Space area of 2812 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PROVINCE_86048
       **Property: 86048 Highway 450, Franklinton, LA 70438**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/25/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1369.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Main Level — Floor Plan

- Bedroom 2
- Breakfast Area/Room
- Kitchen
- Laundry Room
- Pantry
- Closet 2
- Linen Closet
- Hallway
- Bathroom
- Shower
- Linen Closet
- Master Bath
- Master Closet
- Closet 3
- Living Room
- Bedroom 3
- Master Bedroom



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ROSENAUR_13891
        **Property: 13891 Calle Savario Drive, Prairieville, LA 70769**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 2138 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

October 4, 2014

The Estate of Veronica Griffith Rayborn
13891 Calle Sevario
Prairieville, LA 70769

RE:   Chinese Drywall Screening Report Number: Rayborn_13891
      Property: 13891 Calle Sevario, Prairieville, LA 70769


Mrs Rosenaur:

    At your request, an inspection of the above property was performed on September 30, 2014. The building is a single family home.
    Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.
    Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|---------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | CEILING & WALLS |

    At approximately 2138 sf total with 8-foot ceilings, we estimate that there is approximately 7404 sf of drywall in the building.
    We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Address as seen from street.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789  •**
healthyhomesolutionsllc@gmail.com

4



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Indicia



**Figure 3: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



**Figure 4: KNAUF TIANJIN end tape identified in attic.**

Insured:      The Estate of Veronica Griffith Rayborn
Property:     13891 Calle Sevario
              Prairieville, LA 70769

**Claim Number:**                    **Policy Number:**                    **Type of Loss:**

Date of Loss:                                  Date Received:
Date Inspected:                                Date Entered:    10/8/2014 2:41 PM

Price List:    TRAINING
               Restoration/Service/Remodel
Estimate:      RAYBORN_13891

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 5,412.26 | SF Walls | 1,991.99 | SF Ceiling | 7,404.25 | SF Walls and Ceiling |
| 1,992.10 | SF Floor | 221.34 | SY Flooring | 676.53 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 676.53 | LF Ceil. Perimeter |
| | | | | | |
| 1,992.10 | Floor Area | 2,137.84 | Total Area | 5,516.07 | Interior Wall Area |
| 1,688.65 | Exterior Wall Area | 187.63 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

Kitchen

Living Room

Master Bedroom

Linen Closet

fireplace

Laundry Room

master closet

Master Bath

Pantry

Linen Closet

Foyer/Entry

Bedroom 2

Room6

Bathroom

Office

Closet

Bedroom 1

Closet



N

Main Level

**Building Sketch    FHA#2214802987**

| | |
|---|---|
| Borrower/Client | Estate of Veronica Faye Griffith |
| Property Address | 13891 Calle Sevario Dr |
| City | Prairieville | County | Livingston Parish | State | LA | Zip Code | 70769 |
| Lender/Client | Reverse Mortgage Servicing Department |



**Area Calculations Summary**

| Living Area | | |
|---|---|---|
| Second Floor | | 2127.6 Sq ft |
| **Total Living Area (Rounded):** | | **2128 Sq ft** |
| Non-living Area | | |
| 2 Car Attached | | 794.13 Sq ft |
| Covered Porch | | 264 Sq ft |
| Porch | | 41.4 Sq ft |
| Game / Media Room | | 985.77 Sq ft |
| Storage | | 297 Sq ft |
| Covered Porch | | 329.8 Sq ft |
| Storage | | 297 Sq ft |
| Accessory Bldg 1 | | 726.68 Sq ft |
| Enclosed Porch | | 319.5 Sq ft |
| Outdr Hlf Bth | | 38.5 Sq ft |
| Covered Porch | | 568.75 Sq ft |
| Covered Porch | | 568.75 Sq ft |
| Accessory Bldg 2 | | 726.68 Sq ft |
| Accessory Bldg 2 | | 513.15 Sq ft |
| Covered Porch | | 380.38 Sq ft |

Main File No. R14-838 Page #19

## Building Sketch    FHA#2214802987

| | |
|---|---|
| Borrower/Client | Estate of Veronica Faye Griffith |
| Property Address | 13891 Calle Sevario Dr |
| City | Prairieville |
| Lender/Client | Reverse Mortgage Servicing Department |

| County | Livingston Parish | State | LA | Zip Code | 70769 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Living Area** | |
| Second Floor | 2127.6 Sq ft |
| **Total Living Area (Rounded):** | **2128 Sq ft** |
| **Non-living Area** | |
| 2 Car Attached | 794.13 Sq ft |
| Covered Porch | 264 Sq ft |
| Porch | 41.4 Sq ft |
| Game / Media Room | 985.77 Sq ft |
| Storage | 264 Sq ft |
| Covered Porch | 328.8 Sq ft |
| Storage | 297 Sq ft |
| Accessory Bldg 1 | 726.68 Sq ft |
| Enclosed Porch | 319.5 Sq ft |
| Outdr Hlf Bth | 38.5 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Accessory Bldg 2 | 726.68 Sq ft |
| Accessory Bldg 2 | 513.15 Sq ft |
| Covered Porch | 380.38 Sq ft |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: WANG_4220
        **Property: 4220 Vincennes Place, New Orleans, LA 70125**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/22/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2626.21 SF to determine a Living Space area of 2626.21 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Main Level





N

Main Level



Bedroom 4

Bedroom 3

Closet 3

Closet 4

Bathroom 3

Built in Cabinets (s)

Closet 5

Linen Closet

Bathroom 2

Built in Cabinets

chase

Hallway

Bedroom 2

Bedroom 5

Stairs

Closet 2

Under stairs closet



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: JACKSON_1329
        **Property: 1329 Gum Street, Ocean Springs, MS 39564**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/2/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Closet wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1260.07 SF to determine a Living Space area of 1059.38 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Master Bedroom

Master Bath

Breakfast Area/Room

Kitchen

Garage

Closet - Master Bedroom

Bathroom

Laundry Room

Pantry

Bedroom 1

Hallway

Closet - Hallway

Closet - Hallway

Living Room

Entry/Foyer (1)



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ARROWHEAD_19
        **Property: 19 Money Hill Lane, Poplarville, MS 39470**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1786 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: BABER_121
       **Property: 121 Country Club Drive, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 2104 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Main File No. TJD111-12| Page #21

**Building Sketch**

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Charles Baber | | | |
| Property Address | 121 Country Club Dr | | | |
| City | Pass Christian | County  Harrison | State  MS | Zip Code  39571 |
| Lender | The First, ANBA | | | |



Area Calculations Summary

| Living Area | | |
|---|---|---|
| First Floor | | 2103.76 Sq ft |
| Total Living Area (Rounded): | | 2104 Sq ft |
| Non-living Area | | |
| Enclosed Porch | | 822.8 Sq ft |
| Covered Porch | | 26.4 Sq ft |
| 2 Car Attached | | 561.73 Sq ft |

## Building Sketch

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Charles Baber | | | | | |
| Property Address | 121 Country Club Dr | | | | | |
| City | Pass Christian | County | Harrison | State | MS | Zip Code 39571 |
| Lender | The First, ANBA | | | | | |

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 2103.76 Sq ft | 0.5 × 2 × 2 | = 2 |
| | | 0.5 × 2 × 2 | = 2 |
| | | 4.5 × 2 | = 9 |
| | | 0.5 × 2.5 × 1.5 | = 1.88 |
| | | 0.5 × 1.5 × 2.5 | = 1.88 |
| | | 6 × 1.5 | = 9 |
| | | 31 × 16.9 | = 523.9 |
| | | 10.9 × 5.9 | = 64.31 |
| | | 44.6 × 29 | = 1293.4 |
| | | 3.6 × 6.4 | = 23.04 |
| | | 22.9 × 7.54 | = 172.68 |
| | | 0.5 × 22.9 × 0.06 | = 0.68 |
| **Total Living Area (Rounded):** | **2104 Sq ft** | | |
| Non-living Area | | | |
| Enclosed Porch | 822.8 Sq ft | 24 × 4 | = 96 |
| | | 36.58 × 17 | = 621.85 |
| | | 4.2 × 22.18 | = 93.15 |
| | | 0.93 × 5.9 | = 5.47 |
| | | 2 × 2.13 | = 4.25 |
| | | 0.5 × 2 × 2.07 | = 2.07 |
| Covered Porch | 26.4 Sq ft | 6.6 × 4 | = 26.4 |
| 2 Car Attached | 561.73 Sq ft | 22.9 × 24.5 | = 561.05 |
| | | 0.5 × 22.9 × 0.06 | = 0.68 |

# Drywall Inspection Report

121 Country Club Drive
Pass Christian, MS 39571

Prepared for: Catherine Baber

Prepared by: Pro-Spect Property Inspections
17464 Country Oak Lane
Gulfport, MS. 39503
MHIB#0185

# Pro-Spect Property Inspections

17464 Country Oak Lane
Gulfport, MS. 39503

Cell   (228) 365-5454
Email prospectpi@cableone.net
www.pro-spectpi.com

To Whom It May Concern:

This letter is to verify that there is **<u>strong evidence</u>** of "Chinese Sheetrock" at the home located at 121 Country Club Dr Pass Christian, MS 39571. The inspection was performed on the morning of 10/17/2016 for Catherine Baber. I inspected the interior air conditioner coils, copper plumbing tubing, and household wiring at A/C, and electrical panel. I found a black discoloration on all inspected copper. Sheetrock labeling indicated "Knauf Tianjin", a toxic drywall manufacturer, present in the walls. Attached are photos to support the above statement. Lab testing would be needed for conclusive determination. If you have any questions, please contact me.

Sincerely,

Randy Westrick
Pro-Spect Property Inspections

Mississippi State Licensed Home Inspector MHIB# 0185
Certified Indoor Air Quality Technician
Certified Mold inspector/Assessor

**Pro-Spect Property Inspections**


#1 "Knauf" manufacturing labeling present on attic sheetrock


#2 "Knauf" manufacturing labeling present on attic sheetrock


#3 "Knauf" manufacturing labeling present on attic sheetrock


#4 "Knauf" manufacturing labeling present on attic sheetrock

# Pro-Spect Property Inspections



#5 Made in China labeling present an air handler cabinet



#6 Air handler



#7 Black copper at air handler



#8 Replaceme coils are present

# Pro-Spect Property Inspections

07:02 October 31, 2016



#9 Some black present on copper wiring at your handler but wiring appears to have been cleaned off



#10 Some black present on copper wiring at electrical panel in air handler cabinet but wiring appears to have been cleaned off



#11 Clean copper wiring at electrical panel in garage because garage used plywood instead of sheetrock



#12 Garage electrical panel

# Pro-Spect Property Inspections



#13 Front entry outlet inspected



#14 Black copper wire on front entry
outlet



#15 Living room outlet inspected



#16 Black copper wire on living room
outlet

# Pro-Spect Property Inspections



#17 Front bedroom outlet inspected



#18 Black copper wire on front bedroom outlet



#19 Bathroom wall switch inspected



#20 Black copper wire on bathroom wall switch

# Pro-Spect Property Inspections



#21 Black copper tubing under bathroom sink



#22 Rear bedroom outlet inspected



#23 Black copper wire on rear bedroom outlet



#24 Dining room outlet inspected

# Pro-Spect Property Inspections



#25 Black copper wire on dining room outlet



#26 Kitchen outlets inspected



#27 Black copper wire on kitchen outlet



#28 Black copper wire on kitchen outlet

# Pro-Spect Property Inspections



#29 Master bedroom outlet inspected



#30 Black copper wire on master bedroom
outlet



#31 Black copper present in master
bathroom



#32 Laundry room outlet inspected

# Pro-Spect Property Inspections



#33 Black copper wire on laundry room
outlet



#34 Black copper tubing in attic



#35 Black copper tubing at hot water
heater



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: BOGARD_451
        **Property: 451 Linda Drive, Biloxi, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Mud room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3464.1 SF to determine a Living Space area of 2992.39SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Master Bedroom
Master Bath
Shower
Toilet Room
Master Closet
Breakfast Area/Room
Living Room
Fireplace
Pantry
Kitchen
Powder Room 2
AC Chase
Hallway (bedrooms)
Closet 2
Bedroom 2
Foyer/Entry
Dining Room
Laundry Room
Hallway
Closet
Powder Room
Mud Room
Garage
Closet 3
Vanity Area/Bathroom

Main Level





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: CAIN_5040
        **Property: 5040 Georgia Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1436 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**



#1 Labeling it on the back of sheetrock in the attic indicates Chinese drywall– "INA" of china is visible



#2 Labeling on back of attic sheet rock shows presence of Chinese drywall

**Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



#3 Blacke copper wiring and black copper tubing in attic indicating the presence of Chinese drywall



#4 Blacke copper tubing present outside of air handler in attic– indicating the presence of Chinese drywall



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CARANNA_224
       **Property: 224 Pinewood Drive, Pass Christian, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall/ Master Bed |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3632.23 SF to determine a Living Space area of 3180.23 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



12' 10"
12' 2"
7' 4"
7' 4"
7' 2"
7' 2"
19' 5"
Garage
26' 1"
26' 9"
19' 4"
20'



N

Ground Level

Master Bedroom

Breakfast Area/Room

Fireplace

Living Room

Kitchen

M.Closet

M. Closet 2

Stairs

Art Closet

Master Bath

Powder Room

Foyer/Entry

Dining Room

Laundry Room



N

Main Level



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: CARLISLE_829
        **Property: 829 East Scenic Drive, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 1/17/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hallway Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4818.66 SF to determine a Living Space area of 4818.66 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Breakfast Area/Room

Laundry Room

Hallway

Powder Room

Study

Closet

Kitchen

Closet

Wet bar

Room1

Room2

Dirty Kitchen

Living Room

Entry/Foyer

Dining Room



Stairs

N

Main Level



Sitting Room

Closet

Bathroom

Closet Shower

Room6

Room4

Room1

Bedroom

Room3

Room2

Master Bedroom

Bathroom

Closet

Hallway Closet

Closet chase

Closet

Hallway

Bedroom 1



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: FERRY_101
       **Property: 101 Lakeside Drive, Waveland, MS 39576**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living room ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2150.08 SF to determine a Living Space area of 2150.08 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level

Sunroom

Kitchen

Water Heater Closet

Laundry Room

Bedroom 1

Hallway - to bedroom 1  (1)

Dining Room

Master Bath

Master Bedroom

Closet - Master Bedroom

Bath - Hallway

Closet - Bedroom 1

AC Closet

Closet - Hallway

Bathroom - Bedroom 1

Living Room

Foyer / Hallway

Closet - Bedroom 3

Closet - Bedroom 2

Bedroom 3

Bedroom 2



N

Main Level

FERRY-101-1

12/31/2019        Page: 1



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: FOREMAN_7514
       **Property: 7514 Pinehurst Court, Diamondhead, MS 39525**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/7/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master bath wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3034.88 SF to determine a Living Space area of 2541.96 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Garage

Golf Cart  (1)

21' 9"
21' 1"
19' 10"
19' 4"
20'
11' 5"
9' 8"
11' 3"
9' 10"
8' 1"
7' 7"
7' 11"
11' 11"



N

Ground level

Main Level — floor plan

- 14' 5"
- 4' 1"
- 3' 6"
- 10' 3"
- 2' 2"
- 11' 3"
- 13' 11"
- 3' 9"
- 3' 2"
- 13' 7"
- 1' 10"
- 10' 9"
- toilet
- Closet
- 5' 5"
- 11' 9"
- Linen Closet
- Bedroom 1
- 7'
- 1' 2"
- 11' 8"
- 17'
- 16' 4"
- Master Bedroom
- Master Bath
- 1' 4"
- Pantry
- 16' 7"
- 16' 11"
- 2' 2"
- 3'
- Kitchen
- PT FOUND
- 8' 10"
- 3' 9"
- 3' 5"
- 3' 6"
- 8' 8"
- 3' 1"
- 3' 7"
- 3' 8"
- 4' 8"
- Master Closet 2
- Bathroom
- Hallway
- Laundry Room
- 1' 4"
- 4'
- 1' 1"
- 5'
- 10'
- 2' 8"
- 5' 4"
- 1' 11"
- 6'
- 1' 11"
- 7' 6"
- 1' 2"
- 7' 5"
- 2' 10"
- 4' 10"
- 3' 2"
- AC
- 6' 11"
- Under stairs closet
- 3' 2"
- 3' 6"
- 5' 11"
- Master Closet 1
- 5' 8"
- 2' 10"
- 8' 10"
- 7' 1"
- 11' 6"
- 7' 5"
- 10' 10"
- Room1
- 10' 4"
- Living Room
- 16' 4"
- Dining Room
- 16' 10"
- 7' 3"
- 26' 4"
- 8' 7"
- 7' 7"
- 8' 11"



N

Main Level

Room3

Room2

shower

Bathroom 2

Bathroom 3

Stairs

Up

loft

Bedroom 3

Closet 3



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FOZARD_72685
      **Property: 72685 Diamondhead Drive North, Diamondhead, MS 39525**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/29/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living room wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2383.54 SF to determine a Living Space area of 1892.49 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GAUTHREAUX_10171
        **Property: 10171 Lagan Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/19/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1520.38 SF to determine a Living Space area of 1520.38 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Laundry Room

Kitchen

Master Bedroom

under stairs closet

Living Room

AC Closet

Master Closet

Master Bath



N

Main Level

3' 0"

2' 5"

d

11' 11"

11' 7"

11' 6"

11' 2"

Stairs

9' 4"

Bedroom 2

Bedroom 1

12' 9"

13' 3"

Landing

3' 3"

9' 5"

2' 2"

9' 9"

1' 5"

9' 3"

Closet 2

Linen Closet

9' 7"

Closet 1

3' 9"

4' 3"

1' 2"

1' 4"

2' 3"

2' 7"

3' 11"

1' 2"

Bathroom

5' 4"

5' 2"

3' 10"

4'

5' 5"

6' 1"



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: GREEN_1709
         **Property: 1709 Seacrest Drive, Gautier, MS 39553**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/1/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1753.81 SF to determine a Living Space area of 1672.29 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level

Closet - Master Bedroom

Master Bedroom

Master Bath

Bathroom - Hallway

Dining / Breakfast

Shower - Guest Bathroom

Bathroom - Guest Room

Laundry

Closet - Guest Room

Guest Room

Kitchen

Closet - Bedroom 2

Hallway

Hallway

Bedroom 2

Closet - Bedroom 1

Bedroom 1

Living Room

Closet - Living room



N

Main Level

GREEN_1709

12/31/2019        Page: 1



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HUMPHRIES_11209
      **Property: 11209 Texas Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/19/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1082.52 SF to determine a Living Space area of 1082.52 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Main Level



4' 11"

3' 2"

13' 4"

Stairs

Up

3' 4"

6' 8"

5' 7"

4' 9"

13' 2"

2' 3"

6' 4"

Loft Closet

1' 9"

6' 8"

13' 9"

13' 3"

Loft

15' 6"

15' 10"

11' 5"

12' 1"



Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: JORDAN_11592
        **Property: 11592 Azalea Trace, Gulfport, MS 39503**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1755 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



**Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



SKETCH ADDENDUM

Jordan
File No. 2008090

Borrower or Owner  Jeremy S. Jordan
Property Address  11592 Azalea Trace
City  Gulfport    County  Harrison    State  MS    Zip Code  39503
Client  Kessler Federal Credit Union

JCB Properties, Inc.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: LAFONTAINE_478
        **Property: 478 St. Charles Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/23/2015.  Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry/ master closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 1863.97 SF to determine a Living Space area of 1496.49 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Garage
Closet - Laundry Room (1)
Laundry Room
Kitchen
Dining Room
Bedroom 2
Closet - Bedroom 2
Master Bathroom
Water Closet (1)
Walk-in Closet - Master Bedroom
Shower
Hallway to Bedroom 1 & 2
Bathroom
Linen Closet
Closet - Bedroom 1
Master Bedroom
Bedroom 1
Living Room
Fireplace (B1)
N

## Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: LEE_308
       **Property: 308 Italian Isle, Gautier, MS 39553**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 6240.84 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Main Level

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MARTINO_245
        **Property: 245 McDonnell Blvd., F-138, Biloxi, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 718.79 SF to determine a Living Space area of 718.79 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Bedroom 2

Bedroom 1

Closet

Closet

Hallway

Bathroom

Linen Closet

Closet

Dining Room

Kitchen

Living Room



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MCALISTER_229
        **Property: 229 Felicity Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | hallway |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2721.3 SF to determine a Living Space area of 2266.99 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Master Bath

Walk-in Closet - Master Bedroom

Linen Closet    Master Bath

Master Bedroom

Bedroom 1

Sunroom

Closet - Bedroom 1

Bathroom    Linen Closet - Bedroom 1

Closet

HVAC

Bedroom 2

Closet - Bedroom 2

Living Room    Kitchen

Laundry Room

Garage

Foyer/Entry    Den    Dining Room

Closet - Den



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MCCULLAR_603
        **Property: 603 East Second Street, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/30/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen/ Bedroom 2 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 850.93 SF to determine a Living Space area of 850.93 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Laundry Room

Bedroom 2

Bedroom 1

Closet 2

Closet

Bathroom

Linen Closet

Hallway

AC Closet

Hall Closet

Kitchen

Living Room

10' 1"   10' 9"   7'   2'   11' 7"

9' 7"   10' 5"   6' 8"   1' 8"   11' 1"

5' 11"   5' 3"   5' 1"   4' 11"   6' 5"

9' 11"

6' 9"

2' 6"

2' 2"

3' 9"

8' 7"   1' 10"   10'   2' 10"   5'

8' 5"   11' 3"

2' 6"

3'   2' 4"

8' 4"   16' 3"

8' 4"   16' 7"

5' 11"

6' 7"

9' 3"

12' 2"   12' 8"

11' 7"   12' 1"



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: NGUYEN_3
       **Property: 3 Laudeac Court, Long Beach, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/2/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master Bedroom Walls |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1345.4 SF to determine a Living Space area of 1345.4 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





Master Bath

Master Bedroom

Linen Closet

Master closet

alcove

Fire Place

Kitchen

Dining Room

Living Room

Pantry

Linen Closet

Bathroom

Laundry Room

Closet

Hallway

Closet

Closet

Bedroom

Bedroom



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: POWELL_110
        **Property: 110 Laurel Lane, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/17/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Laundry/ Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2081.71 SF to determine a Living Space area of 1778.17 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Master Bedroom

M.Closet

Breakfast Area/Room

Hallway 2

Toilet closet

Linen Closet

Master Bath

Fireplace

Living Room

Kitchen

Laundry Room

shower

Bedroom 2

Closet 2

Bathroom

Hallway

Closet

Linen Closet

Entry/Foyer

Dining Room

Garage

Pantry

Bedroom 1



N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: TRAN_12912
        **Property: 12912 Rosemont Street, Ocean Springs, MS 39564**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/1/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1666.43 SF to determine a Living Space area of 1412.21 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Garage

Dining Room

Kitchen

Master Bath

Closet

Master Bedroom

Pantry

Laundry Room

Closet

Hallway

Coat Closet

HVAC Closet

Linen Closet

Bathroom

Living Room

Closet - Bedroom Two

Bedroom 2

Bedroom 1

Closet - Bedroom One



Main Level





Master Bedroom
Bedroom 5
Bedroom 4
Foyer/Entry
Living Room
Dining Room
Pantry
Kitchen
Garage
Hallway
Bedroom 2
Bedroom 3
Hallway to Garage
Closet - Bedroom Three

N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ROBBINS_421
        Property: 421 Chelsea Place Avenue Ormond Beach, FL 32174

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bedroom 3 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  to determine a Living Space area of .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bedroom 3

.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: RIGOPOULOS_3411
        Property: 3411 24th Avenue NE Naples, FL 34120

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/2/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  2,140 sq. ft. to determine a Living Space area of 1,709 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the laundry.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PRICE_1751
       Property: 1751 Bobcat Trail North Port, FL 34288

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 and Bedroom 4 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3,306 sq. ft. to determine a Living Space area of 2,551 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the wall of bedroom 3 and Bedroom 4.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PORCIUNCULA_339
        Property: 339 Wilton Avenue, SW Palm Bay, FL 32908

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  to determine a Living Space area of .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bedroom**

.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: POOL_14531
        Property: 14531 Coronado Drive Spring Hill, FL 34609

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2926 sq. ft.  to determine a Living Space area of 2546 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Laundry.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: MOORE_5427
         Property: 5427 Kedgewick Lane North Port, FL 34288

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | DEN |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,686 Sq. Ft. to determine a Living Space area of 2,054 Sq. ft .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is in the Den.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: LORQUET_284
        Property: 284 James Circle Lake Alfred, FL 33850

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4,318 sq. ft. to determine a Living Space area of 3,482 sq. ft .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the kitchen.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: JARVIS_1743
        Property: 1743 Olivia Drive Avon Park, FL 33825

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 to Dining Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  2,292 sq. ft.  to determine a Living Space area of  1,469 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bed 3 and Dinn.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: HELMICK_13237
       Property: 13237 Emerald Acres Avenue Dover, FL 33527

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 and Stairs |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4012 sq. ft. to determine a Living Space area of 2922 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the stairs and Bedroom 3.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Indoor wall near Kitchen and Garage.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BLEVINS_2636
       Property: 2636 SE 19th Place Cape Coral, FL 33904

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/4/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,968 sq. ft.  to determine a Living Space area of 2,096 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



## Photo Exhibit-Indicia



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Laundry wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BALL_2464
      Property: 2464 Silver Palm Road North Port, FL 34288

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 3/Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  3669 Sq. ft. to determine a Living Space area of 2510 Sq.ft .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bed 3 Kitchen.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ALLSTATE_13430
      Property: 13430 NE 30th Court Anthony, FL 32617

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Foyer/Dining |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3,591 sq.ft. to determine a Living Space area of 2,893 sq.ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Foyer/ Dining**

.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: KENDALL_23205
      **Property:23205 SW 217 AVE ,Miami , FL 33031**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4725 SF to determine a Living Space area of 3261 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ANNETTA_363
       **Property:363 NE 30 Avenue  ,Homestead ,  FL 33033**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3249 SF to determine a Living Space area of 2733 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ARMSTRONG_121
        **Property:121 11th Avenue East  ,Bradenton ,  FL 34208**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2147 SF to determine a Living Space area of 1877 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: BINNS_1417
       **Property:1417 SW Devera Place  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 2 Kitchen Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2928 SF to determine a Living Space area of 2125 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC


**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: BLONSKY_8220
        **Property:8220 SW 60 Court  ,South Miami ,  FL 33143**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/16/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5832 SF to determine a Living Space area of 4844 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: BURGOS_384
        **Property:384 NE 34 TER ,Miami , FL 33033**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 2 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2384 SF to determine a Living Space area of 1913 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: BUTCHER_4020
       **Property:4020 Island Lakes Drive  ,Winter Haven ,  FL 33881**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/7/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2444 SF to determine a Living Space area of 1862 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: CALDERON_3441
        **Property:3441 SW Haines Street  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2663 SF to determine a Living Space area of 2020 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CDO_25409
      **Property:25409 Durango Ct.  ,Punta Gorda ,  FL 33955**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3106 SF to determine a Living Space area of 2221 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: COHEN_20305
       **Property:20305 Chestnut Grove Drive  ,Tampa ,  FL 33647**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3296 SF to determine a Living Space area of 2546 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FERRERA_22079
      **Property:22079 SW 88th Path ,Cutler Bay ,  FL 33190**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/17/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1834 SF to determine a Living Space area of 1705 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GASPARD_1402
      **Property:1402 O'Donnell Lane SE  ,Port St. Lucie ,  FL 34983**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3675 SF to determine a Living Space area of 2327 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: GOLDENBERG_12176
        **Property:12176 SW 49th Court ,Cooper City ,  FL 33330**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 3 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1549 SF to determine a Living Space area of 1329 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: HELMICK_13237
       **Property:13237 Emerald Acres Avenue ,Dover ,  FL 33527**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4012 SF to determine a Living Space area of 2922 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HOME_3310
      **Property:3310 NE 3 DR ,Homestead ,  FL 33033**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2384 SF to determine a Living Space area of 1913 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: JARAMILLO_5301
       **Property:5301 Nicklaus Drive  ,Winter Haven ,  FL 33884**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2411 SF to determine a Living Space area of 1682 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: JARVIS_1743
       **Property:1743 Olivia Drive  ,Avon Park ,  FL 33825**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2292 SF to determine a Living Space area of 1469 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: JUDGE_2618
        **Property:2618 50th Street West  ,Lehigh Acres ,  FL 33971**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2338 SF to determine a Living Space area of 1907 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: KARPEL_17770
        **Property:17770 64th Place North ,Loxahatchee , FL 33470**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 2 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3084 SF to determine a Living Space area of 2286 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: KOPACH_20318
        **Property:20318 Chestnut Grove Drive ,Tampa ,  FL 33647**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3440 SF to determine a Living Space area of 3030 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LAREMORE_7018
      **Property:7018 Pilgrim Court  ,Labelle ,  FL 33935**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/4/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2117 SF to determine a Living Space area of 1556 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC


**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: LOCKE_962
        **Property:962 SW Haas Avenue  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2896 SF to determine a Living Space area of 2182 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC


**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: LORQUET_284
        **Property:284 James Circle ,Lake Alfred ,  FL 33850**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4318 SF to determine a Living Space area of 3482 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FLOMAN_1924
      **Property:1924 SE 21 CT  ,Homestead ,  FL 33035**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/23/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4181 SF to determine a Living Space area of 3631 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MANSOUR_8678
        **Property:8678 Tally Ho Lane  ,Royal Palm Beach ,  FL 33411**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3782 SF to determine a Living Space area of 2802 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





December 30, 2019


Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209


RE:    Chinese Drywall Screening Report Number: MARQUES_1722
       **Property:1722 NE 6th Street  ,Boynton Beach ,  FL 33435**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1935 SF to determine a Living Space area of 1601 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MARTINEZ_14731
      **Property:14731 SW 34 Lane ,Miami , FL 33185**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Interior Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2657 SF to determine a Living Space area of 2267 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: MARTINEZ_23631
        **Property:23631 SW 112 CT ,Homestead ,  FL 33032**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bed 2 Closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2050 SF to determine a Living Space area of 1706 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MCF_8554
        **Property:8554 Pegasus Drive ,Lehigh Acres ,  FL 33971**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2792 SF to determine a Living Space area of 2368 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: MOORE_5427
        **Property:5427 Kedgewick Lane ,North Port ,  FL 34288**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2686 SF to determine a Living Space area of 2054 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: NIEMIEC_6881
        **Property:6881 Brompton Drive ,Lakeland ,  FL 33809**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2293 SF to determine a Living Space area of 1814 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PAREDES_5952
       **Property:5952 SW 102 ST  ,Pinecrest ,  FL 33156**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 7102 SF to determine a Living Space area of 5749 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PIERRE_1714
        **Property:1714 NE 6th Street  ,Boynton Beach ,  FL 33435**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1935 SF to determine a Living Space area of 1601 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: POOL_14531
       **Property:14531 Coronado Drive ,Spring Hill ,  FL 34609**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3276 SF to determine a Living Space area of 2546 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: PORCIUNCULA_339
        **Property:339 Wilton Avenue, SW  ,Palm Bay ,  FL 32908**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2175 SF to determine a Living Space area of 1518 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PRICE_1751
       **Property:1751 Bobcat Trail  ,North Port ,  FL 34288**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3306 SF to determine a Living Space area of 2551 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: RIGOPOULOS_3411
       **Property:3411 24th Avenue NE  ,Naples ,  FL 34120**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/2/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2140 SF to determine a Living Space area of 1709 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC


**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019


Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209


RE:     Chinese Drywall Screening Report Number: ROBBINS_421
        **Property:421 Chelsea Place Avenue  ,Ormond Beach ,  FL 32174**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2780 SF to determine a Living Space area of 2246 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC


**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ROOPCHAND_15320
        **Property:15320 87th Road North ,Loxahatchee ,  FL 33470**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3035 SF to determine a Living Space area of 2304 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: RUSSO_9800
       **Property:9800 Quinta Artesa Way, Unit 105  ,Ft. Myers ,  FL 33908**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2472 SF to determine a Living Space area of 1928 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: SALABARRIA_12940
       **Property:12940 SW 135 ST ,Miami ,  FL 33186**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Interior Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1830 SF to determine a Living Space area of 1564 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: GUZMAN_10769
       **Property:10769 NW 81 LN  ,Doral ,  FL 33178**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1911 SF to determine a Living Space area of 1683 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: STEWART_2635
        **Property:2635 Creekfront Drive  ,Green Cove Springs ,  FL 32043**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/7/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2811 SF to determine a Living Space area of 2114 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: TAYLOR_4090
        **Property:4090 SW Kallen Street  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Livingroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2988 SF to determine a Living Space area of 2179 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: TIMMONS_1820
      **Property:1820 NE 7th Avenue ,Cape Coral ,  FL 33909**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3196 SF to determine a Living Space area of 2343 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: TOLLIVER_4531
       **Property:4531 Darwin Blvd.  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3015 SF to determine a Living Space area of 2363 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: TYLER_8675
   **Property:8675 130th Avenue  ,Fellsmere ,  FL 32948**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3481 SF to determine a Living Space area of 2434 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: VANDRIE_4101
       **Property:4101 NW 22nd Street  ,Cape Coral ,  FL 33993**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3060 SF to determine a Living Space area of 2246 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: VEIRA_14763
       **Property:14763 SW 35 Lane  ,Miami ,  FL 33185**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2556 SF to determine a Living Space area of 2403 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019


Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209


RE:    Chinese Drywall Screening Report Number: VEST_624
       **Property:624 NE 2nd Place ,Cape Coral ,  FL 33909**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |


While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2793 SF to determine a Living Space area of 2029 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,


Shawn Macomber
For Healthy Home Solutions, LLC


**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: WARREN_3924
       **Property:3924 SW 52nd Ave., Unit 4C ,Pembroke Park , FL 33023**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1335 SF to determine a Living Space area of 1335 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: ZELENENKI_4331
        **Property:4331 Ferrari Drive  ,Sebring ,  FL 33872**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1709 SF to determine a Living Space area of 1376 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

# Exhibit D



December 31, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Custom Homes that are likely to be well beyond the RS MEANS AVERAGE COST OF REMEDIATION

Mr. Doyle:

As discussed, it is my opinion that there are several homes that are of such quality, finishes, or code required improvements that the cost estimate determined by the RS MEANS calculation is unlikely to provide the funding to completely remediate the property. Though, this list is not exclusive and other properties could require a more site-specific scope of work, the below listed are very likely to cost significantly more. For reference, I have attached 2 example scopes (Ginart and Natal) that when tallied exceed the RS Means estimate by much more than a statistically insignificant amount.

The homes that we believe will require this detailed scope, include but are not limited to the following:

| Owner | Address |
|-------|---------|
| Baldwin | 909 Nevin Ct. Conroe, TX 77301 |
| Bank of Louisiana | 35211 Beverly Hills Dr. Prairieville, LA 70769 |
| Blevins | 2636 SE Devera Pl. Port St. Lucie, FL 34953 |
| Brouseau | 437 Delgado Dr. Baton Rouge |
| Carlisle | 829 E. Scenic Dr. Pass Christian, MS 3571 |
| Dixon | 20 Cross Creek Dr. Slidell, LA 70461 |
| Foreman | 7514 Pinehurst Ct. Diamondhead, MS 39525 |
| Gharib | 4 Beresford Dr. Metairie, LA 70001 |
| Ginart | 2104 Olivia St. Meraux, LA 70075 |
| Gueydan | 42055 Jefferson Dr. Hammond, LA 70403 |
| Guzman | 10769 NW 81 Ln. Doral, FL 33186 |
| Hartmann | 1811 SW 13 Ln. Cape Coral, FL 33991 |

**Healthy Home Solutions, LLC**
● **Phone: (985) 710-3789** ●
healthyhomesolutionsllc@gmail.com

| Ijemere | 7012 Eagle Point Trail. Birmingham, AL 35242 |
|---------|-----------------------------------------------|
| Kendall | 23205 SW 217 AVE. Miami, FL 33031 |
| Kopach | 20318 Chestnut Grove Dr. Tampa, FL 33647 |
| Lee | 308 Italian Isle. Gautier, MS 39520 |
| Natal | 1489 Lakeshore Blvd. Slidell, LA 70461 |
| Price | 1751 Bobcat Tr. North Port, FL34288 |
| Stanfa | 180 Sheffield Ln. Birmingham, AL 35242 |

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.


Sincerely,


Shawn Macomber
For Healthy Home Solutions, LLC

 **Healthy Home Solutions, LLC**

| | |
|---|---|
| Insured: | Michael & Alice Ginart |
| Property: | 2104 Olivia St |
| | Mereaux, LA 70075 |

| | |
|---|---|
| Estimator: | Shawn Macomber |
| Company: | Healthy Home Solutions, LLC |

| | |
|---|---|
| Reference: | |
| Position: | Attorney |
| Company: | Jimmy Doyle |

**Claim Number:**          **Policy Number:**          **Type of Loss:** Other

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 12/21/2019 12:14 PM |

| | |
|---|---|
| Price List: | LANO8X_OCT19 |
| | Restoration/Service/Remodel |
| Estimate: | GINART_2104 |

**This estimate is intended to clarify the site specific details, not to modify the remediation protocol.**

**Note: Finished floors that remain in place are to be protected twice. Once with plastic, corrugated cardboard and Ram Board for demolition and once with corrugated cardboard and Ram Board for rebuild. No floor protection may be in place during the post remediation verification inspection.**

 **Healthy Home Solutions, LLC**

**GINART_2104**

**General Items**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1.  Daily Job Clean Up | 6,103.10 SF | | 0.00 | 0.15 | 921.24 |
| 2.  Install Ordorox treatment of storage unit | 1.00 EA | | 0.00 | 120.00 | 120.00 |
| 3.  Job-site cargo/storage container - 20' long - per month | 6.00 MO | | 0.00 | 87.83 | 576.78 |
| 4.  Job-site moving container - pick up/del. (ea. way) 12'-20' | 2.00 EA | | 0.00 | 115.00 | 251.74 |
| 5.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 8.00 EA | | 500.00 | 0.00 | 4,000.00 |
| 6.  Appliance Disposal Fee | 1.00 EA | | 90.00 | 0.00 | 90.00 |
| 7.  Install Building Permit | 6,103.10 SF | | 0.00 | 0.60 | 3,661.86 |
| 8.  Install City/Country Registration & License Fee (Required for permit) | 1.00 EA | | 0.00 | 50.00 | 50.00 |
| 9.  R&R Sheathing - plywood - 5/8" CDX | 192.00 SF | | 0.56 | 1.69 | 446.70 |
| *Plywood to be placed beneath dumpster to protect driveway* | | | | | |
| 10.  Fire protection | 1.00 EA | | 0.00 | 65.00 | 65.00 |
| 11.  PPE | 1.00 EA | | 0.00 | 100.00 | 100.00 |
| 12.  Post Remediation Vertification / Environmental Certificate | 1.00 EA | | 0.00 | 1,500.00 | 1,500.00 |
| 13.  Closeout Documents | 1.00 EA | | 0.00 | 200.00 | 207.75 |
| 14.  Document Storage | 1.00 EA | | 0.00 | 175.00 | 181.78 |
| 15.  Field Office Supplies | 1.00 EA | | 0.00 | 100.00 | 103.87 |
| 16.  First Aid | 1.00 EA | | 0.00 | 65.00 | 67.52 |
| 17.  Ice/Water/Cups | 1.00 EA | | 0.00 | 75.00 | 77.91 |
| 18.  Photographs | 1.00 HR | | 0.00 | 175.00 | 181.78 |
| 19.  Postage / Shipping | 1.00 EA | | 0.00 | 75.00 | 77.91 |
| 20.  Sanitary Supplies | 1.00 EA | | 0.00 | 50.00 | 51.94 |
| 21.  Shop Drawings / Blueprints/Re-Use Fee | 1.00 EA | | 0.00 | 350.00 | 363.56 |
| 22.  Small tools | 1.00 EA | | 0.00 | 100.00 | 103.87 |
| 23.  Allowance for landscaping repairs. | 1.00 EA | | 0.00 | 270.00 | 280.46 |
| 24.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 192.00 SF | | 0.09 | 0.86 | 186.57 |
| *Tarp to be placed beneath plywood and dumpster to protect driveway* | | | | | |
| 25.  Temporary toilet (per month) | 6.00 MO | | 0.00 | 99.94 | 599.64 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - General Items**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  General Items** | | | | | **14,267.88** |

**Exterior**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 26.  R&R Door bell/chime button (button only) | 2.00 EA | | 1.45 | 17.82 | 40.14 |
| 27.  R&R Disconnect box - 60 amp - non fused | 7.00 EA | | 15.79 | 139.63 | 1,099.07 |
| 28.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.69 | 16.51 | 21.70 |
| 29.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.36 | 43.80 | 49.63 |

*Labor and Material to remove and replace the low voltage wiring to security cameras on exterior. Cameras will be detach and reset.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 30.  R&R 12/2 high strand speaker wiring run - low inductance | 4.00 EA | | 5.36 | 95.67 | 422.66 |
| 31.  R&R Exterior outlet or switch | 21.00 EA | | 5.03 | 19.02 | 520.59 |
| 32.  Remove Surveillance camera - color | 1.00 EA | | 50.00 | 0.00 | 50.00 |
| 33.  Install Surveillance camera - color | 1.00 EA | | 0.00 | 159.84 | 159.84 |
| 34.  Detach & Reset Ceiling fan & light | 2.00 EA | 153.26 | 0.00 | 0.00 | 306.52 |
| 35.  R&R Recessed light fixture | 7.00 EA | | 11.13 | 113.89 | 898.39 |
| 36.  Detach & Reset Exterior light fixture | 9.00 EA | 63.90 | 0.00 | 0.00 | 575.10 |
| 37.  Detach & Reset Soffit - vinyl | 188.00 SF | 2.08 | 0.00 | 0.00 | 391.40 |
| 38.  In-wall / In-ceiling speaker - Detach & reset | 2.00 EA | | 0.00 | 15.53 | 31.06 |
| 1,475.  Detach & Reset Shower faucet | 1.00 EA | 76.19 | 0.00 | 0.00 | 76.19 |

*Outdoor shower faucet will need to be detached in order to change copper plumbing line*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Exterior** | | | | | **4,642.29** |

**Electrical**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 39.  Rewire - average residence - copper wiring | 6,103.10 SF | | 0.00 | 2.95 | 18,194.47 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Electrical**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

*Includes: Electrical boxes, 12-2 w/ground, 10-3 w/ground, 8-3 w/ground (all copper), 220 volt outlet boxes, and installation labor.*
*Excludes: Service cable, riser and weatherhead, meterbase, grounding wire and rod, main breaker panel and breakers, feeder cable between the meter base and panel, low voltage/media wiring, switches, outlets, covers or light fixtures.*

*Additional items are listed in the room or area in which they are found.*

**Totals:  Electrical**                                                                 **18,194.47**

**Plumbing**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 40.  Gas supply line - copper with fitting and hanger, 1/4" | 2.00 EA | | 0.00 | 213.00 | 442.51 |
| *Labor and materials to remove and replace copper gas supply line to gas porch lamp* | | | | | |
| 41.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 608.93 | 1,855.19 |
| *Rough in for outdoor shower and water heaters.* | | | | | |
| 42.  Rough in plumbing - per fixture- Cold water only | 7.00 EA | | 0.00 | 308.00 | 2,222.26 |
| *Rough in plumbing for hose bibs* | | | | | |
| 43.  R&R Water heater - 50 gallon - Gas - 12 yr | 2.00 EA | | 57.82 | 1,188.94 | 2,639.69 |
| 44.  Detach & Reset Exterior faucet / hose bibb | 7.00 EA | 64.84 | 0.00 | 0.00 | 453.88 |

**Totals:  Plumbing**                                                                 **7,613.53**

**Mechanical**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 45.  R&R Central air - condenser unit - 4 ton - 16-21 SEER | 4.00 EA | | 41.79 | 2,949.05 | 12,876.45 |
| 46.  R&R Central air - condenser unit - 5 ton - 14-15 SEER | 1.00 EA | | 41.79 | 2,739.17 | 2,985.36 |
| 47.  Central air cond. system - recharge - 5lb refrigerant | 5.00 EA | | 0.00 | 160.40 | 840.98 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

### CONTINUED - Mechanical

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 48.  Central air cond. system - refrigerant evacuation | 5.00 EA | | 0.00 | 122.68 | 613.40 |
| 49.  Test & Balance - HVAC system (under 20,000 sf) | 6,103.10 SF | | 0.00 | 0.32 | 1,952.99 |
| *Duct tightness testing required by building code* | | | | | |
| 50.  R&R Coil - 4 ton - cased | 4.00 EA | | 56.82 | 727.40 | 3,323.30 |
| 51.  R&R Coil - 5 ton - cased | 1.00 EA | | 56.82 | 846.20 | 960.85 |
| 52.  R&R Ductwork system - hot or cold air - 1200 to 1599 SF home | 5.00 EA | | 454.55 | 4,326.12 | 24,638.62 |
| 53.  R&R Ductwork - flexible - insulated - 4" round | 125.00 LF | | 0.63 | 6.06 | 865.78 |
| *Ducting for bathroom exhaust fans* | | | | | |
| 54.  R&R Furnace - horizontal - forced air - 100,000 BTU | 5.00 EA | | 68.19 | 2,279.20 | 12,369.05 |
| 55.  R&R Refrigerant lineset - 3/8" x 3/4" tubing - 31' to 50' | 5.00 EA | | 15.79 | 402.69 | 2,206.84 |
| 56.  Install Emergency drip pan - detach and reset | 2.00 EA | | 0.00 | 5.34 | 10.68 |
| 57.  R&R Thermostat - High grade | 5.00 EA | | 4.67 | 119.86 | 661.84 |

**Totals:  Mechanical** **64,306.14**

### Main Level

**Main Level**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 58.  R&R Batt insulation - 4" - R13 - unfaced batt | 4,515.73 SF | | 0.25 | 0.66 | 4,258.67 |

**Total:  Main Level** **4,258.67**

* Price is inclusive of sales tax paid at point of purchase
GINART_2104



**Healthy Home Solutions, LLC**



**Dining Room**                                                                                            **Height: Tray**

| | |
|---|---|
| 651.00 SF Walls | 379.00 SF Ceiling |
| 1,030.00 SF Walls & Ceiling | 322.67 SF Floor |
| 35.85 SY Flooring | 72.33 LF Floor Perimeter |
| 72.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 59.  Add for prefinished crown molding - w/detail per LF | 8.92 LF | | 0.00 | 14.37 | 136.17 |
| 60.  Detach & Reset Cabinetry - lower (base) units | 7.92 LF | 59.49 | 0.00 | 0.00 | 471.16 |
| 61.  Detach & Reset Cabinetry - upper (wall) units | 7.50 LF | 50.87 | 0.00 | 0.00 | 381.53 |
| 62.  Final cleaning - construction - Residential | 322.67 SF | | 0.00 | 0.22 | 70.99 |
| 63.  Clean floor or roof joist system - Heavy | 379.00 SF | | 0.00 | 1.13 | 428.99 |
| 64.  Clean stud wall - Heavy | 651.00 SF | | 0.00 | 0.91 | 593.64 |
| 65.  Detach & Reset Interior door - Colonist - pre-hung unit | 2.00 EA | 71.20 | 0.00 | 0.00 | 142.56 |
| 66.  R&R 1/2" drywall - hung, taped, ready for texture | 1,030.00 SF | | 0.41 | 1.96 | 2,488.79 |
| 67.  Add for bullnose (rounded) corners | 1,030.00 SF | | 0.00 | 0.18 | 186.37 |
| 68.  Texture drywall - light hand texture | 1,030.00 SF | | 0.00 | 0.60 | 622.87 |
| 69.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.69 | 16.51 | 21.70 |
| *Volume Control knob for in ceiling speakers* | | | | | |
| 70.  R&R Outlet | 7.00 EA | | 5.03 | 12.76 | 125.49 |
| 71.  R&R Switch | 6.00 EA | | 5.03 | 12.96 | 108.91 |
| 72.  12/2 high strand speaker wiring run - low inductance | 2.00 EA | | 0.00 | 95.67 | 200.61 |
| 73.  R&R Baseboard - 8" paint grade - 2 piece | 72.33 LF | | 0.59 | 5.89 | 485.71 |
| 74.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 10.00 EA | | 2.14 | 10.88 | 134.71 |
| 75.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 10.00 EA | | 2.14 | 9.33 | 118.04 |
| 76.  R&R Casing - 4" - hardwood | 81.00 LF | | 0.51 | 4.01 | 389.70 |
| 77.  R&R Quarter round - 3/4" | 72.33 LF | | 0.16 | 1.51 | 125.85 |
| 78.  R&R Door lockset & deadbolt - exterior - Premium grade | 4.00 EA | | 15.00 | 212.53 | 981.74 |
| 79.  R&R Door knob - interior - High grade | 2.00 EA | | 12.50 | 53.16 | 138.10 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 80. Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 7.00 EA | | 0.00 | 9.42 | 72.17 |
| 81. Light bulb - Incand. candle (mat. only) | 12.00 EA | | 0.00 | 1.45 | 19.04 |
| 82. R&R Chandelier - Crystal - High grade | 1.00 EA | | 20.00 | 2,735.54 | 2,998.20 |
| 83. R&R Recessed light fixture | 7.00 EA | | 11.13 | 113.89 | 898.39 |
| 84. R&R Ceiling medallion - molded polymer | 1.00 EA | | 12.50 | 224.29 | 247.01 |
| 85. Paint baseboard w/cap &/or shoe, oversized - 2 coats | 72.33 LF | | 0.00 | 1.69 | 124.15 |
| 86. Finish door slab only - 1 coat urethane (per side) | 8.00 EA | | 0.00 | 23.62 | 193.42 |
| 87. Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.81 | 186.67 |
| 88. Painting - Faux (special effects) - 2 part | 651.00 SF | | 0.00 | 2.13 | 1,397.70 |
| 89. Floor protection - plastic and tape - 10 mil | 322.67 SF | | 0.00 | 0.28 | 93.70 |
| 90. Floor protection - corrugated cardboard and tape | 645.33 SF | | 0.00 | 0.52 | 347.16 |
| 91. Paint ceiling medallion | 1.00 EA | | 0.00 | 39.76 | 40.13 |
| 92. Paint - molding - ornate or multi-member - two coats | 72.33 LF | | 0.00 | 1.62 | 118.13 |
| 93. Seal the walls w/PVA primer - one coat | 651.00 SF | | 0.00 | 0.53 | 348.11 |
| 94. Seal/prime then paint the ceiling twice (3 coats) | 379.00 SF | | 0.00 | 1.16 | 448.59 |
| 95. Seal stud wall for odor control | 651.00 SF | | 0.00 | 0.79 | 524.13 |
| 96. R&R In-wall / In-ceiling speaker | 2.00 EA | | 5.00 | 228.55 | 501.12 |

*Includes: In-wall / In-ceiling speaker and installation labor. Labor cost to remove an in-wall / in-ceiling speaker and to discard in a job-site waste receptacle.*
*Excludes: Wiring.*

| | | | | | |
|---|---|---|---|---|---|
| 97. R&R Wallpaper border - Premium grade | 72.33 LF | | 0.64 | 3.70 | 331.27 |
| 98. Floor protection - Ram Board | 645.33 SF | | 0.00 | 0.83 | 556.96 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

| | |
|---|---|
| **Totals: Dining Room** | **17,799.68** |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| | | |
|---|---|---|
| **Foyer/Entry** | | **Height: 10'** |
| 683.33 SF Walls | | 265.50 SF Ceiling |
| 948.83 SF Walls & Ceiling | | 265.50 SF Floor |
| 29.50 SY Flooring | | 68.33 LF Floor Perimeter |
| 68.33 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 99.  Final cleaning - construction - Residential | 265.50 SF | | 0.00 | 0.22 | 58.41 |
| 100.  Clean floor or roof joist system - Heavy | 265.50 SF | | 0.00 | 1.13 | 300.52 |
| 101.  Clean stud wall - Heavy | 683.33 SF | | 0.00 | 0.91 | 623.12 |
| 102.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 103.  R&R 1/2" drywall - hung, taped, ready for texture | 948.83 SF | | 0.41 | 1.96 | 2,292.67 |
| 104.  Additional cost to hang and finish drywall archway | 2.00 EA | | 0.00 | 27.91 | 55.82 |
| 105.  Add for bullnose (rounded) corners | 948.83 SF | | 0.00 | 0.18 | 171.69 |
| 106.  Texture drywall - light hand texture | 948.83 SF | | 0.00 | 0.60 | 573.78 |
| 107.  R&R Door bell/chime - Premium grade | 1.00 EA | | 5.03 | 181.32 | 195.61 |
| 108.  R&R Outlet | 2.00 EA | | 5.03 | 12.76 | 35.85 |
| 109.  R&R Switch | 8.00 EA | | 5.03 | 12.96 | 145.21 |
| 110.  R&R Baseboard - 8" hardwood - 2 piece | 68.33 LF | | 0.59 | 10.41 | 795.86 |
| 111.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 10.00 EA | | 2.14 | 10.88 | 134.71 |
| 112.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 10.00 EA | | 2.14 | 9.33 | 118.04 |
| 113.  R&R Casing - 4" - hardwood | 81.00 LF | | 0.51 | 4.01 | 389.70 |
| 114.  R&R Crown molding - 5-piece | 68.33 LF | | 1.50 | 21.61 | 1,627.93 |
| 115.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 116.  R&R Door lockset - exterior - Premium grade | 1.00 EA | | 12.50 | 141.50 | 165.74 |
| 117.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 4.00 EA | | 0.00 | 9.42 | 41.24 |
| 118.  R&R Recessed light fixture | 4.00 EA | | 11.13 | 113.89 | 513.37 |
| 119.  Stain & finish baseboard w/cap &/or shoe, oversized | 68.33 LF | | 0.00 | 1.83 | 126.59 |
| 120.  Finish door slab only - 1 coat urethane (per side) | 8.00 EA | | 0.00 | 23.62 | 193.42 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Foyer/Entry**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 121.  Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.81 | 186.67 |
| 122.  Painting - Faux (special effects) - Marbling | 683.33 SF | | 0.00 | 4.71 | 3,253.35 |
| 123.  Floor protection - plastic and tape - 10 mil | 265.50 SF | | 0.00 | 0.28 | 77.10 |
| 124.  Floor protection - corrugated cardboard and tape | 531.00 SF | | 0.00 | 0.52 | 285.65 |
| 125.  Paint - molding - ornate or multi-member - two coats | 68.33 LF | | 0.00 | 1.62 | 111.59 |
| 126.  Seal the walls w/PVA primer - one coat | 683.33 SF | | 0.00 | 0.53 | 365.39 |
| 127.  Seal/prime then paint the ceiling twice (3 coats) | 265.50 SF | | 0.00 | 1.16 | 314.25 |
| 128.  Seal stud wall for odor control | 683.33 SF | | 0.00 | 0.79 | 550.16 |
| 129.  Paint wood patio door - 2 coats (per side) | 1.00 EA | | 0.00 | 47.27 | 47.53 |
| 130.  Floor protection - Ram Board | 531.00 SF | | 0.00 | 0.83 | 458.29 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Foyer/Entry** **14,349.59**



**Office** **Height: 10'**

|  |  |
|---|---|
| 565.00 SF Walls | 178.65 SF Ceiling |
| 743.65 SF Walls & Ceiling | 178.65 SF Floor |
| 19.85 SY Flooring | 56.50 LF Floor Perimeter |
| 56.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 131.  Final cleaning - construction - Residential | 178.65 SF | | 0.00 | 0.22 | 39.30 |
| 132.  Clean floor or roof joist system - Heavy | 178.65 SF | | 0.00 | 1.13 | 202.21 |
| 133.  Clean stud wall - Heavy | 565.00 SF | | 0.00 | 0.91 | 515.22 |
| 134.  Detach & Reset Interior door - Colonist - pre-hung unit | 3.00 EA | 71.20 | 0.00 | 0.00 | 213.84 |
| 135.  R&R 1/2" drywall - hung, taped, ready for texture | 743.65 SF | | 0.41 | 1.96 | 1,796.88 |

* Price is inclusive of sales tax paid at point of purchase
GINART_2104

 **Healthy Home Solutions, LLC**

**CONTINUED - Office**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 136. Add for bullnose (rounded) corners | 743.65 SF | | 0.00 | 0.18 | 134.56 |
| 137. Texture drywall - light hand texture | 743.65 SF | | 0.00 | 0.60 | 449.70 |
| 138. R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.69 | 16.51 | 21.70 |
| 139. R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.36 | 43.80 | 49.63 |
| 140. R&R Outlet | 4.00 EA | | 5.03 | 12.76 | 71.71 |
| 141. R&R Switch | 6.00 EA | | 5.03 | 12.96 | 108.91 |
| 142. R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 143. Carpet | 205.44 SF | | 0.00 | 3.15 | 694.32 |
| 15 % waste added for Carpet. | | | | | |
| 144. Remove Carpet | 178.65 SF | | 0.27 | 0.00 | 48.24 |
| 145. R&R Carpet pad | 178.65 SF | | 0.12 | 0.58 | 133.16 |
| 146. R&R Bookcase - built in - 12" - (SF of face area) | 15.82 SF | | 0.75 | 12.83 | 224.11 |
| 147. R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 8.00 EA | | 2.14 | 10.88 | 107.77 |
| 148. R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 14.00 EA | | 2.14 | 9.33 | 165.25 |
| 149. R&R Casing - 4" - hardwood | 78.00 LF | | 0.51 | 4.01 | 375.26 |
| 150. R&R Chair rail - 2 piece - hardwood | 56.50 LF | | 0.53 | 9.51 | 595.41 |
| 151. R&R Crown molding - 5 1/4" hardwood | 56.50 LF | | 0.68 | 8.05 | 522.03 |
| 152. R&R Medallion - up to 12" diameter | 1.00 EA | | 6.26 | 75.91 | 85.69 |
| 153. R&R Quarter round - 3/4" - hardwood | 56.50 LF | | 0.16 | 2.26 | 144.42 |
| 154. R&R Deadbolt - High grade | 2.00 EA | | 9.37 | 59.59 | 145.91 |
| 155. R&R Door knob - interior - High grade | 3.00 EA | | 12.50 | 53.16 | 207.15 |
| 156. R&R Door lockset - exterior - Premium grade | 4.00 EA | | 12.50 | 141.50 | 662.95 |
| 157. Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 4.00 EA | | 0.00 | 9.42 | 41.24 |
| 158. R&R Ceiling fan & light | 1.00 EA | | 18.87 | 302.90 | 333.82 |
| 159. R&R Recessed light fixture | 4.00 EA | | 11.13 | 113.89 | 513.37 |
| 160. Stain & finish crown molding | 56.50 LF | | 0.00 | 1.52 | 86.84 |
| 161. Finish door slab only - 1 coat urethane (per side) | 7.00 EA | | 0.00 | 23.62 | 169.24 |
| 162. Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.81 | 186.67 |

\* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**CONTINUED - Office**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 163.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.76 | 40.13 |
| 164.  Seal/prime then paint the walls and ceiling twice (3 coats) | 743.65 SF | | 0.00 | 1.16 | 880.20 |
| 165.  Seal stud wall for odor control | 565.00 SF | | 0.00 | 0.79 | 454.89 |
| 166.  Pecky Cypress 1x6 Tongue & Groove Wainscoting (material only) | 188.33 EA | | 0.00 | 10.00 | 1,883.30 |
| *Material price quoted from Riverside Lumber in New Orleans* | | | | | |
| 167.  R&R Siding - tongue & groove - wood - per ind. material source | 188.33 SF | | 0.47 | 2.44 | 548.23 |
| 168.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |

**Totals:  Office**       **12,955.97**

---



**Coat Closet**       **Height: 10'**

| | |
|---|---|
| 95.00 SF Walls | 5.64 SF Ceiling |
| 100.64 SF Walls & Ceiling | 5.64 SF Floor |
| 0.63 SY Flooring | 9.50 LF Floor Perimeter |
| 9.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 169.  Final cleaning - construction - Residential | 5.64 SF | | 0.00 | 0.22 | 1.24 |
| 170.  Clean floor or roof joist system - Heavy | 5.64 SF | | 0.00 | 1.13 | 6.38 |
| 171.  Clean stud wall - Heavy | 95.00 SF | | 0.00 | 0.91 | 86.63 |
| 172.  R&R 1/2" drywall - hung, taped, ready for texture | 100.64 SF | | 0.41 | 1.96 | 243.17 |
| 173.  Add for bullnose (rounded) corners | 100.64 SF | | 0.00 | 0.18 | 18.22 |
| 174.  Texture drywall - light hand texture | 100.64 SF | | 0.00 | 0.60 | 60.86 |
| 175.  R&R Baseboard - 8" hardwood - 2 piece | 9.50 LF | | 0.59 | 10.41 | 110.66 |
| 176.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 177.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 178.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |

---

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**CONTINUED - Coat Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 179.  Closet rod - Detach & reset | 2.42 LF | | 0.00 | 2.17 | 5.25 |
| 180.  R&R Quarter round - 3/4" - hardwood | 9.50 LF | | 0.16 | 2.26 | 24.29 |
| 181.  Stain & finish baseboard w/cap &/or shoe, oversized | 9.50 LF | | 0.00 | 1.83 | 17.61 |
| 182.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 183.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 184.  Floor protection - plastic and tape - 10 mil | 5.64 SF | | 0.00 | 0.28 | 1.64 |
| 185.  Floor protection - corrugated cardboard and tape | 11.28 SF | | 0.00 | 0.52 | 6.07 |
| 186.  Seal/prime then paint the walls and ceiling twice (3 coats) | 100.64 SF | | 0.00 | 1.16 | 119.12 |
| 187.  Seal stud wall for odor control | 95.00 SF | | 0.00 | 0.79 | 76.49 |
| 188.  Floor protection - Ram Board | 11.28 SF | | 0.00 | 0.83 | 9.73 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

---

**Totals:  Coat Closet** | | | | | **971.59**



| **Dining Room Closet** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

| 56.00  SF Walls | | | 2.81  SF Ceiling |
| 58.81  SF Walls & Ceiling | | | 2.81  SF Floor |
| 0.31  SY Flooring | | | 7.00  LF Floor Perimeter |
| 7.00  LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 189.  Final cleaning - construction - Residential | 2.81 SF | | 0.00 | 0.22 | 0.62 |
| 190.  Clean floor or roof joist system - Heavy | 2.81 SF | | 0.00 | 1.13 | 3.19 |
| 191.  Clean stud wall - Heavy | 56.00 SF | | 0.00 | 0.91 | 51.07 |
| 192.  R&R 1/2" drywall - hung, taped, ready for texture | 58.81 SF | | 0.41 | 1.96 | 142.10 |
| 193.  Add for bullnose (rounded) corners | 58.81 SF | | 0.00 | 0.18 | 10.65 |

---

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Dining Room Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 194.  Texture drywall - light hand texture | 58.81 SF | | 0.00 | 0.60 | 35.57 |
| 195.  R&R Baseboard - 8" paint grade - 2 piece | 7.00 LF | | 0.59 | 5.89 | 47.01 |
| 196.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 197.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 198.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 199.  Detach & Reset Shelving - 12" - in place - stain grade | 9.00 LF | 7.28 | 0.00 | 0.00 | 65.54 |
| 200.  Seal & paint baseboard w/cap &/or shoe, oversized- 2 coats | 7.00 LF | | 0.00 | 1.74 | 12.35 |
| 201.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 202.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 203.  Floor protection - plastic and tape - 10 mil | 2.81 SF | | 0.00 | 0.28 | 0.82 |
| 204.  Floor protection - corrugated cardboard and tape | 5.63 SF | | 0.00 | 0.52 | 3.03 |
| 205.  Stain & finish wood shelving, 12"- 24" width | 9.00 LF | | 0.00 | 5.20 | 47.51 |
| 206.  Seal/prime then paint the walls and ceiling twice (3 coats) | 58.81 SF | | 0.00 | 1.16 | 69.61 |
| 207.  Seal stud wall for odor control | 56.00 SF | | 0.00 | 0.79 | 45.09 |
| 208.  Floor protection - Ram Board | 5.63 SF | | 0.00 | 0.83 | 4.86 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Dining Room Closet**                                                                                      **723.25**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| Kitchen | | | | Height: 10' |
|---|---|---|---|---|
| 660.83 SF Walls | | | 327.16 SF Ceiling | |
| 988.00 SF Walls & Ceiling | | | 327.16 SF Floor | |
| 36.35 SY Flooring | | | 66.08 LF Floor Perimeter | |
| 66.08 LF Ceil. Perimeter | | | | |

| Missing Wall | 15' 11" X 10' | | Opens into BREAKFAST_AR | | |
|---|---|---|---|---|---|
| **DESCRIPTION** | **QTY** | **RESET** | **REMOVE** | **REPLACE** | **\*TOTAL** |
| 209.  R&R Dishwasher - Premium grade | 1.00 EA | | 26.79 | 1,162.99 | 1,287.68 |
| 210.  R&R Built-in freezer - 36" - Premium grade | 1.00 EA | | 108.70 | 5,965.81 | 6,616.33 |
| 211.  Garbage disposer | 1.00 EA | | 0.00 | 238.47 | 250.66 |
| 212.  R&R Range hood - stainless steel | 1.00 EA | | 25.01 | 1,908.50 | 2,105.41 |
| 213.  R&R Built-in oven - Premium grade | 1.00 EA | | 27.27 | 2,666.75 | 2,939.42 |
| 214.  R&R Built-in refrigerator - 36" - Deluxe grade | 1.00 EA | | 108.70 | 9,799.22 | 10,812.00 |
| 215.  R&R Cooktop- Commercial - 48" - gas | 1.00 EA | | 93.74 | 6,969.46 | 7,703.81 |
| 216.  R&R Warming drawer, 30" - built-in - Premium grade | 1.00 EA | | 25.01 | 1,362.14 | 1,510.00 |
| 217.  R&R Appliance water line - 1/4" | 1.00 EA | | 12.50 | 63.87 | 78.29 |
| 218.  R&R Backsplash - stainless steel behind cooktop | 13.75 SF | | 0.90 | 25.40 | 377.99 |
| 219.  Add for prefinished crown molding - w/detail per LF | 34.50 LF | | 0.00 | 14.37 | 526.68 |
| 220.  Add on Granite or Marble - edge treatment | 84.34 LF | | 0.00 | 18.15 | 1,530.77 |
| 221.  R&R Countertop - Granite or Marble - High grade | 115.35 SF | | 5.39 | 71.55 | 9,311.05 |
| 222.  Add on for undermount sink cutout & polish - double basin | 1.00 EA | | 0.00 | 217.71 | 217.71 |
| 223.  Detach & Reset Cabinetry - full height unit | 9.50 LF | 59.22 | 0.00 | 0.00 | 562.59 |
| 224.  Detach & Reset Cabinetry - lower (base) units | 35.42 LF | 59.49 | 0.00 | 0.00 | 2,107.14 |
| 225.  R&R Cabinetry - upper (wall) units | 17.00 LF | | 7.51 | 130.16 | 2,493.14 |
| 226.  Final cleaning - construction - Residential | 327.16 SF | | 0.00 | 0.22 | 71.98 |
| 227.  Clean floor or roof joist system - Heavy | 327.16 SF | | 0.00 | 1.13 | 370.31 |

\* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Kitchen**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 228.  Clean stud wall - Heavy | 660.83 SF | | 0.00 | 0.91 | 602.61 |
| 229.  Detach & Reset Pocket door unit - Colonist | 2.00 EA | 71.20 | 0.00 | 0.00 | 142.56 |
| 230.  R&R 1/2" drywall - hung, taped, ready for texture | 988.00 SF | | 0.41 | 1.96 | 2,387.31 |
| 231.  Add for bullnose (rounded) corners | 988.00 SF | | 0.00 | 0.18 | 178.77 |
| 232.  Texture drywall - light hand texture | 988.00 SF | | 0.00 | 0.60 | 597.47 |
| 233.  R&R Ground fault interrupter (GFI) outlet | 3.00 EA | | 5.03 | 27.08 | 100.48 |
| 234.  R&R Phone, TV, or speaker outlet | 2.00 EA | | 4.69 | 16.51 | 43.41 |
| 235.  R&R Outlet | 10.00 EA | | 5.03 | 12.76 | 179.27 |
| 236.  R&R Switch | 7.00 EA | | 5.03 | 12.96 | 127.06 |
| 237.  R&R 12/2 high strand speaker wiring run - low inductance | 2.00 EA | | 5.36 | 95.67 | 211.33 |
| 238.  R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 239.  R&R Trim board - 1" x 6" - installed (hardwood - oak or =) | 6.83 LF | | 0.41 | 5.83 | 45.24 |
| 240.  R&R Baseboard - 8" hardwood - 2 piece | 66.08 LF | | 0.59 | 10.41 | 769.66 |
| 241.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 6.00 EA | | 2.14 | 10.88 | 80.82 |
| 242.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 6.00 EA | | 2.14 | 9.33 | 70.82 |
| 243.  R&R Casing - 4" - hardwood | 52.00 LF | | 0.51 | 4.01 | 250.18 |
| 244.  R&R Crown molding - 5 1/4" hardwood | 66.08 LF | | 0.68 | 8.05 | 610.53 |
| 245.  R&R Quarter round - 3/4" - hardwood | 66.08 LF | | 0.16 | 2.26 | 168.96 |
| 246.  R&R Door knob - interior - High grade | 2.00 EA | | 12.50 | 53.16 | 138.10 |
| 247.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 8.00 EA | | 0.00 | 9.42 | 82.48 |
| 248.  R&R Recessed light fixture | 8.00 EA | | 11.13 | 113.89 | 1,026.73 |
| 249.  Dishwasher connection | 1.00 EA | | 0.00 | 138.20 | 140.97 |
| 250.  Sink faucet - Kitchen - Premium grade | 2.00 EA | | 0.00 | 477.38 | 1,030.58 |
| 251.  R&R Pot filler faucet - High grade | 1.00 EA | | 18.75 | 561.58 | 623.80 |
| 252.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 608.93 | 618.40 |
| 253.  R&R Sink - double | 1.00 EA | | 20.00 | 381.45 | 426.78 |
| 254.  R&R Angle stop valve | 2.00 EA | | 5.00 | 33.65 | 78.66 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 255. Stain & finish baseboard w/cap &/or shoe, oversized | 66.08 LF | | 0.00 | 1.83 | 122.43 |
| 256. Stain & finish crown molding | 66.08 LF | | 0.00 | 1.52 | 101.56 |
| 257. Finish door slab only - 1 coat urethane (per side) | 5.00 EA | | 0.00 | 23.62 | 120.89 |
| 258. Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 259. Stain & finish door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 42.97 | 87.11 |
| 260. Floor protection - plastic and tape - 10 mil | 327.16 SF | | 0.00 | 0.28 | 95.00 |
| 261. Floor protection - corrugated cardboard and tape | 654.33 SF | | 0.00 | 0.52 | 352.00 |
| 262. Seal/prime then paint the walls and ceiling twice (3 coats) | 988.00 SF | | 0.00 | 1.16 | 1,169.42 |
| 263. Seal stud wall for odor control | 660.83 SF | | 0.00 | 0.79 | 532.05 |
| 264. R&R In-wall / In-ceiling speaker | 2.00 EA | | 5.00 | 228.55 | 501.12 |
| 265. Floor protection - Ram Board | 654.33 SF | | 0.00 | 0.83 | 564.73 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Kitchen** **65,359.39**



| Breakfast Area/Room | | | | Height: 12' | |
|---|---|---|---|---|---|
| | 659.95 SF Walls | | 198.10 SF Ceiling | | |
| | 858.05 SF Walls & Ceiling | | 198.10 SF Floor | | |
| | 22.01 SY Flooring | | 51.58 LF Floor Perimeter | | |
| | 56.16 LF Ceil. Perimeter | | | | |

| Missing Wall | 4' 7" X 12' | Opens into FOYER_ENTRY_ |
|---|---|---|
| Missing Wall | 15' 11" X 12' | Opens into KITCHEN |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 266. Final cleaning - construction - Residential | 198.10 SF | | 0.00 | 0.22 | 43.58 |
| 267. Clean floor or roof joist system - Heavy | 198.10 SF | | 0.00 | 1.13 | 224.22 |

* Price is inclusive of sales tax paid at point of purchase

GINART_2104

 **Healthy Home Solutions, LLC**

**CONTINUED - Breakfast Area/Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 268.  Clean stud wall - Heavy | 659.95 SF | | 0.00 | 0.91 | 601.80 |
| 269.  R&R 1/2" drywall - hung, taped, ready for texture | 858.05 SF | | 0.41 | 1.96 | 2,073.31 |
| 270.  Add for bullnose (rounded) corners | 858.05 SF | | 0.00 | 0.18 | 155.26 |
| 271.  Texture drywall - light hand texture | 858.05 SF | | 0.00 | 0.60 | 518.88 |
| 272.  R&R Combination CO/Smoke detector | 1.00 EA | | 11.09 | 91.26 | 108.01 |
| 273.  R&R Outlet | 3.00 EA | | 5.03 | 12.76 | 53.78 |
| 274.  R&R Switch | 4.00 EA | | 5.03 | 12.96 | 72.61 |
| 275.  R&R Baseboard - 8" hardwood - 2 piece | 51.58 LF | | 0.59 | 10.41 | 600.77 |
| 276.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 8.00 EA | | 2.14 | 10.88 | 107.77 |
| 277.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 20.00 EA | | 2.14 | 9.33 | 236.07 |
| 278.  R&R Casing - 4" - hardwood | 81.33 LF | | 0.51 | 4.01 | 391.28 |
| 279.  R&R Crown molding - 5 1/4" stain grade | 6.00 LF | | 0.68 | 6.36 | 44.34 |
| 280.  R&R Quarter round - 3/4" - hardwood | 51.58 LF | | 0.16 | 2.26 | 131.89 |
| 281.  R&R Door lockset - exterior - Premium grade | 1.00 EA | | 12.50 | 141.50 | 165.74 |
| 282.  Light bulb - Compact Fluorescent stand. type - mat. only | 5.00 EA | | 0.00 | 6.75 | 36.94 |
| 283.  R&R Chandelier - Premium grade | 1.00 EA | | 18.75 | 510.31 | 565.47 |
| 284.  R&R Recessed light fixture | 2.00 EA | | 11.13 | 113.89 | 256.68 |
| 285.  Stain & finish baseboard w/cap &/or shoe, oversized | 51.58 LF | | 0.00 | 1.83 | 95.56 |
| 286.  Stain & finish crown molding | 6.00 LF | | 0.00 | 1.52 | 9.22 |
| 287.  Finish door slab only - 1 coat urethane (per side) | 4.00 EA | | 0.00 | 23.62 | 96.71 |
| 288.  Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.81 | 186.67 |
| 289.  Stain & finish door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 42.97 | 87.11 |
| 290.  Floor protection - plastic and tape - 10 mil | 198.10 SF | | 0.00 | 0.28 | 57.53 |
| 291.  Floor protection - corrugated cardboard and tape | 396.20 SF | | 0.00 | 0.52 | 213.13 |
| 292.  Seal/prime then paint the walls and ceiling twice (3 coats) | 858.05 SF | | 0.00 | 1.16 | 1,015.61 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center"><b>CONTINUED - Breakfast Area/Room</b></div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 293.  Seal stud wall for odor control | 659.95 SF | | 0.00 | 0.79 | 531.34 |
| 294.  Floor protection - Ram Board | 396.20 SF | | 0.00 | 0.83 | 341.95 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Breakfast Area/Room**          **9,023.23**



**Pantry**          **Height: 10'**

276.11  SF Walls      49.54  SF Ceiling
325.65  SF Walls & Ceiling      49.54  SF Floor
5.50  SY Flooring      23.50  LF Floor Perimeter
35.83  LF Ceil. Perimeter

**Subroom:  Pantry (1)**          **Height: 10'**

264.44  SF Walls      41.08  SF Ceiling
305.53  SF Walls & Ceiling      41.08  SF Floor
4.56  SY Flooring      22.33  LF Floor Perimeter
34.67  LF Ceil. Perimeter

| Missing Wall - Goes to Floor | 6' 2" X 6' 8" | Opens into PANTRY |
|---|---|---|
| Missing Wall - Goes to Floor | 6' 2" X 6' 8" | Opens into PANTRY |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 295.  R&R Refrigerator - top freezer - 18 to 22 cf | 1.00 EA | | 33.33 | 758.70 | 861.87 |
| 296.  Final cleaning - construction - Residential | 90.63 SF | | 0.00 | 0.22 | 19.94 |
| 297.  Clean floor or roof joist system - Heavy | 90.63 SF | | 0.00 | 1.13 | 102.58 |
| 298.  Clean stud wall - Heavy | 540.56 SF | | 0.00 | 0.91 | 492.93 |
| 299.  Detach & Reset Interior door - Colonist - pre-hung unit | 2.00 EA | 71.20 | 0.00 | 0.00 | 142.56 |
| 300.  R&R 1/2" drywall - hung, taped, ready for texture | 631.18 SF | | 0.41 | 1.96 | 1,525.12 |
| 301.  Add for bullnose (rounded) corners | 631.18 SF | | 0.00 | 0.18 | 114.21 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Pantry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 302.  Texture drywall - light hand texture | 631.18 SF | | 0.00 | 0.60 | 381.69 |
| 303.  R&R Outlet | 2.00 EA | | 5.03 | 12.76 | 35.85 |
| 304.  R&R Switch | 1.00 EA | | 5.03 | 12.96 | 18.15 |
| 305.  R&R Smoke detector | 1.00 EA | | 11.09 | 50.47 | 63.49 |
| 306.  R&R Baseboard - 8" hardwood - 2 piece | 45.83 LF | | 0.59 | 10.41 | 533.80 |
| 307.  R&R Bookcase - built in - 12" - (SF of face area) | 77.92 SF | | 0.75 | 12.83 | 1,103.80 |
| 308.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 4.00 EA | | 2.14 | 10.88 | 53.88 |
| 309.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 4.00 EA | | 2.14 | 9.33 | 47.21 |
| 310.  R&R Casing - 4" - hardwood | 30.00 LF | | 0.51 | 4.01 | 144.33 |
| 311.  R&R Crown molding - 5 1/4" stain grade | 70.50 LF | | 0.68 | 6.36 | 520.97 |
| 312.  R&R Quarter round - 3/4" - hardwood | 45.83 LF | | 0.16 | 2.26 | 117.19 |
| 313.  R&R Door knob - interior - High grade | 2.00 EA | | 12.50 | 53.16 | 138.10 |
| 314.  Light bulb - Fluorescent tube - 4' soft white - mat. only | 8.00 EA | | 0.00 | 5.88 | 51.49 |
| 315.  R&R Fluorescent light fixture | 4.00 EA | | 13.93 | 94.49 | 453.43 |
| 316.  Stain & finish baseboard w/cap &/or shoe, oversized | 45.83 LF | | 0.00 | 1.83 | 84.91 |
| 317.  Stain & finish crown molding | 70.50 LF | | 0.00 | 1.52 | 108.36 |
| 318.  Finish door slab only - 1 coat urethane (per side) | 2.00 EA | | 0.00 | 23.62 | 48.36 |
| 319.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 320.  Stain & finish full height cabinetry - inside and out | 11.00 LF | | 0.00 | 73.79 | 823.01 |
| 321.  Floor protection - plastic and tape - 10 mil | 90.63 SF | | 0.00 | 0.28 | 26.32 |
| 322.  Floor protection - corrugated cardboard and tape | 181.25 SF | | 0.00 | 0.52 | 97.50 |
| 323.  Seal/prime then paint the walls and ceiling twice (3 coats) | 631.18 SF | | 0.00 | 1.16 | 747.08 |
| 324.  Seal stud wall for odor control | 540.56 SF | | 0.00 | 0.79 | 435.21 |
| 325.  Floor protection - Ram Board | 181.25 SF | | 0.00 | 0.83 | 156.44 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Pantry**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Pantry** | | | | | **9,524.45** |

**Powder Room**  Height: 10'

| | |
|---|---|
| 206.67  SF Walls | 26.67  SF Ceiling |
| 233.33  SF Walls & Ceiling | 26.67  SF Floor |
| 2.96  SY Flooring | 20.67  LF Floor Perimeter |
| 20.67  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 326.  Final cleaning - construction - Residential | 26.67  SF | | 0.00 | 0.22 | 5.87 |
| 327.  Clean floor or roof joist system - Heavy | 26.67  SF | | 0.00 | 1.13 | 30.19 |
| 328.  Clean stud wall - Heavy | 206.67  SF | | 0.00 | 0.91 | 188.46 |
| 329.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00  EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 330.  R&R 1/2" drywall - hung, taped, ready for texture | 180.00  SF | | 0.41 | 1.96 | 434.93 |
| 331.  Add for bullnose (rounded) corners | 233.33  SF | | 0.00 | 0.18 | 42.22 |
| 332.  Texture drywall - light hand texture | 180.00  SF | | 0.00 | 0.60 | 108.85 |
| 333.  R&R Bathroom ventilation fan w/light | 1.00  EA | | 17.61 | 172.01 | 202.47 |
| 334.  R&R Outlet | 1.00  EA | | 5.03 | 12.76 | 17.93 |
| 335.  R&R Switch | 3.00  EA | | 5.03 | 12.96 | 54.45 |
| 336.  R&R Baseboard - 8" hardwood - 2 piece | 15.33  LF | | 0.59 | 10.41 | 178.55 |
| 337.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00  EA | | 2.14 | 10.88 | 26.94 |
| 338.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00  EA | | 2.14 | 9.33 | 23.61 |
| 339.  R&R Casing - 4" - hardwood | 15.00  LF | | 0.51 | 4.01 | 72.17 |
| 340.  R&R Crown molding - 6 1/8" to 7" | 20.67  LF | | 0.68 | 6.62 | 158.46 |
| 341.  R&R Quarter round - 3/4" - hardwood | 15.33  LF | | 0.16 | 2.26 | 39.20 |
| 342.  R&R Door knob - interior - High grade | 1.00  EA | | 12.50 | 53.16 | 69.05 |
| 343.  R&R Robe hook | 1.00  EA | | 5.00 | 15.82 | 21.66 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Powder Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 344.  R&R Toilet paper holder - Premium grade | 1.00 EA | | 5.00 | 42.86 | 50.82 |
| 345.  R&R Towel ring - Premium grade | 1.00 EA | | 5.00 | 42.08 | 49.97 |
| 346.  R&R Light fixture - wall sconce - High grade | 2.00 EA | | 8.34 | 150.28 | 339.92 |
| 347.  Sink faucet - Bathroom - Premium grade | 1.00 EA | | 0.00 | 409.38 | 440.87 |
| 348.  Pedestal sink - Detach & reset | 1.00 EA | | 0.00 | 276.06 | 276.06 |
| 349.  Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 608.93 | 1,236.79 |
| *Does not include angle stop valves or fixture supply lines.* | | | | | |
| 350.  R&R Angle stop valve | 3.00 EA | | 5.00 | 33.65 | 117.99 |
| 351.  R&R Plumbing fixture supply line | 2.00 EA | | 5.00 | 18.84 | 48.74 |
| 352.  Detach & Reset Toilet | 1.00 EA | 237.19 | 0.00 | 0.00 | 237.72 |
| 353.  R&R Toilet seat | 1.00 EA | | 6.82 | 54.92 | 64.71 |
| 354.  Stain & finish baseboard w/cap &/or shoe, oversized | 15.33 LF | | 0.00 | 1.83 | 28.40 |
| 355.  Paint crown molding, oversized - two coats | 20.67 LF | | 0.00 | 1.42 | 29.62 |
| 356.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 357.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 358.  Floor protection - plastic and tape - 10 mil | 26.67 SF | | 0.00 | 0.28 | 7.75 |
| 359.  Floor protection - corrugated cardboard and tape | 53.33 SF | | 0.00 | 0.52 | 28.69 |
| 360.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 180.00 SF | | 0.00 | 1.16 | 213.05 |
| 361.  Seal stud wall for odor control | 153.33 SF | | 0.00 | 0.79 | 123.45 |
| 362.  Floor protection - Ram Board | 53.33 SF | | 0.00 | 0.83 | 46.02 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Powder Room**                                                      **5,148.37**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| Living Room | | | | Height: 10' |
|---|---|---|---|---|
| 860.72 SF Walls | | | 505.00 SF Ceiling | |
| 1,365.72 SF Walls & Ceiling | | | 505.00 SF Floor | |
| 56.11 SY Flooring | | | 86.07 LF Floor Perimeter | |
| 86.07 LF Ceil. Perimeter | | | | |

**Missing Wall**  17' 4 7/8'' X 10'    Opens into PARLOR

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 363.  Clean beams - exposed | 87.08 LF | | 0.00 | 1.27 | 110.67 |
| 364.  Final cleaning - construction - Residential | 505.00 SF | | 0.00 | 0.22 | 111.10 |
| 365.  Clean floor or roof joist system - Heavy | 505.00 SF | | 0.00 | 1.13 | 571.60 |
| 366.  Clean stud wall - Heavy | 860.72 SF | | 0.00 | 0.91 | 784.89 |
| 367.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 368.  R&R 1/2" drywall - hung, taped, ready for texture | 1,365.72 SF | | 0.41 | 1.96 | 3,300.00 |
| 369.  Additional cost to hang and finish drywall archway | 1.00 EA | | 0.00 | 27.91 | 27.91 |
| 370.  Drywall Installer / Finisher - per hour | 2.00 HR | | 0.00 | 90.13 | 180.26 |
| *Additional labor to install and finish drywall around exposed interior beams.* | | | | | |
| 371.  Add for bullnose (rounded) corners | 1,365.72 SF | | 0.00 | 0.18 | 247.12 |
| 372.  Texture drywall - light hand texture | 1,365.72 SF | | 0.00 | 0.60 | 825.88 |
| 373.  R&R 110 volt copper wiring run and box - rough in only | 3.00 EA | | 5.36 | 44.60 | 152.36 |
| *Additional material and labor to rewire in floor outlet.* | | | | | |
| 374.  R&R Phone, TV, or speaker outlet | 3.00 EA | | 4.69 | 16.51 | 65.11 |
| 375.  R&R Phone/low voltage outlet rough-in | 3.00 EA | | 5.36 | 43.80 | 148.88 |
| 376.  R&R Outlet | 9.00 EA | | 5.03 | 12.76 | 161.34 |
| 377.  R&R Outlet - Floor mounted - brass w/cover - double - 20 amp | 3.00 EA | | 5.03 | 71.39 | 246.33 |
| 378.  R&R Switch | 11.00 EA | | 5.03 | 12.96 | 199.67 |
| 379.  R&R Smoke detector | 1.00 EA | | 11.09 | 50.47 | 63.49 |
| 380.  R&R 12/2 high strand speaker wiring run - low inductance | 6.00 EA | | 5.36 | 95.67 | 633.99 |
| 381.  R&R Television cable outlet | 2.00 EA | | 5.36 | 62.63 | 139.61 |
| 382.  R&R Baseboard - 8" hardwood - 2 piece | 86.07 LF | | 0.59 | 10.41 | 1,002.49 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 383. R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 24.00 EA | | 2.14 | 10.88 | 323.30 |
| 384. R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 24.00 EA | | 2.14 | 9.33 | 283.29 |
| 385. R&R Casing - 4" - hardwood | 204.00 LF | | 0.51 | 4.01 | 981.46 |
| 386. R&R Crown molding - 5 1/4" stain grade | 86.07 LF | | 0.68 | 6.36 | 636.03 |
| 387. R&R Quarter round - 3/4" - hardwood | 86.07 LF | | 0.16 | 2.26 | 220.08 |
| 388. R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 389. R&R Door lockset - exterior - Premium grade | 2.00 EA | | 12.50 | 141.50 | 331.47 |
| 390. Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 7.00 EA | | 0.00 | 9.42 | 72.17 |
| 391. R&R Ceiling fan without light - Premium grade | 3.00 EA | | 18.87 | 339.33 | 1,135.55 |
| 392. R&R Recessed light fixture | 7.00 EA | | 11.13 | 113.89 | 898.39 |
| 393. Stain & finish baseboard w/cap &/or shoe, oversized | 86.07 LF | | 0.00 | 1.83 | 159.46 |
| 394. Stain & finish crown molding | 86.07 LF | | 0.00 | 1.52 | 132.29 |
| 395. Finish door slab only - 1 coat urethane (per side) | 7.00 EA | | 0.00 | 23.62 | 169.24 |
| 396. Stain & finish door/window trim & jamb (per side) | 8.00 EA | | 0.00 | 36.81 | 298.67 |
| 397. Stain & finish door/window trim & jamb - Large (per side) | 4.00 EA | | 0.00 | 42.97 | 174.21 |
| 398. Floor protection - plastic and tape - 10 mil | 505.00 SF | | 0.00 | 0.28 | 146.65 |
| 399. Floor protection - corrugated cardboard and tape | 1,010.00 SF | | 0.00 | 0.52 | 543.33 |
| 400. Seal/prime then paint the walls and ceiling twice (3 coats) | 1,365.72 SF | | 0.00 | 1.16 | 1,616.51 |
| 401. Seal stud wall for odor control | 860.72 SF | | 0.00 | 0.79 | 692.98 |
| 402. R&R Built-in projection screen - concealed - motorized/remote | 1.00 EA | | 75.01 | 2,648.50 | 2,917.27 |
| 403. R&R Built-in theater projector - LCD | 1.00 EA | | 125.01 | 5,186.29 | 5,727.98 |
| 404. R&R In-wall / In-ceiling speaker | 6.00 EA | | 5.00 | 228.55 | 1,503.35 |
| 405. Floor protection - Ram Board | 1,010.00 SF | | 0.00 | 0.83 | 871.71 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Living Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.

| Totals:  Living Room | | | | | 28,948.42 |
|---|---|---|---|---|---|



**Parlor**                                                                                       **Height: Tray**

| | |
|---|---|
| 537.39  SF Walls | 369.39  SF Ceiling |
| 906.78  SF Walls & Ceiling | 314.75  SF Floor |
| 34.97  SY Flooring | 53.74  LF Floor Perimeter |
| 53.74  LF Ceil. Perimeter | |

**Missing Wall**          17' 4 7/8'' X 10'          Opens into ROOM2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 406.  R&R Dishwasher | 1.00 EA | | 26.79 | 600.99 | 672.57 |
| 407.  R&R Ice maker appliance, 15" wide - built-in | 1.00 EA | | 26.79 | 1,390.87 | 1,538.81 |
| 408.  R&R Refrigerator - compact (under counter) | 1.00 EA | | 16.67 | 323.65 | 368.67 |
| *Beverage refrigerator solid door.* | | | | | |
| 409.  R&R Refrigerator - compact (under counter) - High grade | 1.00 EA | | 16.67 | 773.65 | 861.20 |
| *Wine cooler with glass door.* | | | | | |
| 410.  Service counter - Detach & reset | 9.08 LF | | 0.00 | 76.23 | 692.17 |
| 411.  R&R Custom cabinets - full height units | 9.83 LF | | 9.01 | 320.89 | 3,495.62 |
| *Built in place display cabinets in bar with glass shelving, arches and wood doors at bottom.* | | | | | |
| 412.  Detach & Reset Cabinetry - lower (base) units | 1.75 LF | 59.49 | 0.00 | 0.00 | 104.11 |
| 413.  Final cleaning - construction - Residential | 314.75 SF | | 0.00 | 0.22 | 69.25 |
| 414.  Clean floor or roof joist system - Heavy | 369.39 SF | | 0.00 | 1.13 | 418.11 |
| 415.  Clean stud wall - Heavy | 376.14 SF | | 0.00 | 0.91 | 343.00 |
| 416.  R&R 1/2" drywall - hung, taped, ready for texture | 745.53 SF | | 0.41 | 1.96 | 1,801.43 |
| 417.  Add for bullnose (rounded) corners | 906.78 SF | | 0.00 | 0.18 | 164.08 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

### CONTINUED - Parlor

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 418.  Texture drywall - light hand texture | 369.39 SF | | 0.00 | 0.60 | 223.38 |
| 419.  R&R Outlet | 8.00 EA | | 5.03 | 12.76 | 143.42 |
| 420.  R&R Switch | 4.00 EA | | 5.03 | 12.96 | 72.61 |
| 421.  R&R 12/2 high strand speaker wiring run - low inductance | 2.00 EA | | 5.36 | 95.67 | 211.33 |
| 422.  R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 423.  R&R Baseboard - 8" hardwood - 2 piece | 53.74 LF | | 0.59 | 10.41 | 625.93 |
| 424.  R&R Bookcase - built in - 12" - (SF of face area) | 43.44 SF | | 0.75 | 12.83 | 615.37 |
| 425.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 426.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 427.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 428.  R&R Crown molding - 5 1/4" stain grade | 53.74 LF | | 0.68 | 6.36 | 397.12 |
| 429.  R&R Quarter round - 3/4" - hardwood | 53.74 LF | | 0.16 | 2.26 | 137.41 |
| 430.  Detach & Reset Shelving - 12" - in place - stain grade | 17.17 LF | 7.28 | 0.00 | 0.00 | 125.03 |
| 431.  R&R Batt insulation - 10" - R30 - paper faced | 369.39 SF | | 0.36 | 1.34 | 656.93 |
| 432.  Light bulb - Compact Fluorescent stand. type - mat. only | 2.00 EA | | 0.00 | 6.75 | 14.78 |
| 433.  Dance lighting - Mirror ball - 20" | 1.00 EA | | 0.00 | 434.53 | 442.62 |
| Includes: Mirror ball, motor, mount bracket, spotlight, and installation labor. | | | | | |
| 434.  R&R Recessed light fixture | 17.00 EA | | 11.13 | 113.89 | 2,181.81 |
| 435.  R&R Light fixture - wall sconce - Premium grade | 2.00 EA | | 8.34 | 305.28 | 679.22 |
| 436.  R&R Spot light fixture - single | 1.00 EA | | 13.93 | 65.07 | 81.21 |
| 437.   Glass door system - Detach & reset | 4.00 EA | | 0.00 | 79.64 | 318.56 |
| *Display cabinet doors over built in book shelves.* | | | | | |
| 438.  Dishwasher connection | 1.00 EA | | 0.00 | 138.20 | 140.97 |
| 439.  R&R Sink faucet - Brass | 1.00 EA | | 18.75 | 450.10 | 504.18 |
| 440.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 608.93 | 618.40 |
| 441.  Detach & Reset Sink - single | 1.00 EA | 145.63 | 0.00 | 0.00 | 145.63 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Parlor**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 442.  R&R Angle stop valve | 2.00 EA | | 5.00 | 33.65 | 78.66 |
| 443.  R&R Plumbing fixture supply line | 2.00 EA | | 5.00 | 18.84 | 48.74 |
| 444.  Stain & finish baseboard w/cap or shoe, oversized | 53.74 LF | | 0.00 | 1.83 | 99.56 |
| 445.  Stain & finish crown molding | 53.74 LF | | 0.00 | 1.52 | 82.59 |
| 446.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 447.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 448.  Painting - Faux (special effects) - Marbling | 185.54 SF | | 0.00 | 4.71 | 883.36 |
| *Marbling effect in tray ceiling.* | | | | | |
| 449.  Mask the surface area per square foot - plastic and tape - 4 mil | 161.25 SF | | 0.00 | 0.22 | 36.24 |
| 450.  Floor protection - plastic and tape - 10 mil | 314.75 SF | | 0.00 | 0.28 | 91.40 |
| 451.  Floor protection - corrugated cardboard and tape | 629.50 SF | | 0.00 | 0.52 | 338.64 |
| 452.  Stain & finish wood siding | 376.14 SF | | 0.00 | 1.48 | 569.84 |
| 453.  Seal/prime then paint the ceiling twice (3 coats) | 369.39 SF | | 0.00 | 1.16 | 437.22 |
| 454.  Seal stud wall for odor control | 376.14 SF | | 0.00 | 0.79 | 302.84 |
| 455.  R&R Siding - tongue & groove - pine or equal | 376.14 SF | | 0.47 | 4.11 | 1,782.45 |
| 456.  R&R In-wall / In-ceiling speaker | 2.00 EA | | 5.00 | 228.55 | 501.12 |
| 457.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |
| 458.  Floor protection - Ram Board | 629.50 SF | | 0.00 | 0.83 | 543.31 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Parlor**                                                                                        **24,947.79**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| Exercise Room | | | Height: 8' |
|---|---|---|---|
| 668.00 SF Walls | | 352.85 SF Ceiling | |
| 1,020.85 SF Walls & Ceiling | | 352.85 SF Floor | |
| 39.21 SY Flooring | | 83.50 LF Floor Perimeter | |
| 83.50 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 459.  Detach & Reset Cabinetry - lower (base) units | 6.58 LF | 59.49 | 0.00 | 0.00 | 391.44 |

*Wood counter tops  appear attached individually to each cabinet and will remain on cabinets when detached and reset.*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 460.  Detach & Reset Cabinetry - upper (wall) units | 6.58 LF | 50.87 | 0.00 | 0.00 | 334.72 |
| 461.  Final cleaning - construction - Residential | 352.85 SF | | 0.00 | 0.22 | 77.63 |
| 462.  Clean floor or roof joist system - Heavy | 352.85 SF | | 0.00 | 1.13 | 399.39 |
| 463.  Clean stud wall - Heavy | 668.00 SF | | 0.00 | 0.91 | 609.14 |
| 464.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 465.  R&R 1/2" drywall - hung, taped, ready for texture | 1,020.85 SF | | 0.41 | 1.96 | 2,466.69 |
| 466.  Add for bullnose (rounded) corners | 1,020.85 SF | | 0.00 | 0.18 | 184.71 |
| 467.  Texture drywall - light hand texture | 1,020.85 SF | | 0.00 | 0.60 | 617.33 |
| 468.  R&R 12/2 high strand speaker wiring run - low inductance | 2.00 EA | | 5.36 | 95.67 | 211.33 |
| 469.  R&R Baseboard - 8" hardwood - 2 piece | 83.50 LF | | 0.59 | 10.41 | 972.56 |
| 470.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 6.00 EA | | 2.14 | 10.88 | 80.82 |
| 471.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 14.00 EA | | 2.14 | 9.33 | 165.25 |
| 472.  R&R Casing - 4" - hardwood | 54.00 LF | | 0.51 | 4.01 | 259.80 |
| 473.  R&R Crown molding - 5 1/4" stain grade | 83.50 LF | | 0.68 | 6.36 | 617.04 |
| 474.  R&R Quarter round - 3/4" - hardwood | 83.50 LF | | 0.16 | 2.26 | 213.51 |
| 475.  R&R Shelving - 12" - in place | 20.25 LF | | 0.37 | 8.32 | 181.50 |
| 476.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 477.  R&R Door lockset - exterior - Premium grade | 2.00 EA | | 12.50 | 141.50 | 331.47 |

\* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Exercise Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 478.  R&R Batt insulation - 10" - R30 - paper faced | 352.85 SF | | 0.36 | 1.34 | 627.53 |
| 479.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 6.00 EA | | 0.00 | 9.42 | 61.86 |
| 480.  Light bulb - Fluorescent tube - 2' soft white - mat. only | 1.00 EA | | 0.00 | 5.25 | 5.75 |
| 481.  R&R Fluorescent light fixture | 1.00 EA | | 13.93 | 94.49 | 113.36 |
| *Under cabinet light.* | | | | | |
| 482.  R&R Recessed light fixture | 6.00 EA | | 11.13 | 113.89 | 770.05 |
| 483.  Stain & finish baseboard w/cap &/or shoe, oversized | 83.50 LF | | 0.00 | 1.83 | 154.70 |
| 484.  Stain & finish crown molding | 83.50 LF | | 0.00 | 1.52 | 128.34 |
| 485.  Finish door slab only - 1 coat urethane (per side) | 4.00 EA | | 0.00 | 23.62 | 96.71 |
| 486.  Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.81 | 186.67 |
| 487.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,020.85 SF | | 0.00 | 1.16 | 1,208.31 |
| 488.  Seal stud wall for odor control | 668.00 SF | | 0.00 | 0.79 | 537.82 |
| 489.  R&R In-wall / In-ceiling speaker | 2.00 EA | | 5.00 | 228.55 | 501.12 |
| 490.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |

**Totals:  Exercise Room** 12,679.73



| **Bathroom 2** | | | | **Height: 8'** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 279.02  SF Walls | | | 68.24  SF Ceiling | |
| 347.26  SF Walls & Ceiling | | | 68.24  SF Floor | |
| 7.58  SY Flooring | | | 34.88  LF Floor Perimeter | |
| 34.88  LF Ceil. Perimeter | | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 491.  Detach & Reset Countertop - solid surface | 4.42 SF | 22.31 | 0.00 | 0.00 | 98.61 |
| 492.  Detach & Reset Cabinetry - full height unit | 1.50 LF | 59.22 | 0.00 | 0.00 | 88.83 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

CONTINUED - Bathroom 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 493.  Detach & Reset Vanity | 4.42 LF | 50.87 | 0.00 | 0.00 | 224.85 |
| 494.  Final cleaning - construction - Residential | 68.24 SF | | 0.00 | 0.22 | 15.01 |
| 495.  Clean floor or roof joist system - Heavy | 68.24 SF | | 0.00 | 1.13 | 77.24 |
| 496.  Clean stud wall - Heavy | 279.02 SF | | 0.00 | 0.91 | 254.44 |
| 497.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 498.  R&R 1/2" drywall - hung, taped, ready for texture | 347.26 SF | | 0.41 | 1.96 | 839.09 |
| 499.  Add for bullnose (rounded) corners | 347.26 SF | | 0.00 | 0.18 | 62.84 |
| 500.  Texture drywall - light hand texture | 347.26 SF | | 0.00 | 0.60 | 210.00 |
| 501.  R&R Bathroom ventilation fan, light, and heater | 1.00 EA | | 17.61 | 334.29 | 377.98 |
| 502.  R&R Baseboard - 8" hardwood - 2 piece | 34.88 LF | | 0.59 | 10.41 | 406.26 |
| 503.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 504.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 6.00 EA | | 2.14 | 9.33 | 70.82 |
| 505.  R&R Casing - 4" - hardwood | 24.00 LF | | 0.51 | 4.01 | 115.47 |
| 506.  R&R Quarter round - 3/4" - hardwood | 34.88 LF | | 0.16 | 2.26 | 89.19 |
| 507.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 508.  R&R Toilet paper holder | 1.00 EA | | 5.00 | 23.91 | 30.08 |
| 509.  R&R Batt insulation - 10" - R30 - paper faced | 68.24 SF | | 0.36 | 1.34 | 121.36 |
| 510.  R&R Light bar - 4 lights - High grade | 1.00 EA | | 20.00 | 196.67 | 231.32 |
| 511.  Light bulb - Compact Fluorescent stand. type - mat. only | 5.00 EA | | 0.00 | 6.75 | 36.94 |
| 512.  Sink faucet - Bathroom - Premium grade | 1.00 EA | | 0.00 | 409.38 | 440.87 |
| 513.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 608.93 | 1,855.19 |
| 514.  R&R Sink - single | 1.00 EA | | 18.75 | 262.86 | 296.45 |
| 515.  R&R Angle stop valve | 3.00 EA | | 5.00 | 33.65 | 117.99 |
| 516.  R&R Plumbing fixture supply line | 2.00 EA | | 5.00 | 18.84 | 48.74 |
| 517.  R&R Toilet | 1.00 EA | | 25.01 | 468.38 | 518.45 |
| 518.  Toilet seat | 1.00 EA | | 0.00 | 54.92 | 57.89 |
| 519.  R&R Tub/shower faucet | 1.00 EA | | 25.01 | 300.41 | 338.65 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Bathroom 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 520.  Detach & Reset Fiberglass tub & shower combination | 1.00 EA | 615.25 | 0.00 | 0.00 | 615.25 |
| 521.  Stain & finish baseboard w/cap &/or shoe, oversized | 34.88 LF | | 0.00 | 1.83 | 64.62 |
| 522.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 523.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 524.  Floor protection - plastic and tape - 10 mil | 68.24 SF | | 0.00 | 0.28 | 19.82 |
| 525.  Floor protection - corrugated cardboard and tape | 136.47 SF | | 0.00 | 0.52 | 73.41 |
| 526.  Seal/prime then paint the walls and ceiling twice (3 coats) | 347.26 SF | | 0.00 | 1.16 | 411.02 |
| 527.  Seal stud wall for odor control | 279.02 SF | | 0.00 | 0.79 | 224.65 |
| 528.  R&R Handicap grab bar - Stainless steel, 1 1/2" x 24" | 1.00 EA | | 15.00 | 57.88 | 76.31 |
| 529.  Floor protection - Ram Board | 136.47 SF | | 0.00 | 0.83 | 117.78 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Bathroom 2**                                                                                          **8,893.54**



**Elevator**                                                                                                  **Height: 10'**

| | |
|---|---|
| 171.72  SF Walls | 18.39  SF Ceiling |
| 190.11  SF Walls & Ceiling | 18.39  SF Floor |
| 2.04  SY Flooring | 17.17  LF Floor Perimeter |
| 17.17  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 530.  Final cleaning - construction - Residential | 18.39 SF | | 0.00 | 0.22 | 4.05 |
| 531.  Clean floor or roof joist system - Heavy | 18.39 SF | | 0.00 | 1.13 | 20.81 |
| 532.  Clean stud wall - Heavy | 171.72 SF | | 0.00 | 0.91 | 156.59 |
| 533.  R&R 1/2" drywall - hung, taped, ready for texture | 190.11 SF | | 0.41 | 1.96 | 459.37 |

* Price is inclusive of sales tax paid at point of purchase
GINART_2104



**Healthy Home Solutions, LLC**

CONTINUED - Elevator

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 534. Add for bullnose (rounded) corners | 190.11 SF | | 0.00 | 0.18 | 34.40 |
| 535. Texture drywall - light hand texture | 190.11 SF | | 0.00 | 0.60 | 114.97 |
| 536. R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 537. R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 538. R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 539. Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 540. Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 541. Seal/prime then paint the walls and ceiling twice (3 coats) | 190.11 SF | | 0.00 | 1.16 | 225.02 |
| 542. Seal stud wall for odor control | 171.72 SF | | 0.00 | 0.79 | 138.26 |
| 543. Remove Elevator - residential - 2 story (small) | 1.00 EA | | 925.92 | 0.00 | 925.92 |
| 544. Install Elevator - residential - 2 story (small) | 1.00 EA | | 0.00 | 6,901.17 | 6,901.17 |

*Labor and materials to Detach and reset elevator for access to drywall in shaft.*

**Totals: Elevator** **9,164.79**



**AC Closet** **Height: 10'**

| | | |
|---|---|---|
| 178.33 SF Walls | | 19.58 SF Ceiling |
| 197.92 SF Walls & Ceiling | | 19.58 SF Floor |
| 2.18 SY Flooring | | 17.83 LF Floor Perimeter |
| 17.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 545. Final cleaning - construction - Residential | 19.58 SF | | 0.00 | 0.22 | 4.31 |
| 546. Clean floor or roof joist system - Heavy | 19.58 SF | | 0.00 | 1.13 | 22.17 |
| 547. Clean stud wall - Heavy | 178.33 SF | | 0.00 | 0.91 | 162.62 |
| 548. R&R 1/2" drywall - hung, taped, ready for texture | 197.92 SF | | 0.41 | 1.96 | 478.23 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

CONTINUED - AC Closet

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 549.  Add for bullnose (rounded) corners | 197.92 SF | | 0.00 | 0.18 | 35.82 |
| 550.  Texture drywall - light hand texture | 197.92 SF | | 0.00 | 0.60 | 119.69 |
| 551.  R&R 110 volt copper wiring run and box - rough in only | 1.00 EA | | 5.36 | 44.60 | 50.79 |
| 552.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.69 | 16.51 | 21.70 |
| 553.  R&R Outlet | 1.00 EA | | 5.03 | 12.76 | 17.93 |
| 554.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 555.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 556.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 557.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 558.  R&R Batt insulation - 4" - R13 - paper faced | 44.58 SF | | 0.25 | 0.74 | 45.95 |
| 559.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 560.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 561.  Seal/prime then paint the walls and ceiling twice (3 coats) | 197.92 SF | | 0.00 | 1.16 | 234.27 |
| 562.  Seal stud wall for odor control | 178.33 SF | | 0.00 | 0.79 | 143.58 |

**Totals:  AC Closet** **1,590.34**



**foyer/Entry (side)** **Height: 10'**

217.50 SF Walls      38.19 SF Ceiling
255.69 SF Walls & Ceiling      38.19 SF Floor
4.24 SY Flooring      21.75 LF Floor Perimeter
26.33 LF Ceil. Perimeter

| **Missing Wall** | **4' 7" X 10'** | | **Opens into BREAKFAST_AR** | | |
|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
| 563.  Final cleaning - construction - Residential | 38.19 SF | | 0.00 | 0.22 | 8.40 |
| 564.  Clean floor or roof joist system - Heavy | 38.19 SF | | 0.00 | 1.13 | 43.22 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - foyer/Entry (side)**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 565.  Clean stud wall - Heavy | 217.50 SF | | 0.00 | 0.91 | 198.34 |
| 566.  R&R 1/2" drywall - hung, taped, ready for texture | 255.69 SF | | 0.41 | 1.96 | 617.82 |
| 567.  Add for bullnose (rounded) corners | 255.69 SF | | 0.00 | 0.18 | 46.26 |
| 568.  Texture drywall - light hand texture | 255.69 SF | | 0.00 | 0.60 | 154.62 |
| 569.  R&R Outlet | 1.00 EA | | 5.03 | 12.76 | 17.93 |
| 570.  R&R Switch | 3.00 EA | | 5.03 | 12.96 | 54.45 |
| 571.  R&R Smoke detector | 1.00 EA | | 11.09 | 50.47 | 63.49 |
| 572.  R&R Baseboard - 8" hardwood - 2 piece | 21.75 LF | | 0.59 | 10.41 | 253.33 |
| 573.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 4.00 EA | | 2.14 | 10.88 | 53.88 |
| 574.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 4.00 EA | | 2.14 | 9.33 | 47.21 |
| 575.  R&R Casing - 4" - hardwood | 30.00 LF | | 0.51 | 4.01 | 144.33 |
| 576.  R&R Crown molding - 5 1/4" stain grade | 26.33 LF | | 0.68 | 6.36 | 194.57 |
| 577.  R&R Quarter round - 3/4" - hardwood | 21.75 LF | | 0.16 | 2.26 | 55.62 |
| 578.  R&R Door lockset - exterior - Premium grade | 1.00 EA | | 12.50 | 141.50 | 165.74 |
| 579.  R&R Door stop - wall or floor mounted | 1.00 EA | | 5.00 | 12.15 | 17.64 |
| 580.  R&R Batt insulation - 10" - R30 - paper faced | 38.19 SF | | 0.36 | 1.34 | 67.92 |
| 581.  Light bulb - Compact Fluorescent stand. type - mat. only | 1.00 EA | | 0.00 | 6.75 | 7.39 |
| 582.  R&R Recessed light fixture | 1.00 EA | | 11.13 | 113.89 | 128.34 |
| 583.  Stain & finish baseboard w/cap &/or shoe, oversized | 21.75 LF | | 0.00 | 1.83 | 40.29 |
| 584.  Stain & finish crown molding | 26.33 LF | | 0.00 | 1.52 | 40.47 |
| 585.  Finish door slab only - 1 coat urethane (per side) | 2.00 EA | | 0.00 | 23.62 | 48.36 |
| 586.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 587.  Floor protection - plastic and tape - 10 mil | 38.19 SF | | 0.00 | 0.28 | 11.09 |
| 588.  Floor protection - corrugated cardboard and tape | 76.39 SF | | 0.00 | 0.52 | 41.09 |
| 589.  Seal/prime then paint the walls and ceiling twice (3 coats) | 255.69 SF | | 0.00 | 1.16 | 302.64 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - foyer/Entry (side)

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 590.  Seal stud wall for odor control | 217.50 SF | | 0.00 | 0.79 | 175.12 |
| 591.  Floor protection - Ram Board | 76.39 SF | | 0.00 | 0.83 | 65.93 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  foyer/Entry (side)** — **3,140.16**

Guest Suite



**Bedroom 1 Foyer** | **Height: 10'**

| | |
|---|---|
| 315.00  SF Walls | 61.10  SF Ceiling |
| 376.10  SF Walls & Ceiling | 61.10  SF Floor |
| 6.79  SY Flooring | 31.50  LF Floor Perimeter |
| 31.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 592.  Final cleaning - construction - Residential | 61.10 SF | | 0.00 | 0.22 | 13.44 |
| 593.  Clean floor or roof joist system - Heavy | 61.10 SF | | 0.00 | 1.13 | 69.16 |
| 594.  Clean stud wall - Heavy | 315.00 SF | | 0.00 | 0.91 | 287.25 |
| 595.  Detach & Reset Interior door - Colonist - pre-hung unit | 3.00 EA | 71.20 | 0.00 | 0.00 | 213.84 |
| 596.  R&R 1/2" drywall - hung, taped, ready for texture | 376.10 SF | | 0.41 | 1.96 | 908.78 |
| 597.  Add for bullnose (rounded) corners | 376.10 SF | | 0.00 | 0.18 | 68.06 |
| 598.  Texture drywall - light hand texture | 376.10 SF | | 0.00 | 0.60 | 227.44 |
| 599.  R&R Outlet | 2.00 EA | | 5.03 | 12.76 | 35.85 |
| 600.  R&R Switch | 1.00 EA | | 5.03 | 12.96 | 18.15 |
| 601.  R&R Baseboard - 8" hardwood - 2 piece | 31.50 LF | | 0.59 | 10.41 | 366.90 |
| 602.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 8.00 EA | | 2.14 | 10.88 | 107.77 |
| 603.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 12.00 EA | | 2.14 | 9.33 | 141.64 |
| 604.  R&R Casing - 4" - hardwood | 69.00 LF | | 0.51 | 4.01 | 331.96 |
| 605.  R&R Chair rail - 2 piece - hardwood | 31.50 LF | | 0.53 | 9.51 | 331.96 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Bedroom 1 Foyer**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 606.  R&R Crown molding - 5 1/4" stain grade | 31.50 LF | | 0.68 | 6.36 | 232.77 |
| 607.  R&R Medallion - up to 12" diameter | 1.00 EA | | 6.26 | 75.91 | 85.69 |
| 608.  R&R Quarter round - 3/4" - hardwood | 31.50 LF | | 0.16 | 2.26 | 80.55 |
| 609.  R&R Door knob - interior - High grade | 3.00 EA | | 12.50 | 53.16 | 207.15 |
| 610.  R&R Batt insulation - 10" - R30 - paper faced | 61.10 SF | | 0.36 | 1.34 | 108.66 |
| 611.  Light bulb - Compact Fluorescent stand. type - mat. only | 3.00 EA | | 0.00 | 6.75 | 22.16 |
| 612.  R&R Chandelier - High grade | 1.00 EA | | 18.75 | 342.11 | 382.69 |
| 613.  Stain & finish baseboard w/cap &/or shoe, oversized | 31.50 LF | | 0.00 | 1.83 | 58.36 |
| 614.  Stain & finish chair rail | 31.50 LF | | 0.00 | 1.41 | 44.96 |
| 615.  Stain & finish crown molding | 31.50 LF | | 0.00 | 1.52 | 48.42 |
| 616.  Finish door slab only - 1 coat urethane (per side) | 4.00 EA | | 0.00 | 23.62 | 96.71 |
| 617.  Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.81 | 186.67 |
| 618.  Floor protection - plastic and tape - 10 mil | 61.10 SF | | 0.00 | 0.28 | 17.75 |
| 619.  Floor protection - corrugated cardboard and tape | 122.19 SF | | 0.00 | 0.52 | 65.73 |
| 620.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.76 | 40.13 |
| 621.  Stain & finish wood siding | 72.50 SF | | 0.00 | 1.48 | 109.84 |
| 622.  Seal/prime then paint the walls and ceiling twice (3 coats) | 376.10 SF | | 0.00 | 1.16 | 445.17 |
| 623.  Seal stud wall for odor control | 315.00 SF | | 0.00 | 0.79 | 253.61 |
| 624.  Pecky Cypress 1x6 Tongue & Groove Wainscoting (material only) | 105.00 EA | | 0.00 | 10.00 | 1,050.00 |
| *Material price quoted from Riverside Lumber in New Orleans* | | | | | |
| 625.  R&R Siding - tongue & groove - wood - per ind. material source | 105.00 SF | | 0.47 | 2.44 | 305.65 |
| 626.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |
| 627.  Floor protection - Ram Board | 122.19 SF | | 0.00 | 0.83 | 105.46 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

* Price is inclusive of sales tax paid at point of purchase

GINART_2104



**Healthy Home Solutions, LLC**

CONTINUED - Bedroom 1 Foyer

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Bedroom 1 Foyer** | | | | | **7,103.18** |

| | | |
|---|---|---|
| **AC Closet 2** | | **Height: 10'** |

126.67 SF Walls  
136.58 SF Walls & Ceiling  
1.10 SY Flooring  
12.67 LF Ceil. Perimeter  
9.92 SF Ceiling  
9.92 SF Floor  
12.67 LF Floor Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 628.  Final cleaning - construction - Residential | 9.92 SF | | 0.00 | 0.22 | 2.18 |
| 629.  Clean floor or roof joist system - Heavy | 9.92 SF | | 0.00 | 1.13 | 11.23 |
| 630.  Clean stud wall - Heavy | 126.67 SF | | 0.00 | 0.91 | 115.51 |
| 631.  R&R 1/2" drywall - hung, taped, ready for texture | 136.58 SF | | 0.41 | 1.96 | 330.02 |
| 632.  Add for bullnose (rounded) corners | 136.58 SF | | 0.00 | 0.18 | 24.71 |
| 633.  Texture drywall - light hand texture | 136.58 SF | | 0.00 | 0.60 | 82.60 |
| 634.  R&R Outlet | 1.00 EA | | 5.03 | 12.76 | 17.93 |
| 635.  R&R Switch | 1.00 EA | | 5.03 | 12.96 | 18.15 |
| 636.  R&R Batt insulation - 4" - R13 - paper faced | 126.67 SF | | 0.25 | 0.74 | 130.56 |
| 637.  Seal/prime then paint the walls and ceiling twice (3 coats) | 136.58 SF | | 0.00 | 1.16 | 161.66 |
| 638.  Seal stud wall for odor control | 126.67 SF | | 0.00 | 0.79 | 101.99 |
| **Totals:  AC Closet 2** | | | | | **996.54** |



**Healthy Home Solutions, LLC**



| | | |
|---|---|---|
| **Bed 1 Coat Closet** | | **Height: 10'** |
| 118.33 SF Walls | 8.74 SF Ceiling | |
| 127.07 SF Walls & Ceiling | 8.74 SF Floor | |
| 0.97 SY Flooring | 11.83 LF Floor Perimeter | |
| 11.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 639. Final cleaning - construction - Residential | 8.74 SF | | 0.00 | 0.22 | 1.92 |
| 640. Clean floor or roof joist system - Heavy | 8.74 SF | | 0.00 | 1.13 | 9.90 |
| 641. Clean stud wall - Heavy | 118.33 SF | | 0.00 | 0.91 | 107.90 |
| 642. R&R 1/2" drywall - hung, taped, ready for texture | 127.07 SF | | 0.41 | 1.96 | 307.04 |
| 643. Add for bullnose (rounded) corners | 127.07 SF | | 0.00 | 0.18 | 22.99 |
| 644. Texture drywall - light hand texture | 127.07 SF | | 0.00 | 0.60 | 76.84 |
| 645. R&R Baseboard - 8" hardwood - 2 piece | 11.83 LF | | 0.59 | 10.41 | 137.79 |
| 646. R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 647. R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 648. R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 649. Detach & Reset Closet rod | 3.08 LF | 2.17 | 0.00 | 0.00 | 6.68 |
| 650. R&R Crown molding - 5 1/4" stain grade | 11.83 LF | | 0.68 | 6.36 | 87.42 |
| 651. R&R Quarter round - 3/4" - hardwood | 11.83 LF | | 0.16 | 2.26 | 30.25 |
| 652. Detach & Reset Shelving - 12" - in place - stain grade | 12.33 LF | 7.28 | 0.00 | 0.00 | 89.78 |
| 653. R&R Batt insulation - 10" - R30 - paper faced | 8.74 SF | | 0.36 | 1.34 | 15.55 |
| 654. Stain & finish baseboard w/cap &/or shoe, oversized | 11.83 LF | | 0.00 | 1.83 | 21.92 |
| 655. Stain & finish crown molding | 11.83 LF | | 0.00 | 1.52 | 18.18 |
| 656. Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 657. Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 658. Floor protection - plastic and tape - 10 mil | 8.74 SF | | 0.00 | 0.28 | 2.54 |

* Price is inclusive of sales tax paid at point of purchase

GINART_2104



**Healthy Home Solutions, LLC**

**CONTINUED - Bed 1 Coat Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 659.  Floor protection - corrugated cardboard and tape | 17.47 SF | | 0.00 | 0.52 | 9.39 |
| 660.  Finish wood shelving, 12"- 24" width - 1 coat urethane | 12.33 LF | | 0.00 | 2.82 | 35.24 |
| 661.  Seal/prime then paint the walls and ceiling twice (3 coats) | 127.07 SF | | 0.00 | 1.16 | 150.40 |
| 662.  Seal stud wall for odor control | 118.33 SF | | 0.00 | 0.79 | 95.27 |
| 663.  Floor protection - Ram Board | 17.47 SF | | 0.00 | 0.83 | 15.08 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Bed 1 Coat Closet**                                                                                   **1,426.31**



**Bedroom 1**                                                                                     **Height: 10'**

| | |
|---|---|
| 586.67 SF Walls | 215.08 SF Ceiling |
| 801.75 SF Walls & Ceiling | 215.08 SF Floor |
| 23.90 SY Flooring | 58.67 LF Floor Perimeter |
| 58.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 664.  Final cleaning - construction - Residential | 215.08 SF | | 0.00 | 0.22 | 47.32 |
| 665.  Clean floor or roof joist system - Heavy | 215.08 SF | | 0.00 | 1.13 | 243.45 |
| 666.  Clean stud wall - Heavy | 586.67 SF | | 0.00 | 0.91 | 534.98 |
| 667.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 668.  R&R 1/2" drywall - hung, taped, ready for texture | 801.75 SF | | 0.41 | 1.96 | 1,937.28 |
| 669.  Add for bullnose (rounded) corners | 801.75 SF | | 0.00 | 0.18 | 145.08 |
| 670.  Texture drywall - light hand texture | 801.75 SF | | 0.00 | 0.60 | 484.84 |
| 671.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.69 | 16.51 | 21.70 |
| 672.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.36 | 43.80 | 49.63 |
| 673.  R&R Outlet | 5.00 EA | | 5.03 | 12.76 | 89.64 |
| 674.  R&R Switch | 3.00 EA | | 5.03 | 12.96 | 54.45 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

### CONTINUED - Bedroom 1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 675.  R&R Smoke detector | 1.00 EA | | 11.09 | 50.47 | 63.49 |
| 676.  R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 677.  R&R Baseboard - 8" hardwood - 2 piece | 58.67 LF | | 0.59 | 10.41 | 683.35 |
| 678.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 4.00 EA | | 2.14 | 10.88 | 53.88 |
| 679.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 8.00 EA | | 2.14 | 9.33 | 94.43 |
| 680.  R&R Casing - 4" - hardwood | 42.00 LF | | 0.51 | 4.01 | 202.06 |
| 681.  R&R Crown molding - 5 1/4" stain grade | 58.67 LF | | 0.68 | 6.36 | 433.55 |
| 682.  R&R Medallion - up to 12" diameter | 1.00 EA | | 6.26 | 75.91 | 85.69 |
| 683.  R&R Quarter round - 3/4" - hardwood | 58.67 LF | | 0.16 | 2.26 | 150.02 |
| 684.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 685.  R&R Batt insulation - 10" - R30 - paper faced | 215.08 SF | | 0.36 | 1.34 | 382.51 |
| 686.  Light bulb - Compact Fluorescent stand. type - mat. only | 5.00 EA | | 0.00 | 6.75 | 36.94 |
| 687.  R&R Ceiling fan & light - High grade | 1.00 EA | | 18.87 | 393.66 | 433.79 |
| 688.  Stain & finish baseboard w/cap &/or shoe, oversized | 58.67 LF | | 0.00 | 1.83 | 108.70 |
| 689.  Stain & finish crown molding | 58.67 LF | | 0.00 | 1.52 | 90.18 |
| 690.  Finish door slab only - 1 coat urethane (per side) | 2.00 EA | | 0.00 | 23.62 | 48.36 |
| 691.  Stain & finish door/window trim & jamb (per side) | 3.00 EA | | 0.00 | 36.81 | 112.00 |
| 692.  Floor protection - plastic and tape - 10 mil | 215.08 SF | | 0.00 | 0.28 | 62.46 |
| 693.  Floor protection - corrugated cardboard and tape | 430.17 SF | | 0.00 | 0.52 | 231.41 |
| 694.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.76 | 40.13 |
| 695.  Seal/prime then paint the walls and ceiling twice (3 coats) | 801.75 SF | | 0.00 | 1.16 | 948.97 |
| 696.  Seal stud wall for odor control | 586.67 SF | | 0.00 | 0.79 | 472.34 |
| 697.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |
| 698.  Floor protection - Ram Board | 430.17 SF | | 0.00 | 0.83 | 371.27 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">CONTINUED - Bedroom 1</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

**Totals:  Bedroom 1**        **8,956.89**



**Bathroom 1**        **Height: 10'**

| | |
|---|---|
| 348.67  SF Walls | 67.66  SF Ceiling |
| 416.33  SF Walls & Ceiling | 67.66  SF Floor |
| 7.52  SY Flooring | 33.98  LF Floor Perimeter |
| 36.65  LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**     **2' 8" X 6' 8"**     **Opens into SHOWER**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 699.  Detach & Reset Countertop - solid surface | 16.70 SF | 22.31 | 0.00 | 0.00 | 372.58 |
| 700.  Detach & Reset Vanity | 7.42 LF | 50.87 | 0.00 | 0.00 | 377.46 |
| 701.  Final cleaning - construction - Residential | 67.66 SF | | 0.00 | 0.22 | 14.89 |
| 702.  Clean floor or roof joist system - Heavy | 67.66 SF | | 0.00 | 1.13 | 76.59 |
| 703.  Clean stud wall - Heavy | 348.67 SF | | 0.00 | 0.91 | 317.95 |
| 704.  Detach & Reset Interior door - Colonist - pre-hung unit | 2.00 EA | 71.20 | 0.00 | 0.00 | 142.56 |
| 705.  R&R 1/2" drywall - hung, taped, ready for texture | 416.33 SF | | 0.41 | 1.96 | 1,005.99 |
| 706.  Add for bullnose (rounded) corners | 416.33 SF | | 0.00 | 0.18 | 75.33 |
| 707.  Texture drywall - light hand texture | 416.33 SF | | 0.00 | 0.60 | 251.77 |
| 708.  R&R Bathroom ventilation fan, light, and heater | 1.00 EA | | 17.61 | 334.29 | 377.98 |
| 709.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 5.03 | 27.08 | 33.49 |
| 710.  R&R Outlet | 2.00 EA | | 5.03 | 12.76 | 35.85 |
| 711.  R&R Switch | 6.00 EA | | 5.03 | 12.96 | 108.91 |
| 712.  R&R Baseboard - 8" hardwood - 2 piece | 33.98 LF | | 0.59 | 10.41 | 395.78 |
| 713.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 6.00 EA | | 2.14 | 10.88 | 80.82 |
| 714.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 10.00 EA | | 2.14 | 9.33 | 118.04 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Bathroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 715.  R&R Casing - 4" - hardwood | 57.00 LF | | 0.51 | 4.01 | 274.23 |
| 716.  R&R Crown molding - 5 1/4" stain grade | 36.65 LF | | 0.68 | 6.36 | 270.83 |
| 717.  R&R Quarter round - 3/4" - hardwood | 33.98 LF | | 0.16 | 2.26 | 86.89 |
| 718.  R&R Door knob - interior - High grade | 2.00 EA | | 12.50 | 53.16 | 138.10 |
| 719.  R&R Robe hook | 1.00 EA | | 5.00 | 15.82 | 21.66 |
| 720.  R&R Batt insulation - 10" - R30 - paper faced | 67.66 SF | | 0.36 | 1.34 | 120.33 |
| 721.  R&R Light bar - 3 lights - High grade | 1.00 EA | | 20.00 | 153.12 | 183.65 |
| 722.  R&R Mirror - 1/4" plate glass | 38.21 SF | | 0.28 | 13.21 | 547.55 |
| 723.  Outlet hole - cut into mirror | 1.00 EA | | 0.00 | 27.30 | 27.30 |
| 724.  Sink faucet - Brass | 1.00 EA | | 0.00 | 450.10 | 485.43 |
| 725.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 608.93 | 1,855.19 |
| 726.  R&R Sink - single | 1.00 EA | | 18.75 | 262.86 | 296.45 |
| 727.  Detach & Reset Toilet | 1.00 EA | 237.19 | 0.00 | 0.00 | 237.72 |
| 728.  R&R Toilet seat | 1.00 EA | | 6.82 | 54.92 | 64.71 |
| 729.  Stain & finish baseboard w/cap &/or shoe, oversized | 33.98 LF | | 0.00 | 1.83 | 62.95 |
| 730.  Stain & finish crown molding | 36.65 LF | | 0.00 | 1.52 | 56.33 |
| 731.  Finish door slab only - 1 coat urethane (per side) | 3.00 EA | | 0.00 | 23.62 | 72.53 |
| 732.  Stain & finish door/window trim & jamb (per side) | 4.00 EA | | 0.00 | 36.81 | 149.33 |
| 733.  Floor protection - plastic and tape - 10 mil | 67.66 SF | | 0.00 | 0.28 | 19.64 |
| 734.  Floor protection - corrugated cardboard and tape | 135.32 SF | | 0.00 | 0.52 | 72.80 |
| 735.  Seal/prime then paint the walls and ceiling twice (3 coats) | 416.33 SF | | 0.00 | 1.16 | 492.78 |
| 736.  Seal stud wall for odor control | 348.67 SF | | 0.00 | 0.79 | 280.72 |
| 737.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |
| 738.  Floor protection - Ram Board | 135.32 SF | | 0.00 | 0.83 | 116.80 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Bathroom 1** **9,752.76**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| **Shower** | | | | | **Height: 10'** |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 139.01 SF Walls | | 15.36 SF Ceiling |
| 154.37 SF Walls & Ceiling | | 15.36 SF Floor |
| 1.71 SY Flooring | | 13.01 LF Floor Perimeter |
| 15.68 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**           2' 8" X 6' 8"           **Opens into BATHROOM_1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 739.  Final cleaning - construction - Residential | 15.36 SF | | 0.00 | 0.22 | 3.38 |
| 740.  Clean floor or roof joist system - Heavy | 15.36 SF | | 0.00 | 1.13 | 17.39 |
| 741.  Clean stud wall - Heavy | 139.01 SF | | 0.00 | 0.91 | 126.76 |
| 742.  R&R 1/2" drywall - hung, taped, ready for texture | 154.37 SF | | 0.41 | 1.96 | 373.01 |
| 743.  Add for bullnose (rounded) corners | 154.37 SF | | 0.00 | 0.18 | 27.94 |
| 744.  Texture drywall - light hand texture | 154.37 SF | | 0.00 | 0.60 | 93.35 |
| 745.  R&R Baseboard - 8" hardwood - 2 piece | 13.01 LF | | 0.59 | 10.41 | 151.53 |
| 746.  R&R Crown molding - 5 1/4" stain grade | 15.68 LF | | 0.68 | 6.36 | 115.86 |
| 747.  R&R Quarter round - 3/4" - hardwood | 13.01 LF | | 0.16 | 2.26 | 33.26 |
| 748.  R&R Batt insulation - 10" - R30 - paper faced | 15.36 SF | | 0.36 | 1.34 | 27.31 |
| 749.  R&R Shower light - waterproof fixture | 1.00 EA | | 11.13 | 170.28 | 190.60 |
| 750.  R&R Shower door | 1.00 EA | | 18.34 | 334.89 | 377.66 |
| 751.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 608.93 | 618.40 |
| 752.  R&R Shower faucet - Premium grade | 1.00 EA | | 18.75 | 411.58 | 459.63 |
| 753.  Stain & finish baseboard w/cap &/or shoe, oversized | 13.01 LF | | 0.00 | 1.83 | 24.10 |
| 754.  Stain & finish crown molding | 15.68 LF | | 0.00 | 1.52 | 24.10 |
| 755.  Floor protection - plastic and tape - 10 mil | 15.36 SF | | 0.00 | 0.28 | 4.46 |
| 756.  Floor protection - corrugated cardboard and tape | 30.71 SF | | 0.00 | 0.52 | 16.52 |
| 757.  Seal/prime then paint the walls and ceiling twice (3 coats) | 154.37 SF | | 0.00 | 1.16 | 182.72 |
| 758.  Seal stud wall for odor control | 139.01 SF | | 0.00 | 0.79 | 111.92 |
| 759.  R&R Handicap grab bar - Stainless steel, 1 1/2" x 24" | 1.00 EA | | 15.00 | 57.88 | 76.31 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Shower**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 760.  R&R Granite Shower bench | 1.00 EA | | 18.34 | 451.13 | 503.02 |
| 761.  R&R Tile - soap dish - High grade | 2.00 EA | | 5.00 | 35.00 | 84.71 |
| 762.  R&R Tile shower - 101 to 120 SF - High grade | 1.00 EA | | 200.00 | 1,833.25 | 2,121.23 |
| 763.  R&R Tile framed shower curb - per LF | 3.00 LF | | 9.37 | 61.67 | 218.74 |
| 764.  Waterproof membrane - tile underlayment | 106.27 SF | | 0.00 | 4.30 | 479.96 |
| 765.  Floor protection - Ram Board | 30.71 SF | | 0.00 | 0.83 | 26.51 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Shower**                                                                                                  **6,490.38**



**Closet 1**                                                                                          **Height: 10'**

| | | |
|---|---|---|
| 300.00  SF Walls | | 55.81  SF Ceiling |
| 355.81  SF Walls & Ceiling | | 55.81  SF Floor |
| 6.20  SY Flooring | | 55.81  SF Floor |
| 30.00  LF Ceil. Perimeter | | 30.00  LF Floor Perimeter |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 766.  Final cleaning - construction - Residential | 55.81  SF | | 0.00 | 0.22 | 12.28 |
| 767.  Clean floor or roof joist system - Heavy | 55.81  SF | | 0.00 | 1.13 | 63.18 |
| 768.  Clean stud wall - Heavy | 300.00  SF | | 0.00 | 0.91 | 273.57 |
| 769.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00  EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 770.  R&R 1/2" drywall - hung, taped, ready for texture | 355.81  SF | | 0.41 | 1.96 | 859.75 |
| 771.  Add for bullnose (rounded) corners | 355.81  SF | | 0.00 | 0.18 | 64.39 |
| 772.  Texture drywall - light hand texture | 355.81  SF | | 0.00 | 0.60 | 215.17 |
| 773.  R&R Baseboard - 8" hardwood - 2 piece | 30.00  LF | | 0.59 | 10.41 | 349.42 |
| 774.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00  EA | | 2.14 | 10.88 | 26.94 |
| 775.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00  EA | | 2.14 | 9.33 | 23.61 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Closet 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 776.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 777.  Organized closet shelving | 225.00 SF | | 0.00 | 9.05 | 2,102.80 |
| *Includes: Shelving, closet rods, shelf cleat, nails, and installation labor.* | | | | | |
| 778.  R&R Crown molding - 5 1/4" stain grade | 30.00 LF | | 0.68 | 6.36 | 221.69 |
| 779.  R&R Quarter round - 3/4" - hardwood | 30.00 LF | | 0.16 | 2.26 | 76.71 |
| 780.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 781.  R&R Batt insulation - 10" - R30 - paper faced | 55.81 SF | | 0.36 | 1.34 | 99.26 |
| 782.  R&R Light fixture - High Grade | 1.00 EA | | 8.34 | 93.23 | 106.39 |
| 783.  Stain & finish baseboard w/cap &/or shoe, oversized | 30.00 LF | | 0.00 | 1.83 | 55.58 |
| 784.  Stain & finish crown molding | 30.00 LF | | 0.00 | 1.52 | 46.11 |
| 785.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 786.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 787.  Floor protection - plastic and tape - 10 mil | 55.81 SF | | 0.00 | 0.28 | 16.21 |
| 788.  Floor protection - corrugated cardboard and tape | 111.61 SF | | 0.00 | 0.52 | 60.04 |
| 789.  Seal/prime then paint the walls and ceiling twice (3 coats) | 355.81 SF | | 0.00 | 1.16 | 421.15 |
| 790.  Seal stud wall for odor control | 300.00 SF | | 0.00 | 0.79 | 241.54 |
| 791.  Floor protection - Ram Board | 111.61 SF | | 0.00 | 0.83 | 96.33 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Closet 1**                                                        **5,706.13**



**Linen Closet**                                                   **Height: 10'**

| | |
|---|---|
| 68.33  SF Walls | 2.42  SF Ceiling |
| 70.75  SF Walls & Ceiling | 2.42  SF Floor |
| 0.27  SY Flooring | 6.83  LF Floor Perimeter |
| 6.83  LF Ceil. Perimeter | |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Linen Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 792.  Final cleaning - construction - Residential | 2.42 SF | | 0.00 | 0.22 | 0.53 |
| 793.  Clean floor or roof joist system - Heavy | 2.42 SF | | 0.00 | 1.13 | 2.73 |
| 794.  Clean stud wall - Heavy | 68.33 SF | | 0.00 | 0.91 | 62.31 |
| 795.  R&R 1/2" drywall - hung, taped, ready for texture | 70.75 SF | | 0.41 | 1.96 | 170.96 |
| 796.  Add for bullnose (rounded) corners | 70.75 SF | | 0.00 | 0.18 | 12.81 |
| 797.  Texture drywall - light hand texture | 70.75 SF | | 0.00 | 0.60 | 42.78 |
| 798.  R&R Baseboard - 8" hardwood - 2 piece | 6.83 LF | | 0.59 | 10.41 | 79.55 |
| 799.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 800.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 801.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 802.  R&R Crown molding - 5 1/4" stain grade | 6.83 LF | | 0.68 | 6.36 | 50.47 |
| 803.  R&R Quarter round - 3/4" - hardwood | 6.83 LF | | 0.16 | 2.26 | 17.47 |
| 804.  Detach & Reset Shelving - 12" - in place - stain grade | 9.67 LF | 7.28 | 0.00 | 0.00 | 70.42 |
| 805.  R&R Batt insulation - 10" - R30 - paper faced | 2.42 SF | | 0.36 | 1.34 | 4.30 |
| 806.  Stain & finish baseboard w/cap &/or shoe, oversized | 6.83 LF | | 0.00 | 1.83 | 12.65 |
| 807.  Stain & finish crown molding | 6.83 LF | | 0.00 | 1.52 | 10.50 |
| 808.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 809.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 810.  Floor protection - plastic and tape - 10 mil | 2.42 SF | | 0.00 | 0.28 | 0.71 |
| 811.  Floor protection - corrugated cardboard and tape | 4.83 SF | | 0.00 | 0.52 | 2.60 |
| 812.  Finish wood shelving, 12"- 24" width - 1 coat urethane | 9.67 LF | | 0.00 | 2.82 | 27.64 |
| 813.  Seal/prime then paint the walls and ceiling twice (3 coats) | 70.75 SF | | 0.00 | 1.16 | 83.74 |
| 814.  Seal stud wall for odor control | 68.33 SF | | 0.00 | 0.79 | 55.01 |
| 815.  Floor protection - Ram Board | 4.83 SF | | 0.00 | 0.83 | 4.17 |

\* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Linen Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

| | |
|---|---|
| **Totals:  Linen Closet** | **895.58** |
| **Total: Guest Suite** | **41,327.77** |



| **Laundry Room** | | **Height: 10'** |
|---|---|---|
| 360.00  SF Walls | | 74.33  SF Ceiling |
| 434.33  SF Walls & Ceiling | | 74.33  SF Floor |
| 8.26  SY Flooring | | 36.00  LF Floor Perimeter |
| 36.00  LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 816.  Washer/Washing machine & dryer combo - Electric | 1.00 EA | | 0.00 | 1,652.39 | 1,794.14 |
| 817.  Detach & Reset Countertop - solid surface | 13.69 SF | 22.31 | 0.00 | 0.00 | 305.42 |
| 818.  Detach & Reset Cabinetry - lower (base) units | 5.67 LF | 59.49 | 0.00 | 0.00 | 337.31 |
| 819.  Detach & Reset Cabinetry - upper (wall) units | 5.67 LF | 50.87 | 0.00 | 0.00 | 288.43 |
| 820.  Final cleaning - construction - Residential | 74.33 SF | | 0.00 | 0.22 | 16.35 |
| 821.  Clean floor or roof joist system - Heavy | 74.33 SF | | 0.00 | 1.13 | 84.13 |
| 822.  Clean stud wall - Heavy | 360.00 SF | | 0.00 | 0.91 | 328.28 |
| 823.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 824.  R&R 1/2" drywall - hung, taped, ready for texture | 434.33 SF | | 0.41 | 1.96 | 1,049.48 |
| 825.  Add for bullnose (rounded) corners | 434.33 SF | | 0.00 | 0.18 | 78.59 |
| 826.  Texture drywall - light hand texture | 434.33 SF | | 0.00 | 0.60 | 262.65 |
| 827.  R&R 220 volt outlet | 1.00 EA | | 5.03 | 26.99 | 32.81 |
| 828.  R&R Outlet | 2.00 EA | | 5.03 | 12.76 | 35.85 |
| 829.  R&R Switch | 1.00 EA | | 5.03 | 12.96 | 18.15 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Laundry Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 830.  R&R Baseboard - 8" hardwood - 2 piece | 36.00 LF | | 0.59 | 10.41 | 419.30 |
| 831.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 832.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 6.00 EA | | 2.14 | 9.33 | 70.82 |
| 833.  R&R Casing - 4" - hardwood | 24.00 LF | | 0.51 | 4.01 | 115.47 |
| 834.  R&R Crown molding - 5 1/4" stain grade | 36.00 LF | | 0.68 | 6.36 | 266.03 |
| 835.  R&R Quarter round - 3/4" - hardwood | 36.00 LF | | 0.16 | 2.26 | 92.05 |
| 836.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 837.  R&R Door stop - wall or floor mounted | 1.00 EA | | 5.00 | 12.15 | 17.64 |
| 838.  R&R Batt insulation - 10" - R30 - paper faced | 74.33 SF | | 0.36 | 1.34 | 132.19 |
| 839.  Light bulb - Fluorescent tube - 4' soft white - mat. only | 2.00 EA | | 0.00 | 5.88 | 12.87 |
| 840.  R&R Fluorescent light fixture | 1.00 EA | | 13.93 | 94.49 | 113.36 |
| 841.  R&R Sink faucet -Utility | 1.00 EA | | 18.75 | 208.38 | 239.62 |
| 842.  Laundry tub - Detach & reset | 1.00 EA | | 0.00 | 288.60 | 288.60 |
| 843.  Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 608.93 | 1,236.79 |
| 844.  R&R Angle stop valve | 2.00 EA | | 5.00 | 33.65 | 78.66 |
| 845.  R&R Plumbing fixture supply line | 2.00 EA | | 5.00 | 18.84 | 48.74 |
| 846.  R&R Washing machine outlet box with valves | 1.00 EA | | 27.27 | 229.66 | 259.88 |
| 847.  R&R Washing machine hose line - rubber (per pair) | 1.00 EA | | 12.50 | 36.92 | 51.16 |
| 848.  Stain & finish baseboard w/cap &/or shoe, oversized | 36.00 LF | | 0.00 | 1.83 | 66.70 |
| 849.  Stain & finish crown molding | 36.00 LF | | 0.00 | 1.52 | 55.33 |
| 850.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 851.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 852.  Floor protection - plastic and tape - 10 mil | 74.33 SF | | 0.00 | 0.28 | 21.58 |
| 853.  Floor protection - corrugated cardboard and tape | 148.65 SF | | 0.00 | 0.52 | 79.97 |
| 854.  Seal/prime then paint the walls and ceiling twice (3 coats) | 434.33 SF | | 0.00 | 1.16 | 514.08 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Laundry Room**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 855.  Seal stud wall for odor control | 360.00 SF | | 0.00 | 0.79 | 289.84 |
| 856.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |
| 857.  Floor protection - Ram Board | 148.65 SF | | 0.00 | 0.83 | 128.30 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Laundry Room**                                                                                    **9,529.54**



**Garage**                                                                                               **Height: 8'**

| | |
|---|---|
| 961.93 SF Walls | 844.49 SF Ceiling |
| 1,806.41 SF Walls & Ceiling | 844.49 SF Floor |
| 93.83 SY Flooring | 120.24 LF Floor Perimeter |
| 120.24 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 858.  R&R Refrigerator - compact (under counter) | 1.00 EA | | 16.67 | 323.65 | 368.67 |
| 859.  Garage cabinetry - lower/upper unit - Detach & reset | 5.00 EA | | 0.00 | 101.73 | 508.65 |
| 860.  Final cleaning - construction - Residential | 844.49 SF | | 0.00 | 0.22 | 185.79 |
| 861.  Clean floor or roof joist system - Heavy | 844.49 SF | | 0.00 | 1.13 | 955.87 |
| 862.  Clean stud wall - Heavy | 961.93 SF | | 0.00 | 0.91 | 877.18 |
| 863.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 864.  Detach & Reset Overhead door & hardware - 8' x 7' | 4.00 EA | 391.52 | 0.00 | 0.00 | 1,566.08 |
| 865.  R&R Overhead (garage) door opener | 4.00 EA | | 22.22 | 425.41 | 1,872.51 |
| 866.  R&R 1/2" drywall - hung, taped, ready for texture | 1,806.41 SF | | 0.41 | 1.96 | 4,364.84 |
| 867.  Add for bullnose (rounded) corners | 1,806.41 SF | | 0.00 | 0.18 | 326.86 |
| 868.  Texture drywall - light hand texture | 1,806.41 SF | | 0.00 | 0.60 | 1,092.39 |
| 869.  R&R Breaker panel - 200 amp w/arc fault breakers | 2.00 EA | | 131.12 | 1,987.62 | 4,466.29 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Garage**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 870.  R&R Circuit breaker - main disconnect - 150 to 200 amp | 1.00 EA | | 9.43 | 238.15 | 264.44 |
| 871.  R&R 220 volt outlet | 1.00 EA | | 5.03 | 26.99 | 32.81 |
| 872.  R&R Phone/low voltage outlet rough-in | 12.00 EA | | 5.36 | 43.80 | 595.53 |

*Labor and materials to rough in low voltage wire for overhead door openers and safety sensors. 3 runs for each of 4 openers*

| | | | | | |
|---|---|---|---|---|---|
| 873.  R&R Thermostat - electric heat - Deluxe grade - programmable | 1.00 EA | | 8.34 | 170.65 | 191.18 |

*Thermostat used to control pool temperature is on garage wall*

| | | | | | |
|---|---|---|---|---|---|
| 874.  R&R Baseboard - 8" hardwood - 2 piece | 120.24 LF | | 0.59 | 10.41 | 1,400.47 |
| 875.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 876.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 8.00 EA | | 2.14 | 9.33 | 94.43 |
| 877.  R&R Casing - 4" - hardwood | 42.00 LF | | 0.51 | 4.01 | 202.06 |
| 878.  R&R Crown molding - 5 1/4" stain grade | 120.24 LF | | 0.68 | 6.36 | 888.53 |
| 879.  R&R Quarter round - 3/4" - hardwood | 120.24 LF | | 0.16 | 2.26 | 307.46 |
| 880.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 881.  Light bulb - Fluorescent tube - 4' soft white - mat. only | 12.00 EA | | 0.00 | 5.88 | 77.23 |
| 882.  R&R Fluorescent light fixture | 6.00 EA | | 13.93 | 94.49 | 680.15 |
| 883.  Stain & finish baseboard w/cap &/or shoe, oversized | 120.24 LF | | 0.00 | 1.83 | 222.77 |
| 884.  Stain & finish crown molding | 120.24 LF | | 0.00 | 1.52 | 184.80 |
| 885.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 886.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 887.  Floor protection - plastic and tape - 10 mil | 844.49 SF | | 0.00 | 0.28 | 245.24 |
| 888.  Floor protection - corrugated cardboard and tape | 1,688.97 SF | | 0.00 | 0.52 | 908.59 |
| 889.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,806.41 SF | | 0.00 | 1.16 | 2,138.12 |
| 890.  Seal stud wall for odor control | 961.93 SF | | 0.00 | 0.79 | 774.46 |
| 891.  Prime & paint door slab only - exterior (per side) | 1.00 EA | | 0.00 | 40.64 | 41.79 |
| 892.  R&R In-wall / In-ceiling speaker | 2.00 EA | | 5.00 | 228.55 | 501.12 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**CONTINUED - Garage**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 893.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |
| 894.  Floor protection - Ram Board | 1,688.97 SF | | 0.00 | 0.83 | 1,457.71 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

*Garage floor is finished and will need protection.*

---

**Totals:  Garage**          **28,092.99**

---



**1/2 bath**          **Height: 8'**

| | |
|---|---|
| 149.33 SF Walls | 21.33 SF Ceiling |
| 170.67 SF Walls & Ceiling | 21.33 SF Floor |
| 2.37 SY Flooring | 18.67 LF Floor Perimeter |
| 18.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| *One wall is exposed brick.* | | | | | |
| 895.  Detach & Reset Vanity | 2.00 LF | 50.87 | 0.00 | 0.00 | 101.74 |
| 896.  Final cleaning - construction - Residential | 21.33 SF | | 0.00 | 0.22 | 4.69 |
| 897.  Clean floor or roof joist system - Heavy | 21.33 SF | | 0.00 | 1.13 | 24.14 |
| 898.  Clean stud wall - Heavy | 149.33 SF | | 0.00 | 0.91 | 136.17 |
| 899.  R&R 1/2" drywall - hung, taped, ready for texture | 133.30 SF | | 0.41 | 1.96 | 322.09 |
| 900.  Texture drywall - light hand texture | 133.30 SF | | 0.00 | 0.60 | 80.61 |
| 901.  R&R Bathroom ventilation fan w/light | 1.00 EA | | 17.61 | 172.01 | 202.47 |
| 902.  R&R Baseboard - 3 1/4" | 18.67 LF | | 0.46 | 2.84 | 63.57 |
| 903.  Casing - 3 1/4" | 29.00 LF | | 0.00 | 2.61 | 80.38 |
| 904.  R&R Door lockset - exterior | 1.00 EA | | 12.50 | 47.85 | 63.24 |
| 905.  R&R Toilet paper holder | 1.00 EA | | 5.00 | 23.91 | 30.08 |
| 906.  R&R Towel ring | 1.00 EA | | 5.00 | 28.19 | 34.76 |
| 907.  R&R AC unit w/sleeve - through-wall/window - 5,000 BTU | 1.00 EA | | 31.45 | 720.05 | 800.59 |
| 908.  Sink faucet - Bathroom | 1.00 EA | | 0.00 | 208.38 | 220.87 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - 1/2 bath**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 909.  Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 608.93 | 1,236.79 |
| 910.  Detach & Reset Sink - single | 1.00 EA | 145.63 | 0.00 | 0.00 | 145.63 |
| 911.  Detach & Reset Toilet | 1.00 EA | 237.19 | 0.00 | 0.00 | 237.72 |
| 912.  R&R Toilet seat | 1.00 EA | | 6.82 | 54.92 | 64.71 |
| 913.  Paint baseboard - two coats | 18.67 LF | | 0.00 | 1.29 | 24.27 |
| 914.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 915.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 27.98 | 56.70 |
| 916.  Floor protection - plastic and tape - 10 mil | 21.33 SF | | 0.00 | 0.28 | 6.19 |
| 917.  Floor protection - corrugated cardboard and tape | 42.67 SF | | 0.00 | 0.52 | 22.96 |
| 918.  Seal/prime then paint part of the walls twice (3 coats) | 133.33 SF | | 0.00 | 1.16 | 157.81 |
| 919.  Seal stud wall for odor control | 149.33 SF | | 0.00 | 0.79 | 120.23 |
| 920.  Floor protection - Ram Board | 42.67 SF | | 0.00 | 0.83 | 36.83 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

| | |
|---|---|
| **Totals:  1/2 bath** | **4,299.42** |

| | |
|---|---|
| **Total: Main Level** | **312,728.68** |

**Level 2**

**Level 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 921.  R&R Batt insulation - 10" - R30 - paper faced | 1,614.98 SF | | 0.36 | 1.34 | 2,872.13 |
| 922.  R&R Batt insulation - 4" - R13 - paper faced | 1,914.00 SF | | 0.25 | 0.74 | 1,972.64 |

| | |
|---|---|
| **Total:  Level 2** | **4,844.77** |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| Laundry Room | | Height: 10' |
|---|---|---|
| 335.00 SF Walls | | 65.63 SF Ceiling |
| 400.63 SF Walls & Ceiling | | 65.63 SF Floor |
| 7.29 SY Flooring | | 33.50 LF Floor Perimeter |
| 33.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 923.  R&R Dryer - Electric | 1.00 EA | | 20.12 | 845.54 | 939.52 |
| 924.  R&R Washer/Washing Machine - Top-loading | 1.00 EA | | 26.79 | 715.99 | 798.44 |
| 925.  Detach & Reset Countertop - solid surface | 7.56 SF | 22.31 | 0.00 | 0.00 | 168.66 |
| 926.  Detach & Reset Cabinetry - lower (base) units | 5.33 LF | 59.49 | 0.00 | 0.00 | 317.08 |
| 927.  Detach & Reset Cabinetry - upper (wall) units | 10.25 LF | 50.87 | 0.00 | 0.00 | 521.42 |
| 928.  Final cleaning - construction - Residential | 65.63 SF | | 0.00 | 0.22 | 14.44 |
| 929.  Clean floor or roof joist system - Heavy | 65.63 SF | | 0.00 | 1.13 | 74.28 |
| 930.  Clean stud wall - Heavy | 335.00 SF | | 0.00 | 0.91 | 305.48 |
| 931.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 932.  R&R 1/2" drywall - hung, taped, ready for texture | 400.63 SF | | 0.41 | 1.96 | 968.04 |
| 933.  Add for bullnose (rounded) corners | 400.63 SF | | 0.00 | 0.18 | 72.49 |
| 934.  Texture drywall - light hand texture | 400.63 SF | | 0.00 | 0.60 | 242.27 |
| 935.  R&R Breaker panel - 200 amp w/arc fault breakers | 1.00 EA | | 131.12 | 1,987.62 | 2,233.14 |
| 936.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 5.03 | 27.08 | 33.49 |
| 937.  R&R 220 volt outlet | 1.00 EA | | 5.03 | 26.99 | 32.81 |
| 938.  R&R Outlet | 2.00 EA | | 5.03 | 12.76 | 35.85 |
| 939.  R&R Switch | 2.00 EA | | 5.03 | 12.96 | 36.30 |
| 940.  R&R Baseboard - 8" hardwood - 2 piece | 33.50 LF | | 0.59 | 10.41 | 390.20 |
| 941.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 4.00 EA | | 2.14 | 10.88 | 53.88 |
| 942.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 4.00 EA | | 2.14 | 9.33 | 47.21 |

* Price is inclusive of sales tax paid at point of purchase



## Healthy Home Solutions, LLC

### CONTINUED - Laundry Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 943.  R&R Casing - 4" - hardwood | 32.00 LF | | 0.51 | 4.01 | 153.95 |
| 944.  Detach & Reset Closet rod | 2.17 LF | 2.17 | 0.00 | 0.00 | 4.71 |
| 945.  R&R Crown molding - 5 1/4" stain grade | 33.50 LF | | 0.68 | 6.36 | 247.55 |
| 946.  R&R Quarter round - 3/4" - hardwood | 33.50 LF | | 0.16 | 2.26 | 85.66 |
| 947.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 948.  R&R Door lockset - exterior - Premium grade | 2.00 EA | | 12.50 | 141.50 | 331.47 |
| 949.  R&R Sink faucet -Utility | 1.00 EA | | 18.75 | 208.38 | 239.62 |
| 950.  Laundry tub - Detach & reset | 1.00 EA | | 0.00 | 288.60 | 288.60 |
| 951.  Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 608.93 | 1,236.79 |
| 952.  R&R Angle stop valve | 2.00 EA | | 5.00 | 33.65 | 78.66 |
| 953.  R&R Plumbing fixture supply line | 2.00 EA | | 5.00 | 18.84 | 48.74 |
| 954.  R&R Washing machine outlet box with valves | 1.00 EA | | 27.27 | 229.66 | 259.88 |
| 955.  R&R Washing machine hose line - rubber (per pair) | 1.00 EA | | 12.50 | 36.92 | 51.16 |
| 956.  Stain & finish baseboard w/cap &/or shoe, oversized | 33.50 LF | | 0.00 | 1.83 | 62.07 |
| 957.  Stain & finish crown molding | 33.50 LF | | 0.00 | 1.52 | 51.49 |
| 958.  Finish door slab only - 1 coat urethane (per side) | 3.00 EA | | 0.00 | 23.62 | 72.53 |
| 959.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 960.  Stain & finish door/window trim & jamb - Large (per side) | 1.00 EA | | 0.00 | 42.97 | 43.55 |
| 961.  Floor protection - plastic and tape - 10 mil | 65.63 SF | | 0.00 | 0.28 | 19.06 |
| 962.  Floor protection - corrugated cardboard and tape | 131.25 SF | | 0.00 | 0.52 | 70.61 |
| 963.  Seal/prime then paint the walls and ceiling twice (3 coats) | 400.63 SF | | 0.00 | 1.16 | 474.20 |
| 964.  Seal stud wall for odor control | 335.00 SF | | 0.00 | 0.79 | 269.72 |
| 965.  Floor protection - Ram Board | 131.25 SF | | 0.00 | 0.83 | 113.28 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Laundry Room** **11,665.96**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



**Bedroom 2**                                       **Height: 10'**

| | | |
|---|---|---|
| 581.67 SF Walls | 209.79 SF Ceiling |
| 791.46 SF Walls & Ceiling | 209.79 SF Floor |
| 23.31 SY Flooring | 58.17 LF Floor Perimeter |
| 58.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 966. Final cleaning - construction - Residential | 209.79 SF | | 0.00 | 0.22 | 46.15 |
| 967. Clean floor or roof joist system - Heavy | 209.79 SF | | 0.00 | 1.13 | 237.46 |
| 968. Clean stud wall - Heavy | 581.67 SF | | 0.00 | 0.91 | 530.42 |
| 969. Detach & Reset Interior door - Colonist - pre-hung unit | 2.00 EA | 71.20 | 0.00 | 0.00 | 142.56 |
| 970. R&R 1/2" drywall - hung, taped, ready for texture | 791.46 SF | | 0.41 | 1.96 | 1,912.41 |
| 971. Add for bullnose (rounded) corners | 791.46 SF | | 0.00 | 0.18 | 143.21 |
| 972. Texture drywall - light hand texture | 791.46 SF | | 0.00 | 0.60 | 478.62 |
| 973. R&R Phone, TV, or speaker outlet | 2.00 EA | | 4.69 | 16.51 | 43.41 |
| 974. R&R Outlet | 6.00 EA | | 5.03 | 12.76 | 107.56 |
| 975. R&R Switch | 11.00 EA | | 5.03 | 12.96 | 199.67 |
| 976. R&R Smoke detector | 1.00 EA | | 11.09 | 50.47 | 63.49 |
| 977. R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 978. Remove Carpet | 209.79 SF | | 0.27 | 0.00 | 56.64 |
| 979. Carpet | 241.26 SF | | 0.00 | 3.15 | 815.37 |
| 15 % waste added for Carpet. | | | | | |
| 980. R&R Carpet pad | 209.79 SF | | 0.12 | 0.58 | 156.37 |
| 981. R&R Baseboard - 8" hardwood - 2 piece | 58.17 LF | | 0.59 | 10.41 | 677.52 |
| 982. R&R Bookcase - built in - 12" - (SF of face area) | 21.11 SF | | 0.75 | 12.83 | 299.04 |
| 983. R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 8.00 EA | | 2.14 | 10.88 | 107.77 |
| 984. R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 12.00 EA | | 2.14 | 9.33 | 141.64 |
| 985. R&R Casing - 4" - hardwood | 72.00 LF | | 0.51 | 4.01 | 346.40 |
| 986. R&R Crown molding - 5 1/4" stain grade | 58.17 LF | | 0.68 | 6.36 | 429.86 |
| 987. R&R Medallion - up to 12" diameter | 1.00 EA | | 6.26 | 75.91 | 85.69 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Bedroom 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 988.  R&R Quarter round - 3/4" - hardwood | 58.17 LF | | 0.16 | 2.26 | 148.74 |
| 989.  R&R Door knob - interior - High grade | 2.00 EA | | 12.50 | 53.16 | 138.10 |
| 990.  R&R Door lockset - exterior - Premium grade | 2.00 EA | | 12.50 | 141.50 | 331.47 |
| 991.  Light bulb - Compact Fluorescent stand. type - mat. only | 5.00 EA | | 0.00 | 6.75 | 36.94 |
| 992.  R&R Ceiling fan & light - High grade | 1.00 EA | | 18.87 | 393.66 | 433.79 |
| 993.  R&R Recessed light fixture | 2.00 EA | | 11.13 | 113.89 | 256.68 |
| 994.  Stain & finish baseboard w/cap &/or shoe, oversized | 58.17 LF | | 0.00 | 1.83 | 107.77 |
| 995.  Stain & finish bookcase | 21.11 SF | | 0.00 | 2.73 | 58.61 |
| 996.  Stain & finish crown molding | 58.17 LF | | 0.00 | 1.52 | 89.41 |
| 997.  Finish door slab only - 1 coat urethane (per side) | 5.00 EA | | 0.00 | 23.62 | 120.89 |
| 998.  Stain & finish door/window trim & jamb (per side) | 4.00 EA | | 0.00 | 36.81 | 149.33 |
| 999.  Stain & finish door/window trim & jamb - Large (per side) | 1.00 EA | | 0.00 | 42.97 | 43.55 |
| 1,000.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.76 | 40.13 |
| 1,001.  Seal/prime then paint the walls and ceiling twice (3 coats) | 791.46 SF | | 0.00 | 1.16 | 936.79 |
| 1,002.  Seal stud wall for odor control | 581.67 SF | | 0.00 | 0.79 | 468.32 |

**Totals:  Bedroom 2** **10,451.59**



**Bathroom 4** **Height: 10'**

| | | |
|---|---|---|
| 320.00  SF Walls | | 56.97  SF Ceiling |
| 376.97  SF Walls & Ceiling | | 56.97  SF Floor |
| 6.33  SY Flooring | | 32.00  LF Floor Perimeter |
| 32.00  LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,003.  Add for prefinished crown molding per LF | 3.17 LF | | 0.00 | 9.12 | 30.81 |

* Price is inclusive of sales tax paid at point of purchase

GINART_2104

 **Healthy Home Solutions, LLC**

**CONTINUED - Bathroom 4**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,004.  Detach & Reset Countertop - solid surface | 8.00 SF | 22.31 | 0.00 | 0.00 | 178.48 |
| 1,005.  Detach & Reset Cabinetry - full height unit | 1.50 LF | 59.22 | 0.00 | 0.00 | 88.83 |
| 1,006.  Detach & Reset Vanity | 4.00 LF | 50.87 | 0.00 | 0.00 | 203.48 |
| 1,007.  Final cleaning - construction - Residential | 56.97 SF | | 0.00 | 0.22 | 12.53 |
| 1,008.  Clean floor or roof joist system - Heavy | 56.97 SF | | 0.00 | 1.13 | 64.49 |
| 1,009.  Clean stud wall - Heavy | 320.00 SF | | 0.00 | 0.91 | 291.80 |
| 1,010.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 1,011.  R&R 1/2" drywall - hung, taped, ready for texture | 376.97 SF | | 0.41 | 1.96 | 910.88 |
| 1,012.  Add for bullnose (rounded) corners | 376.97 SF | | 0.00 | 0.18 | 68.21 |
| 1,013.  Texture drywall - light hand texture | 376.97 SF | | 0.00 | 0.60 | 227.96 |
| 1,014.  R&R Bathroom ventilation fan, light, and heater | 1.00 EA | | 17.61 | 334.29 | 377.98 |
| 1,015.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 5.03 | 27.08 | 33.49 |
| 1,016.  R&R Outlet | 1.00 EA | | 5.03 | 12.76 | 17.93 |
| 1,017.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,018.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 6.00 EA | | 2.14 | 9.33 | 70.82 |
| 1,019.  R&R Casing - 4" - hardwood | 24.00 LF | | 0.51 | 4.01 | 115.47 |
| 1,020.  R&R Crown molding - 5 1/4" | 32.00 LF | | 0.68 | 4.81 | 181.79 |
| 1,021.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 1,022.  R&R Robe hook | 1.00 EA | | 5.00 | 15.82 | 21.66 |
| 1,023.  R&R Towel bar - High grade | 1.00 EA | | 6.26 | 34.06 | 42.45 |
| 1,024.  R&R Toilet paper holder - High grade | 1.00 EA | | 5.00 | 31.45 | 38.33 |
| 1,025.  R&R Towel ring - High grade | 1.00 EA | | 5.00 | 31.92 | 38.85 |
| 1,026.  R&R Light bar - 4 lights - High grade | 1.00 EA | | 20.00 | 196.67 | 231.32 |
| 1,027.  Light bulb - Compact Fluorescent stand. type - mat. only | 5.00 EA | | 0.00 | 6.75 | 36.94 |
| 1,028.  R&R Mirror - 1/4" plate glass | 13.27 SF | | 0.28 | 13.21 | 190.17 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Bathroom 4**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,029.  Outlet hole - cut into mirror | 1.00 EA | | 0.00 | 27.30 | 27.30 |
| 1,030.  Sink faucet - Bathroom - High grade | 1.00 EA | | 0.00 | 272.38 | 290.92 |
| 1,031.  Detach & Reset Jetted tub - Acrylic | 1.00 EA | 547.36 | 0.00 | 0.00 | 547.36 |
| 1,032.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 608.93 | 1,855.19 |
| 1,033.  R&R Sink - single | 1.00 EA | | 18.75 | 262.86 | 296.45 |
| 1,034.  R&R Angle stop valve | 2.00 EA | | 5.00 | 33.65 | 78.66 |
| 1,035.  R&R Plumbing fixture supply line | 2.00 EA | | 5.00 | 18.84 | 48.74 |
| 1,036.  Detach & Reset Toilet | 1.00 EA | 237.19 | 0.00 | 0.00 | 237.72 |
| 1,037.  R&R Toilet seat | 1.00 EA | | 6.82 | 54.92 | 64.71 |
| 1,038.  R&R Tub/shower faucet - High grade | 1.00 EA | | 25.01 | 385.41 | 431.68 |
| 1,039.  Stain & finish crown molding | 32.00 LF | | 0.00 | 1.52 | 49.18 |
| 1,040.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,041.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 1,042.  Floor protection - plastic and tape - 10 mil | 56.97 SF | | 0.00 | 0.28 | 16.54 |
| 1,043.  Floor protection - corrugated cardboard and tape | 113.94 SF | | 0.00 | 0.52 | 61.30 |
| 1,044.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 308.38 SF | | 0.00 | 1.16 | 365.01 |
| 1,045.  Seal stud wall for odor control | 320.00 SF | | 0.00 | 0.79 | 257.64 |
| 1,046.  R&R Ceramic/porcelain tile - High grade | 68.59 SF | | 1.79 | 9.94 | 840.34 |
| 1,047.  R&R Tile shower - 61 to 100 SF | 1.00 EA | | 168.54 | 1,222.42 | 1,437.90 |
| 1,048.  Waterproof membrane - tile underlayment | 68.00 SF | | 0.00 | 4.30 | 307.12 |
| 1,049.  Floor protection - Ram Board | 113.94 SF | | 0.00 | 0.83 | 98.34 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Bathroom 4**                                                                                                          **11,052.89**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



**Closet 2**                                                                                          **Height: 10'**

| | |
|---|---|
| 226.67  SF Walls | 32.05  SF Ceiling |
| 258.72  SF Walls & Ceiling | 32.05  SF Floor |
| 3.56  SY Flooring | 22.67  LF Floor Perimeter |
| 22.67  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,050.  Final cleaning - construction - Residential | 32.05 SF | | 0.00 | 0.22 | 7.05 |
| 1,051.  Clean floor or roof joist system - Heavy | 32.05 SF | | 0.00 | 1.13 | 36.28 |
| 1,052.  Clean stud wall - Heavy | 226.67 SF | | 0.00 | 0.91 | 206.70 |
| 1,053.  R&R 1/2" drywall - hung, taped, ready for texture | 258.72 SF | | 0.41 | 1.96 | 625.15 |
| 1,054.  Add for bullnose (rounded) corners | 258.72 SF | | 0.00 | 0.18 | 46.81 |
| 1,055.  Texture drywall - light hand texture | 258.72 SF | | 0.00 | 0.60 | 156.45 |
| 1,056.  Remove Carpet | 32.05 SF | | 0.27 | 0.00 | 8.65 |
| 1,057.  Carpet | 36.86 SF | | 0.00 | 3.15 | 124.57 |
| 15 % waste added for Carpet. | | | | | |
| 1,058.  R&R Carpet pad | 32.05 SF | | 0.12 | 0.58 | 23.89 |
| 1,059.  R&R Baseboard - 8" hardwood - 2 piece | 22.67 LF | | 0.59 | 10.41 | 264.04 |
| 1,060.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,061.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 1,062.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 1,063.  Organized closet shelving | 170.00 SF | | 0.00 | 9.05 | 1,588.78 |
| Includes: Shelving, closet rods, shelf cleat, nails, and installation labor. | | | | | |
| 1,064.  R&R Crown molding - 5 1/4" stain grade | 22.67 LF | | 0.68 | 6.36 | 167.53 |
| 1,065.  R&R Quarter round - 3/4" - hardwood | 22.67 LF | | 0.16 | 2.26 | 57.97 |
| 1,066.  R&R Light fixture - High grade | 1.00 EA | | 8.34 | 93.23 | 106.39 |
| 1,067.  Light bulb - Compact Fluorescent stand. type - mat. only | 2.00 EA | | 0.00 | 6.75 | 14.78 |
| 1,068.  R&R Mirror - 1/4" plate glass | 12.00 SF | | 0.28 | 13.21 | 171.96 |
| 1,069.  Stain & finish baseboard w/cap &/or shoe, oversized | 22.67 LF | | 0.00 | 1.83 | 42.00 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Closet 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,070.  Stain & finish crown molding | 22.67 LF | | 0.00 | 1.52 | 34.85 |
| 1,071.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,072.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 1,073.  Stain & finish full height cabinetry - faces only | 17.00 LF | | 0.00 | 38.11 | 658.86 |
| 1,074.  Seal/prime then paint the walls and ceiling twice (3 coats) | 258.72 SF | | 0.00 | 1.16 | 306.23 |
| 1,075.  Seal stud wall for odor control | 226.67 SF | | 0.00 | 0.79 | 182.50 |

**Totals:  Closet 2**                                                                                    **5,015.67**



**Bedroom 3**                                                                                     **Height: 10'**

| | | |
|---|---|---|
| 565.00 SF Walls | | 189.40 SF Ceiling |
| 754.40 SF Walls & Ceiling | | 189.40 SF Floor |
| 21.04 SY Flooring | | 56.50 LF Floor Perimeter |
| 56.50 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,076.  Final cleaning - construction - Residential | 189.40 SF | | 0.00 | 0.22 | 41.67 |
| 1,077.  Clean floor or roof joist system - Heavy | 189.40 SF | | 0.00 | 1.13 | 214.38 |
| 1,078.  Clean stud wall - Heavy | 565.00 SF | | 0.00 | 0.91 | 515.22 |
| 1,079.  Detach & Reset Interior door - Colonist - pre-hung unit | 2.00 EA | 71.20 | 0.00 | 0.00 | 142.56 |
| 1,080.  Detach & Reset Interior double door - Colonist - pre-hung unit | 1.00 EA | 103.48 | 0.00 | 0.00 | 103.57 |
| 1,081.  R&R 1/2" drywall - hung, taped, ready for texture | 754.40 SF | | 0.41 | 1.96 | 1,822.85 |
| 1,082.  Add for bullnose (rounded) corners | 754.40 SF | | 0.00 | 0.18 | 136.50 |
| 1,083.  Texture drywall - light hand texture | 754.40 SF | | 0.00 | 0.60 | 456.20 |
| 1,084.  R&R Phone, TV, or speaker outlet | 2.00 EA | | 4.69 | 16.51 | 43.41 |
| 1,085.  R&R Outlet | 6.00 EA | | 5.03 | 12.76 | 107.56 |

* Price is inclusive of sales tax paid at point of purchase

GINART_2104



**Healthy Home Solutions, LLC**

**CONTINUED - Bedroom 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,086.  R&R Switch | 11.00 EA | | 5.03 | 12.96 | 199.67 |
| 1,087.  R&R Smoke detector | 1.00 EA | | 11.09 | 50.47 | 63.49 |
| 1,088.  R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 1,089.  R&R Baseboard - 8" hardwood - 2 piece | 56.50 LF | | 0.59 | 10.41 | 658.08 |
| 1,090.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 12.00 EA | | 2.14 | 10.88 | 161.65 |
| 1,091.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 16.00 EA | | 2.14 | 9.33 | 188.86 |
| 1,092.  R&R Casing - 4" - hardwood | 89.00 LF | | 0.51 | 4.01 | 428.18 |
| 1,093.  R&R Crown molding - 5 1/4" stain grade | 56.50 LF | | 0.68 | 6.36 | 417.52 |
| 1,094.  R&R Medallion - up to 12" diameter | 1.00 EA | | 6.26 | 75.91 | 85.69 |
| 1,095.  R&R Quarter round - 3/4" - hardwood | 56.50 LF | | 0.16 | 2.26 | 144.47 |
| 1,096.  R&R Door knob - interior - High grade | 4.00 EA | | 12.50 | 53.16 | 276.20 |
| 1,097.  R&R Door lockset - exterior - Premium grade | 2.00 EA | | 12.50 | 141.50 | 331.47 |
| 1,098.  Light bulb - Compact Fluorescent stand. type - mat. only | 5.00 EA | | 0.00 | 6.75 | 36.94 |
| 1,099.  R&R Ceiling fan & light - High grade | 1.00 EA | | 18.87 | 393.66 | 433.79 |
| 1,100.  R&R Recessed light fixture | 2.00 EA | | 11.13 | 113.89 | 256.68 |
| 1,101.  Paint baseboard w/cap &/or shoe, oversized - 2 coats | 56.50 LF | | 0.00 | 1.69 | 96.98 |
| 1,102.  Paint crown molding - two coats | 56.50 LF | | 0.00 | 1.35 | 76.92 |
| 1,103.  Finish door slab only - 1 coat urethane (per side) | 9.00 EA | | 0.00 | 23.62 | 217.60 |
| 1,104.  Stain & finish door/window trim & jamb (per side) | 4.00 EA | | 0.00 | 36.81 | 149.33 |
| 1,105.  Stain & finish door/window trim & jamb - Large (per side) | 1.00 EA | | 0.00 | 42.97 | 43.55 |
| 1,106.  Floor protection - plastic and tape - 10 mil | 189.40 SF | | 0.00 | 0.28 | 55.00 |
| 1,107.  Floor protection - corrugated cardboard and tape | 378.81 SF | | 0.00 | 0.52 | 203.78 |
| 1,108.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.76 | 40.13 |
| 1,109.  Seal/prime then paint the walls and ceiling twice (3 coats) | 754.40 SF | | 0.00 | 1.16 | 892.92 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Bedroom 3**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,110.  Seal stud wall for odor control | 565.00 SF | | 0.00 | 0.79 | 454.89 |
| 1,111.  Floor protection - Ram Board | 378.81 SF | | 0.00 | 0.83 | 326.94 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Bedroom 3**      **9,894.46**



**Closet 3**      **Height: 10'**

| | |
|---|---|
| 165.00 SF Walls | 12.50 SF Ceiling |
| 177.50 SF Walls & Ceiling | 12.50 SF Floor |
| 1.39 SY Flooring | 16.50 LF Floor Perimeter |
| 16.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,112.  Final cleaning - construction - Residential | 12.50 SF | | 0.00 | 0.22 | 2.75 |
| 1,113.  Clean floor or roof joist system - Heavy | 12.50 SF | | 0.00 | 1.13 | 14.15 |
| 1,114.  Clean stud wall - Heavy | 165.00 SF | | 0.00 | 0.91 | 150.46 |
| 1,115.  R&R 1/2" drywall - hung, taped, ready for texture | 177.50 SF | | 0.41 | 1.96 | 428.90 |
| 1,116.  Add for bullnose (rounded) corners | 177.50 SF | | 0.00 | 0.18 | 32.12 |
| 1,117.  Texture drywall - light hand texture | 177.50 SF | | 0.00 | 0.60 | 107.34 |
| 1,118.  R&R Baseboard - 8" paint grade - 2 piece | 16.50 LF | | 0.59 | 5.89 | 110.81 |
| 1,119.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,120.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 1,121.  R&R Casing - 4" - hardwood | 17.00 LF | | 0.51 | 4.01 | 81.79 |
| 1,122.  Organized closet shelving | 123.75 SF | | 0.00 | 9.05 | 1,156.54 |

*Includes: Shelving, closet rods, shelf cleat, nails, and installation labor.*

| | | | | | |
|---|---|---|---|---|---|
| 1,123.  R&R Fluorescent - one tube - 2' - strip light | 1.00 EA | | 13.93 | 70.56 | 87.22 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Closet 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,124.  Paint baseboard w/cap &/or shoe - two coats | 16.50 LF | | 0.00 | 1.53 | 25.59 |
| 1,125.  Finish door slab only - 1 coat urethane (per side) | 2.00 EA | | 0.00 | 23.62 | 48.36 |
| 1,126.  Stain & finish door/window trim & jamb - Large (per side) | 1.00 EA | | 0.00 | 42.97 | 43.55 |
| 1,127.  Stain & finish full height cabinetry - faces only | 6.25 LF | | 0.00 | 38.11 | 242.23 |
| 1,128.  Floor protection - plastic and tape - 10 mil | 12.50 SF | | 0.00 | 0.28 | 3.63 |
| 1,129.  Floor protection - corrugated cardboard and tape | 25.00 SF | | 0.00 | 0.52 | 13.45 |
| 1,130.  Seal/prime then paint the walls and ceiling twice (3 coats) | 177.50 SF | | 0.00 | 1.16 | 210.09 |
| 1,131.  Seal stud wall for odor control | 165.00 SF | | 0.00 | 0.79 | 132.84 |
| 1,132.  Floor protection - Ram Board | 25.00 SF | | 0.00 | 0.83 | 21.58 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Closet 3** **2,963.95**



**Closet 3.2** **Height: 10'**

196.67  SF Walls                     24.00  SF Ceiling
220.67  SF Walls & Ceiling           24.00  SF Floor
2.67  SY Flooring                    19.67  LF Floor Perimeter
19.67  LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,133.  Final cleaning - construction - Residential | 24.00 SF | | 0.00 | 0.22 | 5.28 |
| 1,134.  Clean floor or roof joist system - Heavy | 24.00 SF | | 0.00 | 1.13 | 27.17 |
| 1,135.  Clean stud wall - Heavy | 196.67 SF | | 0.00 | 0.91 | 179.34 |
| 1,136.  R&R 1/2" drywall - hung, taped, ready for texture | 220.67 SF | | 0.41 | 1.96 | 533.20 |
| 1,137.  Add for bullnose (rounded) corners | 220.67 SF | | 0.00 | 0.18 | 39.93 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Closet 3.2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,138.  Texture drywall - light hand texture | 220.67 SF | | 0.00 | 0.60 | 133.44 |
| 1,139.  R&R Baseboard - 8" hardwood - 2 piece | 19.67 LF | | 0.59 | 10.41 | 229.10 |
| 1,140.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,141.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 1,142.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 1,143.  Organized closet shelving | 147.50 SF | | 0.00 | 9.05 | 1,378.51 |
| *Includes: Shelving, closet rods, shelf cleat, nails, and installation labor.* | | | | | |
| 1,144.  R&R Crown molding - 5 1/4" stain grade | 19.67 LF | | 0.68 | 6.36 | 145.36 |
| 1,145.  R&R Quarter round - 3/4" - hardwood | 19.67 LF | | 0.16 | 2.26 | 50.30 |
| 1,146.  R&R Light fixture - High grade | 1.00 EA | | 8.34 | 93.23 | 106.39 |
| 1,147.  Light bulb - Compact Fluorescent stand. type - mat. only | 2.00 EA | | 0.00 | 6.75 | 14.78 |
| 1,148.  Paint baseboard w/cap &/or shoe, oversized - 2 coats | 19.67 LF | | 0.00 | 1.69 | 33.76 |
| 1,149.  Stain & finish crown molding | 19.67 LF | | 0.00 | 1.52 | 30.23 |
| 1,150.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,151.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 1,152.  Stain & finish full height cabinetry - faces only | 14.75 LF | | 0.00 | 38.11 | 571.65 |
| 1,153.  Floor protection - plastic and tape - 10 mil | 24.00 SF | | 0.00 | 0.28 | 6.97 |
| 1,154.  Floor protection - corrugated cardboard and tape | 48.00 SF | | 0.00 | 0.52 | 25.82 |
| 1,155.  Seal/prime then paint the walls and ceiling twice (3 coats) | 220.67 SF | | 0.00 | 1.16 | 261.19 |
| 1,156.  Seal stud wall for odor control | 196.67 SF | | 0.00 | 0.79 | 158.34 |
| 1,157.  Floor protection - Ram Board | 48.00 SF | | 0.00 | 0.83 | 41.43 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Closet 3.2** **4,156.42**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



**Bathroom 3**                                                                                           **Height: 10'**

| | |
|---|---|
| 303.33  SF Walls | 52.44  SF Ceiling |
| 355.78  SF Walls & Ceiling | 52.44  SF Floor |
| 5.83  SY Flooring | 30.33  LF Floor Perimeter |
| 30.33  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,158.  Add for prefinished crown molding per LF | 3.17 LF | | 0.00 | 9.12 | 30.81 |
| 1,159.  Detach & Reset Countertop - solid surface | 8.00 SF | 22.31 | 0.00 | 0.00 | 178.48 |
| 1,160.  Detach & Reset Cabinetry - full height unit | 1.50 LF | 59.22 | 0.00 | 0.00 | 88.83 |
| 1,161.  Detach & Reset Vanity | 4.00 LF | 50.87 | 0.00 | 0.00 | 203.48 |
| 1,162.  Final cleaning - construction - Residential | 52.44 SF | | 0.00 | 0.22 | 11.54 |
| 1,163.  Clean floor or roof joist system - Heavy | 52.44 SF | | 0.00 | 1.13 | 59.36 |
| 1,164.  Clean stud wall - Heavy | 303.33 SF | | 0.00 | 0.91 | 276.60 |
| 1,165.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 1,166.  R&R 1/2" drywall - hung, taped, ready for texture | 355.78 SF | | 0.41 | 1.96 | 859.67 |
| 1,167.  Add for bullnose (rounded) corners | 355.78 SF | | 0.00 | 0.18 | 64.38 |
| 1,168.  Texture drywall - light hand texture | 355.78 SF | | 0.00 | 0.60 | 215.15 |
| 1,169.  R&R Bathroom ventilation fan, light, and heater | 1.00 EA | | 17.61 | 334.29 | 377.98 |
| 1,170.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 5.03 | 27.08 | 33.49 |
| 1,171.  R&R Outlet | 1.00 EA | | 5.03 | 12.76 | 17.93 |
| 1,172.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,173.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 6.00 EA | | 2.14 | 9.33 | 70.82 |
| 1,174.  R&R Casing - 4" - hardwood | 24.00 LF | | 0.51 | 4.01 | 115.47 |
| 1,175.  R&R Crown molding - 5 1/4" stain grade | 30.33 LF | | 0.68 | 6.36 | 224.12 |
| 1,176.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |

\* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

### CONTINUED - Bathroom 3

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,177.  R&R Robe hook | 1.00 EA | | 5.00 | 15.82 | 21.66 |
| 1,178.  R&R Towel bar - High grade | 1.00 EA | | 6.26 | 34.06 | 42.45 |
| 1,179.  R&R Toilet paper holder - High grade | 1.00 EA | | 5.00 | 31.45 | 38.33 |
| 1,180.  R&R Towel ring - High grade | 1.00 EA | | 5.00 | 31.92 | 38.85 |
| 1,181.  R&R Light bar - 4 lights - High grade | 1.00 EA | | 20.00 | 196.67 | 231.32 |
| 1,182.  Light bulb - Compact Fluorescent stand. type - mat. only | 5.00 EA | | 0.00 | 6.75 | 36.94 |
| 1,183.  R&R Mirror - 1/4" plate glass | 13.27 SF | | 0.28 | 13.21 | 190.17 |
| 1,184.  Outlet hole - cut into mirror | 1.00 EA | | 0.00 | 27.30 | 27.30 |
| 1,185.  Sink faucet - Bathroom - High grade | 1.00 EA | | 0.00 | 272.38 | 290.92 |
| 1,186.  Detach & Reset Jetted tub - Acrylic | 1.00 EA | 547.36 | 0.00 | 0.00 | 547.36 |
| 1,187.  R&R Angle stop valve | 2.00 EA | | 5.00 | 33.65 | 78.66 |
| 1,188.  R&R Plumbing fixture supply line | 2.00 EA | | 5.00 | 18.84 | 48.74 |
| 1,189.  R&R Tub/shower faucet - High grade | 1.00 EA | | 25.01 | 385.41 | 431.68 |
| 1,190.  Stain & finish crown molding | 30.33 LF | | 0.00 | 1.52 | 46.62 |
| 1,191.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,192.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 1,193.  Floor protection - plastic and tape - 10 mil | 52.44 SF | | 0.00 | 0.28 | 15.23 |
| 1,194.  Floor protection - corrugated cardboard and tape | 104.89 SF | | 0.00 | 0.52 | 56.42 |
| 1,195.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 287.19 SF | | 0.00 | 1.16 | 339.93 |
| 1,196.  Seal stud wall for odor control | 303.33 SF | | 0.00 | 0.79 | 244.22 |
| 1,197.  R&R Ceramic/porcelain tile - High grade | 68.59 SF | | 1.79 | 9.94 | 840.34 |
| 1,198.  R&R Tile shower - 61 to 100 SF | 1.00 EA | | 168.54 | 1,222.42 | 1,437.90 |
| 1,199.  Waterproof membrane - tile underlayment | 68.00 SF | | 0.00 | 4.30 | 307.12 |
| 1,200.  Floor protection - Ram Board | 104.89 SF | | 0.00 | 0.83 | 90.53 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,473.  Detach & Reset Toilet | 1.00 EA | 237.19 | 0.00 | 0.00 | 237.72 |
| 1,474.  R&R Toilet seat | 1.00 EA | | 6.82 | 54.92 | 64.71 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Bathroom 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| Totals:  Bathroom 3 | | | | | 8,799.35 |

**Loft**                                                                        **Height: 10'**

| | | | |
|---|---|---|---|
| 493.48 SF Walls | | 108.37 SF Ceiling | |
| 601.85 SF Walls & Ceiling | | 108.37 SF Floor | |
| 12.04 SY Flooring | | 45.77 LF Floor Perimeter | |
| 63.65 LF Ceil. Perimeter | | | |

| | | | |
|---|---|---|---|
| **Missing Wall** | **10' 6 7/8'' X 10'** | **Opens into OPEN_FROM_BE** | |
| **Missing Wall** | **3' 4'' X 10'** | **Opens into MAIN** | |
| **Missing Wall** | **3' 7 11/16'' X 10'** | **Opens into OPEN_FROM_BE** | |
| **Missing Wall** | **3' 7 7/8'' X 10'** | **Opens into OPEN_FROM_BE** | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,201.  Final cleaning - construction - Residential | 108.37 SF | | 0.00 | 0.22 | 23.84 |
| 1,202.  Clean floor or roof joist system - Heavy | 108.37 SF | | 0.00 | 1.13 | 122.67 |
| 1,203.  Clean stud wall - Heavy | 493.48 SF | | 0.00 | 0.91 | 450.00 |
| 1,204.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 1,205.  R&R 1/2'' drywall - hung, taped, ready for texture | 601.85 SF | | 0.41 | 1.96 | 1,454.26 |
| 1,206.  Add for bullnose (rounded) corners | 601.85 SF | | 0.00 | 0.18 | 108.90 |
| 1,207.  Texture drywall - light hand texture | 601.85 SF | | 0.00 | 0.60 | 363.95 |
| 1,208.  R&R Combination CO/Smoke detector | 1.00 EA | | 11.09 | 91.26 | 108.01 |
| 1,209.  R&R Elevator Button | 1.00 EA | | 4.69 | 169.00 | 174.19 |
| 1,210.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.36 | 43.80 | 49.63 |
| *Labor and materials to install a low voltage wiring run for the elevator button.* | | | | | |
| 1,211.  R&R Outlet | 2.00 EA | | 5.03 | 12.76 | 35.85 |
| 1,212.  R&R Switch | 5.00 EA | | 5.03 | 12.96 | 90.76 |
| 1,213.  R&R Baseboard - 8'' hardwood - 2 piece | 45.77 LF | | 0.59 | 10.41 | 533.10 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Loft**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,214.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 10.00 EA | | 2.14 | 10.88 | 134.71 |
| 1,215.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 10.00 EA | | 2.14 | 9.33 | 118.04 |
| 1,216.  R&R Casing - 4" - hardwood | 75.00 LF | | 0.51 | 4.01 | 360.83 |
| 1,217.  R&R Crown molding - 5-piece | 63.65 LF | | 1.50 | 21.61 | 1,516.43 |
| 1,218.  R&R Quarter round - 3/4" - hardwood | 45.77 LF | | 0.16 | 2.26 | 117.03 |
| 1,219.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 1,220.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 3.00 EA | | 0.00 | 9.42 | 30.93 |
| 1,221.  R&R Recessed light fixture | 3.00 EA | | 11.13 | 113.89 | 385.03 |
| 1,222.  Paint baseboard w/cap &/or shoe - two coats | 45.77 LF | | 0.00 | 1.53 | 70.98 |
| 1,223.  Finish door slab only - 1 coat urethane (per side) | 5.00 EA | | 0.00 | 23.62 | 120.89 |
| 1,224.  Stain & finish door/window trim & jamb (per side) | 5.00 EA | | 0.00 | 36.81 | 186.67 |
| 1,225.  Painting - Faux (special effects) - Marbling | 493.48 SF | | 0.00 | 4.71 | 2,349.47 |
| 1,226.  Mask railing per square foot - plastic and tape - 4 mil | 137.32 SF | | 0.00 | 0.22 | 30.86 |

*Handrail does not attach to walls and may remain in place for remediation. It must be protected during the process.*

| | | | | | |
|---|---|---|---|---|---|
| 1,227.  Floor protection - plastic and tape - 10 mil | 108.37 SF | | 0.00 | 0.28 | 31.47 |
| 1,228.  Floor protection - plastic and tape - 10 mil | 108.37 SF | | 0.00 | 0.28 | 31.47 |
| 1,229.  Floor protection - corrugated cardboard and tape | 216.74 SF | | 0.00 | 0.52 | 116.59 |
| 1,230.  Floor protection - corrugated cardboard and tape | 216.74 SF | | 0.00 | 0.52 | 116.59 |
| 1,231.  Paint - molding - ornate or multi-member - two coats | 63.65 LF | | 0.00 | 1.62 | 103.95 |
| 1,232.  Seal the walls w/PVA primer - one coat | 493.48 SF | | 0.00 | 0.53 | 263.87 |
| 1,233.  Stain & finish base shoe or quarter round | 45.77 LF | | 0.00 | 1.15 | 53.42 |
| 1,234.  Seal/prime then paint the ceiling twice (3 coats) | 108.37 SF | | 0.00 | 1.16 | 128.27 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**CONTINUED - Loft**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,235.  Seal stud wall for odor control | 493.48 SF | | 0.00 | 0.79 | 397.31 |
| 1,236.  Floor protection - Ram Board | 216.74 SF | | 0.00 | 0.83 | 187.06 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

| | | | | | |
|---|---|---|---|---|---|
| 1,237.  Floor protection - Ram Board | 216.74 SF | | 0.00 | 0.83 | 187.06 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

---

**Totals:  Loft**                                                                 **10,694.42**

---



**Elevator Shaft**                                                          **Height: 18'**

| | |
|---|---|
| 311.09  SF Walls | 21.71  SF Ceiling |
| 332.80  SF Walls & Ceiling | 21.71  SF Floor |
| 2.41  SY Flooring | 17.28  LF Floor Perimeter |
| 17.28  LF Ceil. Perimeter | |



**Subroom:  Chase (1)**                                                     **Height: 18'**

| | |
|---|---|
| 89.09  SF Walls | 2.42  SF Ceiling |
| 91.50  SF Walls & Ceiling | 2.42  SF Floor |
| 0.27  SY Flooring | 4.95  LF Floor Perimeter |
| 4.95  LF Ceil. Perimeter | |

**Missing Wall**                    **1' 5 3/8'' X 18'**            **Opens into ELEVATOR_SHA**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,238.  Final cleaning - construction - Residential | 24.12 SF | | 0.00 | 0.22 | 5.31 |
| 1,239.  Clean floor or roof joist system - Heavy | 24.12 SF | | 0.00 | 1.13 | 27.31 |
| 1,240.  Clean stud wall - Heavy | 400.18 SF | | 0.00 | 0.91 | 364.92 |
| 1,241.  Add for bullnose (rounded) corners | 424.30 SF | | 0.00 | 0.18 | 76.77 |
| 1,242.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |

---

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Elevator Shaft**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,243.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 1,244.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 1,245.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,246.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 1,247.  Seal/prime then paint the walls and ceiling twice (3 coats) | 424.30 SF | | 0.00 | 1.16 | 502.21 |
| 1,248.  Seal stud wall for odor control | 400.18 SF | | 0.00 | 0.79 | 322.19 |

**Totals:  Elevator Shaft**                                                   **1,482.94**



| **Stairs** | | **Height: 14' 10''** |
|---|---|---|
| | 33.99 SF Walls & Ceiling | 33.99 SF Ceiling |
| | 7.05 SY Flooring | 63.46 SF Floor |

**Missing Wall**                     **3' 4'' X 14' 10 7/16''**             **Opens into LOFT**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**CONTINUED - Stairs**

**Subroom:  open from below (1)**                                                    **Height: 8'**

|  |  |
|---|---|
| 120.33 SF Walls | 45.83 SF Ceiling |
| 166.16 SF Walls & Ceiling | 45.83 SF Floor |
| 5.09 SY Flooring | 15.04 LF Floor Perimeter |
| 60.24 LF Ceil. Perimeter | |

| Missing Wall | 3' 7 7/8" X 8' | Opens into LOFT |
|---|---|---|
| Missing Wall | 3' 7 11/16" X 8' | Opens into LOFT |
| Missing Wall | 10' X 8' | Opens into MAIN |
| Missing Wall | 3' 4" X 8' | Opens into MAIN |
| Missing Wall | 10' X 8' | Opens into MAIN |
| Missing Wall | 10' 6 7/8" X 8' | Opens into LOFT |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,249.  Final cleaning - construction - Residential | 109.29 SF | | 0.00 | 0.22 | 24.04 |
| 1,250.  Clean floor or roof joist system - Heavy | 79.82 SF | | 0.00 | 1.13 | 90.35 |
| 1,251.  Clean stud wall - Heavy | 120.33 SF | | 0.00 | 0.91 | 109.73 |
| 1,252.  General Demolition - per hour | 1.00 HR | | 50.00 | 0.00 | 50.00 |
| *Additional labor to install floor protection on stairs.* | | | | | |
| 1,253.  R&R 1/2" drywall - hung, taped, ready for texture | 200.15 SF | | 0.41 | 1.96 | 483.62 |
| 1,254.  Add for bullnose (rounded) corners | 200.15 SF | | 0.00 | 0.18 | 36.22 |
| 1,255.  Texture drywall - light hand texture | 200.15 SF | | 0.00 | 0.60 | 121.04 |
| 1,256.  R&R Crown molding - 5-piece | 30.12 LF | | 1.50 | 21.61 | 717.59 |
| 1,257.  R&R Chandelier - oversized - Premium grade | 1.00 EA | | 37.51 | 2,046.74 | 2,261.82 |
| 1,258.  R&R Ceiling medallion - molded polymer | 1.00 EA | | 12.50 | 224.29 | 247.01 |
| 1,259.  Paint baseboard w/cap &/or shoe - two coats | 15.04 LF | | 0.00 | 1.53 | 23.32 |
| 1,260.  Painting - Faux (special effects) - Marbling | 120.33 SF | | 0.00 | 4.71 | 572.89 |
| 1,261.  Mask railing per square foot - plastic and tape - 4 mil | 45.12 SF | | 0.00 | 0.22 | 10.14 |

*Handrail does not attach to walls and may remain in place for remediation. It must be protected during the process.*

---

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">CONTINUED - Stairs</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,262.  Floor protection - plastic and tape - 10 mil | 109.29 SF | | 0.00 | 0.28 | 31.74 |
| 1,263.  Floor protection - corrugated cardboard and tape | 218.59 SF | | 0.00 | 0.52 | 117.59 |
| 1,264.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.76 | 40.13 |
| 1,265.  Paint - molding - ornate or multi-member - two coats | 30.12 LF | | 0.00 | 1.62 | 49.19 |
| 1,266.  Seal the walls w/PVA primer - one coat | 120.33 SF | | 0.00 | 0.53 | 64.34 |
| 1,267.  Seal/prime then paint the ceiling twice (3 coats) | 79.82 SF | | 0.00 | 1.16 | 94.48 |
| 1,268.  Seal stud wall for odor control | 120.33 SF | | 0.00 | 0.79 | 96.88 |
| 1,269.  Floor protection - Ram Board | 218.59 SF | | 0.00 | 0.83 | 188.66 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Stairs**                                                           **5,430.78**



**Chase**                                                          **Height: 10'**

| | |
|---|---|
| 68.22  SF Walls | 1.44  SF Ceiling |
| 69.66  SF Walls & Ceiling | 1.44  SF Floor |
| 0.16  SY Flooring | 6.82  LF Floor Perimeter |
| 6.82  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,270.  Final cleaning - construction - Residential | 1.44 SF | | 0.00 | 0.22 | 0.32 |
| 1,271.  Clean floor or roof joist system - Heavy | 1.44 SF | | 0.00 | 1.13 | 1.63 |
| 1,272.  Clean stud wall - Heavy | 68.22 SF | | 0.00 | 0.91 | 62.21 |
| 1,273.  Seal stud wall for odor control | 68.22 SF | | 0.00 | 0.79 | 54.92 |

**Totals:  Chase**                                                           **119.08**

<div align="center">Master Suite</div>

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| | | | | |
|---|---|---|---|---|
| **Master Bedroom** | | | | **Height: 10'** |

| | | |
|---|---|---|
| 925.11 SF Walls | | 383.61 SF Ceiling |
| 1,308.72 SF Walls & Ceiling | | 383.61 SF Floor |
| 42.62 SY Flooring | | 92.51 LF Floor Perimeter |
| 92.51 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,274. Final cleaning - construction - Residential | 383.61 SF | | 0.00 | 0.22 | 84.39 |
| 1,275. Clean floor or roof joist system - Heavy | 383.61 SF | | 0.00 | 1.13 | 434.20 |
| 1,276. Clean stud wall - Heavy | 925.11 SF | | 0.00 | 0.91 | 843.60 |
| 1,277. Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 1,278. Detach & Reset Interior double door - Colonist - pre-hung unit | 5.00 EA | 103.48 | 0.00 | 0.00 | 517.83 |
| 1,279. R&R 1/2" drywall - hung, taped, ready for texture | 1,308.72 SF | | 0.41 | 1.96 | 3,162.27 |
| 1,280. Add for bullnose (rounded) corners | 1,308.72 SF | | 0.00 | 0.18 | 236.81 |
| 1,281. Texture drywall - light hand texture | 1,308.72 SF | | 0.00 | 0.60 | 791.41 |
| 1,282. R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.69 | 16.51 | 21.70 |
| 1,283. R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.36 | 43.80 | 49.63 |
| 1,284. R&R Outlet | 6.00 EA | | 5.03 | 12.76 | 107.56 |
| 1,285. R&R Switch | 12.00 EA | | 5.03 | 12.96 | 217.82 |
| 1,286. R&R Smoke detector | 1.00 EA | | 11.09 | 50.47 | 63.49 |
| 1,287. R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 1,288. Remove Carpet | 383.61 SF | | 0.27 | 0.00 | 103.57 |
| 1,289. Carpet | 441.15 SF | | 0.00 | 3.15 | 1,490.92 |
| 15 % waste added for Carpet. | | | | | |
| 1,290. R&R Carpet pad | 383.61 SF | | 0.12 | 0.58 | 285.92 |
| 1,291. R&R Baseboard - 8" hardwood - 2 piece | 92.51 LF | | 0.59 | 10.41 | 1,077.49 |
| 1,292. R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 6.00 EA | | 2.14 | 10.88 | 80.82 |
| 1,293. R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 6.00 EA | | 2.14 | 9.33 | 70.82 |
| 1,294. R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Master Bedroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,295.  Organized closet shelving | 90.00 SF | | 0.00 | 9.05 | 841.12 |
| 1,296.  R&R Crown molding - 5 1/4" | 92.51 LF | | 0.68 | 4.81 | 525.54 |
| 1,297.  R&R Medallion - up to 12" diameter | 2.00 EA | | 6.26 | 75.91 | 171.37 |
| 1,298.  R&R Door knob - interior - High grade | 3.00 EA | | 12.50 | 53.16 | 207.15 |
| 1,299.  Light bulb - Compact Fluorescent stand. type - mat. only | 10.00 EA | | 0.00 | 6.75 | 73.88 |
| 1,300.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 8.00 EA | | 0.00 | 9.42 | 82.48 |
| 1,301.  R&R Ceiling fan & light - High grade | 1.00 EA | | 18.87 | 393.66 | 433.79 |
| 1,302.  R&R Recessed light fixture | 8.00 EA | | 11.13 | 113.89 | 1,026.73 |
| 1,303.  Stain & finish baseboard w/cap &/or shoe, oversized | 92.51 LF | | 0.00 | 1.83 | 171.39 |
| 1,304.  Stain & finish crown molding | 92.51 LF | | 0.00 | 1.52 | 142.19 |
| 1,305.  Finish door slab only - 1 coat urethane (per side) | 13.00 EA | | 0.00 | 23.62 | 314.31 |
| 1,306.  Stain & finish door/window trim & jamb (per side) | 13.00 EA | | 0.00 | 36.81 | 485.34 |
| 1,307.  Stain & finish full height cabinetry - faces only | 45.00 LF | | 0.00 | 38.11 | 1,744.04 |
| 1,308.  Paint ceiling medallion | 2.00 EA | | 0.00 | 39.76 | 80.26 |
| 1,309.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,308.72 SF | | 0.00 | 1.16 | 1,549.04 |
| 1,310.  Seal stud wall for odor control | 925.11 SF | | 0.00 | 0.79 | 744.83 |

**Totals:  Master Bedroom**        **18,446.97**



**Masonry**        **Height: 10'**

| | |
|---|---|
| 131.78 SF Walls | 9.59 SF Ceiling |
| 141.37 SF Walls & Ceiling | 9.59 SF Floor |
| 1.07 SY Flooring | 13.18 LF Floor Perimeter |
| 13.18 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

* Price is inclusive of sales tax paid at point of purchase
GINART_2104

 **Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Masonry**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,311.  Mask more than the walls per square foot - plastic and tape - 4 mil | 263.56 SF | | 0.00 | 0.22 | 59.23 |

*Mask Brick wall twice during remediation. Protection must be removed after demolition for inspector.*

**Totals:  Masonry**          **59.23**



**Master Bath**        **Height: 10'**

| | | |
|---|---|---|
| 585.00 SF Walls | | 220.50 SF Ceiling |
| 805.50 SF Walls & Ceiling | | 220.50 SF Floor |
| 24.50 SY Flooring | | 58.50 LF Floor Perimeter |
| 58.50 LF Ceil. Perimeter | | |

**Missing Wall**      **4' 2" X 10'**        **Opens into SHOWER**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,312.  Detach & Reset Countertop - solid surface | 30.84 SF | 22.31 | 0.00 | 0.00 | 688.04 |
| 1,313.  Detach & Reset Cabinetry - full height unit | 1.50 LF | 59.22 | 0.00 | 0.00 | 88.83 |
| 1,314.  Detach & Reset Vanity | 15.42 LF | 50.87 | 0.00 | 0.00 | 784.42 |
| 1,315.  Final cleaning - construction - Residential | 220.50 SF | | 0.00 | 0.22 | 48.51 |
| 1,316.  Clean floor or roof joist system - Heavy | 220.50 SF | | 0.00 | 1.13 | 249.59 |
| 1,317.  Clean stud wall - Heavy | 585.00 SF | | 0.00 | 0.91 | 533.46 |
| 1,318.  Detach & Reset Interior door - Colonist - pre-hung unit | 2.00 EA | 71.20 | 0.00 | 0.00 | 142.56 |
| 1,319.  R&R 1/2" drywall - hung, taped, ready for texture | 805.50 SF | | 0.41 | 1.96 | 1,946.34 |
| 1,320.  Add for bullnose (rounded) corners | 805.50 SF | | 0.00 | 0.18 | 145.75 |
| 1,321.  Texture drywall - light hand texture | 805.50 SF | | 0.00 | 0.60 | 487.11 |
| 1,322.  R&R Outlet | 5.00 EA | | 5.03 | 12.76 | 89.64 |
| 1,323.  R&R Switch | 7.00 EA | | 5.03 | 12.96 | 127.06 |
| 1,324.  R&R Television cable outlet | 1.00 EA | | 5.36 | 62.63 | 69.81 |
| 1,325.  R&R Marble or Granite base | 17.00 LF | | 2.10 | 11.11 | 231.01 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Master Bath**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,326.  R&R Baseboard - 8" hardwood - 2 piece | 29.25 LF | | 0.59 | 10.41 | 340.68 |
| 1,327.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 8.00 EA | | 2.14 | 10.88 | 107.77 |
| 1,328.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 12.00 EA | | 2.14 | 9.33 | 141.64 |
| 1,329.  R&R Casing - 4" - hardwood | 84.00 LF | | 0.51 | 4.01 | 404.13 |
| 1,330.  R&R Crown molding - 5 1/4" stain grade | 58.50 LF | | 0.68 | 6.36 | 432.29 |
| 1,331.  R&R Quarter round - 3/4" - hardwood | 29.25 LF | | 0.16 | 2.26 | 74.80 |
| 1,332.  R&R Door knob - interior - High grade | 3.00 EA | | 12.50 | 53.16 | 207.15 |
| *Linen closet door is a split design with a lever on the upper and lower section.* | | | | | |
| 1,333.  R&R Light bar - 4 lights - High grade | 2.00 EA | | 20.00 | 196.67 | 462.64 |
| 1,334.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 5.00 EA | | 0.00 | 9.42 | 51.55 |
| 1,335.  Light bulb - Incand. small or medium globe - mat. only | 5.00 EA | | 0.00 | 1.45 | 7.94 |
| 1,336.  R&R Chandelier - High grade | 1.00 EA | | 18.75 | 342.11 | 382.69 |
| 1,337.  R&R Recessed light fixture | 5.00 EA | | 11.13 | 113.89 | 641.71 |
| 1,338.  R&R Heat lamp fixture | 2.00 EA | | 13.93 | 47.29 | 125.08 |
| 1,339.  R&R Granite or marble facade - Premium grade | 32.17 SF | | 7.96 | 123.17 | 4,518.69 |
| *Labor & Materials to remove and replace marble tub surround, facing and step.* | | | | | |
| 1,340.  R&R Mirror - 1/4" plate glass | 107.50 SF | | 0.28 | 13.21 | 1,540.49 |
| 1,341.  Outlet hole - cut into mirror | 2.00 EA | | 0.00 | 27.30 | 54.60 |
| 1,342.  Sink faucet - Bathroom - Premium grade | 2.00 EA | | 0.00 | 409.38 | 881.73 |
| 1,343.  Detach & Reset Jetted tub - Acrylic - corner unit - Premium grade | 1.00 EA | 547.36 | 0.00 | 0.00 | 547.36 |
| 1,344.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 608.93 | 1,855.19 |
| 1,345.  Detach & Reset Sink - single | 2.00 EA | 145.63 | 0.00 | 0.00 | 291.26 |
| 1,346.  R&R Angle stop valve | 4.00 EA | | 5.00 | 33.65 | 157.32 |
| 1,347.  R&R Plumbing fixture supply line | 4.00 EA | | 5.00 | 18.84 | 97.48 |
| 1,348.  Stain & finish baseboard w/cap &/or shoe, oversized | 29.25 LF | | 0.00 | 1.83 | 54.19 |
| 1,349.  Stain & finish crown molding | 58.50 LF | | 0.00 | 1.52 | 89.92 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Master Bath

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,350.  Finish door slab only - 1 coat urethane (per side) | 5.00 EA | | 0.00 | 23.62 | 120.89 |
| 1,351.  Stain & finish door/window trim & jamb (per side) | 6.00 EA | | 0.00 | 36.81 | 224.00 |
| 1,352.  Floor protection - plastic and tape - 10 mil | 220.50 SF | | 0.00 | 0.28 | 64.03 |
| 1,353.  Floor protection - corrugated cardboard and tape | 441.00 SF | | 0.00 | 0.52 | 237.24 |
| 1,354.  Seal/prime then paint the walls and ceiling twice (3 coats) | 805.50 SF | | 0.00 | 1.16 | 953.41 |
| 1,355.  Seal stud wall for odor control | 585.00 SF | | 0.00 | 0.79 | 471.00 |
| 1,356.  Floor protection - Ram Board | 441.00 SF | | 0.00 | 0.83 | 380.62 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

Totals:  Master Bath | 21,551.62

Linen Closet | Height: 10'



85.00 SF Walls | 4.38 SF Ceiling
89.38 SF Walls & Ceiling | 4.38 SF Floor
0.49 SY Flooring | 8.50 LF Floor Perimeter
8.50 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,357.  Final cleaning - construction - Residential | 4.38 SF | | 0.00 | 0.22 | 0.96 |
| 1,358.  Clean floor or roof joist system - Heavy | 4.38 SF | | 0.00 | 1.13 | 4.96 |
| 1,359.  Clean stud wall - Heavy | 85.00 SF | | 0.00 | 0.91 | 77.51 |
| 1,360.  R&R 1/2" drywall - hung, taped, ready for texture | 89.38 SF | | 0.41 | 1.96 | 215.97 |
| 1,361.  Add for bullnose (rounded) corners | 89.38 SF | | 0.00 | 0.18 | 16.17 |
| 1,362.  Texture drywall - light hand texture | 89.38 SF | | 0.00 | 0.60 | 54.05 |
| 1,363.  R&R Baseboard - 8" hardwood - 2 piece | 8.50 LF | | 0.59 | 10.41 | 99.01 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Linen Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,364.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,365.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 1,366.  R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 1,367.  R&R Quarter round - 3/4" - hardwood | 8.50 LF | | 0.16 | 2.26 | 21.74 |
| 1,368.  Detach & Reset Shelving - 12" - in place | 10.00 LF | 7.28 | 0.00 | 0.00 | 72.82 |
| 1,369.  Stain & finish baseboard w/cap &/or shoe, oversized | 8.50 LF | | 0.00 | 1.83 | 15.75 |
| 1,370.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,371.  Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 1,372.  Floor protection - plastic and tape - 10 mil | 4.38 SF | | 0.00 | 0.28 | 1.28 |
| 1,373.  Floor protection - corrugated cardboard and tape | 8.75 SF | | 0.00 | 0.52 | 4.71 |
| 1,374.  Finish wood shelving, 12"- 24" width - 1 coat urethane | 10.00 LF | | 0.00 | 2.82 | 28.58 |
| 1,375.  Seal/prime then paint the walls and ceiling twice (3 coats) | 89.38 SF | | 0.00 | 1.16 | 105.79 |
| 1,376.  Seal stud wall for odor control | 85.00 SF | | 0.00 | 0.79 | 68.44 |
| 1,377.  Floor protection - Ram Board | 8.75 SF | | 0.00 | 0.83 | 7.55 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

**Totals:  Linen Closet** **979.52**



**shower** **Height: 10'**

|  |  |
|---|---|
| 198.33  SF Walls | 30.13  SF Ceiling |
| 228.46  SF Walls & Ceiling | 30.13  SF Floor |
| 3.35  SY Flooring | 19.83  LF Floor Perimeter |
| 19.83  LF Ceil. Perimeter | |

**Missing Wall** **4' 2" X 10'** **Opens into MASTER_BATH**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - shower**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,378.  Final cleaning - construction - Residential | 30.13 SF | | 0.00 | 0.22 | 6.63 |
| 1,379.  Clean floor or roof joist system - Heavy | 30.13 SF | | 0.00 | 1.13 | 34.11 |
| 1,380.  Clean stud wall - Heavy | 198.33 SF | | 0.00 | 0.91 | 180.86 |
| 1,381.  R&R 1/2" drywall - hung, taped, ready for texture | 228.46 SF | | 0.41 | 1.96 | 552.03 |
| 1,382.  R&R Shower light - waterproof fixture | 1.00 EA | | 11.13 | 170.28 | 190.60 |
| 1,383.  R&R Shower door - Premium grade | 1.00 EA | | 18.34 | 614.38 | 681.37 |
| 1,384.  R&R Shower faucet - Premium grade | 3.00 EA | | 18.75 | 411.58 | 1,378.88 |
| *Shower head, body spray, and hand wand each have separate shower valves.* | | | | | |
| 1,385.  Seal stud wall for odor control | 198.33 SF | | 0.00 | 0.79 | 159.68 |
| 1,386.  R&R Shower bench - Marble | 1.00 EA | | 18.34 | 451.13 | 503.02 |
| 1,387.  R&R Marble or Granite tile | 228.46 SF | | 1.79 | 15.40 | 4,103.61 |
| 1,388.  Waterproof membrane - tile underlayment | 228.46 SF | | 0.00 | 4.30 | 1,031.82 |

**Totals:  shower**                                                 **8,822.61**



**Master Closet**                                             **Height: 10'**

| | |
|---|---|
| 398.33  SF Walls | 81.39  SF Ceiling |
| 479.72  SF Walls & Ceiling | 81.39  SF Floor |
| 9.04  SY Flooring | 39.83  LF Floor Perimeter |
| 39.83  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,389.  Final cleaning - construction - Residential | 81.39 SF | | 0.00 | 0.22 | 17.91 |
| 1,390.  Clean floor or roof joist system - Heavy | 81.39 SF | | 0.00 | 1.13 | 92.12 |
| 1,391.  Clean stud wall - Heavy | 398.33 SF | | 0.00 | 0.91 | 363.23 |
| 1,392.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 1,393.  R&R 1/2" drywall - hung, taped, ready for texture | 479.72 SF | | 0.41 | 1.96 | 1,159.15 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Master Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,394. Add for bullnose (rounded) corners | 479.72 SF | | 0.00 | 0.18 | 86.80 |
| 1,395. Texture drywall - light hand texture | 479.72 SF | | 0.00 | 0.60 | 290.10 |
| 1,396. Remove Carpet | 81.39 SF | | 0.27 | 0.00 | 21.98 |
| 1,397. Carpet | 93.60 SF | | 0.00 | 3.15 | 316.33 |
| 15 % waste added for Carpet. | | | | | |
| 1,398. R&R Carpet pad | 81.39 SF | | 0.12 | 0.58 | 60.67 |
| 1,399. R&R Baseboard - 8" hardwood - 2 piece | 39.83 LF | | 0.59 | 10.41 | 463.91 |
| 1,400. R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,401. R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 2.00 EA | | 2.14 | 9.33 | 23.61 |
| 1,402. R&R Casing - 4" - hardwood | 15.00 LF | | 0.51 | 4.01 | 72.17 |
| 1,403. Organized closet shelving | 298.75 SF | | 0.00 | 9.05 | 2,792.06 |
| *Includes: Shelving, closet rods, shelf cleat, nails, and installation labor.* | | | | | |
| 1,404. R&R Crown molding - 5 1/4" | 39.83 LF | | 0.68 | 4.81 | 226.26 |
| 1,405. R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |
| 1,406. Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 2.00 EA | | 0.00 | 9.42 | 20.62 |
| 1,407. R&R Recessed light fixture | 2.00 EA | | 11.13 | 113.89 | 256.68 |
| 1,408. Glass door system - Detach & reset | 2.00 EA | | 0.00 | 79.64 | 159.28 |
| *Display cabinet doors over one section of the organized shelves.* | | | | | |
| 1,409. Stain & finish baseboard w/cap &/or shoe, oversized | 39.83 LF | | 0.00 | 1.83 | 73.79 |
| 1,410. Stain & finish crown molding | 39.83 LF | | 0.00 | 1.52 | 61.22 |
| 1,411. Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,412. Stain & finish door/window trim & jamb (per side) | 1.00 EA | | 0.00 | 36.81 | 37.33 |
| 1,413. Seal & paint full height cabinetry - faces only | 29.87 LF | | 0.00 | 20.67 | 626.47 |
| 1,414. Seal/prime then paint the walls and ceiling twice (3 coats) | 479.72 SF | | 0.00 | 1.16 | 567.81 |
| 1,415. Seal stud wall for odor control | 398.33 SF | | 0.00 | 0.79 | 320.70 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Master Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Master Closet** | | | | | **8,301.65** |

**Toilet**                                                                                            **Height: 10'**

| | |
|---|---|
| 215.00  SF Walls | 28.85  SF Ceiling |
| 243.85  SF Walls & Ceiling | 28.85  SF Floor |
| 3.21  SY Flooring | 21.50  LF Floor Perimeter |
| 21.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,416.  Final cleaning - construction - Residential | 28.85 SF | | 0.00 | 0.22 | 6.35 |
| 1,417.  Clean floor or roof joist system - Heavy | 28.85 SF | | 0.00 | 1.13 | 32.65 |
| 1,418.  Clean stud wall - Heavy | 215.00 SF | | 0.00 | 0.91 | 196.06 |
| 1,419.  Detach & Reset Interior door - Colonist - pre-hung unit | 1.00 EA | 71.20 | 0.00 | 0.00 | 71.28 |
| 1,420.  R&R 1/2" drywall - hung, taped, ready for texture | 243.85 SF | | 0.41 | 1.96 | 589.22 |
| 1,421.  Add for bullnose (rounded) corners | 243.85 SF | | 0.00 | 0.18 | 44.12 |
| 1,422.  Texture drywall - light hand texture | 243.85 SF | | 0.00 | 0.60 | 147.46 |
| 1,423.  R&R Bathroom ventilation fan - Premium grade | 1.00 EA | | 17.61 | 240.75 | 277.71 |
| 1,424.  R&R Outlet | 1.00 EA | | 5.03 | 12.76 | 17.93 |
| 1,425.  R&R Switch | 2.00 EA | | 5.03 | 12.96 | 36.30 |
| 1,426.  R&R Baseboard - 8" hardwood - 2 piece | 21.50 LF | | 0.59 | 10.41 | 250.43 |
| 1,427.  R&R Plinth block - 3/4" x 3 1/2" x 6 1/2" - Hardwood | 2.00 EA | | 2.14 | 10.88 | 26.94 |
| 1,428.  R&R Rosette - corner block - 3/4" x 3 1/2" - Hardwood | 6.00 EA | | 2.14 | 9.33 | 70.82 |
| 1,429.  R&R Casing - 4" - hardwood | 27.00 LF | | 0.51 | 4.01 | 129.90 |
| 1,430.  R&R Quarter round - 3/4" - hardwood | 21.50 LF | | 0.16 | 2.26 | 54.98 |
| 1,431.  R&R Door knob - interior - High grade | 1.00 EA | | 12.50 | 53.16 | 69.05 |

* Price is inclusive of sales tax paid at point of purchase

GINART_2104



**Healthy Home Solutions, LLC**

**CONTINUED - Toilet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,432.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 1.00 EA | | 0.00 | 9.42 | 10.31 |
| 1,433.  R&R Recessed light fixture | 1.00 EA | | 11.13 | 113.89 | 128.34 |
| 1,434.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 608.93 | 618.40 |
| 1,435.  R&R Angle stop valve | 1.00 EA | | 5.00 | 33.65 | 39.33 |
| 1,436.  Detach & Reset Toilet | 1.00 EA | 237.19 | 0.00 | 0.00 | 237.72 |
| 1,437.  R&R Toilet seat | 1.00 EA | | 6.82 | 54.92 | 64.71 |
| 1,438.  Stain & finish baseboard w/cap &/or shoe, oversized | 21.50 LF | | 0.00 | 1.83 | 39.84 |
| 1,439.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 23.62 | 24.18 |
| 1,440.  Stain & finish door/window trim & jamb (per side) | 2.00 EA | | 0.00 | 36.81 | 74.67 |
| 1,441.  Floor protection - plastic and tape - 10 mil | 28.85 SF | | 0.00 | 0.28 | 8.38 |
| 1,442.  Floor protection - corrugated cardboard and tape | 57.69 SF | | 0.00 | 0.52 | 31.04 |
| 1,443.  Seal/prime then paint the walls and ceiling twice (3 coats) | 243.85 SF | | 0.00 | 1.16 | 288.63 |
| 1,444.  Seal stud wall for odor control | 215.00 SF | | 0.00 | 0.79 | 173.10 |
| 1,445.  Interior window shutters (set) - Detach & reset | 1.00 EA | | 0.00 | 32.85 | 32.85 |
| 1,446.  Floor protection - Ram Board | 57.69 SF | | 0.00 | 0.83 | 49.79 |

**Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.**

| | | |
|---|---|---|
| **Totals:  Toilet** | | **3,842.49** |
| **Total: Master Suite** | | **62,004.09** |
| **Total: Level 2** | | **148,576.37** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,447.  Wallpaper labor minimum | 1.00 EA | | 0.00 | 19.86 | 19.86 |
| 1,448.  Plaster labor minimum | 1.00 EA | | 0.00 | 80.61 | 80.61 |
| 1,449.  Temporary repair services labor minimum | 1.00 EA | | 0.00 | 22.97 | 22.97 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

### CONTINUED - Labor Minimums Applied

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,450.  Stone floor covering labor minimum | 1.00 EA | | 0.00 | 7.53 | 7.53 |

| | |
|---|---|
| **Totals:  Labor Minimums Applied** | **130.97** |

| | |
|---|---|
| **Line Item Totals: GINART_2104** | **570,460.33** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 16,819.08 | SF Walls | 5,836.99 | SF Ceiling | 22,656.07 | SF Walls and Ceiling |
| 5,755.49 | SF Floor | 639.50 | SY Flooring | 1,699.23 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,801.47 | LF Ceil. Perimeter |
| 5,755.49 | Floor Area | 6,129.55 | Total Area | 16,819.08 | Interior Wall Area |
| 6,429.73 | Exterior Wall Area | 615.80 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **Healthy Home Solutions, LLC**

## Summary

| | |
|---|---:|
| Line Item Total | 570,460.33 |
| Overhead | 56,269.27 |
| Profit | 56,269.27 |
| **Replacement Cost Value** | **$682,998.87** |
| **Net Claim** | **$682,998.87** |

_____
Shawn Macomber



**Healthy Home Solutions, LLC**

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 40,895.94 | 7.17% |
| CABINETRY | 28,559.16 | 5.01% |
| CLEANING | 23,962.05 | 4.20% |
| CONT: PACKING,HANDLNG,STORAGE | 948.52 | 0.17% |
| GENERAL DEMOLITION | 34,206.80 | 6.00% |
| DOORS | 6,537.19 | 1.15% |
| DRYWALL | 60,726.50 | 10.65% |
| ELECTRICAL | 36,326.90 | 6.37% |
| ELECTRICAL - SPECIAL SYSTEMS | 159.84 | 0.03% |
| FLOOR COVERING - CARPET | 3,995.26 | 0.70% |
| FLOOR COVERING - STONE | 202.84 | 0.04% |
| PERMITS AND FEES | 3,711.86 | 0.65% |
| FINISH CARPENTRY / TRIMWORK | 55,815.98 | 9.78% |
| FINISH HARDWARE | 6,549.14 | 1.15% |
| FRAMING & ROUGH CARPENTRY | 339.18 | 0.06% |
| HAZARDOUS MATERIAL REMEDIATION | 3,082.89 | 0.54% |
| HEAT,  VENT & AIR CONDITIONING | 61,787.48 | 10.83% |
| INSULATION | 8,933.64 | 1.57% |
| LIGHT FIXTURES | 26,372.88 | 4.62% |
| LANDSCAPING | 280.46 | 0.05% |
| MASONRY | 4,262.62 | 0.75% |
| MIRRORS & SHOWER DOORS | 4,225.43 | 0.74% |
| INTERIOR LATH & PLASTER | 549.63 | 0.10% |
| PLUMBING | 40,141.21 | 7.04% |
| PAINTING | 70,679.67 | 12.39% |
| SIDING | 5,254.97 | 0.92% |
| SOFFIT, FASCIA, & GUTTER | 391.40 | 0.07% |
| SPECIALTY ITEMS | 19,306.41 | 3.38% |
| TOILET & BATH ACCESSORIES | 1,091.98 | 0.19% |
| TILE | 11,981.10 | 2.10% |
| TEMPORARY REPAIRS | 791.90 | 0.14% |
| WINDOW TREATMENT | 295.65 | 0.05% |
| WALLPAPER | 304.84 | 0.05% |
| **O&P Items Subtotal** | **562,671.32** | **82.38%** |

| Non-O&P Items | Total | % |
|---|---|---|
| WATER EXTRACTION & REMEDIATION | 7,789.01 | 1.14% |
| **Non-O&P Items Subtotal** | **7,789.01** | **1.14%** |



**Healthy Home Solutions, LLC**

| | | |
|---|---|---|
| **O&P Items Subtotal** | **562,671.32** | **82.38%** |
| **Overhead** | **56,269.27** | **8.24%** |
| **Profit** | **56,269.27** | **8.24%** |
| **Total** | **682,998.87** | **100.00%** |

**This estimate is based upon a visual inspection of the property. It is not possible to know or predict the conditions of hidden or unseen elements. If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate.**



**Healthy Home Solutions, LLC**

1    1-GINART_2104
     Date Taken: 12/21/2019



2    2-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

3    3-GINART_2104
     Date Taken: 12/21/2019



4    4-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

5   5-GINART_2104
    Date Taken: 12/21/2019



6   6-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

7    7-GINART_2104
     Date Taken: 12/21/2019



8    8-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

9   9-GINART_2104
Date Taken: 12/21/2019



10   10-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

11   11-GINART_2104
     Date Taken: 12/21/2019



12   12-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

13   13-GINART_2104
Date Taken: 12/21/2019



14   14-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

15   15-GINART_2104
Date Taken: 12/21/2019



16   16-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

17   17-GINART_2104
     Date Taken: 12/21/2019



18   18-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

19   19-GINART_2104
     Date Taken: 12/21/2019



20   20-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

21   21-GINART_2104
     Date Taken: 12/21/2019



22   22-GINART_2104
     Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

23   23-GINART_2104
     Date Taken: 12/21/2019



24   24-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

25   25-GINART_2104
Date Taken: 12/21/2019



26   26-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

27   27-GINART_2104
     Date Taken: 12/21/2019



28   28-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

29   29-GINART_2104
     Date Taken: 12/21/2019



30   30-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

31   31-GINART_2104
     Date Taken: 12/21/2019



32   32-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

33   33-GINART_2104
Date Taken: 12/21/2019



34   34-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

35   35-GINART_2104
Date Taken: 12/21/2019



36   36-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

37   37-GINART_2104
Date Taken: 12/21/2019



38   38-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

39   39-GINART_2104
     Date Taken: 12/21/2019



40   40-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

41   41-GINART_2104
     Date Taken: 12/21/2019



42   42-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

43   43-GINART_2104
Date Taken: 12/21/2019



44   44-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

45   45-GINART_2104
Date Taken: 12/21/2019



46   46-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

47   47-GINART_2104
    Date Taken: 12/21/2019



48   48-GINART_2104
    Date Taken: 12/21/2019



**Healthy Home Solutions, LLC**



49   49-GINART_2104
     Date Taken: 12/21/2019



50   50-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

51   51-GINART_2104
Date Taken: 12/21/2019



52   52-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

53   53-GINART_2104
     Date Taken: 12/21/2019



54   54-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

55   55-GINART_2104
     Date Taken: 12/21/2019



56   56-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

57   57-GINART_2104
Date Taken: 12/21/2019



58   58-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

59   59-GINART_2104
     Date Taken: 12/21/2019



60   60-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

61   61-GINART_2104
     Date Taken: 12/21/2019



62   62-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

63   63-GINART_2104
     Date Taken: 12/21/2019



64   64-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

65   65-GINART_2104
     Date Taken: 12/21/2019



66   66-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

67  67-GINART_2104
Date Taken: 12/21/2019



68  68-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

69   69-GINART_2104
     Date Taken: 12/21/2019



70   70-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

71   71-GINART_2104
     Date Taken: 12/21/2019



72   72-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

73   73-GINART_2104
Date Taken: 12/21/2019



74   74-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

75   75-GINART_2104
Date Taken: 12/21/2019



76   76-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

77   77-GINART_2104
Date Taken: 12/21/2019



78   78-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

79   79-GINART_2104
Date Taken: 12/21/2019



80   80-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

81   81-GINART_2104
     Date Taken: 12/21/2019



82   82-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

83   83-GINART_2104
     Date Taken: 12/21/2019



84   84-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

85   85-GINART_2104
     Date Taken: 12/21/2019



86   86-GINART_2104
     Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

87   87-GINART_2104
Date Taken: 12/21/2019



88   88-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

89   89-GINART_2104
     Date Taken: 12/21/2019



90   90-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

91   91-GINART_2104
Date Taken: 12/21/2019



92   92-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

93   93-GINART_2104
Date Taken: 12/21/2019



94   94-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

95   95-GINART_2104
     Date Taken: 12/21/2019



96   96-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

97   97-GINART_2104
Date Taken: 12/21/2019



98   98-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

99   99-GINART_2104
     Date Taken: 12/21/2019



100  100-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

101  101-GINART_2104
     Date Taken: 12/21/2019



102  102-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

103  103-GINART_2104
   Date Taken: 12/21/2019



104  104-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

105   105-GINART_2104
     Date Taken: 12/21/2019



106   106-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

107  107-GINART_2104
     Date Taken: 12/21/2019



108  108-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

109  109-GINART_2104
    Date Taken: 12/21/2019



110  110-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

111  111-GINART_2104
    Date Taken: 12/21/2019



112  112-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

113  113-GINART_2104
Date Taken: 12/21/2019



114  114-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

115  115-GINART_2104
    Date Taken: 12/21/2019



116  116-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

117  117-GINART_2104
Date Taken: 12/21/2019



118  118-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

119  119-GINART_2104
     Date Taken: 12/21/2019



120  120-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

121  121-GINART_2104
     Date Taken: 12/21/2019



122  122-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

123  123-GINART_2104
    Date Taken: 12/21/2019



124  124-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

125  125-GINART_2104
Date Taken: 12/21/2019



126  126-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

127   127-GINART_2104
      Date Taken: 12/21/2019



128   128-GINART_2104
      Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

129  129-GINART_2104
    Date Taken: 12/21/2019



130  130-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

131  131-GINART_2104
     Date Taken: 12/21/2019



132  132-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

133  133-GINART_2104
    Date Taken: 12/21/2019



134  134-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

135  135-GINART_2104
Date Taken: 12/21/2019



136  136-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

137  137-GINART_2104
Date Taken: 12/21/2019



138  138-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

139  139-GINART_2104
Date Taken: 12/21/2019



140  140-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

141  141-GINART_2104
Date Taken: 12/21/2019



142  142-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

143  143-GINART_2104
    Date Taken: 12/21/2019



144  144-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

145  145-GINART_2104
    Date Taken: 12/21/2019



146  146-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

147  147-GINART_2104
    Date Taken: 12/21/2019



148  148-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

149  149-GINART_2104
    Date Taken: 12/21/2019



150  150-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

151  151-GINART_2104
Date Taken: 12/21/2019



152  152-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

153  153-GINART_2104
     Date Taken: 12/21/2019



154  154-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

155  155-GINART_2104
Date Taken: 12/21/2019



156  156-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

157  157-GINART_2104
Date Taken: 12/21/2019



158  158-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

159  159-GINART_2104
Date Taken: 12/21/2019



160  160-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

161  161-GINART_2104
    Date Taken: 12/21/2019



162  162-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

163  163-GINART_2104
    Date Taken: 12/21/2019



164  164-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

165  165-GINART_2104
Date Taken: 12/21/2019



166  166-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

167  167-GINART_2104
    Date Taken: 12/21/2019



168  168-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

169  169-GINART_2104
Date Taken: 12/21/2019



170  170-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

171  171-GINART_2104
    Date Taken: 12/21/2019



172  172-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

173  173-GINART_2104
Date Taken: 12/21/2019



174  174-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

175   175-GINART_2104
Date Taken: 12/21/2019



176   176-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

177  177-GINART_2104
Date Taken: 12/21/2019



178  178-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

179  179-GINART_2104
Date Taken: 12/21/2019



180  180-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

181  181-GINART_2104
Date Taken: 12/21/2019



182  182-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

183  183-GINART_2104
Date Taken: 12/21/2019



184  184-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

185  185-GINART_2104
Date Taken: 12/21/2019



186  186-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

187  187-GINART_2104
Date Taken: 12/21/2019



188  188-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

189  189-GINART_2104
Date Taken: 12/21/2019



190  190-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

191  191-GINART_2104
    Date Taken: 12/21/2019



192  192-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

193  193-GINART_2104
Date Taken: 12/21/2019



194  194-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

195  195-GINART_2104
     Date Taken: 12/21/2019



196  196-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

197  197-GINART_2104
    Date Taken: 12/21/2019



198  198-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

199  199-GINART_2104
    Date Taken: 12/21/2019



200  200-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

201  201-GINART_2104
     Date Taken: 12/21/2019



202  202-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

203  203-GINART_2104
Date Taken: 12/21/2019



204  204-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

205  205-GINART_2104
     Date Taken: 12/21/2019



206  206-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

207  207-GINART_2104
    Date Taken: 12/21/2019



208  208-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

209  209-GINART_2104
Date Taken: 12/21/2019



210  210-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

211  211-GINART_2104
    Date Taken: 12/21/2019



212  212-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

213  213-GINART_2104
     Date Taken: 12/21/2019



214  214-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

215  215-GINART_2104
Date Taken: 12/21/2019



216  216-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

217  217-GINART_2104
    Date Taken: 12/21/2019



218  218-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

219  219-GINART_2104
    Date Taken: 12/21/2019



220  220-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

221  221-GINART_2104
     Date Taken: 12/21/2019



222  222-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

223  223-GINART_2104
  Date Taken: 12/21/2019



224  224-GINART_2104
  Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

225  225-GINART_2104
Date Taken: 12/21/2019



226  226-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

227  227-GINART_2104
Date Taken: 12/21/2019



228  228-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

229  229-GINART_2104
　　Date Taken: 12/21/2019



230  230-GINART_2104
　　Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

231  231-GINART_2104
  Date Taken: 12/21/2019



232  232-GINART_2104
  Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

233  233-GINART_2104
Date Taken: 12/21/2019



234  234-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

235  235-GINART_2104
Date Taken: 12/21/2019



236  236-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

237  237-GINART_2104
    Date Taken: 12/21/2019



238  238-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

239  239-GINART_2104
     Date Taken: 12/21/2019



240  240-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

241  241-GINART_2104
Date Taken: 12/21/2019



242  242-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

243  243-GINART_2104
Date Taken: 12/21/2019



244  244-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

245  245-GINART_2104
Date Taken: 12/21/2019



246  246-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

247  247-GINART_2104
    Date Taken: 12/21/2019



248  248-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

249  249-GINART_2104
Date Taken: 12/21/2019



250  250-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

251  251-GINART_2104
Date Taken: 12/21/2019



252  252-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

253  253-GINART_2104
    Date Taken: 12/21/2019



254  254-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

255  255-GINART_2104
Date Taken: 12/21/2019



256  256-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

257  257-GINART_2104
Date Taken: 12/21/2019



258  258-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

259  259-GINART_2104
Date Taken: 12/21/2019



260  260-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

261  261-GINART_2104
Date Taken: 12/21/2019



262  262-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

263   263-GINART_2104
Date Taken: 12/21/2019



264   264-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

265  265-GINART_2104
Date Taken: 12/21/2019



266  266-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

267  267-GINART_2104
     Date Taken: 12/21/2019



268  268-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

269  269-GINART_2104
Date Taken: 12/21/2019



270  270-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

271  271-GINART_2104
Date Taken: 12/21/2019



272  272-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

273  273-GINART_2104
     Date Taken: 12/21/2019



274  274-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

275  275-GINART_2104
      Date Taken: 12/21/2019



276  276-GINART_2104
      Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

277  277-GINART_2104
    Date Taken: 12/21/2019



278  278-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

279  279-GINART_2104
Date Taken: 12/21/2019



280  280-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

281  281-GINART_2104
Date Taken: 12/21/2019



282  282-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

283  283-GINART_2104
     Date Taken: 12/21/2019



284  284-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

285  285-GINART_2104
Date Taken: 12/21/2019



286  286-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

287  287-GINART_2104
Date Taken: 12/21/2019



288  288-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

289  289-GINART_2104
     Date Taken: 12/21/2019



290  290-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

291  291-GINART_2104
    Date Taken: 12/21/2019



292  292-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

293  293-GINART_2104
Date Taken: 12/21/2019



294  294-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

295  295-GINART_2104
Date Taken: 12/21/2019



296  296-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

297  297-GINART_2104
Date Taken: 12/21/2019



298  298-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

299  299-GINART_2104
    Date Taken: 12/21/2019



300  300-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

301  301-GINART_2104
    Date Taken: 12/21/2019



302  302-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

303  303-GINART_2104
Date Taken: 12/21/2019



304  304-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

305  305-GINART_2104
     Date Taken: 12/21/2019



306  306-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

307  307-GINART_2104
    Date Taken: 12/21/2019



308  308-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

309   309-GINART_2104
     Date Taken: 12/21/2019



310   310-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

311  311-GINART_2104
    Date Taken: 12/21/2019



312  312-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

313  313-GINART_2104
Date Taken: 12/21/2019



314  314-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

315  315-GINART_2104
    Date Taken: 12/21/2019



316  316-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

317  317-GINART_2104
Date Taken: 12/21/2019



318  318-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

319  319-GINART_2104
Date Taken: 12/21/2019



320  320-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

321  321-GINART_2104
    Date Taken: 12/21/2019



322  322-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

323  323-GINART_2104
Date Taken: 12/21/2019



324  324-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

325  325-GINART_2104
Date Taken: 12/21/2019



326  326-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

327  327-GINART_2104
Date Taken: 12/21/2019



328  328-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

329  329-GINART_2104
    Date Taken: 12/21/2019



330  330-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

331  331-GINART_2104
    Date Taken: 12/21/2019



332  332-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

333  333-GINART_2104
     Date Taken: 12/21/2019



334  334-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

335  335-GINART_2104
     Date Taken: 12/21/2019



336  336-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

337  337-GINART_2104
Date Taken: 12/21/2019



338  338-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

339  339-GINART_2104
Date Taken: 12/21/2019



340  340-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

341  341-GINART_2104
Date Taken: 12/21/2019



342  342-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

343  343-GINART_2104
    Date Taken: 12/21/2019



344  344-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

345  345-GINART_2104
Date Taken: 12/21/2019



346  346-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

347  347-GINART_2104
Date Taken: 12/21/2019



348  348-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

349  349-GINART_2104
    Date Taken: 12/21/2019



350  350-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

351  351-GINART_2104
    Date Taken: 12/21/2019



352  352-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

353  353-GINART_2104
    Date Taken: 12/21/2019



354  354-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

355  355-GINART_2104
     Date Taken: 12/21/2019



356  356-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

357  357-GINART_2104
Date Taken: 12/21/2019



358  358-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

359  359-GINART_2104
Date Taken: 12/21/2019



360  360-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

361  361-GINART_2104
Date Taken: 12/21/2019



362  362-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

363  363-GINART_2104
Date Taken: 12/21/2019



364  364-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

365  365-GINART_2104
Date Taken: 12/21/2019



366  366-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

367  367-GINART_2104
Date Taken: 12/21/2019



368  368-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

369  369-GINART_2104
    Date Taken: 12/21/2019



370  370-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

371  371-GINART_2104
    Date Taken: 12/21/2019



372  372-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

373  373-GINART_2104
Date Taken: 12/21/2019



374  374-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

375   375-GINART_2104
      Date Taken: 12/21/2019



376   376-GINART_2104
      Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

377  377-GINART_2104
     Date Taken: 12/21/2019



378  378-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

379 379-GINART_2104
Date Taken: 12/21/2019



380 380-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

381  381-GINART_2104
    Date Taken: 12/21/2019



382  382-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

383  383-GINART_2104
    Date Taken: 12/21/2019



384  384-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

385  385-GINART_2104
Date Taken: 12/21/2019



386  386-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

387  387-GINART_2104
    Date Taken: 12/21/2019



388  388-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

389  389-GINART_2104
     Date Taken: 12/21/2019



390  390-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

391  391-GINART_2104
Date Taken: 12/21/2019



392  392-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

393  393-GINART_2104
    Date Taken: 12/21/2019



394  394-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

395  395-GINART_2104
Date Taken: 12/21/2019



396  396-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

397  397-GINART_2104
    Date Taken: 12/21/2019



398  398-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

399  399-GINART_2104
Date Taken: 12/21/2019



400  400-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

401  401-GINART_2104
Date Taken: 12/21/2019



402  402-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

403  403-GINART_2104
Date Taken: 12/21/2019



404  404-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

405  405-GINART_2104
    Date Taken: 12/21/2019



406  406-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

407  407-GINART_2104
     Date Taken: 12/21/2019



408  408-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

409  409-GINART_2104
Date Taken: 12/21/2019



410  410-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

411  411-GINART_2104
Date Taken: 12/21/2019



412  412-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

413  413-GINART_2104
     Date Taken: 12/21/2019



414  414-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

415  415-GINART_2104
    Date Taken: 12/21/2019



416  416-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

417  417-GINART_2104
  Date Taken: 12/21/2019



418  418-GINART_2104
  Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

419  419-GINART_2104
Date Taken: 12/21/2019



420  420-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

421  421-GINART_2104
    Date Taken: 12/21/2019



422  422-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

423  423-GINART_2104
    Date Taken: 12/21/2019



424  424-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

425  425-GINART_2104
Date Taken: 12/21/2019



426  426-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

427  427-GINART_2104
Date Taken: 12/21/2019



428  428-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

429  429-GINART_2104
    Date Taken: 12/21/2019



430  430-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

431  431-GINART_2104
    Date Taken: 12/21/2019



432  432-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

433  433-GINART_2104
     Date Taken: 12/21/2019



434  434-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

435  435-GINART_2104
Date Taken: 12/21/2019



436  436-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

437  437-GINART_2104
     Date Taken: 12/21/2019



438  438-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

439  439-GINART_2104
      Date Taken: 12/21/2019



440  440-GINART_2104
      Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

441  441-GINART_2104
Date Taken: 12/21/2019



442  442-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

443  443-GINART_2104
     Date Taken: 12/21/2019



444  444-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

445  445-GINART_2104
Date Taken: 12/21/2019



446  446-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

447  447-GINART_2104
Date Taken: 12/21/2019



448  448-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

449  449-GINART_2104
Date Taken: 12/21/2019



450  450-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

451  451-GINART_2104
    Date Taken: 12/21/2019



452  452-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

453  453-GINART_2104
     Date Taken: 12/21/2019



454  454-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

455  455-GINART_2104
Date Taken: 12/21/2019



456  456-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

457  457-GINART_2104
Date Taken: 12/21/2019



458  458-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

459  459-GINART_2104
   Date Taken: 12/21/2019



460  460-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

461  461-GINART_2104
    Date Taken: 12/21/2019



462  462-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

463  463-GINART_2104
     Date Taken: 12/21/2019



464  464-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

465  465-GINART_2104
    Date Taken: 12/21/2019



466  466-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

467  467-GINART_2104
Date Taken: 12/21/2019



468  468-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

469  469-GINART_2104
    Date Taken: 12/21/2019



470  470-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

471  471-GINART_2104
Date Taken: 12/21/2019



472  472-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

473  473-GINART_2104
Date Taken: 12/21/2019



474  474-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

475  475-GINART_2104
    Date Taken: 12/21/2019



476  476-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

477  477-GINART_2104
    Date Taken: 12/21/2019



478  478-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

479  479-GINART_2104
Date Taken: 12/21/2019



480  480-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

481  481-GINART_2104
     Date Taken: 12/21/2019



482  482-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

483  483-GINART_2104
     Date Taken: 12/21/2019



484  484-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

485  485-GINART_2104
     Date Taken: 12/21/2019



486  486-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

487  487-GINART_2104
Date Taken: 12/21/2019



488  488-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

489   489-GINART_2104
      Date Taken: 12/21/2019



490   490-GINART_2104
      Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

491  491-GINART_2104
    Date Taken: 12/21/2019



492  492-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

493  493-GINART_2104
Date Taken: 12/21/2019



494  494-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

495  495-GINART_2104
    Date Taken: 12/21/2019



496  496-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

497  497-GINART_2104
    Date Taken: 12/21/2019



498  498-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

499  499-GINART_2104
Date Taken: 12/21/2019



500  500-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

501  501-GINART_2104
Date Taken: 12/21/2019



502  502-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

503  503-GINART_2104
Date Taken: 12/21/2019



504  504-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

505  505-GINART_2104
Date Taken: 12/21/2019



506  506-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

507  507-GINART_2104
Date Taken: 12/21/2019



508  508-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

509  509-GINART_2104
Date Taken: 12/21/2019



510  510-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

511  511-GINART_2104
    Date Taken: 12/21/2019



512  512-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

513  513-GINART_2104
     Date Taken: 12/21/2019



514  514-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

515  515-GINART_2104
     Date Taken: 12/21/2019



516  516-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

517  517-GINART_2104
     Date Taken: 12/21/2019



518  518-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

519  519-GINART_2104
    Date Taken: 12/21/2019



520  520-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

521  521-GINART_2104
     Date Taken: 12/21/2019



522  522-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

523  523-GINART_2104
Date Taken: 12/21/2019



524  524-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

525  525-GINART_2104
     Date Taken: 12/21/2019



526  526-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

527  527-GINART_2104
Date Taken: 12/21/2019



528  528-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

529  529-GINART_2104
     Date Taken: 12/21/2019



530  530-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

531  531-GINART_2104
Date Taken: 12/21/2019



532  532-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

533  533-GINART_2104
     Date Taken: 12/21/2019



534  534-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

535  535-GINART_2104
 Date Taken: 12/21/2019



536  536-GINART_2104
 Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

537  537-GINART_2104
Date Taken: 12/21/2019



538  538-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

539  539-GINART_2104
    Date Taken: 12/21/2019



540  540-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

541  541-GINART_2104
Date Taken: 12/21/2019



542  542-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

543  543-GINART_2104
    Date Taken: 12/21/2019



544  544-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

545  545-GINART_2104
Date Taken: 12/21/2019



546  546-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

547  547-GINART_2104
   Date Taken: 12/21/2019



548  548-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

549  549-GINART_2104
Date Taken: 12/21/2019



550  550-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

551  551-GINART_2104
    Date Taken: 12/21/2019



552  552-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

553  553-GINART_2104
    Date Taken: 12/21/2019



554  554-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

555  555-GINART_2104
     Date Taken: 12/21/2019



556  556-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

557  557-GINART_2104
Date Taken: 12/21/2019



558  558-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

559  559-GINART_2104
Date Taken: 12/21/2019



560  560-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

561  561-GINART_2104
   Date Taken: 12/21/2019



562  562-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

563  563-GINART_2104
   Date Taken: 12/21/2019



564  564-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

565  565-GINART_2104
Date Taken: 12/21/2019



566  566-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

567  567-GINART_2104
Date Taken: 12/21/2019



568  568-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

569  569-GINART_2104
       Date Taken: 12/21/2019



570  570-GINART_2104
       Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

571  571-GINART_2104
Date Taken: 12/21/2019



572  572-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

573  573-GINART_2104
  Date Taken: 12/21/2019



574  574-GINART_2104
  Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

575  575-GINART_2104
   Date Taken: 12/21/2019



576  576-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

577  577-GINART_2104
    Date Taken: 12/21/2019



578  578-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

579  579-GINART_2104
Date Taken: 12/21/2019



580  580-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

581  581-GINART_2104
Date Taken: 12/21/2019



582  582-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

583  583-GINART_2104
Date Taken: 12/21/2019



584  584-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

585  585-GINART_2104
    Date Taken: 12/21/2019



586  586-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

587  587-GINART_2104
     Date Taken: 12/21/2019



588  588-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

589  589-GINART_2104
Date Taken: 12/21/2019



590  590-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

591  591-GINART_2104
Date Taken: 12/21/2019



592  592-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

593  593-GINART_2104
Date Taken: 12/21/2019



594  594-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

595  595-GINART_2104
Date Taken: 12/21/2019



596  596-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

597  597-GINART_2104
     Date Taken: 12/21/2019



598  598-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

599  599-GINART_2104
    Date Taken: 12/21/2019



600  600-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

601  601-GINART_2104
     Date Taken: 12/21/2019



602  602-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

603  603-GINART_2104
Date Taken: 12/21/2019



604  604-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

605  605-GINART_2104
Date Taken: 12/21/2019



606  606-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

607  607-GINART_2104
Date Taken: 12/21/2019



608  608-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

609  609-GINART_2104
    Date Taken: 12/21/2019



610  610-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

611  611-GINART_2104
Date Taken: 12/21/2019



612  612-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

613 613-GINART_2104
Date Taken: 12/21/2019



614 614-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

615  615-GINART_2104
     Date Taken: 12/21/2019



616  616-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

617  617-GINART_2104
     Date Taken: 12/21/2019



618  618-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

619  619-GINART_2104
    Date Taken: 12/21/2019



620  620-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

621  621-GINART_2104
     Date Taken: 12/21/2019



622  622-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

623  623-GINART_2104
    Date Taken: 12/21/2019



624  624-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

625  625-GINART_2104
     Date Taken: 12/21/2019



626  626-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

627  627-GINART_2104
Date Taken: 12/21/2019



628  628-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

629  629-GINART_2104
Date Taken: 12/21/2019



630  630-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

631  631-GINART_2104
Date Taken: 12/21/2019



632  632-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

633  633-GINART_2104
Date Taken: 12/21/2019



634  634-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

635  635-GINART_2104
Date Taken: 12/21/2019



636  636-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

637  637-GINART_2104
    Date Taken: 12/21/2019



638  638-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

639  639-GINART_2104
   Date Taken: 12/21/2019



640  640-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

641  641-GINART_2104
    Date Taken: 12/21/2019



642  642-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

643  643-GINART_2104
Date Taken: 12/21/2019



644  644-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

645  645-GINART_2104
   Date Taken: 12/21/2019



646  646-GINART_2104
   Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

647  647-GINART_2104
Date Taken: 12/21/2019



648  648-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

649  649-GINART_2104
Date Taken: 12/21/2019



650  650-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

651  651-GINART_2104
Date Taken: 12/21/2019



652  652-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

653  653-GINART_2104
Date Taken: 12/21/2019



654  654-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

655  655-GINART_2104
    Date Taken: 12/21/2019



656  656-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

657  657-GINART_2104
Date Taken: 12/21/2019



658  658-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

659  659-GINART_2104
    Date Taken: 12/21/2019



660  660-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

661  661-GINART_2104
Date Taken: 12/21/2019



662  662-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

663  663-GINART_2104
Date Taken: 12/21/2019



664  664-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

665  665-GINART_2104
    Date Taken: 12/21/2019



666  666-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

667  667-GINART_2104
    Date Taken: 12/21/2019



668  668-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

669  669-GINART_2104
     Date Taken: 12/21/2019



670  670-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

671  671-GINART_2104
Date Taken: 12/21/2019



672  672-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

673  673-GINART_2104
Date Taken: 12/21/2019



674  674-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

675  675-GINART_2104
    Date Taken: 12/21/2019



676  676-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

677  677-GINART_2104
Date Taken: 12/21/2019



678  678-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

679  679-GINART_2104
Date Taken: 12/21/2019



680  680-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

681  681-GINART_2104
     Date Taken: 12/21/2019



682  682-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

683  683-GINART_2104
Date Taken: 12/21/2019



684  684-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

685  685-GINART_2104
    Date Taken: 12/21/2019



686  686-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

687  687-GINART_2104
Date Taken: 12/21/2019



688  688-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

689  689-GINART_2104
Date Taken: 12/21/2019



690  690-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

691  691-GINART_2104
Date Taken: 12/21/2019



692  692-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

693  693-GINART_2104
Date Taken: 12/21/2019



694  694-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

695  695-GINART_2104
     Date Taken: 12/21/2019



696  696-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

697  697-GINART_2104
Date Taken: 12/21/2019



698  698-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

699  699-GINART_2104
Date Taken: 12/21/2019



700  700-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

701  701-GINART_2104
    Date Taken: 12/21/2019



702  702-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

703  703-GINART_2104
Date Taken: 12/21/2019



704  704-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

705  705-GINART_2104
    Date Taken: 12/21/2019



706  706-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

707  707-GINART_2104
    Date Taken: 12/21/2019



708  708-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

709  709-GINART_2104
Date Taken: 12/21/2019



710  710-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

711  711-GINART_2104
　　Date Taken: 12/21/2019



712  712-GINART_2104
　　Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

713  713-GINART_2104
Date Taken: 12/21/2019



714  714-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

715  715-GINART_2104
    Date Taken: 12/21/2019



716  716-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

717  717-GINART_2104
Date Taken: 12/21/2019



718  718-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

719  719-GINART_2104
    Date Taken: 12/21/2019



720  720-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

721  721-GINART_2104
    Date Taken: 12/21/2019



722  722-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

723  723-GINART_2104
Date Taken: 12/21/2019



724  724-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

725  725-GINART_2104
Date Taken: 12/21/2019



726  726-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

727  727-GINART_2104
Date Taken: 12/21/2019



728  728-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

729  729-GINART_2104
    Date Taken: 12/21/2019



730  730-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

731  731-GINART_2104
    Date Taken: 12/21/2019



732  732-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

733  733-GINART_2104
    Date Taken: 12/21/2019



734  734-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

735  735-GINART_2104
     Date Taken: 12/21/2019



736  736-GINART_2104
     Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

737  737-GINART_2104
Date Taken: 12/21/2019



738  738-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

739  739-GINART_2104
Date Taken: 12/21/2019



740  740-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

741  741-GINART_2104
    Date Taken: 12/21/2019



742  742-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

743  743-GINART_2104
    Date Taken: 12/21/2019



744  744-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

745 745-GINART_2104
Date Taken: 12/21/2019



746 746-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

747  747-GINART_2104
Date Taken: 12/21/2019



748  748-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

749  749-GINART_2104
Date Taken: 12/21/2019



750  750-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

751  751-GINART_2104
Date Taken: 12/21/2019



752  752-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

753  753-GINART_2104
Date Taken: 12/21/2019



754  754-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

755  755-GINART_2104
Date Taken: 12/21/2019



756  756-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

757  757-GINART_2104
    Date Taken: 12/21/2019



758  758-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

759  759-GINART_2104
Date Taken: 12/21/2019



760  760-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

761  761-GINART_2104
    Date Taken: 12/21/2019



762  762-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

763  763-GINART_2104
Date Taken: 12/21/2019



764  764-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

765   765-GINART_2104
　　　Date Taken: 12/21/2019



766   766-GINART_2104
　　　Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

767  767-GINART_2104
    Date Taken: 12/21/2019



768  768-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

769  769-GINART_2104
Date Taken: 12/21/2019



770  770-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

771  771-GINART_2104
Date Taken: 12/21/2019



772  772-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

773  773-GINART_2104
Date Taken: 12/21/2019



774  774-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

775  775-GINART_2104
Date Taken: 12/21/2019



776  776-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

777  777-GINART_2104
Date Taken: 12/21/2019



778  778-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

779  779-GINART_2104
    Date Taken: 12/21/2019



780  780-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

781  781-GINART_2104
Date Taken: 12/21/2019



782  782-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

783  783-GINART_2104
    Date Taken: 12/21/2019



784  784-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

785  785-GINART_2104
Date Taken: 12/21/2019



786  786-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

787  787-GINART_2104
Date Taken: 12/21/2019



788  788-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

789  789-GINART_2104
Date Taken: 12/21/2019



790  790-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

791  791-GINART_2104
Date Taken: 12/21/2019



792  792-GINART_2104
Date Taken: 12/21/2019



 **Healthy Home Solutions, LLC**

793  793-GINART_2104
Date Taken: 12/21/2019



794  794-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

795  795-GINART_2104
Date Taken: 12/21/2019



796  796-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

797  797-GINART_2104
    Date Taken: 12/21/2019



798  798-GINART_2104
    Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

799  799-GINART_2104
Date Taken: 12/21/2019



800  800-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

801  801-GINART_2104
Date Taken: 12/21/2019



802  802-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

803  803-GINART_2104
Date Taken: 12/21/2019



804  804-GINART_2104
Date Taken: 12/21/2019





**Healthy Home Solutions, LLC**

805  805-GINART_2104
Date Taken: 12/21/2019



806  806-GINART_2104
Date Taken: 12/21/2019



Garage

Laundry Room

Foyer/Entry (side

Bedroom 1 Bath
Bed 1 Coat Closet

Breakfast Area/Room

Bedroom Pantry Bath

Kitchen

Laundry Closet Shower
Closet Bathroom

Dining Room Closet

Dining Room

Foyer/Entry

Coat Closet

Powder Room Closet

Office

Living Room

Exercise Room

Bathroom

Area 1 (A1)
Parlor

Bath



N

Main Level

Master Bath

Toilet

Master Bedroom

Masonry

Linen Closet

Master Closet

shower

Elevator Shaft

Closet 3.2

Bathroom 3

Bathroom 4

Closet 2

Chase

Stairs

Loft

open from below

Bedroom 2

Bedroom 3

Laundry Room

Closet 3



N

Level 2

 **Healthy Home Solutions, LLC**

Insured:    Ronnie Natal
Property:   1489 Lakeshore Blvd
            Slidell, LA 70461


Estimator:  Shawn Macomber
Company:    Healthy Home Solutions, LLC


Reference:
Position:   Attorney
Company:    Jimmy Doyle


**Claim Number:**                    **Policy Number:**                    **Type of Loss:** Other

Date of Loss:                        Date Received:
Date Inspected:                      Date Entered:     11/4/2019 8:30 AM


Price List:  LAMA8X_DEC19
             Restoration/Service/Remodel
Estimate:    NATAL_1489


**This estimate is intended to clarify the site specific details, not to modify the remediation protocol.**

**Note: Finished floors that remain in place are to be protected twice. Once with plastic, corrugated cardboard and Ram Board for demolition and once with corrugated cardboard and Ram Board for rebuild. No floor protection may be in place during the post remediation verification inspection.**



**Healthy Home Solutions, LLC**

**NATAL_1489**

**General Items**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 8.00 EA | | 541.40 | 0.00 | 4,331.20 |
| 2.  R&R Sheathing - plywood - 5/8" CDX | 192.00 SF | | 0.48 | 1.48 | 390.10 |
| *Plywood to be placed beneath dumpster to protect driveway* | | | | | |
| 3.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 192.00 SF | | 0.06 | 0.76 | 161.54 |
| *Tarp to be placed beneath plywood and dumpster to protect driveway* | | | | | |
| 4.  Post Remediation Vertification / Environmental Certificate | 1.00 EA | | 0.00 | 1,500.00 | 1,500.00 |
| 5.  PPE | 1.00 EA | | 0.00 | 100.00 | 100.00 |
| 6.  Fire protection | 1.00 EA | | 0.00 | 65.00 | 65.00 |
| 7.  First Aid | 1.00 EA | | 0.00 | 65.00 | 67.59 |
| 8.  Field Office Supplies | 1.00 EA | | 0.00 | 100.00 | 103.98 |
| 9.  Postage / Shipping | 1.00 EA | | 0.00 | 75.00 | 77.98 |
| 10.  Shop Drawings / Blueprints/Re-Use Fee | 1.00 EA | | 0.00 | 350.00 | 363.92 |
| 11.  Photographs | 1.00 HR | | 0.00 | 175.00 | 181.96 |
| 12.  Closeout Documents | 1.00 EA | | 0.00 | 200.00 | 207.95 |
| 13.  Document Storage | 1.00 EA | | 0.00 | 175.00 | 181.96 |
| 14.  Temporary toilet (per month) | 6.00 MO | | 0.00 | 106.15 | 636.90 |
| *For three months usage.  Including delivery and removal* | | | | | |
| 15.  Sanitary Supplies | 1.00 EA | | 0.00 | 50.00 | 51.99 |
| 16.  Ice/Water/Cups | 1.00 EA | | 0.00 | 75.00 | 77.98 |
| 17.  Small tools | 1.00 EA | | 0.00 | 100.00 | 103.98 |
| 18.  Daily Job Clean Up | 5,715.77 SF | | 0.00 | 0.15 | 862.91 |
| 19.  Appliance Disposal Fee | 1.00 EA | | 90.00 | 0.00 | 90.00 |
| 20.  Allowance for landscaping repairs. | 1.00 EA | | 0.00 | 270.00 | 280.74 |
| 21.  Install Building Permit | 5,715.77 SF | | 0.00 | 0.60 | 3,429.46 |
| 22.  Install City/Country Registration & License Fee (Required for permit) | 1.00 EA | | 0.00 | 50.00 | 50.00 |
| 23.  Job-site cargo/storage container - 20' long - per month | 12.00 MO | | 0.00 | 87.83 | 1,156.19 |
| *Two storage container for 6 months* | | | | | |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - General Items**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 24.  Job-site moving container - pick up/del. (ea. way) 12'-20' | 4.00 EA | | 0.00 | 115.40 | 506.38 |
| *Delivery and pickup of 2 storage containers.* | | | | | |
| 25.  Install Ordorox treatment of storage unit | 1.00 EA | | 0.00 | 120.00 | 120.00 |
| **Totals:  General Items** | | | | | **15,099.71** |

| Exterior | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
| 26.  Detach & Reset Exterior light fixture | 18.00 EA | 72.01 | 0.00 | 0.00 | 1,296.18 |
| 27.  R&R Recessed light fixture | 20.00 EA | | 10.46 | 118.24 | 2,642.19 |
| 28.  Detach & Reset Spot light fixture - single | 1.00 EA | 72.01 | 0.00 | 0.00 | 72.01 |
| 29.  R&R Exterior outlet or switch | 9.00 EA | | 4.72 | 20.44 | 233.28 |
| 30.  R&R Disconnect box - 60 amp - non fused | 3.00 EA | | 17.80 | 156.11 | 526.88 |
| 31.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 4.72 | 28.66 | 34.80 |
| 32.  R&R Ceiling fan & light - High grade | 2.00 EA | | 17.71 | 412.62 | 904.31 |
| 33.  R&R 110 volt copper wiring run and box - rough in only | 51.00 EA | | 5.02 | 49.15 | 2,805.91 |
| 34.  R&R 220 volt copper wiring run and box - rough in only | 3.00 EA | | 7.04 | 105.01 | 352.01 |
| *Exterior fixtures will be detached in order to change wiring and reset.* | | | | | |
| 35.  R&R 12/2 high strand speaker wiring run - low inductance | 2.00 EA | | 5.02 | 101.58 | 222.72 |
| 36.  R&R Television cable outlet | 1.00 EA | | 5.02 | 68.14 | 75.02 |
| 37.  R&R In-wall / In-ceiling speaker | 2.00 EA | | 4.70 | 234.71 | 513.74 |
| **Totals:  Exterior** | | | | | **9,679.05** |

| Electrical | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
| 38.  Security System - Average | 5,279.83 SF | | 0.00 | 1.50 | 8,232.16 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Electrical**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| *Labor and materials to install wiring, sensors, control panel, keypad(s), motion detectors.* | | | | | |
| 39.  Rewire - average residence - copper wiring | 5,279.83 SF | | 0.00 | 3.01 | 16,061.30 |

*Includes: Electrical boxes, 12-2 w/ground, 10-3 w/ground, 8-3 w/ground (all copper), 220 volt outlet boxes, and installation labor. Excludes: Service cable, riser and weatherhead, meterbase, grounding wire and rod, main breaker panel and breakers, feeder cable between the meter base and panel, low voltage/media wiring, switches, outlets, covers or light fixtures.*

*Additional items are listed in the room or area in which they are found.*

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Electrical** | | | | | **24,293.46** |

<div align="center">

**Plumbing**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 40.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 608.93 | 1,855.94 |
| *Rough in for outdoor shower.* | | | | | |
| 41.  Rough in plumbing - per fixture- Cold water only | 7.00 EA | | 0.00 | 308.00 | 2,224.02 |
| *Rough in plumbing for hose bibs* | | | | | |
| 42.  R&R Water heater - 50 gallon - Electric - 12 yr | 3.00 EA | | 54.28 | 978.39 | 3,292.36 |
| 43.  Detach & Reset Exterior faucet / hose bibb | 7.00 EA | 64.84 | 0.00 | 0.00 | 453.88 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Plumbing** | | | | | **7,826.20** |

<div align="center">

**Mechanical**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 44.  R&R Central air - condenser unit - 4 ton - 16-21 SEER | 3.00 EA | | 39.22 | 2,884.37 | 9,473.70 |
| 45.  Central air cond. system - recharge - 5lb refrigerant | 3.00 EA | | 0.00 | 160.40 | 505.21 |
| 46.  Central air cond. system - refrigerant evacuation | 3.00 EA | | 0.00 | 122.68 | 368.04 |
| 47.  Test & Balance - HVAC system (under 20,000 sf) | 5,279.83 SF | | 0.00 | 0.32 | 1,689.55 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Mechanical**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| *Duct tightness testing required by building code* | | | | | |
| 48.  R&R Air handler - with heat element and A/C coil - 4 ton | 3.00 EA | | 64.00 | 2,172.42 | 7,095.88 |
| 49.  R&R Ductwork system - hot or cold air - 1600 to 2199 SF home | 3.00 EA | | 469.30 | 4,901.33 | 16,661.20 |
| 50.  R&R Ductwork - flexible - insulated - 4" round | 150.00 LF | | 0.63 | 6.06 | 1,039.88 |
| *Ducting for bathroom exhaust fans* | | | | | |
| 51.  R&R Refrigerant lineset - 3/8" x 3/4" tubing - 31' to 50' | 3.00 EA | | 15.79 | 402.69 | 1,325.92 |
| 52.  Install Emergency drip pan - detach and reset | 3.00 EA | | 0.00 | 5.34 | 16.02 |
| 53.  R&R Thermostat - Premium grade | 5.00 EA | | 6.71 | 228.93 | 1,246.86 |
| *3 Thermostats for the air conditioners and 2 Humidistats for the whole house dehumidifiers.* | | | | | |
| 54.  R&R Electronic air cleaner - in-duct | 3.00 EA | | 40.22 | 775.88 | 2,567.32 |
| 55.  R&R Whole house Dehumidifier | 2.00 EA | | 64.00 | 1,705.55 | 3,725.53 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Mechanical** | | | | | **45,715.11** |

<div align="center">

**Main Level**

</div>

**Main Level**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 56.  R&R Sprayed polyurethane foam - open cell - 4" | 4,158.05 SF | | 1.76 | 1.95 | 15,640.14 |

| | | | | | |
|---|---|---|---|---|---|
| **Total:  Main Level** | | | | | **15,640.14** |

<div align="center">

**Master Suite**

</div>



**Master Bedroom**                                                            **Height: Tray**

| | |
|---|---|
| 870.25  SF Walls | 337.21  SF Ceiling |
| 1,207.46  SF Walls & Ceiling | 311.93  SF Floor |
| 34.66  SY Flooring | 72.52  LF Floor Perimeter |
| 72.52  LF Ceil. Perimeter | |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

CONTINUED - Master Bedroom

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|---|
| 57.  Final cleaning - construction - Residential | 311.93 | SF | | 0.00 | 0.21 | 65.51 |
| 58.  Clean floor or roof joist system - Heavy | 337.21 | SF | | 0.00 | 1.02 | 344.60 |
| 59.  Clean stud wall - Heavy | 870.25 | SF | | 0.00 | 0.82 | 715.30 |
| 60.  Detach & Reset Interior double door, 8' - Colonist - pre-hung unit | 1.00 | EA | 106.35 | 0.00 | 0.00 | 106.45 |
| 61.  R&R 1/2" drywall - hung, taped, ready for texture | 1,207.46 | SF | | 0.39 | 1.50 | 2,338.32 |
| 62.  Additional cost to hang and finish drywall archway | 5.00 | EA | | 0.00 | 19.51 | 97.55 |
| 63.  Drywall Installer / Finisher - per hour | 5.00 | HR | | 0.00 | 63.00 | 315.00 |
| *Additional labor to hang and finish niches and cubby* | | | | | | |
| 64.  Add for bullnose (rounded) corners | 1,207.46 | SF | | 0.00 | 0.13 | 158.14 |
| 65.  Texture drywall - light hand texture | 1,207.46 | SF | | 0.00 | 0.44 | 537.14 |
| 66.  R&R Phone, TV, or speaker outlet | 1.00 | EA | | 4.40 | 17.93 | 22.85 |
| 67.  R&R Phone/low voltage outlet rough-in | 1.00 | EA | | 5.02 | 48.73 | 54.23 |
| 68.  R&R Outlet | 7.00 | EA | | 4.72 | 14.06 | 132.44 |
| 69.  Dimmer switch | 3.00 | EA | | 0.00 | 33.18 | 105.53 |
| 70.  R&R Switch | 2.00 | EA | | 4.72 | 14.32 | 38.41 |
| 71.  R&R Smoke detector | 1.00 | EA | | 10.41 | 53.58 | 65.99 |
| 72.  R&R Television cable outlet | 1.00 | EA | | 5.02 | 68.14 | 75.02 |
| 73.  R&R Baseboard - 8" paint grade - 2 piece | 72.52 | LF | | 0.56 | 5.31 | 442.43 |
| 74.  R&R Casing - 4" - hardwood | 24.00 | LF | | 0.47 | 3.89 | 111.81 |
| 75.  R&R Crown molding - 6 1/8" to 7" | 72.52 | LF | | 0.63 | 6.24 | 525.43 |
| 76.  R&R Base shoe | 72.52 | LF | | 0.16 | 1.11 | 95.20 |
| 77.  R&R Window stool & apron | 15.25 | LF | | 0.71 | 6.53 | 115.44 |
| 78.  R&R Door knob - interior | 2.00 | EA | | 11.73 | 37.95 | 103.51 |
| 79.  Light bulb - Compact Flrscnt spot/flood (R30) - mat. only | 5.00 | EA | | 0.00 | 9.42 | 51.67 |
| 80.  Light bulb - LED candle - up to 200 lm - material only | 11.00 | EA | | 0.00 | 8.90 | 107.40 |
| 81.  R&R Chandelier - Crystal - High grade | 1.00 | EA | | 18.84 | 2,756.83 | 3,024.75 |
| 82.  R&R Recessed light fixture | 5.00 | EA | | 10.46 | 118.24 | 660.55 |
| 83.  R&R LED light runner - channel-mounted rope light | 145.04 | LF | | 0.40 | 10.80 | 1,677.91 |
| 84.  Paint baseboard, oversized - two coats | 72.52 | LF | | 0.00 | 1.28 | 93.96 |

\* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Master Bedroom

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 85.  Paint crown molding, oversized - two coats | 217.56 LF | | 0.00 | 1.31 | 287.95 |
| 86.  Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 30.93 | 63.13 |
| 87.  Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 30.45 | 30.90 |
| 88.  Floor protection - plastic and tape - 10 mil | 311.93 SF | | 0.00 | 0.28 | 90.67 |
| 89.  Floor protection - corrugated cardboard and tape | 623.86 SF | | 0.00 | 0.52 | 335.91 |
| 90.  Seal & paint base shoe or quarter round | 72.52 LF | | 0.00 | 0.67 | 49.22 |
| 91.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,207.46 SF | | 0.00 | 1.08 | 1,333.34 |
| 92.  Seal & paint window stool and apron | 15.25 LF | | 0.00 | 3.30 | 50.80 |
| 93.  Seal stud wall for odor control | 870.25 SF | | 0.00 | 0.74 | 657.50 |
| 94.  R&R In-wall / In-ceiling speaker | 2.00 EA | | 4.70 | 234.71 | 513.74 |
| 95.  Floor protection - Ram Board | 623.86 SF | | 0.00 | 0.83 | 538.98 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Master Bedroom**                                                                                 **16,134.68**



**Master Bath**                                                                                 **Height: 12'**

|  |  |
|---|---|
| 946.85  SF Walls | 184.25  SF Ceiling |
| 1,131.10  SF Walls & Ceiling | 184.25  SF Floor |
| 20.47  SY Flooring | 78.93  LF Floor Perimeter |
| 78.93  LF Ceil. Perimeter | |

| Missing Wall | 2' 10'' X 12' | | Opens into SHOWER | | |
|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
| 96.  R&R Countertop - Granite or Marble - High grade | 126.11 SF | | 5.06 | 67.23 | 9,605.81 |
| 97.  Add on for undermount sink cutout & polish - single basin | 2.00 EA | | 0.00 | 124.97 | 249.94 |
| 98.  Detach & Reset Vanity | 11.17 LF | 43.91 | 0.00 | 0.00 | 490.47 |
| 99.  Final cleaning - construction - Residential | 184.25 SF | | 0.00 | 0.21 | 38.69 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

### CONTINUED - Master Bath

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 100.  Clean floor or roof joist system - Heavy | 184.25 SF | | 0.00 | 1.02 | 188.30 |
| 101.  Clean stud wall - Heavy | 946.85 SF | | 0.00 | 0.82 | 778.26 |
| 102.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 103.  Detach & Reset Interior double door, 8' - Colonist - pre-hung unit | 1.00 EA | 106.35 | 0.00 | 0.00 | 106.45 |
| 104.  R&R 1/2" drywall - hung, taped, ready for texture | 1,131.10 SF | | 0.39 | 1.50 | 2,190.44 |
| 105.  Additional cost to hang and finish drywall archway | 3.00 EA | | 0.00 | 19.51 | 58.53 |
| 106.  Add for bullnose (rounded) corners | 1,131.10 SF | | 0.00 | 0.13 | 148.14 |
| 107.  Texture drywall - light hand texture | 1,131.10 SF | | 0.00 | 0.44 | 503.17 |
| 108.  R&R Bathroom ventilation fan w/light | 1.00 EA | | 16.53 | 176.59 | 206.31 |
| 109.  R&R Outlet or switch cover - High grade | 1.00 EA | | 0.59 | 5.28 | 6.18 |
| *Cover for central vacuum receptacle.* | | | | | |
| 110.  R&R Baseboard - 8" paint grade - 2 piece | 78.93 LF | | 0.56 | 5.31 | 481.54 |
| 111.  R&R Casing - 4" - hardwood | 129.00 LF | | 0.47 | 3.89 | 600.98 |
| 112.  R&R Column - round cast fiberglass - 10" diameter | 6.08 LF | | 5.46 | 38.18 | 280.63 |
| 113.  R&R Crown molding - 6 1/8" to 7" | 78.93 LF | | 0.63 | 6.24 | 571.88 |
| 114.  R&R Base shoe | 78.93 LF | | 0.16 | 1.11 | 103.61 |
| 115.  R&R Door knob - interior | 3.00 EA | | 11.73 | 37.95 | 155.27 |
| 116.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 117.  R&R Towel bar - Premium grade | 1.00 EA | | 5.86 | 55.46 | 65.63 |
| 118.  R&R Towel ring - Premium grade | 2.00 EA | | 4.70 | 41.57 | 98.46 |
| 119.  R&R Light fixture - High grade | 1.00 EA | | 7.82 | 97.96 | 110.73 |
| 120.  Light bulb - LED A19 - up to 500 lm - material only | 8.00 EA | | 0.00 | 7.55 | 66.26 |
| 121.  Light bulb - LED BR30 - 600 to 800 lm - material only | 9.00 EA | | 0.00 | 17.98 | 177.52 |
| 122.  R&R Recessed light fixture | 9.00 EA | | 10.46 | 118.24 | 1,188.99 |
| 123.  R&R Light fixture - wall sconce - Premium grade | 4.00 EA | | 7.82 | 309.12 | 1,374.46 |
| 124.  Detach & Reset Mirror - framed | 55.00 SF | 5.10 | 0.00 | 0.00 | 280.50 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Master Bath**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 125.  Sink faucet - Bathroom - Premium grade | 2.00 EA | | 0.00 | 393.71 | 852.06 |
| 126.  R&R Jetted tub - Acrylic - Premium grade | 1.00 EA | | 100.57 | 4,428.46 | 4,909.68 |
| 127.  R&R Jetted tub faucet - High grade | 1.00 EA | | 17.59 | 356.76 | 399.56 |
| 128.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 581.85 | 1,774.70 |
| 129.  R&R Sink - single | 2.00 EA | | 17.59 | 241.09 | 547.83 |
| 130.  R&R Angle stop valve | 4.00 EA | | 4.70 | 28.20 | 134.39 |
| 131.  Paint baseboard, oversized - two coats | 78.93 LF | | 0.00 | 1.28 | 102.26 |
| 132.  Seal & paint column - three coats | 6.08 LF | | 0.00 | 7.37 | 45.14 |
| 133.  Paint crown molding, oversized - two coats | 78.93 LF | | 0.00 | 1.31 | 104.47 |
| 134.  Paint door slab only - 2 coats (per side) | 5.00 EA | | 0.00 | 30.93 | 157.83 |
| 135.  Paint door/window trim & jamb - 2 coats (per side) | 5.00 EA | | 0.00 | 25.88 | 131.31 |
| 136.  Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 30.45 | 30.90 |
| 137. Floor protection - plastic and tape - 10 mil | 184.25 SF | | 0.00 | 0.28 | 53.56 |
| 138.  Floor protection - corrugated cardboard and tape | 368.49 SF | | 0.00 | 0.52 | 198.40 |
| 139.  Seal & paint base shoe or quarter round | 78.93 LF | | 0.00 | 0.67 | 53.57 |
| 140.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,131.10 SF | | 0.00 | 1.08 | 1,249.02 |
| 141.  Seal stud wall for odor control | 946.85 SF | | 0.00 | 0.74 | 715.37 |
| 142.  Floor protection - Ram Board | 368.49 SF | | 0.00 | 0.83 | 318.36 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Master Bath**                                                                        **31,990.53**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



**Her Toilet**                                            **Height: 12'**

| | |
|---|---|
| 228.98 SF Walls | 23.74 SF Ceiling |
| 252.73 SF Walls & Ceiling | 23.74 SF Floor |
| 2.64 SY Flooring | 19.08 LF Floor Perimeter |
| 19.08 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 143. Final cleaning - construction - Residential | 23.74 SF | | 0.00 | 0.21 | 4.99 |
| 144. Clean floor or roof joist system - Heavy | 23.74 SF | | 0.00 | 1.02 | 24.26 |
| 145. Clean stud wall - Heavy | 228.98 SF | | 0.00 | 0.82 | 188.20 |
| 146. Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 147. R&R 1/2" drywall - hung, taped, ready for texture | 252.73 SF | | 0.39 | 1.50 | 489.43 |
| 148. Add for bullnose (rounded) corners | 252.73 SF | | 0.00 | 0.13 | 33.10 |
| 149. Texture drywall - light hand texture | 252.73 SF | | 0.00 | 0.44 | 112.43 |
| 150. R&R Bathroom ventilation fan w/light - Premium grade | 1.00 EA | | 16.53 | 355.26 | 402.31 |
| 151. R&R Switch | 2.00 EA | | 4.72 | 14.32 | 38.41 |
| 152. R&R Baseboard - 8" paint grade - 2 piece | 19.08 LF | | 0.56 | 5.31 | 116.39 |
| 153. R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 154. R&R Crown molding - 6 1/8" to 7" | 19.08 LF | | 0.63 | 6.24 | 138.24 |
| 155. R&R Base shoe | 19.08 LF | | 0.16 | 1.11 | 25.04 |
| 156. R&R Door knob - interior | 1.00 EA | | 11.73 | 37.95 | 51.76 |
| 157. R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 158. R&R Robe hook | 1.00 EA | | 4.70 | 15.52 | 21.08 |
| 159. R&R Toilet paper holder - Premium grade | 1.00 EA | | 4.70 | 42.35 | 50.09 |
| 160. R&R Bidet - faucet w/fittings | 1.00 EA | | 15.64 | 300.49 | 338.57 |
| 161. Detach & Reset Bidet | 1.00 EA | 126.62 | 0.00 | 0.00 | 127.16 |
| 162. Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 581.85 | 1,183.13 |
| 163. R&R Angle stop valve | 2.00 EA | | 4.70 | 28.20 | 67.19 |
| 164. Detach & Reset Toilet | 1.00 EA | 189.52 | 0.00 | 0.00 | 190.06 |
| 165. Paint baseboard, oversized - two coats | 19.08 LF | | 0.00 | 1.28 | 24.72 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Her Toilet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 166.  Paint crown molding, oversized - two coats | 19.08 LF | | 0.00 | 1.31 | 25.25 |
| 167.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 168.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 169.  Floor protection - plastic and tape - 10 mil | 23.74 SF | | 0.00 | 0.28 | 6.90 |
| 170.  Floor protection - corrugated cardboard and tape | 47.49 SF | | 0.00 | 0.52 | 25.56 |
| 171.  Seal & paint base shoe or quarter round | 19.08 LF | | 0.00 | 0.67 | 12.95 |
| 172.  Seal/prime then paint the walls and ceiling twice (3 coats) | 252.73 SF | | 0.00 | 1.08 | 279.08 |
| 173.  Seal stud wall for odor control | 228.98 SF | | 0.00 | 0.74 | 173.00 |
| 174.  Floor protection - Ram Board | 47.49 SF | | 0.00 | 0.83 | 41.03 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Her Toilet** **4,430.96**



**His Toilet** **Height: 12'**

| | |
|---|---|
| 198.00  SF Walls | 15.75  SF Ceiling |
| 213.75  SF Walls & Ceiling | 15.75  SF Floor |
| 1.75  SY Flooring | 16.50  LF Floor Perimeter |
| 16.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 175.  Final cleaning - construction - Residential | 15.75 SF | | 0.00 | 0.21 | 3.31 |
| 176.  Clean floor or roof joist system - Heavy | 15.75 SF | | 0.00 | 1.02 | 16.10 |
| 177.  Clean stud wall - Heavy | 198.00 SF | | 0.00 | 0.82 | 162.74 |
| 178.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 179.  R&R 1/2" drywall - hung, taped, ready for texture | 213.75 SF | | 0.39 | 1.50 | 413.94 |
| 180.  Add for bullnose (rounded) corners | 213.75 SF | | 0.00 | 0.13 | 28.00 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - His Toilet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 181.  Texture drywall - light hand texture | 213.75 SF | | 0.00 | 0.44 | 95.09 |
| 182.  R&R Bathroom ventilation fan w/light - Premium grade | 1.00 EA | | 16.53 | 355.26 | 402.31 |
| 183.  R&R Baseboard - 8" paint grade - 2 piece | 16.50 LF | | 0.56 | 5.31 | 100.67 |
| 184.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 185.  R&R Crown molding - 6 1/8" to 7" | 16.50 LF | | 0.63 | 6.24 | 119.55 |
| 186.  R&R Base shoe | 16.50 LF | | 0.16 | 1.11 | 21.66 |
| 187.  R&R Window stool & apron | 2.67 LF | | 0.71 | 6.53 | 20.22 |
| 188.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 189.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 581.85 | 591.57 |
| 190.  R&R Angle stop valve | 1.00 EA | | 4.70 | 28.20 | 33.60 |
| 191.  Detach & Reset Toilet | 1.00 EA | 189.52 | 0.00 | 0.00 | 190.06 |
| 192.  R&R Toilet seat | 1.00 EA | | 6.40 | 50.09 | 59.54 |
| 193.  Paint baseboard, oversized - two coats | 16.50 LF | | 0.00 | 1.28 | 21.38 |
| 194.  Paint crown molding, oversized - two coats | 16.50 LF | | 0.00 | 1.31 | 21.84 |
| 195.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 196.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 197.  Floor protection - plastic and tape - 10 mil | 15.75 SF | | 0.00 | 0.28 | 4.58 |
| 198.  Floor protection - corrugated cardboard and tape | 31.50 SF | | 0.00 | 0.52 | 16.96 |
| 199.  Seal & paint base shoe or quarter round | 16.50 LF | | 0.00 | 0.67 | 11.20 |
| 200.  Seal/prime then paint the walls and ceiling twice (3 coats) | 213.75 SF | | 0.00 | 1.08 | 236.03 |
| 201.  Seal & paint window stool and apron | 2.67 LF | | 0.00 | 3.30 | 8.89 |
| 202.  Seal stud wall for odor control | 198.00 SF | | 0.00 | 0.74 | 149.59 |
| 203.  Floor protection - Ram Board | 31.50 SF | | 0.00 | 0.83 | 27.22 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  His Toilet**                                                                                  **3,077.32**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**Linen Closet**                                                                                     **Height: 12'**

| | |
|---|---|
| 112.00  SF Walls | 4.88  SF Ceiling |
| 116.88  SF Walls & Ceiling | 4.88  SF Floor |
| 0.54  SY Flooring | 9.33  LF Floor Perimeter |
| 9.33  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 204.  Final cleaning - construction - Residential | 4.88 SF | | 0.00 | 0.21 | 1.02 |
| 205.  Clean floor or roof joist system - Heavy | 4.88 SF | | 0.00 | 1.02 | 4.99 |
| 206.  Clean stud wall - Heavy | 112.00 SF | | 0.00 | 0.82 | 92.06 |
| 207.  R&R 1/2" drywall - hung, taped, ready for texture | 116.88 SF | | 0.39 | 1.50 | 226.34 |
| 208.  Add for bullnose (rounded) corners | 116.88 SF | | 0.00 | 0.13 | 15.30 |
| 209.  Texture drywall - light hand texture | 116.88 SF | | 0.00 | 0.44 | 52.00 |
| 210.  R&R Baseboard - 8" paint grade - 2 piece | 9.33 LF | | 0.56 | 5.31 | 56.91 |
| 211.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 212.  R&R Base shoe | 9.33 LF | | 0.16 | 1.11 | 12.25 |
| 213.  Paint baseboard, oversized - two coats | 9.33 LF | | 0.00 | 1.28 | 12.08 |
| 214.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 215.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 216.  Floor protection - plastic and tape - 10 mil | 4.88 SF | | 0.00 | 0.28 | 1.42 |
| 217.  Floor protection - corrugated cardboard and tape | 9.76 SF | | 0.00 | 0.52 | 5.26 |
| 218.  Seal & paint base shoe or quarter round | 9.33 LF | | 0.00 | 0.67 | 6.33 |
| 219.  Seal/prime then paint the walls and ceiling twice (3 coats) | 116.88 SF | | 0.00 | 1.08 | 129.06 |
| 220.  Seal stud wall for odor control | 112.00 SF | | 0.00 | 0.74 | 84.62 |
| 221.  Floor protection - Ram Board | 9.76 SF | | 0.00 | 0.83 | 8.43 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Linen Closet**                                                                                     **863.73**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| **shower** | | | | | **Height: 12'** |
|---|---|---|---|---|---|
| | 312.35 | SF Walls | | 43.45 | SF Ceiling |
| | 355.80 | SF Walls & Ceiling | | 43.45 | SF Floor |
| | 4.83 | SY Flooring | | 26.05 | LF Floor Perimeter |
| | 26.05 | LF Ceil. Perimeter | | | |

| **Missing Wall** | **2' 10'' X 12'** | **Opens into MASTER_BATH** |
|---|---|---|

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 222.  Add for bullnose (rounded) corners | 355.80 SF | | 0.00 | 0.13 | 46.60 |
| 223.  Light bulb - LED A19 - up to 500 lm - material only | 1.00 EA | | 0.00 | 7.55 | 8.28 |
| 224.  R&R Shower light - waterproof fixture | 1.00 EA | | 10.46 | 179.55 | 199.44 |
| 225.  R&R Custom shower door & partition - 1/2" glass - frameless | 42.00 SF | | 1.76 | 46.03 | 2,149.77 |
| *Curved partition made up of 4" panes* | | | | | |
| 226.  Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 581.85 | 1,183.13 |
| 227.  R&R Shower faucet - Premium grade | 2.00 EA | | 17.59 | 390.69 | 876.70 |
| 228.  R&R Shower head only - Premium grade | 1.00 EA | | 7.04 | 182.01 | 204.57 |
| *Overhead rain head.* | | | | | |
| 229.  R&R Tile shower - 121 to 150 SF - High grade | 1.00 EA | | 219.98 | 2,160.83 | 2,498.40 |

| **Totals:  shower** | | | | | **7,166.89** |
|---|---|---|---|---|---|



| **Master Closet 1** | | | | | **Height: 12'** |
|---|---|---|---|---|---|
| | 426.70 | SF Walls | | 58.08 | SF Ceiling |
| | 484.78 | SF Walls & Ceiling | | 58.08 | SF Floor |
| | 6.45 | SY Flooring | | 35.56 | LF Floor Perimeter |
| | 35.56 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 230.  Final cleaning - construction - Residential | 58.08 SF | | 0.00 | 0.21 | 12.20 |
| 231.  Clean floor or roof joist system - Heavy | 58.08 SF | | 0.00 | 1.02 | 59.35 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Master Closet 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 232.  Clean stud wall - Heavy | 426.70 SF | | 0.00 | 0.82 | 350.72 |
| 233.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 234.  R&R 1/2" drywall - hung, taped, ready for texture | 484.78 SF | | 0.39 | 1.50 | 938.80 |
| 235.  Add for bullnose (rounded) corners | 484.78 SF | | 0.00 | 0.13 | 63.49 |
| 236.  Texture drywall - light hand texture | 484.78 SF | | 0.00 | 0.44 | 215.65 |
| 237.  R&R Door jamb switch (open-on / close-off) | 1.00 EA | | 4.72 | 71.44 | 78.20 |
| 238.  R&R Baseboard - 8" paint grade - 2 piece | 35.56 LF | | 0.56 | 5.31 | 216.94 |
| 239.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 240.  Detach & Reset Closet Organizer - Melamine - Premium grade | 35.56 LF | 45.29 | 0.00 | 0.00 | 1,610.51 |
| 241.  R&R Crown molding - 6 1/8" to 7" | 35.56 LF | | 0.63 | 6.24 | 257.64 |
| 242.  R&R Base shoe | 35.56 LF | | 0.16 | 1.11 | 46.68 |
| 243.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 244.  R&R Light fixture - High grade | 2.00 EA | | 7.82 | 97.96 | 221.45 |
| 245.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 246.  Paint baseboard, oversized - two coats | 35.56 LF | | 0.00 | 1.28 | 46.07 |
| 247.  Paint crown molding, oversized - two coats | 35.56 LF | | 0.00 | 1.31 | 47.06 |
| 248.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 249.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 250.  Floor protection - plastic and tape - 10 mil | 58.08 SF | | 0.00 | 0.28 | 16.88 |
| 251.  Floor protection - corrugated cardboard and tape | 116.16 SF | | 0.00 | 0.52 | 62.54 |
| 252.  Seal & paint base shoe or quarter round | 35.56 LF | | 0.00 | 0.67 | 24.14 |
| 253.  Seal/prime then paint the walls and ceiling twice (3 coats) | 484.78 SF | | 0.00 | 1.08 | 535.32 |
| 254.  Seal stud wall for odor control | 426.70 SF | | 0.00 | 0.74 | 322.38 |
| 255.  Floor protection - Ram Board | 116.16 SF | | 0.00 | 0.83 | 100.35 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Master Closet 1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Master Closet 1** | | | | | **5,564.20** |



| Master Closet 2 | | | | | Height: 12' |
|---|---|---|---|---|---|
| 392.00 SF Walls | | | 64.92 SF Ceiling | | |
| 456.92 SF Walls & Ceiling | | | 64.92 SF Floor | | |
| 7.21 SY Flooring | | | 32.67 LF Floor Perimeter | | |
| 32.67 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 256.  Final cleaning - construction - Residential | 64.92 SF | | 0.00 | 0.21 | 13.63 |
| 257.  Clean floor or roof joist system - Heavy | 64.92 SF | | 0.00 | 1.02 | 66.35 |
| 258.  Clean stud wall - Heavy | 392.00 SF | | 0.00 | 0.82 | 322.20 |
| 259.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 260.  R&R 1/2" drywall - hung, taped, ready for texture | 456.92 SF | | 0.39 | 1.50 | 884.85 |
| 261.  Add for bullnose (rounded) corners | 456.92 SF | | 0.00 | 0.13 | 59.84 |
| 262.  Texture drywall - light hand texture | 456.92 SF | | 0.00 | 0.44 | 203.26 |
| 263.  R&R Baseboard - 8" paint grade - 2 piece | 32.67 LF | | 0.56 | 5.31 | 199.32 |
| 264.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 265.  R&R Closet Organizer - Melamine - Premium grade | 29.67 LF | | 7.04 | 130.56 | 4,294.94 |
| 266.  R&R Crown molding - 6 1/8" to 7" | 32.67 LF | | 0.63 | 6.24 | 236.70 |
| 267.  R&R Base shoe | 32.67 LF | | 0.16 | 1.11 | 42.88 |
| 268.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 269.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 270.  Light bulb - Fluorescent tube - 4' soft white - mat. only | 4.00 EA | | 0.00 | 5.88 | 25.80 |
| 271.  R&R Fluorescent light fixture | 2.00 EA | | 13.07 | 99.21 | 234.70 |
| 272.  Detach & Reset Mirror - framed | 6.00 SF | 5.10 | 0.00 | 0.00 | 30.60 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Master Closet 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 273.  Paint baseboard, oversized - two coats | 32.67 LF | | 0.00 | 1.28 | 42.33 |
| 274.  Paint crown molding, oversized - two coats | 32.67 LF | | 0.00 | 1.31 | 43.24 |
| 275.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 276.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 277.  Floor protection - plastic and tape - 10 mil | 64.92 SF | | 0.00 | 0.28 | 18.87 |
| 278.  Floor protection - corrugated cardboard and tape | 129.83 SF | | 0.00 | 0.52 | 69.90 |
| 279.  Seal & paint base shoe or quarter round | 32.67 LF | | 0.00 | 0.67 | 22.18 |
| 280.  Seal/prime then paint the walls and ceiling twice (3 coats) | 456.92 SF | | 0.00 | 1.08 | 504.55 |
| 281.  Seal stud wall for odor control | 392.00 SF | | 0.00 | 0.74 | 296.16 |
| 282.  Floor protection - Ram Board | 129.83 SF | | 0.00 | 0.83 | 112.17 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Master Closet 2** **8,062.80**



| | | | | chase | Height: 12' |
|---|---|---|---|---|---|
| | 144.63  SF Walls | | | 8.81  SF Ceiling | |
| | 153.44  SF Walls & Ceiling | | | 8.81  SF Floor | |
| | 0.98  SY Flooring | | | 12.05  LF Floor Perimeter | |
| | 12.05  LF Ceil. Perimeter | | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 283.  Final cleaning - construction - Residential | 8.81 SF | | 0.00 | 0.21 | 1.85 |
| 284.  Clean floor or roof joist system - Heavy | 8.81 SF | | 0.00 | 1.02 | 9.01 |
| 285.  Clean stud wall - Heavy | 144.63 SF | | 0.00 | 0.82 | 118.88 |
| 286.  Seal stud wall for odor control | 144.63 SF | | 0.00 | 0.74 | 109.27 |

**Totals:  chase** **239.01**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**Total: Master Suite** **77,530.12**

**Living Room** **Height: Tray**

---

| | |
|---|---|
| 713.87 SF Walls | 365.90 SF Ceiling |
| 1,079.77 SF Walls & Ceiling | 319.32 SF Floor |
| 35.48 SY Flooring | 55.11 LF Floor Perimeter |
| 71.11 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **16' X 6' 8"** | **Opens into FOYER_ENTRY** |
| **Missing Wall - Goes to neither Floor/Ceiling** | **4' 11" X 6' 8"** | **Opens into BAR_AREA** |
| **Missing Wall** | **6' 10 1/16" X 12'** | **Opens into FAMILY_ROOM** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 287.  Detach & Reset Cabinetry - full height unit | 7.33 LF | 51.13 | 0.00 | 0.00 | 374.78 |
| 288.  Final cleaning - construction - Residential | 319.32 SF | | 0.00 | 0.21 | 67.06 |
| 289.  Clean floor or roof joist system - Heavy | 365.90 SF | | 0.00 | 1.02 | 373.93 |
| 290.  Clean stud wall - Heavy | 713.87 SF | | 0.00 | 0.82 | 586.76 |
| 291.  R&R 1/2" drywall - hung, taped, ready for texture | 1,079.77 SF | | 0.39 | 1.50 | 2,091.04 |
| 292.  Additional cost to hang and finish drywall archway | 4.00 EA | | 0.00 | 19.51 | 78.04 |
| 293.  Add for bullnose (rounded) corners | 1,079.77 SF | | 0.00 | 0.13 | 141.42 |
| 294.  Texture drywall - light hand texture | 1,079.77 SF | | 0.00 | 0.44 | 480.34 |
| 295.  R&R Outlet | 3.00 EA | | 4.72 | 14.06 | 56.76 |
| 296.  R&R Dimmer switch | 1.00 EA | | 4.72 | 33.18 | 39.90 |
| 297.  R&R Switch | 3.00 EA | | 4.72 | 14.32 | 57.62 |
| 298.  R&R Baseboard - 8" paint grade - 2 piece | 55.11 LF | | 0.56 | 5.31 | 336.21 |
| 299.  R&R Column - round cast fiberglass - 10" diameter | 18.00 LF | | 5.46 | 38.18 | 830.81 |
| 300.  R&R Crown molding - 6 1/8" to 7" | 128.00 LF | | 0.63 | 6.24 | 927.41 |
| 301.  R&R Medallion - up to 12" diameter | 1.00 EA | | 5.86 | 70.62 | 80.09 |
| 302.  R&R Base shoe | 55.11 LF | | 0.16 | 1.11 | 72.34 |
| 303.  R&R Window stool & apron | 16.67 LF | | 0.71 | 6.53 | 126.20 |
| 304.  R&R Fireplace face, natural stone | 25.00 SF | | 2.35 | 21.34 | 614.61 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 305.  Light bulb - LED candle - up to 200 lm - material only | 5.00 EA | | 0.00 | 8.90 | 48.82 |
| 306.  Light bulb - LED BR30 - 600 to 800 lm - material only | 7.00 EA | | 0.00 | 17.98 | 138.07 |
| 307.  R&R Chandelier - High grade | 1.00 EA | | 17.59 | 356.20 | 396.20 |
| 308.  R&R Recessed light fixture | 7.00 EA | | 10.46 | 118.24 | 924.77 |
| 309.  Paint baseboard, oversized - two coats | 55.11 LF | | 0.00 | 1.28 | 71.40 |
| 310.  Seal & paint column - three coats | 18.00 LF | | 0.00 | 7.37 | 133.64 |
| *Paint columns to look like marble.* | | | | | |
| 311.  Paint crown molding, oversized - two coats | 128.00 LF | | 0.00 | 1.31 | 169.42 |
| *Crown molding in tray and at perimeter.* | | | | | |
| 312.  Floor protection - plastic and tape - 10 mil | 319.32 SF | | 0.00 | 0.28 | 92.82 |
| 313.  Floor protection - corrugated cardboard and tape | 638.65 SF | | 0.00 | 0.52 | 343.87 |
| 314.  Paint ceiling medallion | 1.00 EA | | 0.00 | 36.61 | 36.99 |
| 315.  Seal & paint base shoe or quarter round | 55.11 LF | | 0.00 | 0.67 | 37.40 |
| 316.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,079.77 SF | | 0.00 | 1.08 | 1,192.33 |
| 317.  Seal stud wall for odor control | 713.87 SF | | 0.00 | 0.74 | 539.34 |
| 318.  Floor protection - Ram Board | 638.65 SF | | 0.00 | 0.83 | 551.76 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Living Room**          **12,012.15**



| | | | |
|---|---|---|---|
| **chase** | | | **Height: 8'** |
| 39.86  SF Walls | | 1.07  SF Ceiling | |
| 40.93  SF Walls & Ceiling | | 1.07  SF Floor | |
| 0.12  SY Flooring | | 4.98  LF Floor Perimeter | |
| 4.98  LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - chase**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 319.  Final cleaning - construction - Residential | 1.07 SF | | 0.00 | 0.21 | 0.22 |
| 320.  Clean floor or roof joist system - Heavy | 1.07 SF | | 0.00 | 1.02 | 1.09 |
| 321.  Clean stud wall - Heavy | 39.86 SF | | 0.00 | 0.82 | 32.77 |
| 322.  Seal stud wall for odor control | 39.86 SF | | 0.00 | 0.74 | 30.12 |

**Totals:  chase**                                                         **64.20**



| Foyer/Entry | | | | | Height: 12' |
|---|---|---|---|---|---|

|  |  |
|---|---|
| 1,051.78  SF Walls | 327.22  SF Ceiling |
| 1,379.00  SF Walls & Ceiling | 327.22  SF Floor |
| 36.36  SY Flooring | 72.69  LF Floor Perimeter |
| 106.35  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 1/4" X 12'** | **Opens into STAIRS_PLACE** |
| **Missing Wall** | **4' 8 3/8" X 12'** | **Opens into DINING_ROOM** |
| **Missing Wall - Goes to Floor** | **3' 11" X 6' 8"** | **Opens into DINING_ROOM** |
| **Missing Wall - Goes to Floor** | **10' 5" X 6' 8"** | **Opens into DINING_ROOM** |
| **Missing Wall - Goes to Floor** | **3' 4" X 6' 8"** | **Opens into KITCHEN** |
| **Missing Wall - Goes to Floor** | **16' X 6' 8"** | **Opens into LIVING_ROOM** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 323.  Final cleaning - construction - Residential | 327.22 SF | | 0.00 | 0.21 | 68.72 |
| 324.  Clean floor or roof joist system - Heavy | 327.22 SF | | 0.00 | 1.02 | 334.39 |
| 325.  Clean stud wall - Heavy | 1,051.78 SF | | 0.00 | 0.82 | 864.50 |
| 326.  R&R 1/2" drywall - hung, taped, ready for texture | 1,379.00 SF | | 0.39 | 1.50 | 2,670.52 |
| 327.  Drywall Installer / Finisher - per hour | 4.00 HR | | 0.00 | 63.00 | 252.00 |
| *Added labor to hang and finish drywall on groin vault ceiling.* | | | | | |
| 328.  Add for bullnose (rounded) corners | 1,379.00 SF | | 0.00 | 0.13 | 180.61 |
| 329.  Texture drywall - light hand texture | 1,379.00 SF | | 0.00 | 0.44 | 613.45 |
| 330.  R&R Door bell/chime - High grade | 1.00 EA | | 4.72 | 153.83 | 164.37 |
| 331.  R&R Combination CO/Smoke detector | 1.00 EA | | 10.41 | 96.13 | 112.85 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 332.  R&R Outlet | 3.00 EA | | 4.72 | 14.06 | 56.76 |
| 333.  R&R Outlet or switch cover - High grade | 1.00 EA | | 0.59 | 5.28 | 6.18 |
| *Cover for central vacuum receptacle.* | | | | | |
| 334.  R&R Dimmer switch | 1.00 EA | | 4.72 | 33.18 | 39.90 |
| 335.  R&R Switch | 2.00 EA | | 4.72 | 14.32 | 38.41 |
| 336.  R&R Baseboard - 8" paint grade - 2 piece | 72.69 LF | | 0.56 | 5.31 | 443.47 |
| 337.  R&R Casing - 4" - hardwood | 45.00 LF | | 0.47 | 3.89 | 209.64 |
| 338.  R&R Crown molding - 6 1/8" to 7" | 106.35 LF | | 0.63 | 6.24 | 770.54 |
| 339.  R&R Base shoe | 72.69 LF | | 0.16 | 1.11 | 95.42 |
| 340.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 341.  Light bulb - LED candle - up to 200 lm - material only | 4.00 EA | | 0.00 | 8.90 | 39.05 |
| 342.  Light bulb - LED BR30 - 600 to 800 lm - material only | 2.00 EA | | 0.00 | 17.98 | 39.45 |
| 343.  R&R Chandelier - Premium grade | 1.00 EA | | 17.59 | 526.17 | 581.13 |
| 344.  R&R Recessed light fixture | 3.00 EA | | 10.46 | 118.24 | 396.33 |
| 345.  R&R Light fixture - wall sconce - High grade | 1.00 EA | | 7.82 | 154.12 | 173.58 |
| 346.  Paint baseboard, oversized - two coats | 72.69 LF | | 0.00 | 1.28 | 94.17 |
| 347.  Paint crown molding, oversized - two coats | 106.35 LF | | 0.00 | 1.31 | 140.76 |
| 348.  Paint door slab only - 2 coats (per side) | 3.00 EA | | 0.00 | 30.93 | 94.70 |
| 349.  Finish door slab only - 1 coat urethane (per side) | 2.00 EA | | 0.00 | 22.06 | 45.26 |
| 350.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 351.  Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 30.45 | 30.90 |
| 352.  Painting - Faux (special effects) - 3 part | 18.00 SF | | 0.00 | 2.62 | 47.91 |
| 353.  Floor protection - plastic and tape - 10 mil | 327.22 SF | | 0.00 | 0.28 | 95.11 |
| 354.  Floor protection - corrugated cardboard and tape | 654.43 SF | | 0.00 | 0.52 | 352.36 |
| 355.  Seal & paint base shoe or quarter round | 72.69 LF | | 0.00 | 0.67 | 49.33 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 356.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 1,361.00 SF | | 0.00 | 1.08 | 1,502.88 |
| 357.  Seal stud wall for odor control | 1,051.78 SF | | 0.00 | 0.74 | 794.64 |
| 358.  Stucco repair around doors, windows, etc - 1st floor | 33.00 LF | | 0.00 | 15.73 | 524.69 |
| 359.  Synthetic stucco - additional charge for raised trim | 33.00 LF | | 0.00 | 6.07 | 204.82 |

*Stucco casing around front door in foyer*

| | | | | | |
|---|---|---|---|---|---|
| 360.  Floor protection - Ram Board | 654.43 SF | | 0.00 | 0.83 | 565.40 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Foyer/Entry** **12,737.02**



**Under stairs closet** **Height: 10'**

| | |
|---|---|
| 283.24  SF Walls | 31.56  SF Ceiling |
| 314.80  SF Walls & Ceiling | 31.56  SF Floor |
| 3.51  SY Flooring | 28.32  LF Floor Perimeter |
| 28.32  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 361.  Final cleaning - construction - Residential | 31.56 SF | | 0.00 | 0.21 | 6.63 |
| 362.  Clean floor or roof joist system - Heavy | 31.56 SF | | 0.00 | 1.02 | 32.25 |
| 363.  Clean stud wall - Heavy | 283.24 SF | | 0.00 | 0.82 | 232.81 |
| 364.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 365.  R&R 1/2" drywall - hung, taped, ready for texture | 314.80 SF | | 0.39 | 1.50 | 609.63 |
| 366.  Add for bullnose (rounded) corners | 314.80 SF | | 0.00 | 0.13 | 41.23 |
| 367.  Texture drywall - light hand texture | 314.80 SF | | 0.00 | 0.44 | 140.04 |
| 368.  R&R Switch | 2.00 EA | | 4.72 | 14.32 | 38.41 |
| 369.  R&R Attic entrance cover and trim | 1.00 EA | | 7.22 | 65.68 | 74.64 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Under stairs closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 370.  R&R Baseboard - 8" paint grade - 2 piece | 28.32 LF | | 0.56 | 5.31 | 172.78 |
| 371.  R&R Bookcase - built in - 12" - (SF of face area) | 25.50 SF | | 0.71 | 11.99 | 339.37 |
| 372.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 373.  R&R Base shoe | 28.32 LF | | 0.16 | 1.11 | 37.18 |
| 374.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 375.  R&R Light fixture - High grade | 1.00 EA | | 7.82 | 97.96 | 110.73 |
| 376.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 377.  Paint baseboard, oversized - two coats | 28.32 LF | | 0.00 | 1.28 | 36.69 |
| 378.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 379.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 380.  Floor protection - plastic and tape - 10 mil | 31.56 SF | | 0.00 | 0.28 | 9.18 |
| 381.  Floor protection - corrugated cardboard and tape | 63.11 SF | | 0.00 | 0.52 | 33.98 |
| 382.  Seal & paint base shoe or quarter round | 28.32 LF | | 0.00 | 0.67 | 19.22 |
| 383.  Seal/prime then paint the walls and ceiling twice (3 coats) | 314.80 SF | | 0.00 | 1.08 | 347.61 |
| 384.  Seal stud wall for odor control | 283.24 SF | | 0.00 | 0.74 | 214.00 |
| 385.  Floor protection - Ram Board | 63.11 SF | | 0.00 | 0.83 | 54.52 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Under stairs closet**                                                                                           **2,888.73**



| Stairs place holder | | Height: 13' |
|---|---|---|
| 164.89  SF Walls | 30.87  SF Ceiling | |
| 195.76  SF Walls & Ceiling | 52.13  SF Floor | |
| 5.79  SY Flooring | 17.87  LF Floor Perimeter | |
| 15.70  LF Ceil. Perimeter | | |

**Missing Wall**          **4' 1/4" X 12' 11 15/16"**          **Opens into FOYER_ENTRY**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Stairs place holder**



**Subroom:  Stairs1 (1)**                                                                    **Height: 8'**

| | |
|---|---|
| 138.51  SF Walls | 23.42  SF Ceiling |
| 161.93  SF Walls & Ceiling | 23.42  SF Floor |
| 2.60  SY Flooring | 17.31  LF Floor Perimeter |
| 17.31  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 1/4" X 8'** | **Opens into STAIRS_PLACE** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 386.  Add for bullnose (rounded) corners | 357.69 SF | | 0.00 | 0.13 | 46.85 |

*All items are listed in "Stairs" on level 2*

**Totals:  Stairs place holder**                                                                    **46.85**



**Dining Room**                                                                    **Height: Tray**

| | |
|---|---|
| 534.82  SF Walls | 270.17  SF Ceiling |
| 804.99  SF Walls & Ceiling | 226.63  SF Floor |
| 25.18  SY Flooring | 36.79  LF Floor Perimeter |
| 54.29  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **10' 5" X 6' 8"** | **Opens into FOYER_ENTRY** |
| **Missing Wall - Goes to Floor** | **3' 2" X 6' 8"** | **Opens into BUTLER_PANTR** |
| **Missing Wall** | **4' 8 3/8" X 12'** | **Opens into FOYER_ENTRY** |
| **Missing Wall - Goes to Floor** | **3' 11" X 6' 8"** | **Opens into FOYER_ENTRY** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 387.  Final cleaning - construction - Residential | 226.63 SF | | 0.00 | 0.21 | 47.59 |
| 388.  Clean floor or roof joist system - Heavy | 270.17 SF | | 0.00 | 1.02 | 276.09 |
| 389.  Clean stud wall - Heavy | 534.82 SF | | 0.00 | 0.82 | 439.59 |
| 390.  R&R 1/2" drywall - hung, taped, ready for texture | 804.99 SF | | 0.39 | 1.50 | 1,558.92 |
| 391.  Additional cost to hang and finish drywall archway | 7.00 EA | | 0.00 | 19.51 | 136.57 |
| 392.  Add for bullnose (rounded) corners | 804.99 SF | | 0.00 | 0.13 | 105.43 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 393.  Texture drywall - light hand texture | 804.99 SF | | 0.00 | 0.44 | 358.10 |
| 394.  R&R Outlet | 3.00 EA | | 4.72 | 14.06 | 56.76 |
| 395.  R&R Dimmer switch | 1.00 EA | | 4.72 | 33.18 | 39.90 |
| 396.  R&R Baseboard - 8" paint grade - 2 piece | 36.79 LF | | 0.56 | 5.31 | 224.44 |
| 397.  R&R Column - round cast fiberglass - 10" diameter | 60.00 LF | | 5.46 | 38.18 | 2,769.37 |
| 398.  R&R Crown molding - 6 1/8" to 7" | 97.72 LF | | 0.63 | 6.24 | 708.01 |
| *Crown molding in tray and along perimeter.* | | | | | |
| 399.  R&R Medallion - up to 12" diameter | 1.00 EA | | 5.86 | 70.62 | 80.09 |
| 400.  R&R Base shoe | 36.79 LF | | 0.16 | 1.11 | 48.30 |
| 401.  R&R Window stool & apron | 10.42 LF | | 0.71 | 6.53 | 78.88 |
| 402.  R&R Chandelier - Premium grade | 1.00 EA | | 17.59 | 526.17 | 581.13 |
| 403.  Paint baseboard, oversized - two coats | 36.79 LF | | 0.00 | 1.28 | 47.66 |
| 404.  Seal & paint column - three coats | 60.00 LF | | 0.00 | 7.37 | 445.46 |
| 405.  Paint crown molding, oversized - two coats | 97.72 LF | | 0.00 | 1.31 | 129.34 |
| 406.  Floor protection - plastic and tape - 10 mil | 226.63 SF | | 0.00 | 0.28 | 65.88 |
| 407.  Floor protection - corrugated cardboard and tape | 453.27 SF | | 0.00 | 0.52 | 244.05 |
| 408.  Paint ceiling medallion | 1.00 EA | | 0.00 | 36.61 | 36.99 |
| 409.  Seal & paint base shoe or quarter round | 36.79 LF | | 0.00 | 0.67 | 24.97 |
| 410.  Seal/prime then paint the walls and ceiling twice (3 coats) | 804.99 SF | | 0.00 | 1.08 | 888.91 |
| 411.  Seal & paint window stool and apron | 10.42 LF | | 0.00 | 3.30 | 34.71 |
| 412.  Seal stud wall for odor control | 534.82 SF | | 0.00 | 0.74 | 404.07 |
| 413.  Floor protection - Ram Board | 453.27 SF | | 0.00 | 0.83 | 391.60 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Dining Room**        **10,222.81**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**Butler Pantry**                                                                              **Height: 12'**

| | |
|---|---|
| 260.89 SF Walls | 36.94 SF Ceiling |
| 297.83 SF Walls & Ceiling | 36.94 SF Floor |
| 4.10 SY Flooring | 19.00 LF Floor Perimeter |
| 25.17 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' 2" X 6' 8" | **Opens into DINING_ROOM** |
| **Missing Wall - Goes to Floor** | 3' X 6' 8" | **Opens into HALLWAY** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 414.  R&R Dishwasher - Premium grade | 1.00 EA | | 25.14 | 1,136.86 | 1,262.49 |
| 415.  Add for prefinished crown molding per LF | 5.33 LF | | 0.00 | 8.74 | 49.85 |
| 416.  R&R Countertop - Granite or Marble | 11.11 SF | | 5.06 | 53.23 | 675.63 |
| 417.  Detach & Reset Cabinetry - lower (base) units | 3.33 LF | 51.35 | 0.00 | 0.00 | 171.00 |
| 418.  Detach & Reset Cabinetry - upper (wall) units | 5.33 LF | 43.91 | 0.00 | 0.00 | 234.04 |
| 419.  Final cleaning - construction - Residential | 36.94 SF | | 0.00 | 0.21 | 7.76 |
| 420.  Clean floor or roof joist system - Heavy | 36.94 SF | | 0.00 | 1.02 | 37.75 |
| 421.  Clean stud wall - Heavy | 260.89 SF | | 0.00 | 0.82 | 214.44 |
| 422.  R&R 1/2" drywall - hung, taped, ready for texture | 297.83 SF | | 0.39 | 1.50 | 576.77 |
| 423.  Additional cost to hang and finish drywall archway | 2.00 EA | | 0.00 | 19.51 | 39.02 |
| 424.  Add for bullnose (rounded) corners | 297.83 SF | | 0.00 | 0.13 | 39.01 |
| 425.  Texture drywall - light hand texture | 297.83 SF | | 0.00 | 0.44 | 132.49 |
| 426.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 4.72 | 28.66 | 34.80 |
| 427.  R&R Outlet | 2.00 EA | | 4.72 | 14.06 | 37.84 |
| 428.  R&R Switch | 1.00 EA | | 4.72 | 14.32 | 19.21 |
| 429.  R&R Baseboard - 8" paint grade - 2 piece | 19.00 LF | | 0.56 | 5.31 | 115.92 |
| 430.  R&R Crown molding - 6 1/8" to 7" | 25.17 LF | | 0.63 | 6.24 | 182.37 |
| 431.  R&R Base shoe | 19.00 LF | | 0.16 | 1.11 | 24.94 |
| 432.  Light bulb - LED BR30 - 600 to 800 lm - material only | 2.00 EA | | 0.00 | 17.98 | 39.45 |
| 433.  R&R Recessed light fixture | 2.00 EA | | 10.46 | 118.24 | 264.22 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Butler Pantry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 434.  Sink faucet - Kitchen - Premium grade | 1.00 EA | | 0.00 | 461.71 | 500.63 |
| 435.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 581.85 | 591.57 |
| 436.  R&R Sink - single | 1.00 EA | | 17.59 | 241.09 | 273.91 |
| 437.  R&R Angle stop valve | 2.00 EA | | 4.70 | 28.20 | 67.19 |
| 438.  Paint baseboard, oversized - two coats | 19.00 LF | | 0.00 | 1.28 | 24.61 |
| 439.  Paint crown molding, oversized - two coats | 25.17 LF | | 0.00 | 1.31 | 33.31 |
| 440.  Seal & paint base shoe or quarter round | 19.00 LF | | 0.00 | 0.67 | 12.90 |
| 441.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 293.00 SF | | 0.00 | 1.08 | 323.55 |
| 442.  Seal stud wall for odor control | 260.89 SF | | 0.00 | 0.74 | 197.11 |
| 443.  R&R Ceramic/porcelain tile | 4.83 SF | | 1.69 | 8.14 | 49.37 |
| 444.  Add-on for tile backsplash installation | 4.83 SF | | 0.00 | 7.38 | 35.65 |
| 445.  Seal grout on tile wall | 4.83 SF | | 0.00 | 0.81 | 3.98 |

**Totals:  Butler Pantry**                                                                                                     **6,272.78**

**Hallway**                                                                                                     **Height: 10'**

| | |
|---|---|
| 553.62  SF Walls | 95.92  SF Ceiling |
| 649.54  SF Walls & Ceiling | 95.92  SF Floor |
| 10.66  SY Flooring | 54.36  LF Floor Perimeter |
| 57.36  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' X 6' 8'' | Opens into BUTLER_PANTR |
| **Missing Wall** | 3' 10'' X 10' | Opens into KITCHEN |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 446.  Final cleaning - construction - Residential | 95.92 SF | | 0.00 | 0.21 | 20.14 |
| 447.  Clean floor or roof joist system - Heavy | 95.92 SF | | 0.00 | 1.02 | 98.03 |
| 448.  Clean stud wall - Heavy | 553.62 SF | | 0.00 | 0.82 | 455.04 |
| 449.  R&R 1/2" drywall - hung, taped, ready for texture | 649.54 SF | | 0.39 | 1.50 | 1,257.87 |
| 450.  Add for bullnose (rounded) corners | 649.54 SF | | 0.00 | 0.13 | 85.07 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Hallway**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 451.  Texture drywall - light hand texture | 649.54 SF | | 0.00 | 0.44 | 288.95 |
| 452.  R&R Outlet | 1.00 EA | | 4.72 | 14.06 | 18.92 |
| 453.  R&R Outlet or switch cover - High grade | 1.00 EA | | 0.59 | 5.28 | 6.18 |
| *Cover for central vacuum receptacle.* | | | | | |
| 454.  R&R Dimmer switch | 2.00 EA | | 4.72 | 33.18 | 79.79 |
| 455.  R&R Switch | 4.00 EA | | 4.72 | 14.32 | 76.82 |
| 456.  R&R Smoke detector | 1.00 EA | | 10.41 | 53.58 | 65.99 |
| 457.  R&R Baseboard - 8" paint grade - 2 piece | 54.36 LF | | 0.56 | 5.31 | 331.64 |
| 458.  R&R Casing - 4" - hardwood | 90.00 LF | | 0.47 | 3.89 | 419.29 |
| 459.  R&R Crown molding - 6 1/8" to 7" | 57.36 LF | | 0.63 | 6.24 | 415.60 |
| 460.  R&R Base shoe | 54.36 LF | | 0.16 | 1.11 | 71.36 |
| 461.  R&R Door lockset & deadbolt - exterior - High grade | 1.00 EA | | 14.08 | 120.15 | 143.74 |
| 462.  R&R Light fixture - High grade | 3.00 EA | | 7.82 | 97.96 | 332.18 |
| 463.  Light bulb - Compact Fluorescent stand. type - mat. only | 6.00 EA | | 0.00 | 6.75 | 44.43 |
| 464.  Light bulb - LED BR30 - 600 to 800 lm - material only | 1.00 EA | | 0.00 | 17.98 | 19.72 |
| 465.  R&R Recessed light fixture | 1.00 EA | | 10.46 | 118.24 | 132.11 |
| 466.  Paint baseboard, oversized - two coats | 54.36 LF | | 0.00 | 1.28 | 70.42 |
| 467.  Paint crown molding, oversized - two coats | 57.36 LF | | 0.00 | 1.31 | 75.92 |
| 468.  Paint door slab only - 2 coats (per side) | 8.00 EA | | 0.00 | 30.93 | 252.52 |
| 469.  Paint door/window trim & jamb - 2 coats (per side) | 6.00 EA | | 0.00 | 25.88 | 157.57 |
| 470.  Floor protection - plastic and tape - 10 mil | 95.92 SF | | 0.00 | 0.28 | 27.88 |
| 471.  Floor protection - corrugated cardboard and tape | 191.83 SF | | 0.00 | 0.52 | 103.29 |
| 472.  Seal & paint base shoe or quarter round | 54.36 LF | | 0.00 | 0.67 | 36.89 |
| 473.  Seal/prime then paint the walls and ceiling twice (3 coats) | 649.54 SF | | 0.00 | 1.08 | 717.25 |
| 474.  Seal stud wall for odor control | 553.62 SF | | 0.00 | 0.74 | 418.27 |
| 475.  Floor protection - Ram Board | 191.83 SF | | 0.00 | 0.83 | 165.73 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Hallway**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Hallway**                                                                                      **6,388.61**



| **Coat Closet** | | | | | **Height: 10'** |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 123.04  SF Walls | | 8.45  SF Ceiling |
| 131.49  SF Walls & Ceiling | | 8.45  SF Floor |
| 0.94  SY Flooring | | 12.30  LF Floor Perimeter |
| 12.30  LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 476.  Final cleaning - construction - Residential | 8.45  SF | | 0.00 | 0.21 | 1.77 |
| 477.  Clean floor or roof joist system - Heavy | 8.45  SF | | 0.00 | 1.02 | 8.64 |
| 478.  Clean stud wall - Heavy | 123.04  SF | | 0.00 | 0.82 | 101.13 |
| 479.  Detach & Reset Interior double door, 8' - Colonist - pre-hung unit | 1.00  EA | 106.35 | 0.00 | 0.00 | 106.45 |
| 480.  R&R 1/2" drywall - hung, taped, ready for texture | 131.49  SF | | 0.39 | 1.50 | 254.64 |
| 481.  Add for bullnose (rounded) corners | 131.49  SF | | 0.00 | 0.13 | 17.22 |
| 482.  Texture drywall - light hand texture | 131.49  SF | | 0.00 | 0.44 | 58.50 |
| 483.  R&R Baseboard - 8" paint grade - 2 piece | 12.30  LF | | 0.56 | 5.31 | 75.04 |
| 484.  R&R Casing - 4" - hardwood | 24.00  LF | | 0.47 | 3.89 | 111.81 |
| 485.  Detach & Reset Closet Organizer - Melamine - Premium grade | 4.08  LF | 45.29 | 0.00 | 0.00 | 184.78 |
| 486.  R&R Base shoe | 12.30  LF | | 0.16 | 1.11 | 16.14 |
| 487.  R&R Door knob - interior | 2.00  EA | | 11.73 | 37.95 | 103.51 |
| 488.  R&R Door knob - interior - Premium grade | 2.00  EA | | 11.73 | 79.83 | 195.40 |
| 489.  Paint baseboard, oversized - two coats | 12.30  LF | | 0.00 | 1.28 | 15.93 |
| 490.  Paint door slab only - 2 coats (per side) | 2.00  EA | | 0.00 | 30.93 | 63.13 |
| 491.  Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00  EA | | 0.00 | 30.45 | 30.90 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Coat Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 492.  Floor protection - plastic and tape - 10 mil | 8.45 SF | | 0.00 | 0.28 | 2.46 |
| 493.  Floor protection - corrugated cardboard and tape | 16.90 SF | | 0.00 | 0.52 | 9.10 |
| 494.  Seal & paint base shoe or quarter round | 12.30 LF | | 0.00 | 0.67 | 8.35 |
| 495.  Seal/prime then paint the walls and ceiling twice (3 coats) | 131.49 SF | | 0.00 | 1.08 | 145.20 |
| 496.  Seal stud wall for odor control | 123.04 SF | | 0.00 | 0.74 | 92.96 |
| 497.  Floor protection - Ram Board | 16.90 SF | | 0.00 | 0.83 | 14.60 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Coat Closet**          **1,617.66**



**Powder Room**          **Height: 10'**

| | | | |
|---|---|---|---|
| 198.33 SF Walls | | 24.50 SF Ceiling | |
| 222.83 SF Walls & Ceiling | | 24.50 SF Floor | |
| 2.72 SY Flooring | | 19.83 LF Floor Perimeter | |
| 19.83 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 498.  Final cleaning - construction - Residential | 24.50 SF | | 0.00 | 0.21 | 5.15 |
| 499.  Clean floor or roof joist system - Heavy | 24.50 SF | | 0.00 | 1.02 | 25.04 |
| 500.  Clean stud wall - Heavy | 198.33 SF | | 0.00 | 0.82 | 163.02 |
| 501.  R&R 1/2" drywall - hung, taped, ready for texture | 222.83 SF | | 0.39 | 1.50 | 431.53 |
| 502.  Add for bullnose (rounded) corners | 222.83 SF | | 0.00 | 0.13 | 29.19 |
| 503.  Texture drywall - heavy hand texture | 222.83 SF | | 0.00 | 0.66 | 149.66 |
| 504.  R&R Bathroom ventilation fan w/light - Premium grade | 1.00 EA | | 16.53 | 355.26 | 402.31 |
| 505.  R&R Baseboard - 8" paint grade - 2 piece | 19.83 LF | | 0.56 | 5.31 | 120.98 |
| 506.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 507.  R&R Crown molding - 6 1/8" to 7" | 19.83 LF | | 0.63 | 6.24 | 143.67 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Powder Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 508.  R&R Base shoe | 19.83 LF | | 0.16 | 1.11 | 26.03 |
| 509.  R&R Window stool & apron | 3.42 LF | | 0.71 | 6.53 | 25.89 |
| 510.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 511.  R&R Glass shelf - Premium grade | 2.00 EA | | 5.86 | 55.46 | 131.26 |
| 512.  R&R Toilet paper holder - Premium grade | 1.00 EA | | 4.70 | 42.35 | 50.09 |
| 513.  R&R Towel ring - Premium grade | 1.00 EA | | 4.70 | 41.57 | 49.23 |
| 514.  R&R Light bar - 3 lights - High grade | 1.00 EA | | 18.77 | 158.41 | 187.99 |
| 515.  Light bulb - LED A19 - up to 500 lm - material only | 3.00 EA | | 0.00 | 7.55 | 24.85 |
| 516.  Sink faucet - Bathroom - Premium grade | 1.00 EA | | 0.00 | 393.71 | 426.03 |
| 517.  Detach & Reset Pedestal sink | 1.00 EA | 219.25 | 0.00 | 0.00 | 219.25 |
| 518.  Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 581.85 | 1,183.13 |
| 519.  R&R Angle stop valve | 2.00 EA | | 4.70 | 28.20 | 67.19 |
| 520.  Detach & Reset Toilet | 1.00 EA | 189.52 | 0.00 | 0.00 | 190.06 |
| 521.  R&R Toilet seat | 1.00 EA | | 6.40 | 50.09 | 59.54 |
| 522.  Paint baseboard, oversized - two coats | 19.83 LF | | 0.00 | 1.28 | 25.69 |
| 523.  Paint crown molding, oversized - two coats | 19.83 LF | | 0.00 | 1.31 | 26.25 |
| 524.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 525.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 526.  Painting - Faux (special effects) - Marbling | 1.00 SF | | 0.00 | 4.35 | 4.40 |
| 527.  Floor protection - plastic and tape - 10 mil | 24.50 SF | | 0.00 | 0.28 | 7.12 |
| 528.  Floor protection - corrugated cardboard and tape | 49.00 SF | | 0.00 | 0.52 | 26.38 |
| 529.  Seal the walls and ceiling w/PVA primer - one coat | 222.83 SF | | 0.00 | 0.48 | 108.04 |
| 530.  Seal & paint base shoe or quarter round | 19.83 LF | | 0.00 | 0.67 | 13.46 |
| 531.  Seal & paint window stool and apron | 3.42 LF | | 0.00 | 3.30 | 11.40 |
| 532.  Seal stud wall for odor control | 198.33 SF | | 0.00 | 0.74 | 149.84 |
| 533.  Floor protection - Ram Board | 49.00 SF | | 0.00 | 0.83 | 42.33 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**CONTINUED - Powder Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Powder Room** | | | | | **4,698.72** |



**Laundry Room**                                                           **Height: 10'**

| | |
|---|---|
| 334.83  SF Walls | 65.89  SF Ceiling |
| 400.72  SF Walls & Ceiling | 65.89  SF Floor |
| 7.32  SY Flooring | 33.48  LF Floor Perimeter |
| 33.48  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 534.  R&R Dryer - Electric - Premium grade | 1.00 EA | | 18.89 | 1,224.05 | 1,354.68 |
| 535.  R&R Washer/Washing Machine - Top-loading - Premium grade | 1.00 EA | | 25.14 | 1,091.52 | 1,212.75 |
| 536.  Add for prefinished crown molding per LF | 10.42 LF | | 0.00 | 8.74 | 97.47 |
| 537.  Detach & Reset Cabinetry - lower (base) units | 7.33 LF | 51.35 | 0.00 | 0.00 | 376.40 |
| 538.  Detach & Reset Cabinetry - upper (wall) units | 10.42 LF | 43.91 | 0.00 | 0.00 | 457.54 |
| 539.  Final cleaning - construction - Residential | 65.89 SF | | 0.00 | 0.21 | 13.84 |
| 540.  Clean floor or roof joist system - Heavy | 65.89 SF | | 0.00 | 1.02 | 67.34 |
| 541.  Clean stud wall - Heavy | 334.83 SF | | 0.00 | 0.82 | 275.21 |
| 542.  R&R 1/2" drywall - hung, taped, ready for texture | 400.72 SF | | 0.39 | 1.50 | 776.02 |
| 543.  Add for bullnose (rounded) corners | 400.72 SF | | 0.00 | 0.13 | 52.48 |
| 544.  Texture drywall - light hand texture | 400.72 SF | | 0.00 | 0.44 | 178.26 |
| 545. R&R Baseboard - 8" paint grade - 2 piece | 33.48 LF | | 0.56 | 5.31 | 204.26 |
| 546.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 547.  R&R Crown molding - 6 1/8" to 7" | 33.48 LF | | 0.63 | 6.24 | 242.58 |
| 548.  R&R Base shoe | 33.48 LF | | 0.16 | 1.11 | 43.95 |
| 549.  R&R Window stool & apron | 3.42 LF | | 0.71 | 6.53 | 25.89 |
| 550.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 551.  Light bulb - Fluorescent tube - 4' soft white - mat. only | 4.00 EA | | 0.00 | 5.88 | 25.80 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Laundry Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 552. R&R Fluorescent light fixture | 2.00 EA | | 13.07 | 99.21 | 234.70 |
| 553. R&R Sink faucet - Bathroom - High grade | 1.00 EA | | 17.59 | 256.71 | 293.33 |
| 554. Detach & Reset Laundry tub | 1.00 EA | 229.22 | 0.00 | 0.00 | 229.22 |
| 555. Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 581.85 | 1,183.13 |
| 556. R&R Angle stop valve | 2.00 EA | | 4.70 | 28.20 | 67.19 |
| 557. R&R Washing machine outlet box with valves | 1.00 EA | | 25.60 | 188.83 | 217.46 |
| 558. Paint baseboard, oversized - two coats | 33.48 LF | | 0.00 | 1.28 | 43.37 |
| 559. Paint crown molding, oversized - two coats | 33.48 LF | | 0.00 | 1.31 | 44.31 |
| 560. Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 561. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 562. Floor protection - plastic and tape - 10 mil | 65.89 SF | | 0.00 | 0.28 | 19.15 |
| 563. Floor protection - corrugated cardboard and tape | 131.77 SF | | 0.00 | 0.52 | 70.95 |
| 564. Seal & paint base shoe or quarter round | 33.48 LF | | 0.00 | 0.67 | 22.72 |
| 565. Seal/prime then paint part of the walls and ceiling twice (3 coats) | 396.84 SF | | 0.00 | 1.08 | 438.21 |
| 566. Seal & paint window stool and apron | 3.42 LF | | 0.00 | 3.30 | 11.40 |
| 567. Seal stud wall for odor control | 334.83 SF | | 0.00 | 0.74 | 252.97 |
| 568. R&R Ceramic/porcelain tile | 3.88 SF | | 1.69 | 8.14 | 39.66 |
| 569. R&R Countertop subdeck - plywood | 18.00 SF | | 0.64 | 2.04 | 49.93 |
| 570. R&R Countertop - Tile | 18.00 SF | | 2.82 | 15.55 | 341.45 |
| 571. Add-on for tile backsplash installation | 3.88 SF | | 0.00 | 7.38 | 28.63 |
| 572. Seal grout on tile wall | 3.88 SF | | 0.00 | 0.81 | 3.20 |
| 573. Tile/stone sealer | 18.00 SF | | 0.00 | 0.62 | 11.70 |
| 574. Floor protection - Ram Board | 131.77 SF | | 0.00 | 0.83 | 113.84 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals: Laundry Room**                                                                                       **9,293.71**

\* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



**Bedroom 2**                                                                    **Height: 10'**

| | | |
|---|---|---|
| 568.91  SF Walls | | 201.81  SF Ceiling |
| 770.72  SF Walls & Ceiling | | 201.81  SF Floor |
| 22.42  SY Flooring | | 56.89  LF Floor Perimeter |
| 56.89  LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 575.  Final cleaning - construction - Residential | 201.81 SF | | 0.00 | 0.21 | 42.38 |
| 576.  Clean floor or roof joist system - Heavy | 201.81 SF | | 0.00 | 1.02 | 206.24 |
| 577.  Clean stud wall - Heavy | 568.91 SF | | 0.00 | 0.82 | 467.61 |
| 578.  Detach & Reset Interior double door, 8' - Colonist - pre-hung unit | 1.00 EA | 106.35 | 0.00 | 0.00 | 106.45 |
| 579.  R&R 1/2" drywall - hung, taped, ready for texture | 770.72 SF | | 0.39 | 1.50 | 1,492.55 |
| 580.  Add for bullnose (rounded) corners | 770.72 SF | | 0.00 | 0.13 | 100.94 |
| 581.  Texture drywall - light hand texture | 770.72 SF | | 0.00 | 0.44 | 342.86 |
| 582.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.40 | 17.93 | 22.85 |
| 583.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.02 | 48.73 | 54.23 |
| 584.  R&R Outlet | 5.00 EA | | 4.72 | 14.06 | 94.60 |
| 585.  R&R Dimmer switch | 2.00 EA | | 4.72 | 33.18 | 79.79 |
| 586.  R&R Switch | 2.00 EA | | 4.72 | 14.32 | 38.41 |
| 587.  R&R Smoke detector | 1.00 EA | | 10.41 | 53.58 | 65.99 |
| 588.  R&R Television cable outlet | 1.00 EA | | 5.02 | 68.14 | 75.02 |
| 589.  R&R Baseboard - 8" paint grade - 2 piece | 56.89 LF | | 0.56 | 5.31 | 347.08 |
| 590.  R&R Casing - 4" - hardwood | 24.00 LF | | 0.47 | 3.89 | 111.81 |
| 591.  R&R Crown molding - 6 1/8" to 7" | 56.89 LF | | 0.63 | 6.24 | 412.19 |
| 592.  R&R Base shoe | 56.89 LF | | 0.16 | 1.11 | 74.68 |
| 593.  R&R Window stool & apron | 5.08 LF | | 0.71 | 6.53 | 38.46 |
| 594.  R&R Door knob - interior | 2.00 EA | | 11.73 | 37.95 | 103.51 |
| 595.  R&R Door knob - interior - Premium grade | 2.00 EA | | 11.73 | 79.83 | 195.40 |
| 596.  Light bulb - LED A19 - up to 500 lm - material only | 3.00 EA | | 0.00 | 7.55 | 24.85 |
| 597.  Light bulb - LED BR30 - 600 to 800 lm - material only | 4.00 EA | | 0.00 | 17.98 | 78.90 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Bedroom 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 598. R&R Ceiling fan & light - Premium grade | 1.00 EA | | 17.71 | 557.62 | 611.22 |
| 599. R&R Recessed light fixture | 4.00 EA | | 10.46 | 118.24 | 528.44 |
| 600. Paint baseboard, oversized - two coats | 56.89 LF | | 0.00 | 1.28 | 73.70 |
| 601. Paint crown molding, oversized - two coats | 56.89 LF | | 0.00 | 1.31 | 75.30 |
| 602. Paint door slab only - 2 coats (per side) | 4.00 EA | | 0.00 | 30.93 | 126.26 |
| 603. Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 25.88 | 52.52 |
| 604. Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 30.45 | 30.90 |
| 605. Floor protection - plastic and tape - 10 mil | 201.81 SF | | 0.00 | 0.28 | 58.66 |
| 606. Floor protection - corrugated cardboard and tape | 403.61 SF | | 0.00 | 0.52 | 217.32 |
| 607. Seal & paint base shoe or quarter round | 56.89 LF | | 0.00 | 0.67 | 38.62 |
| 608. Seal/prime then paint the walls and ceiling twice (3 coats) | 770.72 SF | | 0.00 | 1.08 | 851.07 |
| 609. Seal & paint window stool and apron | 5.08 LF | | 0.00 | 3.30 | 16.92 |
| 610. Seal stud wall for odor control | 568.91 SF | | 0.00 | 0.74 | 429.82 |
| 611. Floor protection - Ram Board | 403.61 SF | | 0.00 | 0.83 | 348.70 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals: Bedroom 2**                                                    **8,036.25**



**Closet 2**                                                  **Height: 10'**

| | |
|---|---|
| 181.54 SF Walls | 20.46 SF Ceiling |
| 202.00 SF Walls & Ceiling | 20.46 SF Floor |
| 2.27 SY Flooring | 18.15 LF Floor Perimeter |
| 18.15 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 612. Final cleaning - construction - Residential | 20.46 SF | | 0.00 | 0.21 | 4.30 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Closet 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 613.  Clean floor or roof joist system - Heavy | 20.46 SF | | 0.00 | 1.02 | 20.91 |
| 614.  Clean stud wall - Heavy | 181.54 SF | | 0.00 | 0.82 | 149.21 |
| 615.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 616.  R&R 1/2" drywall - hung, taped, ready for texture | 202.00 SF | | 0.39 | 1.50 | 391.19 |
| 617.  Add for bullnose (rounded) corners | 202.00 SF | | 0.00 | 0.13 | 26.46 |
| 618.  Texture drywall - light hand texture | 202.00 SF | | 0.00 | 0.44 | 89.86 |
| 619.  R&R Baseboard - 8" paint grade - 2 piece | 18.15 LF | | 0.56 | 5.31 | 110.73 |
| 620.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 621.  Closet Organizer - Melamine or Wire - Detach & reset | 9.08 LF | | 0.00 | 45.29 | 411.23 |
| 622.  R&R Base shoe | 18.15 LF | | 0.16 | 1.11 | 23.83 |
| 623.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 624.  R&R Light fixture | 1.00 EA | | 7.82 | 67.47 | 78.49 |
| 625.  Light bulb - LED A19 - up to 500 lm - material only | 1.00 EA | | 0.00 | 7.55 | 8.28 |
| 626.  Paint baseboard, oversized - two coats | 18.15 LF | | 0.00 | 1.28 | 23.51 |
| 627.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 628.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 629.  Seal & paint base shoe or quarter round | 18.15 LF | | 0.00 | 0.67 | 12.32 |
| 630.  Seal/prime then paint the walls and ceiling twice (3 coats) | 202.00 SF | | 0.00 | 1.08 | 223.06 |
| 631.  Seal stud wall for odor control | 181.54 SF | | 0.00 | 0.74 | 137.16 |

**Totals:  Closet 2**                                                                                           **2,031.81**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| Bathroom 2 | | | | Height: 10' |
|---|---|---|---|---|
| 306.54 SF Walls | | | 51.15 SF Ceiling | |
| 357.69 SF Walls & Ceiling | | | 51.15 SF Floor | |
| 5.68 SY Flooring | | | 30.65 LF Floor Perimeter | |
| 30.65 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 632.  Detach & Reset Vanity | 4.00 LF | 43.91 | 0.00 | 0.00 | 175.64 |
| *Furniture style cabinet has granite top bonded to it. Will remain with vanity during detach and reset.* | | | | | |
| 633.  Final cleaning - construction - Residential | 51.15 SF | | 0.00 | 0.21 | 10.74 |
| 634.  Clean floor or roof joist system - Heavy | 51.15 SF | | 0.00 | 1.02 | 52.27 |
| 635.  Clean stud wall - Heavy | 306.54 SF | | 0.00 | 0.82 | 251.95 |
| 636.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 637.  R&R 1/2" drywall - hung, taped, ready for texture | 357.69 SF | | 0.39 | 1.50 | 692.69 |
| 638.  Add for bullnose (rounded) corners | 357.69 SF | | 0.00 | 0.13 | 46.85 |
| 639.  Texture drywall - light hand texture | 357.69 SF | | 0.00 | 0.44 | 159.11 |
| 640.  R&R Bathroom ventilation fan w/light - Premium grade | 1.00 EA | | 16.53 | 355.26 | 402.31 |
| 641.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 4.72 | 28.66 | 34.80 |
| 642.  R&R Dimmer switch | 2.00 EA | | 4.72 | 33.18 | 79.79 |
| 643.  R&R Switch | 3.00 EA | | 4.72 | 14.32 | 57.62 |
| 644.  R&R Baseboard - 8" paint grade - 2 piece | 30.65 LF | | 0.56 | 5.31 | 186.99 |
| 645.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 646.  R&R Crown molding - 6 1/8" to 7" | 30.65 LF | | 0.63 | 6.24 | 222.08 |
| 647.  R&R Base shoe | 30.65 LF | | 0.16 | 1.11 | 40.23 |
| 648.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 649.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 650.  R&R Shower curtain rod | 1.00 EA | | 5.86 | 28.83 | 36.42 |
| *Rod is permanently attached to wall.* | | | | | |
| 651.  R&R Towel bar - Premium grade | 1.00 EA | | 5.86 | 55.46 | 65.63 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Bathroom 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 652.  R&R Toilet paper holder - Premium grade | 1.00 EA | | 4.70 | 42.35 | 50.09 |
| 653.  R&R Towel ring - Premium grade | 1.00 EA | | 4.70 | 41.57 | 49.23 |
| 654.  R&R Light bar - 3 lights | 1.00 EA | | 18.77 | 73.71 | 95.07 |
| 655.  Light bulb - LED A19 - up to 500 lm - material only | 4.00 EA | | 0.00 | 7.55 | 33.13 |
| 656.  Light bulb - LED BR30 - 600 to 800 lm - material only | 3.00 EA | | 0.00 | 17.98 | 59.17 |
| 657.  R&R Recessed light fixture | 2.00 EA | | 10.46 | 118.24 | 264.22 |
| 658.  Sink faucet - Bathroom - Premium grade | 1.00 EA | | 0.00 | 393.71 | 426.03 |
| 659.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 581.85 | 1,774.70 |
| 660.  Detach & Reset Sink - single | 1.00 EA | 115.66 | 0.00 | 0.00 | 115.66 |
| 661.  R&R Angle stop valve | 2.00 EA | | 4.70 | 28.20 | 67.19 |
| 662.  Detach & Reset Toilet | 1.00 EA | 189.52 | 0.00 | 0.00 | 190.06 |
| 663.  R&R Toilet seat | 1.00 EA | | 6.40 | 50.09 | 59.54 |
| 664.  R&R Tub/shower faucet - High grade | 1.00 EA | | 23.48 | 352.39 | 397.70 |
| 665.  Detach & Reset Bathtub | 1.00 EA | 442.34 | 0.00 | 0.00 | 442.34 |
| 666.  Paint baseboard, oversized - two coats | 30.65 LF | | 0.00 | 1.28 | 39.71 |
| 667.  Paint crown molding, oversized - two coats | 30.65 LF | | 0.00 | 1.31 | 40.57 |
| 668.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 669.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 670.  Seal & paint base shoe or quarter round | 30.65 LF | | 0.00 | 0.67 | 20.81 |
| 671.  Seal/prime then paint the walls and ceiling twice (3 coats) | 357.69 SF | | 0.00 | 1.08 | 394.98 |
| 672.  Seal stud wall for odor control | 306.54 SF | | 0.00 | 0.74 | 231.60 |
| 673.  Seal grout on tile wall | 150.00 SF | | 0.00 | 0.81 | 123.83 |
| 674.  R&R Tile shower - 121 to 150 SF - High grade | 1.00 EA | | 219.98 | 2,160.83 | 2,498.40 |
| 675.  Waterproof membrane - tile underlayment | 150.00 SF | | 0.00 | 4.14 | 654.32 |

**Totals:  Bathroom 2**                                                                                                  **10,881.80**

* Price is inclusive of sales tax paid at point of purchase
NATAL_1489



**Healthy Home Solutions, LLC**



| Garage | | | | Height: 8' |
|---|---|---|---|---|

672.00 SF Walls          435.94 SF Ceiling
1,107.94 SF Walls & Ceiling          435.94 SF Floor
48.44 SY Flooring          84.00 LF Floor Perimeter
84.00 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 676. Final cleaning - construction - Residential | 435.94 SF | | 0.00 | 0.21 | 91.55 |
| 677. Clean floor or roof joist system - Heavy | 435.94 SF | | 0.00 | 1.02 | 445.51 |
| 678. Clean stud wall - Heavy | 672.00 SF | | 0.00 | 0.82 | 552.34 |
| 679. R&R Overhead (garage) door opener | 2.00 EA | | 20.86 | 392.76 | 869.32 |
| 680. Overhead door - Detach & reset | 2.00 EA | | 0.00 | 330.22 | 660.44 |
| 681. R&R 1/2" drywall - hung, taped, ready for texture | 1,107.94 SF | | 0.39 | 1.50 | 2,145.60 |
| 682. Additional cost to hang and finish drywall archway | 2.00 EA | | 0.00 | 19.51 | 39.02 |
| 683. Add for bullnose (rounded) corners | 1,107.94 SF | | 0.00 | 0.13 | 145.10 |
| 684. Texture drywall - light hand texture | 1,107.94 SF | | 0.00 | 0.44 | 492.86 |
| 685. R&R Breaker panel - 200 amp w/arc fault breakers | 2.00 EA | | 147.76 | 2,086.18 | 4,702.74 |
| 686. R&R Breaker panel - 100 amp | 1.00 EA | | 147.76 | 719.11 | 885.67 |
| 687. R&R Circuit breaker - main disconnect - 150 to 200 amp | 1.00 EA | | 10.63 | 245.73 | 273.66 |
| 688. R&R Ground fault interrupter (GFI) outlet | 2.00 EA | | 4.72 | 28.66 | 69.60 |
| 689. R&R Structured Media Center Box | 1.00 EA | | 0.00 | 381.75 | 397.55 |
| 690. R&R Outlet | 4.00 EA | | 4.72 | 14.06 | 75.68 |
| 691. R&R Switch | 3.00 EA | | 4.72 | 14.32 | 57.62 |
| 692. R&R Central vacuum - cleaning system | 1.00 EA | | 217.27 | 2,475.36 | 2,760.59 |
| 693. Detach & Reset Trim board - 1" x 4" - installed (pine) | 27.72 LF | 2.03 | 0.00 | 0.00 | 56.30 |
| *Trim board in place for hanging yard tools.* | | | | | |
| 694. R&R Baseboard - 8" paint grade - 2 piece | 84.00 LF | | 0.56 | 5.31 | 512.47 |
| 695. R&R Casing - 4" - hardwood | 42.00 LF | | 0.47 | 3.89 | 195.67 |
| 696. R&R Crown molding - 6 1/8" to 7" | 84.00 LF | | 0.63 | 6.24 | 608.61 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Garage**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 697.  R&R Base shoe | 84.00 LF | | 0.16 | 1.11 | 110.27 |
| 698.  Light bulb - Fluorescent tube - 4' soft white - mat. only | 6.00 EA | | 0.00 | 5.88 | 38.70 |
| 699.  R&R Fluorescent light fixture | 3.00 EA | | 13.07 | 99.21 | 352.04 |
| 700.  R&R Sprinkler - controller - up to 8 valves | 1.00 EA | | 11.73 | 169.82 | 190.97 |
| 701.  Paint baseboard, oversized - two coats | 84.00 LF | | 0.00 | 1.28 | 108.82 |
| 702.  Paint crown molding, oversized - two coats | 84.00 LF | | 0.00 | 1.31 | 111.18 |
| 703.  Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 30.93 | 63.13 |
| 704.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 25.88 | 52.52 |
| 705.  Seal & paint base shoe or quarter round | 84.00 LF | | 0.00 | 0.67 | 57.01 |
| 706.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,107.94 SF | | 0.00 | 1.08 | 1,223.45 |
| 707.  Seal stud wall for odor control | 672.00 SF | | 0.00 | 0.74 | 507.71 |
| 708.  Window blind - horizontal or vertical - Detach & reset | 2.00 EA | | 0.00 | 28.32 | 56.64 |

**Totals:  Garage** **18,910.34**



**Kitchen** **Height: 12'**

| | | | |
|---|---|---|---|
| 690.16  SF Walls | | 256.91  SF Ceiling | |
| 947.07  SF Walls & Ceiling | | 256.91  SF Floor | |
| 28.55  SY Flooring | | 56.28  LF Floor Perimeter | |
| 60.16  LF Ceil. Perimeter | | | |

| | | | |
|---|---|---|---|
| **Missing Wall - Goes to Floor** | 3' 4'' X 6' 8'' | **Opens into FOYER_ENTRY** | |
| **Missing Wall** | 3' 10'' X 12' | **Opens into HALLWAY** | |
| **Missing Wall - Goes to Ceiling** | 3' 8 7/16'' X 9' | **Opens into FAMILY_ROOM** | |
| **Missing Wall - Goes to Floor** | 4' 3'' X 6' 8'' | **Opens into FAMILY_ROOM** | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 709.  R&R Dishwasher - Premium grade | 1.00 EA | | 25.14 | 1,136.86 | 1,262.49 |
| 710.  Garbage disposer | 1.00 EA | | 0.00 | 215.94 | 228.45 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

CONTINUED - Kitchen

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 711. R&R Range hood - stainless steel - High grade | 1.00 EA | | 23.48 | 2,519.87 | 2,777.99 |
| 712. R&R Microwave oven - built-in- High grade | 1.00 EA | | 28.16 | 788.07 | 882.48 |
| 713. R&R Built-in refrigerator - 48" - Deluxe grade | 1.00 EA | | 120.14 | 10,979.86 | 12,142.17 |
| 714. R&R Range - freestanding double oven - dual - 48" - High grade | 1.00 EA | | 35.20 | 15,764.28 | 17,313.94 |
| 715. R&R Warming drawer, 30" - built-in - Premium grade | 1.00 EA | | 23.48 | 1,370.04 | 1,519.62 |
| 716. R&R Appliance water line - 1/4" | 1.00 EA | | 11.73 | 54.92 | 68.62 |
| 717. Add for prefinished crown molding per LF | 17.58 LF | | 0.00 | 8.74 | 164.44 |
| 718. R&R Countertop - Granite or Marble - Premium grade | 99.26 SF | | 5.06 | 97.23 | 10,827.29 |
| 719. Add on for undermount sink cutout & polish - single basin | 1.00 EA | | 0.00 | 124.97 | 124.97 |
| 720. R&R Cabinet knob or pull - High grade | 32.00 EA | | 1.09 | 10.71 | 398.89 |
| 721. Detach & Reset Cabinetry - lower (base) units | 33.83 LF | 51.35 | 0.00 | 0.00 | 1,737.17 |
| 722. Detach & Reset Cabinetry - upper (wall) units | 14.58 LF | 43.91 | 0.00 | 0.00 | 640.21 |
| 723. Final cleaning - construction - Residential | 256.91 SF | | 0.00 | 0.21 | 53.95 |
| 724. Clean floor or roof joist system - Heavy | 256.91 SF | | 0.00 | 1.02 | 262.55 |
| 725. Clean stud wall - Heavy | 690.16 SF | | 0.00 | 0.82 | 567.27 |
| 726. R&R 1/2" drywall - hung, taped, ready for texture | 947.07 SF | | 0.39 | 1.50 | 1,834.07 |
| 727. Additional cost to hang and finish drywall archway | 1.00 EA | | 0.00 | 19.51 | 19.51 |
| 728. Add for bullnose (rounded) corners | 947.07 SF | | 0.00 | 0.13 | 124.04 |
| 729. Texture drywall - light hand texture | 947.07 SF | | 0.00 | 0.44 | 421.30 |
| 730. R&R Ground fault interrupter (GFI) outlet | 2.00 EA | | 4.72 | 28.66 | 69.60 |
| 731. R&R 220 volt outlet | 1.00 EA | | 4.72 | 29.36 | 34.89 |
| 732. R&R Outlet | 8.00 EA | | 4.72 | 14.06 | 151.37 |
| 733. R&R Outlet - High grade | 2.00 EA | | 4.72 | 19.65 | 50.11 |
| 734. R&R Switch | 3.00 EA | | 4.72 | 14.32 | 57.62 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

CONTINUED - Kitchen

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 735.  R&R Baseboard - 8" paint grade - 2 piece | 56.28 LF | | 0.56 | 5.31 | 343.36 |
| 736.  R&R Crown molding - 6 1/8" to 7" | 60.16 LF | | 0.63 | 6.24 | 435.88 |
| 737.  R&R Base shoe | 56.28 LF | | 0.16 | 1.11 | 73.87 |
| 738.  Light bulb - LED A19 - up to 500 lm - material only | 4.00 EA | | 0.00 | 7.55 | 33.13 |
| 739.  Light bulb - LED BR30 - 600 to 800 lm - material only | 7.00 EA | | 0.00 | 17.98 | 138.07 |
| 740.  R&R Hanging Pot Rack - Large | 1.00 EA | | 17.59 | 526.17 | 581.13 |
| 741.  R&R Hanging light fixture - Premium grade | 4.00 EA | | 11.81 | 136.96 | 630.00 |
| 742.  R&R Puck light - shallow | 3.00 EA | | 7.82 | 97.69 | 326.61 |
| 743.  R&R Recessed light fixture | 7.00 EA | | 10.46 | 118.24 | 924.77 |
| 744.  Dishwasher connection | 1.00 EA | | 0.00 | 115.80 | 118.65 |
| 745.  Sink faucet - Kitchen - Premium grade | 3.00 EA | | 0.00 | 461.71 | 1,501.88 |
| 746.  R&R Pot filler faucet - Premium grade | 1.00 EA | | 17.59 | 766.24 | 850.33 |
| 747.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 581.85 | 591.57 |
| 748.  R&R Sink - single - Premium grade | 1.00 EA | | 17.59 | 677.09 | 752.20 |
| *Copper undermount sink at island* | | | | | |
| 749.  R&R Sink - double - Premium grade | 1.00 EA | | 18.77 | 838.11 | 929.44 |
| 750.  R&R Angle stop valve | 4.00 EA | | 4.70 | 28.20 | 134.39 |
| 751.  Paint baseboard, oversized - two coats | 56.28 LF | | 0.00 | 1.28 | 72.91 |
| 752.  Paint crown molding, oversized - two coats | 60.16 LF | | 0.00 | 1.31 | 79.63 |
| 753.  Painting - Faux (special effects) - 2 part | 172.54 SF | | 0.00 | 1.96 | 341.19 |
| 754.  Floor protection - plastic and tape - 10 mil | 256.91 SF | | 0.00 | 0.28 | 74.67 |
| 755.  Floor protection - plastic and tape - 10 mil | 256.91 SF | | 0.00 | 0.28 | 74.67 |
| 756.  Floor protection - corrugated cardboard and tape | 513.82 SF | | 0.00 | 0.52 | 276.66 |
| 757.  Floor protection - corrugated cardboard and tape | 513.82 SF | | 0.00 | 0.52 | 276.66 |
| 758.  Seal & paint base shoe or quarter round | 56.28 LF | | 0.00 | 0.67 | 38.20 |
| 759.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 692.35 SF | | 0.00 | 1.08 | 764.53 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 760.  Seal stud wall for odor control | 690.16 SF | | 0.00 | 0.74 | 521.43 |
| 761.  R&R Ceramic/porcelain tile - High grade | 82.18 SF | | 1.69 | 9.62 | 973.45 |
| 762.  Add-on for tile backsplash installation | 82.18 SF | | 0.00 | 7.38 | 606.49 |
| 763.  Seal grout on tile wall | 82.18 SF | | 0.00 | 0.81 | 67.85 |
| 764.  Floor protection - Ram Board | 513.82 SF | | 0.00 | 0.83 | 443.91 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

| | | | | | |
|---|---|---|---|---|---|
| 765.  Floor protection - Ram Board | 513.82 SF | | 0.00 | 0.83 | 443.91 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Kitchen**          **67,156.45**



**Pantry**          **Height: 12'**

| 245.98 SF Walls | 26.67 SF Ceiling |
|---|---|
| 272.65 SF Walls & Ceiling | 26.67 SF Floor |
| 2.96 SY Flooring | 20.50 LF Floor Perimeter |
| 20.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 766.  Final cleaning - construction - Residential | 26.67 SF | | 0.00 | 0.21 | 5.60 |
| 767.  Clean floor or roof joist system - Heavy | 26.67 SF | | 0.00 | 1.02 | 27.25 |
| 768.  Clean stud wall - Heavy | 245.98 SF | | 0.00 | 0.82 | 202.18 |
| 769.  R&R 1/2" drywall - hung, taped, ready for texture | 272.65 SF | | 0.39 | 1.50 | 528.00 |
| 770.  Add for bullnose (rounded) corners | 272.65 SF | | 0.00 | 0.13 | 35.70 |
| 771.  Texture drywall - light hand texture | 272.65 SF | | 0.00 | 0.44 | 121.29 |
| 772.  R&R Door jamb switch (open-on / close-off) | 1.00 EA | | 4.72 | 71.44 | 78.20 |
| 773.  R&R Baseboard - 8" paint grade - 2 piece | 20.50 LF | | 0.56 | 5.31 | 125.07 |
| 774.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Pantry**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 775.  Detach & Reset Closet Organizer - Melamine - High grade | 8.83 LF | 45.29 | 0.00 | 0.00 | 399.91 |
| 776.  R&R Base shoe | 20.50 LF | | 0.16 | 1.11 | 26.91 |
| 777.  Light bulb - Fluorescent tube - 4' soft white - mat. only | 2.00 EA | | 0.00 | 5.88 | 12.90 |
| 778.  R&R Fluorescent light fixture | 1.00 EA | | 13.07 | 99.21 | 117.35 |
| 779.  Paint baseboard, oversized - two coats | 20.50 LF | | 0.00 | 1.28 | 26.56 |
| 780.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 781.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 782.  Floor protection - plastic and tape - 10 mil | 26.67 SF | | 0.00 | 0.28 | 7.75 |
| 783.  Floor protection - corrugated cardboard and tape | 53.34 SF | | 0.00 | 0.52 | 28.72 |
| 784.  Seal & paint base shoe or quarter round | 20.50 LF | | 0.00 | 0.67 | 13.92 |
| 785.  Seal/prime then paint the walls and ceiling twice (3 coats) | 272.65 SF | | 0.00 | 1.08 | 301.07 |
| 786.  Seal stud wall for odor control | 245.98 SF | | 0.00 | 0.74 | 185.85 |
| 787.  Floor protection - Ram Board | 53.34 SF | | 0.00 | 0.83 | 46.08 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Pantry**          **2,445.97**



| **Family Room** | | **Height: Tray** |
|---|---|---|
| 1,002.02  SF Walls | | 616.18  SF Ceiling |
| 1,618.20  SF Walls & Ceiling | | 530.27  SF Floor |
| 58.92  SY Flooring | | 84.40  LF Floor Perimeter |
| 91.28  LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **4' 3'' X 6' 8''** | **Opens into KITCHEN** |
| **Missing Wall - Goes to Ceiling** | **3' 8 7/16'' X 9'** | **Opens into KITCHEN** |
| **Missing Wall** | **6' 10 1/16'' X 12'** | **Opens into LIVING_ROOM** |



**Healthy Home Solutions, LLC**

---

**CONTINUED - Family Room**

**Subroom: Bar Area (1)**                                          **Height: 12'**

| | |
|---|---|
| 277.11  SF Walls | 63.58  SF Ceiling |
| 340.69  SF Walls & Ceiling | 63.58  SF Floor |
| 7.06  SY Flooring | 25.83  LF Floor Perimeter |
| 32.17  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to neither Floor/Ceiling** | **4' 11" X 6' 8"** | **Opens into LIVING_ROOM** |
| **Missing Wall - Goes to Floor** | **6' 4" X 6' 8"** | **Opens into FAMILY_ROOM** |
| **Missing Wall - Goes to neither Floor/Ceiling** | **5' 1" X 6' 8"** | **Opens into FAMILY_ROOM** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 788.  R&R Ice maker appliance, 15" wide - built-in | 1.00 EA | | 25.14 | 1,368.47 | 1,517.97 |
| 789.  R&R Refrigerator - compact (under counter) - High grade | 1.00 EA | | 15.64 | 771.44 | 859.83 |
| 790.  R&R Refrigerator - compact (under counter) - Premium grade | 1.00 EA | | 15.64 | 1,221.44 | 1,353.48 |
| 791.  R&R Countertop - Granite or Marble | 43.88 SF | | 5.06 | 53.23 | 2,668.43 |
| 792.  Add on for undermount sink cutout & polish - single basin | 1.00 EA | | 0.00 | 124.97 | 124.97 |
| 793.  Detach & Reset Cabinetry - lower (base) units | 5.67 LF | 51.35 | 0.00 | 0.00 | 291.15 |
| 794.  Detach & Reset Cabinetry - upper (wall) units | 3.00 LF | 43.91 | 0.00 | 0.00 | 131.73 |
| 795.  Final cleaning - construction - Residential | 593.85 SF | | 0.00 | 0.21 | 124.71 |
| 796.  Clean floor or roof joist system - Heavy | 679.77 SF | | 0.00 | 1.02 | 694.69 |
| 797.  Clean stud wall - Heavy | 1,279.13 SF | | 0.00 | 0.82 | 1,051.37 |
| 798.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 799.  R&R 1/2" drywall - hung, taped, ready for texture | 1,958.89 SF | | 0.39 | 1.50 | 3,793.52 |
| 800.  Additional cost to hang and finish drywall archway | 4.00 EA | | 0.00 | 19.51 | 78.04 |
| 801.  Add for bullnose (rounded) corners | 1,958.89 SF | | 0.00 | 0.13 | 256.56 |
| 802.  Texture drywall - light hand texture | 1,958.89 SF | | 0.00 | 0.44 | 871.41 |
| 803.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 4.72 | 28.66 | 34.80 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Family Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 804.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.40 | 17.93 | 22.85 |
| 805.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.02 | 48.73 | 54.23 |
| 806.  R&R Outlet | 8.00 EA | | 4.72 | 14.06 | 151.37 |
| 807.  R&R Dimmer switch | 2.00 EA | | 4.72 | 33.18 | 79.79 |
| 808.  R&R Switch | 13.00 EA | | 4.72 | 14.32 | 249.68 |
| 809.  R&R Baseboard - 8" paint grade - 2 piece | 110.23 LF | | 0.56 | 5.31 | 672.50 |
| 810.  R&R Casing - 4" - hardwood | 106.00 LF | | 0.47 | 3.89 | 493.83 |
| 811.  R&R Crown molding - 6 1/8" to 7" | 222.20 LF | | 0.63 | 6.24 | 1,609.93 |
| 812.  Door opening trim - Detach & reset (dog door) | 0.50 EA | | 0.00 | 94.53 | 47.29 |
| 813.  R&R Base shoe | 110.23 LF | | 0.16 | 1.11 | 144.70 |
| 814.  R&R Window stool & apron | 3.00 LF | | 0.71 | 6.53 | 22.71 |
| 815.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 816.  Light bulb - LED BR30 - 600 to 800 lm - material only | 12.00 EA | | 0.00 | 17.98 | 236.69 |
| 817.  R&R Ceiling fan without light - Premium grade | 1.00 EA | | 17.71 | 355.10 | 393.67 |
| 818.  R&R Hanging light fixture - Premium grade | 2.00 EA | | 11.81 | 136.96 | 315.00 |
| 819.  R&R Recessed light fixture | 12.00 EA | | 10.46 | 118.24 | 1,585.31 |
| 820.  Sink faucet - Kitchen - Premium grade | 1.00 EA | | 0.00 | 461.71 | 500.63 |
| 821.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 581.85 | 591.57 |
| 822.  R&R Sink - single - Premium grade | 1.00 EA | | 17.59 | 677.09 | 752.20 |
| 823.  R&R Angle stop valve | 2.00 EA | | 4.70 | 28.20 | 67.19 |
| 824.  Paint baseboard, oversized - two coats | 110.23 LF | | 0.00 | 1.28 | 142.80 |
| 825.  Paint crown molding, oversized - two coats | 222.20 LF | | 0.00 | 1.31 | 294.10 |
| 826.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 827.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 828.  Floor protection - plastic and tape - 10 mil | 593.85 SF | | 0.00 | 0.28 | 172.62 |
| 829.  Floor protection - corrugated cardboard and tape | 1,187.71 SF | | 0.00 | 0.52 | 639.50 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Family Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 830. Seal & paint base shoe or quarter round | 110.23 LF | | 0.00 | 0.67 | 74.81 |
| 831. Seal/prime then paint the walls and ceiling twice (3 coats) | 1,958.89 SF | | 0.00 | 1.08 | 2,163.10 |
| 832. Seal stud wall for odor control | 1,279.13 SF | | 0.00 | 0.74 | 966.41 |
| 833. Floor protection - Ram Board | 1,187.71 SF | | 0.00 | 0.83 | 1,026.12 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals: Family Room** **27,546.70**



| Closet | | | Height: 12' |
|---|---|---|---|
| 148.35 SF Walls | | 7.07 SF Ceiling | |
| 155.41 SF Walls & Ceiling | | 7.07 SF Floor | |
| 0.79 SY Flooring | | 12.36 LF Floor Perimeter | |
| 12.36 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 834. Final cleaning - construction - Residential | 7.07 SF | | 0.00 | 0.21 | 1.48 |
| 835. Clean floor or roof joist system - Heavy | 7.07 SF | | 0.00 | 1.02 | 7.22 |
| 836. Clean stud wall - Heavy | 148.35 SF | | 0.00 | 0.82 | 121.94 |
| 837. Detach & Reset Interior double door, 8' - Colonist - pre-hung unit | 1.00 EA | 106.35 | 0.00 | 0.00 | 106.45 |
| 838. R&R 1/2" drywall - hung, taped, ready for texture | 155.41 SF | | 0.39 | 1.50 | 300.97 |
| 839. Add for bullnose (rounded) corners | 155.41 SF | | 0.00 | 0.13 | 20.35 |
| 840. Texture drywall - light hand texture | 155.41 SF | | 0.00 | 0.44 | 69.13 |
| 841. R&R Baseboard - 8" paint grade - 2 piece | 12.36 LF | | 0.56 | 5.31 | 75.40 |
| 842. R&R Casing - 4" - hardwood | 48.00 LF | | 0.47 | 3.89 | 223.62 |
| 843. Detach & Reset Closet Organizer - Melamine - High grade | 4.67 LF | 45.29 | 0.00 | 0.00 | 211.50 |
| 844. R&R Base shoe | 12.36 LF | | 0.16 | 1.11 | 16.23 |
| 845. R&R Door knob - interior | 2.00 EA | | 11.73 | 37.95 | 103.51 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 846.  R&R Door knob - interior - Premium grade | 2.00 EA | | 11.73 | 79.83 | 195.40 |
| 847.  Paint baseboard, oversized - two coats | 12.36 LF | | 0.00 | 1.28 | 16.01 |
| 848.  Paint door slab only - 2 coats (per side) | 4.00 EA | | 0.00 | 30.93 | 126.26 |
| 849.  Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | | 0.00 | 30.45 | 61.80 |
| 850.  Floor protection - plastic and tape - 10 mil | 7.07 SF | | 0.00 | 0.28 | 2.06 |
| 851.  Floor protection - corrugated cardboard and tape | 14.13 SF | | 0.00 | 0.52 | 7.61 |
| 852.  Seal & paint base shoe or quarter round | 12.36 LF | | 0.00 | 0.67 | 8.39 |
| 853.  Seal/prime then paint the walls and ceiling twice (3 coats) | 155.41 SF | | 0.00 | 1.08 | 171.61 |
| 854.  Seal stud wall for odor control | 148.35 SF | | 0.00 | 0.74 | 112.08 |
| 855.  Floor protection - Ram Board | 14.13 SF | | 0.00 | 0.83 | 12.21 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

| Totals:  Closet | 1,971.23 |
|---|---|

| Total: Main Level | 298,394.05 |
|---|---|

**Level 2**

**Level 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 856.  R&R Sprayed polyurethane foam - open cell - 4" | 2,297.72 SF | | 1.76 | 1.95 | 8,642.67 |

| Total:  Level 2 | 8,642.67 |
|---|---|

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



| Stairs | | Height: 17' 4" |
|---|---|---|
| | 198.70 SF Walls | 26.33 SF Ceiling |
| | 225.03 SF Walls & Ceiling | 47.82 SF Floor |
| | 5.31 SY Flooring | 15.95 LF Floor Perimeter |
| | 13.33 LF Ceil. Perimeter | |

**Missing Wall**          4' X 17' 4 7/16"          Opens into LOFT



| Subroom: Stairs2 (1) | | Height: 12' 4" |
|---|---|---|
| | 128.01 SF Walls | 25.67 SF Ceiling |
| | 153.68 SF Walls & Ceiling | 48.32 SF Floor |
| | 5.37 SY Flooring | 15.36 LF Floor Perimeter |
| | 12.83 LF Ceil. Perimeter | |

**Missing Wall**          4' X 12' 4 1/2"          Opens into STAIRS1

| Subroom: Stairs1 (2) | | Height: 12' 4" |
|---|---|---|
| | 202.09 SF Walls | 33.33 SF Ceiling |
| | 235.42 SF Walls & Ceiling | 33.33 SF Floor |
| | 3.70 SY Flooring | 16.33 LF Floor Perimeter |
| | 16.33 LF Ceil. Perimeter | |

**Missing Wall**          4' X 12' 4 1/2"          Opens into STAIRS2
**Missing Wall**          4' X 12' 4 1/2"          Opens into MAIN

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 857. Final cleaning - construction - Residential | 129.48 SF | | 0.00 | 0.21 | 27.19 |
| 858. Clean floor or roof joist system - Heavy | 85.33 SF | | 0.00 | 1.02 | 87.21 |
| 859. Clean stud wall - Heavy | 528.80 SF | | 0.00 | 0.82 | 434.65 |
| 860. R&R 1/2" drywall - hung, taped, ready for texture | 614.13 SF | | 0.39 | 1.50 | 1,189.30 |
| 861. R&R Additional cost for high wall or ceiling - over 14' to 20' | 614.13 SF | | 0.18 | 0.47 | 399.18 |
| 862. Drywall Installer / Finisher - per hour | 12.00 HR | | 0.00 | 63.00 | 756.00 |
| *Additional labor to hang and finish drywall on double groin vault ceiling.* | | | | | |
| 863. Add for bullnose (rounded) corners | 614.13 SF | | 0.00 | 0.13 | 80.44 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Stairs**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 864.  Texture drywall - light hand texture | 614.13 SF | | 0.00 | 0.44 | 273.20 |
| 865.  R&R Base shoe | 10.00 LF | | 0.16 | 1.11 | 13.13 |
| 866.  Painting - Faux (special effects) - Marbling | 85.33 SF | | 0.00 | 4.35 | 375.66 |
| 867.  Floor protection - plastic and tape - 10 mil | 129.48 SF | | 0.00 | 0.28 | 37.63 |
| 868.  Floor protection - corrugated cardboard and tape | 258.96 SF | | 0.00 | 0.52 | 139.43 |
| 869.  Additional cost for high wall or ceiling - Over 14' | 614.13 SF | | 0.00 | 0.07 | 42.99 |
| 870.  Seal the ceiling w/PVA primer - one coat | 85.33 SF | | 0.00 | 0.48 | 41.37 |
| 871.  Seal/prime then paint the walls twice (3 coats) | 528.80 SF | | 0.00 | 1.08 | 583.92 |
| 872.  Seal stud wall for odor control | 528.80 SF | | 0.00 | 0.74 | 399.52 |
| 873.  Stucco repair around doors, windows, etc - 1st floor | 24.00 LF | | 0.00 | 15.73 | 381.59 |
| 874.  Synthetic stucco - additional charge for raised trim | 24.00 LF | | 0.00 | 6.07 | 148.96 |

*Stucco casing around front door in foyer*

| | | | | | |
|---|---|---|---|---|---|
| 875.  Floor protection - Ram Board | 258.96 SF | | 0.00 | 0.83 | 223.73 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Stairs**                                                                     **5,635.10**



**Loft**                                                    **Height: 11'**

| | |
|---|---|
| 541.91  SF Walls | 153.67  SF Ceiling |
| 695.58  SF Walls & Ceiling | 153.67  SF Floor |
| 17.07  SY Flooring | 44.51  LF Floor Perimeter |
| 61.59  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' X 6' 8'' | **Opens into KITCHENETTE** |
| **Missing Wall** | 4' X 11' | **Opens into MAIN** |
| **Missing Wall - Goes to Floor** | 10' 1'' X 6' 8'' | **Opens into OFFICE** |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Loft**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 876.  Final cleaning - construction - Residential | 153.67 SF | | 0.00 | 0.21 | 32.27 |
| 877.  Clean floor or roof joist system - Heavy | 153.67 SF | | 0.00 | 1.02 | 157.04 |
| 878.  Clean stud wall - Heavy | 541.91 SF | | 0.00 | 0.82 | 445.42 |
| 879.  R&R 1/2" drywall - hung, taped, ready for texture | 695.58 SF | | 0.39 | 1.50 | 1,347.04 |
| 880.  Additional cost to hang and finish drywall archway | 1.00 EA | | 0.00 | 19.51 | 19.51 |
| 881.  Add for bullnose (rounded) corners | 695.58 SF | | 0.00 | 0.13 | 91.11 |
| 882.  Texture drywall - light hand texture | 695.58 SF | | 0.00 | 0.44 | 309.43 |
| 883.  R&R Outlet | 1.00 EA | | 4.72 | 14.06 | 18.92 |
| 884.  R&R Dimmer switch | 5.00 EA | | 4.72 | 33.18 | 199.48 |
| 885.  R&R Switch | 2.00 EA | | 4.72 | 14.32 | 38.41 |
| 886.  R&R Baseboard - 8" paint grade - 2 piece | 44.51 LF | | 0.56 | 5.31 | 271.56 |
| 887.  R&R Casing - 4" - hardwood | 25.00 LF | | 0.47 | 3.89 | 116.47 |
| 888.  R&R Crown molding - 6 1/8" to 7" | 61.59 LF | | 0.63 | 6.24 | 446.24 |
| 889.  R&R Base shoe | 44.51 LF | | 0.16 | 1.11 | 58.43 |
| 890.  Light bulb - LED BR30 - 600 to 800 lm - material only | 4.00 EA | | 0.00 | 17.98 | 78.90 |
| 891.  R&R Recessed light fixture | 4.00 EA | | 10.46 | 118.24 | 528.44 |
| 892.  Paint baseboard, oversized - two coats | 44.51 LF | | 0.00 | 1.28 | 57.66 |
| 893.  Paint crown molding, oversized - two coats | 61.59 LF | | 0.00 | 1.31 | 81.52 |
| 894.  Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 30.93 | 63.13 |
| 895.  Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 30.45 | 30.90 |
| 896.  Seal & paint base shoe or quarter round | 44.51 LF | | 0.00 | 0.67 | 30.21 |
| 897.  Seal/prime then paint the walls and ceiling twice (3 coats) | 695.58 SF | | 0.00 | 1.08 | 768.10 |
| 898.  Seal stud wall for odor control | 541.91 SF | | 0.00 | 0.74 | 409.42 |

**Totals:  Loft**      **5,599.61**

* Price is inclusive of sales tax paid at point of purchase
NATAL_1489



**Healthy Home Solutions, LLC**



**Office**                                                                                      **Height: 10' 6"**

| | |
|---|---|
| 412.96 SF Walls | 122.16 SF Ceiling |
| 535.12 SF Walls & Ceiling | 122.16 SF Floor |
| 13.57 SY Flooring | 35.67 LF Floor Perimeter |
| 45.76 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**                    **10' 1" X 6' 8"**              **Opens into LOFT**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 899.  Detach & Reset Cabinetry - full height unit | 7.83 LF | 51.13 | 0.00 | 0.00 | 400.35 |
| 900.  Final cleaning - construction - Residential | 122.16 SF | | 0.00 | 0.21 | 25.65 |
| 901.  Clean floor or roof joist system - Heavy | 122.16 SF | | 0.00 | 1.02 | 124.84 |
| 902.  Clean stud wall - Heavy | 412.96 SF | | 0.00 | 0.82 | 339.43 |
| 903.  R&R 1/2" drywall - hung, taped, ready for texture | 535.12 SF | | 0.39 | 1.50 | 1,036.30 |
| 904.  Add for bullnose (rounded) corners | 535.12 SF | | 0.00 | 0.13 | 70.09 |
| 905.  Texture drywall - light hand texture | 535.12 SF | | 0.00 | 0.44 | 238.05 |
| 906.  R&R Outlet | 2.00 EA | | 4.72 | 14.06 | 37.84 |
| 907.  R&R Outlet - Floor mounted - brass w/cover - double - 20 amp | 1.00 EA | | 4.72 | 72.81 | 83.37 |
| 908.  R&R Switch | 1.00 EA | | 4.72 | 14.32 | 19.21 |
| 909.  R&R Door lockset & deadbolt - exterior - Premium grade | 1.00 EA | | 14.08 | 211.52 | 243.98 |
| 910.  Light bulb - LED candle - up to 200 lm - material only | 4.00 EA | | 0.00 | 8.90 | 39.05 |
| 911.  R&R Chandelier - Premium grade | 1.00 EA | | 17.59 | 526.17 | 581.13 |
| 912.  Finish door slab only - 1 coat urethane (per side) | 1.00 EA | | 0.00 | 22.06 | 22.63 |
| 913.  Painting - Faux (special effects) - Marbling | 535.12 SF | | 0.00 | 4.35 | 2,355.80 |
| 914.  Floor protection - plastic and tape - 10 mil | 122.16 SF | | 0.00 | 0.28 | 35.50 |
| 915.  Floor protection - corrugated cardboard and tape | 244.32 SF | | 0.00 | 0.52 | 131.55 |
| 916.  Seal the walls and ceiling w/PVA primer - one coat | 535.12 SF | | 0.00 | 0.48 | 259.46 |
| 917.  Seal & paint stucco | 34.33 SF | | 0.00 | 1.20 | 42.03 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Office**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 918.  Seal stud wall for odor control | 412.96 SF | | 0.00 | 0.74 | 312.00 |
| 919.  Stucco repair around doors, windows, etc - 1st floor | 34.33 LF | | 0.00 | 15.73 | 545.84 |
| 920.  Synthetic stucco - additional charge for raised trim | 34.33 LF | | 0.00 | 6.07 | 213.08 |
| *Stucco casing around front door in foyer* | | | | | |
| 921.  R&R Ceramic tile base | 17.84 LF | | 1.98 | 13.24 | 283.06 |
| 922.  Floor protection - Ram Board | 244.32 SF | | 0.00 | 0.83 | 211.08 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Office**           **7,651.32**



**Bedroom 3**           **Height: Tray**

| | |
|---|---|
| 732.23  SF Walls | 362.07  SF Ceiling |
| 1,094.30  SF Walls & Ceiling | 309.45  SF Floor |
| 34.38  SY Flooring | 66.57  LF Floor Perimeter |
| 66.57  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 923.  Final cleaning - construction - Residential | 309.45 SF | | 0.00 | 0.21 | 64.98 |
| 924.  Clean floor or roof joist system - Heavy | 362.07 SF | | 0.00 | 1.02 | 370.01 |
| 925.  Clean stud wall - Heavy | 732.23 SF | | 0.00 | 0.82 | 601.85 |
| 926.  Detach & Reset Interior double door, 8' - Colonist - pre-hung unit | 1.00 EA | 106.35 | 0.00 | 0.00 | 106.45 |
| 927.  R&R 1/2" drywall - hung, taped, ready for texture | 1,094.30 SF | | 0.39 | 1.50 | 2,119.18 |
| 928.  Add for bullnose (rounded) corners | 1,094.30 SF | | 0.00 | 0.13 | 143.32 |
| 929.  Texture drywall - light hand texture | 1,094.30 SF | | 0.00 | 0.44 | 486.80 |
| 930.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.40 | 17.93 | 22.85 |
| 931.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.02 | 48.73 | 54.23 |
| 932.  R&R Outlet | 6.00 EA | | 4.72 | 14.06 | 113.52 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Bedroom 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 933.  R&R Outlet or switch cover - High grade | 1.00 EA | | 0.59 | 5.28 | 6.18 |
| *Cover for central vacuum receptacle.* | | | | | |
| 934.  R&R Dimmer switch | 2.00 EA | | 4.72 | 33.18 | 79.79 |
| 935.  R&R Switch | 2.00 EA | | 4.72 | 14.32 | 38.41 |
| 936.  R&R Smoke detector | 1.00 EA | | 10.41 | 53.58 | 65.99 |
| 937.  R&R 12/2 high strand speaker wiring run - low inductance | 4.00 EA | | 5.02 | 101.58 | 445.43 |
| 938.  R&R Television cable outlet | 1.00 EA | | 5.02 | 68.14 | 75.02 |
| 939.  R&R Baseboard - 8" paint grade - 2 piece | 66.57 LF | | 0.56 | 5.31 | 406.14 |
| 940.  R&R Casing - 4" - hardwood | 90.00 LF | | 0.47 | 3.89 | 419.29 |
| 941.  R&R Crown molding - 6 1/8" to 7" | 119.82 LF | | 0.63 | 6.24 | 868.15 |
| 942.  R&R Base shoe | 66.57 LF | | 0.16 | 1.11 | 87.38 |
| 943.  R&R Window stool & apron | 11.83 LF | | 0.71 | 6.53 | 89.55 |
| 944.  R&R Door knob - interior - Premium grade | 2.00 EA | | 11.73 | 79.83 | 195.40 |
| 945.  R&R Door stop - wall or floor mounted | 2.00 EA | | 4.70 | 11.85 | 34.11 |
| 946.  Light bulb - LED A19 - up to 500 lm - material only | 5.00 EA | | 0.00 | 7.55 | 41.41 |
| 947.  R&R Chandelier - Premium grade | 1.00 EA | | 17.59 | 526.17 | 581.13 |
| 948.  Paint baseboard, oversized - two coats | 66.57 LF | | 0.00 | 1.28 | 86.24 |
| 949.  Paint crown molding, oversized - two coats | 119.82 LF | | 0.00 | 1.31 | 158.59 |
| 950.  Paint door slab only - 2 coats (per side) | 6.00 EA | | 0.00 | 30.93 | 189.39 |
| 951.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 25.88 | 52.52 |
| 952.  Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | | 0.00 | 30.45 | 61.80 |
| 953.  Floor protection - plastic and tape - 10 mil | 309.45 SF | | 0.00 | 0.28 | 89.95 |
| 954.  Floor protection - corrugated cardboard and tape | 618.90 SF | | 0.00 | 0.52 | 333.24 |
| 955.  Seal & paint base shoe or quarter round | 66.57 LF | | 0.00 | 0.67 | 45.18 |
| 956.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,094.30 SF | | 0.00 | 1.08 | 1,208.38 |
| 957.  Seal & paint window stool and apron | 11.83 LF | | 0.00 | 3.30 | 39.41 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Bedroom 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 958.  Seal stud wall for odor control | 732.23 SF | | 0.00 | 0.74 | 553.21 |
| 959.  R&R In-wall / In-ceiling speaker | 4.00 EA | | 4.70 | 234.71 | 1,027.48 |
| 960.  Floor protection - Ram Board | 618.90 SF | | 0.00 | 0.83 | 534.70 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Bedroom 3**  **11,896.66**



**Closet 3** **Height: 11'**

| | |
|---|---|
| 243.83 SF Walls | 30.32 SF Ceiling |
| 274.15 SF Walls & Ceiling | 30.32 SF Floor |
| 3.37 SY Flooring | 22.17 LF Floor Perimeter |
| 22.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 961.  Final cleaning - construction - Residential | 30.32 SF | | 0.00 | 0.21 | 6.37 |
| 962.  Clean floor or roof joist system - Heavy | 30.32 SF | | 0.00 | 1.02 | 30.99 |
| 963.  Clean stud wall - Heavy | 243.83 SF | | 0.00 | 0.82 | 200.41 |
| 964.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 965.  R&R 1/2" drywall - hung, taped, ready for texture | 274.15 SF | | 0.39 | 1.50 | 530.91 |
| 966.  Add for bullnose (rounded) corners | 274.15 SF | | 0.00 | 0.13 | 35.91 |
| 967.  Texture drywall - light hand texture | 274.15 SF | | 0.00 | 0.44 | 121.96 |
| 968.  R&R Baseboard - 8" paint grade - 2 piece | 22.17 LF | | 0.56 | 5.31 | 135.26 |
| 969.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 970.  Detach & Reset Closet Organizer - Melamine - High grade | 3.17 LF | 45.29 | 0.00 | 0.00 | 143.57 |
| 971.  R&R Base shoe | 22.17 LF | | 0.16 | 1.11 | 29.11 |
| 972.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 973.  R&R Light fixture - Premium grade | 1.00 EA | | 7.82 | 186.96 | 208.36 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

<div align="center">

**CONTINUED - Closet 3**

</div>

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 974.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 975.  Paint baseboard, oversized - two coats | 22.17 LF | | 0.00 | 1.28 | 28.72 |
| 976.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 977.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 978.  Floor protection - plastic and tape - 10 mil | 30.32 SF | | 0.00 | 0.28 | 8.81 |
| 979.  Floor protection - corrugated cardboard and tape | 60.64 SF | | 0.00 | 0.52 | 32.65 |
| 980.  Seal & paint base shoe or quarter round | 22.17 LF | | 0.00 | 0.67 | 15.04 |
| 981.  Seal/prime then paint the walls and ceiling twice (3 coats) | 274.15 SF | | 0.00 | 1.08 | 302.73 |
| 982.  Seal stud wall for odor control | 243.83 SF | | 0.00 | 0.74 | 184.21 |
| 983.  Floor protection - Ram Board | 60.64 SF | | 0.00 | 0.83 | 52.39 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Closet 3**                                                                                      **2,405.23**



**Bathroom 3**                                                                                      **Height: 11'**

| | |
|---|---|
| 371.25  SF Walls | 67.66  SF Ceiling |
| 438.91  SF Walls & Ceiling | 67.66  SF Floor |
| 7.52  SY Flooring | 33.75  LF Floor Perimeter |
| 33.75  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 984.  Final cleaning - construction - Residential | 67.66 SF | | 0.00 | 0.21 | 14.21 |
| 985.  Clean floor or roof joist system - Heavy | 67.66 SF | | 0.00 | 1.02 | 69.14 |
| 986.  Clean stud wall - Heavy | 371.25 SF | | 0.00 | 0.82 | 305.15 |
| 987.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 988.  R&R 1/2" drywall - hung, taped, ready for texture | 438.91 SF | | 0.39 | 1.50 | 849.98 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

CONTINUED - Bathroom 3

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 989.  Add for bullnose (rounded) corners | 438.91 SF | | 0.00 | 0.13 | 57.49 |
| 990.  Texture drywall - light hand texture | 438.91 SF | | 0.00 | 0.44 | 195.25 |
| 991.  R&R Bathroom ventilation fan w/light - Premium grade | 1.00 EA | | 16.53 | 355.26 | 402.31 |
| 992.  R&R Outlet | 1.00 EA | | 4.72 | 14.06 | 18.92 |
| 993.  R&R Dimmer switch | 2.00 EA | | 4.72 | 33.18 | 79.79 |
| 994.  R&R Switch | 3.00 EA | | 4.72 | 14.32 | 57.62 |
| 995.  R&R Baseboard - 8" paint grade - 2 piece | 33.75 LF | | 0.56 | 5.31 | 205.90 |
| 996.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 997.  R&R Crown molding - 6 1/8" to 7" | 33.75 LF | | 0.63 | 6.24 | 244.53 |
| 998.  R&R Base shoe | 33.75 LF | | 0.16 | 1.11 | 44.30 |
| 999.  R&R Window stool & apron | 3.50 LF | | 0.71 | 6.53 | 26.50 |
| 1,000.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 1,001.  R&R Recessed light fixture | 1.00 EA | | 10.46 | 118.24 | 132.11 |
| 1,002.  R&R Shower light - waterproof fixture | 1.00 EA | | 10.46 | 179.55 | 199.44 |
| 1,003.  R&R Custom shower door & partition - 1/2" glass - frameless | 48.00 SF | | 1.76 | 46.03 | 2,456.88 |
| 1,004.  Sink faucet - Bathroom - Premium grade | 1.00 EA | | 0.00 | 393.71 | 426.03 |
| 1,005.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 581.85 | 1,774.70 |
| 1,006.  Detach & Reset Sink - single | 1.00 EA | 115.66 | 0.00 | 0.00 | 115.66 |
| 1,007.  R&R Angle stop valve | 3.00 EA | | 4.70 | 28.20 | 100.79 |
| 1,008.  Detach & Reset Toilet | 1.00 EA | 189.52 | 0.00 | 0.00 | 190.06 |
| 1,009.  R&R Toilet seat | 1.00 EA | | 6.40 | 50.09 | 59.54 |
| 1,010.  R&R Tub/shower faucet - High grade | 1.00 EA | | 23.48 | 352.39 | 397.70 |
| 1,011.  Detach & Reset Bathtub | 1.00 EA | 442.34 | 0.00 | 0.00 | 442.34 |
| 1,012.  Paint baseboard, oversized - two coats | 33.75 LF | | 0.00 | 1.28 | 43.72 |
| 1,013.  Paint crown molding, oversized - two coats | 33.75 LF | | 0.00 | 1.31 | 44.67 |
| 1,014.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,015.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,016.  Floor protection - plastic and tape - 10 mil | 67.66 SF | | 0.00 | 0.28 | 19.66 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Bathroom 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,017.  Floor protection - corrugated cardboard and tape | 135.33 SF | | 0.00 | 0.52 | 72.86 |
| 1,018.  Seal & paint base shoe or quarter round | 33.75 LF | | 0.00 | 0.67 | 22.90 |
| 1,019.  Seal/prime then paint the walls and ceiling twice (3 coats) | 438.91 SF | | 0.00 | 1.08 | 484.66 |
| 1,020.  Seal & paint window stool and apron | 3.50 LF | | 0.00 | 3.30 | 11.66 |
| 1,021.  Seal stud wall for odor control | 371.25 SF | | 0.00 | 0.74 | 280.49 |
| 1,022.  Seal grout on tile wall | 120.00 SF | | 0.00 | 0.81 | 99.06 |
| 1,023.  R&R Tile shower - 121 to 150 SF - High grade | 1.00 EA | | 219.98 | 2,160.83 | 2,498.40 |
| 1,024.  Floor protection - Ram Board | 135.33 SF | | 0.00 | 0.83 | 116.91 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Bathroom 3**                                                                                                      **12,882.60**



**Kitchenette**                                                                                              **Height: Tray**

| 494.81  SF Walls | 138.54  SF Ceiling |
|---|---|
| 633.35  SF Walls & Ceiling | 100.08  SF Floor |
| 11.12  SY Flooring | 43.80  LF Floor Perimeter |
| 46.80  LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**                          **3' X 6' 8"**                          **Opens into LOFT**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,025.  R&R Refrigerator - compact (under counter) - High grade | 1.00 EA | | 15.64 | 771.44 | 859.83 |
| 1,026.  Add for prefinished crown molding per LF | 5.50 LF | | 0.00 | 8.74 | 51.45 |
| 1,027.  R&R Countertop - Granite or Marble | 16.40 SF | | 5.06 | 53.23 | 997.31 |
| 1,028.  Add on for undermount sink cutout & polish - single basin | 1.00 EA | | 0.00 | 124.97 | 124.97 |
| 1,029.  Detach & Reset Cabinetry - lower (base) units | 8.17 LF | 51.35 | 0.00 | 0.00 | 419.53 |
| 1,030.  Detach & Reset Cabinetry - upper (wall) units | 4.50 LF | 43.91 | 0.00 | 0.00 | 197.60 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Kitchenette**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,031.  Final cleaning - construction - Residential | 100.08 SF | | 0.00 | 0.21 | 21.02 |
| 1,032.  Clean floor or roof joist system - Heavy | 138.54 SF | | 0.00 | 1.02 | 141.58 |
| 1,033.  Clean stud wall - Heavy | 494.81 SF | | 0.00 | 0.82 | 406.70 |
| 1,034.  R&R 1/2" drywall - hung, taped, ready for texture | 633.35 SF | | 0.39 | 1.50 | 1,226.53 |
| 1,035.  Additional cost to hang and finish drywall archway | 1.00 EA | | 0.00 | 19.51 | 19.51 |
| 1,036.  Add for bullnose (rounded) corners | 633.35 SF | | 0.00 | 0.13 | 82.95 |
| 1,037.  Texture drywall - light hand texture | 633.35 SF | | 0.00 | 0.44 | 281.74 |
| 1,038.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 4.72 | 28.66 | 34.80 |
| 1,039.  R&R Outlet | 1.00 EA | | 4.72 | 14.06 | 18.92 |
| 1,040.  R&R Outlet or switch cover - High grade | 1.00 EA | | 0.59 | 5.28 | 6.18 |
| *Cover for central vacuum receptacle.* | | | | | |
| 1,041.  R&R Switch | 3.00 EA | | 4.72 | 14.32 | 57.62 |
| 1,042.  R&R Attic entrance cover and trim | 1.00 EA | | 7.22 | 65.68 | 74.64 |
| 1,043.  R&R Baseboard - 8" paint grade - 2 piece | 43.80 LF | | 0.56 | 5.31 | 267.22 |
| 1,044.  R&R Casing - 4" - hardwood | 88.00 LF | | 0.47 | 3.89 | 409.97 |
| 1,045.  R&R Crown molding - 6 1/8" to 7" | 84.24 LF | | 0.63 | 6.24 | 610.35 |
| 1,046.  R&R Base shoe | 43.80 LF | | 0.16 | 1.11 | 57.50 |
| 1,047.  Light bulb - LED BR30 - 600 to 800 lm - material only | 3.00 EA | | 0.00 | 17.98 | 59.17 |
| 1,048.  R&R Recessed light fixture | 3.00 EA | | 10.46 | 118.24 | 396.33 |
| 1,049.  Sink faucet - Kitchen - Premium grade | 1.00 EA | | 0.00 | 461.71 | 500.63 |
| 1,050.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 581.85 | 591.57 |
| 1,051.  R&R Sink - single - Premium grade | 1.00 EA | | 17.59 | 677.09 | 752.20 |
| 1,052.  Paint baseboard, oversized - two coats | 43.80 LF | | 0.00 | 1.28 | 56.74 |
| 1,053.  Paint crown molding, oversized - two coats | 84.24 LF | | 0.00 | 1.31 | 111.49 |
| 1,054.  Paint door slab only - 2 coats (per side) | 3.00 EA | | 0.00 | 30.93 | 94.70 |
| 1,055.  Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | | 0.00 | 25.88 | 78.78 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Kitchenette**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,056.  Paint door/window trim & jamb - Large - 2 coats (per side) | 1.00 EA | | 0.00 | 30.45 | 30.90 |
| 1,057.  Floor protection - plastic and tape - 10 mil | 100.08 SF | | 0.00 | 0.28 | 29.09 |
| 1,058.  Floor protection - plastic and tape - 10 mil | 100.08 SF | | 0.00 | 0.28 | 29.09 |
| 1,059.  Floor protection - corrugated cardboard and tape | 200.17 SF | | 0.00 | 0.52 | 107.78 |
| 1,060.  Floor protection - corrugated cardboard and tape | 200.17 SF | | 0.00 | 0.52 | 107.78 |
| 1,061.  Seal & paint base shoe or quarter round | 43.80 LF | | 0.00 | 0.67 | 29.73 |
| 1,062.  Seal/prime then paint the walls and ceiling twice (3 coats) | 633.35 SF | | 0.00 | 1.08 | 699.38 |
| 1,063.  Seal stud wall for odor control | 494.81 SF | | 0.00 | 0.74 | 373.84 |
| 1,064.  Tile/stone sealer | 16.40 SF | | 0.00 | 0.62 | 10.66 |
| 1,065.  Floor protection - Ram Board | 200.17 SF | | 0.00 | 0.83 | 172.94 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

| | | | | | |
|---|---|---|---|---|---|
| 1,066.  Floor protection - Ram Board | 200.17 SF | | 0.00 | 0.83 | 172.94 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Kitchenette**                                                                                                     **10,773.66**



| **Laundry Room** | | | | **Height: 11'** | |
|---|---|---|---|---|---|

211.94 SF Walls           21.76 SF Ceiling
233.69 SF Walls & Ceiling     21.76 SF Floor
  2.42 SY Flooring           19.27 LF Floor Perimeter
19.27 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,067.  R&R Cabinetry - upper (wall) units | 4.92 LF | | 7.05 | 125.37 | 696.89 |
| 1,068.  Final cleaning - construction - Residential | 21.76 SF | | 0.00 | 0.21 | 4.57 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

## CONTINUED - Laundry Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,069.  Clean floor or roof joist system - Heavy | 21.76 SF | | 0.00 | 1.02 | 22.24 |
| 1,070.  Clean stud wall - Heavy | 211.94 SF | | 0.00 | 0.82 | 174.20 |
| 1,071.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 1,072.  R&R 1/2" drywall - hung, taped, ready for texture | 233.69 SF | | 0.39 | 1.50 | 452.56 |
| 1,073.  Add for bullnose (rounded) corners | 233.69 SF | | 0.00 | 0.13 | 30.61 |
| 1,074.  Texture drywall - light hand texture | 233.69 SF | | 0.00 | 0.44 | 103.95 |
| 1,075.  R&R 220 volt outlet | 1.00 EA | | 4.72 | 29.36 | 34.89 |
| 1,076.  R&R Outlet | 2.00 EA | | 4.72 | 14.06 | 37.84 |
| 1,077.  R&R Switch | 1.00 EA | | 4.72 | 14.32 | 19.21 |
| 1,078.  R&R Baseboard - 8" paint grade - 2 piece | 19.27 LF | | 0.56 | 5.31 | 117.56 |
| 1,079.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 1,080.  R&R Crown molding - 6 1/8" to 7" | 19.27 LF | | 0.63 | 6.24 | 139.61 |
| 1,081.  R&R Base shoe | 19.27 LF | | 0.16 | 1.11 | 25.29 |
| 1,082.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 1,083.  R&R Light fixture - High grade | 1.00 EA | | 7.82 | 97.96 | 110.73 |
| 1,084.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 1,085.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 581.85 | 591.57 |
| 1,086.  R&R Washing machine outlet box with valves | 1.00 EA | | 25.60 | 188.83 | 217.46 |
| 1,087.  Paint baseboard, oversized - two coats | 19.27 LF | | 0.00 | 1.28 | 24.97 |
| 1,088.  Paint crown molding, oversized - two coats | 19.27 LF | | 0.00 | 1.31 | 25.50 |
| 1,089.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,090.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,091.  Floor protection - plastic and tape - 10 mil | 21.76 SF | | 0.00 | 0.28 | 6.32 |
| 1,092.  Floor protection - corrugated cardboard and tape | 43.51 SF | | 0.00 | 0.52 | 23.43 |
| 1,093.  Seal & paint base shoe or quarter round | 19.27 LF | | 0.00 | 0.67 | 13.08 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

### CONTINUED - Laundry Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,094.  Seal/prime then paint the walls and ceiling twice (3 coats) | 233.69 SF | | 0.00 | 1.08 | 258.06 |
| 1,095.  Seal stud wall for odor control | 211.94 SF | | 0.00 | 0.74 | 160.13 |
| 1,096.  Floor protection - Ram Board | 43.51 SF | | 0.00 | 0.83 | 37.59 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Laundry Room**        **3,666.09**



**Linen Closet**        **Height: 11'**

| | |
|---|---|
| 310.09 SF Walls | 43.49 SF Ceiling |
| 353.58 SF Walls & Ceiling | 43.49 SF Floor |
| 4.83 SY Flooring | 28.19 LF Floor Perimeter |
| 28.19 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,097.  Final cleaning - construction - Residential | 43.49 SF | | 0.00 | 0.21 | 9.13 |
| 1,098.  Clean floor or roof joist system - Heavy | 43.49 SF | | 0.00 | 1.02 | 44.44 |
| 1,099.  Clean stud wall - Heavy | 310.09 SF | | 0.00 | 0.82 | 254.87 |
| 1,100.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 1,101.  R&R 1/2" drywall - hung, taped, ready for texture | 353.58 SF | | 0.39 | 1.50 | 684.73 |
| 1,102.  Add for bullnose (rounded) corners | 353.58 SF | | 0.00 | 0.13 | 46.31 |
| 1,103.  Texture drywall - light hand texture | 353.58 SF | | 0.00 | 0.44 | 157.29 |
| 1,104.  R&R Baseboard - 8" paint grade - 2 piece | 28.19 LF | | 0.56 | 5.31 | 171.99 |
| 1,105.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 1,106.  Detach & Reset Closet Organizer - Melamine - High grade | 14.09 LF | 45.29 | 0.00 | 0.00 | 638.14 |
| 1,107.  R&R Crown molding - 6 1/8" to 7" | 28.19 LF | | 0.63 | 6.24 | 204.25 |
| 1,108.  R&R Base shoe | 28.19 LF | | 0.16 | 1.11 | 37.00 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Linen Closet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,109.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 1,110.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 1,111.  R&R Light fixture - High grade | 1.00 EA | | 7.82 | 97.96 | 110.73 |
| 1,112.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 1,113.  Paint baseboard, oversized - two coats | 28.19 LF | | 0.00 | 1.28 | 36.52 |
| 1,114.  Paint crown molding, oversized - two coats | 28.19 LF | | 0.00 | 1.31 | 37.31 |
| 1,115.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,116.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,117.  Floor protection - plastic and tape - 10 mil | 43.49 SF | | 0.00 | 0.28 | 12.64 |
| 1,118.  Floor protection - corrugated cardboard and tape | 86.99 SF | | 0.00 | 0.52 | 46.83 |
| 1,119.  Seal & paint base shoe or quarter round | 28.19 LF | | 0.00 | 0.67 | 19.14 |
| 1,120.  Seal/prime then paint the walls and ceiling twice (3 coats) | 353.58 SF | | 0.00 | 1.08 | 390.44 |
| 1,121.  Seal stud wall for odor control | 310.09 SF | | 0.00 | 0.74 | 234.28 |
| 1,122.  Floor protection - Ram Board | 86.99 SF | | 0.00 | 0.83 | 75.15 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Linen Closet** **3,566.08**



**Bedroom 4** **Height: Tray**

| | | | |
|---|---|---|---|
| 636.67  SF Walls | | 278.16  SF Ceiling | |
| 914.83  SF Walls & Ceiling | | 230.50  SF Floor | |
| 25.61  SY Flooring | | 63.67  LF Floor Perimeter | |
| 63.67  LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

CONTINUED - Bedroom 4

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,123.  Final cleaning - construction - Residential | 230.50 SF | | 0.00 | 0.21 | 48.41 |
| 1,124.  Clean floor or roof joist system - Heavy | 278.16 SF | | 0.00 | 1.02 | 284.26 |
| 1,125.  Clean stud wall - Heavy | 636.67 SF | | 0.00 | 0.82 | 523.30 |
| 1,126.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 1,127.  R&R 1/2" drywall - hung, taped, ready for texture | 914.83 SF | | 0.39 | 1.50 | 1,771.62 |
| 1,128.  Add for bullnose (rounded) corners | 914.83 SF | | 0.00 | 0.13 | 119.82 |
| 1,129.  Texture drywall - light hand texture | 914.83 SF | | 0.00 | 0.44 | 406.97 |
| 1,130.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.40 | 17.93 | 22.85 |
| 1,131.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.02 | 48.73 | 54.23 |
| 1,132.  R&R Outlet | 6.00 EA | | 4.72 | 14.06 | 113.52 |
| 1,133.  R&R Outlet or switch cover - High grade | 1.00 EA | | 0.59 | 5.28 | 6.18 |
| *Cover for central vacuum receptacle.* | | | | | |
| 1,134.  R&R Dimmer switch | 2.00 EA | | 4.72 | 33.18 | 79.79 |
| 1,135.  R&R Switch | 1.00 EA | | 4.72 | 14.32 | 19.21 |
| 1,136.  R&R Smoke detector | 1.00 EA | | 10.41 | 53.58 | 65.99 |
| 1,137.  R&R Television cable outlet | 1.00 EA | | 5.02 | 68.14 | 75.02 |
| 1,138.  R&R Baseboard - 8" paint grade - 2 piece | 63.67 LF | | 0.56 | 5.31 | 388.45 |
| 1,139.  R&R Casing - 4" - hardwood | 42.00 LF | | 0.47 | 3.89 | 195.67 |
| 1,140.  R&R Crown molding - 6 1/8" to 7" | 114.60 LF | | 0.63 | 6.24 | 830.32 |
| 1,141.  R&R Base shoe | 63.67 LF | | 0.16 | 1.11 | 83.58 |
| 1,142.  R&R Window stool & apron | 5.42 LF | | 0.71 | 6.53 | 41.03 |
| 1,143.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 1,144.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 1,145.  Light bulb - LED BR30 - 600 to 800 lm - material only | 4.00 EA | | 0.00 | 17.98 | 78.90 |
| 1,146.  R&R Recessed light fixture | 4.00 EA | | 10.46 | 118.24 | 528.44 |
| 1,147.  Paint baseboard, oversized - two coats | 63.67 LF | | 0.00 | 1.28 | 82.49 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Bedroom 4

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,148.  Paint crown molding, oversized - two coats | 114.60 LF | | 0.00 | 1.31 | 151.69 |
| 1,149.  Paint door slab only - 2 coats (per side) | 2.00 EA | | 0.00 | 30.93 | 63.13 |
| 1,150.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 25.88 | 52.52 |
| 1,151.  Floor protection - plastic and tape - 10 mil | 230.50 SF | | 0.00 | 0.28 | 67.00 |
| 1,152.  Floor protection - corrugated cardboard and tape | 460.99 SF | | 0.00 | 0.52 | 248.21 |
| 1,153.  Seal & paint base shoe or quarter round | 63.67 LF | | 0.00 | 0.67 | 43.22 |
| 1,154.  Seal/prime then paint the walls and ceiling twice (3 coats) | 914.83 SF | | 0.00 | 1.08 | 1,010.20 |
| 1,155.  Seal & paint window stool and apron | 5.42 LF | | 0.00 | 3.30 | 18.06 |
| 1,156.  Seal stud wall for odor control | 636.67 SF | | 0.00 | 0.74 | 481.02 |
| 1,157.  Floor protection - Ram Board | 460.99 SF | | 0.00 | 0.83 | 398.27 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Bedroom 4**                                                                     **8,536.04**



| **Bathroom 4** | | | | | **Height: 11'** |
|---|---|---|---|---|---|

| | |
|---|---|
| 335.50  SF Walls | 53.63  SF Ceiling |
| 389.13  SF Walls & Ceiling | 53.63  SF Floor |
| 5.96  SY Flooring | 30.50  LF Floor Perimeter |
| 30.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,158.  Final cleaning - construction - Residential | 53.63 SF | | 0.00 | 0.21 | 11.26 |
| 1,159.  Clean floor or roof joist system - Heavy | 53.63 SF | | 0.00 | 1.02 | 54.80 |
| 1,160.  Clean stud wall - Heavy | 335.50 SF | | 0.00 | 0.82 | 275.76 |
| 1,161.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

CONTINUED - Bathroom 4

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,162.  Detach & Reset Pocket door unit - Colonist | 1.00 EA | 61.59 | 0.00 | 0.00 | 61.67 |
| 1,163.  R&R 1/2" drywall - hung, taped, ready for texture | 279.13 SF | | 0.39 | 1.50 | 540.56 |
| 1,164.  Add for bullnose (rounded) corners | 389.13 SF | | 0.00 | 0.13 | 50.97 |
| 1,165.  Texture drywall - light hand texture | 279.13 SF | | 0.00 | 0.44 | 124.17 |
| 1,166.  R&R Baseboard - 8" paint grade - 2 piece | 30.50 LF | | 0.56 | 5.31 | 186.08 |
| 1,167.  R&R Casing - 4" - hardwood | 42.00 LF | | 0.47 | 3.89 | 195.67 |
| 1,168.  R&R Crown molding - 6 1/8" to 7" | 30.50 LF | | 0.63 | 6.24 | 220.99 |
| 1,169.  R&R Base shoe | 30.50 LF | | 0.16 | 1.11 | 40.04 |
| 1,170.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 1,171.  R&R Toilet paper holder - Premium grade | 1.00 EA | | 4.70 | 42.35 | 50.09 |
| 1,172.  R&R Towel ring - Premium grade | 1.00 EA | | 4.70 | 41.57 | 49.23 |
| 1,173.  R&R Sink faucet - Bathroom - Premium grade | 1.00 EA | | 17.59 | 393.71 | 443.62 |
| 1,174.  Rough in plumbing - per fixture | 3.00 EA | | 0.00 | 581.85 | 1,774.70 |
| 1,175.  Detach & Reset Sink - single | 1.00 EA | 115.66 | 0.00 | 0.00 | 115.66 |
| 1,176.  R&R Angle stop valve | 3.00 EA | | 4.70 | 28.20 | 100.79 |
| 1,177.  R&R Shower faucet - Premium grade | 1.00 EA | | 17.59 | 390.69 | 438.35 |
| 1,178.  Detach & Reset Toilet | 1.00 EA | 189.52 | 0.00 | 0.00 | 190.06 |
| 1,179.  R&R Toilet seat | 1.00 EA | | 6.40 | 50.09 | 59.54 |
| 1,180.  Paint baseboard, oversized - two coats | 30.50 LF | | 0.00 | 1.28 | 39.51 |
| 1,181.  Paint crown molding, oversized - two coats | 30.50 LF | | 0.00 | 1.31 | 40.37 |
| 1,182.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,183.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,184.  Floor protection - plastic and tape - 10 mil | 53.63 SF | | 0.00 | 0.28 | 15.59 |
| 1,185.  Floor protection - corrugated cardboard and tape | 107.25 SF | | 0.00 | 0.52 | 57.75 |
| 1,186.  Seal & paint base shoe or quarter round | 30.50 LF | | 0.00 | 0.67 | 20.71 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Bathroom 4**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,187.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 279.13 SF | | 0.00 | 1.08 | 308.23 |
| 1,188.  Seal stud wall for odor control | 335.50 SF | | 0.00 | 0.74 | 253.48 |
| 1,189.  R&R 1/2" Cement board | 110.00 SF | | 0.78 | 2.80 | 408.10 |
| 1,190.  Tile / Cultured Marble Installer - per hour | 2.00 HR | | 0.00 | 49.24 | 98.48 |

*Additional labor required to tile around round window.*

| | | | | | |
|---|---|---|---|---|---|
| 1,191.  Seal grout on tile wall | 110.00 SF | | 0.00 | 0.81 | 90.81 |
| 1,192.  R&R Tile shower - 101 to 120 SF - High grade | 1.00 EA | | 187.72 | 1,767.14 | 2,045.16 |
| 1,193.  Waterproof membrane - tile underlayment | 110.00 SF | | 0.00 | 4.14 | 479.83 |
| 1,194.  Floor protection - Ram Board | 107.25 SF | | 0.00 | 0.83 | 92.66 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  Bathroom 4**                                     **9,158.13**



**Closet 4**                                             **Height: 11'**

| | | |
|---|---|---|
| 209.00  SF Walls | 22.00  SF Ceiling | |
| 231.00  SF Walls & Ceiling | 22.00  SF Floor | |
| 2.44  SY Flooring | 19.00  LF Floor Perimeter | |
| 19.00  LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,195.  Final cleaning - construction - Residential | 22.00 SF | | 0.00 | 0.21 | 4.62 |
| 1,196.  Clean floor or roof joist system - Heavy | 22.00 SF | | 0.00 | 1.02 | 22.48 |
| 1,197.  Clean stud wall - Heavy | 209.00 SF | | 0.00 | 0.82 | 171.79 |
| 1,198.  R&R 1/2" drywall - hung, taped, ready for texture | 231.00 SF | | 0.39 | 1.50 | 447.35 |
| 1,199.  Add for bullnose (rounded) corners | 231.00 SF | | 0.00 | 0.13 | 30.25 |
| 1,200.  Texture drywall - light hand texture | 231.00 SF | | 0.00 | 0.44 | 102.76 |
| 1,201.  R&R Switch | 1.00 EA | | 4.72 | 14.32 | 19.21 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

---

**CONTINUED - Closet 4**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,202.  R&R Baseboard - 8" paint grade - 2 piece | 19.00 LF | | 0.56 | 5.31 | 115.92 |
| 1,203.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 1,204.  Detach & Reset Closet Organizer - Melamine - High grade | 9.50 LF | 45.29 | 0.00 | 0.00 | 430.26 |
| 1,205.  R&R Base shoe | 19.00 LF | | 0.16 | 1.11 | 24.94 |
| 1,206.  R&R Light fixture - High grade | 1.00 EA | | 7.82 | 97.96 | 110.73 |
| 1,207.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 1,208.  Paint baseboard, oversized - two coats | 19.00 LF | | 0.00 | 1.28 | 24.61 |
| 1,209.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,210.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,211.  Floor protection - plastic and tape - 10 mil | 22.00 SF | | 0.00 | 0.28 | 6.39 |
| 1,212.  Floor protection - corrugated cardboard and tape | 44.00 SF | | 0.00 | 0.52 | 23.69 |
| 1,213.  Seal & paint base shoe or quarter round | 19.00 LF | | 0.00 | 0.67 | 12.90 |
| 1,214.  Seal/prime then paint the walls and ceiling twice (3 coats) | 231.00 SF | | 0.00 | 1.08 | 255.08 |
| 1,215.  Seal stud wall for odor control | 209.00 SF | | 0.00 | 0.74 | 157.90 |
| 1,216.  Floor protection - Ram Board | 44.00 SF | | 0.00 | 0.83 | 38.01 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

---

**Totals:  Closet 4**                                                                                         **2,171.11**

---

**2nd Master Suite**



**Master Bedroom 2**                                                                       **Height: Tray**

| | |
|---|---|
| 114.11  SF Walls | 14.97  SF Ceiling |
| 129.08  SF Walls & Ceiling | 13.88  SF Floor |
| 1.54  SY Flooring | 9.66  LF Floor Perimeter |
| 14.91  LF Ceil. Perimeter | |

---

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Master Bedroom 2**

| Subroom: **Master Bedroom 2 (1)** | **Height: Tray** |
|---|---|

| | |
|---|---|
| 701.46 SF Walls | 369.93 SF Ceiling |
| 1,071.39 SF Walls & Ceiling | 311.60 SF Floor |
| 34.62 SY Flooring | 68.40 LF Floor Perimeter |
| 73.65 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 2' 9" X 6' 8" | Opens into MASTER_BEDRO |
| **Missing Wall - Goes to Floor** | 2' 6" X 6' 8" | Opens into MASTER_BEDRO |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,217.  Final cleaning - construction - Residential | 325.48 SF | | 0.00 | 0.21 | 68.35 |
| 1,218.  Clean floor or roof joist system - Heavy | 384.90 SF | | 0.00 | 1.02 | 393.35 |
| 1,219.  Clean stud wall - Heavy | 815.57 SF | | 0.00 | 0.82 | 670.35 |
| 1,220.  Detach & Reset Interior double door, 8' - Colonist - pre-hung unit | 1.00 EA | 106.35 | 0.00 | 0.00 | 106.45 |
| 1,221.  R&R 1/2" drywall - hung, taped, ready for texture | 1,200.47 SF | | 0.39 | 1.50 | 2,324.78 |
| 1,222.  Additional cost to hang and finish drywall archway | 5.00 EA | | 0.00 | 19.51 | 97.55 |
| 1,223.  Add for bullnose (rounded) corners | 1,200.47 SF | | 0.00 | 0.13 | 157.22 |
| 1,224.  Texture drywall - light hand texture | 1,200.47 SF | | 0.00 | 0.44 | 534.03 |
| 1,225.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.40 | 17.93 | 22.85 |
| 1,226.  R&R Phone/low voltage outlet rough-in | 1.00 EA | | 5.02 | 48.73 | 54.23 |
| 1,227.  R&R Outlet | 5.00 EA | | 4.72 | 14.06 | 94.60 |
| 1,228.  R&R Outlet or switch cover - High grade | 1.00 EA | | 0.59 | 5.28 | 6.18 |
| *Cover for central vacuum receptacle.* | | | | | |
| 1,229.  R&R Dimmer switch | 1.00 EA | | 4.72 | 33.18 | 39.90 |
| 1,230.  R&R Switch | 5.00 EA | | 4.72 | 14.32 | 96.03 |
| 1,231.  R&R Smoke detector | 1.00 EA | | 10.41 | 53.58 | 65.99 |
| 1,232.  R&R 12/2 high strand speaker wiring run - low inductance | 1.00 EA | | 5.02 | 101.58 | 111.36 |
| 1,233.  R&R Television cable outlet | 1.00 EA | | 5.02 | 68.14 | 75.02 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Master Bedroom 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,234.  R&R Baseboard - 8" paint grade - 2 piece | 78.06 LF | | 0.56 | 5.31 | 476.23 |
| 1,235.  R&R Casing - 4" - hardwood | 126.00 LF | | 0.47 | 3.89 | 587.00 |
| 1,236.  R&R Crown molding - 6 1/8" to 7" | 159.40 LF | | 0.63 | 6.24 | 1,154.92 |
| 1,237.  R&R Base shoe | 78.06 LF | | 0.16 | 1.11 | 102.47 |
| 1,238.  R&R Window stool & apron | 7.50 LF | | 0.71 | 6.53 | 56.78 |
| 1,239.  R&R Door knob - interior | 2.00 EA | | 11.73 | 37.95 | 103.51 |
| 1,240.  R&R Door knob - interior - Premium grade | 2.00 EA | | 11.73 | 79.83 | 195.40 |
| 1,241.  Light bulb - LED A19 - up to 500 lm - material only | 3.00 EA | | 0.00 | 7.55 | 24.85 |
| 1,242.  Light bulb - LED BR30 - 600 to 800 lm - material only | 4.00 EA | | 0.00 | 17.98 | 78.90 |
| 1,243.  R&R Ceiling fan & light - Premium grade | 1.00 EA | | 17.71 | 557.62 | 611.22 |
| 1,244.  R&R Recessed light fixture | 4.00 EA | | 10.46 | 118.24 | 528.44 |
| 1,245.  Paint baseboard, oversized - two coats | 78.06 LF | | 0.00 | 1.28 | 101.13 |
| 1,246.  Paint crown molding, oversized - two coats | 159.40 LF | | 0.00 | 1.31 | 210.98 |
| 1,247.  Paint door slab only - 2 coats (per side) | 4.00 EA | | 0.00 | 30.93 | 126.26 |
| 1,248.  Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | | 0.00 | 25.88 | 52.52 |
| 1,249.  Paint door/window trim & jamb - Large - 2 coats (per side) | 3.00 EA | | 0.00 | 30.45 | 92.69 |
| 1,250.  Floor protection - plastic and tape - 10 mil | 325.48 SF | | 0.00 | 0.28 | 94.60 |
| 1,251.  Floor protection - corrugated cardboard and tape | 650.96 SF | | 0.00 | 0.52 | 350.50 |
| 1,252.  Seal & paint base shoe or quarter round | 78.06 LF | | 0.00 | 0.67 | 52.98 |
| 1,253.  Seal/prime then paint the walls and ceiling twice (3 coats) | 1,200.47 SF | | 0.00 | 1.08 | 1,325.62 |
| 1,254.  Seal & paint window stool and apron | 7.50 LF | | 0.00 | 3.30 | 24.98 |
| 1,255.  Seal stud wall for odor control | 815.57 SF | | 0.00 | 0.74 | 616.18 |
| 1,256.  R&R In-wall / In-ceiling speaker | 2.00 EA | | 4.70 | 234.71 | 513.74 |
| 1,257.  Floor protection - Ram Board | 650.96 SF | | 0.00 | 0.83 | 562.40 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

\* Price is inclusive of sales tax paid at point of purchase

NATAL_1489



**Healthy Home Solutions, LLC**

CONTINUED - Master Bedroom 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Master Bedroom 2** | | | | | **12,962.54** |



| | | | | | |
|---|---|---|---|---|---|
| **M. Bath 2** | | | | | **Height: 10'** |

| 422.53 | SF Walls | | 96.58 | SF Ceiling |
|---|---|---|---|---|
| 519.10 | SF Walls & Ceiling | | 96.58 | SF Floor |
| 10.73 | SY Flooring | | 96.58 | SF Floor |
| 42.25 | LF Ceil. Perimeter | | 42.25 | LF Floor Perimeter |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,258.  Detach & Reset Vanity | 4.00 LF | 43.91 | 0.00 | 0.00 | 175.64 |
| *Granite countertop is attached to the vanity and will be removed with the vanity* | | | | | |
| 1,259.  Final cleaning - construction - Residential | 96.58 SF | | 0.00 | 0.21 | 20.28 |
| 1,260.  Clean floor or roof joist system - Heavy | 96.58 SF | | 0.00 | 1.02 | 98.70 |
| 1,261.  Clean stud wall - Heavy | 422.53 SF | | 0.00 | 0.82 | 347.29 |
| 1,262.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 2.00 EA | 67.81 | 0.00 | 0.00 | 135.81 |
| 1,263.  R&R 1/2" drywall - hung, taped, ready for texture | 519.10 SF | | 0.39 | 1.50 | 1,005.27 |
| 1,264.  Add for bullnose (rounded) corners | 519.10 SF | | 0.00 | 0.13 | 67.98 |
| 1,265.  Texture drywall - light hand texture | 519.10 SF | | 0.00 | 0.44 | 230.92 |
| 1,266.  R&R Ground fault interrupter (GFI) outlet | 2.00 EA | | 4.72 | 28.66 | 69.60 |
| 1,267.  R&R Dimmer switch | 1.00 EA | | 4.72 | 33.18 | 39.90 |
| 1,268.  R&R Switch | 2.00 EA | | 4.72 | 14.32 | 38.41 |
| 1,269.  R&R Baseboard - 8" paint grade - 2 piece | 42.25 LF | | 0.56 | 5.31 | 257.76 |
| 1,270.  R&R Casing - 4" - hardwood | 63.00 LF | | 0.47 | 3.89 | 293.50 |
| 1,271.  R&R Crown molding - 6 1/8" to 7" | 42.25 LF | | 0.63 | 6.24 | 306.12 |
| 1,272.  R&R Base shoe | 42.25 LF | | 0.16 | 1.11 | 55.46 |
| 1,273.  R&R Door knob - interior - Premium grade | 2.00 EA | | 11.73 | 79.83 | 195.40 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - M. Bath 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,274.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 1,275.  R&R Robe hook | 1.00 EA | | 4.70 | 15.52 | 21.08 |
| 1,276.  R&R Towel bar - Premium grade | 1.00 EA | | 5.86 | 55.46 | 65.63 |
| 1,277.  R&R Light bar - 4 lights - High grade | 1.00 EA | | 18.77 | 201.96 | 235.77 |
| 1,278.  Light bulb - LED candle - up to 200 lm - material only | 5.00 EA | | 0.00 | 8.90 | 48.82 |
| 1,279.  Light bulb - LED BR30 - 600 to 800 lm - material only | 1.00 EA | | 0.00 | 17.98 | 19.72 |
| 1,280.  R&R Chandelier - Crystal - High grade | 1.00 EA | | 18.84 | 2,756.83 | 3,024.75 |
| 1,281.  R&R Recessed light fixture | 1.00 EA | | 10.46 | 118.24 | 132.11 |
| 1,282.  Detach & Reset Mirror - framed | 9.78 SF | 5.10 | 0.00 | 0.00 | 49.88 |
| 1,283.  R&R Sink faucet - Bathroom - Premium grade | 1.00 EA | | 17.59 | 393.71 | 443.62 |
| 1,284.  Detach & Reset Jetted tub - Acrylic - corner unit | 1.00 EA | 434.72 | 0.00 | 0.00 | 434.72 |
| 1,285.  Jetted tub faucet - High grade | 1.00 EA | | 0.00 | 356.76 | 381.97 |
| 1,286.  Rough in plumbing - per fixture | 2.00 EA | | 0.00 | 581.85 | 1,183.13 |
| 1,287.  Detach & Reset Sink - single | 1.00 EA | 115.66 | 0.00 | 0.00 | 115.66 |
| 1,288.  R&R Angle stop valve | 2.00 EA | | 4.70 | 28.20 | 67.19 |
| 1,289.  Paint baseboard, oversized - two coats | 42.25 LF | | 0.00 | 1.28 | 54.74 |
| 1,290.  Paint crown molding, oversized - two coats | 42.25 LF | | 0.00 | 1.31 | 55.92 |
| 1,291.  Paint door slab only - 2 coats (per side) | 3.00 EA | | 0.00 | 30.93 | 94.70 |
| 1,292.  Paint door/window trim & jamb - 2 coats (per side) | 3.00 EA | | 0.00 | 25.88 | 78.78 |
| 1,293.  Floor protection - plastic and tape - 10 mil | 96.58 SF | | 0.00 | 0.28 | 28.07 |
| 1,294.  Floor protection - corrugated cardboard and tape | 193.16 SF | | 0.00 | 0.52 | 104.00 |
| 1,295.  Seal & paint base shoe or quarter round | 42.25 LF | | 0.00 | 0.67 | 28.68 |
| 1,296.  Seal/prime then paint part of the walls and ceiling twice (3 coats) | 505.77 SF | | 0.00 | 1.08 | 558.49 |
| 1,297.  Seal stud wall for odor control | 422.53 SF | | 0.00 | 0.74 | 319.23 |
| 1,298.  R&R Ceramic/porcelain tile - Premium grade | 13.33 SF | | 1.69 | 13.33 | 212.15 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - M. Bath 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,299. Add-on for tile backsplash installation | 13.33 SF | | 0.00 | 7.38 | 98.38 |
| 1,300. Seal grout on tile wall | 13.33 SF | | 0.00 | 0.81 | 11.01 |
| 1,301. Floor protection - Ram Board | 193.16 SF | | 0.00 | 0.83 | 166.88 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  M. Bath 2**                                                                                    **11,390.18**



**M. Closet 2**                                                                        **Height: 10'**

| | | | |
|---|---|---|---|
| 375.98 SF Walls | | 81.90 SF Ceiling | |
| 457.88 SF Walls & Ceiling | | 81.90 SF Floor | |
| 9.10 SY Flooring | | 37.60 LF Floor Perimeter | |
| 37.60 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,302. Final cleaning - construction - Residential | 81.90 SF | | 0.00 | 0.21 | 17.20 |
| 1,303. Clean floor or roof joist system - Heavy | 81.90 SF | | 0.00 | 1.02 | 83.70 |
| 1,304. Clean stud wall - Heavy | 375.98 SF | | 0.00 | 0.82 | 309.03 |
| 1,305. Detach & Reset Pocket door unit - Colonist | 1.00 EA | 61.59 | 0.00 | 0.00 | 61.67 |
| 1,306. R&R 1/2" drywall - hung, taped, ready for texture | 457.88 SF | | 0.39 | 1.50 | 886.71 |
| 1,307. Add for bullnose (rounded) corners | 457.88 SF | | 0.00 | 0.13 | 59.96 |
| 1,308. Texture drywall - light hand texture | 457.88 SF | | 0.00 | 0.44 | 203.69 |
| 1,309. R&R Baseboard - 8" paint grade - 2 piece | 37.60 LF | | 0.56 | 5.31 | 229.40 |
| 1,310. R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 1,311. Detach & Reset Closet Organizer - Melamine - High grade | 7.42 LF | 45.29 | 0.00 | 0.00 | 336.05 |
| 1,312. R&R Crown molding - 6 1/8" to 7" | 37.60 LF | | 0.63 | 6.24 | 272.42 |
| 1,313. R&R Base shoe | 37.60 LF | | 0.16 | 1.11 | 49.36 |
| 1,314. R&R Light fixture - High grade | 1.00 EA | | 7.82 | 97.96 | 110.73 |

* Price is inclusive of sales tax paid at point of purchase

NATAL_1489

 **Healthy Home Solutions, LLC**

### CONTINUED - M. Closet 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,315.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 1,316.  Paint baseboard, oversized - two coats | 37.60 LF | | 0.00 | 1.28 | 48.71 |
| 1,317.  Paint crown molding, oversized - two coats | 37.60 LF | | 0.00 | 1.31 | 49.77 |
| 1,318.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,319.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,320.  Floor protection - plastic and tape - 10 mil | 81.90 SF | | 0.00 | 0.28 | 23.80 |
| 1,321.  Floor protection - corrugated cardboard and tape | 163.79 SF | | 0.00 | 0.52 | 88.19 |
| 1,322.  Seal & paint base shoe or quarter round | 37.60 LF | | 0.00 | 0.67 | 25.52 |
| 1,323.  Seal/prime then paint the walls and ceiling twice (3 coats) | 457.88 SF | | 0.00 | 1.08 | 505.61 |
| 1,324.  Seal stud wall for odor control | 375.98 SF | | 0.00 | 0.74 | 284.07 |
| 1,325.  Floor protection - Ram Board | 163.79 SF | | 0.00 | 0.83 | 141.51 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

**Totals:  M. Closet 2**                                                                 **3,959.32**



**Toilet**                                                                **Height: 10'**

| | |
|---|---|
| 185.00  SF Walls | 20.89  SF Ceiling |
| 205.89  SF Walls & Ceiling | 20.89  SF Floor |
| 2.32  SY Flooring | 18.50  LF Floor Perimeter |
| 18.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,326.  Final cleaning - construction - Residential | 20.89 SF | | 0.00 | 0.21 | 4.39 |
| 1,327.  Clean floor or roof joist system - Heavy | 20.89 SF | | 0.00 | 1.02 | 21.35 |
| 1,328.  Clean stud wall - Heavy | 185.00 SF | | 0.00 | 0.82 | 152.06 |

* Price is inclusive of sales tax paid at point of purchase

 **Healthy Home Solutions, LLC**

**CONTINUED - Toilet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,329.  R&R 1/2" drywall - hung, taped, ready for texture | 205.89 SF | | 0.39 | 1.50 | 398.73 |
| 1,330.  Add for bullnose (rounded) corners | 205.89 SF | | 0.00 | 0.13 | 26.97 |
| 1,331.  Texture drywall - light hand texture | 205.89 SF | | 0.00 | 0.44 | 91.59 |
| 1,332.  R&R Bathroom ventilation fan w/light - Premium grade | 1.00 EA | | 16.53 | 355.26 | 402.31 |
| 1,333.  R&R Baseboard - 8" paint grade - 2 piece | 18.50 LF | | 0.56 | 5.31 | 112.87 |
| 1,334.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 1,335.  R&R Crown molding - 6 1/8" to 7" | 18.50 LF | | 0.63 | 6.24 | 134.05 |
| 1,336.  R&R Base shoe | 18.50 LF | | 0.16 | 1.11 | 24.29 |
| 1,337.  R&R Door stop - wall or floor mounted | 1.00 EA | | 4.70 | 11.85 | 17.06 |
| 1,338.  R&R Toilet paper holder - Premium grade | 1.00 EA | | 4.70 | 42.35 | 50.09 |
| 1,339.  Rough in plumbing - per fixture | 1.00 EA | | 0.00 | 581.85 | 591.57 |
| 1,340.  R&R Angle stop valve | 1.00 EA | | 4.70 | 28.20 | 33.60 |
| 1,341.  Detach & Reset Toilet | 1.00 EA | 189.52 | 0.00 | 0.00 | 190.06 |
| 1,342.  R&R Toilet seat | 1.00 EA | | 6.40 | 50.09 | 59.54 |
| 1,343.  Paint baseboard, oversized - two coats | 18.50 LF | | 0.00 | 1.28 | 23.97 |
| 1,344.  Paint crown molding, oversized - two coats | 18.50 LF | | 0.00 | 1.31 | 24.49 |
| 1,345.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,346.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,347.  Floor protection - plastic and tape - 10 mil | 20.89 SF | | 0.00 | 0.28 | 6.07 |
| 1,348.  Floor protection - corrugated cardboard and tape | 41.78 SF | | 0.00 | 0.52 | 22.50 |
| 1,349.  Seal & paint base shoe or quarter round | 18.50 LF | | 0.00 | 0.67 | 12.56 |
| 1,350.  Seal/prime then paint the walls and ceiling twice (3 coats) | 205.89 SF | | 0.00 | 1.08 | 227.35 |
| 1,351.  Seal stud wall for odor control | 185.00 SF | | 0.00 | 0.74 | 139.77 |
| 1,352.  Floor protection - Ram Board | 41.78 SF | | 0.00 | 0.83 | 36.10 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Toilet**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Toilet** | | | | | **2,959.00** |



| **M. Closet 1** | | | | | **Height: 10'** |
|---|---|---|---|---|---|

| | |
|---|---|
| 200.22 SF Walls | 19.06 SF Ceiling |
| 219.27 SF Walls & Ceiling | 19.06 SF Floor |
| 2.12 SY Flooring | 20.02 LF Floor Perimeter |
| 20.02 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,353.  Final cleaning - construction - Residential | 19.06 SF | | 0.00 | 0.21 | 4.00 |
| 1,354.  Clean floor or roof joist system - Heavy | 19.06 SF | | 0.00 | 1.02 | 19.48 |
| 1,355.  Clean stud wall - Heavy | 200.22 SF | | 0.00 | 0.82 | 164.57 |
| 1,356.  Detach & Reset Interior door, 8' - Colonist - pre-hung unit | 1.00 EA | 67.81 | 0.00 | 0.00 | 67.91 |
| 1,357.  R&R 1/2" drywall - hung, taped, ready for texture | 219.27 SF | | 0.39 | 1.50 | 424.64 |
| 1,358.  Add for bullnose (rounded) corners | 219.27 SF | | 0.00 | 0.13 | 28.72 |
| 1,359.  Texture drywall - light hand texture | 219.27 SF | | 0.00 | 0.44 | 97.54 |
| 1,360.  R&R Baseboard - 8" paint grade - 2 piece | 20.02 LF | | 0.56 | 5.31 | 122.14 |
| 1,361.  R&R Casing - 4" - hardwood | 21.00 LF | | 0.47 | 3.89 | 97.83 |
| 1,362.  Detach & Reset Closet Organizer - Melamine - High grade | 10.01 LF | 45.29 | 0.00 | 0.00 | 453.35 |
| 1,363.  R&R Crown molding - 6 1/8" to 7" | 20.02 LF | | 0.63 | 6.24 | 145.05 |
| 1,364.  R&R Base shoe | 20.02 LF | | 0.16 | 1.11 | 26.27 |
| 1,365.  R&R Door knob - interior - Premium grade | 1.00 EA | | 11.73 | 79.83 | 97.70 |
| 1,366.  R&R Light fixture - High grade | 1.00 EA | | 7.82 | 97.96 | 110.73 |
| 1,367.  Light bulb - LED A19 - up to 500 lm - material only | 2.00 EA | | 0.00 | 7.55 | 16.56 |
| 1,368.  Paint baseboard, oversized - two coats | 20.02 LF | | 0.00 | 1.28 | 25.94 |
| 1,369.  Paint crown molding, oversized - two coats | 20.02 LF | | 0.00 | 1.31 | 26.50 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - M. Closet 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,370.  Paint door slab only - 2 coats (per side) | 1.00 EA | | 0.00 | 30.93 | 31.57 |
| 1,371.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | | 0.00 | 25.88 | 26.26 |
| 1,372.  Floor protection - plastic and tape - 10 mil | 19.06 SF | | 0.00 | 0.28 | 5.54 |
| 1,373.  Floor protection - corrugated cardboard and tape | 38.11 SF | | 0.00 | 0.52 | 20.52 |
| 1,374.  Seal & paint base shoe or quarter round | 20.02 LF | | 0.00 | 0.67 | 13.58 |
| 1,375.  Seal/prime then paint the walls and ceiling twice (3 coats) | 219.27 SF | | 0.00 | 1.08 | 242.13 |
| 1,376.  Seal stud wall for odor control | 200.22 SF | | 0.00 | 0.74 | 151.27 |
| 1,377.  Floor protection - Ram Board | 38.11 SF | | 0.00 | 0.83 | 32.92 |

*Floors are to be protected twice. Once for demolition. Removed for inspection and replaced for reconstruction. Plastic is only used during demolition to catch as much of the CDW dust as possible during demo.*

| Totals:  M. Closet 1 | 2,452.72 |
|---|---|

| Total: 2nd Master Suite | 33,723.76 |
|---|---|



**chase**                                                                 **Height: 11'**

| 2.70  SF Walls & Ceiling | 2.70  SF Ceiling |
|---|---|
| 0.30  SY Flooring | 2.70  SF Floor |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,378.  Final cleaning - construction - Residential | 1.55 SF | | 0.00 | 0.21 | 0.33 |
| 1,379.  Clean floor or roof joist system - Heavy | 1.55 SF | | 0.00 | 1.02 | 1.58 |

| Totals:  chase | 1.91 |
|---|---|



**Healthy Home Solutions, LLC**



| chase | | | | | Height: 11' |
|---|---|---|---|---|---|

| 146.67 SF Walls | | 9.18 SF Ceiling |
|---|---|---|
| 155.85 SF Walls & Ceiling | | 9.18 SF Floor |
| 1.02 SY Flooring | | 13.33 LF Floor Perimeter |
| 13.33 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,380.  Final cleaning - construction - Residential | 9.18 SF | | 0.00 | 0.21 | 1.93 |
| 1,381.  Clean floor or roof joist system - Heavy | 9.18 SF | | 0.00 | 1.02 | 9.38 |
| 1,382.  Clean stud wall - Heavy | 146.67 SF | | 0.00 | 0.82 | 120.55 |
| 1,383.  Seal stud wall for odor control | 146.67 SF | | 0.00 | 0.74 | 110.82 |

**Totals:  chase** **242.68**



| chase | | | | | Height: 11' |
|---|---|---|---|---|---|

| 120.69 SF Walls | | 5.80 SF Ceiling |
|---|---|---|
| 126.49 SF Walls & Ceiling | | 5.80 SF Floor |
| 0.64 SY Flooring | | 10.97 LF Floor Perimeter |
| 10.97 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,384.  Final cleaning - construction - Residential | 5.80 SF | | 0.00 | 0.21 | 1.22 |
| 1,385.  Clean floor or roof joist system - Heavy | 5.80 SF | | 0.00 | 1.02 | 5.93 |
| 1,386.  Clean stud wall - Heavy | 120.69 SF | | 0.00 | 0.82 | 99.20 |
| 1,387.  Seal stud wall for odor control | 120.69 SF | | 0.00 | 0.74 | 91.18 |

**Totals:  chase** **197.53**

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**



**Chase 2**                                                                                             **Height: 11'**

| | |
|---|---|
| 28.01 SF Walls | 0.31 SF Ceiling |
| 28.32 SF Walls & Ceiling | 0.31 SF Floor |
| 0.03 SY Flooring | 2.55 LF Floor Perimeter |
| 2.55 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,388.  Final cleaning - construction - Residential | 0.31 SF | | 0.00 | 0.21 | 0.07 |
| 1,389.  Clean floor or roof joist system - Heavy | 0.31 SF | | 0.00 | 1.02 | 0.32 |
| 1,390.  Clean stud wall - Heavy | 28.01 SF | | 0.00 | 0.82 | 23.02 |
| 1,391.  Seal stud wall for odor control | 28.01 SF | | 0.00 | 0.74 | 21.16 |

| | |
|---|---|
| **Totals:  Chase 2** | **44.57** |

| | |
|---|---|
| **Total: Level 2** | **126,794.75** |

**Attic**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,392.  R&R Breaker panel - 100 amp | 1.00 EA | | 147.76 | 719.11 | 885.67 |
| 1,393.  R&R Outlet | 2.00 EA | | 4.72 | 14.06 | 37.84 |
| 1,394.  R&R Light fixture | 2.00 EA | | 7.82 | 67.47 | 156.98 |

| | |
|---|---|
| **Totals:  Attic** | **1,080.49** |

**Roof**



**Roof1**

| | |
|---|---|
| 556.22 Surface Area | 5.56 Number of Squares |
| 36.33 Total Perimeter Length | 5.42 Total Ridge Length |
| 49.29 Total Hip Length | |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Roof1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,395.  R&R Sprayed polyurethane foam - open cell - 6" | 556.22 SF | | 1.97 | 2.87 | 2,737.42 |

| **Totals:  Roof1** | | | | | **2,737.42** |
|---|---|---|---|---|---|



**Roof2**

| 93.42 | Surface Area | 0.93 | Number of Squares |
|---|---|---|---|
| 33.49 | Total Perimeter Length | 11.75 | Total Ridge Length |
| 15.52 | Total Hip Length | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,396.  R&R Sprayed polyurethane foam - open cell - 6" | 93.42 SF | | 1.97 | 2.87 | 459.77 |

| **Totals:  Roof2** | | | | | **459.77** |
|---|---|---|---|---|---|



**Roof3**

| 141.92 | Surface Area | 1.42 | Number of Squares |
|---|---|---|---|
| 13.09 | Total Perimeter Length | | |
| 95.71 | Total Hip Length | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,397.  R&R Sprayed polyurethane foam - open cell - 6" | 141.92 SF | | 1.97 | 2.87 | 698.45 |

| **Totals:  Roof3** | | | | | **698.45** |
|---|---|---|---|---|---|

 **Healthy Home Solutions, LLC**



### Roof4

|  |  |
|---|---|
| 98.24  Surface Area | 0.98  Number of Squares |
| 3.48  Total Hip Length | 9.33  Total Ridge Length |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,398.  R&R Sprayed polyurethane foam - open cell - 6" | 98.24 SF |  | 1.97 | 2.87 | 483.48 |

**Totals:  Roof4**                                                                                                   **483.48**



### Roof5

|  |  |
|---|---|
| 356.76  Surface Area | 3.57  Number of Squares |
| 38.95  Total Perimeter Length | 6.67  Total Ridge Length |
| 42.11  Total Hip Length |  |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,399.  R&R Sprayed polyurethane foam - open cell - 6" | 356.76 SF |  | 1.97 | 2.87 | 1,755.79 |

**Totals:  Roof5**                                                                                                 **1,755.79**



### Roof6

|  |  |
|---|---|
| 256.78  Surface Area | 2.57  Number of Squares |
| 40.48  Total Perimeter Length | 14.70  Total Ridge Length |
| 4.36  Total Hip Length |  |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,400.  R&R Sprayed polyurethane foam - open cell - 6" | 256.78 SF |  | 1.97 | 2.87 | 1,263.74 |

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Roof6**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| **Totals:  Roof6** | | | | | **1,263.74** |

| | | | | | |
|---|---|---|---|---|---|
| **Total: Roof** | | | | | **7,398.65** |

**Level 3**

**Level 3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,401.  R&R Sprayed polyurethane foam - open cell - 6" | 53.93 SF | | 1.97 | 2.87 | 265.41 |

| | | | | | |
|---|---|---|---|---|---|
| **Total:  Level 3** | | | | | **265.41** |



**Roof1**

|  |  |
|---|---|
| 844.51  Surface Area | 8.45  Number of Squares |
| 103.95  Total Perimeter Length | 27.10  Total Ridge Length |
| 58.60  Total Hip Length | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,402.  R&R Sprayed polyurethane foam - open cell - 6" | 844.51 SF | | 1.97 | 2.87 | 4,156.23 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals:  Roof1** | | | | | **4,156.23** |



**Roof2**

|  |  |
|---|---|
| 888.67  Surface Area | 8.89  Number of Squares |
| 100.25  Total Perimeter Length | 21.58  Total Ridge Length |
| 53.76  Total Hip Length | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**CONTINUED - Roof2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,403.  R&R Sprayed polyurethane foam - open cell - 6" | 888.67 SF | | 1.97 | 2.87 | 4,373.57 |

| Totals:  Roof2 | | | | | 4,373.57 |
|---|---|---|---|---|---|



**Roof3**

| | |
|---|---|
| 937.81  Surface Area | 9.38  Number of Squares |
| 75.58  Total Perimeter Length | 5.25  Total Ridge Length |
| 66.75  Total Hip Length | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,404.  R&R Sprayed polyurethane foam - open cell - 6" | 937.81 SF | | 1.97 | 2.87 | 4,615.41 |

| Totals:  Roof3 | | | | | 4,615.41 |
|---|---|---|---|---|---|

| Total: Level 3 | | | | | 13,410.62 |
|---|---|---|---|---|---|

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | *TOTAL |
|---|---|---|---|---|---|
| 1,405.  Temporary repair services labor minimum | 1.00 EA | | 0.00 | 37.96 | 37.96 |
| 1,406.  Window treatment repair | 1.00 EA | | 0.00 | 72.62 | 72.62 |

| Totals:  Labor Minimums Applied | | | | | 110.58 |
|---|---|---|---|---|---|

| Line Item Totals: NATAL_1489 | | | | | 549,802.67 |
|---|---|---|---|---|---|

* Price is inclusive of sales tax paid at point of purchase



**Healthy Home Solutions, LLC**

**Grand Total Areas:**

| | | |
|---|---|---|
| 19,445.72 SF Walls | 5,701.72 SF Ceiling | 25,147.44 SF Walls and Ceiling |
| 5,367.64 SF Floor | 596.40 SY Flooring | 1,741.84 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 1,868.62 LF Ceil. Perimeter |

| | | |
|---|---|---|
| 5,368.79 Floor Area | 5,714.15 Total Area | 18,344.83 Interior Wall Area |
| 7,084.89 Exterior Wall Area | 549.58 Exterior Perimeter of Walls | |

| | | |
|---|---|---|
| 4,174.33 Surface Area | 41.74 Number of Squares | 0.00 Total Perimeter Length |
| 101.80 Total Ridge Length | 389.58 Total Hip Length | |

 **Healthy Home Solutions, LLC**

## Summary

| | |
|---|---:|
| Line Item Total | 549,802.67 |
| Overhead | 54,137.98 |
| Profit | 54,137.98 |
| **Replacement Cost Value** | **$658,078.63** |
| **Net Claim** | **$658,078.63** |

Shawn Macomber

 **Healthy Home Solutions, LLC**

## Recap by Room

**Estimate: NATAL_1489**

| | | |
|---|---|---|
| General Items | 15,099.71 | 2.75% |
| Exterior | 9,679.05 | 1.76% |
| Electrical | 24,293.46 | 4.42% |
| Plumbing | 7,826.20 | 1.42% |
| Mechanical | 45,715.11 | 8.31% |
| **Area: Main Level** | **15,640.14** | **2.84%** |
| **Area: Master Suite** | | |
| Master Bedroom | 16,134.68 | 2.93% |
| Master Bath | 31,990.53 | 5.82% |
| Her Toilet | 4,430.96 | 0.81% |
| His Toilet | 3,077.32 | 0.56% |
| Linen Closet | 863.73 | 0.16% |
| shower | 7,166.89 | 1.30% |
| Master Closet 1 | 5,564.20 | 1.01% |
| Master Closet 2 | 8,062.80 | 1.47% |
| chase | 239.01 | 0.04% |
| **Area Subtotal: Master Suite** | **77,530.12** | **14.10%** |
| Living Room | 12,012.15 | 2.18% |
| chase | 64.20 | 0.01% |
| Foyer/Entry | 12,737.02 | 2.32% |
| Under stairs closet | 2,888.73 | 0.53% |
| Stairs place holder | 46.85 | 0.01% |
| Dining Room | 10,222.81 | 1.86% |
| Butler Pantry | 6,272.78 | 1.14% |
| Hallway | 6,388.61 | 1.16% |
| Coat Closet | 1,617.66 | 0.29% |
| Powder Room | 4,698.72 | 0.85% |
| Laundry Room | 9,293.71 | 1.69% |
| Bedroom 2 | 8,036.25 | 1.46% |
| Closet 2 | 2,031.81 | 0.37% |
| Bathroom 2 | 10,881.80 | 1.98% |
| Garage | 18,910.34 | 3.44% |
| Kitchen | 67,156.45 | 12.21% |
| Pantry | 2,445.97 | 0.44% |
| Family Room | 27,546.70 | 5.01% |
| Closet | 1,971.23 | 0.36% |

 **Healthy Home Solutions, LLC**

| | | |
|---|---:|---:|
| **Area Subtotal:  Main Level** | **298,394.05** | **54.27%** |
| **Area: Level 2** | **8,642.67** | **1.57%** |
| Stairs | 5,635.10 | 1.02% |
| Loft | 5,599.61 | 1.02% |
| Office | 7,651.32 | 1.39% |
| Bedroom 3 | 11,896.66 | 2.16% |
| Closet 3 | 2,405.23 | 0.44% |
| Bathroom 3 | 12,882.60 | 2.34% |
| Kitchenette | 10,773.66 | 1.96% |
| Laundry Room | 3,666.09 | 0.67% |
| Linen Closet | 3,566.08 | 0.65% |
| Bedroom 4 | 8,536.04 | 1.55% |
| Bathroom 4 | 9,158.13 | 1.67% |
| Closet 4 | 2,171.11 | 0.39% |
| **Area: 2nd Master Suite** | | |
| Master Bedroom 2 | 12,962.54 | 2.36% |
| M. Bath 2 | 11,390.18 | 2.07% |
| M. Closet 2 | 3,959.32 | 0.72% |
| Toilet | 2,959.00 | 0.54% |
| M. Closet 1 | 2,452.72 | 0.45% |
| **Area Subtotal:  2nd Master Suite** | **33,723.76** | **6.13%** |
| chase | 1.91 | |
| chase | 242.68 | 0.04% |
| chase | 197.53 | 0.04% |
| Chase 2 | 44.57 | 0.01% |
| **Area Subtotal:  Level 2** | **126,794.75** | **23.06%** |
| Attic | 1,080.49 | 0.20% |
| **Area: Roof** | | |
| Roof1 | 2,737.42 | 0.50% |
| Roof2 | 459.77 | 0.08% |
| Roof3 | 698.45 | 0.13% |
| Roof4 | 483.48 | 0.09% |
| Roof5 | 1,755.79 | 0.32% |
| Roof6 | 1,263.74 | 0.23% |
| **Area Subtotal:  Roof** | **7,398.65** | **1.35%** |
| **Area: Level 3** | **265.41** | **0.05%** |



**Healthy Home Solutions, LLC**

| | | |
|---|---:|---:|
| **Roof1** | **4,156.23** | **0.76%** |
| **Roof2** | **4,373.57** | **0.80%** |
| **Roof3** | **4,615.41** | **0.84%** |
| **Area Subtotal:  Level 3** | **13,410.62** | **2.44%** |
| **Labor Minimums Applied** | **110.58** | **0.02%** |
| **Subtotal of Areas** | **549,802.67** | **100.00%** |
| **Total** | **549,802.67** | **100.00%** |

This estimate is based upon a visual inspection of the property. It is not possible to know or predict the conditions of hidden or unseen elements. If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate.

**Healthy Home Solutions, LLC**

1


2


3


4


**Healthy Home Solutions, LLC**

5 

6 

7 

8 

**Healthy Home Solutions, LLC**

9 

10 

11 

12 

**Healthy Home Solutions, LLC**

13 

14 

15 

16 

**Healthy Home Solutions, LLC**

17 

18 

19 

20 

**Healthy Home Solutions, LLC**

21


22


23


24


**Healthy Home Solutions, LLC**

25 

26 

27 

28 

**Healthy Home Solutions, LLC**

29



30



31



32



**Healthy Home Solutions, LLC**

33



34



35



36



**Healthy Home Solutions, LLC**

37



38

39

40



**Healthy Home Solutions, LLC**

41


42


43

44




**Healthy Home Solutions, LLC**

45



46



47



48



**Healthy Home Solutions, LLC**

49


50


51


52


**Healthy Home Solutions, LLC**

53 

54 

55 

56 

**Healthy Home Solutions, LLC**

57 

58 

59 

60 

**Healthy Home Solutions, LLC**

61



62



63



64



**Healthy Home Solutions, LLC**

65 

66 

67 

68 

**Healthy Home Solutions, LLC**

69 

70 

71 

72 

**Healthy Home Solutions, LLC**

73 

74 

75 

76 



**Healthy Home Solutions, LLC**

77


78


79


80




**Healthy Home Solutions, LLC**

81 

82 

83 

84 

**Healthy Home Solutions, LLC**

85



86



87



88





**Healthy Home Solutions, LLC**

89



90



91



92





**Healthy Home Solutions, LLC**

93



94



95



96



**Healthy Home Solutions, LLC**

97



98



99



100





**Healthy Home Solutions, LLC**

101



102



103



104



**Healthy Home Solutions, LLC**

105 

106 

107 

108 

**Healthy Home Solutions, LLC**

109



110



111



112





**Healthy Home Solutions, LLC**

113 

114 

115 

116 

**Healthy Home Solutions, LLC**

117 

118 

119 

120 



**Healthy Home Solutions, LLC**

121 

122 

123 

124 



**Healthy Home Solutions, LLC**

125



126



127



128





**Healthy Home Solutions, LLC**

129



130



131



132





**Healthy Home Solutions, LLC**

133



134



135



136



**Healthy Home Solutions, LLC**

137



138



139



140





**Healthy Home Solutions, LLC**

141



142



143



144



**Healthy Home Solutions, LLC**

145 

146 

147 

148 



**Healthy Home Solutions, LLC**

149


150


151


152


**Healthy Home Solutions, LLC**

153 

154 

155 

156 



**Healthy Home Solutions, LLC**

157 

158 

159 

160 

**Healthy Home Solutions, LLC**

161 

162 

163 

164 

**Healthy Home Solutions, LLC**

165


166


167


168


**Healthy Home Solutions, LLC**

169 

170 

171 

172 

**Healthy Home Solutions, LLC**

173 

174 


175 

176 

**Healthy Home Solutions, LLC**

177 

178 

179 

180 



**Healthy Home Solutions, LLC**

181



182



183



184





**Healthy Home Solutions, LLC**

185



186



187



188



**Healthy Home Solutions, LLC**

189


190


191


192




**Healthy Home Solutions, LLC**

193



194



195



196



**Healthy Home Solutions, LLC**

197 

198 

199 

200 



**Healthy Home Solutions, LLC**

201



202



203



204





**Healthy Home Solutions, LLC**

205 

206 

207 

208 

**Healthy Home Solutions, LLC**

209


210


211


212




**Healthy Home Solutions, LLC**

213 

214 

215 

216 

**Healthy Home Solutions, LLC**

217



218



219



220





**Healthy Home Solutions, LLC**

221



222



223



224



**Healthy Home Solutions, LLC**

225



226



227



228



**Healthy Home Solutions, LLC**

229



230



231



232





**Healthy Home Solutions, LLC**

233



234



235



236





**Healthy Home Solutions, LLC**

237



238



239



240



**Healthy Home Solutions, LLC**

241 

242 

243 

244 

**Healthy Home Solutions, LLC**

245


246


247


248




**Healthy Home Solutions, LLC**

249



250



251



252





**Healthy Home Solutions, LLC**

253



254



255



256



**Healthy Home Solutions, LLC**

257 

258 

259

260 



**Healthy Home Solutions, LLC**

261


262


263


264




**Healthy Home Solutions, LLC**

265



266



267



268



**Healthy Home Solutions, LLC**

269



270



271



272





**Healthy Home Solutions, LLC**

273



274



275



276



**Healthy Home Solutions, LLC**

277 

278 

279 

280 

**Healthy Home Solutions, LLC**

281 

282 

283 

284



**Healthy Home Solutions, LLC**

285



286



287



288





**Healthy Home Solutions, LLC**

289 

290 

291 

292 

**Healthy Home Solutions, LLC**

293 

294 

295 

296 



**Healthy Home Solutions, LLC**

297


298


299


300


**Healthy Home Solutions, LLC**

301 

302 

303 

304 

**Healthy Home Solutions, LLC**

305 

306 

307 

308 

**Healthy Home Solutions, LLC**

309 

310 

311 

312 

**Healthy Home Solutions, LLC**



313


314


315


316


**Healthy Home Solutions, LLC**

317 

318 

319 

320 

**Healthy Home Solutions, LLC**

321


322


323


324




**Healthy Home Solutions, LLC**

325




326



327



328





**Healthy Home Solutions, LLC**

329



330



331



332





**Healthy Home Solutions, LLC**

333



334



335



336



**Healthy Home Solutions, LLC**

337 

338 

339 

340 



**Healthy Home Solutions, LLC**

341



342



343



344





**Healthy Home Solutions, LLC**

345



346



347



348





**Healthy Home Solutions, LLC**

349


350


351


352




**Healthy Home Solutions, LLC**

353



354



355



356



**Healthy Home Solutions, LLC**

357



358



359



360





**Healthy Home Solutions, LLC**

361


362


363


364




**Healthy Home Solutions, LLC**

365


366


367

368




**Healthy Home Solutions, LLC**

369 

370 

371 

372 

**Healthy Home Solutions, LLC**

373 

374 

375 

376 

**Healthy Home Solutions, LLC**

377 

378 

379 

380 

**Healthy Home Solutions, LLC**

381 

382 

383 

384 



**Healthy Home Solutions, LLC**

385



386



387



388





**Healthy Home Solutions, LLC**

389 

390 

391 

392 



**Healthy Home Solutions, LLC**

393


394


395


396


**Healthy Home Solutions, LLC**

397



398



399



400



**Healthy Home Solutions, LLC**

401


402


403


404




**Healthy Home Solutions, LLC**

405 

406 

407 

408



**Healthy Home Solutions, LLC**

409 

410 

411 

412 



**Healthy Home Solutions, LLC**

413



414



415



416



**Healthy Home Solutions, LLC**

417 

418 

419 

420 



**Healthy Home Solutions, LLC**

421



422



423



424





**Healthy Home Solutions, LLC**

425


426


427


428


**Healthy Home Solutions, LLC**

429



430



431



432





**Healthy Home Solutions, LLC**

433 

434 

435 

436 



**Healthy Home Solutions, LLC**

437 

438 

439

440 



**Healthy Home Solutions, LLC**

441



442



443



444





**Healthy Home Solutions, LLC**

445 

446 

447 

448 



**Healthy Home Solutions, LLC**

449 

450 

451 

452 



**Healthy Home Solutions, LLC**

453 

454 

455 

456 

**Healthy Home Solutions, LLC**

457 

458 

459 

460 



**Healthy Home Solutions, LLC**

461


462


463


464




**Healthy Home Solutions, LLC**

465



466



467



468



**Healthy Home Solutions, LLC**

469


470


471


472




**Healthy Home Solutions, LLC**

473 

474 

475 

476 

**Healthy Home Solutions, LLC**

477


478


479


480


**Healthy Home Solutions, LLC**

481


482


483


484


**Healthy Home Solutions, LLC**

485



486



487



488





**Healthy Home Solutions, LLC**

489



490



491



492





**Healthy Home Solutions, LLC**

493


494


495


496



**Healthy Home Solutions, LLC**

497


498


499


500




**Healthy Home Solutions, LLC**

501



502



503



504





**Healthy Home Solutions, LLC**

505


506


507


508




**Healthy Home Solutions, LLC**

509



510



511



512





**Healthy Home Solutions, LLC**

513



514



515



516



**Healthy Home Solutions, LLC**

517 

518 

519 

520 

**Healthy Home Solutions, LLC**

521 

522 

523 

524 



**Healthy Home Solutions, LLC**

525



526



527



528





**Healthy Home Solutions, LLC**

529



530



531



532





**Healthy Home Solutions, LLC**

533



534



535



536





**Healthy Home Solutions, LLC**

537



538



539



540






**Healthy Home Solutions, LLC**

541



542



543



544





**Healthy Home Solutions, LLC**

545


546


547


548


**Healthy Home Solutions, LLC**



549 

550 

551 

552 



**Healthy Home Solutions, LLC**

553



554



555



556



**Healthy Home Solutions, LLC**

557


558


559


560


**Healthy Home Solutions, LLC**

561 

562 

563 

564 



**Healthy Home Solutions, LLC**

565



566



567



568



**Healthy Home Solutions, LLC**

569 

570 

571 

572 



**Healthy Home Solutions, LLC**

573



574



575



576



**Healthy Home Solutions, LLC**

577 

578 

579 

580 



**Healthy Home Solutions, LLC**

581



582



583



584



**Healthy Home Solutions, LLC**

585



586



587



588



**Healthy Home Solutions, LLC**

589


590


591


592




**Healthy Home Solutions, LLC**

593



594



595

596



**Healthy Home Solutions, LLC**

597 

599 

598 

600 

**Healthy Home Solutions, LLC**

601 

602 

603 

604 



**Healthy Home Solutions, LLC**

605



606



607



608





**Healthy Home Solutions, LLC**

609



610



611



612





**Healthy Home Solutions, LLC**

613 

614 

615 

616 

**Healthy Home Solutions, LLC**

617 

618 

619 

620 



**Healthy Home Solutions, LLC**

621



622



623



624





**Healthy Home Solutions, LLC**

625 

626 

627 

628 



**Healthy Home Solutions, LLC**

629 

630 

631 

632 



**Healthy Home Solutions, LLC**

633 

634 

635 

636 

**Healthy Home Solutions, LLC**

637



638



639



640





**Healthy Home Solutions, LLC**

641



642



643

644

**Healthy Home Solutions, LLC**

645



646



647



648





**Healthy Home Solutions, LLC**

649


650


651


652


**Healthy Home Solutions, LLC**

653 

654 

655 

656 



**Healthy Home Solutions, LLC**

657 

658 

659 

660 



**Healthy Home Solutions, LLC**

661 

662 

663 

664 



**Healthy Home Solutions, LLC**

665


666


667


668


**Healthy Home Solutions, LLC**

669 

670 

671 

672 



**Healthy Home Solutions, LLC**

673 

674 

675 

676 

**Healthy Home Solutions, LLC**

677



678



679



680



**Healthy Home Solutions, LLC**

681 

682 

683 

684 

**Healthy Home Solutions, LLC**

685 

686 

687 

688 



**Healthy Home Solutions, LLC**

689


690


691


692


**Healthy Home Solutions, LLC**

693 

694 

695 

696 

**Healthy Home Solutions, LLC**

697 

698 

699 

700 



**Healthy Home Solutions, LLC**

701



702



703



704





**Healthy Home Solutions, LLC**

705 

706 

707 

708 

**Healthy Home Solutions, LLC**

709


710


711


712




**Healthy Home Solutions, LLC**

713



714



715



716



**Healthy Home Solutions, LLC**

717



718



719



720



**Healthy Home Solutions, LLC**

721 

722 

723 

724 

**Healthy Home Solutions, LLC**

725 

726 

727 

728 



**Healthy Home Solutions, LLC**

729 

730 

731 

732 



**Healthy Home Solutions, LLC**

733


734


735


736




**Healthy Home Solutions, LLC**

737



738



739



740





**Healthy Home Solutions, LLC**

741


742


743


744




**Healthy Home Solutions, LLC**

745


746


747


748




**Healthy Home Solutions, LLC**

749



750



751



752





**Healthy Home Solutions, LLC**

753



754



755



756





**Healthy Home Solutions, LLC**

757



758



759



760



**Healthy Home Solutions, LLC**

761 

762 

763 

764 

**Healthy Home Solutions, LLC**

765 

766 

767 

768 

**Healthy Home Solutions, LLC**

769


770


771


772




**Healthy Home Solutions, LLC**

773



774



775



776





**Healthy Home Solutions, LLC**

777



778



779



780





**Healthy Home Solutions, LLC**

781



782



783



784





**Healthy Home Solutions, LLC**

785


786


787


788




**Healthy Home Solutions, LLC**

789



790



791



792





**Healthy Home Solutions, LLC**

793



795



794



796





**Healthy Home Solutions, LLC**

797 

798 

799 

800 



**Healthy Home Solutions, LLC**

801 

802 

803 



**Healthy Home Solutions, LLC**

| Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 1 | 1607-NATAL_1489 - 1 of 804 | 11/4/2019 | |
| 2 | 1608-NATAL_1489 - 2 of 804 | 11/4/2019 | |
| 3 | 1609-NATAL_1489 - 3 of 804 | 11/4/2019 | |
| 4 | 1610-NATAL_1489 - 4 of 804 | 11/4/2019 | |
| 5 | 1611-NATAL_1489 - 5 of 804 | 11/4/2019 | |
| 6 | 1612-NATAL_1489 - 6 of 804 | 11/4/2019 | |
| 7 | 1613-NATAL_1489 - 7 of 804 | 11/4/2019 | |
| 8 | 1614-NATAL_1489 - 8 of 804 | 11/4/2019 | |
| 9 | 1615-NATAL_1489 - 9 of 804 | 11/4/2019 | |
| 10 | 1616-NATAL_1489 - 10 of 804 | 11/4/2019 | |
| 11 | 1617-NATAL_1489 - 11 of 804 | 11/4/2019 | |
| 12 | 1618-NATAL_1489 - 12 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 13 | 1619-NATAL_1489 - 13 of 804 | 11/4/2019 | |
| 14 | 1620-NATAL_1489 - 14 of 804 | 11/4/2019 | |
| 15 | 1621-NATAL_1489 - 15 of 804 | 11/4/2019 | |
| 16 | 1622-NATAL_1489 - 16 of 804 | 11/4/2019 | |
| 17 | 1623-NATAL_1489 - 17 of 804 | 11/4/2019 | |
| 18 | 1624-NATAL_1489 - 18 of 804 | 11/4/2019 | |
| 19 | 1625-NATAL_1489 - 19 of 804 | 11/4/2019 | |
| 20 | 1626-NATAL_1489 - 20 of 804 | 11/4/2019 | |
| 21 | 1627-NATAL_1489 - 21 of 804 | 11/4/2019 | |
| 22 | 1628-NATAL_1489 - 22 of 804 | 11/4/2019 | |
| 23 | 1629-NATAL_1489 - 23 of 804 | 11/4/2019 | |
| 24 | 1630-NATAL_1489 - 24 of 804 | 11/4/2019 | |
| 25 | 1631-NATAL_1489 - 25 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 26 | 1632-NATAL_1489 - 26 of 804 | 11/4/2019 | |
| 27 | 1633-NATAL_1489 - 27 of 804 | 11/4/2019 | |
| 28 | 1634-NATAL_1489 - 28 of 804 | 11/4/2019 | |
| 29 | 1635-NATAL_1489 - 29 of 804 | 11/4/2019 | |
| 30 | 1636-NATAL_1489 - 30 of 804 | 11/4/2019 | |
| 31 | 1637-NATAL_1489 - 31 of 804 | 11/4/2019 | |
| 32 | 1638-NATAL_1489 - 32 of 804 | 11/4/2019 | |
| 33 | 1639-NATAL_1489 - 33 of 804 | 11/4/2019 | |
| 34 | 1640-NATAL_1489 - 34 of 804 | 11/4/2019 | |
| 35 | 1641-NATAL_1489 - 35 of 804 | 11/4/2019 | |
| 36 | 1642-NATAL_1489 - 36 of 804 | 11/4/2019 | |
| 37 | 1643-NATAL_1489 - 37 of 804 | 11/4/2019 | |
| 38 | 1644-NATAL_1489 - 38 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 39 | 1645-NATAL_1489 - 39 of 804 | 11/4/2019 | |
| 40 | 1646-NATAL_1489 - 40 of 804 | 11/4/2019 | |
| 41 | 1647-NATAL_1489 - 41 of 804 | 11/4/2019 | |
| 42 | 1648-NATAL_1489 - 42 of 804 | 11/4/2019 | |
| 43 | 1649-NATAL_1489 - 43 of 804 | 11/4/2019 | |
| 44 | 1650-NATAL_1489 - 44 of 804 | 11/4/2019 | |
| 45 | 1651-NATAL_1489 - 45 of 804 | 11/4/2019 | |
| 46 | 1652-NATAL_1489 - 46 of 804 | 11/4/2019 | |
| 47 | 1653-NATAL_1489 - 47 of 804 | 11/4/2019 | |
| 48 | 1654-NATAL_1489 - 48 of 804 | 11/4/2019 | |
| 49 | 1655-NATAL_1489 - 49 of 804 | 11/4/2019 | |
| 50 | 1656-NATAL_1489 - 50 of 804 | 11/4/2019 | |
| 51 | 1657-NATAL_1489 - 51 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 52 | 1658-NATAL_1489 - 52 of 804 | 11/4/2019 | |
| 53 | 1659-NATAL_1489 - 53 of 804 | 11/4/2019 | |
| 54 | 1660-NATAL_1489 - 54 of 804 | 11/4/2019 | |
| 55 | 1661-NATAL_1489 - 55 of 804 | 11/4/2019 | |
| 56 | 1662-NATAL_1489 - 56 of 804 | 11/4/2019 | |
| 57 | 1663-NATAL_1489 - 57 of 804 | 11/4/2019 | |
| 58 | 1664-NATAL_1489 - 58 of 804 | 11/4/2019 | |
| 59 | 1665-NATAL_1489 - 59 of 804 | 11/4/2019 | |
| 60 | 1666-NATAL_1489 - 60 of 804 | 11/4/2019 | |
| 61 | 1667-NATAL_1489 - 61 of 804 | 11/4/2019 | |
| 62 | 1668-NATAL_1489 - 62 of 804 | 11/4/2019 | |
| 63 | 1669-NATAL_1489 - 63 of 804 | 11/4/2019 | |
| 64 | 1670-NATAL_1489 - 64 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 65 | 1671-NATAL_1489 - 65 of 804 | 11/4/2019 | |
| 66 | 1672-NATAL_1489 - 66 of 804 | 11/4/2019 | |
| 67 | 1673-NATAL_1489 - 67 of 804 | 11/4/2019 | |
| 68 | 1674-NATAL_1489 - 68 of 804 | 11/4/2019 | |
| 69 | 1675-NATAL_1489 - 69 of 804 | 11/4/2019 | |
| 70 | 1676-NATAL_1489 - 70 of 804 | 11/4/2019 | |
| 71 | 1677-NATAL_1489 - 71 of 804 | 11/4/2019 | |
| 72 | 1678-NATAL_1489 - 72 of 804 | 11/4/2019 | |
| 73 | 1679-NATAL_1489 - 73 of 804 | 11/4/2019 | |
| 74 | 1680-NATAL_1489 - 74 of 804 | 11/4/2019 | |
| 75 | 1681-NATAL_1489 - 75 of 804 | 11/4/2019 | |
| 76 | 1682-NATAL_1489 - 76 of 804 | 11/4/2019 | |
| 77 | 1683-NATAL_1489 - 77 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 78 | 1684-NATAL_1489 - 78 of 804 | 11/4/2019 | |
| 79 | 1685-NATAL_1489 - 79 of 804 | 11/4/2019 | |
| 80 | 1686-NATAL_1489 - 80 of 804 | 11/4/2019 | |
| 81 | 1687-NATAL_1489 - 81 of 804 | 11/4/2019 | |
| 82 | 1688-NATAL_1489 - 82 of 804 | 11/4/2019 | |
| 83 | 1689-NATAL_1489 - 83 of 804 | 11/4/2019 | |
| 84 | 1690-NATAL_1489 - 84 of 804 | 11/4/2019 | |
| 85 | 1691-NATAL_1489 - 85 of 804 | 11/4/2019 | |
| 86 | 1692-NATAL_1489 - 86 of 804 | 11/4/2019 | |
| 87 | 1693-NATAL_1489 - 87 of 804 | 11/4/2019 | |
| 88 | 1694-NATAL_1489 - 88 of 804 | 11/4/2019 | |
| 89 | 1695-NATAL_1489 - 89 of 804 | 11/4/2019 | |
| 90 | 1696-NATAL_1489 - 90 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 91 | 1697-NATAL_1489 - 91 of 804 | 11/4/2019 | |
| 92 | 1698-NATAL_1489 - 92 of 804 | 11/4/2019 | |
| 93 | 1699-NATAL_1489 - 93 of 804 | 11/4/2019 | |
| 94 | 1700-NATAL_1489 - 94 of 804 | 11/4/2019 | |
| 95 | 1701-NATAL_1489 - 95 of 804 | 11/4/2019 | |
| 96 | 1702-NATAL_1489 - 96 of 804 | 11/4/2019 | |
| 97 | 1703-NATAL_1489 - 97 of 804 | 11/4/2019 | |
| 98 | 1704-NATAL_1489 - 98 of 804 | 11/4/2019 | |
| 99 | 1705-NATAL_1489 - 99 of 804 | 11/4/2019 | |
| 100 | 1706-NATAL_1489 - 100 of 804 | 11/4/2019 | |
| 101 | 1707-NATAL_1489 - 101 of 804 | 11/4/2019 | |
| 102 | 1708-NATAL_1489 - 102 of 804 | 11/4/2019 | |
| 103 | 1709-NATAL_1489 - 103 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 104 | 1710-NATAL_1489 - 104 of 804 | 11/4/2019 | |
| 105 | 1711-NATAL_1489 - 105 of 804 | 11/4/2019 | |
| 106 | 1712-NATAL_1489 - 106 of 804 | 11/4/2019 | |
| 107 | 1713-NATAL_1489 - 107 of 804 | 11/4/2019 | |
| 108 | 1714-NATAL_1489 - 108 of 804 | 11/4/2019 | |
| 109 | 1715-NATAL_1489 - 109 of 804 | 11/4/2019 | |
| 110 | 1716-NATAL_1489 - 110 of 804 | 11/4/2019 | |
| 111 | 1717-NATAL_1489 - 111 of 804 | 11/4/2019 | |
| 112 | 1718-NATAL_1489 - 112 of 804 | 11/4/2019 | |
| 113 | 1719-NATAL_1489 - 113 of 804 | 11/4/2019 | |
| 114 | 1720-NATAL_1489 - 114 of 804 | 11/4/2019 | |
| 115 | 1721-NATAL_1489 - 115 of 804 | 11/4/2019 | |
| 116 | 1722-NATAL_1489 - 116 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 117 | 1723-NATAL_1489 - 117 of 804 | 11/4/2019 | |
| 118 | 1724-NATAL_1489 - 118 of 804 | 11/4/2019 | |
| 119 | 1725-NATAL_1489 - 119 of 804 | 11/4/2019 | |
| 120 | 1726-NATAL_1489 - 120 of 804 | 11/4/2019 | |
| 121 | 1727-NATAL_1489 - 121 of 804 | 11/4/2019 | |
| 122 | 1728-NATAL_1489 - 122 of 804 | 11/4/2019 | |
| 123 | 1729-NATAL_1489 - 123 of 804 | 11/4/2019 | |
| 124 | 1730-NATAL_1489 - 124 of 804 | 11/4/2019 | |
| 125 | 1731-NATAL_1489 - 125 of 804 | 11/4/2019 | |
| 126 | 1732-NATAL_1489 - 126 of 804 | 11/4/2019 | |
| 127 | 1733-NATAL_1489 - 127 of 804 | 11/4/2019 | |
| 128 | 1734-NATAL_1489 - 128 of 804 | 11/4/2019 | |
| 129 | 1735-NATAL_1489 - 129 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 130 | 1736-NATAL_1489 - 130 of 804 | 11/4/2019 | |
| 131 | 1737-NATAL_1489 - 131 of 804 | 11/4/2019 | |
| 132 | 1738-NATAL_1489 - 132 of 804 | 11/4/2019 | |
| 133 | 1739-NATAL_1489 - 133 of 804 | 11/4/2019 | |
| 134 | 1740-NATAL_1489 - 134 of 804 | 11/4/2019 | |
| 135 | 1741-NATAL_1489 - 135 of 804 | 11/4/2019 | |
| 136 | 1742-NATAL_1489 - 136 of 804 | 11/4/2019 | |
| 137 | 1743-NATAL_1489 - 137 of 804 | 11/4/2019 | |
| 138 | 1744-NATAL_1489 - 138 of 804 | 11/4/2019 | |
| 139 | 1745-NATAL_1489 - 139 of 804 | 11/4/2019 | |
| 140 | 1746-NATAL_1489 - 140 of 804 | 11/4/2019 | |
| 141 | 1747-NATAL_1489 - 141 of 804 | 11/4/2019 | |
| 142 | 1748-NATAL_1489 - 142 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 143 | 1749-NATAL_1489 - 143 of 804 | 11/4/2019 | |
| 144 | 1750-NATAL_1489 - 144 of 804 | 11/4/2019 | |
| 145 | 1751-NATAL_1489 - 145 of 804 | 11/4/2019 | |
| 146 | 1752-NATAL_1489 - 146 of 804 | 11/4/2019 | |
| 147 | 1753-NATAL_1489 - 147 of 804 | 11/4/2019 | |
| 148 | 1754-NATAL_1489 - 148 of 804 | 11/4/2019 | |
| 149 | 1755-NATAL_1489 - 149 of 804 | 11/4/2019 | |
| 150 | 1756-NATAL_1489 - 150 of 804 | 11/4/2019 | |
| 151 | 1757-NATAL_1489 - 151 of 804 | 11/4/2019 | |
| 152 | 1758-NATAL_1489 - 152 of 804 | 11/4/2019 | |
| 153 | 1759-NATAL_1489 - 153 of 804 | 11/4/2019 | |
| 154 | 1760-NATAL_1489 - 154 of 804 | 11/4/2019 | |
| 155 | 1761-NATAL_1489 - 155 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 156 | 1762-NATAL_1489 - 156 of 804 | 11/4/2019 | |
| 157 | 1763-NATAL_1489 - 157 of 804 | 11/4/2019 | |
| 158 | 1764-NATAL_1489 - 158 of 804 | 11/4/2019 | |
| 159 | 1765-NATAL_1489 - 159 of 804 | 11/4/2019 | |
| 160 | 1766-NATAL_1489 - 160 of 804 | 11/4/2019 | |
| 161 | 1767-NATAL_1489 - 161 of 804 | 11/4/2019 | |
| 162 | 1768-NATAL_1489 - 162 of 804 | 11/4/2019 | |
| 163 | 1769-NATAL_1489 - 163 of 804 | 11/4/2019 | |
| 164 | 1770-NATAL_1489 - 164 of 804 | 11/4/2019 | |
| 165 | 1771-NATAL_1489 - 165 of 804 | 11/4/2019 | |
| 166 | 1772-NATAL_1489 - 166 of 804 | 11/4/2019 | |
| 167 | 1773-NATAL_1489 - 167 of 804 | 11/4/2019 | |
| 168 | 1774-NATAL_1489 - 168 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 169 | 1775-NATAL_1489 - 169 of 804 | 11/4/2019 | |
| 170 | 1776-NATAL_1489 - 170 of 804 | 11/4/2019 | |
| 171 | 1777-NATAL_1489 - 171 of 804 | 11/4/2019 | |
| 172 | 1778-NATAL_1489 - 172 of 804 | 11/4/2019 | |
| 173 | 1779-NATAL_1489 - 173 of 804 | 11/4/2019 | |
| 174 | 1780-NATAL_1489 - 174 of 804 | 11/4/2019 | |
| 175 | 1781-NATAL_1489 - 175 of 804 | 11/4/2019 | |
| 176 | 1782-NATAL_1489 - 176 of 804 | 11/4/2019 | |
| 177 | 1783-NATAL_1489 - 177 of 804 | 11/4/2019 | |
| 178 | 1784-NATAL_1489 - 178 of 804 | 11/4/2019 | |
| 179 | 1785-NATAL_1489 - 179 of 804 | 11/4/2019 | |
| 180 | 1786-NATAL_1489 - 180 of 804 | 11/4/2019 | |
| 181 | 1787-NATAL_1489 - 181 of 804 | 11/4/2019 | |

 **Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 182 | 1788-NATAL_1489 - 182 of 804 | 11/4/2019 | |
| 183 | 1789-NATAL_1489 - 183 of 804 | 11/4/2019 | |
| 184 | 1790-NATAL_1489 - 184 of 804 | 11/4/2019 | |
| 185 | 1791-NATAL_1489 - 185 of 804 | 11/4/2019 | |
| 186 | 1792-NATAL_1489 - 186 of 804 | 11/4/2019 | |
| 187 | 1793-NATAL_1489 - 187 of 804 | 11/4/2019 | |
| 188 | 1794-NATAL_1489 - 188 of 804 | 11/4/2019 | |
| 189 | 1795-NATAL_1489 - 189 of 804 | 11/4/2019 | |
| 190 | 1796-NATAL_1489 - 190 of 804 | 11/4/2019 | |
| 191 | 1797-NATAL_1489 - 191 of 804 | 11/4/2019 | |
| 192 | 1798-NATAL_1489 - 192 of 804 | 11/4/2019 | |
| 193 | 1799-NATAL_1489 - 193 of 804 | 11/4/2019 | |
| 194 | 1800-NATAL_1489 - 194 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 195 | 1801-NATAL_1489 - 195 of 804 | 11/4/2019 | |
| 196 | 1802-NATAL_1489 - 196 of 804 | 11/4/2019 | |
| 197 | 1803-NATAL_1489 - 197 of 804 | 11/4/2019 | |
| 198 | 1804-NATAL_1489 - 198 of 804 | 11/4/2019 | |
| 199 | 1805-NATAL_1489 - 199 of 804 | 11/4/2019 | |
| 200 | 1806-NATAL_1489 - 200 of 804 | 11/4/2019 | |
| 201 | 1807-NATAL_1489 - 201 of 804 | 11/4/2019 | |
| 202 | 1808-NATAL_1489 - 202 of 804 | 11/4/2019 | |
| 203 | 1809-NATAL_1489 - 203 of 804 | 11/4/2019 | |
| 204 | 1810-NATAL_1489 - 204 of 804 | 11/4/2019 | |
| 205 | 1811-NATAL_1489 - 205 of 804 | 11/4/2019 | |
| 206 | 1812-NATAL_1489 - 206 of 804 | 11/4/2019 | |
| 207 | 1813-NATAL_1489 - 207 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 208 | 1814-NATAL_1489 - 208 of 804 | 11/4/2019 | |
| 209 | 1815-NATAL_1489 - 209 of 804 | 11/4/2019 | |
| 210 | 1816-NATAL_1489 - 210 of 804 | 11/4/2019 | |
| 211 | 1817-NATAL_1489 - 211 of 804 | 11/4/2019 | |
| 212 | 1818-NATAL_1489 - 212 of 804 | 11/4/2019 | |
| 213 | 1819-NATAL_1489 - 213 of 804 | 11/4/2019 | |
| 214 | 1820-NATAL_1489 - 214 of 804 | 11/4/2019 | |
| 215 | 1821-NATAL_1489 - 215 of 804 | 11/4/2019 | |
| 216 | 1822-NATAL_1489 - 216 of 804 | 11/4/2019 | |
| 217 | 1823-NATAL_1489 - 217 of 804 | 11/4/2019 | |
| 218 | 1824-NATAL_1489 - 218 of 804 | 11/4/2019 | |
| 219 | 1825-NATAL_1489 - 219 of 804 | 11/4/2019 | |
| 220 | 1826-NATAL_1489 - 220 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 221 | 1827-NATAL_1489 - 221 of 804 | 11/4/2019 | |
| 222 | 1828-NATAL_1489 - 222 of 804 | 11/4/2019 | |
| 223 | 1829-NATAL_1489 - 223 of 804 | 11/4/2019 | |
| 224 | 1830-NATAL_1489 - 224 of 804 | 11/4/2019 | |
| 225 | 1831-NATAL_1489 - 225 of 804 | 11/4/2019 | |
| 226 | 1832-NATAL_1489 - 226 of 804 | 11/4/2019 | |
| 227 | 1833-NATAL_1489 - 227 of 804 | 11/4/2019 | |
| 228 | 1834-NATAL_1489 - 228 of 804 | 11/4/2019 | |
| 229 | 1835-NATAL_1489 - 229 of 804 | 11/4/2019 | |
| 230 | 1836-NATAL_1489 - 230 of 804 | 11/4/2019 | |
| 231 | 1837-NATAL_1489 - 231 of 804 | 11/4/2019 | |
| 232 | 1838-NATAL_1489 - 232 of 804 | 11/4/2019 | |
| 233 | 1839-NATAL_1489 - 233 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 234 | 1840-NATAL_1489 - 234 of 804 | 11/4/2019 | |
| 235 | 1841-NATAL_1489 - 235 of 804 | 11/4/2019 | |
| 236 | 1842-NATAL_1489 - 236 of 804 | 11/4/2019 | |
| 237 | 1843-NATAL_1489 - 237 of 804 | 11/4/2019 | |
| 238 | 1844-NATAL_1489 - 238 of 804 | 11/4/2019 | |
| 239 | 1845-NATAL_1489 - 239 of 804 | 11/4/2019 | |
| 240 | 1846-NATAL_1489 - 240 of 804 | 11/4/2019 | |
| 241 | 1847-NATAL_1489 - 241 of 804 | 11/4/2019 | |
| 242 | 1848-NATAL_1489 - 242 of 804 | 11/4/2019 | |
| 243 | 1849-NATAL_1489 - 243 of 804 | 11/4/2019 | |
| 244 | 1850-NATAL_1489 - 244 of 804 | 11/4/2019 | |
| 245 | 1851-NATAL_1489 - 245 of 804 | 11/4/2019 | |
| 246 | 1852-NATAL_1489 - 246 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 247 | 1853-NATAL_1489 - 247 of 804 | 11/4/2019 | |
| 248 | 1854-NATAL_1489 - 248 of 804 | 11/4/2019 | |
| 249 | 1855-NATAL_1489 - 249 of 804 | 11/4/2019 | |
| 250 | 1856-NATAL_1489 - 250 of 804 | 11/4/2019 | |
| 251 | 1857-NATAL_1489 - 251 of 804 | 11/4/2019 | |
| 252 | 1858-NATAL_1489 - 252 of 804 | 11/4/2019 | |
| 253 | 1859-NATAL_1489 - 253 of 804 | 11/4/2019 | |
| 254 | 1860-NATAL_1489 - 254 of 804 | 11/4/2019 | |
| 255 | 1861-NATAL_1489 - 255 of 804 | 11/4/2019 | |
| 256 | 1862-NATAL_1489 - 256 of 804 | 11/4/2019 | |
| 257 | 1863-NATAL_1489 - 257 of 804 | 11/4/2019 | |
| 258 | 1864-NATAL_1489 - 258 of 804 | 11/4/2019 | |
| 259 | 1865-NATAL_1489 - 259 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 260 | 1866-NATAL_1489 - 260 of 804 | 11/4/2019 | |
| 261 | 1867-NATAL_1489 - 261 of 804 | 11/4/2019 | |
| 262 | 1868-NATAL_1489 - 262 of 804 | 11/4/2019 | |
| 263 | 1869-NATAL_1489 - 263 of 804 | 11/4/2019 | |
| 264 | 1870-NATAL_1489 - 264 of 804 | 11/4/2019 | |
| 265 | 1871-NATAL_1489 - 265 of 804 | 11/4/2019 | |
| 266 | 1872-NATAL_1489 - 266 of 804 | 11/4/2019 | |
| 267 | 1873-NATAL_1489 - 267 of 804 | 11/4/2019 | |
| 268 | 1874-NATAL_1489 - 268 of 804 | 11/4/2019 | |
| 269 | 1875-NATAL_1489 - 269 of 804 | 11/4/2019 | |
| 270 | 1876-NATAL_1489 - 270 of 804 | 11/4/2019 | |
| 271 | 1877-NATAL_1489 - 271 of 804 | 11/4/2019 | |
| 272 | 1878-NATAL_1489 - 272 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 273 | 1879-NATAL_1489 - 273 of 804 | 11/4/2019 | |
| 274 | 1880-NATAL_1489 - 274 of 804 | 11/4/2019 | |
| 275 | 1881-NATAL_1489 - 275 of 804 | 11/4/2019 | |
| 276 | 1882-NATAL_1489 - 276 of 804 | 11/4/2019 | |
| 277 | 1883-NATAL_1489 - 277 of 804 | 11/4/2019 | |
| 278 | 1884-NATAL_1489 - 278 of 804 | 11/4/2019 | |
| 279 | 1885-NATAL_1489 - 279 of 804 | 11/4/2019 | |
| 280 | 1886-NATAL_1489 - 280 of 804 | 11/4/2019 | |
| 281 | 1887-NATAL_1489 - 281 of 804 | 11/4/2019 | |
| 282 | 1888-NATAL_1489 - 282 of 804 | 11/4/2019 | |
| 283 | 1889-NATAL_1489 - 283 of 804 | 11/4/2019 | |
| 284 | 1890-NATAL_1489 - 284 of 804 | 11/4/2019 | |
| 285 | 1891-NATAL_1489 - 285 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 286 | 1892-NATAL_1489 - 286 of 804 | 11/4/2019 | |
| 287 | 1893-NATAL_1489 - 287 of 804 | 11/4/2019 | |
| 288 | 1894-NATAL_1489 - 288 of 804 | 11/4/2019 | |
| 289 | 1895-NATAL_1489 - 289 of 804 | 11/4/2019 | |
| 290 | 1896-NATAL_1489 - 290 of 804 | 11/4/2019 | |
| 291 | 1897-NATAL_1489 - 291 of 804 | 11/4/2019 | |
| 292 | 1898-NATAL_1489 - 292 of 804 | 11/4/2019 | |
| 293 | 1899-NATAL_1489 - 293 of 804 | 11/4/2019 | |
| 294 | 1900-NATAL_1489 - 294 of 804 | 11/4/2019 | |
| 295 | 1901-NATAL_1489 - 295 of 804 | 11/4/2019 | |
| 296 | 1902-NATAL_1489 - 296 of 804 | 11/4/2019 | |
| 297 | 1903-NATAL_1489 - 297 of 804 | 11/4/2019 | |
| 298 | 1904-NATAL_1489 - 298 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 299 | 1905-NATAL_1489 - 299 of 804 | 11/4/2019 | |
| 300 | 1906-NATAL_1489 - 300 of 804 | 11/4/2019 | |
| 301 | 1907-NATAL_1489 - 301 of 804 | 11/4/2019 | |
| 302 | 1908-NATAL_1489 - 302 of 804 | 11/4/2019 | |
| 303 | 1909-NATAL_1489 - 303 of 804 | 11/4/2019 | |
| 304 | 1910-NATAL_1489 - 304 of 804 | 11/4/2019 | |
| 305 | 1911-NATAL_1489 - 305 of 804 | 11/4/2019 | |
| 306 | 1912-NATAL_1489 - 306 of 804 | 11/4/2019 | |
| 307 | 1913-NATAL_1489 - 307 of 804 | 11/4/2019 | |
| 308 | 1914-NATAL_1489 - 308 of 804 | 11/4/2019 | |
| 309 | 1915-NATAL_1489 - 309 of 804 | 11/4/2019 | |
| 310 | 1916-NATAL_1489 - 310 of 804 | 11/4/2019 | |
| 311 | 1917-NATAL_1489 - 311 of 804 | 11/4/2019 | |

 **Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 312 | 1918-NATAL_1489 - 312 of 804 | 11/4/2019 | |
| 313 | 1919-NATAL_1489 - 313 of 804 | 11/4/2019 | |
| 314 | 1920-NATAL_1489 - 314 of 804 | 11/4/2019 | |
| 315 | 1921-NATAL_1489 - 315 of 804 | 11/4/2019 | |
| 316 | 1922-NATAL_1489 - 316 of 804 | 11/4/2019 | |
| 317 | 1923-NATAL_1489 - 317 of 804 | 11/4/2019 | |
| 318 | 1924-NATAL_1489 - 318 of 804 | 11/4/2019 | |
| 319 | 1925-NATAL_1489 - 319 of 804 | 11/4/2019 | |
| 320 | 1926-NATAL_1489 - 320 of 804 | 11/4/2019 | |
| 321 | 1927-NATAL_1489 - 321 of 804 | 11/4/2019 | |
| 322 | 1928-NATAL_1489 - 322 of 804 | 11/4/2019 | |
| 323 | 1929-NATAL_1489 - 323 of 804 | 11/4/2019 | |
| 324 | 1930-NATAL_1489 - 324 of 804 | 11/4/2019 | |

 **Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 325 | 1931-NATAL_1489 - 325 of 804 | 11/4/2019 | |
| 326 | 1932-NATAL_1489 - 326 of 804 | 11/4/2019 | |
| 327 | 1933-NATAL_1489 - 327 of 804 | 11/4/2019 | |
| 328 | 1934-NATAL_1489 - 328 of 804 | 11/4/2019 | |
| 329 | 1935-NATAL_1489 - 329 of 804 | 11/4/2019 | |
| 330 | 1936-NATAL_1489 - 330 of 804 | 11/4/2019 | |
| 331 | 1937-NATAL_1489 - 331 of 804 | 11/4/2019 | |
| 332 | 1938-NATAL_1489 - 332 of 804 | 11/4/2019 | |
| 333 | 1939-NATAL_1489 - 333 of 804 | 11/4/2019 | |
| 334 | 1940-NATAL_1489 - 334 of 804 | 11/4/2019 | |
| 335 | 1941-NATAL_1489 - 335 of 804 | 11/4/2019 | |
| 336 | 1942-NATAL_1489 - 336 of 804 | 11/4/2019 | |
| 337 | 1943-NATAL_1489 - 337 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 338 | 1944-NATAL_1489 - 338 of 804 | 11/4/2019 | |
| 339 | 1945-NATAL_1489 - 339 of 804 | 11/4/2019 | |
| 340 | 1946-NATAL_1489 - 340 of 804 | 11/4/2019 | |
| 341 | 1947-NATAL_1489 - 341 of 804 | 11/4/2019 | |
| 342 | 1948-NATAL_1489 - 342 of 804 | 11/4/2019 | |
| 343 | 1949-NATAL_1489 - 343 of 804 | 11/4/2019 | |
| 344 | 1950-NATAL_1489 - 344 of 804 | 11/4/2019 | |
| 345 | 1951-NATAL_1489 - 345 of 804 | 11/4/2019 | |
| 346 | 1952-NATAL_1489 - 346 of 804 | 11/4/2019 | |
| 347 | 1953-NATAL_1489 - 347 of 804 | 11/4/2019 | |
| 348 | 1954-NATAL_1489 - 348 of 804 | 11/4/2019 | |
| 349 | 1955-NATAL_1489 - 349 of 804 | 11/4/2019 | |
| 350 | 1956-NATAL_1489 - 350 of 804 | 11/4/2019 | |

 **Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 351 | 1957-NATAL_1489 - 351 of 804 | 11/4/2019 | |
| 352 | 1958-NATAL_1489 - 352 of 804 | 11/4/2019 | |
| 353 | 1959-NATAL_1489 - 353 of 804 | 11/4/2019 | |
| 354 | 1960-NATAL_1489 - 354 of 804 | 11/4/2019 | |
| 355 | 1961-NATAL_1489 - 355 of 804 | 11/4/2019 | |
| 356 | 1962-NATAL_1489 - 356 of 804 | 11/4/2019 | |
| 357 | 1963-NATAL_1489 - 357 of 804 | 11/4/2019 | |
| 358 | 1964-NATAL_1489 - 358 of 804 | 11/4/2019 | |
| 359 | 1965-NATAL_1489 - 359 of 804 | 11/4/2019 | |
| 360 | 1966-NATAL_1489 - 360 of 804 | 11/4/2019 | |
| 361 | 1967-NATAL_1489 - 361 of 804 | 11/4/2019 | |
| 362 | 1968-NATAL_1489 - 362 of 804 | 11/4/2019 | |
| 363 | 1969-NATAL_1489 - 363 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
| --- | --- | --- | --- |
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 364 | 1970-NATAL_1489 - 364 of 804 | 11/4/2019 | |
| 365 | 1971-NATAL_1489 - 365 of 804 | 11/4/2019 | |
| 366 | 1972-NATAL_1489 - 366 of 804 | 11/4/2019 | |
| 367 | 1973-NATAL_1489 - 367 of 804 | 11/4/2019 | |
| 368 | 1974-NATAL_1489 - 368 of 804 | 11/4/2019 | |
| 369 | 1975-NATAL_1489 - 369 of 804 | 11/4/2019 | |
| 370 | 1976-NATAL_1489 - 370 of 804 | 11/4/2019 | |
| 371 | 1977-NATAL_1489 - 371 of 804 | 11/4/2019 | |
| 372 | 1978-NATAL_1489 - 372 of 804 | 11/4/2019 | |
| 373 | 1979-NATAL_1489 - 373 of 804 | 11/4/2019 | |
| 374 | 1980-NATAL_1489 - 374 of 804 | 11/4/2019 | |
| 375 | 1981-NATAL_1489 - 375 of 804 | 11/4/2019 | |
| 376 | 1982-NATAL_1489 - 376 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 377 | 1983-NATAL_1489 - 377 of 804 | 11/4/2019 | |
| 378 | 1984-NATAL_1489 - 378 of 804 | 11/4/2019 | |
| 379 | 1985-NATAL_1489 - 379 of 804 | 11/4/2019 | |
| 380 | 1986-NATAL_1489 - 380 of 804 | 11/4/2019 | |
| 381 | 1987-NATAL_1489 - 381 of 804 | 11/4/2019 | |
| 382 | 1988-NATAL_1489 - 382 of 804 | 11/4/2019 | |
| 383 | 1989-NATAL_1489 - 383 of 804 | 11/4/2019 | |
| 384 | 1990-NATAL_1489 - 384 of 804 | 11/4/2019 | |
| 385 | 1991-NATAL_1489 - 385 of 804 | 11/4/2019 | |
| 386 | 1992-NATAL_1489 - 386 of 804 | 11/4/2019 | |
| 387 | 1993-NATAL_1489 - 387 of 804 | 11/4/2019 | |
| 388 | 1994-NATAL_1489 - 388 of 804 | 11/4/2019 | |
| 389 | 1995-NATAL_1489 - 389 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 390 | 1996-NATAL_1489 - 390 of 804 | 11/4/2019 | |
| 391 | 1997-NATAL_1489 - 391 of 804 | 11/4/2019 | |
| 392 | 1998-NATAL_1489 - 392 of 804 | 11/4/2019 | |
| 393 | 1999-NATAL_1489 - 393 of 804 | 11/4/2019 | |
| 394 | 2000-NATAL_1489 - 394 of 804 | 11/4/2019 | |
| 395 | 2001-NATAL_1489 - 395 of 804 | 11/4/2019 | |
| 396 | 2002-NATAL_1489 - 396 of 804 | 11/4/2019 | |
| 397 | 2003-NATAL_1489 - 397 of 804 | 11/4/2019 | |
| 398 | 2004-NATAL_1489 - 398 of 804 | 11/4/2019 | |
| 399 | 2005-NATAL_1489 - 399 of 804 | 11/4/2019 | |
| 400 | 2006-NATAL_1489 - 400 of 804 | 11/4/2019 | |
| 401 | 2007-NATAL_1489 - 401 of 804 | 11/4/2019 | |
| 402 | 2008-NATAL_1489 - 402 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 403 | 2009-NATAL_1489 - 403 of 804 | 11/4/2019 | |
| 404 | 2010-NATAL_1489 - 404 of 804 | 11/4/2019 | |
| 405 | 2011-NATAL_1489 - 405 of 804 | 11/4/2019 | |
| 406 | 2012-NATAL_1489 - 406 of 804 | 11/4/2019 | |
| 407 | 2013-NATAL_1489 - 407 of 804 | 11/4/2019 | |
| 408 | 2014-NATAL_1489 - 408 of 804 | 11/4/2019 | |
| 409 | 2015-NATAL_1489 - 409 of 804 | 11/4/2019 | |
| 410 | 2016-NATAL_1489 - 410 of 804 | 11/4/2019 | |
| 411 | 2017-NATAL_1489 - 411 of 804 | 11/4/2019 | |
| 412 | 2018-NATAL_1489 - 412 of 804 | 11/4/2019 | |
| 413 | 2019-NATAL_1489 - 413 of 804 | 11/4/2019 | |
| 414 | 2020-NATAL_1489 - 414 of 804 | 11/4/2019 | |
| 415 | 2021-NATAL_1489 - 415 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 416 | 2022-NATAL_1489 - 416 of 804 | 11/4/2019 | |
| 417 | 2023-NATAL_1489 - 417 of 804 | 11/4/2019 | |
| 418 | 2024-NATAL_1489 - 418 of 804 | 11/4/2019 | |
| 419 | 2025-NATAL_1489 - 419 of 804 | 11/4/2019 | |
| 420 | 2026-NATAL_1489 - 420 of 804 | 11/4/2019 | |
| 421 | 2027-NATAL_1489 - 421 of 804 | 11/4/2019 | |
| 422 | 2028-NATAL_1489 - 422 of 804 | 11/4/2019 | |
| 423 | 2029-NATAL_1489 - 423 of 804 | 11/4/2019 | |
| 424 | 2030-NATAL_1489 - 424 of 804 | 11/4/2019 | |
| 425 | 2031-NATAL_1489 - 426 of 804 | 11/4/2019 | |
| 426 | 2032-NATAL_1489 - 427 of 804 | 11/4/2019 | |
| 427 | 2033-NATAL_1489 - 428 of 804 | 11/4/2019 | |
| 428 | 2034-NATAL_1489 - 429 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 429 | 2035-NATAL_1489 - 430 of 804 | 11/4/2019 | |
| 430 | 2036-NATAL_1489 - 431 of 804 | 11/4/2019 | |
| 431 | 2037-NATAL_1489 - 432 of 804 | 11/4/2019 | |
| 432 | 2038-NATAL_1489 - 433 of 804 | 11/4/2019 | |
| 433 | 2039-NATAL_1489 - 434 of 804 | 11/4/2019 | |
| 434 | 2040-NATAL_1489 - 435 of 804 | 11/4/2019 | |
| 435 | 2041-NATAL_1489 - 436 of 804 | 11/4/2019 | |
| 436 | 2042-NATAL_1489 - 437 of 804 | 11/4/2019 | |
| 437 | 2043-NATAL_1489 - 438 of 804 | 11/4/2019 | |
| 438 | 2044-NATAL_1489 - 439 of 804 | 11/4/2019 | |
| 439 | 2045-NATAL_1489 - 440 of 804 | 11/4/2019 | |
| 440 | 2046-NATAL_1489 - 441 of 804 | 11/4/2019 | |
| 441 | 2047-NATAL_1489 - 442 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 442 | 2048-NATAL_1489 - 443 of 804 | 11/4/2019 | |
| 443 | 2049-NATAL_1489 - 444 of 804 | 11/4/2019 | |
| 444 | 2050-NATAL_1489 - 445 of 804 | 11/4/2019 | |
| 445 | 2051-NATAL_1489 - 446 of 804 | 11/4/2019 | |
| 446 | 2052-NATAL_1489 - 447 of 804 | 11/4/2019 | |
| 447 | 2053-NATAL_1489 - 448 of 804 | 11/4/2019 | |
| 448 | 2054-NATAL_1489 - 449 of 804 | 11/4/2019 | |
| 449 | 2055-NATAL_1489 - 450 of 804 | 11/4/2019 | |
| 450 | 2056-NATAL_1489 - 451 of 804 | 11/4/2019 | |
| 451 | 2057-NATAL_1489 - 452 of 804 | 11/4/2019 | |
| 452 | 2058-NATAL_1489 - 453 of 804 | 11/4/2019 | |
| 453 | 2059-NATAL_1489 - 454 of 804 | 11/4/2019 | |
| 454 | 2060-NATAL_1489 - 455 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 455 | 2061-NATAL_1489 - 456 of 804 | 11/4/2019 | |
| 456 | 2062-NATAL_1489 - 457 of 804 | 11/4/2019 | |
| 457 | 2063-NATAL_1489 - 458 of 804 | 11/4/2019 | |
| 458 | 2064-NATAL_1489 - 459 of 804 | 11/4/2019 | |
| 459 | 2065-NATAL_1489 - 460 of 804 | 11/4/2019 | |
| 460 | 2066-NATAL_1489 - 461 of 804 | 11/4/2019 | |
| 461 | 2067-NATAL_1489 - 462 of 804 | 11/4/2019 | |
| 462 | 2068-NATAL_1489 - 463 of 804 | 11/4/2019 | |
| 463 | 2069-NATAL_1489 - 464 of 804 | 11/4/2019 | |
| 464 | 2070-NATAL_1489 - 465 of 804 | 11/4/2019 | |
| 465 | 2071-NATAL_1489 - 466 of 804 | 11/4/2019 | |
| 466 | 2072-NATAL_1489 - 467 of 804 | 11/4/2019 | |
| 467 | 2073-NATAL_1489 - 468 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 468 | 2074-NATAL_1489 - 469 of 804 | 11/4/2019 | |
| 469 | 2075-NATAL_1489 - 470 of 804 | 11/4/2019 | |
| 470 | 2076-NATAL_1489 - 471 of 804 | 11/4/2019 | |
| 471 | 2077-NATAL_1489 - 472 of 804 | 11/4/2019 | |
| 472 | 2078-NATAL_1489 - 473 of 804 | 11/4/2019 | |
| 473 | 2079-NATAL_1489 - 474 of 804 | 11/4/2019 | |
| 474 | 2080-NATAL_1489 - 475 of 804 | 11/4/2019 | |
| 475 | 2081-NATAL_1489 - 476 of 804 | 11/4/2019 | |
| 476 | 2082-NATAL_1489 - 477 of 804 | 11/4/2019 | |
| 477 | 2083-NATAL_1489 - 478 of 804 | 11/4/2019 | |
| 478 | 2084-NATAL_1489 - 479 of 804 | 11/4/2019 | |
| 479 | 2085-NATAL_1489 - 480 of 804 | 11/4/2019 | |
| 480 | 2086-NATAL_1489 - 481 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 481 | 2087-NATAL_1489 - 482 of 804 | 11/4/2019 | |
| 482 | 2088-NATAL_1489 - 483 of 804 | 11/4/2019 | |
| 483 | 2089-NATAL_1489 - 484 of 804 | 11/4/2019 | |
| 484 | 2090-NATAL_1489 - 485 of 804 | 11/4/2019 | |
| 485 | 2091-NATAL_1489 - 486 of 804 | 11/4/2019 | |
| 486 | 2092-NATAL_1489 - 487 of 804 | 11/4/2019 | |
| 487 | 2093-NATAL_1489 - 488 of 804 | 11/4/2019 | |
| 488 | 2094-NATAL_1489 - 489 of 804 | 11/4/2019 | |
| 489 | 2095-NATAL_1489 - 490 of 804 | 11/4/2019 | |
| 490 | 2096-NATAL_1489 - 491 of 804 | 11/4/2019 | |
| 491 | 2097-NATAL_1489 - 492 of 804 | 11/4/2019 | |
| 492 | 2098-NATAL_1489 - 493 of 804 | 11/4/2019 | |
| 493 | 2099-NATAL_1489 - 494 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 494 | 2100-NATAL_1489 - 495 of 804 | 11/4/2019 | |
| 495 | 2101-NATAL_1489 - 496 of 804 | 11/4/2019 | |
| 496 | 2102-NATAL_1489 - 497 of 804 | 11/4/2019 | |
| 497 | 2103-NATAL_1489 - 498 of 804 | 11/4/2019 | |
| 498 | 2104-NATAL_1489 - 499 of 804 | 11/4/2019 | |
| 499 | 2105-NATAL_1489 - 500 of 804 | 11/4/2019 | |
| 500 | 2106-NATAL_1489 - 501 of 804 | 11/4/2019 | |
| 501 | 2107-NATAL_1489 - 502 of 804 | 11/4/2019 | |
| 502 | 2108-NATAL_1489 - 503 of 804 | 11/4/2019 | |
| 503 | 2109-NATAL_1489 - 504 of 804 | 11/4/2019 | |
| 504 | 2110-NATAL_1489 - 505 of 804 | 11/4/2019 | |
| 505 | 2111-NATAL_1489 - 506 of 804 | 11/4/2019 | |
| 506 | 2112-NATAL_1489 - 507 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 507 | 2113-NATAL_1489 - 508 of 804 | 11/4/2019 | |
| 508 | 2114-NATAL_1489 - 509 of 804 | 11/4/2019 | |
| 509 | 2115-NATAL_1489 - 510 of 804 | 11/4/2019 | |
| 510 | 2116-NATAL_1489 - 511 of 804 | 11/4/2019 | |
| 511 | 2117-NATAL_1489 - 512 of 804 | 11/4/2019 | |
| 512 | 2118-NATAL_1489 - 513 of 804 | 11/4/2019 | |
| 513 | 2119-NATAL_1489 - 514 of 804 | 11/4/2019 | |
| 514 | 2120-NATAL_1489 - 515 of 804 | 11/4/2019 | |
| 515 | 2121-NATAL_1489 - 516 of 804 | 11/4/2019 | |
| 516 | 2122-NATAL_1489 - 517 of 804 | 11/4/2019 | |
| 517 | 2123-NATAL_1489 - 518 of 804 | 11/4/2019 | |
| 518 | 2124-NATAL_1489 - 519 of 804 | 11/4/2019 | |
| 519 | 2125-NATAL_1489 - 520 of 804 | 11/4/2019 | |

 **Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 520 | 2126-NATAL_1489 - 521 of 804 | 11/4/2019 | |
| 521 | 2127-NATAL_1489 - 522 of 804 | 11/4/2019 | |
| 522 | 2128-NATAL_1489 - 523 of 804 | 11/4/2019 | |
| 523 | 2129-NATAL_1489 - 524 of 804 | 11/4/2019 | |
| 524 | 2130-NATAL_1489 - 525 of 804 | 11/4/2019 | |
| 525 | 2131-NATAL_1489 - 526 of 804 | 11/4/2019 | |
| 526 | 2132-NATAL_1489 - 527 of 804 | 11/4/2019 | |
| 527 | 2133-NATAL_1489 - 528 of 804 | 11/4/2019 | |
| 528 | 2134-NATAL_1489 - 529 of 804 | 11/4/2019 | |
| 529 | 2135-NATAL_1489 - 530 of 804 | 11/4/2019 | |
| 530 | 2136-NATAL_1489 - 531 of 804 | 11/4/2019 | |
| 531 | 2137-NATAL_1489 - 532 of 804 | 11/4/2019 | |
| 532 | 2138-NATAL_1489 - 533 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
| --- |

| Image No. | Type | Date Taken | Taken By |
| --- | --- | --- | --- |
| 533 | 2139-NATAL_1489 - 534 of 804 | 11/4/2019 | |
| 534 | 2140-NATAL_1489 - 535 of 804 | 11/4/2019 | |
| 535 | 2141-NATAL_1489 - 536 of 804 | 11/4/2019 | |
| 536 | 2142-NATAL_1489 - 537 of 804 | 11/4/2019 | |
| 537 | 2143-NATAL_1489 - 538 of 804 | 11/4/2019 | |
| 538 | 2144-NATAL_1489 - 539 of 804 | 11/4/2019 | |
| 539 | 2145-NATAL_1489 - 540 of 804 | 11/4/2019 | |
| 540 | 2146-NATAL_1489 - 541 of 804 | 11/4/2019 | |
| 541 | 2147-NATAL_1489 - 542 of 804 | 11/4/2019 | |
| 542 | 2148-NATAL_1489 - 543 of 804 | 11/4/2019 | |
| 543 | 2149-NATAL_1489 - 544 of 804 | 11/4/2019 | |
| 544 | 2150-NATAL_1489 - 545 of 804 | 11/4/2019 | |
| 545 | 2151-NATAL_1489 - 546 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 546 | 2152-NATAL_1489 - 547 of 804 | 11/4/2019 | |
| 547 | 2153-NATAL_1489 - 548 of 804 | 11/4/2019 | |
| 548 | 2154-NATAL_1489 - 549 of 804 | 11/4/2019 | |
| 549 | 2155-NATAL_1489 - 550 of 804 | 11/4/2019 | |
| 550 | 2156-NATAL_1489 - 551 of 804 | 11/4/2019 | |
| 551 | 2157-NATAL_1489 - 552 of 804 | 11/4/2019 | |
| 552 | 2158-NATAL_1489 - 553 of 804 | 11/4/2019 | |
| 553 | 2159-NATAL_1489 - 554 of 804 | 11/4/2019 | |
| 554 | 2160-NATAL_1489 - 555 of 804 | 11/4/2019 | |
| 555 | 2161-NATAL_1489 - 556 of 804 | 11/4/2019 | |
| 556 | 2162-NATAL_1489 - 557 of 804 | 11/4/2019 | |
| 557 | 2163-NATAL_1489 - 558 of 804 | 11/4/2019 | |
| 558 | 2164-NATAL_1489 - 559 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 559 | 2165-NATAL_1489 - 560 of 804 | 11/4/2019 | |
| 560 | 2166-NATAL_1489 - 561 of 804 | 11/4/2019 | |
| 561 | 2167-NATAL_1489 - 562 of 804 | 11/4/2019 | |
| 562 | 2168-NATAL_1489 - 563 of 804 | 11/4/2019 | |
| 563 | 2169-NATAL_1489 - 564 of 804 | 11/4/2019 | |
| 564 | 2170-NATAL_1489 - 565 of 804 | 11/4/2019 | |
| 565 | 2171-NATAL_1489 - 566 of 804 | 11/4/2019 | |
| 566 | 2172-NATAL_1489 - 567 of 804 | 11/4/2019 | |
| 567 | 2173-NATAL_1489 - 568 of 804 | 11/4/2019 | |
| 568 | 2174-NATAL_1489 - 569 of 804 | 11/4/2019 | |
| 569 | 2175-NATAL_1489 - 570 of 804 | 11/4/2019 | |
| 570 | 2176-NATAL_1489 - 571 of 804 | 11/4/2019 | |
| 571 | 2177-NATAL_1489 - 572 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 572 | 2178-NATAL_1489 - 573 of 804 | 11/4/2019 | |
| 573 | 2179-NATAL_1489 - 574 of 804 | 11/4/2019 | |
| 574 | 2180-NATAL_1489 - 575 of 804 | 11/4/2019 | |
| 575 | 2181-NATAL_1489 - 576 of 804 | 11/4/2019 | |
| 576 | 2182-NATAL_1489 - 577 of 804 | 11/4/2019 | |
| 577 | 2183-NATAL_1489 - 578 of 804 | 11/4/2019 | |
| 578 | 2184-NATAL_1489 - 579 of 804 | 11/4/2019 | |
| 579 | 2185-NATAL_1489 - 580 of 804 | 11/4/2019 | |
| 580 | 2186-NATAL_1489 - 581 of 804 | 11/4/2019 | |
| 581 | 2187-NATAL_1489 - 582 of 804 | 11/4/2019 | |
| 582 | 2188-NATAL_1489 - 583 of 804 | 11/4/2019 | |
| 583 | 2189-NATAL_1489 - 584 of 804 | 11/4/2019 | |
| 584 | 2190-NATAL_1489 - 585 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 585 | 2191-NATAL_1489 - 586 of 804 | 11/4/2019 | |
| 586 | 2192-NATAL_1489 - 587 of 804 | 11/4/2019 | |
| 587 | 2193-NATAL_1489 - 588 of 804 | 11/4/2019 | |
| 588 | 2194-NATAL_1489 - 589 of 804 | 11/4/2019 | |
| 589 | 2195-NATAL_1489 - 590 of 804 | 11/4/2019 | |
| 590 | 2196-NATAL_1489 - 591 of 804 | 11/4/2019 | |
| 591 | 2197-NATAL_1489 - 592 of 804 | 11/4/2019 | |
| 592 | 2198-NATAL_1489 - 593 of 804 | 11/4/2019 | |
| 593 | 2199-NATAL_1489 - 594 of 804 | 11/4/2019 | |
| 594 | 2200-NATAL_1489 - 595 of 804 | 11/4/2019 | |
| 595 | 2201-NATAL_1489 - 596 of 804 | 11/4/2019 | |
| 596 | 2202-NATAL_1489 - 597 of 804 | 11/4/2019 | |
| 597 | 2203-NATAL_1489 - 598 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
| --- | --- | --- | --- |

| Image No. | Type | Date Taken | Taken By |
| --- | --- | --- | --- |
| 598 | 2204-NATAL_1489 - 599 of 804 | 11/4/2019 | |
| 599 | 2205-NATAL_1489 - 600 of 804 | 11/4/2019 | |
| 600 | 2206-NATAL_1489 - 601 of 804 | 11/4/2019 | |
| 601 | 2207-NATAL_1489 - 602 of 804 | 11/4/2019 | |
| 602 | 2208-NATAL_1489 - 603 of 804 | 11/4/2019 | |
| 603 | 2209-NATAL_1489 - 604 of 804 | 11/4/2019 | |
| 604 | 2210-NATAL_1489 - 605 of 804 | 11/4/2019 | |
| 605 | 2211-NATAL_1489 - 606 of 804 | 11/4/2019 | |
| 606 | 2212-NATAL_1489 - 607 of 804 | 11/4/2019 | |
| 607 | 2213-NATAL_1489 - 608 of 804 | 11/4/2019 | |
| 608 | 2214-NATAL_1489 - 609 of 804 | 11/4/2019 | |
| 609 | 2215-NATAL_1489 - 610 of 804 | 11/4/2019 | |
| 610 | 2216-NATAL_1489 - 611 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 611 | 2217-NATAL_1489 - 612 of 804 | 11/4/2019 | |
| 612 | 2218-NATAL_1489 - 613 of 804 | 11/4/2019 | |
| 613 | 2219-NATAL_1489 - 614 of 804 | 11/4/2019 | |
| 614 | 2220-NATAL_1489 - 615 of 804 | 11/4/2019 | |
| 615 | 2221-NATAL_1489 - 616 of 804 | 11/4/2019 | |
| 616 | 2222-NATAL_1489 - 617 of 804 | 11/4/2019 | |
| 617 | 2223-NATAL_1489 - 618 of 804 | 11/4/2019 | |
| 618 | 2224-NATAL_1489 - 619 of 804 | 11/4/2019 | |
| 619 | 2225-NATAL_1489 - 620 of 804 | 11/4/2019 | |
| 620 | 2226-NATAL_1489 - 621 of 804 | 11/4/2019 | |
| 621 | 2227-NATAL_1489 - 622 of 804 | 11/4/2019 | |
| 622 | 2228-NATAL_1489 - 623 of 804 | 11/4/2019 | |
| 623 | 2229-NATAL_1489 - 624 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 624 | 2230-NATAL_1489 - 625 of 804 | 11/4/2019 | |
| 625 | 2231-NATAL_1489 - 626 of 804 | 11/4/2019 | |
| 626 | 2232-NATAL_1489 - 627 of 804 | 11/4/2019 | |
| 627 | 2233-NATAL_1489 - 628 of 804 | 11/4/2019 | |
| 628 | 2234-NATAL_1489 - 629 of 804 | 11/4/2019 | |
| 629 | 2235-NATAL_1489 - 630 of 804 | 11/4/2019 | |
| 630 | 2236-NATAL_1489 - 631 of 804 | 11/4/2019 | |
| 631 | 2237-NATAL_1489 - 632 of 804 | 11/4/2019 | |
| 632 | 2238-NATAL_1489 - 633 of 804 | 11/4/2019 | |
| 633 | 2239-NATAL_1489 - 634 of 804 | 11/4/2019 | |
| 634 | 2240-NATAL_1489 - 635 of 804 | 11/4/2019 | |
| 635 | 2241-NATAL_1489 - 636 of 804 | 11/4/2019 | |
| 636 | 2242-NATAL_1489 - 637 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 637 | 2243-NATAL_1489 - 638 of 804 | 11/4/2019 | |
| 638 | 2244-NATAL_1489 - 639 of 804 | 11/4/2019 | |
| 639 | 2245-NATAL_1489 - 640 of 804 | 11/4/2019 | |
| 640 | 2246-NATAL_1489 - 641 of 804 | 11/4/2019 | |
| 641 | 2247-NATAL_1489 - 642 of 804 | 11/4/2019 | |
| 642 | 2248-NATAL_1489 - 643 of 804 | 11/4/2019 | |
| 643 | 2249-NATAL_1489 - 644 of 804 | 11/4/2019 | |
| 644 | 2250-NATAL_1489 - 645 of 804 | 11/4/2019 | |
| 645 | 2251-NATAL_1489 - 646 of 804 | 11/4/2019 | |
| 646 | 2252-NATAL_1489 - 647 of 804 | 11/4/2019 | |
| 647 | 2253-NATAL_1489 - 648 of 804 | 11/4/2019 | |
| 648 | 2254-NATAL_1489 - 649 of 804 | 11/4/2019 | |
| 649 | 2255-NATAL_1489 - 650 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 650 | 2256-NATAL_1489 - 651 of 804 | 11/4/2019 | |
| 651 | 2257-NATAL_1489 - 652 of 804 | 11/4/2019 | |
| 652 | 2258-NATAL_1489 - 653 of 804 | 11/4/2019 | |
| 653 | 2259-NATAL_1489 - 654 of 804 | 11/4/2019 | |
| 654 | 2260-NATAL_1489 - 655 of 804 | 11/4/2019 | |
| 655 | 2261-NATAL_1489 - 656 of 804 | 11/4/2019 | |
| 656 | 2262-NATAL_1489 - 657 of 804 | 11/4/2019 | |
| 657 | 2263-NATAL_1489 - 658 of 804 | 11/4/2019 | |
| 658 | 2264-NATAL_1489 - 659 of 804 | 11/4/2019 | |
| 659 | 2265-NATAL_1489 - 660 of 804 | 11/4/2019 | |
| 660 | 2266-NATAL_1489 - 661 of 804 | 11/4/2019 | |
| 661 | 2267-NATAL_1489 - 662 of 804 | 11/4/2019 | |
| 662 | 2268-NATAL_1489 - 663 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 663 | 2269-NATAL_1489 - 664 of 804 | 11/4/2019 | |
| 664 | 2270-NATAL_1489 - 665 of 804 | 11/4/2019 | |
| 665 | 2271-NATAL_1489 - 666 of 804 | 11/4/2019 | |
| 666 | 2272-NATAL_1489 - 667 of 804 | 11/4/2019 | |
| 667 | 2273-NATAL_1489 - 668 of 804 | 11/4/2019 | |
| 668 | 2274-NATAL_1489 - 669 of 804 | 11/4/2019 | |
| 669 | 2275-NATAL_1489 - 670 of 804 | 11/4/2019 | |
| 670 | 2276-NATAL_1489 - 671 of 804 | 11/4/2019 | |
| 671 | 2277-NATAL_1489 - 672 of 804 | 11/4/2019 | |
| 672 | 2278-NATAL_1489 - 673 of 804 | 11/4/2019 | |
| 673 | 2279-NATAL_1489 - 674 of 804 | 11/4/2019 | |
| 674 | 2280-NATAL_1489 - 675 of 804 | 11/4/2019 | |
| 675 | 2281-NATAL_1489 - 676 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 676 | 2282-NATAL_1489 - 677 of 804 | 11/4/2019 | |
| 677 | 2283-NATAL_1489 - 678 of 804 | 11/4/2019 | |
| 678 | 2284-NATAL_1489 - 679 of 804 | 11/4/2019 | |
| 679 | 2285-NATAL_1489 - 680 of 804 | 11/4/2019 | |
| 680 | 2286-NATAL_1489 - 681 of 804 | 11/4/2019 | |
| 681 | 2287-NATAL_1489 - 682 of 804 | 11/4/2019 | |
| 682 | 2288-NATAL_1489 - 683 of 804 | 11/4/2019 | |
| 683 | 2289-NATAL_1489 - 684 of 804 | 11/4/2019 | |
| 684 | 2290-NATAL_1489 - 685 of 804 | 11/4/2019 | |
| 685 | 2291-NATAL_1489 - 686 of 804 | 11/4/2019 | |
| 686 | 2292-NATAL_1489 - 687 of 804 | 11/4/2019 | |
| 687 | 2293-NATAL_1489 - 688 of 804 | 11/4/2019 | |
| 688 | 2294-NATAL_1489 - 689 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 689 | 2295-NATAL_1489 - 690 of 804 | 11/4/2019 | |
| 690 | 2296-NATAL_1489 - 691 of 804 | 11/4/2019 | |
| 691 | 2297-NATAL_1489 - 692 of 804 | 11/4/2019 | |
| 692 | 2298-NATAL_1489 - 693 of 804 | 11/4/2019 | |
| 693 | 2299-NATAL_1489 - 694 of 804 | 11/4/2019 | |
| 694 | 2300-NATAL_1489 - 695 of 804 | 11/4/2019 | |
| 695 | 2301-NATAL_1489 - 696 of 804 | 11/4/2019 | |
| 696 | 2302-NATAL_1489 - 697 of 804 | 11/4/2019 | |
| 697 | 2303-NATAL_1489 - 698 of 804 | 11/4/2019 | |
| 698 | 2304-NATAL_1489 - 699 of 804 | 11/4/2019 | |
| 699 | 2305-NATAL_1489 - 700 of 804 | 11/4/2019 | |
| 700 | 2306-NATAL_1489 - 701 of 804 | 11/4/2019 | |
| 701 | 2307-NATAL_1489 - 702 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 702 | 2308-NATAL_1489 - 703 of 804 | 11/4/2019 | |
| 703 | 2309-NATAL_1489 - 704 of 804 | 11/4/2019 | |
| 704 | 2310-NATAL_1489 - 705 of 804 | 11/4/2019 | |
| 705 | 2311-NATAL_1489 - 706 of 804 | 11/4/2019 | |
| 706 | 2312-NATAL_1489 - 707 of 804 | 11/4/2019 | |
| 707 | 2313-NATAL_1489 - 708 of 804 | 11/4/2019 | |
| 708 | 2314-NATAL_1489 - 709 of 804 | 11/4/2019 | |
| 709 | 2315-NATAL_1489 - 710 of 804 | 11/4/2019 | |
| 710 | 2316-NATAL_1489 - 711 of 804 | 11/4/2019 | |
| 711 | 2317-NATAL_1489 - 712 of 804 | 11/4/2019 | |
| 712 | 2318-NATAL_1489 - 713 of 804 | 11/4/2019 | |
| 713 | 2319-NATAL_1489 - 714 of 804 | 11/4/2019 | |
| 714 | 2320-NATAL_1489 - 715 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 715 | 2321-NATAL_1489 - 716 of 804 | 11/4/2019 | |
| 716 | 2322-NATAL_1489 - 717 of 804 | 11/4/2019 | |
| 717 | 2323-NATAL_1489 - 718 of 804 | 11/4/2019 | |
| 718 | 2324-NATAL_1489 - 719 of 804 | 11/4/2019 | |
| 719 | 2325-NATAL_1489 - 720 of 804 | 11/4/2019 | |
| 720 | 2326-NATAL_1489 - 721 of 804 | 11/4/2019 | |
| 721 | 2327-NATAL_1489 - 722 of 804 | 11/4/2019 | |
| 722 | 2328-NATAL_1489 - 723 of 804 | 11/4/2019 | |
| 723 | 2329-NATAL_1489 - 724 of 804 | 11/4/2019 | |
| 724 | 2330-NATAL_1489 - 725 of 804 | 11/4/2019 | |
| 725 | 2331-NATAL_1489 - 726 of 804 | 11/4/2019 | |
| 726 | 2332-NATAL_1489 - 727 of 804 | 11/4/2019 | |
| 727 | 2333-NATAL_1489 - 728 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 728 | 2334-NATAL_1489 - 729 of 804 | 11/4/2019 | |
| 729 | 2335-NATAL_1489 - 730 of 804 | 11/4/2019 | |
| 730 | 2336-NATAL_1489 - 731 of 804 | 11/4/2019 | |
| 731 | 2337-NATAL_1489 - 732 of 804 | 11/4/2019 | |
| 732 | 2338-NATAL_1489 - 733 of 804 | 11/4/2019 | |
| 733 | 2339-NATAL_1489 - 734 of 804 | 11/4/2019 | |
| 734 | 2340-NATAL_1489 - 735 of 804 | 11/4/2019 | |
| 735 | 2341-NATAL_1489 - 736 of 804 | 11/4/2019 | |
| 736 | 2342-NATAL_1489 - 737 of 804 | 11/4/2019 | |
| 737 | 2343-NATAL_1489 - 738 of 804 | 11/4/2019 | |
| 738 | 2344-NATAL_1489 - 739 of 804 | 11/4/2019 | |
| 739 | 2345-NATAL_1489 - 740 of 804 | 11/4/2019 | |
| 740 | 2346-NATAL_1489 - 741 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 741 | 2347-NATAL_1489 - 742 of 804 | 11/4/2019 | |
| 742 | 2348-NATAL_1489 - 743 of 804 | 11/4/2019 | |
| 743 | 2349-NATAL_1489 - 744 of 804 | 11/4/2019 | |
| 744 | 2350-NATAL_1489 - 745 of 804 | 11/4/2019 | |
| 745 | 2351-NATAL_1489 - 746 of 804 | 11/4/2019 | |
| 746 | 2352-NATAL_1489 - 747 of 804 | 11/4/2019 | |
| 747 | 2353-NATAL_1489 - 748 of 804 | 11/4/2019 | |
| 748 | 2354-NATAL_1489 - 749 of 804 | 11/4/2019 | |
| 749 | 2355-NATAL_1489 - 750 of 804 | 11/4/2019 | |
| 750 | 2356-NATAL_1489 - 751 of 804 | 11/4/2019 | |
| 751 | 2357-NATAL_1489 - 752 of 804 | 11/4/2019 | |
| 752 | 2358-NATAL_1489 - 753 of 804 | 11/4/2019 | |
| 753 | 2359-NATAL_1489 - 754 of 804 | 11/4/2019 | |

 **Healthy Home Solutions, LLC**

| | Continued - Image Detail | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 754 | 2360-NATAL_1489 - 755 of 804 | 11/4/2019 | |
| 755 | 2361-NATAL_1489 - 756 of 804 | 11/4/2019 | |
| 756 | 2362-NATAL_1489 - 757 of 804 | 11/4/2019 | |
| 757 | 2363-NATAL_1489 - 758 of 804 | 11/4/2019 | |
| 758 | 2364-NATAL_1489 - 759 of 804 | 11/4/2019 | |
| 759 | 2365-NATAL_1489 - 760 of 804 | 11/4/2019 | |
| 760 | 2366-NATAL_1489 - 761 of 804 | 11/4/2019 | |
| 761 | 2367-NATAL_1489 - 762 of 804 | 11/4/2019 | |
| 762 | 2368-NATAL_1489 - 763 of 804 | 11/4/2019 | |
| 763 | 2369-NATAL_1489 - 764 of 804 | 11/4/2019 | |
| 764 | 2370-NATAL_1489 - 765 of 804 | 11/4/2019 | |
| 765 | 2371-NATAL_1489 - 766 of 804 | 11/4/2019 | |
| 766 | 2372-NATAL_1489 - 767 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 767 | 2373-NATAL_1489 - 768 of 804 | 11/4/2019 | |
| 768 | 2374-NATAL_1489 - 769 of 804 | 11/4/2019 | |
| 769 | 2375-NATAL_1489 - 770 of 804 | 11/4/2019 | |
| 770 | 2376-NATAL_1489 - 771 of 804 | 11/4/2019 | |
| 771 | 2377-NATAL_1489 - 772 of 804 | 11/4/2019 | |
| 772 | 2378-NATAL_1489 - 773 of 804 | 11/4/2019 | |
| 773 | 2379-NATAL_1489 - 774 of 804 | 11/4/2019 | |
| 774 | 2380-NATAL_1489 - 775 of 804 | 11/4/2019 | |
| 775 | 2381-NATAL_1489 - 776 of 804 | 11/4/2019 | |
| 776 | 2382-NATAL_1489 - 777 of 804 | 11/4/2019 | |
| 777 | 2383-NATAL_1489 - 778 of 804 | 11/4/2019 | |
| 778 | 2384-NATAL_1489 - 779 of 804 | 11/4/2019 | |
| 779 | 2385-NATAL_1489 - 780 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail | | | |
|---|---|---|---|
| **Image No.** | **Type** | **Date Taken** | **Taken By** |
| 780 | 2386-NATAL_1489 - 781 of 804 | 11/4/2019 | |
| 781 | 2387-NATAL_1489 - 782 of 804 | 11/4/2019 | |
| 782 | 2388-NATAL_1489 - 783 of 804 | 11/4/2019 | |
| 783 | 2389-NATAL_1489 - 784 of 804 | 11/4/2019 | |
| 784 | 2390-NATAL_1489 - 785 of 804 | 11/4/2019 | |
| 785 | 2391-NATAL_1489 - 786 of 804 | 11/4/2019 | |
| 786 | 2392-NATAL_1489 - 787 of 804 | 11/4/2019 | |
| 787 | 2393-NATAL_1489 - 788 of 804 | 11/4/2019 | |
| 788 | 2394-NATAL_1489 - 789 of 804 | 11/4/2019 | |
| 789 | 2395-NATAL_1489 - 790 of 804 | 11/4/2019 | |
| 790 | 2396-NATAL_1489 - 791 of 804 | 11/4/2019 | |
| 791 | 2397-NATAL_1489 - 792 of 804 | 11/4/2019 | |
| 792 | 2398-NATAL_1489 - 793 of 804 | 11/4/2019 | |



**Healthy Home Solutions, LLC**

| Continued - Image Detail |
|---|

| Image No. | Type | Date Taken | Taken By |
|---|---|---|---|
| 793 | 2399-NATAL_1489 - 794 of 804 | 11/4/2019 | |
| 794 | 2400-NATAL_1489 - 795 of 804 | 11/4/2019 | |
| 795 | 2401-NATAL_1489 - 796 of 804 | 11/4/2019 | |
| 796 | 2402-NATAL_1489 - 797 of 804 | 11/4/2019 | |
| 797 | 2403-NATAL_1489 - 798 of 804 | 11/4/2019 | |
| 798 | 2404-NATAL_1489 - 799 of 804 | 11/4/2019 | |
| 799 | 2405-NATAL_1489 - 800 of 804 | 11/4/2019 | |
| 800 | 2406-NATAL_1489 - 801 of 804 | 11/4/2019 | |
| 801 | 2407-NATAL_1489 - 802 of 804 | 11/4/2019 | |
| 802 | 2408-NATAL_1489 - 803 of 804 | 11/4/2019 | |
| 803 | 2409-NATAL_1489 - 804 of 804 | 11/4/2019 | |



Family Room
Master Bedroom
Living Room
Master Closet
Bar Area
Pantry
Kitchen
Foyer/Entry
Master Bath
Closet
Butler Pantry
Bedroom 2
Dining Room
Shower
Hallway
Powder Room
His Toilet
Linen Closet
Closet
Bathroom 2
Master Closet 2
Laundry Room
Coat Closet
Garage

Main Level







Level 3

Master Bedroom 2 (1)
chase
Toilet
M. Closet 1
Chase 2
Laundry Room
Master Bedroom 2
M. Bath 2
Bathroom 3
Bedroom 3
Closet 3
Kitchenette
M. Closet 2
Loft
Linen Closet
chase
Stairs
Up
Closet 4
Office
Bedroom 4
chase
Bathroom 4

N

Level 2



N

Roof