| | |
|---|---|
| Client: | Jawad and Fatme Gharib |
| Property: | 4 Beresford Drive |
| | Metairie, LA 70001 |
| Home: | 4 Beresford Drive |
| | Metairie, LA 70001 |

| | |
|---|---|
| Operator: | INFO |

| | |
|---|---|
| Estimator: | Stephen Hansen |

| | | | |
|---|---|---|---|
| Type of Estimate: | <NONE> | | |
| Date Entered: | 7/28/2019 | Date Assigned: | |

| | |
|---|---|
| Price List: | LANO8X_JUL19 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 4-GHARIB-LA |
| File Number: | 4-GHARIB-LA |

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

NOTE: This home was built in 2004-2005 prior to the Katrina Hurricane. The ground floor was water damaged during Katrina and only the ground floor was renovated/repaired at that time. This Xactimate Estimate Report does not include any work for remediation of the 2nd floor of the home.

EXHIBIT
6

**4-GHARIB-LA**

## General Requirements

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 4.00 | EA | | 634.35 | 0.00 | 0.00 | 507.48 | 3,044.88 |
| 2. Clean stud wall | 9,957.47 | SF | | 0.00 | 0.53 | 18.32 | 1,059.16 | 6,354.94 |
| 3. Clean floor or roof joist system | 2,772.26 | SF | | 0.00 | 0.66 | 5.10 | 366.96 | 2,201.75 |
| 4. Final cleaning - construction - Residential | 2,772.26 | SF | | 0.00 | 0.21 | 0.00 | 116.44 | 698.61 |
| 5. Building Permit | 2,772.26 | SF | | 0.00 | 0.15 | 0.00 | 83.16 | 499.00 |
| 6. POD Storage Container 16'x8'x8' (1 total) - per month | 3.00 | MO | | 0.00 | 271.00 | 0.00 | 162.60 | 975.60 |
| 7. Environmental Certification | 1.00 | EA | | 0.00 | 350.00 | 0.00 | 70.00 | 420.00 |
| 8. Temporary Toilets | 3.00 | MO | | 0.00 | 200.00 | 55.20 | 131.04 | 786.24 |
| 9. Inspect and Pressure Test Gas Connections | 1.00 | EA | | 0.00 | 75.00 | 0.00 | 15.00 | 90.00 |

| Totals: General Requirements | | | | | | 78.62 | 2,511.84 | 15,071.02 |
|---|---|---|---|---|---|---|---|---|

## Main Level



### Foyer/Entry                                    Height: 22' 5"

| | |
|---|---|
| 1,289.72 SF Walls | 236.81 SF Ceiling |
| 1,526.53 SF Walls & Ceiling | 236.81 SF Floor |
| 26.31 SY Flooring | 49.58 LF Floor Perimeter |
| 61.67 LF Ceil. Perimeter | |

| **Missing Wall** | **4' 10" X 22' 5"** | **Opens into FOYER_HALL** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **7' 3" X 6' 8"** | **Opens into DINING_ROOM** |

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10. R&R 1/2" drywall - hung, taped, floated, ready for paint | 1,526.53 | SF | | 0.39 | 1.53 | 68.82 | 599.96 | 3,599.72 |
| 11. Texture drywall - smooth / skim coat | 1,526.53 | SF | | 0.00 | 0.77 | 11.24 | 237.32 | 1,423.99 |
| 12. Seal/prime then paint the walls and ceiling (2 coats) | 1,526.53 | SF | | 0.00 | 0.80 | 22.47 | 248.74 | 1,492.43 |
| 13. Floor protection - corrugated cardboard and tape | 236.81 | SF | | 0.43 | 0.00 | 4.14 | 21.18 | 127.15 |
| 14. R&R Baseboard - 7" paint grade - 2 piece | 49.58 | LF | | 0.57 | 5.89 | 11.36 | 66.34 | 397.99 |
| 15. Paint baseboard, oversized - two coats | 49.58 | LF | | 0.00 | 1.26 | 0.73 | 12.64 | 75.84 |

**CONTINUED - Foyer/Entry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 16.  R&R Casing - 5" - hardwood | 20.00 LF | | 0.50 | 4.56 | 6.33 | 21.50 | 129.03 |
| 17.  Paint casing - oversized - two coats | 20.00 LF | | 0.00 | 1.39 | 0.29 | 5.62 | 33.71 |
| 18.  R&R Crown molding - 9" Plaster | 92.50 LF | | 0.65 | 11.85 | 70.38 | 245.32 | 1,471.96 |
| 19.  Paint crown molding - two coats | 92.50 LF | | 0.00 | 1.21 | 0.94 | 22.56 | 135.43 |
| 20.  R&R Ceiling medallion - molded polymer | 1.00 EA | | 12.09 | 224.31 | 9.95 | 49.28 | 295.63 |
| 21.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.56 | 0.36 | 8.00 | 47.92 |
| 22.  R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 23.  R&R Outlet | 3.00 EA | | 4.71 | 14.06 | 0.40 | 11.34 | 68.05 |
| 24.  Clean Copper Wires | 4.00 EA | | 0.00 | 20.00 | 0.00 | 16.00 | 96.00 |
| 25.  Chandelier - crystal or oversized - Detach & reset | 1.00 EA | | 0.00 | 321.17 | 0.00 | 64.24 | 385.41 |
| 26.  Detach & Reset Light fixture - wall sconce | 2.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 17.20 | 103.18 |
| 27.  Detach & Reset Recessed light fixture - trim only | 1.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 0.48 | 2.87 |

| Totals:  Foyer/Entry | | | | | 207.57 | 1,651.56 | 9,909.34 |
|---|---|---|---|---|---|---|---|

---



**Foyer Hall**                                                                 **Height: 9' 2"**

| | |
|---|---|
| 84.03  SF Walls | 20.94  SF Ceiling |
| 104.97  SF Walls & Ceiling | 20.94  SF Floor |
| 2.33  SY Flooring | 9.17  LF Floor Perimeter |
| 9.17  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 10" X 9' 2"** | **Opens into FOYER_ENTRY** |
| **Missing Wall** | **4' 10" X 9' 2"** | **Opens into HALL** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 28.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 104.97 SF | | 0.39 | 1.53 | 4.73 | 41.24 | 247.51 |
| 29.  Texture drywall - smooth / skim coat | 104.97 SF | | 0.00 | 0.77 | 0.77 | 16.32 | 97.92 |
| 30.  Seal/prime then paint the walls and ceiling (2 coats) | 104.97 SF | | 0.00 | 0.80 | 1.55 | 17.12 | 102.65 |
| 31.  Floor protection - corrugated cardboard and tape | 20.94 SF | | 0.43 | 0.00 | 0.37 | 1.88 | 11.25 |
| 32.  R&R Baseboard - 7" paint grade - 2 piece | 9.17 LF | | 0.57 | 5.89 | 2.10 | 12.26 | 73.60 |
| 33.  Paint baseboard, oversized - two coats | 9.17 LF | | 0.00 | 1.26 | 0.14 | 2.34 | 14.03 |

**CONTINUED - Foyer Hall**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 34.  Detach & Reset Light fixture - wall sconce | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| Totals:  Foyer Hall | | | | | 9.66 | 99.76 | 598.55 |

### Understair Closet                                                      Height: 9' 2''



| | |
|---|---|
| 220.00 SF Walls | 32.00 SF Ceiling |
| 252.00 SF Walls & Ceiling | 32.00 SF Floor |
| 3.56 SY Flooring | 24.00 LF Floor Perimeter |
| 24.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 35.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 252.00 SF | | 0.39 | 1.53 | 11.36 | 99.06 | 594.26 |
| 36.  Texture drywall - smooth / skim coat | 252.00 SF | | 0.00 | 0.77 | 1.85 | 39.18 | 235.07 |
| 37.  Seal/prime then paint the walls and ceiling (2 coats) | 252.00 SF | | 0.00 | 0.80 | 3.71 | 41.06 | 246.37 |
| 38.  Floor protection - corrugated cardboard and tape | 32.00 SF | | 0.43 | 0.00 | 0.56 | 2.88 | 17.20 |
| 39.  R&R Baseboard - 7" paint grade - 2 piece | 24.00 LF | | 0.57 | 5.89 | 5.50 | 32.12 | 192.66 |
| 40.  Paint baseboard, oversized - two coats | 24.00 LF | | 0.00 | 1.26 | 0.35 | 6.12 | 36.71 |
| 41.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 42.  R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 43.  Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 44.  R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 45.  R&R Outlet | 1.00 EA | | 4.71 | 14.06 | 0.13 | 3.78 | 22.68 |
| 46.  Clean Copper Wires | 2.00 EA | | 0.00 | 20.00 | 0.00 | 8.00 | 48.00 |
| 47.  Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |
| 48.  R&R Smoke detector | 1.00 EA | | 10.76 | 50.60 | 1.88 | 12.66 | 75.90 |
| Totals:  Understair Closet | | | | | 36.84 | 321.78 | 1,930.28 |

| **Hall** | | | | | | **Height: 10' 11"** |
|---|---|---|---|---|---|---|



| | | | | |
|---|---|---|---|
| 494.38 | SF Walls | 120.43 | SF Ceiling |
| 614.81 | SF Walls & Ceiling | 120.43 | SF Floor |
| 13.38 | SY Flooring | 38.25 | LF Floor Perimeter |
| 59.17 | LF Ceil. Perimeter | | |

| **Missing Wall** | **4' 10" X 10' 11"** | **Opens into FOYER_HALL** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **16' 1" X 6' 8"** | **Opens into LIVING_ROOM** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 49.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 614.81 SF | | 0.39 | 1.53 | 27.72 | 241.64 | 1,449.80 |
| 50.  Texture drywall - smooth / skim coat | 614.81 SF | | 0.00 | 0.77 | 4.52 | 95.58 | 573.50 |
| 51.  Seal/prime then paint the walls and ceiling (2 coats) | 614.81 SF | | 0.00 | 0.80 | 9.05 | 100.20 | 601.10 |
| 52.  Floor protection - corrugated cardboard and tape | 120.43 SF | | 0.43 | 0.00 | 2.10 | 10.78 | 64.66 |
| 53.  R&R Baseboard - 7" paint grade - 2 piece | 38.25 LF | | 0.57 | 5.89 | 8.76 | 51.18 | 307.03 |
| 54.  Paint baseboard, oversized - two coats | 38.25 LF | | 0.00 | 1.26 | 0.56 | 9.76 | 58.52 |
| 55.  R&R Casing - 5" - hardwood | 20.00 LF | | 0.50 | 4.56 | 6.33 | 21.50 | 129.03 |
| 56.  Paint casing - oversized - two coats | 20.00 LF | | 0.00 | 1.39 | 0.29 | 5.62 | 33.71 |
| 57.  R&R Crown molding - 9" Plaster | 59.17 LF | | 0.65 | 11.85 | 45.02 | 156.94 | 941.58 |
| 58.  Paint crown molding - two coats | 59.17 LF | | 0.00 | 1.21 | 0.60 | 14.44 | 86.64 |
| 59.  R&R Switch | 2.00 EA | | 4.71 | 14.32 | 0.31 | 7.66 | 46.03 |
| 60.  R&R Outlet | 4.00 EA | | 4.71 | 14.06 | 0.53 | 15.10 | 90.71 |
| 61.  Clean Copper Wires | 6.00 EA | | 0.00 | 20.00 | 0.00 | 24.00 | 144.00 |
| 62.  Remove Central vacuum inlet - Detach and reset | 2.00 EA | | 36.29 | 0.00 | 0.00 | 14.52 | 87.10 |
| 63.  Detach & Reset Recessed light fixture - trim only | 7.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 3.34 | 20.07 |
| 64.  Remove Wood column - 12" diameter - Detach & reset | 30.67 LF | | 8.78 | 0.00 | 0.00 | 53.86 | 323.14 |
| Totals:  Hall | | | | | 105.79 | 826.12 | 4,956.62 |



**Office Hall**                                                                                  **Height: 10' 11"**

| | |
|---|---|
| 238.35  SF Walls | 26.58  SF Ceiling |
| 264.93  SF Walls & Ceiling | 26.58  SF Floor |
| 2.95  SY Flooring | 21.83  LF Floor Perimeter |
| 21.83  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 65.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 264.93  SF | | 0.39 | 1.53 | 11.94 | 104.10 | 624.70 |
| 66.  Texture drywall - smooth / skim coat | 264.93  SF | | 0.00 | 0.77 | 1.95 | 41.20 | 247.15 |
| 67.  Seal/prime then paint the walls and ceiling (2 coats) | 264.93  SF | | 0.00 | 0.80 | 3.90 | 43.16 | 259.00 |
| 68.  Floor protection - corrugated cardboard and tape | 26.58  SF | | 0.43 | 0.00 | 0.46 | 2.38 | 14.27 |
| 69.  R&R Baseboard - 7" paint grade - 2 piece | 21.83  LF | | 0.57 | 5.89 | 5.00 | 29.20 | 175.22 |
| 70.  Paint baseboard, oversized - two coats | 21.83  LF | | 0.00 | 1.26 | 0.32 | 5.56 | 33.39 |
| 71.  R&R Casing - 5" - hardwood | 34.00  LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 72.  Paint casing - oversized - two coats | 34.00  LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 73.  R&R Crown molding - 3-piece | 21.83  LF | | 1.45 | 12.25 | 7.73 | 61.36 | 368.16 |
| 74.  Paint crown molding - two coats | 21.83  LF | | 0.00 | 1.21 | 0.22 | 5.32 | 31.95 |
| 75.  Detach & Reset Recessed light fixture - trim only | 2.00  EA | 2.39 | 0.00 | 0.00 | 0.00 | 0.96 | 5.74 |
| 76.  R&R Smoke detector | 1.00  EA | | 10.76 | 50.60 | 1.88 | 12.66 | 75.90 |
| Totals:  Office Hall | | | | | 44.66 | 352.02 | 2,112.16 |

**AHU 1**                                                                                        **Height: 8'**

| | |
|---|---|
| 104.00  SF Walls | 10.00  SF Ceiling |
| 114.00  SF Walls & Ceiling | 10.00  SF Floor |
| 1.11  SY Flooring | 13.00  LF Floor Perimeter |
| 13.00  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 77.  R&R Casing - 5" - hardwood | 16.00  LF | | 0.50 | 4.56 | 5.06 | 17.22 | 103.24 |
| 78.  Paint casing - oversized - two coats | 16.00  LF | | 0.00 | 1.39 | 0.24 | 4.48 | 26.96 |
| 79.  R&R Switch | 1.00  EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 80.  Clean Copper Wires | 1.00  EA | | 0.00 | 20.00 | 0.00 | 4.00 | 24.00 |

**CONTINUED - AHU 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 81. Air handler - with heat element - Detach & reset | 1.00 EA | | 0.00 | 847.22 | 0.00 | 169.44 | 1,016.66 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: AHU 1 | | | | | 5.46 | 198.98 | 1,193.89 |



**Office**                                           **Height: 10' 11"**

| | |
|---|---|
| 625.89 SF Walls | 202.94 SF Ceiling |
| 828.83 SF Walls & Ceiling | 202.94 SF Floor |
| 22.55 SY Flooring | 57.33 LF Floor Perimeter |
| 57.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 82. R&R 1/2" drywall - hung, taped, floated, ready for paint | 828.83 SF | | 0.39 | 1.53 | 37.36 | 325.74 | 1,954.45 |
| 83. Texture drywall - smooth / skim coat | 828.83 SF | | 0.00 | 0.77 | 6.10 | 128.86 | 773.16 |
| 84. Seal/prime then paint the walls and ceiling (2 coats) | 828.83 SF | | 0.00 | 0.80 | 12.20 | 135.06 | 810.32 |
| 85. Floor protection - corrugated cardboard and tape | 202.94 SF | | 0.43 | 0.00 | 3.55 | 18.18 | 108.99 |
| 86. R&R Baseboard - 7" paint grade - 2 piece | 57.33 LF | | 0.57 | 5.89 | 13.13 | 76.70 | 460.18 |
| 87. Paint baseboard, oversized - two coats | 57.33 LF | | 0.00 | 1.26 | 0.84 | 14.60 | 87.68 |
| 88. Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 89. R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 90. Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 91. R&R Crown molding - 3-piece | 43.00 LF | | 1.45 | 12.25 | 15.23 | 120.88 | 725.21 |
| 92. Paint crown molding - two coats | 43.00 LF | | 0.00 | 1.21 | 0.44 | 10.48 | 62.95 |
| 93. R&R Window trim set (casing & stop) | 185.56 LF | | 0.50 | 3.73 | 19.97 | 160.98 | 965.87 |
| 94. Seal & paint casing - oversized - two coats | 185.56 LF | | 0.00 | 1.43 | 2.39 | 53.56 | 321.30 |
| 95. R&R Switch | 2.00 EA | | 4.71 | 14.32 | 0.31 | 7.66 | 46.03 |
| 96. R&R Outlet | 6.00 EA | | 4.71 | 14.06 | 0.80 | 22.70 | 136.12 |
| 97. Clean Copper Wires | 8.00 EA | | 0.00 | 20.00 | 0.00 | 32.00 | 192.00 |
| 98. R&R Phone, TV, or speaker outlet | 4.00 EA | | 4.54 | 16.50 | 1.96 | 17.24 | 103.36 |
| 99. Detach & Reset In-wall / In-ceiling speaker | 2.00 EA | 15.52 | 0.00 | 0.00 | 0.00 | 6.20 | 37.24 |
| 100. Detach & Reset Recessed light fixture - trim only | 4.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 1.92 | 11.48 |

**CONTINUED - Office**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 101.  Detach & Reset Hanging light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| 102.  R&R Smoke detector | 1.00 EA | | 10.76 | 50.60 | 1.88 | 12.66 | 75.90 |
| Totals:  Office | | | | | 127.50 | 1,214.38 | 7,285.93 |



**Office Closet**                                         **Height: 10' 11"**

| | |
|---|---|
| 223.79  SF Walls | 15.97  SF Ceiling |
| 239.76  SF Walls & Ceiling | 15.97  SF Floor |
| 1.77  SY Flooring | 20.50  LF Floor Perimeter |
| 20.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 103.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 239.76 SF | | 0.39 | 1.53 | 10.81 | 94.22 | 565.37 |
| 104.  Texture drywall - smooth / skim coat | 239.76 SF | | 0.00 | 0.77 | 1.76 | 37.28 | 223.66 |
| 105.  Seal/prime then paint the walls and ceiling (2 coats) | 239.76 SF | | 0.00 | 0.80 | 3.53 | 39.06 | 234.40 |
| 106.  Floor protection - corrugated cardboard and tape | 15.97 SF | | 0.43 | 0.00 | 0.28 | 1.44 | 8.59 |
| 107.  R&R Baseboard - 7" paint grade - 2 piece | 20.50 LF | | 0.57 | 5.89 | 4.70 | 27.44 | 164.58 |
| 108.  Paint baseboard, oversized - two coats | 20.50 LF | | 0.00 | 1.26 | 0.30 | 5.22 | 31.35 |
| 109.  Detach & Reset Bifold door set - Colonist - Double | 1.00 EA | 27.28 | 0.00 | 0.00 | 0.00 | 5.46 | 32.74 |
| 110.  R&R Casing - 5" - hardwood | 20.00 LF | | 0.50 | 4.56 | 6.33 | 21.50 | 129.03 |
| 111.  Paint casing - oversized - two coats | 20.00 LF | | 0.00 | 1.39 | 0.29 | 5.62 | 33.71 |
| 112.  Detach & Reset Shelving - 12" - in place | 62.00 LF | 7.27 | 0.00 | 0.00 | 0.11 | 90.16 | 541.01 |
| 113.  Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |
| Totals:  Office Closet | | | | | 28.11 | 340.12 | 2,040.74 |



**Bathroom 1**                                                                                   **Height: 10' 11"**

| | |
|---|---|
| 369.35 SF Walls | 59.58 SF Ceiling |
| 428.93 SF Walls & Ceiling | 59.58 SF Floor |
| 6.62 SY Flooring | 33.83 LF Floor Perimeter |
| 33.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 114. R&R 1/2" drywall - hung, taped, floated, ready for paint | 428.93 SF | | 0.39 | 1.53 | 19.34 | 168.58 | 1,011.46 |
| 115. Texture drywall - smooth / skim coat | 428.93 SF | | 0.00 | 0.77 | 3.16 | 66.70 | 400.14 |
| 116. Seal/prime then paint the walls and ceiling (2 coats) | 428.93 SF | | 0.00 | 0.80 | 6.31 | 69.88 | 419.33 |
| 117. Floor protection - corrugated cardboard and tape | 59.58 SF | | 0.43 | 0.00 | 1.04 | 5.32 | 31.98 |
| 118. R&R Baseboard - 4" w/ cap and shoe | 33.83 LF | | 0.49 | 5.99 | 6.60 | 45.16 | 270.98 |
| 119. Paint baseboard, oversized - two coats | 33.83 LF | | 0.00 | 1.26 | 0.50 | 8.62 | 51.75 |
| 120. Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 121. R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 122. Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 123. Vanity - Detach & reset | 5.75 LF | | 0.00 | 43.70 | 0.00 | 50.26 | 301.54 |
| 124. Detach & Reset Countertop - Granite | 10.97 SF | 19.16 | 0.00 | 0.00 | 0.00 | 42.04 | 252.23 |
| 125. R&R Travertine tile - Backsplash | 8.65 SF | | 2.42 | 9.64 | 4.85 | 21.84 | 131.01 |
| 126. R&R Travertine tile - Perimeter Base to 4'1 AFF | 31.99 SF | | 2.42 | 9.64 | 17.92 | 80.74 | 484.46 |
| 127. Towel bar - Detach & reset | 1.00 EA | | 0.00 | 13.98 | 0.00 | 2.80 | 16.78 |
| 128. Toilet paper holder - Detach & reset | 1.00 EA | | 0.00 | 14.75 | 0.00 | 2.96 | 17.71 |
| 129. Detach & Reset Robe hook | 1.00 EA | 7.68 | 0.00 | 0.00 | 0.00 | 1.54 | 9.22 |
| 130. Detach & Reset Towel ring | 2.00 EA | 15.38 | 0.00 | 0.00 | 0.00 | 6.16 | 36.92 |
| 131. Toilet - Detach & reset | 1.00 EA | | 0.00 | 189.46 | 0.52 | 38.00 | 227.98 |
| 132. Tub Surround Protection - corrugated cardboard and tape | 95.58 SF | | 0.00 | 0.49 | 1.67 | 9.70 | 58.20 |

All bath tile is assumed to be installed on moisture resistant type drywall or backer board and not regular drywall.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 133. Sink - single - Detach & reset | 1.00 EA | | 0.00 | 115.62 | 0.00 | 23.12 | 138.74 |
| 134. Detach & Reset Sink faucet - Bathroom | 1.00 EA | 93.06 | 0.00 | 0.00 | 0.00 | 18.62 | 111.68 |
| 135. R&R Switch | 3.00 EA | | 4.71 | 14.32 | 0.47 | 11.52 | 69.08 |
| 136. R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 4.71 | 28.66 | 1.35 | 6.96 | 41.68 |

**CONTINUED - Bathroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 137.  Clean Copper Wires | 4.00 EA | | 0.00 | 20.00 | 0.00 | 16.00 | 96.00 |
| 138.  Detach & Reset Recessed waterproof light fixture - trim only | 1.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 0.48 | 2.87 |
| 139.  Detach & Reset Recessed light fixture - trim only | 1.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 0.48 | 2.87 |
| 140.  Detach & Reset Light fixture - wall sconce | 2.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 17.20 | 103.18 |
| 141.  Detach & Reset Bathroom ventilation fan w/light | 1.00 EA | 52.53 | 0.00 | 0.00 | 0.00 | 10.50 | 63.03 |
| Totals:  Bathroom 1 | | | | | 75.07 | 785.54 | 4,712.92 |



**Linen 1**                                                                 **Height: 10' 11"**

| | | |
|---|---|---|
| 112.81 SF Walls | | 6.23 SF Ceiling |
| 119.03 SF Walls & Ceiling | | 6.23 SF Floor |
| 0.69 SY Flooring | | 10.33 LF Floor Perimeter |
| 10.33 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 142.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 119.03 SF | | 0.39 | 1.53 | 5.37 | 46.78 | 280.69 |
| 143.  Texture drywall - smooth / skim coat | 119.03 SF | | 0.00 | 0.77 | 0.88 | 18.52 | 111.05 |
| 144.  Seal/prime then paint the walls and ceiling (2 coats) | 119.03 SF | | 0.00 | 0.80 | 1.75 | 19.40 | 116.37 |
| 145.  Floor protection - corrugated cardboard and tape | 6.23 SF | | 0.43 | 0.00 | 0.11 | 0.56 | 3.35 |
| 146.  R&R Baseboard - 7" paint grade - 2 piece | 10.33 LF | | 0.57 | 5.89 | 2.37 | 13.82 | 82.92 |
| 147.  Paint baseboard, oversized - two coats | 10.33 LF | | 0.00 | 1.26 | 0.15 | 2.64 | 15.81 |
| 148.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 149.  R&R Casing - 5" - hardwood | 16.00 LF | | 0.50 | 4.56 | 5.06 | 17.22 | 103.24 |
| 150.  Paint casing - oversized - two coats | 16.00 LF | | 0.00 | 1.39 | 0.24 | 4.48 | 26.96 |
| 151.  Detach & Reset Shelving - 12" - in place | 22.75 LF | 7.27 | 0.00 | 0.00 | 0.04 | 33.08 | 198.51 |
| Totals:  Linen 1 | | | | | 16.05 | 170.74 | 1,024.32 |



**Laundry Room**                                                              **Height: 10' 11"**

356.61 SF Walls                          64.19 SF Ceiling
420.80 SF Walls & Ceiling                64.19 SF Floor
7.13 SY Flooring                         32.67 LF Floor Perimeter
32.67 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 152.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 420.80 SF | | 0.39 | 1.53 | 18.97 | 165.38 | 992.28 |
| 153.  Texture drywall - smooth / skim coat | 420.80 SF | | 0.00 | 0.77 | 3.10 | 65.42 | 392.54 |
| 154.  Seal/prime then paint the walls and ceiling (2 coats) | 420.80 SF | | 0.00 | 0.80 | 6.19 | 68.56 | 411.39 |
| 155.  Floor protection - corrugated cardboard and tape | 64.19 SF | | 0.43 | 0.00 | 1.12 | 5.74 | 34.46 |
| 156.  R&R Baseboard - 7" paint grade - 2 piece | 32.67 LF | | 0.57 | 5.89 | 7.48 | 43.70 | 262.23 |
| 157.  Paint baseboard, oversized - two coats | 32.67 LF | | 0.00 | 1.26 | 0.48 | 8.34 | 49.98 |
| 158.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 159.  R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 160.  Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 161.  R&R Crown molding - 3-piece | 32.67 LF | | 1.45 | 12.25 | 11.57 | 91.84 | 550.99 |
| 162.  Paint crown molding - two coats | 32.67 LF | | 0.00 | 1.21 | 0.33 | 7.96 | 47.82 |
| 163.  R&R Window trim set (casing & stop) | 19.67 LF | | 0.50 | 3.73 | 2.12 | 17.06 | 102.39 |
| 164.  Seal & paint casing - oversized - two coats | 19.67 LF | | 0.00 | 1.43 | 0.25 | 5.68 | 34.06 |
| 165.  Detach & Reset Cabinetry - upper (wall) units | 9.67 LF | 50.80 | 0.00 | 0.00 | 0.00 | 98.24 | 589.48 |
| 166.  Detach & Reset Laundry tub | 1.00 EA | 288.58 | 0.00 | 0.00 | 0.00 | 57.72 | 346.30 |
| 167.  Laundry Tub Faucet - Detach & reset | 1.00 EA | | 0.00 | 117.22 | 0.00 | 23.44 | 140.66 |
| 168.  Detach & Reset Washer/Washing Machine | 1.00 EA | 27.54 | 0.00 | 0.00 | 0.00 | 5.50 | 33.04 |
| 169.  R&R Dryer - Detach & reset | 1.00 EA | | 0.00 | 24.80 | 0.00 | 4.96 | 29.76 |
| 170.  R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 171.  R&R Outlet | 2.00 EA | | 4.71 | 14.06 | 0.27 | 7.56 | 45.37 |
| 172.  R&R 220 volt outlet | 1.00 EA | | 4.86 | 26.97 | 0.77 | 6.54 | 39.14 |
| 173.  Clean Copper Wires | 4.00 EA | | 0.00 | 20.00 | 0.00 | 16.00 | 96.00 |
| 174.  Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |

**CONTINUED - Laundry Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals:  Laundry Room | | | | | 64.15 | 776.56 | 4,659.32 |



**Media Room**                                       **Height: 10' 11"**

| | |
|---|---|
| 718.68  SF Walls | 244.48  SF Ceiling |
| 963.16  SF Walls & Ceiling | 244.48  SF Floor |
| 27.16  SY Flooring | 65.83  LF Floor Perimeter |
| 65.83  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 175.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 963.16  SF | | 0.39 | 1.53 | 43.42 | 378.52 | 2,271.20 |
| 176.  Texture drywall - smooth / skim coat | 963.16  SF | | 0.00 | 0.77 | 7.09 | 149.74 | 898.46 |
| 177.  Seal/prime then paint the walls and ceiling (2 coats) | 963.16  SF | | 0.00 | 0.80 | 14.18 | 156.94 | 941.65 |
| 178.  Floor protection - corrugated cardboard and tape | 244.48  SF | | 0.43 | 0.00 | 4.27 | 21.88 | 131.28 |
| 179.  R&R Baseboard - 7" paint grade - 2 piece | 65.83  LF | | 0.57 | 5.89 | 15.08 | 88.06 | 528.40 |
| 180.  Paint baseboard, oversized - two coats | 65.83  LF | | 0.00 | 1.26 | 0.97 | 16.80 | 100.72 |
| 181.  Interior door - Detach & reset | 1.00  EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 182.  R&R Casing - 5" - hardwood | 34.00  LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 183.  Paint casing - oversized - two coats | 34.00  LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 184.  R&R Crown molding - 3-piece | 65.83  LF | | 1.45 | 12.25 | 23.32 | 185.04 | 1,110.23 |
| 185.  Paint crown molding - two coats | 65.83  LF | | 0.00 | 1.21 | 0.67 | 16.08 | 96.40 |
| 186.  R&R Switch | 2.00  EA | | 4.71 | 14.32 | 0.31 | 7.66 | 46.03 |
| 187.  R&R Outlet | 6.00  EA | | 4.71 | 14.06 | 0.80 | 22.70 | 136.12 |
| 188.  Clean Copper Wires | 8.00  EA | | 0.00 | 20.00 | 0.00 | 32.00 | 192.00 |
| 189.  R&R Phone, TV, or speaker outlet | 4.00  EA | | 4.54 | 16.50 | 1.96 | 17.24 | 103.36 |
| 190.  Detach & Reset In-wall / In-ceiling speaker | 5.00  EA | 15.52 | 0.00 | 0.00 | 0.00 | 15.52 | 93.12 |
| 191.  Detach & Reset Recessed light fixture - trim only | 9.00  EA | 2.39 | 0.00 | 0.00 | 0.00 | 4.30 | 25.81 |
| 192.  Detach & Reset Light fixture - wall sconce | 3.00  EA | 42.99 | 0.00 | 0.00 | 0.00 | 25.80 | 154.77 |
| 193.  R&R Smoke detector | 1.00  EA | | 10.76 | 50.60 | 1.88 | 12.66 | 75.90 |
| Totals:  Media Room | | | | | 125.29 | 1,211.30 | 7,267.55 |



**Living Room**                                                                           **Height: 22' 5"**

| | |
|---|---|
| 1,718.61 SF Walls | 466.13 SF Ceiling |
| 2,184.74 SF Walls & Ceiling | 466.13 SF Floor |
| 51.79 SY Flooring | 61.15 LF Floor Perimeter |
| 83.24 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 6' X 6' 8" | **Opens into KITCHEN2** |
| **Missing Wall - Goes to Floor** | 16' 1" X 6' 8" | **Opens into HALL** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 194. R&R 1/2" drywall - hung, taped, floated, ready for paint | 2,184.74 SF | | 0.39 | 1.53 | 98.49 | 858.66 | 5,151.85 |
| 195. Texture drywall - smooth / skim coat | 2,184.74 SF | | 0.00 | 0.77 | 16.08 | 339.68 | 2,038.01 |
| 196. Seal/prime then paint the walls and ceiling (2 coats) | 2,184.74 SF | | 0.00 | 0.80 | 32.16 | 356.00 | 2,135.95 |
| 197. Floor protection - corrugated cardboard and tape | 466.13 SF | | 0.43 | 0.00 | 8.15 | 41.72 | 250.31 |
| 198. R&R Baseboard - 7" paint grade - 2 piece | 61.15 LF | | 0.57 | 5.89 | 14.01 | 81.82 | 490.86 |
| 199. Paint baseboard, oversized - two coats | 61.15 LF | | 0.00 | 1.26 | 0.90 | 15.60 | 93.55 |
| 200. R&R Window trim set (casing & stop) | 224.00 LF | | 0.50 | 3.73 | 24.11 | 194.32 | 1,165.95 |
| 201. Seal & paint casing - oversized - two coats | 224.00 LF | | 0.00 | 1.43 | 2.89 | 64.64 | 387.85 |
| 202. R&R Crown molding - 9" Plaster | 83.24 LF | | 0.65 | 11.85 | 63.33 | 220.76 | 1,324.59 |
| 203. Paint crown molding - two coats | 83.24 LF | | 0.00 | 1.21 | 0.84 | 20.30 | 121.86 |
| 204. Brick Fireplace Surround Protection - corrugated cardboard and tape | 358.67 SF | | 0.00 | 0.49 | 6.27 | 36.42 | 218.44 |
| 205. R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 206. R&R Outlet | 6.00 EA | | 4.71 | 14.06 | 0.80 | 22.70 | 136.12 |
| 207. Outlet - Floor mounted - brass w/cover - double - 20 amp | 1.00 EA | | 0.00 | 71.38 | 5.54 | 15.38 | 92.30 |
| 208. Clean Copper Wires | 8.00 EA | | 0.00 | 20.00 | 0.00 | 32.00 | 192.00 |
| 209. Detach & Reset Door bell/chime | 1.00 EA | 40.65 | 0.00 | 0.00 | 0.00 | 8.14 | 48.79 |
| 210. Detach & Reset In-wall / In-ceiling speaker | 2.00 EA | 15.52 | 0.00 | 0.00 | 0.00 | 6.20 | 37.24 |
| 211. Detach & Reset Recessed light fixture - trim only | 16.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 7.64 | 45.88 |

Totals: Living Room                                                              273.73       2,325.82      13,954.58



| **Kitchen** | | | | | | **Height: 10' 11''** |
|---|---|---|---|---|---|---|

| 769.65 SF Walls | 365.39 SF Ceiling |
|---|---|
| 1,135.04 SF Walls & Ceiling | 365.39 SF Floor |
| 40.60 SY Flooring | 68.17 LF Floor Perimeter |
| 74.17 LF Ceil. Perimeter | |

**Missing Wall**  3' 4'' X 10' 11''   Opens into PANTRY_HALL

**Missing Wall - Goes to Floor**  6' X 6' 8''   Opens into LIVING_ROOM

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 212.  R&R 1/2'' drywall - hung, taped, floated, ready for paint | 1,135.04 SF | | 0.39 | 1.53 | 51.17 | 446.10 | 2,676.55 |
| 213.  Texture drywall - smooth / skim coat | 1,135.04 SF | | 0.00 | 0.77 | 8.35 | 176.48 | 1,058.81 |
| 214.  Seal/prime then paint the walls and ceiling (2 coats) | 1,135.04 SF | | 0.00 | 0.80 | 16.71 | 184.94 | 1,109.68 |
| 215.  Floor protection - corrugated cardboard and tape | 365.39 SF | | 0.43 | 0.00 | 6.39 | 32.70 | 196.21 |
| 216.  R&R Baseboard - 7'' paint grade - 2 piece | 68.17 LF | | 0.57 | 5.89 | 15.62 | 91.20 | 547.20 |
| 217.  Paint baseboard, oversized - two coats | 68.17 LF | | 0.00 | 1.26 | 1.00 | 17.38 | 104.27 |
| 218.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 219.  R&R Casing - 5'' - hardwood | 57.00 LF | | 0.50 | 4.56 | 18.04 | 61.28 | 367.74 |
| 220.  Paint casing - oversized - two coats | 57.00 LF | | 0.00 | 1.39 | 0.84 | 16.00 | 96.07 |
| 221.  R&R Crown molding - 3-piece | 74.17 LF | | 1.45 | 12.25 | 26.27 | 208.50 | 1,250.90 |
| 222.  Paint crown molding - two coats | 74.17 LF | | 0.00 | 1.21 | 0.75 | 18.12 | 108.62 |
| 223.  R&R Window trim set (casing & stop) | 17.17 LF | | 0.50 | 3.73 | 1.85 | 14.90 | 89.38 |
| 224.  Seal & paint casing - oversized - two coats | 17.17 LF | | 0.00 | 1.43 | 0.22 | 4.96 | 29.73 |
| 225.  Detach & Reset Cabinetry - lower (base) units | 19.33 LF | 59.40 | 0.00 | 0.00 | 0.00 | 229.64 | 1,377.84 |
| 226.  Detach & Reset Cabinetry - upper (wall) units | 12.58 LF | 50.80 | 0.00 | 0.00 | 0.00 | 127.82 | 766.88 |
| 227.  Detach & Reset Cabinetry - full height unit | 2.83 LF | 59.13 | 0.00 | 0.00 | 0.00 | 33.46 | 200.80 |
| 228.  Detach & Reset Countertop - Granite | 40.28 SF | 22.27 | 0.00 | 0.00 | 0.00 | 179.40 | 1,076.44 |
| 229.  R&R Tile Backsplash | 29.00 SF | | 1.74 | 8.38 | 10.78 | 60.86 | 365.12 |
| 230.  Island Protection - corrugated cardboard and tape | 95.58 SF | | 0.00 | 0.49 | 1.67 | 9.70 | 58.20 |
| 231.  Detach & Reset Sink faucet - Kitchen | 2.00 EA | 117.22 | 0.00 | 0.00 | 0.00 | 46.88 | 281.32 |
| 232.  Detach & Reset Sink - double | 1.00 EA | 155.61 | 0.00 | 0.00 | 0.00 | 31.12 | 186.73 |

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 233. Detach & Reset Sink - single | 1.00 EA | 145.62 | 0.00 | 0.00 | 0.00 | 29.12 | 174.74 |
| 234. Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 33.07 | 0.00 | 6.62 | 39.69 |
| 235. Detach & Reset Garbage disposer | 1.00 EA | 156.60 | 0.00 | 0.00 | 0.00 | 31.32 | 187.92 |
| 236. Range - gas - Remove & reset | 1.00 EA | | 0.00 | 156.60 | 0.00 | 31.32 | 187.92 |
| 237. Detach & Reset Built-in oven | 1.00 EA | 175.49 | 0.00 | 0.00 | 0.00 | 35.10 | 210.59 |
| 238. Detach & Reset Range hood | 1.00 EA | 76.30 | 0.00 | 0.00 | 0.00 | 15.26 | 91.56 |
| 239. R&R Dishwasher - Detach & reset | 1.00 EA | | 0.00 | 266.39 | 0.00 | 53.28 | 319.67 |
| 240. R&R Switch | 5.00 EA | | 4.71 | 14.32 | 0.79 | 19.20 | 115.14 |
| 241. R&R Outlet | 6.00 EA | | 4.71 | 14.06 | 0.80 | 22.70 | 136.12 |
| 242. R&R Ground fault interrupter (GFI) outlet | 5.00 EA | | 4.71 | 28.66 | 6.74 | 34.72 | 208.31 |
| 243. R&R 220 volt outlet | 1.00 EA | | 4.86 | 26.97 | 0.77 | 6.54 | 39.14 |
| 244. Clean Copper Wires | 17.00 EA | | 0.00 | 20.00 | 0.00 | 68.00 | 408.00 |
| 245. Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |
| 246. R&R Phone, TV, or speaker outlet | 4.00 EA | | 4.54 | 16.50 | 1.96 | 17.24 | 103.36 |
| 247. Detach & Reset Recessed light fixture - trim only | 9.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 4.30 | 25.81 |
| 248. Detach & Reset Hanging light fixture | 4.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 34.40 | 206.36 |
| 249. Detach & Reset In-wall / In-ceiling speaker | 2.00 EA | 15.52 | 0.00 | 0.00 | 0.00 | 6.20 | 37.24 |

| Totals: Kitchen | | | | | 170.80 | 2,433.72 | 14,601.78 |
|---|---|---|---|---|---|---|---|



**Garage**                                          **Height: 10' 9"**

1,153.83  SF Walls                    572.64  SF Ceiling
1,726.47  SF Walls & Ceiling          572.64  SF Floor
   63.63  SY Flooring                 107.33  LF Floor Perimeter
  107.33  LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 250. R&R 1/2" drywall - hung, taped, floated, ready for paint | 1,726.47 SF | | 0.39 | 1.53 | 77.83 | 678.52 | 4,071.17 |
| 251. Texture drywall - smooth / skim coat | 1,726.47 SF | | 0.00 | 0.77 | 12.71 | 268.42 | 1,610.51 |
| 252. Seal/prime then paint the walls and ceiling (2 coats) | 1,726.47 SF | | 0.00 | 0.80 | 25.41 | 281.32 | 1,687.91 |

**CONTINUED - Garage**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 253. Floor protection - corrugated cardboard and tape | 572.64 SF | | 0.43 | 0.00 | 10.01 | 51.24 | 307.49 |
| 254. R&R Baseboard - 7" paint grade - 2 piece | 107.33 LF | | 0.57 | 5.89 | 24.59 | 143.60 | 861.54 |
| 255. Paint baseboard, oversized - two coats | 107.33 LF | | 0.00 | 1.26 | 1.58 | 27.36 | 164.18 |
| 256. Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 257. R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 258. Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 259. Detach & Reset Shelving - 12" - in place | 16.00 LF | 7.27 | 0.00 | 0.00 | 0.03 | 23.26 | 139.61 |
| 260. Detach & Reset Overhead (garage) door opener | 2.00 EA | 234.89 | 0.00 | 0.00 | 0.00 | 93.96 | 563.74 |
| 261. Install Overhead door track - Detach and reset | 80.00 LF | | 0.00 | 5.12 | 0.00 | 81.92 | 491.52 |
| 262. Install Overhead Door - Detach and reset | 2.00 EA | | 0.00 | 250.03 | 0.00 | 100.02 | 600.08 |
| 263. Detach & Reset Laundry tub | 1.00 EA | 288.58 | 0.00 | 0.00 | 0.00 | 57.72 | 346.30 |
| 264. Detach & Reset Sink faucet - Kitchen | 1.00 EA | 117.22 | 0.00 | 0.00 | 0.00 | 23.44 | 140.66 |
| 265. R&R Circuit breaker - 110 volt - single pole | 20.00 EA | | 8.79 | 27.11 | 11.59 | 145.92 | 875.51 |
| 266. R&R Outlet | 5.00 EA | | 4.71 | 14.06 | 0.67 | 18.92 | 113.44 |
| 267. Clean Copper Wires | 5.00 EA | | 0.00 | 20.00 | 0.00 | 20.00 | 120.00 |
| 268. Detach & Reset Fluorescent light fixture | 4.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 50.86 | 305.18 |

| Totals: Garage | | | | | 175.76 | 2,126.84 | 12,760.94 |



**Pantry Hall**                                            **Height: 10' 11"**

| | | |
|---|---|---|
| 172.61 SF Walls | | 27.67 SF Ceiling |
| 200.28 SF Walls & Ceiling | | 27.67 SF Floor |
| 3.07 SY Flooring | | 14.42 LF Floor Perimeter |
| 18.00 LF Ceil. Perimeter | | |

**Missing Wall**             3' 4" X 10' 11"             **Opens into KITCHEN2**

**Missing Wall - Goes to Floor**      3' 7" X 6' 8"             **Opens into DINING_ROOM**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 269. R&R 1/2" drywall - hung, taped, floated, ready for paint | 200.28 SF | | 0.39 | 1.53 | 9.03 | 78.70 | 472.27 |

**CONTINUED - Pantry Hall**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 270.  Texture drywall - smooth / skim coat | 200.28 SF | | 0.00 | 0.77 | 1.47 | 31.14 | 186.83 |
| 271.  Seal/prime then paint the walls and ceiling (2 coats) | 200.28 SF | | 0.00 | 0.80 | 2.95 | 32.64 | 195.81 |
| 272.  Floor protection - corrugated cardboard and tape | 27.67 SF | | 0.43 | 0.00 | 0.48 | 2.48 | 14.86 |
| 273.  R&R Baseboard - 7" paint grade - 2 piece | 14.42 LF | | 0.57 | 5.89 | 3.30 | 19.28 | 115.73 |
| 274.  Paint baseboard, oversized - two coats | 14.42 LF | | 0.00 | 1.26 | 0.21 | 3.68 | 22.06 |
| 275.  R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 276.  Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 277.  R&R Crown molding - 3-piece | 18.00 LF | | 1.45 | 12.25 | 6.38 | 50.60 | 303.58 |
| 278.  Paint crown molding - two coats | 18.00 LF | | 0.00 | 1.21 | 0.18 | 4.40 | 26.36 |
| 279.  R&R Outlet | 1.00 EA | | 4.71 | 14.06 | 0.13 | 3.78 | 22.68 |
| 280.  Clean Copper Wires | 1.00 EA | | 0.00 | 20.00 | 0.00 | 4.00 | 24.00 |
| 281.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| Totals:  Pantry Hall | | | | | 35.39 | 285.42 | 1,712.45 |
|---|---|---|---|---|---|---|---|

**Pantry**                                                                                    **Height: 10' 11"**



| | |
|---|---|
| 312.94  SF Walls | 44.69  SF Ceiling |
| 357.63  SF Walls & Ceiling | 44.69  SF Floor |
| 4.97  SY Flooring | 28.67  LF Floor Perimeter |
| 28.67  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 282.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 357.63 SF | | 0.39 | 1.53 | 16.12 | 140.56 | 843.33 |
| 283.  Texture drywall - smooth / skim coat | 357.63 SF | | 0.00 | 0.77 | 2.63 | 55.60 | 333.61 |
| 284.  Seal/prime then paint the walls and ceiling (2 coats) | 357.63 SF | | 0.00 | 0.80 | 5.26 | 58.28 | 349.64 |
| 285.  Floor protection - corrugated cardboard and tape | 44.69 SF | | 0.43 | 0.00 | 0.78 | 4.00 | 24.00 |
| 286.  R&R Baseboard - 7" paint grade - 2 piece | 28.67 LF | | 0.57 | 5.89 | 6.57 | 38.36 | 230.14 |
| 287.  Paint baseboard, oversized - two coats | 28.67 LF | | 0.00 | 1.26 | 0.42 | 7.30 | 43.84 |
| 288.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |

**CONTINUED - Pantry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 289.  R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 290.  Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 291.  Detach & Reset Shelving - 12" - in place | 72.00 LF | 7.27 | 0.00 | 0.00 | 0.13 | 104.70 | 628.27 |
| 292.  R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 293.  Clean Copper Wires | 1.00 EA | | 0.00 | 20.00 | 0.00 | 4.00 | 24.00 |
| 294.  Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Pantry | | | | | 43.41 | 489.72 | 2,938.26 |



| Dining Room | | | | | | Height: 10' 11" | |
|---|---|---|---|---|---|---|---|

540.93  SF Walls               193.33  SF Ceiling
734.26  SF Walls & Ceiling       193.33  SF Floor
21.48  SY Flooring              45.33  LF Floor Perimeter
56.17  LF Ceil. Perimeter

**Missing Wall - Goes to Floor**       7' 3" X 6' 8"       **Opens into FOYER_ENTRY**
**Missing Wall - Goes to Floor**       3' 7" X 6' 8"       **Opens into PANTRY_HALL**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 295.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 734.26 SF | | 0.39 | 1.53 | 33.10 | 288.58 | 1,731.46 |
| 296.  Texture drywall - smooth / skim coat | 734.26 SF | | 0.00 | 0.77 | 5.40 | 114.16 | 684.94 |
| 297.  Seal/prime then paint the walls and ceiling (2 coats) | 734.26 SF | | 0.00 | 0.80 | 10.81 | 119.64 | 717.86 |
| 298.  Floor protection - corrugated cardboard and tape | 193.33 SF | | 0.43 | 0.00 | 3.38 | 17.30 | 103.81 |
| 299.  R&R Baseboard - 7" paint grade - 2 piece | 45.33 LF | | 0.57 | 5.89 | 10.38 | 60.64 | 363.85 |
| 300.  Paint baseboard, oversized - two coats | 45.33 LF | | 0.00 | 1.26 | 0.67 | 11.56 | 69.35 |
| 301.  R&R Window trim set (casing & stop) | 185.56 LF | | 0.50 | 3.73 | 19.97 | 160.98 | 965.87 |
| 302.  Seal & paint casing - oversized - two coats | 185.56 LF | | 0.00 | 1.43 | 2.39 | 53.56 | 321.30 |
| 303.  R&R Crown molding - 9" Plaster | 56.17 LF | | 0.65 | 11.85 | 42.74 | 148.96 | 893.82 |
| 304.  Paint crown molding - two coats | 56.17 LF | | 0.00 | 1.21 | 0.57 | 13.72 | 82.26 |
| 305.  R&R Ceiling medallion - molded polymer | 1.00 EA | | 12.09 | 224.31 | 9.95 | 49.28 | 295.63 |
| 306.  Paint ceiling medallion | 1.00 EA | | 0.00 | 39.56 | 0.36 | 8.00 | 47.92 |

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 307.  Chandelier - crystal or oversized - Detach & reset | 1.00 EA | | 0.00 | 321.17 | 0.00 | 64.24 | 385.41 |
| 308.  R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 309.  R&R Outlet | 6.00 EA | | 4.71 | 14.06 | 0.80 | 22.70 | 136.12 |
| 310.  Outlet - Floor mounted - brass w/cover - double - 20 amp | 1.00 EA | | 0.00 | 71.38 | 5.54 | 15.38 | 92.30 |
| 311.  Clean Copper Wires | 8.00 EA | | 0.00 | 20.00 | 0.00 | 32.00 | 192.00 |
| 312.  Detach & Reset Recessed light fixture - trim only | 4.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 1.92 | 11.48 |

| Totals:  Dining Room | | | | | 146.22 | 1,186.46 | 7,118.41 |
|---|---|---|---|---|---|---|---|



**AHU 2**                                                                                          **Height: 10' 11"**

| 114.63  SF Walls | 6.75  SF Ceiling |
|---|---|
| 121.38  SF Walls & Ceiling | 6.75  SF Floor |
| 0.75  SY Flooring | 10.50  LF Floor Perimeter |
| 10.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 313.  R&R Casing - 5" - hardwood | 16.00 LF | | 0.50 | 4.56 | 5.06 | 17.22 | 103.24 |
| 314.  Paint casing - oversized - two coats | 16.00 LF | | 0.00 | 1.39 | 0.24 | 4.48 | 26.96 |
| 315.  R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 316.  Clean Copper Wires | 1.00 EA | | 0.00 | 20.00 | 0.00 | 4.00 | 24.00 |
| 317.  Air handler - with heat element - Detach & reset | 1.00 EA | | 0.00 | 847.22 | 0.00 | 169.44 | 1,016.66 |

| Totals:  AHU 2 | | | | | 5.46 | 198.98 | 1,193.89 |
|---|---|---|---|---|---|---|---|

**Cabana Bath**                                                                                    **Height: 10'**

| 336.67  SF Walls | 55.50  SF Ceiling |
|---|---|
| 392.17  SF Walls & Ceiling | 55.50  SF Floor |
| 6.17  SY Flooring | 33.67  LF Floor Perimeter |
| 33.67  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 318.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 392.17 SF | | 0.39 | 1.53 | 17.68 | 154.14 | 924.79 |

**CONTINUED - Cabana Bath**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 319.  Texture drywall - smooth / skim coat | 392.17 SF | | 0.00 | 0.77 | 2.89 | 60.98 | 365.84 |
| 320.  Seal/prime then paint the walls and ceiling (2 coats) | 392.17 SF | | 0.00 | 0.80 | 5.77 | 63.90 | 383.41 |
| 321.  Floor protection - corrugated cardboard and tape | 55.50 SF | | 0.43 | 0.00 | 0.97 | 4.98 | 29.82 |
| 322.  R&R Baseboard - 4" w/ cap and shoe | 33.67 LF | | 0.49 | 5.99 | 6.57 | 44.96 | 269.71 |
| 323.  Paint baseboard, oversized - two coats | 33.67 LF | | 0.00 | 1.26 | 0.50 | 8.58 | 51.50 |
| 324.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.10 | 0.08 | 14.24 | 85.42 |
| 325.  R&R Casing - 5" - hardwood | 34.00 LF | | 0.50 | 4.56 | 10.76 | 36.56 | 219.36 |
| 326.  Paint casing - oversized - two coats | 34.00 LF | | 0.00 | 1.39 | 0.50 | 9.56 | 57.32 |
| 327.  Vanity - Detach & reset | 5.75 LF | | 0.00 | 43.70 | 0.00 | 50.26 | 301.54 |
| 328.  Detach & Reset Countertop - Granite | 10.97 SF | 19.16 | 0.00 | 0.00 | 0.00 | 42.04 | 252.23 |
| 329.  R&R Travertine tile - Perimeter Base to 4'2 AFF | 70.83 SF | | 2.42 | 9.64 | 39.68 | 178.78 | 1,072.67 |
| 330.  Towel bar - Detach & reset | 1.00 EA | | 0.00 | 13.98 | 0.00 | 2.80 | 16.78 |
| 331.  Toilet paper holder - Detach & reset | 1.00 EA | | 0.00 | 14.75 | 0.00 | 2.96 | 17.71 |
| 332.  Shower Surround Protection - corrugated cardboard and tape | 88.75 SF | | 0.00 | 0.49 | 1.55 | 9.02 | 54.06 |

All bath tile is assumed to be installed on moisture resistant type drywall or backer board and not regular drywall.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 333.  Detach & Reset Pedestal sink | 1.00 EA | 276.04 | 0.00 | 0.00 | 0.00 | 55.20 | 331.24 |
| 334.  Detach & Reset Sink faucet - Bathroom | 1.00 EA | 93.06 | 0.00 | 0.00 | 0.00 | 18.62 | 111.68 |
| 335.  Detach & Reset Toilet | 1.00 EA | 237.17 | 0.00 | 0.00 | 0.52 | 47.54 | 285.23 |
| 336.  R&R Mirror - 1/4" plate glass | 3.00 SF | | 0.27 | 13.21 | 2.45 | 8.58 | 51.47 |
| 337.  R&R Switch | 1.00 EA | | 4.71 | 14.32 | 0.16 | 3.84 | 23.03 |
| 338.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 4.71 | 28.66 | 1.35 | 6.96 | 41.68 |
| 339.  Clean Copper Wires | 2.00 EA | | 0.00 | 20.00 | 0.00 | 8.00 | 48.00 |
| 340.  Detach & Reset Recessed waterproof light fixture - trim only | 1.00 EA | 2.39 | 0.00 | 0.00 | 0.00 | 0.48 | 2.87 |
| 341.  Detach & Reset Light fixture - wall sconce | 2.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 17.20 | 103.18 |
| 342.  Detach & Reset Bathroom ventilation fan | 1.00 EA | 46.57 | 0.00 | 0.00 | 0.00 | 9.32 | 55.89 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Cabana Bath | | | | | 91.43 | 859.50 | 5,156.43 |
| Total: Main Level | | | | | **1,788.35** | **17,855.32** | **107,128.36** |

**Line Item Totals: 4-GHARIB-LA**                                    **1,866.97     20,367.16     122,199.38**

## Grand Total Areas:

| | | |
|---|---|---|
| 9,957.47  SF Walls | 2,772.26  SF Ceiling | 12,729.73  SF Walls and Ceiling |
| 2,772.26  SF Floor | 308.03  SY Flooring | 745.57  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 821.07  LF Ceil. Perimeter |
| | | |
| 2,772.26  Floor Area | 2,958.83  Total Area | 9,957.47  Interior Wall Area |
| 4,038.83  Exterior Wall Area | 297.33  Exterior Perimeter of Walls | |
| | | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

## Summary

| | |
|---|---:|
| Line Item Total | 99,965.25 |
| Material Sales Tax | 1,866.97 |
| Subtotal | 101,832.22 |
| Overhead | 10,183.58 |
| Profit | 10,183.58 |
| **Replacement Cost Value** | **$122,199.38** |
| **Net Claim** | **$122,199.38** |

Stephen Hansen

## Recap by Room

**Estimate: 4-GHARIB-LA**

| | | |
|---|---:|---:|
| **General Requirements** | **12,480.56** | **12.48%** |
| | | |
| **Area: Main Level** | | |
| **Foyer/Entry** | **8,050.21** | **8.05%** |
| **Foyer Hall** | **489.13** | **0.49%** |
| **Understair Closet** | **1,571.66** | **1.57%** |
| **Hall** | **4,024.71** | **4.03%** |
| **Office Hall** | **1,715.48** | **1.72%** |
| **AHU 1** | **989.45** | **0.99%** |
| **Office** | **5,944.05** | **5.95%** |
| **Office Closet** | **1,672.51** | **1.67%** |
| **Bathroom 1** | **3,852.31** | **3.85%** |
| **Linen 1** | **837.53** | **0.84%** |
| **Laundry Room** | **3,818.61** | **3.82%** |
| **Media Room** | **5,930.96** | **5.93%** |
| **Living Room** | **11,355.03** | **11.36%** |
| **Kitchen** | **11,997.26** | **12.00%** |
| **Garage** | **10,458.34** | **10.46%** |
| **Pantry Hall** | **1,391.64** | **1.39%** |
| **Pantry** | **2,405.13** | **2.41%** |
| **Dining Room** | **5,785.73** | **5.79%** |
| **AHU 2** | **989.45** | **0.99%** |
| **Cabana Bath** | **4,205.50** | **4.21%** |
| | | |
| **Area Subtotal:  Main Level** | **87,484.69** | **87.52%** |
| **Subtotal of Areas** | **99,965.25** | **100.00%** |
| | | |
| **Total** | **99,965.25** | **100.00%** |