UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

**MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING APPLICATION OF THE COURT'S "GENERAL FINDINGS" IN ITS APRIL 21, 2017 FINDINGS OF FACT & CONCLUSIONS OF LAW (Rec. Doc. 20741) <u>FILED BY PLAINTIFFS, JAWAD & FATME GHARIB</u>**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs, Jawad and Fatme Gharib (the "Gharibs"), hereby move for partial summary judgment regarding application of the Court's findings in *Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing* (Rec. Doc. 20741. Specifically, the Gharibs' seek a judgment stating that the Court's findings under Section III, entitled "GENERAL FINDINGS ON CHINESE DRYWALL" in paragraph #s 1 through 17 of its *Findings of Fact & Conclusions of Law Related to the June 9, 2015 Damages Hearing* (Rec. Doc. 20741). As more fully explained in the accompanying Memorandum in Support, all of these findings are well-established and consistent with previous rulings of the Court and should therefore be considered the law of the case.

Accordingly, there is no dispute as to any related material issue and judgment should be granted as a matter of law applying these findings to the instant matter.

Respectfully submitted,

CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing* .
      Peter E. Castaing, #35019
      Edward J. Castaing, Jr. #4022
      Pan American Life Center
      601 Poydras Street, Suite 2323
      New Orleans, LA 70130
      Telephone: (504) 581-7700
      Facsimile: (504) 581-5523
      pcastaing@cclhlaw.com
      ecastaing@cclhlaw.com

*Counsel for Jawad Gharib and Fatme Gharib*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

      /s/ *Peter E. Castaing*
      Attorney