UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

**NOTICE OF SUBMISSION**

**PLEASE TAKE** NOTICE that the undersigned will bring Defendants, Knauf Gips KG and Knauf Tianjin, before Hon. Eldon Fallon, United States District Judge, on the **15th day of March, at 9:00 a.m.**

**MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING APPLICATION OF THE COURT'S "GENERAL FINDINGS" IN ITS APRIL 21, 2017 FINDINGS OF FACT & CONCLUSIONS OF LAW (Rec. Doc. 20741) FILED BY PLAINTIFFS, JAWAD & FATME GHARIB**

        Respectfully submitted,
        CRULL, CASTAING & LILLY

    BY: */s/ Peter E. Castaing* .
        Peter E. Castaing, #35019
        Edward J. Castaing, Jr. #4022
        Pan American Life Center
        601 Poydras Street, Suite 2323
        New Orleans, LA 70130
        Telephone: (504) 581-7700
        Facsimile: (504) 581-5523
        pcastaing@cclhlaw.com
        ecastaing@cclhlaw.com

        ***Counsel for Jawad Gharib and Fatme Gharib***

## CERTIFICATE OF SERVICE

    I hereby certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Peter E. Castaing*
Attorney
