## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
|---|---|
| This document relates to: Case No. 20-cv-3264 | JUDGE ELDON FALLON MAGISTRATE NORTH |

**MOTION IN LIMINE**
**TO EXCLUDE THE EXPERT TESTIMONY AND REMEDIATION COST ESTIMATES OF DEFENSE CONSULTANT, PHILLIP A. ADAMS**

NOW INTO COURT come Plaintiffs, Jawad and Fatme Gharib, who upon suggesting to the Court, that as is more fully set forth in the attached Memorandum in Support, its Motion in Limine to Exclude Expert Testimony and Remediation Cost Estimates of Defense Consultant, Phillip A. Adams, should be granted on the basis that Mr. Adams intends to provide testimony and opinions that are unreliable and directly contrary to the Court's prior rulings in MDL-2047.

Accordingly, the Gharibs are entitled to an order prohibiting Mr. Adams from testifying at trial and excluding his remediation cost estimates.

Respectfully submitted,

CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing* .
Peter E. Castaing, #35019
Edward J. Castaing, Jr. #4022
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
pcastaing@cclhlaw.com
ecastaing@cclhlaw.com

*Counsel for Jawad Gharib and Fatme Gharib*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Peter E. Castaing*
Attorney