

June 6, 2019

Fishman Haygood LLP
201 St. Charles Ave. 46th Floor
New Orleans, LA 70170
Attn: Kerry Miller

RE: Phase 1 Inspection -   4 Beresford Drive, Metairie, LA
                          Thursday, June 6, 2019

Dear Mr. Miller,

The Phase 1 Inspection Protocol performed by Moss and Associates at the above location and date found the following information:

**Overall Findings**
The home was determined to be a KPT property. No other CDW was observed in the home during the visual inspection. The calculated KPT percentage for the home is: 90%.

**Summary of Drywall Materials**
KPT was identified in the 1st floor walls of the home. One (1) board with no visible markings was observed in the Media Room.

**Environmental Conditions**
Moss and Associates detected a slight CDW type odor upon entering the home. All of the examined outlet ground wires were observed to be either black or dull. The Bathroom fixtures were pitted. The HVAC Refrigerant linesets were black. The homeowner advised that this home was built in 2004-2005 prior to the Katrina Hurricane. The ground floor experienced water damage during Katrina. The ground floor was renovated/repaired at that time.

This Phase 1 Inspection report relies on observations of a representative sample of drywall boards - rather than a detailed board-by-board survey.

Sincerely,


Philip A. Adams
Sr. Project Manager

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

Exh. 2

## PHASE 1 INSPECTION REPORT

The Phase 1 Inspection Protocols are implemented to identify the manufacturer of gypsum drywall products examined in an inspected home. The inspection is carried out by cutting a number of holes throughout the home to allow visual inspection of manufacturer labeling and markings that are printed on the interior side of the drywall. Copper plumbing components, ground wires, and HVAC refrigerant lines are also visually inspected to identify corrosion or tarnishing.

### General Data

| | |
|---|---|
| File Number: | 4-GHARIB-LA |
| House Address: | 4 Beresford Drive, Metairie, LA |
| House Floor Area:   ANSI | 2439 (First Floor Living Area) |
| Type of Home: | Single Family Home |
| Number of Stories: | 2 |
| Number of Bedrooms: | 4 |
| Occupancy: | **Owner Occupant**    Owner Only + Primary    Secondary Home    Unoccupied |
| Year of Construction: | 2004 |
| Construction/Renovation Date: | 2006 |
| Community: | N/A |
| Builder: | N/A |
| Homeowner: | Jawad and Fatme Gharib |
| Counsel: | James Doyle |
| Inspection Date: | June 6, 2019 |
| Individuals Present: | Mr. Gharib |
| Inspected By: | Carmen Salvatore |

### House Inspection Summary

| Drywall Findings | Substantially KPT:   Yes | KPT Property:   Yes |
|---|---|---|
| | 90% KPT | 6 - # of KPT boards |
| | 10% Unknown | 1 - # of Unknown |
| | | Percentage of KPT:   90% |
| CDW Odor Present: | Yes, Slight | |
| Blackening of Outlets: | Yes | |
| Blackening of Copper Plumbing: | Yes | |
| AC Refrigerant Lines Black: | Yes | |

Note: Percentages are approximate and are based upon the boards observed during the inspection.

## FIELD INSPECTION

### Electrical

| | |
|---|---|
| Blackening of Outlets: | Yes |
| Number of Outlets Observed: | One per room |
| Power on at time of Inspection | Yes |

### Plumbing

| | |
|---|---|
| Plumbing System: | Copper |
| Copper Plumbing Connections: | Fixtures Pitted |

### HVAC

| Unit Designation | 1 | 2 | 3 |
|---|---|---|---|
| Unit Location: | 1st Floor Closet | 1st Floor Closet | Attic |
| Manufacturer: | Trane | Trane | N/A |
| Refrigerant Lines: | Black | N/A | Black |

| Drywall Observed |
|---|
| KNAUF TIANJAN CHINA ASTM C36 drywall (KPT) |
| Unknown |

| Summary |
|---|
| KPT was identified in the 1st floor walls of the home. One (1) board with no visible markings was observed in the Media Room. |

The purpose of this Phase 1 Inspection is to determine manufacturers of drywall in the home and approximate percentages of product from each source. This Phase 1 Inspection report relies on observations of a representative sample of drywall boards - rather than a detailed board-by-board survey.

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**



Address



AHU 1

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

11/1/2019



AHU 1 Lineset Black



AHU 1 Lineset Black

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311

MOSS



AHU 1 Closet - KPT Identified



Office Outlet Ground Wire Black

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**



Office and Linen Closet Boards - KPT Identified Both Sides



Office and Linen Closet Boards - KPT Identified Both Sides

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**



Bathroom 1 Mirror Desilvered



Bathroom 1 Plumbing Fixture Pitted

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311



Bathroom 1 Plumbing Fixture Pitted



Bathroom 1 Toilet Supply Line Black and Pitted

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**




Media Room Outlet Ground Wire Black


Media Room and Living Room Boards

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311

11/1/2019 



Living Room - KPT Identified



Kitchen Sink Copper Connections Black

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**



Kitchen Sink Supply Line Fixture Dark



Pantry and Kitchen Boards

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

*Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311*



Kitchen Board - KPT Identified



Pantry - KPT Identified

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311





Cabana Bath Fixture Pitted



Cabana Bath Mirror Desilvered

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311

11/1/2019 



Attic HVAC



Attic AHU Lineset Black

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311

11/1/2019




Attic Water Heater Copper Dark



Attic Water Heater Copper Dark

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

11/1/2019 



Attic Water Heater Copper Dark



Attic Water Heater Copper Dark

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311