Client:        Jawad and Fatme Gharib
Property:     8807 South Claiborne Avenue, Apt C
              New Orleans, LA 70118


Operator:     CSALVATO


Type of Estimate:   <NONE>
Date Entered:       9/5/2019          Date Assigned:


Price List:          LANO8X_AUG19
Labor Efficiency:    Restoration/Service/Remodel
Estimate:            8807C-GHARIB-LA
File Number:         8807C-GHARIB-LA


PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT


Exh. 3

**8807C-GHARIB-LA**

## General Requirements

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 | EA | | 634.35 | 0.00 | 0.00 | 380.62 | 2,283.67 |
| 2. Clean stud wall | 2,288.91 | SF | | 0.00 | 0.53 | 4.21 | 243.46 | 1,460.79 |
| 3. Clean floor or roof joist system | 773.85 | SF | | 0.00 | 0.66 | 1.42 | 102.42 | 614.58 |
| 4. Final cleaning - construction - Residential | 773.85 | SF | | 0.00 | 0.21 | 0.00 | 32.50 | 195.01 |
| 5. Building Permit | 773.85 | EA | | 0.00 | 0.15 | 0.00 | 23.22 | 139.30 |
| 6. POD Storage Container 16'x8'x8' (1 total) - per month | 3.00 | MO | | 0.00 | 271.00 | 0.00 | 162.60 | 975.60 |
| 7. Environmental Certification | 1.00 | EA | | 0.00 | 350.00 | 0.00 | 70.00 | 420.00 |
| 8. Temporary toilet (per month) | 3.00 | MO | | 0.00 | 149.66 | 0.00 | 89.80 | 538.78 |
| Totals: General Requirements | | | | | | 5.63 | 1,104.62 | 6,627.73 |

## Exterior Insulation

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 9. R&R Batt insulation - 6" - R19 - paper faced | 1,059.00 | SF | | 0.28 | 0.83 | 50.66 | 245.24 | 1,471.39 |
| Totals: Exterior Insulation | | | | | | 50.66 | 245.24 | 1,471.39 |

## Main Level



### Living Room                                                                 Height: 8'

| | |
|---|---|
| 299.33 SF Walls | 197.87 SF Ceiling |
| 497.20 SF Walls & Ceiling | 197.87 SF Floor |
| 21.99 SY Flooring | 37.42 LF Floor Perimeter |
| 37.42 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | 3' 4" X 8' | **Opens into HALLWAY** |
| **Missing Wall** | 4' 7" X 8' | **Opens into KITCHEN** |
| **Missing Wall** | 1' 10" X 8' | **Opens into KITCHEN** |
| **Missing Wall** | 10' 2" X 8' | **Opens into DINING_ROOM2** |

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10. R&R 1/2" drywall - hung, taped, ready for texture | 497.20 | SF | | 0.45 | 2.06 | 23.33 | 254.24 | 1,525.54 |

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 11.  Texture drywall - smooth / skim coat | 497.20 SF | | 0.00 | 1.24 | 3.20 | 123.94 | 743.67 |
| 12.  Seal/prime then paint the walls and ceiling (2 coats) | 497.20 SF | | 0.00 | 0.86 | 7.32 | 86.98 | 521.89 |
| 13.  R&R Batt insulation - 10" - R30 - paper faced | 197.87 SF | | 0.36 | 1.34 | 15.11 | 70.30 | 421.79 |
| 14.  Floor protection - corrugated cardboard and tape | 197.87 SF | | 0.43 | 0.00 | 3.46 | 17.72 | 106.26 |
| 15.  R&R Baseboard - 2 1/4" | 37.42 LF | | 0.40 | 2.62 | 2.82 | 23.16 | 138.99 |
| 16.  Seal & paint baseboard - two coats | 37.42 LF | | 0.00 | 1.34 | 0.34 | 10.08 | 60.56 |
| 17.  Quarter round - 3/4" | 37.42 LF | | 0.00 | 1.51 | 2.55 | 11.82 | 70.87 |
| 18.  Seal & paint quarter round | 37.42 LF | | 0.00 | 0.72 | 0.31 | 5.44 | 32.69 |
| 19.  R&R Casing - 2 1/4" | 17.00 LF | | 0.49 | 1.91 | 1.47 | 8.46 | 50.73 |
| 20.  Seal & paint casing - two coats | 17.00 LF | | 0.00 | 1.30 | 0.17 | 4.46 | 26.73 |
| 21.  R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 22.  Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 23.  R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 24.  Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 25.  R&R Switch | 1.00 EA | | 4.99 | 13.13 | 0.15 | 3.66 | 21.93 |
| 26.  R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 27.  Clean Copper Wires | 5.00 EA | | 0.00 | 20.00 | 0.00 | 20.00 | 120.00 |
| 28.  R&R Phone, TV, or speaker outlet | 2.00 EA | | 4.50 | 20.05 | 0.98 | 10.02 | 60.10 |
| 29.  Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Living Room | | | | | 64.02 | 724.62 | 4,347.93 |



| **Hallway** | | | | | **Height: 8'** |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 212.90  SF Walls | | 38.15  SF Ceiling |
| 251.05  SF Walls & Ceiling | | 38.15  SF Floor |
| 4.24  SY Flooring | | 26.61  LF Floor Perimeter |
| 26.61  LF Ceil. Perimeter | | |

| **Missing Wall** | | **3' 4" X 8'** | | **Opens into LIVING_ROOM2** | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 30.  R&R 1/2" drywall - hung, taped, ready for texture | 251.05 SF | | 0.45 | 2.06 | 11.78 | 128.40 | 770.31 |

**CONTINUED - Hallway**

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 31.  Texture drywall - smooth / skim coat | 251.05 | SF | | 0.00 | 1.24 | 1.62 | 62.58 | 375.50 |
| 32.  Seal/prime then paint the walls and ceiling (2 coats) | 251.05 | SF | | 0.00 | 0.86 | 3.70 | 43.92 | 263.52 |
| 33.  R&R Batt insulation - 10" - R30 - paper faced | 38.15 | SF | | 0.36 | 1.34 | 2.91 | 13.54 | 81.30 |
| 34.  Floor protection - corrugated cardboard and tape | 38.15 | SF | | 0.43 | 0.00 | 0.67 | 3.42 | 20.49 |
| 35.  R&R Baseboard - 2 1/4" | 26.61 | LF | | 0.40 | 2.62 | 2.01 | 16.46 | 98.83 |
| 36.  Seal & paint baseboard - two coats | 26.61 | LF | | 0.00 | 1.34 | 0.24 | 7.18 | 43.08 |
| 37.  Quarter round - 3/4" | 26.61 | LF | | 0.00 | 1.51 | 1.81 | 8.40 | 50.39 |
| 38.  Seal & paint quarter round | 26.61 | LF | | 0.00 | 0.72 | 0.22 | 3.88 | 23.26 |
| 39.  R&R Switch | 1.00 | EA | | 4.99 | 13.13 | 0.15 | 3.66 | 21.93 |
| 40.  R&R Outlet | 1.00 | EA | | 5.00 | 16.18 | 0.13 | 4.26 | 25.57 |
| 41.  Clean Copper Wires | 2.00 | EA | | 0.00 | 20.00 | 0.00 | 8.00 | 48.00 |
| 42.  Detach & Reset Light fixture | 1.00 | EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| 43.  R&R Smoke detector | 1.00 | EA | | 10.65 | 56.73 | 1.88 | 13.86 | 83.12 |
| 44.  R&R Circuit breaker - 110 volt - single pole | 20.00 | EA | | 7.86 | 24.93 | 11.59 | 133.48 | 800.87 |

| Totals:  Hallway | | | | | | 38.71 | 459.64 | 2,757.76 |



**Bathroom**                                                    **Height: 8'**

| 213.33 SF Walls | 41.38 SF Ceiling |
|---|---|
| 254.72 SF Walls & Ceiling | 41.38 SF Floor |
| 4.60 SY Flooring | 26.67 LF Floor Perimeter |
| 26.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 45.  R&R 1/2" drywall - hung, taped, ready for texture | 254.72 | SF | | 0.45 | 2.06 | 11.95 | 130.26 | 781.55 |
| 46.  Texture drywall - smooth / skim coat | 254.72 | SF | | 0.00 | 1.24 | 1.64 | 63.50 | 380.99 |
| 47.  Seal/prime then paint the walls and ceiling (2 coats) | 254.72 | SF | | 0.00 | 0.86 | 3.75 | 44.58 | 267.39 |
| 48.  R&R Batt insulation - 10" - R30 - paper faced | 41.38 | SF | | 0.36 | 1.34 | 3.16 | 14.72 | 88.23 |
| 49.  Floor protection - corrugated cardboard and tape | 41.38 | SF | | 0.43 | 0.00 | 0.72 | 3.70 | 22.21 |
| 50.  R&R Baseboard - 2 1/4" | 26.67 | LF | | 0.40 | 2.62 | 2.01 | 16.52 | 99.08 |

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 51. Seal & paint baseboard - two coats | 26.67 LF | | 0.00 | 1.34 | 0.25 | 7.20 | 43.19 |
| 52. Quarter round - 3/4" | 26.67 LF | | 0.00 | 1.51 | 1.82 | 8.42 | 50.51 |
| 53. Seal & paint quarter round | 26.67 LF | | 0.00 | 0.72 | 0.22 | 3.88 | 23.30 |
| 54. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 55. R&R Casing - 2 1/4" | 34.00 LF | 0.49 | | 1.91 | 2.94 | 16.90 | 101.44 |
| 56. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 57. Tub Surround protection - corrugated cardboard and tape | 60.00 SF | | 0.44 | 0.00 | 1.05 | 5.50 | 32.95 |

All bath tile is assumed to be mounted on moisture resistant type drywall or backer board and not regular drywall.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 58. Detach & Reset Vanity | 2.83 LF | 59.79 | 0.00 | 0.00 | 0.00 | 33.84 | 203.05 |
| 59. Detach & Reset Vanity top - one sink - cultured marble | 2.83 LF | 26.01 | 0.00 | 0.00 | 0.00 | 14.72 | 88.33 |
| 60. Detach & Reset Sink faucet - Bathroom | 1.00 EA | 101.42 | 0.00 | 0.00 | 0.00 | 20.28 | 121.70 |
| 61. Detach & Reset Toilet | 1.00 EA | 205.98 | 0.00 | 0.00 | 0.52 | 41.30 | 247.80 |
| 62. R&R Mirror - 1/4" plate glass | 9.92 SF | | 0.29 | 13.89 | 8.11 | 29.76 | 178.54 |
| 63. Detach & Reset Towel bar | 1.00 EA | 16.85 | 0.00 | 0.00 | 0.00 | 3.38 | 20.23 |
| 64. Detach & Reset Toilet paper holder | 1.00 EA | 15.38 | 0.00 | 0.00 | 0.00 | 3.08 | 18.46 |
| 65. Detach & Reset Towel ring | 1.00 EA | 17.37 | 0.00 | 0.00 | 0.00 | 3.48 | 20.85 |
| 66. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 67. R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 5.31 | 27.46 | 1.35 | 6.84 | 40.96 |
| 68. Clean Copper Wires | 3.00 EA | | 0.00 | 20.00 | 0.00 | 12.00 | 72.00 |
| 69. Detach & Reset Bathroom ventilation fan | 1.00 EA | 45.34 | 0.00 | 0.00 | 0.00 | 9.06 | 54.40 |
| 70. Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Bathroom | | | | | 40.22 | 533.16 | 3,198.52 |



| Linen | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|
| | 76.00 SF Walls | | | | 5.60 SF Ceiling | | |
| | 81.60 SF Walls & Ceiling | | | | 5.60 SF Floor | | |
| | 0.62 SY Flooring | | | | 9.50 LF Floor Perimeter | | |
| | 9.50 LF Ceil. Perimeter | | | | | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 71. R&R 1/2" drywall - hung, taped, ready for texture | 81.60 SF | | 0.45 | 2.06 | 3.83 | 41.72 | 250.37 |

8807C-GHARIB-LA

**CONTINUED - Linen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 72.  Texture drywall - smooth / skim coat | 81.60 SF | | 0.00 | 1.24 | 0.53 | 20.34 | 122.05 |
| 73.  Seal/prime then paint the walls and ceiling (2 coats) | 81.60 SF | | 0.00 | 0.86 | 1.20 | 14.28 | 85.66 |
| 74.  R&R Batt insulation - 10" - R30 - paper faced | 5.60 SF | | 0.36 | 1.34 | 0.43 | 1.98 | 11.93 |
| 75.  Floor protection - corrugated cardboard and tape | 5.60 SF | | 0.43 | 0.00 | 0.10 | 0.50 | 3.01 |
| 76.  R&R Baseboard - 2 1/4" | 9.50 LF | | 0.40 | 2.62 | 0.72 | 5.88 | 35.29 |
| 77.  Seal & paint baseboard - two coats | 9.50 LF | | 0.00 | 1.34 | 0.09 | 2.56 | 15.38 |
| 78.  Quarter round - 3/4" | 9.50 LF | | 0.00 | 1.51 | 0.65 | 3.02 | 18.02 |
| 79.  Seal & paint quarter round | 9.50 LF | | 0.00 | 0.72 | 0.08 | 1.38 | 8.30 |
| 80.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 81.  R&R Casing - 2 1/4" | 32.00 LF | | 0.49 | 1.91 | 2.77 | 15.92 | 95.49 |
| 82.  Seal & paint casing - two coats | 32.00 LF | | 0.00 | 1.30 | 0.32 | 8.38 | 50.30 |
| 83.  Detach & Reset Shelving - 12" - in place | 10.00 LF | 7.27 | 0.00 | 0.00 | 0.02 | 14.54 | 87.26 |
| Totals:  Linen | | | | | 10.82 | 145.92 | 875.52 |



**Bedroom 2**                                                                 Height: 8'

| | |
|---|---|
| 364.00  SF Walls | 128.63  SF Ceiling |
| 492.63  SF Walls & Ceiling | 128.63  SF Floor |
| 14.29  SY Flooring | 45.50  LF Floor Perimeter |
| 45.50  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 84.  R&R 1/2" drywall - hung, taped, ready for texture | 492.63 SF | | 0.45 | 2.06 | 23.11 | 251.92 | 1,511.53 |
| 85.  Texture drywall - smooth / skim coat | 492.63 SF | | 0.00 | 1.24 | 3.17 | 122.82 | 736.85 |
| 86.  Seal/prime then paint the walls and ceiling (2 coats) | 492.63 SF | | 0.00 | 0.86 | 7.25 | 86.20 | 517.11 |
| 87.  R&R Batt insulation - 10" - R30 - paper faced | 128.63 SF | | 0.36 | 1.34 | 9.82 | 45.70 | 274.19 |
| 88.  Floor protection - corrugated cardboard and tape | 128.63 SF | | 0.43 | 0.00 | 2.25 | 11.52 | 69.08 |
| 89.  R&R Baseboard - 2 1/4" | 45.50 LF | | 0.40 | 2.62 | 3.43 | 28.16 | 169.00 |
| 90.  Seal & paint baseboard - two coats | 45.50 LF | | 0.00 | 1.34 | 0.42 | 12.28 | 73.67 |
| 91.  Quarter round - 3/4" | 45.50 LF | | 0.00 | 1.51 | 3.10 | 14.36 | 86.17 |

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 92.  Seal & paint quarter round | 45.50 LF | | 0.00 | 0.72 | 0.38 | 6.64 | 39.78 |
| 93.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 94.  R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 95.  Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 96.  R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 97.  Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 98.  R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 99.  Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 100.  R&R Switch | 3.00 EA | | 4.99 | 13.13 | 0.46 | 10.98 | 65.80 |
| 101.  R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 102.  Clean Copper Wires | 7.00 EA | | 0.00 | 20.00 | 0.00 | 28.00 | 168.00 |
| 103.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 104.  Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |

| Totals:  Bedroom 2 | | | | | 60.05 | 739.16 | 4,434.76 |
|---|---|---|---|---|---|---|---|

**Closet 2**                                                                                   **Height: 8'**



|  |  |
|---|---|
| 136.00 SF Walls | 15.28 SF Ceiling |
| 151.28 SF Walls & Ceiling | 15.28 SF Floor |
| 1.70 SY Flooring | 17.00 LF Floor Perimeter |
| 17.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 105.  R&R 1/2" drywall - hung, taped, ready for texture | 151.28 SF | | 0.45 | 2.06 | 7.10 | 77.36 | 464.18 |
| 106.  Texture drywall - smooth / skim coat | 151.28 SF | | 0.00 | 1.24 | 0.97 | 37.72 | 226.28 |
| 107.  Seal/prime then paint the walls and ceiling (2 coats) | 151.28 SF | | 0.00 | 0.86 | 2.23 | 26.46 | 158.79 |
| 108.  R&R Batt insulation - 10" - R30 - paper faced | 15.28 SF | | 0.36 | 1.34 | 1.17 | 5.44 | 32.59 |
| 109.  Floor protection - corrugated cardboard and tape | 15.28 SF | | 0.43 | 0.00 | 0.27 | 1.38 | 8.22 |
| 110.  R&R Baseboard - 2 1/4" | 17.00 LF | | 0.40 | 2.62 | 1.28 | 10.52 | 63.14 |
| 111.  Seal & paint baseboard - two coats | 17.00 LF | | 0.00 | 1.34 | 0.16 | 4.60 | 27.54 |

**CONTINUED - Closet 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 112. Quarter round - 3/4" | 17.00 LF | | 0.00 | 1.51 | 1.16 | 5.38 | 32.21 |
| 113. Seal & paint quarter round | 17.00 LF | | 0.00 | 0.72 | 0.14 | 2.46 | 14.84 |
| 114. Detach & Reset Bifold door set - Colonist - Double | 1.00 EA | 27.29 | 0.00 | 0.00 | 0.00 | 5.46 | 32.75 |
| 115. R&R Casing - 2 1/4" | 38.00 LF | | 0.49 | 1.91 | 3.29 | 18.90 | 113.39 |
| 116. Seal & paint casing - two coats | 38.00 LF | | 0.00 | 1.30 | 0.38 | 9.96 | 59.74 |
| 117. Detach & Reset Closet shelf and rod package | 5.92 LF | 11.78 | 0.00 | 0.00 | 0.00 | 13.94 | 83.68 |
| 118. Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| Totals: Closet 2 | | | | | 18.15 | 228.18 | 1,368.94 |

---



### Bedroom 1        Height: 8'

| | |
|---|---|
| 349.33 SF Walls | 119.00 SF Ceiling |
| 468.33 SF Walls & Ceiling | 119.00 SF Floor |
| 13.22 SY Flooring | 43.67 LF Floor Perimeter |
| 43.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 119. R&R 1/2" drywall - hung, taped, ready for texture | 468.33 SF | | 0.45 | 2.06 | 21.97 | 239.52 | 1,437.00 |
| 120. Texture drywall - smooth / skim coat | 468.33 SF | | 0.00 | 1.24 | 3.02 | 116.74 | 700.49 |
| 121. Seal/prime then paint the walls and ceiling (2 coats) | 468.33 SF | | 0.00 | 0.86 | 6.89 | 81.94 | 491.59 |
| 122. R&R Batt insulation - 10" - R30 - paper faced | 119.00 SF | | 0.36 | 1.34 | 9.09 | 42.28 | 253.67 |
| 123. Floor protection - corrugated cardboard and tape | 119.00 SF | | 0.43 | 0.00 | 2.08 | 10.66 | 63.91 |
| 124. R&R Baseboard - 2 1/4" | 43.67 LF | | 0.40 | 2.62 | 3.29 | 27.04 | 162.22 |
| 125. Seal & paint baseboard - two coats | 43.67 LF | | 0.00 | 1.34 | 0.40 | 11.78 | 70.70 |
| 126. Quarter round - 3/4" | 43.67 LF | | 0.00 | 1.51 | 2.97 | 13.78 | 82.69 |
| 127. Seal & paint quarter round | 43.67 LF | | 0.00 | 0.72 | 0.36 | 6.36 | 38.16 |
| 128. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 129. R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 130. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 131. R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 132. Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |

**CONTINUED - Bedroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 133. R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 134. Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 135. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 136. R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 137. Clean Copper Wires | 6.00 EA | | 0.00 | 20.00 | 0.00 | 24.00 | 144.00 |
| 138. R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 139. Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |
| 140. R&R Smoke detector | 1.00 EA | | 10.65 | 56.73 | 1.88 | 13.86 | 83.12 |

| Totals: Bedroom 1 | | | | | 58.92 | 715.86 | 4,295.00 |



| **Closet 1** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

161.33 SF Walls              19.38 SF Ceiling
180.71 SF Walls & Ceiling      19.38 SF Floor
2.15 SY Flooring              20.17 LF Floor Perimeter
20.17 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 141. R&R 1/2" drywall - hung, taped, ready for texture | 180.71 SF | | 0.45 | 2.06 | 8.48 | 92.42 | 554.48 |
| 142. Texture drywall - smooth / skim coat | 180.71 SF | | 0.00 | 1.24 | 1.16 | 45.06 | 270.30 |
| 143. Seal/prime then paint the walls and ceiling (2 coats) | 180.71 SF | | 0.00 | 0.86 | 2.66 | 31.62 | 189.69 |
| 144. R&R Batt insulation - 10" - R30 - paper faced | 19.38 SF | | 0.36 | 1.34 | 1.48 | 6.90 | 41.33 |
| 145. Floor protection - corrugated cardboard and tape | 19.38 SF | | 0.43 | 0.00 | 0.34 | 1.72 | 10.39 |
| 146. R&R Baseboard - 2 1/4" | 20.17 LF | | 0.40 | 2.62 | 1.52 | 12.50 | 74.94 |
| 147. Seal & paint baseboard - two coats | 20.17 LF | | 0.00 | 1.34 | 0.19 | 5.44 | 32.66 |
| 148. Quarter round - 3/4" | 20.17 LF | | 0.00 | 1.51 | 1.37 | 6.38 | 38.21 |
| 149. Seal & paint quarter round | 20.17 LF | | 0.00 | 0.72 | 0.17 | 2.94 | 17.63 |
| 150. Detach & Reset Bifold door set - Colonist - Double | 1.00 EA | 27.29 | 0.00 | 0.00 | 0.00 | 5.46 | 32.75 |
| 151. R&R Casing - 2 1/4" | 38.00 LF | | 0.49 | 1.91 | 3.29 | 18.90 | 113.39 |
| 152. Seal & paint casing - two coats | 38.00 LF | | 0.00 | 1.30 | 0.38 | 9.96 | 59.74 |

**CONTINUED - Closet 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 153. Detach & Reset Closet shelf and rod package | 7.50 LF | 11.78 | 0.00 | 0.00 | 0.00 | 17.68 | 106.03 |
| 154. Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| Totals: Closet 1 | | | | | 21.04 | 265.58 | 1,593.13 |



**Kitchen**                                                            **Height: 8'**

194.45 SF Walls                    93.56 SF Ceiling
288.01 SF Walls & Ceiling          93.56 SF Floor
10.40 SY Flooring                  24.31 LF Floor Perimeter
24.31 LF Ceil. Perimeter

| **Missing Wall** | **4' 7" X 8'** | **Opens into LIVING_ROOM2** |
|---|---|---|
| **Missing Wall** | **9' 10" X 8'** | **Opens into DINING_ROOM2** |
| **Missing Wall** | **1' 10" X 8'** | **Opens into LIVING_ROOM2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 155. R&R 1/2" drywall - hung, taped, ready for texture | 288.01 SF | | 0.45 | 2.06 | 13.51 | 147.28 | 883.69 |
| 156. Texture drywall - smooth / skim coat | 288.01 SF | | 0.00 | 1.24 | 1.85 | 71.80 | 430.78 |
| 157. Seal/prime then paint the walls and ceiling (2 coats) | 288.01 SF | | 0.00 | 0.86 | 4.24 | 50.38 | 302.31 |
| 158. R&R Batt insulation - 10" - R30 - paper faced | 93.56 SF | | 0.36 | 1.34 | 7.14 | 33.24 | 199.43 |
| 159. Floor protection - corrugated cardboard and tape | 93.56 SF | | 0.43 | 0.00 | 1.64 | 8.36 | 50.23 |
| 160. R&R Baseboard - 2 1/4" | 24.31 LF | | 0.40 | 2.62 | 1.83 | 15.04 | 90.28 |
| 161. Seal & paint baseboard - two coats | 24.31 LF | | 0.00 | 1.34 | 0.22 | 6.56 | 39.36 |
| 162. Quarter round - 3/4" | 24.31 LF | | 0.00 | 1.51 | 1.66 | 7.68 | 46.05 |
| 163. Seal & paint quarter round | 24.31 LF | | 0.00 | 0.72 | 0.20 | 3.54 | 21.24 |
| 164. R&R Window stool & apron | 4.00 LF | | 0.73 | 7.33 | 1.25 | 6.70 | 40.19 |
| 165. Seal & paint window stool and apron | 4.00 LF | | 0.00 | 3.43 | 0.12 | 2.76 | 16.60 |
| 166. R&R Window Casing - 2 1/4" | 12.00 LF | | 0.49 | 1.91 | 1.04 | 5.96 | 35.80 |
| 167. Seal & paint window casing - two coats | 12.00 LF | | 0.00 | 1.30 | 0.12 | 3.14 | 18.86 |
| 168. Detach & Reset Cabinetry - lower (base) units | 17.67 LF | 59.13 | 0.00 | 0.00 | 0.00 | 208.96 | 1,253.79 |
| 169. Detach & Reset Cabinetry - upper (wall) units | 11.33 LF | 50.57 | 0.00 | 0.00 | 0.00 | 114.60 | 687.56 |

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 170.  Detach & Reset Countertop - flat laid plastic laminate | 12.67 LF | 16.64 | 0.00 | 0.00 | 0.00 | 42.16 | 252.99 |
| 171.  Detach & Reset 4" backsplash for flat laid countertop | 5.50 LF | 3.39 | 0.00 | 0.00 | 0.03 | 3.74 | 22.42 |
| 172.  Detach & Reset Countertop - solid surface | 10.00 SF | 22.28 | 0.00 | 0.00 | 0.00 | 44.56 | 267.36 |
| 173.  Backsplash - solid surface - Unattached - Detach & reset | 7.00 LF | | 0.00 | 3.40 | 0.04 | 4.76 | 28.60 |
| 174.  Detach & Reset Sink - single | 1.00 EA | 145.62 | 0.00 | 0.00 | 0.00 | 29.12 | 174.74 |
| 175.  Detach & Reset Sink faucet - Kitchen | 1.00 EA | 110.31 | 0.00 | 0.00 | 0.00 | 22.06 | 132.37 |
| 176.  Detach & Reset Garbage disposer | 1.00 EA | 147.38 | 0.00 | 0.00 | 0.00 | 29.48 | 176.86 |
| 177.  Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 32.14 | 0.00 | 6.42 | 38.56 |
| 178.  Detach & Reset Range - freestanding - electric | 1.00 EA | 36.47 | 0.00 | 0.00 | 0.00 | 7.30 | 43.77 |
| 179.  Detach & Reset Range hood | 1.00 EA | 76.30 | 0.00 | 0.00 | 0.00 | 15.26 | 91.56 |
| 180.  Detach & Reset Dishwasher | 1.00 EA | 266.39 | 0.00 | 0.00 | 0.00 | 53.28 | 319.67 |
| 181.  R&R 220 volt outlet | 1.00 EA | | 4.95 | 25.21 | 0.79 | 6.20 | 37.15 |
| 182.  R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 183.  R&R Outlet | 2.00 EA | | 5.00 | 16.18 | 0.27 | 8.54 | 51.17 |
| 184.  R&R Ground fault interrupter (GFI) outlet | 2.00 EA | | 4.95 | 25.77 | 2.70 | 12.82 | 76.96 |
| 185.  Clean Copper Wires | 7.00 EA | | 0.00 | 20.00 | 0.00 | 28.00 | 168.00 |
| 186.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 187.  Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |

Totals:  Kitchen | | | | | 39.45 | 1,024.76 | 6,148.58



**Pantry**  Height: 8'

122.22 SF Walls       15.04 SF Ceiling
137.26 SF Walls & Ceiling       15.04 SF Floor
1.67 SY Flooring       15.28 LF Floor Perimeter
15.28 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 188.  R&R 1/2" drywall - hung, taped, ready for texture | 137.26 SF | | 0.45 | 2.06 | 6.44 | 70.20 | 421.17 |
| 189.  Texture drywall - smooth / skim coat | 137.26 SF | | 0.00 | 1.24 | 0.88 | 34.22 | 205.30 |

**CONTINUED - Pantry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 190. Seal/prime then paint the walls and ceiling (2 coats) | 137.26 SF | | 0.00 | 0.86 | 2.02 | 24.00 | 144.06 |
| 191. R&R Batt insulation - 10" - R30 - paper faced | 15.04 SF | | 0.36 | 1.34 | 1.15 | 5.36 | 32.07 |
| 192. Floor protection - corrugated cardboard and tape | 15.04 SF | | 0.43 | 0.00 | 0.26 | 1.36 | 8.09 |
| 193. R&R Baseboard - 2 1/4" | 15.28 LF | | 0.40 | 2.62 | 1.15 | 9.46 | 56.75 |
| 194. Seal & paint baseboard - two coats | 15.28 LF | | 0.00 | 1.34 | 0.14 | 4.12 | 24.74 |
| 195. Quarter round - 3/4" | 15.28 LF | | 0.00 | 1.51 | 1.04 | 4.82 | 28.93 |
| 196. Seal & paint quarter round | 15.28 LF | | 0.00 | 0.72 | 0.13 | 2.22 | 13.35 |
| 197. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 198. R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 199. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 200. Detach & Reset Shelving - 12" - in place | 32.00 LF | 7.27 | 0.00 | 0.00 | 0.06 | 46.54 | 279.24 |
| 201. Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| Totals: Pantry | | | | | 16.63 | 252.12 | 1,512.63 |
|---|---|---|---|---|---|---|---|



### Dining Room                                    Height: 8'

160.00 SF Walls                    99.97 SF Ceiling
259.97 SF Walls & Ceiling          99.97 SF Floor
11.11 SY Flooring                  20.00 LF Floor Perimeter
20.00 LF Ceil. Perimeter

| Missing Wall | 10' 2'' X 8' | Opens into LIVING_ROOM2 |
|---|---|---|
| Missing Wall | 9' 10'' X 8' | Opens into KITCHEN |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 202. R&R 1/2" drywall - hung, taped, ready for texture | 259.97 SF | | 0.45 | 2.06 | 12.20 | 132.94 | 797.67 |
| 203. Texture drywall - smooth / skim coat | 259.97 SF | | 0.00 | 1.24 | 1.67 | 64.82 | 388.85 |
| 204. Seal/prime then paint the walls and ceiling (2 coats) | 259.97 SF | | 0.00 | 0.86 | 3.83 | 45.48 | 272.88 |
| 205. R&R Batt insulation - 10" - R30 - paper faced | 99.97 SF | | 0.36 | 1.34 | 7.63 | 35.52 | 213.10 |
| 206. Floor protection - corrugated cardboard and tape | 99.97 SF | | 0.43 | 0.00 | 1.75 | 8.96 | 53.70 |
| 207. R&R Baseboard - 2 1/4" | 20.00 LF | | 0.40 | 2.62 | 1.51 | 12.38 | 74.29 |

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 208. Seal & paint baseboard - two coats | 20.00 LF | | 0.00 | 1.34 | 0.18 | 5.40 | 32.38 |
| 209. Quarter round - 3/4" | 20.00 LF | | 0.00 | 1.51 | 1.36 | 6.32 | 37.88 |
| 210. Seal & paint quarter round | 20.00 LF | | 0.00 | 0.72 | 0.17 | 2.92 | 17.49 |
| 211. R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 212. Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 213. R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 214. Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 215. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 216. R&R Outlet | 2.00 EA | | 5.00 | 16.18 | 0.27 | 8.54 | 51.17 |
| 217. Clean Copper Wires | 4.00 EA | | 0.00 | 20.00 | 0.00 | 16.00 | 96.00 |
| 218. Detach & Reset Hanging light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Dining Room | | | | | 33.16 | 372.16 | 2,232.68 |
| Total: Main Level | | | | | 401.17 | 5,461.16 | 32,765.45 |
| Line Item Totals: 8807C-GHARIB-LA | | | | | 457.46 | 6,811.02 | 40,864.57 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,288.91 | SF Walls | 773.85 | SF Ceiling | 3,062.76 | SF Walls and Ceiling |
| 773.85 | SF Floor | 85.98 | SY Flooring | 286.11 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 286.11 | LF Ceil. Perimeter |
| | | | | | |
| 773.85 | Floor Area | 841.98 | Total Area | 2,288.91 | Interior Wall Area |
| 1,059.00 | Exterior Wall Area | 117.67 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary

| | |
|---|---:|
| Line Item Total | 33,596.09 |
| Material Sales Tax | 457.46 |
| Subtotal | 34,053.55 |
| Overhead | 3,405.51 |
| Profit | 3,405.51 |
| **Replacement Cost Value** | **$40,864.57** |
| **Net Claim** | **$40,864.57** |

# Recap by Room

**Estimate: 8807C-GHARIB-LA**

| | | |
|---|---:|---:|
| General Requirements | 5,517.48 | 16.42% |
| Exterior Insulation | 1,175.49 | 3.50% |

**Area: Main Level**

| | | |
|---|---:|---:|
| Living Room | 3,559.29 | 10.59% |
| Hallway | 2,259.41 | 6.73% |
| Bathroom | 2,625.14 | 7.81% |
| Linen | 718.78 | 2.14% |
| Bedroom 2 | 3,635.55 | 10.82% |
| Closet 2 | 1,122.61 | 3.34% |
| Bedroom 1 | 3,520.22 | 10.48% |
| Closet 1 | 1,306.51 | 3.89% |
| Kitchen | 5,084.37 | 15.13% |
| Pantry | 1,243.88 | 3.70% |
| Dining Room | 1,827.36 | 5.44% |
| **Area Subtotal:  Main Level** | **26,903.12** | **80.08%** |
| **Subtotal of Areas** | **33,596.09** | **100.00%** |
| **Total** | **33,596.09** | **100.00%** |

1    1-00 Address



2    2-01 Living Room (1)



3    3-01 Living Room (2)



4    4-01 Living Room (3)



5    5-02 Hallway (1)



6    6-02 Hallway (2)



7    7-02 Hallway (3)



8    8-02 Hallway



9    9-03 Bathroom (1)



10    10-03 Bathroom (2)



11    11-03 Bathroom (3)



12    12-03 Bathroom (4)



13    13-03 Bathroom (5)



14    14-03 Bathroom (6)



15   15-03 Bathroom (7)



16   16-03 Bathroom (8)



17   17-03 Bathroom (9)



18   18-04 Bedroom 2 (1)



19   19-04 Bedroom 2 (2)



20   20-04 Bedroom 2 (3)



21    21-04 Bedroom 2 (4)



22    22-04 Bedroom 2 (5)



23   23-04 Bedroom 2 (6)



24   24-04 Bedroom 2 (9)



25   25-04 Bedroom 2 (11)



26   26-04 Bedroom 2 (14)



27   27-04 Bedroom 2 (17)



28   28-04 Bedroom 2 (18)



29   29-05 Closet 2 (1)



30   30-05 Closet 2 (2)



31    31-05 Closet 2 (3)



32    32-05 Closet 2 (4)



33   33-05 Closet 2 (5)



34   34-05 Closet 2 (6)



35   35-05 Closet 2 (7)



36   36-05 Closet 2 (8)



37   37-05 Closet 2 (9)



38   38-05 Closet 2 (10)



39    39-05 Closet 2 (11)



40    40-05 Closet 2 (12)



41   41-05 Closet 2 (13)



42   42-06 Bedroom 1 (1)



43   43-06 Bedroom 1 (2)



44   44-06 Bedroom 1 (3)



45   45-06 Bedroom 1 (4)



46   46-06 Bedroom 1 (5)



47    47-06 Bedroom 1 (6)



48    48-06 Bedroom 1 (7)



49   49-06 Bedroom 1 (8)



50   50-06 Bedroom 1 (9)



51   51-07 Closet 1 (1)



52   52-07 Closet 1 (2)



53   53-07 Closet 1 (3)



54   54-08 Kitchen (1)



55   55-08 Kitchen (2)



56   56-08 Kitchen (4)



57   57-08 Kitchen (5)



58   58-08 Kitchen (6)



59   59-08 Kitchen (7)



60   60-08 Kitchen (8)



61    61-08 Kitchen (9)



62    62-08 Kitchen (10)



63   63-09 Pantry (1)



64   64-09 Pantry (2)



65    65-10 Dining Room





Main Level

