| EXHIBIT 5. Table 1. Comparison of Remediation Protocols for the Gharibs' Home (Note: this list is not exhaustive; illustrative only |||
|---|---|---|
| **Court's Remediation Protocol** | **CPSC Guidelines** | **Mr. Adams' Remediation Protocol** |
| 1. removal and disposal of all damaged and affected building components in the properties, | None | 1. Does not call for removal of damaged items noted in his report:<br> - no recommendation for copper wires; recommends "*Clean Copper Wires*" throughout first story only, despite "Attic Water Heater Copper Dark" noted in Xactimate (p. 16-17);<br> - no recommendation for "Attic AHU Lineset Black" (Phase 1 Letter, p. 15);<br> - no recommendation for "AHU 1 Lineset Black" (Phase 1 Letter, p. 5), only "*detach & reset*" the "Air handler - with heat element" (Xactimate, p. 7)<br> - no recommendation to remove damaged wiring noted as "Media Room Outlet Ground Wire Black" (Phase 1 Letter, p. 10);<br> - no recommendation for removal of the "Bathroom 1 Plumbing Fixture Pitted" (Phase 1 Letter, p. 9), only a recommendation to "*Detach & Reset Sink faucet*"<br> - no recommendation for "Bathroom 1 Toilet Supply Line Black and Pitted" (p. 9 of Phase 1 Letter)<br> - no recommendation for "Kitchen Sink Copper Connections Black"; only to "*detach & reset*" sink (p. 11);<br> - No recommendation for Cabana Bath Fixture Pitted (p. 14 of Phase 1 Letter), only to "Detach & Reset Sink faucet" (p. 20 Xactimate) |
| 2. replacement of all drywall, | 2. possible problem drywall (as identified in the CPSC and HUD Identification Guidance); | 2. Remove only the first-floor drywall (where he believes the defective drywall located). |
| 3. replacement of entire HVAC assembly, | 3. No replacement of HVAC, evaporator coils; "Homeowners may seek to replace such items, but their replacement is not included in this Guidance because of the absence of a direct connection to safety." (Ex. 4) | 3. No recommendation for HVAC systems (Gharib home contains 2) |
| 4. replacement of entire electrical system (including receptacles and switches), replacement of all copper and silver plumbing and electrical switches, replacement of all items that are likely to be damaged during demolition (i.e., cabinets, trim and baseboards), | 4. Replacement of Electrical distribution components (including receptacles, switches, and circuit breakers, but not necessarily wiring); | 4. Recommends replacement of switches and "outlets" on first floor only; no recommendation for replacement of copper or silver plumbing – recommends "Clean Copper Wires" throughout first story only; no recommendation of "items that are likely to be damaged"—for example, recommends "Detach & Reset Cabinetry" and "Detach & Reset Countertop" (Xactimate, p. 14). |

| | | |
|---|---|---|
| 5. replacement of items that are ultimately more efficient to replace than restore, such as carpet and flooring, | 5. No requirement for removal of flooring or carpeting. | 5. No recommendation for replacement of hardwood flooring |
| 6. HEPA vacuum, airing out and complete cleaning of the premises, and | 6. No requirement for HEPA vacuums or wipe surfaces or ventilation of home for a period, to remove drywall dust, as "We do not have a scientific basis for recommending such steps…" (Ex. 4, p. 4) | 6. Recommends general cleaning; no HEPA vacuum or airing out. |
| 7. confirmation from an independent and qualified engineering company to confirm the quality and completeness of the cleanup and provide the necessary assurances for insurance, resale potential and peace of mind for the affected property owners | | 7. Recommendation for "Environmental Certification" |
| 8. Additionally, the low-voltage wiring supporting life and safety devices such as alarms and smoke detectors should be removed and replaced because of the low cost of replacement when compared with the high risk of injury or death if these devices are not functioning properly | Remove and replace smoke alarms and carbon monoxide alarms; | 8. Recommends only replacement of smoke detectors; no recommendation for low-voltage wire for alarm system, or changing sensors for alarm system, or alarm system key pads; no recommendation to change automation component that controls home. |