# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

# O R D E R

Considering the foregoing *Motion in Limine to Exclude the Expert Testimony and Remediation Cost Estimates of Defense Consultant, Phillip A. Adams* filed by Plaintiffs, Jawad and Fatme Gharib;

**IT IS ORDERED** that this motion is granted. Thus, defense expert, Mr. Phillip A. Adams, is hereby prohibited from testifying at trial and his remediation cost estimates are excluded.

THUS signed in New Orleans, Louisiana this ___ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**