

June 7, 2019


Fishman Haygood LLP
201 St. Charles Ave. 46th Floor
New Orleans, LA 70170
Attn: Kerry Miller

RE: Phase 1 Inspection -   8807 S Claiborne Drive, Apt A, New Orleans, LA
                           Friday, June 7, 2019

Dear Mr. Miller,

The Phase 1 Inspection Protocol performed by Moss and Associates at the above location and date found the following information:

### Overall Findings

The home was determined to be a KPT property. No other CDW was observed in the home during the visual inspection. The calculated KPT percentage for the home is: 40%.

### Summary of Drywall Materials

KPT was identified in the closet and in the attic. Three (3) boards with no visible markings were observed in the bedroom walls.

### Environmental Conditions

Moss and Associates did detect a moderate CDW type odor upon entering the residence. All of the examined outlet ground wires were observed to be black or dull. The Sink and Toilet Supply Line Connections were black. The Bathroom fixtures were pitted. The water heater supply lines were black. The HVAC Refrigerant lineset was black.

This Phase 1 Inspection report relies on observations of a representative sample of drywall boards - rather than a detailed board-by-board survey.

Sincerely,


Philip A. Adams
Sr. Project Manager

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Exh. 3



## PHASE 1 INSPECTION REPORT

The Phase 1 Inspection Protocols are implemented to identify the manufacturer of gypsum drywall products examined in an inspected home. The inspection is carried out by cutting a number of holes throughout the home to allow visual inspection of manufacturer labeling and markings that are printed on the interior side of the drywall. Copper plumbing components, ground wires, and HVAC refrigerant lines are also visually inspected to identify corrosion or tarnishing.

### General Data

| | |
|---|---|
| File Number: | 8807A-GHARIB-LA |
| House Address: | 8807 S Claiborne Drive, Apt A, New Orleans, LA |
| House Floor Area:   ANSI | 900 |
| Type of Home: | Apartment Home |
| Number of Stories: | 1 |
| Number of Bedrooms: | 2 |
| Occupancy: | **Owner Occupant**    Owner Only + Primary    Secondary Home    Unoccupied |
| Year of Construction: | 2006 |
| Construction/Renovation Date: | N/A |
| Community: | N/A |
| Builder: | N/A |
| Homeowner: | Jawad and Fatme Gharib |
| Counsel: | James Doyle |
| Inspection Date: | June 7, 2019 |
| Individuals Present: | Jawad Gharib |
| Inspected By: | Carmen Salvatore |

### House Inspection Summary

| Drywall Findings | Substantially KPT: No | KPT Property: Yes |
|---|---|---|
| | 40% KPT | 2 - # of KPT boards |
| | 60% Unknown | 3 - # of Unknown |
| | | Percentage of KPT: 40% |
| CDW Odor Present: | Yes | |
| Blackening of Outlets: | Yes | |
| Blackening of Copper Plumbing: | Yes | |
| AC Refrigerant Line Black: | Yes | |

Note: Percentages are approximate and are based upon the boards observed during the inspection.

## FIELD INSPECTION

### Electrical

| | |
|---|---|
| Blackening of Outlets: | Yes |
| Number of Outlets Observed: | One per room |
| Power on at time of Inspection | Yes |

### Plumbing

| | | |
|---|---|---|
| Plumbing System: | Copper | |
| Copper Plumbing Connections: | Sink Connections | Significant Blackening & Pitting |

### HVAC

| | |
|---|---|
| Unit Designation | 1 |
| Unit Location: | Attic |
| Manufacturer: | N/A |
| Refrigerant Lines: | Black |

### Drywall Observed

| |
|---|
| KNAUF TIANJIN CHINA ASTM C36 drywall (KPT) |
| Unknown |

| Summary |
|---|
| KPT was identified in the closet and in the attic. Three (3) boards with no visible markings were observed in the bedroom walls. |

The purpose of this Phase 1 Inspection is to determine manufacturers of drywall in the home and approximate percentages of product from each source. This Phase 1 Inspection report relies on observations of a representative sample of drywall boards - rather than a detailed board-by-board survey.

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**





Address



Front Elevation

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**



Kitchen Sink Supply Line Black



Bedroom 1 Outlet Ground Wire Dull

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311



Bedroom 1 and Bedroom 2 Boards - No Visible Markings



Bedroom 2 Outlet Ground Wire Black

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**


Closet 2 - KPT Identified


Closet 2 - KPT Identified

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311



Bathroom Mirror Desilvered



Bathroom Fixture Pitted

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311



Bathroom Toilet Supply Line Black



Bathroom Fixture Pitted

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

11/1/2019 



Attic HVAC Unit



Attic HVAC Lineset Black

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311

11/1/2019



Attic Water Heater



Attic Water Heater Copper Supply Black

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311



Attic - KPT Identified



Attic - KPT Identified

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT PRIVILEGE**
**ATTORNEY WORK PRODUCT**

Moss and Assoc. LLC - 2102 - N. Andrews Ave. - Ft. Lauderdale, FL 33311