Client:    Jawad and Fatme Gharib
Property:    8807 South Claiborne Avenue, Apt A
New Orleans, LA 70118


Operator:    CSALVATO


Type of Estimate:    <NONE>
Date Entered:    9/5/2019        Date Assigned:


Price List:    LANO8X_AUG19
Labor Efficiency:    Restoration/Service/Remodel
Estimate:    8807A-GHARIB-LA
File Number:    8807A-GHARIB-LA


PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT


Exh. 3

**8807A-GHARIB-LA**

## General Requirements

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 | EA | | 634.35 | 0.00 | 0.00 | 380.62 | 2,283.67 |
| 2. Clean stud wall | 2,288.91 | SF | | 0.00 | 0.53 | 4.21 | 243.46 | 1,460.79 |
| 3. Clean floor or roof joist system | 773.85 | SF | | 0.00 | 0.66 | 1.42 | 102.42 | 614.58 |
| 4. Final cleaning - construction - Residential | 773.85 | SF | | 0.00 | 0.21 | 0.00 | 32.50 | 195.01 |
| 5. Building Permit | 773.85 | EA | | 0.00 | 0.15 | 0.00 | 23.22 | 139.30 |
| 6. POD Storage Container 16'x8'x8' (1 total) - per month | 3.00 | MO | | 0.00 | 271.00 | 0.00 | 162.60 | 975.60 |
| 7. Environmental Certification | 1.00 | EA | | 0.00 | 350.00 | 0.00 | 70.00 | 420.00 |
| 8. Temporary toilet (per month) | 3.00 | MO | | 0.00 | 149.66 | 0.00 | 89.80 | 538.78 |
| Totals:  General Requirements | | | | | | 5.63 | 1,104.62 | 6,627.73 |

## Exterior Insulation

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 9. R&R Batt insulation - 6" - R19 - paper faced | 1,059.00 | SF | | 0.28 | 0.83 | 50.66 | 245.24 | 1,471.39 |
| Totals:  Exterior Insulation | | | | | | 50.66 | 245.24 | 1,471.39 |

### Main Level



**Dining Room**                                                                 **Height: 8'**

| | |
|---|---|
| 160.00  SF Walls | 99.97  SF Ceiling |
| 259.97  SF Walls & Ceiling | 99.97  SF Floor |
| 11.11  SY Flooring | 20.00  LF Floor Perimeter |
| 20.00  LF Ceil. Perimeter | |

| Missing Wall | 10' 2" X 8' | Opens into LIVING_ROOM2 |
|---|---|---|
| Missing Wall | 9' 10" X 8' | Opens into KITCHEN |

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10. R&R 1/2" drywall - hung, taped, ready for texture | 259.97 | SF | | 0.45 | 2.06 | 12.20 | 132.94 | 797.67 |
| 11. Texture drywall - smooth / skim coat | 259.97 | SF | | 0.00 | 1.24 | 1.67 | 64.82 | 388.85 |

**CONTINUED - Dining Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 12. Seal/prime then paint the walls and ceiling (2 coats) | 259.97 SF | | 0.00 | 0.86 | 3.83 | 45.48 | 272.88 |
| 13. R&R Batt insulation - 10" - R30 - paper faced | 99.97 SF | | 0.36 | 1.34 | 7.63 | 35.52 | 213.10 |
| 14. Floor protection - corrugated cardboard and tape | 99.97 SF | | 0.43 | 0.00 | 1.75 | 8.96 | 53.70 |
| 15. R&R Baseboard - 2 1/4" | 20.00 LF | | 0.40 | 2.62 | 1.51 | 12.38 | 74.29 |
| 16. Seal & paint baseboard - two coats | 20.00 LF | | 0.00 | 1.34 | 0.18 | 5.40 | 32.38 |
| 17. Quarter round - 3/4" | 20.00 LF | | 0.00 | 1.51 | 1.36 | 6.32 | 37.88 |
| 18. Seal & paint quarter round | 20.00 LF | | 0.00 | 0.72 | 0.17 | 2.92 | 17.49 |
| 19. R&R Window stool & apron | 6.00 LF | | 0.73 | 7.33 | 1.88 | 10.06 | 60.30 |
| 20. Seal & paint window stool and apron | 6.00 LF | | 0.00 | 3.43 | 0.18 | 4.16 | 24.92 |
| 21. R&R Window Casing - 2 1/4" | 26.00 LF | | 0.49 | 1.91 | 2.25 | 12.94 | 77.59 |
| 22. Seal & paint window casing - two coats | 26.00 LF | | 0.00 | 1.30 | 0.26 | 6.82 | 40.88 |
| 23. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 24. R&R Outlet | 2.00 EA | | 5.00 | 16.18 | 0.27 | 8.54 | 51.17 |
| 25. Clean Copper Wires | 4.00 EA | | 0.00 | 20.00 | 0.00 | 16.00 | 96.00 |
| 26. Detach & Reset Hanging light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| Totals: Dining Room | | | | | 35.45 | 389.18 | 2,334.56 |



**Kitchen**          **Height: 8'**

| | |
|---|---|
| 194.45 SF Walls | 93.56 SF Ceiling |
| 288.01 SF Walls & Ceiling | 93.56 SF Floor |
| 10.40 SY Flooring | 24.31 LF Floor Perimeter |
| 24.31 LF Ceil. Perimeter | |

| **Missing Wall** | **4' 7" X 8'** | **Opens into LIVING_ROOM2** |
|---|---|---|
| **Missing Wall** | **9' 10" X 8'** | **Opens into DINING_ROOM2** |
| **Missing Wall** | **1' 10" X 8'** | **Opens into LIVING_ROOM2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 27. R&R 1/2" drywall - hung, taped, ready for texture | 288.01 SF | | 0.45 | 2.06 | 13.51 | 147.28 | 883.69 |
| 28. Texture drywall - smooth / skim coat | 288.01 SF | | 0.00 | 1.24 | 1.85 | 71.80 | 430.78 |
| 29. Seal/prime then paint the walls and ceiling (2 coats) | 288.01 SF | | 0.00 | 0.86 | 4.24 | 50.38 | 302.31 |

8807A-GHARIB-LA

## CONTINUED - Kitchen

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 30.  R&R Batt insulation - 10" - R30 - paper faced | 93.56 SF | | 0.36 | 1.34 | 7.14 | 33.24 | 199.43 |
| 31.  Floor protection - corrugated cardboard and tape | 93.56 SF | | 0.43 | 0.00 | 1.64 | 8.36 | 50.23 |
| 32.  R&R Baseboard - 2 1/4" | 24.31 LF | | 0.40 | 2.62 | 1.83 | 15.04 | 90.28 |
| 33.  Seal & paint baseboard - two coats | 24.31 LF | | 0.00 | 1.34 | 0.22 | 6.56 | 39.36 |
| 34.  Quarter round - 3/4" | 24.31 LF | | 0.00 | 1.51 | 1.66 | 7.68 | 46.05 |
| 35.  Seal & paint quarter round | 24.31 LF | | 0.00 | 0.72 | 0.20 | 3.54 | 21.24 |
| 36.  Detach & Reset Cabinetry - lower (base) units | 17.67 LF | 59.13 | 0.00 | 0.00 | 0.00 | 208.96 | 1,253.79 |
| 37.  Detach & Reset Cabinetry - upper (wall) units | 11.33 LF | 50.57 | 0.00 | 0.00 | 0.00 | 114.60 | 687.56 |
| 38.  Detach & Reset Countertop - flat laid plastic laminate | 12.67 LF | 16.64 | 0.00 | 0.00 | 0.00 | 42.16 | 252.99 |
| 39.  Detach & Reset 4" backsplash for flat laid countertop | 5.50 LF | 3.39 | 0.00 | 0.00 | 0.03 | 3.74 | 22.42 |
| 40.  Detach & Reset Countertop - solid surface | 10.00 SF | 22.28 | 0.00 | 0.00 | 0.00 | 44.56 | 267.36 |
| 41.  Backsplash - solid surface - Unattached - Detach & reset | 7.00 LF | | 0.00 | 3.40 | 0.04 | 4.76 | 28.60 |
| 42.  Detach & Reset Sink - single | 1.00 EA | 145.62 | 0.00 | 0.00 | 0.00 | 29.12 | 174.74 |
| 43.  Detach & Reset Sink faucet - Kitchen | 1.00 EA | 110.31 | 0.00 | 0.00 | 0.00 | 22.06 | 132.37 |
| 44.  Detach & Reset Garbage disposer | 1.00 EA | 147.38 | 0.00 | 0.00 | 0.00 | 29.48 | 176.86 |
| 45.  Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 32.14 | 0.00 | 6.42 | 38.56 |
| 46.  Detach & Reset Range - freestanding - electric | 1.00 EA | 36.47 | 0.00 | 0.00 | 0.00 | 7.30 | 43.77 |
| 47.  Detach & Reset Range hood | 1.00 EA | 76.30 | 0.00 | 0.00 | 0.00 | 15.26 | 91.56 |
| 48.  Detach & Reset Dishwasher | 1.00 EA | 266.39 | 0.00 | 0.00 | 0.00 | 53.28 | 319.67 |
| 49.  R&R 220 volt outlet | 1.00 EA | | 4.95 | 25.21 | 0.79 | 6.20 | 37.15 |
| 50.  R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 51.  R&R Outlet | 2.00 EA | | 5.00 | 16.18 | 0.27 | 8.54 | 51.17 |
| 52.  R&R Ground fault interrupter (GFI) outlet | 2.00 EA | | 4.95 | 25.77 | 2.70 | 12.82 | 76.96 |
| 53.  Clean Copper Wires | 7.00 EA | | 0.00 | 20.00 | 0.00 | 28.00 | 168.00 |
| 54.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 55.  Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Kitchen | | | | | 36.92 | 1,006.20 | 6,037.13 |



**Pantry**                                                                                   **Height: 8'**

| | |
|---|---|
| 122.22 SF Walls | 15.04 SF Ceiling |
| 137.26 SF Walls & Ceiling | 15.04 SF Floor |
| 1.67 SY Flooring | 15.28 LF Floor Perimeter |
| 15.28 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 56. R&R 1/2" drywall - hung, taped, ready for texture | 137.26 SF | | 0.45 | 2.06 | 6.44 | 70.20 | 421.17 |
| 57. Texture drywall - smooth / skim coat | 137.26 SF | | 0.00 | 1.24 | 0.88 | 34.22 | 205.30 |
| 58. Seal/prime then paint the walls and ceiling (2 coats) | 137.26 SF | | 0.00 | 0.86 | 2.02 | 24.00 | 144.06 |
| 59. R&R Batt insulation - 10" - R30 - paper faced | 15.04 SF | | 0.36 | 1.34 | 1.15 | 5.36 | 32.07 |
| 60. Floor protection - corrugated cardboard and tape | 15.04 SF | | 0.43 | 0.00 | 0.26 | 1.36 | 8.09 |
| 61. R&R Baseboard - 2 1/4" | 15.28 LF | | 0.40 | 2.62 | 1.15 | 9.46 | 56.75 |
| 62. Seal & paint baseboard - two coats | 15.28 LF | | 0.00 | 1.34 | 0.14 | 4.12 | 24.74 |
| 63. Quarter round - 3/4" | 15.28 LF | | 0.00 | 1.51 | 1.04 | 4.82 | 28.93 |
| 64. Seal & paint quarter round | 15.28 LF | | 0.00 | 0.72 | 0.13 | 2.22 | 13.35 |
| 65. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 66. R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 67. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 68. Detach & Reset Shelving - 12" - in place | 32.00 LF | 7.27 | 0.00 | 0.00 | 0.06 | 46.54 | 279.24 |
| 69. Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

Totals: Pantry                                                                    16.63   252.12   1,512.63



**Hallway**                                                                                   **Height: 8'**

| | |
|---|---|
| 212.90 SF Walls | 38.15 SF Ceiling |
| 251.05 SF Walls & Ceiling | 38.15 SF Floor |
| 4.24 SY Flooring | 26.61 LF Floor Perimeter |
| 26.61 LF Ceil. Perimeter | |

| **Missing Wall** | **3' 4" X 8'** | | | **Opens into LIVING_ROOM2** | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 70. R&R 1/2" drywall - hung, taped, ready for texture | 251.05 SF | | 0.45 | 2.06 | 11.78 | 128.40 | 770.31 |

**CONTINUED - Hallway**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 71.  Texture drywall - smooth / skim coat | 251.05 SF | | 0.00 | 1.24 | 1.62 | 62.58 | 375.50 |
| 72.  Seal/prime then paint the walls and ceiling (2 coats) | 251.05 SF | | 0.00 | 0.86 | 3.70 | 43.92 | 263.52 |
| 73.  R&R Batt insulation - 10" - R30 - paper faced | 38.15 SF | | 0.36 | 1.34 | 2.91 | 13.54 | 81.30 |
| 74.  Floor protection - corrugated cardboard and tape | 38.15 SF | | 0.43 | 0.00 | 0.67 | 3.42 | 20.49 |
| 75.  R&R Baseboard - 2 1/4" | 26.61 LF | | 0.40 | 2.62 | 2.01 | 16.46 | 98.83 |
| 76.  Seal & paint baseboard - two coats | 26.61 LF | | 0.00 | 1.34 | 0.24 | 7.18 | 43.08 |
| 77.  Quarter round - 3/4" | 26.61 LF | | 0.00 | 1.51 | 1.81 | 8.40 | 50.39 |
| 78.  Seal & paint quarter round | 26.61 LF | | 0.00 | 0.72 | 0.22 | 3.88 | 23.26 |
| 79.  R&R Switch | 1.00 EA | | 4.99 | 13.13 | 0.15 | 3.66 | 21.93 |
| 80.  R&R Outlet | 1.00 EA | | 5.00 | 16.18 | 0.13 | 4.26 | 25.57 |
| 81.  Clean Copper Wires | 2.00 EA | | 0.00 | 20.00 | 0.00 | 8.00 | 48.00 |
| 82.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| 83.  R&R Smoke detector | 1.00 EA | | 10.65 | 56.73 | 1.88 | 13.86 | 83.12 |
| 84.  R&R Circuit breaker - 110 volt - single pole | 20.00 EA | | 7.86 | 24.93 | 11.59 | 133.48 | 800.87 |
| Totals:  Hallway | | | | | 38.71 | 459.64 | 2,757.76 |



**Bedroom 1**  **Height: 8'**

| | |
|---|---|
| 349.33  SF Walls | 119.00  SF Ceiling |
| 468.33  SF Walls & Ceiling | 119.00  SF Floor |
| 13.22  SY Flooring | 119.00  SF Floor |
| 43.67  LF Ceil. Perimeter | 43.67  LF Floor Perimeter |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 85.  R&R 1/2" drywall - hung, taped, ready for texture | 468.33 SF | | 0.45 | 2.06 | 21.97 | 239.52 | 1,437.00 |
| 86.  Texture drywall - smooth / skim coat | 468.33 SF | | 0.00 | 1.24 | 3.02 | 116.74 | 700.49 |
| 87.  Seal/prime then paint the walls and ceiling (2 coats) | 468.33 SF | | 0.00 | 0.86 | 6.89 | 81.94 | 491.59 |
| 88.  R&R Batt insulation - 10" - R30 - paper faced | 119.00 SF | | 0.36 | 1.34 | 9.09 | 42.28 | 253.67 |
| 89.  Floor protection - corrugated cardboard and tape | 119.00 SF | | 0.43 | 0.00 | 2.08 | 10.66 | 63.91 |
| 90.  R&R Baseboard - 2 1/4" | 43.67 LF | | 0.40 | 2.62 | 3.29 | 27.04 | 162.22 |

**CONTINUED - Bedroom 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 91. Seal & paint baseboard - two coats | 43.67 LF | | 0.00 | 1.34 | 0.40 | 11.78 | 70.70 |
| 92. Quarter round - 3/4" | 43.67 LF | | 0.00 | 1.51 | 2.97 | 13.78 | 82.69 |
| 93. Seal & paint quarter round | 43.67 LF | | 0.00 | 0.72 | 0.36 | 6.36 | 38.16 |
| 94. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 95. R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 96. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 97. R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 98. R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 99. Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 100. Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 101. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 102. R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 103. Clean Copper Wires | 6.00 EA | | 0.00 | 20.00 | 0.00 | 24.00 | 144.00 |
| 104. R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 105. Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |
| 106. R&R Smoke detector | 1.00 EA | | 10.65 | 56.73 | 1.88 | 13.86 | 83.12 |

Totals: Bedroom 1                                                    58.92     715.86     4,295.00



**Closet 1**                                                   **Height: 8'**

| 161.33 SF Walls | 19.38 SF Ceiling |
|---|---|
| 180.71 SF Walls & Ceiling | 19.38 SF Floor |
| 2.15 SY Flooring | 20.17 LF Floor Perimeter |
| 20.17 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 107. R&R 1/2" drywall - hung, taped, ready for texture | 180.71 SF | | 0.45 | 2.06 | 8.48 | 92.42 | 554.48 |
| 108. Texture drywall - smooth / skim coat | 180.71 SF | | 0.00 | 1.24 | 1.16 | 45.06 | 270.30 |
| 109. Seal/prime then paint the walls and ceiling (2 coats) | 180.71 SF | | 0.00 | 0.86 | 2.66 | 31.62 | 189.69 |
| 110. R&R Batt insulation - 10" - R30 - paper faced | 19.38 SF | | 0.36 | 1.34 | 1.48 | 6.90 | 41.33 |
| 111. Floor protection - corrugated cardboard and tape | 19.38 SF | | 0.43 | 0.00 | 0.34 | 1.72 | 10.39 |

### CONTINUED - Closet 1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 112.  R&R Baseboard - 2 1/4" | 20.17 LF | | 0.40 | 2.62 | 1.52 | 12.50 | 74.94 |
| 113.  Seal & paint baseboard - two coats | 20.17 LF | | 0.00 | 1.34 | 0.19 | 5.44 | 32.66 |
| 114.  Quarter round - 3/4" | 20.17 LF | | 0.00 | 1.51 | 1.37 | 6.38 | 38.21 |
| 115.  Seal & paint quarter round | 20.17 LF | | 0.00 | 0.72 | 0.17 | 2.94 | 17.63 |
| 116.  Detach & Reset Bifold door set - Colonist - Double | 1.00 EA | 27.29 | 0.00 | 0.00 | 0.00 | 5.46 | 32.75 |
| 117.  R&R Casing - 2 1/4" | 38.00 LF | | 0.49 | 1.91 | 3.29 | 18.90 | 113.39 |
| 118.  Seal & paint casing - two coats | 38.00 LF | | 0.00 | 1.30 | 0.38 | 9.96 | 59.74 |
| 119.  Detach & Reset Closet shelf and rod package | 7.50 LF | 11.78 | 0.00 | 0.00 | 0.00 | 17.68 | 106.03 |
| 120.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

Totals:  Closet 1                                                                      21.04    265.58    1,593.13



**Bedroom 2**                                                          **Height: 8'**

| | | |
|---|---|---|
| 364.00  SF Walls | 128.63  SF Ceiling | |
| 492.63  SF Walls & Ceiling | 128.63  SF Floor | |
| 14.29  SY Flooring | 45.50  LF Floor Perimeter | |
| 45.50  LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 121.  R&R 1/2" drywall - hung, taped, ready for texture | 492.63 SF | | 0.45 | 2.06 | 23.11 | 251.92 | 1,511.53 |
| 122.  Texture drywall - smooth / skim coat | 492.63 SF | | 0.00 | 1.24 | 3.17 | 122.82 | 736.85 |
| 123.  Seal/prime then paint the walls and ceiling (2 coats) | 492.63 SF | | 0.00 | 0.86 | 7.25 | 86.20 | 517.11 |
| 124.  R&R Batt insulation - 10" - R30 - paper faced | 128.63 SF | | 0.36 | 1.34 | 9.82 | 45.70 | 274.19 |
| 125.  Floor protection - corrugated cardboard and tape | 128.63 SF | | 0.43 | 0.00 | 2.25 | 11.52 | 69.08 |
| 126.  R&R Baseboard - 2 1/4" | 45.50 LF | | 0.40 | 2.62 | 3.43 | 28.16 | 169.00 |
| 127.  Seal & paint baseboard - two coats | 45.50 LF | | 0.00 | 1.34 | 0.42 | 12.28 | 73.67 |
| 128.  Quarter round - 3/4" | 45.50 LF | | 0.00 | 1.51 | 3.10 | 14.36 | 86.17 |
| 129.  Seal & paint quarter round | 45.50 LF | | 0.00 | 0.72 | 0.38 | 6.64 | 39.78 |
| 130.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 131.  R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 132.  Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 133.  R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 134.  Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 135.  R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 136.  Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 137.  R&R Switch | 3.00 EA | | 4.99 | 13.13 | 0.46 | 10.98 | 65.80 |
| 138.  R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 139.  Clean Copper Wires | 7.00 EA | | 0.00 | 20.00 | 0.00 | 28.00 | 168.00 |
| 140.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 141.  Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |
| Totals:  Bedroom 2 | | | | | 60.05 | 739.16 | 4,434.76 |



**Closet 2**                                                                    **Height: 8'**

|  | |
|---|---|
| 136.00  SF Walls | 15.28  SF Ceiling |
| 151.28  SF Walls & Ceiling | 15.28  SF Floor |
| 1.70  SY Flooring | 17.00  LF Floor Perimeter |
| 17.00  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 142.  R&R 1/2" drywall - hung, taped, ready for texture | 151.28 SF | | 0.45 | 2.06 | 7.10 | 77.36 | 464.18 |
| 143.  Texture drywall - smooth / skim coat | 151.28 SF | | 0.00 | 1.24 | 0.97 | 37.72 | 226.28 |
| 144.  Seal/prime then paint the walls and ceiling (2 coats) | 151.28 SF | | 0.00 | 0.86 | 2.23 | 26.46 | 158.79 |
| 145.  R&R Batt insulation - 10" - R30 - paper faced | 15.28 SF | | 0.36 | 1.34 | 1.17 | 5.44 | 32.59 |
| 146.  Floor protection - corrugated cardboard and tape | 15.28 SF | | 0.43 | 0.00 | 0.27 | 1.38 | 8.22 |
| 147.  R&R Baseboard - 2 1/4" | 17.00 LF | | 0.40 | 2.62 | 1.28 | 10.52 | 63.14 |
| 148.  Seal & paint baseboard - two coats | 17.00 LF | | 0.00 | 1.34 | 0.16 | 4.60 | 27.54 |
| 149.  Quarter round - 3/4" | 17.00 LF | | 0.00 | 1.51 | 1.16 | 5.38 | 32.21 |
| 150.  Seal & paint quarter round | 17.00 LF | | 0.00 | 0.72 | 0.14 | 2.46 | 14.84 |
| 151.  Detach & Reset Bifold door set - Colonist - Double | 1.00 EA | 27.29 | 0.00 | 0.00 | 0.00 | 5.46 | 32.75 |
| 152.  R&R Casing - 2 1/4" | 38.00 LF | | 0.49 | 1.91 | 3.29 | 18.90 | 113.39 |

**CONTINUED - Closet 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 153. Seal & paint casing - two coats | 38.00 LF | | 0.00 | 1.30 | 0.38 | 9.96 | 59.74 |
| 154. Detach & Reset Closet shelf and rod package | 5.92 LF | 11.78 | 0.00 | 0.00 | 0.00 | 13.94 | 83.68 |
| 155. Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| Totals: Closet 2 | | | | | 18.15 | 228.18 | 1,368.94 |



**Bathroom**                                                              **Height: 8'**

| | |
|---|---|
| 213.33 SF Walls | 41.38 SF Ceiling |
| 254.72 SF Walls & Ceiling | 41.38 SF Floor |
| 4.60 SY Flooring | 26.67 LF Floor Perimeter |
| 26.67 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 156. R&R 1/2" drywall - hung, taped, ready for texture | 254.72 SF | | 0.45 | 2.06 | 11.95 | 130.26 | 781.55 |
| 157. Texture drywall - smooth / skim coat | 254.72 SF | | 0.00 | 1.24 | 1.64 | 63.50 | 380.99 |
| 158. Seal/prime then paint the walls and ceiling (2 coats) | 254.72 SF | | 0.00 | 0.86 | 3.75 | 44.58 | 267.39 |
| 159. R&R Batt insulation - 10" - R30 - paper faced | 41.38 SF | | 0.36 | 1.34 | 3.16 | 14.72 | 88.23 |
| 160. Floor protection - corrugated cardboard and tape | 41.38 SF | | 0.43 | 0.00 | 0.72 | 3.70 | 22.21 |
| 161. R&R Baseboard - 2 1/4" | 26.67 LF | | 0.40 | 2.62 | 2.01 | 16.52 | 99.08 |
| 162. Seal & paint baseboard - two coats | 26.67 LF | | 0.00 | 1.34 | 0.25 | 7.20 | 43.19 |
| 163. Quarter round - 3/4" | 26.67 LF | | 0.00 | 1.51 | 1.82 | 8.42 | 50.51 |
| 164. Seal & paint quarter round | 26.67 LF | | 0.00 | 0.72 | 0.22 | 3.88 | 23.30 |
| 165. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 166. R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 167. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 168. Tub Surround protection - corrugated cardboard and tape | 60.00 SF | | 0.44 | 0.00 | 1.05 | 5.50 | 32.95 |

All bath tile is assumed to be mounted on moisture resistant type drywall or backer board and not regular drywall.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 169. Detach & Reset Vanity | 2.83 LF | 59.79 | 0.00 | 0.00 | 0.00 | 33.84 | 203.05 |
| 170. Detach & Reset Vanity top - one sink - cultured marble | 2.83 LF | 26.01 | 0.00 | 0.00 | 0.00 | 14.72 | 88.33 |
| 171. Detach & Reset Sink faucet - Bathroom | 1.00 EA | 101.42 | 0.00 | 0.00 | 0.00 | 20.28 | 121.70 |

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 172.  Detach & Reset Toilet | 1.00 EA | 205.98 | 0.00 | 0.00 | 0.52 | 41.30 | 247.80 |
| 173.  R&R Mirror - 1/4" plate glass | 9.92 SF | | 0.29 | 13.89 | 8.11 | 29.76 | 178.54 |
| 174.  Detach & Reset Towel bar | 1.00 EA | 16.85 | 0.00 | 0.00 | 0.00 | 3.38 | 20.23 |
| 175.  Detach & Reset Toilet paper holder | 1.00 EA | 15.38 | 0.00 | 0.00 | 0.00 | 3.08 | 18.46 |
| 176.  R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 177.  R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 5.31 | 27.46 | 1.35 | 6.84 | 40.96 |
| 178.  Clean Copper Wires | 3.00 EA | | 0.00 | 20.00 | 0.00 | 12.00 | 72.00 |
| 179.  Detach & Reset Bathroom ventilation fan | 1.00 EA | 45.34 | 0.00 | 0.00 | 0.00 | 9.06 | 54.40 |
| 180.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| Totals:  Bathroom | | | | | 40.22 | 529.68 | 3,177.67 |

---

**Linen**                                                             **Height: 8'**

| 76.00 SF Walls | 5.60 SF Ceiling |
|---|---|
| 81.60 SF Walls & Ceiling | 5.60 SF Floor |
| 0.62 SY Flooring | 9.50 LF Floor Perimeter |
| 9.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 181.  R&R 1/2" drywall - hung, taped, ready for texture | 81.60 SF | | 0.45 | 2.06 | 3.83 | 41.72 | 250.37 |
| 182.  Texture drywall - smooth / skim coat | 81.60 SF | | 0.00 | 1.24 | 0.53 | 20.34 | 122.05 |
| 183.  Seal/prime then paint the walls and ceiling (2 coats) | 81.60 SF | | 0.00 | 0.86 | 1.20 | 14.28 | 85.66 |
| 184.  R&R Batt insulation - 10" - R30 - paper faced | 5.60 SF | | 0.36 | 1.34 | 0.43 | 1.98 | 11.93 |
| 185.  Floor protection - corrugated cardboard and tape | 5.60 SF | | 0.43 | 0.00 | 0.10 | 0.50 | 3.01 |
| 186.  R&R Baseboard - 2 1/4" | 9.50 LF | | 0.40 | 2.62 | 0.72 | 5.88 | 35.29 |
| 187.  Seal & paint baseboard - two coats | 9.50 LF | | 0.00 | 1.34 | 0.09 | 2.56 | 15.38 |
| 188.  Quarter round - 3/4" | 9.50 LF | | 0.00 | 1.51 | 0.65 | 3.02 | 18.02 |
| 189.  Seal & paint quarter round | 9.50 LF | | 0.00 | 0.72 | 0.08 | 1.38 | 8.30 |
| 190.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 191.  R&R Casing - 2 1/4" | 32.00 LF | | 0.49 | 1.91 | 2.77 | 15.92 | 95.49 |
| 192.  Seal & paint casing - two coats | 32.00 LF | | 0.00 | 1.30 | 0.32 | 8.38 | 50.30 |

**CONTINUED - Linen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 193.  Detach & Reset Shelving - 12" - in place | 10.00 LF | 7.27 | 0.00 | 0.00 | 0.02 | 14.54 | 87.26 |
| Totals:  Linen | | | | | 10.82 | 145.92 | 875.52 |



**Living Room**                                                                 **Height: 8'**

| | |
|---|---|
| 299.33 SF Walls | 197.87 SF Ceiling |
| 497.20 SF Walls & Ceiling | 197.87 SF Floor |
| 21.99 SY Flooring | 37.42 LF Floor Perimeter |
| 37.42 LF Ceil. Perimeter | |

| **Missing Wall** | **3' 4" X 8'** | **Opens into HALLWAY** |
|---|---|---|
| **Missing Wall** | **4' 7" X 8'** | **Opens into KITCHEN** |
| **Missing Wall** | **1' 10" X 8'** | **Opens into KITCHEN** |
| **Missing Wall** | **10' 2" X 8'** | **Opens into DINING_ROOM2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 194.  R&R 1/2" drywall - hung, taped, ready for texture | 497.20 SF | | 0.45 | 2.06 | 23.33 | 254.24 | 1,525.54 |
| 195.  Texture drywall - smooth / skim coat | 497.20 SF | | 0.00 | 1.24 | 3.20 | 123.94 | 743.67 |
| 196.  Seal/prime then paint the walls and ceiling (2 coats) | 497.20 SF | | 0.00 | 0.86 | 7.32 | 86.98 | 521.89 |
| 197.  R&R Batt insulation - 10" - R30 - paper faced | 197.87 SF | | 0.36 | 1.34 | 15.11 | 70.30 | 421.79 |
| 198.  Floor protection - corrugated cardboard and tape | 197.87 SF | | 0.43 | 0.00 | 3.46 | 17.72 | 106.26 |
| 199.  R&R Baseboard - 2 1/4" | 37.42 LF | | 0.40 | 2.62 | 2.82 | 23.16 | 138.99 |
| 200.  Seal & paint baseboard - two coats | 37.42 LF | | 0.00 | 1.34 | 0.34 | 10.08 | 60.56 |
| 201.  Quarter round - 3/4" | 37.42 LF | | 0.00 | 1.51 | 2.55 | 11.82 | 70.87 |
| 202.  Seal & paint quarter round | 37.42 LF | | 0.00 | 0.72 | 0.31 | 5.44 | 32.69 |
| 203.  R&R Casing - 2 1/4" | 17.00 LF | | 0.49 | 1.91 | 1.47 | 8.46 | 50.73 |
| 204.  Seal & paint casing - two coats | 17.00 LF | | 0.00 | 1.30 | 0.17 | 4.46 | 26.73 |
| 205.  R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 206.  Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 207.  R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 208.  Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 209.  R&R Switch | 1.00 EA | | 4.99 | 13.13 | 0.15 | 3.66 | 21.93 |

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 210.  R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 211.  Clean Copper Wires | 5.00 EA | | 0.00 | 20.00 | 0.00 | 20.00 | 120.00 |
| 212.  R&R Phone, TV, or speaker outlet | 2.00 EA | | 4.50 | 20.05 | 0.98 | 10.02 | 60.10 |
| 213.  Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |
| Totals:  Living Room | | | | | 64.02 | 724.62 | 4,347.93 |
| Total: Main Level | | | | | 400.93 | 5,456.14 | 32,735.03 |
| Line Item Totals: 8807A-GHARIB-LA | | | | | 457.22 | 6,806.00 | 40,834.15 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,288.91 | SF Walls | 773.85 | SF Ceiling | 3,062.76 | SF Walls and Ceiling |
| 773.85 | SF Floor | 85.98 | SY Flooring | 286.11 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 286.11 | LF Ceil. Perimeter |
| | | | | | |
| 773.85 | Floor Area | 841.98 | Total Area | 2,288.91 | Interior Wall Area |
| 1,059.00 | Exterior Wall Area | 117.67 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Summary

| | |
|---|---:|
| Line Item Total | 33,570.93 |
| Material Sales Tax | 457.22 |
| Subtotal | 34,028.15 |
| Overhead | 3,403.00 |
| Profit | 3,403.00 |
| **Replacement Cost Value** | **$40,834.15** |
| **Net Claim** | **$40,834.15** |

## Recap by Room

**Estimate: 8807A-GHARIB-LA**

| | | |
|---|---:|---:|
| General Requirements | 5,517.48 | 16.44% |
| Exterior Insulation | 1,175.49 | 3.50% |

**Area: Main Level**

| | | |
|---|---:|---:|
| Dining Room | 1,909.93 | 5.69% |
| Kitchen | 4,994.01 | 14.88% |
| Pantry | 1,243.88 | 3.71% |
| Hallway | 2,259.41 | 6.73% |
| Bedroom 1 | 3,520.22 | 10.49% |
| Closet 1 | 1,306.51 | 3.89% |
| Bedroom 2 | 3,635.55 | 10.83% |
| Closet 2 | 1,122.61 | 3.34% |
| Bathroom | 2,607.77 | 7.77% |
| Linen | 718.78 | 2.14% |
| Living Room | 3,559.29 | 10.60% |
| **Area Subtotal:  Main Level** | **26,877.96** | **80.06%** |
| **Subtotal of Areas** | **33,570.93** | **100.00%** |
| **Total** | **33,570.93** | **100.00%** |

1



2



3



4



5



6



7



8



9



10



11



12



13



14



15



16



17



18



19



20



21



22



23



24



25



26



27



28



29



30



31



32



33



34



35



36



37



38



39



40



41 

42



43



44



45



46



47



48



49



50



51





52



53



54



55



56



57



58



59







Main Level