Client: Jawad and Fatme Gharib
Property: 8807 South Claiborne Avenue, Apt B
New Orleans, LA 70118

Operator: CSALVATO

Type of Estimate: <NONE>
Date Entered: 9/5/2019          Date Assigned:

Price List: LANO8X_AUG19
Labor Efficiency: Restoration/Service/Remodel
Estimate: 8807B-GHARIB-LA
File Number: 8807B-GHARIB-LA

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

Exh. 3

### 8807B-GHARIB-LA

## General Requirements

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 EA | | 634.35 | 0.00 | 0.00 | 380.62 | 2,283.67 |
| 2. Clean stud wall | 2,288.91 SF | | 0.00 | 0.53 | 4.21 | 243.46 | 1,460.79 |
| 3. Clean floor or roof joist system | 773.85 SF | | 0.00 | 0.66 | 1.42 | 102.42 | 614.58 |
| 4. Final cleaning - construction - Residential | 773.85 SF | | 0.00 | 0.21 | 0.00 | 32.50 | 195.01 |
| 5. Building Permit | 773.85 EA | | 0.00 | 0.15 | 0.00 | 23.22 | 139.30 |
| 6. POD Storage Container 16'x8'x8' (1 total) - per month | 3.00 MO | | 0.00 | 271.00 | 0.00 | 162.60 | 975.60 |
| 7. Environmental Certification | 1.00 EA | | 0.00 | 350.00 | 0.00 | 70.00 | 420.00 |
| 8. Temporary toilet (per month) | 3.00 MO | | 0.00 | 149.66 | 0.00 | 89.80 | 538.78 |
| Totals: General Requirements | | | | | 5.63 | 1,104.62 | 6,627.73 |

## Exterior Insulation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 9. R&R Batt insulation - 6" - R19 - paper faced | 1,059.00 SF | | 0.28 | 0.83 | 50.66 | 245.24 | 1,471.39 |
| Totals: Exterior Insulation | | | | | 50.66 | 245.24 | 1,471.39 |

## Main Level



### Living Room                                                                 Height: 8'

| | |
|---|---|
| 299.33 SF Walls | 197.87 SF Ceiling |
| 497.20 SF Walls & Ceiling | 197.87 SF Floor |
| 21.99 SY Flooring | 37.42 LF Floor Perimeter |
| 37.42 LF Ceil. Perimeter | |

| Missing Wall | 3' 4" X 8' | Opens into HALLWAY |
|---|---|---|
| Missing Wall | 4' 7" X 8' | Opens into KITCHEN |
| Missing Wall | 1' 10" X 8' | Opens into KITCHEN |
| Missing Wall | 10' 2" X 8' | Opens into DINING_ROOM2 |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 10. R&R 1/2" drywall - hung, taped, ready for texture | 497.20 SF | | 0.45 | 2.06 | 23.33 | 254.24 | 1,525.54 |

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 11.  Texture drywall - smooth / skim coat | 497.20 SF | | 0.00 | 1.24 | 3.20 | 123.94 | 743.67 |
| 12.  Seal/prime then paint the walls and ceiling (2 coats) | 497.20 SF | | 0.00 | 0.86 | 7.32 | 86.98 | 521.89 |
| 13.  R&R Batt insulation - 10" - R30 - paper faced | 197.87 SF | | 0.36 | 1.34 | 15.11 | 70.30 | 421.79 |
| 14.  Floor protection - corrugated cardboard and tape | 197.87 SF | | 0.43 | 0.00 | 3.46 | 17.72 | 106.26 |
| 15.  R&R Baseboard - 2 1/4" | 37.42 LF | | 0.40 | 2.62 | 2.82 | 23.16 | 138.99 |
| 16.  Seal & paint baseboard - two coats | 37.42 LF | | 0.00 | 1.34 | 0.34 | 10.08 | 60.56 |
| 17.  Quarter round - 3/4" | 37.42 LF | | 0.00 | 1.51 | 2.55 | 11.82 | 70.87 |
| 18.  Seal & paint quarter round | 37.42 LF | | 0.00 | 0.72 | 0.31 | 5.44 | 32.69 |
| 19.  R&R Casing - 2 1/4" | 17.00 LF | | 0.49 | 1.91 | 1.47 | 8.46 | 50.73 |
| 20.  Seal & paint casing - two coats | 17.00 LF | | 0.00 | 1.30 | 0.17 | 4.46 | 26.73 |
| 21.  R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 22.  Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 23.  R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 24.  Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 25.  R&R Switch | 1.00 EA | | 4.99 | 13.13 | 0.15 | 3.66 | 21.93 |
| 26.  R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 27.  Clean Copper Wires | 5.00 EA | | 0.00 | 20.00 | 0.00 | 20.00 | 120.00 |
| 28.  R&R Phone, TV, or speaker outlet | 2.00 EA | | 4.50 | 20.05 | 0.98 | 10.02 | 60.10 |
| 29.  Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Living Room | | | | | 64.02 | 724.62 | 4,347.93 |



**Hallway**                                                              **Height: 8'**

| | | |
|---|---|---|
| 212.90  SF Walls | | 38.15  SF Ceiling |
| 251.05  SF Walls & Ceiling | | 38.15  SF Floor |
| 4.24  SY Flooring | | 26.61  LF Floor Perimeter |
| 26.61  LF Ceil. Perimeter | | |

**Missing Wall**            **3' 4" X 8'**                          **Opens into LIVING_ROOM2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 30.  R&R 1/2" drywall - hung, taped, ready for texture | 251.05 SF | | 0.45 | 2.06 | 11.78 | 128.40 | 770.31 |

**CONTINUED - Hallway**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 31.  Texture drywall - smooth / skim coat | 251.05 SF | | 0.00 | 1.24 | 1.62 | 62.58 | 375.50 |
| 32.  Seal/prime then paint the walls and ceiling (2 coats) | 251.05 SF | | 0.00 | 0.86 | 3.70 | 43.92 | 263.52 |
| 33.  R&R Batt insulation - 10" - R30 - paper faced | 38.15 SF | | 0.36 | 1.34 | 2.91 | 13.54 | 81.30 |
| 34.  Floor protection - corrugated cardboard and tape | 38.15 SF | | 0.43 | 0.00 | 0.67 | 3.42 | 20.49 |
| 35.  R&R Baseboard - 2 1/4" | 26.61 LF | | 0.40 | 2.62 | 2.01 | 16.46 | 98.83 |
| 36.  Seal & paint baseboard - two coats | 26.61 LF | | 0.00 | 1.34 | 0.24 | 7.18 | 43.08 |
| 37.  Quarter round - 3/4" | 26.61 LF | | 0.00 | 1.51 | 1.81 | 8.40 | 50.39 |
| 38.  Seal & paint quarter round | 26.61 LF | | 0.00 | 0.72 | 0.22 | 3.88 | 23.26 |
| 39.  R&R Switch | 1.00 EA | | 4.99 | 13.13 | 0.15 | 3.66 | 21.93 |
| 40.  R&R Outlet | 1.00 EA | | 5.00 | 16.18 | 0.13 | 4.26 | 25.57 |
| 41.  Clean Copper Wires | 2.00 EA | | 0.00 | 20.00 | 0.00 | 8.00 | 48.00 |
| 42.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| 43.  R&R Smoke detector | 1.00 EA | | 10.65 | 56.73 | 1.88 | 13.86 | 83.12 |
| 44.  R&R Circuit breaker - 110 volt - single pole | 20.00 EA | | 7.86 | 24.93 | 11.59 | 133.48 | 800.87 |
| Totals:  Hallway | | | | | 38.71 | 459.64 | 2,757.76 |



**Bathroom**          **Height: 8'**

| | |
|---|---|
| 213.33  SF Walls | 41.38  SF Ceiling |
| 254.72  SF Walls & Ceiling | 41.38  SF Floor |
| 4.60  SY Flooring | 26.67  LF Floor Perimeter |
| 26.67  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 45.  R&R 1/2" drywall - hung, taped, ready for texture | 254.72 SF | | 0.45 | 2.06 | 11.95 | 130.26 | 781.55 |
| 46.  Texture drywall - smooth / skim coat | 254.72 SF | | 0.00 | 1.24 | 1.64 | 63.50 | 380.99 |
| 47.  Seal/prime then paint the walls and ceiling (2 coats) | 254.72 SF | | 0.00 | 0.86 | 3.75 | 44.58 | 267.39 |
| 48.  R&R Batt insulation - 10" - R30 - paper faced | 41.38 SF | | 0.36 | 1.34 | 3.16 | 14.72 | 88.23 |
| 49.  Floor protection - corrugated cardboard and tape | 41.38 SF | | 0.43 | 0.00 | 0.72 | 3.70 | 22.21 |
| 50.  R&R Baseboard - 2 1/4" | 26.67 LF | | 0.40 | 2.62 | 2.01 | 16.52 | 99.08 |

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 51. Seal & paint baseboard - two coats | 26.67 LF | | 0.00 | 1.34 | 0.25 | 7.20 | 43.19 |
| 52. Quarter round - 3/4" | 26.67 LF | | 0.00 | 1.51 | 1.82 | 8.42 | 50.51 |
| 53. Seal & paint quarter round | 26.67 LF | | 0.00 | 0.72 | 0.22 | 3.88 | 23.30 |
| 54. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 55. R&R Casing - 2 1/4" | 34.00 LF | 0.49 | | 1.91 | 2.94 | 16.90 | 101.44 |
| 56. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 57. Tub Surround protection - corrugated cardboard and tape | 60.00 SF | | 0.44 | 0.00 | 1.05 | 5.50 | 32.95 |

All bath tile is assumed to be mounted on moisture resistant type drywall or backer board and not regular drywall.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 58. Detach & Reset Vanity | 2.83 LF | 59.79 | 0.00 | 0.00 | 0.00 | 33.84 | 203.05 |
| 59. Detach & Reset Vanity top - one sink - cultured marble | 2.83 LF | 26.01 | 0.00 | 0.00 | 0.00 | 14.72 | 88.33 |
| 60. Detach & Reset Sink faucet - Bathroom | 1.00 EA | 101.42 | 0.00 | 0.00 | 0.00 | 20.28 | 121.70 |
| 61. Detach & Reset Toilet | 1.00 EA | 205.98 | 0.00 | 0.00 | 0.52 | 41.30 | 247.80 |
| 62. R&R Mirror - 1/4" plate glass | 9.92 SF | | 0.29 | 13.89 | 8.11 | 29.76 | 178.54 |
| 63. Detach & Reset Toilet paper holder | 1.00 EA | 15.38 | 0.00 | 0.00 | 0.00 | 3.08 | 18.46 |
| 64. Detach & Reset Towel ring | 1.00 EA | 17.37 | 0.00 | 0.00 | 0.00 | 3.48 | 20.85 |
| 65. Detach & Reset Medicine cabinet | 1.00 EA | 52.42 | 0.00 | 0.00 | 0.00 | 10.48 | 62.90 |
| 66. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 67. R&R Ground fault interrupter (GFI) outlet | 1.00 EA | | 5.31 | 27.46 | 1.35 | 6.84 | 40.96 |
| 68. Clean Copper Wires | 3.00 EA | | 0.00 | 20.00 | 0.00 | 12.00 | 72.00 |
| 69. Detach & Reset Bathroom ventilation fan | 1.00 EA | 45.34 | 0.00 | 0.00 | 0.00 | 9.06 | 54.40 |
| 70. Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| Totals: Bathroom | | | | | 40.22 | 540.26 | 3,241.19 |
|---|---|---|---|---|---|---|---|



| Bedroom 2 | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|

| 364.00 SF Walls | 128.63 SF Ceiling |
|---|---|
| 492.63 SF Walls & Ceiling | 128.63 SF Floor |
| 14.29 SY Flooring | 45.50 LF Floor Perimeter |
| 45.50 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 71. R&R 1/2" drywall - hung, taped, ready for texture | 492.63 SF | | 0.45 | 2.06 | 23.11 | 251.92 | 1,511.53 |

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 72.  Texture drywall - smooth / skim coat | 492.63 | SF | | 0.00 | 1.24 | 3.17 | 122.82 | 736.85 |
| 73.  Seal/prime then paint the walls and ceiling (2 coats) | 492.63 | SF | | 0.00 | 0.86 | 7.25 | 86.20 | 517.11 |
| 74.  R&R Batt insulation - 10" - R30 - paper faced | 128.63 | SF | | 0.36 | 1.34 | 9.82 | 45.70 | 274.19 |
| 75.  Floor protection - corrugated cardboard and tape | 128.63 | SF | | 0.43 | 0.00 | 2.25 | 11.52 | 69.08 |
| 76.  R&R Baseboard - 2 1/4" | 45.50 | LF | | 0.40 | 2.62 | 3.43 | 28.16 | 169.00 |
| 77.  Seal & paint baseboard - two coats | 45.50 | LF | | 0.00 | 1.34 | 0.42 | 12.28 | 73.67 |
| 78.  Quarter round - 3/4" | 45.50 | LF | | 0.00 | 1.51 | 3.10 | 14.36 | 86.17 |
| 79.  Seal & paint quarter round | 45.50 | LF | | 0.00 | 0.72 | 0.38 | 6.64 | 39.78 |
| 80.  Interior door - Detach & reset | 1.00 | EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 81.  R&R Casing - 2 1/4" | 34.00 | LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 82.  Seal & paint casing - two coats | 34.00 | LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 83.  R&R Window stool & apron | 3.00 | LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 84.  Seal & paint window stool and apron | 3.00 | LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 85.  R&R Window Casing - 2 1/4" | 13.00 | LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 86.  Seal & paint window casing - two coats | 13.00 | LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 87.  R&R Switch | 3.00 | EA | | 4.99 | 13.13 | 0.46 | 10.98 | 65.80 |
| 88.  R&R Outlet | 4.00 | EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 89.  Clean Copper Wires | 7.00 | EA | | 0.00 | 20.00 | 0.00 | 28.00 | 168.00 |
| 90.  R&R Phone, TV, or speaker outlet | 1.00 | EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 91.  Detach & Reset Ceiling fan & light | 1.00 | EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |

| Totals:  Bedroom 2 | | | | | | 60.05 | 739.16 | 4,434.76 |



| **Closet 2** | | | | | | | **Height: 8'** |

|  | |
|---|---|
| 176.00  SF Walls | 21.74  SF Ceiling |
| 197.74  SF Walls & Ceiling | 21.74  SF Floor |
| 2.42  SY Flooring | 22.00  LF Floor Perimeter |
| 22.00  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 92.  R&R 1/2" drywall - hung, taped, ready for texture | 197.74 | SF | | 0.45 | 2.06 | 9.28 | 101.12 | 606.72 |

**CONTINUED - Closet 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 93.  Texture drywall - smooth / skim coat | 197.74 SF | | 0.00 | 1.24 | 1.27 | 49.30 | 295.77 |
| 94.  Seal/prime then paint the walls and ceiling (2 coats) | 197.74 SF | | 0.00 | 0.86 | 2.91 | 34.60 | 207.57 |
| 95.  R&R Batt insulation - 10" - R30 - paper faced | 21.74 SF | | 0.36 | 1.34 | 1.66 | 7.72 | 46.34 |
| 96.  Floor protection - corrugated cardboard and tape | 21.74 SF | | 0.43 | 0.00 | 0.38 | 1.96 | 11.69 |
| 97.  R&R Baseboard - 2 1/4" | 22.00 LF | | 0.40 | 2.62 | 1.66 | 13.62 | 81.72 |
| 98.  Seal & paint baseboard - two coats | 22.00 LF | | 0.00 | 1.34 | 0.20 | 5.94 | 35.62 |
| 99.  Quarter round - 3/4" | 22.00 LF | | 0.00 | 1.51 | 1.50 | 6.94 | 41.66 |
| 100.  Seal & paint quarter round | 22.00 LF | | 0.00 | 0.72 | 0.18 | 3.20 | 19.22 |
| 101.  Detach & Reset Bifold door set - Colonist - Double | 1.00 EA | 27.29 | 0.00 | 0.00 | 0.00 | 5.46 | 32.75 |
| 102.  R&R Casing - 2 1/4" | 38.00 LF | | 0.49 | 1.91 | 3.29 | 18.90 | 113.39 |
| 103.  Seal & paint casing - two coats | 38.00 LF | | 0.00 | 1.30 | 0.38 | 9.96 | 59.74 |
| 104.  Detach & Reset Closet shelf and rod package | 5.92 LF | 11.78 | 0.00 | 0.00 | 0.00 | 13.94 | 83.68 |
| 105.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

Totals:  Closet 2     22.71     281.26     1,687.46



| Bedroom 1 | | | | Height: 8' |
|---|---|---|---|---|

349.33 SF Walls        119.00 SF Ceiling
468.33 SF Walls & Ceiling        119.00 SF Floor
13.22 SY Flooring        43.67 LF Floor Perimeter
43.67 LF Ceil. Perimeter

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 106.  R&R 1/2" drywall - hung, taped, ready for texture | 468.33 SF | | 0.45 | 2.06 | 21.97 | 239.52 | 1,437.00 |
| 107.  Texture drywall - smooth / skim coat | 468.33 SF | | 0.00 | 1.24 | 3.02 | 116.74 | 700.49 |
| 108.  Seal/prime then paint the walls and ceiling (2 coats) | 468.33 SF | | 0.00 | 0.86 | 6.89 | 81.94 | 491.59 |
| 109.  R&R Batt insulation - 10" - R30 - paper faced | 119.00 SF | | 0.36 | 1.34 | 9.09 | 42.28 | 253.67 |
| 110.  Floor protection - corrugated cardboard and tape | 119.00 SF | | 0.43 | 0.00 | 2.08 | 10.66 | 63.91 |
| 111.  R&R Baseboard - 2 1/4" | 43.67 LF | | 0.40 | 2.62 | 3.29 | 27.04 | 162.22 |

### CONTINUED - Bedroom 1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 112. Seal & paint baseboard - two coats | 43.67 LF | | 0.00 | 1.34 | 0.40 | 11.78 | 70.70 |
| 113. Quarter round - 3/4" | 43.67 LF | | 0.00 | 1.51 | 2.97 | 13.78 | 82.69 |
| 114. Seal & paint quarter round | 43.67 LF | | 0.00 | 0.72 | 0.36 | 6.36 | 38.16 |
| 115. Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 116. R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 117. Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 118. R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 119. Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 120. R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 121. Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 122. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 123. R&R Outlet | 4.00 EA | | 5.00 | 16.18 | 0.53 | 17.04 | 102.29 |
| 124. Clean Copper Wires | 6.00 EA | | 0.00 | 20.00 | 0.00 | 24.00 | 144.00 |
| 125. R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 126. Detach & Reset Ceiling fan & light | 1.00 EA | 201.74 | 0.00 | 0.00 | 0.00 | 40.34 | 242.08 |
| 127. R&R Smoke detector | 1.00 EA | | 10.65 | 56.73 | 1.88 | 13.86 | 83.12 |

| Totals: Bedroom 1 | | | | | 58.92 | 715.86 | 4,295.00 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Closet 1** | | | | | | **Height: 8'** | |

| 114.18 SF Walls | 11.76 SF Ceiling |
|---|---|
| 125.94 SF Walls & Ceiling | 11.76 SF Floor |
| 1.31 SY Flooring | 14.27 LF Floor Perimeter |
| 14.27 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 128. R&R 1/2" drywall - hung, taped, ready for texture | 125.94 SF | | 0.45 | 2.06 | 5.91 | 64.40 | 386.42 |
| 129. Texture drywall - smooth / skim coat | 125.94 SF | | 0.00 | 1.24 | 0.81 | 31.40 | 188.38 |
| 130. Seal/prime then paint the walls and ceiling (2 coats) | 125.94 SF | | 0.00 | 0.86 | 1.85 | 22.04 | 132.20 |
| 131. R&R Batt insulation - 10" - R30 - paper faced | 11.76 SF | | 0.36 | 1.34 | 0.90 | 4.18 | 25.07 |

**CONTINUED - Closet 1**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 132.  Floor protection - corrugated cardboard and tape | 11.76 SF | | 0.43 | 0.00 | 0.21 | 1.06 | 6.33 |
| 133.  R&R Baseboard - 2 1/4" | 14.27 LF | | 0.40 | 2.62 | 1.08 | 8.84 | 53.02 |
| 134.  Seal & paint baseboard - two coats | 14.27 LF | | 0.00 | 1.34 | 0.13 | 3.84 | 23.09 |
| 135.  Quarter round - 3/4" | 14.27 LF | | 0.00 | 1.51 | 0.97 | 4.52 | 27.04 |
| 136.  Seal & paint quarter round | 14.27 LF | | 0.00 | 0.72 | 0.12 | 2.08 | 12.47 |
| 137.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.14 | 0.08 | 14.24 | 85.46 |
| 138.  R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 139.  Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 140.  Detach & Reset Closet shelf and rod package | 4.17 LF | 11.78 | 0.00 | 0.00 | 0.00 | 9.82 | 58.94 |
| 141.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

| Totals:  Closet 1 | | | | | 15.34 | 200.82 | 1,204.89 |

---

**AHU**                                                                    **Height: 8'**



|  | |
|---|---|
| 83.16  SF Walls | 6.75  SF Ceiling |
| 89.91  SF Walls & Ceiling | 6.75  SF Floor |
| 0.75  SY Flooring | 10.39  LF Floor Perimeter |
| 10.39  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 142.  R&R 1/2" drywall - hung, taped, ready for texture | 89.91 SF | | 0.45 | 2.06 | 4.22 | 45.98 | 275.87 |
| 143.  Texture drywall - smooth / skim coat | 89.91 SF | | 0.00 | 1.24 | 0.58 | 22.42 | 134.49 |
| 144.  Seal/prime then paint the walls and ceiling (2 coats) | 89.91 SF | | 0.00 | 0.86 | 1.32 | 15.72 | 94.36 |
| 145.  R&R Batt insulation - 10" - R30 - paper faced | 6.75 SF | | 0.36 | 1.34 | 0.52 | 2.40 | 14.40 |
| 146.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 71.14 | 0.08 | 14.24 | 85.46 |
| 147.  R&R Casing - 2 1/4" | 26.00 LF | | 0.49 | 1.91 | 2.25 | 12.94 | 77.59 |
| 148.  Seal & paint casing - two coats | 26.00 LF | | 0.00 | 1.30 | 0.26 | 6.82 | 40.88 |
| 149.  Air handler - with heat element - Detach & reset | 1.00 EA | | 0.00 | 847.30 | 0.00 | 169.46 | 1,016.76 |

| Totals:  AHU | | | | | 9.23 | 289.98 | 1,739.81 |



**Kitchen**  **Height: 8'**

|  |  |
|---|---|
| 194.45  SF Walls | 93.56  SF Ceiling |
| 288.01  SF Walls & Ceiling | 93.56  SF Floor |
| 10.40  SY Flooring | 24.31  LF Floor Perimeter |
| 24.31  LF Ceil. Perimeter | |

| **Missing Wall** | **4' 7" X 8'** | **Opens into LIVING_ROOM2** |
|---|---|---|
| **Missing Wall** | **9' 10" X 8'** | **Opens into DINING_ROOM** |
| **Missing Wall** | **1' 10" X 8'** | **Opens into LIVING_ROOM2** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 150.  R&R 1/2" drywall - hung, taped, ready for texture | 288.01 SF | | 0.45 | 2.06 | 13.51 | 147.28 | 883.69 |
| 151.  Texture drywall - smooth / skim coat | 288.01 SF | | 0.00 | 1.24 | 1.85 | 71.80 | 430.78 |
| 152.  Seal/prime then paint the walls and ceiling (2 coats) | 288.01 SF | | 0.00 | 0.86 | 4.24 | 50.38 | 302.31 |
| 153.  R&R Batt insulation - 10" - R30 - paper faced | 93.56 SF | | 0.36 | 1.34 | 7.14 | 33.24 | 199.43 |
| 154.  Floor protection - corrugated cardboard and tape | 93.56 SF | | 0.43 | 0.00 | 1.64 | 8.36 | 50.23 |
| 155.  R&R Baseboard - 2 1/4" | 24.31 LF | | 0.40 | 2.62 | 1.83 | 15.04 | 90.28 |
| 156.  Seal & paint baseboard - two coats | 24.31 LF | | 0.00 | 1.34 | 0.22 | 6.56 | 39.36 |
| 157.  Quarter round - 3/4" | 24.31 LF | | 0.00 | 1.51 | 1.66 | 7.68 | 46.05 |
| 158.  Seal & paint quarter round | 24.31 LF | | 0.00 | 0.72 | 0.20 | 3.54 | 21.24 |
| 159.  Detach & Reset Cabinetry - lower (base) units | 16.00 LF | 59.13 | 0.00 | 0.00 | 0.00 | 189.22 | 1,135.30 |
| 160.  Detach & Reset Cabinetry - upper (wall) units | 11.33 LF | 50.57 | 0.00 | 0.00 | 0.00 | 114.60 | 687.56 |
| 161.  Detach & Reset Countertop - flat laid plastic laminate | 17.67 LF | 16.64 | 0.00 | 0.00 | 0.00 | 58.80 | 352.83 |
| 162.  Detach & Reset 4" backsplash for flat laid countertop | 12.50 LF | 3.39 | 0.00 | 0.00 | 0.07 | 8.50 | 50.95 |
| 163.  Detach & Reset Sink - single | 1.00 EA | 145.62 | 0.00 | 0.00 | 0.00 | 29.12 | 174.74 |
| 164.  Detach & Reset Sink faucet - Kitchen | 1.00 EA | 110.31 | 0.00 | 0.00 | 0.00 | 22.06 | 132.37 |
| 165.  Detach & Reset Garbage disposer | 1.00 EA | 147.38 | 0.00 | 0.00 | 0.00 | 29.48 | 176.86 |
| 166.  Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 32.14 | 0.00 | 6.42 | 38.56 |
| 167.  Detach & Reset Range - freestanding - electric | 1.00 EA | 36.47 | 0.00 | 0.00 | 0.00 | 7.30 | 43.77 |
| 168.  Detach & Reset Range hood | 1.00 EA | 76.30 | 0.00 | 0.00 | 0.00 | 15.26 | 91.56 |
| 169.  Detach & Reset Dishwasher | 1.00 EA | 266.39 | 0.00 | 0.00 | 0.00 | 53.28 | 319.67 |
| 170.  R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 171.  R&R Outlet | 2.00 EA | | 5.00 | 16.18 | 0.27 | 8.54 | 51.17 |
| 172.  R&R Ground fault interrupter (GFI) outlet | 2.00 EA | | 4.95 | 25.77 | 2.70 | 12.82 | 76.96 |
| 173.  R&R 220 volt outlet | 1.00 EA | | 4.95 | 25.21 | 0.79 | 6.20 | 37.15 |
| 174.  Clean Copper Wires | 7.00 EA | | 0.00 | 20.00 | 0.00 | 28.00 | 168.00 |
| 175.  R&R Phone, TV, or speaker outlet | 1.00 EA | | 4.50 | 20.05 | 0.49 | 5.02 | 30.06 |
| 176.  Detach & Reset Fluorescent light fixture | 1.00 EA | 63.58 | 0.00 | 0.00 | 0.00 | 12.72 | 76.30 |

| Totals:  Kitchen | | | | | 36.92 | 958.54 | 5,751.05 |



**Pantry**                                                                    **Height: 8'**

| | |
|---|---|
| 122.22  SF Walls | 15.04  SF Ceiling |
| 137.26  SF Walls & Ceiling | 15.04  SF Floor |
| 1.67  SY Flooring | 15.28  LF Floor Perimeter |
| 15.28  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 177.  R&R 1/2" drywall - hung, taped, ready for texture | 137.26 SF | | 0.45 | 2.06 | 6.44 | 70.20 | 421.17 |
| 178.  Texture drywall - smooth / skim coat | 137.26 SF | | 0.00 | 1.24 | 0.88 | 34.22 | 205.30 |
| 179.  Seal/prime then paint the walls and ceiling (2 coats) | 137.26 SF | | 0.00 | 0.86 | 2.02 | 24.00 | 144.06 |
| 180.  R&R Batt insulation - 10" - R30 - paper faced | 15.04 SF | | 0.36 | 1.34 | 1.15 | 5.36 | 32.07 |
| 181.  Floor protection - corrugated cardboard and tape | 15.04 SF | | 0.43 | 0.00 | 0.26 | 1.36 | 8.09 |
| 182.  R&R Baseboard - 2 1/4" | 15.28 LF | | 0.40 | 2.62 | 1.15 | 9.46 | 56.75 |
| 183.  Seal & paint baseboard - two coats | 15.28 LF | | 0.00 | 1.34 | 0.14 | 4.12 | 24.74 |
| 184.  Quarter round - 3/4" | 15.28 LF | | 0.00 | 1.51 | 1.04 | 4.82 | 28.93 |
| 185.  Seal & paint quarter round | 15.28 LF | | 0.00 | 0.72 | 0.13 | 2.22 | 13.35 |
| 186.  Interior door - Detach & reset | 1.00 EA | | 0.00 | 76.96 | 0.08 | 15.42 | 92.46 |
| 187.  R&R Casing - 2 1/4" | 34.00 LF | | 0.49 | 1.91 | 2.94 | 16.90 | 101.44 |
| 188.  Seal & paint casing - two coats | 34.00 LF | | 0.00 | 1.30 | 0.34 | 8.90 | 53.44 |
| 189.  Detach & Reset Shelving - 12" - in place | 32.00 LF | 7.27 | 0.00 | 0.00 | 0.06 | 46.54 | 279.24 |
| 190.  Detach & Reset Light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |

**CONTINUED - Pantry**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Pantry | | | | | 16.63 | 252.12 | 1,512.63 |

**Dining Room**            **Height: 8'**

160.00 SF Walls           99.97 SF Ceiling
259.97 SF Walls & Ceiling      99.97 SF Floor
11.11 SY Flooring          20.00 LF Floor Perimeter
20.00 LF Ceil. Perimeter

| Missing Wall | 10' 2" X 8' | Opens into LIVING_ROOM2 |
|---|---|---|
| Missing Wall | 9' 10" X 8' | Opens into KITCHEN |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 191. R&R 1/2" drywall - hung, taped, ready for texture | 259.97 SF | | 0.45 | 2.06 | 12.20 | 132.94 | 797.67 |
| 192. Texture drywall - smooth / skim coat | 259.97 SF | | 0.00 | 1.24 | 1.67 | 64.82 | 388.85 |
| 193. Seal/prime then paint the walls and ceiling (2 coats) | 259.97 SF | | 0.00 | 0.86 | 3.83 | 45.48 | 272.88 |
| 194. R&R Batt insulation - 10" - R30 - paper faced | 99.97 SF | | 0.36 | 1.34 | 7.63 | 35.52 | 213.10 |
| 195. Floor protection - corrugated cardboard and tape | 99.97 SF | | 0.43 | 0.00 | 1.75 | 8.96 | 53.70 |
| 196. R&R Baseboard - 2 1/4" | 20.00 LF | | 0.40 | 2.62 | 1.51 | 12.38 | 74.29 |
| 197. Seal & paint baseboard - two coats | 20.00 LF | | 0.00 | 1.34 | 0.18 | 5.40 | 32.38 |
| 198. Quarter round - 3/4" | 20.00 LF | | 0.00 | 1.51 | 1.36 | 6.32 | 37.88 |
| 199. Seal & paint quarter round | 20.00 LF | | 0.00 | 0.72 | 0.17 | 2.92 | 17.49 |
| 200. R&R Window stool & apron | 3.00 LF | | 0.73 | 7.33 | 0.94 | 5.02 | 30.14 |
| 201. Seal & paint window stool and apron | 3.00 LF | | 0.00 | 3.43 | 0.09 | 2.08 | 12.46 |
| 202. R&R Window Casing - 2 1/4" | 13.00 LF | | 0.49 | 1.91 | 1.12 | 6.46 | 38.78 |
| 203. Seal & paint window casing - two coats | 13.00 LF | | 0.00 | 1.30 | 0.13 | 3.40 | 20.43 |
| 204. R&R Switch | 2.00 EA | | 4.99 | 13.13 | 0.31 | 7.32 | 43.87 |
| 205. R&R Outlet | 2.00 EA | | 5.00 | 16.18 | 0.27 | 8.54 | 51.17 |
| 206. Clean Copper Wires | 4.00 EA | | 0.00 | 20.00 | 0.00 | 16.00 | 96.00 |
| 207. Detach & Reset Hanging light fixture | 1.00 EA | 42.99 | 0.00 | 0.00 | 0.00 | 8.60 | 51.59 |
| Totals: Dining Room | | | | | 33.16 | 372.16 | 2,232.68 |
| Total: Main Level | | | | | 395.91 | 5,534.42 | 33,205.16 |

**Line Item Totals: 8807B-GHARIB-LA**                                                 452.20        6,884.28        41,304.28

## Grand Total Areas:

| | | |
|---|---|---|
| 2,288.91 SF Walls | 773.85 SF Ceiling | 3,062.76 SF Walls and Ceiling |
| 773.85 SF Floor | 85.98 SY Flooring | 286.11 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 286.11 LF Ceil. Perimeter |
| | | |
| 773.85 Floor Area | 841.98 Total Area | 2,288.91 Interior Wall Area |
| 1,059.00 Exterior Wall Area | 117.67 Exterior Perimeter of Walls | |
| | | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

## Summary

| | |
|---|---:|
| Line Item Total | 33,967.80 |
| Material Sales Tax | 452.20 |
| Subtotal | 34,420.00 |
| Overhead | 3,442.14 |
| Profit | 3,442.14 |
| **Replacement Cost Value** | **$41,304.28** |
| **Net Claim** | **$41,304.28** |

## Recap by Room

**Estimate: 8807B-GHARIB-LA**

| | | |
|---|---:|---:|
| General Requirements | 5,517.48 | 16.24% |
| Exterior Insulation | 1,175.49 | 3.46% |

**Area: Main Level**

| | | |
|---|---:|---:|
| Living Room | 3,559.29 | 10.48% |
| Hallway | 2,259.41 | 6.65% |
| Bathroom | 2,660.71 | 7.83% |
| Bedroom 2 | 3,635.55 | 10.70% |
| Closet 2 | 1,383.49 | 4.07% |
| Bedroom 1 | 3,520.22 | 10.36% |
| Closet 1 | 988.73 | 2.91% |
| AHU | 1,440.60 | 4.24% |
| Kitchen | 4,755.59 | 14.00% |
| Pantry | 1,243.88 | 3.66% |
| Dining Room | 1,827.36 | 5.38% |
| **Area Subtotal:  Main Level** | **27,274.83** | **80.30%** |
| **Subtotal of Areas** | **33,967.80** | **100.00%** |
| **Total** | **33,967.80** | **100.00%** |

1    1-00 Address



2    2-01 Living Room (1)



3    3-01 Living Room (2)



4    4-01 Living Room (3)



5    5-02 Hallway (1)



6    6-02 Hallway (2)



7    7-02 Hallway (3)



8    8-03 Bathroom (1)



9    9-03 Bathroom (2)



10    10-03 Bathroom (3)



11    11-03 Bathroom (4)



12    12-03 Bathroom (5)



13   13-03 Bathroom (6)



14   14-03 Bathroom (7)



15   15-03 Bathroom (8)



16   16-03 Bathroom (9)



17   17-03 Bathroom (10)



18   18-04 Bedroom 2 (1)



19   19-04 Bedroom 2 (2)



20   20-04 Bedroom 2 (3)



21   21-04 Bedroom 2 (4)



22   22-04 Bedroom 2 (5)



23    23-04 Bedroom 2 (6)



24    24-05 Closet 2 (1)



25   25-05 Closet 2 (2)



26   26-05 Closet 2 (3)



27   27-06 Bedroom 1 (1)



28   28-06 Bedroom 1 (2)



29   29-06 Bedroom 1 (3)



30   30-06 Bedroom 1 (4)



31   31-06 Bedroom 1 (5)



32   32-07 Closet 1 (1)



33    33-07 Closet 1 (2)



34    34-07 Closet 1 (3)



35   35-08 AHU (1)
     Date Taken: 9/6/2019



36   36-08 AHU (2)
     Date Taken: 9/6/2019



37   37-09 Kitchen (1)



38   38-09 Kitchen (2)



39   39-09 Kitchen (3)



40   40-09 Kitchen (4)



41   41-09 Kitchen (5)



42   42-09 Kitchen (6)



43   43-09 Kitchen (7)



44   44-09 Kitchen (8)



45    45-09 Kitchen (9)



46    46-09 Kitchen (10)



47   47-09 Kitchen (11)



48   48-09 Kitchen (16)



49   49-09 Kitchen (17)



50   50-09 Kitchen (18)



51    51-09 Kitchen (19)



52    52-09 Kitchen (20)



53    53-10 Pantry (1)



54    54-10 Pantry (2)



55   55-10 Pantry (3)



56   56-11 Living Room







Main Level