# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: Case No. 20-cv-3264 | JUDGE ELDON FALLON MAGISTRATE NORTH |

### NOTICE OF SUBMISSION

**PLEASE TAKE** NOTICE that the undersigned will bring Defendants, Knauf Gips KG and Knauf Tianjin, before Hon. Eldon Fallon, United States District Judge, on the **15th day of March, at 9:00 a.m.**

### MOTION IN LIMINE
### TO EXCLUDE THE EXPERT TESTIMONY AND REMEDIATION COST ESTIMATES OF DEFENSE CONSULTANT, PHILLIP A. ADAMS

        Respectfully submitted,
        CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing* .
        Peter E. Castaing, #35019
        Edward J. Castaing, Jr. #4022
        Pan American Life Center
        601 Poydras Street, Suite 2323
        New Orleans, LA 70130
        Telephone: (504) 581-7700
        Facsimile: (504) 581-5523
        pcastaing@cclhlaw.com
        ecastaing@cclhlaw.com

        *Counsel for Jawad Gharib and Fatme Gharib*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                        /s/ *Peter E. Castaing*
                                            Attorney