UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**MOTION TO RECONSIDER COURT'S ORDER DENYING THE GHARIBS'**
**MOTION TO ADD EXPERT DISCLOSURES (Doc. 23358)**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Jawad Gharib and Fatme Gharib, and respectfully moves this Court to permit them to file under seal their Motion to Reconsider Court's Order Denying the Gharibs' Motion to Add Expert Disclosure (Doc. 23358), due to potential privileged attorney-client communication therein. Accordingly, Jawad Gharib and Fatme Gharib request that their Motion, his Memorandum, and Submission all be filed under seal.

1

Respectfully submitted,
CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing* .
Edward J. Castaing, Jr. #4022
Peter E. Castaing, #35019
Pan American Life Center
601 Poydras Street, Suite 2323
New Orleans, LA 70130
Telephone: (504) 581-7700
Facsimile: (504) 581-5523
pcastaing@cclhlaw.com

***Counsel for Jawad Gharib and
Fatme Gharib***

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

/s/ *Peter E. Castaing*
Attorney

2