# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 |
| --- | --- |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

# **O R D E R**

Considering the foregoing Motion to Reconsider Court's Order Denying the Gharibs' Motion to Add Expert Disclosure (Doc. 23358);

**IT IS ORDERED** that Plaintiffs', Jawad Gharib and Fatme Gharib's Motion, Supporting Memorandum and Submission shall be filed under seal.

New Orleans, Louisiana, this _____ day of March, 2023.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE