# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047 SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

## O R D E R

Considering the foregoing Motion to Reconsider Court's Order Denying the Gharibs' Motion to Add Expert Disclosure (Doc. 23358);

**IT IS ORDERED** that Plaintiffs', Jawad Gharib and Fatme Gharib's Motion, Supporting Memorandum and Submission shall be filed under seal.

New Orleans, Louisiana, this ___6th___ day of March, 2023.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE