**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GHARIB ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 20-3264** |
| **KNAUF GIPS KG ET AL.** | * | **SECTION "L" (5)** |

<u>**ORDER**</u>

     **IT IS HEREBY ORDERED** that a telephone status conference is **SCHEDULED** in the above captioned case for <u>**Friday, March 31, 2023 at 8:30 A.M. C.S.T.**</u>

     The parties are instructed to use the following dial-in information and to be on the line at least five minutes before the scheduled start time.

Dial-in:     877-336-1839

Access Code:  4227405

New Orleans, Louisiana, this 6th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE