UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

**KNAUF DEFENDANTS'**
**EX-PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd. ("KPT") (the "Knauf Defendants"), who respectfully move the Court for leave to file with excess pages their Opposition to Plaintiffs' Motion in Limine to Exclude the Expert Testimony and Remediation Estimate of Phillip A. Adams (R. Doc. 23363). The substantive portion of the Knauf Defendants' Opposition exceeds the 25-page limit for oppositions set forth in Local Rule 7.7 by three (3) pages.

The Knauf Defendants' request the additional three pages in order to present the Court with complete arguments and case law to fully respond to plaintiffs' motion.

Plaintiffs consent to this request.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Daniel J. Dysart*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
**REBEKKA C. VEITH (#36062)**
**MICHAEL R. DODSON (#37450)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:     504.949.8202
Email:           kmiller@fishmanhaygood.com
Email:           pthibodeaux@fishmanhaygood.com
Email:           ddysart@fishmanhaygood.com
Email:           rveith@fishmanhaygood.com
Email:           mdodson@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf New Building System (Tianjin) Co. Ltd.*
*(f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.)*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 7th day of March, 2023.

/s/ *Daniel J. Dysart*
**DANIEL J. DYSART**