UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CASE NO.: 14-CV-2722

IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS

LIABILITY LITIGATION

_____

Relating to:

ELIZABETH BENNETT, et al.

v.

KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al.

_____

DEPOSITION OF HOWARD EHRSAM

February 10, 2020

9:54 a.m. to 2:20 p.m.

EXHIBIT 1

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1   relied on that are not contained within this report?
 2        A.   The Unified report is attached.
 3        Q.   Correct.
 4        A.   I made mention to CPSC, and that was based
 5   on memory.
 6        Q.   Okay.  All right.
 7             And just for the record I'll mark your
 8   report as Exhibit 2 to the deposition which we'll get
 9   into in a moment.
10     (Whereupon, Exhibit 2 is marked for Identification.)
11        Q.   While you mentioned it, I'll mark as
12   Exhibit 3 this document.
13     (Whereupon, Exhibit 3 is marked for Identification.)
14        Q.   Do you recognize that document, sir?
15        A.   Yes, the CPSC document, remediation
16   guidance, yep.
17        Q.   Is this the CPSC guidance document that you
18   referenced in terms of your reliance materials?
19        A.   Yes.
20        Q.   Okay.  Thank you.  Before we get to your
21   report and your opinion, sir, I want to talk a little
22   about why you were retained in the case.
23             When were you retained?
24        A.   I was retained December 27th, if I remember
25   correctly.
```

```
 1        Q.   And that would be of 2019?
 2        A.   2019.
 3        Q.   Okay.  And that's when you were retained as
 4   an expert in this case?
 5        A.   Correct.
 6        Q.   All right.  And when did you start preparing
 7   this report and your opinions in this case?
 8        A.   The actions specific to this report?
 9        Q.   Yes, sir.  Yes, sir.  Specifically when you
10   were retained on December 27th of 2019, when did you
11   start preparing materials and opinions for your
12   report?
13        A.   Started on the 27th.
14        Q.   Okay.  And your report, which has been
15   marked as Exhibit 2, is dated December 31, 2019?
16        A.   Correct.
17        Q.   Okay.  So between December 27th of 2019 and
18   December 31st would be the time period you worked on
19   this particular case?
20        A.   Correct.
21        Q.   Okay.  And have you done anything since
22   December 31, 2019, in connection with this case?
23        A.   No, I have not.
24        Q.   Okay.  And how many hours would you say
25   you've spent in preparing your opinions in your report
```

```
 1         A.   This page 3 or --
 2         Q.   No, sir, the next page.
 3              You see here there's KPT drywall at the top,
 4    number 1, you see that, sir?
 5         A.   Yes.
 6         Q.   And they have a label for reactive KPT
 7    Chinese drywall, you see that?
 8         A.   Correct.
 9         Q.   And the label that's shown, is that the
10    markings that you are attributing to KPT Drywall that
11    is corrosive in this case?
12         A.   Correct.
13         Q.   All right.  And if you go down, midway
14    through the page, it says non-reactive KPT Chinese
15    drywall; you see that, sir?
16         A.   Yes.
17         Q.   And the label is different from the one
18    above it, you see that?
19         A.   Yes.
20         Q.   All right.  And do you recall or do you
21    understand that this has commonly been referenced as
22    lowercase KPT?
23         A.   Yes.
24         Q.   All right.  Do you have any opinions with
25    respect to whether lowercase KPT is corrosive or
```

```
 1   defective?
 2        A.   I have no direct experience with the
 3   lowercase KPT.
 4        Q.   When you say you have no experience, you've
 5   never seen lowercase KPT before in a house that you've
 6   inspected; is that correct?
 7        A.   Correct.
 8        Q.   And you've never done any testing or
 9   analysis in terms of whether lowercase KPT is
10   defective, correct?
11        A.   Correct.
12        Q.   And have you read or examined any papers or
13   studies that identify lowercase KPT as being
14   defective?
15        A.   I have not.
16        Q.   Okay.  Now, in addition to the different
17   types of KPT drywall, there are several other types of
18   Chinese-manufactured drywall that has been found to be
19   defective or corrosive, true?
20        A.   Yes.
21        Q.   And if you -- have you had experience with
22   any of those that are listed here in Exhibit Number 4
23   to the deposition?
24        A.   Yes.
25        Q.   Okay.  Which ones?
```

```
 1         Q.    Okay.
 2         A.    Number 21 would be Georgia Pacific,
 3    domestic.  Number 22, LaFarge, domestic.  Number 23,
 4    NORGIPS, USA, I don't know.
 5         Q.    Okay.
 6         A.    Number 24, Panel Rey, my understanding it's
 7    manufactured in Mexico.
 8         Q.    Okay.
 9         A.    Number 25, USG, domestic.
10         Q.    We already talked about number 26 through
11    30.
12         A.    Yep.
13         Q.    Thirty-one?
14         A.    Domestic.
15         Q.    All right.
16         A.    Number 32, Federal, domestic.  Number 33,
17    Temple, domestic.
18         Q.    And then you're not aware of 34?
19         A.    Unaware of 34.
20         Q.    All right.  Based on what we just went over
21    in terms of Exhibit Number 4, do you agree with the
22    following, that Knauf manufactured multiple types of
23    drywall?
24         A.    Yes.
25         Q.    Okay.  Other than uppercase KPT, there is --
```

```
 1   do you have any evidence of any other Knauf drywall
 2   that has been found to be defective or corrosive?
 3        A.   No.
 4        Q.   Aside from uppercase KPT drywall, there are
 5   other types of Chinese manufactured drywall that are
 6   defective and corrosive?
 7        A.   I agree.
 8        Q.   Okay.  However -- again, there are other
 9   types of Chinese drywall that are not manufactured by
10   Knauf that are not corrosive?
11        A.   I agree.
12        Q.   Okay.  In addition, there has been some
13   evidence of the possibility of corrosion for certain
14   types of domestic drywall?
15        A.   Correct.
16        Q.   Okay.  Would you agree that the type and
17   extent of corrosive -- well, excuse me, strike that.
18   The type and extent of drywall at a property will
19   impact whether there is corrosion and the extent of
20   any corrosion?
21        A.   Clarify that question.
22        Q.   Yep.  So maybe I'll do it this way, the
23   severity -- excuse me, strike that.
24             Whether there is any corrosive effects and
25   the severity of those effects will depend on the type
```

```
 1   of drywall, true?
 2       A.   Yes.
 3       Q.   Whether there is a mix of corrosive and
 4   non-corrosive drywall?
 5       A.   Yes.
 6       Q.   And, ultimately, the amount -- the amount of
 7   Chinese drywall that is corrosive in the property?
 8       A.   Yes.
 9       Q.   As well as the proximity of the corrosive
10   drywall to any items that may be affected by it?
11       A.   For the most part, except the AC coil.
12       Q.   Okay.  That clarification, in terms of the
13   proximity of it, is that solely for the HVAC?  Let me
14   back up.
15            You agree that whether there is any
16   corrosion and the severity of the corrosion will
17   determine on the type, mix and amount in a property,
18   those are all factors, true?
19       A.   Yes.
20       Q.   Okay.  Does that matter with respect to the
21   HVAC coils?
22       A.   It can.
23       Q.   Okay.  So the answer is it depends?
24       A.   Correct.
25       Q.   Okay.  And when you said, in terms of the
```

```
 1   operating, that could have particular impacts in terms
 2   of whether a property exhibited corrosion and the
 3   extent of that corrosion, true?
 4        A.   True.
 5        Q.   And then whether and the extent of corrosion
 6   in a property may also be due to other factors in the
 7   environment besides the drywall itself, true?
 8        A.   True.
 9        Q.   So, for example, if you have a property that
10   is on the coast, if there is certain pitting, and when
11   I say "the coast," I'm speaking the coast, Gulf of
12   Mexico or the ocean, Atlantic Ocean, if there is
13   certain pitting of personal property items, could that
14   be a result of either corrosive drywall or the fact
15   that it's in a salty air environment?
16        A.   The characteristics are different, but, yes,
17   the salty air environment does cause corrosion.
18        Q.   It's also true that other factors around the
19   property may result in blackening of certain items,
20   true?
21        A.   Say that again.
22        Q.   Other environmental factors other than
23   corrosive Chinese drywall may result in the blackening
24   of certain copper items?
25        A.   There are other things that can cause
```

```
 1   blackening, correct.
 2        Q.   And what sources other than corrosive
 3   drywall can result in blackening of copper components?
 4        A.   The most common is improperly treated well
 5   water; however, there are other things.  It could be
 6   chemicals introduced by the homeowner.  It could be
 7   dried traps, sewer gas, natural gas leaks, various
 8   chemicals that are stored in proximity to the affected
 9   items, natural subterranean gas emissions coming from
10   the ground.
11        Q.   Could it also be -- other than coming from
12   the ground, if you lived in a -- for lack of a better
13   term -- lived in a swampy area where sulfur gas is
14   common, could that also be a factor in terms of
15   weather and the extent of the type of corrosion in a
16   property?
17        A.   Theoretically, yes.
18        Q.   And in terms of all these things, and
19   corrosive Chinese drywall, because you have all those
20   factors, how do you determine or rule out those
21   factors?
22        A.   We take everything in consideration.
23        Q.   And I guess I'm trying to just ask the --
24   the simplest form of the answer is that you do an
25   inspection; is that right?
```

1      A.   Correct.

2      Q.   Okay.  And based on all of those factors,
3 you cannot say within any degree of certainty whether
4 a particular product that has blackening or a
5 corrosive impact was due to corrosive Chinese drywall
6 or of all these factors without actually ruling those
7 out, true?

8      A.   I'll make a statement to that.

9           Due to our experience, we can typically look
10 at the corrosion characteristics and determine the
11 source based on the color, texture, patterns, and
12 general characteristics of the corrosion.

13     Q.   Okay.  Is there any scientific basis for
14 relying on the color, texture, pattern of corrosion in
15 terms of determining how the corrosion occurred?

16     A.   Potentially.

17     Q.   Okay.  Have you relied on any of those in
18 terms of your opinions?

19     A.   The scientific basis is my understanding of
20 gasses, chemicals, and the reactions caused thereof.

21     Q.   Okay.  But without actually inspecting those
22 items, you cannot determine what the cause of that
23 particular corrosion was even if that's a proper
24 basis, true?

25     A.   I would have to -- I think I understand your

```
 1      Q.   Okay.  If that's the case, then why do you
 2   inspect the property?
 3      A.   Because, one, I need to verify for myself to
 4   avoid fraud.  I need to document the markings and I
 5   need to determine the extent the client -- it's a
 6   scope that the client requests for me.
 7      Q.   Isn't it true, while other factors can cause
 8   similar issues to determine the issues are being
 9   caused by corrosive Chinese drywall, you need to use a
10   proven testing protocol?
11      A.   Say that again.
12      Q.   Because other factors can cause similar
13   issues, isn't it true that is why to determine if the
14   issues are being caused by corrosive Chinese drywall
15   you need to use a proven testing protocol?
16      A.   Yes.
17      Q.   Okay.  And we talked about before in terms
18   of -- the severity of the corrosion will be determined
19   on the brand of drywall, true?
20      A.   True.
21      Q.   It will depend on the board composition of
22   the drywall, true?  The board composition of the
23   property in terms of multiple types of boards.
24      A.   True.
25      Q.   And isn't it true that because of all the
```

1  **factors we talked about in terms of environmental**
2  **factors, board ratio, location of the property, is**
3  **that while you can determine certain items or**
4  **components may be susceptible of corrosion due to**
5  **uppercase KPT Chinese drywall, you cannot state with**
6  **any degree of scientific certainty whether it was**
7  **caused by KPT Chinese drywall or the extent of it in**
8  **this particular case for these particular individuals?**
9       A.   That would be true.
10      Q.   So, again, back to what you said in terms of
11 if you were simply shown a picture of uppercase KPT in
12 a property, while you can say things that may be
13 susceptible to corrosion in the property due to the
14 presence of that board, you cannot state whether the
15 corrosion was due to Chinese drywall, uppercase KPT
16 Chinese drywall, or the extent of it; is that
17 accurate?
18      A.   It depends.
19      Q.   Okay.  What does it depend on?
20      A.   If you showed me a picture of their coil and
21 showed me a picture of the uppercase markings that
22 came from that property, I could tell you that the
23 corrosion on that coil could have come from that but
24 there could be other sources, other types of Chinese
25 drywall.  So linking the two together that this caused

```
 1   that cannot be specifically done because there could
 2   be other factors.
 3        Q.   Excuse me.  And, again, you said you could,
 4   it could be.  My question is, that you cannot state
 5   with any scientific degree of certainty, based on a
 6   photo of uppercase KPT, that a property is impacted by
 7   the KPT and to what extent that property is impacted
 8   by KPT without doing the individual inspection
 9   yourself; is that accurate?
10        A.   I would say yes, but I want to qualify that
11   that because they have some KPT drywall, there will be
12   some effect.
13        Q.   Okay.  But you can't state as we sit here,
14   and as the retention for your scope of expert
15   opinions, you cannot provide any opinions as to what
16   that effect is, true?
17        A.   True.
18        Q.   Thank you.  In short, that's why you have
19   developed, over the years, a detailed inspection
20   protocol for these properties, true?
21        A.   True.
22        Q.   You've written papers on that, true?
23        A.   True.
24        Q.   And in none of those papers do you or anyone
25   else provide that simply by looking at a photograph of
```

```
 1   a corrosive type of drywall, you can use reasoning to
 2   then apply that it was caused by that drywall and that
 3   all effects of items were impacted due to that
 4   drywall, true?
 5        A.   True.
 6        Q.   And your services that you offer in your
 7   website that we've listed here, does any of your
 8   services simply offer your opinion as to whether a
 9   property is impacted by Chinese drywall simply by
10   looking at a photograph?
11        A.   No.
12        Q.   Okay.  And your services, in terms of CDS
13   screening, have always involved the physical viewing
14   of a property?
15        A.   Yes.
16        Q.   And the testing of individual components,
17   true?
18        A.   True.
19        Q.   And that's something you offer at CDS?
20        A.   True.
21        Q.   And it's something that you could have done
22   in this case had you been asked to do it, true?
23        A.   True.
24        Q.   But you were not asked to do that in this
25   particular case; is that true?
```

1       A.   True.

2       Q.   And the same reason why it's true that you

3  can't make that deductive reasoning from the simple

4  known fact that uppercase KPT is in a property, that's

5  why you developed a process by which you offer

6  selective mapping of drywall at a property, true?

7       A.   True.

8       Q.   And in terms of CDS screening, you do in

9  fact offer a inspection process where, based on the

10 testing methods that we've discussed, you can at least

11 attempt to selectively map those drywalls that are

12 corrosive and non-corrosive, true?

13      A.   Very broad and generally speaking.

14      Q.   Okay.  When you say very "broad and general"

15 --

16      A.   It has to do with the way the drywall is

17 constructed because you have full boards and pieces.

18 So it's percentage-based.  When we do our mapping, we

19 go in and we basically -- we want to correlate the

20 corrosion with the strontium levels.  And each brand

21 has a signature strontium level.  And if we're looking

22 for different types, if we're looking for Taishan and

23 KPT to see if they're different types, we try to

24 identify domestic.  And if there's different types, we

25 want to be able to identify if there is multiple

```
 1        A.   Correct.
 2        Q.   And those would not be indicative of the
 3   individual plaintiffs in this case, true?
 4        A.   Not necessarily.
 5        Q.   Can you -- you cannot state with any degree
 6   of certainty that those secondary impacts that you've
 7   seen in the past also apply with respect to the
 8   individual plaintiffs in this case, true?
 9        A.   I guess.
10        Q.   My point is that it can potentially apply,
11   but you can't --
12        A.   But I can't state with certainty, true.
13        Q.   In fact, everything, in terms about your
14   scientific opinions, you can't even say whether it's
15   more likely than not, true?
16        A.   True.
17        Q.   On page 6 of your report, sir, under the
18   section entitled section 5, Summary of KPT Defects and
19   Off-gassing.  The first one states, "The sources of
20   the off-gassing that are present in KPT drywall are
21   not present in domestic drywall."  You see that, sir?
22        A.   I know what you're talking about.  I don't
23   see it right now.
24        Q.   It's the top one on the page.
25        A.   Got it.
```

```
 1        A.   These photographs came from properties with
 2   Chinese drywall that we determined to be the effect of
 3   the drywall.
 4        Q.   Okay.  But we just discussed, in terms of
 5   the faucet head and the fixture, that you said you
 6   were unable to determine the cause of that corrosion.
 7        A.   Because there's a mix.  There's black
 8   pitting and then there's the green corrosion, so this
 9   is a combination of the two.
10        Q.   Okay.  Again, my question is in terms of
11   these items, or any item, you can't determine whether
12   an item is impacted by corrosive Chinese drywall
13   without having physically inspected that item or
14   viewing it; is that accurate?
15        A.   True.
16        Q.   Page 6 of your report, sir, second to last
17   paragraph, midway down.  You have a statement in
18   there, based on your history "KPT drywall samples used
19   as comparison have been on the more extreme end of
20   corrosiveness when compared to other types."
21        A.   Um-hum.
22        Q.   What other types are you talking about, are
23   you talking about domestic types that may have
24   corrosion?
25        A.   No.
```

Page 173

1              CERTIFICATE OF REPORTER

2

3   STATE OF FLORIDA

4   COUNTY OF PALM BEACH

5

6           I, JULIE ANDOLPHO, FPR, Court Reporter and

7   Notary Public, State of Florida, CERTIFY I was

8   authorized to and did stenographically report the

9   deposition of HOWARD EHRSAM; that a review of the

10  transcript WAS NOT requested; and the foregoing

11  transcript, page 1 through page 173, is a true and

12  accurate record of my stenographic notes.

13          I further certify that I am not a relative,

14  employee, attorney, or counsel of any of the parties,

15  nor am I a relative or employee of any of the parties'

16  attorney or counsel connected with the action, nor am

17  I financially interested in the action.

18          Dated this 21st day of February, 2020.

19

20

21

22          _____

23          JULIE ANDOLPHO, FPR

            STENOGRAPHIC COURT REPORTER

24

25

**EXHIBIT 3**