# Exhibit C

EXHIBIT
4



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: AMUSO_9461
      **Property: 9461 Ambrose Lane, Kimberly, AL 35091**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/13/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4054.3 SF to determine a Living Space area of 2850.05 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

*Shawn Macomber*

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Basement





N

Basement

12/30/2019       Page: 2



Main Level



Bedroom 2

Bathroom

Closet 2

Hallway

Bedroom 1

Closet

Family Room

Sitting Area



Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BAO_1008
      **Property: 1008 Washington Court, Moody, AL 35004**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2261.64 SF to determine a Living Space area of 1887.92 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**









N

Main Level

Upstairs





N

Upstairs

BAO_1008

12/31/2019          Page: 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BENNET_102
      **Property: 102 Morningwalk Lane, Huntsville, AL 35824**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Stairwell & Bedroom Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2462.49 SF to determine a Living Space area of 2047.77 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

*Shawn Macomber*

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BRADY_2089
      **Property: 2089 Knollwood Place, Birmingham, AL 35242**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/9/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Gameroom wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5968.54 SF to determine a Living Space area of 5495.05 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





Main Level





Upstairs





Basement



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: CASON_124
       **Property: 124 Arbor Hill Lane, Huntsville, AL 35824**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/12/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3196.82 SF to determine a Living Space area of 2741.31 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





Main Level



Bedroom 1

Linen Closet    Room 1

Hallway

Bathroom

Loft

Bedroom 2 Closet

Bedroom 2

Bonus Room Closet

Bonus Room



Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CHEDESTER_10955
      **Property: 10955 West Brighton Drive, Chunchula, AL 36521**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1596 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



Figure 1: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

Bldg_1    Bldg_MISCIMP

## BUILDINGS

### GENERAL INFO

| | |
|---|---|
| Parcel | 14 08 37 0 000 015.027 |
| Building | 1 |
| Type | 0101 |
| Eff. Type | 0101 |
| Built | 2006 [ 2009 ] |
| Class | D+ |
| No. Stories | 1  No. Rooms 4 |
| Assmt. Class | 3  Bldg. Ht. 0 |

**Current Owners**
**CHEDESTER MICHAEL A & BECKY**

**10955 W BRIGHTON DR
MOBILE AL 36521**

**7458-882**

Last Modified: 8/10/2015 7:12:56 PM

### BUILDING VALUE

| | |
|---|---|
| Base Area | 1596 |
| Base Rate | $51.25 |
| Const. Units | 101 |
| Adj. Rate | $51.76 |
| Total Adj. Area | 1647 |
| Sub Total | $85,248.72 |
| Extra Features | $16,223.00 |
| Base Cost | $101,471.72 |
| Index | 1.18 |
| Replacement Cost | $119,729.49 |
| Condition | 94 |
| Value | $112,545.72 |
| Market Adj. | 0 |
| Final Value | $112,500.00 |
| Misc. Imp. | $0.00 |
| **TOTAL IMP. VALUE** | **$112,500.00** |

### Construction Units

| Category | SubCategory | Code | Percent | Units |
|---|---|---|---|---|
| FOUNDATION | SLAB,CONRETE | S01 | 100 | 0 |
| EXTERIOR WALLS | BRICK ON WOOD | W12 | 100 | 38 |
| ROOF TYPE | HIP GABLE | T02 | 100 | 8 |
| ROOF MATERIAL | ASPHALT SHINGLES | M04 | 100 | 4 |
| FLOORS | TILE,CERAMIC | F1200 | 25 | 4 |
| FLOORS | CARPET | F1400 | 75 | 9 |
| INTERIOR FINISH | SHEETROCK | I0700 | 100 | 30 |
| PLUMBING | AVERAGE | P03 | 1 | 8 |
| | | | **Total** | **101** |

### Extra Features

| Code | SubCategory | Qty | Sqft | Base | Total |
|---|---|---|---|---|---|
| HTR-FHA/AC-1 | ELEC HEAT & A/C W/DUCTS,1... | 1 | 1596 | $4.30 | $6,863.00 |
| PLB,BATH/10 | BATH, 5-FIX W/WHRLPOOLTUB | 1 | 0 | $8,030.00 | $8,030.00 |
| FIREPL/29 | FIREPLACE +1 PREFAB | 1 | 0 | $1,330.00 | $1,330.00 |
| | | | | **Total** | **$16,223.00** |

### MISC IMPROVEMENTS

| Code | Assmt. | SubCategory | Size | Value |
|---|---|---|---|---|
| | | | | **TOTAL: $0.00** |

### APPENDAGES

| Symbol | Decimal | Area | Adjusted Area |
|---|---|---|---|
| OP 0.2 | 0.2 | 160 | 32 |
| OP 0.2 | 0.2 | 96 | 19 |
| 1+1 | 1 | 1596 | 1596 |
| | | | **TOTAL: 1647 Sqft** |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HALLMARK_775
      **Property: 775 Ridgefield Way, Odenville, AL 35120**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3077.31 SF to determine a Living Space area of 2253.89 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level



Master Bedroom

Dining Room

Closet 2

Bedroom 2

Foyer/Entry

Laundry Room

Bathroom

Master Bath

Alcove

Coat Closet

Hallway

Linen Closet

Closet 3

Open to Stairs

Living Room

Kitchen

Bedroom 3

Master Closet

Pantry



N

Main Level

HALLMARK_775

12/31/2019          Page: 1



Finished Basement

Garage

Under stairs closet

Stairs

Closet



N

downstairs



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: IJEMERE_7012
       **Property: 7012 Eagle Point Trail, Birmingham, AL 35242**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/13/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5728.9 SF to determine a Living Space area of 4259.63 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

*[signature]*

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

basement





basement

Main Level





Main Level





Upstairs



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: KELLEY_160
      **Property: 160 Blairs Circle, Pell City, AL 35215**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2522.74 SF to determine a Living Space area of 632.77 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





Main Level





Lower Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LEE_3258
      **Property: 3258 Clubhouse Road, Mobile, AL 36605**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/15/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1302.14 SF to determine a Living Space area of 1302.14 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CORNELISON_9810
      **Property: 9810 Bay Road North, Foley, AL 36535**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/16/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | 2nd Floor Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2223.94 SF to determine a Living Space area of 2223.94 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level





Main Level

Second Floor





Second Floor



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: REYNOLDS_101
      **Property: 101 Spotted Fawn Road, Madison, AL 35758**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bathroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3741.86 SF to determine a Living Space area of 3073.53 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Healthy Home Solutions, LLC
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: RUSSELL_5427
      **Property: 5427 Creekside Lane, Hoover, AL 35244**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/10/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2424.57 SF to determine a Living Space area of 2022.58 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: SCOTT_149
      **Property: 149 Silo Hill Road, Madison, AL 35758**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Landing/Loft Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3127.3 SF to determine a Living Space area of 2676.3 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: STANFA_180
      **Property: 180 Sheffield Lane, Birmingham, AL 35242**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/9/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Office Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5934.98 SF to determine a Living Space area of 5202.62 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: STOCKTON_13095
      **Property: 13095 Montego Street, Spring Hill, FL 34609**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Dining |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  2390.80 SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit





Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ARMSTRONG_42296
**Property: 42296 Forest Lane, Hammond, LA 70403**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/29/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hallway |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3557.86 SF to determine a Living Space of 3138.58 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

Main Level





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ARNOLD_26057
      **Property: 26057 Coronation Ave., Denham Springs, LA 70726**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/3/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2305.97 SF to determine a Living Space area of 1946.94 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: BOL_35211
        **Property: 35211 Beverly Hills Drive, Prairieville, LA 70769**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room & Office |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4931.06 SF to determine a Living Space area of 4146.53 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Main Level





Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BONNEY_35471
      **Property: 35471 Reese Lane, Slidell, LA 70460**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/4/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2649.23 SF to determine a Living Space area of 2649.23 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Main Level







Roof



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BROUSSEAU_437
      **Property: 437 Delgado Drive, Baton Rouge, LA 70808**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/23/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | M.Closet & M. Bed Walls |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2307.39 SF to determine a Living Space area of 2307.39 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit

**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**







**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level





Main Level



Level 2





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CHARLES_116
      **Property: 116 Dufresne Drive, Vacherie, LA 70090**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 2200 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Photo Exhibit

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | For Internal Use Only |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Mardechria Charles |
| Address of Affected Property | 116 Dufresne Drive |
| | Vacherie, LA  70090 |
| Is this Property:* | (Residential)   Commercial   Governmental |
| Name of Person Completing this Form | Mardechria Charles |
| Is above your primary residence? | (Yes)  No |
| Mailing Address (if different) | |
| Phone: | ( 225 )  624 - 9381 |

If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   (Owner-Occupant)   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL  35209 |
| Phone: | ( 205 )  533 - 9500 |
| Case No. /Docket Info: | Bennett v Knauf, 14-cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | |
| Policy #: | |
| Agent: | |
| Address: | |
| Phone: | (   )   - |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Mardechria Charles | 06 /18/ 07 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |
| | / / | / / | M / F | / / | Yes   No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Damien Wiggins
   1.2. When did the inspection take place?   01 /25/ 14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Damien Wiggins
   2.2. When was this determination made?   01 /25/ 14

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | Ceiling & Walls |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,200 | | | |
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of Interior Walls | 9'-14' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | 06 /18 /07 | Date Acquired Home | 06 /18 /07 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address: _____

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name: _____

Address: _____

Phone: ( ) -

**Section X. Drywall Supplier**

Drywall Supplier's Name:

Address: Interior Exterior Building Supply
P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 2/4/2014 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CORDIER_11429
      **Property: 11429 Maxine Drive, New Orleans, LA 70128**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/3/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2877.03 SF to determine a Living Space area of 2504.5 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





N

Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: DHUME_150
      **Property: 150 Spencer Avenue, New Orleans, LA 70124**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/4/2015. Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 3746.07 SF to determine a Living Space area of 3457.66 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

# Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level





N
⇧
Main Level

Attic



N

Attic

Garage/Pool.



Garage/Poolhouse



12/31/2019          Page: 3





Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: DIXON_20
      **Property: 20 Cross Creek Drive, Slidell, LA 70461**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/3/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Office Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 6116.49 SF to determine a Living Space area of 5504.1 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



Main Level



N



Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GHARIB_4
      **Property: 4 Beresford Drive, Metairie, LA 70001**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/15/2015. Healthy Home Solutions,
LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of
the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 4547.09 SF to determine a Living Space area of 4002.08 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Main Level



Upstairs





Upstairs



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GHARIB_8807
      **Property: 8807 South Claiborne Ave., Apt. A, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 7097.01 SF to determine a Living Space area of 4068.76 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**









**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GHARIB_8807
      **Property: 8807 South Claiborne Ave., Apt. B, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GHARIB_8807
      **Property: 8807 South Claiborne Ave., Apt. C, New Orleans, LA 70118**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/18/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hallway Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  SF to determine a Living Space area of  SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit

Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



GHARIB_8807



N

3rd Story

GHARIB_8807

12/31/2019          Page: 2





1st Story





2nd story

2nd story

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GINART_2104
      **Property: 2104 Olivia Street, Meraux, LA 70075**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/20/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 6103.1 SF to determine a Living Space area of 5258.61 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



Main Level







Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GUEYDAN_42055
      **Property: 42055 Jefferson Drive, Hammond, LA 70403**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/29/2015.  Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 1 (upstairs) wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of  3843.38 SF to determine a Living Space area of 3306.94 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HU_3016
      **Property: 3016 Taft Park, Metairie, LA 70002**

Mr. Doyle:

At your request, an inspection of the above property was performed on 8/29/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1532.33 SF to determine a Living Space area of 1532.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ISSMAN_669
      **Property: 669 Timberwood Loop, Madisonville, LA 70447**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/25/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2874.27 SF to determine a Living Space area of 2438.51 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:     Chinese Drywall Screening Report Number: JUNIUS_6537
        **Property: 6537 Marshall Foch Street, New Orleans, LA 70124**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

        Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Previously remediated |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 3234 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

4



## Healthy Home Solutions, LLC

You deserve a
Healthy Home

Photo Exhibit-Indicia



**Figure 3:Date Stamp on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

5





Loan #224954
File No. 5161084

# SKETCH ADDENDUM

Borrower or Owner: Paul Benjamin and Amy Chauffe
Property Address: 6537 Marshall Foch Street
City: New Orleans County: Orleans Parish State: LA Zip Code: 70124-3921
Client: Standard Mortgage Corporation

Sketch by Apex Sketch v5 Standard™

Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |
| | Net LIVABLE Area | (rounded) | 3234 |

## LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 18.9 | x | 3.2 | 60.48 |
| 40.3 | x | 12.1 | 487.63 |
| 7.1 | x | 35.5 | 252.05 |
| 0.3 | x | 38.2 | 11.46 |
| 37.4 | x | 4.6 | 172.04 |
| 9.8 | x | 35.5 | 347.90 |
| 38.2 | x | 7.4 | 282.68 |
| 11.4 | x | 20.0 | 228.00 |
| 4.1 | x | 22.7 | 93.07 |
| 6.8 | x | 27.7 | 188.36 |
| Second Floor | | | |
| 0.3 | x | 29.5 | 8.85 |
| 3.2 | x | 26.1 | 83.52 |
| 12.1 | x | 37.8 | 457.38 |
| 27.5 | x | 14.5 | 398.75 |
| 4.7 | x | 23.4 | 109.98 |
| 9.5 | x | 4.5 | 42.75 |
| 0.5 | x | 17.5 | 8.75 |
| 17 Items | | (rounded) | 3234 |

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LEVIN_2201-03
      **Property: 2201-03 Neyrey Street, Metairie, LA 70001**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 3000 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

February 5, 2014

Mark Laborde
2032 Madison St.
Metairie, LA 70001

RE:  Chinese Drywall Screening Report Number: HHS--DW--11375
     Property: 2203 and 2201 Neyrey Dr., Metairie LA 70001

Mr. Laborde:

At your request, an inspection of the above property was performed on January 31, 2013. The building is a two story double. Though each unit has a separate address, the building has only one title.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | CEILING, WALLS |

At approximately 3000 sf total with 8-foot ceilings, we estimate that there is approximately 11,100 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC
For Healthy Home Solutions, LLC

Enclosures

5644



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit



Figure 1: Front elevation of Property.



Figure 2: Address as seen from street.

**Healthy Home Solutions, LLC**
• Phone: (985) 288-5858 •
healthyhomesolutionsllc@gmail.com

4



# Healthy Home Solutions, LLC

You deserve a
Healthy Home

## Photo Exhibit-Indicia



**Figure 3: KNAUF TIANJIN in capital letters indicates this is corrosive drywall.**



**Figure 4: Familiar dot matrix pattern is consistent with KPT**



Garage
22.9'
22.9'
22.9'
22.9'



23.7'        14.7'
Carport      Bath
15.3'        15.3'
Utility      Bedroom
             Bath
             Den
Kitchen      Bedroom
Dining       Bedroom
56.5'
41.2'
Covered Porch
5'           5'
38.4'

Sketch by Apex Sketch v5 Standard™

Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|------|-------------|----------|------------|
| GLA1 | First Floor | 1805.07 | 1805.07 |
| GAR | Carport | 362.61 | |
| | Garage | 524.41 | 887.02 |
| P/P | Cov Porch | 192.00 | 192.00 |

## LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|-----------|---|---|-----------|
| First Floor | | | |
| 38.4 | x | 41.2 | 1580.16 |
| 15.3 | x | 14.7 | 224.91 |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MACKSEY_4321
      **Property: 4321 Lucerne Street, Metairie, LA 70006**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased
to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible
materials and is not an exhaustive, technical evaluation.

       Our attempt to gain access to the above listed property was not successful either because the
owner listed did not have access to the house anymore or we were unable to reach them after repeated
attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have
been taken in the home prior to the remediation. I have evaluated the photos provided and based upon
the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall
that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Previously Remediated |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of
1805.07 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com





Sketch by Apex Sketch v6 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | | |
|---|---|---|---|---|
| Code | Description | Net Size | Net Totals | |
| GLA1 | First Floor | 1805.07 | 1805.07 | |
| GAR | Carport | 362.61 | | |
| | Garage | 524.41 | 887.02 | |
| P/P | Cov Porch | 192.00 | 192.00 | |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 38.4  x    41.2 | | 1580.16 |
| 15.3  x    14.7 | | 224.91 |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: MARTINEZ_6507
       **Property: 6507 Memphis Street, New Orleans, LA 70124**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/12/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Previously remediated |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1695.33 SF.
If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MCCANN_73244
      **Property: 73244 Penn Mill Road, Covington, LA 70435**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/25/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bedroom 2 Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1905.09 SF to determine a Living Space area of 1579.22 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MILAM_4625-27
      **Property: 4625-27 Palmyra Street, New Orleans, LA 70119**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/12/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1654.24 SF to determine a Living Space area of 1654.24 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





Main Level

12/31/2019        Page: 1



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: NATAL_1489
      **Property: 1489 Lakeshore Blvd., Slidell, LA 70461**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/3/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 5279.83 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Master Bedroom

Living Room

Family Room

Master Closet

Bar Area

Pantry

Kitchen

Master Bath

Foyer/Entry

Closet

Butler Pantry

Bedroom 2

Dining Room

Powder Room

Hallway

Shower

Toilet   Linen Closet

Master Closet 2

Closet   Bathroom

Laundry Room

Coat Closet

Garage



Main Level







Level 3

Case 2:09-md-02047-EEF-MBN Document 23369-5 Filed 03/07/23 Page 141 of 378



Master Bedroom 2 (1)

Chase

Toilet

M. Closet 1

Bathroom 3

Bedroom 3

Laundry Room

Master Bedroom 2

M. Bath 2

Closet 3

Kitchenette

M. Closet 2

Loft

Linen Closet

Closet 4

Stairs

Office

Bedroom 4

Bathroom



Level 2





Roof



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: NORRIS_700
      **Property: 700 Artic Fox Run, Madisonville, LA 70447**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/24/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2862.65 SF to determine a Living Space area of 2426.89 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: PENDELTON_5224
       **Property: 5224 Pasteur Blvd., New Orleans, LA 70122**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/13/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Dining/Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1408.33 SF to determine a Living Space area of 1408.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: PEREZ_3036
      **Property: 3036 Whitty Drive, Slidell, LA 70461**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/24/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2754.27 SF to determine a Living Space area of 2375.65 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PHAM_9549
       **Property: 9549 Homestead Drive, Baton Rouge, LA 70817**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry/Garage wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3525 SF to determine a Living Space area of 2812 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit





Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: PROVINCE_86048
      **Property: 86048 Highway 450, Franklinton, LA 70438**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/25/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1369.33 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



Main Level





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ROSENAUR_13891
      **Property: 13891 Calle Savario Drive, Prairieville, LA 70769**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 2138 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



**Healthy Home Solutions, LLC**

You deserve a
Healthy Home

October 4, 2014

The Estate of Veronica Griffith Rayborn
13891 Calle Sevario
Prairieville, LA 70769

RE:   Chinese Drywall Screening Report Number: Rayborn_13891
      Property: 13891 Calle Sevario, Prairieville, LA 70769

Mrs Rosenaur:

        At your request, an inspection of the above property was performed on September 30, 2014. The building is a single family home.
        Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.
        Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | CEILING & WALLS |

        At approximately 2138 sf total with 8-foot ceilings, we estimate that there is approximately 7404 sf of drywall in the building.
        We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

You deserve a
Healthy Home

## Photo Exhibit-Indicia



**Figure 3: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



**Figure 4: KNAUF TIANJIN end tape identified in attic.**

Insured:   The Estate of Veronica Griffith Rayborn
Property:  13891 Calle Sevario
           Prairieville, LA 70769

**Claim Number:**                 **Policy Number:**                          **Type of Loss:**

Date of Loss:                        Date Received:
Date Inspected:                      Date Entered:   10/8/2014 2:41 PM

Price List:   TRAINING
              Restoration/Service/Remodel
Estimate:     RAYBORN_13891

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 5,412.26 | SF Walls | 1,991.99 | SF Ceiling | 7,404.25 | SF Walls and Ceiling |
| 1,992.10 | SF Floor | 221.34 | SY Flooring | 676.53 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 676.53 | LF Ceil. Perimeter |
| 1,992.10 | Floor Area | 2,137.84 | Total Area | 5,516.07 | Interior Wall Area |
| 1,688.65 | Exterior Wall Area | 187.63 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



Main Level



Main File No. B14-836 Page #18

# Building Sketch FHA#2214802987

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Estate of Veronica Faye Griffith | | | | | | |
| Property Address | 13891 Calle Severio Dr | | | | | | |
| City | Prairieville | County | Livingston Parish | State | LA | Zip Code | 70769 |
| Lender/Client | Reverse Mortgage Servicing Department | | | | | | |

TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| | |
|---|---|
| **Living Area** | |
| Second Floor | 2127.6 Sq ft |
| **Total Living Area (Rounded):** | **2128 Sq ft** |
| **Non-living Area** | |
| 2 Car Attached | 794.13 Sq ft |
| Covered Porch | 264 Sq ft |
| Porch | 41.4 Sq ft |
| Game / Media Room | 985.77 Sq ft |
| Storage | 264 Sq ft |
| Covered Porch | 328.8 Sq ft |
| Storage | 297 Sq ft |
| Accessory Bldg 1 | 726.68 Sq ft |
| Enclosed Porch | 319.5 Sq ft |
| Outdr Hlf Bth | 38.5 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Accessory Bldg 2 | 726.68 Sq ft |
| Accessory Bldg 2 | 513.15 Sq ft |
| Covered Porch | 380.38 Sq ft |

**Building Sketch    FHA#2214802987**

| Borrower/Client | Estate of Veronica Faye Griffith | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 13891 Calle Sevario Dr | | | | | |
| City | Prairieville | County | Livingston Parish | State | LA | Zip Code  70769 |
| Lender/Client | Reverse Mortgage Servicing Department | | | | | |

| | |
|---|---|
| **Living Area** | |
| Second Floor | 2127.6 Sq ft |
| **Total Living Area (Rounded):** | 2128 Sq ft |
| **Non-living Area** | |
| 2 Car Attached | 794.13 Sq ft |
| Covered Porch | 264 Sq ft |
| Porch | 41.4 Sq ft |
| Game / Media Room | 985.77 Sq ft |
| Storage | 264 Sq ft |
| Covered Porch | 328.8 Sq ft |
| Storage | 297 Sq ft |
| Accessory Bldg 1 | 726.68 Sq ft |
| Enclosed Porch | 319.5 Sq ft |
| Outdr Hlf Bth | 38.5 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Covered Porch | 568.75 Sq ft |
| Accessory Bldg 2 | 726.68 Sq ft |
| Accessory Bldg 2 | 513.15 Sq ft |
| Covered Porch | 380.38 Sq ft |



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: WANG_4220
      **Property: 4220 Vincennes Place, New Orleans, LA 70125**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/22/2015.  Healthy Home Solutions,
LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of
the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 2626.21 SF to determine a Living Space area of 2626.21 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com





Main Level





Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: JACKSON_1329
      **Property: 1329 Gum Street, Ocean Springs, MS 39564**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/2/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Closet wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1260.07 SF to determine a Living Space area of 1059.38 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE: Chinese Drywall Screening Report Number: ARROWHEAD_19
**Property: 19 Money Hill Lane, Poplarville, MS 39470**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1786 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BABER_121
      **Property: 121 Country Club Drive, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 2104 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Main File No. TJD111-12  Page #21

## Building Sketch

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Charles Baber | | | |
| Property Address | 121 Country Club Dr | | | |
| City | Pass Christian | County  Harrison | State  MS | Zip Code  39571 |
| Lender | The First, ANBA | | | |



**Area Calculations Summary**

| Living Area | |
|---|---|
| First Floor | 2103.76 Sq ft |
| Total Living Area (Rounded): | 2104 Sq ft |
| Non-living Area | |
| Enclosed Porch | 822.8 Sq ft |
| Covered Porch | 26.4 Sq ft |
| 2 Car Attached | 561.73 Sq ft |

TOTAL Sketch by a la mode, Inc.

# Building Sketch

| Borrower/Client | Charles Baber | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 121 Country Club Dr | | | | | |
| City | Pass Christian | County Harrison | | State MS | Zip Code 39571 | |
| Lender | The First, ANBA | | | | | |

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 2103.76 Sq ft | 0.5 × 2 × 2 | = 2 |
| | | 0.5 × 2 × 2 | = 2 |
| | | 4.5 × 2 | = 9 |
| | | 0.5 × 2.5 × 1.5 | = 1.88 |
| | | 0.5 × 1.5 × 2.5 | = 1.88 |
| | | 6 × 1.5 | = 9 |
| | | 31 × 16.9 | = 523.9 |
| | | 10.9 × 5.9 | = 64.31 |
| | | 44.6 × 29 | = 1293.4 |
| | | 3.6 × 6.4 | = 23.04 |
| | | 22.9 × 7.54 | = 172.68 |
| | | 0.5 × 22.9 × 0.06 | = 0.68 |
| **Total Living Area (Rounded):** | **2104 Sq ft** | | |
| Non-living Area | | | |
| Enclosed Porch | 822.8 Sq ft | 24 × 4 | = 96 |
| | | 36.58 × 17 | = 621.85 |
| | | 4.2 × 22.18 | = 93.15 |
| | | 0.93 × 5.9 | = 5.47 |
| | | 2 × 2.13 | = 4.25 |
| | | 0.5 × 2 × 2.07 | = 2.07 |
| Covered Porch | 26.4 Sq ft | 6.6 × 4 | = 26.4 |
| 2 Car Attached | 561.73 Sq ft | 22.9 × 24.5 | = 561.05 |
| | | 0.5 × 22.9 × 0.06 | = 0.68 |

# Drywall Inspection Report

121 Country Club Drive
Pass Christian, MS 39571

Prepared for: Catherine Baber

Prepared by: Pro-Spect Property Inspections
17464 Country Oak Lane
Gulfport, MS. 39503
MHIB#0185

# Pro-Spect Property Inspections

17464 Country Oak Lane
Gulfport, MS. 39503

Cell    (228) 365-5454
Email prospectpi@cableone.net
www.pro-spectpi.com


To Whom It May Concern:

This letter is to verify that there is **strong evidence** of "Chinese Sheetrock" at the
home located at 121 Country Club Dr Pass Christian, MS 39571. The inspection
was performed on the morning of 10/17/2016 for Catherine Baber. I inspected the
interior air conditioner coils, copper plumbing tubing, and household wiring at
A/C, and electrical panel. I found a black discoloration on all inspected copper.
Sheetrock labeling indicated "Knauf Tianjin", a toxic drywall manufacturer,
present in the walls. Attached are photos to support the above statement. Lab
testing would be needed for conclusive determination. If you have any questions,
please contact me.


Sincerely,


Randy Westrick
Pro-Spect Property Inspections

Mississippi State Licensed Home Inspector MHIB# 0185
Certified Indoor Air Quality Technician
Certified Mold inspector/Assessor

# Pro-Spect Property Inspections




#1 "Knauf" manufacturing labeling present on attic sheetrock

#2 "Knauf" manufacturing labeling present on attic sheetrock




#3 "Knauf" manufacturing labeling present on attic sheetrock

#4 "Knauf" manufacturing labeling present on attic sheetrock

# Pro-Spect Property Inspections



5 Made in China labeling present an air
handler cabinet



#6 Air handler



#7 Black copper at air handler



#8 Replaceme coils are present

# Pro-Spect Property Inspections




#9 Some black present on copper wiring at your handler but wiring appears to have been cleaned off

#10 Some black present on copper wiring at electrical panel in air handler cabinet but wiring appears to have been cleaned off




#11 Clean copper wiring at electrical panel in garage because garage used plywood instead of sheetrock

#12 Garage electrical panel

Case 2:09-md-02047-EEF-MBN   Document 23369-5   Filed 03/07/23   Page 180 of 378

# Pro-Spect Property Inspections



#13 Front entry outlet inspected



#14 Black copper wire on front entry
outlet



#15 Living room outlet inspected



#16 Black copper wire on living room
outlet

Case 2:09-md-02047-EEF-MBN   Document 23369-5   Filed 03/07/23   Page 181 of 378



#17 Front bedroom outlet inspected



#18 Black copper wire on front bedroom
outlet



#19 Bathroom wall switch inspected



#20 Black copper wire on bathroom wall
switch

# Pro-Spect Property Inspections



#21 Black copper tubing under bathroom
sink



#22 Rear bedroom outlet inspected



#23 Black copper wire on rear bedroom
outlet



#24 Dining room outlet inspected

Case 2:09-md-02047-EEF-MBN   Document 23369-5   Filed 03/07/23   Page 183 of 378

# Pro-Spect Property Inspections



#25 Black copper wire on dining room
outlet



#26 Kitchen outlets inspected



#27 Black copper wire on kitchen outlet



#28 Black copper wire on kitchen outlet

# Pro-Spect Property Inspections



#29 Master bedroom outlet inspected



#30 Black copper wire on master bedroom outlet



#31 Black copper present in master bathroom



#32 Laundry room outlet inspected

# Pro-Spect Property Inspections



#33 Black copper wire on laundry room
outlet



#34 Black copper tubing in attic



#35 Black copper tubing at hot water
heater



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BOGARD_451
      **Property: 451 Linda Drive, Biloxi, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/11/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Mud room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3464.1 SF to determine a Living Space area of 2992.39SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level





N

Main Level

12/31/2019          Page: 1



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CAIN_5040
      **Property: 5040 Georgia Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Our attempt to gain access to the above listed property was not successful either because the owner listed did not have access to the house anymore or we were unable to reach them after repeated attempts. Healthy Home Solutions, LLC was then provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1436 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit



**Figure 1: Front elevation of Property.**



#1 Labeling it on the back of sheetrock in the attic indicates Chinese drywall- `1NA` of china is visible



#2 Labeling on back of attic sheet rock shows presence of Chinese drywall

**Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



#3 Blacke copper wiring and black copper tubing in attic indicating the presence of Chinese drywall



#4 Blacke copper tubing present outside of air handler in attic- indicating the presence of Chinese drywall

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CARANNA_224
      **Property: 224 Pinewood Drive, Pass Christian, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall/ Master Bed |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3632.23 SF to determine a Living Space area of 3180.23 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit

**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**







**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
● **Phone: (985) 710-3789** ●
healthyhomesolutionsllc@gmail.com



Garage



Ground Level





Main Level





Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CARLISLE_829
**Property: 829 East Scenic Drive, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 1/17/2015.  Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hallway Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 4818.66 SF to determine a Living Space area of 4818.66 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level



Breakfast Area/Room
Laundry Room
Hallway
Powder Room
Study
Closet
Kitchen
Closet
Wet bar
Room1
Room2
Dirty Kitchen
Living Room
Entry/Foyer
Dining Room


Stairs

N

Main Level

CARLISLEPLACE

12/31/2019                    Page: 1





Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FERRY_101
      **Property: 101 Lakeside Drive, Waveland, MS 39576**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/23/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living room ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2150.08 SF to determine a Living Space area of 2150.08 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Main Level





N

Main Level

FERRY-101-1

12/31/2019                    Page: 1



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FOREMAN_7514
      **Property: 7514 Pinehurst Court, Diamondhead, MS 39525**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/7/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master bath wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3034.88 SF to determine a Living Space area of 2541.96 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Ground level



Garage

Golf Cart (1)



Ground level



Master Bedroom

Master Bath

Master Closet 2

Master Closet

Room1

Living Room

Closet Closet

Bedroom 1

CPT FOUND

Bathroom

Under stairs closet
AC

Hallway

Laundry Room

Pantry

Closet

Kitchen

Dining Room

toilet



N

Main Level



Room3

Room2

shower

Bathroom 2

Bathroom 3

Stairs

Up

loft

Bedroom 3

Closet 3



N

Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: FOZARD_72685
       **Property: 72685 Diamondhead Drive North, Diamondhead, MS 39525**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/29/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living room wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2383.54 SF to determine a Living Space area of 1892.49 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

Main Level



Bedroom 1

Bedroom 2

Family Room

Closet 1

Closet 2

Hallway

Laundry Room

Bathroom

Kitchen

Breakfast Area/Room

M. Closet  Master Bath

Living Room

AC Closet

Master Bedroom

Garage



Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GAUTHREAUX_10171
      **Property: 10171 Lagan Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/19/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1520.38 SF to determine a Living Space area of 1520.38 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



Main Level





Level 2



N



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:  Chinese Drywall Screening Report Number: GREEN_1709
**Property: 1709 Seacrest Drive, Gautier, MS 39553**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/1/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 2 Ceiling |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1753.81 SF to determine a Living Space area of 1672.29 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

Main Level





Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HUMPHRIES_11209
      **Property: 11209 Texas Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/19/2015.  Healthy Home Solutions,
LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of
the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 1082.52 SF to determine a Living Space area of 1082.52 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





Main Level



Level 2



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: JORDAN_11592
      **Property: 11592 Azalea Trace, Gulfport, MS 39503**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | N/A |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1755 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

Photo Exhibit

**Figure 1: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





**Figure 2: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





Jordan
File No. 2008090

# SKETCH ADDENDUM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower or Owner | Jeremy S. Jordan | | | | | | |
| Property Address | 11592 Azalea Trace | | | | | | |
| City | Gulfport | County | Harrison | State | MS | Zip Code | 39503 |
| Client | Keesler Federal Credit Union | | | | | | |

Sketch by Apex Medina™
Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 1755.3 | 1755.3 |
| GAR | Garage | 548.2 | 548.2 |
| P/P | Covered Patio | 150.2 | 150.2 |
| | Net LIVABLE Area | (rounded) | 1755 |

## LIVING AREA BREAKDOWN

| Breakdown | | | | | Subtotals |
|---|---|---|---|---|---|
| First Floor | | | | | |
| 0.5 x | 0.2 | x | 12.8 | | 1.3 |
| | 3.0 | x | 12.8 | | 38.4 |
| | 43.8 | x | 29.3 | | 1283.3 |
| | 12.7 | x | 15.0 | | 190.5 |
| | 15.0 | x | 15.0 | | 225.0 |
| 0.5 x | 5.8 | x | 5.8 | | 16.8 |
| 6 Items | | | | (rounded) | 1755 |

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LAFONTAINE_478
      **Property: 478 St. Charles Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/23/2015.  Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry/ master closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 1863.97 SF to determine a Living Space area of 1496.49 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

Main Leve



Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LEE_308
      **Property: 308 Italian Isle, Gautier, MS 39553**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/10/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 6240.84 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

Main Leve

Sunroom
Closet
Powder Room
Breakfast Area/Room
Living Room
Master Bedroom
Nursery
closet (Nursery 2)
Office
closet (office)
Kitchen
Foyer/Entry
Master Closet
Butler Pantry
Master Closet 2
Hallway
Hallway 2
Linen Closet
Master Bath
Dressing Room
Bathroom (nursery)
Bathroom 2
Closet (Hall)
Craftroom
closet (craft)
Bathroom
Vanity Area
Pantry 1
Pantry 2
Pantry
Bedroom
Laundry Room
Master Bedroom (old)
Master Bath (old)
Master Closet (old)
cedar closet
Shower
Built-in
Main Level



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MARTINO_245
      **Property: 245 McDonnell Blvd., F-138, Biloxi, MS 39531**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Living Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 718.79 SF to determine a Living Space area of 718.79 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MCALISTER_229
     **Property: 229 Felicity Street, Bay St. Louis, MS 39520**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/23/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | hallway |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2721.3 SF to determine a Living Space area of 2266.99 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit





Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MCCULLAR_603
      **Property: 603 East Second Street, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/30/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen/ Bedroom 2 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 850.93 SF to determine a Living Space area of 850.93 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

Main Level

Page: 1

Main Level

12/31/2019

N ⇧



Bedroom 1

Living Room

Bathroom

Closet

Linen Closet

Hallway

Closet

Closet

Hall Closet

Closet

Bedroom 2

Kitchen

Laundry Room



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: NGUYEN_3
      **Property: 3 Laudeac Court, Long Beach, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/2/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Master Bedroom Walls |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1345.4 SF to determine a Living Space area of 1345.4 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





Main Level

Page: 1

12/31/2019

N



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: POWELL_110
      **Property: 110 Laurel Lane, Pass Christian, MS 39571**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/17/2015. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry/ Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2081.71 SF to determine a Living Space area of 1778.17 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: TRAN_12912
      **Property: 12912 Rosemont Street, Ocean Springs, MS 39564**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/1/2015.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1666.43 SF to determine a Living Space area of 1412.21 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ROBBINS_421
      Property: 421 Chelsea Place Avenue Ormond Beach, FL 32174

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bedroom 3 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  to determine a Living Space area of .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bedroom 3**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: RIGOPOULOS_3411
       Property: 3411 24th Avenue NE Naples, FL 34120

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/2/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,140 sq. ft. to determine a Living Space area of 1,709 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit

**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the laundry.**

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: PRICE_1751
      Property: 1751 Bobcat Trail North Port, FL 34288

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 and Bedroom 4 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3,306 sq. ft. to determine a Living Space area of 2,551 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the wall of bedroom 3 and Bedroom 4.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PORCIUNCULA_339
        Property: 339 Wilton Avenue, SW Palm Bay, FL 32908

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  to determine a Living Space area of .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit





Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bedroom

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: POOL_14531
       Property: 14531 Coronado Drive Spring Hill, FL 34609

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2926 sq. ft.  to determine a Living Space area of 2546 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street






## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Laundry.

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MOORE_5427
      Property: 5427 Kedgewick Lane North Port, FL 34288

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---------------------------------|----------------------------|
| KNAUF-TIANJIN                   | DEN                        |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,686 Sq. Ft. to determine a Living Space area of 2,054 Sq. ft .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is in the Den.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: LORQUET_284
       Property: 284 James Circle Lake Alfred, FL 33850

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4,318 sq. ft. to determine a Living Space area of 3,482 sq. ft .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the kitchen.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: JARVIS_1743
      Property: 1743 Olivia Drive Avon Park, FL 33825

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 to Dining Room |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  2,292 sq. ft.  to determine a Living Space area of  1,469 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bed 3 and Dinn.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: HELMICK_13237
         Property: 13237 Emerald Acres Avenue Dover, FL 33527

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bedroom 3 and Stairs |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4012 sq. ft. to determine a Living Space area of 2922 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the stairs and Bedroom 3.**



Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Indoor wall near Kitchen and Garage.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BLEVINS_2636
      Property: 2636 SE 19th Place Cape Coral, FL 33904

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/4/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Laundry |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2,968 sq. ft.  to determine a Living Space area of 2,096 sq. ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



## Photo Exhibit-Indicia



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Laundry wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BALL_2464
      Property: 2464 Silver Palm Road North Port, FL 34288

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 3/Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of  3669 Sq. ft. to determine a Living Space area of 2510 Sq.ft .

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





## Photo Exhibit-Indicia

**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Bed 3 Kitchen.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ALLSTATE_13430
      Property: 13430 NE 30th Court Anthony, FL 32617

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Foyer/Dining |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software.  The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3,591 sq.ft. to determine a Living Space area of 2,893 sq.ft.

If further information should become available concerning or relevant to the estimate provided herein, Healthy Home Solutions, LLC reserves the right to review and amend this estimate, if appropriate.  Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





## Photo Exhibit-Indicia

Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Foyer/ Dining



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: KENDALL_23205
      **Property:23205 SW 217 AVE  ,Miami ,  FL 33031**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4725 SF to determine a Living Space area of 3261 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ANNETTA_363
      **Property:363 NE 30 Avenue ,Homestead , FL 33033**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3249 SF to determine a Living Space area of 2733 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: ARMSTRONG_121
       **Property:121 11th Avenue East ,Bradenton , FL 34208**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2147 SF to determine a Living Space area of 1877 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BINNS_1417
      **Property:1417 SW Devera Place ,Port St. Lucie , FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 2 Kitchen Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2928 SF to determine a Living Space area of 2125 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BLONSKY_8220
      **Property:8220 SW 60 Court ,South Miami , FL 33143**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/16/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5832 SF to determine a Living Space area of 4844 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BURGOS_384
**Property:384 NE 34 TER ,Miami , FL 33033**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | Bed 2 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2384 SF to determine a Living Space area of 1913 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: BUTCHER_4020
      **Property:4020 Island Lakes Drive  ,Winter Haven ,  FL 33881**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/7/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2444 SF to determine a Living Space area of 1862 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: CALDERON_3441
      **Property:3441 SW Haines Street  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2663 SF to determine a Living Space area of 2020 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: CDO_25409
       **Property:25409 Durango Ct. ,Punta Gorda , FL 33955**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3106 SF to determine a Living Space area of 2221 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: COHEN_20305
      **Property:20305 Chestnut Grove Drive ,Tampa , FL 33647**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3296 SF to determine a Living Space area of 2546 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: FERRERA_22079
      **Property:22079 SW 88th Path  ,Cutler Bay ,  FL 33190**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/17/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1834 SF to determine a Living Space area of 1705 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: **(985) 710-3789** •
healthyhomesolutionsllc@gmail.com





**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: GASPARD_1402
    **Property:1402 O'Donnell Lane SE  ,Port St. Lucie ,  FL 34983**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3675 SF to determine a Living Space area of 2327 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: GOLDENBERG_12176
       **Property:12176 SW 49th Court ,Cooper City , FL 33330**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 3 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1549 SF to determine a Living Space area of 1329 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: HELMICK_13237
      **Property:13237 Emerald Acres Avenue ,Dover , FL 33527**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4012 SF to determine a Living Space area of 2922 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: HOME_3310
       **Property:3310 NE 3 DR ,Homestead , FL 33033**

Mr. Doyle:

At your request, an inspection of the above property was performec on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2384 SF to determine a Living Space area of 1913 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: JARAMILLO_5301
       **Property:5301 Nicklaus Drive ,Winter Haven , FL 33884**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2411 SF to determine a Living Space area of 1682 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: JARVIS_1743
       **Property:1743 Olivia Drive  ,Avon Park ,  FL 33825**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2292 SF to determine a Living Space area of 1469 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit





Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: JUDGE_2618
      **Property:2618 50th Street West  ,Lehigh Acres ,  FL 33971**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2338 SF to determine a Living Space area of 1907 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: KARPEL_17770
      **Property:17770 64th Place North ,Loxahatchee , FL 33470**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/22/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 2 |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3084 SF to determine a Living Space area of 2286 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: KOPACH_20318
       **Property:20318 Chestnut Grove Drive ,Tampa ,  FL 33647**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/18/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3440 SF to determine a Living Space area of 3030 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LAREMORE_7018
      **Property:7018 Pilgrim Court ,Labelle , FL 33935**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/4/2019.  Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 2117 SF to determine a Living Space area of 1556 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LOCKE_962
      **Property:962 SW Haas Avenue  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2896 SF to determine a Living Space area of 2182 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: LORQUET_284
     **Property:284 James Circle  ,Lake Alfred ,  FL 33850**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4318 SF to determine a Living Space area of 3482 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: FLOMAN_1924
        **Property:1924 SE 21 CT ,Homestead , FL 33035**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/23/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Hall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 4181 SF to determine a Living Space area of 3631 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MANSOUR_8678
      **Property:8678 Tally Ho Lane ,Royal Palm Beach ,  FL 33411**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions,
LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of
the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 3782 SF to determine a Living Space area of 2802 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: MARQUES_1722
       **Property:1722 NE 6th Street ,Boynton Beach , FL 33435**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions,
LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of
the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 1935 SF to determine a Living Space area of 1601 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MARTINEZ_14731
      **Property:14731 SW 34 Lane ,Miami , FL 33185**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Interior Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2657 SF to determine a Living Space area of 2267 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MARTINEZ_23631
      **Property:23631 SW 112 CT ,Homestead , FL 33032**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referencec property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Bed 2 Closet |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2050 SF to determine a Living Space area of 1706 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MCF_8554
      **Property: 8554 Pegasus Drive ,Lehigh Acres ,  FL 33971**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2792 SF to determine a Living Space area of 2368 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MOORE_5427
      **Property:5427 Kedgewick Lane ,North Port , FL 34288**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2686 SF to determine a Living Space area of 2054 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: NIEMIEC_6881
      **Property:6881 Brompton Drive ,Lakeland , FL 33809**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2293 SF to determine a Living Space area of 1814 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: PAREDES_5952
      **Property:5952 SW 102 ST ,Pinecrest , FL 33156**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 7102 SF to determine a Living Space area of 5749 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PIERRE_1714
       **Property:1714 NE 6th Street  ,Boynton Beach ,  FL 33435**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1935 SF to determine a Living Space area of 1601 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
**• Phone: (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

## Photo Exhibit





Figure 1: Front elevation of Property.

Figure 2: Address as seen from street



Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: POOL_14531
       **Property:14531 Coronado Drive ,Spring Hill ,  FL 34609**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/6/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3276 SF to determine a Living Space area of 2546 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: PORCIUNCULA_339
      **Property:339 Wilton Avenue, SW ,Palm Bay , FL 32908**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2175 SF to determine a Living Space area of 1518 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: PRICE_1751
       **Property:1751 Bobcat Trail ,North Port , FL 34288**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3306 SF to determine a Living Space area of 2551 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

# Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: RIGOPOULOS_3411
       **Property:3411 24th Avenue NE  ,Naples ,  FL 34120**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/2/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2140 SF to determine a Living Space area of 1709 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





**Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.**



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ROBBINS_421
       **Property:421 Chelsea Place Avenue ,Ormond Beach , FL 32174**

Mr. Doyle:

At your request, an inspection of the above property was performed on 10/1/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2780 SF to determine a Living Space area of 2246 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ROOPCHAND_15320
       **Property:15320 87th Road North ,Loxahatchee ,  FL 33470**

Mr. Doyle:

At your request, an inspection of the above property was performed on .  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Kitchen |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3035 SF to determine a Living Space area of 2304 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC





**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: RUSSO_9800
      **Property:9800 Quinta Artesa Way, Unit 105 ,Ft. Myers , FL 33908**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019.  Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 2472 SF to determine a Living Space area of 1928 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



Healthy Home Solutions, LLC

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: SALABARRIA_12940
       **Property:12940 SW 135 ST ,Miami , FL 33186**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/20/2019.  Healthy Home Solutions,
LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of
the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Interior Wall |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 1830 SF to determine a Living Space area of 1564 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: GUZMAN_10769
      **Property:10769 NW 81 LN ,Doral , FL 33178**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1911 SF to determine a Living Space area of 1683 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: STEWART_2635
       **Property:2635 Creekfront Drive  ,Green Cove Springs ,  FL 32043**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/7/2019.  Healthy Home Solutions, LLC
is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the
accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with
known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that
reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate
estimating software. The square footage of any garage, storage space, or unconditioned basement was then
subtracted from the Total Area of 2811 SF to determine a Living Space area of 2114 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS
reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you
have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: TAYLOR_4090
       **Property:4090 SW Kallen Street ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on . Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Livingroom |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2988 SF to determine a Living Space area of 2179 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC







December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: TIMMONS_1820
       **Property:1820 NE 7th Avenue ,Cape Coral , FL 33909**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3196 SF to determine a Living Space area of 2343 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: TOLLIVER_4531
      **Property:4531 Darwin Blvd.  ,Port St. Lucie ,  FL 34953**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/21/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3015 SF to determine a Living Space area of 2363 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: TYLER_8675
      **Property:8675 130th Avenue ,Fellsmere , FL 32948**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/22/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3481 SF to determine a Living Space area of 2434 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: VANDRIE_4101
      **Property:4101 NW 22nd Street ,Cape Coral , FL 33993**

Mr. Doyle:

At your request, an inspection of the above property was performed on 9/20/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 3060 SF to determine a Living Space area of 2246 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: VEIRA_14763
      **Property:14763 SW 35 Lane ,Miami ,  FL 33185**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/19/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2556 SF to determine a Living Space area of 2403 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: VEST_624
      **Property:624 NE 2nd Place ,Cape Coral ,  FL 33909**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/3/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 2793 SF to determine a Living Space area of 2029 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: WARREN_3924
       **Property:3924 SW 52nd Ave., Unit 4C ,Pembroke Park , FL 33023**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/15/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1335 SF to determine a Living Space area of 1335 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

## Photo Exhibit



Figure 1: Front elevation of Property.

Figure 2: Address as seen from street





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.



December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:    Chinese Drywall Screening Report Number: ZELENENKI_4331
       **Property:4331 Ferrari Drive ,Sebring , FL 33872**

Mr. Doyle:

At your request, an inspection of the above property was performed on 12/5/2019.  Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known effects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the living space of the above referenced property.

| Drywall Manufacturer Identifier | Location found in building |
| --- | --- |
| KNAUF-TIANJIN | |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 1709 SF to determine a Living Space area of 1376 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

## Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**





Figure 3: Markings on drywall consistent with KPT brand drywall. This is the Living Room Wall.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com