# Exhibit B

EXHIBIT 5

Doyle Inspections

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allstate Servicing, Inc. | 13430 | NE 30th Court | Anthony | FL | 32617 | 3591 | 2893 | $117.94 | 0.848 | $289,337.96 | |
| Amuso | 9461 | Ambrose Lane | Kimberly | AL | 35091 | 4054.30 | 2850.05 | $117.94 | 0.866 | $291,092.82 | |
| Annetta, LLC | 363 | NE 30 Avenue | Homestead | FL | 33033 | 3249 | 2733 | $117.94 | 0.846 | $272,691.20 | |
| Armstrong | 121 | 11th Avenue East | Bradenton | FL | 34208 | 2147 | 1877 | $117.94 | 0.853 | $188,831.49 | |
| Armstrong | 418 | Sandstone Creek Lane | Dickinson | TX | 77539 | 3274 | 2797 | $117.94 | 0.868 | $286,334.26 | |
| Armstrong | 42296 | Forest Lane | Hammond | LA | 70403 | 3557.86 | 3138.58 | $117.94 | 0.813 | $300,943.43 | |
| Arnold | 26057 | Coronation Ave. | enham Spring | LA | 70726 | 2305.97 | 1946.94 | $117.94 | 0.851 | $195,408.41 | |
| Arrowhead Investments, LLC | 19 | Money Hill Lane | Poplarville | MS | 39470 | | 1786 | $117.94 | 0.826 | $173,989.33 | |
| Baber (deceased) | 121 | Country Club Drive | Pass Christian | MS | 39571 | | 2104 | $117.94 | 0.826 | $204,968.40 | |
| Baldwin | 909 | High Ridge Drive | Friendswood | TX | 77546 | 4639 | 3960 | $117.94 | 0.868 | $405,392.80 | yes |
| Ball | 2464 | Silver Palm Road | North Port | FL | 34288 | 3669 | 2510 | $117.94 | 0.853 | $252,513.08 | |
| Bao | 1008 | Washington Court | Moody | AL | 35004 | 2261.64 | 1887.92 | $117.94 | 0.866 | $192,824.67 | |
| Bennett | 102 | Morningwalk Lane | Huntsville | AL | 35824 | 2462.49 | 2047.77 | $117.94 | 0.864 | $208,668.09 | |
| Binns, Steve & Kuntz, Martin (by assignment) | 1417 | SW Devera Place | Port St. Lucie | FL | 34953 | 2928 | 2125 | $117.94 | 0.853 | $213,780.99 | |
| Blevins | 2636 | SE 19th Place | Cape Coral | FL | 33904 | 2968 | 2096 | $117.94 | 0.853 | $210,863.51 | yes |
| Blonsky | 8220 | SW 60 Court | South Miami | FL | 33143 | 5832 | 4844 | $117.94 | 0.846 | $483,320.95 | |
| Bogard | 451 | Linda Drive | Biloxi | MS | 39531 | 3464.10 | 2992.39 | $117.94 | 0.826 | $291,513.97 | |
| Bank of Louisiana | 35211 | Beverly Hills Drive | Prairieville | LA | 70769 | 4931.06 | 4146.53 | $117.94 | 0.851 | $416,174.53 | yes |
| Bonney | 35471 | Reese Lane | Slidell | LA | 70460 | 2649.23 | 2649.23 | $117.94 | 0.813 | $254,022.00 | |
| Brady | 2089 | Knollwood Place | Birmingham | AL | 35242 | 5968.54 | 5495.05 | $117.94 | 0.866 | $561,242.65 | |
| Brousseau | 437 | Delgado Drive | Baton Rouge | LA | 70808 | 2307.39 | 2307.39 | $117.94 | 0.851 | $231,585.67 | yes |
| Burgos | 384 | NE 24 TER | Miami | FL | 33033 | 2384 | 1913 | $117.94 | 0.846 | $190,873.86 | |
| Butcher | 4020 | Island Lakes Drive | Winter Haven | FL | 33881 | 2444 | 1862 | $117.94 | 0.853 | $187,322.45 | |

1

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cain | 5040 | Georgia Street | Bay St. Louis | MS | 39520 | | 1436 | $117.94 | 0.826 | $139,892.88 | |
| Calderon | 3441 | SW Haines Street | Port St. Lucie | FL | 34953 | 2663 | 2020 | $117.94 | 0.853 | $203,217.70 | |
| Caranna | 224 | Pinewood Drive | Pass Christian | MS | 39531 | 3632.23 | 3180.23 | $117.94 | 0.826 | $309,813.05 | |
| Carlisle Place, LLC | 829 | East Scenic Drive | Pass Christian | MS | 39571 | 4818.66 | 4818.66 | $117.94 | 0.826 | $469,426.34 | yes |
| Cason | 124 | Arbor Hill Lane | Huntsville | AL | 35824 | 3196.82 | 2741.31 | $117.94 | 0.864 | $279,339.93 | |
| CDO Investments, LLC | 25409 | Durango Ct. | Punta Gorda | FL | 33955 | 3106 | 2221 | $117.94 | 0.853 | $223,438.86 | |
| Charles | 116 | Dufresne Drive | Vacherie | LA | 70090 | 2200 | 2200 | $117.94 | 0.838 | $217,434.18 | |
| Chedester | 10955 | West Brighton Drive | Chunchula | AL | 36521 | 1596 | 1596 | $117.94 | 0.849 | $159,809.17 | |
| Cohen | 20305 | Chestnut Grove Drive | Tampa | FL | 33647 | 3296 | 2546 | $117.94 | 0.853 | $256,134.78 | |
| Cordier | 11429 | Maxine Drive | New Orleans | LA | 70128 | 2877.03 | 2504.50 | $117.94 | 0.861 | $254,322.81 | |
| R&S Properties, LLC | 9810 | Bay Road North | Foley | AL | 36535 | 2223.94 | 2223.94 | $117.94 | 0.849 | $222,685.47 | |
| Dhume | 150 | Spencer Avenue | New Orleans | LA | 70124 | 3746.07 | 3457.66 | $117.94 | 0.861 | $351,112.72 | |
| Dixon | 20 | Cross Creek Drive | Slidell | LA | 70461 | 6116.49 | 5504.1 | $117.94 | 0.813 | $527,761.84 | yes |
| Ferrera | 22079 | SW 88th Path | Cutler Bay | FL | 33190 | 1834 | 1705 | $117.94 | 0.846 | $170,120.19 | |
| Ferry (deceased) | 101 | Lakeside Drive | Waveland | MS | 39576 | 2150.08 | 2150.08 | $117.94 | 0.826 | $209,457.44 | |
| M and M The Closers, LLC | 1924 | SE 21 CT | Homestead | FL | 33035 | 4181 | 3631 | $117.94 | 0.853 | $365,288.84 | |
| Foreman | 7514 | Pinehurst Court | Diamondhead | MS | 39525 | 3034.88 | 2541.96 | $117.94 | 0.826 | $247,633.78 | |
| Fozard | 72685 | Diamondhead Drive North | Diamondhead | MS | 39525 | 2383.54 | 1892.49 | $117.94 | 0.826 | $184,363.42 | yes |
| Gaspard | 1402 | O'Donnell Lane SE | Port St. Lucie | FL | 34983 | 3675 | 2327 | $117.94 | 0.853 | $234,102.76 | |
| Gauthreaux | 10171 | Lagan Street | Bay St. Louis | MS | 39520 | 1520.38 | 1520.38 | $117.94 | 0.826 | $148,113.05 | |
| Gharib | 4 | Beresford Drive | Metairie | LA | 70001 | 4547.09 | 4002.08 | $117.94 | 0.861 | $406,396.58 | yes |
| Gharib | 8807 | South Claiborne Ave. | New Orleans | LA | 70118 | 7097.01 | 4068.76 | $117.94 | 0.861 | $413,167.69 | |
| Ginart | 2104 | Olivia Street | Meraux | LA | 70075 | 6103.1 | 5258.61 | $117.94 | 0.861 | $533,992.60 | yes |
| Goldenberg | 12176 | SW 49th Court | Cooper City | FL | 33330 | 1549 | 1329 | $117.94 | 0.846 | $132,603.95 | |
| Grande | 7 | Nevin Court | Conroe | TX | 77301 | 3404 | 2686 | $117.94 | 0.868 | $274,970.98 | |

2

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Green | 1709 | Seacrest Drive | Gautier | MS | 39553 | 1753.81 | 1672.29 | $117.94 | 0.826 | $162,911.88 | |
| Gueydan | 42055 | Jefferson Drive | Hammond | LA | 70403 | 3843.38 | 3306.94 | $117.94 | 0.813 | $317,086.67 | yes |
| Skyline Glass, LLC | 10769 | NW 81 LN | Doral | FL | 33178 | 1911 | 1683 | $117.94 | 0.846 | $167,925.09 | yes |
| Hallmark | 775 | Ridgefield Way | Odenville | AL | 35120 | 3077.31 | 2253.89 | $117.94 | 0.866 | $230,203.40 | |
| Helmick | 13237 | Emerald Acres Avenue | Dover | FL | 33527 | 4012 | 2922 | $117.94 | 0.853 | $293,961.44 | |
| Home and Land, Inc. | 3310 | NE 3 DR | Homestead | FL | 33033 | 2384 | 1913 | $117.94 | 0.846 | $190,873.86 | |
| Hu | 3016 | Taft Park | Metairie | LA | 70002 | 1532.33 | 1532.33 | $117.94 | 0.861 | $155,602.50 | |
| Humphries, III | 11209 | Texas Street | Bay St. Louis | MS | 39520 | 1082.52 | 1082.52 | $117.94 | 0.826 | $105,457.41 | |
| Ijemere | 7012 | Eagle Point Trail | Birmingham | AL | 35242 | 5728.90 | 4259.63 | $117.94 | 0.866 | $435,061.74 | yes |
| Issman | 669 | Timberwood Loop | Madisonville | LA | 70447 | 2874.27 | 2438.51 | $117.94 | 0.813 | $233,817.07 | |
| 1329 Gum, Jackson Land Trust | 1329 | Gum Street | Ocean Springs | MS | 39564 | 1260.07 | 1059.38 | $117.94 | 0.826 | $103,203.15 | |
| Jaramillo | 5301 | Nicklaus Drive | Winter Haven | FL | 33884 | 2411 | 1682 | $117.94 | 0.853 | $169,213.94 | |
| Jarvis | 1743 | Olivia Drive | Avon Park | FL | 33825 | 2292 | 1469 | $117.94 | 0.846 | $146,572.77 | |
| Jordan | 11592 | Azalea Trace | Gulfport | MS | 39503 | 1755 | 1755 | $117.94 | 0.826 | $170,969.36 | |
| Judge | 2618 | 50th Street West | Lehigh Acres | FL | 33971 | 2338 | 1907 | $117.94 | 0.846 | $190,275.20 | |
| Junius | 6537 | Marshall Foch Street | New Orleans | LA | 70124 | 3832.44 | 3234 | $117.94 | 0.861 | $328,400.86 | |
| Karpel | 17770 | 64th Place North | Loxahatchee | FL | 33470 | 3084 | 2286 | $117.94 | 0.846 | $228,090.77 | |
| Kelley | 160 | Blairs Circle | Pell City | AL | 35215 | 2522.74 | 1889.97 | $117.94 | 0.866 | $193,034.05 | |
| A&B Real Estate Holdings, LLC | 23205 | SW 217 AVE | Miami | FL | 33031 | 4725 | 3261 | $117.94 | 0.846 | $325,373.58 | yes |
| Kopach | 20318 | Chestnut Grove Drive | Tampa | FL | 33647 | 3440 | 3030 | $117.94 | 0.853 | $304,826.54 | yes |
| Lafontaine | 478 | St. Charles Street | Bay St. Louis | MS | 39520 | 1863.97 | 1496.49 | $117.94 | 0.826 | $145,785.72 | |
| Laremore | 7018 | Pilgrim Court | Labelle | FL | 33935 | 2117 | 1556 | $117.94 | 0.853 | $156,537.99 | |
| Lee | 308 | Italian Isle | Gautier | MS | 39553 | 6240.84 | 6240.84 | $117.94 | 0.826 | $607,972.90 | yes |
| Lee | 3258 | Clubhouse Road | Mobile | AL | 36605 | 1302.14 | 1302.14 | $117.94 | 0.849 | $130,384.66 | |
| Levin | 2201-03 | Neyrey Street | Metairie | LA | 70001 | 3000 | 3000 | $117.94 | 0.861 | $304,639.02 | |

3

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Locke-Esberry | 962 | SW Haas Avenue | Port St. Lucie | FL | 34953 | 2896 | 2182 | $117.94 | 0.846 | $217,713.94 | |
| Lorquet | 284 | James Circle | Lake Alfred | FL | 33850 | 4318 | 3482 | $117.94 | 0.853 | $350,299.02 | |
| Macksey | 4321 | Lucerne Street | Metairie | LA | 70006 | 2884.09 | 1805.07 | $117.94 | 0.861 | $183,298.25 | |
| Mansour | 8678 | Tally Ho Lane | Royal Palm Bea | FL | 33411 | 3782 | 2802 | $117.94 | 0.846 | $279,575.83 | |
| Marques | 1722 | NE 6th Street | Boynton Beach | FL | 33435 | 1935 | 1601 | $117.94 | 0.853 | $161,065.11 | |
| Martinez | 14731 | SW 34 Lane | Miami | FL | 33185 | 2657 | 2267 | $117.94 | 0.846 | $226,195.00 | |
| Martinez | 23631 | SW 112 CT | Homestead | FL | 33032 | 2050 | 1706 | $117.94 | 0.846 | $170,219.97 | |
| Martinez | 6507 | Memphis Street | New Orleans | LA | 70124 | 1695.33 | 1695.33 | $117.94 | 0.861 | $172,154.56 | |
| Martino | 245 | McDonnell Blvd., F-138 | Biloxi | MS | 39531 | 718.79 | 718.79 | $117.94 | 0.826 | $70,023.40 | |
| McAlister | 229 | Felicity Street | Bay St. Louis | MS | 39520 | 2721.3 | 2266.99 | $117.94 | 0.826 | $220,846.63 | |
| McCann | 73244 | Penn Mill Road | Covington | LA | 70435 | 1905.09 | 1579.22 | $117.94 | 0.813 | $151,423.86 | |
| McCullar | 603 | East Second Street | Pass Christian | MS | 39571 | 850.93 | 850.93 | $117.94 | 0.826 | $82,896.27 | |
| MCF Enterprises, Inc. | 8554 | Pegasus Drive | Lehigh Acres | FL | 33971 | 2792 | 2368 | $117.94 | 0.846 | $236,272.50 | |
| Milam | 4625-27 | Palmyra Street | New Orleans | LA | 70119 | 1654.24 | 1654.24 | $117.94 | 0.861 | $167,982.02 | |
| Moore | 5427 | Kedgewick Lane | North Port | FL | 34288 | 2686 | 2054 | $117.94 | 0.853 | $206,638.19 | |
| Natal | 1489 | Lakeshore Blvd. | Slidell | LA | 70461 | 5715.77 | 5279.83 | $117.94 | 0.813 | $506,257.66 | yes |
| Nguyen | 3 | Laudeac Court | Long Beach | MS | 39571 | 1345.4 | 1345.4 | $117.94 | 0.826 | $131,066.77 | |
| Niemiec | 6881 | Brompton Drive | Lakeland | FL | 33809 | 2293 | 1814 | $117.94 | 0.853 | $182,493.52 | |
| Norris | 700 | Artic Fox Run | Madisonville | LA | 70447 | 2862.65 | 2426.89 | $117.94 | 0.813 | $232,702.88 | |
| Paredes | 5952 | SW 102 ST | Pinecrest | FL | 33156 | 7102 | 5749 | $117.94 | 0.846 | $573,619.35 | |
| Pendelton | 5224 | Pasteur Blvd. | New Orleans | LA | 70122 | 1408.33 | 1408.33 | $117.94 | 0.861 | $143,010.76 | |
| Perez | 3036 | Whitty Drive | Slidell | LA | 70461 | 2754.27 | 2375.65 | $117.94 | 0.813 | $227,789.72 | |
| Pham | 9549 | Homestead Drive | Baton Rouge | LA | 70817 | 3525 | 2812 | $117.94 | 0.851 | $282,231.84 | |
| Pierre | 1714 | NE 6th Street | Boynton Beach | FL | 33435 | 1935 | 1601 | $117.94 | 0.853 | $161,065.11 | |
| Pool | 14531 | Coronado Drive | Spring Hill | FL | 34609 | 3276 | 2546 | $117.94 | 0.853 | $256,134.78 | |

4

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Porciuncula | 339 | Wilton Avenue, SW | Palm Bay | FL | 32908 | 2175 | 1518 | $117.94 | 0.853 | $152,715.08 | |
| Powell | 110 | Laurel Lane | Pass Christian | MS | 39571 | 2081.71 | 1778.17 | $117.94 | 0.826 | $173,226.55 | |
| Price | 1751 | Bobcat Trail | North Port | FL | 34288 | 3306 | 2551 | $117.94 | 0.853 | $256,637.79 | yes |
| Province | 86048 | Highway 450 | Franklinton | LA | 70438 | 1369.33 | 1369.33 | $117.94 | 0.813 | $131,298.51 | |
| Reynolds | 101 | Spotted Fawn Road | Madison | AL | 35758 | 3741.86 | 3073.53 | $117.94 | 0.866 | $313,918.18 | |
| Rigopoulos | 3411 | 24th Avenue NE | Naples | FL | 34120 | 2140 | 1709 | $117.94 | 0.846 | $170,519.30 | |
| Robbins | 421 | Chelsea Place Avenue | Ormond Beach | FL | 32174 | 2780 | 2246 | $117.94 | 0.853 | $225,953.93 | |
| Roopchand | 15320 | 87th Road North | Loxahatchee | FL | 33470 | 3035 | 2304 | $117.94 | 0.846 | $229,886.76 | |
| Rosenaur | 13891 | Calle Savario Drive | Prairieville | LA | 70769 | 2138 | 2138 | $117.94 | 0.851 | $214,584.52 | |
| Russell | 5427 | Creekside Lane | Hoover | AL | 35244 | 2424.57 | 2022.58 | $117.94 | 0.849 | $202,523.08 | |
| Russo | 9800 | Quinta Artesa Way, Unit 10 | Ft. Myers | FL | 33908 | 2472 | 1928 | $117.94 | 0.853 | $193,962.24 | |
| Salabarria | 12940 | SW 135 ST | Miami | FL | 33186 | 1830 | 1564 | $117.94 | 0.846 | $156,051.60 | |
| Schoerner | 451 | Linda Drive | Biloxi | MS | 39531 | 3464.10 | 2992.39 | $117.94 | 0.826 | $291,513.97 | |
| Scott | 149 | Silo Hill Road | Madison | AL | 35758 | 3127.3 | 2676.3 | $117.94 | 0.864 | $272,715.40 | |
| Stanfa | 180 | Sheffield Lane | Birmingham | AL | 35242 | 5934.98 | 5202.62 | $117.94 | 0.866 | $531,375.00 | yes |
| Stockton | 13095 | Montego Street | Spring Hill | FL | 34609 | 2267 | 1987 | $117.94 | 0.853 | $199,897.80 | |
| Taylor | 4090 | SW Kallen Street | Port St. Lucie | FL | 34953 | 2988 | 2179 | $117.94 | 0.853 | $219,213.54 | |
| Timmons | 1820 | NE 7th Avenue | Cape Coral | FL | 33909 | 3196 | 2343 | $117.94 | 0.853 | $235,712.41 | |
| Tolliver | 4531 | Darwin Blvd. | Port St. Lucie | FL | 34953 | 3015 | 2363 | $117.94 | 0.853 | $237,724.46 | |
| Tran | 12912 | Rosemont St. | Ocean Springs | MS | 39564 | 1460 | 1460 | $117.94 | 0.826 | $142,230.92 | |
| Tyler | 8675 | 130th Avenue | Fellsmere | FL | 32948 | 3481 | 2434 | $117.94 | 0.853 | $244,867.26 | |
| Van Drie | 4101 | NW 22nd Street | Cape Coral | FL | 33993 | 3060 | 2246 | $117.94 | 0.853 | $225,953.93 | |
| Veira | 14763 | SW 35 Lane | Miami | FL | 33185 | 2556 | 2403 | $117.94 | 0.846 | $239,764.71 | |
| Vest | 624 | NE 2nd Place | Cape Coral | FL | 33909 | 2793 | 2029 | $117.94 | 0.853 | $204,123.12 | |
| Wang | 4220 | Vincennes Place | New Orleans | LA | 70125 | 2626.21 | 2626.21 | $117.94 | 0.861 | $266,682.01 | |

| Client Name | Affected Property Address Number | Affected Property Street | Affected Property City | Affected Property State | Affected Property Zip code | TOTAL AREA SF | SF UNDER AIR CONDITION | RSMEANS NATIONAL AVERAGE | RSMEANS LOCATION FACTOR | RSMEANS ESTIMATED COST | Custom Home |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zelenenki | 4331 | Ferrari Drive | Sebring | FL | 33872 | 1709 | 1376 | $117.94 | 0.853 | $138,429.48 | |
| | | | | | | 361356.87 | | | | $30,500,937.63 | |