UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| Case No. 20-cv-3264 | MAGISTRATE NORTH |

**O R D E R**

Considering the Knauf Defendants' Motion for Leave to File Excess Pages;

  **IT IS ORDERED** that the motion is GRANTED and it is allowed to file its Opposition to Plaintiffs' Motion in Limine with three (3) excess pages.

  New Orleans, Louisiana, this _____ day of March, 2023.

                        _____
                         HONORABLE ELDON E. FALLON