IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>Case No. 09-4119 | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## DEFENDANT MANUFACTURERS' PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A.    Manufacturer Name __Knauf Gips KG ("Knauf Gips")__[1]

    B.    Address __Am Bahnhof 7, 97346, Iphofen, Germany__

    C.    Phone number __+49 9323 31-0__

    D.    Email address __info@mail.knauf.de__

    E.    Web site __http://www.knauf.de__

    F.    President or CEO __Klaus Koch__

    G.    Headquarters if Foreign __Iphofen, Germany__

    H.    Address of USA Headquarters __None__

    I.    Name of supervisor at USA Headquarters __None__

---

[1] Knauf Gips KG is responding to Defendant Manufacturers' Profile Form voluntarily and in the spirit of cooperation in these multidistrict proceedings but without waiving any of its rights to object, in these or in any other proceedings, to: (i) the sufficiency of process or the service of process upon it; (ii) the jurisdiction of this or any other court over it; and/or (iii) any discovery and that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

EXHIBIT 1

J.  Principal Place of Business in USA  None

K.  List of all offices or locations in USA where entity has done business at any time in 2001 through 2009  None

L.  Name of Manager at each office or location identified in I(J) above  None

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

## II. COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

A.  Name:  Doug Sanders, Baker & McKenzie LLP; Don Hayden, Baker & McKenzie LLP

B.  Address:  130 E. Randolph Dr., One Prudential Plaza, Chicago IL 60657;
Mellon Financial Center, 1111 Brickell Avenue, Suite 1700, Miami, FL 33131

C.  Phone Number: +1 312 861-8075; +1 305 789-8966

D.  Fax Number: +1 312 698-2375; +1 305 789-8953

E.  E-Mail: douglas.b.sanders@bakernet.com; donald.j.hayden@bakernet.com

## III. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.  Product Identification:  Knauf Gips has not manufactured Chinese Drywall and responds none or not applicable to all of the questions in Section III.

Name of Manufacturer(s)' drywall product:

Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

List all trademarks applicable to the product:

Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

2.  Shipment Information (identify the following for each shipment to, or for importation to, the United States):

Exporter Name:

Address of Exporter:

Date of Export: ___/___/_____ (Month / Day / Year)

Name of all ports through which shipment was in transit: _____

Name of final port where shipment was offloaded: _____

Date shipment was offloaded: ___/___/_____ (Month / Day / Year)

Amount of Drywall exported: _____

Name of shipper: _____

Address of shipper: _____

Mode of Shipment: _____

Name of vessel: _____

3. Importer Information (identify the following for each importer):

Importer Name: _____

Address of Importer: _____

Date of Import: ___/___/_____ (Month / Day / Year)

Amount of Drywall imported: _____

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

5. Are you are of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution?

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: _____

Address of entity providing storage: _____

Dates product was stored:

____/____/_____ (Month / Day / Year) to ____/____/_____ (Month / Day / Year)

Quantity of product stored: _____

Price paid for storage: _____

Name of contact person at storage facility: _____

Phone number: _____

Email address: _____

List any complaints made or received regarding storage of the product:

_____

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following:

   a. Express warranties: _____

   b. Product specifications: _____

   c. Product information and/or instructions for storage or use: _____

## IV. INSURANCE

A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

   1. For each policy, identify the following:

      Insurer: _____

      Dates policy in effect: _____

      01/01/2009 (Month / Day / Year) to 12/31/2009 (Month / Day / Year)

      Policy Number: _____

      Type of Policy: _____

      Insurance Agent: _____

      Policy Coverage Limits: _____

      Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

   1. For each claim please provide the following:

4

Date: ___/___/___ (Month / Day / Year)

Insurer: _____

Description of claim: _____

Insurer's response to claim: _____

If in litigation:

Caption of Case: _____

Name and address of attorneys involved: _____

_____

_____

Insurance carriers involved: _____

_____

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____  _Oliver Fröhlich_  _September 01, 2009_
Signature                   Print Name         Date