UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

**AFFIDAVIT OF JAWAD GHARIB**

STATE OF LOUISIANA
PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

JAWAD GHARIB

who, after being duly sworn, deposed:

1. I am over the age of majority and fully competent to make this statement. All statements contained herein are true and correct and based on my personal knowledge and review of the records.

2. Back in 2003, my wife, Fatme Gharib, and I purchased the property located at 4 Beresford Drive, Metairie, Louisiana (the "Gharibs' Home"), as a vacant lot in the Metairie Club Estates neighborhood, adjacent to Metairie Country Club. I served as the contractor for the building of the home on that property. In August of 2005, only about two months shy of completing construction, Hurricane Katrina made landfall and pushed well over four feet of water inside the home.

3. Despite the loss, we remained committed to the project and cleaned and remediated the resulting damage. My wife and I intended for this property to serve as our primary residence and family home for the foreseeable future, so we spared no expense and customized the home with the best materials, appliances and technology on the market.

4. Sometime around mid-2007, I substantially completed construction on our home, but continued refining it to our liking, with custom lighting, automation and "smart home" technology. This is truly a "smart house" in every sense of the word, with all lighting, electrical outlets, air conditioning, audio/video, and alarm systems automated through an automation system called Control4. The electrical fixtures, chandeliers and recessed light fixtures are special-order, high-end fixtures. The foyer and great room chandeliers are both connected to Aladdin lifts and a motorized lift system safely lowers the chandelier for easy cleaning and bulb changing with the press of a button or turn of a key.

5. As the building contractor and an active participant in the design of my home, I have first-hand knowledge of the design of the Gharibs' Home. My home has an open floor plan in which the first floor is open to the second floor and air circulates freely throughout the first and second floors. (See: ***Ex. 3 to Plaintiffs' Motion in Limine,*** photos attached to Phillip Adams' Xactimate for Gharibs' Home, p. 26, 90 (Rec. Doc. 23363-4). The plumbing and water lines are virtually all copper throughout. The flow of water throughout my home can be summarized as follows: cold water first enters the Gharibs' Home in copper piping that runs throughout the contaminated area of the first floor; then traverses up through the second floor, feeding cold water to bathrooms and other appliances along the way; and finally, that copper piping enters the attic and feeds

into the hot water heater. Water is heated in 3 water heater units, and then traverses back down into the second floor and even back into parts of the first floor, feeding the hot water where needed. I have had to replace 2 of those 3 units in the attic.[1] The air-handler unit (AHU) in the attic also supplies air-conditioned air to the second floor bedrooms and bathrooms. As the defense expert showed in his Phase 1 Inspection letter, the lineset connecting to this AHU is black with corrosion. (see: Ex. 2 to Plaintiffs' Motion in Limine, Rec. Doc. 23363-3, p. 15).

6. I recently took photos of the copper piping and lines located in my home's attic, which feed into the second floor of my home. They are heavily corroded and black in coloration, rather than the copper color they originally exhibited. (See: photos attached hereto in **Exhibit A**.). I also took photos of certain electrical and plumbing fixtures on the second floor of my home. The bare copper wiring that connects to the outlets are all dark in coloration and not the copper color they once exhibited. The plumbing fixtures, including a water faucet and shut-off valves in second-floor bathrooms, show pitting and corrosion similar to the defense expert's findings on the first floor. (See: photos in **Exhibit B**.)

7. My wife and I also own the property located at 8807 South Claiborne Avenue, New Orleans, Louisiana. This property was purchased, in 2002, with an existing building zoned for mixed commercial and residential use and contains approximately 7,100 of total square footage. This building consists of three stories, which include the following: (1) the ground floor is a commercial space that is partitioned into two units, one housing my Laundromat business and the other, a Metro PCS; (2) the second story

---

[1] Ex. 2 to Opposition to Defendants' Motion for Partial Summary Judgment, Mr. Gharib's Deposition, p. 152.

consists of 3 apartment units; and (3) an additional living quarters on the third floor attic. (*See*: video attached as Exhibit C).

8. As the contractor for the remodeling project I did in the Laundromat space, I have first-hand knowledge of the design of the building and the water lines, copper piping and HVAC system. Copper water lines extend from the second floor (i.e. contaminated area) and down into the first floor, along with HVAC ductwork and electrical wiring. (*See*: video attached as ***Exhibit C***). Some of these are black and corroded, particularly, the copper piping and the electrical wiring. *Id.* Other lines are new from my remodeling and have not yet corroded, but all of those systems are interconnected and traverse between the first and second floor and attic. *Id.* The commercial space on the first floor utilizes a number of industrial washers and dryers and other equipment that have failed prematurely and had to be replaced, as detailed further in my deposition and Question 18. Itemization (Personal Property Damage).

_____
JAWAD GHARIB

**SWORN TO AND SUBSCRIBED to me this _____ day of _____, 2023.**

_____
**NOTARY PUBLIC**