

EXHIBIT

A



























