

EXHIBIT B

































