**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                    SECTION "L"
This document relates to:
                    JUDGE ELDON
                    FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                    MAGISTRATE:
                    JOSEPH
                    WILKINSON, JR.
Case No. 14-cv-2722

        Deposition of JAWAD GHARIB,
4 Beresford Drive, Metairie, Louisiana
70001, taken at the Law Offices of Fishman
Haygood, LLP, 201 St. Charles Avenue, 46th
Floor, New Orleans, Louisiana 70170, on
Tuesday, the 11th day of June, 2019.

REPORTED BY:
MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

---

**2**

APPEARANCES
REPRESENTING THE PLAINTIFFS,
JAWAD GHARIB AND FATME GHARIB

    DOYLE LAW FIRM
    (By: James V. Doyle, Jr., Esquire)
    2100 Southbridge Parkway
    Suite 650
    Birmingham, Alabama 35209
    jimmy@doylefirm.com

REPRESENTING THE DEFENDANT,
KNAUF DEFENDANTS

    FISHMAN HAYGOOD, LLP
    (By: Rebekka C. Veith, Esquire)
    201 St. Charles Avenue
    46th Floor
    New Orleans, Louisiana 70170
    rveith@fishmanhaygood.com

ALSO PRESENT:
    Fatme Gharib
    Jumanah A. Hamide, Interpreter

---

**3**

I N D E X

Caption                        1
Appearances                2
Stipulation                   4
Index                          5
Reporter's Page            188
Reporter's Certificate      189

Examination by:
  Ms. Veith                 6

---

**4**

E X H I B I T   I N D E X

1 Notice                          10
2 Plaintiff Profile Form       10
3 Supplemental PPF             11
4 Plaintiff Profile Form       14
5 Supplemental PPF             15
6 Plaintiff Profile Form       16
7 Supplemental PPF             16
8 Plaintiff Fact Sheet     16
9 Verification                   18
10 Plaintiff Profile Form     19
11 Supplemental PPF            19
12 Plaintiff Fact Sheet      20
13 Verification                 21
14 CD disc        149
15 Supplier and Ship to        155
Recipent Downstram InEx Releases

**5**

```
 1           S T I P U L A T I O N
 2        It is stipulated and agreed
 3    by and between counsel for the parties
 4    that the deposition of JAWAD GHARIB, is
 5    hereby taken under Rule 30 (b)(2), pursuant
 6    to Federal Rules of Civil Procedure, in
 7    accordance with law, pursuant to notice;
 8
 9        That the formalities of reading,
10    signing, sealing, certification and filing
11    are specifically waived;
12
13        That all objections, save those as
14    to the form of the questions, are hereby
15    reserved until such time as this
16    deposition, or any part thereof, may be
17    used or sought to be used in evidence.
18
19              *   *   *   *
20
21
22        MICHELINE COSSE' BURAS, RPR
23      Registered Professional Reporter,
24      State of Louisiana, officiated in
25      administering the oath to the witness.
```

**6**

```
 1            JAWAD GHARIB,
 2    after having been first duly sworn by the
 3    above-mentioned Certified Reporter was
 4    examined and testified as follows:
 5    EXAMINATION BY MS. VEITH:
 6        Q.  Good morning, Mr. Gharib.
 7        A.  Good morning.
 8        Q.  So my name is Rebekka Veith.  I am
 9    an attorney at Fishman Haygood, and I
10    represent the defendants in this
11    litigation.  Have you ever been deposed
12    before?
13        A.  Yes.
14        Q.  And what litigation were you
15    deposed in connection with?
16        A.  This was something to do with my
17    building on Gentilly Road, something else.
18    It's a case that I have in one of my
19    commercial building that I -- I sued
20    somebody and then the defendant has deposed
21    me.
22        Q.  How long ago is that?
23        A.  I say about eight, nine months.
24        Q.  So recently?
25        A.  Yeah.  Yeah.  Recently.
```

**7**

```
 1        Q.  Well, you maybe then remember how
 2    a deposition works, but I'll just go over a
 3    few things with you.
 4        A.  Sure.
 5        Q.  The first is that although it's
 6    going to feel a little bit like a
 7    conversation, we are making a record.  We
 8    have a court reporter here.  And so it's
 9    very helpful to her if you wait for me to
10    finish asking the question before you
11    answer.  It's also helpful because your
12    attorney may object.  So just -- Do you
13    understand that?
14        A.  Yes.
15        Q.  And I'm not always perfect either,
16    so we'll just, you know, work it out.  We
17    can take a break any time you need if you
18    feel like you, you know, need to take a
19    minute away from this.  But I just ask that
20    you don't ask to take a break while there's
21    a question pending.  So if you do need a
22    break, finish your answer, and then just
23    let us know.  Is that okay with you?
24        A.  Sure.  Yes.
25        Q.  And are you taking any medication
```

**8**

```
 1    or anything that might impact your
 2    testimony here today?
 3        A.  No.
 4        Q.  And you understand that you're
 5    here under oath as if you were in a court
 6    of law?
 7        A.  Yes.
 8        Q.  Okay.  I'm going to hand you --
 9    well, so you have two binders here because,
10    as I understand it, you have two properties
11    that you are in this litigation over.  You
12    have a commercial property on Claiborne
13    Avenue and then your family home in Old
14    Metairie; is that correct?
15        A.  Yes.
16        Q.  And then there's a binder for
17    4 Beresford Drive and then there's a binder
18    for 8807 South Claiborne Avenue.
19        A.  Yes.
20        Q.  We are going to just go through
21    the documents in these binders without
22    actually analyzing them just to mark the
23    exhibits and we'll start with the one for
24    8807 South Claiborne.
25        So you can go ahead and open it.
```

**9**

1    In the pocket of that binder this is a
2   Notice of Deposition.  Have you seen this
3   before?
4      A.  Yes.
5      **Q.  Okay.  Can you take it out for me**
6   and look at the third page, which is
7   Attachment A?  And it requests for
8   production of documents.  Do you see that?
9      A.  Yeah.  Yes.
10     **Q.  Did you review this attachment?**
11     A.  Okay.  I'm sorry.  So the question
12  is have I read this?
13     **Q.  Yes.  Have you reviewed it before?**
14     A.  Yes.  I've looked at it, yes,
15  before.
16     **Q.  When you looked at it, did you**
17  subsequently provide your attorney with any
18  of the documents requested here?
19     A.  These documents, yeah, I've
20  submitted to my attorney.  A couple of them
21  I might -- I did not do so because that
22  happened after I was -- such as an example,
23  I've replaced a stove on one of these
24  apartments just recently.
25      After -- after the damage report I

**10**

1   have submitted to my attorney, which was --
2  I don't know, I can't remember the exact
3  date, but it was -- I don't know was it --
4  so there was damages after I submitted the
5  report -- the damage report to my attorney.
6  There was damages after that that one of
7  them was a stove that I replaced and a
8  surveillance system in my -- in the hope of
9  these two -- I don't think they were in the
10  damage report.
11     **Q.  Okay.  So we're going to mark that**
12  as Exhibit 1.  Turning now to the tab in
13  the binder, Tab 3, this is a Plaintiff
14  Profile Form that was signed by you and by
15  your wife on December 16, 2015.  If you
16  look at the third page, that's where your
17  signature is?
18     A.  No. 3, yes.
19     **Q.  Do you recognize this document?**
20     A.  Yes.
21     **Q.  This is a document that you**
22  signed?
23     A.  Yes.
24     **Q.  Okay.  So we are going to mark**
25  that as Exhibit No. 2.  Turning to the next

**11**

1   tab, Tab 4, this is a Supplemental
2  Plaintiff Profile Form submitted in
3  connection with this litigation.  If you
4  turn to Page 7 of the document, do you see
5  that you signed this?
6     A.  Yes.
7     **Q.  This is specifically for -- only**
8  one of the units in this building; correct?
9     A.  Yes.
10     **Q.  Is it for Unit A?  If you look at**
11  Page 2 at the top, the address of the
12  property?
13     A.  Yes.  That's Unit A.
14     **Q.  There's some attachments to this**
15  form?
16     A.  Attachment to this form.
17     **Q.  So if you keep going there's some**
18  exhibits?
19     A.  Oh, the exhibits?
20     **Q.  Uh-huh.  And did you submit these**
21  exhibits with this form to your attorney?
22     A.  Yes.
23     **Q.  So we are going to mark that as**
24  Exhibit 3.  So 3 is the Supplemental
25  Plaintiff Profile Form just for Unit A of

**12**

1   the South Claiborne property.  If you look
2  at Tab 5?
3     A.  Okay.
4     **Q.  So and I actually have a question**
5  about this because Tab 5 is the Plaintiff
6  Profile Form again, but if you look at the
7  address of the affected property it lists
8  all three apartments.
9     A.  Yes.
10     **Q.  Was this just submitted three**
11  times?
12     A.  Was this submitted three times?
13     **Q.  This particular form because there**
14  were three units, was it just one document
15  submitted three times?
16    MR. DOYLE:
17      He probably doesn't know.
18  EXAMINATION BY MS. VEITH:
19     **Q.  And if you don't know, that's**
20  another instruction I forgot to give you,
21  you can -- you're allowed to say that.
22    MR. DOYLE:
23      You're asking him if it was
24    submitted and uploaded to
25    BrownGreer or if it was submitted

**13**

1    to us?
2    MS. VEITH:
3       I'm asking Mr. Gharib --
4    MR. DOYLE:
5       Yes.
6    EXAMINATION BY MS. VEITH:
7    **Q. Did you fill out three Plaintiff**
8    Profile Forms?
9    A. Yes.
10    **Q. Okay. So you did it three times,**
11    but each time listed all three apartments
12    on the Plaintiff Profile Form?
13    A. As I recall, I submitted each one
14    of these documents for each apartment.
15    **Q. Okay. All right. Well, if you**
16    wouldn't mind taking a look at what is
17    behind Tab 5 and if you can tell me if you
18    think there's any difference between what's
19    behind Tab 5 and Tab 3?
20    A. Tab 5.
21    MR. DOYLE:
22       Go back to that first one.
23    THE WITNESS:
24       Okay. So Tab 3 here and I'm
25    looking at -- I don't see any

**14**

1    difference between this first page
2    on Tab 5 and this first page on
3    Tab 3.
4    EXAMINATION BY MS. VEITH:
5    **Q. So we'll mark what's behind Tab 5**
6    as Exhibit 4, but when we talk about the
7    Plaintiff Profile Form in this deposition,
8    I'm just always going to refer to Exhibit
9    2. And if you -- if I ever ask a question
10    and you think it's represented differently
11    in Exhibit 4 than it is in Exhibit 2,
12    you'll just let me know. Okay?
13    A. I'm not sure I understood this.
14    **Q. The documents seem to be**
15    identical?
16    A. Uh-huh.
17    **Q. So rather than going through all**
18    three, we're going to just go through one.
19    But if you think you ever had a different
20    answer for a different unit in this
21    building, please let me know.
22    A. Sure.
23    **Q. Okay. So what's behind Tab 5 in**
24    this binder is going to be marked as
25    Exhibit 4. Now, let's look at exhibit --

**15**

1    what's behind Tab 6. This is the
2    Supplemental Plaintiff Profile Form again.
3    And if you look at the second page, this is
4    for Unit B in 8807 South Claiborne;
5    correct?
6    A. Yes.
7    **Q. If you look at the seventh page of**
8    this document, you signed this document;
9    correct?
10    A. Yes.
11    **Q. And you filled this out?**
12    A. Yes.
13    **Q. Okay. We are going to mark what's**
14    behind Tab 6 as Exhibit 5.
15    (Off the record.)
16    EXAMINATION BY MS. VEITH:
17    **Q. Okay. Let's look behind Tab 7.**
18    So here again is a Plaintiff Profile Form.
19    And, again, this one lists the address of
20    the affected property as 8807 South
21    Claiborne, Apartment A, B, and C; correct?
22    A. Yes.
23    **Q. So to the best of your knowledge,**
24    this is probably the same document as
25    Exhibits 2 and 4?

**16**

1    A. It looks like it, yes.
2    **Q. Okay. So we are going to mark**
3    this one as Exhibit 6. And if you turn to
4    the third page, you signed this document;
5    correct?
6    A. Yes.
7    **Q. All right. Tab 8, this is a**
8    Supplemental Plaintiff Profile Form and if
9    you turn to Page 2, this is for 8807 South
10    Claiborne Avenue, Unit C; correct?
11    A. Yes.
12    **Q. And if you look at Page 7, you**
13    signed this document?
14    A. Yes.
15    **Q. And you provided the attached**
16    exhibits to your attorney to submit with
17    this document?
18    A. Yes.
19    **Q. Okay. So that's going to be**
20    Exhibit 7. Now, turn to Tab 9. This is a
21    Plaintiff Fact Sheet in this litigation.
22    And for this, the affected property address
23    is 8807 South Claiborne Avenue, New
24    Orleans, Louisiana 70118, Apartment A,
25    Apartment B, Apartment C, and commercial

**17**

1   space; correct?
2      A.  Yes.
3      **Q.  If you turn to Page 10, although**
4   I'll represent to you that it's not a
5   numbered page, but it comes right after
6   Page 9 --
7      A.  Yeah.
8      **Q.  You signed this document?**
9      A.  Yes.
10     **Q.  And you filled this document out?**
11     A.  Yeah.  I did.
12     **Q.  And then did you also provide the**
13  exhibits that are attached to your
14  attorney?
15     A.  Yes.
16     **Q.  Okay.  If you'll turn to -- not a**
17  numbered tab, but there's a tab with some
18  writing on it at the back of this --
19     A.  Which one, the red one?
20     **Q.  No.  See the writing?**
21     A.  The writing.  Okay.  Amended
22  Verification.
23     **Q.  Yes.  So flip what's behind that.**
24  Did you sign that Amended Verification?
25     A.  Yes.

**18**

1      **Q.  Is that for the Plaintiff Fact**
2   Sheet that we just looked at?
3      A.  Yes.
4      **Q.  Why did you sign an Amended**
5   Verification?
6      A.  If I recall this one was to verify
7   that we are -- I am the owner of the
8   property.
9      **Q.  Okay.**
10     A.  We are -- there is two -- you
11  know, me and my wife are the owners of the
12  property.
13     **Q.  Okay.  So we're going to mark**
14  what's behind Tab 8 the Plaintiff Fact
15  Sheet as Exhibit 9.  And then we'll mark
16  what that's behind that little Amended
17  Verification tab -- I'm sorry, the
18  Plaintiff Fact Sheet is going to be Exhibit
19  8.  And what's behind the tab is going to
20  be Exhibit 9, the Amended Verification
21  page.  Okay?
22        So now -- we're not done with this
23  binder, but just for the moment we are
24  going to put it aside.  Turn to the next
25  binder and you can open it and turn to Tab

**19**

1      3.  So this is a Plaintiff Profile Form for
2   your property located at 4 Beresford Drive
3   in Metairie; is that correct?
4      A.  Yes.
5      **Q.  And if you turn to the third page**
6   do you see that you signed this document?
7      A.  Yes.
8      **Q.  And did you fill this document**
9   out?
10     A.  Yes.
11     **Q.  And did you provide the attached**
12  exhibits to your attorney?
13     A.  Yes.
14     **Q.  Okay.  We are going to mark that**
15  as Exhibit No. 10.  If you turn to the next
16  page or the next tab, which is Tab 4 in
17  this binder, you see that this is the
18  Supplemental Plaintiff Profile Form in this
19  litigation?
20     A.  Yes.
21     **Q.  If you look at Page 2 do you see**
22  that this is for your property at 4
23  Beresford Drive in Metairie?
24     A.  Yes.
25     **Q.  If you look at -- I believe it's**

**20**

1   going to be Page 7, do you see that you
2   signed this document?
3      A.  Yes.
4      **Q.  And did you fill this document**
5   out?
6      A.  Yes.
7      **Q.  And did you provide the exhibits**
8   that are attached to your attorney?
9      A.  Yes.
10     **Q.  Okay.  Turn to Tab 5.  This is the**
11  Plaintiff Fact Sheet for 4 Beresford in
12  this litigation.
13     A.  Yeah.
14     **Q.  And if you'll turn to Page 10**
15  again, but unnumbered, so following 9, do
16  you see that you signed this document?
17     A.  Yes.
18     **Q.  Did you fill this document out?**
19     A.  Yes.
20     **Q.  And did you provide the attached**
21  exhibits to your attorney?
22     A.  Yes.
23     **Q.  Okay.  There's going to be --**
24  well, we are going to mark that as Exhibit
25  12.  And then, again, there's going to be a

**21**

1   tab with writing on it.  Do you see that?
2       A.  I'm sorry, yeah.
3       Q.  And this is an Amended
4   Verification page; correct?
5       A.  Yes.
6       Q.  And did you sign this page?
7       A.  Yes.
8       Q.  And then did you sign it for the
9   same reason that you believe you signed the
10  other to confirm that you owned the
11  property at 4 Beresford Drive?
12      A.  Yes.
13      Q.  Okay.  That's going to be Exhibit
14  13.  Okay.  You can close the binder for
15  the time being, and we are going to soon
16  get started back with the binder for South
17  Claiborne.
18          But I have just a couple general
19  questions first.  You said that you were
20  involved in a lawsuit with some of your
21  other commercial property.  How much
22  property commercial property do you own?
23      A.  Beside this one, another one.
24      Q.  And you own the one on South
25  Claiborne and then the other one which is

**22**

1   involved in litigation.  Where is that one
2   located?
3       A.  4500 Old Gentilly Road, New
4   Orleans 70126.
5       Q.  And when did you acquire the
6   property on Old Gentilly Road?
7       A.  I think it was 2015.
8       Q.  But you're not making a claim in
9   this litigation about any Chinese drywall
10  at that property; correct?
11      A.  No.
12      Q.  Okay.  Where do you work, Mr.
13  Gharib?
14      A.  I own the commercial property on
15  Claiborne and the one on Gentilly.  In both
16  of these places I have a laundromat each,
17  and then I have rental, commercial rental
18  space in these units.
19      Q.  So your income comes from
20  commercial rentals and from the laundromat?
21      A.  Yes.
22      Q.  How long have you been in the
23  laundromat commercial rental business?
24      A.  Since 2006.
25      Q.  That was right after Katrina?

**23**

1       A.  Yes.
2       Q.  You were doing something different
3   before then?
4       A.  I had a gas station right next to
5   this property across the street.
6       Q.  Which property?
7       A.  Claiborne, 8807 South Claiborne.
8   I had another property, a gas station
9   across the street, 8733.
10      Q.  And you sold that?
11      A.  Yeah.  I sold it.
12      Q.  So we are going to talk first
13  about the commercial property.  You bought
14  that property in 2002; correct?
15      A.  Yes.
16      Q.  Okay.  If you can look with me,
17  open the binder, the 8807 South Claiborne,
18  and you go to Tab 5, no, 4.
19      A.  4?
20      Q.  Uh-huh.  So this is the
21  Supplemental Plaintiff Profile Form for
22  Unit A of South Claiborne, but I'm
23  interested in the exhibits that are
24  attached.  And so y'all look behind --
25  there's a yellow piece of paper in it, the

**24**

1   first yellow piece of paper.  This is an
2   Act of Cash Sale.  And this is the
3   instrument by which you purchased the
4   property?
5       A.  Yes.
6       Q.  Okay.  Can you look for me,
7   there's the first page which says that the
8   Act of Sale happened on the 31st day of
9   October in 2002.  And then there's -- the
10  second page are some signatures.  Is there
11  a page in here that's missing?
12      A.  I don't know.
13      Q.  It seems to me that there's a page
14  missing that might provide the purchase
15  price?
16      A.  Could be.
17      Q.  Well, you provided this to your
18  attorney; correct?
19      A.  Yes.
20      Q.  So if you would, if you can after
21  this deposition, check and see if maybe
22  there's an additional page that would
23  provide how much you purchased the property
24  for and if you can provide that to your
25  attorney to provide to us, that would be

**25**

1  very helpful.
2      A. Sure.
3      **Q. If you'll turn to the next -- not**
4  the next tab, turn to Tab 9, which we
5  marked as Exhibit 8.
6      A. I'm sorry. I'm looking for it.
7      **Q. So in this Fact Sheet if you turn**
8  to the second page --
9      MR. DOYLE:
10         He's got it. He's got it.
11  EXAMINATION BY MS. VEITH:
12      **Q. -- in your No. 5 it says the price**
13  of the home when you purchased it was
14  $112,000?
15      A. Correction. That's not a home,
16  that's a commercial property.
17      **Q. Well, right. That's the phrasing**
18  of the question.
19      A. Yeah.
20      **Q. So the price of the property is**
21  $112,500, is that correct, to the best of
22  your recollection?
23      A. Yes.
24      **Q. And, again, if you have any**
25  documentation that shows that specific

**26**

1  purchase price, please provide that to your
2  attorney.
3      A. Sure.
4      MS. VEITH:
5         Off the record.
6      (Off the record.)
7  EXAMINATION BY MS. VEITH:
8      **Q. So you purchased this property**
9  from Eduardo Guevara; correct?
10      A. Yes.
11      **Q. And it was an as-is sale; is that**
12  correct?
13      A. Yes.
14      **Q. Do you know when the property at**
15  8807 South Claiborne was constructed?
16      MR. DOYLE:
17         Object to the form of the
18         question. Clarify that.
19  EXAMINATION BY MS. VEITH:
20      **Q. Do you know when the piece of**
21  property was built, the structure that's on
22  that lot?
23      A. I built that property, yes.
24      **Q. You built it. So you bought an**
25  empty lot from Mr. Guevara?

**27**

1      A. It was an old rundown building,
2  like a shack. And it was a repair shop,
3  that's what it was on the property. Then
4  I -- and I built on it, yes.
5      **Q. When did you construct the**
6  property?
7      A. So I started in -- I think it
8  was -- I can't recall the exact date, but I
9  think it probably was early 2005, could be
10  '04. I can't recall the date that I
11  started building.
12      **Q. Did you have a contractor for**
13  that --
14      A. No.
15      **Q. -- property? So who did you get**
16  to build the structure?
17      A. I am. I'm a contractor, and I'm a
18  licensed builder.
19      **Q. Okay. So are you the person who**
20  purchased all the materials for the
21  property?
22      A. Yes.
23      **Q. So you started in early 2005**
24  maybe, early 2004. When was construction
25  completed?

**28**

1      A. 2006, October 2006. That's when I
2  opened my laundromat and there may be two
3  or three months later I finished the
4  apartments.
5      **Q. Did the property flood in Katrina?**
6      A. Yes.
7      **Q. It wasn't opened yet though;**
8  right?
9      A. No. I was in -- I was
10  constructing it.
11      **Q. So did you have to start over some**
12  of the construction?
13      A. Some of it, yes.
14      **Q. Okay. So how do you utilize the**
15  property today?
16      A. So I have a laundromat. I have a
17  rental space, commercial, and then the
18  apartments.
19      **Q. Is the commercial rental space**
20  being rented at this time?
21      A. Yes.
22      **Q. Who's renting it?**
23      A. Metro PCS.
24      **Q. How long have they been renting**
25  it?

**29**

1    A. With this term, I think next month
2  the lease is going to run out. It's been
3  three years.
4    Q. Do you think they are going to
5  renew their lease?
6    A. I haven't yet.
7    Q. So you haven't or you're choosing
8  not to render their lease?
9    A. I haven't discussed that with
10  them.
11    Q. Okay. And did you have a tenant
12  before Metro PCS?
13    A. I'm sorry?
14    Q. Did you have a tenant before Metro
15  PCS?
16    A. Yes.
17    Q. Who was that tenant?
18    A. It was a clothing store, Urban
19  Clothing Store.
20    Q. How long were they there?
21    A. Since I finished building it.
22  Actually, the property did stay vacant
23  for -- I can't recall how long. I had a
24  tenant, an Urban Clothing Store, stayed
25  with me, and when I -- till probably, I

**30**

1  say, two to three years before the tenant
2  that I had now so --
3    Q. 2013, 2014-ish?
4    A. Probably. I got to sit down and
5  look at, you know, think about the dates,
6  and then I probably give you a better, you
7  know, more accurate dates for how long I
8  had the Urban Clothing Store there, when
9  did they move out. And it did stay
10  vacant -- it could be two years, and then I
11  had the present tenant, Metro PCS now.
12    Q. Okay. What about the residential
13  rental properties, are those rented right
14  now?
15    A. Yes.
16    Q. And how long had they been rented
17  for?
18    A. Since I had that building
19  constructed.
20    Q. How did you discover Chinese
21  drywall in this property at 8807 South
22  Claiborne?
23    A. So December 2015 I had -- well,
24  when I constructed this building and it was
25  in 2006, I've always thought about

**31**

1  finishing up the attic to make an apartment
2  over it and rent it out too. So what I did
3  is I prepped for it. And I said I'm going
4  to have all that Sheetrock that I need for
5  this attic stored in the attic. And I had
6  about over 100 sheets of 4x12 Sheetrock
7  stored in that attic. And it just stayed
8  there for -- till that day, the 2015
9  December.
10    And I called the Sheetrock guy and
11  I told him, look, I want to finish this
12  apartment, I want to finish this space and
13  make an apartment over it. And then he was
14  looking, you know, checking the place. And
15  then he looked at the Sheetrock. And he
16  said, hey, Joe, you know you have Chinese
17  Sheetrock? And I said no, where? And he
18  said that -- that Sheetrock you have there
19  is Chinese.
20    Then it was stuff on top of it.
21  You know, I've had -- I've used this space
22  for storage and I had, you know, put stuff
23  on top of that Sheetrock. So we moved it
24  over and I looked and sure enough it was
25  Chinese Sheetrock. And he said maybe you

**32**

1  have it installed in here. And I said, no,
2  man, don't tell me that. And he said,
3  yeah, let's check. So we were in the attic
4  and we looked at ceilings of the apartment
5  and sure enough, it was Chinese Sheetrock.
6    Q. The ceilings of which apartment?
7    A. All of them.
8    Q. You looked at the units of A, B,
9  and C?
10    A. Yeah. Because you could see them
11  at the top, you know, the attic.
12    Q. Other than the ceilings, did you
13  look anywhere else in Apartments A, B, and
14  C to determine if there was Chinese
15  drywall?
16    A. No. Not that day, no.
17    Q. But did you look at it ever?
18    A. No.
19    Q. So you never looked in the walls
20  of any of the apartments?
21    A. No.
22    Q. And what about in the ceilings or
23  the walls of the commercial space?
24    A. There is -- what's the name of the
25  gentleman who came in and verified it last

**33**

1   week?  It's in the walls and it's in the
2   ceilings.
3       Q. So you had an inspection performed
4   on your property last week?
5       A. Yeah.  From your side --
6       MR. DOYLE:
7           Your expert.
8       THE WITNESS:
9           Yeah.  Your expert came in
10   and inspected the building.
11   EXAMINATION BY MS. VEITH:
12       Q. Okay.  Did you get a report yet
13   from the expert?
14       A. No.  That was Thursday, just this
15   past Thursday, the gentleman came in and he
16   inspected the building and he made cuts and
17   so he found it in the walls and in the
18   ceilings.
19       Q. Okay.  Well, I'm sure we will get
20   a copy, but to the extent that you do get
21   documentation from that, please provide
22   that to us.
23           Okay.  But you, yourself, before
24   you filled out these forms, you didn't go
25   check in the commercial space at all?

**34**

1       A. Not in the walls in the ceilings,
2   yes.
3       Q. You looked in the ceiling of the
4   commercial space?
5       A. The commercial or the apartment?
6       Q. The commercial.
7       A. We're talking about the apartment,
8   I thought.
9       Q. I'm not -- we covered the
10   apartment.  I know what you did there.  So
11   now I'm talking about the commercial.
12   Before you filled out these forms, you
13   never went and looked at the ceilings or
14   the walls of the commercial space to
15   determine if there was Chinese drywall;
16   correct?
17       A. No.
18       Q. Okay.  When did you first notice
19   signs of Chinese drywall in this property?
20       A. There was a lot of signs, but I
21   could not relate them to the Chinese
22   Sheetrock.  I didn't know better.  I wasn't
23   educated about what does Chinese Sheetrock
24   do.
25       Q. Well, what were the signs?

**35**

1       A. Deterioration of the air condition
2   units, the smell, the rotten smell, the
3   black soot everywhere.  Failure -- and I've
4   learned this recently, failure of my -- all
5   the appliances, electrical equipment that I
6   had.
7           I had the expert the other day and
8   the alarm -- the smoke detector was going.
9   And I told him I had changed this battery
10   on this, and I said, look at it, that's
11   brand new.  And he said that it goes off
12   like this and it's faulty because of the
13   Chinese Sheetrock.  And I just replaced it
14   three months ago.
15       Q. So when did you first notice the
16   smell that you mentioned?
17       A. I've smelled this from a long
18   time.  All the time when I go to the attic
19   I smell it, but I could not relate this to
20   Chinese Sheetrock because I did not know --
21   I did not this is associated with Chinese
22   Sheetrock.
23       Q. Did you ever have any complaints
24   from any of your residential or commercials
25   tenants about the smell on the property?

**36**

1       A. No.
2       Q. And then you said you noticed
3   black soot?
4       A. Yes.
5       Q. When did you first notice that?
6       A. Chinese, I've seen it all along.
7   I can't recall the exact date when did I --
8   first time I saw that.
9       Q. And same thing about the tenants,
10   did any of the residential or commercial
11   tenants ever mention black soot to you?
12       A. No.  They don't go to the attic.
13   And then you have to open up the -- you
14   know, it is not like readily visible.  You
15   know, you have to -- that soot is in the
16   copper of the electrical wiring.  And so if
17   that's in the receptacle you have to take
18   the receptacle out to see the exposed
19   copper that has all the black soot on it.
20       Q. And you saw it all along because
21   you would sometimes take that wiring out?
22       MR. DOYLE:
23           Object to the form of the
24   question.  You can answer.
25       THE WITNESS:

**37**

1          Answer?
2     MR. DOYLE:
3          You can answer, yes.
4     THE WITNESS:
5          Look, in one of the exhibits
6     I think I showed a picture of me
7     taking a receptacle out and with
8     my finger that had the black soot
9     on it.
10    EXAMINATION BY MS. VEITH:
11         **Q.  Sure.  My question is a little**
12    different.  I'm just asking you if you --
13    you mentioned that you noticed that black
14    soot all along, but then you also said that
15    your tenants may not have noticed that you
16    have to take the receptacles from out of
17    the wall --
18         A.  Yeah.
19         **Q.  -- in order to see it.  You**
20    sometimes did take receptacles out of the
21    wall and notice black soot throughout your
22    ownership of this property?
23         A.  Not on this property -- this
24    property I've seen it, yes.
25         **Q.  And then you said failure on your**

**38**

1     appliances started failing?
2          A.  Yes.
3          **Q.  When did that first start**
4     happening?
5          A.  I can't recall the exact date.
6          **Q.  Did you ever notice any blackening**
7     or corrosion on the piping at this
8     property?
9          A.  Yes.
10         **Q.  When did you notice that?**
11         A.  I can't remember.
12         **Q.  But it was before you discovered**
13    the drywall in the attic?
14         A.  Yes.
15         **Q.  And did you ever have any repairs**
16    made to the plumbing system itself at the
17    property?
18         A.  Not on the plumbing, but the
19    A/C.
20         **Q.  You had repairs made to the A/C.**
21    Any other part of the electrical system?
22         A.  Not the -- the A/C units I've
23    changed almost all of the A/C units, except
24    for two compressors outside, but all the
25    coils inside, I changed them.  I showed

**39**

1     that to your expert.
2          **Q.  But so multiple A/C repairs, but**
3     no repairs to any other part of the
4     electrical system?
5          A.  Not the electrical system, but
6     appliances were changed.  I changed
7     appliances all along.
8          **Q.  Okay.  So you mentioned the**
9     pictures that you provided to us and I want
10    to look at those right now.  Okay?
11         A.  Sure.
12         **Q.  So if you will turn to Tab 4 --**
13         A.  Tab 4.
14         **Q.  -- which we marked as Exhibit 3,**
15    and there's, yes, there's a little red flag
16    on the page that is about 13 pages into
17    this exhibit.
18         A.  This one right here?
19         **Q.  Uh-huh.**
20         A.  This?
21         **Q.  Yes.  So is this a piece of -- a**
22    picture of a Chinese drywall board?
23         A.  Yes.
24         **Q.  And we're looking at Exhibit 3, so**
25    that's the Supplemental Plaintiff Profile

**40**

1     Form for Unit A; correct?  You can flip
2     back to the beginning of the exhibit just
3     to confirm, if you'd like.  It's the second
4     page of the document.
5          A.  Okay.  Second page.
6          **Q.  So if you go back to the very**
7     front of the tab --
8          A.  Okay.
9          **Q.  -- the very front of the tab,**
10    right, so second page, this says that this
11    is for Unit A; correct?
12         A.  Yes.
13         **Q.  Okay.  So this picture that you**
14    submitted with Exhibit A, that's the one
15    that's 13 pages into Exhibit 3, is this a
16    board from Unit A in your commercial
17    property?
18         A.  This board is everywhere.  I don't
19    know if this specific one we took is in A,
20    but this is the Chinese Sheetrock that's in
21    these apartments.
22         **Q.  But this could be from the attic**
23    or it could be from another unit?
24         A.  This could be in A, it could be in
25    B, it could be in C.

41

1    Q. But you submitted it with the form
2  for Unit A; right?
3    A. Yes. I guess.
4    Q. Okay. But sitting here today you
5  have can't confirm to me that this picture
6  is from Unit A of 8807 South Claiborne;
7  correct?
8    A. I don't know. This specific
9  picture belongs to A. It could belong to
10  B, it could belong to C, but that's the
11  Chinese Sheetrock that's in the
12  apartments.
13    Q. Okay. Did you take any pictures
14  of Chinese drywall that showed the
15  drywall's location in the apartment itself?
16  And what I mean is rather than just as per
17  a portion of the board, did you take any
18  pictures that show the surrounding
19  apartment with the Chinese drywall in it?
20    A. I'm not sure I understand your
21  question. Did I take a picture of the
22  apartment?
23    Q. So when --
24    A. Okay.
25    Q. -- when you found the drywall --

42

1    A. Uh-huh.
2    Q. -- did you take a picture that
3  would give some sort of reference as to the
4  location of the drywall?
5    A. No.
6    Q. Okay. All right. Flip to Tab 6,
7  and this is Exhibit 5. So the same thing,
8  there's a red -- well, first, confirm for
9  me, Mr. Gharib, if you look at the second
10  page of Exhibit 6 (sic), that this is the
11  Supplemental Plaintiff Profile Form for
12  Unit B?
13    A. Uh-huh.
14    Q. So if you go to the red tab, which
15  is about 13 pages in --
16    A. Uh-huh.
17    Q. -- this is another photograph of
18  what you allege is Chinese drywall;
19  correct?
20    A. Yes.
21    Q. And do you know that this photo is
22  of drywall of Unit B in 8807 South
23  Claiborne?
24    A. No.
25    Q. And same with Unit A, you didn't

43

1  take any photos of Chinese drywall in Unit
2  B that would provide a reference point that
3  the drywall was located in that unit?
4    A. Yes.
5    Q. And, yes, the answer is you didn't
6  do that?
7    A. No, I did not do that.
8    Q. Now, if you turn to Tab 8, which
9  is Exhibit 7. So, yeah, about 10 pages in
10  there's a flag, and, again, there's a photo
11  of Chinese drywall or what you are
12  submitting as Chinese drywall. And here
13  again, do you know that this photo was
14  taken in Unit C?
15    A. C, no, I don't know if that
16  belongs to C.
17    Q. And same with Units A and B, you
18  haven't taken any photos of Chinese drywall
19  that would provide a frame of reference
20  that the drywall was located in Unit C;
21  correct?
22    A. Yes. Correct.
23    Q. I want to look at these all
24  together, Mr. Gharib, so if you'll pull out
25  the photos --

44

1    A. Pull out the photos?
2    MS. VEITH:
3      Yes. And I will ask
4    Mr. Doyle to try to endeavor to
5    make sure that they get back to
6    their rightful place.
7    MR. DOYLE:
8      I can confirm.
9    (Off the record.)
10  EXAMINATION BY MS. VEITH:
11    Q. So is this all one photo that's
12  split up into three different photos?
13    A. I can't say. I don't know.
14    Q. Well, let's look at the one for B
15  about and the one for C.
16    A. B and C, okay.
17    Q. Do you see how it looks like the
18  one for C is an enlarged portion of the one
19  for B?
20    MR. DOYLE:
21      I'm going to object to the
22    form. You can answer.
23  EXAMINATION BY MS. VEITH:
24    Q. Does it look like that to you, Mr.
25  Gharib?

**45**

1  MR. DOYLE:
2      I'm going to object to the
3  form.  You can answer, if you got
4  an extra case on that.
5  THE WITNESS:
6      Ask me the question again.
7  EXAMINATION BY MS. VEITH:
8      **Q.  Does it look like the one for Unit**
9  **C --**
10  MR. DOYLE:
11      Object to the form.
12  EXAMINATION BY MS. VEITH:
13      **Q.  -- is a zoomed-in photo of a**
14  portion of the one for B?
15  MR. DOYLE:
16      Object to the form.
17  THE WITNESS:
18      I can't say.  I don't know.
19  EXAMINATION BY MS. VEITH:
20      **Q.  But you can say that these are all**
21  just a portion of the board of Chinese
22  drywall; correct?
23  MR. DOYLE:
24      Object to the form.
25  EXAMINATION BY MS. VEITH:

**46**

1      **Q.  None of those show a full board;**
2  correct?
3  MR. DOYLE:
4      Object to the form.
5  THE WITNESS:
6      None of those do what, show
7  what?
8  EXAMINATION BY MS. VEITH:
9      **Q.  Show a full -- a photo of the full**
10  board; correct?
11  MR. DOYLE:
12      Object to the form.
13  THE WITNESS:
14      None of these show one full
15  board you say?
16  MS. VEITH:
17      Yes.
18  THE WITNESS:
19      I don't know if these photos
20  show all one board, if that's what
21  you're asking.
22  EXAMINATION BY MS. VEITH:
23      **Q.  Okay.  Well, let's look at Tab 9,**
24  which is Exhibit 8, the Plaintiff Fact
25  Sheet for this property.

**47**

1      A.  9 you say?
2      **Q.  Uh-huh.  And the Plaintiff Fact**
3  Sheet has some exhibits.  The first one is
4  Exhibit 1, which provides a page from the
5  Assessor's Office, two pages from the
6  Assessor's Office, and then an appraisal.
7  And the appraisal is pretty long?
8      A.  Where is it at?  You follow me
9  here?
10      **Q.  The appraisal is dozens of pages.**
11  But behind the appraisal, there's an
12  Exhibit 3 and there's many, many pages.
13  And they're not all numbered.  So if you'll
14  just keep looking, Mr. Gharib, I don't
15  know, look at the appraisal right now.
16  MR. DOYLE:
17      How is it identified so I
18  know where it is?
19  MS. VEITH:
20      It's behind Exhibit 3.
21  THE WITNESS:
22      Where is it?
23  MR. DOYLE:
24      Let me see if I can help.
25  MS. VEITH:

**48**

1      It's way after that.
2  MS. VEITH:
3      It's a signature flag.
4  MR. DOYLE:
5      Picture.
6  EXAMINATION BY MS. VEITH:
7      **Q.  Yeah.  So you mentioned earlier,**
8  this is behind Exhibit 2 to Exhibit 8, the
9  Plaintiff Fact Sheet.  What's this a photo
10  of, Mr. Gharib?
11      A.  That's the air conditioning coil
12  we took for I think -- this was the last
13  one we took from Apartment C.
14      **Q.  Did you take any photos of the air**
15  conditioning coils for Apartment A or B?
16      A.  No.  Because we changed them
17  before.  I knew that was a result of
18  Chinese Sheetrock.  This one I knew it
19  was -- this was after the -- after we knew
20  that this -- all of this was because of
21  Chinese Sheetrock.
22      **Q.  And did you take any photos of the**
23  air conditioning coils for any of the
24  commercial units in the property?
25      A.  I didn't understand your question.

49

1    You said either.  What do you mean?
2        Q.  Well, you said -- maybe I'm not
3    understanding how the air
4    conditioning
5    worked, but you explained that there were
6    air conditioning coils for Units A, B, and
7    C; correct?
8        A.  Yes.
9        Q.  But you only took a photo of C
10   because by the time you sought to
11   investigate the coils in A and B had
12   already been replaced?
13       A.  Yes.
14       Q.  Okay.  Are there coils for the two
15   commercial units downstairs in the
16   property?
17       A.  Yeah.  There is coils, yes.
18       Q.  And did you take any photos of
19   these?
20       A.  No.  That was before -- and I
21   might have took some pictures of A because
22   I think A was replaced after we knew it was
23   a Chinese Sheetrock.  I'm not sure on that
24   so --
25       Q.  Well, if you did take any photos

50

1    of A, could you please provide them to your
2    my attorney?
3        A.  I said if.  I'm not sure.
4        Q.  Okay.  Just if there are.  Did you
5    ever take any photos of the corroded
6    plumbing that you mentioned?
7        A.  No.  But they're still there.
8        Q.  Okay.  And any other photos of any
9    other sort of blackening on any wires or
10   anything at this property?
11       A.  No.  But -- No.  But they're there
12   if somebody wants to look at it.  Your
13   expert wants to look at it.
14       Q.  Okay.  Turn the page, there's a
15   tab that says Exhibit 3 to Exhibit 8 and
16   then behind that tab there are some
17   additional photos.
18       A.  These photos.
19       Q.  And these are the same photos that
20   were submitted with Units A, B, and C,
21   Supplemental Plaintiff Profile Form;
22   correct?
23       A.  Yes.
24       Q.  So these are the only photos you
25   have of any presence of Chinese drywall at

51

1    this property?
2        A.  Only photos that I submitted
3    there, here.
4        Q.  They're the only photos you
5    submitted, but are they the only photos
6    that you ever took of the Chinese -- of the
7    alleged Chinese drywall?
8        A.  If there is any, I probably
9    submitted it.
10       Q.  So to the best of your
11   understanding, these are the only photos
12   that were taken?  Because if there was
13   anything, you probably submitted it?
14       A.  Probably, yeah.  But I don't know
15   if that shows everything that I submitted.
16   I actually like -- I have a video clip of
17   the Chinese Sheetrock that was stored in
18   the attic that I submitted.
19       Q.  We're going to get to that because
20   that video clip was submitted with your
21   Metairie home, so we'll talk about that.
22       A.  No.  It wasn't the Metairie home.
23   It can't be.
24       Q.  So we'll talk about that.  So are
25   these screen shots of that video clip?

52

1        A.  No.
2        Q.  Are they photos of the same board
3    that were videoed?
4        A.  I don't know if they're the same
5    board.  I can't say.
6        Q.  Okay.  So what damages, Mr.
7    Gharib, are you alleging that you have
8    suffered as a result of the alleged
9    presence of Chinese drywall at this
10   property at 8807 South Claiborne?
11       A.  I think it was that document that
12   we submitted, the damages they asked me and
13   the documents that I submitted.
14       Q.  So the only damages you're
15   claiming are personal property damages?
16       A.  Yes.
17       Q.  Okay.  So --
18       MR. DOYLE:
19          Object to the form of the
20       question.  Sorry.
21   EXAMINATION BY MS. VEITH:
22       Q.  So you did submit a document,
23   that's right, and that's a few more pages
24   into this exhibit.  It's behind a tab that
25   says Exhibit 14, if you could flip to that.

**53**

1    A. Page 14?
2    **Q. It says Exhibit 14. So it's --**
3    you can keep going and it's Exhibit 14 to
4    Exhibit 8, the Plaintiff Fact Sheet for
5    this property.
6    A. Okay.
7    MR. DOYLE:
8    That's it.
9    THE WITNESS:
10    14. So that's Exhibit 14,
11    yes.
12    EXAMINATION BY MS. VEITH:
13    **Q. So we're just going to go through**
14    this and I'm going to ask you a few
15    questions about it.
16    A. Sure.
17    **Q. For No. 1, you list four 4-ton A/C**
18    units each $5,200, and you say damaged and
19    replaced. So did you discard those air
20    conditioning units?
21    A. Yes.
22    **Q. But -- and you're saying the value**
23    at the time you purchased them was $20,800?
24    A. Total, yes, of the four units.
25    **Q. But you don't still have those**

**54**

1    units; correct?
2    A. No.
3    **Q. Okay. And then similarly, the**
4    next item is three 2-ton A/C units, each at
5    $3,200. And you wrote that those are
6    damaged and replaced?
7    A. Yes.
8    **Q. You don't have those units anymore**
9    either; do you?
10    A. No.
11    **Q. How are you alleging that or --**
12    Let me rephrase. What's your understanding
13    of how those A/C units were damaged by
14    Chinese drywall, if you have an
15    understanding?
16    A. The coils of these units, they
17    were just deteriorated so bad they don't
18    operate anymore. They were eaten up by
19    corroded. And I think you saw a picture
20    right here to see how bad it was on the one
21    we just looked at.
22    **Q. Do you remember when --**
23    A. And then when they corroded so
24    bad, that copper on the coil, gases
25    start -- you know, there's gas in there.

**55**

1    That gas starts leaking and you can't fix
2    the pipe.
3    **Q. Do you remember when you replaced**
4    them?
5    A. The last one, I replaced. They're
6    different days where I replaced these
7    units, but the last one I replace was the
8    one we just looked at, that picture of
9    Apartment C. I replaced the coil. I think
10    that was about a year ago, maybe over a
11    year ago, about a year ago, and then about
12    two months ago, I replaced compressor
13    outside.
14    **Q. Did you -- is the compressor**
15    listed on here as damages?
16    A. That's -- when I say -- when I say
17    -- you know when I say an A/C unit is two
18    parts. There's a compressor outside and
19    there is a cooling unit inside, the cooling
20    unit. So we replaced the cooling unit
21    inside and then eventually we replaced the
22    compressor outside.
23    **Q. Do you still have that compressor?**
24    A. No.
25    **Q. Okay. Did you ever get an formal**

**56**

1    opinion from an outside expert about the
2    damage to these A/C units were caused by
3    Chinese drywall?
4    A. No.
5    **Q. And is that the same for every**
6    list of personal property damage, every
7    item of personal property damage, you never
8    had an outside expert tell you that those
9    items were damaged by Chinese drywall?
10    A. No.
11    **Q. Okay. No. 3 is GE electric stove,**
12    damaged and replaced?
13    A. Yes.
14    **Q. That has also been discarded?**
15    A. Yes.
16    **Q. Do you remember when you discarded**
17    that?
18    A. This was on what apartment? I
19    can't recall which apartment this is, but
20    the last one I replaced was in Apartment C.
21    And I'm not sure -- I don't think this is
22    the one for Apartment C.
23    **Q. For numbers 1, 2, and 3, the A/C**
24    units in the stove, do you have any
25    receipts supporting the purchase price for

57

1    those items?
2        A.  I submitted receipts with my -- if
3    I had them with my, you know, with the
4    documents.
5        Q.  So if I don't have a receipt that
6    means you didn't submit it because you
7    don't have it?
8        A.  You probably -- yes.
9        Q.  Okay.  No. 4 is a Whirlpool
10   electric stove for $450 that you say is
11   replaced?
12       A.  Yes.
13       Q.  Did you also discard that stove?
14       A.  Yes.
15       Q.  Do you remember when you discarded
16   that?
17       A.  No.
18       Q.  Okay.  And so No. 5 is three
19   dining room fans fixtures, Apartments A, B,
20   and C, each $200.  Do you still have those
21   fans?
22       A.  Yes.
23       Q.  And so how are you alleging that
24   those are damaged?
25       A.  They're damaged because of the

58

1    tarnish that's on them.
2        Q.  And what do you mean by the
3    tarnish that's on them?
4        A.  You know, they're electrical so
5    all the electrical part -- all the
6    electrical wire is damaged.
7        Q.  Okay.  So No. 6 is six bedroom
8    fans fixtures, each $150 for a total of
9    450 -- I'm not positive the amount is
10   correct -- but do you still have those
11   bedroom fan fixtures?
12       A.  Yes.
13       Q.  And how are you alleging those are
14   damaged?
15       A.  Again, you know, all these
16   electrical parts -- electrical wiring in
17   these appliances, they're tarnished.
18       Q.  But they're still in use; correct?
19       A.  Yes.
20       Q.  Okay.  Next one is three living
21   room chandeliers each for $260 for a total
22   of 780.  And are those chandeliers still in
23   use?
24       A.  Yes.
25       Q.  And how are you alleging those are

59

1    damaged?  Again.
2        A.  Again, they have electrical wiring
3    in them, copper wiring.  It's tarnished.
4        Q.  They still work properly?
5        A.  They work, but I can't say if they
6    work properly.
7        Q.  Okay.  Three Bosch dishwashers,
8    each at 750 for a total of $2,250, No. 8.
9    Are those still in use?
10       A.  Yes.
11       Q.  Do you ever get complaints from
12   your tenants about the functioning of the
13   dishwashers?
14       A.  Yes.
15       Q.  What are the complaints?
16       A.  That they don't -- sometimes they
17   don't work.
18       Q.  Are you able to fix them when the
19   residents make the complaints?
20       A.  I've actually -- I remember that
21   I've replaced one of them, but I don't know
22   if it's in here, it doesn't say.  But now I
23   do -- I did replace one of them in
24   Apartment A.
25       Q.  And you discarded the old one in

60

1    Apartment A?
2        A.  Yes.
3        Q.  Do you remember about when that
4    was?
5        A.  No.
6        Q.  Was it more than a year ago?
7        A.  Yes.
8        Q.  Is it more than five years ago?
9        A.  No.
10       Q.  So sometime in the last five years
11   you replaced the one in Unit A --
12       A.  Yes.
13       Q.  -- and discarded the one that you
14   previously had; is that right?
15       A.  Yes.
16       Q.  And No. 9 is three Whirlpool
17   refrigerators, each for 850, for a total of
18   $2,550.  Are those refrigerators still in
19   use?
20       A.  Yes, they are.  I've replaced
21   refrigerators in these apartments.
22       Q.  When?
23       A.  Uh-huh.
24       Q.  And when did you replace them?
25       A.  The last one I replaced for

**61**

1  Apartment C, that was about a year ago.
2  And your expert came in and testified to
3  that.  I showed him.  I showed him the new
4  unit that I had.
5      **Q.  Okay.  So you replaced the**
6  refrigerator in Apartment C within the last
7  year?
8      A.  Yeah.
9      **Q.  And you got rid of the one that**
10  had been in the property?
11      A.  Yes.
12      **Q.  Yes?**
13      A.  Yes.
14      **Q.  No. 10 is InSinkErator disposals,**
15  each for 210, for a total of 630.  Those
16  are garbage disposals; right?
17      A.  Disposals, yes.
18      **Q.  And are the garbage disposals**
19  still in use in the A --
20      A.  Yes.
21      **Q.  -- B and C?**
22      A.  Yes.  I actually remember now -- I
23  mean, I remember now I replaced probably
24  two or three of them, but I don't list them
25  in here.

**62**

1      **Q.  Do you remember when you replaced**
2  them?
3      A.  Not the exact dates, no.
4      **Q.  Was that more than five years ago?**
5      A.  No.
6      **Q.  I know that this is kind of boring**
7  lists --
8      A.  No.
9      **Q.  -- but we got to get through it.**
10      A.  Sure.
11      **Q.  No. 11 is three Frigidaire 30-inch**
12  electric stove each for 790 for a total of
13  $2,370.  Are those all still in use?
14      A.  The stoves I replaced many of them
15  and I think I just mentioned to you like
16  about a month ago, I just replaced the one
17  for Apartment C.
18      **Q.  So how is that how is No. 11**
19  different from numbers 3 and 4 because
20  those are stoves and you were talking about
21  replacing them?
22      A.  Oh, I'm sorry.  Here is the
23  replace, but the ones that I have in here,
24  that's what in there, yeah.
25      **Q.  So No. 11 are the three that are**

**63**

1  currently in place?
2      A.  Yeah.  If I said Whirlpool
3  electric stove replaced, I replaced that.
4  But these are the ones in the -- and I
5  can't recall exactly, you know, that what
6  it says.  Whirlpool, where was it, what
7  apartment, I can't recall, but I replaced
8  that.
9      **Q.  Okay.  So just so the record is**
10  clear --
11      A.  Yeah.
12      **Q.  -- what you have listed for the**
13  stove in No. 11, those are the three stoves
14  that are currently in the apartment?
15      A.  Yes.
16      **Q.  Three and four are stoves, but**
17  those were stoves that were damaged and
18  then replaced?
19      A.  Yeah.  So you asked me about 4 and
20  11 how are they different, and you could
21  see that -- there shouldn't be any
22  confusion because on 4 it say replace.
23      **Q.  Uh-huh.**
24      A.  On 11 it doesn't say replace,
25  they're in there.  And if they're in there,

**64**

1  they're damaged -- there's damage on them
2  because there's electrical wiring and
3  copper wiring and it's tarnished.
4      **Q.  Okay.  Well, one reason I'm a**
5  little confused is because although they're
6  not stoves, for 8, 9, and 10 you mentioned
7  replacing dishwashers, refrigerators, or
8  disposals, but in 8, 9, and 10 those don't
9  say damaged and replaced?
10      A.  They're there.
11      **Q.  Okay.  So the items in 8, 9, and**
12  10, none of them are the items that were
13  discarded?
14      A.  No.  And it's all -- you know, I
15  don't know if there's any misunderstanding
16  here, but, you know, the ones that I said
17  replaced, I've replaced, and if the ones
18  that doesn't say replaced that are in there
19  so --
20      **Q.  Okay.  No. 12 is for four-ton air**
21  conditioning units at 5,200 each for
22  $12,800.  How is 12 and 1 different?
23      A.  How is 12 and which one?  I'm
24  sorry.
25      **Q.  So No. 12 says four 4-ton A/C**

**65**

1 units at $5,200 each, and No. 1 says four
2 4-ton A/C units at $5,200 each.
3     A.  So, again, on No. 1 you see it
4 says damage and replaced that was thrown
5 out, but these are the ones that are in
6 there.
7     **Q.  Okay.  So the item for No. 1 is**
8 A/C unit that you have already discarded?
9     A.  Yeah.
10    **Q.  Some as recently as 2018; correct?**
11    A.  Some, yeah.  Just recently.
12    **Q.  Okay.  And in No. 12 that's the**
13 price for each of the units that are
14 currently in the building?
15    A.  Yes.
16    **Q.  Okay.  And how are you alleging**
17 those are damaged?
18    A.  They're operating in an
19 environment that has Chinese Sheetrock and
20 it's damaging them, like they did to the
21 previous ones.  And eventually they will be
22 replaced like the other ones did.
23    **Q.  But all appliances eventually get**
24 replaced; correct?
25        MR. DOYLE:

**66**

1        Object to the form of the
2 question.  You can answer.
3     THE WITNESS:
4        But you saw the pictures how
5 -- why they were replaced.  They
6 failed because the copper coils
7 deteriorated because of these
8 gasses and they start leaking.  It
9 is because of the Chinese
10 Sheetrock.  It wasn't because of
11 something else.  It wasn't
12 something else that failed.  What
13 failed them is the copper that
14 deteriorated and that was because
15 of the gases of the Chinese
16 Sheetrock.
17 EXAMINATION BY MS. VEITH:
18    **Q.  But you don't have an expert**
19 opinion telling you that, that's just your
20 belief; correct?
21    MR. DOYLE:
22        Object to the form of the
23 question.  You can answer.
24    THE WITNESS:
25        I did not get an expert, but

**67**

1        it's -- I don't have to get an
2 expert to tell me, hey, don't
3 cross the street when it's a red
4 light, a red light, you know.
5 It's very well-known fact, that
6 this damage was because of the
7 Chinese Sheetrock.  It's obvious.
8 Your expert, when he came in on
9 Thursday, he did testify to that.
10 He did say that, like I told you,
11 what he mentioned about the smoke
12 detector, why it's failing.  Why
13 would he say that?
14 EXAMINATION BY MS. VEITH:
15    **Q.  I understand.  But this is not**
16 based on anything, other than your own
17 personal opinion; right?
18    A.  Your expert did confirm that
19 fact.
20    **Q.  But you're not my expert; right?**
21    MR. DOYLE:
22        Object to the form of the
23 question.  I'm sorry.  Go ahead.
24    THE WITNESS:
25        You wouldn't object to your

**68**

1        expert; would you?
2 EXAMINATION BY MS. VEITH:
3    **Q.  Sometimes it's simpler -- I'm**
4 asking yes or no questions, if you do just
5 give a yes or no.
6    A.  It's my opinion, yes.
7    **Q.  Okay.  So No. 13 is four two-ton**
8 A/C units at $3,200 each.  Those are the
9 air conditioning units that are present in
10 the property today; correct?
11    A.  Yes.
12    **Q.  And they're currently working;**
13 correct?
14    A.  Yes.
15    **Q.  Okay.  So starting at No. 14 there**
16 is documentation.  So if you want to take
17 out the list, the first two pages out of
18 the binder, do you want to --
19    A.  This?
20    **Q.  Uh-huh.**
21    A.  Take this out.
22    **Q.  Uh-huh.  And after the two-page**
23 list, there's a document from the Washing
24 Machine, Inc.?
25    A.  Yes.

**69**

1    Q. And it's an invoice dated November
2  2nd, 2006; right?
3    A. Uh-huh.
4    Q. Okay.
5    MR. DOYLE:
6      Yes or no. Tell her yes or
7  no.
8    THE WITNESS:
9      Yes.
10 EXAMINATION BY MS. VEITH:
11   Q. So No. 14 on the list is 11
12 Wascomat 3PH washers each at 19 -- $1,930
13 for a total of $21,230. And if you look at
14 the first item on this invoice from the
15 Washing Machine, Inc. Does that match up
16 with No. 14 on your list?
17   A. Repeat the question, please. So
18 No. 14 --
19   Q. Uh-huh. Is that the same as the
20 first --
21   A. Yes.
22   Q. -- line item on the invoice?
23   A. Yes.
24   Q. So are these washers in the
25 laundromat at your commercial property?

**70**

1    A. Yes.
2    Q. Are all these washers still in
3  use?
4    A. Yes.
5    Q. And they have been in use since
6  2006; right?
7    A. Yes.
8    Q. How are they damaged?
9    A. They're damaged -- they have an
10 electrical copper wiring that's failing.
11   Q. To the best of your understanding?
12   A. Yes.
13   Q. Okay. But right now they still
14 work for your business; right?
15   A. They're working, yes.
16   Q. Okay. No. 15 --
17   A. But constant repair on them.
18   Q. Do you have any documentation of
19 those repairs?
20   A. Oh, yeah.
21   Q. Can you provide that to your
22 attorney to provide to us, please?
23   A. Sure.
24   Q. Okay. No. 15 on the list is five
25 Wascomat 3PH washers each for $3,644 for a

**71**

1  total of $18,220. Does that match up with
2  the second item on the Washing Machine,
3  Inc. Invoice?
4    A. Yes.
5    Q. So these are a different size of
6  washer that's also in your laundromat;
7  right?
8    A. Yes.
9    Q. And are all five of these washers
10 still in use?
11   A. Yes.
12   Q. Like with the 11 other washers,
13 have they had to have repairs?
14   A. Yes.
15   Q. Do you have documentation of those
16 repairs?
17   A. Yes.
18   Q. Can you provide that to your
19 attorney, please?
20   A. Sure.
21   MR. DOYLE:
22     Off the record real quick.
23   (Off the record.)
24 EXAMINATION BY MS. VEITH:
25   Q. No. 16 is for Wascomat washers at

**72**

1  $5,348 each, for a total of $21,392. And
2  is that -- that's a different size washer
3  and it matches up with the third item on
4  this invoice?
5    A. Yes.
6    Q. Okay. And are all four of those
7  washers still in use?
8    A. Yes.
9    Q. Have you had to repair those?
10   A. Yes.
11   Q. And you have documentation of
12 those repairs --
13   A. Yes.
14   Q. -- that you can provide to your
15 attorney? Can you provide that to your
16 attorney, please?
17   A. Yes.
18   Q. Okay. But right now those washers
19 are still working for your business?
20   A. Yes.
21   Q. No. 17 is for Wascomat dryers that
22 are $2,138 each for a total of $8,552.
23 Does that match up with the fourth item on
24 this invoice?
25   A. Yes.

**73**

1    Q. Okay. Are all of these washers
2  still in use?
3    A. You mean dryers?
4    Q. Sure. Dryers, yes.
5    A. I have -- right now I have four
6  down.
7    Q. You have four dryers that aren't
8  working. Have you replaced any of them?
9    A. No, I haven't. I'm working on
10 repairing them.
11    Q. And is this the first time they've
12 had to be repaired?
13    A. No.
14    Q. Do you have documentation of the
15 earlier repairs?
16    A. Yes, I do.
17    Q. Okay. Well, will you please
18 provide that to your attorney? No. 18 is
19 eight dryers for $4,114 each for a total of
20 $32,914. Do you still have all eight of
21 those dryers?
22    A. Yes.
23    Q. Are some of these eight dryers the
24 ones that are out right now?
25    A. Yes. Correction. The first item,

**74**

1  the previous item on the dryers, the TD 50
2  dryers, they're all working. I mistakenly
3  said that four of them are not working.
4  These are the next item, which is the TD
5  30x30. I have four of these that are not
6  working right now.
7    Q. Okay. And so just to reiterate my
8  request for the documentation related to
9  those repairs. The next item is No. 19,
10 one Lochinvar heater 100 gallon, and four
11 40-gallon water heaters?
12    A. Yes.
13    Q. So I see the Lochinvar here on
14 this invoice for 3,800; right?
15    A. Yes.
16    Q. But the four 40-gallon water
17 heaters, do you see those on this invoice?
18    A. Yeah.
19    Q. Where is that?
20    A. That's the ones for the unit, for
21 the apartment units.
22    Q. Okay. But they weren't purchased
23 with this list of items; right?
24    A. No. That's why the price is
25 different.

**75**

1    Q. Okay. Are all those heaters still
2  in use?
3    A. You have to -- all of the
4  Lochinvar and the A.O. Smith, yes.
5    Q. So then No. 20 is this item that
6  says freight, delivery, set up, start up
7  for $7,000. That's on this invoice from
8  the Washing Machine, Inc.; correct?
9    A. Yes.
10    Q. That's not really an item that can
11 be damaged --
12    A. No.
13    Q. -- right?
14    A. No.
15    MR. DOYLE:
16      Let's a five-minute break if
17    you don't mind.
18    MS. VEITH:
19      Sure.
20    (At this time a brief recess was
21 taken.)
22 EXAMINATION BY MS. VEITH:
23    Q. No. 21, Mr. Gharib --
24    A. Yes.
25    Q. -- that's sales tax?

**76**

1    A. Yes.
2    Q. And you have here $10,179.59 --
3    A. Yes.
4    Q. -- which is slightly different
5  than the sales tax that's on the receipt,
6  right, on the invoice?
7    A. Yes. So that's 11,000, yeah --
8    Q. But either way sales tax itself is
9  not really an item that could be damaged;
10 right?
11    A. No.
12    Q. Okay. So if you'll look, turn to
13 that invoice you see there's another one
14 following it, those are the same thing;
15 right?
16    A. This one, yeah.
17    Q. Okay. And there are no other
18 receipts behind Exhibit 14; correct?
19    A. No.
20    Q. So the items on this Washing
21 Machine, Inc. Invoice are the only items
22 that you provided a receipt supporting;
23 right?
24    A. Receipts for this building, you
25 mean the whole building?

**77**

1    Q.  Yes.  Uh-huh.
2         A.  I can't say for sure, I could have
3    probably submitted other receipts.
4         Q.  Well, if you could just check and
5    see if there are other receipts that you
6    thought you submitted to your attorney and
7    maybe resubmit those, please.
8         A.  Sure.
9         Q.  No. 22 is two CCI Xchanger value
10   stations --
11        A.  Yes.
12        Q.  -- for $22,590?
13        A.  Yes.
14        Q.  What are those?
15        A.  These are the system that I have,
16   the payment system that I have in the
17   laundromat, in my laundromat is for those
18   Xchangers.  So these Xchangers are a kiosk
19   where the customer would come in, it would
20   issue them a laundry card.  They put
21   money -- it's like an ATM machine -- you
22   put money in it and then you get a laundry
23   card that you use in the washer and the
24   dryer, buy soap, even go to the bathroom.
25   So this is a payment system.  And it

**78**

1    consists of a bill acceptor, a computer.
2    It's a system that takes my payments,
3    yes.
4         Q.  And how are you alleging that was
5    damaged by Chinese drywall?
6         A.  These are all electronic
7    equipment.
8         Q.  But right now, it's still working?
9         A.  They are still working, but I did
10   multiple repairs on them.
11        Q.  Okay.  In general, Mr. Gharib, to
12   the extent you have documentation of any
13   repairs done to any of these appliances,
14   will you please provide that to your
15   attorney?
16        A.  Sure.
17        Q.  Okay.  No. 23, 40 card readers,
18   $312 each, for a total of $12,480.  Are you
19   still using all of those card readers?
20        A.  Yes.
21        Q.  And they're all still working?
22        A.  Yes.
23        Q.  For the No. 24 is V-0600 VPS
24   Xchangers with voice prompting for $499.
25   What are those?

**79**

1         A.  That's part of the system of that
2    payment so when somebody comes in, it's a
3    touch screen, they touch it, and it will
4    tell them what to do, you know, such as put
5    money in Slot A, choose this option if you
6    want a card, choose this option if you want
7    to add value to your card, and it's in
8    Spanish and English.
9         Q.  And are those VPS Xchangers still
10   working?
11        A.  Yes.
12        Q.  No. 25 is sales tax for the
13   Xchanger and card readers for $3,279.42?
14        A.  Yes.
15        Q.  That's not really an item that can
16   get damaged; is it?
17        A.  No.  I just want to add one thing
18   in here.  When you say I'll provide
19   whatever receipts or records that I had,
20   but you have to realize -- you have to
21   realize that we knew of the Chinese
22   Sheetrock in my property in 2015 December.
23   I've had these equipment and I've had these
24   place open since 2006.
25        Q.  Uh-huh.

**80**

1         A.  So I wasn't keeping track of what
2    was going on because I had Chinese
3    Sheetrock.
4         Q.  I understand.  But if you have
5    documentation --
6         A.  I will provide -- whatever I have,
7    I will provide.
8         Q.  Okay.  No. 26 is a 55-inch Samsung
9    smart TV for $650.  Do you still have that
10   TV?
11        A.  That's what in there right now,
12   yes.
13        Q.  It's still working?
14        A.  Yes.
15        Q.  Okay.  All right.  27 is a 42-inch
16   Toshiba commercial TV?
17        A.  Yeah.  That is gone.
18        Q.  $1,200?
19        A.  Yes.
20        Q.  You have replaced that?
21        A.  Yes, I did.  It should say it here
22   replaced, yes.
23        Q.  Okay.  When did you discard that?
24        A.  I can't recall, but it's been a
25   few years now.

**81**

1  Q. Okay. More than five?
2  A. Probably somewhere around there,
3  yes.
4  Q. Okay. No. 28 is USI HR 24 snack
5  vending machine for $2,500. Do you still
6  have that?
7  A. Yes.
8  Q. Still working?
9  A. Yes.
10  Q. No. 29 is a USI HR 32 snack
11  vending machine for $3,913.10. Do you
12  still have that?
13  A. Yes.
14  Q. And that's still working?
15  A. Yes.
16  Q. No. 30 is Selectivend CB500 10
17  selection drink vending machine for $4,898.
18  Do you still have that?
19  A. Yes.
20  Q. And is that still working?
21  A. Yes.
22  Q. No. 31 Coke 13 Selection cold
23  drink vending machine for $4,800. Do you
24  still have that?
25  A. Yes.

**82**

1  Q. And is that still working?
2  A. Yes.
3  Q. No. 32 is a Hikvision NVR 32
4  channel surveillance system with 24
5  4Megapixel camera installed with labor for
6  $8,750. Do you still have that
7  surveillance system?
8  A. No.
9  Q. No?
10  A. I just replaced it and this
11  happened after -- I think I mentioned this
12  earlier -- this happened after I submitted
13  the damaged report and was not included. I
14  said it was the stove and surveillance
15  system. This is that item.
16  Q. So at some -- you submitted this
17  damage report in January of 2019;
18  right?
19  A. Yes. Since then, this was
20  replaced, I think, about two months ago.
21  Q. Did you keep the old surveillance
22  system?
23  A. I discarded all the cameras, no.
24  We threw them all out.
25  Q. Okay. No. 33 is Control4

**83**

1  Automation?
2  A. Yes.
3  Q. And you said see attached work
4  order, but I didn't see a work order;
5  right?
6  A. No. If it's not here, like I
7  said, I've submitted it and I noticed
8  probably this documentation, there's other
9  documentation that I submitted, it's not
10  here, I don't know why. But I can get this
11  if you want.
12  Q. Please. Thank you.
13  A. Sure.
14  Q. And that was $15,864.22?
15  A. Yes.
16  Q. And do you still have that?
17  A. Yes.
18  Q. Still working?
19  A. Yes. This automation system if
20  you want to know, I don't --
21  Q. Yeah. Whatever you want to tell
22  me.
23  A. This automation system, the doors,
24  this -- with this I can control my TV
25  remotely. I can control it from here. I

**84**

1  can control my camera system, surveillance
2  system. I can control my air conditioning
3  units. I can control the doors, the alarm
4  system. This would open the door in the
5  morning. I don't have to have an employee
6  to open the door. The door will open
7  automatically at six o'clock. We close at
8  11:00 or ten o'clock. I have an announcer
9  that comes in automatically that say to the
10  customer, look, we are about to close in an
11  hour and it shuts off everything at 11:00
12  sharp. This is all automated. I can
13  control the vending machines, switch them
14  on and off. So everything that's in there
15  is automated and you can control it.
16  Q. And it's all still working?
17  A. Yes. I've worked it -- you know,
18  I've replaced items on it back and forth,
19  worked on it, you know, repaired since they
20  were installed in 2006.
21  Q. Well, it's 13 years ago, they were
22  installed. You replaced some things since
23  then?
24  A. The exact -- the exact date that
25  was installed that -- I can't recall. And

**85**

1    I don't know, but they were installed --
2    not right after at the time that I opened.
3    It was -- I don't know, maybe two or three
4    years later.  And I've had that system
5    working, but I've replaced like what they
6    call a controller.
7         **Q.  Okay.  Well --**
8         A.  Yeah.  You know so there was
9    repairs that I did on this since then.
10        **Q.  And just to the extent you have**
11   that documentation, please provide it.  No.
12   34 --
13        A.  How far -- I remember that I did
14   work on it, I did the repair on it.  If I
15   have documentation -- if I have
16   documentation and receipts, I'll submit
17   them.  If I don't, I don't because, like I
18   said, we only found out that we had Chinese
19   Sheetrock in December of 2015.
20        **Q.  Okay.  Yeah.  It's just asking if**
21   you have it --
22        A.  Sure.
23        **Q.  -- to please provide it.  No. 34,**
24   is one square 3 PH D 400-amp main panel,
25   three Siemen 200-amp subpanel installation

**86**

1    of lighting and electrical panel.  That's
2    $28,250.  Is that in the laundromat?
3         A.  Yes.  This 3 PH that's a three
4    phase, Square One 400-amp main panel.
5    That's the electrical system that I have
6    for this washer.  And then the washer, the
7    400-amp main panel then it supplies two
8    200 -- it says subpanel, two 200 and three
9    actually -- three 200-amp subpanels.
10        **Q.  And are all those panels and**
11   sub-panels still working?
12        A.  Yes.  Yes.  These are there.
13   They're working, but they're copper and the
14   copper is --
15        **Q.  No. 35 is 12 column Vend-Rite soap**
16   vending machine with card reader for
17   $4,200?
18        A.  Yes.
19        **Q.  Is that vending machine still**
20   there?
21        A.  Yes.
22        **Q.  Still working?**
23        A.  Yes.
24        **Q.  Okay.  And so your calculation of**
25   all of those items is $313,355.72; right?

**87**

1         A.  Yes.
2         **Q.  And you mentioned earlier that**
3    you're only claiming personal property
4    damage lost for this building; right?
5         MR. DOYLE:
6              Object to the form of the
7         question.  You can answer.
8         THE WITNESS:
9              When you say personal
10        property, this is the property
11        that was damaged.  But then there
12        were -- the property has to be
13        repaired for what's in there.
14        That Sheetrock has to go.  And I
15        don't know, whatever with it that
16        has to go and be repaired.
17             So I'm not just claiming
18        this.  I'm claiming that that
19        building has to be corrected.
20        Sheetrock has to go and has to be
21        rebuilt back up again.
22   EXAMINATION BY MS. VEITH:
23        **Q.  Okay.  But you're not claiming**
24   damage, say, for like loss of rental income
25   from your tenants?

**88**

1         A.  Right now, no.
2         **Q.  Because you haven't really had a**
3    loss of rental income?
4         A.  No.
5         **Q.  And you're not claiming damage**
6    from lost profits from your laundromat
7    business; right?
8         A.  No.
9         **Q.  Because you haven't really had a**
10   loss in payments; right?
11        A.  No.  But if I do vacate that
12   property and repair it, then I'll have
13   losses, these losses, you know, if I shut
14   down and repair my place, there's losses.
15        **Q.  And that's for a judge to decide,**
16   but I understand.
17        MR. DOYLE:
18             Object to the form.  It's for
19        a jury to understand.
20   EXAMINATION BY MS. VEITH:
21        **Q.  Just a few more questions,**
22   Mr. Gharib, about the piece of property.
23   Remember, we went through the appraisal
24   earlier?
25        A.  Yeah.  Appraisal.

89

1      Q.  Can we flip back to that?  It's
2  about like 13 pages into Exhibit 8.
3      A.  Exhibit 8?
4      Q.  So Tab 9 but Exhibit 8, so, yeah,
5  you're in the right tab, sir.
6      A.  8 or 9?
7      Q.  It's Tab 9 --
8      A.  9.
9      Q.  -- which is Exhibit 8.
10      A.  Here?
11      Q.  So keep going.  Turn a couple
12  pages.  That is the appraisal of your
13  property at 8807 South Claiborne; right?
14      A.  Yeah.
15      Q.  And this appraisal was
16  conducted -- if you turn to the third page,
17  it was sent to you -- or it was sent on
18  December 28th, 2015; correct?
19      A.  Okay.
20      Q.  So you had the appraisal done
21  after you discovered the drywall in the
22  property; is that right?
23      A.  After we discovered this -- after
24  we discovered this appraisal was done after
25  the discovery or -- the date looks very

90

1  close, but I don't know if this was done
2  before that -- that I found out that I had
3  Chinese Sheetrock.
4      Q.  Well, maybe let me help you.  Keep
5  your finger there just to mark the place so
6  we don't get confused and then turn back to
7  Tab 3.
8      A.  Tab 3.
9      Q.  So this Tab 3 is Exhibit 2, the
10  Plaintiff Profile Form that you submitted
11  in this litigation?
12      A.  Yeah, 2.
13      Q.  And if you go to the third page --
14      A.  Yeah.
15      Q.  -- you submitted it on December
16  16th, 2015; right?
17      A.  Yeah.
18      Q.  So you knew as of December 16th,
19  2015 that you believe there was Chinese
20  drywall in the property; right?
21      A.  Say that again.
22      Q.  As of December --
23      A.  So I signed this on December 16th,
24  so okay -- I signed this on December 16th.
25  Okay.

91

1      Q.  So the appraisal was done after
2  that; right?
3      A.  This says -- that was -- that
4  appraisal was dated December the 28th, but
5  when was it -- when was it inspected -- it
6  says here in one of the pages here on
7  No. -- it doesn't say a page in here -- but
8  second page after the first -- third it
9  says the subject was inspected on December
10  15th.
11      Q.  Which is the day before you
12  submitted that Plaintiff Profile Form;
13  right?
14      A.  Okay.
15      Q.  So did you discover the drywall
16  more than a day before you submitted the
17  Plaintiff Profile Form?
18      A.  Did I discover it a day before?
19      Q.  More than a day.
20      A.  More than a day, yeah.  Yes.  Yes,
21  I did.
22      Q.  So when the appraisal was
23  conducted, you had already discovered
24  Chinese drywall on the property; right?
25      A.  Yes.

92

1      Q.  Okay.  This appraisal valued the
2  property at $650,000; right?
3      A.  Yes.
4      Q.  Why did you decide to get an
5  appraisal of this property?
6      A.  To try to get a loan on my
7  commercial building on Gentilly --
8      Q.  Okay.
9      A.  -- because it was -- like I told
10  you, I was building there.
11      Q.  Did you get a loan as a result of
12  the appraisal?
13      A.  Yes.
14      Q.  So the bank agreed that this home
15  was worth about $650,000?
16      A.  Yeah.
17      Q.  If you turn to Page 4 of this
18  report?
19      A.  This, okay.
20      Q.  And this is titled Certifications,
21  Assumptions, and Limiting Conditions.  If
22  you go down to letter G, the first sentence
23  of that reads, "This is to certify that
24  during the inspection and research of the
25  property that is the subject of this

**93**

1   appraisal, the appraiser
2   observed/discovered no evidence of
3   potential environmental hazards, except
4   those specifically detailed in the Letter
5   of Transmittal and other appropriate
6   portions of this report."  Right?
7       A.  Yeah.
8       **Q.  Did you read the Letter of**
9   Transmittal when you got it?
10      A.  No.  I don't know what that is.
11      **Q.  Okay.  Well, if the Letter of**
12  Transmittal doesn't list any environmental
13  hazards, do you understand this paragraph
14  to say that the appraiser observed no
15  evidence of any environmental hazards?
16      MR. DOYLE:
17          Object to the form of the
18      question.  You can answer.
19      THE WITNESS:
20          He went and inspected the
21      building -- wasn't looking for
22      Chinese Sheetrock.  Chinese
23      Sheetrock -- you come into my
24      house now, you won't find evidence
25      of Chinese Sheetrock inside you

**94**

1           could see.  You have to look for
2       it.
3       EXAMINATION BY MS. VEITH:
4           **Q.  Well, you mentioned the smell**
5   earlier --
6           A.  Yeah.  The smell if you turn the
7   water on.
8           **Q.  It's safe to say this appraiser**
9   didn't notice a smell; right?
10          A.  I can't say -- you know, what did
11  he notice, I don't know.
12          MR. DOYLE:
13              Object to the form of the
14          last question.
15      EXAMINATION BY MS. VEITH:
16          **Q.  If you'll turn to Page 25 of this**
17  report --
18          A.  25 you said?
19          **Q.  Uh-huh.  And then it's actually 26**
20  on the next page.
21          A.  26?
22          **Q.  Yes.  You see there's four**
23  headings on this page, the third one is
24  mechanical plumbing, electrical, et cetera,
25  residential units?

**95**

1       A.  Mechanical, okay.
2       **Q.  And you see for plumbing fixtures**
3   the appraiser wrote average quality
4   fixtures, each unit has an individual water
5   heater and electrical adequate capacity and
6   distribution.  Do you see that?
7       A.  Okay.
8       **Q.  So your appraiser did investigate**
9   your electrical and plumbing features;
10  right?
11      MR. DOYLE:
12          Object to the form of the
13      question.  You can answer.
14      THE WITNESS:
15          He inspected by looking at
16      what -- what we have.  He
17      didn't -- he didn't inspect
18      them -- when you say inspect --
19      what do you mean by inspect?
20      EXAMINATION BY MS. VEITH:
21      **Q.  Well --**
22      A.  How do you -- how -- I'm not
23  trying to ask you a question, but I want
24  you to clarify, when you say he inspected
25  what do you mean by inspected?  How did he

**96**

1   inspect?  What do you think he inspected?
2   How did he inspect it?
3       **Q.  Well, your appraiser did some form**
4   of inspection sufficient to provide an
5   assessment of the quality of these
6   features; right?  Because that's included
7   in this report; right?
8       A.  Uh-huh.  Yes.
9       **Q.  And when he did that inspection,**
10  he did not note any damage to the plumbing
11  or electrical features; right?
12      A.  Not visibly -- not visible to
13  him.
14      **Q.  And just right here on this page,**
15  it doesn't note any damages; correct?
16      A.  Visible damage, you know, he goes
17  into an apartment and he sees a stove, he
18  sees a refrigerator, and that's what he
19  stated.  He says -- he says there is
20  equipment, range, oven, refrigerator,
21  freezer, disposal, dishwasher, average
22  quality cabinets, and Formica cabinet top.
23  He did not say anything about the -- what
24  he inspected them.  He visually inspected.
25  Like I come in here and I say that is a TV,

**97**

1  I don't know what -- that TV could not be
2  working, but there is a TV there.
3      He did not test, he did not see.
4  He just went in there and saw what he --
5  visual, what he saw in there.
6      **Q. And based on his visual --**
7      A. That doesn't say -- yeah, because,
8  you see, I mean, as I understand for me --
9  you're trying to tell me that you went in
10  there and he didn't see any damage on these
11  equipment. And there was no damage in
12  there. Isn't that what you're telling me?
13      **Q. Well, I'm not telling you**
14  anything, Mr. Gharib, because I'm asking
15  you questions because this is a deposition.
16  My question to you is if this portion --
17  this document reflecting your appraisal --
18  appraiser's assessment of your electricity
19  and plumbing system notes any damage to
20  these systems? Yes or no; does it?
21      A. My answer is he can't testify to
22  any damage because he did not go in and
23  inspect these appliances looking for what
24  damage do they have. It was a visual
25  inspection. He goes into the apartment and

**98**

1  he sees what's in there and he writes. He
2  sees there's a TV. He did not inspect a
3  TV, if that's working and if there's any
4  damage on these. Maybe you want to call
5  him and have him testify to what he
6  inspected.
7      **Q. And we very well might. But my**
8  inspection to you if --
9      MS. VEITH:
10      Mr. Doyle, I would appreciate
11  your professional courtesies.
12      MR. DOYLE:
13      What discourtesy was there?
14      MS. VEITH:
15      You're laughing --
16      MR. DOYLE:
17      I was laughing --
18      MS. VEITH:
19      -- at my question.
20      MR. DOYLE:
21      I was laughing at this line
22  of questions.
23      MS. VEITH:
24      And that is professionally
25  discourteous, so I would ask you

**99**

1  to stop.
2      MR. DOYLE:
3      I'm trying to keep it to
4  myself. It's humorous, the waste
5  of time that this line of
6  questioning is.
7      But you can ask the
8  questions. I have not done
9  anything to try to impede your
10  ability to ask these questions.
11  Ask whatever you like. This is a
12  waste of time, but ask it if you
13  want.
14      MS. VEITH:
15      Mr. Doyle, be respectful.
16  EXAMINATION BY MS. VEITH:
17      **Q. Mr. Gharib --**
18      MS. VEITH:
19      Can we go off the record,
20  please?
21  (Off the record.)
22      MS. VEITH:
23      I would just like to state
24  for the record that Mr. Doyle has
25  just noted that sometimes he

**100**

1  cannot help but laugh at opposing
2  counsel's questions, so even
3  though he was asked to stop, he is
4  refusing to do.
5      So I'm going continue with my
6  line of questioning, but I'm going
7  to ask Mr. Doyle to behave like
8  the adult that he is.
9  EXAMINATION BY MS. VEITH:
10      **Q. Mr. Gharib, I'm asking you about**
11  words on a page. Do the words on the page
12  note any damage?
13      MR. DOYLE:
14      Objection to the form of the
15  question. He's asked and answered
16  this question. You answered this
17  question. He answered it multiple
18  times.
19      MS. VEITH:
20      He has never given me a yes
21  or no answer.
22      MR. DOYLE:
23      You're asking it again. I'm
24  going to object to the form of the
25  question. I'm going to object to

**101**

1    the form of every single question
2    from this point forward without
3    exception, if it's a waste of time
4    or if it's objectionable in any
5    way, shape, or form.
6    MS. VEITH:
7        You are more than welcome to
8    object whenever you want, Mr.
9    Doyle.
10   MR. DOYLE:
11       This one has been asked and
12   answered.  You can ask it again.
13   I'm going to object.  It's asked
14   and answered.
15   MS. VEITH:
16       Why don't you let him answer?
17   MR. DOYLE:
18       Again?  You can answer it
19   again for the fourth time.
20   THE WITNESS:
21       That appraiser went in there
22   and he had a visual inspection.
23   He did not inspect -- and went in
24   there looking for damages.  He
25   goes into an apartment and he sees

**102**

1    what's in there and he states what
2    he saw in there.  And he saw these
3    appliances and he listed them.
4    And you can read what he listed.
5    It says range, oven, refrigerator,
6    freezer.  He's listing what he
7    sees.  That's was the inspection.
8    MS. VEITH:
9        Okay.
10   THE WITNESS:
11       The inspection wasn't
12   about --
13   EXAMINATION BY MS. VEITH:
14       **Q.  And, yes, there is no damage**
15   listed here; right?
16   MR. DOYLE:
17       Object to the form of the
18   question.  It's leading.  You can
19   answer.
20   EXAMINATION BY MS. VEITH:
21       **Q.  Yes or no?**
22   A.  The inspector --
23   MR. DOYLE:
24       Object to the form of the
25   question.  It's leading.  You can

**103**

1    answer.
2    EXAMINATION BY MS. VEITH:
3        **Q.  Mr. Gharib, yes or no?**
4    A.  Yes or no what?
5        **Q.  There is no damage listed here?**
6    MR. DOYLE:
7        Object to the form of the
8    question.  It's leading.
9    THE WITNESS:
10       I've answered this question
11   to you.  What's in there anybody
12   can read.  You know, I mean, it
13   says what he saw.  And it's listed
14   in the -- I'm not going to -- I'm
15   not going to say there's damages
16   in here or no damage in here,
17   because that gentleman did not --
18   I don't know if -- I can't recall
19   if it was a man or a woman, but he
20   wasn't there looking for damages.
21   She (sic) went in there looking
22   for what's in there, visual
23   inspection.
24   EXAMINATION BY MS. VEITH:
25       **Q.  And regardless, he didn't find**

**104**

1    them; right?
2    MR. DOYLE:
3        Object to the form of the
4    question.  It's leading.
5    THE WITNESS:
6        You're asking me --
7    MR. DOYLE:
8        And argumentative.  I'm
9    sorry.  You can answer.
10   THE WITNESS:
11       You're asking me if he was
12   looking for damages and if he saw
13   any damages.
14   EXAMINATION BY MS. VEITH:
15       **Q.  No.  Well, maybe you don't**
16   understand my question because that's not
17   what I'm asking you.  I'm asking you if he
18   found any?
19   MR. DOYLE:
20       Object to the form of the
21   question.  You can ask her to
22   clarify if it's unclear what she's
23   asking you?
24   THE WITNESS:
25       Yeah.  It's unclear because

**105**

```
1    he wasn't -- I've answered this
2    question many times. He wasn't
3    going in there looking for
4    damages.
5    EXAMINATION BY MS. VEITH:
6        Q.  And he did not find any;
7    correct?
8        MR. DOYLE:
9            Object to the form of the
10   question. It's leading.
11       THE WITNESS:
12           I don't know what he found.
13   You have to get him in here and
14   ask him.
15   EXAMINATION BY MS. VEITH:
16       Q.  But what this piece of paper says
17   does not include any damages; right?
18       MR. DOYLE:
19           Object to the form of the
20   question. The paper speaks for
21   itself.
22       THE WITNESS:
23           Yes. You can read what it
24   says.
25   EXAMINATION BY MS. VEITH:
```

**106**

```
1        Q.  The answer is yes; right?
2        MR. DOYLE:
3            Object to the form of the
4    question.
5        THE WITNESS:
6            I can answer you this way, it
7    says -- he listed all the
8    equipment. He wasn't talking
9    about damages. That guy was not
10   called in there to inspect for
11   damages like your expert did on
12   this past Thursday. He went in
13   there looking for Chinese
14   Sheetrock, he found it, and he
15   testified on the damages he saw.
16   This gentleman in here was not
17   going in there looking for
18   damages.
19   EXAMINATION BY MS. VEITH:
20       Q.  Do you think if the property were
21   damaged it would have affected the
22   appraised value of the property?
23       MR. DOYLE:
24           Object to the form of the
25   question. It calls for
```

**107**

```
1    speculation. Don't speculate on
2    the record. We're here to answer
3    questions about facts -- or
4    knowledge that you're in
5    possession of.
6    MR. VEITH:
7        Please cease with the
8    speaking objections, Mr. Doyle.
9    MR. DOYLE:
10       No. I'm allowed to clarify
11   exactly what the objection is so
12   that you can hear it.
13   MS. VEITH:
14       In Louisiana you are not
15   allowed to use speaking
16   objections.
17   MR. DOYLE:
18       Listen, Mike Dodson made a
19   point of insisting that I clarify
20   to give you -- him a chance to
21   hear it.
22   MS. VEITH:
23       Well, Rebekka Veith is asking
24   you not to do it.
25   MR. DOYLE:
```

**108**

```
1        Okay. Well, I'm just telling
2    you, I'm allowed to state for the
3    record what the objection is.
4    THE WITNESS:
5        Ask me the question.
6    EXAMINATION BY MS. VEITH:
7        Q.  What's the point of an appraisal?
8    Why did you get an appraiser?
9        MR. DOYLE:
10           Let me -- Pardon me. Answer
11   the question.
12       THE WITNESS:
13           I answered this. I told you
14   to get a loan for my building on
15   4500 Old Gentilly Road.
16   EXAMINATION BY MS. VEITH:
17       Q.  So the appraisal valued the
18   property; right?
19       A.  Yes.
20       Q.  And the appraiser came out and
21   looked at the property visually --
22       A.  Yes.
23       Q.  -- to determine what the value of
24   the property was; right?
25       A.  Yes.
```

**109**

1    **Q. If the appraiser had observed**
2  visually damage, would that have affected
3  his appraised value?
4        MR. DOYLE:
5            Object to the form of the
6        question. Calls for speculation.
7        And by the way, I'm allowed to
8        make these objections because this
9        case was not filed in Louisiana.
10       And nobody here has waived their
11       Lexecon Rights. This case will
12       not be tried before Judge Fallon
13       unless they waive their Lexecon
14       Rights. So this will probably be
15       used in a court of law outside of
16       the state of Louisiana, outside
17       the federal court in Louisiana.
18       So I think it will be appropriate
19       for this.
20       MS. VEITH:
21           Well, I'm sure they will be
22       very proud of this transcript when
23       it is used. Go on, Mr. Gharib.
24       MR. DOYLE:
25           I'm going to object to the

**110**

1        form -- like I said, I'm going to
2        object to the form of the question
3        because it calls for speculation.
4        You can answer the hypothetical,
5        if you like, or if you have any
6        independent knowledge.
7  EXAMINATION BY MS. VEITH:
8        **Q. Go ahead, Mr. Gharib.**
9        A. You are asking me if the appraisal
10  would have been different if he found -- if
11  he knew that there was Chinese Sheetrock in
12  there.
13       **Q. No. I never said a word about**
14  Chinese Sheetrock. I asked for an
15  appraiser -- your appraiser had noticed
16  damages, would that have affected the
17  appraised value of the property?
18       MR. DOYLE:
19           Object to the form of the
20       question. It calls for
21       speculation. You can answer.
22       THE WITNESS:
23           I don't know.
24  EXAMINATION BY MS. VEITH:
25       **Q. Okay. Mr. Gharib, you said that**

**111**

1  you were the contractor for this property
2  when it was built?
3        A. Yes.
4        **Q. Who supplied your Sheetrock?**
5        A. As I recall back then, I think it
6  was Interior Exterior.
7        **Q. Do you have any receipts from the**
8  purchase of that Sheetrock?
9        A. I can't recall. I don't know. If
10  I had, I'll submit it, but I don't know.
11       **Q. Do you remember if you paid for**
12  that with a check or with cash or with a
13  credit card?
14       A. Probably a check.
15       **Q. Do you have the canceled check?**
16       A. No.
17       **Q. Do you have the bank statements**
18  that would reflect that?
19       A. No.
20       **Q. Can you get those?**
21       A. No.
22       **Q. Why not?**
23       A. Because this is 2006 -- not even
24  2006, probably earlier 2006. That's 13
25  years from now. I don't keep records that

**112**

1  old, not even IRS ones record that old.
2        **Q. So did you, to your memory,**
3  purchase this Sheetrock directly from
4  Interior Exterior?
5        A. Yes.
6        **Q. How did you come into contact with**
7  them?
8        A. How did I know that they sell
9  Sheetrock? Is that how you --
10       **Q. No. I mean, how did you contact**
11  them to obtain the Sheetrock?
12       A. Called them.
13       **Q. You called them. You placed an**
14  order over the phone?
15       A. I can't recall. I don't remember
16  if I went in there. Many times I used to
17  go there, I call them. I can't recall.
18       **Q. Where is there?**
19       A. I'm sorry?
20       **Q. Where is there?**
21       A. They are on -- they're off of
22  Tulane. I think the name of the street, if
23  I'm not mistaken, Scott, I think.
24       **Q. When did you first learn that**
25  Chinese drywall caused problems in homes?

**113**

1    A.  I think I told you the story how
2  we found out that we had Chinese
3  Sheetrock.
4    Q.  And that's the first time you
5  learned that Chinese drywall was
6  problematic, if it was installed in a
7  building?
8    A.  This is how I learned that I had
9  Chinese Sheetrock.  Now after that, I went
10  and I educated myself.  You know, I go
11  online and see what is the symptoms of all
12  these Chinese Sheetrock, what does it do?
13  And then it clicked to me, oh, that's why I
14  had these problem, this is related to
15  Chinese Sheetrock.
16    Q.  So you don't ever remember ever
17  hearing on the news that Chinese drywall
18  affected property owners in Louisiana?
19    MR. DOYLE:
20      Object to the form of the
21    question.  You can answer.
22    THE WITNESS:
23      I've heard that, but I -- I
24    did not relate that to -- I've
25    heard it on TV, yes.

**114**

1    EXAMINATION BY MS. VEITH:
2    Q.  When did you hear it?
3    A.  I don't know the exact date.
4    Q.  More than five years ago?
5    MR. DOYLE:
6      Object to the form of the
7    yes.
8    THE WITNESS:
9      From now?
10    MS. VEITH:
11      Yes.
12    THE WITNESS:
13      Yes.
14    EXAMINATION BY MS. VEITH:
15    Q.  More than ten years ago?
16    MR. DOYLE:
17      Object to the form of the
18    question.
19    THE WITNESS:
20      Exact date, I don't know.
21    EXAMINATION BY MS. VEITH:
22    Q.  Did you ever receive any notice in
23  the mail of a settlement related to
24  Interior Exterior?
25    A.  Did I receive any -- I'm sorry.

**115**

1  Repeat the question.
2    Q.  Notice in the mail of a legal
3  settlement related to Interior Exterior?
4    A.  No.
5    Q.  Did you ever receive --
6    A.  I don't recall.  And I don't
7  recall receiving anything like this.  And I
8  don't remember, no.
9    Q.  Well, to the extent, Mr. Gharib,
10  that you have any documentation of your
11  actual purchase of the Sheetrock, please
12  provide that to your attorney.
13    A.  Sure.
14    Q.  We can go to the next binder now,
15  4 Beresford Drive.
16    A.  Sure.
17    Q.  Oh, I'm sorry.  I actually do have
18  one more question about that binder so keep
19  it open.  If you'll look at Exhibit 2
20  behind Tab 3.
21    MR. DOYLE:
22      Plaintiff Profile Form?
23    MS. VEITH:
24      Correct.  Behind Tab 3.  You
25    were there.  I want not -- Exhibit

**116**

1    2 like to this deposition is the
2  document behind Tab 3.
3    MR. DOYLE:
4      Okay.
5    EXAMINATION BY MS. VEITH:
6    Q.  This lists the affected property
7  as 8807 South Claiborne Avenue, Apartments
8  A, B, and C; right?
9    A.  Yes.
10    Q.  And as we went through earlier,
11  Exhibits 3, 5, and 7, which are the
12  Supplemental Plaintiff Profile Forms behind
13  Tab 4, 6, and 8, those are each of Units A,
14  B, and C; correct?
15    A.  Yes.
16    Q.  Okay.  So you did not claim
17  damages to your commercial -- the
18  commercial portion of this property until
19  the Plaintiff Fact Sheet; correct?
20    A.  Yes.
21    Q.  Why is that?
22    A.  Because I see the damage now that
23  it did to --
24    Q.  So you noticed the damage to the
25  commercial property around January 2019

**117**

1  when you submitted the Plaintiff Fact
2  Sheet?
3       A.  No.  I noticed that before.
4       **Q.  Well, then why wasn't it included**
5  in any of your previous plaintiff forms?
6       A.  Not in 2015.
7       **Q.  You didn't notice it in 2015.**
8  What about 2018?
9       A.  I think there is -- isn't there --
10  I think there is -- I listed that on
11  2018.
12       **Q.  The first time you listed**
13  commercial space as we just discussed is in
14  the Plaintiff Fact Sheet, which was
15  submitted in January 2019?
16       A.  That's when they asked me what
17  damages and then I list them.  I don't
18  think I was asked this question on listing
19  damages like this before.
20       **Q.  Well, I think my question is a**
21  little different.  This property has five
22  units essentially; right?
23       A.  Yes.  Uh-huh.
24       **Q.  It has Apartments A, B, C.  It has**
25  the laundromat.  It has the space that's

**118**

1  currently being related to Metro PCS.
2       A.  Yes.
3       **Q.  Okay.  In the Plaintiff Profile**
4  Form that's Exhibit 2 and then it's also
5  Exhibit 4 and 6, but we think that those
6  are all the same documents, the address you
7  listed is 8807 South Claiborne, Apartments
8  A, B, and C?
9       A.  Yes.
10       **Q.  And you just explained to me in**
11  2015 when you filled out that form you
12  didn't know that -- you hadn't discovered
13  you had damage to the commercial space?
14       MR. DOYLE:
15            Object to the form of the
16       question.  You can answer.
17       THE WITNESS:
18            Did I know that there was
19       damages in 2015 to my commercial
20       space?
21       MS. VEITH:
22            Yes.
23       THE WITNESS:
24            Is that the question?
25       MS. VEITH:

**119**

1            That's the question.
2       THE WITNESS:
3            Was there any damages then?
4            When I filled out these, I filled
5            out where the Chinese Sheetrock
6            was, not the damage.
7  EXAMINATION BY MS. VEITH:
8       **Q.  Okay.  So you didn't believe that**
9  there was Chinese drywall in the commercial
10  space in 2015.  Did you investigate whether
11  there was?
12       A.  You know, that Chinese Sheetrock
13  it's half-inch.  It's only half-inch
14  Chinese Sheetrock.  Commercial properties
15  they're built with five-eights drywall.
16  They can't be either.
17       **Q.  So it's not in your commercial**
18  property?
19       A.  Not in my commercial property, no,
20  but it's in the residential part of the
21  property of the building.  But that
22  Sheetrock damaged -- the damage of it is
23  everywhere.  There's -- there's a
24  difference between what damage does it do
25  and where is it and how much of is in

**120**

1  there?  It's in the middle part of the
2  building.
3            See these windows right here?
4  These are the apartments.  This is where
5  the Chinese Sheetrock all over right here.
6  My commercial property is below here.  The
7  attic is here.  This Chinese Sheetrock,
8  gases go up and down everywhere.  This is
9  where it causes the damage.  There's a
10  difference between where it's at and the
11  damage that it caused.  It caused damage
12  everywhere in the property.  I was
13  answering in here where was that and
14  these -- I think in these documents I've
15  answered where the Chinese Sheetrock was.
16  It was in the apartments.
17       **Q.  Okay.  Couple things --**
18       A.  When they asked me in '18 what
19  damage it did, and I listed all the damage
20  that I had in the whole building.
21  (Indicating.)
22       **Q.  Okay.  A few things, for the**
23  record, Mr. Gharib was just pointing to a
24  photo in a printout from the Orleans Parish
25  Assessor's website that's attached as an

**121**

1  exhibit to Exhibit 2 of the deposition.
2  The photo reflects that property that we're
3  discussing at 8807 South Claiborne.  You're
4  not an expert witness are you, Mr. Gharib?
5      A. No, I'm not.
6      Q. Okay.  Just to clarify -- and I
7  appreciate what you just told me -- and I'm
8  asking you a yes or no question, is there
9  drywall -- is there Chinese drywall in the
10  commercial space in this property, to the
11  best of your knowledge?
12      A. No, there's not.
13      Q. Okay.  So there's no Chinese
14  drywall in the space where all of the
15  washing machines are located; right?
16      A. No.
17      Q. No Chinese drywall in the space
18  where all the dryers are located; right?
19      A. No.
20      Q. Okay.  And so it is your testimony
21  that you still believe that those machines
22  were damaged by Chinese drywall, but it is
23  not your claim that this affected
24  property -- affected property includes the
25  commercial space, right, because the

**122**

1  commercial space does not include Chinese
2  drywall; right?
3          MR. DOYLE:
4              Object to the form of the
5          question.  You can answer.
6          THE WITNESS:
7              Repeat that question again.
8  EXAMINATION BY MS. VEITH:
9      Q. Okay.  So you were just explaining
10  to me though when you filled out the
11  Plaintiff Profile Form, when you filled out
12  the Supplemental Plaintiff Profile Form,
13  you were listing the specific units in the
14  property that you believed had Chinese
15  drywall; correct?
16      A. Yes.
17      Q. Okay.  When you filled out the
18  Plaintiff Fact Sheet and you did that
19  exhibit that we just went through, Exhibit
20  14 to the Plaintiff Fact Sheet, which is
21  Exhibit 8 you were listing all of the items
22  in your property that you believe are
23  damaged because of the Chinese drywall that
24  is somewhere in the property; right?
25      A. Yes.

**123**

1      Q. Okay.  But on the first page of
2  the Plaintiff Fact Sheet where you were
3  asked for the affected property address --
4      A. Yeah.
5      Q. -- for the first time you listed
6  8807 South Claiborne Avenue, New Orleans,
7  Louisiana 70118, Apartment A, Apartment B,
8  Apartment C, and commercial space.  So my
9  question to you is, is that an error?  Did
10  you not intend to list the commercial space
11  because the commercial space is not
12  affected by the presence of Chinese drywall
13  in the commercial space?
14      A. The commercial space is affected.
15  It is affected by the Chinese Sheetrock.
16  It does not have Chinese Sheetrock, but the
17  gases travel up and down the walls in this
18  property because you can see that this is
19  the same property, we're not moving next
20  door.  It is the same walls, the same space
21  everywhere.
22          The attic, for example, that
23  attic, even though that it does not -- the
24  walls of it does not have Chinese
25  Sheetrock, but the bottom, which is the

**124**

1  ceiling of the apartment downstairs is
2  Chinese Sheetrock, and that gases travel
3  everywhere in this -- in this whole
4  building.
5      Q. Okay.  But I'm not asking you
6  about the attic.  I'm asking you about the
7  commercial space.  And in the walls,
8  ceilings, and floors --
9      A. Yes.
10      Q. -- of the commercial space,
11  there's no Chinese drywall; right?
12          MR. DOYLE:
13              Object to the form of the
14          question.
15          THE WITNESS:
16              There is -- you know, you can
17          ask me this, but you -- ask your
18          expert too who came in and
19          verified where the Chinese
20          Sheetrock is.  I'm not going to
21          tell you something that's not
22          there.  I'm not going to tell you
23          it's in the -- in the commercial.
24  EXAMINATION BY MS. VEITH:
25      Q. Well, you just told me it wasn't

**125**

```
 1    there because it's not the kind of
 2    Sheetrock that you can use; right?
 3          MR. DOYLE:
 4             Object to the form of the
 5          question.
 6          THE WITNESS:
 7             Did I say it's there?  I
 8          never said that it is in the
 9          commercial property.  I said --
10          and I explained to you why because
11          I said five-eights in the
12          commercial part -- in the
13          commercial part of it, half-inch
14          is in the -- I can't change
15          something that does not exist.
16          I'm not changing anything that's
17          not there.
18          MS. VEITH:
19             Okay.
20          THE WITNESS:
21             It's in the -- it's in the
22          residential part of the building.
23    EXAMINATION BY MS. VEITH:
24       Q.  Okay.  We can go to 4 Beresford
25    Drive now.  Okay.  So 4 Beresford Drive is
```

**126**

```
 1    the address where you reside with your
 2    family, right, Mr. Gharib?
 3       A.  Yes.
 4       Q.  And when did you purchase this
 5    property?
 6       A.  2000 -- it's an empty lot we
 7    bought 2003.
 8       Q.  Okay.  And then you built a house
 9    on the lot?
10       A.  Yes.
11       Q.  When did you build that house?
12       A.  We start building -- I can't
13    recall the exact date I start building.
14    But I know that I was close to finishing up
15    the house probably a month before I moved
16    into the house, then we were struck with
17    Hurricane Katrina.  So I was close to
18    moving into the house.  I was doing the
19    final touches on the house, and then we got
20    hit by Hurricane Katrina.
21       Q.  And your house flooded in
22    Hurricane Katrina; right?
23       A.  Yes.
24       Q.  Mine too.  So I get it.
25       A.  I had four feet of water in
```

**127**

```
 1    there.
 2       Q.  We had 12.
 3       A.  Yeah.
 4       Q.  And my dad was inside.  It was a
 5    bad time.
 6          So, okay, so you had replace
 7    Sheetrock in your home after Hurricane
 8    Katrina; right?
 9       A.  Yes.
10       Q.  Okay.  Who supplied the Sheetrock
11    when you originally built the house?
12       A.  I can't recall.  I don't know.
13       Q.  Were you the contractor for that
14    home --
15       A.  Yes.
16       Q.  -- as well?
17       A.  Yeah.
18       Q.  So you don't remember if it was
19    Interior Exterior?
20       A.  It could be, yes.
21       Q.  But you don't know?
22       A.  I can't say for sure.
23       Q.  Okay.  And what about when you did
24    the work after Hurricane Katrina, do you
25    remember who supplied it then?
```

**128**

```
 1       A.  Probably the same supplier,
 2    Interior Exterior.
 3       Q.  But you're not sure?
 4       A.  Can't be a hundred percent, no.
 5       Q.  Okay.  Do you remember how much
 6    you purchased the property for?
 7       A.  I purchased the lot for 279,000.
 8       Q.  And if we can look at Exhibit 12,
 9    which is Tab 6 -- no, Tab 5 --
10       A.  Page 6.
11       Q.  -- so this is your Plaintiff Fact
12    Sheet for this property; right?  And for
13    No. 5 what was the price of the home when
14    you purchased it?  You said $279,000 for
15    land?
16       A.  Yes.
17       Q.  And then $1.1 million in
18    construction; right?
19       A.  Yes.
20       Q.  Do you have any sort of
21    documentation of those construction costs?
22       A.  I submitted a lot of receipts in
23    that -- in that what they call the
24    supplemental -- you know the damage report?
25       Q.  Uh-huh?
```

**129**

1    A. I gave it a lot of receipts.
2    **Q. Are you sure about that?**
3    A. I'm sorry?
4    **Q. Are you sure about that?**
5    A. Sure about what?
6    **Q. That you gave a lot of receipts.**
7    A. With the -- what's the name of the
8    form that we gave in January -- in January
9    2019?
10   **Q. The Plaintiff Fact Sheet that**
11   we're looking at?
12   A. Yeah.
13   **Q. Well, I might be missing**
14   something, but I don't see any receipts
15   attached to this.
16   A. Yeah. Hang on. I have receipts
17   that I've probably -- so --
18   **Q. So you do have receipts that you**
19   believe you submitted?
20   A. Yeah. I mean, for these damages
21   in here, that's included in here, whatever
22   receipts that I have I submitted.
23   **Q. Okay. Well, you agree with me**
24   that what's in this binder, which I will
25   represent to you is what we were able to

**130**

1    download from the BrownGreer portal does
2    not contain any receipts; right?
3    A. Yes. There's no receipts in
4    here.
5    MR. DOYLE:
6    Object to the form of the
7    question.
8    EXAMINATION BY MS. VEITH:
9    **Q. So maybe you and your attorney can**
10   work after this deposition to locate where
11   these receipts are.
12   MR. DOYLE:
13   Which receipts in particular
14   are you requesting now? Because I
15   don't believe there was any
16   request for production for -- no,
17   there was for that, but not for
18   the construction of the home. I
19   don't think there's in the --
20   THE WITNESS:
21   Yeah. These are --
22   MR. DOYLE:
23   Hang on a second. Let me
24   talk. I don't believe that
25   there's a request for production

**131**

1    contained within the Plaintiff
2    Fact Sheet that would require
3    production of his construction
4    costs. If you want to make the
5    independent request, we can submit
6    it to the Court. It's
7    now well-beyond -- you are going
8    to have to get approval to get
9    that because you're well-beyond
10   what the rules of Civil Procedure
11   would allow.
12   MS. VEITH:
13   Well, if Mr. Gharib is
14   claiming loss dimunition and value
15   of his home, he needs to prove
16   what the value is. And, sure,
17   there's one appraisal, but the
18   construction costs would also show
19   the value so --
20   MR. DOYLE:
21   Construction costs were not
22   requested in the Plaintiff Fact
23   Sheet under any request for
24   production. If you're making an
25   independent request now, this is

**132**

1    not something that's where --
2    that's all over, but if it's
3    something you're making a request
4    for now -- I'm just noting for --
5    MS. VEITH:
6    Sure. Yeah. Documentation
7    for --
8    MR. DOYLE:
9    -- let me talk --
10   MS. VEITH:
11   -- the purchase price of the
12   home.
13   MR. DOYLE:
14   I'm noting for the record
15   this is a new request that's
16   independent of what's requested in
17   the three discovery documents that
18   were approved by Judge Fallon.
19   MS. VEITH:
20   I believe that Judge Fallon
21   approved documentation of the
22   purchase price of the home.
23   Mr. Gharib is attesting that the
24   purchase price of the home is $1.1
25   million in construction, there's

**133**

1   got to be some proof of that.  So
2   please produce the proof.
3   MR. DOYLE:
4       Again, this is a --
5   MS. VEITH:
6       Now --
7   MR. DOYLE:
8       -- let me state, again, this
9   is a new request for production
10  that's in addition to the
11  Plaintiff Fact Sheet.  There's
12  nothing in here that would require
13  him to document the construction
14  cost of the home.  He verified
15  this -- this Plaintiff Fact Sheet
16  has a Verification Page on that he
17  executed that says I hereby verify
18  that the responses to the
19  Plaintiff Fact Sheet are correct,
20  to the best of my knowledge.  He
21  provided the response.  There's
22  nothing beyond that.
23      Now, if you're making a new
24  independent request, we'll
25  entertain it.  We may even produce

**134**

1   records.  But we're not required
2   to by this.  And I'm just making a
3   note for the record because if we
4   have to revisit this in front of
5   Judge Fallon, I'm going to make
6   sure that the record reflects that
7   this is new.  So if there's an
8   attempt to try to shift costs of
9   the deposition to my clients, then
10  we've got a reason to object and
11  resist it.
12  MS. VEITH:
13      Well, I think there's plenty
14  of --
15  MR. DOYLE:
16      Carry on.
17  MS. VEITH:
18      -- reason to shift costs of
19  this deposition considering
20  everything we've discussed that
21  has not been produced.
22  EXAMINATION BY MS. VEITH:
23      Q.  For example, Mr. Gharib, we just
24  looked at Exhibit 14 through the Plaintiff
25  Fact Sheet and you represented to me that

**135**

1   there are receipts for these items of
2   damages, but we do not have those receipts.
3   So can you please get those receipts for
4   us?
5       A.  For the damages, but you --
6   earlier you were asking me about the cost
7   of the construction.
8       Q.  That's right.  We moved on now.
9       A.  And then when you asked me about
10  this, I said -- I went back and I said I
11  have receipts for this, this in here.  I
12  didn't say I had the receipts for -- I
13  submitted receipts for costs of
14  construction.
15      Q.  Okay.  That's right.  I'm asking
16  you about this now.  You did say that there
17  were receipts for this, right, the personal
18  property damage?
19      A.  Yeah.
20      Q.  But I don't have them.
21      A.  Sure.
22      Q.  Okay.  So I think we can pretty
23  easily defend shifting costs.
24  MR. DOYLE:
25      Great.  Then why don't we

**136**

1   suspend now and then we'll go
2   revisit that with Judge Fallon and
3   we can come back?  There's no
4   reason to carry on if that's how
5   we're going to go.  Let's go ahead
6   and suspend it.
7   MS. VEITH:
8       Mr. Doyle, you know what
9   documents are requested.  You
10  didn't provide them.  We are --
11  MR. DOYLE:
12      Objection.
13  MS. VEITH:
14      -- where we are.
15  EXAMINATION BY MS. VEITH:
16      Q.  Mr. Gharib --
17  MR. DOYLE:
18      You -- Rebekka, excuse me,
19  Ms. Veith, you have not been
20  involved in this litigation for
21  the past nine years.  With the new
22  firm now representing Knauf in
23  this case, I understand that you
24  haven't been involved and you
25  don't have the background

**137**

1    knowledge on this litigation.
2    But -- and even in this particular
3    case, you haven't been to a
4    hearing where I've attended to
5    argue any particular position.
6         The position of your
7    co-counsel has been that we should
8    have been compelled -- in fact,
9    they tried to issue a Show Cause
10   Order, have Judge Fallon issue a
11   Show Cause Order.  He didn't do
12   it.  He rejected both efforts
13   because they were -- they're not
14   proper under the rules.
15        The rules require that we
16   should produce all receipts that
17   were in the possession, custody,
18   or control of plaintiffs at the
19   time they executed those.  And in
20   those cases we made those
21   requests, they produced them.  The
22   ones that they had, they were able
23   to identify.
24        Now, we've asked them to make
25   an additional effort to find

**138**

1    documents and we will produce
2    those.  Again, this is the kind of
3    fight that we've been having at
4    every one of these depositions.
5    You make a request for in your
6    notice of deposition, we produce
7    what we can as quickly as we can
8    before the deposition, you object
9    to it on the record, even though
10   you requested it in Notice of
11   Deposition, which is, obviously, a
12   conflict.
13        But, again, we will just have
14   the plaintiffs in each instance
15   look for the documents that are
16   specifically requested, produce
17   them, if we can, to the extent
18   that we can.
19   MS. VEITH:
20        I'll move to strike
21   everything that you just said
22   after Ms. Veith because this is
23   not your deposition, nor is that
24   an objection.
25   EXAMINATION BY MS. VEITH:

**139**

1         Q.  Moving on, who did you purchase
2    the property from, Mr. Gharib?
3         A.  I don't recall that name exactly,
4    but it was like a company -- I don't know
5    the name.
6         Q.  Well, let's look at Tab 4, which
7    is Exhibit 11 to this deposition and Tab 4
8    is the Supplemental Plaintiff Profile Form.
9    And you submitted some exhibit with this?
10        A.  Tab 4, what page?  I'm sorry.
11        Q.  If you'll go to the first yellow
12   page?
13        A.  Yellow.
14        Q.  No.  No.  The tab is correct.
15   There's a yellow piece of paper.
16        A.  Okay.
17        Q.  Is this the Act of Cash Sale
18   Document, is this --
19        A.  Yes.
20        Q.  -- the instrument by which you
21   purchased the lot at your home that 4
22   Beresford Drive is on?
23        A.  Yes.
24        Q.  And it looks, to me, like you
25   purchased it from Metairie Club Gardens,

**140**

1    LLC; correct?
2         A.  Yes.
3         Q.  Is that your subdivision, Mr.
4    Gharib?
5         A.  Metairie Club Estates, yes.
6         Q.  Metairie Club Estates.  Okay.  So
7    you do live in a subdivision; right?
8         A.  I live in a subdivision, yes.
9             It's stated here Metairie Club
10   Estate
11   Subdivision, yes.
12        Q.  Did most of the homes in your
13   subdivision flood after Katrina -- during
14   Katrina?
15        A.  I'm sorry.  Say it again.
16        Q.  Did most of the homes flood --
17        A.  Yeah.  They all did.
18        Q.  -- during Katrina?  Okay.  Thank
19   you.  And you still reside at this
20   property --
21        A.  Yes.
22        Q.  -- at 4 Beresford Drive; right?
23        A.  Yes.
24        Q.  To the best of your knowledge,
25   when was the -- well, let me back up.

**141**

```
1    When did you discover that there was what
2    you believe to be Chinese drywall in this
3    property?
4         A.  So when I told you about the --
5    how we found out about the Chinese
6    Sheetrock in my commercial building, then I
7    went back and I started investigating, you
8    know, what's this Chinese Sheetrock?  What
9    does it do?  What's the symptoms of it.
10        And then it just struck me.
11   That's the same symptoms that I have in my
12   house, maybe I have it in my house.  Let me
13   investigate it and see, and that's how I
14   found out.
15        Q.  Can you remind me what these
16   symptoms are?
17        A.  The black soot on the receptacles,
18   the failing of my appliances, why did we
19   have appliances that fail all the time?
20   Why do we have -- why do we wake up with
21   sinus headache all the time?  I mean, what
22   was going on?  The smell that we had in the
23   second floor bathrooms where we don't use
24   them for a while, then come back and turn
25   the water on, we get this bad smell of
```

**142**

```
1    rotten eggs from this -- from us turning
2    the water on.  Then I say, you know, this
3    is all related to the same --
4         Q.  Okay.  So when did you first
5    notice that smell you talked about in the
6    bathrooms when you would turn the water on
7    after it hadn't been used for a while?
8         A.  I don't recall the exact date, but
9    that was maybe a year, two year after we
10   were living in the house.  And then we --
11   you know, we were having this issue with
12   the bad smell.  But, again, I did not
13   relate that to Chinese Sheetrock.  I did
14   not know.
15        Q.  Okay.
16        A.  I only knew this when I discovered
17   that Chinese Sheetrock in my commercial
18   building 2015, then I related to the
19   Chinese Sheetrock.
20        Q.  Okay.  What about the sinus
21   problem, same thing, like about a year or
22   two --
23        A.  Yes.
24        Q.  -- after you moved in?
25        A.  Yes.  Yes.  I actually had a --
```

**143**

```
1         MR. DOYLE:
2             Object to the form of the
3         question.  Go ahead.
4         THE WITNESS:
5             I did have an operation
6         actually, a sinus operation that
7         cleared up all my sinuses.
8    EXAMINATION BY MS. VEITH:
9         Q.  So after the sinus operation you
10   did not any longer experience sinus
11   problem?
12        MR. DOYLE:
13            Object to the form of the
14        question.
15        THE WITNESS:
16            I still have it.  I still
17        have sinus problem.
18   EXAMINATION BY MS. VEITH:
19        Q.  Okay.  What about appliances
20   failing, when did that start happening?
21        A.  All along since we lived in the
22   house.  Exact dates, I don't know.
23        Q.  And then what about the black soot
24   on the outlet, when did you first notice
25   that?
```

**144**

```
1         A.  I've noticed that in the house,
2    but I did not relate them to Chinese
3    Sheetrock in the beginning because I did
4    not know this was related to Chinese
5    Sheetrock.  When did I -- the exact date, I
6    don't know, but I noticed that all along in
7    my house.
8         Q.  Okay.  So after you determined
9    that you believed there was Chinese drywall
10   in your commercial property you
11   investigated whether there was drywall in
12   this property.  Did you find drywall?
13        A.  Yes.
14        Q.  Was Chinese drywall there?
15        A.  Yes.
16        Q.  Where did you find it?
17        A.  On the first floor right by my A/C
18   unit on the first floor.
19        Q.  And --
20        A.  Okay.
21        Q.  Did you document that at all?  Did
22   you take a picture?
23        A.  Yeah.  Of course.
24        Q.  Did you provide that picture to
25   your lawyer?
```

**36 (Pages 141 to 144)**

**145**

1  A. Yeah.
2  Q. So if I don't have any pictures of
3  drywall associated with this property, I
4  only have a movie, somehow the picture you
5  gave your lawyer just didn't get to me?
6  MR. DOYLE:
7  Object to the form of the
8  question.
9  THE WITNESS:
10  You say didn't get to you. I
11  don't know. I believe you.
12  EXAMINATION BY MS. VEITH:
13  Q. You submitted a picture --
14  A. Yeah.
15  Q. -- of drywall from the first
16  floor? Did you submit any other pictures?
17  A. I think there is a picture right
18  here, I saw it. Isn't that the picture of
19  my hands showing the soot on my hands when
20  you say it's not there, but it is here.
21  Q. Okay. But there's a picture of an
22  outlet; right?
23  A. Yeah. But isn't there a picture
24  of -- I don't know what's in here, but let
25  me see -- I don't know what is that a

**146**

1  picture of.
2  Q. Okay. Yes. If you go to Tab 5 --
3  A. Tab 5, okay.
4  Q. There's an Exhibit 2 to Tab 5,
5  which Tab 5 is Exhibit 12 to this
6  deposition.
7  A. Exhibit you said 1 through --
8  Q. Exhibit 2. So Exhibit 1 is an
9  appraisal?
10  A. Okay. So -- Yeah. That's --
11  Yeah. That's one picture.
12  Q. Is that the only picture you took
13  at your house at 4 Beresford Drive?
14  A. No. I have other pictures.
15  Q. Can you get them to us, please?
16  A. Sure.
17  Q. This shows us the wiring from an
18  electrical outlet; right?
19  A. Yes.
20  Q. But it doesn't actually show any
21  indication of drywall manufactured by my
22  client? Does there's no board of drywall
23  with Knauf markings in this photo; is
24  there?
25  A. No. Not in this photo.

**147**

1  Q. Okay. All this photo is is an
2  outlet showing blackening; right?
3  A. Yes.
4  Q. Now, you mentioned earlier that
5  you took a movie of some Chinese drywall;
6  right?
7  A. Yes.
8  Q. But you said the movie was at the
9  commercial property?
10  A. Yes.
11  Q. Okay. I'm going to show you that
12  because if you flip to -- go back to Tab 5,
13  Exhibit 12. Yes, you're in the right
14  place, you had Exhibit 2, which --
15  A. 2 forward.
16  Q. No, no, sir. Just turn the
17  pages. Exhibit 3 is a movie -- go back.
18  Look how under Exhibit 3 it says .mov file.
19  A. Yes.
20  Q. So this file that we're about to
21  look at was submitted with the 4 Beresford
22  Drive property. And we'll look at it, and
23  I'll get you to confirm for me that it was
24  actually taken at the commercial property.
25  Okay?

**148**

1  A. Yes.
2  MS. VEITH:
3  Can we go off the record for
4  one second so I can set it up?
5  (Off the record.)
6  EXAMINATION BY MS. VEITH:
7  Q. Mr. Gharib, I just inserted a CD
8  rom into this drive, which is a .mov file
9  that we downloaded from the BrownGreer
10  portal that was submitted with your 4
11  Beresford Drive property. It's a six
12  second video, and I'm about to click play.
13  (Whereupon a video was played.)
14  EXAMINATION BY MS. VEITH:
15  Q. What is this? What is this video
16  of, Mr. Gharib?
17  A. That's the writing on the
18  Sheetrock.
19  Q. And the Sheetrock is Sheetrock in
20  the attic --
21  A. Yeah.
22  Q. -- of your commercial property;
23  right?
24  A. Yeah.
25  Q. So this is not Sheetrock

**149**

1  associated with your home at 4 Beresford
2  Drive; right?
3      A. No.
4      **Q. I'm going mark this CD rom as**
5  Exhibit 14. So sitting here today, we
6  don't have any photos of drywall
7  manufactured by my client at your home in 4
8  Beresford Drive; right?
9      MR. DOYLE:
10         Object to the form of the
11         question.
12     THE WITNESS:
13         I don't see them here, no, in
14         your file here.
15  EXAMINATION BY MS. VEITH:
16     **Q. You mentioned that where you found**
17  the drywall was on the first floor on the
18  house. Did you find it anywhere else?
19     A. What do you mean in the rest of
20  the house or what do you mean?
21     **Q. Right. Did you go look upstairs?**
22  Did you look in the ceilings? Did you look
23  in another room?
24     A. No. I looked in the first floor,
25  that's it.

**150**

1      **Q. And then you found one piece and**
2  then you stopped your investigation?
3      MR. DOYLE:
4         Object to the form of the
5         question. You can answer.
6     THE WITNESS:
7         Yes. But the evidence of it
8         is everywhere, you know. So I
9         didn't have to go in and tear up
10        my house trying to find that was
11        Sheetrock. I found it one spot,
12        then I knew that I have it, you
13        know.
14        I didn't want to go in and --
15        the evidence of it is there. I
16        saw it in one place. That's
17        enough evidence for me to know
18        that there is Chinese Sheetrock in
19        my house.
20  EXAMINATION BY MS. VEITH:
21     **Q. This outlet that we just looked**
22  at, the photo of the outlet that's Exhibit
23  2 to Exhibit 12, where is the outlet
24  located in your house?
25     A. This outlet in the living room.

**151**

1      **Q. Downstairs?**
2      A. Downstairs in the great room, I
3  think it's in -- in my plans it says the --
4  I think it names that room as the great
5  room.
6      **Q. Did you ever have any repairs done**
7  to your plumbing system at your home at 4
8  Beresford Drive?
9      A. Yes, I did.
10     **Q. When was that, the first time you**
11  had a repair done?
12     A. I can't remember the exact date.
13  This is -- this was probably like, you
14  know, I'd say before we found out that
15  there is -- we have Chinese Sheetrock. At
16  one time I had a failing copper line that
17  was leaking and we did not know why it was
18  leaking.
19        I had to bring in somebody to
20  check with that -- I think it was like a --
21  they had what kind of equipment to check to
22  see what -- where did we have a leak
23  because the water was coming, you know,
24  from the garage attic, and then leaking,
25  you know, throughout my house. So this guy

**152**

1  had a detection device that found out that,
2  you know, it was this copper line that
3  was -- that deteriorated or failed, you
4  know, it was leaking. So I had the repairs
5  on the -- that's the type of repair that I
6  had.
7        And I've changed -- I've changed
8  two of my water heaters in that property
9  already. And I've changed -- I think -- I
10  don't know if it's one of two faucets
11  because of that.
12     **Q. When did you change the water**
13  heaters; do you remember?
14     A. Like I told you earlier, I can't
15  recall the exact date.
16     **Q. Do you still have the water**
17  heaters that you had?
18     A. I had one of them -- I have I
19  think one of them and they're still in the
20  attic in my house.
21     **Q. And what about any repairs to the**
22  electrical system?
23     A. As far as the wiring, no, but
24  failed appliances, yes, a lot. I mean, I
25  had failed appliances that we replaced.

**153**

1    Q. And when you replaced those
2  appliances, would you generally discard the
3  one you were replacing?
4    A. Yes.
5    Q. Where do you get your news, Mr.
6  Gharib?
7    A. TV, Internet.
8    Q. Do you subscribe to a newspaper?
9    A. No.
10    Q. Do you remember after Hurricane
11 Katrina if any of your neighbors had
12 property that they remediated that they
13 learned that was affected by Chinese
14 drywall?
15    A. Yes, I remember.
16    Q. Okay. When did you learn that
17 your neighbors had property that was
18 affected by Chinese drywall?
19    A. I can't remember the exact date.
20    Q. Was it more than five years ago?
21    A. Yeah. Probably, yes.
22    Q. Closer to maybe like ten years
23 ago?
24    MR. DOYLE:
25       Object to the form of the

**154**

1       question.
2    THE WITNESS:
3       I don't think it's ten years
4    ago, but I can't recall the exact
5    date.
6  EXAMINATION BY MS. VEITH:
7    Q. About -- was it maybe like five
8  years after Katrina --
9    MR. DOYLE:
10       Object to the form of the
11       question.
12  EXAMINATION BY MS. VEITH:
13    Q. -- or less than that?
14    A. I can't recall the exact date.
15  I'm sorry. I don't know.
16    Q. So when you learned that your
17 neighbors had issues with Chinese drywall
18 affecting their problem, you didn't
19 investigate at that time to see if there
20 was Chinese drywall at your home at 4
21 Beresford?
22    A. No, I did not.
23    Q. Why not?
24    A. Just didn't occur to me that I
25 would have Chinese Sheetrock.

**155**

1    Q. Is there a homeowner's association
2  for Metairie Club Estates?
3    A. Yes.
4    Q. Do you get notices from that
5  homeowner's association?
6    A. Yeah.
7    Q. Did you ever get any notice from
8  the homeowner's association of potential
9  problems with Chinese drywall?
10    A. No.
11    Q. And did you -- similar to my
12 question that I asked you about the South
13 Claiborne property, did you ever receive
14 any notice of a settlement in the mail --
15    A. No.
16    Q. -- related to Chinese drywall?
17    A. No.
18    Q. I'm going to mark this Exhibit 15.
19 This is a document that contains a list
20 of -- the first page says Supplier and
21 "Ship To" recipient Downstream InEX
22 Releases. And I'll represent to you that
23 InEx is an abbreviation or Interior
24 Exterior. So if you will turn to Page 6 --
25    A. So what is this document?

**156**

1    Q. It's a document that lists people
2  who are provided releases from Interior
3  Exterior, a supplier of Chinese drywall.
4    A. Okay.
5    Q. If you turn to Page 6 --
6    A. 6, 7.
7    Q. They're up at the top, the page
8  numbers.
9    A. 6.
10    Q. This one says Contractor, Et
11 Cetera, and "Ship To" Downstream InEx
12 Releases.
13    A. Uh-huh.
14    Q. Do you see that?
15    A. Yeah.
16    Q. If you'll flip to the next page --
17 we'll come back to this document actually,
18 but this is going to be Exhibit 15. Do you
19 know your neighbor at 13 Beresford Drive?
20    A. Yeah, I'm looking at this. I
21 can't -- I don't know who -- who's that, I
22 don't know, 13. I don't know whose on 13,
23 no.
24    Q. But you see here how someone at 13
25 -- there was drywall from InEx shipped to

**157**

1    13 Beresford Drive?
2        A.  Yes.
3        Q.  **It's about 1, 2, 3, 4, 5 -- 15**
4    lines up from the bottom.
5        A.  Yeah.  Almost to the bottom third
6    of the page.
7        Q.  **Uh-huh.  You don't know who lived**
8    at that address?
9        A.  No.
10       MR. DOYLE:
11           Object to the form of the
12       question.
13   EXAMINATION BY MS. VEITH:
14       Q.  **But that's pretty close to your**
15   house on your street; right?
16       A.  Yes.
17       MR. DOYLE:
18           Object to the form of the
19       question.
20   EXAMINATION BY MS. VEITH:
21       Q.  **You don't remember a neighbor of**
22   yours at 13 Beresford Drive ever mentioning
23   they received a settlement related to
24   Chinese drywall?
25       MR. DOYLE:

**158**

1           Object to the form of the
2       question.
3    EXAMINATION BY MS. VEITH:
4        Q.  **Can you give me a verbal answer**
5    for the record?
6        A.  So I don't know whose Jerry -- I
7    can't pronounce his last name -- I don't
8    know who lives in there.  I can't picture
9    the house.  I don't know where is 13
10   Beresford Drive.  And you say they made a
11   settlement, I don't know.
12       Q.  **So you don't remember hearing from**
13   any neighbors that they ever received a
14   settlement related to Chinese drywall?
15       A.  I don't know --
16       MR. DOYLE:
17           Object to the form of the
18       question.
19       THE WITNESS:
20           I don't know anything about
21       this.  But what I see here it says
22       13 Beresford Drive, all I know
23       about this is that this is the
24       first time I hear that these guys
25       are -- they had a settlement?

**159**

1        MS. VEITH:
2        Yes.
3    THE WITNESS:
4        This is the first time I hear
5    it right here, right now.  I don't
6    know who that is.  I can't picture
7    the house.  I don't know anything
8    about this, no.
9    EXAMINATION BY MS. VEITH:
10       Q.  **Okay.  What damages are you**
11   alleging that you suffered related to 4
12   Beresford Drive, Mr. Gharib?
13       A.  The personal damages that's listed
14   in here that I see there, that's personal
15   damages.
16       Q.  **So the items on the personal**
17   property damage chart that's Exhibit 14 to
18   the Plaintiff Fact Sheet, that's the damage
19   you're claiming?
20       A.  Yeah.  That's the one that I gave,
21   yes.  That's the personal damage, yeah.
22       Q.  **Are you claiming loss of use**
23   damages for your house?
24       A.  Loss of use, this is the damages
25   that I -- this is the personal damages that

**160**

1    we have, we claim that we have.  And then I
2    wanted the house to be repaired, the
3    damages that was in the house.
4        Q.  **Okay.  So let's go through this**
5    list starting with No. 1.  And is it
6    correct if I understand that for all of
7    these items No. 1 through 35 you never got
8    a professional opinion that they were
9    damaged by Chinese drywall, it's just your
10   belief or understanding that they were or
11   will be damaged by Chinese drywall?
12       A.  The ones that it says damaged and
13   replaced, you know, they were replaced.  So
14   the ones that are still there, that doesn't
15   say replaced, they are still in there and I
16   believe that is damaged by Chinese
17   Sheetrock.
18       Q.  **Okay.  And I understand that.  But**
19   that's solely based on your belief --
20       A.  Yes.
21       Q.  **-- not on someone outside telling**
22   you --
23       A.  Yes.
24       Q.  **-- that these damages caused by**
25   Chinese drywall?

**161**

1     A.  Yeah.  These, like I said, I
2  believe, yeah, so that means that I --
3     Q.  Okay.  So you have some receipts
4      you think for the items on this
5  list --
6     A.  Yes.
7     Q.  -- but they aren't here behind the
8  list --
9     A.  Yeah.
10    Q.  -- in this exhibit; right?
11    A.  Yes.
12    Q.  Okay.  So the first is a 55-inch
13  Samsung TV that was damaged and replaced.
14  The value was $950.  Do you still have that
15  TV or did you dispose of it?
16    A.  No.  We disposed of it.
17    Q.  Do you remember when?
18    A.  No.
19    Q.  Was it more than five years ago?
20    A.  Probably, yes.
21    Q.  Is the next one is a 55-inch Sony
22  TV for $1,500 that's damaged and replaced.
23  Did you dispose of that one?
24    A.  Do I still have that one?
25    Q.  Right.

**162**

1     A.  No.  Yeah, it says replaced.  I
2  don't have it.
3     Q.  Okay.  And replaced is a little
4  different than discarded, so just for the
5  record --
6     A.  Oh, okay.
7     Q.  -- I'm going to ask you if you
8  still have the TV.
9     A.  No.  When I say damaged and
10  replaced, I don't have -- I don't have the
11  damaged one.  I don't keep the damaged one.
12  I just discard it.
13    Q.  Okay.  Do you remember when you
14  discarded the 55-inch Sony TV?
15    A.  No.
16    Q.  Was it more than five years ago,
17  less than five years ago?
18    A.  Probably, yeah.
19    Q.  Probably less?
20    A.  Not less than five years ago.
21    Q.  Sony Blue Ray DVD and Samsung Blue
22  Ray DVD, that's two different DVD players
23  for a total of 1,200 -- $1,225; right?
24    A.  Yeah.  The first one, you know,
25  says damage and replaced.  But the second

**163**

1  one doesn't say replaced.
2     Q.  Okay.  So you're not sure how much
3  the one you replaced is cost and how much
4  the one you have costs --
5     A.  Yeah.
6     Q.  -- but together you think was
7  $1,205?
8     A.  I might have -- I think I might
9  have them separate, but I list them
10  together here.
11    Q.  And you might have receipts
12  showing they're separate prices?
13    A.  Yes.
14    Q.  No. 4, Whirlpool Cabrio washing
15  machine that was damaged and replaced, do
16  you remember when you replaced that?
17    A.  I can't recall the exact dates.
18    Q.  Was it more than five years ago?
19    A.  I can't give an exact date.  I'm
20  sorry.  I can't remember.
21    Q.  Okay.  The No. 5 Kenmore Elite
22  washing machine for $1,200, that's the one
23  you still have?
24    A.  Yes.  Now, yes.
25    Q.  And is it still working?

**164**

1     A.  Yes.
2     Q.  Has it ever had to be repaired?
3     A.  Yes.
4     Q.  When?
5     A.  I think we had it maybe four or
6  five months ago, that I know of maybe.
7     Q.  Okay.  So and is that the only
8  time this has been repaired?
9     A.  Yes.
10    Q.  No. 6 is the Thermador built-in
11  stainless steel dishwasher for $2,200.  Has
12  that ever had to be repaired?
13    A.  Yes.
14    Q.  Recently?
15    A.  Tell you the truth, this one in
16  here, we don't have it.  I think we
17  replaced this one.
18    Q.  Okay.
19    A.  What I have there is a Bosch, and
20  I forgot to put that in there.  But that's
21  not it, no.
22    Q.  Okay.  No. 7 is a Thermador
23  built-in stainless steel microwave for
24  $1,450?
25    A.  Again, this is -- again, this is

**165**

```
 1    replaced.
 2        Q. Replaced?
 3        A. We don't have that.
 4        Q. Yeah. Do you remember when you
 5    replaced that dishwasher or that microwave?
 6        A. I don't remember. I don't
 7    remember the exact dates, no.
 8        Q. More than five years ago?
 9        A. Could be. I can't remember the
10    exact dates.
11        Q. Okay. 8 is the Thermador built-in
12    refrigerator model for $10,530. Is that
13    still working?
14        A. Yes.
15        Q. Has it had to be repaired?
16        A. I had some repairs on this, but --
17        Q. Do you remember when?
18        A. Again, no.
19        Q. No. 9 Thermador built-in -- a
20    bunch of letters and numbers, electric
21    convection double oven $5,899. Do you
22    still have that oven?
23        A. Yes, I still.
24        Q. Is it still working?
25        A. Yes.
```

**166**

```
 1        Q. Has it ever had to be repaired?
 2        A. No, I don't think so.
 3        Q. Okay. No. 10 is InSinkErator
 4    1 HP garbage disposal for $399. Do you
 5    still have that?
 6        A. Yes.
 7        Q. Is it still working?
 8        A. Yes.
 9        Q. Has it ever had to be repaired?
10        A. No.
11        Q. No. 11 is a desktop Dell with a
12    24-inch monitor and a speaker system for
13    $4,200. Do you still have that computer?
14        A. Yes.
15        Q. Is it still working?
16        A. Yes.
17        Q. Has it ever had to be repaired for
18    what you think or what you understood is an
19    electrical problem as opposed to, you know,
20    an internal computer problem?
21        A. No. It hasn't been repaired, but
22    I think I -- this is -- I mean, now as I
23    recall, this is not the only one that's a
24    replacement. But I could tell you one
25    thing, you know, you guys are lucky because
```

**167**

```
 1    we did not know till late 2015 because we
 2    kept -- we didn't -- we don't have records
 3    of everything that failed and kept track of
 4    it. This is what I recall and I miss a lot
 5    of it. Why? Because I did not know.
 6        Q. Okay. No. 12 is a desktop HP with
 7    a 19-inch monitor with the speaker system
 8    for $3,800.
 9        A. Yes.
10        Q. Do you still have that computer?
11        A. Yes. Yes.
12        Q. Has it ever had to be repaired for
13    electrical problem?
14        A. No.
15        Q. Okay. No. 13 is an Epsom
16    all-in-one printer for $250. Do you still
17    have that?
18        A. Yes.
19        Q. Has it ever had to be repaired?
20        A. No.
21        Q. No. 14 is a Brother printer for
22    $229. Do you still have that?
23        A. Yes.
24        Q. Has it ever had to be repaired?
25        A. No. And if I may add on these
```

**168**

```
 1    printers they don't -- you don't repair
 2    them, you just toss them away. They're not
 3    worth repairing.
 4        Q. So they're working well enough
 5    that you have not yet wanted to toss away;
 6    right?
 7        A. But I can tell you that I have
 8    replaced them many times, and I've had
 9    printers, many of them. And I toss them
10    away, get a new one, because they're not
11    worth repairing. You don't repair that.
12        Q. Yeah. That's a pretty common
13    printer problem; right?
14        A. The ink cartridge cost more than
15    the printer itself.
16        Q. I agree with you. I hate that on
17    printers. But I think -- do you agree with
18    me it's fairly standard to have to replace
19    printers fairly often?
20        A. I did replace them, yes. And I
21    did not keep track of what I replaced
22    unfortunately because --
23        Q. No. 15 is a Semacon S-2500 bill
24    counter --
25        A. Yes.
```

**169**

1    Q. -- for $2,250. Do you still have
2    that?
3    A. Yes.
4    Q. Is that something that you plug
5    into the wall?
6    A. Yes. This bill counter is not
7    like your regular bill counter, you know.
8    This one, this is a bill separator, so I
9    get my money from these exchanges and I put
10   them in there and it separates the ones,
11   the fives, and puts them in the right
12   orientation and all of that so that's why
13   it's --
14   Q. Is it still working?
15   A. Yes.
16   Q. No. 16 is two Aladdin --
17   A. But I did the repair on this -- on
18   this machine and looked at that.
19   Q. Do you remember when you repaired
20   it?
21   A. This probably, I'd say within --
22   around a year, could be more than a year,
23   could be less than a year, but it's
24   somewhere around there.
25   Q. Okay. No. 16 is two Aladdin

**170**

1    chandelier light lift 300 pound max
2    capacity, 1,250 each, for a total of
3    $2,500. Do you still have those chandelier
4    light lifts?
5    A. Yeah.
6    Q. And what is a light lift exactly?
7    A. In my house I have all these big
8    chandeliers and we don't want to -- I did
9    show your inspector when I went out with
10   him with the attic and I showed him these
11   motors that brings the chandeliers all the
12   way down to the floor to clean them and
13   then it sends them back up, it's a lift.
14   It brings the chandelier down to the floor,
15   you clean it up, and then you press a
16   button, and it goes all the way up.
17   Q. And it's still working?
18   A. Yeah. I have two of them.
19   Q. No. 17, if you flip the page, two
20   garage door motor openers, $285 each for
21   $569. Is that like a remote?
22   A. It's a motor, it's garage door
23   motor.
24   Q. It's for the garage door?
25   A. Yeah.

**171**

1    Q. And you still have those motors?
2    A. Yes.
3    Q. And are they still working?
4    A. Yeah. But I think I -- now, like
5    I told you, I think I have replaced -- I
6    think I replaced -- I don't know if it's
7    both of them or one of them.
8    Q. No. 18 is A/V and alarm equipment
9    rack and accessories. And you said see
10   attached invoices and it even has the
11   numbers?
12   A. Yeah.
13   Q. We just don't have them.
14   A. Like I told, you when I --
15   Q. Uh-huh. And that's a combined
16   cost of $9,565.13. Do you still have that
17   A/V alarm equipment and the accessories?
18   A. Yes. Some of them, yeah.
19   Q. And it's still working?
20   A. Some of it, yeah.
21   Q. For the part that's not working,
22   do you still have it or did you get rid of
23   it?
24   A. No. I don't have it. Anything
25   that failed to work, I don't -- I did not

**172**

1    keep.
2    Q. Okay. No. 19 is Lite Touch
3    Automation Computer Modules and Control
4    Stations for $29,258.97. Do you still have
5    those computer modules and control station
6    switches?
7    A. Yes.
8    Q. Are they still working?
9    A. Yes.
10   Q. No. 20 is ceiling speakers for
11   $6,193.17.
12   A. Yes.
13   Q. Do you still have those speakers?
14   A. Yes.
15   Q. Are they still working?
16   A. Yes.
17   Q. Okay. No. 21 is released lights,
18   (Housing and trim out) bathroom fans, smoke
19   alarm, under cabinet lights for a total
20   $500 six thousand dollars -- $5,670.26. Do
21   you still have all of those lights, fans,
22   smoke alarms?
23   A. Yes.
24   Q. And they're still working?
25   A. Yes.

**173**

1       **Q. No. 22 chandeliers and light bulbs**
2  for $9,056.69.  Do you still have those
3  chandeliers and light bulbs?
4       A. Yes.
5       **Q. Are they still working?**
6       A. Yes.
7       **Q. No. 23 is two five-ton and one**
8  10-ton Trane A/C units --
9       A. Yeah.
10       **Q. -- for $22,500.  Do you still have**
11  those A/C units?
12       A. Yeah.  Go back and -- I wanted to
13  add, you know, something in here.  They are
14  still working on the previous items you
15  mentioned, all these electrical, the
16  chandeliers, the recessed light there, all
17  of these, but they all have signs of
18  tarnished copper.  Like I showed in the
19  picture you saw, that copper -- that
20  receptacle we saw, that's not usable
21  anymore.  They work now, but if I had to
22  repair the house, I'm not going to put that
23  back in there.
24       **Q. Is that receptacle associated with**
25  the chandelier?

**174**

1       A. No.  But this is part of the
2  electrical system that's in the house.  You
3  know, the house has an electrical system,
4  the electrical system is the copper wiring.
5  It is the fixtures.  These fixtures, they
6  have copper wiring and they're all
7  tarnished.  That's why we list them in
8  here.
9       **Q. Okay.**
10       A. So these, I can't put back now,
11  you know.
12       **Q. But right now, they're in the**
13  house and they're working?
14       A. Right now, yeah, they're working,
15  but that doesn't mean -- when I say they're
16  working, I don't want anybody to
17  misunderstand that they -- they not
18  damaged, they're working, but they're
19  damaged, but they're working -- still
20  working.
21       **Q. You believe they're damaged?**
22       A. Yeah.  Sure.
23       **Q. Okay.  So the A/C units that we**
24  talked about, No. 23, you still have those?
25       A. Yes.

**175**

1       **Q. And they're still working?**
2       A. Yes.
3       **Q. Have they been repaired?**
4       A. Yes.
5       **Q. Do you have documentation of those**
6  repairs?
7       A. Especially with my house because
8  it's not -- if I would keep something, I'll
9  keep it for tax purposes in my house.  I
10  usually don't keep them because I can't
11  claim anything for my personal use.  So if
12  I have them I'll produce them.  If I
13  don't --
14       **Q. Okay.  24 is three 50-gallon A.O.**
15  Smith gas water heaters and one electric
16  50-gallon Whirlpool water heater for
17  $3,600.  Do you still have all of those
18  heaters?
19       A. That Whirlpool we have replaced.
20  Well, that's a replacement.  I'm sorry,
21  correction.  It's a replacement -- the
22  Whirlpool is the replacement to the one
23  that I had before.  And one of the A.O.
24  Smith I've replaced and it's still there in
25  the attic.

**176**

1       **Q. Okay.  25, media room and outdoor**
2  fiber optic lights, (illuminator wheel
3  installed outside (sic) home) for
4  $5,983.96.  Do you still have the media
5  room and fiber optic lights?
6       A. Yes.
7       **Q. And are they still working?**
8       A. Yes.
9       **Q. 26, Beam built-in vacuum system**
10  for $1,558.40.  Do you still have that
11  vacuum system?
12       A. Yes.
13       **Q. Is that still working?**
14       A. Yes.
15       **Q. 27 is six 1,000 foot 12/2 Romex**
16  copper wire, $267 per thousand feet, Coax
17  cables, speaker wire, CAT 5 wire, RG6 wire,
18  all of that for a total of $3,277.21.  Do
19  you still have all of that wiring and
20  cable?
21       A. Yes.
22       **Q. Is it still working?**
23       A. Yes.
24       **Q. No. 28 is a Thermador 36-inch vent**
25  hood model HNW36YS for $1,532.94 (sic).  Do

**177**

1  you still have that vent hood?
2      A.  Yes.
3      Q.  Is it still working?
4      A.  Yes.
5      Q.  No. 29 is Thermador 1,400CFM
6  blower model #VTR1400Q for $711 and $70 --
7  $711.70.  Do you still have that blower
8  model?
9      A.  Yes.
10     Q.  Is that still working?
11     A.  Yes.
12     Q.  30 is Thermador cooktop Pro model
13 $2,463.70.  Do you still have that cook top
14 model?
15     A.  Yes.
16     Q.  Is that still working?
17     A.  Yes.
18     Q.  31, door handles, hardware, all in
19 satin nickel, $3,555.76.  Do you still have
20 all of the door handles?
21     A.  I have some of them failed --
22 going back, you know, the Thermador cook
23 top, it has its own problem.  The blower,
24 Thermador has its own problem, but they're
25 still working.  When they completely

**178**

1  failed, then they will be tossed away and
2  replaced but --
3      Q.  Okay.  And 32 is Control4 home
4  automation for $45,312 and $39 --
5      A.  Yeah.
6      Q.  -- do you -- Did we talk about
7  home automation in --
8      A.  Yeah.  It's my house too, I have,
9  yeah.  It's in my building and I have it in
10 my house.
11     Q.  Oh, okay.
12     A.  Yeah.
13     Q.  And you still have that system in
14 your house?
15     A.  Yes.
16     Q.  And it's still working?
17     A.  Yes.  And I can tell you now I
18 remember, I replaced that controller on
19 this house, I think it would be a couple of
20 times.  Like I said earlier, you know, I
21 did not document what I replaced in the
22 house because I -- we did not know.
23     Q.  Okay.  So and for No. 31, the door
24 handles, do they have visible damage on
25 them?

**179**

1      A.  No.  Not at a -- No.
2      Q.  So what is the damage that you're
3  alleging that they have?
4      A.  They failed to work, you know, the
5  springs, the inside, you know, they failed
6  to work.
7      Q.  Springs inside the doors?
8      A.  Yeah.  They don't operate anymore.
9  Now, I have the ones to my -- to my garage,
10 to my kitchen just does not operate.  You
11 know, the one in my pantry does not work.
12 The ones that -- there's a bunch of them
13 that don't operate, you know, why they
14 stopped working.
15     Q.  But those aren't connected to your
16 electrical system; right?
17     A.  No.  But they have -- but they
18 have -- I've listed them because they
19 have -- they have nickel in them and
20 Chinese Sheetrock damages nickel, copper,
21 and all of these kind of material.
22     Q.  Okay.  34, I think you sort of
23 explained the question I was going to ask,
24 40 nickel plated cabinet knobs for $643.36.
25 Those don't have visible damage; right?

**180**

1  You just listed them because you think they
2  may one day?
3      A.  They don't have visible damage,
4  no.
5      Q.  Okay.  And then 35, one 400-amp
6  Square D Main and two 200-amp Square D, and
7  then installation of lighting and
8  electrical system for $18,250.  Do you
9  still have that?
10     A.  Yes.
11     Q.  Those amps in the electrical --
12 lighting and electrical system?
13     A.  Yes.
14     Q.  And they're still working?
15     A.  Yes.
16     Q.  And you understand the total of
17 that personal property damage to be
18 $231,600 -- $231,668.65?
19     A.  Yes.
20     Q.  Okay.  Are you also claiming
21 damages for diminution of your home's
22 value, Mr. Gharib?
23     A.  The value of my house, it's
24 definitely affected by that Chinese
25 Sheetrock.  Nobody would buy a house that

**181**

1  has Chinese Sheetrock now.  How much is it
2  damage?  We have to bring in appraisal and
3  appraise it, knowing that this house has
4  Chinese Sheetrock.
5      **Q. And you haven't done that yet?**
6      A. No.  No.
7      **Q. So you don't know how much, if**
8  any, dimunition of value dimunition you
9  would have?
10      A. I don't have a value by an expert,
11  no.
12      **Q. Okay.  If you turn to Tab 5 in**
13  this binder, which is --
14      A. 5.
15      **Q. -- which is Exhibit 12, you**
16  attach -- well, Page 2 of this document
17  says that you had appraisals on the home on
18  April 17th, 2009 and July 27th, 2011?
19      A. Yes.
20      **Q. And if you turn, get to the end of**
21  that -- the actual Plaintiff Fact Sheet,
22  keep going, keep going.
23      A. All the way to the end?
24      **Q. Well, not all the way to the end,**
25  just all the way to the end of the document

**182**

1  cause -- keep going, one more page, Exhibit
2  1 to this document, you attach an appraisal
3  as of 7/27/2011; right?
4      A. Yes.
5      **Q. Do you still have your 2009**
6  appraisal?  I'll represent to you it's not
7  attached to Exhibit No. 12.
8      A. No.
9      **Q. You don't have it?**
10      A. I think I have it.
11      **Q. Can you provide that to your**
12  attorney if you do have it?
13      A. Sure.
14      **Q. Okay.  So this appraisal, if you**
15  turn to the third page is --
16      A. To the third page?
17      **Q. Yes.  It values your home at**
18  $1,015,000; right?
19      A. Yes.
20      **Q. Is that value where you got the**
21  estimate of 1.1 million in construction
22  costs for the value of your home, or did
23  you actually spend $1.1 million
24  constructing the home?
25      A. Repeat the question again, please.

**183**

1      **Q. Okay.  Did you use this number to**
2  estimate the construction cost for building
3  your home?
4      A. No.  This is an appraised value of
5  what the appraiser appraised my home.
6      **Q. Okay.  And you don't know how**
7  much --
8      A. This has no relation to what I
9  spent on the house.
10      **Q. Okay.  And you don't how much you**
11  think the home has diminished in value from
12  this appraisal as a result of the alleged
13  Chinese drywall; right?
14      A. No.  I don't know.
15      MS. VEITH:
16          If we can go off the record I
17      think that might be it.
18      (Off the record.)
19  EXAMINATION BY MS. VEITH:
20      **Q. I think that you answered this --**
21  I just want to clarify -- you don't
22  remember who supplied the Sheetrock for
23  this home; right?
24      A. I think it's Interior Exterior.
25      **Q. You think, you don't remember for**

**184**

1  sure?
2      A. I can't say for hundred percent,
3  no.
4      **Q. Do you remember if there was the**
5  same as it with your commercial property
6  where you called Interior Exterior and
7  ordered the Sheetrock and it was delivered
8  to your home?
9      A. Say that again.  I'm sorry.
10      **Q. So as I understood you to testify**
11  about the commercial property the way that
12  you obtained the Sheetrock was that you
13  called Interior Exterior and you arranged a
14  delivery, which you believe you paid for by
15  check and that's how you obtained the
16  Sheetrock?  Do you think that balance was
17  the same for the Sheetrock for your home?
18      A. So again, yes, I would -- the way
19  that I would purchase that Sheetrock was
20  call it in, order it, pay for it by check,
21  most probably.  The exact details of that
22  event, how did I do it, I can't recall, but
23  that's what I would do.  That's what I'm
24  telling you, I probably did the same thing
25  in the commercial building and I did the

**185**

1    same thing in the house.  And I deal with
2    Interior Exterior a lot of times, even
3    now.
4         Q.  Okay.  And did you have -- you did
5    labor helping you actually install the
6    Sheetrock?
7         A.  I did not do it.  An installer did
8    it.
9         Q.  Okay.  Were you there when it was
10   installed?
11        A.  In the house or in the building.
12        Q.  In the house.
13        A.  Okay.  I think I was there,
14   yeah.
15        Q.  And were you there when it was
16   installed in the building?
17        A.  Yeah, I remember.  I even remember
18   these guys -- these guys were not from
19   here.
20        Q.  And do you remember observing at
21   the time that the Sheetrock was installed,
22   the manufacturer of the Sheetrock?
23        A.  Nobody had any idea back then.
24   When did they find out?  I'm not trying to
25   ask you a question.  But they found out --

**186**

1    this was not found out until -- not in 2006
2    that there was a problem with Chinese
3    Sheetrock.  It was way after that, so even
4    if they see it, and if it's Chinese,
5    everything now is Chinese.  The clothes
6    that I'm wearing is Chinese.
7         Q.  Well, similar to what we asked for
8    with respect to commercial property, to the
9    extent that you have any documentation of
10   your purchase of Sheetrock or drywall for
11   your home, if you could provide that to
12   your attorney, please?
13        A.  Right.
14        Q.  To the extent you have it,
15   understanding everything that you have said
16   about how long ago it was and not keeping
17   things, but if you have it --
18        A.  Especially in my house.
19        Q.  Right.
20        A.  You know, like I told you, you got
21   to remember in my house I did not keep -- I
22   had some record, but a lot of records I
23   don't -- I did not keep because it's not
24   for tax purposes.  Especially now, I got so
25   many documents I have no use for them.  I

**187**

1    can't keep them.
2         MS. VEITH:
3              Okay.  Well, thank you for
4    your time, Mr. Gharib.
5    THE WITNESS:
6         Thank you.
7    MS. VEITH:
8         That's all I have for you.
9    THE WITNESS:
10        Thank you.
11        (Whereupon this deposition was
12   concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25

**188**

1              REPORTER'S PAGE
2         I, MICHELINE COSSE' BURAS, Certified
3    Court Reporter in and for the State of
4    Louisiana, the officer, as defined in Rule
5    28, of the Federal Rules of Civil Procedure
6    and/or Article 1434 (B) of the Louisiana
7    Code of Civil Procedure, before whom this
8    sworn testimony was taken, do hereby state
9    on the record;
10        That due to the interaction in the
11   spontaneous discourse of this proceeding,
12   dashes (--) have been used to indicate
13   pauses, changes in thought, and/or
14   talkovers; that same is the proper method
15   for a court reporter's transcription of
16   proceedings, and that the dashes (--) do
17   not indicate that words or phrases have
18   been left out of this transcript; that any
19   words and/or names which could not be
20   verified through reference material have
21   been denoted with the phrase "(spelled
22   phonetically)."
23
     _____
24   MICHELINE COSSE' BURAS, CCR, RPR
     Certified Court Reporter
25   Registered Professional Reporter
              REPORTER'S CERTIFICATE

**189**

1      This certification is valid only for a
transcript accompanied by my original
2   signature and original seal on this page.
3      I, MICHELINE COSSE' BURAS, Certified
Court Reporter, in and for the State of
4   Louisiana, as the officer before whom this
was taken, do hereby certify that JAWAD
5   GHARIB, after having been duly sworn by me
upon authority of R.S. 37:2554, did testify
6   as hereinbefore set forth in the foregoing
188 pages;
7
    That this testimony was reported by me
8   in the stenotype reporting method, was
prepared and transcribed by me or under my
9   personal direction and supervision, and is
a true and correct transcript, to the best
10  of my ability and understanding;
11     That the transcript has been prepared
in compliance with transcript format
12  guidelines required by statue or by rules
of the board and I am informed about the
13  complete arrangement, financial or
otherwise, with the person or entity making
14  arrangements for deposition services; that
I have acted in compliance with the
15  prohibition on contractual relationships,
as defined by Louisiana Code of Civil
16  Procedure Article 1434 and in rules and
advisory opinions of the board;
17
    That I have no actual knowledge of any
18  prohibited employment or contractural
relationship, direct or indirect, between a
19  court reporting firm and any party litigant
in this matter nor is there any such
20  relationship between myself and a party
litigant in this matter;
21
    I am not related to counsel or to the
22  parties herein, nor am I otherwise
interested in the outcome of this matter.
23

24  _____
Micheline Cosse' Buras, CCR, RPR
Registered Professional Reporter, LA #88024
25

**A**

**A.O** 75:4 175:14
175:23
**A/C** 38:19,20,22
38:23 39:2
53:17 54:4,13
55:17 56:2,23
64:25 65:2,8
68:8 144:17
173:8,11 174:23
**A/V** 171:8,17
**abbreviation**
155:23
**ability** 99:10
189:10
**able** 59:18 129:25
137:22
**above-mentioned**
6:3
**acceptor** 78:1
**accessories** 171:9
171:17
**accompanied**
189:1
**accurate** 30:7
**acquire** 22:5
**Act** 24:2,8 139:17
**acted** 189:14
**actual** 115:11
181:21 189:17
**add** 79:7,17
167:25 173:13
**addition** 133:10
**additional** 24:22
50:17 137:25
**address** 11:11
12:7 15:19
16:22 118:6
123:3 126:1
157:8
**adequate** 95:5
**administering**
5:25
**adult** 100:8
**advisory** 189:16
**ago** 6:22 35:14
55:10,11,11,12
60:6,8 61:1 62:4
62:16 82:20
84:21 114:4,15
153:20,23 154:4
161:19 162:16
162:17,20
163:18 164:6

165:8 186:16
**agree** 129:23
168:16,17
**agreed** 5:2 92:14
**ahead** 8:25 67:23
110:8 136:5
143:3
**air** 35:1 48:11,14
48:23 49:3,6
53:19 64:20
68:9 84:2
**al** 1:7,8
**Alabama** 2:5
**Aladdin** 169:16
169:25
**alarm** 35:8 84:3
171:8,17 172:19
**alarms** 172:22
**all-in-one** 167:16
**allege** 42:18
**alleged** 51:7 52:8
183:12
**alleging** 52:7
54:11 57:23
58:13,25 65:16
78:4 159:11
179:3
**allow** 131:11
**allowed** 12:21
107:10,15 108:2
109:7
**Amended** 17:21
17:24 18:4,16
18:20 21:3
**amount** 58:9
**amps** 180:11
**analyzing** 8:22
**and/or** 188:6,13
188:19
**announcer** 84:8
**answer** 7:11,22
14:20 36:24
37:1,3 43:5
44:22 45:3 66:2
66:23 87:7
93:18 95:13
97:21 100:21
101:16,18
102:19 103:1
104:9 106:1,6
107:2 108:10
110:4,21 113:21
118:16 122:5
150:5 158:4
**answered** 100:15

100:16,17
101:12,14
103:10 105:1
108:13 120:15
183:20
**answering** 120:13
**anybody** 103:11
174:16
**anymore** 54:8,18
173:21 179:8
**apartment** 13:14
15:21 16:24,25
16:25 31:1,12
31:13 32:4,6
34:5,7,10 41:15
41:19,22 48:13
48:15 55:9
56:18,19,20,22
59:24 60:1 61:1
61:6 62:17 63:7
63:14 74:21
96:17 97:25
101:25 123:7,7
123:8 124:1
**apartments** 9:24
12:8 13:11 28:4
28:18 32:13,20
40:21 41:12
57:19 60:21
116:7 117:24
118:7 120:4,16
**Appearances** 2:1
3:4
**appliances** 35:5
38:1 39:6,7
58:17 65:23
78:13 97:23
102:3 141:18,19
143:19 152:24
152:25 153:2
**appraisal** 47:6,7
47:10,11,15
88:23,25 89:12
89:15,20,24
91:1,4,22 92:1,5
92:12 93:1
97:17 108:7,17
110:9 131:17
146:9 181:2
182:2,6,14
183:12
**appraisals** 181:17
**appraise** 181:3
**appraised** 106:22
109:3 110:17

183:4,5
**appraiser** 93:1,14
94:8 95:3,8 96:3
101:21 108:8,20
109:1 110:15,15
183:5
**appraiser's** 97:18
**appreciate** 98:10
121:7
**appropriate** 93:5
109:18
**approval** 131:8
**approved** 132:18
132:21
**April** 181:18
**argue** 137:5
**argumentative**
104:8
**arranged** 184:13
**arrangement**
189:13
**arrangements**
189:14
**Article** 188:6
189:16
**as-is** 26:11
**aside** 18:24
**asked** 52:12 63:19
100:3,15 101:11
101:13 110:14
117:16,18
120:18 123:3
135:9 137:24
155:12 186:7
**asking** 7:10 12:23
13:3 37:12
46:21 68:4
85:20 97:14
100:10,23 104:6
104:11,17,17,23
107:23 110:9
121:8 124:5,6
135:6,15
**assessment** 96:5
97:18
**Assessor's** 47:5,6
120:25
**associated** 35:21
145:3 149:1
173:24
**association** 155:1
155:5,8
**Assumptions**
92:21
**ATM** 77:21

183:4,5
**attach** 181:16
182:2
**attached** 16:15
17:13 19:11
20:8,20 23:24
83:3 120:25
129:15 171:10
182:7
**attachment** 9:7,10
11:16
**attachments**
11:14
**attempt** 134:8
**attended** 137:4
**attesting** 132:23
**attic** 31:1,5,5,7
32:3,11 35:18
36:12 38:13
40:22 51:18
120:7 123:22,23
124:6 148:20
151:24 152:20
170:10 175:25
**attorney** 6:9 7:12
9:17,20 10:1,5
11:21 16:16
17:14 19:12
20:8,21 24:18
24:25 26:2 50:2
70:22 71:19
72:15,16 73:18
77:6 78:15
115:12 130:9
182:12 186:12
**authority** 189:5
**automated** 84:12
84:15
**automatically**
84:7,9
**automation** 83:1
83:19,23 172:3
178:4,7
**Avenue** 1:16 2:11
8:13,18 16:10
16:23 116:7
123:6
**average** 95:3
96:21

**B**

**b** 4:1 5:5 15:4,21
16:25 32:8,13
40:25 41:10
42:12,22 43:2
43:17 44:14,16

44:19 45:14
48:15 49:6,11
50:20 57:19
61:21 116:8,14
117:24 118:8
123:7 188:6
**back** 13:22 17:18
21:16 40:2,6
44:5 84:18
87:21 89:1 90:6
111:5 135:10
136:3 140:25
141:7,24 147:12
147:17 156:17
170:13 173:12
173:23 174:10
177:22 185:23
**background**
136:25
**bad** 54:17,20,24
127:5 141:25
142:12
**balance** 184:16
**bank** 92:14
111:17
**based** 67:16 97:6
160:19
**bathroom** 77:24
172:18
**bathrooms**
141:23 142:6
**battery** 35:9
**Beam** 176:9
**bedroom** 58:7,11
**beginning** 40:2
144:3
**behave** 100:7
**belief** 66:20
160:10,19
**believe** 19:25 21:9
90:19 119:8
121:21 122:22
129:19 130:15
130:24 132:20
141:2 145:11
160:16 161:2
174:21 184:14
**believed** 122:14
144:9
**belong** 41:9,10
**belongs** 41:9
43:16
**Bennett** 1:7
**Beresford** 1:14
8:17 19:2,23

20:11 21:11
115:15 125:24
125:25 139:22
140:22 146:13
147:21 148:11
149:1,8 151:8
154:21 156:19
157:1,22 158:10
158:22 159:12
**best** 15:23 25:21
51:10 70:11
121:11 133:20
140:24 189:9
**better** 30:6 34:22
**beyond** 133:22
**big** 170:7
**bill** 78:1 168:23
169:6,7,8
**binder** 8:16,17
9:1 10:13 14:24
18:23,25 19:17
21:14,16 23:17
68:18 115:14,18
129:24 181:13
**binders** 8:9,21
**Birmingham** 2:5
**bit** 7:6
**black** 35:3 36:3
36:11,19 37:8
37:13,21 141:17
143:23
**blackening** 38:6
50:9 147:2
**blower** 177:6,7,23
**Blue** 162:21,21
**board** 39:22
40:16,18 41:17
45:21 46:1,10
46:15,20 52:2,5
146:22 189:12
189:16
**boring** 62:6
**Bosch** 59:7
164:19
**bottom** 123:25
157:4,5
**bought** 23:13
26:24 126:7
**brand** 35:11
**break** 7:17,20,22
75:16
**brief** 75:20
**bring** 151:19
181:2
**brings** 170:11,14

**Brother** 167:21
**BrownGreer**
12:25 130:1
148:9
**build** 27:16
126:11
**builder** 27:18
**building** 6:17,19
11:8 14:21 27:1
27:11 29:21
30:18,24 33:10
33:16 65:14
76:24,25 87:4
87:19 92:7,10
93:21 108:14
113:7 119:21
120:2,20 124:4
125:22 126:12
126:13 141:6
142:18 178:9
183:2 184:25
185:11,16
**built** 26:21,23,24
27:4 111:2
119:15 126:8
127:11
**built-in** 164:10,23
165:11,19 176:9
**bulbs** 173:1,3
**bunch** 165:20
179:12
**Buras** 1:24 5:22
188:2,24 189:3
189:24
**business** 22:23
70:14 72:19
88:7
**button** 170:16
**buy** 77:24 180:25

_____
**C**

**C** 2:10 15:21
16:10,25 32:9
32:14 40:25
41:10 43:14,15
43:16,20 44:15
44:16,18 45:9
48:13 49:7,9
50:20 55:9
56:20,22 57:20
61:1,6,21 62:17
116:8,14 117:24
118:8 123:8
**cabinet** 96:22
172:19 179:24

**cabinets** 96:22
**cable** 176:20
**cables** 176:17
**Cabrio** 163:14
**calculation** 86:24
**call** 85:6 98:4
112:17 128:23
184:20
**called** 31:10
106:10 112:12
112:13 184:6,13
**calls** 106:25 109:6
110:3,20
**camera** 82:5 84:1
**cameras** 82:23
**canceled** 111:15
**capacity** 95:5
170:2
**Caption** 3:3
**card** 77:20,23
78:17,19 79:6,7
79:13 86:16
111:13
**carry** 134:16
136:4
**cartridge** 168:14
**case** 1:10 6:18
45:4 109:9,11
136:23 137:3
**cases** 137:20
**cash** 24:2 111:12
139:17
**CAT** 176:10
**cause** 137:9,11
182:1
**caused** 56:2
112:25 120:11
120:11 160:24
**causes** 120:9
**CB500** 81:16
**CCI** 77:9
**CCR** 1:24 188:24
189:24
**CD** 4:15 148:7
149:4
**cease** 107:7
**ceiling** 34:3 124:1
172:10
**ceilings** 32:4,6,12
32:22 33:2,18
34:1,13 124:8
149:22
**Certificate** 3:8
188:25
**certification** 5:10

189:1
**Certifications**
92:20
**Certified** 1:24 6:3
188:2,24 189:3
**certify** 92:23
189:4
**cetera** 94:24
156:11
**chance** 107:20
**chandelier** 170:1
170:3,14 173:25
**chandeliers** 58:21
58:22 170:8,11
173:1,3,16
**change** 125:14
152:12
**changed** 35:9
38:23,25 39:6,6
48:16 152:7,7,9
**changes** 188:13
**changing** 125:16
**channel** 82:4
**Charles** 1:16 2:11
**chart** 159:17
**check** 24:21 32:3
33:25 77:4
111:12,14,15
151:20,21
184:15,20
**checking** 31:14
**Chinese** 22:9
30:20 31:16,19
31:25 32:5,14
34:15,19,21,23
35:13,20,21
36:6 39:22
40:20 41:11,14
41:19 42:18
43:1,11,12,18
45:21 48:18,21
49:23 50:25
51:6,7,17 52:9
54:14 56:3,9
65:19 66:9,15
67:7 78:5 79:21
80:2 85:18 90:3
90:19 91:24
93:22,22,25
106:13 110:11
110:14 112:25
113:2,5,9,12,15
113:17 119:5,9
119:12,14 120:5
120:7,15 121:9

121:13,17,22
122:1,14,23
123:12,15,16,24
124:2,11,19
141:2,5,8
142:13,17,19
144:2,4,9,14
147:5 150:18
151:15 153:13
153:18 154:17
154:20,25 155:9
155:16 156:3
157:24 158:14
160:9,11,16,25
179:20 180:24
181:1,4 183:13
186:2,4,5,6
**CHINESE-MA...**
1:4
**choose** 79:5,6
**choosing** 29:7
**Civil** 5:6 131:10
188:5,7 189:15
**Claiborne** 8:12,18
8:24 12:1 15:4
15:21 16:10,23
21:17,25 22:15
23:7,7,17,22
26:15 30:22
41:6 42:23
52:10 89:13
116:7 118:7
121:3 123:6
155:13
**claim** 22:8 116:16
121:23 160:1
175:11
**claiming** 52:15
87:3,17,18,23
88:5 131:14
159:19,22
180:20
**clarify** 26:18
95:24 104:22
107:10,19 121:6
183:21
**clean** 170:12,15
**clear** 63:10
**cleared** 143:7
**click** 148:12
**clicked** 113:13
**client** 146:22
149:7
**clients** 134:9
**clip** 51:16,20,25

**close** 21:14 84:7
84:10 90:1
126:14,17
157:14
**Closer** 153:22
**clothes** 186:5
**clothing** 29:18,19
29:24 30:8
**Club** 139:25
140:5,6,9 155:2
**co-counsel** 137:7
**Coax** 176:16
**Code** 188:7
189:15
**coil** 48:11 54:24
55:9
**coils** 38:25 48:15
48:23 49:6,11
49:14,17 54:16
66:6
**Coke** 81:22
**cold** 81:22
**column** 86:15
**combined** 171:15
**come** 77:19 93:23
96:25 112:6
136:3 141:24
156:17
**comes** 17:5 22:19
79:2 84:9
**coming** 151:23
**commercial** 6:19
8:12 16:25
21:21,22 22:14
22:17,20,23
23:13 25:16
28:17,19 32:23
33:25 34:4,5,6
34:11,14 36:10
40:16 48:24
49:15 69:25
80:16 92:7
116:17,18,25
117:13 118:13
118:19 119:9,14
119:17,19 120:6
121:10,25 122:1
123:8,10,11,13
123:14 124:7,10
124:23 125:9,12
125:13 141:6
142:17 144:10
147:9,24 148:22
184:5,11,25
186:8

**commercials**
35:24
**common** 168:12
**company** 139:4
**compelled** 137:8
**complaints** 35:23
59:11,15,19
**complete** 189:13
**completed** 27:25
**completely**
177:25
**compliance**
189:11,14
**compressor** 55:12
55:14,18,22,23
**compressors**
38:24
**computer** 78:1
166:13,20
167:10 172:3,5
**concluded** 187:12
**condition** 35:1
**conditioning**
48:11,15,23
49:4,6 53:20
64:21 68:9 84:2
**Conditions** 92:21
**conducted** 89:16
91:23
**confirm** 21:10
40:3 41:5 42:8
44:8 67:18
147:23
**conflict** 138:12
**confused** 64:5
90:6
**confusion** 63:22
**connected** 179:15
**connection** 6:15
11:3
**considering**
134:19
**consists** 78:1
**constant** 70:17
**construct** 27:5
**constructed** 26:15
30:19,24
**constructing**
28:10 182:24
**construction**
27:24 28:12
128:18,21
130:18 131:3,18
131:21 132:25
133:13 135:7,14

182:21 183:2
**contact** 112:6,10
**contain** 130:2
**contained** 131:1
**contains** 155:19
**continue** 100:5
**contractor** 27:12
27:17 111:1
127:13 156:10
**contractual**
189:15
**contractual**
189:18
**control** 83:24,25
84:1,2,3,13,15
137:18 172:3,5
**Control4** 82:25
178:3
**controller** 85:6
178:18
**convection** 165:21
**conversation** 7:7
**cook** 177:13,22
**cooktop** 177:12
**cooling** 55:19,19
55:20
**copper** 36:16,19
54:24 59:3 64:3
66:6,13 70:10
86:13,14 151:16
152:2 173:18,19
174:4,6 176:16
179:20
**copy** 33:20
**correct** 8:14 11:8
15:5,9,21 16:5
16:10 17:1 19:3
21:4 22:10
23:14 24:18
25:21 26:9,12
34:16 40:1,11
41:7 42:19
43:21,22 45:22
46:2,10 49:7
50:22 54:1
58:10,18 65:10
65:24 66:20
68:10,13 75:8
76:18 89:18
96:15 105:7
115:24 116:14
116:19 122:15
133:19 139:14
140:1 160:6
189:9

**corrected** 87:19
**correction** 25:15
73:25 175:21
**corroded** 50:5
54:19,23
**corrosion** 38:7
**Cosse'** 1:24 5:22
188:2,24 189:3
189:24
**cost** 133:14 135:6
163:3 168:14
171:16 183:2
**costs** 128:21 131:4
131:18,21 134:8
134:18 135:13
135:23 163:4
182:22
**counsel** 5:3
189:21
**counsel's** 100:2
**counter** 168:24
169:6,7
**couple** 9:20 21:18
89:11 120:17
178:19
**course** 144:23
**court** 1:1,24 7:8
8:5 109:15,17
131:6 188:3,15
188:24 189:3,19
**courtesies** 98:11
**covered** 34:9
**credit** 111:13
**cross** 67:3
**currently** 63:1,14
65:14 68:12
118:1
**custody** 137:17
**customer** 77:19
84:10
**cuts** 33:16

**D**

**D** 3:1 4:1 85:24
180:6,6
**dad** 127:4
**damage** 9:25 10:5
10:10 56:2,6,7
64:1 65:4 67:6
82:17 87:4,24
88:5 96:10,16
97:10,11,19,22
97:24 98:4
100:12 102:14
103:5,16 109:2

116:22,24
118:13 119:6,22
119:24 120:9,11
120:11,19,19
128:24 135:18
159:17,18,21
162:25 178:24
179:2,25 180:3
180:17 181:2
**damaged** 53:18
54:6,13 56:9,12
57:24,25 58:6
58:14 59:1
63:17 64:1,9
65:17 70:8,9
75:11 76:9 78:5
79:16 82:13
87:11 106:21
119:22 121:22
122:23 160:9,11
160:12,16
161:13,22 162:9
162:11,11
163:15 174:18
174:19,21
**damages** 10:4,6
52:6,12,14,15
55:15 96:15
101:24 103:15
103:20 104:12
104:13 105:4,17
106:9,11,15,18
110:16 116:17
117:17,19
118:19 119:3
129:20 135:2,5
159:10,13,15,23
159:24,25 160:3
160:24 179:20
180:21
**damaging** 65:20
**dashes** 188:12,16
**date** 10:3 27:8,10
36:7 38:5 84:24
89:25 114:3,20
126:13 142:8
144:5 151:12
152:15 153:19
154:5,14 163:19
**dated** 69:1 91:4
**dates** 30:5,7 62:3
143:22 163:17
165:7,10
**day** 1:18 24:8
31:8 32:16 35:7

91:11,16,18,19
91:20 180:2
**days** 55:6
**deal** 185:1
**December** 10:15
30:23 31:9
79:22 85:19
89:18 90:15,18
90:22,23,24
91:4,9
**decide** 88:15 92:4
**defend** 135:23
**defendant** 2:8
6:20
**defendants** 2:8
6:10
**defined** 188:4
189:15
**definitely** 180:24
**delivered** 184:7
**delivery** 75:6
184:14
**Dell** 166:11
**denoted** 188:21
**deposed** 6:11,15
6:20
**deposition** 1:13
5:4,16 7:2 9:2
14:7 24:21
97:15 116:1
121:1 130:10
134:9,19 138:6
138:8,11,23
139:7 146:6
187:11 189:14
**depositions** 138:4
**desktop** 166:11
167:6
**detailed** 93:4
**details** 184:21
**detection** 152:1
**detector** 35:8
67:12
**deteriorated**
54:17 66:14
152:3
**Deterioration**
35:1
**determine** 32:14
34:15 108:23
**determined** 144:8
**deterioriated** 66:7
**device** 152:1
**difference** 13:18
14:1 119:24

120:10
**different** 14:19,20
23:2 37:12
44:12 55:6
62:19 63:20
64:22 71:5 72:2
74:25 76:4
110:10 117:21
162:4,22
**differently** 14:10
**diminished**
183:11
**diminution**
180:21
**dimunition**
131:14 181:8,8
**dining** 57:19
**direct** 189:18
**direction** 189:9
**directly** 112:3
**disc** 4:15
**discard** 53:19
57:13 80:23
153:2 162:12
**discarded** 56:14
56:16 57:15
59:25 60:13
64:13 65:8
82:23 162:4,14
**discourse** 188:11
**discourteous**
98:25
**discourtesy** 98:13
**discover** 30:20
91:15,18 141:1
**discovered** 38:12
89:21,23,24
91:23 118:12
142:16
**discovery** 89:25
132:17
**discussed** 29:9
117:13 134:20
**discussing** 121:3
**dishwasher** 96:21
164:11 165:5
**dishwashers** 59:7
59:13 64:7
**disposal** 96:21
166:4
**disposals** 61:14,16
61:17,18 64:8
**dispose** 161:15,23
**disposed** 161:16
**distribution** 95:6

**DISTRICT** 1:1,2
**document** 1:6
10:19,21 11:4
12:14 15:8,8,24
16:4,13,17 17:8
17:10 19:6,8
20:2,4,16,18
40:4 52:11,22
68:23 97:17
116:2 133:13
139:18 144:21
155:19,25 156:1
156:17 178:21
181:16,25 182:2
**documentation**
25:25 33:21
68:16 70:18
71:15 72:11
73:14 74:8
78:12 80:5 83:8
83:9 85:11,15
85:16 115:10
128:21 132:6,21
175:5 186:9
**documents** 8:21
9:8,18,19 13:14
14:14 52:13
57:4 118:6
120:14 132:17
136:9 138:1,15
186:25
**Dodson** 107:18
**doing** 23:2 126:18
**dollars** 172:20
**door** 84:4,6,6
123:20 170:20
170:22,24
177:18,20
178:23
**doors** 83:23 84:3
179:7
**double** 165:21
**download** 130:1
**downloaded**
148:9
**downstairs** 49:15
124:1 151:1,2
**Downstram** 4:16
**Downstream**
155:21 156:11
**Doyle** 2:3,4 12:16
12:22 13:4,21
25:9 26:16 33:6
36:22 37:2 44:4
44:7,20 45:1,10

45:15,23 46:3
46:11 47:16,23
48:4 52:18 53:7
65:25 66:21
67:21 69:5
71:21 75:15
87:5 88:17
93:16 94:12
95:11 98:10,12
98:16,20 99:2
99:15,24 100:7
100:13,22 101:9
101:10,17
102:16,23 103:6
104:2,7,19
105:8,18 106:2
106:23 107:8,9
107:17,25 108:9
109:4,24 110:18
113:19 114:5,16
115:21 116:3
118:14 122:3
124:12 125:3
130:5,12,22
131:20 132:8,13
133:3,7 134:15
135:24 136:8,11
136:17 143:1,12
145:6 149:9
150:3 153:24
154:9 157:10,17
157:25 158:16
**dozens** 47:10
**drink** 81:17,23
**drive** 1:14 8:17
19:2,23 21:11
115:15 125:25
125:25 139:22
140:22 146:13
147:22 148:8,11
149:2,8 151:8
156:19 157:1,22
158:10,22
159:12
**dryer** 77:24
**dryers** 72:21 73:3
73:4,7,19,21,23
74:1,2 121:18
**drywall** 1:4 22:9
30:21 32:15
34:15,19 38:13
39:22 41:14,19
41:25 42:4,18
42:22 43:1,3,11
43:12,18,20

45:22 50:25
51:7 52:9 54:14
56:3,9 78:5
89:21 90:20
91:15,24 112:25
113:5,17 119:9
119:15 121:9,9
121:14,17,22
122:2,15,23
123:12 124:11
141:2 144:9,11
144:12,14 145:3
145:15 146:21
146:22 147:5
149:6,17 153:14
153:18 154:17
154:20 155:9,16
156:3,25 157:24
158:14 160:9,11
160:25 183:13
186:10
**drywall's** 41:15
**due** 188:10
**duly** 6:2 189:5
**DVD** 162:21,22
162:22

**E**

**E** 3:1 4:1,1
**earlier** 48:7 73:15
82:12 87:2
88:24 94:5
111:24 116:10
135:6 147:4
152:14 178:20
**early** 27:9,23,24
**easily** 135:23
**EASTERN** 1:2
**eaten** 54:18
**Eduardo** 26:9
**educated** 34:23
113:10
**effort** 137:25
**efforts** 137:12
**eggs** 142:1
**eight** 6:23 73:19
73:20,23
**either** 7:15 49:1
54:9 76:8
119:16
**ELDON** 1:6
**electric** 56:11
57:10 62:12
63:3 165:20
175:15

**electrical** 35:5
36:16 38:21
39:4,5 58:4,5,6
58:16,16 59:2
64:2 70:10 86:1
86:5 94:24 95:5
95:9 96:11
146:18 152:22
166:19 167:13
173:15 174:2,3
174:4 179:16
180:8,11,12
**electricity** 97:18
**electronic** 78:6
**Elite** 163:21
**Elizabeth** 1:7
**employee** 84:5
**employment**
189:18
**empty** 26:25
126:6
**endeavor** 44:4
**English** 79:8
**enlarged** 44:18
**entertain** 133:25
**entity** 189:13
**environment**
65:19
**environmental**
93:3,12,15
**Epsom** 167:15
**equipment** 35:5
78:7 79:23
96:20 97:11
106:8 151:21
171:8,17
**error** 123:9
**Especially** 175:7
186:18,24
**Esquire** 2:4,10
**essentially** 117:22
**Estate** 140:10
**Estates** 140:5,6
155:2
**estimate** 182:21
183:2
**et** 1:7,8 94:24
156:10
**event** 184:22
**eventually** 55:21
65:21,23
**evidence** 5:17
93:2,15,24
150:7,15,17
**exact** 10:2 27:8

36:7 38:5 62:3
84:24,24 114:3
114:20 126:13
142:8 143:22
144:5 151:12
152:15 153:19
154:4,14 163:17
163:19 165:7,10
184:21
**exactly** 63:5
107:11 139:3
170:6
**Examination** 3:10
6:5 12:18 13:6
14:4 15:16
25:11 26:7,19
33:11 37:10
44:10,23 45:7
45:12,19,25
46:8,22 48:6
52:21 53:12
66:17 67:14
68:2 69:10
71:24 75:22
87:22 88:20
94:3,15 95:20
99:16 100:9
102:13,20 103:2
103:24 104:14
105:5,15,25
106:19 108:6,16
110:7,24 114:1
114:14,21 116:5
119:7 122:8
124:24 125:23
130:8 134:22
136:15 138:25
143:8,18 145:12
148:6,14 149:15
150:20 154:6,12
157:13,20 158:3
159:9 183:19
**examined** 6:4
**example** 9:22
123:22 134:23
**exception** 101:3
**exchanges** 169:9
**excuse** 136:18
**executed** 133:17
137:19
**exhibit** 10:12,25
11:24 14:6,8,11
14:11,25,25
15:14 16:3,20
18:15,18,20

19:15 20:24
21:13 25:5
39:14,17,24
40:2,14,15 42:7
42:10 43:9
46:24 47:4,12
47:20 48:8,8
50:15,15 52:24
52:25 53:2,3,4
53:10 76:18
89:2,3,4,9 90:9
115:19,25 118:4
118:5 121:1,1
122:19,19,21
128:8 134:24
139:7,9 146:4,5
146:7,8,8
147:13,14,17,18
149:5 150:22,23
155:18 156:18
159:17 161:10
181:15 182:1,7
**exhibits** 8:23
11:18,19,21
15:25 16:16
17:13 19:12
20:7,21 23:23
37:5 47:3
116:11
**exist** 125:15
**experience** 143:10
**expert** 33:7,9,13
35:7 39:1 50:13
56:1,8 61:2
66:18,25 67:2,8
67:18,20 68:1
106:11 121:4
124:18 181:10
**explained** 49:5
118:10 125:10
179:23
**explaining** 122:9
**exposed** 36:18
**extent** 33:20
78:12 85:10
115:9 138:17
186:9,14
**Exterior** 111:6
112:4 114:24
115:3 127:19
128:2 155:24
156:3 183:24
184:6,13 185:2
**extra** 45:4

**F**

**fact** 4:9,13 16:21
18:1,14,18
20:11 25:7
46:24 47:2 48:9
53:4 67:5,19
116:19 117:1,14
122:18,20 123:2
128:11 129:10
131:2,22 133:11
133:15,19
134:25 137:8
159:18 181:21
**facts** 107:3
**fail** 141:19
**failed** 66:6,12,13
152:3,24,25
167:3 171:25
177:21 178:1
179:4,5
**failing** 38:1 67:12
70:10 141:18
143:20 151:16
**failure** 35:3,4
37:25
**fairly** 168:18,19
**Fallon** 1:7 109:12
132:18,20 134:5
136:2 137:10
**family** 8:13 126:2
**fan** 58:11
**fans** 57:19,21
58:8 172:18,21
**far** 85:13 152:23
**Fatme** 2:2,16
**faucets** 152:10
**faulty** 35:12
**features** 95:9 96:6
96:11
**federal** 5:6 109:17
188:5
**feel** 7:6,18
**feet** 126:25
176:16
**fiber** 176:2,5
**fight** 138:3
**file** 147:18,20
148:8 149:14
**filed** 109:9
**filing** 5:10
**fill** 13:7 19:8 20:4
20:18
**filled** 15:11 17:10
33:24 34:12

118:11 119:4,4
122:10,11,17
**final** 126:19
**financial** 189:13
**find** 93:24 103:25
105:6 137:25
144:12,16
149:18 150:10
185:24
**finger** 37:8 90:5
**finish** 7:10,22
31:11,12
**finished** 28:3
29:21
**finishing** 31:1
126:14
**firm** 2:3 136:22
189:19
**first** 6:2 7:5 13:22
14:1,2 21:19
23:12 24:1,7
34:18 35:15
36:5,8 38:3 42:8
47:3 68:17
69:14,20 73:11
73:25 91:8
92:22 112:24
113:4 117:12
123:1,5 139:11
142:4 143:24
144:17,18
145:15 149:17
149:24 151:10
155:20 158:24
159:4 161:12
162:24
**Fishman** 1:15
2:10 6:9
**five** 60:8,10 62:4
70:24 71:9 81:1
114:4 117:21
153:20 154:7
161:19 162:16
162:17,20
163:18 164:6
165:8
**five-eights** 119:15
125:11
**five-minute** 75:16
**five-ton** 173:7
**fives** 169:11
**fix** 55:1 59:18
**fixtures** 57:19
58:8,11 95:2,4
174:5,5

**flag** 39:15 43:10
48:3
**flip** 17:23 40:1
42:6 52:25 89:1
147:12 156:16
170:19
**flood** 28:5 140:13
140:16
**flooded** 126:21
**floor** 1:17 2:11
141:23 144:17
144:18 145:16
149:17,24
170:12,14
**floors** 124:8
**follow** 47:8
**following** 20:15
76:14
**follows** 6:4
**foot** 176:15
**foregoing** 189:6
**forgot** 12:20
164:20
**form** 4:3,5,7,11
5:14 10:14 11:2
11:15,16,21,25
12:6,13 13:12
14:7 15:2,18
16:8 19:1,18
23:21 26:17
36:23 40:1 41:1
42:11 44:22
45:3,11,16,24
46:4,12 50:21
52:19 66:1,22
67:22 87:6
88:18 90:10
91:12,17 93:17
94:13 95:12
96:3 100:14,24
101:1,5 102:17
102:24 103:7
104:3,20 105:9
105:19 106:3,24
109:5 110:1,2
110:19 113:20
114:6,17 115:22
118:4,11,15
122:4,11,12
124:13 125:4
129:8 130:6
139:8 143:2,13
145:7 149:10
150:4 153:25
154:10 157:11

157:18 158:1,17
**formal** 55:25
**formalities** 5:9
**format** 189:11
**Formica** 96:22
**forms** 13:8 33:24
34:12 116:12
117:5
**forth** 84:18 189:6
**forward** 101:2
147:15
**found** 33:17 41:25
85:18 90:2
104:18 105:12
106:14 110:10
113:2 141:5,14
149:16 150:1,11
151:14 152:1
185:25 186:1
**four** 53:17,24
63:16 64:25
65:1 68:7 72:6
73:5,7 74:3,5,10
74:16 94:22
126:25 164:5
**four-ton** 64:20
**fourth** 72:23
101:19
**frame** 43:19
**freezer** 96:21
102:6
**freight** 75:6
**Frigidaire** 62:11
**front** 40:7,9 134:4
**full** 46:1,9,9,14
**functioning** 59:12

**G**

**G** 92:22
**gallon** 74:10
**garage** 151:24
170:20,22,24
179:9
**garbage** 61:16,18
166:4
**Gardens** 139:25
**gas** 23:4,8 54:25
55:1 175:15
**gases** 54:24 66:15
120:8 123:17
124:2
**gasses** 66:8
**GE** 56:11
**Gebr** 1:8
**general** 21:18

78:11
**generally** 153:2
**Gentilly** 6:17 22:3
22:6,15 92:7
108:15
**gentleman** 32:25
33:15 103:17
106:16
**Gharib** 1:13 2:2,2
2:16 5:4 6:1,6
13:3 22:13 42:9
43:24 44:25
47:14 48:10
52:7 75:23
78:11 88:22
97:14 99:17
100:10 103:3
109:23 110:8,25
115:9 120:23
121:4 126:2
131:13 132:23
134:23 136:16
139:2 140:4
148:7,16 153:6
159:12 180:22
187:4 189:5
**give** 12:20 30:6
42:3 68:5
107:20 158:4
163:19
**given** 100:20
**go** 7:2 8:20,25
13:22 14:18
23:18 33:24
35:18 36:12
40:6 42:14
53:13 67:23
77:24 87:14,16
87:20 90:13
92:22 97:22
99:19 109:23
110:8 112:17
113:10 115:14
120:8 125:24
136:1,5,5
139:11 143:3
146:2 147:12,17
148:3 149:21
150:9,14 160:4
173:12 183:16
**goes** 35:11 96:16
97:25 101:25
170:16
**going** 7:6 8:8,20
10:11,24 11:17

11:23 14:8,17
14:18,24 15:13
16:2,19 18:13
18:18,19,24
19:14 20:1,23
20:24,25 21:13
21:15 23:12
29:2,4 31:3 35:8
44:21 45:2
51:19 53:3,13
53:14 80:2
89:11 100:5,6
100:24,25
101:13 103:14
103:15 105:3
106:17 109:25
110:1 124:20,22
131:7 134:5
136:5 141:22
147:11 149:4
155:18 156:18
162:7 173:22
177:22 179:23
181:22,22 182:1
**Good** 6:6,7
**great** 135:25
151:2,4
**guess** 41:3
**Guevara** 26:9,25
**guidelines** 189:12
**guy** 31:10 106:9
151:25
**guys** 158:24
166:25 185:18
185:18

**H**

**H** 4:1
**half-inch** 119:13
119:13 125:13
**Hamide** 2:16
**hand** 8:8
**handles** 177:18,20
178:24
**hands** 145:19,19
**Hang** 129:16
130:23
**happened** 9:22
24:8 82:11,12
**happening** 38:4
143:20
**hardware** 177:18
**hate** 168:16
**Haygood** 1:16
2:10 6:9

**hazards** 93:3,13
93:15
**headache** 141:21
**headings** 94:23
**hear** 107:12,21
114:2 158:24
159:4
**heard** 113:23,25
**hearing** 113:17
137:4 158:12
**heater** 74:10 95:5
175:16
**heaters** 74:11,17
75:1 152:8,13
152:17 175:15
175:18
**help** 47:24 90:4
100:1
**helpful** 7:9,11
25:1
**helping** 185:5
**hereinbefore**
189:6
**hey** 31:16 67:2
**Hikvision** 82:3
**hit** 126:20
**HNW36YS**
176:25
**home** 8:13 25:13
25:15 51:21,22
92:14 127:7,14
128:13 130:18
131:15 132:12
132:22,24
133:14 139:21
149:1,7 151:7
154:20 176:3
178:3,7 181:17
182:17,22,24
183:3,5,11,23
184:8,17 186:11
**home's** 180:21
**homeowner's**
155:1,5,8
**homes** 112:25
140:12,16
**hood** 176:25
177:1
**hope** 10:8
**hour** 84:11
**house** 93:24 126:8
126:11,15,16,18
126:19,21
127:11 141:12
141:12 142:10

143:22 144:1,7
146:13 149:18
149:20 150:10
150:19,24
151:25 152:20
157:15 158:9
159:7,23 160:2
160:3 170:7
173:22 174:2,3
174:13 175:7,9
178:8,10,14,19
178:22 180:23
180:25 181:3
183:9 185:1,11
185:12 186:18
186:21
**Housing** 172:18
**HP** 166:4 167:6
**HR** 81:4,10
**humorous** 99:4
**hundred** 128:4
184:2
**Hurricane** 126:17
126:20,22 127:7
127:24 153:10
**hypothetical**
110:4

**I**

**idea** 185:23
**identical** 14:15
**identified** 47:17
**identify** 137:23
**illuminator** 176:2
**impact** 8:1
**impede** 99:9
**include** 105:17
122:1
**included** 82:13
96:6 117:4
129:21
**includes** 121:24
**income** 22:19
87:24 88:3
**independent**
110:6 131:5,25
132:16 133:24
**Index** 3:6
**indicate** 188:12
188:17
**Indicating** 120:21
**indication** 146:21
**indirect** 189:18
**individual** 95:4
**InEx** 4:16 155:21

155:23 156:11
156:25
**informed** 189:12
**ink** 168:14
**inserted** 148:7
**inside** 38:25 55:19
55:21 93:25
127:4 179:5,7
**InSinkErator**
61:14 166:3
**insisting** 107:19
**inspect** 95:17,18
95:19 96:1,2
97:23 98:2
101:23 106:10
**inspected** 33:10
33:16 91:5,9
93:20 95:15,24
95:25 96:1,24
96:24 98:6
**inspection** 33:3
92:24 96:4,9
97:25 98:8
101:22 102:7,11
103:23
**inspector** 102:22
170:9
**install** 185:5
**installation** 85:25
180:7
**installed** 32:1
82:5 84:20,22
84:25 85:1
113:6 176:3
185:10,16,21
**installer** 185:7
**instance** 138:14
**instruction** 12:20
**instrument** 24:3
139:20
**intend** 123:10
**interaction**
188:10
**interested** 23:23
189:22
**Interior** 111:6
112:4 114:24
115:3 127:19
128:2 155:23
156:2 183:24
184:6,13 185:2
**internal** 166:20
**Internet** 153:7
**Interpreter** 2:16
**investigate** 49:11

95:8 119:10
141:13 154:19
**investigated**
144:11
**investigating**
141:7
**investigation**
150:2
**invoice** 69:1,14,22
71:3 72:4,24
74:14,17 75:7
76:6,13,21
**invoices** 171:10
**involved** 21:20
22:1 136:20,24
**IRS** 112:1
**issue** 77:20 137:9
137:10 142:11
**issues** 154:17
**item** 54:4 56:7
65:7 69:14,22
71:2 72:3,23
73:25 74:1,4,9
75:5,10 76:9
79:15 82:15
**items** 56:9 57:1
64:11,12 74:23
76:20,21 84:18
86:25 122:21
135:1 159:16
160:7 161:4
173:14

**J**

**James** 2:4
**January** 82:17
116:25 117:15
129:8,8
**JAWAD** 1:13 2:2
5:4 6:1 189:4
**Jerry** 158:6
**jimmy@doylefi...**
2:6
**Joe** 31:16
**JOSEPH** 1:9
**Jr** 1:9 2:4
**judge** 1:6 88:15
109:12 132:18
132:20 134:5
136:2 137:10
**July** 181:18
**Jumanah** 2:16
**June** 1:18
**jury** 88:19

**K**

**Katrina** 22:25
28:5 126:17,20
126:22 127:8,24
140:13,14,18
153:11 154:8
**keep** 11:17 47:14
53:3 82:21
89:11 90:4 99:3
111:25 115:18
162:11 168:21
172:1 175:8,9
175:10 181:22
181:22 182:1
186:21,23 187:1
**keeping** 80:1
186:16
**Kenmore** 163:21
**kept** 167:2,3
**kind** 62:6 125:1
138:2 151:21
179:21
**kiosk** 77:18
**kitchen** 179:10
**Knauf** 1:8 2:8
136:22 146:23
**knew** 48:17,18,19
49:22 79:21
90:18 110:11
142:16 150:12
**knobs** 179:24
**know** 7:16,18,23
10:2,3 12:17,19
14:12,21 18:11
24:12 26:14,20
30:5,7 31:14,16
31:21,22 32:11
34:10,22 35:20
36:14,15 40:19
41:8 42:21
43:13,15 44:13
45:18 46:19
47:15,18 51:14
52:4 54:25
55:17 57:3 58:4
58:15 59:21
62:6 63:5 64:14
64:15,16 67:4
79:4 83:10,20
84:17,19 85:1,3
85:8 87:15
88:13 90:1
93:10 94:10,11
96:16 97:1

103:12,18
105:12 110:23
111:9,10 112:8
113:10 114:3,20
118:12,18
119:12 124:16
126:14 127:12
127:21 128:24
136:8 139:4
141:8 142:2,11
142:14 143:22
144:4,6 145:11
145:24,25 150:8
150:13,17
151:14,17,23,25
152:2,4,10
154:15 156:19
156:21,22,22
157:7 158:6,8,9
158:11,15,20,22
159:6,7 160:13
162:24 164:6
166:19,25 167:1
167:5 169:7
171:6 173:13
174:3,11 177:22
178:20,22 179:4
179:5,11,13
181:7 183:6,14
186:20
**knowing** 181:3
**knowledge** 15:23
107:4 110:6
121:11 133:20
137:1 140:24
189:17

——————
**L**
**L** 1:5 5:1
**LA** 189:24
**labor** 82:5 185:5
**land** 128:15
**late** 167:1
**laugh** 100:1
**laughing** 98:15,17
98:21
**laundromat** 22:16
22:20,23 28:2
28:16 69:25
71:6 77:17,17
86:2 88:6
117:25
**laundry** 77:20,22
**law** 1:15 2:3 5:7
8:6 109:15

**lawsuit** 21:20
**lawyer** 144:25
145:5
**leading** 102:18,25
103:8 104:4
105:10
**leak** 151:22
**leaking** 55:1 66:8
151:17,18,24
152:4
**learn** 112:24
153:16
**learned** 35:4
113:5,8 153:13
154:16
**lease** 29:2,5,8
**left** 188:18
**legal** 115:2
**let's** 14:25 15:17
32:3 44:14
46:23 75:16
136:5 139:6
160:4
**letter** 92:22 93:4,8
93:11
**letters** 165:20
**Lexecon** 109:11
109:13
**LIABILITY** 1:4
**licensed** 27:18
**lift** 170:1,6,13
**lifts** 170:4
**light** 67:4,4 170:1
170:4,6 173:1,3
173:16
**lighting** 86:1
180:7,12
**lights** 172:17,19
172:21 176:2,5
**Limiting** 92:21
**line** 69:22 98:21
99:5 100:6
151:16 152:2
**lines** 157:4
**list** 53:17 56:6
61:24 68:17,23
69:11,16 70:24
74:23 93:12
117:17 123:10
155:19 160:5
161:5,8 163:9
174:7
**listed** 13:11 55:15
63:12 102:3,4
102:15 103:5,13

106:7 117:10,12
118:7 120:19
123:5 159:13
179:18 180:1
**Listen** 107:18
**listing** 102:6
117:18 122:13
122:21
**lists** 12:7 15:19
62:7 116:6
156:1
**Lite** 172:2
**litigant** 189:19,20
**litigation** 1:5 6:11
6:14 8:11 11:3
16:21 19:19
20:12 22:1,9
90:11 136:20
137:1
**little** 7:6 18:16
37:11 39:15
64:5 117:21
162:3
**live** 140:7,8
**lived** 143:21
157:7
**lives** 158:8
**living** 58:20
142:10 150:25
**LLC** 140:1
**LLP** 1:16 2:10
**loan** 92:6,11
108:14
**locate** 130:10
**located** 19:2 22:2
43:3,20 121:15
121:18 150:24
**location** 41:15
42:4
**Lochinvar** 74:10
74:13 75:4
**long** 6:22 22:22
28:24 29:20,23
30:7,16 35:17
47:7 186:16
**longer** 143:10
**look** 9:6 10:16
11:10 12:1,6
13:16 14:25
15:3,7,17 16:12
19:21,25 23:16
23:24 24:6 30:5
31:11 32:13,17
35:10 37:5
39:10 42:9

43:23 44:14,24
45:8 46:23
47:15 50:12,13
69:13 76:12
84:10 94:1
115:19 128:8
138:15 139:6
147:18,21,22
149:21,22,22
**looked** 9:14,16
18:2 31:15,24
32:4,8,19 34:3
34:13 54:21
55:8 108:21
134:24 149:24
150:21 169:18
**looking** 13:25
25:6 31:14
39:24 47:14
93:21 95:15
97:23 101:24
103:20,21
104:12 105:3
106:13,17
129:11 156:20
**looks** 16:1 44:17
89:25 139:24
**loss** 87:24 88:3,10
131:14 159:22
159:24
**losses** 88:13,13,14
**lost** 87:4 88:6
**lot** 26:22,25 34:20
126:6,9 128:7
128:22 129:1,6
139:21 152:24
167:4 185:2
186:22
**Louisiana** 1:2,14
1:17 2:12 5:24
16:24 107:14
109:9,16,17
113:18 123:7
188:4,6 189:4
189:15
**lucky** 166:25

——————
**M**
**machine** 68:24
69:15 71:2 75:8
76:21 77:21
81:5,11,17,23
86:16,19 163:15
163:22 169:18
**machines** 84:13

121:15,21
**MAGISTRATE**
1:8
**mail** 114:23 115:2
155:14
**main** 85:24 86:4,7
180:6
**making** 7:7 22:8
131:24 132:3
133:23 134:2
189:13
**man** 32:2 103:19
**manufactured**
146:21 149:7
**manufacturer**
185:22
**mark** 8:22 10:11
10:24 11:23
14:5 15:13 16:2
18:13,15 19:14
20:24 90:5
149:4 155:18
**marked** 14:24
25:5 39:14
**markings** 146:23
**match** 69:15 71:1
72:23
**matches** 72:3
**material** 179:21
188:20
**materials** 27:20
**matter** 189:19,20
189:22
**max** 170:1
**MDL** 1:4
**mean** 41:16 49:1
58:2 61:23 73:3
76:25 95:19,25
97:8 103:12
112:10 129:20
141:21 149:19
149:20 152:24
166:22 174:15
**means** 57:6 161:2
**mechanical** 94:24
95:1
**media** 176:1,4
**medication** 7:25
**memory** 112:2
**mention** 36:11
**mentioned** 35:16
37:13 39:8 48:7
50:6 62:15 64:6
67:11 82:11
87:2 94:4 147:4

149:16 173:15
**mentioning**
157:22
**Metairie** 1:14
8:14 19:3,23
51:21,22 139:25
140:5,6,9 155:2
**method** 188:14
189:8
**Metro** 28:23
29:12,14 30:11
118:1
**Micheline** 1:24
5:22 188:2,24
189:3,24
**microwave**
164:23 165:5
**middle** 120:1
**Mike** 107:18
**million** 128:17
132:25 182:21
182:23
**mind** 13:16 75:17
**Mine** 126:24
**minute** 7:19
**missing** 24:11,14
129:13
**mistaken** 112:23
**mistakenly** 74:2
**misunderstand**
174:17
**misunderstandi...**
64:15
**model** 165:12
176:25 177:6,8
177:12,14
**modules** 172:3,5
**moment** 18:23
**money** 77:21,22
79:5 169:9
**monitor** 166:12
167:7
**month** 29:1 62:16
126:15
**months** 6:23 28:3
35:14 55:12
82:20 164:6
**morning** 6:6,7
84:5
**motor** 170:20,22
170:23
**motors** 170:11
171:1
**mov** 147:18 148:8
**move** 30:9 138:20

**moved** 31:23
126:15 135:8
142:24
**movie** 145:4
147:5,8,17
**moving** 123:19
126:18 139:1
**multiple** 39:2
78:10 100:17

**N**

**N** 3:1 4:1 5:1
**name** 6:8 32:24
112:22 129:7
139:3,5 158:7
**names** 151:4
188:19
**need** 7:17,18,21
31:4
**needs** 131:15
**neighbor** 156:19
157:21
**neighbors** 153:11
153:17 154:17
158:13
**never** 32:19 34:13
56:7 100:20
110:13 125:8
160:7
**new** 1:17 2:12
16:23 22:3
35:11 61:3
123:6 132:15
133:9,23 134:7
136:21 168:10
**news** 113:17
153:5
**newspaper** 153:8
**nickel** 177:19
179:19,20,24
**nine** 6:23 136:21
**note** 96:10,15
100:12 134:3
**noted** 99:25
**notes** 97:19
**notice** 4:2 5:7 9:2
34:18 35:15
36:5 37:21 38:6
38:10 94:9,11
114:22 115:2
117:7 138:6,10
142:5 143:24
155:7,14
**noticed** 36:2
37:13,15 83:7

110:15 116:24
117:3 144:1,6
**notices** 155:4
**noting** 132:4,14
**November** 69:1
**number** 183:1
**numbered** 17:5
17:17 47:13
**numbers** 56:23
62:19 156:8
165:20 171:11
**NVR** 82:3

**O**

**O** 5:1
**o'clock** 84:7,8
**oath** 5:25 8:5
**object** 7:12 26:17
36:23 44:21
45:2,11,16,24
46:4,12 52:19
66:1,22 67:22
67:25 87:6
88:18 93:17
94:13 95:12
100:24,25 101:8
101:13 102:17
102:24 103:7
104:3,20 105:9
105:19 106:3,24
109:5,25 110:2
110:19 113:20
114:6,17 118:15
122:4 124:13
125:4 130:6
134:10 138:8
143:2,13 145:7
149:10 150:4
153:25 154:10
157:11,18 158:1
158:17
**objection** 100:14
107:11 108:3
136:12 138:24
**objectionable**
101:4
**objections** 5:13
107:8,16 109:8
**observed** 93:14
109:1
**observed/discov...**
93:2
**observing** 185:20
**obtain** 112:11
**obtained** 184:12

184:15
**obvious** 67:7
**obviously** 138:11
**occur** 154:24
**October** 24:9 28:1
**Office** 47:5,6
**officer** 188:4
189:4
**Offices** 1:15
**officiated** 5:24
**oh** 11:19 62:22
70:20 113:13
115:17 162:6
178:11
**okay** 7:23 8:8 9:5
9:11 10:11,24
12:3 13:10,15
13:24 14:12,23
15:13,17 16:2
16:19 17:16,21
18:9,13,21
19:14 20:10,23
21:13,14 22:12
23:16 24:6
27:19 28:14
29:11 30:12
33:12,19,23
34:18 39:8,10
40:5,8,13 41:4
41:13,24 42:6
44:16 46:23
49:14 50:4,8,14
52:6,17 53:6
54:3 55:25
56:11 57:9,18
58:7,20 59:7
61:5 63:9 64:4
64:11,20 65:7
65:12,16 68:7
68:15 69:4
70:13,16,24
72:6,18 73:1,17
74:7,22 75:1
76:12,17 78:11
78:17 80:8,15
80:23 81:1,4
82:25 85:7,20
86:24 87:23
89:19 90:24,25
91:14 92:1,8,19
93:11 95:1,7
102:9 108:1
110:25 116:4,16
118:3 119:8
120:17,22 121:6

121:13,20 122:9
122:17 123:1
124:5 125:19,24
125:25 126:8
127:6,10,23
128:5 129:23
135:15,22
139:16 140:6,18
142:4,15,20
143:19 144:8,20
145:21 146:2,3
146:10 147:1,11
147:25 153:16
156:4 159:10
160:4,18 161:3
161:12 162:3,6
162:13 163:2,21
164:7,18,22
165:11 166:3
167:6,15 169:25
172:2,17 174:9
174:23 175:14
176:1 178:3,11
178:23 179:22
180:5,20 181:12
182:14 183:1,6
183:10 185:4,9
185:13 187:3
**old** 8:13 22:3,6
27:1 59:25
82:21 108:15
112:1,1
**ones** 62:23 63:4
64:16,17 65:5
65:21,22 73:24
74:20 112:1
137:22 160:12
160:14 169:10
179:9,12
**online** 113:11
**open** 8:25 18:25
23:17 36:13
79:24 84:4,6,6
115:19
**opened** 28:2,7
85:2
**openers** 170:20
**operate** 54:18
179:8,10,13
**operating** 65:18
**operation** 143:5,6
143:9
**opinion** 56:1
66:19 67:17
68:6 160:8

**opinions** 189:16
**opposed** 166:19
**opposing** 100:1
**optic** 176:2,5
**option** 79:5,6
**order** 37:19 83:4
    83:4 112:14
    137:10,11
    184:20
**ordered** 184:7
**orientation**
    169:12
**original** 189:1,2
**originally** 127:11
**Orleans** 1:17 2:12
    16:24 22:4
    120:24 123:6
**outcome** 189:22
**outdoor** 176:1
**outlet** 143:24
    145:22 146:18
    147:2 150:21,22
    150:23,25
**outside** 38:24
    55:13,18,22
    56:1,8 109:15
    109:16 160:21
    176:3
**oven** 96:20 102:5
    165:21,22
**owned** 21:10
**owner** 18:7
**owners** 18:11
    113:18
**ownership** 37:22

**P**

**P** 5:1
**page** 3:7 9:6 10:16
    11:4,11 14:1,2
    15:3,7 16:4,9,12
    17:3,5,6 18:21
    19:5,16,21 20:1
    20:14 21:4,6
    24:7,10,11,13
    24:22 25:8
    39:16 40:4,5,10
    42:10 47:4
    50:14 53:1
    89:16 90:13
    91:7,8 92:17
    94:16,20,23
    96:14 100:11,11
    123:1 128:10
    133:16 139:10

139:12 155:20
    155:24 156:5,7
    156:16 157:6
    170:19 181:16
    182:1,15,16
    188:1 189:2
**pages** 39:16 40:15
    42:15 43:9 47:5
    47:10,12 52:23
    68:17 89:2,12
    91:6 147:17
    189:6
**paid** 111:11
    184:14
**panel** 85:24 86:1
    86:4,7
**panels** 86:10
**pantry** 179:11
**paper** 23:25 24:1
    105:16,20
    139:15
**paragraph** 93:13
**Pardon** 108:10
**Parish** 120:24
**Parkway** 2:4
**part** 5:16 38:21
    39:3 58:5 79:1
    119:20 120:1
    125:12,13,22
    171:21 174:1
**particular** 12:13
    130:13 137:2,5
**parties** 5:3 189:22
**parts** 55:18 58:16
**party** 189:19,20
**pauses** 188:13
**pay** 184:20
**payment** 77:16,25
    79:2
**payments** 78:2
    88:10
**PCS** 28:23 29:12
    29:15 30:11
    118:1
**pending** 7:21
**people** 156:1
**percent** 128:4
    184:2
**perfect** 7:15
**performed** 33:3
**person** 27:19
    189:13
**personal** 52:15
    56:6,7 67:17
    87:3,9 135:17

159:13,14,16,21
    159:25 175:11
    180:17 189:9
**PH** 85:24 86:3
**phase** 86:4
**phone** 112:14
**phonetically**
    188:22
**photo** 42:21 43:10
    43:13 44:11
    45:13 46:9 48:9
    49:9 120:24
    121:2 146:23,25
    147:1 150:22
**photograph** 42:17
**photos** 43:1,18,25
    44:1,12 46:19
    48:14,22 49:18
    49:25 50:5,8,17
    50:18,19,24
    51:2,4,5,11 52:2
    149:6
**phrase** 188:21
**phrases** 188:17
**phrasing** 25:17
**picture** 37:6 39:22
    40:13 41:5,9,21
    42:2 48:5 54:19
    55:8 144:22,24
    145:4,13,17,18
    145:21,23 146:1
    146:11,12 158:8
    159:6 173:19
**pictures** 39:9
    41:13,18 49:21
    66:4 145:2,16
    146:14
**piece** 23:25 24:1
    26:20 39:21
    88:22 105:16
    139:15 150:1
**pipe** 55:2
**piping** 38:7
**place** 31:14 44:6
    63:1 79:24
    88:14 90:5
    147:14 150:16
**placed** 112:13
**places** 22:16
**plaintiff** 4:3,5,7,9
    4:11,13 10:13
    11:2,25 12:5
    13:7,12 14:7
    15:2,18 16:8,21
    18:1,14,18 19:1

19:18 20:11
    23:21 39:25
    42:11 46:24
    47:2 48:9 50:21
    53:4 90:10
    91:12,17 115:22
    116:12,19 117:1
    117:5,14 118:3
    122:11,12,18,20
    123:2 128:11
    129:10 131:1,22
    133:11,15,19
    134:24 139:8
    159:18 181:21
**plaintiffs** 2:2
    137:18 138:14
**plans** 151:3
**plated** 179:24
**play** 148:12
**played** 148:13
**players** 162:22
**please** 14:21 26:1
    33:21 50:1
    69:17 70:22
    71:19 72:16
    73:17 77:7
    78:14 83:12
    85:11,23 99:20
    107:7 115:11
    133:2 135:3
    146:15 182:25
    186:12
**plenty** 134:13
**plug** 169:4
**plumbing** 38:16
    38:18 50:6
    94:24 95:2,9
    96:10 97:19
    151:7
**pocket** 9:1
**point** 43:2 101:2
    107:19 108:7
**pointing** 120:23
**portal** 130:1
    148:10
**portion** 41:17
    44:18 45:14,21
    97:16 116:18
**portions** 93:6
**position** 137:5,6
**positive** 58:9
**possession** 107:5
    137:17
**potential** 93:3
    155:8

**pound** 170:1
**PPF** 4:4,6,8,12
**prepared** 189:8
    189:11
**prepped** 31:3
**presence** 50:25
    52:9 123:12
**present** 2:15
    30:11 68:9
**press** 170:15
**pretty** 47:7
    135:22 157:14
    168:12
**previous** 65:21
    74:1 117:5
    173:14
**previously** 60:14
**price** 24:15 25:12
    25:20 26:1
    56:25 65:13
    74:24 128:13
    132:11,22,24
**prices** 163:12
**printer** 167:16,21
    168:13,15
**printers** 168:1,9
    168:17,19
**printout** 120:24
**Pro** 177:12
**probably** 12:17
    15:24 27:9
    29:25 30:4,6
    51:8,13,14 57:8
    61:23 77:3 81:2
    83:8 109:14
    111:14,24
    126:15 128:1
    129:17 151:13
    153:21 161:20
    162:18,19
    169:21 184:21
    184:24
**problem** 113:14
    142:21 143:11
    143:17 154:18
    166:19,20
    167:13 168:13
    177:23,24 186:2
**problematic**
    113:6
**problems** 112:25
    155:9
**Procedure** 5:6
    131:10 188:5,7
    189:16

proceeding
  188:11
proceedings
  188:16
produce 133:2,25
  137:16 138:1,6
  138:16 175:12
produced 134:21
  137:21
production 9:8
  130:16,25 131:3
  131:24 133:9
PRODUCTS 1:4
professional 5:23
  98:11 160:8
  188:25 189:24
professionally
  98:24
Profile 4:3,5,7,11
  10:14 11:2,25
  12:6 13:8,12
  14:7 15:2,18
  16:8 19:1,18
  23:21 39:25
  42:11 50:21
  90:10 91:12,17
  115:22 116:12
  118:3 122:11,12
  139:8
profits 88:6
prohibited 189:18
prohibition
  189:15
prompting 78:24
pronounce 158:7
proof 133:1,2
proper 137:14
  188:14
properly 59:4,6
properties 8:10
  30:13 119:14
property 8:12
  11:12 12:1,7
  15:20 16:22
  18:8,12 19:2,22
  21:11,21,22,22
  22:6,10,14 23:5
  23:6,8,13,14
  24:4,23 25:16
  25:20 26:8,14
  26:21,23 27:3,6
  27:15,21 28:5
  28:15 29:22
  30:21 33:4
  34:19 35:25

37:22,23,24
38:8,17 40:17
46:25 48:24
49:16 50:10
51:1 52:10,15
53:5 56:6,7
61:10 68:10
69:25 79:22
87:3,10,10,12
88:12,22 89:13
89:22 90:20
91:24 92:2,5,25
106:20,22
108:18,21,24
110:17 111:1
113:18 116,6,18
116:25 117:21
119:18,19,21
120:6,12 121:2
121:10,24,24
122:14,22,24
123:3,18,19
125:9 126:5
128:6,12 135:18
139:2 140:20
141:3 144:10,12
145:3 147:9,22
147:24 148:11
148:22 152:8
153:12,17
155:13 159:17
180:17 184:5,11
186:8
proud 109:22
prove 131:15
provide 9:17
  17:12 19:11
  20:7,20 24:14
  24:23,24,25
  26:1 33:21 43:2
  43:19 50:1
  70:21,22 71:18
  72:14,15 73:18
  78:14 79:18
  80:6,7 85:11,23
  96:4 115:12
  136:10 144:24
  182:11 186:11
provided 16:15
  24:17 39:9
  76:22 133:21
  156:2
provides 47:4
pull 43:24 44:1
purchase 24:14

26:1 56:25
111:8 112:3
115:11 126:4
132:11,22,24
139:1 184:19
186:10
purchased 24:3
  24:23 25:13
  26:8 27:20
  53:23 74:22
  128:6,7,14
  139:21,25
purposes 175:9
  186:24
pursuant 5:5,7
put 18:24 31:22
  77:20,22 79:4
  164:20 169:9
  173:22 174:10
puts 169:11

**Q**

quality 95:3 96:5
  96:22
question 7:10,21
  9:11 12:4 14:9
  25:18 26:18
  36:24 37:11
  41:21 45:6
  48:25 52:20
  66:2,23 67:23
  69:17 87:7
  93:18 94:14
  95:13,23 97:16
  98:19 100:15,16
  100:17,25 101:1
  102:18,25 103:8
  103:10 104:4,16
  104:21 105:2,10
  105:20 106:4,25
  108:5,11 109:6
  110:2,20 113:21
  114:18 115:1,18
  117:18,20
  118:16,24 119:1
  121:8 122:5,7
  123:9 124:14
  125:5 130:7
  143:3,14 145:8
  149:11 150:5
  154:1,11 155:12
  157:12,19 158:2
  158:18 179:23
  182:25 185:25
questioning 99:6

100:6
questions 5:14
  21:19 53:15
  68:4 88:21
  97:15 98:22
  99:8,10 100:2
  107:3
quick 71:22
quickly 138:7

**R**

R.S 189:5
rack 171:9
range 96:20 102:5
Ray 162:21,22
read 9:12 93:8
  102:4 103:12
  105:23
reader 86:16
readers 78:17,19
  79:13
readily 36:14
reading 5:9
reads 92:23
real 71:22
realize 79:20,21
really 75:10 76:9
  79:15 88:2,9
reason 21:9 64:4
  134:10,18 136:4
Rebekka 2:10 6:8
  107:23 136:18
rebuilt 87:21
recall 13:13 18:6
  27:8,10 29:23
  36:7 38:5 56:19
  63:5,7 80:24
  84:25 103:18
  111:5,9 112:15
  112:17 115:6,7
  126:13 127:12
  139:3 142:8
  152:15 154:4,14
  163:17 166:23
  167:4 184:22
receipt 57:5 76:5
  76:22
receipts 56:25
  57:2 76:18,24
  77:3,5 79:19
  85:16 111:7
  128:22 129:1,6
  129:14,16,18,22
  130:2,3,11,13
  135:1,2,3,11,12

135:13,17
137:16 161:3
163:11
receive 114:22,25
  115:5 155:13
received 157:23
  158:13
receiving 115:7
receptacle 36:17
  36:18 37:7
  173:20,24
receptacles 37:16
  37:20 141:17
recess 75:20
recessed 173:16
Recipient 4:16
recipient 155:21
recognize 10:19
recollection 25:22
record 7:7 15:15
  26:5,6 44:9 63:9
  71:22,23 99:19
  99:21,24 107:2
  108:3 112:1
  120:23 132:14
  134:3,6 138:9
  148:3,5 158:5
  162:5 183:16,18
  186:22 188:9
records 79:19
  111:25 134:1
  167:2 186:22
red 17:19 39:15
  42:8,14 67:3,4
refer 14:8
reference 42:3
  43:2,19 188:20
reflect 111:18
reflecting 97:17
reflects 121:2
  134:6
refrigerator 61:6
  96:18,20 102:5
  165:12
refrigerators
  60:17,18,21
  64:7
refusing 100:4
regardless 103:25
Registered 5:23
  188:25 189:24
regular 169:7
reiterate 74:7
rejected 137:12
relate 34:21 35:19

related 74:8
113:24 142:13
144:2
113:14 114:23
115:3 118:1
142:3,18 144:4
155:16 157:23
158:14 159:11
189:21
relates 1:6
relation 183:8
relationship
189:18,20
relationships
189:15
released 172:17
releases 4:16
155:22 156:2,12
remediated
153:12
remember 7:1
10:2 38:11
54:22 55:3
56:16 57:15
59:20 60:3
61:22,23 62:1
85:13 88:23
111:11 112:15
113:16 115:8
127:18,25 128:5
151:12 152:13
153:10,15,19
157:21 158:12
161:17 162:13
163:16,20 165:4
165:6,7,9,17
169:19 178:18
183:22,25 184:4
185:17,17,20
186:21
remind 141:15
remote 170:21
remotely 83:25
render 29:8
renew 29:5
rent 31:2
rental 22:17,17,23
28:17,19 30:13
87:24 88:3
rentals 22:20
rented 28:20
30:13,16
renting 28:22,24
repair 27:2 70:17
72:9 85:14

88:12,14 151:11
152:5 168:1,11
169:17 173:22
repaired 73:12
84:19 87:13,16
160:2 164:2,8
164:12 165:15
166:1,9,17,21
167:12,19,24
169:19 175:3
repairing 73:10
168:3,11
repairs 38:15,20
39:2,3 70:19
71:13,16 72:12
73:15 74:9
78:10,13 85:9
151:6 152:4,21
165:16 175:6
Repeat 69:17
115:1 122:7
182:25
rephrase 54:12
replace 55:7
59:23 60:24
62:23 63:22,24
127:6 168:18,20
replaced 9:23
10:7 35:13
49:12,22 53:19
54:6 55:3,5,6,9
55:12,20,21
56:12,20 57:11
59:21 60:11,20
60:25 61:5,23
62:1,14,16 63:3
63:3,7,18 64:9
64:17,17,18
65:4,22,24 66:5
73:8 80:20,22
82:10,20 84:18
84:22 85:5
152:25 153:1
160:13,13,15
161:13,22 162:1
162:3,10,25
163:1,3,15,16
164:17 165:1,2
165:5 168:8,21
171:5,6 175:19
175:24 178:2,18
178:21
replacement
166:24 175:20
175:21,22

replacing 62:21
64:7 153:3
report 9:25 10:5,5
10:10 33:12
82:13,17 92:18
93:6 94:17 96:7
128:24
reported 1:23
189:7
reporter 1:24
5:23 6:3 7:8
188:3,24,25
189:3,24
reporter's 3:7,8
188:1,15,25
reporting 189:8
189:19
represent 6:10
17:4 129:25
155:22 182:6
represented 14:10
134:25
representing 2:2
2:8 136:22
request 74:8
130:16,25 131:5
131:23,25 132:3
132:15 133:9,24
138:5
requested 9:18
131:22 132:16
136:9 138:10,16
requesting 130:14
requests 9:7
137:21
require 131:2
133:12 137:15
required 134:1
189:12
research 92:24
reserved 5:15
reside 126:1
140:19
residential 30:12
35:24 36:10
94:25 119:20
125:22
residents 59:19
resist 134:11
respect 186:8
respectful 99:15
response 133:21
responses 133:18
rest 149:19
resubmit 77:7

result 48:17 52:8
92:11 183:12
review 9:10
reviewed 9:13
revisit 134:4
136:2
RG6 176:17
rid 61:9 171:22
right 13:15 16:7
17:5 22:25 23:4
25:17 28:8
30:13 39:10,18
40:10 41:2 42:6
47:15 52:23
54:20 60:14
61:16 67:17,20
69:2 70:6,13,14
71:7 72:18 73:5
73:24 74:6,14
74:23 75:13
76:6,10,15,23
78:8 80:11,15
82:18 83:5 85:2
86:25 87:4 88:1
88:7,10 89:5,13
89:22 90:16,20
91:2,13,24 92:2
93:6 94:9 95:10
96:6,7,11,14
102:15 104:1
105:17 106:1
108:18,24 116:8
117:22 120:3,5
121:15,18,25
122:2,24 124:11
125:2 126:2,22
127:8 128:12,18
130:2 135:8,15
135:17 140:7,22
144:17 145:17
145:22 146:18
147:2,6,13
148:23 149:2,8
149:21 157:15
159:5,5 161:10
161:25 162:23
168:6,13 169:11
174:12,14
179:16,25 182:3
182:18 183:13
183:23 186:13
186:19
rightful 44:6
Rights 109:11,14
Road 6:17 22:3,6

108:15
rom 148:8 149:4
Romex 176:15
room 57:19 58:21
149:23 150:25
151:2,4,5 176:1
176:5
rotten 35:2 142:1
RPR 1:24 5:22
188:24 189:24
Rule 5:5 188:4
rules 5:6 131:10
137:14,15 188:5
189:12,16
run 29:2
rundown 27:1
rveith@fishma...
2:12

─────────── S ───────────

S 5:1
S-2500 168:23
safe 94:8
sale 24:2,8 26:11
139:17
sales 75:25 76:5,8
79:12
Samsung 80:8
161:13 162:21
satin 177:19
save 5:13
saw 36:8,20 54:19
66:4 97:4,5
102:2,2 103:13
104:12 106:15
145:18 150:16
173:19,20
saying 53:22
says 24:7 25:12
40:10 50:15
52:25 53:2 63:6
64:25 65:1,4
75:6 86:8 91:3,6
91:9 96:19,19
102:5 103:13
105:16,24 106:7
133:17 147:18
151:3 155:20
156:10 158:21
160:12 162:1,25
181:17
Scott 112:23
screen 51:25 79:3
seal 189:2
sealing 5:10

second 15:3 24:10
    25:8 40:3,5,10
    42:9 71:2 91:8
    130:23 141:23
    148:4,12 162:25
SECTION 1:5
see 9:8 11:4 13:25
    17:20 19:6,17
    19:21 20:1,16
    21:1 24:21
    32:10 36:18
    37:19 44:17
    47:24 54:20
    63:21 65:3
    74:13,17 76:13
    77:5 83:3,4 94:1
    94:22 95:2,6
    97:3,8,10
    113:11 116:22
    120:3 123:18
    129:14 141:13
    145:25 149:13
    151:22 154:19
    156:14,24
    158:21 159:14
    171:9 186:4
seen 9:2 36:6
    37:24
sees 96:17,18 98:1
    98:2 101:25
    102:7
selection 81:17,22
Selectivend 81:16
sell 112:8
Semacon 168:23
sends 170:13
sent 89:17,17
sentence 92:22
separate 163:9,12
separates 169:10
separator 169:8
services 189:14
set 75:6 148:4
    189:6
settlement 114:23
    115:3 155:14
    157:23 158:11
    158:14,25
seventh 15:7
shack 27:2
shape 101:5
sharp 84:12
Sheet 4:9,13
    16:21 18:2,15
    18:18 20:11

25:7 46:25 47:3
    48:9 53:4
    116:19 117:2,14
    122:18,20 123:2
    128:12 129:10
    131:2,23 133:11
    133:15,19
    134:25 159:18
    181:21
Sheetrock 31:4,6
    31:10,15,17,18
    31:23,25 32:5
    34:22,23 35:13
    35:20,22 40:20
    41:11 48:18,21
    49:23 51:17
    65:19 66:10,16
    67:7 79:22 80:3
    85:19 87:14,20
    90:3 93:22,23
    93:25 106:14
    110:11,14 111:4
    111:8 112:3,9
    112:11 113:3,9
    113:12,15
    115:11 119:5,12
    119:14,22 120:5
    120:7,15 123:15
    123:16,25 124:2
    124:20 125:2
    127:7,10 141:6
    141:8 142:13,17
    142:19 144:3,5
    148:18,19,19,25
    150:11,18
    151:15 154:25
    160:17 179:20
    180:25 181:1,4
    183:22 184:7,12
    184:16,17,19
    185:6,21,22
    186:3,10
sheets 31:6
shift 134:8,18
shifting 135:23
Ship 4:16 155:21
    156:11
shipped 156:25
shop 27:2
shots 51:25
show 41:18 46:1,6
    46:9,14,20
    131:18 137:9,11
    146:20 147:11
    170:9

showed 37:6
    38:25 41:14
    61:3,3 170:10
    173:18
showing 145:19
    147:2 163:12
shows 25:25
    51:15 146:17
shut 88:13
shuts 84:11
sic 42:10 103:21
    176:3,25
side 33:5
Siemen 85:25
sign 17:24 18:4
    21:6,8
signature 10:17
    48:3 189:2
signatures 24:10
signed 10:14,22
    11:5 15:8 16:4
    16:13 17:8 19:6
    20:2,16 21:9
    90:23,24
signing 5:10
signs 34:19,20,25
    173:17
similar 155:11
    186:7
similarly 54:3
simpler 68:3
single 101:1
sinus 141:21
    142:20 143:6,9
    143:10,17
sinuses 143:7
sir 89:5 147:16
sit 30:4
sitting 41:4 149:5
six 58:7 84:7
    148:11 172:20
    176:15
size 71:5 72:2
slightly 76:4
Slot 79:5
smart 80:9
smell 35:2,2,16,19
    35:25 94:4,6,9
    141:22,25 142:5
    142:12
smelled 35:17
Smith 75:4
    175:15,24
smoke 35:8 67:11
    172:18,22

snack 81:4,10
soap 77:24 86:15
sold 23:10,11
solely 160:19
somebody 6:20
    50:12 79:2
    151:19
Sony 161:21
    162:14,21
soon 21:15
soot 35:3 36:3,11
    36:15,19 37:8
    37:14,21 141:17
    143:23 145:19
sorry 9:11 18:17
    21:2 25:6 29:13
    52:20 62:22
    64:24 67:23
    104:9 112:19
    114:25 115:17
    129:3 139:10
    140:15 154:15
    163:20 175:20
    184:9
sort 42:3 50:9
    128:20 179:22
sought 5:17 49:10
South 8:18,24
    12:1 15:4,20
    16:9,23 21:16
    21:24 23:7,17
    23:22 26:15
    30:21 41:6
    42:22 52:10
    89:13 116:7
    118:7 121:3
    123:6 155:12
Southbridge 2:4
space 17:1 22:18
    28:17,19 31:12
    31:21 32:23
    33:25 34:4,14
    117:13,25
    118:13,20
    119:10 121:10
    121:14,17,25
    122:1 123:8,10
    123:11,13,14,20
    124:7,10
Spanish 79:8
speaker 166:12
    167:7 176:17
speakers 172:10
    172:13
speaking 107:8,15

speaks 105:20
specific 25:25
    40:19 41:8
    122:13
specifically 5:11
    11:7 93:4
    138:16
speculate 107:1
speculation 107:1
    109:6 110:3,21
spelled 188:21
spend 182:23
spent 183:9
split 44:12
spontaneous
    188:11
spot 150:11
springs 179:5,7
square 85:24 86:4
    180:6,6
St 1:16 2:11
stainless 164:11
    164:23
standard 168:18
start 8:23 28:11
    38:3 54:25 66:8
    75:6 126:12,13
    143:20
started 21:16 27:7
    27:11,23 38:1
    141:7
starting 68:15
    160:5
starts 55:1
state 5:24 99:23
    108:2 109:16
    133:8 188:3,8
    189:3
stated 96:19 140:9
statements 111:17
states 1:1 102:1
station 23:4,8
    172:5
stations 77:10
    172:4
statue 189:12
stay 29:22 30:9
stayed 29:24 31:7
steel 164:11,23
stenotype 189:8
stipulated 5:2
Stipulation 3:5
stop 99:1 100:3
stopped 150:2
    179:14

storage 31:22
store 29:18,19,24
  30:8
stored 31:5,7
  51:17
story 113:1
stove 9:23 10:7
  56:11,24 57:10
  57:13 62:12
  63:3,13 82:14
  96:17
stoves 62:14,20
  63:13,16,17
  64:6
street 23:5,9 67:3
  112:22 157:15
strike 138:20
struck 126:16
  141:10
structure 26:21
  27:16
stuff 31:20,22
sub-panels 86:11
subdivision 140:3
  140:7,8,11,13
subject 91:9 92:25
submit 11:20
  16:16 52:22
  57:6 85:16
  111:10 131:5
  145:16
submitted 9:20
  10:1,4 11:2
  12:10,12,15,24
  12:25 13:13
  40:14 41:1
  50:20 51:2,5,9
  51:13,15,18,20
  52:12,13 57:2
  77:3,6 82:12,16
  83:7,9 90:10,15
  91:12,16 117:1
  117:15 128:22
  129:19,22
  135:13 139:9
  145:13 147:21
  148:10
submitting 43:12
subpanel 85:25
  86:8
subpanels 86:9
subscribe 153:8
subsequently 9:17
sued 6:19
suffered 52:8

159:11
sufficient 96:4
Suite 2:5
supervision 189:9
supplemental 4:4
  4:6,8,12 11:1,24
  15:2 16:8 19:18
  23:21 39:25
  42:11 50:21
  116:12 122:12
  128:24 139:8
supplied 111:4
  127:10,25
  183:22
supplier 4:16
  128:1 155:20
  156:3
supplies 86:7
supporting 56:25
  76:22
sure 7:4,24 14:13
  14:22 25:2 26:3
  31:24 32:5
  33:19 37:11
  39:11 41:20
  44:5 49:23 50:3
  53:16 56:21
  62:10 70:23
  71:20 73:4
  75:19 77:2,8
  78:16 83:13
  85:22 109:21
  115:13,16
  127:22 128:3
  129:2,4,5
  131:16 132:6
  134:6 135:21
  146:16 163:2
  174:22 182:13
  184:1
surrounding
  41:18
surveillance 10:8
  82:4,7,14,21
  84:1
suspend 136:1,6
switch 84:13
switches 172:6
sworn 6:2 188:8
  189:5
symptoms 113:11
  141:9,11,16
system 10:8 38:16
  38:21 39:4,5
  77:15,16,25

78:2 79:1 82:4,7
82:15,22 83:19
83:23 84:1,2,4
85:4 86:5 97:19
151:7 152:22
166:12 167:7
174:2,3,4 176:9
176:11 178:13
179:16 180:8,12
systems 97:20

**T**
T 4:1 5:1,1
tab 10:12,13 11:1
  11:1 12:2,5
  13:17,19,19,20
  13:24 14:2,3,5
  14:23 15:1,14
  15:17 16:7,20
  17:17,17 18:14
  18:17,19,25
  19:16,16 20:10
  21:1 23:18 25:4
  25:4 39:12,13
  40:7,9 42:6,14
  43:8 46:23
  50:15,16 52:24
  89:4,5,7 90:7,8
  90:9 115:20,24
  116:2,13 128:9
  128:9 139:6,7
  139:10,14 146:2
  146:3,4,5
  147:12 181:12
take 7:17,18,20
  9:5 36:17,21
  37:16,20 41:13
  41:17,21 42:2
  43:1 48:14,22
  49:18,25 50:5
  68:16,21 144:22
taken 1:15 5:5
  43:14,18 51:12
  75:21 147:24
  188:8 189:4
takes 78:2
talk 14:6 23:12
  51:21,24 130:24
  132:9 178:6
talked 142:5
  174:24
talking 34:7,11
  62:20 106:8
talkovers 188:14
tarnish 58:1,3

tarnished 58:17
  59:3 64:3
  173:18 174:7
tax 75:25 76:5,8
  79:12 175:9
  186:24
TD 74:1,4
tear 150:9
tell 13:17 32:2
  56:8 67:2 69:6
  79:4 83:21 97:9
  124:21,22
  164:15 166:24
  168:7 178:17
telling 66:19
  97:12,13 108:1
  160:21 184:24
ten 84:8 114:15
  153:22 154:3
tenant 29:11,14
  29:17,24 30:1
  30:11
tenants 35:25
  36:9,11 37:15
  59:12 87:25
term 29:1
test 97:3
testified 6:4 61:2
  106:15
testify 67:9 97:21
  98:5 184:10
  189:5
testimony 8:2
  121:20 188:8
  189:7
thank 83:12
  140:18 187:3,6
  187:10
thereof 5:16
Thermador
  164:10,22
  165:11,19
  176:24 177:5,12
  177:22,24
thing 36:9 42:7
  76:14 79:17
  142:21 166:25
  184:24 185:1
things 7:3 84:22
  120:17,22
  186:17
think 10:9 13:18
  14:10,19 22:7
  27:7,9 29:1,4
  30:5 37:6 48:12

49:22 52:11
54:19 55:9
56:21 62:15
82:11,20 96:1
106:20 109:18
111:5 112:22,23
113:1 117:9,10
117:18,20 118:5
120:14 130:19
134:13 135:22
145:17 151:3,4
151:20 152:9,19
154:3 161:4
163:6,8 164:5
164:16 166:2,18
166:22 168:17
171:4,5,6
178:19 179:22
180:1 182:10
183:11,17,20,24
183:25 184:16
185:13
third 9:6 10:16
  16:4 19:5 72:3
  89:16 90:13
  91:8 94:23
  157:5 182:15,16
thought 30:25
  34:8 77:6
  188:13
thousand 172:20
  176:16
three 12:8,10,12
  12:14,15 13:7
  13:10,11 14:18
  28:3 29:3 30:1
  35:14 44:12
  54:4 57:18
  58:20 59:7
  60:16 61:24
  62:11,25 63:13
  63:16 85:3,25
  86:3,8,9 132:17
  175:14
threw 82:24
thrown 65:4
Thursday 33:14
  33:15 67:9
  106:12
till 29:25 31:8
  167:1
time 5:15 7:17
  13:11 21:15
  28:20 35:18,18
  36:8 49:10

53:23 73:11
75:20 85:2 99:5
99:12 101:3,19
113:4 117:12
123:5 127:5
137:19 141:19
141:21 151:10
151:16 154:19
158:24 159:4
164:8 185:21
187:4
**times** 12:11,12,15
13:10 100:18
105:2 112:16
168:8 178:20
185:2
**titled** 92:20
**today** 8:2 28:15
41:4 68:10
149:5
**told** 31:11 35:9
67:10 92:9
108:13 113:1
121:7 124:25
141:4 152:14
171:5,14 186:20
**top** 11:11 31:20
31:23 32:11
96:22 156:7
177:13,23
**Toshiba** 80:16
**toss** 168:2,5,9
**tossed** 178:1
**total** 53:24 58:8
58:21 59:8
60:17 61:15
62:12 69:13
71:1 72:1,22
73:19 78:18
162:23 170:2
172:19 176:18
180:16
**touch** 79:3,3
172:2
**touches** 126:19
**track** 80:1 167:3
168:21
**Trane** 173:8
**transcribed** 189:8
**transcript** 109:22
188:18 189:1,9
189:11,11
**transcription**
188:15
**Transmittal** 93:5

93:9,12
**travel** 123:17
124:2
**tried** 109:12 137:9
**trim** 172:18
**true** 189:9
**truth** 164:15
**try** 44:4 92:6 99:9
134:8
**trying** 95:23 97:9
99:3 150:10
185:24
**Tuesday** 1:18
**Tulane** 112:22
**turn** 11:4 16:3,9
16:20 17:3,16
18:24,25 19:5
19:15 20:10,14
25:3,4,7 39:12
43:8 50:14
76:12 89:11,16
90:6 92:17 94:6
94:16 141:24
142:6 147:16
155:24 156:5
181:12,20
182:15
**turning** 10:12,25
142:1
**TV** 80:9,10,16
83:24 96:25
97:1,2 98:2,3
113:25 153:7
161:13,15,22
162:8,14
**two** 8:9,10 10:9
18:10 28:2 30:1
30:10 38:24
47:5 49:14
55:12,17 61:24
68:17 77:9
82:20 85:3 86:7
86:8 142:9,22
152:8,10 162:22
169:16,25
170:18,19 173:7
180:6
**two-page** 68:22
**two-ton** 68:7
**type** 152:5

_____

**U**

**U** 5:1
**Uh-huh** 11:20
14:16 23:20

39:19 42:1,13
42:16 47:2
60:23 63:23
68:20,22 69:3
69:19 77:1
79:25 94:19
96:8 117:23
128:25 156:13
157:7 171:15
**unclear** 104:22,25
**understand** 7:13
8:4,10 41:20
48:25 67:15
80:4 88:16,19
93:13 97:8
104:16 136:23
160:6,18 180:16
**understanding**
49:3 51:11
54:12,15 70:11
160:10 186:15
189:10
**understood** 14:13
166:18 184:10
**unfortunately**
168:22
**unit** 11:10,13,25
14:20 15:4
16:10 23:22
40:1,11,16,23
41:2,6 42:12,22
42:25 43:1,3,14
43:20 45:8
55:17,19,20,20
60:11 61:4 65:8
74:20 95:4
144:18
**UNITED** 1:1
**units** 11:8 12:14
22:18 32:8 35:2
38:22,23 43:17
48:24 49:6,15
50:20 53:18,20
53:24 54:1,4,8
54:13,16 55:7
56:2,24 64:21
65:1,2,13 68:8,9
74:21 84:3
94:25 116:13
117:22 122:13
173:8,11 174:23
**unnumbered**
20:15
**uploaded** 12:24
**upstairs** 149:21

**Urban** 29:18,24
30:8
**usable** 173:20
**use** 58:18,23 59:9
60:19 61:19
62:13 70:3,5
71:10 72:7 73:2
75:2 77:23
107:15 125:2
141:23 159:22
159:24 175:11
183:1 186:25
**USI** 81:4,10
**usually** 175:10
**utilize** 28:14

_____

**V**

**V** 2:4
**V-0600** 78:23
**vacant** 29:22
30:10
**vacate** 88:11
**vacuum** 176:9,11
**valid** 189:1
**value** 53:22 77:9
79:7 106:22
108:23 109:3
110:17 131:14
131:16,19
161:14 180:22
180:23 181:8,10
182:20,22 183:4
183:11
**valued** 92:1
108:17
**values** 182:17
**Veith** 2:10 3:11
6:5,8 12:18 13:2
13:6 14:4 15:16
25:11 26:4,7,19
33:11 37:10
44:2,10,23 45:7
45:12,19,25
46:8,16,22
47:19,25 48:2,6
52:21 53:12
66:17 67:14
68:2 69:10
71:24 75:18,22
87:22 88:20
94:3,15 95:20
98:9,14,18,23
99:14,16,18,22
100:9,19 101:6
101:15 102:8,13

102:20 103:2,24
104:14 105:5,15
105:25 106:19
107:6,13,22,23
108:6,16 109:20
110:7,24 114:1
114:10,14,21
115:23 116:5
118:21,25 119:7
122:8 124:24
125:18,23 130:8
131:12 132:5,10
132:19 133:5
134:12,17,22
136:7,13,15,19
138:19,22,25
143:8,18 145:12
148:2,6,14
149:15 150:20
154:6,12 157:13
157:20 158:3
159:1,9 183:15
183:19 187:2,7
**Vend-Rite** 86:15
**vending** 81:5,11
81:17,23 84:13
86:16,19
**vent** 176:24 177:1
**verbal** 158:4
**Verification** 4:10
4:14 17:22,24
18:5,17,20 21:4
133:16
**verified** 32:25
124:19 133:14
188:20
**verify** 18:6 133:17
**versus** 1:8
**video** 51:16,20,25
148:12,13,15
**videoed** 52:3
**visible** 36:14
96:12,16 178:24
179:25 180:3
**visibly** 96:12
**visual** 97:5,6,24
101:22 103:22
**visually** 96:24
108:21 109:2
**voice** 78:24
**VPS** 78:23 79:9
**VTR1400Q** 177:6

_____

**W**

**wait** 7:9

**waive** 109:13
**waived** 5:11
109:10
**wake** 141:20
**wall** 37:17,21
169:5
**walls** 32:19,23
33:1,17 34:1,14
123:17,20,24
124:7
**want** 31:11,12
39:9 43:23
68:16,18 79:6,6
79:17 83:11,20
83:21 95:23
98:4 99:13
101:8 115:25
131:4 150:14
170:8 174:16
183:21
**wanted** 160:2
168:5 173:12
**wants** 50:12,13
**Wascomat** 69:12
70:25 71:25
72:21
**washer** 71:6 72:2
77:23 86:6,6
**washers** 69:12,24
70:2,25 71:9,12
71:25 72:7,18
73:1
**washing** 68:23
69:15 71:2 75:8
76:20 121:15
163:14,22
**wasn't** 28:7 34:22
51:22 66:10,11
80:1 93:21
102:11 103:20
105:1,2 106:8
117:4 124:25
**waste** 99:4,12
101:3
**water** 74:11,16
94:7 95:4
126:25 141:25
142:2,6 151:23
152:8,12,16
175:15,16
**way** 48:1 76:8
101:5 106:6
109:7 170:12,16
181:23,24,25
184:11,18 186:3

**we'll** 7:16 8:23
14:5 18:15
51:21,24 133:24
136:1 147:22
156:17
**we're** 10:11 14:18
18:13,22 34:7
39:24 51:19
53:13 107:2
121:2 123:19
129:11 134:1
136:5 147:20
**we've** 134:10,20
137:24 138:3
**wearing** 186:6
**website** 120:25
**week** 33:1,4
**welcome** 101:7
**well-beyond**
131:7,9
**well-known** 67:5
**went** 34:13 88:23
93:20 97:4,9
101:21,23
103:21 106:12
112:16 113:9
116:10 122:19
135:10 141:7
170:9
**weren't** 74:22
**wheel** 176:2
**Whirlpool** 57:9
60:16 63:2,6
163:14 175:16
175:19,22
**wife** 10:15 18:11
**WILKINSON** 1:9
**windows** 120:3
**wire** 58:6 176:16
176:17,17,17
**wires** 50:9
**wiring** 36:16,21
58:16 59:2,3
64:2,3 70:10
146:17 152:23
174:4,6 176:19
**witness** 5:25
13:23 33:8
36:25 37:4 45:5
45:17 46:5,13
46:18 47:21
53:9 66:3,24
67:24 69:8 87:8
93:19 95:14
101:20 102:10

103:9 104:5,10
104:24 105:11
105:22 106:5
108:4,12 110:22
113:22 114:8,12
114:19 118:17
118:23 119:2
121:4 122:6
124:15 125:6,20
130:20 143:4,15
145:9 149:12
150:6 154:2
158:19 159:3
187:5,9
**woman** 103:19
**word** 110:13
**words** 100:11,11
188:17,19
**work** 7:16 22:12
59:4,5,6,17
70:14 83:3,4
85:14 127:24
130:10 171:25
173:21 179:4,6
179:11
**worked** 49:5
84:17,19
**working** 68:12
70:15 72:19
73:8,9 74:2,3,6
78:8,9,21 79:10
80:13 81:8,14
81:20 82:1
83:18 84:16
85:5 86:11,13
86:22 97:2 98:3
163:25 165:13
165:24 166:7,15
168:4 169:14
170:17 171:3,19
171:21 172:8,15
172:24 173:5,14
174:13,14,16,18
174:19,20 175:1
176:7,13,22
177:3,10,16,25
178:16 179:14
180:14
**works** 7:2
**worth** 92:15
**wouldn't** 13:16
67:25
**writes** 98:1
**writing** 17:18,20

17:21 21:1
148:17
**wrote** 54:5 95:3

---
**X**

**X** 3:1 4:1,1
**Xchanger** 77:9
79:13
**Xchangers** 77:18
77:18 78:24
79:9

---
**Y**

**y'all** 23:24
**yeah** 6:25,25 9:9
9:19 17:7,11
20:13 21:2
23:11 25:19
32:3,10 33:5,9
37:18 43:9 48:7
49:17 51:14
61:8 62:24 63:2
63:11,19 65:9
65:11 70:20
74:18 76:7,16
80:17 83:21
85:8,20 88:25
89:4,14 90:12
90:14,17 91:20
92:16 93:7 94:6
97:7 104:25
123:4 127:3,17
129:12,16,20
130:21 132:6
135:19 140:17
144:23 145:1,14
145:23 146:10
146:11 148:21
148:24 153:21
155:6 156:15,20
157:5 159:20,21
161:1,2,9 162:1
162:18,24 163:5
165:4 168:12
170:5,18,25
171:4,12,18,20
173:9,12 174:14
174:22 178:5,8
178:9,12 179:8
185:14,17
**year** 55:10,11,11
60:6 61:1,7
142:9,9,21
169:22,22,23
**years** 29:3 30:1,10

60:8,10 62:4
80:25 84:21
85:4 111:25
114:4,15 136:21
153:20,22 154:3
154:8 161:19
162:16,17,20
163:18 165:8
**yellow** 23:25 24:1
139:11,13,15

---
**Z**

**zoomed-in** 45:13

---
**0**

**04** 27:10

---
**1**

**1** 3:3 4:2 10:12
47:4 53:17
56:23 64:22
65:1,3,7 146:7,8
157:3 160:5,7
166:4 182:2
**1,000** 176:15
**1,015,000** 182:18
**1,200** 80:18
162:23 163:22
**1,205** 163:7
**1,225** 162:23
**1,250** 170:2
**1,400CFM** 177:5
**1,450** 164:24
**1,500** 161:22
**1,532.94** 176:25
**1,558.40** 176:10
**1,930** 69:12
**1.1** 128:17 132:24
182:21,23
**10** 4:2,3,11 17:3
19:15 20:14
43:9 61:14 64:6
64:8,12 81:16
166:23
**10-ton** 173:8
**10,179.59** 76:2
**10,530** 165:12
**100** 31:6 74:10
**11** 4:4,12 62:11,18
62:25 63:13,20
63:24 69:11
71:12 139:7
166:11
**11,000** 76:7
**11:00** 84:8,11

**112,000** 25:14
**112,500** 25:21
**11th** 1:18
**12** 4:13 20:25
  64:20,22,23,25
  65:12 86:15
  127:2 128:8
  146:5 147:13
  150:23 167:6
  181:15 182:7
**12,480** 78:18
**12,800** 64:22
**12/2** 176:15
**13** 4:14 21:14
  39:16 40:15
  42:15 68:7
  81:22 84:21
  89:2 111:24
  156:19,22,22,24
  157:1,22 158:9
  158:22 167:15
**14** 4:5,15 52:25
  53:1,2,3,10,10
  68:15 69:11,16
  69:18 76:18
  122:20 134:24
  149:5 159:17
  167:21
**14-cv-2722** 1:10
**1434** 188:6 189:16
**149** 4:15
**15** 4:6,16 70:16,24
  155:18 156:18
  157:3 168:23
**15,864.22** 83:14
**150** 58:8
**155** 4:16
**15th** 91:10
**16** 4:7,8,9 10:15
  71:25 169:16,25
**16th** 90:16,18,23
  90:24
**17** 72:21 170:19
**17th** 181:18
**18** 4:10 73:18
  120:18 171:8
**18,220** 71:1
**18,250** 180:8
**188** 3:7 189:6
**189** 3:8
**19** 4:11,12 69:12
  74:9 172:2
**19-inch** 167:7

**2**

**2** 3:4 4:3 5:5
  10:25 11:11
  14:9,11 15:25
  16:9 19:21 48:8
  56:23 90:9,12
  115:19 116:1
  118:4 121:1
  146:4,8 147:14
  147:15 150:23
  157:3 181:16
**2-ton** 54:4
**2,138** 72:22
**2,200** 164:11
**2,250** 59:8 169:1
**2,370** 62:13
**2,463.70** 177:13
**2,500** 81:5 170:3
**2,550** 60:18
**20** 4:13 75:5
  172:10
**20,800** 53:23
**200** 57:20 86:8,8
**200-amp** 85:25
  86:9 180:6
**2000** 126:6
**2002** 23:14 24:9
**2003** 126:7
**2004** 27:24
**2005** 27:9,23
**2006** 22:24 28:1,1
  30:25 69:2 70:6
  79:24 84:20
  111:23,24,24
  186:1
**2009** 181:18 182:5
**201** 1:16 2:11
**2011** 181:18
**2013** 30:3
**2014-ish** 30:3
**2015** 10:15 22:7
  30:23 31:8
  79:22 85:19
  89:18 90:16,19
  117:6,7 118:11
  118:19 119:10
  142:18 167:1
**2018** 65:10 117:8
  117:11
**2019** 1:18 82:17
  116:25 117:15
  129:9
**2047** 1:4
**21** 4:14 75:23
  172:17
**21,230** 69:13

**3**

**21,392** 72:1
**210** 61:15
**2100** 2:4
**22** 77:9 173:1
**22,500** 173:10
**22,590** 77:12
**229** 167:22
**23** 78:17 173:7
  174:24
**231,600** 180:18
**231,668.65** 180:18
**24** 78:23 81:4 82:4
  175:14
**24-inch** 166:12
**25** 79:12 94:16,18
  176:1
**250** 167:16
**26** 80:8 94:19,21
  176:9
**260** 58:21
**267** 176:16
**27** 80:15 176:15
**279,000** 128:7,14
**27th** 181:18
**28** 81:4 176:24
  188:5
**28,250** 86:2
**285** 170:20
**28th** 89:18 91:4
**29** 81:10 177:5
**29,258.97** 172:4
**2nd** 69:2

**3**

**3** 4:4 10:13,18
  11:24,24 13:19
  13:24 14:3 19:1
  39:14,24 40:15
  47:12,20 50:15
  56:11,23 62:19
  85:24 86:3 90:7
  90:8,9 115:20
  115:24 116:2,11
  147:17,18 157:3
**3,200** 54:5 68:8
**3,277.21** 176:18
**3,279.42** 79:13
**3,555.76** 177:19
**3,600** 175:17
**3,644** 70:25
**3,800** 74:14 167:8
**3,913.10** 81:11
**30** 5:5 81:16
  177:12
**30-inch** 62:11

**300** 170:1
**30x30** 74:5
**31** 81:22 177:18
  178:23
**312** 78:18
**313,355.72** 86:25
**31st** 24:8
**32** 81:10 82:3,3
  178:3
**32,914** 73:20
**33** 82:25
**34** 85:12,23
  179:22
**35** 86:15 160:7
  180:5
**35209** 2:5
**36-inch** 176:24
**37:2554** 189:5
**39** 178:4
**399** 166:4
**3PH** 69:12 70:25

**4**

**4** 1:14 3:5 4:5
  8:17 11:1 14:6
  14:11,25 15:25
  19:2,16,22
  20:11 21:11
  23:18,19 39:12
  39:13 57:9
  62:19 63:19,22
  92:17 115:15
  116:13 118:5
  125:24,25 139:6
  139:7,10,21
  140:22 146:13
  147:21 148:10
  149:1,7 151:7
  154:20 157:3
  159:11 163:14
**4-ton** 53:17 64:25
  65:2
**4,114** 73:19
**4,200** 86:17
  166:13
**4,800** 81:23
**4,898** 81:17
**40** 78:17 179:24
**40-gallon** 74:11
  74:16
**400-amp** 85:24
  86:4,7 180:5
**42-inch** 80:15
**45,312** 178:4
**450** 57:10 58:9

**4500** 22:3 108:15
**46th** 1:16 2:11
**499** 78:24
**4Megapixel** 82:5
**4x12** 31:6

**5**

**5** 3:6 4:6 12:2,5
  13:17,19,20
  14:2,5,23 15:14
  20:10 23:18
  25:12 42:7
  57:18 116:11
  128:9,13 146:2
  146:3,4,5
  147:12 157:3
  163:21 176:17
  181:12,14
**5,200** 53:18 64:21
  65:1,2
**5,348** 72:1
**5,670.26** 172:20
**5,899** 165:21
**5,983.96** 176:4
**50** 74:1
**50-gallon** 175:14
  175:16
**500** 172:20
**55-inch** 80:8
  161:12,21
  162:14
**569** 170:21

**6**

**6** 3:11 4:7 15:1,14
  16:3 42:6,10
  58:7 116:13
  118:5 128:9,10
  155:24 156:5,6
  156:9 164:10
**6,193.17** 172:11
**630** 61:15
**643.36** 179:24
**650** 2:5 80:9
**650,000** 92:2,15

**7**

**7** 4:8 11:4 15:17
  16:12,20 20:1
  43:9 116:11
  156:6 164:22
**7,000** 75:7
**7/27/2011** 182:3
**70** 177:6
**70001** 1:15

**70118** 16:24 123:7
**70126** 22:4
**70170** 1:17 2:12
**711** 177:6
**711.70** 177:7
**750** 59:8
**780** 58:22
**790** 62:12

**8**

**8** 4:9 16:7 18:14
   18:19 25:5 43:8
   46:24 48:8
   50:15 53:4 59:8
   64:6,8,11 89:2,3
   89:4,6,9 116:13
   122:21 165:11
**8,552** 72:22
**8,750** 82:6
**850** 60:17
**8733** 23:9
**88024** 189:24
**8807** 8:18,24 15:4
   15:20 16:9,23
   23:7,17 26:15
   30:21 41:6
   42:22 52:10
   89:13 116:7
   118:7 121:3
   123:6

**9**

**9** 4:10 16:20 17:6
   18:15,20 20:15
   25:4 46:23 47:1
   60:16 64:6,8,11
   89:4,6,7,8
   165:19
**9,056.69** 173:2
**9,565.13** 171:16
**950** 161:14