Case 2:09-md-02047-EEF-MBN   Document 23373-2   Filed 03/07/23   Page 1 of 1

