pcastaing@cclhlaw.com

| | |
|---|---|
| From: | jimmy doylefirm.com <jimmy@doylefirm.com> |
| Sent: | Tuesday, March 7, 2023 2:49 PM |
| To: | pcastaing@cclhlaw.com |
| Cc: | ecastaing@cclhlaw.com |
| Subject: | Re: Gharib - Defense Motion Seeking to Exclude Evidence of Gharibs' Claims |

Peter:

The documents in the post-deposition production folder were produced to defense counsel through a box.com folder. It was deposited in the Gharib folder and defendants had access to it for over 60 days.

[redacted]

Good luck.

Jimmy Doyle

---

From: pcastaing@cclhlaw.com <pcastaing@cclhlaw.com>
Sent: 04 March 2023 9:38 PM
To: jimmy doylefirm.com <jimmy@doylefirm.com>
Cc: ecastaing@cclhlaw.com <ecastaing@cclhlaw.com>
Subject: Gharib - Defense Motion Seeking to Exclude Evidence of Gharibs' Claims

Jimmy,

This past week Knauf filed a motion seeking to exclude all evidence of certain claims based on the allegation that the Gharibs have not submitted any of the invoices or receipts that are in his file (except for the washer/dryers at Claiborne property). (See attached, pp. 2-3, 6). According to defense counsel, "the Gharibs have never produced any supporting documentation for the list of personal property damage submitted in connection with their Plaintiff Fact Sheets." They are denying that there was a post-deposition document production (p. 2), which appears to be false based on the "Post Deposition Document Production" folder in the Gharibs' file. That folder contains numerous invoices and receipts for personal property and other household components.

Please confirm whether you produced these documents (in the "Post Deposition Document Production" file) to defense counsel and the date of such production. Please also send copies of all correspondence transmitting these documents (as well as any other discovery for the Gharibs), so we can determine what has or has not been produced to date. We must file oppositions to this and a second motion that involves similar discovery issues on **Tuesday, March 7th**. So, we ask that you send these to us by **Monday, March 6th**.

As I'm sure you're aware, it's part of our basic ethical duties to return a complete file to a client (or his new counsel) at the time the relationship is terminated. This includes correspondence and all discovery productions on behalf of the Gharibs in this case. So, I trust that you will recognize the gravity of this matter and provide us with the information and documents we need in a timely manner.

Thanks in advance for your assistance,


EXHIBIT 2

1