## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047  SECTION "L" |
| This document relates to:  Case No. 20-cv-3264 | JUDGE ELDON FALLON  MAGISTRATE NORTH |

## NOTICE OF MANUAL ATTACHMENT

## ATTACHED TO MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE FILED BY PLAINTIFFS, JAWAD & FATME FHARIB

**EXHIBIT 4A** – Discovery items from Dropbox folder entitled "Post Deposition Document Production-Gharib"

        Respectfully submitted,
        CRULL, CASTAING & LILLY

BY: */s/ Peter E. Castaing*          .
        Edward J. Castaing, Jr. #4022
        Peter E. Castaing, #35019
        Pan American Life Center
        601 Poydras Street, Suite 2323
        New Orleans, LA 70130
        Telephone: (504) 581-7700
        Facsimile: (504) 581-5523
        pcastaing@cclhlaw.com

        *Counsel for Jawad Gharib and Fatme Gharib*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                                  /s/ *Peter E. Castaing*
                                                            Attorney