





<␀





























