UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 09-2047<br><br>SECTION "L" |
| This document relates to:<br><br>Case No. 20-cv-3264 | JUDGE ELDON FALLON<br><br>MAGISTRATE NORTH |

**NOTICE OF MANUAL ATTACHMENT**

**EXHIBIT C TO AFFIDAVIT TO MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY PLAINTIFFS, JAWAD & FATME GHARIB (Doc. 23371)**

  Due to Exhibit C being a video, counsel hereby manually submits directly with the Court.

          Respectfully submitted,
          CRULL, CASTAING & LILLY

      BY:_/s/ Peter E. Castaing_____.
          Edward J. Castaing, Jr. #4022
          Peter E. Castaing, #35019
          Pan American Life Center
          601 Poydras Street, Suite 2323
          New Orleans, LA 70130
          Telephone: (504) 581-7700
          Facsimile: (504) 581-5523
          pcastaing@cclhlaw.com

          *Counsel for Jawad Gharib and Fatme Gharib*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                             /s/ *Peter E. Castaing*
                                                    Attorney